IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. _____

KYLE ZEPPELIN, BRAD EVANS, CHRISTINE O'CONNOR,
KIMBERLY MORSE, and JACQUELINE LANSING

    Plaintiffs,

v.

FEDERAL HIGHWAY ADMINISTRATION, an administrative agency of the
United States Department of Transportation,

    Defendant.

---

**DECLARATION OF KYLE AARON ZEPPELIN**

---

I, KYLE AARON ZEPPELIN, hereby declare:

1. The facts set forth in this Declaration are based upon my personal knowledge. If called as a witness, I could and would testify competently to these facts. As to those matters that reflect an opinion, they reflect my personal opinion and judgment on the matter.

2. I am a citizen of the United States and resident of Denver, Colorado.

3. My current home address is 3457 Ringsby Court, Denver, Colorado 80216. My current business address is 3455 Ringsby Court, Denver, Colorado 80216. Both my home and office are located in the Globeville neighborhood. I have lived in Globeville for nine years.

4. I am a real estate developer and attorney licensed to practice law in Colorado. My Colorado Registration No. is 31787. I am the President of Zeppelin Development ("Zeppelin").

1

5. Zeppelin is a community oriented developer focused on under-appreciated former industrial neighborhoods in the urban core of Denver. Zeppelin has had a leading role over the last 40-plus years in transforming at least three major urban neighborhoods from dormant underused industrial to active, modern mixed-use projects that are now a signature for the City. That includes LoDo starting in the mid-1970s, the first new development in the Golden Triangle starting in the late 1980s, and River North ("RiNo") starting in 2000. Our role in the process includes creating catalytic projects that fill unmet needs in the market, as well as involvement in the broader neighborhood planning process. The most recent projects in RiNo, which have all won major design awards, range from TAXI, a modern workspace that includes 100-plus of the most innovative companies in the City, to the Source, a converted 1880's brick foundry that now houses a modern culinary-driven market hall. Zeppelin furthers its connection and involvement in the City by emphasizing the creation of opportunities for the surrounding, predominantly minority neighborhoods with incubator spaces, public amenities, and advocacy on social issues.

6. I have been active in issues impacting the Globeville neighborhood since at least 2007, when my wife and I moved to TAXI. We have two daughters, ages 3 and 9. We intend to raise our daughters in the Globeville neighborhood and are committed to the health and welfare of our family and community.

7. As a real estate developer and someone who lives and works in the Denver urban core, I adhere to, and attempt to advance, modern thinking about urban planning. Urban highways are now widely regarded as one of the most reprehensible planning practices of the last century. That is because they devalue people and neighborhoods and reduce the connectivity and flow that is essential to how cities can and do function.

8. Urban highway systems encourages sprawl, which in turn, exaggerates social stratification and gentrification of the city. While traditional highway footprints are widened to purportedly better accommodate higher traffic volumes, the reality of these expansions is that city-centered homes and businesses are often lost, and the community is further fragmented. At a time when cities are increasingly valued and the highest and best use for cities is people, we should be striving to create opportunities and motivation for current residents to stay, not be pushed further out.

9. The construction of urban highways impacts the local community in both the short and long term. In the short term, dust, noise, inconvenience, and general disruption of daily living is guaranteed. In the long term, human health and the environmental may also be impacted, especially when construction occurs in polluted areas where contaminants are uncovered and allowed to spread. All too often, these impacts are disproportionately felt by the already vulnerable and overburdened minority populations, which typically make up the bulk of urban core residents. These social and environmental impacts are regarded as simply unacceptable by modern standards.

10. Highway expansion projects are always expensive, and the true costs of these projects are often not known until construction is well underway. Below-grade urban highways are the most fiscally irresponsible infrastructure type. The excavation required to reconstruct a highway below grade (and often below water tables) is wildly expensive and requires additional, unique design elements not required for traditional highway projects. When excavation is done through polluted soils, like those found along the project area, costs and risks often skyrocket.

