**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. _____

KYLE ZEPPELIN, BRAD EVANS, CHRISTINE O'CONNOR,
KIMBERLY MORSE, and JACQUELINE LANSING

      Plaintiffs,

v.

FEDERAL HIGHWAY ADMINISTRATION, an administrative agency of the
United States Department of Transportation,

      Defendant.

---

**DECLARATION OF BRAD K. EVANS**

---

I, BRAD K. EVANS, hereby declare:

1.      The facts set forth in this Declaration are based upon my personal knowledge.  If

called as a witness, I could and would testify competently to these facts.  As to those matters that

reflect an opinion, they reflect my personal opinion and judgment on the matter.

2.      I am a citizen of the United States and resident of Lakewood, Colorado.  I work in

the Globeville neighborhood just one block from Globeville Landing Park and three blocks from

I-70.  My business address is 3455 Ringsby Court in Denver, Colorado.

3.      I first became involved with the I-70 expansion project in the fall of 2015, when I

attended some neighborhood meetings about Globeville Landing Park, the 39th Avenue Open

Channel, and I-70 East.  What I saw at those meetings was a group of citizens concerned for the

health and well-being of their community who did not want the Partial Cover Lowered ("PCL") Alternative; and a group of decision-makers from the Colorado Department of Transportation ("CDOT") and the City of Denver ("the City") who seemed determined to push this project though with little regard for how it might impact the people close by.

4.      Time and time again, residents and concerned citizens asked pointed questions about why the highway was being expanded and lowered, how their health would be impacted, and why their communities were being further divided and disconnected from the city.  Time and time again, CDOT and the City disregarded these questions and concerns and continued with the mantra that "everyone" supports the PCL Alternative and that the Platte to Park Hill ("P2PH") stormwater project has no relation CDOT's plans to sink the highway 40 feet below ground.

5.      I know numerous people from Globeville and Elyria/Swansea that want this highway removed from their neighborhood.  I thought their questions and concerns were falling on deaf ears, so I took action to try to raise their voices – and my own – so that people at CDOT, the City, and the Federal Highway Administration ("FHWA") would pay attention and perhaps alter their course of action by choosing another alternative to the PCL.

6.      I am a professional event planner, consultant, and activist.  I created the "Ditch the Ditch" moniker, built a 5000-plus person Facebook group, wrote comments to FHWA and others, attended meetings, and spoke to community leaders – all in an effort to build support for a transparent process that addresses traffic problems while embracing modern philosophies and caring for Denver's most vulnerable populations.  The written comments I submitted to FHWA on the Central 70 Project Final Environmental Impact Statement ("FEIS") are attached to this Declaration.

7.      Because I-70 is only three blocks from my office, I drive that highway almost daily.  I am aware that the construction area for the Central 70 Project is in the Vasquez Boulevard/I-70 Superfund site and have read in the FEIS that excavation for the PCL Alternative will spread soil and possibly groundwater contamination.  Not only will I be terribly inconvenienced by four or more years of construction on this roadway, I will be exposed on a daily basis to the dust and noise of construction.  I am concerned about routine exposure to airborne contaminants like lead and arsenic and how that might impact my health.

8.      I understand that one or both of these substances are carcinogenic, but I cannot see in the FEIS where FHWA discusses how the toxic substances in the Vasquez Boulevard/I-70 Superfund site negatively impact human health.  I believe FHWA has an obligation under the National Environmental Policy Act ("NEPA") to explain how these substances, which they concede will be spread by construction, might harm people in the area.  My interest in maintaining my health and well-being is harmed by FHWA's failure to analyze the human health impacts of hazardous materials in the soils slated for excavation under the Central 70 Project.

9.      The same is true for Globeville Landing Outfall ("GLO").  Just like the area where the highway will be reconstructed, Globeville Landing Park sits within the Vasquez Boulevard/I-70 Superfund site.  Construction at the GLO is already under way.  Because my office is so close by, I am likely currently being exposed to some level of lead and arsenic from excavation dust.  Beyond this, I understand that part of the GLO is being constructed on a landfill and that the groundwater here contains high levels of lead, arsenic, and cadmium.  FHWA should have analyzed how I might be harmed by this and disclose what I can do to protect myself.

10.     I saw that FHWA discussed construction of the GLO in the Record of Decision ("ROD") approving the Central 70 Project, but the GLO was not in the FEIS.  I understand that FHWA should not approve a portion of a project that has not been subject to public comment, and the GLO never has been.  I had the opportunity to comment only those portions of the project described in the FEIS.  No part of P2PH – including GLO – was in the FEIS for the Central 70 Project.  I have a procedural interest in being involved in the administrative process for all aspects of the Central 70 Project, and my interest is harmed by FHWA approving a project when some portions of it were left out of the NEPA process.

11.     I have read the Intergovernmental Agreement ("IGA") between CDOT and the City, I attended the City Council hearing for approval of the IGA, and I have in my possession the Montclair Creek Drainage Feasibility Evaluation ("Montclair Evaluation").  I have attached the Montclair Evaluation to this Declaration.  It states in relevant part:

a.     "The Colorado Department of Transportation (CDOT) is proposing to lower a portion of I-70 near Brighton Boulevard to Colorado Boulevard; known as the I-70 Partially Covered Lowering (PCL) project.  As part of the project, CDOT proposes to build a 100-year storm pipe system to protect this depressed section of highway from storm water flows."

b.     "A portion of the PCL is located within the Montclair Basin.  At about 9.5 square miles, it is the largest drainage basin in Denver.  The basin hydrology contributing to the PCL during a 100-year storm event has recently been modeled, and it was determined that there is about 4,700 cubic feet per second (cfs) of flow that will need to be captured to protect the lowering.  In an effort to minimize flood risks, protect public safety, reduce property damage,

provide environmental benefits, and leverage funding from CDOT, the City and County of Denver (CCD) has investigated alternatives to the 100-year pipe system CDOT is proposing which includes an open channel option."

c.      "The open channel option meets a number of other CCD goals and initiatives including improved water quality through the use of green infrastructure, increased multi-modal transportation options, and enhanced redevelopment opportunities.  The CDOT pipe alternative provides no additional benefits other than protection of the PCL project."

d.      "CDOT's I-70 [] PCL Project Manager, Keith Stefanik has confirmed from his management team that CDOT cannot include any of the Montclair Creek open channel projects in their design/build contract for the PCL project.  To amend their Environmental Impact Study (EIS) to include the open channel option is such a large change in scope that they would have to start their NEPA EIS process essentially all over again.  It has taken them two years to get to the point of where they are ready to submit their supplemental package, and they are unwilling to jeopardize their progress on the EIS for the I-70 PCL."

e.      "It is understood if we are able to secure non-Federal funding for these project[s], then we would not have to undergo this NEPA process."

