# Montclair Creek Drainage

## APPENDIX A

EXHIBITS



CCD007359



Exhibit 1 — CDOT Proposed I-70 PCL 100-yr Drainage System



Exhibit 2
Scenario 1- Option A for Reach 1, 2, 3, & 4



Exhibit 3
Scenario 2- Option A for Reach 1 & 4
Option B for Reach 2 & 3



Exhibit 4
Scenario 3- Option A for Reach 1, 3, & 4
Option B for Reach 2



Reach 1 Option A - Open Channel
- 200' wide recreational open channel
- High Street Outfall Phase II could be replaced by this channel through The Denver Coliseum
- Parking needs of the NWC & The Denver Coliseum is a high priority
- CDOT's Reduced 5'x7' Box Pipe Would Tie into the Channel
- High Street Outfall Phase IIA ties into Open Channel or is replaced by Open Channel in Reach 2
- Bridge Needed at McFarland

Reach 1 Option B - Pipe
- WCPM builds High Street Outfall Phase II completely
- CDOT Builds Box Pipe

Exhibit 5
Montclair Creek: Summary of Options for Reach 1

CCD007365

**Reach 2 Option A- Open Channel**
- Open Channel 150' wide from McFarland to York
- Would need to have open channel in Reach 1 from South Platte River to McFarland
- Potential New construction of 39th from High to York
- Potentially 7 Bridges Needed For: McFarland, Brighton, UPRR, 40th, Williams, High, Coke Plant Driveway

**Reach 2 Option B- Detention Pond**
- 400 Ac-ft 100-year Detention Pond
- The land could be filled in and the remaining land not used for the open channel would be sold to potential developers
- Potential New construction of 39th from High to York

**Reach 2 Option C- CDOT Pipe**
- CDOT Pipe and Detention Pond System

Exhibit 6
Montclair Creek: Summary of Options for Reach 2

### Reach 3 Option A - Green Street w.

- 18'x6' RCBC @ 0.2% along 39th between York and Steele
- The drainage for these improvements could be provided by the execution of Reach 1 & 2 or by building new storm infrastructure to the follow existing and historic drainage patterns to the north.
- Potential New construction of 39th from High to York
- Potentially 7 Bridges Needed For:
- McFarland, Brighton, UPRR, 40th, Williams, High, Coke Plant Driveway

### Reach 3 Option B - Open Channel

- Open Channel that is approximately 75' wide
- There is no room for a typical section of street if a 75' wide open channel is built
- Dependent on the execution of Reach 1 & 2
- Bridge at York

### Reach 3 Option C - CDOT Pipe

- CDOT Pipe and Detention Pond System



Exhibit 7
Montclair Creek: Summary of Options for Reach 3

CCD007366

### Reach 4 Option A- Green Street with CCD Pipe

- 13'x 6' RCBC @ 0.2% along Monroe from 42nd Avenue to 39th Avenue
- 18'x6' RCBC @ 0.2% along 39th from Monroe to Steele
- Alternative Underground Detention at 42nd and Monroe to Reduce Storm Improvements from a 13'x6' RCBC to a 60" RCP from 42nd Avenue to 39th Avenue Reduce Storm, and from a 18'x6' RCBC to a 14'x6' RCBC from 39th & Monroe to 39th & Steele
- Fill in the Market Lead BNSF Abandoned Rail Yard
- Construct 39th Avenue between Steele & Jackson as a Concrete Paved Green Street
- Construct approximately 230 LF of at grade street connection for 42nd Avenue
- Construct approximately 230 LF of at grade street connection for 41st Avenue
- Construct approximately 1,050 LF of Monroe between 41st and 39th
- Lower approximately 700 LF of 40th Avenue
- Reconstruction approximately 650 LF of Madison
- New construction of approximately 1,100 LF of Monroe
- Linear Water Quality
- The drainage for these improvements could be provided by the execution of Reach 1, 2, & 3 or by building new storm infrastructure to the follow existing and historic drainage patterns to the north.

### Reach 4 Option B- CDOT Pipe

- CDOT Pipe and Detention Pond System

Exhibit 8
Montclair Creek: Summary of Options for Reach 4

CCD007367