



South Platte River
Limit of Study
Brighton Boulevard
NDCC Area
Vasquez Boulevard
Sand Creek
I-70
Smith Road
40th Avenue
Colorado Boulevard
Park Hill Drainage Basin
(7.6 sq. mi. tributary area)
City Park
Monaco Parkway
Quebec Street
Colfax Avenue
Montclair Drainage Basin
(9.4 sq. mi. tributary area)
York Street
Intersecton of Colfax Avenue and Colorado Boulevard
6th Avenue
Cherry Creek
Alameda Avenue
Fairmount Cemetary
Gravel, sand, silt, and clay of modern stream flood plains....
Intersecton of Colfax Avenue and Colorado Boulevard
USGS Geologic Map of Denver - 1979
Historic Drainageway through Montclair Basin
Intersecton of Colfax Avenue and Colorado Boulevard
Historic Drainageways - 1861
MONTCLAIR AND PARK HILL BASINS
FLO-2D ANALYSIS
EXHIBIT 9
Existing 100-year Storm Event Flo-2D of Montclair/Parkhill Basins
100-Year Design Flow
Maximum Flood Depths*
3" - 6"
6" - 12"
1' - 1.5'
1.5' - 3'
3' - 4.5'
4.5' - 6'
> 6'
*Based on 10- and 25-foot FLO-2D computational grids
Existing Storm Drains
Horiz. Diam. 0 - 18 in.
Horiz. Diam. 18 - 30 in.
Horiz. Diam. 30 - 48 in.
Horiz. Diam. 48 - 60 in.
Horiz. Diam. >60 in.
0
700
1,400
Feet
Features
Primary Overland Flow Path
Drainage Basin Delineation (Topo Based)
DENVER
Enginuity
2013/27/11 6:08:55 AM R:\Projects\CDOT\13-XXX I-70 PCL\GIS\Maps\All_Montclair_ParkHill_Basin_Depth.mxd

South Platte River
Limit of Study
Brighton Boulevard
Vasquez Boulevard
Sand Creek
I-70
Gravel, sand, silt, and clay of modern stream flood plains....
Intersecton of Colfax Avenue and Colorado Boulevard
USGS Geologic Map of Denver - 1979
DESIGN CONCEPT:
Open Channel, 218-foot wide
100-Year W.S. 7-foot depth, Q=~5,000 CFS
DESIGN CONCEPT:
18' x 6' Box Pipe @ 0.2%
39th Avenue between York & Steele to be constructed as a Green Street
40th Avenue
DESIGN CONCEPT:
12' x 6' Box Pipe @ 0.2%
from 42nd Ave to 39th Ave.
13' x 6' Box Pipe @ 0.2%
from 39th & Monroe to 39th & Steele.
Historic Drainageway through Montclair Basin
Intersecton of Colfax Avenue and Colorado Boulevard
Historic Drainageways - 1861
Colorado Boulevard
MONTCLAIR BASIN
City Park
Monaco Parkway
Colfax Avenue
Downing Street
York Street
Cheesman Park
Intersecton of Colfax Avenue and Colorado Boulevard
6th Avenue
FLO-2D Models:
Denver Main Street Zoning - Upper Montclair (4500-03)
Denver Main Street Zoning - Hale Parkway (4500-04)
Denver Main Street Zoning - Colfax Avenue (4500-03)
Denver Master Plan Update 2014 - City Park (4500-01)
Denver Master Plan Update 2014 - 40th to City Park (4500-01)
Denver Montclair Open Channel Prop. Cond. (4500-01, 0060-02)
RTD North Metro - Brighton Boulevard Prop. Cond. (0060-02)
MONTCLAIR BASIN - FLO-2D ANALYSIS
EXHIBIT 10
100-year Storm Event Flo-2D of Montclair with Channel
Maximum Flood Depths*
3" - 6"
6" - 12"
1' - 1.5'
1.5' - 3'
3' - 4.5'
4.5' - 6'
> 6'
*Based on 10- and 25-foot FLO-2D computational grids
Existing Storm Drains
Horiz. Diam. 0 - 18 in.
Horiz. Diam. 18 - 30 in.
Horiz. Diam. 30 - 48 in.
Horiz. Diam. 48 - 60 in.
Horiz. Diam. >60 in.
0
1,000
2,000
Feet
Features
FLO-2D Hydrograph Input Location
Primary Overland Flow Path
Drainage Basin Delineation (Topo Based)
DENVER
Enginuity
2014/28/05 2:42:19 PM R:\Projects\Denver\14-XXX Montclair Open Channel\GIS\Maps\All_Montclair_Basin_Depth_Proposed_Option1_100-yr.mxd

CCD007369











Exhibit 13: BNSF Market Lead Property Map