NOT SEPARATE PROJECTS

The connection between I-70 and TWO BASIN DRAINAGE PROJECT is crystal clear in the Intergovernmental Agreement approved June 6, 2015 by Denver City Council, the Ordinance/Resolution Request dated May 26, 2015, and in the presentations to Council Committee and Council.

- Each entity will participate financially and with procurement in both projects. (Source, Powerpoint Presentation to Council Committee June 3, 2015, Page 1)

- **The City** will procure and execute the TBDP (drainage) project that also benefits CDOT. This project provides 100-year drainage protection to City neighborhoods and the Transportation project (Source, same as above, page 1)

- CDOT must provide 100-year protection for the affected portion of I-70 as part of the Transportation Project. CDOT would like to take advantage of the efficiencies and savings that will accrue if they contribute to the cost of the TBDP rather than building a separate project of their own. (Source, same as above, Page 5)

- Drainage project estimated at $134 Million to be shared by CCD & CDOT, $26.8M upfront by CCD with the remainder of the City's share to be paid in the future through the Wastewater Fund; Additional Transportation elements will be funded as set forth in the IGA under future agreements. (Source, same as above, p.

- Public Works and Urban Drainage and Flood Control District will undertake the construction of the TBDP, which will protect the Transportation Project, RTD's Eagle and North Metro Lines and adjacent City neighborhoods from a 100-year storm. (Source, same as above, page 5)

- Drainage project estimated at $134 Million to be shared by CCD & CDOT, $26.8M upfront by CCD with the remainder of the City's share to be paid in the future through the Wastewater Fund;

- Additional Transportation elements will be funded as set forth in the IGA under future agreements.  (Source: Ordinance/Resolution Request dated May 26, 2015 regarding the IGA, and submitted to Council Committee on June 3, 2016)

- The TBDP will provide protection from the 100 year storm to a wide swath of the city that includes the I-70 Transportation Project. "Absent CDOT's cooperation

and participation, TBDP would have provided only 5 year storm protection and would likely have been delayed by many years for lack of available funds."  Diane Barrett to City Council July 6, 2015 at 04:20:19 Granicus.

- "Finally, to answer the question that's been posed about timing of this IGA, the two main reasons that NOW is the time to take this action are 1) the Early action portions of the drainage improvements need to be completed well in advance of the beginning of the transportation project so that nobody is in the way when CDOT gets goingand 2) CDOT's procurement process has already begun. Bidders have submitted statements of qualifications and they're ready to go. If CDOT can give assurance to bidders of the City's cooperation on this project, we expect the bidders to respond with significantly lower costs for the project. Diane Barrett to City Council July 6, 2015 at approximately  04:23:06.)

- [Doing this project "So we can get it before it reaches our neighborhoods, I-70, light rail tracks and the stock show and also clean it before it gets to the river. (Lesley Thomas, Deputy Director Public Works, at Council Cttee meeting June 3, 2015 About 00:14:00)

- IGA states City independently and separately created a drainage plan to provide 100 year storm protection. This is not the case. Denver's 2014 Storm Drainage Plan does not lay out any 100 year plans and specifically states that it cannot be done because of time and costs.  The so-called drainage plan was the product of the MATT (multi agency task force) comprised of RTD, CDOT, CCD & UDFCD reps that met bi-weekly from Sept. 2013 till Feb. 2014 and hired consultants to produce reports to the effect that the work should be done jointly.


    Excerpts from IGA:
- **WHEREAS, the City has separately and independently created a drainage plan to provide 100-year storm protection for azeas that could be inundated by water from the Montclair and Park Hill basins, including the I-70 East Project alignment (the "Two Basin Drainage Project' or "TBDP"); and**
- **WHEREAS, the City is prepared to initiate construction of the TBDP in order to preserve the property necessary for construction of the proposed TBDP project and to provide protection for certain developing areas of Denver from a 100-year storm event; and**
- **WHEREAS, CDOT, HPTE, BE and the City have decided upon a cooperative approach that will result in savings to, and funding contributions for, the I-70 East Project, and which will also result in funding for enhancements to the I-70 East Project desired by the City; and**

**From Ordinance/Request dated May 26, 2015:**

**Costs**: Drainage project estimated at $134 Million to be shared by CCD & CDOT, $26.8M upfront by CCD with the remainder of the City's share to be paid in the future through the Wastew

