2. City Park Golf Course between 23rd and 26th Avenues. Assume 41.8 acre-feet.

3. City Park Ball Fields west of Colorado Boulevard and south of 23rd Avenue. Assume 18.2 acre-feet.

See the appendix for mapping of these three areas and assumed inadvertent detention volume calculations. These inadvertent detention volumes are considered by the MATT to be conservative, with actual 100-year inadvertent detention volumes being significantly larger than the assumed values.

The addition of these inadvertent detention volumes into the UDSWMM model results in significantly reduced flow rates at 40th Avenue. If all three areas are accounted for, a 28% reduction in 100-year peak flow rates is realized. See the table at the beginning of this section for specific results from each individual area. After coordination with the Denver Parks Department, the MATT recommended accounting for two of the three inadvertent detention areas in the I-70 hydrology. A legal agreement has been finalized with the Denver Parks Department assuring future actions will not adversely impact the natural and formal storage currently occurring at these two locations. The two locations where inadvertent detention has been accounted for in both the modeling and the agreement with the Parks Department includes the Duck Pond area of City Park and the City Park Golf Course. Both areas are depicted in the figures below:



   



### 4.6. FLO-2D Routing

As a "low end check" of the overall hydrologic results for the basin, runoff values from the 2014 SDMP FLO-2D model were included in the sensitivity analysis documentation. The routing of flood conveyances utilizing FLO-2D is not a methodology approved by UDFCD because it accounts for every square foot of inadvertent detention within the basin, and it is generally considered to lack enough conservatism when determining peak flow rates for design purposes. However, the FLO-2D results have been included in the sensitivity analysis tables and graphs as a simple reference point, allowing the MATT to further understand the various modeling results and help make final modeling recommendations.

### 4.7. Technical Peer Review of Analysis

UDFCD contracted with an independent 3rd party, CH2M Hill, to conduct a peer review of the sensitivity analysis and a general review of the CUHP/SWMM modeling for the Montclair Basin. The review was completed on May 9, 2014 and the results are provided in the Appendix. The review did not recommend any significant changes to the modeling approach or analysis.

### 5.0 Revised I-70 PCL Hydrology Results and Final MATT Recommendations

Recommendations

After reviewing the previous hydrologic studies performed for the Montclair drainage basin and further performing a sensitivity analysis of various modeling parameter modifications, the MATT has recommended the following modifications be made to the base 2014 SDMP CUHP/SWMM model for I-70 design purposes:

- Revise UDSWMM routing elements to more accurately represent flow occurring down multiple streets.

   

- Account for inadvertent detention at the following two locations: City Park Duck Pond (36.0 acre-feet), and City Park Golf Course (41.8 acre-feet). The Inadvertent Detention Memorandum of Understanding (MOU) between CCD Public Works and Denver Parks and Recreation has been finalized ensuring future maintenance of the flood storage volumes.

Results

Incorporating the MATT recommendations into the CUHP/SWMM hydrologic modeling, a revised total basin 100-year peak flow rate of 4,655 cfs is calculated at 40th Avenue. From this value, the I-70 design team can account for existing and soon-to-be completed pipe outfalls serving the basin by subtracting their capacities from the total peak flow rate. Based on CCD's GIS data and recent construction plans, the following two main outfalls should be accounted for:

- Existing 120" BRICK @ 0.39% serving 40th Street and 40th Avenue with a calculated Manning's full flow capacity of 897 cfs.

- Currently under construction High Street Outfall (UDFCD, Denver, RTD) serving 40th Avenue and the East Corridor rail alignment with a design capacity of 906 cfs (based on construction plans dated January 2013). The latest construction plans or as-builts for this project should be referenced to verify this number.

Accounting for the two storm drain outfalls serving the Montclair basin, the 100-year design flow rate at 40th Avenue (surface flow) is 2,852 cfs (4,655 minus 897 minus 906). This peak flow rate can be further revised during the design process to account for the complex flood routing and split flows that occur between 40th Avenue and I-70.

This flood routing between 40th Avenue and I-70 has already been preliminarily completed for the RTD North Metro project and was incorporated into the 2014 SDMP Base modeling for the Montclair and Park Hill Basins. The revised MATT CUHP/SWMM Park Hill basin model includes the storm drain outfalls listed above and combines flows from both the Montclair and Park Hill basins in the vicinity of I-70. **Please refer to the accompanying *I-70 PCL MATT Park Hill Basin Hydrology* technical memorandum for a more detailed determination of peak flow rates anticipated at I-70.**

   

P a g e | 12



This image represents the Montclair basin's SWMM Routing diagram, a larger version is available in the appendix.

   

P a g e | **13**

P a g e | 14

## 6.0   Appendix

All supporting maps, figures, tables, and hydrologic models used during the MATT analysis are provided in electronic format only.  All supporting documentation can be found on the attached DVD.

The supporting documents are organized in the same general order to match the layout of this memorandum.   Supporting documents include:

01. Figures/Maps/Tables:

- A. Background Montclair Mapping
    - o    i.  Montclair/Park Hill Basin FLO-2D Flooding Depth Analysis
    - o    ii.  2011-07-07 Flooding Video at 36th Avenue and High Street
    - o    iii.  2008 RTD East Corridor CUHP-SWMM Routing Diagram
    - o    iv.  2014 SDMP Base Model CUHP-SWMM Routing Diagram
- B. Hydrology Sensitivity Analysis
    - o    i.  Impervious Value Sensitivity Analysis
    - o    ii.  Reduced Discretization Sensitivity Analysis
    - o    iii.  Multiple Street SWMM Routing
    - o    iv.  Inadvertent Detention
- C. Final Hydrologic Mapping for I-70 PCL
    - o    i.  Final MATT I-70 PCL CUHP-SWMM Routing Diagram

02. Hydrologic Models CUHP-UDSWMM:

- A. Previous Models Modified by Enginuity for Comparative Purposes
    - o    i.  2008 RTD East Corridor (with and without Ferril Detention)
    - o    ii.  2014 Denver SDMP with Ferril Detention
    - o    iii.  2014 Denver SDMP without Ferril Detention
- B. Sensitivity Analysis
    - o    i.  Base 2014 Denver SDMP
    - o    ii.  Measured Imperviousness
    - o    iii.  Reduced Discretization
    - o    iv.  Multiple Street X-section Routing
    - o    v.a.  Inadvertent Detention City Park Duck Pond






- - - o   v.b.  Inadvertent Detention City Park Golf Course
    - o   v.c.  Inadvertent Detention City Park Ball Fields
    - o   v.d.  Inadvertent Detention Combined (all 3)
- C. Final Hydrology Revised for I-70 PCL
    - o   i. Combined Inadvertent Detention and Multiple Street Routing

03. Peer Review of Analysis

04. MATT Meeting Minutes

   

P a g e | **15**