# ATTACHMENT TO DECLARATION:
# PowerPoint Presentation Shown on June 3, 2015

# I-70 East/Montclair and Park Hill Basins Drainage
## Agreement Status and IGA Request

- City staff and CDOT staff have been working together on I-70 transportation and related drainage work to find efficiencies to improve project outcomes and create project cost savings for CDOT.

- Proposed IGA includes City and CDOT cooperation on two separate projects: I-70 East Project* (the "Transportation Project") and a Two Basin Drainage Project (the "TBDP").  Each entity will participate financially and with procurement in both projects.

- **The City** will procure and execute the TBDP (drainage) project that also benefits CDOT.  This project provides 100-year drainage protection to City neighborhoods and the Transportation project, in addition to providing neighborhood connectivity and open space.

- **CDOT** will continue to procure and execute the Transportation project, including design elements that the City has identified and requested.

*The preliminarily preferred technical solution is known as the Partial Cover Lowered Alternative.*

1

# I-70 East/Montclair and Park Hill Basins Drainage
## Transportation Project

- The Denver contributions to the Transportation Project are in two parts:

    - The first part comprises actual cash payments due from CDOT to the City that will be waived, together with amounts attributed to various in-kind contributions that the City will make.

    - The second part comprises amounts that the City will contribute toward the construction costs of certain elements of the Transportation Project requested by Denver by undertaking a payment obligation for a *pro rata* portion of CDOT's availability payment obligation, beginning in 2022.

**Waivers & In-Kind Contributions**
   (CDOT realizes savings to its project)
$15m permit fee relief
$3m dirt
$13m City ROW*
$10m risk reduction, various
$5m devolution of Brighton Blvd.
**Total $46m**

**Estimated Availability payment**
   (Final City participation will be based on actual costs)
$8m "bookends"
$10m cover amenities
$2m widening bridges @ Quebec and Peoria
$17m slip ramps**
**Total $37m**

**Grand total transportation contribution from City to CDOT:  $83m**

*CDOT will pay $12.7m for City ROW; the $13m credit represents delta between actual value ($25.7m).
**CDOT and Denver have agreed to share in any cost savings in proportion to each party's investment percentage.

2

# I-70 East/Montclair and Park Hill Basins Drainage
## Steele/Vasquez & Colorado Blvd & Cover



# I-70 East/Montclair and Park Hill Basins Drainage

## Quebec and I-70



# I-70 East/Montclair and Park Hill Basins Drainage
## TBDP (Drainage) Project

- CDOT will make a contribution to the TBDP (drainage) project equivalent to 40% of costs (estimated to be $53.6m).

- CDOT must provide 100-year protection for the affected portion of I-70 as part of the Transportation Project. CDOT would like to take advantage of the efficiencies and savings that will accrue if they contribute to the cost of the TBDP rather than building a separate project of their own.

- Public Works and Urban Drainage and Flood Control District will undertake the construction of the TBDP, which will protect the Transportation Project, RTD's Eagle and North Metro Lines and adjacent City neighborhoods from a 100-year storm.

- The City will begin construction of the "early action" portion of the TBDP (from the River to 40th/40th) immediately after the conclusion of the 2016 National Western Stock Show. Critical pieces of this work will be operational in the 4th quarter of 2017.

5

# I-70 East/Montclair and Park Hill Basins Drainage

## Current Drainage



# I-70 East/Montclair and Park Hill Basins Drainage

## Current Drainage



# I-70 East/Montclair and Park Hill Basins Drainage

Conceptual Backbone Drainage System (with Enhancements)



# I-70 East/Montclair and Park Hill Basins Drainage

## Two Basin Drainage Project (TBDP)

**$134m TBDP Wastewater portion of the drainage project:**
**City pays $80.4M (60%) and CDOT pays $53.6m (40%) in two phases:**

**Early action portion of the TBDP:  $69m**
CDOT    $42.2m
Denver  $26.8m (currently available Wastewater funds)

**Remaining portion of TBDP:  $65m**
$11.4m remaining amount owed to City by CDOT
$53.6m additional City contribution (from Wastewater funds)

**$173m Total TBDP drainage project:**

**Includes additional City contribution for drainage enhancements:**
$39m for connectivity and "park-like" features *(non-Wastewater funds)*

*Total Denver funding commitment for TBDP in both phases:  $119.4m*

*Note:  The numbers used to describe the drainage portion of this transaction are current estimates.  The final CDOT contribution will equal 40% of actual costs.*

9

# I-70 East/Montclair and Park Hill Basins Drainage
## Project Coordination with City Wastewater Fund

- Currently, BMO is partnering with Public Works to assess the organization and staffing of Wastewater Management Division and Capital Projects to meet future service levels and capital project needs. A multi-year financial plan for the sanitary sewer and storm drainage programs will be completed by July 2015 and will inform the 2016 budget process.

- It is anticipated that a rate increase will be needed to maintain financial sustainability in the Wastewater Enterprise Fund. This increase would be brought forward in summer 2015 for implementation January 2016.

- This rate increase will incorporate the City's need to meet Municipal Separate Storm Sewer System (MS4) permit requirements by constructing water quality infrastructure citywide.

- The TBDP (drainage) project will help to satisfy the City's MS4 obligations, as a large water quality project that would be included in this program.

10

# I-70 East/Montclair and Park Hill Basins Drainage
## Next Steps

- **Additional Cooperation**
  In addition, the City and CDOT agreed to coordinate on upcoming federal transportation funding requests. The I-25 Alameda to Cedar project will be Denver's first priority in 2018 TIP requests to DRCOG, including a 50% local match commitment. CDOT will support the I-25 Broadway project in Denver's next round of TIGER grant applications.

- **City Timeline**
  - June 3rd – City Council Committee meeting to discuss IGA
  - June 22nd – City Council 1st Reading
  - June 29th – City Council 2nd Reading
  - 1st Quarter 2016 – Start TBDP construction (after NWSS event)
  - Early 2018 – Early action portion of the TBDP operational

- **CDOT I-70 Timeline**
  - March 2015 – RFQ released
  - September 2015 – Draft RFP issued
  - Late 2015/Early 2016 – Final EIS (FEIS) Issued
  - Mid 2016 – Record of Decision (ROD)
  - Summer 2016 – Proposals Due
  - Fall 2016 – Selection and Financial Close

11