IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:17-CV-01661

KYLE ZEPPELIN, BRAD EVANS, CHRISTINE O'CONNOR,
KIMBERLY MORSE, and JACQUELINE LANSING,

    Plaintiffs,

v.

FEDERAL HIGHWAY ADMINISTRATION, an administrative agency of the
United States Department of Transportation,

    Defendant.

## NOTICE OF ERRATA

On July 9, 2017, Plaintiffs filed their Petition for Review of Agency Action, Dkt. 1.0. Inadvertently left off of that filing was the Civil Cover Sheet and three Summonses. Those documents are attached hereto as Exhibits 1-4. Plaintiffs request the Court accept these documents as part of their initial filing package.

Respectfully submitted this 9th day of July 2017.

                                              KEATING WAGNER POLIDORI FREE, P.C.

                                              By:    *s/ Melissa A. Hailey*
                                                         Melissa A. Hailey, CO Reg. #42836
                                                         Aaron D. Goldhamer, CO Reg. #41016
                                                         1290 Broadway, Suite 600
                                                         Denver, CO 80203

Tel: (303) 534-0401
Fax: (303) 534-8333
mah@keatingwagner.com
agoldhamer@keatingwagner.com

*~ and ~*

James Jay Tutchton, CO Reg. #21138
Tutchton Law Office
6439 East Maplewood Avenue
Centennial, CO 80111
Tel: (720) 301-3843
jtutchtontlo@gmail.com

*Attorneys for Plaintiffs*

2

## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2017, I filed the foregoing document through the CM/ECF service, as reflected on the Docket Sheet for this action.

<u>s/ Melissa A. Hailey</u>