IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-01661-WYD

KYLE ZEPPELIN, BRAD EVANS, CHRISTINE O'CONNOR,
KIMBERLY MORSE, and JACQUELINE LANSING

    Plaintiffs,

v.

FEDERAL HIGHWAY ADMINISTRATION, an administrative agency of the
United States Department of Transportation,

    Defendant.

## ENTRY OF APPEARANCE OF JAMES JAY TUTCTHON

James Jay Tutchton hereby enters his appearance in the above-entitled action on behalf of all Plaintiffs, and requests that copies of all notices and pleadings filed in this matter be served upon him as indicated in the signature block below.

DATED:  August 1, 2017

By:   *s/ James Jay Tutchton*
      James Jay Tutchton, CO Bar #21138
      6439 East Maplewood Ave.
      Centennial, CO 80111
      Phone: (720) 301-3843
      Email:  jtutchtontlo@gmail.com
      *Attorney for Plaintiffs*