### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

No. 1:17-cv-01661

KYLE ZEPPELIN, et al.,

    Plaintiffs,

v.      **ENTRY OF APPEARANCE**

FEDERAL HIGHWAY ADMINISTRATION,

    Defendants.

## ENTRY OF APPEARANCE

To the clerk of court and all parties of record:

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

    Federal Highway Administration.

DATED at Denver, Colorado this 2nd day of August, 2017

    JEFFREY H. WOOD
    Acting Assistant Attorney General
    Environment and Natural Resources Division

    BY: /s/ Carter F. Thurman
    CARTER F. THURMAN
    U.S. Department of Justice
    Environment and Natural Resources Division
    P.O. Box 7611
    Washington, DC 20044-7611
    Tel: (202) 305-0444 (Thurman)
    Fax: (202) 305-0506
    Email: Carter.Thurman@usdoj.gov
    GA Bar No. 691275

    *Attorneys for Federal Defendants*

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of August, 2017 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Melissa A. Hailey
Keating Wagner Polidori & Free, P.C.
1290 Broadway Suite 600
Denver , CO  80203
303-534-0401
Fax: 303-534-8333
Email:Mah@keatingwagner.Com

James Jay Tutchton
ATTORNEY TO BE NOTICED
Center for Biological Diversity-Centennial
6439 East Maplewood Avenue
Centennial , CO  80111
720-301-3843
Email:Jtutchton@biologicaldiversity.Org

                                                  BY:  /s/ Carter F. Thurman
                                                  CARTER F. THURMAN
U.S. Department of Justice
Environment and Natural Resources Division
P.O. Box 7611
Washington, DC 20044-7611
Tel:  (202) 305-0444 (Thurman)
Fax: (202) 305-0506
Email: Carter.Thurman@usdoj.gov
GA Bar No. 691275

2