IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-01661-WYD

KYLE ZEPPELIN, BRAD EVANS, CHRISTINE O'CONNOR,
KIMBERLY MORSE, and JACQUELINE LANSING

    Plaintiffs,

v.

FEDERAL HIGHWAY ADMINISTRATION, an administrative agency of the
United States Department of Transportation,

    Defendant.

## ENTRY OF APPEARANCE OF AARON GOLDHAMER

Aaron D. Goldhamer of Keating Wagner Polidori Free, P.C., hereby enters his appearance in the above-entitled action on behalf of Plaintiffs, Kyle Zeppelin, Brad Evans, Christine O'Connor, Kimberly Morse and Jacquiline Lansing, and requests that copies of all notices and pleadings filed in the above-captioned case be served upon him at the address and electronic mail address identified below.

DATED:  August 2, 2017

    KEATING WAGNER POLIDORI FREE, P.C.

    By:    *s/ Aaron D. Goldhamer*
            Aaron D. Goldhamer
            1290 Broadway
            Suite 600
            Denver, CO 80203
            Phone: (303) 534-0401
            Email:  agoldhamer@keatingwagner.com
            *Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2017, I served the foregoing via CM/ECF or by regular mail on the following:

CM/ECF:

CARTER F. THURMAN
U.S. Department of Justice
Environment and Natural Resources Division
P.O. Box 7611
Washington, DC 20044-7611
Email: Carter.Thurman@usdoj.gov
*Attorneys for Federal Defendants*

Regular Mail:

U.S. Attorney's Office
Attn: Civil Process Clerk
1801 California Street
Suite 1600
Denver, Colorado 80202

Jeff Sessions
Attorney General of the United States
Office of the U.S. Attorney General
c/o the U.S. Department of Justice
950 Pennsylvania Ave, N.W.
Washington, D.C. 20530-0001