IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-01661-WYD

KYLE ZEPPELIN, BRAD EVANS, CHRISTINE O'CONNOR,
KIMBERLY MORSE, and JACQUELINE LANSING

      Plaintiffs,

v.

FEDERAL HIGHWAY ADMINISTRATION, an administrative agency of the
United States Department of Transportation,

      Defendant.

## PLAINTIFFS' NOTICE OF RELATED CASES

Plaintiffs Kyle Zeppelin, Brad Evans, Christine O'Connor, Kimberly Morse, and Jacqueline Lansing, by and through their undersigned attorneys and pursuant to D.C.COLO.L.Civ.R 3.2, hereby notify the Court of the following related cases: <u>Sierra Club, *et al* v. Elaine Cho, *et al*</u>, Case No. 17-cv-1679-WYD (D. Colo.); and <u>John D. MacFarlane, *et al* v. The City and County of Denver, *et al*</u>, Case No. 2016CV32126 (Denver District Court).

<u>Sierra Club</u> may be considered a related case because it includes common facts and/or claims also names the Federal Highway Administration as a defendant.  <u>MacFarlane</u> may be considered a related case because it includes common facts and/or claims and was also filed by Keating Wagner Polidori Free, P.C.

DATED:  August 2, 2017.

                KEATING WAGNER POLIDORI FREE, P.C.

By: *s/ Aaron D. Goldhamer*
Aaron D. Goldhamer, CO Reg. #41016
Melissa A. Hailey, CO Reg. #42836
1290 Broadway
Suite 600
Denver, CO 80203
Phone: (303) 534-0401
mah@keatingwagner.com
agoldhamer@keatingwagner.com

*~and~*

James Jay Tutchton, CO Reg. #21138
Tutchton Law Office
6439 East Maplewood Avenue
Centennial, CO 80111
Tel: (720) 301-3843
jtutchtonlo@gmail.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2017, I served the foregoing via CM/ECF or by regular mail on the following:

CM/ECF:

CARTER F. THURMAN
U.S. Department of Justice
Environment and Natural Resources Division
P.O. Box 7611
Washington, DC 20044-7611
Email: Carter.Thurman@usdoj.gov
*Attorneys for Federal Defendants*

Regular Mail:

U.S. Attorney's Office
Attn: Civil Process Clerk
1801 California Street
Suite 1600
Denver, Colorado 80202

Jeff Sessions
Attorney General of the United States
Office of the U.S. Attorney General
c/o the U.S. Department of Justice
950 Pennsylvania Ave, N.W.
Washington, D.C. 20530-0001