# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

No. 1:17-cv-01661

| | |
|---|---|
| KYLE ZEPPELIN, et al., | ) |
| Plaintiffs, | ) **NOTICE OF ENTRY OF APPEARANCE** |
| v. | ) |
| FEDERAL HIGHWAY ADMINISTRATION, | ) |
| Defendant. | ) |

## NOTICE OF APPEARANCE

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel of record on behalf of defendant Federal Highway Administration.

Respectfully submitted this 3rd of August, 2017.

                                         JEFFREY H. WOOD
                                         Acting Assistant Attorney General
                                         Environment and Natural Resources Division

                                         BY:  /s/ Mayte Santacruz
                                         MAYTE SANTACRUZ
                                         U.S. Department of Justice
                                         Environment and Natural Resources Division
                                         Natural Resources Section
                                         P.O. Box 7611
                                         Washington, DC 20044-7611
                                         (202) 305-0465 (phone)
                                         (202) 305-0506 (fax)
                                         mayte.santacruz@usdoj.gov
                                         CA Bar No. 259820

                                         *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of August, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Melissa A. Hailey
Aaron D. Goldhamer
Keating Wagner Polidori Free, P.C.
1290 Broadway, Suite 600
Denver, CO 80203
(303) 534-0401
(303) 534-8333
mah@keatingwagner.com
agoldhamer@keatingwagner.com

James Jay Tutchton
Tuchton Law Office
6439 East Maplewood Avenue
Centennial, CO 80111
(720) 301-3843
jtuchtontlo@gmail.com

*Attorneys for Plaintiffs*

BY: /s/ Mayte Santacruz
MAYTE SANTACRUZ
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, DC 20044-7611
(202) 305-0465 (phone)
(202) 305-0506 (fax)
mayte.santacruz@usdoj.gov
CA Bar No. 259820