# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| KYLE ZEPPELIN; BRAD EVANS; CHRISTINE O'CONNOR; KIMBERLY MORSE; and JACQUELINE LANSING,<br><br>　　　　Plaintiffs<br><br>v.<br><br>FEDERAL HIGHWAY ADMINISTRATION, an administrative agency of the United States Department of Transportation,<br><br>　　　　Defendant<br><br>and<br><br>COLORADO DEPARTMENT OF TRANSPORTATION, and SHAILEN P. BHATT, in his official capacity as Executive Director of the Colorado Department of Transportation,<br><br>　　　　Proposed Defendants-Intervenors | CIVIL ACTION NO. 1:17-CV-01661 |

## ENTRY OF APPEARANCE

To the clerk of court and all parties of record:

　　　I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for Proposed Defendants-Intervenors Colorado Department of Transportation and Shailen P. Bhatt, in his official capacity as Executive Director of the Colorado Department of Transportation.

Respectfully submitted,

NICHOLAS A. DIMASCIO
KAPLAN KIRSCH & ROCKWELL LLP
1675 Broadway, Suite 2300
Denver, CO  80202
(303) 825-7000
ndimascio@kaplankirsch.com

AUG. 18, 2017                             /s/ *Nicholas A. DiMascio*
                                         NICHOLAS A. DIMASCIO

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of August, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

| | |
|---|---|
| Melissa A. Hailey<br>Aaron D. Goldhamer<br>Keating Wagner Polidori Free, P.C.<br>1290 Broadway, Suite 600<br>Denver, CO 80203<br>(303) 534-0401<br>(303) 534-8333<br>mah@keatingwagner.com<br>agoldhamer@keatingwagner.com<br><br>James Jay Tutchton<br>Tuchton Law Office<br>6439 East Maplewood Avenue<br>Centennial, CO 80111<br>(720) 301-3843<br>jtuchtonlo@gmail.com | Carter F. Thurman<br>Mayte Santacruz<br>U.S. Department of Justice<br>Env't & Natural Resources Division<br>Natural Resources Section<br>P.O. Box 7611<br>Washington, DC 20044-7611<br>(202) 305-0465 (phone)<br>(202) 305-0506 (fax)<br>carter.thurman@usdoj.gov<br>mayte.santacruz@usdoj.gov |

/s/ *Nicholas A. DiMascio*
NICHOLAS A. DIMASCIO