# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| KYLE ZEPPELIN; BRAD EVANS; CHRISTINE O'CONNOR; KIMBERLY MORSE; and JACQUELINE LANSING,<br><br>    Plaintiffs<br><br>v.<br><br>FEDERAL HIGHWAY ADMINISTRATION, an administrative agency of the United States Department of Transportation,<br><br>    Defendant<br><br>and<br><br>COLORADO DEPARTMENT OF TRANSPORTATION, and SHAILEN P. BHATT, in his official capacity as Executive Director of the Colorado Department of Transportation,<br><br>    Proposed Defendants-Intervenors | CIVIL ACTION NO. 1:17-CV-01661 |

### [PROPOSED] ORDER GRANTING THE COLORADO DEPARTMENT OF TRANSPORTATION'S UNOPPOSED MOTION TO INTERVENE AND TO EXTEND TIME TO ANSWER PETITION

THIS MATTER comes before the Court on the Colorado Department of Transportation and its Executive Director's (collectively, "CDOT") unopposed motion to intervene and to extend its time to answer the petition. The Court finds good cause to grant the motion.

IT IS HEREBY ORDERED that CDOT's motion to intervene as a defendant is GRANTED.

IT IS HEREBY FURTHER ORDERED that CDOT's motion to extend its time to answer the petition is GRANTED.  CDOT shall file is answer or any pre-answer motion on the same date that the Federal Highway Administration's answer or pre-answer motion is due.  *See* Fed. R. Civ. P. 12(a)(2), 12(b).

Dated this \_\_\_\_ day of _____, 2017.

BY THE COURT

_____

UNITED STATES DISTRICT COURT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of August, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Melissa A. Hailey
Aaron D. Goldhamer
Keating Wagner Polidori Free, P.C.
1290 Broadway, Suite 600
Denver, CO 80203
(303) 534-0401
(303) 534-8333
mah@keatingwagner.com
agoldhamer@keatingwagner.com

James Jay Tutchton
Tuchton Law Office
6439 East Maplewood Avenue
Centennial, CO 80111
(720) 301-3843
jtuchtontlo@gmail.com

Carter F. Thurman
Mayte Santacruz
U.S. Department of Justice
Env't & Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, DC 20044-7611
(202) 305-0465 (phone)
(202) 305-0506 (fax)
carter.thurman@usdoj.gov
mayte.santacruz@usdoj.gov

　　　　　　　　　　　　　　　/s/ *Nicholas A. DiMascio*
　　　　　　　　　　　　　　　NICHOLAS A. DIMASCIO