# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| KYLE ZEPPELIN; BRAD EVANS; CHRISTINE O'CONNOR; KIMBERLY MORSE; and JACQUELINE LANSING,<br><br>    Plaintiffs<br><br>v.<br><br>FEDERAL HIGHWAY ADMINISTRATION, an administrative agency of the United States Department of Transportation,<br><br>    Defendant<br><br>and<br><br>COLORADO DEPARTMENT OF TRANSPORTATION, and SHAILEN P. BHATT, in his official capacity as Executive Director of the Colorado Department of Transportation,<br><br>    Proposed Defendants-Intervenors | CIVIL ACTION NO. 1:17-CV-01661 |

## ENTRY OF APPEARANCE

To the clerk of court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for Proposed Defendants-Intervenors Colorado Department of Transportation and Shailen P. Bhatt, in his official capacity as Executive Director of the Colorado Department of Transportation.

Respectfully submitted this 23rd day of August 2017.

                                        CYNTHIA H. COFFMAN
                                        ATTORNEY GENERAL

                                        *s/ Brent Butzin*

                                        BRENT E. BUTZIN, 40636
                                        ASSISTANT ATTORNEY GENERAL
                                        1300 Broadway, Tenth Floor
                                        Denver, CO  80203
                                        (720) 508-6628
                                        Brent.butzin@coag.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of August 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following email addresses:

| | |
|---|---|
| Melissa A. Hailey<br>Aaron D. Goldhamer<br>Keating Wagner Polidori Free, P.C.<br>1290 Broadway, Suite 600<br>Denver, CO 80203<br>(303) 534-0401<br>(303) 534-8333<br>mah@keatingwagner.com<br>agoldhamer@keatingwagner.com<br><br>James Jay Tutchton<br>Tuchton Law Office<br>6439 East Maplewood Avenue<br>Centennial, CO 80111<br>(720) 301-3843<br>jtuchtontlo@gmail.com | Carter F. Thurman<br>Mayte Santacruz<br>U.S. Department of Justice<br>Env't & Natural Resources Division<br>Natural Resources Section<br>P.O. Box 7611<br>Washington, DC 20044-7611<br>(202) 305-0465 (phone)<br>(202) 305-0506 (fax)<br>carter.thurman@usdoj.gov<br>mayte.santacruz@usdoj.gov |

/s *Mary Jane Vinette*

Paralegal