**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Senior Judge Wiley Y. Daniel**

Civil Action No. 17-cv-01661-WYD

KYLE ZEPPELIN;
BRAD EVANS;
CHRISTINE O'CONNOR;
KIMBERLY MORSE; and
JACQUELINE LANSING,

   Plaintiffs,

v.

FEDERAL HIGHWAY ADMINISTRATION, an administrative agency of the United States Department of Transportation,

   Defendant,

and

COLORADO DEPARTMENT OF TRANSPORTATION, and SHAILEN P. BHATT, in his official capacity as Executive Director of the Colorado Department of Transportation,

   Defendants-Intervenors.

_____

**ORDER GRANTING THE COLORADO DEPARTMENT OF TRANSPORTATION'S UNOPPOSED MOTION TO INTERVENE AND TO EXTEND TIME TO ANSWER PETITION**
_____

THIS MATTER comes before the Court on the Colorado Department of Transportation and its Executive Director's (collectively, "CDOT") unopposed motion to intervene and to extend its time to answer the petition (ECF No. 16). The Court finds good cause to grant the motion as follows.

It is ORDERED that CDOT's Motion to Intervene as a Defendant is **GRANTED.**

It is FURTHER ORDERED that CDOT's motion to extend its time to answer the petition is **GRANTED.** CDOT shall file its answer or any other responsive pleading on the same date that the Federal Highway Administration's answer or responsive pleading is due.

Dated: August 23, 2017

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior United States District Judge