IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.17-cv-01661-WYD

KYLE ZEPPELIN, BRAD EVANS, CHRISTINE O'CONNOR,
KIMBERLY MORSE, JACQUELINE LANSING, and JANET FEDER,

    Plaintiffs,

v.

FEDERAL HIGHWAY ADMINISTRATION, an administrative agency of the
United States Department of Transportation,

    Defendant,

v.

COLORADO DEPARTMENT OF TRANSPORTATION, and SHAILEN P. BHATT,
in his official capacity as Executive Director of the Colorado Department of Transportation,

    Defendant-Intervenors.

---

NOTICE OF FILING
FIRST AMENDED PETITION FOR REVIEW OF AGENCY ACTION
WITH THE CONSENT OF ALL OPPOSING PARTIES

---

Pursuant to Fed. R. Civ. P. 15(a)(1)(B) and D.C.COLO.LCivR 15.1, Plaintiffs hereby notify the Court that they are filing a First Amended Petition for Review of Agency Action. Undersigned counsel for Plaintiffs has conferred with counsel for Defendant and Defendant-Intervenors about the substance of Plaintiffs' amended pleading. Undersigned counsel is

authorized to state that each party has provided its written consent to this amendment and that no party opposes this filing.

     Pursuant to D.C.COLO.LCivR 15.1, Plaintiffs' First Amended Petition for Review of Agency Action and one associated exhibit are filed as attachments to this Notice.  The attached First Amended Petition for Review of Agency Action features strike-throughs of all text deleted from Plaintiffs' Original Petition for Review of Agency Action and underlining of all text to be added.

     Respectfully submitted this 29th day of August 2017.

                                KEATING WAGNER POLIDORI FREE, P.C.

By:   *s/ Melissa A. Hailey*
        Melissa A. Hailey, CO Reg. #42836
        Aaron D. Goldhamer, CO Reg. #41016
        1290 Broadway, Suite 600
        Denver, CO 80203
        Tel: (303) 534-0401
        Fax: (303) 534-8333
        mah@keatingwagner.com
        agoldhamer@keatingwagner.com

*~ and ~*

James Jay Tutchton, CO Reg. #21138
Tutchton Law Office
6439 East Maplewood Avenue
Centennial, CO 80111
Tel: (720) 301-3843
jtutchtonlo@gmail.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of August, 2017, I filed a true and accurate copy of the foregoing with the Clerk of Court via the CM/ECF system, which provided immediate electronic notice of the same to all counsel of record as follows:

Carter F. Thurman, Esq.
Mayte Santacruz, Esq.
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, DC 20044-7611
Carter.thurman@usdoj.gov
Mayte.santacruz@usdoj.gov

*Attorneys for Defendant FHWA*

*~ and ~*

John E. Putnam, Esq.
Nicholas A. DiMascio, Esq.
Kaplan Kirsch & Rockwell, LLP
1675 Broadway, Suite 2300
Denver, CO 80202
jputnam@kaplankirsch.com
ndimascio@kaplankirsch.com

Brent E. Butzin, Esq.
Assistant Attorney General
1300 Broadway, Tenth Floor
Denver, Colorado 80203
Brent.butzin@coag.gov

*Attorneys for Defendant-Intervenors CDOT and Shailen P. Bhatt*

s/ Melissa A. Hailey