IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.17-cv-01661-WYD

KYLE ZEPPELIN, BRAD EVANS, CHRISTINE O'CONNOR,
KIMBERLY MORSE, JACQUELINE LANSING, and JANET FEDER,

    Plaintiffs,

v.

FEDERAL HIGHWAY ADMINISTRATION, an administrative agency of the
United States Department of Transportation,

    Defendant,

and

COLORADO DEPARTMENT OF TRANSPORTATION, and SHAILEN P. BHATT,
in his official capacity as Executive Director of the Colorado Department of Transportation,

    Intervenor Defendants.

---

**[PROPOSED] JOINT CASE MANAGEMENT PLAN
FOR PETITION FOR REVIEW OF AGENCY ACTION**

---

**1.    APPEARANCES OF COUNSEL**

<u>For Plaintiffs:</u>

Melissa A. Hailey
Aaron D. Goldhamer
Keating Wagner Polidori Free, P.C.
1290 Broadway, Suite 600
Denver, CO 80203
(303) 534-0401
mah@keatingwagner.com
agoldhamer@keatingwagner.com

James Jay Tutchton
Tutchton Law Office
6439 East Maplewood Avenue
Centennial, CO 80111
(720) 301-3843
jtutchtontlo@gmail.com

For Defendant:

Carter Fleeth Thurman
Mayte Santacruz
United States Department of Justice
Environmental Natural Resources Division
Natural Resources Section
601 D Street, N.W.
Washington, DC 20004
(202) 305-0444 (Thurman)
(202) 305-0465 (Santacruz)
carter.thurman@usdoj.gov
mayte.santacruz@usdoj.gov

For Intervenor Defendants:

John E. Putnam
Nicholas A. DiMascio
Kaplan Kirsch & Rockwell LLP
1675 Broadway, Suite 2300
Denver, CO  80202
(303) 825-7000
jputnam@kaplankirsch.com
ndimascio@kaplankirsch.com

Brent E. Butzin
Assistant Attorney General
1300 Broadway, 10th Floor
Denver, CO 80203
(720) 508-6638
Brent.Butzin@coag.gov

2. **STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

Plaintiffs allege this Court has jurisdiction to hear Plaintiffs' claims against FHWA

pursuant to 28 U.S.C. § 1331 (federal question), 28 U.S.C. § 1346 (United States as a defendant); 28 U.S.C. § 2201 (declaratory relief); 28 U.S.C. § 2202 (injunctive relief); 28 U.S.C. § 2412 (costs and fees); and 5 U.S.C. §§ 701 – 706 (administrative review).

Plaintiffs allege this Court has jurisdiction to hear Plaintiffs' claims against Shailen P. Bhatt in his official capacity as the Executive Director of CDOT, pursuant to 28 U.S.C. § 1367(a) (supplemental jurisdiction); 28 U.S.C. § 2201 (declaratory relief); 28 U.S.C. § 2202 (injunctive relief); 28 U.S.C. § 2412 (costs and fees); and 5 U.S.C. §§ 701 – 706 (administrative review).

Defendant and Defendant-Intervenors reserve the right to challenge jurisdiction.

**3.     DATES OF FILING OF RELEVANT PLEADINGS**

    **A.     Date Petition for Review Was Filed:**

The Petition for Review of Agency Action was filed on July 9, 2017.  The First Amended Petition for Review of Agency Action was filed on August 29, 2017.

    **B.     Date Petition for Review Was Served on U.S. Attorney's Office:**

The Petition for Review of Agency Action was served on the U.S. Attorney's Office on July 10, 2017.  The First Amended Petition for Review of Agency Action was served on August 29, 2017.

    **C.     Date Answer or Other Response Was Filed:**

Responses have not yet been filed.  Defendant and Intervenor Defendants' Answers to Plaintiffs' First Amended Petition for Review of Agency Action are due on September 12, 2017.

**4.     STATEMENT(S) REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

3

This case raises no unusual claims or defenses.

5.  **OTHER MATTERS**

Plaintiffs intend to file a Motion for Stay pursuant to 5 U.S.C. § 705, on or before September 15, 2017.  Response and Reply deadlines for this motion will be governed by D.C.COLO.L.Civ.R. 7.1(C).  Plaintiffs' Motion and Defendant's and Intervenor Defendants' separate Response Briefs shall not exceed 10,000 words each, exclusive of exhibits or items listed in Fed. R. App. P. 32(f).  Plaintiffs shall file a single reply brief of not more than 6,000 words.  Plaintiffs will request a hearing on their Motion for Stay to take place after the conclusion of briefing on such motion.

6.  **PROPOSED BRIEFING SCHEDULE**

   A.   **Deadline for Filing Administrative Record:**

The parties have agreed to proceed with a partial administrative record.  The parties have begun the meet and confer process regarding the categories of documents to be included in the partial administrative record.  Defendant will produce the partial administrative record on or before November 20, 2017.  The content of the partial administrative record will be based upon a written agreement between the parties, which shall be reached by September 15, 2017.  To the extent the parties cannot agree on the scope of the partial administrative record or have disputes over whether specific documents belong in the record, they will continue their conferral process after the production of the partial administrative record work to resolve those without aid of Court.

   B.   **Deadline for Parties to Confer on Record Disputes:**

The deadline for parties to confer on record disputes is December 21, 2017.

