IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action Nos.  17-cv-01661-WYD
                   17-cv-01679-WYD

KYLE ZEPPELIN; BRAD EVANS; CHRISTINE O'CONNOR; KIMBERLY MORSE; JACQUELINE LANSING; SIERRA CLUB; ELYRIA AND SWANSEA NEIGHBORHOOD ASSOCIATION; CHAFEE PARK NEIGHBORHOOD ASSOCIATION; and COLORADO LATINO FORUM,

   Plaintiffs,

v.

FEDERAL HIGHWAY ADMINISTRATION, ELAINE CHAO, in her official capacity as Secretary of Transportation; and JOHN M. CARTER, in his official capacity as Division Administrator,

   Defendants,

v.

COLORADO DEPARTMENT OF TRANSPORTATION, et al.

   Defendant-Intervenors.

## ORDER

THIS MATTER is before the Court on the Federal Defendants' Unopposed Motion to Consolidate (ECF No. 20), filed September 8, 2017.  In the motion, Defendants request that I consolidate 17-cv-01661-WYD-STV with *Sierra Club et al. v. Chao et al.*, No. 17-cv-01679-WYD pursuant to Fed. R. Civ. P. 42(a) and D.C.COLO.LCivR 42.1.  Because both cases are assigned to me, I will rule on the proposed consolidation.  *See* D.C.Colo.LCivR 42.1.

Fed. R. Civ. P. 42(a) provides that when actions involving a common question of

law or fact are pending before the court, it may "(1) join for hearing or trial any or all matters at issue in the actions; (2) consolidate the actions; or (3) issue any other orders to avoid unnecessary cost or delay." Consolidation is within the discretion of the trial court. *Gillette Motor Transport v. Northern Oklahoma Butane Co.*, 179 F.2d 711, 712 (10th Cir. 1950). Upon review of the files in these cases, I find that the two cases involve common questions of law and fact and should be consolidated for purposes of filing the administrative record and case management only. Each party still will file separate briefs for each case, and will have separate time for future argument, if any.

Accordingly, it is hereby

ORDERED that the Federal Defendants' Unopposed Motion to Consolidate (ECF No. 20) is **GRANTED**. *Sierra Club et al. v. Chao et al.*, No. 17-cv-01679-WYD shall be consolidated with this case for purposes of filing the administrative record and case management only. The consolidation does not require the parties to file joint briefs, and would allow the parties to have separate time for future argument, if any. It is

FURTHER ORDERED that as of the date of this Order, all pleadings and other filings shall be filed in this case only, using the caption appearing in this Order. It is

FURTHER ORDERED that the clerk of court shall docket this Order in *Sierra Club et al. v. Chao et al.*, No. 17-cv-01679-WYD.

Dated: September 11, 2017

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior United States District Judge