IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action Nos:   17-cv-01661-WYD
                    17-cv-01679-WYD

KYLE ZEPPELIN; BRAD EVANS; CHRISTINE O'CONNOR; KIMBERLY MORSE; JACQUELINE LANSING; SIERRA CLUB; ELYRIA AND SWANSEA NEIGHBORHOOD ASSOCIATION; CHAFFEE PARK NEIGHBORHOOD ASSOCIATION; and COLORADO LATINO FORUM,

    Plaintiffs,

v.

FEDERAL HIGHWAY ADMINISTRATION, ELAINE CHAO, in her official capacity as Secretary of transportation; and JOHN M. CARTER, in his official capacity as Division Administrator,

    Defendants,

v.

COLORADO DEPARTMENT OF TRANSPORTATION, and SHAILEN P. BHATT, in his official capacity as Executive Director of the Colorado Department of Transportation,

    Defendant-Intervenors.

---

**UNOPPOSED MOTION TO AMEND CAPTION**

---

Plaintiffs in Civil Action No. 17-cv-01661-WYD, Kyle Zeppelin, Brad Evans, Christine O'Connor, Kimberly Morse, Jacqueline Lansing, and Janet Feder ("the Zeppelin Plaintiffs"), through their undersigned counsel, Keating Wagner Polidori Free, P.C., hereby move the Court to Amend the caption of these consolidated cases to include Janet Feder as a Plaintiff.

1

Pursuant to D.C.COLO.LCivR 7.1, undersigned counsel has conferred with counsel for all Defendants, all Defendant-Intervenors, and all Plaintiffs in Civil Action No. 17-cv-01679-WYD ("the Sierra Club Plaintiffs") about the substance of this motion. Undersigned counsel is authorized to represent that no party to these consolidated cases opposes the relief requested herein. As grounds for the present motion, the Zeppelin Plaintiffs state:

On July 9, 2017, the Zeppelin Plaintiffs filed their Petition for Review of Agency Action, Dkt. 1. On August 18, 2017, the Colorado Department of Transportation ("CDOT") filed its Unopposed Motion to Intervene as a Defendant and to Extend Time to Answer Petition, Dkt. 16. On August 23, 2017, the Court granted CDOT's Motion, Dkt. 18, and CDOT became a party to Civil Action No. 17-cv-01661-WYD.

On August 29, 2017, the Zeppelin Plaintiffs filed their Notice of Filing First Amended Petition for Review of Agency Action with the Consent of All Opposing Parties, Dkt. 19. Pursuant to D.C.COLO.LCivR 15.1(a), the Zeppelin Plaintiffs attached to that Notice as an exhibit a copy of their First Amended Petition for Review of Agency Action with strikes through the text to be deleted and underlines for the text to be added. See Dkt. 19-1. The two major differences between the Original Petition for Review of Agency Action and the First Amended Petition for Review of Agency Action is the inclusion of an additional Plaintiff, Janet Feder, and the inclusion of Claims for Relief against CDOT. See id.; Dkt. 19-2, Ex. 1 to First Amended Petition for Review of Agency Action (Declaration of Janet Feder).

Pursuant to the instructions of the Clerk of Court given today to undersigned counsel, the Zeppelin Plaintiffs have filed a clean copy of their First Amended Petition for Review of Agency Action, Dkts. 25 and 25-1. Also pursuant to the Clerk's instructions, the Zeppelin Plaintiffs now

2

move this Court for entry of an Order amending the caption of these consolidated cases to include Janet Feder as a Plaintiff. The Zeppelin Plaintiffs are filing herewith a Proposed Order with the requested caption. Entry of the Proposed Order serves the interests of all parties and the Court, as it will ensure all future filings will reflect an accurate recitation of all parties to these consolidated cases.

Respectfully submitted this 12th day of September 2017.

                                                           KEATING WAGNER POLIDORI FREE, P.C.

By:  *s/ Melissa A. Hailey*
       Melissa A. Hailey, CO Reg. #42836
       Aaron D. Goldhamer, CO Reg. #41016
       1290 Broadway, Suite 600
       Denver, CO 80203
       Tel: (303) 534-0401
       Fax: (303) 534-8333
       mah@keatingwagner.com
       agoldhamer@keatingwagner.com

*~ and ~*

James Jay Tutchton, CO Reg. #21138
Tutchton Law Office
6439 East Maplewood Avenue
Centennial, CO 80111
Tel: (720) 301-3843
jtutchtontlo@gmail.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of September, 2017, I filed a true and accurate copy of the foregoing with the Clerk of Court via the CM/ECF system, which provided immediate electronic notice of the same to all counsel of record as follows:

Carter F. Thurman, Esq.
Mayte Santacruz, Esq.
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, DC 20044-7611
Carter.thurman@usdoj.gov
Mayte.santacruz@usdoj.gov

David A. Carson
U.S. Department of Justice-Denver-ENRS
Environment & Natural Resources Section
999 17th Street
South Terrace, Suite 370
Denver, CO 80212
David.a.carson@usdoj.gov

*Attorneys for Federal Defendants*

John E. Putnam, Esq.
Nicholas A. DiMascio, Esq.
Kaplan Kirsch & Rockwell, LLP
1675 Broadway, Suite 2300
Denver, CO 80202
jputnam@kaplankirsch.com
ndimascio@kaplankirsch.com

Brent E. Butzin, Esq.
Assistant Attorney General
1300 Broadway, Tenth Floor
Denver, Colorado 80203
Brent.butzin@coag.gov

*Attorneys for Defendant-Intervenors*

Robert E. Yuhnke, Esq.
Robert E. Yuhnke & Associates
4050 SE Hosner Terrace
Gresham, OR 97080

Bob.yuhnke@prodigy.net

Andrea S. Gelfuso, Esq.
Andrea Gelfuso, Attorney at Law
2402 South Holland Street
Lakewood, CO 80227
Agelfuso6@gmail.com

Gregory Nicholas Corbin
Milligan Rona Duran & King, LLC-Denver
1627 Vne Street
Denver, CO 80206
gnc@mrdklaw.com

*Attorneys for Sierra Club Plaintiffs*

                                        *s/ Melissa A. Hailey*