IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action Nos:    17-cv-01661-WYD
                     17-cv-01679-WYD

KYLE ZEPPELIN; BRAD EVANS; CHRISTINE O'CONNOR; KIMBERLY MORSE; JACQUELINE LANSING; JANET FEDER; SIERRA CLUB; ELYRIA AND SWANSEA NEIGHBORHOOD ASSOCIATION; CHAFFEE PARK NEIGHBORHOOD ASSOCIATION; and COLORADO LATINO FORUM,

    Plaintiffs,

v.

FEDERAL HIGHWAY ADMINISTRATION, ELAINE CHAO, in her official capacity as Secretary of transportation; and JOHN M. CARTER, in his official capacity as Division Administrator,

    Defendants,

v.

COLORADO DEPARTMENT OF TRANSPORTATION, and SHAILEN P. BHATT, in his official capacity as Executive Director of the Colorado Department of Transportation,

    Defendant-Intervenors.

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO AMEND CAPTION**

This matter comes before the Court on the Unopposed Motion of the Plaintiffs in Civil Action No. 17-cv-01661-WYD: Kyle Zeppelin, Brad Evans, Christine O'Connor, Kimberly Morse, Jacqueline Lansing, and Janet Feder ("the Zeppelin Plaintiffs").  Having reviewed the Motion and otherwise being fully advised, the Court hereby GRANTS the Zeppelin Plaintiffs'

Unopposed Motion to Amend the Caption and ORDERS that all future pleadings and other filings in these consolidated cases shall use the caption appearing in this Order.

DATED: _____

BY THE COURT:

_____
Senior United States District Judge