**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Wiley Y. Daniel**

Civil Action Nos.   17-cv-01661-WYD
                    17-cv-01679-WYD

KYLE ZEPPELIN; BRAD EVANS; CHRISTINE O'CONNOR; KIMBERLY MORSE; JACQUELINE LANSING; JANET FEDER; SIERRA CLUB; ELYRIA AND SWANSEA NEIGHBORHOOD ASSOCIATION; CHAFEE PARK NEIGHBORHOOD ASSOCIATION; AND COLORADO LATINO FORUM,

    Plaintiffs,

v.

FEDERAL HIGHWAY ADMINISTRATION, ELAINE CHAO, in her official capacity as Secretary of Transportation; and JOHN M. CARTER, in his official capacity as Division Administrator,

    Respondents,

v.

COLORADO DEPARTMENT OF TRANSPORTATION, and SHAILEN P. BHATT, in his official capacity as Executive Director of the Colorado Department of Transportation,

Defendant-Intervenors

---

**JOINT STIPULATION TO EXTEND THE DEADLINE FOR FEDERAL DEFENDANTS' RESPONSE TO PETITION FOR REVIEW IN NO. 17-CV-01679 TO SEPTEMBER 29, 2017**

---

Pursuant to D.C.Colo.LCivR 6.1(a), all Parties to these consolidated cases hereby stipulate that the deadline for Federal Defendants Elaine Chao, Secretary of Transportation, the Federal Highway Administration, and John M. Carter, Division Administrator, Federal Highway Administration, Colorado Division, to answer or

otherwise respond to Petitioners' Petition for Review in *Sierra Club v. Chao,* No. 17-cv-01679-WYD, is extended for eleven days from September 18, 2017, to September 29, 2017.

Respectfully submitted,

| | |
|---|---|
| */s/ Robert E. Yuhnke* | */s/ Carter F. Thurman* |
| Robert E. Yuhnke | Carter F. Thurman |
| 4050 Se Hosner Terrace | Mayte Santacruz |
| Gresham, OR  97080 | US Department of Justice |
| Yuhnke@prodigy.Net | Natural Resources Section |
| 303-499-0425 | 601 D Street, NW |
| | Washington, DC 20004 |
| Andrea S. Gelfuso | 202-305-0444 (Thurman) |
| Andrea Gelfuso, Attorney at Law | 202-305-0465 (Santacruz) |
| 2402 South Holland Street | carter.thurman@usdoj.gov |
| Lakewood , CO  80227 | mayte.santacruz@usdoj.gov |
| 303-955-1910 | |
| Email:Agelfuso6@gmail.Com | *s/David A. Carson* |
| | David A. Carson |
| | US Department of Justice |
| Gregory Nicholas Corbin | Environmental Defense Section |
| Milligan Rona Duran & King, LLC-Denver | 999 18th Street |
| 1627 Vine Street | South Terrace, Suite 370 |
| Denver , CO  80206 | Denver, CO 80202 |
| 720-414-2000 | 303-844-1349 |
| Fax: 855-395-5525 | david.a.carson@usdoj.gov |
| Email:Gnc@mrdklaw.Com | |
| | |
| *Attorneys for Plaintiffs* | *Attorneys for Federal Defendants* |
| *in No. 17-cv-01679* | |

 */s/ Melissa A. Hailey*
Melissa A. Haley
Aaron D. Goldhamer
Keating Wagner Polidori Free, P.C.
1290 Broadway, Suite 600
Denver, CO 80203
(303) 534-0401
mah@keatingwagner.com
agoldhamer@keatingwagner.com

James Jay Tutchton
Tutchton Law Office
6439 East Maplewood Avenue
Centennial, CO 80111
(720) 301-3843
jtutchtontlo@gmail.com

*Attorneys for Plaintiffs in No. 17-cv-01661*


 */s/ Nicholas A. DiMascio*
John E. Putnam
Nicholas A. DiMascio
Kaplan Kirsch & Rockwell LLP
1675 Broadway, Suite 2300
Denver, CO  80202
(303) 825-7000
jputnam@kaplankirsch.com
ndimascio@kaplankirsch.com

Brent E. Butzin
Assistant Attorney General
1300 Broadway, 10th Floor
Denver, CO 80203
(720) 508-6638
Brent.Butzin@coag.gov

*Attorneys for Defendant-Intervenors*

Dated September 13, 2017.

## CERTIFICATE OF SERVICE

It is hereby certified that on September 13, 2017, the undersigned caused this document to be served by filing it through the Court's ECF system.  Any counsel not registered with the Court's ECF system will be served by United States mail.  It is also hereby certified that this document is being served on agency counsel for the Federal Highway Administration, which constitutes service on the client for purposes of D.C.ColoLCivR 6.1(c).

*/s/David A. Carson*