IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action Nos:   17-cv-01661-WYD
                    17-cv-01679-WYD

KYLE ZEPPELIN; BRAD EVANS; CHRISTINE O'CONNOR; KIMBERLY MORSE; JACQUELINE LANSING; JANET FEDER; SIERRA CLUB; ELYRIA AND SWANSEA NEIGHBORHOOD ASSOCIATION; CHAFFEE PARK NEIGHBORHOOD ASSOCIATION; and COLORADO LATINO FORUM,

      Plaintiffs,

v.

FEDERAL HIGHWAY ADMINISTRATION; ELAINE CHAO, in her official capacity as Secretary of transportation; and JOHN M. CARTER, in his official capacity as Division Administrator,

      Defendants,

v.

COLORADO DEPARTMENT OF TRANSPORTATION; and SHAILEN P. BHATT, in his official capacity as Executive Director of the Colorado Department of Transportation,

      Defendant-Intervenors.

---

**SECOND DECLARATION OF CHRISTINE O'CONNOR**

---

      I, CHRISTINE O'CONNOR, hereby declare:

      1.    The facts set forth in this Declaration are based upon my personal knowledge. If called as a witness, I could and would testify competently to these facts. As to those matters that reflect an opinion, they reflect my personal opinion and judgment on the matter.

2. I am a citizen of the United States and resident of Denver, Colorado. I am a named Plaintiff in Civil Action No. 17-cv-10661-WYD. This is the Second Declaration I have filed in this action.

3. I am also a named Plaintiff in the case of <u>John D. MacFarlane, et al. v. the City and County of Denver, et al.</u>, Case No. 2016CV32126 (Denver District Court). The Denver District Court held a four-day bench trial in <u>MacFarlane</u> from August 21, 2017 through August 24, 2017. I attended that trial and am familiar with the documents that were admitted as trial exhibits in that case.

4. I am aware that on September 15, 2017, the Plaintiffs in Civil Action No. 17-cv-10661-WYD ("the Zeppelin Plaintiffs") will file an APA § 505 Motion for Stay. I have reviewed and am familiar with the documents that will be used as Exhibits to that Motion, as well as the documents referenced in that Motion.

5. Exhibit 1 is select pages from the Record of Decision ("ROD") for the Central 70 Project, signed by Defendant Federal Highway Administration ("FHWA") on January 19, 2017. The ROD is available online at http://www.i-70east.com/reports.html. The pages at Exhibit 1 to Plaintiffs' forthcoming Motion for Stay are true and correct copies of the ROD made publically available by the Colorado Department of Transportation ("CDOT") at the aforementioned webpage.

6. Exhibit 2 is select pages from the Supplemental Draft Environmental Impact Statement ("SDEIS") for the Central 70 Project, dated August 4, 2014. The SDEIS is available online at http://www.i-70east.com/reports.html. The pages at Exhibit 2 to Plaintiffs'

2

forthcoming Motion for Stay are true and correct copies of the SDEIS made publically available by CDOT at the aforementioned webpage.

      7.      Exhibit 3 is select pages from the Final Environmental Impact Statement ("FEIS") for the Central 70 Project, dated December 18, 2015.  The FEIS is available online at http://www.i-70east.com/reports.html.  The pages at Exhibit 3 to Plaintiffs' forthcoming Motion for Stay are true and correct copies of the FEIS made publically available by CDOT at the aforementioned webpage.

      8.      Exhibit 4 is a satellite image map, dated January 14, 2011, showing the boundaries of the three Operable Units in the Vasquez Boulevard / I-70 Superfund Site.  This map is available online at https://www.epa.gov/sites/production/files/documents/ VB170_OUBoundariesMap.pdf.   The map at Exhibit 4 to Plaintiffs' forthcoming Motion for Stay is a true and correct copy of the map made publically available by the U.S. Environmental Protection Agency ("EPA") at the aforementioned webpage.

      9.      Exhibit 5 is select pages from the City and County of Denver Storm Drainage Master Plan, dated September 2014.  The Master Plan is available online at https://www.denvergov.org/content/denvergov/en/wastewater-management/capital-projects-management/engineering-and-permits/storm-drainage-master-plan.html.  It was also admitted into evidence by the Denver District Court during the MacFarlane trial.  The pages at Exhibit 5 to Plaintiffs' forthcoming Motion for Stay are true and correct copies of the Storm Drainage Master Plan admitted into evidence by the Denver District Court.

