IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action Nos:     17-cv-01661-WYD
                      17-cv-01679-WYD

KYLE ZEPPELIN; BRAD EVANS; CHRISTINE O'CONNOR; KIMBERLY MORSE; JACQUELINE LANSING; JANET FEDER; SIERRA CLUB; ELYRIA AND SWANSEA NEIGHBORHOOD ASSOCIATION; CHAFFEE PARK NEIGHBORHOOD ASSOCIATION; and COLORADO LATINO FORUM,

    Plaintiffs,

v.

FEDERAL HIGHWAY ADMINISTRATION; ELAINE CHAO, in her official capacity as Secretary of transportation; and JOHN M. CARTER, in his official capacity as Division Administrator,

    Defendants,

v.

COLORADO DEPARTMENT OF TRANSPORTATION; and SHAILEN P. BHATT, in his official capacity as Executive Director of the Colorado Department of Transportation,

    Defendant-Intervenors.

## SECOND DECLARATION OF BRAD EVANS

I, BRAD EVANS, hereby declare:

1.    The facts set forth in this Declaration are based upon my personal knowledge. If called as a witness, I could and would testify competently to these facts. As to those matters that reflect an opinion, they reflect my personal opinion and judgment on the matter.

1

2. I am a citizen of the United States and resident of Lakewood, Colorado. I am a named Plaintiff in this action. This is the Second Declaration I have filed in this action.

3. On August 15, 2017, I took aerial footage of Globeville Landing Park and the surrounding environs using a drone camera. I took this footage at the request of my attorneys of record in this case so they could better understand the current state of construction at Globeville Landing Park. Also on August 15, 2017, I forwarded that footage to my attorneys of record for their files.

4. On September 11, 2017, I created a still shot image from that drone footage by doing a snapshot from the video and converting it to a .jpeg file. I created this still shot image at the request of my attorneys of record in this case so they would have an image in a format that could be filed with the Court. Also on September 11, 2017, I forwarded that still shot to my attorneys of record for their files.

5. I understand this still shot will be utilized as Exhibit 14 to Plaintiffs' forthcoming Motion for Stay in the present action.

6. I have reviewed Exhibit 14 to Plaintiffs' forthcoming Motion for Stay and attest that it is a true and accurate copy of the still shot I generated from the aerial drone footage I took of Globeville Landing Park on August 15, 2017.

7. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States, that to the best of my knowledge, the foregoing is true and correct.

DATED: September 12, 2017.

Brad Evans

2