**Exhibit 61** summarizes the number of potential hazardous material sites and area of ground disturbance impacted by each project alternative.

**Exhibit 61      Hazardous Material Sites by Alternative**

| Alternative/Option | Number of Known Hazardous Material Sites | Area of Ground Disturbance (acres) |
|---|---|---|
| No-Action Alternative | ~~7~~ 6 | ~~44~~ 46 |
| **General-Purpose Lanes** | | |
| Revised Viaduct Alternative, North Option | 25 | ~~575~~ 715 |
| Revised Viaduct Alternative, South Option | ~~24~~ 20 | ~~575~~ 714 |
| Partial Cover Lowered Alternative | ~~28~~ 34 | ~~620~~ 835 |
| **Managed Lanes Option (Option to Build Alternatives)** | | |
| Revised Viaduct Alternative, North Option | ~~25~~ 26 | ~~658~~ 836 |
| Revised Viaduct Alternative, South Option | ~~24~~ 21 | ~~658~~ 835 |
| Partial Cover Lowered Alternative | ~~28~~ 35 | ~~703~~ 938 |

The findings are similar to the Final EIS; however, fewer LUST sites would potentially be impacted by each of the alternatives and the number of VCRA and SWL sites potentially impacted would increase for the Revised Viaduct Alternative and Partial Cover Lowered Alternative. The VCRA sites are associated with the former Stapleton Airport. According to the database report, a No-Action Determination has been issued for the sites; however, volatile organic compounds were identified in groundwater at one of the sites.

The mitigation measures for encountering hazardous materials sites remain the same as stated in the Final EIS. For information on mitigation measures and additional information regarding specific facilities of concern likely to be encountered by the alternatives and impacts to these facilities, refer to the Final EIS. *Attachment C, Updates to Hazardous Materials Technical Report Addendum* in this document provides more detail on the updated sites and impacts.

## Changes to the Final EIS Text

The following discussions include clarifications on *Section 5.18, Hazardous Materials,* of the Final EIS:

**Exhibit 55 and Exhibit 60 replace Exhibits 5.18-2 and 5.18-11 in the Final EIS.**

**Updates to hazardous materials mitigation measures:**

The following mitigation commitment has been added:

- Coordinate with and obtain approval from EPA and CDPHE-APCD as necessary when construction occurs in the Vasquez Boulevard/I-70 Superfund site.

## 9.16    Utilities

### Updates to the Final EIS Analysis

There are no updates or changes to the discussion of existing conditions for utilities since the publication of the Final EIS. Impacts to utilities have been slightly modified and are included below.

### Changes to the Final EIS Text

The following discussions include clarifications on *Section 5.19, Utilities,* of the Final EIS:

**Page 5.9-18, Partial Cover Lowered Alternative discussion—first bullet under communications/fiber optics has been modified and now reads:**

- <u>Multiple</u> ~~Two~~ ducts running north-south along Brighton Boulevard will need to be relocated for the reconstruction of Brighton Boulevard

**Page 5.9-19, Partial Cover Lowered Alternative discussion—first bullet under Natural gas, petroleum, and jet fuel has been modified and now reads:**

- 20-inch gas pipe running north-south along Brighton Boulevard will need to be relocated to make room for the east Brighton Boulevard bridge abutment and ~~onsite outfall system~~ <u>drainage improvements</u>

## 9.17    Human Health

### Updates to the Final EIS Analysis

There are no updates or changes to the human health impacts and results since the publication of the Final EIS.

### Changes to the Final EIS Text

All text discussions from the previous subsections of this chapter are updated and reflected in *Section 5.20, Human Health Conditions* of the Final EIS.

## 9.18    Cumulative Impacts

### Updates to the Final EIS Analysis

There are no updates or changes to the cumulative impacts and results since the publication of the Final EIS.

### Changes to the Final EIS Text

All text discussions from the previous subsections of this chapter are updated and reflected in *Chapter 6, Cumulative Impacts* of the Final EIS.

This page intentionally left blank.

# Chapter 10   Section 4(f) Evaluation Updates

Section 4(f) of the Department of Transportation Act, 49 USC §303 and 23 USC §138, mandates protection of historic resources and publicly owned parks, recreation areas, wildlife and waterfowl refuges from potentially adverse impacts of federal transportation projects. A complete Section 4(f) evaluation is included in *Chapter 7, Section 4(f) Evaluation*, of the Final EIS. This chapter is intended to capture the updates and changes to the evaluation in the Final EIS.

Although Section 11502 of the Fixing America's Surface Transportation Act (FAST Act), effective December 2015, modifies 23 USC §138 to no longer consider improvements to—or the maintenance, rehabilitation, or operation of—railroad or rail transit lines or elements thereof that are in use or were historically used for the transportation of goods or passengers as a use of a historic site, this Section 4(f) evaluation retains the discussion of the use of the rail lines in the Final EIS and updates them when necessary.

## 10.1   Updates to the Final EIS Section 4(f) Evaluation

This section includes the identification of additional Section 4(f) properties and how these additional properties and design modifications require updates to the analysis completed for the Final EIS.

The Section 4(f) evaluation updates include information about the Denver GLO Project. Initially, the GLO was not included the Section 4(f) evaluation because the I-70 East Project included a separate, independent drainage system. Subsequently, however, it was determined that the design of the GLO conflicts with some of the drainage facilities for the Partial Cover Lowered Alternative as described in the Final EIS, rendering the Partial Cover Lowered Alternative design not prudent. After careful consideration, FHWA and CDOT have chosen to incorporate the GLO facilities into the drainage system for the Partial Cover Lowered Alternative.

### Updates to Section 4(f) Properties Located within the Project Area

As discussed in Section 9.6, Historic Preservation, of this document, additional properties have been surveyed and determined to be eligible for listing on the NRHP since publication of the Final EIS. Of the 22 newly identified historic resources, three resources (5DV12437, 5DV12304, and 5DV12320) have a *de minimis* impact determination and are described later in this chapter.

The Delgany Street Public Sanitary Sewer (5DV4725) was included and discussed in the Final EIS (under 5DV4725.5, a different segment and location for the resource); however, it was not subject to use previously. Due to the design modifications, the impacts and use determination for this resource has been updated since the publication of the Final EIS.

The use is limited to the segment demarcated as 5DV4725.6. Descriptions of impacts from each alternative and 4(f) determinations are included in this chapter.

Similarly, the South Platte River Greenway Trail was discussed in the Final EIS, but was not subject to a use. Design modifications also create a temporary occupancy of the trail within Globeville Landing Park. This is a different segment than the portion north of I-70 included in the Final EIS. Coordination with the official with jurisdiction has resulted in their concurrence with the finding of temporary occupancy (included in *Attachment B, Updates to Agency Consultation Addendum*).

The Chicago, Burlington and Quincy Railroad/Burlington Northern & Santa Fe Railroad (5DV6247.3) was included and discussed in the Final EIS; however, it was not subject to use previously. Due to the design modifications, the impacts and use determination for this resource under all alternatives have been updated since the publication of the Final EIS.

Design modifications near the Ralston Purina Plant/Nestlé Purina PetCare Company resulted in changes to impacts for the Partial Cover Lowered Alternative, updating the use since the publication of the Final EIS.

A list of Section 4(f) properties discussed in this chapter, along with the newly identified historic resources, is included in **Exhibit 62**.

**Exhibit 62       Updates to Section 4(f) Properties and Uses**

| Historic Resource Property Name and Address | New property since Final EIS | Change in impact or use since Final EIS | Section 4(f) Use described in this chapter | Resource discussion page number |
|---|---|---|---|---|
| Market Street Railroad/ Chicago Burlington & Quincy Railroad Segment (5AM1298.2) | No | Impact change for Partial Cover Lowered Alternative<br>No change in use | Use: Partial Cover Lowered Alternative | 207 |
| Union Pacific Beltline Railroad Segment (Denver Rock Island Railroad) (5AM2083.1) | No | Impact change for Partial Cover Lowered Alternative<br>No change in use | *De minimis*: Partial Cover Lowered Alternative | 208 |
| Delgany Street Public Sanitary Sewer (5DV4725) | No | Impact and use change for Partial Cover Lowered Alternative | Use: Partial Cover Lowered Alternative | 192 |
| Denver and Kansas Pacific/Union Pacific Railroad (5DV6248) | No | Impact change for all alternatives<br>No change in use | *De minimis*: No-Action and Revised Viaduct Alternatives<br>Use: Partial Cover Lowered Alternative | 210 |
| Rocky Mountain Arsenal Railroad Segment (5DV7048.2) | No | Impact change for Revised Viaduct and Partial Cover Lowered Alternatives<br>No change in use | Use: Partial Cover Lowered Alternative | 217 |
| Chicago, Burlington and Quincy Railroad/Burlington Northern & Santa Fe Railroad (5DV6247) | No | N/A | *De minimis*: All alternatives | 196 |

