

# I-70 East ROD 1:
# Phase 1 (Central 70 Project)
## Updates to Hazardous Materials Technical Report Addendum

## January 2017



# TABLE OF CONTENTS

**Chapter**     **Page**

1    PURPOSE OF THIS REPORT ................................................................................. 1
2    AFFECTED ENVIRONMENT CHANGES .................................................................. 1
3    IMPACT ASSESSMENT UPDATES ......................................................................... 3
     3.1    Final EIS Alternatives ................................................................................ 3
     3.2    Phase 1 of the Preferred Alternative ....................................................... 5
4    MITIGATION UPDATES ........................................................................................ 6
5    REFERENCES ....................................................................................................... 6

**Tables**

Table 1    Number of Hazardous Material Sites within Study Area ................................. 3
Table 2    Potential Hazardous Materials Sites and Area of Ground Disturbance Impacted by Project Alternatives ........................................................................ 4
Table 3    Potentially Affected Hazardous Materials Sites ............................................... 5
Table 4    Ultimate Build-Out and Phase 1 Impacts of the Preferred Alternative to Hazardous Material Sites .................................................................................. 5

# APPENDICES

Appendix A    Hazardous materials site locations

Appendix B    Environmental record search

# LIST OF ACRONYMS

| | |
|---|---|
| CERCLA | Comprehensive Environmental Response, Compensation, and Liability Act |
| CERCLIS | Comprehensive Environmental Response, Compensation, and Liability Information System |
| CORRACTS | Resource Conservation and Recovery Act Corrective Action Sites |
| EIS | Environmental Impact Statement |
| EPA | U.S. Environmental Protection Agency |
| GLO Project | Globeville Landing Park Outfall Project |
| LUST | Leaking Underground Storage Tank |
| NFRAP | No Further Remedial Action Planned |
| NPL | National Priorities List |
| OU | Operable Unit |
| RCRA | Resource Conservation and Recovery Act |
| SIA | Stapleton International Airport |
| SWL | Solid waste landfill |
| UST | Underground Storage Tank |
| VCRA | Voluntary Clean-up and Redevelopment Program |
| VCUP | Voluntary Clean-up Program |

# 1 PURPOSE OF THIS REPORT

This document has been prepared to provide updates and clarifications to the Hazardous Materials Technical Report Addendum (Attachment H of the I-70 East Final Environmental Impact Statement [EIS]). It presents changes in affected environment, design, and environmental impacts for the project's No-Action Alternative, Revised Viaduct Alternative, Partial Cover Lowered Alternative, and Phase 1 of the Preferred Alternative discussed in the I-70 East Final EIS.

# 2 AFFECTED ENVIRONMENT CHANGES

Data updates to existing conditions, which are discussed in this section, have been made for hazardous materials since the I-70 East Final EIS was published.

An updated Environmental Records Search database utilizing the same search criteria summarized in the I-70 East Final EIS was obtained and analyzed (see Appendix B). The databases analyzed include Comprehensive Environmental Response, Compensation, and Liability Information System (CERCLIS) sites, CERCLIS No Further Remedial Action Planned (NFRAP) sites, National Priority List (NPL) sites, Resource Conservation and Recovery Act (RCRA) sites, solid waste landfills (SWLs), Voluntary Clean-Up and Redevelopment Act (VCRA)/Voluntary Clean-Up Program (VCUP) sites, underground storage tanks (USTs), and leaking underground storage tanks (LUSTs), which were the databases analyzed in the I-70 East Final EIS. Fewer LUST sites were identified within the study area; however, the following additional sites were identified:

- 3 SWL sites
- 4 VCRA/VCUP sites
- 2 CERCLIS sites
- 1 CERCLIS NFRAP site
- 5 RCRA sites

The four additional VCRA sites are associated with the former Stapleton International Airport (SIA). According to the Environmental Records Search database, a No Action Determination has been issued for the sites; however, volatile organic compounds were identified in groundwater at one of the sites. The additional CERCLIS sites, Asarco, Inc. (Globe Plant) and Vasquez Boulevard/I-70, were discussed in the I-70 East Final EIS as an NPL site and a historic landfill, respectively. No additional information regarding the sites was provided in the current database. The additional CERCLIS NFRAP site is the SIA Old Fire Training Area. The SIA Old Fire Training Area is a Superfund site. This site is currently registered as an archived Superfund site by the U.S. Environmental Protection Agency (EPA) and does not require any clean-up action or further investigation at this time.

The fewer number of LUST facilities is due primarily to a change in methodology for evaluating this type of facility since the I-70 East Final EIS was published. The I-70 East Final EIS counted each LUST event listed in the Environmental Records Search database at the same site name and address/geographic location as a separate LUST facility. The analysis conducted for the Record of Decision counted each LUST event with the same site name and address/geographic location as a single facility.