3

11. From my home and office in Globeville, I have a clear view of I-70 and can see the line of demarcation it cuts through the neighborhood. TAXI is located in a Denver floodplain. I became keenly interested in the outcome of the administrative process to select and approve a reconstruction design for that portion of I-70 running through Globeville and neighboring Elyria/Swansea after the Partial Cover Lowered ("PCL") Alternative was first proposed by the Colorado Department of Transportation ("CDOT") and the Federal Highway Administration ("FHWA") in the Supplemental Draft Environmental Impact Statement ("SDEIS"). Once I became aware that the PCL Alternative was being touted by CDOT and FHWA as the "preferred alternative" for this project, I began to fear that the I-70 reconstruction project would not eliminate some of the harms of the original highway, but in fact exacerbate those harms and create additional negative social and environmental impacts to my family and our neighborhood.

12. My interest in these issues lead me to attend one of the last public hearings for this project. It was held in September of 2014, at the Bruce Randolph Elementary School, where over 30 area residents spoke out about the health impacts and lack of consideration for alternatives by CDOT. It was clear from the community feedback, that the 999-foot highway "cover" proposed by CDOT was ineffective at mitigating and the health impacts from the construction and continued presence of this mega-highway in Globeville and Elyria/Swansea, and that these impacts would instead be likely exaggerated.

13. I felt the need to comment at that meeting and then follow-up with written comments describing the outdated thinking behind expanding an urban highway through this neighborhood. I have continued to submit written comments on these impacts and others in

hopes that CDOT and FHWA will consider them. Attached to this Declaration are the comments given by me within the context of the administrative process and as located in the National Environmental Policy Act ("NEPA") documents generated on this project. They include a transcript of my oral comments made at Bruce Randolph, my comments on the SDEIS, and my comments on the Final Environmental Impact Statement ("FEIS"). These comments focus on many issues I see as problematic, including the health risks associated with constructing a below-grade highway through known contaminated areas, and the dramatic and largely unknown costs of both the PCL Alternative and the requisite off-site drainage project, known as Platte to Park Hill ("P2PH").

14. Outside of participating in the formal NEPA process, I have attended numerous community meetings concerning the government's selection and implementation of the PCL Alternative, and serve an administrator for a community organization known as, "Ditch the Ditch," a primary group involved in opposing the expansion and lowering of I-70 and forcing consideration of alternatives that move the highway out of Globeville and Elyria/Swansea.

15. It is my understanding that the government must fully analyze and accurately disclose the costs and impacts of this project prior to approval. I believe that FHWA's approval of the Central I-70 Project without first undertaking a full and fair analysis of the P2PH Project and the likely costs, risks, and complications of the massive excavation necessitated by the PCL Alternative is unlawful. I am harmed by FHWA's decision to approve this project without complying with NEPA.

16. I personally routinely travel on that portion of I-70 slated for demolition and lowering out of necessity. My daughters attend school in the Lowry neighborhood, and without

5

a sufficiently connected local street grid, I need to access I-70 on an almost daily basis to get them to and from school. While the highway is often the fastest path at non-peak times, there is a high level of unpredictability with a single path urban highway even for car travel. While I would far prefer to make use of a connected street grid, so long as CDOT and FHWA insist on reconstructing I-70 in my neighborhood, I will continue to be forced to travel on this highway.

17. In the short term, I will be grossly inconvenienced by the years-long construction of the PCL Alternative, and my family and me will be in constant close proximity to the dust, noise, and pollution of this massive project. I am concerned about the health effects of CDOT mobilizing the polluted soils in the Vasquez Boulevard / I-70 Superfund site during excavation for the lowered section of the highway. Because my family and I are in such close proximity to this area every day, I fear that our health could be negatively impacted by construction activities. That fear is increased due to the fact that CDOT and FHWA have not accounted for the cost and time delays that will flow from dealing with these hazardous soils. While I have heard that construction is slated to last four to five years, I suspect that remediation delays and cost overruns will lengthen the construction period, thus increasing the time during which we are exposed to these toxins. I am harmed by FHWA's failure to adequately consider the costs associated with implementing the PCL Alternative because the government is proceeding with this project on an uniformed basis.