12.    The connection between the Central 70 Project and P2PH is clear from the IGA, the Montclair Evaluation, and other sources.  P2PH and its impacts and costs should have been discussed by FHWA in the FEIS.  FHWA should not be permitted to shirk this obligation because P2PH was designed to purposefully exclude federal funding for the purposes of avoiding NEPA analysis.

13.     As a citizen of the City of Denver and State of Colorado, I think it is imperative that I and others have open and transparent access to the process for our government's projects.  I believe the true connection between P2PH and the PCL Alternative and the agenda of CDOT and the City have been hidden.  I believe the NEPA process on the Central 70 Project has been intentionally subverted.  I believe that if the public understood the true costs and impacts of the PCL Alternative that the people of Denver would demand another course of action.

14.     Building highways in an urban core is a relic of the past.  I believe we as a society need to create a 21st Century solution to our traffic and infrastructure dilemmas that actually works for our fast-growing city, without putting billions of dollars into a project that will not actually solve the fundamental problems of roadway congestion.  Myriad studies show that wider roads only lead to more traffic, which, in turn, lead to still wider roads.  In the long-term, we need leaders who will embrace smarter, more modern solutions to these problems.  In the short-term, we need leaders who will at least tell the truth about the decisions they are making for our community.

15.     Within the context of this lawsuit, I am asking the Court to enjoin implementation of the PCL Alternative, which includes further construction of P2PH, until FHWA complies with NEPA.  Requiring FHWA to rectify the current inadequacies with its analysis will redress the injuries I have complained of here.

16.     Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States, that to the best of my knowledge, the foregoing is true and correct.


DATED:          July 7 , 2017.

_____
Brad K. Evans

**ATTACHMENT TO DECLARATION:**
**Comments on FEIS as Shown in Attachment E to ROD**

My name is Brad Evans. I live in Jefferson Park, which is northwest Denver, but work in RiNo. I was keeping track, we have four for this project and 32 that have spoken against it. And my question is: Is CDOT even going to listen to that? Have they listened to it before? Have they listened to any of the comments of what kind of a city we want? So, who's driving this? I keep asking: Who is driving this project? Is it CDOT? They build roads; that's what they do. They build roads and that's what they do. But we have 32 people who have spoken, supposedly on the record, but they don't want this project. And I think there's probably been over the years a lot more people who have spoken that they don't want this project. And I get it: We need to build roads; we need to solve problems. When 32 people come up and four are for it, when do you go back and say, "Wait, this isn't the right project; this isn't the right way to solve the problem"? That's all I've got to say. Thank you. That's my statement, ditch the ditch.

**ATTACHMENT TO DECLARATION:**
**Montclair Evaluation**





# Montclair Creek Drainage

## Feasibility Evaluation

June 30, 2014

FOR INTERNAL USE ONLY

CCD007340

## TABLE OF CONTENTS

**SECTION 1:  SUMMARY**                                                                **2**

**1.1: GOALS & RISKS**                                                                   **3**

**SECTION 2: OPTIONS CONSIDERED**                                          **7**

**2.1: MONTCLAIR CREEK REACH 1**                                                    **7**
**2.2: MONTCLAIR CREEK REACH 2**                                                    **8**
**2.3: MONTCLAIR CREEK REACH 3**                                                    **9**
**2.4: MONTCLAIR CREEK REACH 4**                                                   **11**

**SECTION 3: KEY FINDINGS**                                                      **12**

**2.1: MONTCLAIR CREEK REACH 1**                                                   **12**
**2.2: MONTCLAIR CREEK REACH 2**                                                   **12**
**2.3: MONTCLAIR CREEK REACH 3**                                                   **13**
**2.4: MONTCLAIR CREEK REACH 4**                                                   **13**

**SECTION 4: CRITCAL ISSUES**                                                   **14**

**4.1: ALL REACHES OF MONTCLAIR CREEK**                                   **14**
**4.1: MONTCLAIR CREEK REACH 1**                                                **14**

**SECTION 5: COLLABORATIVE WORK EFFORT CONTACTS**       **16**

**SECTION 6: REFERENCES**                                                        **18**

**APPENDIX**

**APPENDIX A: EXHIBITS**
    EXHIBIT 1: CDOT PROPOSED I-70 PCL 100-YEAR DRAINAGE SYSTEM
    EXHIBIT 2: SCENARIO 1: OPT. A FOR REACH 1, 2, 3, & 4
    EXHIBIT 3: SCENARIO 2: OPT. A FOR REACH 1 & 4 AND OPT. B FOR REACH 2 & 3
    EXHIBIT 4: SCENARIO 3: OPT. A FOR REACH 1, 3, & 4 AND OPT. B FOR REACH 2
    EXHIBIT 5: SUMMARY OF OPTIONS FOR REACH 1
    EXHIBIT 6: SUMMARY OF OPTIONS FOR REACH 2
    EXHIBIT 7: SUMMARY OF OPTIONS FOR REACH 3
    EXHIBIT 8: SUMMARY OF OPTIONS FOR REACH 4
    EXHIBIT 9: EXISTING 100-YR STORM EVENT FLO-2D OF MONTCLAIR/PARKHILL BASIN
    EXHIBIT 10: 100-YR STORM EVENT FLO-2D OF MONTCLAIR WITH CHANNEL
    EXHIBIT 11: 100-YR STORM EVENT FLO-2D OF MONTCLAIR EXISTING VS. CHANNEL
    EXHIBIT 12: 100-YR STORM EVENT FLO-2D OF MONTCLAIR EXISTING VS. DETENTION
    EXHIBIT 13: BNSF MARKET LEAD PROPERTY MAP
**APPENDIX B: EVALUATION MATRIX**
**APPENDIX C: EVALUATION MATRIX RATING EXPLANATION**
**APPENDIX D: SUPPLEMENTAL DETAIL FOR GOALS & RISKS BY DEPARTMENT**
    EXHIBIT D-1: SCENARIO 1 & 2 WITH CPD LAND USE
**APPENDIX E: OFFICE OF SUSTAINABILITY STATEMENT OF OPINION**
**APPENDIX F: COMMENT REVIEW LETTERS FOR MONTCLAIR CREEK DRAINAGE**

1

## SECTION 1| SUMMARY

The Colorado Department of Transportation (CDOT) is proposing to lower a portion of I-70 near Brighton Boulevard to Colorado Boulevard; known as the I-70 Partially Covered Lowering (PCL) project. As part of the project, CDOT proposes to build a 100-year storm pipe system to protect this depressed section of highway from stormwater flows.