**Background on the Request**: All under the heading of the North Denver Cornerstone Collaborative, the City of Denver has several major redevelopment and infrastructure projects taking place that provide a connection from Denver Union Station to Denver International Airport. Named the Corridor of Opportunity, the nearly 23-mile stretch is one of the most compelling commercial investment opportunities in the world, with thousands of developable acres. One of six major initiatives currently underway, the Interstate 70 Reconstruction addresses the area between I-25 and Tower Road, which is Colorado's only east-west Interstate connection serving as an essential backbone of state and regional commerce, moving residents and tourist between the airport, downtown Denver, and the communities and resorts to the west. The viaduct (the elevated portion of I-70 on a bridge) was constructed in the early 1960's, and is reaching the point where it must be reconstructed to safely convey the traveling public and freight that keeps the Colorado economy moving. For the first time in ten years of extensive study, which includes reviewing over 200 options, the Colorado Department of Transportation (CDOT) recently recommended a "preferred alternative" for the I-70 East Environmental Impact Statement (EIS). The Partial Cover Lowered (PCL) option on the Existing Alignment would remove the elevated section of I-70, lower the highway below grade, cover the highway by Swansea Elementary School and reconnect the Elyria and Swansea neighborhood. This alternative was developed over many years of work with community and has broad public support, including from elected officials. In April 2013, the project team held public meetings attended by more than 400, during which the community urged CDOT to move forward with this alternative.

*The proposed regionally benefitting drainage plan accomplishes the need to provide 100 yr protection for the "PCL" and envisions enhancements like accessible open space, connectivity, and other quality of life improvements consistent with the recently adopted Elyria/Swansea Neighborhood plan and the National Western Center plan.*

From: Memorandum to I-70 PCL Drainage Multi Agency Technical Team (MATT)

Currently, this flood potential does not pose a significant risk to the highway due to its elevated design on a viaduct.  However, porposed lowering of alignment below grade will introduce the potential for flood waters to enter the highway if not accounted for in the project's drainage design. P. 2

Overall goal of this analysis: to perform a technical review of the previous Montclair basin hydrologic analysis and modify the modeling, if necessary, in order to provide C-DOT with a mutually agreed upon off-site 100-year design flow rate for the I-70 PCL project.  P. 2



# Memorandum

**To:**      I-70 PCL Drainage Multi Agency Technical Team (MATT)
- Urban Drainage and Flood Control District (UDFCD)
- Colorado Department of Transportation (CDOT)
- City and County of Denver (CCD)
- Regional Transportation District (RTD)
- Atkins
- Stantec

**From:**    Don Jacobs P.E. – Enginuity Engineering Solutions (Enginuity)

**Date:**    August 1, 2014

**Re:**      I-70 PCL **Montclair** Drainage Basin Hydrologic Analysis

## 1.0    Contents of this Memorandum

This memorandum was prepared by Enginuity Engineering Solutions documenting the Multi Agency Technical Team's (MATT) investigation of the Montclair drainage basin hydrology in Denver, Colorado. A list of individual MATT participating members is located in the appendix (see meeting minutes) and includes the Urban Drainage and Flood Control District (UDFCD), the Colorado Department of Transportation (CDOT), the City and County of Denver (CCD), and the Regional Transportation District (RTD). Organizational contents of this memorandum are listed below:

1.0 Contents

2.0 Background and Purpose

3.0 General Approach – Base Model Hydrology

4.0 Hydrologic Modeling Sensitivity Analysis

5.0 Revised I-70 PCL Hydrology Results and Final MATT Recommendations

6.0 Appendix

## 2.0    Background and Purpose

CDOT has identified the Partial Covered Lowered Alternative (PCL) as the preferred alternative for improvements to I-70 East through Denver. A portion of this alternative includes rebuilding I-70 below grade between Brighton Boulevard and Colorado Boulevard, where the existing viaduct currently stands. While lowering the highway at this location provides several enhancements to the community such as reconnecting the Elyria and Swansea neighborhoods, it also presents drainage challenges that must be addressed from a design standpoint.