4

### C. Deadline for Filing Motions to Complete and/or Supplement the Administrative Record:

To the extent the parties cannot resolve any disputes over the partial administrative record, any motions to complete or supplement the record will be filed on or before February 5, 2018. Response and Reply deadlines for any motions to complete or supplement will be governed by D.C.COLO.L.Civ.R. 7.1(C). The parties are familiar with the Court's decisions in CNE v. Salazar, 711 F. Supp.2d 1267 (D. Colo. 2010); and WildEarth Guardians v. USFS, 713 F.Supp.2d 1243 (D. Colo. 2010).

### D. Plaintiffs' Opening Brief Due:

Plaintiffs' Opening Brief is due on March 7, 2018. If there are challenges to the record, Plaintiffs' Opening Brief is due 30 days after the Court issues an Order resolving all such motions. Plaintiffs' Opening Brief shall not exceed 14,000 words, excluding those items mentioned in Fed. R. App. P. 32(f).

### E. Defendant and Intervenor Defendants' Response Briefs Due:

Defendant and Intervenor Defendants will file separate Response Briefs. Defendant's and Intervenor Defendants' Response Briefs are due 60 days after the filing of Plaintiffs' Opening Brief. Defendant and Defendant-Intervenors' Response Briefs shall not exceed 14,000 words each, excluding those items mentioned in Fed. R. App. P. 32(f).

### F. Plaintiffs' Reply Brief Due:

Plaintiffs will file a single Reply Brief. Plaintiffs' Reply Brief is due 30 days after Defendant and Intervenor Defendants file their Response Briefs. Plaintiffs' Reply Brief shall not exceed 11,000 words, excluding those items mentioned in Fed. R. App. P. 32(f).

5

7. **STATEMENTS REGARDING ORAL ARGUMENT**

   A. **Plaintiffs' Statement:**

   Plaintiffs request an oral argument after the close of briefing on the merits. Plaintiffs believe oral argument may assist the Court's understanding of the relevant factual issues, which encompass two major infrastructure projects, collectively involving federal, state, and local agencies.

   B **Defendant and Intervenor Defendants' Statement:**

   If oral argument would be helpful to the Court, Defendant and Intervenor Defendants will be pleased to present argument after the close of merits briefing.

8. **CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

   *Indicate below the parties' consent choice.*

   A. ( )     **All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

   B. ( X )   **All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

9. **OTHER MATTERS**

   Parties filing motions for extension of time or continuances will comply with Fed. R. Civ. P. 5(d)(1) and D.C.COLO.LCivR 5.1(d) by serving a copy of the motion through electronic service upon all attorneys of record, certified by the Notice of Electronic Filing. Parties filing motions for extension of time or continuances must comply with D.C.COLO.LCivR 6.1(c) by serving such motion on the moving attorney's client (agency counsel in the case of Defendant and Intervenor Defendants).

**10.    AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that this Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.

DATED this _____ day of _____, 2017.

BY THE COURT

_____
U.S. District Court Judge

APPROVED:

*s/ Melissa A. Hailey*
Melissa A. Hailey, CO Reg. #42836
Aaron D. Goldhamer, CO Reg. #41016
1290 Broadway, Suite 600
Denver, CO 80203
Tel: (303) 534-0401
Fax: (303) 534-8333
mah@keatingwagner.com
agoldhamer@keatingwagner.com

James Jay Tutchton, CO Reg. #21138
Tutchton Law Office
6439 East Maplewood Avenue
Centennial, CO 80111
Tel: (720) 301-3843
jtutchtontlo@gmail.com

*Attorneys for Plaintiffs*

*s/ Nicholas A. DiMascio*
John E. Putnam
Nicholas A. DiMascio
Kaplan Kirsch & Rockwell LLP
1675 Broadway, Suite 2300
Denver, CO  80202
(303) 825-7000
jputnam@kaplankirsch.com
ndimascio@kaplankirsch.com

Brent E. Butzin
Assistant Attorney General
1300 Broadway, 10th Floor
Denver, CO 80203
(720) 508-6638
Brent.Butzin@coag.gov

*Attorneys for Intervenor Defendants*


*s/ Mayte Santacruz*
Carter Fleeth Thurman
Mayte Santacruz
United States Department of Justice
Environmental Natural Resources Division
Natural Resources Section
601 D Street, N.W.
Washington, DC 20004
(202) 305-0444 (Thurman)
(202) 305-0465 (Santacruz)
carter.thurman@usdoj.gov
mayte.santacruz@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of September, 2017, I filed a true and accurate copy of the foregoing with the Clerk of Court via the CM/ECF system, which provided immediate electronic notice of the same to all counsel of record as follows:

Carter F. Thurman, Esq.
Mayte Santacruz, Esq.
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, DC 20044-7611
Carter.thurman@usdoj.gov
Mayte.santacruz@usdoj.gov

*Attorneys for Defendant FHWA*

*~ and ~*

John E. Putnam, Esq.
Nicholas A. DiMascio, Esq.
Kaplan Kirsch & Rockwell, LLP
1675 Broadway, Suite 2300
Denver, CO 80202
jputnam@kaplankirsch.com
ndimascio@kaplankirsch.com

Brent E. Butzin, Esq.
Assistant Attorney General
1300 Broadway, Tenth Floor
Denver, Colorado 80203
Brent.butzin@coag.gov

*Attorneys for Defendant-Intervenors CDOT and Shailen P. Bhatt*

s/ Melissa A. Hailey