      10.      Exhibit 6 is an email from Mike Anderson to Shea Thomas, dated August 2, 2013. This email was forwarded to me by Shea Thomas as an attachment to an email Ms. Thomas sent

3

to me on April 29, 2016. Shea Thomas is the Program Manager of Watershed Services at the Urban Drainage and Flood Control District ("UDFCD"). Ms. Thomas emailed me on April 29, 2016, in her official capacity as the Program Manager of Watershed Services at the UDFCD and in direct response to my questions about the Platte to Park Hill Stormwater/Drainage Project ("P2PH"). The email at Exhibit 6 to Plaintiffs' forthcoming Motion for Stay is a true and correct copy of the email I received from Ms. Thomas on April 29, 2016.

11. Exhibit 7 is a Memorandum of Understanding ("MOU") between the City, CDOT, and RTD, dated October 16, 2013. I received this document as an attachment to a forwarded email, which was originally sent by CDOT in response to an Open Records Request. The original email, dated April 18, 2016, is from Andrew Hogle, the CDOT Records Request Officer, to Bridget Walsh, a concerned citizen. Ms. Walsh forwarded Mr. Hogle's email to me on April 18, 2016, with the October 16, 2013 MOU attached thereto. The MOU was provided to Ms. Walsh as a document responsive to Ms. Walsh's records request. The MOU at Exhibit 7 to Plaintiffs' forthcoming Motion for Stay is a true and correct copy of the MOU I received in the form of a forwarded email from Ms. Walsh on April 18, 2016, as sent to her by CDOT on that same day.

12. Exhibit 8 is a Memorandum from Enginuity Engineering Solutions to the I-70 PCL Drainage Multi Agency Technical Team ("MATT"), dated February 10, 2014. It is included in Attachment M (Hydrology & Hydraulics Technical Report) to the SDEIS, which is available online at http://www.i-70east.com/reports.html. The Memorandum at Exhibit 8 to Plaintiffs' forthcoming Motion for Stay is a true and correct copy of the Memorandum made publically available by CDOT at the aforementioned webpage.

4

13. Exhibit 9 is a Letter of Recommendation, issued by the MATT on January 20, 2015. This letter is available online at http://www.denverinc.org/wp-content/uploads/2016/05/MATT-LETTER-OF-RECOMMENDATION_1-20-15_Final-5.pdf. It was also admitted into evidence by the Denver District Court during the MacFarlane trial. The Letter of Recommendation at Exhibit 9 to Plaintiffs' forthcoming Motion for Stay is a true and correct copy of the Letter of Recommendation admitted into evidence by the Denver District Court.

14. Exhibit 10 is a July 16, 2015 letter from Tony DeVito to the Bridge Enterprise Board of Directors and the High Performance Transportation Enterprise Board of Directors. It is available online at: https://www.codot.gov/about/transportation-commission/documents/2015-archive-of-agendas-and-supporting-documents/july-2015/08-i-70-east-iga.pdf. The letter at Exhibit 10 to Plaintiffs' forthcoming Motion for Stay is a true and correct copy of the letter made publically available by CDOT at the aforementioned webpage.

15. Exhibit 11 is the I-70 East FEIS Response Comment Report from Denver Public Works, dated March 2, 2016. These comments are included in Attachment E (Comments on the FEIS) to the ROD. The ROD is available online at http://www.i-70east.com/reports.html. The pages at Exhibit 11 to Plaintiffs' forthcoming Motion for Stay are true and correct copies of the ROD made publically available by CDOT at the aforementioned webpage.

16. Exhibit 12 is pages from the Two Basins Drainage Project ("TBDP") Conceptual Planning Report, dated December 2016. This Report was admitted into evidence by the Denver District Court during the MacFarlane trial. The pages at Exhibit 12 to Plaintiffs' forthcoming Motion for Stay are true and correct copies of the TBDP Conceptual Planning Report admitted into evidence by the Denver District Court.

17. Exhibit 13 is pages from the Final Design Report, Environmental Components for Globeville Landing Outfall Project ("GLO"), prepared for the City of Denver on February 5, 2016. It is available online at: https://www.denvergov.org/content/dam/denvergov/Portals/771/documents/EQ/EULD/Final%20Design%20Report.pdf. The pages at Exhibit 13 to Plaintiffs' forthcoming Motion for Stay are true and correct copies of the Final Design Report for GLO made publically available by EPA at the aforementioned webpage.