**Exhibit 62       Updates to Section 4(f) Properties and Uses**

| Historic Resource Property Name and Address | New property since Final EIS | Change in impact or use since Final EIS | Section 4(f) Use described in this chapter | Resource discussion page number |
|---|---|---|---|---|
| Union Pacific Railroad Railyard (5DV.6248.3, 5DV.6248.5, 5DV.6248.10) | Yes | N/A | No use, not further described or discussed | N/A |
| Burlington Northern Railroad Overpass (5DV.7057) | Yes | N/A | No use, not further described or discussed | N/A |
| Concrete Railroad Bridge (5DV.7058) | Yes | N/A | No use, not further described or discussed | N/A |
| Ralston Purina Plant/Nestlé Purina PetCare Company, 2151 East 45th Avenue (5DV9245) | No | Impact and use change for Partial Cover Lowered Alternative | *De minimis*: Partial Cover Lowered Alternative | 198 |
| National Western Historic District (5DV10050) | No | Impact change for Partial Cover Lowered Alternative No change in use | *De minimis*: Partial Cover Lowered Alternative | 219 |
| 38th Street Underpass (5DV.7110) | Yes | N/A | No use, not further described or discussed | N/A |
| Banker's Warehouse Co. (5DV11720) | No | Impact change for Partial Cover Lowered Alternative No change in use | *De minimis*: Partial Cover Lowered Alternative | 220 |
| NWT Rail Spur (5DV12437.1) | Yes | N/A | *De minimis*: Partial Cover Lowered Alternative | 196 |
| RLW Sand Company, 4390 Madison Street (5DV12304) | Yes | N/A | *De minimis*: Partial Cover Lowered Alternative | 200 |
| High Tech Early College/STRIVE Prep, 11200 East 45th Avenue (5DV12320) | Yes | N/A | *De minimis*: Partial Cover Lowered Alternative | 202 |
| National Western Security and Employment Building, 4695 Franklin Street (5DV12317) | Yes | N/A | No use, not further described or discussed | N/A |
| Stallcop Residence, 2000 East 47th Avenue (5DV12302) | Yes | N/A | No use, not further described or discussed | N/A |
| Lechuga-Rosales Residence, 4684 Race Street (5DV12303) | Yes | N/A | No use, not further described or discussed | N/A |
| 4683 Vine Street LLC Property, 4683 Vine Street (5DV12305) | Yes | N/A | No use, not further described or discussed | N/A |
| Guzman Residence, 4681 Race Street (5DV12306) | Yes | N/A | No use, not further described or discussed | N/A |
| Yapp-Sluneko Residence, 4695 Milwaukee Street (5DV12308) | Yes | N/A | No use, not further described or discussed | N/A |
| Sanchez Residence, 4700 Fillmore Street (5DV12309) | Yes | N/A | No use, not further described or discussed | N/A |
| Snyder Residence, 4680 Fillmore Street (5DV12310) | Yes | N/A | No use, not further described or discussed | N/A |
| Arrieta Residence, 4691 Vine Street (5DV12311) | Yes | N/A | No use, not further described or discussed | N/A |

**Exhibit 62        Updates to Section 4(f) Properties and Uses**

| Historic Resource Property Name and Address | New property since Final EIS | Change in impact or use since Final EIS | Section 4(f) Use described in this chapter | Resource discussion page number |
|---|---|---|---|---|
| Chavez Residence, 4690 Fillmore Street (5DV12312) | Yes | N/A | No use, not further described or discussed | N/A |
| Urbina Residence, 4685 Milwaukee Street (5DV12313) | Yes | N/A | No use, not further described or discussed | N/A |
| National Western Security and Employment Building, 4695 Franklin Street (5DV12317) | Yes | N/A | No use, not further described or discussed | N/A |
| Stallcop Residence, 2000 East 47th Avenue (5DV12302) | Yes | N/A | No use, not further described or discussed | N/A |
| **Parks and Recreational Resources** | **New property since Final EIS** | **Change in impact or use since Final EIS** | **Section 4(f) Use described in this chapter** | **Resource discussion page number** |
| Globeville Landing Park | No | Impact change for Partial Cover Lowered Alternative No change in use | Use: Partial Cover Lowered Alternative | 222 |
| South Platte River Greenway Trail | Yes | N/A | Temporary occupancy | 223 |

## Section 4(f) Properties Subject to a Use from the Proposed Project

The following subsections provides a brief description of each newly identified historic property subject to a use, and why there is a use for the alternatives and options under consideration. The Chicago, Burlington and Quincy Railroad/Burlington Northern & Santa Fe Railroad also is described, along with why there is a use for the alternatives and options under consideration. The impacts to the Ralston Purina Plant/Nestlé Purina PetCare Company are also included for the Partial Cover Lowered Alternative. The resources described here are in addition to those detailed in Section 7.8 of the Final EIS.

### *Delgany Street Public Sanitary Sewer (5DV.4725.6)*

This segment of the Delgany Street Public Sanitary Sewer system is located underground and is aligned southwest-northeast on the east side of the South Platte River within Globeville Landing Park. The sewer is located just south of I-70 and runs southwest parallel to the South Platte River and beneath Globeville Landing Park. The segment of the system includes the brick Delgany Common Interceptor sewer. The sewer is buried below Globeville Landing Park, and therefore the condition of the segment could not be assessed. The *Historic Context– Denver's Brick Sewers, City and County of Denver* by Gail Keeley (2012) demonstrates that segment 5DV4725.6 is part of a combined storm and sanitary sewer system and that the majority of the segment maintains its original 1895 materials and design. The sewer was constructed of three courses of brick and mortar with an inner diameter of 77 inches. Denver replaced approximately 200 feet of the northern extent of the

Delgany Common Interceptor sewer within 5DV4725.6 with concrete in 1937 (Keeley, 2012).

*Partial Cover Lowered Alternative*

The Partial Covered Lowered Alternative would result in permanent changes to the sewer design and materials in a 75-foot-wide section of the segment, as shown in **Exhibit 63**. This alternative will result in an Adverse Effect under Section 106 and a direct use to segment 5DV4725.6 and the entirety of 5DV4725.

**Exhibit 63        Delgany Street Public Sanitary Sewer—Partial Cover Lowered Alternative**



Legend: — Brick sewer alignment   ▬ Drainage Pipe   ▬ Open Channel   ▭ National Western Historic District

*Avoidance alternatives*

The No-Action and Revised Viaduct Alternatives avoid use of this property. Although the alternatives avoid this resource, they use other Section 4(f) resources. Other alternatives

that avoid this property were eliminated because they were not considered feasible and prudent, and are summarized in Section 7.9 of the Final EIS.

There are no prudent alternatives to the use of the sewer for the Partial Cover Lowered Alternative for two reasons. First, the sewer runs from I-70 to the southwest, paralleling the South Platte River. Therefore there are no alternative horizontal alignments that avoid the sewer. Second, elevation constraints above and below the sewer do not allow for a vertical shift that would avoid the sewer. The original design for the offsite system for I-70 East analyzed in the Final EIS (see **Exhibit 64**) passed over the top of the sewer.

**Exhibit 64          Drainage in the Final EIS—Partial Cover Lowered Alternative**



However, the GLO is designed to drain the majority of the Montclair Basin in Denver, and must accommodate much greater flow from a wider area of the city. Therefore, the profile of the pipe must be at a lower elevation than the Final EIS design, not allowing it to pass over the sewer. Jacking and boring the GLO system under the sewer is not prudent because of the cost and unique problems associated with this activity. At this location, the GLO system consists of three 11-foot by four-foot culverts with the top being within a foot or two under the bottom of the 77 inch brick sewer. The sewer is an old brick sewer that would need to be supported in such a way to prevent damage during the jacking and boring procedure, which is very expensive. In addition, it would be very difficult to protect the aging brick pipe from damage during the procedure, and would not guarantee a lack of adverse effect. To pass the outfall over the sewer a pumping system could be required, but the use of a pump system to pump the flows over the sewer is not prudent because of the extraordinary cost associated with a pump system and its maintenance to handle the volume of water necessary during

peak events. Additionally, the system would need back-up power, pumps and pump basins to guard against system failure during storm events. For these reasons, a shift in profile is not prudent due to unacceptable operational conditions.

*Measures to minimize harm*

Overall minimization efforts were implemented in the design of each alternative and associated option to minimize impacts to adjacent properties, which in turn also minimizes the use of a number of Section 4(f) properties.

The USACE (who is permitting for Denver's GLO Project under the Clean Water Act) and Denver have entered into a Memorandum of Agreement with SHPO, which includes:

- Level II documentation of Delgany Common Interceptor Sewer (5DV4725.6) as outlined in "Historic Resource Documentation Standards for Level I, II, and III Documentation" (OAHP Publication #1595) prior to any construction.

- Interpretive signage for the Delgany Common Interceptor Sewer will be displayed in Globeville Landing Park. One interpretive sign shall be installed over the approximate location of the buried sewer along a sidewalk within Globeville Landing Park.

- A qualified archaeologist will be on site to monitor and document the exposure and removal of the brick-lined sewer (5DV4725.6). The archaeological monitor will photo document the exposed sections of sewer.

Adverse effects to historic brick-lined sewers within the City and County of Denver are mitigated under Stipulation 2 of the *Programmatic Agreement among the Federal Highway Administration, the Colorado State Historic Preservation Officer, and the Colorado Department of Transportation regarding Brick-Lined Sewers in the City and County of Denver (2013)* [Brick Sewer PA]. This Agreement is referenced in the I-70 East Corridor PA Stipulation III (3). Application of the Brick Sewer PA satisfies mitigation of this adverse effect so CDOT and FHWA are not signatories to the USACE Memorandum of Agreement.

## Chicago, Burlington & Quincy Railroad/Burlington Northern & Santa Fe Railroad (5DV6247)

This resource was included and discussed in the Final EIS; however, it was not subject to use previously.

The railroad line was originally built in 1882 as the Burlington and Colorado Railroad, a subsidiary of the Chicago, Burlington & Quincy Railroad. In 1908, Chicago, Burlington & Quincy Railroad absorbed Burlington and Colorado, along with several other subsidiaries. In 1970, Chicago, Burlington & Quincy Railroad merged with the Great Northern and Northern Pacific Railroads and others to form the Burlington Northern, which became the BNSF Railway in 1995.