The following facilities and number of LUST events were identified within the study area in both the I-70 East Final EIS and the Record of Decision; however, each event is counted as a single LUST facility in the current evaluation:

- Pilot Travel Center #316, 4640 Steele Street (six LUST events identified in the I-70 East Final EIS)
- Safeway Maintenance Department, 4600 East Stapleton Drive South (three LUST events identified in the I-70 East Final EIS)
- Pacific Intermountain Express Co., 3223 East 46th Avenue (two LUST events identified in the I-70 East Final EIS)

The Vasquez Boulevard/I-70 (VB/I-70) Superfund site was identified in the *I-70 East Final EIS* (2016) and the *Hazardous Materials Technical Report Addendum* (2016). Additional information regarding the site cleanup has become available since the *Hazardous Materials Technical Report Addendum* (2016) was prepared.

The *Final Design Report, Environmental Components for Globeville Landing Outfall Project, Vasquez Boulevard/Interstate 70 Site, Operable Unit #2 Removal Action* (2016) was prepared for "environmental components" of the Globeville Landing Park Outfall Project (GLO Project). The GLO Project entails installation of a stormwater drainage feature through a portion of Operable Unit (OU) 2 of the VB/I-70 Superfund site. OU 2 consists of portions of the Denver Coliseum property, adjacent commercial properties, and Globeville Landing Park, which are located within the boundaries of the Revised Viaduct and Partial Cover Lowered Alternatives. The City and County of Denver is implementing the "environmental components" outlined in the report pursuant to an Administrative Settlement Agreement and Order on Consent for Removal Action with the EPA.

The "environmental components" addressed in the design document consist of:

- Management and handling of waste material encountered during construction of the GLO Project through the Denver Coliseum parking lot and Globeville Landing Park;
- Mitigation of methane gas, odors, and fugitive dust that may be released during construction of the GLO Project;
- Design and construction of an impermeable barrier system to prevent contaminants remaining within the boundaries of the OU 2 from adversely impacting stormwater retained within and conveyed by the GLO Project, as well as to prevent stormwater infiltration into contaminated media remaining beneath or surrounding the GLO Project; and
- Management and treatment of dewatering liquids produced during construction of the GLO Project.

Table 1 identifies the databases and number of sites identified. It should be noted that the study area for the Record of Decision has been altered since the I-70 East Final EIS to reflect design revisions. Therefore, in addition to the updated database, the changes in facilities also may be attributed to the revised study area (see Appendix A for location of these hazardous material sites).

**Table 1    Number of Hazardous Material Sites within Study Area**

| Hazardous Materials Database | Number of Sites |
|---|---|
| CERCLIS | 2 |
| CERCLIS, No Further Remedial Action Planned | 4 |
| NPL | 1 |
| RCRA Generator Facilities | 5 |
| RCRA Non-Generator Facilities | 8 |
| RCRA Non-CORRACTS* Treatment, Storage, and Disposal | 1 |
| RCRA Corrective Action | 1 |
| SWL | 7 |
| VCUP/VCRA | 5 |
| UST | 18 |
| LUST | 18 |

*Resource Conservation and Recovery Act Corrective Action Sites (CORRACTS)

# 3   IMPACT ASSESSMENT UPDATES

Due to design modifications and changes in the existing conditions, the Build Alternatives and Phase 1 impacts attributable to encounters with hazardous materials sites have changed compared to what was reported in the Final EIS. The changes to the impact assessment are detailed in the following subsections.

## 3.1   Final EIS Alternatives

The 2014 Hazardous Materials Technical Report in the Supplemental Draft EIS and 2016 Hazardous Materials Technical Report Addendum in the Final EIS provide detailed discussions about impacts from the alternatives. The following discussion provides a summary of effects on hazardous materials from the alternatives, while also comparing the effects described in the I-70 East Final EIS with current findings for each alternative.

Construction of the project likely will encounter sites contaminated by hazardous materials. Construction activities associated with the alternatives have the potential to release hazardous materials at these locations into soil or groundwater. Workers or the public could be exposed to hazardous materials during construction activities if proper health and safety protocols are not followed and remediation efforts are not applied.

Encounters with hazardous materials are proportional to the amount of ground disturbance. For example, a larger area of land disturbed is likely to increase encounters with hazardous material sites, leading to a greater impact. Alternatives that incorporate subsurface improvements versus at-grade improvements also have a higher potential to encounter soils and/or groundwater contaminated by hazardous materials at greater depths.

Changes to impacts since the I-70 Final EIS include an increased area of ground disturbance for each of the alternatives. The Revised Viaduct Alternative will not increase the number of hazardous material sites affected; however, the Partial Cover Lowered Alternative would increase the number of sites affected.

Refer to Table 2, which summarizes the potential hazardous material sites and area of ground disturbance impacted by the project alternatives.