18. In the long term, implementation of the PCL Alternative means I will have lost the opportunity to live and work in more modern, connected, and efficient space. One of the reasons given by CDOT and FHWA for selecting the PCL Alternative is that re-routing the highway out of our neighborhood is too expensive. But I have seen nothing in the FEIS or ROD

6

showing that the cost estimate for the preferred alternative is accurate or complete, and I believe it to be grossly understated.  If CDOT and FHWA disclosed a complete and accurate cost estimate for the PCL Alternative, it may very well prove to be more expensive than other feasible options, and the public may increase its demand that we engage in another course of action.  Irrespective of the ultimate outcome, however, NEPA requires an accurate and transparent process, and my risk of long term harm is increased because the government is proceeding with this project on an uninformed basis.

19. My company, Zeppelin, is highly invested in the Platte River corridor, with our primary development located adjacent the river.  That includes 28 acres and 9 building with over 90 residences and 500,000 square feet of mixed use development.  The Platte River is known to be contaminated with multiple pollutants already.  Any further contamination of this river could, over time, decrease the value of our investments.

20. Beyond this, I have major concerns with further environmental contamination to the Platte River, as well as flood risk to Zeppelin development projects and the surrounding minority populations in Globeville, arising from the implementation of the preferred alternative, which requires the timely construction of P2PH.  The Globeville and Elyria/Swansea neighborhoods are within the same zip code that was recently rated as the most polluted in the country for soil and groundwater.  Not only will construction through these areas present short term impacts like dust and noise, the long term impacts of pollution in this area have already contributed to some of the lowest life expectancies and health problems for the surrounding population.  These long term impacts will be further exaggerated by an expanded highway and the discharge of additional contaminants into the Platte River.

7

21.     Currently, there are several outfalls under construction along the Platte River, including the Globeville Landing Outfall ("GLO") in Globeville Landing Park.  The construction of GLO is one of the four discrete components of P2PH, which the City of Denver has repeatedly represented will provide the drainage and requisite 100-year storm protection for that portion of the highway to be sunken below grade through an underground river if the PCL Alternative is allowed to proceed.  The GLO falls entirely within a Superfund site, and I am concerned about the spread of contaminants in this area.

22.     I understand that part of the GLO is being built on top of a landfill that contains asbestos, and that the groundwater in this area exceeds stream standards for arsenic, lead, cadmium, and potentially other contaminants.  Because the public has not been involved in any analysis of P2PH, I have no idea how these hazardous materials will be dealt with or how to protect myself.  I do not understand why CDOT and FHWA have not included P2PH in the NEPA analysis for the Central 70 Project, and I am harmed by the government rushing to construction for the GLO without a proper environmental review.

23.     I know CDOT and FHWA have denied that they need to analyze P2PH in the NEPA process.  But the Intergovernmental Agreement ("IGA") between CDOT and the City of Denver states that P2PH is designed to protect the lowered highway portion and presents the project as a shared endeavor.  Beyond this, Denver's 2014 storm drainage master plan did not include the P2PH project or any other 100-year flood protection.  In fact, I understand that the standard commercial protection flood provided by the City of Denver is for a 5-year storm event.

24.     A below grade highway that runs through an underground river requires massive drainage infrastructure.  The public deserves to understand the costs and impacts of this

8

infrastructure.  The risk that my interests will be harmed by further contamination of the Platte River are increased by CDOT and FHWA proceeding in an uninformed way.  P2PH should be analyzed under NEPA as an action that is connected to the Central I-70 Project.  At the very least, the impacts from P2PH should be fully analyzed under NEPA as cumulative to the Central I-70 Project.

25. Within the context of this lawsuit, I and the other plaintiffs are asking the Court to enjoin implementation of the PCL Alternative, which includes further construction of P2PH, until FHWA complies with NEPA.  Sending the government back to the drawing board to rectify the current inadequacies with its analysis will redress the injuries I have complained of here.

26. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States, that to the best of my knowledge, the foregoing is true and correct.

DATED: July _8___, 2017.