A portion of the PCL is located within the Montclair Basin.  At about 9.5 square miles, it is the largest drainage basin in Denver.  The basin hydrology contributing to the PCL during a 100-year storm event has recently been modeled, and it was determined that there is about 4,700 cubic feet per second (cfs) of flow that will need to be captured to protect the lowering.  In an effort to minimize flood risks, protect public safety, reduce property damage, provide environmental benefits, and leverage funding from CDOT, the City and County of Denver (CCD) has investigated alternatives to the 100-year pipe system CDOT is proposing which includes an open channel option.

   As witnessed in the 2013 September floods, existing open channels handled this major storm event better than the storm pipe systems.  Reasons for this include:

1. An open channel typically has the capacity to handle more flow than it is designed for by about 1-foot.  This is called freeboard in the drainage community.  In addition the flat bank areas along side of the channel can act as a second tier freeboard area that can increase the channel's ability to handle flow.  If a closed (pipe) system is exceeded, the system becomes pressurized and could cause bubbling from inlets or in even geysers from manholes that overflow into the roadway and potentially cause closures.

2. During a major 100-year storm event debris becomes more prevalent and pipe systems are more prone to clogging at the inlets.  In addition these larger storms are often accompanied by hail that could knock down leaves and tree branches.  An open channel by design can better handle debris.

The open channel option meets a number of other CCD goals and initiatives including improved water quality through the use of green infrastructure, increased multi-modal transportation options, and enhanced redevelopment opportunities.  The CDOT pipe alternative provides no additional benefits other than protection of the PCL project.

This report summarizes the proposed options, how they were evaluated, and how this collaborative work effort concluded that Option A for Reach 1, 2, 3, & 4 best meets the goals for this planning effort.   This scenario is shown in Exhibit 2 in Appendix "A."  Due to the schedule constraints in order to leverage funding from CDOT, it is apparent that Option A for Reach 2 cannot be completed, but it does seem that CCD can complete a scenario where CCD implements Option A for Reach 1, 3, & 4, and Option B for Reach 2.  This is shown in Exhibit 4 in Appendix "A".

CCD007342

This coordinated work effort involved a partnership with the following supporting internal and external agencies:

| | |
|---|---|
| **Colorado Department of Transportation** | **Community Planning & Development** |
| **Urban Drainage & Flood Control District** | **PW Policy, Planning, & Sustainability** |
| **Colorado Department of Public Health & Environment** | **PW Transportation Projects Management** |
| **North Denver Cornerstone Collaboration** | **Parks & Recreation** |
| **PW Wastewater Capital Projects Management** | **City Attorney's Office** |
| **Department of Environmental Health** | **Traffic Engineering Services** |
| **Real Estate** | **Office of Sustainability** |
| **Office of Economic Development** | **Wastewater Operations** |

## 1.1| GOALS & RISKS

Our cross-departmental teams identified the following goals and risks to evaluate our options to protect the I-70 PCL project:

| **Goals** (0-no goals met to 5-meets goals) | **Risks** (0- high risk to 5-low risk ) |
|:---:|:---:|
| Technical Feasibility | Constructability |
| Meets Drainage Criteria | Design Conflicts |
| Flood Control Benefit Area | Environmental Mitigation |
| Water Quality | CCD Liability |
| Ecologically Promoting | Maintenance |
| Recreational Amenity & Aesthetically Pleasing | |
| CPD Comprehensive Plans | |
| Economic Development | |
| Mobility: Vehicular, Bicycle, and Pedestrian | |

Based on the goals and risks, the alternative options were rated from a scale of 0 to 5. It was determined that Option A was rated the highest for Reaches 1, 2, 3 & 4. Below is a description of each goal and risk in terms of the criteria used to evaluate the options. The evaluation matrix is located in Appendix "B." For further explanation of how each option was rated, and who rated them, please see Appendix "C." In addition, Appendix "D" details these goals and risks by each department.

### TECHNICAL FEASIBILITY- GOAL

Wastewater Capital Projects Management took the lead on rating the options based on this goal. For the purposes of this evaluation, the "Technical Feasibility" goal was rated based on the level of certainty into an engineered solution for each option. So if the option had 100% designed construction documents, then this goal was rated a 5. If the technical team, due to the short time constraint of this evaluation, was only able to determine that it was physically possible to create a functional gravity driven drainage conveyance system for that option, then the rating was about a 3. Technical Feasibility is not dependent on schedule, cost or design conflicts. It was assumed that with enough

**3**

time and money then the defined engineered solution could be implemented to execute these options.   Once a selected project is defined, further in-depth investigation and analysis will need to be performed in order to understand the resources needed in order to successfully implement the selected project/s.

## MEETS DRAINAGE CRITERIA- GOAL

Wastewater Capital Projects Management took the lead on rating the options based on this goal.  Meets Drainage Criteria goal was rated by how well an option meets the guidelines contained within the following plans & manuals:

June 2010 Storm Drainage Master Plan

Urban Drainage & Flood Control District Drainage Criteria Manual

City & County of Denver Drainage Criteria manual

Capital Improvement Project as defined in the April 15, 2013 *Public Works Catalysts for Capital Project-Prioritization Process for 2014-2019 Capital Improvement Program (CIP).*

## FLOOD CONTROL BENEFIT AREA - GOAL

Wastewater Capital Projects Management took the lead on rating the options based on this goal.  One of the goals for creating alternative options to protect CDOT's I-70 PCL project is to increase the area that would benefit from a 100-year flood protection system.  With the support from our technical team, it was determined that the Montclair Creek improvements combined with CDOT's I-70 PCL reduced pipe system would offer 100-year storm protection for  roughly 110 Acres of the Globeville and Elyria Swansea neighborhood.   Most of this area is owned by the Union Pacific Railroad (UPRR).   The flood control benefit area does not change in Reach 2 between an open channel and a detention pond.