The proposed lowered portion of the I-70 project crosses two major drainage basins in Denver – the Montclair and Park Hill basins. This memorandum specifically addresses the Montclair basin. Flood

---

10534 W. Chatfield Ave., Ste. 105 • Littleton, CO 80127 • Tel: 303.872.9112 • www.enginuity-es.com

potential in the lower Montclair drainage basin has been documented by several previous studies, including studies by the City and County of Denver and the Regional Transportation District.  These studies have defined flow rates and rough flooding limits around the I-70 area both upstream and downstream of the interstate.  Currently, this flood potential does not pose a significant risk to the highway due to its elevated design on a viaduct.  However, proposed lowering of alignment below grade will introduce the potential for flood waters to enter the highway if not accounted for in the project's drainage design.

To address this potential drainage issue, the MATT was formed during the fall of 2013 to collectively investigate the Montclair basin's hydrology and other inter-agency coordination issues.  While the Montclair basin hydrology has been documented in several previous studies (see below for more information), all of the previous analyses were performed from a regional planning standpoint, and there was a general presumption that the previously published flow rates could potentially be overly conservative from a design standpoint.  Specific factors such as conservative impervious values, existing inadvertent detention that may exist within the basin, CUHP model discretization, and limited accounting for floodplain flow routing were to be investigated.

**Overall goal of this analysis:  to perform a technical review of the previous Montclair basin hydrologic analysis and modify the modeling, if necessary, in order to provide C-DOT with a mutually agreed upon off-site 100-year design flow rate for the I-70 PCL project.**

Previous analysis that were used as the initial basis of this project:

- 2005 CCD Storm Drainage Master Plan (SDMP)

- 2008 CCD Ferril Lake Stormwater Detention Design

- 2009 CCD Storm Drainage Master Plan

- 2010 CCD Sanitary and Storm Drainage Master Plan FasTracks Interface

- 2014 CCD Storm Drainage Master Plan (in progress, scheduled for completion in October 2014)

- 2008 RTD Draft East Corridor Drainage Master Plan

- 2011 RTD Eagle P3 Drainage Adverse Impact Analysis

- 2013 RTD North Metro FLO-2D Drainage Analysis

- 2011-2014 RTD/CCD/UDFCD 40th Avenue/High Street Outfall Design

- 2012 UDFCD Park Hill (North of Smith Road) Drainage Outfall Systems Plan

This memorandum documents the hydrologic analysis performed by Enginuity in the Montclair basin for the I-70 PCL project's conceptual design.  The analysis was a collaborative effort between MATT members with bi-weekly technical meetings held from September 2013 thru February 2014.  Hydrology related meeting minutes are included in the appendix.

   

## 3.0    General Approach – Base Model Hydrology

General Hydrologic Conditions

The Montclair basin is a fully developed, urbanized watershed containing a total tributary drainage area of approximately 9.4 square miles.  It encompasses drainage planning basins 4500-01, -03, and -04.  The basin generally drains to the northwest and discharges to the South Platte River between Globeville Landing Park and Riverside Cemetery.  Its upstream boundary is located to the southeast at the Fairmont Cemetery.  Land use varies within the basin from primarily residential in the upper reaches to commercial and industrial in the lower reaches.  City Park, an approximate 320 acre urban park containing the Denver Zoological Gardens, the Denver Museum of Nature & Science, and the City Park Golf Course, is located near the center of the drainage basin.

There is an extensive system of existing storm sewer pipes serving the basin including a 10' x 10' RCBC primary outfall.  A second large (12' x 8' RCBC) outfall associated with the RTD Eagle P3 project in conjunction with UDFCD and CCD is currently under construction.  These two outfalls combined were designed to convey the 5-year event.  Surcharged flows in excess of the storm sewers' capacity are conveyed overland via the network of City streets.  There is historical evidence that a drainage channel once existed in the Montclair basin, but it has since been obliterated by development during the early 20th century.  Without a formal drainage channel, periodic flooding occurs throughout the basin with significant surface runoff.  These areas of urban flooding are not recognized by FEMA as jurisdictional floodplains, but they pose a significant drainage design issue for the I-70 PCL project as they drain towards the highway.