18. Exhibit 15 a copy of the Statement from CDOT on litigation involving I-70 East, dated July 10, 2017. It is available online at: https://www.codot.gov/news/2017news/july/statement-from-the-colorado-department-of-transportation-on-litigation-involving-i-70-east. The Statement at Exhibit 15 to Plaintiffs' forthcoming Motion for Stay is a true and correct copy of the Statement made publically available by CDOT at the aforementioned webpage.

19. Exhibit 16 is a City of Denver Fact Sheet regarding the 39th Avenue Greenway and Open Channel. It is available online at: http://www.denvergov.org/content/dam/denvergov/Portals/705/documents/projects/stormwater-systems/39th-ave/39th-Ave-Greenway-Fact-Sheet.pdf. The Fact Sheet at Exhibit 16 to Plaintiffs' forthcoming Motion for Stay is a true and correct copy of the Fact Sheet made publically available by the City of Denver at the aforementioned webpage.

20. Exhibit 17 is a City of Denver Fact Sheet regarding the City Park Golf Course Redesign. It is available online at: http://www.denvergov.org/content/dam/denvergov/Portals/705/documents/projects/stormwater-systems/cpgc/city-park-golf-course-redesign-fact-sheet.pdf. The Fact Sheet at Exhibit 17 to Plaintiffs' forthcoming Motion for Stay is a true and

6

correct copy of the Fact Sheet made publically available by the City of Denver at the aforementioned webpage.

21. Exhibit 18 is a letter from Jane Hann to Steve Turner, dated December 29, 2016. This letter was admitted into evidence by the Denver District Court during the MacFarlane trial. The letter at Exhibit 18 to Plaintiffs' forthcoming Motion for Stay is a true and correct copy of the December 29, 2016 letter admitted into evidence by the Denver District Court.

22. Exhibit 19 is a copy of a CDOT News Item, dated August 24, 2017. It is available online at: https://www.codot.gov/news/2017-news/august/cdot-selects-central-70-contractor-kmp. The News Item at Exhibit 19 to Plaintiffs' forthcoming Motion for Stay is a true and correct copy of the News Item made publically available by the CDOT at the aforementioned webpage.

23. Exhibit 20 is a transcript of the trial testimony of Deborah Ortega, given in the MacFarlane case on August 22, 2017. I heard this testimony live at the trial, have read the transcript, and can attest that to the best of my recollection, the transcript at Exhibit 20 to Plaintiffs' forthcoming Motion for Stay is a true and accurate account of Ms. Ortega's testimony at the MacFarlane trial.

24. In addition to Exhibits, the Zeppelin Plaintiffs' forthcoming Motion for Stay references several documents that previously filed in Civil Action No. 17-cv-10661-WYD as Attachments to the Zeppelin Plaintiffs' Standing Declarations, including my own.

25. The Denver Public Works Montclair Creek Drainage Feasibility Evaluation, dated June 30, 2014, was previously filed in the instant litigation as Dkts. 1-2 – 1-5, and attached to the Declaration of Brad Evans, Dkt. 1-2. This Feasibility Evaluation was admitted into evidence by

7

the Denver District Court during the MacFarlane trial. The Feasibility Evaluation previously filed in this case is a true and correct copy of the same Feasibility Evaluation admitted into evidence by the Denver District Court.

26. The Administrative Settlement Agreement and Order on Consent for Removal Action, which was filed by the EPA Region 8 Hearing Clerk on July 1, 2015, in U.S. EPA Docket No. CERCLA-08-2015-0006, was previously filed in the instant litigation as Dkts. 1-10 – 1-11, and attached to my first Declaration, Dkt. 1-6. This document is available online at: https://yosemite.epa.gov/oa/rhc/epaadmin.nsf/Filings/ 524613D3E799C9C385257E7B001BBFFE/$File/Final%20Signed%20VBI70%20OU2%20AO C%20for%20removal__%2007-01-15.pdf. The Administrative Settlement Agreement and Order previously filed in this case is a true and correct copy of the Administrative Settlement Agreement and Order made publically available by EPA at the aforementioned webpage.

27. The IGA was previously filed in the instant litigation as Dkts. 1-14 – 1-15, and appended to the Declaration of Kimberly Morse, Dkt. 1-12. It is available online at: https://www.denvergov.org/content/dam/denvergovPortals/NDCC/documents/NDCC/CDOT%2 0IGA%20as%20amended%20Final.pdf. It was also admitted into evidence by the Denver District Court during the MacFarlane trial. The IGA previously filed in this case is a true and correct copy of the same IGA admitted into evidence by the Denver District Court.

28. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States, that to the best of my knowledge, the foregoing is true and correct.

DATED: September 15, 2017.

_____
Christine O'Connor