**Chicago, Burlington & Quincy Railroad/Burlington Northern & Santa Fe Railroad**

| | |
|---|---|
| Constructed: | 1882 |
| Eligibility: | Criterion A |
| Type: | Railroad |
| Used by: | All Alternatives (*de minimis*) |

The Burlington and Colorado Railroad/Chicago, Burlington & Quincy Railroad within the APE (5DV6247) consists of three segments, designated by the decimals 1, 2 and 3. 5DV6247.1 is located along I-70 and 5DV6247.2 is located on the north and west of Globeville Landing Park. Neither segment has any direct impact. 5DV6247.3 consists of a four-track segment of standard-gauge railroad passing underneath I-70 leading to the north Denver rail yards. The southernmost boundary starts at East 44th Avenue and the South Platte River. The rail line continues diagonally at a northeast direction through the present day National Western Historic District, along Brighton Boulevard past Race Court, to the east of Riverside Cemetery, and crosses York Street at approximately East 54th Avenue. It continues northeast, crossing the existing Rock Island Railroad tracks south of East 56th Avenue and southwest of the SunCor oil refinery.

### All Alternatives

The Final EIS indicated no use of this resource under Section 4(f) regulations by any of the alternatives. Design modifications now indicate a need for a permanent easement of 4,188 square feet with all alternatives to place a stormwater drainage pipe underneath the tracks of segment 5DV6247.3 (see **Exhibit 65**). The pipe would be bored deep beneath the tracks, so the tracks, ties, and ballast itself would not be modified to place the pipe.

The proposed easement would not diminish the features that qualify the resource for inclusion on the NRHP. Since SHPO concurred in a finding of No Adverse Effect, FHWA makes a *de minimis* impact determination for this resource in accordance with Section 4(f). The impact determination includes all possible planning to minimize harm.

**Exhibit 65      Chicago, Burlington and Quincy Railroad/Burlington Northern Santa Fe Railroad—All Alternatives**



NRHP eligible property    Right of way acquisition    Construction limits    Rail alignment

### Ralston Purina Plant/Nestlé Purina PetCare Company (5DV9245)

This resource was included and discussed in the Final EIS; however, the impacts and use determination for this resource from the Partial Cover Lowered Alternative have changed since the publication of the Final EIS.

#### Partial Cover Lowered Alternative

The Final EIS indicated this property would not be used by the Partial Cover Lowered Alternative. Because of the design modifications, there is a need for acquisition or permanent easement of 735 square feet from the very northwest corner of the property to accommodate the construction of the drainage system. This acquisition is necessary for the drainage pipe to cross around the proposed south abutment of the Union Pacific Railroad Bridge. In addition, a temporary easement measuring 890 square feet is required to construct and operate a temporary railroad shoofly track that would travel east of the existing Union Pacific Railroad right of way (see **Exhibit 66**). The temporary and permanent easements from the property would impact 0.3 percent of the resource in an area that is currently vacant. The area that would be impacted does not hold any of the historic features important to the significance of the property. The proposed easements would not diminish the features that qualify the resource for inclusion on the NRHP. The temporary construction easement could be considered a temporary occupancy. However, as indicated in the 2012 FHWA Section 4(f) Policy Paper, a *de minimis* impact determination may be made for a temporary occupancy of Section 4(f) property. Since SHPO concurred in a finding of No Adverse Effect, FHWA makes a *de minimis* impact determination for this resource in accordance with Section 4(f). The impact determination includes all possible planning to minimize harm.



**Nestlé Purina PetCare Company**

| | |
|---|---|
| Constructed: | 1928 |
| Eligibility: | Criterion A |
| Type: | Office, warehouse, manufacturing facility, and grain silos |
| Used by: | No-Action Alternative, South Option (use) and Revised Viaduct Alternative, South Option (use), Partial Cover Lowered Alternative (*de minimis*) |

**Exhibit 66        Nestlé Purina PetCare Company—Partial Cover Lowered Alternative**



### RLW Sand Company (5DV12304)

This mid-20th century concrete grain elevator and the associated office building are eligible under Criterion A because of the role they played in the Farmer's Union Marketing Association, an offshoot of the Rocky Mountain Farmer's Union. In addition, the grain elevator represents the confluence of industry and agriculture, which dominated the economy in this area of north Denver and—along with the nearby stock show and former stockyards—represents an urban agricultural presence.



**RLW Sand Company**

Constructed:    1950s

Eligibility:    Criterion A

Type:           Concrete grain elevator and associated office building

Used by:        Partial Cover Lowered Alternative (*de minimis*)

### Partial Cover Lowered Alternative

Currently, this resource is situated 600 feet south of the existing viaduct. The Partial Cover Lowered Alternative would shift the highway mostly to the north; the southern limits of the highway would be located 650 feet from the resource. To construct the lowered section, the Market Street Railroad/Chicago, Burlington & Quincy Railroad (5AM1298.2) would be modified in this area. To complete the work on the tracks, a temporary easement measuring 7,600 square feet is required from this property (see **Exhibit 67**).

Additionally, there would be indirect effects to this resource due to visual and setting changes in the area because of the changes to the highway. Though the demolition of the existing viaduct and placement of the highway below grade represent a change in the resource setting, the construction of this alternative would not diminish the ability of the resource to convey its historic significance. In addition, the acquisition of a temporary easement on the property would not permanently impact the features of the building or its association with the railroad, and the resource would maintain sufficient integrity to convey its significance. Since SHPO concurred in a finding of No Adverse Effect to the resource, FHWA makes a *de minimis* impact determination for the resource in accordance with Section 4(f). The impact determination includes all possible planning to minimize harm.

**Exhibit 67       RLW Sand Company—Partial Cover Lowered Alternative**



NRHP eligible property     Roadway footprint     Right of way acquisition     Construction limits

### High Tech Early College/STRIVE Prep (5DV12320)

This building is significant under Criterion C as representative of the work of a master. Edward Dart, a prominent and much-renowned architect from Chicago, designed the building, which originally was the corporate headquarters for Samsonite. Although more well known for his religious and residential designs, Dart completed a few corporate commissions during his career, the Samsonite headquarters building being one of them. This building is a rare example of his work found in Colorado, and according to an assistant who worked on the project, was awarded multiple design awards. The building is currently home to the High Tech Early College and STRIVE Preparatory Schools.



**High Tech Early College/ STRIVE Prep**

Constructed:    1968

Eligibility:    Criterion C

Type:    Samsonite Corporate Headquarters

Used by:    Build Alternatives (*de minimis*)

#### Build Alternatives

Both Build Alternatives will require a permanent easement of 13,739 square feet (0.03 acre) from the southern end of the resource boundary (see **Exhibit 68**). The acquisition, which accounts for 2.4 percent of the current property size, would impact a grassy area and not affect any of the buildings or parking lot areas within the property. This is not considered to be an adverse effect because it would not affect any of the features that qualify it for significance under Criterion C.

Additionally, there will be indirect effects in the form of noise, visual, and historic setting changes to this resource, but the alternatives would not affect the features that qualify the resource for inclusion in the NRHP and the resource would maintain sufficient integrity to convey its significance. Since SHPO concurred in a finding of No Adverse Effect, FHWA makes a *de minimis* impact determination for this resource in accordance with Section 4(f). The impact determination includes all possible planning to minimize harm.

**Exhibit 68**    **High Tech Early College/STRIVE Prep—Build Alternatives**



## NWT Rail Spur (5DV12437)

The segment lies just north of the extensive rail network in the Denver Union Stockyards, and was constructed to link the Denver Union Stockyards and the Northwestern Terminal (NWT) rail line, which eventually became the Denver and Salt Lake Railway.

### All Alternatives

All alternatives would require a permanent easement measuring 575 square feet for this resource to place a stormwater drainage pipe (north onsite drainage) underneath the tracks (see **Exhibit 69**). The pipe would be bored deep beneath the tracks and none of the features of the railroad would be modified to place the pipe; therefore, the work would not modify any of the character-defining features of the railroad or its ability to convey its significance. Since SHPO concurred in a finding of No Adverse Effect to the larger linear resource, FHWA makes a *de minimis* impact determination for the larger linear resource in accordance with Section 4(f). The impact determination includes all possible planning to minimize harm.



**NWT Rail Spur**

Constructed:   1913

Eligibility:   Segment is not eligible, larger resource unevaluated but assumed eligible under Criterion A

Type:          Railroad

Used by:       All Alternatives (*de minimis*)

**Exhibit 69        NWT Rail Spur—All Alternatives**



| | NRHP eligible property | | Roadway footprint | | Construction limits | | Rail alignment |

## Section 4(f) Summary of Uses and Least Overall Harm Discussion

Because there are no feasible and prudent alternatives that avoid the use of all Section 4(f) resources, an analysis must be performed to determine which alternative causes the least overall harm. FHWA may approve only the alternative that causes the least overall harm. This analysis was performed as part of the Final EIS and concluded that the Partial Cover Lowered Alternative is the least overall harm alternative. Although there are changes to some impacts and some new impacts created by the updated design, all but one of the additional impact determinations for Section 4(f) properties are *de minimis,* with Section 106 concurrence from SHPO on a finding of No Adverse Effect. By definition, *de minimis* impact determinations are negligible and do not require further minimization of harm or avoidance analysis. In several cases, the newly identified impacts are the same across all alternatives.

Five of the seven factors in the least overall harm analysis (23 CFR §§774.3(c)(1)(i)-(vii)) are unaffected by the changed or newly identified resources discussed previously in Section 10.1. The relative severity of the remaining harm, after mitigation, to the protected activities, attributes, or features that qualify each Section 4(f) property for protection has not changed. The relative significance of each Section 4(f) property remains the same as described in the Final EIS. The design alterations do not alter the degree to which each alternative meets the purpose and need for the I-70 East Project. The magnitude of any adverse impacts to resources not protected by Section 4(f) remains the same, and there are no substantial differences in cost among the alternatives (see **Exhibit 82**).