**Table 2  Potential Hazardous Materials Sites and Area of Ground Disturbance Impacted by Project Alternatives**

| Alternative/Option | Number of Known Hazardous Material Sites | Area of Ground Disturbance (acres) |
|---|---|---|
| No-Action Alternative | 6 | 46 |
| **Build Alternatives, General-Purpose Lanes Option** | | |
| Revised Viaduct Alternative, North Option | 25 | 715 |
| Revised Viaduct Alternative, South Option | 20 | 714 |
| Partial Cover Lowered Alternative | 34 | 835 |
| **Build Alternatives, Managed Lanes Option** | | |
| Revised Viaduct Alternative, North Option | 26 | 836 |
| Revised Viaduct Alternative, South Option | 21 | 835 |
| Partial Cover Lowered Alternative | 35 | 938 |

All alternatives may affect sites located within the construction footprint that are potentially contaminated by hazardous materials. Construction activities may release hazardous materials at these sites into soil or groundwater or result in exposure to these materials by workers or the public. Any remediation systems that have been established at the sites may be disturbed or damaged. The likelihood of hazardous material effects to occur is dependent on the number of hazardous materials sites encountered during construction, as well as the location and amount of contamination remaining at the site and the nature of the work or construction activities.

Table 3 identifies the number and type of sites potentially affected by the construction for each alternative and option. The sites are shown in Appendix A, Hazardous Materials Site Locations. The findings are similar to the I-70 East Final EIS; however, fewer LUST sites would be potentially impacted by each of the alternatives and the number of VCRA and SWL sites potentially impacted would increase for the Revised Viaduct Alternative and Partial Cover Lowered Alternative. The VCRA sites are associated with the former Stapleton International Airport. According to the database report, a No Action Determination has been issued for the sites; however, volatile organic compounds were identified in groundwater at one of the sites.

**Table 3    Potentially Affected Hazardous Materials Sites**

| Alternative/Option | Non-CERCLA | | | | CERCLA | | Total |
|---|---|---|---|---|---|---|---|
| | CORRACTS | LUST | SWL | VCRA/VCUP | NPL | NFRAP | |
| No-Action Alternative, North Option | 0 | 4 | 0 | 1 | 1 | 0 | 6 |
| No-Action Alternative, South Option | 0 | 3 | 0 | 1 | 1 | 0 | 5 |
| Revised Viaduct Alternative, North Option, General-Purpose Lanes Option | 0 | 11 | 4 | 5 | 1 | 3 | 24 |
| Revised Viaduct Alternative, North Option, Managed Lanes Option | 0 | 11 | 4 | 5 | 1 | 4 | 25 |
| Revised Viaduct Alternative, South Option, General-Purpose Lanes Option | 0 | 7 | 4 | 5 | 1 | 2 | 19 |
| Revised Viaduct Alternative, South Option, Managed Lanes Option | 0 | 7 | 4 | 5 | 1 | 3 | 20 |
| Partial Cover Lowered, General-Purpose Lanes Option | 1 | 17 | 7 | 5 | 1 | 3 | 34 |
| Preferred Alternative (Partial Cover Lowered, Managed Lanes Option) | 1 | 17 | 7 | 5 | 1 | 4 | 35 |

CERCLA: Comprehensive Environmental Response, Compensation, and Liability Act; CORRACTS: Corrective Action; LUST: Leaking Underground Storage Tank; NFRAP: No Further Remedial Action Planned; NPL: National Priority List; SWL: Solid Waste Landfill; VCRA: Voluntary Clean-Up and Recovery Act; VCUP: Voluntary Clean-Up Plan

Refer to the I-70 East Final EIS for additional information regarding specific facilities of concern likely to be encountered by the alternatives and impacts to these facilities.

## 3.2   Phase 1 of the Preferred Alternative

The Phase 1 project for the Preferred Alternative has the same hazardous materials impacts as the Preferred Alternative with the exception of one CERCLIS NFRAP site (Interstate 270 and Quebec), which would not be impacted by the Phase 1 portion. Table 4 compares the hazardous materials impacts between the ultimate build-out and Phase 1 of the Preferred Alternative.

**Table 4    Ultimate Build-Out and Phase 1 Impacts of the Preferred Alternative to Hazardous Material Sites**

| Impacts | Ultimate Build-Out | Phase 1 |
|---|---|---|
| Hazardous materials sites affected | 35 | 34 |
| Do construction activities at hazardous material sites have the potential to spread soil or groundwater contamination? | Yes | Yes |
| Could the construction at hazardous material sites also affect the construction budget and schedule, particularly if previously unidentified contamination is found? | Yes | Yes |
| Land disturbed | 938 acres | 750 acres |

# 4 MITIGATION UPDATES

The following mitigation commitment has been added:

- Coordinate with and obtain approval from the EPA and the Colorado Department of Public Health and Environment as necessary when construction occurs in the Vasquez Boulevard/I-70 Superfund site.

# 5 REFERENCES

City and County of Denver. (2016). *Final Design Report, Environmental Components for Globeville Landing Outfall Project, Vasquez Boulevard/Interstate 70 Site, Operable Unit #2 Removal Action*. Denver: Author.

Colorado Department of Transportation. (2016). *I-70 East Final EIS, Section 5.18, Hazardous Materials*. Denver: Author.

Colorado Department of Transportation. (2016). *Hazardous Materials Technical Report Addendum*. Denver: Author.

Geosearch (2016). *Radius Report, I-70 East SEIS-Haz Update I-70*. Austin, TX: Author.