_____
Kyle Aaron Zeppelin

9

# ATTACHMENT TO DECLARATION:
## Comments on FEIS as Shown in Attachment E to ROD

Hi. My name is Kyle Zeppelin. And, in addition to repeating what's already been said that the mitigation here is nowhere near adequate. Building a deck for a thousand feet of this thing for a project that dates back to an era when it was socially acceptable to run a highway through a neighborhood as a way of urban renewal and be able to divide up a city that way, it's just -- it's just not appropriate to have kids playing above the highway. The health impacts are not mitigated. And, in addition to not solving the problem, what that's doing is driving up the cost dramatically. And one of the requests is: What happens when CDOT and the City run out of money? Generally, which we know based on the scale of this project, that's very likely. Generally, the human-scale mitigation tends to be the first thing that gets affected. And you see it through the transportation functions. So, I think that's worth pointing out. And make sure, if they do end up jamming this thing through, that there is some serious commitments to seeing through the human-scale improvements. And then the other aspect of this that has been talked about is, really, the storm water impact. I attended a meeting last week where the City announced to the neighborhood that they were building a massive storm water pipe in one of the few green spaces in Globeville, Globeville Landing Park. No one bothered to ask whether the neighborhood wanted the storm water pipe. They offered a small playground or to decide whether they wanted -- what type of paving they wanted on a walking path. So, they're sitting there with hundreds of acres Stock Show ground, and it -- that could be the potential dumping grounds for that water, and, instead, taking and a rare public space in Globeville with it. So, that should be fully assessed and addressed in the EIS, which I don't know that it is at this point.

| Comments | Responses to Comments |
|---|---|
| Source: Submittal  Document Number: 24  Last: Zeppelin  First: Kyle | |

**Welcome: contactus@i-70east.com**

### Re: I-70 EAST EIS - SDEIS COMMENT FORM
**From:** "Kyle Zeppelin"
**Date:** Fri, September 5, 2014 7:57 am
**To:** webmastercc@i-70east.com (more)
**Priority:** Normal

name: Kyle Zeppelin

comment_topic: Air Quality,Environmental Justice,Financing,Historic,Preliminarily Identified Preferred Alternative,Property Impacts,Visual

**A** comments: As a resident and business owner in the surrounding RINO neighborhood and citizen of Denver, we have concern that adding significantly capacity to highway will create an overwhelmingly negative impact on the neighborhood. I70 in its present form is widely blamed for destroying traditional working class and predominantly minority neighborhoods--Gloveville, Elyria and Swansea. Despite all the economic development throughout the metro area, these neighborhoods remain so of the most distressed in the city. I70 expansion in this area will reinforce and exaggerate that pattern for decades to come. Furthermore, Highway expansion in the urban core of a city that is getting a high level of growth is inconsistent with best practices throughout the country. **B** Another result of added capacity is to impair economic development in the city by encouraging further car usage without a proportional investment in other modes of transportation. The mitigation that has been proposed of the overpass and park is a high priced

================================

**A** Comment noted.

**B** Detailed traffic modeling confirms the proposed improvements. The highway cross section was determined based upon the traffic forecasting model. For information on how traffic forecasting was determined for this project, please see TRANS5 of the Frequently Received Comments and Responses on the Supplemental Draft EIS, located in Part 1 of Attachment Q.

For information on future driving trends, please see TRANS11 of the Frequently Received Comments and Responses on the Supplemental Draft EIS, located in Part 1 of Attachment Q.

For information on multi-modal considerations, please see TRANS1 of the Frequently Received Comments and Responses on the Supplemental Draft EIS, located in Part 1 of Attachment Q.