## WATER QUALITY - GOAL

Department of Environmental Health took the lead on rating the options based on this goal.  The water quality goal was used to rate each option on how well the option could treat common storm water contaminants such as nutrients, sediment, metals, oils and grease, and bacteria.  In general pipe systems do not improve the quality of water, and therefore were ranked 0.  In ponds, linear water quality BMPs and open channels there are opportunities to plant species that would uptake contaminants, and so those options were rated higher for their ability to improve water quality in the area.

## ECOLOGICALLY PROMOTING - GOAL

Department of Environmental Health took the lead on rating the options based on this goal.  The ecologically promoting goal was used to rank the options on how well each option benefited habitat by improving water quality and providing a wildlife movement corridor.  The better an option potentially could promote ecology, the higher the option was rated.

## RECREATIONAL AMENITY AND AESTHETICALLY PLEASING - GOAL

Parks & Recreation took the lead on rating the options based on this goal.  Recreational Amenity and Aesthetically Pleasing were grouped as one goal since they are so intimately related to each other.  If there was an opportunity for an option to be aesthetically pleasing then it was assumed that this would add a recreational benefit to the option.  For the purposes of this goal, a pipe option was rated 0 since there are no opportunities to achieve both aesthetic

**4**

CCD007344

improvements and therefore no recreational benefit either.   The more opportunities for an option to have both recreational benefit and aesthetically pleasing features, the higher the option was rated.

## CPD COMPREHENSIVE PLANS - GOAL

Community Planning and Development (CPD) took the lead on rating the options based on this goal.  This goal was used to evaluate the options based on how well they fit into the following established CPD Plans:

1. Comprehensive Plan 2000
2. Blueprint Denver
3. 39th & Blake Station Area Plan
4. River North Neighborhood Plan
5. Elyria-Swansea Neighborhood Planning Process (includes 40th Colorado Station area)

The more an option was consistent with plan goals and recommendations from documents listed above, the higher the option was rated.   See Exhibit D-1 for an overlay of some of the options with the proposed land uses.

## ECONOMIC BENEFITS - GOAL

Office of Economic Development took the lead on rating the options based on this goal.  An extensive explanation of this goal is located in Appendix "D" of this document.  The economic benefits of each of the options were based on the following sub categories:

*Feasible to Relocate* is the ability for how feasible it is to relocate businesses in properties that need to be acquired to implement each option.   The more feasible the land is to relocate, the higher the option was rated.

*Redevelopment Potential* is defined as how much potential the implementation of an option improves the redevelopment surrounding the area of the implemented option.   The more potential there is to redevelop the surrounding area, the higher the option was rated.

*Fiscal Impact* is defined as how the City and County of Denver would benefit positively from tax revenue increases by implementing these options.   The greater an option would have a positive fiscal impact, the higher the option was rated.

## MOBILITY - GOAL

Public Works Policy & Planning took the lead on rating the options based on this goal.  Improving vehicular, bicycle, and pedestrian mobility is an overall goal for the city.  Each of the options was evaluated on how well they improved these modes of transportation.   The better an option improved mobility the higher it was rated.

## CONSTRUCTABILITY - RISK

Wastewater Capital Projects Management- Construction took the lead on rating the options based on this risk. Using this risk, each of the options was evaluated on how complicated or difficult construction would be to implement these options.  Below is a list of the assumptions:

1. All land has been acquired
2. All agreements are signed and finalized
3. All contracts are in place
4. All designs are complete and feasible

**5**

Option C for Reach 2, 3, & 4 are planned to be exclusively constructed by CDOT, and the City and County of Denver would not take on the risk of constructing these options, therefore these options were not evaluated against this risk.   The more complicated or difficult it would be to construct an option the lower it was rated.

## DESIGN CONFLICTS - RISK

Wastewater Capital Projects Management took the lead on rating the options based on this risk.  Using this risk, each of the options was rated on the potential for an option to encounter utility conflicts, buried buildings, or extensive materials management during construction.  The greater the risk of potential design conflicts, the lower an option was rated.

## ENVIRONMENTAL MITIGATION - RISK

Department of Environmental Health took the lead on rating the options based on this risk.  Using this risk, each of the options was rated on the potential for an option to encounter environmental contaminants that would require extensive materials management during construction.  The greater the potential risk of need to mitigate for an environmental contaminant, the lower an option was rated.

## CCD LIABILITY - RISK

The City Attorney's Office took the lead on rating the options based on this risk.  Using this risk, each of the options was rated on the City and County of Denver's liability associated with contractual obligations that would be required to meet CDOT's needs, specifications and schedule, the liability of having to mitigate for environmental contamination after acquiring additional land that is needed to implement an option, and liability associated materials management during the construction of an option.   The greater the risk, the lower an option was rated.

## MAINTENANCE & OPERATIONS - RISK

Wastewater Maintenance and Operations took the lead on rating the options based on this risk.  It was concluded that all of the options were feasible to maintain.  Currently Wastewater Maintenance and Operations is programmed to maintain a large spectrum of storm pipe related infrastructure.   The less equipped or harder it was for the Wastewater Maintenance and Operations to maintain an option, the lower the option was rated.

**6**

CCD007346

# SECTION 2| OPTIONS CONSIDERED

At one point during the feasibility evaluation of the options, the team considered a CCD pipe option for Reach 2 that ran north on York and then west towards the future CDOT ponds.  This system would function as *the* drainage solution if the City and County of Denver were to independently implement Option A for both Reach 3 & 4.  After a rough technical feasibility check, it was determined that there could be other drainage solutions that better followed existing and historic drainage patterns to the north.  This would allow the BNSF Market Lead area in Reach 4 to be filled to make at-grade street connections.  The Community Planning and Development managed 40th & Colorado Station Area Study will define independent local drainage solution alternatives to be able to in-fill the market lead property (as shown on Exhibit D-1 in Appendix "D") to create at-grade street connections in the northern portion of Reach 4.