Previous Studies and Flow Rates

With numerous previous studies encompassing different portions of the Montclair drainage basin for a variety of purposes, the MATT began by investigating hydrologic results and flow rates published in the previous studies.   In order to adequately compare these studies, Enginuity modified the previous CUHP/SWMM models as necessary to provide comparative results at a common location using identical assumptions.   For the purpose of consistency when comparing previous studies, the following assumptions were used:

- The location for comparing flow rates produced by the Montclair basin is at 40th Avenue and represents a combined flow rate across several streets and pipes.  **All comparative flow rates published in this memorandum are at 40th Avenue** and are represented as "Design Point 2" in the modeling.  Once water crosses 40th Avenue, it branches into several different directions and is conveyed by various underground pipes and multiple streets.  These diversions downstream (north) of 40th Avenue are accounted for in the accompanying *I-70 PCL MATT Park Hill Basin Hydrology* technical memorandum.

- **Comparative Flow rates throughout this study represent the total 100-year runoff from the basin (pipe flow plus surface flow).**  For the sake of simplicity, underground pipe conveyances are not separated from the surface flow conveyances in the comparative flow rate analysis in this memorandum (DP 2).  More detailed separated pipe and surface flow rates can be obtained from the updated SWMM modeling in this memorandum, but they are not used for the comparative analysis herein.  These pipe conveyances should be accounted for as part of the future I-70 conceptual design.

Considering the assumptions listed above, runoff hydrographs from previous studies are depicted in the graph below:






P a g e | 3



The "City Park Detention" referenced in the graph above refers to formalized detention constructed in 2008 at Ferril Lake, which consists of approximately 124 acre-feet of detention volume and was designed for the 5-year event. While not all of the previous studies originally analyzed the basin with and without formalized detention at Ferril Lake, Enginuity added this variation to the previous models for comparative purposes and to provide the MATT with a clear understanding of the expected benefits of the existing 5-year Ferril Lake facility.

General background of the previous studies (all utilize CUHP 2000 and UDSWMM 2000):

- 2005 Denver SDMP: the first major study of the basin; utilized detailed CCD topography and GIS data; basin delineation based on pipe infrastructure; estimated % impervious values based on UDFCD land use table; delineated 57 individual sub-basins.

- 2008 RTD East Corridor: more "basic" analysis delineating 5 individual sub-basins; basin delineation based on topography; estimated % impervious values based on UDFCD land use table.

- 2009 Denver SDMP: modified 2005 model to account for City Park detention; revised % impervious calculations to be based on measured impervious values for each land use utilizing the City's GIS pervious layer; other minor modeling parameter modifications.

- 2014 Denver SDMP: modified 2009 model's routing and basin delineations to account for various surface split-flows identified using FLO-2D; routing elements account for both pipe and surface flow splits instead of pipe only; other minor modifications to account for newly constructed projects.

See the original technical documentation for each of these studies for additional information, maps, and results.

   

Determination of Base Hydrologic Model

The MATT reviewed results from previous modeling and decided to move forward with the 2014 Denver SDMP CUHP/UDSWMM analysis as the "Base Model" for the I-70 PCL analysis.  This model was selected due to the fact that it is the latest model available, incorporates both surface and pipe flow routing, and provides a significant level of additional detail over the RTD analysis.  A CUHP-UDSWMM routing schematic map representing this model is located in the appendix, which includes a summary of 100-year peak flow rates for each design point.  The model has been modified by Enginuity for the purposes of this study, by combining several design points into a single point at 40th Avenue to represent the total flow for the basin.  The total flow is represented by Design Point "2" in the revised model, with a 100-year peak flow rate of 6,979 cfs.

The base model was then utilized to perform a series of sensitivity analyses accounting for potential modifications to modeling parameters that the group had identified as potentially more accurate, and also accounting for physical features observed within the basin that were not previously accounted for in the model.  The results of this sensitivity analysis are discussed in the following section.

## 4.0    Hydrologic Modeling Sensitivity Analysis

The MATT investigated the following potential modifications to the base CUHP/UDSWMM modeling and performed a sensitivity analysis on each:

1. Accounting for **loss of surface runoff to the 36th Street** drainage basin.

2. Utilizing direct **measured impervious values** instead of land use based values.

3. Reducing the model's **discretization** by subdividing the basin into fewer sub-basins.

4. Modifying the **street routing elements** in UDSWMM to better represent flow occurring down multiple streets during the 100-year event.

5. Accounting for **inadvertent detention** that occurs within the basin.

The following table and graph summarize peak runoff rates and hydrographs for the various modeling modifications investigated by the MATT.  The subsequent subsections further discuss the sensitivity analysis performed for each potential modification.