One of the two criteria that warrants new discussion is the ability to mitigate impacts. The Partial Covered Lowered Alternative's revised drainage system provides significant mitigation for the use of Globeville Landing Park (see Section 10.2 below for updates to the text regarding the use of this park). The use is created by two open channels within the park, totaling 1.14 acres. The GLO Project provides a number of features for the park that provide greater public benefit. Once the GLO is constructed, the entire park would be rehabilitated, removing all existing park facilities and replacing them with enhanced park amenities that have been identified through public outreach efforts conducted by Denver. The GLO Project will add significant recreational space to the area, and provide for a more appealing setting than currently exists. There is also a new use of the Delgany Street Public Sanitary Sewer. Direct impacts to the sewer are completely resolved through actions specified in a Memorandum of Agreement between SHPO, USACE, and Denver. It includes Level II documentation and signage within the park. Impacts to brick-lined sewers are common enough in Denver that CDOT and SHPO have a PA that stipulates CDOTs mitigation without additional consultation, also resolving adverse effects. For these reasons, the Partial Lowered Covered Alternative provides the greatest opportunity to mitigate impacts, and remains the least overall harm alternative.

The second criteria that warrants new discussion is the view of officials with jurisdiction. All Section 106 consultation for impacts to historic Section 4(f) properties is complete and SHPO has concurred on all FHWA and CDOT determinations of eligibility and finding of

effect. Regarding the use of Globeville Landing Park, it is important to consider that Denver is the proponent of the GLO Project, including the Parks and Recreation Department. Not only have they concurred with FHWA and CDOT determinations pursuant to Section 4(f), but they are an active proponent and supporter of the GLO Project. Moreover, consultation with the National Park Service indicates that they consider the GLO Project to be park improvements. Therefore the Partial Covered Lowered Alternative has even greater support from officials with jurisdiction than it did as described in the Final EIS.

The considerations under the FAST Act, Section 11502, do not affect the least overall harm analysis for railroad and transit resources within the corridor because the I-70 East environmental process was initiated prior to the FAST Act taking effect in December 2015. Finally, there is no change to the differences in costs among the alternatives. For these reasons, the more detailed analysis presented in the Final EIS remains valid, and the FHWA has determined the Partial Cover Lowered Alternative to be the least overall harm alternative.

FHWA has determined that there is no feasible and prudent avoidance alternative and the Preferred Alternative includes all possible planning to minimize harm to the Section 4(f) properties resulting from such use. With the approval of this ROD, FHWA (based on consultation with the officials with jurisdiction and the public) finds that the selected Preferred Alternative remains the alternative with the least overall harm to the Section 4(f) properties.

## 10.2    Changes to the Final EIS Text of the Section 4(f) Evaluation

This section discusses the updates to the Section 4(f) analysis that require text changes to *Chapter 7, Section 4(f) Evaluation* of the Final EIS. The strikethrough text represents deletion of a word or a phrase from the Final EIS text while the underlined text shows the new text.

**Page 7-15—Does the proposed project use any Section 4(f) properties? Last paragraph now reads**

Since the Supplemental Draft EIS, additional design changes have modified the project area and changed impact determinations. Specifically, the drainage outfall north of I-70 has been moved south. This modification entirely avoids use of the South Platte River Greenway Trail and the Burlington Ditch. ~~The project has no use of these resources.~~ <u>The South Platte River Greenway Trail would have a temporary occupancy south of I-70, within Globeville Landing Park</u>. Modifying the outfall does create a *de minimis* impact within the National Western Historic District.

**Page 7-19—Use description for Partial Cover Lowered Alternative and Exhibit 7-6 now read:**

### Market Street Railroad/Chicago, Burlington & Quincy Railroad Segment (5AM1298.2)

#### Partial Cover Lowered Alternative

The Partial Cover Lowered Alternative reconstructs I-70 below ground level. As a result, approximately ~~1,300~~ 2,000 feet of the existing tracks will be relocated onto two new bridges over I-70 (see **Exhibit 70**). The alternative eliminates the easternmost railroad track at its intersection with I-70, rather than placing it on the new bridges. However, the track will be maintained approximately 500 feet to the south of I-70 for the BNSF Railroad to continue its use for train storage.

This alternative requires both the permanent and temporary relocation of the railroad tracks to facilitate new bridge construction. The reconstruction and relocation of the tracks under this alternative will constitute an Adverse Effect under Section 106, and a direct use of the railroad by the Partial Cover Lowered Alternative.

**Exhibit 70    Market Street Railroad/Chicago, Burlington & Quincy Railroad Segment—Partial Cover Lowered Alternative**



| | | |
|---|---|---|
| ▬ NRHP eligible property | ▬ Roadway footprint | ⬚ Construction limits |
| ⊢•⊢ Rail alignment | ☐ Right of way acquisition | |

**Page 7-23—Use description for Build Alternatives and Exhibit 7-7 now read:**

## Union Pacific Beltline Railroad Segment (Denver Rock Island Railroad, 5AM2083.1)

### Build Alternatives

The Build Alternatives will construct a new I-70 bridge and westbound Quebec Street ramp bridge over the existing track. To facilitate overhead bridge construction, the project will require a construction easement on approximately ~~311 feet~~ 16,093 square feet of the railroad (see **Exhibit 71**).

**Exhibit 71     Union Pacific Beltline Railroad Segment—Build Alternatives**



Because the Build Alternatives will not diminish the integrity of the property's contributing characteristics, Section 106 consultation has determined the Build Alternatives will have No Adverse Effect to the railroad segment. Minimization efforts, as described in Section 7.10, result in a reduction in the overall footprint of the alternative. The railroad also will maintain its functionality throughout construction, as well as following project completion. There is no physical impact to the resource. The temporary construction easement could be considered a temporary occupancy. However, as indicated in the 2012 FHWA Section 4(f) Policy Paper, a *de minimis* impact determination may be made for a temporary occupancy of Section 4(f) property. Since SHPO concurred in a finding of No Adverse Effect, FHWA makes a *de minimis* impact determination for this resource in accordance with Section 4(f). The impact determination includes all possible planning to minimize harm.

**Page 7-25—Resource description, use description, and exhibits now read:**

## Denver and Kansas Pacific/Union Pacific Railroad (5DV6248)

Within the project corridor, this railroad segment is located just west of the Nestlé Purina Petcare Company facility. The railroad passes underneath the I-70 viaduct via the UPRR bridge, which goes over 46th Avenue, and travels into the north Denver rail yards.

There are two segments of this railroad within the APE, indicated by decimals after the site number. The 5DV6248.4 segment is located just west of the Nestlé Purina Petcare Company facility. The railroad passes underneath the I-70 viaduct via the UPRR bridge, which goes over 46th Avenue, and travels into the north Denver rail yards. The last segment, 5DV6248.10, is a spur line off of the mainline, from a point just south of 46th Avenue and Race Street, to storage buildings located on Brighton Boulevard. It lacks significance and does not support the eligibility of the railroad.

### No-Action Alternative

For both No-Action Alternative options, the existing UPRR bridge over 46th Avenue will remain in place. Reconstruction of the viaduct above the UPRR bridge will require a ~~construction~~ permanent easement ~~to make overhead viaduct construction easier. The easement will encompass roughly 210 feet of railroad, as reflected by the construction limits in Exhibit 7-8.~~ of approximately 300 linear feet along the UPRR right of way, which is approximately 31,100 square feet, for roadway work and any associated drainage elements, as presented in **Exhibit 72**. These improvements would only impact 5DV6248.4.

~~Because the easement and construction will not diminish the integrity of the property's contributing characteristics, the Section 106 determination is No Adverse Effect to the railroad. Minimization efforts, as described in Section 7.10, result in a reduction in the overall footprint of the alternative. The railroad also will maintain its functionality throughout construction, as well as following project completion. There is no physical impact to the resource. The temporary construction easement could be considered a temporary occupancy. However, as indicated on page 8 of the 2012 FHWA Section 4(f) Policy Paper, a *de minimis* impact determination may be made for a temporary occupancy of Section 4(f) property.~~ The proposed work, however, would not change or modify the current appearance of the railroad grade or any of the character-defining features, including the alignment or elevation. Although the integrity of the setting may be impacted, the integrity of design and association would remain and the proposed work would not impact the ability of the railroad to convey significance under Criterion A. Since SHPO concurred in a finding of No Adverse Effect, FHWA makes a *de minimis* impact determination for this resource in accordance with Section 4(f). The impact determination includes all possible planning to minimize harm.

I-70 East ROD 1: Phase 1 (Central 70 Project)    Section 4(f) Evaluation Updates

**Exhibit 72      Denver and Kansas Pacific/Union Pacific Railroad Segment—No-Action Alternative**





### Revised Viaduct Alternative

~~As with the No Action Alternative, the Revised Viaduct Alternative will require a construction easement over a portion of the railroad in the I-70 area to make overhead viaduct construction easier. Exhibit 7-9 displays the easement needed for the North Option (reflected as the construction limits), which encompasses 300 feet of the railroad. The exhibit also displays the construction easement of 300 feet of the railroad needed for the South Option.~~

The Revised Viaduct Alternative would require a permanent easement of 400 linear feet along the UPRR right of way, totaling roughly 40,800 square feet. In addition to the viaduct construction, a 72-inch storm drainpipe will be bored beneath the tracks at Claude Court, which will not result in any disturbance to track or ballast ~~have no track bed impacts. The bore locations will be outside historic right of way.~~ At this time, it is anticipated that no easements would be required within the historic right of way to facilitate construction or maintenance of the storm drainpipe and the bore location. **Exhibit 73** displays the easement needed for both the North and South Options (reflected as the construction limits), which encompasses 400 linear feet of the railroad. These improvements would impact 5DV6248.4. In addition, easements measuring approximately 1,552 square feet would be obtained from segment 5DV6248.10 to install new track panels at the crossing with Brighton Boulevard.

None of the improvements proposed under this alternative would diminish any of the character-defining features of the resource or impact its integrity of design, materials, workmanship, or association. The proposed work would impact a very small amount of a much larger linear resource, and the Union Pacific Railroad would retain its ability to convey its significance under Criterion A.