From: "Kyle Zeppelin" <kzeppelin@zeppelinplaces.com>
Subject: Re: I-70 EAST EIS FEEDBACK FORM
Date: Mon, February 29, 2016 12:36 pm
To: webmastercc@i-70east.com,contactus@i-70east.com

email: kzeppelin@zeppelinplaces.com

name: Kyle Zeppelin
address: 3457 Ringsby Ct.
city: Denver
state: Colorado
zip_code: 80216
phone: 7202806009
comment_on_feis: YES
add_to_online_list: YES
primary_interest_in_project: Commuter,Business,Neighborhood/Area Resident,Other

interest_in_project: Globeville resident, member of the Denver community, business person that is deeply concerned that we're re-enforcing outdated planning ideas of the past by rebuilding the Highway in place and expanding it. The current I70 routing through north Denver is a relic of the worst planning practices of the 20th century involving displacing predominantly minority and poor people with an urban highway that cuts a diagonal path through the city with pollution emitting, fast moving traffic. As a resident and business person who's livelihood and wellbeing of my family depends on the value of urban environment, the highway creates a line of demarcation that limits the potential for this area of the city while producing a variety of indirect impacts on surrounding population.

how_often_travel_corridor: Frequently

primary_reason_to_travel_corridor: Running errands

how_transportation_can_be_improved_in_corridor: Instead of relying on the cut and cover solution, we urge that CDOT take opportunity to restore the street grid to this area of the city. At the same time, provide an effective bypass at 76 for truck and longer range destination traffic that doesn't make use of the city. This is consistent with other proven approaches throughout the country. Urban highways have been shown to be ineffective at transmitting cars through the city while negatively impacting the urban environment and its people. I70 expansion involves creating a diagonal line of demarcation for movement and commerce with what amounts to 23 lanes of width according to the current plan. With a population that is growing at 100,000+ per year, and an increasing draw to be close to the urban core, this project is particularly misguided. Instead of rebuilding/expanding in place, there is an opportunity to continue to grow the city to the north by reintroducing the urban fabric with the street grid.

how_receiving_info: Flyers,Neighbors/Churches/Schools,Public Meetings,Website

rate_website: Need more info

comments_questions: The current I70 routing through north Denver is a relic of the worst planning practices of the 20th century involving displacing predominantly minority and poor people with an urban highway that cuts a diagonal path through the city with pollution emitting, fast moving traffic. As a resident and business person who's livelihood and wellbeing of my family depends on the value of urban environment, the highway creates a line of demarcation that limits the potential for this area of the city while producing a variety of indirect impacts on surrounding population. The first major issue is that project will create negative impacts for the surrounding neighborhoods (Globeville/Elyria/Swanea) with further air pollution that will exaggerate what already is some of the highest asthma and cancer rates in the city. These health issues have been well documented and even referenced in the EIS. The added lanes are likely to further contribute to the air pollution problem by adding more capacity. At the same time, it's not at all clear how the primary form of mitigation--cut and cover, will be effective in addressing these concerns. Cut and cover even has the potential to exaggerate them by inviting more people to play and interact directly above the highway. The more targeted proposed mitigation being proposed by CDOT, of helping to pay for air conditioning units in the surrounding neighborhood, hasn't been shown to significantly reduce the current health problems. CDOT has blamed the genetics of the surrounding population as a major cause of the disproportionate health problems that they have suffered. This explanation is nothing short of racist and should be rejected summarily and not evoked further by CDOT. Another indirect health/social impact is that Globeville landing park in being turned it into a drainage basin by massively upsizing the drainage outfall through that area, in order to support the highway drainage function. The importance of drainage and quantity of water is being exaggerated by the cut and cover which is significantly contributing increased flows of strormwater. This outfall, by creating further flooding potential in the park, will limit the use of one of the few green space for the Globeville neighborhood in a neighborhood that continues to be disproportionately burdened by the existing highway. In addition to the health impacts that are not being mitigated by the cover, it only provides cover for 1000' area that is mostly nonfunctional for public use with massive frontage roads on either side and inadequate funding and infrastructure to provide a functional public amenity. For example, the 5 acre cover that is frequently cited is Klyde Warren Park in Dallas that is estimated to cost $200 mil in today's dollars. Neither the current plan nor the funding commitment is anywhere close to Klyde Warren Park. Without the specific allocation of funds to the public functions park that is walled off from other uses, history of similar large scale projects shows that the human scale features will be sacrificed for the likely overruns so that the narrow transportation purpose can be achieved. There is no clear commitment in this case to providing a functional amenity that CDOT is currently representing in the renderings and it is therefore misleading. It should also be pointed out that Denver has barely provided rec centers and public amenities for these neighborhood that among the underserved in the city. This past and current mistreatment by the city should be a strong indicator that it cannot be relied on to step into this role of providing a functional amenity to offset the impact. Instead of relying on the cut and cover solution, we urge that CDOT take opportunity to restore the street grid to this area of the city. At the same time, provide an effective bypass at 76 for truck and longer range destination traffic that doesn't make use of the city. This is consistent with other proven approaches throughout the country. Urban highways have been shown to be ineffective at transmitting cars through the city while negatively impacting the urban environment and its people. I70 expansion involves creating a diagonal line of demarcation for movement and commerce with what amounts to 23 lanes of width according to the current plan. With a population that is growing at 100,000+ per year, and an increasing draw to be close to the urban core, this project is particularly misguided. Instead of rebuilding/expanding in place, there is an opportunity to continue to grow the city to the north by reintroducing the urban fabric with the street grid. At multiple public meeting over the last 10 years, the re-route was dismissed because of the added $1 bil in cost. The irony