The following subsections describe the options that were considered to improve public safety by providing additional flood protection to CDOT's I-70 PCL project.   Refer to Appendix "A" for the exhibits visually represent CDOT's proposed system and the options described in the following subsections.

## 2.1| MONTCLAIR CREEK-REACH 1

### REACH 1 OPTION A- OPEN CHANNEL

In concept, Reach 1 Option A is a 1,500 linear foot open channel that would span from the South Platte River in Globeville Landing Park (900 E 45th Ave & 801 E 45th Ave) through City & County of Denver properties including 1300 E 44th Ave & The Denver Coliseum (4600 Humbolt St.), and up to McFarland Dr. as shown in Exhibit 2 & 5 in Appendix "A".  The CDOT storm pipe system would tie into this open channel from the proposed CDOT surge ponds at 1500 E 46th Ave.



This concept open channel could range from 200-foot to 300-foot wide and designed to carry the 100-year storm event, which is approximately 4,700 cfs.  The width of the channel is dependent on a number of factors that will be determined in the concept phase of this project through the PW Planning National Western Complex Master Plan Study.   For example, if the channel has tight bends then the width would increase.  Depending on the elevation the open channel outfalls into the South Platte River the channel could widen due to the decrease in slope, which increases the need for a wider channel.

7

## REACH 1 OPTION B- WCPM 5-YEAR PIPE & CDOT 100-YEAR PIPE

As shown in Exhibit 5 in Appendix "A", Reach 1 Option B includes constructing the Wastewater Capital Projects Management project, High Street Outfall Phase II, which is a 12'x8' box pipe that will convey the 5-year storm event flow of roughly 1,000 cfs. Reach 1 Option B also includes constructing CDOT's proposed Double 20'x8' box pipes that will convey the 100-year storm event flow of 4,700 cfs. Both the WCPM & CDOT pipes are planned to be constructed through The Denver Coliseum (4600 Humbolt St.) property. This option would require CDOT to have an easement that is approximately 60 foot wide.



## 2.2| MONTCLAIR CREEK-REACH 2

### REACH 2 OPTION A- OPEN CHANNEL



As shown in Exhibit 2 and 6 in Appendix "A", Reach 2 Option A is a 5,000 linear foot open channel that could range from 150-foot to 200-foot that begins at the edge of The Denver Coliseum (4600 Humbolt St.) through the Union Pacific Rail Road (UPRR) yard located at 4500 Race St. The project will then continue east south of E 40th Avenue towards York Street. Included in this option is the new construction of 39th Avenue from High Street to York Street.

This option is dependent on a 100-year storm event conveyance being built within Reach 1. The width of this channel is dependent on the alignment and depth of the open channel that will be built in Reach 1.

### REACH 2 OPTION B- DETENTION POND

As shown in Exhibit 3 and 6 in Appendix "A", Reach 2 Option B is a temporary (10 to 15 years) detention pond that would require the acquisition of properties that are bounded by the following four streets: 39th Avenue, York Street, 40th Avenue, and Franklin Street. Preliminarily, we would need to have a 400 Ac-ft pond with High Street Outfall in place in order to detain the 100-



8

year storm event flow of 4,700 cfs if High Street Outfall Phase II is built fully to the South Platte River.  This is just the storage volume required, but it cannot be used to quantify how much excavation will be necessary for the pond, or how large of a foot print CCD would need for a 100-year storm event pond.  Wastewater Capital Projects Management is currently working on a preliminary concept design of a pond that will be aesthetically pleasing, and a true community benefit to the surrounding neighborhood.  Additionally, further study is necessary in order to determine what properties within these blocks are truly feasible to acquire.

This option can be independent of any storm infrastructure being built within Reach 1 if we were to construct a 600 Ac-ft Pond.

In order to allow us time to go through the National Western Complex (NWC) Master Plan Study and the UDFCD Montclair Outfall Systems Plan (OSP), and CDOT to go through their public Environment Impact Study process, CCD could acquire as much land to build the entire 100-year detention pond as we possibly could, and in the short term build a 5-year pond that fulfills CCD's commitment to provide 5-year storm event protection to RTD's new light rail in 40th Street.   CCD would then leverage a significant amount of CDOT dollars to purchase this land and expand the 5-year storm event pond to a 100-year storm event pond to provide better flood control protection to CDOT's I-70 PCL project. Over time CCD would implement the Montclair OSP which in concept would identify other detention pond areas upstream in the basin which would allow CCD to reduce the size of the 100-year storm event pond or get rid of it completely to redevelop into what most likely would be multi-family housing.

### REACH 2 OPTION C- CDOT PIPE



As shown in Exhibit 1 & 6 in Appendix "A", Reach 2 Option C is CDOT's proposed pipe and throttling pond 100-year storm event system.

## 2.3| MONTCLAIR CREEK-REACH 3

### REACH 3 OPTION A- GREEN STREET WITH CCD PIPE



As shown in Exhibit 2 and 7 in Appendix "A", Reach 3 Option A consists of constructing 2,840 linear feet of a small water quality channel with inlets that tie the treated water into the proposed 18'x6' @ 0.2% box pipe, which would convey approximately 1,200 cfs that contributes from a pipe in Reach 4 that intercepts the 400 cfs that flows through the existing RTD 10'x4' box pipe near Smith Road and

**9**

Monroe Street south of the Mana Pro building.  The drainage for these street improvements could be provided by the execution of Reach 1 & 2 or by building new storm infrastructure to the follow existing and historic drainage patterns to the north.

In addition to the linear water quality and drainage infrastructure a new 39th Avenue green street will be constructed that would connect 39th Avenue from York Street to Steele Street within the Burlington Northern Rail Road Co. property located at 2300 E 38th Ave, which is a part of the Market Lead properties as shown on Exhibit 13.  This would require a minimum of an 80-foot Right-Of-Way width.