## Montclair Basin Hydrology – Sensitivity Analysis
### 100-Year Runoff at 40th Avenue

| Model or Potential Modification* | Q100 (cfs) | Change from Base Model | Comment |
|---|---|---|---|
| **2014 CCD Master Plan** | **6979** | **0%** | **Base Model, CUHP 2000, UDSWMM 2000** |
| Loss of surface runoff to 36th Street Basin | 6598 | -5% | Straight subtraction of peak flow acquired from FLO-2D model |
| Measured % Impervioius | 6991 | 0.2% | 1% increase in total % Impervious |
| Reduced Discretization - Weighted Average Slope | 6432 | -8% | 59 sub-basins to 5 sub-basins |
| Reduced Discretization - Measured Basin Slope | 6188 | -11% | 59 sub-basins to 5 sub-basins |
| Multiple Street X-section Routing Elements | 5793 | -17% | Adjusted trapazoidal bottom width and side slopes |
| Inadvertent Detention in City Park below Ferril Lake | 5644 | -19% | 45.5 acre-feet assumed Inadvertent Detention |
| Inadvertent Detention in City Park Golf Course | 5619 | -19% | 41.8 acre-feet assumed Inadvertent Detention |
| Inadvertent Detention in City Park Ball Fields | 6825 | -2% | 18.2 acre-feet assumed Inadvertent Detention |
| Inadvertent Detention - all 3 combined | 5005 | -28% | 105.5 acre-feet assumed Inadvertent Detention (total) |
| Check:  FLO-2D Routing for Basin Below Colfax Avenue | 3255 | -53% | Accounts for all inadvertent detention throughout the lower basin.  Includes pipe flow.  Includes flow lost to 36th Street. **Low-end check only.** |

**Modification Combinations**

| | | | |
|---|---|---|---|
| Multiple Street X-section Routing Elements & Inadvertent Detention (all 3 locations) | 4422 | -37% | Combination requested by MATT on 12/16/2013 |
| Multiple Street X-section Routing Elements & Inadvertent Detention (Golf Course and Duck Pond only) | 4655 | -33% | Combination requested by Matt on 2/19/2014 and adopted in agreement with Denver Parks Department |

\* All models represent total peak runoff produced by the basin, existing pipe outfalls are not considered.  All models account for existing detention at City Park in Ferril Lake and also Crestmore Park.

Red = changes recommended by MATT








## 4.1.    Loss of Water to 36th Street Basin

FLO-2D analysis performed in the 2014 Denver SDMP indicated that there is potential for some flood waters to exit the Montclair basin and enter the 36th Street basin during large storm events. The location for this potential trans-basin flow to the west would occur across Lafayette Street in the lower portion of the basin between 31st Avenue and 36th Avenue. See the Montclair-Park Hill Basin Depth map in the appendix for a depiction of this trans-basin flow location.

As part of the MATT analysis, modifications to the 2014 SDMP FLO-2D analysis were made in order to track the trans-basin flow into the 36th Street basin. The modeling results produced a trans-basin flow of 381 cfs from Montclair to 36th Street during the 100-year event. The MATT determined this amount of flow loss to be negligible and decided not to account for it in the Montclair basin hydrology.

## 4.2.    Measured Impervious Values

As part of the MATT analysis, the impervious values for each sub-basin were directly measured utilizing CCD's impervious layer in GIS. While the exact measured values differed from the 2014 SDMP base model for individual sub-basins, the cumulative basin-wide percent impervious value only differed by 1% and produced a negligible change in runoff values. Based on this result, the MATT decided not to modify the base model's impervious values.

## 4.3.    Reduced Discretization

It is generally understood that the more a large basin is subdivided for CUHP/SWMM analysis (discretized), higher resulting flow rates can be expected. Often times during CUHP/SWMM model development, engineers will model a basin utilizing different levels of discretization, and compare the results in order to "calibrate" the model based on the original basis of development for CUHP itself.

The MATT checked the sensitivity of the Montclair model by reducing the discretization from 59 sub-basins in the base 2014 SDMP model to a 5 sub-basin model. The result was an 8% to 11% decrease in peak flow rates at 40th Avenue depending on the method used to calculate sub-basin slopes. The MATT determined that this difference between the two approaches was acceptable, and did not warrant






P a g e | 7

modification to the base model. The MATT decided to continue with the more conservative, 59 sub-basin approach in the 2014 SDMP without further modification to account for discretization.