~~Since the affects to the resource will not diminish the integrity of the property's contributing characteristics, they result in a finding of No Adverse Effect to the railroad. Minimization efforts, as described in Section 7.10, result in a reduction in the overall footprint of the alternative. The railroad also will maintain its functionality throughout construction, as well as following project completion. There is no physical impact to the resource. The temporary construction easement could be considered a temporary occupancy. However, as indicated on page 8 of the 2012 FHWA Section 4(f) Policy Paper, a *de minimis* impact determination may be made for a temporary occupancy of Section 4(f) property.~~ Since SHPO concurred in a finding of No Adverse Effect, FHWA makes a *de minimis* impact determination for this resource in accordance with Section 4(f). The impact determination includes all possible planning to minimize harm.

**Exhibit 73**     **Denver and Kansas Pacific/Union Pacific Railroad Segment—Revised Viaduct Alternative**



*Partial Cover Lowered Alternative*

The Partial Cover Lowered Alternative will remove the existing viaduct and reconstruct I-70 below ground level ~~in this location~~ between Brighton Boulevard and Colorado Boulevard. Because of this, the existing bridge will be replaced with a multi-span bridge that will carry the railroad over the reconstructed I-70 and eastbound and westbound lanes of 46th Avenue. Temporary track relocation will be required for the new bridge construction. The work would impact 12,500 linear feet of tracks within the track yard located south of I-70, at segment 5DV6248.4, as shown in **Exhibit 74**. In addition, easements measuring approximately 1,552 square feet would be obtained from segment 5DV6248.10 to install new track panels at the crossing with Brighton Boulevard (**Exhibit 74**). A 480-square-foot permanent easement would be necessary from segment 5DV6248.5, east of Colorado Boulevard and north of Smith Road, for stormwater drainage infrastructure, as shown in **Exhibit 75**.

Improvements would be made to the intersection of East 47th Avenue, York Street, and the Union Pacific Railroad tracks. These improvements would result in the installation of crossing panels, warning devices with gates, pedestrian crossings, and an interconnection between the warning devices and the signals that would be placed at the East 47th Avenue intersection. In addition, approximately 130 feet of siding track immediately adjacent to the main line and located within a non-historic parcel north of the intersection of York Street and East 47th Avenue would be realigned. In addition, temporary easements totaling approximately 13.05 acres would be acquired from the railroad to construct temporary track relocation and construct new roadways, bridges, and drain elements (**Exhibit 74**).

The removal of the existing bridge, which currently carries the railroad over 46th Avenue, and the temporary relocation of the tracks necessary to complete the construction of the Partial Cover Lowered Alternative would change the current appearance of the railroad will constitute an Adverse Effect under Section 106, and a direct use for the Partial Cover Lowered Alternative. ~~As shown on Exhibit 7-10, this alternative will impact approximately 550 feet of the railroad.~~

In addition to the impacts described above, the GLO would cut a segment of 5DV6248.10 to place the pipe below it, and then replace it. SHPO concurred with No Adverse Effect. These impacts are minimal and do not change the overall determination of a use described above.

~~As with the Revised Viaduct Alternative, a storm drain will be bored beneath the railroad at Claude Court, which will have no track bed impacts. Also, a storm drain will either be bored under the railroad just west of the Nestlé Purina Petcare Company facility or will be constructed in phases to correspond with the track relocations. Bore locations are expected to be outside of historic right of way. No temporary or permanent easements are expected to be required for construction or maintenance of the storm drain pipe. As a result, the storm drain pipe is not expected to impact the railroad.~~

**Exhibit 74     Denver and Kansas Pacific/Union Pacific Railroad Segment — Partial Cover Lowered Alternative**



| | | | |
|---|---|---|---|
| — NRHP eligible property | ▒ Roadway footprint | ▦ Construction limits | |
| ╫ Rail alignment | ▢ Right of way acquisition | ▬ Storm drain pipe | |

**Exhibit 75      Denver and Kansas Pacific/Union Pacific Railroad Segment — Partial Cover Lowered Alternative**



NRHP eligible property      Construction limits      Rail alignment

Roadway footprint

**Page 7-31—Use description for Build Alternatives and Exhibit 7-11 now read:**

### Rocky Mountain Arsenal Railroad Segment (5DV7048.2)

#### Build Alternatives

The Build Alternatives will relocate a track spur and construct a new I-70 bridge and Havana Street ramp bridges over the relocated track spur. The relocation of the track will result in the direct use of ~~1,230~~ 2,100 feet of the railroad (see **Exhibit 76**). Construction of the new bridge will require line realignment and grade lowering to meet the clearance specifications of the new bridge and the railroad will be relocated approximately 180 feet west of its current location. The alteration of this segment of the historic railroad line will modify the historic grade. The relocation of the track, as well as lowering of the grade, will result in an Adverse Effect under Section 106 and a direct use of the resource by both the Revised Viaduct Alternative and the Partial Cover Lowered Alternative.

**Exhibit 76      Rocky Mountain Arsenal Railroad Segment—Build Alternatives**



**Page 7-79—Use description for the Partial Cover Lowered Alternative and Exhibit 7-39 now read:**

### *National Western Historic District (5DV10050 includes 5DV3815, 5DV9162 [5DV9282], 5DV10059, 5DV10060 [5DV9163], 5DV10081, 5DV10082, and 5DV10447)*

*Partial Cover Lowered Alternative*

In addition to the pipe described above, a stormwater outfall pipe would be installed within the district, south of I-70, which would be built south of the Denver Coliseum underneath the parking lot between the Coliseum and the South Platte River. The outfall system would result in the placement of a new stormwater pipe underneath the pavement, which is not original and has been re-paved as needed throughout the years. This would not change or modify the current appearance of the historic district or its contributing buildings. Temporary or permanent easements may be required, but there would be no ~~right of way property~~ acquisition of any portion of the historic district associated with the Partial Cover Lowered Alternative. The district would still retain its association with the commercial, economic, and social history of Colorado, and the diverse building styles and types would remain unaltered (**Exhibit 77**). Therefore, FHWA concluded that the Partial Cover Lowered Alternative would result in a determination of No Adverse Effect under Section 106, and a *de minimis* impact determination under Section 4(f). The impact determination includes all possible planning to minimize harm.

**Exhibit 77     National Western Historic District—Partial Cover Lowered Alternative**



NRHP eligible property       Open Channel       Drainage Pipe

**Page 7-81—Use description for the Partial Cover Lowered Alternative and Exhibit 7-39 now read:**

### Banker's Warehouse Co (5DV11720)

#### Partial Cover Lowered Alternative

This resource is located 987 feet from the existing viaduct. The highway west of Brighton Boulevard would remain in place and improvements associated with the Partial Cover Lowered Alternative structure would start east of Brighton Boulevard. There would be an acquisition of approximately ~~1,515~~ 1,524 square feet from the northwest corner of the resource to construct a retaining wall and box culvert (see **Exhibit 78**). The area where the acquisition will occur does not contain any historically significant features, is covered in overgrown grass, and sits on a lower topography than the buildings. The building closest to where the acquisition will occur, Building 3, is situated high atop a bluff and the wall and box culvert would not be visible from the building.

Because the improvements proposed under the Partial Cover Lowered Alternative would not impact any of the character-defining features of the property or diminish the integrity of the property's contributing characteristics, Section 106 consultation has determined that this alternative would result in a finding of No Adverse Effect. Therefore, FHWA makes a

*de minimis* impact determination (~~Exhibit 7-39~~). The impact determination includes all possible planning to minimize harm.

**Exhibit 78        Banker's Warehouse—Partial Cover Lowered Alternative**



National Western Historic District        NRHP eligible property        Construction limits

**Page 7-83—Use description for the Partial Cover Lowered Alternative, avoidance alternatives, and measures to minimize harm and Exhibit 7-41 are replaced with the following text and now read:**

### Globeville Landing Park

#### Partial Cover Lowered Alternative

The I-70 East Project's offsite drainage system includes construction of a storm drainage system south of I-70 that would capture water that flows toward the highway and then would convey it to the South Platte River to protect the lowered highway from flooding. This system includes a pipe that connects to the GLO. The GLO includes a redesign of Globeville Landing Park and the South Platte River Greenway Trail connection combined with a new stormwater open channel connecting to the South Platte River. Globeville Landing Park was always intended to function both as a park and as a site to manage stormwater entering the South Platte River.

Globeville Landing Park encompasses 7.29 acres of park area. Two areas of the park— one location is 0.70 acre in size and the other is 0.44 acre in size (totaling 1.14 acres)—would be impacted by the construction of the GLO. Parkland acreage not affected by the GLO includes 6.15 acres (see **Exhibit 79**). The Partial Cover Lowered Alternative would not permanently impact any lands in addition to the 1.14 acres that the GLO will impact.



**Globeville Landing Park**

| | |
|---|---|
| Ownership: | City and County of Denver (Denver Parks and Recreation) |
| Open to public: | Yes |
| Amenities: | Plaza, picnic tables, South Platte River Trail, disc-golf course |
| Description: | Nine-acre park located adjacent to South Platte River and UPRR |
| Used by: | Partial Cover Lowered Alternative (use) |

GLO improvements would rehabilitate the entire park, removing all existing park facilities and replacing them with park amenities that have been identified through public outreach efforts conducted by Denver.

The 0.44-acre area is located in the northwest section of the park and slopes toward the South Platte River. One basket for the disc golf course is located in this area and the rest of the area is open field with a maintained lawn with limited recreational value because of moderately steep topography.

The 0.70-acre area, located on the east side of the park, is relatively flat. It has one basket for the disc golf course and two picnic tables in this area.