is that the cut cover with all the risk of going underground, will likely cost in excess of $1 billion. Those resources are much better applied to the reroute that would clearly address the health and land use impacts in a way that could work for the neighborhood and also consistent with modern best practices. The cut and cover solution is one that DOT's have proposed since the 1960s as an alternative and have been consistently rejected because they don't address the underlying problems. (Please review the Lomex project in south Manhattan in the 1960s where cut and covered was proposed but ultimately rejected for these reasons). The reroute clearly needs more study and has been dismissed out of expedience to build sooner. To strengthen their case, its apparent that CDOT has deliberately understated the cut and cover cost while overstating the cost of the reroute. Going underground with much of the project has been shown in multiple project around the country including Boston and Seattle, as source of massive budget overruns. That is the result of the highly conservative engineering to avoid a catastrophic event as well as all the environmental issues that have been documented in these sites that have a known history of problems. This project needs updated and well defined construction numbers that the public has no yet seen with comparable contingencies that account for parallel examples from around the country. The concern is that the public is being sold on a much lower cost project to build/expand the highway. This is a bait and switch strategy that allows CDOT to keep moving forward while maintaining the inevitability of their project while only later does the public find out about the need to provide additional funding for an investment that will have already been to substantial to turn back. At the same time, the current reroute estimate of 4 bil+ is dramatically overstated because it assumes redundant capacity by requiring the same scale of highway in that location. In fact, a much smaller expansion involving re-using existing ROW and targeted expansion of existing bridges is all that is required to support additional flows that consist only of long range commuter traffic. By restoring the street grid to north Denver, urban commuter traffic will be accounted for which includes many of those counts. That traffic will also flow much more effectively through a grid that is not subject to the bottlenecks of a highway. I70, even upon reconstruction will bottleneck down to 3 lanes west of Brighton Blvd. and 1 lane with the highway entrance to I-25. Even upon full buildout, the additional capacity will do little to avoid backups during peak hours. On the other hand, cars move through the street grid so that one section backs up, they move over to the next one. While the urban highway doesn't even work well for cars, it is much worse for people which includes the existing urban population and new arrivals that are increasingly valuing living and working urban. The egregious history of urban highways and their social impact including this deserve much more research and documentation. This is an amazing opportunity to right past wrongs based on the overwhelming body of knowledge and thinking in this area. Both the history and currently thinking are woefully lacking the EIS and we hope to work together on transparent process involving the full body of information rather than this self-serving version. It's clear at this point that the cut and cover alternative, which CDOT is relying on as its primary form of mitigation that dramatically driving up the cost of the project, without solving the fundamental major health and social impacts. We look forward to opening up the discussion and study better alternatives that work everyone involved.
==================================
REMOTE_HOST=
REMOTE_ADDR=173.160.54.170
HTTP_USER_AGENT=Mozilla/5.0 (Windows NT 10.0; WOW64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/48.0.2564.116 Safari/537.36
REMOTE_USER=
HTTP_REFERER=http://www.i-70east.com/feedback-form.html