## REACH 3 OPTION B- OPEN CHANNEL



As shown in Exhibit 3 and 7 in Appendix "A", Reach 3 Option B is consists of constructing 2,840 linear of open channel that is approximately 75' wide within the Burlington Northern Rail Road Co. (BNSF RR) located at 2300 E 38th Ave, which is a part of the Market Lead properties as shown on Exhibit 13. This open channel would convey approximately 1,200 cfs that contributes from a pipe in Reach 4 that intercepts the 400 cfs that flows through the existing RTD 10'x4' box pipe near Smith Road and Monroe Street south of the Mana Pro building.

There would not be any room for a typical section of street if a 75' wide open channel is built within the approximate 100' wide BNSF RR Market Lead property.  If drainage within Reach 3 were built as an open channel then it would be dependent on building either a pond in Reach 2 or an open channel in Reach 1 & 2.  The execution of this option would require a bridge to be constructed at York Street.

## REACH 3 OPTION C- CDOT PIPE



As shown in Exhibit 1 & 7 in Appendix "A", Reach 3 Option C is CDOT's proposed pipes and throttling pond 100-year storm event system.

CCD007350

## 2.4| MONTCLAIR CREEK-REACH 4

### REACH 4 OPTION A- GREEN STREET WITH CCD PIPE



As shown in Exhibit 2 and 8 in Appendix "A", Reach 4 Option A consists of constructing 3,020 linear feet of a 13'x 6' RCBC @ 0.2% from 42nd Avenue to 39th Avenue and a 18'x 6' RCBC @ 0.2% from 39th & Monroe to 39th & Steele. This box pipe would intercept the 400 cfs that flows through the existing RTD 10' x 4' box pipe near Smith Road and Monroe Street south of the Mana Pro building.

An alternative Underground Detention at 42nd and Monroe could reduce the 13'x6' RCBC to a 60" RCP from 42nd Avenue to 39th Avenue Reduce Storm.  It could also reduce the 18'x6' RCBC to a 11'x6' RCBC from 39th & Monroe to 39th & Steele.

By constructing this storm infrastructure, CCD would be able to fill in the BNSF RR Market Lead properties (Exhibit 13) located at 3801 Adams St, 3800 Madison St., 3895 Cook St. , 3905 E 48th Ave, 3900 Madison St, 3500 E 40th Ave, 4001 Monroe St., and 4201 Monroe St. to allow for at grade street connections to be constructed.  These are listed below

1. Construct 39th Avenue between Steele & Jackson as a Concrete Paved Green Street (60' ROW)

2. Construct approximately 230 LF of at grade street connection for 42nd Avenue (60' ROW)

3. Construct approximately 230 LF of at grade street connection for 41st Avenue (60' ROW)

4. Lower approximately 700 LF of 40th Avenue (60' ROW)

5. Reconstruction approximately 650 LF of Madison  (60' ROW)

6. New construction of approximately 1,100 LF of Monroe (60' ROW)

The drainage for these improvements could be provided by the execution of Reach 1, 2, & 3 or by building new storm infrastructure to the follow existing and historic drainage patterns to the north.

### REACH 4 OPTION B- CDOT PIPE



As shown in Exhibit 1 & 8 in Appendix "A", Reach 4 Option B is CDOT's proposed pipe and trap channels to convey the 100-year storm event system.

11

## SECTION 3| KEY FINDINGS

The following is a summary of the key goals that were accomplished with a rating of 4 or 5 for each option for the Montclair Creek Drainage projects.   See Appendix "B" for the evaluation matrix, which reports the results of the evaluation of the options and Appendix "C" for the identity of the individual that rated the goal or risk and an explanation for each rating.

### 3.1| MONTCLAIR CREEK-REACH 1

#### REACH 1 OPTION A- OPEN CHANNEL- RATED 66

1. Technically Feasible
2. Meets Drainage Criteria
3. Additional Area that receives Flood Control Benefit: 110 Acres
4. Ecologically Promoting
5. Recreational Amenity & Aesthetically Pleasing
6. Economic Benefits- Feasible to Relocate
7. Improved Bike & Pedestrian Mobility to The Denver Coliseum

#### REACH 1 OPTION B- WCPM 5-YEAR PIPE & CDOT 100-YEAR PIPE- RATED 43

1. Technically Feasible
2. Large Flood Control Benefit Area
3. Economic Benefits- Feasible to Relocate
4. Economic Benefits- Redevelopment Potential
5. Economic Benefits- Fiscal Impact

### 3.2| MONTCLAIR CREEK-REACH 2

#### REACH 2 OPTION A- OPEN CHANNEL- RATED 56

1. Meets Drainage Criteria
2. Additional Area that receives Flood Control Benefit: 110 Acres
3. Ecologically Promoting
4. CPD Master Plans
5. Recreational Amenity & Aesthetically Pleasing
6. Improved Bike & Pedestrian Mobility to The Denver Coliseum

#### REACH 2 OPTION B- DETENTION POND- RATED 53

1. Technically Feasible
2. Meets Drainage Criteria
3. Additional Area that receives Flood Control Benefit: 110 Acres
4. Ecologically Promoting
5. CPD Master Plans
6. Recreational Amenity & Aesthetically Pleasing

**12**

7. Improved Bike & Pedestrian Mobility

### REACH 2 OPTION C- CDOT PIPE-RATED 34

1. Technically Feasible
2. Economic Benefits- Redevelopment Potential
3. Economic Benefits- Fiscal Impact

## 3.3| MONTCLAIR CREEK-REACH 3

### REACH 3 OPTION A- GREEN STREET WITH CCD PIPE-RATED 64

1. Water Quality
2. CPD Master Plans
3. Economic Benefits- Feasible to Relocate
4. Economic Benefits- Redevelopment Potential
5. Economic Benefits- Fiscal Impact
6. Improved Vehicular, Bike & Pedestrian Mobility

### REACH 3 OPTION B- OPEN CHANNEL-RATED 60

1. Technically Feasible
2. Economic Benefits- Feasible to Relocate
3. Economic Benefits- Redevelopment Potential
4. Economic Benefits- Fiscal Impact

### REACH 3 OPTION C- CDOT PIPE-RATED 34

1. Technically Feasible
2. Economic Benefits- Feasible to Relocate
3. Economic Benefits- Redevelopment Potential
4. Economic Benefits- Fiscal Impact

## 3.4| MONTCLAIR CREEK-REACH 4

### REACH 4 OPTION A- GREEN STREET WITH CCD PIPE-RATED 60

1. Water Quality
2. CPD Master Plans
3. Improved Vehicular, Bike & Pedestrian Mobility

### REACH 4 OPTION B- CDOT PIPE-RATED 33

1. Technically Feasible
2. Economic Benefits- Feasible to Relocate
3. Economic Benefits- Redevelopment Potential
4. Economic Benefits- Fiscal Impact

**13**

CCD007353

# SECTION 4| CRITICAL ISSUES

Below is a summary of the critical issues for the Montclair Creek projects.