### 4.4.    Multiple Street SWMM Routing Elements.

The street routing elements in the 2014 SDMP base UDSWMM model were input as recommended in the UDSWMM User's Manual. The recommended cross section is a 1-foot bottom width trapezoidal section, with 20:1 side slopes. The UDSWMM model can only accept trapezoidal shaped cross sections to represent surface flow. This standard cross section is intended to represent a street's gutter section, and can be thought of as an "inverted street crown." While this recommended cross section provides a good representation for water flowing down a single street, portions of the Montclair basin experience widespread flooding with water flowing down multiple streets, alleys, and around structures. In order to better represent the nature of this 100-year flood routing, the MATT developed several wider cross sections to be utilized in the SWMM model depending on the nature of the street flow at individual locations. The nature of the street flow was determined using FLO-2D surface modeling results from the 2014 SDMP.

A representative section located just north of 26th Avenue across the basin's primary flow path was utilized to depict the nature of street flow through the basin during the 100-year event. The following figure shows the typical nature of flow and a typical cross section within the basin, a larger version of this image is available in the appendix:



The following figure illustrates four different routing cross sections used in the MATT UDSWMM analysis representing a varying number of streets conveying the runoff. The typical ground cross section north of 26th Avenue is shown in the background in black. A larger version of this image is available in the appendix.






- Flow traveling down one street (UDSWMM User's Manual recommendation) in red.   1-foot bottom width, 20:1 side slopes.

- Flow traveling down two streets in blue.  40-foot bottom width, 40:1 side slopes.

- Flow traveling down three streets in green.  120-foot bottom width, 60:1 side slopes.

- Flow traveling down four+ streets in yellow.  200-foot bottom width, 60:1 side slopes.



When comparing these cross sections to actual ground cross sections where flow occurs down multiple streets, the MATT believes these routing element representations are conservative, with actual flooding being realistically wider, slower, and more shallow than the trapezoidal sections used in the UDSWMM model.

Several velocity checks were completed to ensure the revised trapezoidal x-section routing elements are still considered to be conservative. Results indicate that velocities calculated in SWMM for a representative trapezoidal routing element are in fact higher (more conservative) than other methods of determining flow velocities in the area.  Velocity calculations performed for comparison purposes are listed below:

### Velocity Check for 6000 cfs, 0.05 ft/ft longitudnal slope, 0.02 Manning's n

| | |
|---|---|
| Manning's Velocity for Irregular Section (3-Streets): | 6.8 fps |
| Manning's Velocity for Trapezoidal Section: | 7.6 fps |
| EPASWMM Velocity for Irregular Section (3-Streets): | 7.4 fps |
| EPASWMM Velocity for Trapezoidal Section: | 7.8 fps  (used in revised modeling) |
| FLO-2D Computed Velocity: | 3 to 7 fps |

Revision of the UDSWMM street flow routing elements resulted in a 17% decrease in peak flow rates from the base model.  The MATT recommended incorporating these revisions into the I-70 hydrology to better represent 100-year flow conditions within the basin.  See the UDSWMM routing map in the appendix for specific locations where the routing elements were modified to better represent street flow conditions.

## 4.5.   Inadvertent Detention

Three areas of significant inadvertent detention were identified within the basin that could have a significant impact on peak flow rates aimed at the I-70 project.  Inadvertent detention is referred to as naturally occurring detention storage that exists within low-lying and depressed areas; these areas have not been designed, constructed, or maintained for the purposes of stormwater detention.  Inadvertent detention is not typically accounted for in design hydrology due to the fact it cannot be relied upon for future storage of flood waters.  As a general practice, it is typically assumed that areas of inadvertent storage could be modified in the future resulting in a reduction or elimination of the storage that currently occurs.  However, the three areas identified in the Montclair basin are located on CCD publically owned property, where assurances can potentially be provided to maintain the existing inadvertent detention storage volumes in perpetuity.

The MATT investigated inadvertent volumes and the impact they have on the basin's hydrology at the following locations:

1. City Park below (north of) Ferril Lake (Duck Pond area).  Assume 45.5 acre-feet including the playground area, or 36.0 acre-feet without the playground area.






P a g e | 9