The construction of the GLO would result in the replacement of two picnic tables and portions of the disc golf course as part of the rehabilitation of the park that includes replacement and construction of these and other amenities. The enhancements to the park will result in temporary closure of the South Platte River Greenway Trail connection within the park, which will be reconstructed and reopened when the rehabilitation is complete. The proposed project will result in temporary disturbances to Globeville Landing Park and the South Platte River Greenway Trail connection due to construction of the enhancements to the park. However, the park and the trail connection will be improved and reopened for public use after construction is complete. A trail detour will be in place during construction with adequate signage.

Therefore, these activities will meet the requirements of the Department of Transportation Act of 1966 Section 4(f) enhancement exception in 23 CFR 774. l 3(g).

**Exhibit 79      Globeville Landing Park—Partial Cover Lowered Alternative, Denver GLO Project**



The I-70 East Project's redesigned drainage system requires some additional grading within one of the open channels; however, it does not have additional permanent impacts to the Globeville Landing Park aside from the 1.14 acres of impact discussed previously.

### Avoidance alternatives

The No-Action and Revised Viaduct Alternatives avoid use of this property. Although the alternatives avoid this resource, they use other Section 4(f) resources. Other alternatives that avoid this property were eliminated because they were not considered feasible and prudent, and are summarized in Section 7.9.

Routing the storm drain pipe to the north of Globeville Landing Park through the UPRR right of way was considered as an avoidance alternative. Due to the invert elevation and presence of two historic brick sanitary sewer lines, the storm drain pipe will need to be buried approximately 40 feet below ground level at the UPRR crossing. This depth will not allow for the pipe to outfall to the river, and so is not prudent.

Moreover, the pipe cannot connect to existing storm drains or ponds, because the existing storm drains do not have capacity to convey large flows required to protect the lowered section of I-70. To upsize the existing drainage facilities which currently include a pond and a concrete drop structure in Globeville Landing Park to convey the large flows needed to protect I-70 East would approximately double the size of the existing pond and drop structure causing a large impact to the park, therefore upsizing the existing drainage facilities <u>is not a feasible and prudent avoidance alternative</u> ~~was not pursued~~.

### *Measures to minimize harm*

Overall minimization efforts were implemented in the design of each alternative and associated option to minimize impacts to adjacent properties, which in turn also minimizes the use of a number of Section 4(f) properties.

~~To minimize the use of the park, an alignment north of the South Platte River Greenway Trail and bridge over the South Platte River was selected for the storm drainage system through the park. This alignment also avoids placement of storm manhole lids within the park, which will permanently use the park. Most of this alignment option is a temporary disturbance to the park, and the permanent easement will be available for recreational use following construction, with the exception of constructing a 0.3-acre spillway. To offset this impact, the 0.3 acre of the park permanently converted to a transportation use will be replaced in-kind with land of at least current fair market value and of reasonable equivalent usefulness and location.~~

<u>Temporary impacts to Globeville Landing Park due to the GLO and enhancements to the park will be minimized by providing adequate notice and signing to the park users prior to construction. Temporary impacts associated with the regrading within one of the open channels by CDOT will be minimized by providing adequate notice and signing to the park users prior to construction. Following construction, areas of temporary disturbance to the park will be enhanced or returned to pre-construction conditions.</u>

Section 4(f) Evaluation Updates                    I-70 East ROD 1: Phase 1 (Central 70 Project)

**Exhibit 7-6 now reads:**

**Exhibit 80       Summary of Section 4(f) Property Uses and Changes**

| Historic Resource Property Name and Address | No-Action Alternative | | Revised Viaduct Alternative | | Partial Cover Lowered Alternative (Preferred Alternative) |
|---|---|---|---|---|---|
| | North Option | South Option | North Option | South Option | |
| Market Street Railroad/ Chicago Burlington & Quincy Railroad Segment (5AM1298.2) | *De minimis.* Temporary easement on 210 square feet of railroad. | | *De minimis.* Reconstruct tracks; temporary easement on 295 square feet (North Option) to 335 square feet (South Option) of railroad. | | Use. Relocate 2,000 ~~1,300~~ linear feet of track onto two new bridges; eliminate easternmost track. |
| Union Pacific Beltline Railroad Segment (Denver Rock Island Railroad) (5AM2083.1) | No use. | No use. | *De minimis.* Temporary easement on 16,093 ~~311~~ square feet of railroad. | | |
| Delgany Street Public Sanitary Sewer (5DV4725) | No Use | | | | Use. Impact 75-foot wide section of sewer. |
| Denver and Kansas Pacific/Union Pacific Railroad (5DV6248) | *De minimis.* Temporary easement on 31,100 ~~210~~ square feet. | | *De minimis.* Temporary easement on 40,800 ~~300~~ square feet. | | Use. Temp relocation of, ~~easement on 550 feet of railroad~~ 12,500 linear feet, and approximately 2,000 square feet of permanent easements. Impacts to other segments are negligible. |
| Rocky Mountain Arsenal Railroad Segment (5DV7048.2) | No use. | No use. | Use. Relocate 2,100 ~~1,230~~ linear feet of spur track and change historic grade. | | |
| York Street/East 40th Ave. Brick Sanitary Sewer (5DV11283) | No use. | No use. | No use. | No use. | Use. |
| Colonial Manor Tourist Court 2615 East 46th Avenue (5DV7130) | Use. Full acquisition. | No use. | Use. Full acquisition. | No use. | Use. Full acquisition. |
| Univar 4300 Holly Street (5DV9231) | No use. | No use. | *De minimis.* 0.03 acre of right-of-way acquisition. | | |
| Safeway Distribution Center Historic District (5DV9232) | No use. | No use. | *De minimis.* Acquire 2.1 acres of the district. | *De minimis.* Acquire 2.5 acres of the district. | *De minimis.* Acquire 2.1 acres of the district. |
| Ralston Purina Plant/Nestlé Purina PetCare Company 2151 East 45th Avenue (5DV9245) | No use. | Use. Full acquisition. | No use. | Use. Full acquisition. | ~~No Use.~~ *De minimis.* 735 square feet acquisition, additional 890 square feet of permanent easement. |
| Sanchez Business 2381 East 46th Avenue (5DV9655) | Use. Full acquisition. | No use. | Use. Full acquisition. | No use. | Use. Full acquisition. |
| Stop-N-Shop Food Store 4600 York Street (5DV9801) | Use. Full acquisition. | No use. | Use. Full acquisition. | No use. | Use. Full acquisition. |
| Brown and Alarid Residence 4637 Claude Court (5DV9667) | No use. | No use. | No Use. | No use. | Use. Full acquisition. |
| Toth/Kelly Residence 4639 Claude Court (5DV9668) | No use. | No use. | No use. | No use. | Use. Full acquisition. |

## Exhibit 80        Summary of Section 4(f) Property Uses and Changes

| Historic Resource Property Name and Address | No-Action Alternative | | Revised Viaduct Alternative | | Partial Cover Lowered Alternative (Preferred Alternative) |
|---|---|---|---|---|---|
| | North Option | South Option | North Option | South Option | |
| Rodriquez Residence 4539 Clayton Street (5DV9678) | No use. | No use. | No use. | Use. Full acquisition. | No use. |
| 4541 Clayton LLC Residence 4541 Clayton Street (5DV9679) | No use. | No use. | No use. | Use. Full acquisition. | No use. |
| Rudy/Bernal Residence 4618 High Street (5DV9735) | Use. Full acquisition. | No use. | Use. Full acquisition. | | Use. Full acquisition. |
| Garcia Residence 4617–4625 Race Street (5DV9780) | Use. Full acquisition. | No use. | Use. Full acquisition. | | Use. Full acquisition. |
| Kenworthy/Wyckoff Residence 4529 Josephine Street (5DV9745) | No use. | No use. | No use. | Use. Full acquisition. | No use. |
| Portales Residence 4608 Josephine Street (5DV9746) | Use. Full acquisition. | No use. | Use. Full acquisition. | No use. | Use. Full acquisition. |
| Alfred R. Wessel Historic District (5DV10126) | Use. Fully acquire two contributing properties. | No use. | Use. Fully acquire seven contributing properties. | Use. Acquire 0.032 acre from two contributing properties. | Use. Fully acquire nine contributing properties. |
| National Western Historic District (5DV10050) | *De minimis.* Permanent easement over stormwater pipe within district. | | | | *De minimis.* Two permanent easements over stormwater pipes within district. |
| Banker's Warehouse Co. (5DV11720) | No use. | No use. | No use. | No use. | *De minimis.* Acquisition of approximately 1,524 ~~1,515~~ square feet to construct a retaining wall and box culvert. |
| Chicago, Burlington and Quincy Railroad/Burlington Northern & Santa Fe Railroad (5DV6247) | *De minimis* 4,188 square feet of permanent easement for segment 5DV6247.3 | | | | |
| NWT Rail Spur (5DV12437.1) | *De minimis* 575 square feet of permanent easement. | | | | |
| RLW Sand Company 4390 Madison Street (5DV12304) | No use. | No use. | No use. | No use. | *De minimis.* 7,600 square feet of temporary easement. |
| High Tech Early College/STRIVE Prep 11200 East 45th Avenue (5DV12320) | No use. | No use. | *De minimis.* 13,730 square feet acquisition. | | |
| **Parks and Recreational Resources** | No-Action Alternative | | Revised Viaduct Alternative | | Partial Cover Lowered Alternative (Preferred Alternative) |
| | North Option | South Option | North Option | South Option | |
| Swansea Elementary School Playground | Use. Acquire 0.39 acre of school property. | No use. | Use. Acquire 0.76 acre of school property. | No use. | Use. Acquire 0.95 acre of school property. |