## SECTION 4.1| ALL REACHES OF MONTCLAIR CREEK

1. **CDOT's I-70 Partially Covered Lowering (PCL) Project Manager, Keith Stefanik has confirmed from his management team that CDOT cannot include any of the Montclair Creek open channel projects in their design/build contract for the I-70 PCL project.** To amend their Environmental Impact Study (EIS) to include an open channel option is such a large change in scope that they would have to start their NEPA EIS process essentially all over again. It has taken them two years to get to the point of where they are ready to submit their supplemental package, and they are unwilling to jeopardize their progress on the EIS for the I-70 PCL.

2. **NEPA requirements will activate if we use federal funding.** If any of the Montclair Creek projects have to undergo a NEPA process, we understand from CDOT's NEPA Project Manager, Kirk Webb, that this process would take a minimum of 2 to 3 years. Based on the I-70 PCL schedule, these projects are not a viable option for the City and County of Denver to pursue. It is understood if we are able to secure non-Federal funding for these project, then we would not have to undergo this NEPA process.

3. **Intergovernmental Agreements with CDOT.** These agreements could take from 6 months to a year to finalize.

4. **National Western Complex Master Plan schedule is impacted by PW EMT decision to implement Reach 1.** Reach 1 of Montclair Creek is within The Denver Coliseum property which is part of the NWC Master Plan. The current schedule for the NWC begins concept master plan design in June of 2014, and will need to have a decision from PW EMT by mid-June in order to successfully meet the Master Plan's tight schedule.

## SECTION 4.2| MONTCLAIR CREEK REACH 1

1. **Need to build Reach 1 by March 2016 due to RTD Commitment to provide 5-year storm protection conveyance to the South Platte River.** We have committed to RTD that we will construct a fully operational 5-year storm conveyance system that can carry approximately 1,000 cfs by the time they run a train on their FasTracks commuter rail line east of the UPRR rail yard, which is east of The Denver Coliseum. We anticipate that to be March of 2016, and we intended High Street Outfall Phase II to fulfill this commitment to RTD. CCD would either need to provide a temporary drainage conveyance solution at the end of High Street Phase IIA which is also known as the 40th Ave. Outfall, and ends at McFarland on the southern edge of The Denver Coliseum (see Exhibit 2) or be able to complete Montclair Creek Reach 1 by March of 2016 through the UDFCD contract procurement process. We have begun initial conversations with UDFCD, and they are very interested in managing some of the Montclair Creek drainage projects through a partnership with WCPM and CDOT.

2. **Coordination with the National Parks Service for improvements in Globeville Landing Park.** Any improvement within the Globeville Landing Park, east of The Denver Coliseum, will need to be approved from the National Parks System. This could be a 4 to 6 month process.

**14**

3. **Hazardous Substance Response Fund (HSRF) could be utilized to reimburse CCD for environmental mitigation to remove landfill and heavy metals on The Denver Coliseum site only if we were to construct an open channel.**   DEH is currently working on securing the ability to access HSRF reimbursement in order to remediate the landfill material and heavy metals on The Denver Coliseum site. HSRF funding may be accessed to remediate Superfund-site contamination deemed to pose an exposure hazard in a reasonably expected land use.  DEH has met with CDPHE and EPA, and the negotiations are in favor of the clean up.   However, DEH indicated that we undergo more risk the longer we wait to act on remediation.

As mentioned above, High Street Outfall Phase II has a critical deadline of being fully operational to carry the 5-year storm event of 1,000 cfs by March of 2016 for the RTD FasTracks project.  If we are able to include the landfill as part of their remediation, DEH is currently supportive of developing a strategy to expedite the process to fully remediate the area underneath drainage infrastructure that is built to meet our obligation to provide 5-year storm protection conveyance for RTD.  This could even be an area as wide as a channel that would convey 5,000 cfs such as Montclair Creek Reach 1.

4. **National Western Complex Master Plan schedule is impacted by PW EMT decision to implement Reach 1.**  Reach 1 of Montclair Creek is within The Denver Coliseum property which is part of the NWC Master Plan.  The current schedule for the NWC begins concept master plan design in June of 2014, and will need to have a decision from PW EMT by mid-June in order to successfully meet the Master Plan's tight schedule.