**Exhibit 80      Summary of Section 4(f) Property Uses and Changes**

| Historic Resource Property Name and Address | No-Action Alternative | | Revised Viaduct Alternative | | Partial Cover Lowered Alternative (Preferred Alternative) |
|---|---|---|---|---|---|
| | North Option | South Option | North Option | South Option | |
| Globeville Landing Park | No use. | No use. | No use. | No use. | Use. ~~South offsite drainage from the GLO uses 1.14 acres for open channel. The rest of the park would be completely expanded with all new amenities.~~ Storm drainage system temporarily disturbs and places permanent easement on 0.5 acre of the park; of this, 0.3 acre will be permanently impacted for spillway construction. |
| South Platte River Greenway Trail | No use | No use | No use | No use | Temporary occupancy of trail connection within Globeville Landing Park during construction. |

**Exhibit 7-49 now reads:**

**Exhibit 81      Section 4(f) Historic Resources Uses**

| Category | No-Action Alternative | | Revised Viaduct Alternative | | Partial Cover Lowered Alternative |
|---|---|---|---|---|---|
| | North Option | South Option | North Option | South Option | |
| Total Section 4(f) Uses[1] | 12 ~~10~~ | 6 ~~4~~ | 17 ~~14~~ | 17 ~~14~~ | 24 ~~18~~ |
| *De minimis* impact determination | 5 ~~3~~ | 5 ~~3~~ | 9 ~~6~~ | 9 ~~6~~ | 10 ~~5~~ |
| Historic resources used (greater than *de minimis*) | 7 | 1 | 8 | 8 | 14 |
| Historic resources used (greater than *de minimis*) due to acquisition/demolition[2] | 7 | 1 | 7 | 6 | 9 |
| Alfred R. Wessel Historic District contributing property acquisitions | 2 full acquisitions | — | 7 full acquisitions | 2 partial acquisitions | 9 full acquisitions |

*Note:   Historic districts are presented as one Section 4(f) resource; individual contributing properties to historic districts are not included in this total*

*1      Total Section 4(f) Uses includes de minimis impact determinations*

*2      Uses generally consist of full acquisition and demolition of historic structures, except in the instance of linear resources. This total also includes the Alfred R. Wessel Historic District as one resource.*

**Exhibit 7-51 now reads:**

**Exhibit 82        Summary of Least Overall Harm Analysis**

| Factor | Revised Viaduct Alternative | | Partial Cover Lowered Alternative | Managed Lanes Option | Factor Summary |
|---|---|---|---|---|---|
| | North Option | South Option | | | |
| 1: Ability to mitigate adverse impacts to Section 4(f) properties | • No discernible difference between alternatives for historic resources and Globeville Landing Park mitigation<br>• Redesigns school playground and increases size, but may not mitigate for impacts due to potential for school relocation | • No discernible difference between alternatives for historic resources and Globeville Landing Park mitigation<br>• No mitigation required for school playground | • No discernible difference between alternatives for historic resources ~~and Globeville Landing Park mitigation~~<br>• Redesigns school playground, increasing its size, and adds as much as four acres of open space on a highway cover<br>• <u>Rehabilitates Globeville Landing Park with all new amenities, and an increase in recreational park space</u> | No additional impacts or mitigation required with this option | • Differentiation between alternatives is with regard to the Swansea Elementary School Public Playground, <u>Delgany Street Public Sanitary Sewer and Globeville Landing Park</u><br>• Partial Cover Lowered Alternative best mitigates adverse effects because, while it does use the public playground as opposed to the Revised Viaduct Alternative, South Option, it ultimately improves the playground by increasing the size of the playground and adding open space for recreational use<br>• No difference between General-Purpose and Managed Lanes Options |
| 2: Relative severity of remaining harm after mitigation | • Severity of remaining harm will be the same among project alternatives for historic resources and Globeville Landing Park<br>• Severity of harm after mitigation will be high if the school requires relocation | • Severity of remaining harm will be the same among project alternatives for historic resources and Globeville Landing Park<br>• No encroachment on the school property; therefore, no harm | • Severity of remaining harm will be the same among project alternatives for historic resources and Globeville Landing Park<br>• Severity of harm after mitigation will be low at the public playground | No additional impacts to Section 4(f) properties or mitigation required with this option | Severity of remaining harm after mitigation is the least with the Revised Viaduct Alternative, South Option, due to its avoidance of Swansea Elementary School Public Playground and Globeville Landing Park |

**Exhibit 82     Summary of Least Overall Harm Analysis**

| Factor | Revised Viaduct Alternative | | Partial Cover Lowered Alternative | Managed Lanes Option | Factor Summary |
|---|---|---|---|---|---|
| | North Option | South Option | | | |
| 3: Relative significance of each Section 4(f) property | Contributing elements to the historic district are considered less significant, relative to other Section 4(f) properties that are eligible as individual resources | Contributing elements to the historic district are considered less significant, relative to other Section 4(f) properties that are eligible as individual resources | Contributing elements to the historic district are considered less significant, relative to other Section 4(f) properties that are eligible as individual resources | Contributing elements to the historic district are considered less significant, relative to other Section 4(f) properties that are eligible as individual resources | Contributing elements to the historic district are considered less significant, relative to other Section 4(f) properties that are eligible as individual resources |
| 4: Views of officials with jurisdiction | • Denver Public Schools does not support this option due to its proximity to the school<br>• No other officials with jurisdiction have expressed a view for or against this option | No preference for or against the option has been made by officials with jurisdiction. | • Denver and Denver Public Schools have stated a preference for the Partial Cover Lowered Alternative.<br>• City and County of Denver are the proponent of the GLO Project, and Parks is supportive of the GLO Project.<br>• No other officials with jurisdiction have expressed a view for or against this alternative and associated option | No preference for or against the option has been made by officials with jurisdiction | Those officials with jurisdiction, who have stated a preference, prefer the Partial Cover Lowered Alternative. No officials with jurisdiction have stated a preference between General-Purpose and Managed Lanes |
| 5: Ability to meet purpose and need | Future peak travel periods and percentage of congestion similar for all build options | Future peak travel periods and percentage of congestion similar for all build options | • Future peak travel periods and percentage of congestion similar for all build options<br>• This option provides additional pedestrian safety and shorter crossings of 46th Avenue | Further improves future peak travel periods and percentage of congestion when added to other build options | The Partial Cover Lowered Alternative with Managed Lanes Option is the least harm because it best meets the purpose and need through reducing peak travel periods and percentage of congestion |

**Exhibit 82        Summary of Least Overall Harm Analysis**

| Factor | Revised Viaduct Alternative | | Partial Cover Lowered Alternative | Managed Lanes Option | Factor Summary |
|---|---|---|---|---|---|
| | North Option | South Option | | | |
| 6: Magnitude of impacts on non-Section 4(f) resources | **Relocations and Land Use Acquisition**: ~~53~~ 52 business and residential relocations, 40.6 acres<br><br>**Noise**: Impacts 562 receivers<br><br>**Visual and Aesthetics**: Poor balance of unity, intactness, and vividness; improves aesthetics by replacing existing viaduct, but increases visible mass over existing conditions<br><br>**Social Impacts**: Least impact to neighborhood character (due to fewer ROW acquisitions and relocations); increases impacts to neighborhood cohesion by increasing viaduct footprint<br><br>**Environmental Justice**: Disproportionate high and adverse impacts to low-income or minority population, but mitigation measures will offset these impacts | **Relocations and Land Use Acquisition**: ~~74~~ 70 business and residential relocations, 41.9 acres<br><br>**Noise**: Impacts 511 receivers<br><br>**Visual and Aesthetics**: Poor balance of unity, intactness, and vividness; improves aesthetics by replacing existing viaduct, but increases visible mass over existing conditions<br><br>**Social Impacts**: Moderate impact to neighborhood character (due to ROW acquisition and relocations); increases impacts to neighborhood cohesion by increasing viaduct footprint<br><br>**Environmental Justice**: Disproportionate high and adverse impacts to low-income or minority population, but mitigation measures will offset these impacts | **Relocations and Land Use Acquisition**: ~~74~~ 73 business and residential relocations, 66.6 acres (81.3 with managed lanes)<br><br>**Noise**: Impacts ~~178~~ 187 receivers<br><br>**Visual and Aesthetics**: High balance of unity, intactness, and vividness; best improves aesthetics by removing existing viaduct and minimizing visual obstruction through a below-ground highway; improves overall aesthetics through ~~four-acre~~ public ~~park/open~~ space land use on cover<br><br>**Social Impacts**: Greatest impact to neighborhood character (due to ROW acquisition and relocations), but greatest improvement on neighborhood cohesion through removal of viaduct<br><br>**Environmental Justice**: Disproportionate high and adverse impacts to low-income or minority population, but mitigation measures will offset these impacts | **Land Use Acquisition**: Minor increase in land acquisition (14.7 acres)<br><br>No substantial increase in impacts to non-Section 4(f) resources with this option | Overall magnitude of non-Section 4(f) resource impacts generally is lowest under the Partial Cover Lowered Alternative<br><br>Magnitude of impacts between the General-Purpose and Managed Lanes Options is negligible |
| 7: Substantial cost differences | $1,330 million ($1,450 million with managed lanes) | $1,450 million ($1,570 million with managed lanes | $1,580 million ($1,700 million for managed lanes) | Additional $100-130 million | There is no substantial cost difference between the project alternatives |

## 10.3    Central 70 Section 4(f) Evaluation

The Central 70 Project uses are the same as the Partial Cover Lowered Alternative uses, as discussed in the Final EIS and in this chapter, with two exceptions: under the Central 70 Project, there will be no use of the Rocky Mountain Arsenal railroad and High Tech Early College/STRIVE Prep with the Central 70 Project.

# Chapter 11   References

Americans with Disabilities Act, Pub. L. No. 101-336, 104 Stat. 327, 42 USC §12101, as amended. Effective July 1990.

Arizona Department of Transportation. (2014). *South Mountain Freeway (Loop 202) Final Environmental Impact Statement and Section 4(f) Evaluation.* Phoenix, AZ: Author.