**15**

# SECTION 5| COLLABORATIVE WORK EFFORT CONTACTS

| PROJECT TEAM CONTACT LIST | | | | | |
|---|---|---|---|---|---|
| Name | Agency | Position | Phone | Email | Project Role |
| Sarah Anderson | CCD PW Planning | Project Manager | 720.865.2670 | sarah.anderson@denvergov.org | Project Planner- Water Quality & Public |
| Jessica Brody | City Attorney's Office | Asst. City Attorney | 720.913.3267 | jessica.brody@denvergov.org | Legal Risk Assessment |
| Janice Finch | CCD PW Planning | Principal Planner | 720. 865.3163 | janice.finch@denvergov.org | Funding Identification |
| Saeed Farahmandi, PE | CCD PW WMD OPS | Engineer and Architect Sup | 303.446.3607 | saeed.farahmandi@denvergov.org | Maintenance and Operation |
| Giles Flanagin | CCD F&A Real Estate | Administrator II | 720.913.8820 | giles.flanagin@denvergov.org | Land Acquisition Agent for Montclair Creek |
| Don Jacobs, PE - Enginuity Engineering Solutions | UDFCD Consultant | Owner | 303.872.9106 | djacobs@enginuity-es.com | Montclair Basin OSP, Technical Feasibility |
| Selena Klosowski, PE | CCD PW WCPM | Senior Engineer | 303-446-3520 | selena.klosowski@denvergov.org | Project Coordinator |
| David Marquardt | CCD Parks & Rec. | Landscape Architect Sup | 720.913.0629 | david.marquardt@denvergov.org | Montclair OSP, Montclair Creek, Globeville Landing Park, Goals |
| Jason Renneker, PE | CCD PW WCPM | Engineer | 303.446.3510 | jason.renneker@denvergov.org | Technical Expertise – Drainage Design and Civil Engineering |
| Jeff Romine | CCD OED | Administrator III | 720.913.1526 | jeff.romine@denvergov.org | Development Potential |
| David Shaw | CCD PW WCPM | Project Manager I | 303.446.3456 | david.shaw@denvergov.org | Construction Lead |
| Tim Watkins | CCD PW CPD | Senior City Planner | 720.865.2932 | timothy.watkins@denvergov.org | Development Planning and Exhibits |
| PROJECT RESOURCES CONTACT LIST | | | | | |
| Name | Agency | Position | Phone | Email | Project Resource Role |
| Michael Anderson, PE | CCD PW WCPM | Senior Engineer | 720.865.3023 | mike.anderson@denvergov.org | WCPM Drainage Planning |
| Thomas Blackman, PE | CCD PW WCPM | Engineer and Architect Sup | 303.446.3610 | thomas.blackman@denvergov.org | Engineer Supervisor Support |
| Tad Bowman | CCD Arts & Venues | Director | 720. 865-4244 | tad.bowman@denvergov.org | CCD A&V- Denver Coliseum |
| Barbara Chongtua, PE | UDFCD | Senior Project Engineer | 303.455.6277 | bchongtoua@udfcd.org | NWSS Concept Design &Maintenance Eligibility Reviewer |
| Ted Christianson, PE | CCD PW ROWS-I | Sr Engineering Manager | 303.446.3715 | ted.christianson@denvergov.org | Project Conception |
| Joseph Cordts, PE | CCD PW ROWS-ERA | Sr Engineering Manager | 720.865.3028 | joseph.cordts@denvergov.org | ERA review |
| Steve Coggins | CCD Jacobs | Project Manager | 720.865.3043 | steven.coggins@denvergov.org | Schedule Logistics |
| Cincere Eades | CCD Parks & Rec. | Parks Planner | 720.913.0655 | cincere.eades@denvergov.org | Parks & Recreation |
| David Erickson | CCD DEH | Env Pub Hlth Pgm Admin | 720.865.5433 | david.erickson@denvergov.org | Environmental Issues |
| Crissy Fanganello | CCD TES | Director | 720.865.3026 | crissy.fanganello@denvergov.org | Project Conception |
| Lisa Ferreira | CCD PW WCPM | Operations Coordinator | 303-446-3632 | lisa.ferreira@denvergov.org | Ops Coordinator |
| Mike Galuzzi | UDFCD | | | | High St Outfall Designer |
| Mark Gehrke, PE | CCD PW WCPM | Senior Engineer | 303.446.3619 | mark.gehrke@denvergov.org | High St Outfall CCD PM |

16

| Name | Agency | Position | Phone | Email | Project Resource Role |
|---|---|---|---|---|---|
| Karen Good | CCD PW IPP | Project Mgr II | 720. 865.3162 | karen.good@denvergov.org | I-70 Lowering Project Manager |
| Jeremy Hamer, PE | CCD PW ROWS-ERA | Senior Engineer | 720.913.0720 | jeremy.hamer@denvergov.org | Flood Control Manager |
| Jennifer Hillhouse | CCD PW IPP | Senior City Planner | 720.865.3158 | jennifer.hillhouse@denvergov.org | NWC Master Plan Lead |
| Tykus Holloway, PE | CCD PW IPP | Project Mgr II | 720.913.8812 | tykus.holloway@denvergov.org | I-70 Lowering Project Manager |
| Frank Kemme, PE | CCD PW ROWS-I | Senior Engineer | 303.446.3663 | frank.kemme@denvergov.org | Project Conception |
| Courtney Levingston | CCD Parks & Rec. | Parks Planner | 720. 913.0623 | courtney.levingston@denvergov.org | Parks & Recreation |
| Sonrisa Lucero | CCD EVS | | 720.865.9059 | sonrisa.lucero@denvergov.org | 2020 Sustainability Goals |
| Steve Nalley | CCD CPDPS | Senior City Planner | 720.865.2921 | steve.nalley@denvergov.org | Development Planning |
| Jim Potter, PE | CCD PW WCPM | Engineer and Architect Mgr | 303.446.3724 | james.potter@denvergov.org | WCPM Manager |
| Stephanie Reed | CCD PW WCPM | Operations Coordinator | 303.446.3706 | stephanie.reed@denvergov.org | Ops Coordinator |
| Justin Schmitz, PE | CCD PW TES | Senior Engineer | 720.913.4561 | justin.schmitz@denvergov.org | Traffic Engineering |
| Emily Silverman | CCD PW | Associate City Planner | 720.913.1743 | emily.silverman@denvergov.org | Transportation Planning |
| Emily Snyder | CCD PW PPD | Project Manager II | 720.913.4562 | emily.snyder@denvergov.org | Bike Lane Planning |
| Lesley Thomas, PE | CCD PW | City Engineer | 720.865.8630 | lesley.thomas@denvergov.org | Executive Management Sponsor |
| Shea Thomas, PE | UDFCD | Senior Project Engineer | 303.455.6277 | sthomas@udfcd.org | Montclair Basin OSP |
| Todd Wenkowski | CCD PW CPD | Project Manager II | 720.865.2905 | todd.wenskoski@denvergov.org | North Denver Corridor Collaboration |
| Heidi Ann Zarnow | CCD PW Engineering | Program Coordinator | 303.446.3419 | heidi.zarnow@denvergov.org | Ops Coordinator-REPORT |

**PROJECT RESOURCES CONTACT LIST (CONTINUED)**

17

## SECTION 6| REFERENCES

1. August 2013 *Urban Storm Drainage Criteria Manual.*

2. January 2006 *city and County of Denver Storm Drainage Design & technical Criteria Manual.*

3. June 2009 *City and County of Denver Storm Drainage Master Plan.*

4. April 15, 2013 *Public Works Catalysts for Capital Project-Prioritization Process for 2014-2019 Capital Improvement Program (CIP).*

5. September 20103 *City & County of Denver Aesthetically Enhance Detention and Water Quality Ponds*

**18**