Bald and Golden Eagle Protection Act, 16 USC §668. Effective June 1940.

California Department of Transportation. (1983). *Energy and Transportation Systems.* Sacramento: Author.

City and County of Denver. (2007). *Construction Detour Standards for Bikeways and Multi-Use Trails.* Denver: Author.

City and County of Denver, Department of Environmental Health. (2014). *Health Impact Assessment: How Neighborhood Planning Affects Health in Globeville and Elyria and Swansea.* Denver: Author.

City and County of Denver, Wastewater Management. (2006, revised 2013). *Storm Drainage Design and Technical Criteria Manual.* Denver: Author.

Clean Air Act of 1990. Pub. L. No.101-549, 42 USC §§7401–7661. (1990).

Clean Water Act, formally known as the Federal Water Pollution Control Act of 1948, as amended. Pub. L. 92-500, 33 USC §§1251-1387, 33 USC 23. (1972).

Clinton, W. J. (1994, February 11). Federal actions to address environmental justice in minority populations and low-income populations. Exec. Order No. 12898.

Colorado Department of Public Health and Environment, Air Quality Control Commission. (2001). *Regulation No. 16: Street Sanding Emissions.* 5 CCR 1001-18.

Colorado Department of Public Health and Environment, Air Quality Control Commission. (2001). *Regulation No. 8: Control of Hazardous Air Pollutants.* 5 CCR 1001-10.

Colorado Department of Transportation. (2006). *Lighting Design Guide.* Denver: Author.

Colorado Department of Transportation. (2009). *Impacted Black-Tailed Prairie Dog Policy.* Denver: Author.

Colorado Department of Transportation. (2011). *Standard Specifications for Road and Bridge Construction, Section No. 240, Protection of Migratory Birds.* Denver: Author.

Colorado Department of Transportation. (2011). *Standard Specifications for Road and Bridge Construction, Section No. 250, Environmental, Health and Safety Management.* Denver: Author.

Colorado Department of Transportation. (2012). *Air Quality Action Plan, Implementation of Air Quality Policy 1901.0.* Denver: Author.

Colorado Department of Transportation. (2013). *National Environmental Policy Act Manual.* Version 3. Denver: Author.

Colorado Department of Transportation. (2014). *National Environmental Policy Act Manual.* Version 4. Denver: Author.

Colorado Department of Transportation. (2015a). *CDOT Noise Analysis and Abatement Guidelines Update, Memo RE: Long-Term Noise Measurements.* Denver: Author.

Colorado Department of Transportation. (2015b). *2016–2019 State Transportation Improvement Program.* Denver: Author.

Colorado Department of Transportation and Colorado Division of Parks and Wildlife. (2004). *Guidelines for Senate Bill 40 Wildlife Certification.* Denver: Author.

Colorado Department of Transportation and Federal Highway Administration. (2008). *I-70 East Draft Environmental Impact Statement and Section 4(f) Evaluation.* Denver: Author.

Colorado Department of Transportation and Federal Highway Administration. (2014*). I-70 East Supplemental Draft Environmental Impact Statement and Section 4(f) Evaluation.* Denver: Author.

Colorado Department of Transportation and Federal Highway Administration. (2016). *I-70 East Final Environmental Impact Statement and Section 4(f) Evaluation.* Denver: Author.

Colorado Senate Bill 09-108. Funding Advancements for Surface Transportation and Economic Recovery Act. Referred to as the FASTER Act. (2009).

Colorado Senate Bill 09-228. Concerning an Increase in the Flexibility of the General Assembly to Determine the Appropriate Use of State Revenues. (2009).

Council on Environmental Quality. (1978). *Regulations for Implementing the Procedural Provisions of the National Environmental Policy Act,* 40 CFR §§1500–1508. Executive Office of the President: 43 CFR §§55978–56007.

Denver Regional Council of Governments. (2013). DRCOG Compass Travel Demand Model.

Denver Regional Council of Governments. (2015a). DRCOG Focus Travel Demand Model.

Denver Regional Council of Governments. (2015b). *DRCOG 2040 Metro Vision Regional Transportation Plan*. Denver: Author.

Denver Regional Council of Governments. (2015c). *2040 Fiscally Constrained Regional Transportation Plan*. Denver: Author.

Denver Regional Council of Governments. (2015d). *2016–2021 Transportation Improvement Program*. Denver: Author.

Denver Regional Council of Governments. (2016a). *2015 Cycle 2 Amendments, CO and $PM_{10}$ Conformity Determination for the DRCOG Fiscally Constrained Regional Transportation Plan, DRCOG*. Denver: Author.

Denver Regional Council of Governments. (2016b). *2015 Cycle 2 Amendments, Denver Southern Subarea 8-hour Ozone Conformity Determination for the DRCOG Fiscally Constrained Regional Transportation Plan, DRCOG.* Denver: Author.

Farmland Protection Policy Act, Title 7 USC, Agriculture, Chapter 73, Farmland Protection Policy, Sections 4201-4209. (2010).

Federal Highway Administration. (2006). *Highway Construction Noise Handbook.* Washington, D.C.: Author.

Federal Highway Administration. (2008). *Transportation Planning Requirements and Their Relationship to NEPA Approvals.* Washington, D.C.: Author.

Federal Highway Administration. (2011). *Supplement to January 28, 2008 Transportation Planning Requirements and their Relationship to NEPA Process Completion Distribution Memo*. Washington, D.C.: Author.

Federal Highway Administration. (2012). *FHWA Order No. 6640.23A, FHWA Actions to Address Environmental Justice in Minority Populations and Low-Income Populations.* Washington, D.C.: Author.

Federal Highway Administration, Office of Planning, Environment and Realty, Project Development and Environmental Review. (2012). *Section 4(F) Policy Paper*. Washington, D.C.: Author.

Federal Highway Administration, Office of Planning, Environment, and Realty. (2009). *Livability Initiative*. Washington, D.C.: Author.

Federal Water Pollution Control Act Amendments of 1972. Pub. L. No.92-500, 33 USC §§1251 to 1387. Referred to as the Clean Water Act. (1972).

Fixing America's Surface Transportation Act, Pub. L. No. 114-94. H.R. 22, 23 USC §101. Referred to as the FAST Act. (Dec. 2015).

Health Effects Institute. *Special Report 16, Special Report 17, Report 156, Report 158, Report 160*. Available at http://pubs.healtheffects.org/index.php.

Keeley, Gail. (2012). *The Historic Context—Denver's Brick Sewers*. Prepared for the City and County of Denver.

Land and Water Conservation Fund Act of 1965, as amended. 16 USC §§460*l*-4 through 460*l*-11. (1965).

Migratory Bird Treaty Act, 16 USC §§703-712. (1918).

National Environmental Policy Act of 1969, Pub. L. No. 91-190, 83 Stat. 852, 42 USC §§4321-4327. (1969).

National Historic Preservation Act of 1966, as amended, Pub. L. No. 89-665, 80 Stat. 915, 16 USC §470 et seq. (1966).

Obama, Barack. (2015, January 30). Establishing a Federal Flood Risk Management Standard and a Process for Further Soliciting and Considering Stakeholder Input. Exec. Order No. 13960.

Protection of Historic and Cultural Properties, 36 CFR §800 et seq. (2004).

Safe, Accountable, Flexible, Efficient Transportation Equity Act: A Legacy for Users, Pub. L. 109-59, 23 USC 101. (2005).

Transportation Research Board. (2010). *Highway Capacity Manual*. Washington, D.C.: Author.

Uniform Relocation Assistance and Real Property Acquisition Policies Act of 1970, Pub. L. 91-646, 42 USC §61. Referred to as the Uniform Act. (January 1971).

U.S. Department of Housing and Urban Development, Title 25 CFR, Indians, Chapter IV, Office of Navajo and Hopi Indian Relocation, Section 700.55, Decent, Safe, and Sanitary Dwelling.

U.S. Department of Transportation, Federal Highway Administration, Title 23 CFR, Highways, Part 772, Procedures for Abatement of Highway Traffic Noise and Construction Noise. (2004).

U.S. Department of Transportation, Federal Highway Administration, Title 23 CFR, Highways, Part 710, Right of Way and Real Estate. (2008).

U.S. Department of Transportation, Federal Highway Administration, Title 23 USC, Highways of the United States, Section 109, Standards. (2011).

U.S. Department of Transportation, Federal Highway Administration, Title 23 CFR, Highways, Part 450, Planning Assistance and Standards. (2004).

U.S. Department of Transportation, Federal Highway Administration, Title 23 CFR, Highways, Part 636, Design-Build Contracting. (2011).

U.S. Department of Transportation, Federal Highway Administration, Title 23 CFR, Highways, Part 658, Truck Size and Weight, Route Designations—Length, Width, and Weight Limitations. (2011).

U.S. Department of Transportation, Federal Highway Administration, Title 23 CFR, Highways, Part 771, Environmental Impact and Related Procedures. (2011).

U.S. Department of Transportation Act of 1966, Pub. L. No. 89-670, 80 Stat. 934, §4(f), 23 USC §138, 49 USC §303, 23 CFR §774. (1966).

U.S. Environmental Protection Agency. (2012). Transportation Conformity Regulations, as amended, 40 CFR §51.390 and §93. Washington, D.C.: U.S. Government Printing Office.

U.S. Environmental Protection Agency. (2015a). *Project-Level Conformity and Hot-Spot Analyses.* EPA 420-B-15-090. Washington, D.C.: U.S. Government Printing Office.

U.S. Environmental Protection Agency. (2015b). *Transportation Conformity Guidance for Quantitative Hot-Spot Analyses in PM$_{2.5}$ and PM$_{10}$ Nonattainment and Maintenance Areas, Guidance Change Bulletin.* EPA-420-B-15-090. Washington, D.C.: U.S. Government Printing Office.

This page intentionally left blank.