**AQC R600-165**
**Subaccount 13599**
**I-70 East**
I-70 East from I-25 to Tower Road
Denver, Colorado

## SUPPLEMENTAL DRAFT ENVIRONMENTAL IMPACT STATEMENT AND SECTION 4(f) EVALUATION

Document Submitted Pursuant to:
23 USC §138, 42 USC §4332 (2)(c), 49 USC §303,
and Executive Orders 11990 and 12898
by the
U.S. Department of Transportation
Federal Highway Administration
and
Colorado Department of Transportation

**Cooperating Agencies**
Colorado Department of Public Health and Environment, Air Pollution Control Division
Federal Transit Administration
U.S. Army Corps of Engineers
U.S. Environmental Protection Agency
Regional Transportation District

Submitted by:

Anthony R. DeVito, P.E.
Region 1 Transportation Director
Colorado Department of Transportation

8 - 4 - 14
Date

Concurred by:

Joshua Laipply, P.E.
Chief Engineer
Colorado Department of Transportation

8/04/2014
Date

Approved by:

John M. Cater, P.E.
Division Administrator, Colorado Division
Federal Highway Administration

8/4/14
Date

# Abstract

This Supplemental Draft Environmental Impact Statement (EIS) and Section 4(f) Evaluation documents changes to the effects associated with transportation improvements planned along the I-70 corridor between I-25 and Tower Road since the release of the 2008 Draft EIS.

At the Draft EIS public hearings in December 2008, the Colorado Department of Transportation (CDOT) and the Federal Highway Administration (FHWA) committed to selecting a preferred alternative by using a collaborative decision-making process with corridor community representatives and stakeholders. As a result, the Preferred Alternative Collaborative Team (PACT) was formed in early 2010. After approximately one year of collaboration and additional analysis, the PACT members were not able to reach consensus on a preferred alternative. Consequently, CDOT and FHWA decided to review prior decisions in the process, including the previously eliminated alternatives. As a result, a new alternative was developed that addressed the public and stakeholder concerns while satisfying the project's purpose and need.

This Supplemental Draft EIS updates information on the previously analyzed alternatives while also providing detailed analysis of a new alternative. The following alternatives and options are considered in this Supplemental Draft EIS:

| Alternative | | Expansion Options | Connectivity Options | Operational Options |
|---|---|---|---|---|
| No-Action | | • North<br>• South | N/A | N/A |
| **Build Alternatives** | Revised Viaduct | • North<br>• South | N/A | • General-Purpose Lanes<br>• Managed Lanes |
| | Partial Cover Lowered | N/A | • Basic<br>• Modified | • General-Purpose Lanes<br>• Managed Lanes |

Any changes to direct, indirect, cumulative, and construction effects of the revised alternatives are identified in a broad range of categories, including social and economic conditions, environmental justice, land use, relocations and displacements,

historic preservation, paleontological resources, visual resources and aesthetic qualities, parks and recreation, air quality, energy, noise, biological resources, floodplains and drainage/hydrology, wetlands and other waters of the U.S., water quality, geology and soils, hazardous materials, utilities, and Section 4(f) resources. Mitigation measures are identified to address impacts to all resources.

Comments on this document may be submitted through the project website at www.i-70east.com, at public hearings, by mail, or by e-mail. Written comments should be submitted to the Colorado Department of Transportation, in care of Peter Kozinski, at 2000 South Holly Street, Denver, CO 80222 by October 14, 2014.

Three public hearings will be held during the review-and-comment period from 5:00 p.m. to 8:00 p.m. at the following locations:

**September 23, 2014**
Sable Elementary School
2601 Sable Boulevard
Aurora, CO

**September 24, 2014**
Kearney Middle School
6160 Kearney Street
Commerce City, CO

**September 25, 2014**
Bruce Randolph Middle School
3955 Steele Street
Denver, CO

For additional information concerning this document, contact:

Chris Horn, P.E.
Federal Highway Administration
12300 West Dakota Avenue, Suite 180
Lakewood, CO  80228
720-963-3017

Peter Kozinski, P.E.
Colorado Department of Transportation
2000 South Holly Street
Denver, CO  80222
303-757-9459

# Chapter 1:  Introduction

*This chapter describes the history of the I-70 East project, including the progress made since the Draft EIS was published in 2008. It also summarizes the changes to the project since 2008 and the path forward to selecting a preferred alternative for the corridor.*

## 1.1    What is the history of the I-70 East Corridor?

Planning for I-70 started nearly 60 years ago. As part of the recommendation for the "Valley Highway" (I-25), it was determined that Denver's major east-west thoroughfare should be located along 46th Avenue to the east of the Valley Highway and 48th Avenue to the west.



In 1947, the City and County of Denver (Denver) formally requested that the 46th/48th Avenue corridor be designated as a state highway between Sheridan Boulevard and Colorado Boulevard. Detailed studies and design efforts continued in the 1950s and 1960s, and I-70 construction was completed in 1964. The elevated section of I-70 East, from Brighton Boulevard to Colorado Boulevard, now carries approximately 145,000 vehicles per day, providing east-west access for commuters, freight, transit, and general-purpose traffic.



The aging viaduct is vulnerable to failure within the next 10 to 15 years, even with recent maintenance activities. In addition, by 2035, the corridor is projected to carry nearly twice as many vehicles as it was originally designed for, resulting in extended congestion and impaired mobility. The uninterrupted movement of people and goods across I-70 through the Denver metropolitan area is essential to the region's economic vitality and quality of life.

*Historic photos of 46th Avenue from Commemorating the Opening of the East 46th Avenue Freeway (Interstate 70), 1964*

## 1.2    What is the NEPA process?

NEPA requires analysis of projects with a federal nexus, such as federal funding, that may significantly impact the environment. This is done through a rigorous process that allows the public to understand and comment on the benefits and impacts of the project. Federal agencies are required by NEPA to prepare an EIS for major federal actions that could significantly affect the quality of the human and natural environment. EISs are intended to disclose the effects of a project at a stage in the project where decision making can still be shaped by the environmental analysis and agency and public comments. This process allows decision makers to consider effects on the environment with other important considerations, such as need, feasibility, and cost.

## 1.3    What is the project?

CDOT and FHWA propose improvements to the I-70 corridor where it crosses northeast Denver, Colorado, from I-25 on the west to Tower Road on the east.

The intent of the I-70 East EIS is to identify highway improvements along I-70 by:

- Analyzing alternatives that are intended to meet the project's purpose and need, and detailing the highway improvement alternatives development process;

- Evaluating the social, economic, and environmental effects (positive and negative) of the alternatives; and

- Identifying measures to avoid, minimize, or mitigate negative effects.

This EIS process began in 2003 as part of the I-70 East Corridor EIS, which looked at both highway and transit solutions. The process was initially a joint effort among several agencies, including CDOT, FHWA, RTD, FTA, and Denver.

In June 2006, it was determined that the highway and transit elements of the I-70 East Corridor EIS process serve different travel markets, are located in different corridors, and have different funding sources. At this point, the highway and transit components of the analysis were separated.

**History and purpose of NEPA**

Congress enacted NEPA in December 1969, and President Nixon signed it into law on January 1, 1970. NEPA was the first major environmental law in the United States. NEPA established this country's national environmental policies.

**What is a federal nexus?**

Under federal law, NEPA applies to any proposed action or transportation project that has a federal nexus, including, but not limited to, instances where:

- Federal funds are involved

- Federal permits or approvals are required

- New or revised access to the interstate system is included



This I-70 East Supplemental Draft EIS focuses on needed highway improvements between I-25 and Tower Road and is being conducted by CDOT and FHWA. The EIS for the transit elements in this area (East Corridor EIS) were completed by RTD and FTA in 2009; construction of the transit line is anticipated for completion in 2016. More information on the transit elements of this corridor is available at http://www.rtd-fastracks.com/.

## 1.4    Who has been involved in planning the environmental process?

NEPA requires that one or more lead agencies take responsibility for the environmental review process. For this project, FHWA is the federal lead agency and CDOT is the state lead agency. FHWA is providing highway design guidance and environmental oversight. CDOT is leading the highway design efforts and development of the EIS. The lead agencies also closely consider public comments on the project.

Staff from the affected jurisdictions and representatives of state and federal resource agencies provide advice and recommendations to the lead agencies about the scope and content of environmental analysis. These "cooperating agencies" are defined under NEPA as other agencies with jurisdiction by law or special expertise over evaluated resources (42 United States Code [USC] §§ 4331[a] and 4332[2]).

## 1.5    Why did CDOT and FHWA prepare a Supplemental Draft EIS?

According to NEPA, an agency must prepare a Supplemental Draft EIS when:

- The agency makes substantial changes in the proposed action that are relevant to environmental concerns; or

- There are significant new circumstances or information relevant to environmental concerns and bearing on the proposed action or its impacts (40 Code of Federal Regulations [CFR] §1502.9[c][1]).

The Supplemental Draft EIS allows the alternatives evaluated since the release of the 2008 Draft EIS, which are different from those studied in the 2008 Draft EIS, to be fully documented and analyzed.



**Lead Agencies**

Federal Highway Administration (FHWA)

Colorado Department of Transportation (CDOT)

**Cooperating Agencies**

U.S. Army Corps of Engineers (USACE)

U.S. Environmental Protection Agency (EPA)

Federal Transit Administration (FTA)

Regional Transportation District (RTD)

Colorado Department of Public Health and Environment (CDPHE)



**What happened after the 2008 Draft EIS?**

Lack of public support on any of the Draft EIS alternatives

Failed to reach a consensus with the Preferred Alternative Collaborative Team (PACT) process

Revisited previously eliminated alternatives

Developed and modified the alternatives to address public and agency concerns to the extent possible

Prepared a Supplemental Draft EIS

This document also contains additional design detail and analysis items, including a new Build Alternative. Also, the Realignment Alternatives have been eliminated and a preferred alternative has been preliminarily identified. By incorporating these changes, this document allows agencies, stakeholders, and the public to review and comment on the changes before a final decision is made.

This document does not replace the 2008 Draft EIS. Instead, it addresses the same topics as the 2008 Draft EIS and updates the data and analysis. Although this document addresses issues raised by comments received during and since the comment period on the 2008 Draft EIS, a comment-by-comment response is not provided.

## 1.6    What has happened since the 2008 Draft EIS?

Many changes have occurred within the I-70 East corridor and the state of Colorado since the release of the 2008 Draft EIS. The following changes have affected this process and are addressed in this document.

### 1.6.1    Major projects completed along or near the corridor

The transportation system near the project has changed since the 2008 Draft EIS. The East Corridor rail line is currently under construction and planned for completion in 2016. This project improves transportation access and mobility in the area with connections to downtown Denver, DIA, and the rest of the RTD transit system.

A new interchange opened in 2012 at Central Park Boulevard on I-70. Located within the Stapleton Redevelopment Area, the Central Park Boulevard interchange provides additional I-70 access and a connection to Central Park Boulevard, a north/south arterial through the Stapleton Redevelopment area.

The East Corridor rail line and the Central Park Boulevard interchange are included as existing conditions within this document. Both projects are considered in the evaluation of alternatives.

### 1.6.2    Changes in community and environmental resources

The I-70 East EIS was initiated in 2003 and the initial data collection started as early as 2003/2004 to identify the purpose and need for the project and alternatives. The 2008 Draft EIS included all the available data from the project initiation through the publication date; however, some data, such as the social and economic data from the U.S. Census Bureau, dated back to 2000.

**Where can I find the 2008 Draft EIS?**

The 2008 Draft EIS is available online at the project website, www.I-70east.com, or by request to one of the agency representatives listed in the abstract of this document.  It can also be found at all viewing locations for the document, these locations are listed on the project website.

All resources originally considered were re-evaluated to determine if there were any changes to the original data or if the data still represent corridor conditions and provide a reasonable baseline to analyze the environmental impacts. All the resources also were revisited to determine if there has been a new law or regulation associated with a specific resource since the publication of the 2008 Draft EIS.

The data and analysis were updated based on the most recent available information and the most recent regulations. For example, social, economical, and environmental justice resources were updated with the 2010 Census data. Land uses, wetlands, and biological resources were verified through field surveys to confirm the validity of available data. The updated data did not substantially change the social and environmental characteristics of the project area.

### 1.6.3   How alternatives are defined

The 2008 Draft EIS evaluated Alternatives 1, 3, 4, and 6. Alternatives 1 and 3 were located along the existing highway alignment and Alternatives 4 and 6 were located along the realignment. Alternatives 1 and 4 added capacity with general-purpose lanes, while Alternatives 3 and 6 added tolled-express lanes.

As the project progressed, the alternatives were redefined to reflect their design rather than a numerical identifier. Alternative 1 was refined to develop the Revised Viaduct Alternative and Alternatives 4 and 6 (Realignment Alternatives) were eliminated. Alternative 3 was redefined as the Managed Lanes Option to the Build Alternatives.

A new alternative has been added to this document. Called the Partial Cover Lowered Alternative, this idea was revisited and revamped based on a previously eliminated alternative. Exhibit 1-1 shows the 2008 Draft EIS alternatives compared to the alternatives analyzed in this document. More detail on all the alternatives is available in Chapter 3, Summary of Project Alternatives.

**Exhibit 1-1.    2008 Draft EIS alternatives compared to Supplemental Draft EIS alternatives**



### 1.6.4    Preliminarily identifying the Preferred Alternative

NEPA allows lead agencies to preliminarily identify a preferred alternative at the Draft EIS stage or to wait until the Final EIS is published. The 2008 Draft EIS did not identify a preferred alternative. FHWA and CDOT have preliminarily identified the Partial Cover Lowered Alternative with Managed Lanes Option as the Preferred Alternative in this document. Chapter 3, Summary of Project Alternatives, includes additional detail on this decision.

## 1.7    How were comments on the 2008 Draft EIS addressed?

Consistent themes emerged from the comments received on the 2008 Draft EIS. CDOT modified and revised the content of the document in response to these comments. The following updates were made based on the common concerns expressed by the public, which influenced the approach to identify a preferred alternative:

- The air quality analysis approach goes beyond federal requirements in several areas.

- Additional mitigation measures have been included to address environmental justice concerns.

- Additional detail is provided on community impacts and neighborhood cohesion.

- Available funding is identified, and an anticipated construction schedule is discussed along with a brief discussion on how the project may be phased.

- Anticipated environmental impacts on resources are included. Each resource section in Chapter 5, Affected Environment, Environmental Consequences, and Mitigation, also discusses impacts anticipated during construction.

- In response to questions about mitigation commitments made in the 2008 Draft EIS, information has been incorporated about mitigation strategies and planned processes for determining how these strategies are incorporated into construction activities.

Commenters who believe that comments made on the 2008 Draft EIS are still valid and were not addressed may resubmit comment(s) regarding this document during the comment period. Responses to comments on this document will be provided in the Final EIS.

## 1.8    What resulted in re-evaluation of the alternatives?

CDOT committed to identifying the Preferred Alternative in partnership with the corridor communities and stakeholders during the public hearings on the 2008 Draft EIS. CDOT began a collaborative process with the formation of the PACT for the I-70 East EIS in July 2010. Comprised of state and federal agencies, advocacy groups, and stakeholders—including neighborhood representatives from Adams County, Aurora, Commerce City, and Denver. The PACT's goals were to:

- Build mutual understanding of all interests, data, and concerns about the alternatives identified in the 2008 Draft EIS.

- Agree upon and recommend a preferred alternative that satisfied the most interests, best addressed all concerns, and met the purpose and need of the project.

Recommending a preferred alternative was a challenging task. As PACT members describe it, there were no perfect solutions; there were tough trade-off choices to make and there were impacts to different resources with every alternative. After many discussions, open dialogues, and public input, the PACT recommended the Current Alignment Alternative as their preferred, but was unable to reach consensus on if the alternative should shift to the north or south from Brighton Boulevard to Colorado Boulevard. This preference is described in more detail in Chapter 3, Summary of Project Alternatives.

Based on the outcomes of various outreach activities and the PACT process, CDOT and FHWA re-examined the previously

eliminated alternatives. This resulted in the development of a new alternative called the Partial Cover Lowered Alternative.

## 1.9    What happens after the Supplemental Draft EIS?

CDOT will continue to refine the mitigation measures based on public input and ongoing coordination with agencies that have special expertise and jurisdiction over specific resources. The results of these additional analyses, including work done to refine the Preferred Alternative, will be incorporated into the Final EIS, which is planned for publication in 2015. The Final EIS will include all comments received about the Supplemental Draft EIS during the public comment period, along with responses to those comments.

The final step in the NEPA process is the preparation of a Record of decision (ROD) that will document FHWA's decision for the project. The ROD will identify funding for the approved action consistent with the fiscally constrained section (Fiscally Constrained Regional Transportation Plan [RTP]) of the Denver Regional Council of Governments (DRCOG) *2035 Metro Vision Regional Transportation Plan* (MVRTP)(2007b).

During Final EIS development, a phased ROD will be considered, which will allow CDOT to fund and implement elements of the Preferred Alternative over an extended period.

## 1.10    When will the project be built?

Funding constraints may limit the ability to fully construct the Preferred Alternative at one time. Pending the completion of this EIS process, construction for the highway between Brighton Boulevard and Colorado Boulevard is anticipated to begin in 2016, after project permits are received. The Partial Cover Lowered section of highway between Brighton Boulevard and Colorado Boulevard could open to traffic in 2020. If full funding is available, the rest of the project could be completed by 2030.

## 1.11    How can I be involved, and how will CDOT communicate with the public?

The best way to be involved in project decision making is to comment on this document. There are several ways to provide comments.

- **Attend a public hearing on the Supplemental Draft EIS.** CDOT will hold public hearings on September 23, 24, and 25, 2014. They will include exhibits about the project, team members to answer questions, and the opportunity to comment in writing, on a computer, by talking into a microphone in front of peers, which is recorded by a court reporter, or speaking to a private recorder.

- **Use the Web to comment.** CDOT has posted links to the full text of this document on the project website at www.i-70east.com. You can make comments on this document by submitting a form through the website.

- **Provide written comments by e-mail.** Comments can be submitted through e-mail at contactus@i-70east.com. The comment period ends on October 14, 2014.

- **Provide written comments by mail.** You can write comments and mail them (postmarked by October 14, 2014) to: Colorado Department of Transportation, in care of Peter Kozinski, at 2000 South Holly Street, Denver, CO 80222.

**How to Stay Involved**

*Attend the public hearings*

- September 23, 2014
  Sable Elementary School
  2601 Sable Boulevard
  Aurora, CO 80011

- September 24, 2014
  Kearney Middle School
  6160 Kearney Street
  Commerce City, CO 80022

- September 25, 2014
  Bruce Randolph Middle School
  3955 Steele Street
  Denver, CO 80205

*Contact the I-70 East project team*

- 2000 South Holly Street
  Denver, CO 80222
  303.757.9413
  contactus@i-70east.com

*Join the mailing list or submit comments electronically*

- www.i-70east.com

After the comment period has closed, CDOT will continue to keep the public informed about decision making and opportunities for input. If you provide your name and address when you comment, the project team will add you to the project mailing list, which allows you to receive regular updates. If you have no comments on this document but would still like to stay informed, you may join the mailing list by logging onto the project website at www.i-70east.com or by calling the project hotline at 303-757-9413.

This page intentionally left blank.

# Chapter 3: Summary of Project Alternatives

*The alternatives considered for the I-70 East EIS resulted from extensive agency involvement and public outreach combined with detailed environmental and technical analyses.*

*This chapter provides a detailed description of alternatives and options that are evaluated in the Supplemental Draft EIS and preliminarily identifies the project's Preferred Alternative.*

## 3.1    What is the history of the project alternatives?

The project purpose, need, goals, and objectives were used to develop screening criteria to evaluate the alternatives in the 2008 Draft EIS. Due to the complexity of the project and a large number of initial alternatives, a four-level screening process, shown in Exhibit 3-1, was used to filter the full range of alternatives considered to the set of reasonable alternatives that were fully evaluated in the 2008 Draft EIS.

This four-level screening process resulted in the following reasonable Build Alternatives, which were fully evaluated in the 2008 Draft EIS:

- No-Action
- Alternative 1—Existing Alignment with general-purpose lanes
- Alternative 3—Existing Alignment with tolled-express lanes
- Alternative 4—Realignment with general-purpose lanes
- Alternative 6—Realignment with tolled-express lanes

The screening process eliminated Alternatives 2 and 5 (adding high-occupancy vehicle lanes), so they were not fully evaluated in the 2008 Draft EIS. Additional details about the alternatives evaluated and the screening process are in the *Alternatives Analysis and Screening Process Technical Report* (2008 Draft EIS) and Attachment C, *Alternative Analysis Technical Report.*

> **Definition of a "reasonable" alternative**
>
> The term "reasonable" is defined by the Council on Environmental Quality (CEQ) as those alternatives that are "practical or feasible from the technical and economic standpoint and using common sense." (CEQ's "Forty Questions")

**Exhibit 3-1.   Alternative screening process**



CDOT and FHWA released the Draft EIS for public review in November 2008. During the public hearings for the 2008 Draft EIS, CDOT committed to select a preferred alternative during the next phases of the EIS process in partnership with the corridor communities and stakeholders.

After the comment period for the 2008 Draft EIS ended, none of the evaluated alternatives had received overwhelming support. This prompted CDOT and FHWA to undertake a more aggressive public involvement process to better identify the needs of the local communities.

A collaborative process involving the public, businesses, and agency stakeholders was initiated. Many one-on-one meetings with the impacted community members and elected officials were included in this collaborative process. CDOT and FHWA revisited and re-examined the 2008 Draft EIS analysis to modify and enhance the alternatives while addressing public comments and continuing to meet the project's purpose and need. The Supplemental Draft EIS alternatives, which are discussed in more detail in later sections of this chapter, were developed as a result of this additional collaborative process.

## 3.2   What is the alternatives enhancement and modification process?

The alternatives enhancement and modification process started when the 2008 Draft EIS received more than 300 comments from the public and affected agencies. As a part of this process, the PACT was formed, which included representatives from CDOT, FHWA, Adams County, City of Aurora, City of Commerce City, Denver, impacted communities, and business associations. More details about the PACT process and outcomes are discussed in Chapter 7, Community Outreach and Agency Involvement.

Because there was no strong support for any of the alternatives evaluated in the 2008 Draft EIS, the project team reviewed the alternatives in more detail. As a result of this review, the 2008 Draft EIS alternatives were modified to create the Supplemental Draft EIS alternatives presented in this document. Additionally, a new alternative was developed to meet the project's purpose, need, goals, and objectives while also addressing the public and agency comments and expectations.

The project team then worked with the communities and interested stakeholders to further refine the alternatives and preliminarily identify a preferred alternative.

## 3.3    What were the changes to the 2008 Draft EIS alternatives during the modification and enhancement process?

Based on the 2008 Draft EIS public comments, the PACT process, and additional outreach, numerous changes were made to the alternatives. The Existing Alignment Alternatives (Alternatives 1 and 3) were revised to reduce impacts, the Realignment Alternatives (Alternatives 4 and 6) were eliminated from further consideration, and a new alternative (the Partial Cover Lowered Alternative) was introduced. During this process, the name of the Existing Alignment Alternative was changed to the Revised Viaduct Alternative for clarity. Exhibit 3-2 shows the changes to the alternatives from the 2008 Draft EIS to the Supplemental Draft EIS. Attachment C, *Alternative Analysis Technical Report* includes more detail on the alternatives and the screening process.

**Exhibit 3-2.    Alternative modification from the 2008 Draft EIS to the Supplemental Draft EIS**



### 3.3.1   Changes to the No-Action Alternative

There are no major changes to the No-Action Alternative since the release of the 2008 Draft EIS. The design for the No-Action Alternative has been adjusted to use the same assumptions as used for the Revised Viaduct Alternative to determine the construction footprint. As a result, the construction limits for the No-Action Alternative are reduced by 30 feet compared to the limits presented in the 2008 Draft EIS.

### 3.3.2   Changes to the Existing Alignment Alternative (Alternative 1)—Revised Viaduct Alternative

Several public comments on the 2008 Draft EIS expressed concerns about the project's large footprint and the impacts to residential and business properties between Brighton Boulevard and Colorado Boulevard. Changes to this alternative in response to these comments are discussed by segment in the following subsections.

**Brighton Boulevard to Colorado Boulevard**

The 2008 Draft EIS Existing Alignment Alternative placed 46th Avenue adjacent to the highway, which required it to be built on fill rather than on a viaduct structure. To reduce the footprint and minimize impact to the surrounding built environment, the designs were modified to place 46th Avenue under a rebuilt viaduct from Brighton Boulevard to Colorado Boulevard. These design modifications reduced the footprint by approximately 200 feet. Additional north-south connections also were provided to address public concerns regarding community connectivity. The Existing Alignment Alternative has been renamed to the Revised Viaduct Alternative in this document and includes two Expansion Options, identified as Revised Viaduct Alternative, North Option and Revised Viaduct Alternative, South Option. More details about the Expansion Options are discussed later in this chapter. A detailed map of the Revised Viaduct Alternative is available in Attachment A, *Alternative Maps*.

**Colorado Boulevard to Quebec Street**

In the 2008 Draft EIS, the Revised Viaduct Alternative (previously called the Existing Alignment Alternative) included a north and south option between Colorado Boulevard and Quebec Street that resulted in substantial property impacts. The design revisions completed since 2008 eliminated these north and south options. Instead, the Revised Viaduct Alternative generally matches the existing I-70 alignment, but includes widening on both sides. Slip ramps and associated acceleration/deceleration lanes at Monaco Street and Dahlia Street were moved closer to Holly Street, providing full access at this location. In addition, sidewalks were added to Stapleton Drive. Property impacts are reduced within the section because of these modifications.

**Quebec Street to I-225**

In the 2008 Draft EIS, the design included modification of the Quebec Street and I-270 southbound interchange ramps. The design revisions completed since 2008 eliminated these

> **Slip ramps**
>
> Slip ramps are short sections of road that allow vehicles to enter or exit a controlled-access highway.

improvements and the construction limits were adjusted accordingly.

Since the completion of the 2008 Draft EIS, CDOT reconstructed the I-70 bridge over Sand Creek and Denver built a new interchange at I-70 and Central Park Boulevard. Both projects were planned and completed to not preclude the I-70 project alternatives. Design revisions account for these changes in the existing conditions.

**I-225 to Tower Road**

Since the completion of the 2008 Draft EIS, the revised design between I-225 and Tower Road has eliminated the widening of Tower Road. The revised design uses existing infrastructure wherever possible to avoid unnecessary reconstruction.

### 3.3.3  Changes to the Tolled-Express Lanes Alternative (Alternative 3)—Managed Lanes Option

Managed lanes, identified as tolled-express lanes in the 2008 Draft EIS, vary from general-purpose lanes and other traditionally funded lanes because they usually incorporate operational strategies as a way to manage the level of congestion on the highway. In December of 2012, the Colorado Transportation Commission adopted Policy Directive 1603.0, which requires that managed lanes be strongly considered during the planning and development of capacity improvements on any state highway facilities (CDOT Office of Policy & Government Relations, 2013). This document, therefore, must consider managed lanes because of the additional capacity provided by the Build Alternatives.

The Tolled-Express Lanes Alternative evaluated in the 2008 Draft EIS included barriers to separate the managed lanes from the general-purpose lanes. The Managed Lanes Option introduced by this document uses a striped buffer to separate the proposed managed lanes from the general-purpose lanes. The new buffer-separated Managed Lanes Option reduces the footprint from the previous barrier-separated alternative by 28 feet. It also extends from I-25 to Tower Road, while the previous Tolled-Express Lanes Alternative was from Colorado Boulevard to I-225. In comparison with the General-Purpose Lanes Option, the Managed Lanes Option does not require larger construction limits and also does not require acquisition of additional private property. However, a larger impact area occurs where direct connections are designed from the managed lanes to I-270, I-225, and Peña Boulevard. Exhibit 3-3 shows a typical section of the Managed Lanes Option between Colorado Boulevard and I-270.

> **Definition of managed lanes**
>
> Managed lanes are highway facilities or a set of lanes where operational strategies (such as high-occupancy vehicle [HOV] or high-occupancy toll [HOT]) are proactively implemented and managed in response to changing highway conditions (FHWA, 2008a).

> **Definition of direct connections**
>
> Direct connections are highway ramps that connect the managed lanes to nearby roadway facilities directly without having to merge across general-purpose lanes.

**Exhibit 3-3.   Managed Lanes Option typical section between Colorado Boulevard and I-270**



### 3.3.4   Elimination of Realignment Alternatives (Alternative 4 and Alternative 6)

The 2008 Draft EIS fully analyzed the Realignment Alternatives (shown in Exhibit 3-4). Additional analysis was performed following the 2008 Draft EIS during the alternatives enhancement and modification process. Using additional data and community input, the analysis ultimately concluded that the Realignment Alternatives were not reasonable. Consequently, they are not analyzed further in this document.

**Exhibit 3-4.   Realignment Alternatives**



During the alternative enhancement and modification process, there was major support from the public and stakeholders to eliminate the Realignment Alternatives. The community comments and input resulted in additional analysis by the project team, which showed the Realignment Alternatives were not reasonable.

The main reason for the elimination of the Realignment Alternatives is that they do not meet the project's purpose and need, which is to implement a transportation solution that improves safety, access, and mobility and addresses congestion on I-70 in the project area. Although the Realignment Alternatives improved mobility on the highway, they diverted some of the highway traffic onto local streets, introducing safety, access, and mobility issues at the local street level, and, therefore, failing to meet the mobility purpose of the project. The Realignment Alternatives diverted a high volume of vehicles from the highway to 46th Avenue, increasing the forecasted daily traffic to 50,000 vehicles per day, which is 10 to 20 times higher than the current volume. Adding more traffic on 46th Avenue will cause congestion concerns in the surrounding neighborhoods.

Safety would not be improved with the Realignment Alternatives. Delivery trucks and other large vehicles would need to use local streets frequently to reach the future highway location from the industrial and warehousing businesses located near the existing highway. The high traffic volumes on 46th Avenue and the truck traffic could degrade the quality of the area neighborhoods and cause safety concerns for neighborhoods, pedestrians, bicyclists, and motorists.

Additional reasons these alternatives are not reasonable include:

- They do not minimize the impacts to the Sand Creek Regional Greenway or the South Platte River. The Realignment Alternatives create a permanent loss of 1.06 acres of wetlands compared to 0.31 acres for the Revised Viaduct Alternative. Because the greenway is an essential natural resource for the community, the Realignment Alternatives are not reasonable due to greater impacts to the greenway.

- They do not allow the National Western Stock Show to continue to operate in its current location with its current programs. This facility is identified as a major historic resource in the community. It has been around for 106 years at its current location and its mission is to serve

producers and consumers throughout the world with a premier stock show, rodeo, and horse show in January of each year.

- They do not maintain the current location/plan for the FasTracks National Western Stock Show Station on the North Metro Line and limit the potential for transit-oriented development in the area. Based on Denver's *Transit-Oriented Development Strategic Plan*, published in August 2006, this area offers a great opportunity for transit-oriented development as an urban center in the long term. While there is little immediate demand for housing or even higher density employment uses in this area, Denver has performed some preliminary planning around the station area. Denver's main focus in the area is to prevent interim development uses in the surrounding area that reduce the future transit-oriented development potential.

- They do not maintain two major highways in the area (I-70 and I-270) for safety, multiple route choices, and emergency access. With the Realignment Alternatives, the redundancy of the highway network, which is important for emergency response in the area, is limited. If I-70 was realigned to combine with I-270, there would be no alternate highway connecting the Denver neighborhoods to the rest of the region.

- They add visual barriers and do not maintain access to the South Platte River and the Riverside Cemetery. Riverside Cemetery is listed in the National Register of Historic Places. Although there will be no right of way needed from the Riverside Cemetery property, there would be noise, visual, and historic setting changes in the area. The construction of the realigned, elevated freeway and noise barriers would introduce a major highway facility between the cemetery and community, approximately 150 feet southeast of the cemetery property, where none previously existed. As a result, the highway will be placed on fill on either side of the bridge that would go over the cemetery driveway and it would push the driveway under the bridge at existing grade.

- They create additional curves and lane miles on I-70. The Realignment Alternatives require additional maneuvers approaching the new curves, which may limit safety in hazardous conditions, especially during the winter months. There will be one mile added to I-70 with the

Realignment Alternatives. The extra mile with the Realignment Alternatives will result in unnecessary additional cost and travel time for all motorists.

Attachment C, *Alternative Analysis Technical Report*, includes more details on the reasons for eliminating the Realignment Alternatives. CDOT and FHWA presented the recommendation to eliminate the Realignment Alternatives during the corridor-wide meetings held on May 2 and 3, 2012, and November 13 and 14, 2012, and asked for comments on the recommendation. Over 650 individuals collectively attended these meetings, and comments from attendees overwhelmingly agreed that the Realignment Alternatives should be eliminated.

### 3.3.5   New alternative: Partial Cover Lowered Alternative

After reviewing the public comments received during the 2008 Draft EIS public comment period, concluding the PACT process, and performing additional analysis, CDOT and FHWA re-examined the previously eliminated alternatives. The project team's additional analysis led to a new alternative which is a hybrid of the below-grade and the tunnel alternatives that were eliminated in earlier stages of the screening process. The Partial Cover Lowered Alternative addresses the project's purpose and need, responds to public and agency requests by providing an opportunity for Swansea Elementary School to remain at its current location, and improves neighborhood cohesion. Section 3.7.2 discusses this alternative in more detail.

## 3.4   What happened to the citizen-proposed tunnel concept?

An Elyria and Swansea Neighborhood resident provided a community-developed alternative to the project team. This alternative was considered during the development of the 2008 Draft EIS, and was re-evaluated as the Supplemental Draft EIS alternatives were developed. Exhibit 3-5 shows a conceptual drawing of this citizen-proposed tunnel concept.

**Exhibit 3-5.    Citizen-proposed tunnel concept**



*A resident of the Elyria and Swansea Neighborhood provided this exhibit to the project team.*

This alternative was eliminated for the following reasons:

- There is substantial additional cost to construct both a lowered expressway and an elevated viaduct for I-70 due to extensive engineering, right-of-way acquisition, and construction expenses

- The existing elevated portion of I-70 requires replacement due to its deteriorated condition and cannot be used for local access without improvement

- Removal of 46th Avenue hampers local and neighborhood east-west connectivity

Although this alternative was eliminated from further consideration, elements of this concept were used to design the new Partial Cover Lowered Alternative, which is discussed later in this chapter.

## 3.5    Why was the I-270/I-76 Reroute Alternative eliminated in the 2008 Draft EIS?

The I-270/I-76 Reroute Alternative had been eliminated in the early stages of the 2008 Draft EIS alternatives analysis process because it did not meet the project's purpose and need. After publication of the 2008 Draft EIS, some residents and stakeholders questioned the elimination of the I-270/I-76 Reroute Alternative. The I-270/I-76 Reroute Alternative realigned I-70 around Denver using I-270 and I-76, as shown in Exhibit 3-6. As a result, the project team performed additional analysis on this concept to confirm the validity of its elimination from further consideration.

> **What is the difference between the I-270/I-76 Reroute Alternative and the Realignment Alternatives?**
>
> The I-270/I-76 Reroute Alternative will completely remove I-70 between I-270 and I-76 and reroute I-70 to follow the I-270 and I-76 alignment. The Realignment Alternatives only realign I-70 to follow I-270 and Brighton Boulevard alignments.

**Exhibit 3-6.    I-270/I-76 Reroute Alternative**



After this additional analysis, elimination of the alternative was reaffirmed because it does not meet the project's purpose to implement a transportation solution that improves safety, access, and mobility and it does not address congestion on I-70. It is not a reasonable alternative because:

- Rerouting I-70 while leaving 46th Avenue at its current location encourages highway users to use 46th Avenue to reach their destinations rather than staying on I-70. Because of this, there will be a substantial increase in traffic volumes on 46th Avenue, which introduces safety, access, and mobility issues in the surrounding neighborhoods and also creates a barrier for bicyclists and pedestrians moving through the community.

- Based on the traffic analysis, traffic volumes forecasted for 2035 on 46th Avenue if I-70 were to be rerouted will be 10 to 20 times higher (more than 50,000 vehicles per day) than the traffic forecasted for 46th Avenue with the alternatives that leave the highway at its current location.

- Rerouting I-70 also will force delivery trucks and other large vehicles to use 46th Avenue frequently to reach the industrial areas and businesses located near the existing I-70.

- There will be an increase in out-of-direction travel, causing mobility issues. Of the traffic heading west on

I-70, 50 percent to 60 percent continues past I-25, staying on I-70. The Reroute Alternative adds two miles of out-of-direction travel for these vehicles. The remaining 25 percent to 30 percent of traffic heading west on I-70 exits to southbound I-25. This alternative adds four miles of out-of-direction travel for these vehicles.

- There will no longer be multiple east-west highway route choices in the area. The multiple route choices are beneficial for emergency access.

- This alternative requires more than 12 miles of major highway widening along I-270 and I-76. This increases the project construction cost to approximately $3.5 to $4 billion, which is twice as much as existing alignment alternatives.

Many stakeholders, including the City of Commerce City, Adams County, North Area Transportation Alliance, and the Colorado Motor Carriers Association, have expressed continued opposition to this alternative.

Additional detail on the I-270/I-76 Reroute Alternative is included in Attachment C, *Alternative Analysis Technical Report*.

## 3.6    What is the No-Action Alternative?

The No-Action Alternative includes existing, planned, and programmed roadway and transit improvements in the project area. These improvements also are part of all Build Alternatives considered and are defined by the DRCOG 2035 MVRTP (2011). Chapter 4, Transportation Impacts and Mitigation Measures, lists and explains existing and programmed roadway and transit improvements in more detail.

The No-Action Alternative does not meet the project's purpose and need, but it provides a baseline for the Build Alternatives comparison, so it is analyzed in this document.

A no-action alternative for highway projects normally includes short-term safety and maintenance improvements that continue the operation of the roadway while avoiding substantial capital investment. Because of the deteriorating condition of the existing I-70 viaduct between Brighton Boulevard and Colorado Boulevard, the No-Action Alternative for this project includes a total replacement of the viaduct. This replacement is necessary to maintain safe operations of I-70. The No-Action Alternative does not include additional travel lanes, so the lane

---

**Which alternatives are analyzed in the Supplemental Draft EIS?**

The No-Action Alternative and Build Alternatives with options are fully evaluated in this document. The Build Alternatives include the Revised Viaduct Alternative and the Partial Cover Lowered Alternative.

Subsequent sections discuss the following alternatives in further detail:

**No-Action Alternative**

- Expansion Options: North or South

**Revised Viaduct Alternative**

- Expansion Options: North or South

- Operational Options: General-Purpose Lanes or Managed Lanes

**Partial Cover Lowered Alternative**

- Connectivity Options: Basic or Modified

- Operational Options: General-Purpose Lanes or Managed Lanes

configuration is the same as the existing conditions and I-70 will remain three lanes in each direction. Exhibit 3-7 illustrates the number of lanes for this alternative and shows which interchanges will be reconstructed or remain the same.

Note that, while the No-Action Alternative is not a true no-build scenario, this document generally refers to the Build Alternatives as those with additional capacity (the Revised Viaduct Alternative and the Partial Cover Lowered Alternative).

There are no improvements proposed between I-25 and Brighton Boulevard or Colorado Boulevard and Tower Road.

There are two expansion options (see Exhibit 3-8) for reconstructing the viaduct with the No-Action Alternative: the North Option and South Option. The North Option pushes the north edge of the highway approximately 70 feet north of the existing viaduct, while the South Option pushes the south edge of the highway 60 feet south. To allow for phasing of the construction by accommodating the traffic flow during construction, a 22-foot inside shoulder is included in the design for westbound I-70 for the North Option and eastbound I-70 for the South Option.

**Exhibit 3-7.  No-Action Alternative lane configuration and interchange reconstruction**



**Exhibit 3-8.   No-Action Alternative Options**



Reconstruction of the existing viaduct in the No-Action Alternative requires additional right of way to maintain traffic flow on I-70 during construction and to rebuild the viaduct in line with current highway design standards. The existing width of the highway bridge from Brighton Boulevard to Colorado Boulevard (three lanes in each direction, six lanes total) is approximately 85 feet. The reconstructed bridge increases the width by more than 50 feet to 140 feet, as shown in Exhibit 3-9. This increase in width is due to construction phasing, which will be required to maintain the traffic flow during construction, and the standard shoulder and lane widths, which are larger than the existing widths.

**Exhibit 3-9.    No-Action Alternative typical section (looking east)**





This alternative includes a drainage system north of I-70 to capture onsite water runoff from the viaduct via an underground storm drain pipe. The alignment for this drainage system is shown in Section 5.14, Floodplains and Drainage/Hydrology.

The No-Action Alternative also reconstructs 46th Avenue to existing conditions under the viaduct with no additional changes.

## 3.7    What are the Build Alternatives?

In addition to the No-Action Alternative, two Build Alternatives with options are evaluated.

**Revised Viaduct Alternative**

- Expansion Options:
  North or South

- Operational Options:
  General-Purpose Lanes or Managed Lanes

**Partial Cover Lowered Alternative**

- Connectivity Options:
  Basic or Modified

- Operational Options:
  General-Purpose Lanes or Managed Lanes

The Build Alternatives add capacity to I-70 from I-25 to Tower Road. Capacity is increased by restriping I-70 from I-25 to Brighton Boulevard and widening I-70 from Brighton Boulevard to Tower Road to accommodate additional lanes. The Build Alternatives range from six lanes to 12 lanes, depending on the capacity needs along the corridor. Impacts to natural and build environment as a result of these alternatives and mitigation measures to alleviate the impacts for each of these alternatives and their options are summarized in Section 5.22, Summary of Impacts and Mitigations.

To address safety issues associated with the aging viaduct between Brighton Boulevard and Colorado Boulevard, the Build Alternatives will replace the existing viaduct or remove it completely (as discussed in the following Revised Viaduct Alternative and Partial Cover Lowered Alternative subsections). The Build Alternatives also will modify all bridges and interchanges along the corridor between Brighton Boulevard and Tower Road, with the exception of Central Park Boulevard, the I-70 bridge over Sand Creek, and the Airport Road interchange. Because of safety issues related to existing substandard conditions, the Build Alternatives eliminate the York Street interchange.

As part of the Build Alternatives, 46th Avenue is redesigned and will continue to serve local traffic in the area. More details on

> **Elimination of York Street Interchange**
>
> Because of safety issues related to existing substandard conditions, the Build Alternatives eliminate the York Street interchange.

46th Avenue and local and regional connectivity are discussed in the following subsections for each alternative.

With both of the Build Alternatives, the proposed highway ranges from approximately 25 feet to 105 feet wider than the existing highway between Colorado Boulevard and Tower Road. Widening occurs equally to the north and south in this section.

The alternatives' design terminates Stapleton Drive at Quebec Street and includes collector-distributor roads from Quebec Street to Havana Street. None of the full interchanges between Colorado Boulevard and Tower Road will be eliminated. However, the existing slip ramps at Dahlia Street and Monaco Street will be consolidated closer to Holly Street to avoid conflicts with the geometry of proposed ramp locations at Colorado Boulevard and Quebec Street, as well as traffic weaving issues.

There will be no new interchanges within the project limits with any of the Build Alternatives. Between Colorado Boulevard and Tower Road, the north-south connectivity across the highway will remain the same.

Two Operational Options to help handle the added capacity are considered for the Build Alternatives from I-25 to Tower Road: General-Purpose Lanes and Managed Lanes. Attachment A, *Alternative Maps*, shows details about the lane configurations of the General-Purpose Lanes and Managed Lanes Options.

### 3.7.1  Operational Options: General-Purpose Lanes or Managed Lanes

General-purpose lanes are traffic lanes that do not apply any restrictions to the vehicles using them. Managed lanes implement operational strategies that will be adjusted based on real-time traffic demand on the highway facility. This is accomplished by providing a specially managed travel lane for vehicles to avoid congestion and travel at a higher speed than the general-purpose lanes. The purpose is to provide a reliable, congestion-free option along the highway and provide a way to manage congestion over the long term to reduce the need for future expansion.

The Build Alternatives Managed Lanes Option only manages the added capacity. Existing capacity remains as general-purpose lanes. The managed lanes for this option are separated from the general-purpose lanes by a four-foot striped buffer, as shown previously in Exhibit 3-3.

**Collector-distributor road**

A collector-distributor road is a parallel roadway separated from and adjacent to I-70 that serves to move traffic between local streets and I-70. This eliminates conflict points on the highway and allows for safer vehicle operations.

**Traffic weaving**

Weaving is an undesirable situation in which traffic veering right and traffic veering left must cross paths within a limited distance to merge with traffic in the through-lane.

**Definition of general-purpose lanes and managed lanes**

General-purpose lanes are traffic lanes that do not have any restrictions regarding which vehicles may use them. All vehicles may use all lanes at all times.

Managed lanes are sets of lanes where operational strategies (e.g., pricing, time of day, or number of passengers) are proactively implemented and managed in response to changes in traffic conditions on the highway facility.

The Managed Lanes Option and the General-Purpose Lanes Option are the same width. However, the shoulder widths will be decreased for managed lanes, compared to general-purpose lanes, because of the need for a four-foot buffer between managed and general-purpose lanes in each direction.

There are no additional impacts to the surrounding neighborhoods or environments between the two options except at the locations of direct connections. The construction limits for the Managed Lanes Option increases where there are direct connections from the managed lanes to interchanges. Three proposed direct connections are planned from the managed lanes to I-270, I-225, and Peña Boulevard to accommodate regional and airport traffic. These direct connections result in a shift of eastbound I-70 to create room for the connections.

The pricing and policies for the managed lanes will be determined through a separate study. Results will be included in the Final EIS, due for publication in 2015.

### 3.7.2   Revised Viaduct Alternative

The Revised Viaduct Alternative replaces the existing I-70 viaduct between Brighton Boulevard and Colorado Boulevard. It adds additional lane(s) in each direction from Brighton Boulevard to Tower Road. It also adds capacity from I-25 to Brighton Boulevard by restriping.

The Revised Viaduct Alternative does not provide direct access from westbound I-70 to Steele Street/Vasquez Boulevard or from Steele Street/Vasquez Boulevard to eastbound I-70. Access at Steele Street/Vasquez Boulevard and Colorado Boulevard is provided by a split-diamond interchange.

An acceleration/deceleration lane is provided in each direction at the ramp junctions between Brighton Boulevard and Steele Street/Vasquez Boulevard to make it easier for vehicles to safely enter or exit between two facilities with different operation speeds (i.e., between a freeway and a ramp to a local street). These additional lanes result in a viaduct width of 197 feet for both the General-Purpose Lanes Option and the Managed Lanes Option, more than two times wider than the existing width.

Exhibit 3-10 illustrates the number of lanes for this alternative and shows which interchanges will be reconstructed or remain the same.

**Split-diamond interchange**

A split-diamond interchange is used where local streets are too close to each other to allow for safe operations of the entrance and exit ramps. Ramps are combined and a one-way frontage road is used between the local streets.



**Exhibit 3-10.  Revised Viaduct Alternative lane configuration and interchange reconstruction**



The Revised Viaduct Alternative includes two Expansion Options from Brighton Boulevard to Colorado Boulevard: North or South. Each Expansion Option moves the centerline of the highway approximately 70 feet north or south of the existing centerline. The North Option pushes the north edge of the highway up to 160 feet north from the existing highway edge in some areas. The South Option pushes the south edge of the highway up to 140 feet south of the existing highway edge. This is needed to accommodate the larger footprint resulting from wider lanes and shoulders and construction phasing.

**Expansion Options**

Expansion Options refer to the North or South Options of the No-Action Alternative and the Revised Viaduct Alternative. These move the north edge of the highway north or the south edge of the highway south of the existing facility from Brighton Boulevard to Colorado Boulevard.

and the Revised Viaduct Alternative also includes two Operational Options from I-25 to Tower Road: General-Purpose Lanes or Managed Lanes (shown Exhibit 3-11).

**Exhibit 3-11.  Revised Viaduct Alternative and Options**



Exhibit 3-12 shows a typical section for the Revised Viaduct Alternative, General-Purpose Lanes Option. Exhibit 3-13 shows a typical section for the Revised Viaduct Alternative, Managed Lanes Option.

**Exhibit 3-12.  Typical section for the Revised Viaduct Alternative, General-Purpose Lanes Option (Between Brighton Boulevard and Colorado Boulevard)**

**Exhibit 3-13.  Typical section for the Revised Viaduct Alternative, Managed Lanes Option (between Brighton Boulevard and Colorado Boulevard)**



The Revised Viaduct Alternative provides local north-south connectivity across I-70 via York Street, Josephine Street, Columbine Street, Clayton Street, Fillmore Street, Milwaukee Street, Steele Street/Vasquez Boulevard, and Monroe Street, as shown in Exhibit 4-20 and Exhibit 4-21 in Chapter 4, Transportation Impacts and Mitigation Measures. Access to Elizabeth Street will be available via 46th Avenue; however, Elizabeth Street will not connect across I-70.

As part of this alternative, 46th Avenue will run underneath the highway as a two-lane road with turn lanes to provide local east-west connectivity. The minimum height under the viaduct is 16.5 feet, which provides sufficient clearance for large vehicles. There are five-foot sidewalks located 10 feet from the north and south edges of the viaduct to move pedestrians away from the viaduct structure.



*Bird's-eye view simulation of Revised Viaduct Alternative looking west from Fillmore Street (North Option)*

To keep 46th Avenue farther away from the Swansea Elementary School property, it is located under the viaduct below the eastbound direction of I-70. The additional space under the viaduct below the westbound lanes of I-70 adjacent to 46th Avenue could be used as a space for community and neighborhood activities. See Exhibit 5.2-15 in Section 5.2, Social

and Economic Conditions, for design options for the space under the viaduct.

This alternative includes a drainage system north of I-70 to capture onsite water runoff from the viaduct via an underground storm drain pipe. The alignment for this drainage system is shown in Section 5.14, Floodplains and Drainage/Hydrology.

The Revised Viaduct Alternative east of Colorado Boulevard includes the improvements discussed earlier in Section 3.7.

### 3.7.3   Partial Cover Lowered Alternative

The Partial Cover Lowered Alternative removes the existing I-70 viaduct between Brighton Boulevard and Colorado Boulevard, lowering the highway below grade in this area. It adds additional lane(s) in each direction from Brighton Boulevard to Tower Road. It also adds capacity from I-25 to Brighton Boulevard by restriping. This alternative includes a cover over the highway between Clayton Street and Columbine Street. The highway will start descending west of Brighton Boulevard to reach the maximum depth of approximately 40 feet below ground level just east of the UPRR. This depth will allow the railroad to cross above the highway. The remaining portion of the lowered section has a depth of approximately 25 feet below grade. The lowered highway ascends just east of the Burlington Northern Santa Fe (BNSF) Denver Market Lead Railroad to reach the existing grade east of the Colorado Boulevard interchange.

Exhibit 3-14 shows a profile view of the Partial Cover Lowered Alternative from Brighton Boulevard to Clayton Street.

**Partial Cover Lowered Alternative, Expansion Options**

The Partial Cover Lowered Alternative does not include Expansion Options because I-70 can only be widened to the north with this alternative. Widening to the south is not possible because of the location of the UPRR rail yard west of the Nestlé Purina PetCare Company facility.

**Exhibit 3-14.  Profile view of the Partial Cover Lowered Alternative from Brighton Boulevard to Colorado Boulevard**





There are two Connectivity Options with this alternative between Brighton Boulevard and Colorado Boulevard: the Basic Option and the Modified Option (shown in Exhibit 3-15).

**Connectivity Options**

The Partial Cover Lowered Alternative includes two Connectivity Options to create a multimodal transportation system to support a livable, connected, and sustainable city.

**Exhibit 3-15. Partial Cover Lowered Alternative**



The Partial Cover Lowered Alternative east of Colorado Boulevard includes the improvements discussed earlier in Section 3.7.

Lowering I-70 requires capturing offsite surface runoff that currently flows south to north. The offsite drainage system included in this alternative is designed to prevent the lowered section of I-70 from flooding. This storm drain system will be conveyed south of I-70 through Globeville Landing Park and discharge to the South Platte River. An onsite drainage system is designed north of I-70 to capture runoff from the highway. Design of the Partial Cover Lowered Alternative includes the same lane configuration as the Revised Viaduct Alternative, which is shown in Attachment A, *Alternative Maps*.

Partial Cover Lowered Alternative, Basic Option

With the Basic Option local east-west connectivity is provided through 46th Avenue, which is designed as a one-way two-lane road in each direction. Eastbound 46th Avenue is located on the south side of the highway and westbound 46th Avenue is located on the north side. There are sidewalks adjacent to the roadway.

Highway access with the Basic Option is provided through a split-diamond interchange at Colorado Boulevard and Steele



*Bird's-eye view simulation of Partial Cover Lowered Alternative looking west from west of Vasquez Boulevard (Basic Option)*

Street/Vasquez Boulevard. Exhibit 3-16 illustrates the number of lanes for this option and shows which interchanges will be reconstructed or remain the same.

**Exhibit 3-16.  Partial Cover Lowered Alternative, Basic Option lane configuration and interchange reconstruction**



The additional lanes and space needed for 46th Avenue result in a footprint that is approximately three times greater than the existing footprint. Exhibit 3-17 shows a typical section for the Partial Cover Lowered Alternative, Basic and General-Purpose Lanes Options. Exhibit 3-18 shows a typical section for the Partial Cover Lowered Alternative, Basic and Managed Lanes Options.

**Exhibit 3-17.  Typical section of the Partial Cover Lowered Alternative, Basic Option with general-purpose lanes (between Brighton Boulevard and Colorado Boulevard)**



**Exhibit 3-18.  Typical section of the Partial Cover Lowered Alternative, Basic Option with managed lanes (between Brighton Boulevard and Colorado Boulevard)**



The local connectivity north-south across I-70 between Brighton Boulevard and Colorado Boulevard is provided by highway overpasses at York Street, Josephine Street, Columbine Street, Clayton Street, Steele Street/Vasquez Boulevard, and Monroe Street, as shown in Exhibit 4-20 in Chapter 4, Transportation Impacts and Mitigation Measures. Elizabeth Street will be closed between 46th Avenue and 47th Avenue to accommodate the Swansea Elementary School expansion.

The Basic Option extends the edge of I-70 155 feet and the outside edge of the 46th Avenue sidewalk 195 feet closer to the Swansea Elementary School building. The front of the school will be approximately 65 feet from the edge of the 46th Avenue sidewalk.

This option includes a cover above the highway between the Clayton Street and Columbine Street bridges. This 900-foot-long cover is adjacent to Swansea Elementary School.

This is the most desirable location along the corridor for the highway cover because of its proximity to the school and because it accommodates the maximum length of the cover that can be placed on the highway. An increased length of cover will require consideration for additional safety features, such as fire suppressant and ventilation systems.

The highway cover design includes an urban landscape to serve the community with the potential to include playgrounds, plazas, outdoor classrooms, and community gardens. Strategically placed landscape elements—such as trees and shrubs—are included only at designated locations to minimize the loading on the structure. Ownership and maintenance of the cover has not been determined at this time. CDOT is working with Denver and various other stakeholders to develop agreements for ownership and maintenance, which will be finalized before construction begins. Exhibit 5.2-16 in Section 5.2, Social and Economic Conditions, shows three different options for the conceptual design of the urban landscape on the highway cover.

### Partial Cover Lowered Alternative, Modified Option

The Modified Option of the Partial Cover Lowered Alternative removes the current highway access at Steele Street/Vasquez Boulevard. Instead, a full interchange is designed at Colorado Boulevard, allowing eastbound and westbound access at this location. Local east-west connectivity is provided by making 46th Avenue two way on the north side and the south side of the highway. However, 46th Avenue is discontinued on the north side of the highway between Clayton Street and Columbine Street to allow for a seamless connection of Swansea Elementary School to the highway cover, which is located in that area.

Exhibit 3-19 illustrates the number of lanes for this alternative and shows which interchanges will be reconstructed or remain the same.

**Colorado Boulevard: A full interchange**

The Modified Option of the Partial Cover Lowered Alternative removes the highway access at Steele Street/Vasquez Boulevard. Instead, a full interchange is designed at Colorado Boulevard, allowing eastbound and westbound access at this location.

**Exhibit 3-19.  Partial Cover Lowered Alternative, Modified Option lane configuration and interchange reconstruction**



The removal of the interchange at Steele Street/Vasquez Boulevard eliminates auxiliary lanes. This will provide a smaller highway footprint than currently exists from York Street to Steele Street/Vasquez Boulevard. Also, the centerline of I-70 moves 24 feet further south compared to the Basic Option. This reduces the construction limits on the north side of the highway while keeping the south construction limits the same as they are with the Basic Option.

Exhibit 3-20 shows a typical section for the Partial Cover Lowered Alternative, Basic and General-Purpose Lanes Options. Exhibit 3-21 shows a typical section for the Partial Cover Lowered Alternative, Basic and Managed Lanes Options.

**Exhibit 3-20.  Typical section of the Partial Cover Lowered Alternative, Modified Option with general-purpose lanes (between Brighton Boulevard and Colorado Boulevard)**



**Exhibit 3-21.  Typical section of the Partial Cover Lowered Alternative, Modified Option with managed lanes (between Brighton Boulevard and Colorado Boulevard)**



The additional lanes and space needed for 46th Avenue result in a highway footprint that is approximately three times greater than the existing footprint. The Partial Cover Lowered Alternative, Modified Option pushes the north edge of the highway up to approximately 150 feet north from the existing edge of the highway.

Local north-south connectivity across I-70 is similar to the Basic Option with additional connection provided at Milwaukee Street. A pedestrian bridge is designed at Josephine Street across the

highway to create a safe crossing location for bicycles and pedestrians. York Street between 45th Avenue and 48th Avenue is converted from its current one-way configuration to one that is two-way, as shown in Exhibit 4-21 in Chapter 4, Transportation Impacts and Mitigation Measures.

The Modified Option moves the edge of I-70 120 feet closer to the school. With this option, 46th Avenue is removed between the highway and the school.

The Modified Option includes a second cover over I-70 between St. Paul Street and Cook Street. Denver is currently investigating the potential of providing redevelopment opportunities with this additional cover. Any development on the cover proposed by Denver has to comply with FHWA airspace requirements.

## 3.8    Are other design variations being considered?

Design variations are being considered for the Partial Cover Lowered Alternative. There are no design variations being considered for any of the other alternatives at this time. The Basic and Modified Connectivity Options for the Partial Cover Lowered Alternative are fully evaluated in this document. Other design variations to these options are being considered but are not evaluated and remain as unresolved issues. As part of the public outreach process, CDOT and FHWA will continue to seek feedback from the community, stakeholders, and public agencies on these variations.

> **Design variations**
>
> Design variations are possible changes to the original design of a transportation facility element that do not pose major additional impacts to the environment and stay within the project's construction limits.

The variations under consideration relate to the following elements:

- Access to I-70 at Steele Street/Vasquez Boulevard
- Highway cover
- Frontage roads
- North-south connectivity

These variations were developed to respond to community concerns and to balance community, business, and transportation needs. The following goals helped to develop these variations:

- Maintain the Steele Street/Vasquez Boulevard access to I-70 as an important local and regional access point for businesses needing access to the interstate for commerce

- Maximize north-south and east-west connectivity across and adjacent to I-70 for all modes of transportation

- Minimize the impact of the Steele Street/Vasquez Boulevard interchange on adjoining properties and the neighborhoods

- Consider traffic operations, including access to potentially developable properties in and around the highway interchanges

- Explore the expansion of the Swansea cover to the east and west as far as technically and financially feasible; and understand the technical and financial feasibility of a cover east of Steele Street/Vasquez Boulevard

- Consider the possibility of shifting connectivity from Monroe Street to Jackson Street

These variations do not substantially change the impacts to most resources and do not increase the project's construction limits. Traffic, noise, and air quality analysis may change slightly if these variations are implemented. Additional analysis will be performed prior to completion of the Final EIS. The Partial Cover Lowered Alternative could include some or none of these variations.

### 3.8.1   Access to I-70 at Steele Street/Vasquez Boulevard

Access to I-70 at Steele Street/Vasquez Boulevard is included in the Basic Option as part of a split diamond interchange with Colorado Boulevard, and is eliminated in the Modified Option with a full diamond interchange at Colorado Boulevard (see Exhibit 3-22 and Exhibit 3-23).

**Exhibit 3-22.   Steele Street/Vasquez Boulevard and Colorado Boulevard split diamond interchange**



**Exhibit 3-23.   Full diamond interchange at Colorado Boulevard**



The elimination of highway access at Steele Street/Vasquez Boulevard allows for incorporation of a cover over the highway at this location. It also provides an opportunity for redevelopment in this area. However, the majority of community members did not support the loss of highway access at Steele Street/Vasquez Boulevard. Business owners, Commerce City officials, Adams County officials, and the Colorado Motor Carriers Association also expressed their concerns regarding removing access at Steele Street/Vasquez Boulevard and limited mobility with the full diamond interchange at Colorado Boulevard.

To address stakeholders concerns, design variations were developed to allow for access at Steele Street/Vasquez Boulevard while providing opportunities for development in the area. These design variations include a split diamond configuration with Colorado Boulevard that incorporates roundabouts or a signalized intersection at the ramp junction, as well as differences in ramp and frontage road locations and connections. The variations are shown in Exhibit 3-24 and Exhibit 3-25.

**Exhibit 3-24.   Steele Street/Vasquez Boulevard design variation with roundabouts**



**Exhibit 3-25.   Steele Street/Vasquez Boulevard design variation with signalized intersections**



The roundabouts result in additional connectivity from eastbound I-70 to the westbound 46th Avenue two-way frontage road that will reduce traffic exiting at Brighton Boulevard and

improve vehicle operations at the I-70 and Brighton Boulevard interchange. Another key benefit of the roundabouts is that they provide improved operations for ramp traffic and Steele Street/Vasquez Boulevard traffic entering I-70. The design variation with traffic signals will result in more vehicles stacking up both southbound and northbound on Steele Street/Vasquez Boulevard compared to the roundabouts.

The benefits of the design variation with traffic signals are that it can be constructed in a slightly smaller footprint than the roundabouts. Also, pedestrian movements at signalized intersections are protected with crossing signals, while roundabout pedestrians cross the streets without crossing signals.

### 3.8.2   Highway cover

The Basic Option includes a 900-foot-long highway cover between Clayton Street and Columbine Street in front of Swansea Elementary School, but separated by a one-way frontage road. The Modified Option removes the frontage road between the highway cover and Swansea Elementary School and proposes an additional cover between St. Paul Street and Cook Street.

Variations to the highway cover in front of Swansea Elementary School include differences in length. The cover can be substantially extended eastward to Fillmore Street, or minimally extended beyond Clayton Street and Columbine Street. Although the extended cover improves the north-south community connectivity and provides additional useful public space in the neighborhood, it may create air quality impacts and may result in violation of regional air quality standards. Also, a longer cover requires additional ventilation and emergency equipment, which will add design complications and cost.

Design variations to the second cover include the location of the cover, the length of it, and its use. The cover can be located anywhere between Fillmore Street and Monroe Street and can be created in various lengths. The area on top of the cover can include different uses built by others or it can become additional community space. Although the additional cover between Fillmore Street and Monroe Street improves the north-south community connectivity and may provide additional public space in the neighborhood, it also may pose air quality impacts and may result in violation of regional air quality standards. Any development on the additional cover also has to comply with federal airspace requirements and requires greater coordination than typical development.

### 3.8.3   Frontage roads

With the Basic Option, 46th Avenue is designed as one-way frontage roads on the north and south sides of the highway, including running between the school and the highway cover. The Modified Option creates two-way frontage roads on the north and south sides of the highway, and removes 46th Avenue next to the school.

Design variations include more opportunities for two-way frontage roads in various places alongside the highway.

Two-way frontage roads improve community cohesion by improving local access and east-west mobility through the neighborhood. Vehicular movement on two-way roads is slower in comparison to one-way roads, so pedestrian safety is improved with two-way roads. However, one-way frontage roads are easier for pedestrians to cross.

### 3.8.4   Neighborhood connections

Both Basic and Modified Options of the Partial Cover Lowered Alternative maintain the north-south neighborhood connections across the highway. The Basic Option was developed to provide better east-west connectivity. The Modified Option was developed to better connect the community north-south across the highway through changes to traffic circulation.

Design variations include additional connections across the highway for all transportation modes, including vehicles, bicycles, and pedestrians. The locations of these crossings are dependent on the type of intersection at Steele Street/Vasquez Boulevard, as discussed in Section 3.8.1. Design variations for north-south crossings include a new multimodal crossing at Fillmore Street, a new pedestrian/bike crossing at Milwaukee Street, and moving the Monroe Street crossing to Jackson Street. Other crossing locations also can be considered.

## 3.9   What are the capital and maintenance costs of the Supplemental Draft EIS alternatives?

Capital cost estimates for the Supplemental Draft EIS alternatives are based on conceptual design engineering and include earthwork, utility relocation, roadway and structure construction, and right-of-way costs.

Exhibit 3-26 summarizes the preliminary capital cost estimates for the alternatives in this document.

**Capital cost**

Capital costs are fixed, one-time expenses for the purchase of land, construction materials, and labor to construct a project.

**Exhibit 3-26.  Supplemental Draft EIS alternatives capital cost summary**

| Alternatives/Options | Capital Cost, I-25 to Tower (in millions of 2013 dollars) | |
| --- | --- | --- |
| | General-Purpose Lanes Option | Managed Lanes Option[1] |
| No-Action Alternative, North Option | $550 | N/A |
| No-Action Alternative, South Option | $540 | N/A |
| Revised Viaduct Alternative, North Option | $1,490 | $1,640 |
| Revised Viaduct Alternative, South Option | $1,500 | $1,660 |
| Partial Cover Lowered Alternative, Basic Option | $1,680 | $1,810 |
| Partial Cover Lowered Alternative, Modified Option | $1,760 | $1,890 |

[1] The Managed Lanes Option does not include costs associated with tolling infrastructure and implementation.

Four major elements were used to evaluate the differences between the alternatives with regard to maintenance costs: (1) bridges, (2) retaining walls, (3) pavement, and (4) the highway cover maintenance. The cost of maintaining the viaduct structure is generally higher than the cost to maintain retaining walls (which are used in the Partial Cover Lowered Alternative).

**Maintenance cost**

The maintenance cost is the ongoing cost to keep the road in good condition and operational.

The total anticipated maintenance costs for the alternatives and options are listed in Exhibit 3-27. The maintenance of the cover is anticipated by parties other than CDOT and is not identified at this point. CDOT is working with Denver to identify the cost of maintaining the amenities on the cover.

**Exhibit 3-27.  Supplemental Draft EIS alternatives maintenance cost summary**

| Alternatives/Options | Annual Maintenance Cost (in millions of 2013 dollars per year) |
| --- | --- |
| No-Action Alternative | $10.3 |
| Revised Viaduct Alternative | $16.3 |
| Partial Cover Lowered Alternative, Basic Option | $11.7 |
| Partial Cover Lowered Alternative, Modified Option | $11.6 |

Note: There is no maintenance cost difference shown between general-purpose lanes and managed lanes. The costs do not reflect the maintenance of the tolling infrastructure. These costs are calculated based on the widest footprint and will be refined in the Final EIS.

## 3.10   What is the project's financing strategy and how is it related to the regional and statewide transportation planning process?

The proposed Managed Lanes will not produce sufficient revenues to pay for the Project, and are primarily being proposed as a traffic management tool. The revenues from the proposed Managed Lanes will help offset the cost of operating and maintaining the improvements. Policymakers will need to demonstrate a reasonable likelihood of funding from other sources to implement the entire project, or a logical phasing of the project, before inclusion in the fiscally constrained section of the DRCOG 2035 MVRTP.

CDOT is currently evaluating the potential revenue that might be generated from the Managed Lanes Option. This document does not include detailed finance plans for the alternatives under consideration. Finance plans will be developed as part of the Final EIS and will reflect anticipated funding, as well as financing strategies.

Financing options for I-70 East have been under active consideration by CDOT. To date, approximately $1.17 billion has been identified from the following potential funding sources for the I-70 East project:

- Bridge Enterprise Revenues ($850 million)
- DRCOG/STP-Metro/CMAQ funds ($50 million)
- SB09-228 funds ($271 million)

The I-70 East project is part of a coordinated regional transportation planning process intended to ensure regional air quality conformity and to identify project funding. The transportation planning process in the Denver region is guided by DRCOG, which serves as the region's metropolitan planning organization and develops both short-term and long-term transportation plans.

The planning documents developed by DRCOG and currently used by various state and local agencies to prioritize improvements and identify transportation projects are the 2035 MVRTP (2011) and the *2012–2017 Transportation Improvement Program* (TIP) (2012a).

In addition to the documents developed by DRCOG, CDOT also produces transportation plans for the state. These have recently included Colorado's *2035 Statewide Transportation Plan* (STP) (CDOT, 2007a) and the *2012–2017 Statewide Transportation*

### Funding sources

<u>Bridge Enterprise Revenues</u>—Bridge Enterprise was formed by CDOT in 2009 as part of the FASTER (Funding Advancement for Surface Transportation and Economic Recovery) legislation to finance, repair, reconstruct, and replace structurally deficient bridges. It is funded through a vehicle registration bridge safety surcharge.

<u>Surface Treatment Program</u>—Metro and Surface Treatment Program—Congestion Mitigation/Air Quality— DRCOG administers and selects projects for funding from the federal programs STP-Metro/CMAQ. STP-Metro funds are mostly used on roadway improvements. CMAQ funds are used mostly for projects and activities related to improving air quality and reducing congestion.

<u>Senate Bill 09-228 Transfers</u>—SB 09-228 sets the conditions that must be met for funds from the State General Fund to transfer to transportation.

*Improvement Program* (STIP) (CDOT, 2012b). Exhibit 3-28 shows the relationship between the planning documents developed by DRCOG and CDOT. The 2008 Draft EIS describes these planning documents in more detail.

Components of the I-70 East EIS are included in planning documents, as discussed below.

### 2035 Metro Vision Regional Transportation Plan

The 2035 MVRTP provides the vision for the Denver metropolitan area's transportation system. The 2035 MVRTP includes a corridor vision and strategies specifically for I-70.

In addition to defining overall transportation system needs, the 2035 MVRTP includes the *Fiscally Constrained Regional Transportation Plan* (Fiscally Constrained RTP). The Fiscally Constrained RTP includes only those transportation projects from the 2035 MVRTP that can be built by 2035 based on current forecasts for transportation funding. Regionally significant projects like the highway improvements that are being considered as part of this EIS must be part of the Fiscally Constrained RTP and the TIP to be eligible for federal funding.

Currently, the only I-70 improvements within the project area that are listed in the Fiscally Constrained RTP are a new interchange at Central Park Boulevard (completed in 2012), future replacement of the viaduct from Brighton Boulevard to York Street ($256 million, 2008 dollars), and travel lanes to be added from I-270 to Havana Street ($166 million, 2008 dollars).

**Exhibit 3-28.  Relationship between DRCOG and CDOT planning documents**



### 2012–2017 Transportation Improvement Program

The 2012–2017 TIP is a six-year implementation program for the Fiscally Constrained RTP that is required by federal regulations. For projects to be included in the TIP, they must be identified in the Fiscally Constrained RTP. The TIP identifies all federally funded transportation projects anticipated for the Denver metropolitan area during fiscal years 2012 to 2017. Within the project area, the current TIP includes a new interchange on I-70 at Central Park Boulevard (completed in 2012). It also includes the funding for this environmental study.

### 2012–2017 Statewide Transportation Improvement Program

The STIP is the planning document that identifies the transportation projects CDOT intends to fund over a six-year period. Currently, projects through 2015 have been programmed to receive funding. The STIP is prepared in cooperation with local governments throughout the state and is developed concurrently with DRCOG's TIP. All state and federally funded transportation projects are included in the STIP. Projects included in the STIP are consistent with the STP and conform to the applicable state air quality implementation plan.

The 2012–2017 STIP includes funding for the development of the I-70 East EIS, repairing portions of the I-70 viaduct from Brighton Boulevard to Colorado Boulevard, and the construction of a new interchange at Central Park Boulevard (completed in 2012).

## 3.11 What is the preliminarily identified Preferred Alternative?

FHWA and CDOT have preliminarily identified the Partial Cover Lowered Alternative with Managed Lanes Option as the Preferred Alternative for I-70 East. This alternative and associated option is the preliminarily identified Preferred Alternative because it meets the project purpose and need, best addresses community concerns, has the most community and agency support, and—with the proposed mitigations—appears to cause the least overall impact.

FHWA and CDOT will consider feedback provided during the Supplemental Draft EIS public review process before identifying the Preferred Alternative in the Final EIS.

### 3.11.1 Why was the Partial Cover Lowered Alternative preliminarily identified as the Preferred Alternative?

Many factors were considered in preliminarily identifying the Preferred Alternative. These factors included:

- Support from the community
- Environmental justice mitigation measures
- Neighborhood cohesion
- Support from local officials
- Swansea Elementary School location
- Visual and aesthetic qualities
- Drainage
- Comparison of potential impacts to the environment
- Cost effectiveness

Each factor is described in the following subsections.

**Support from the community**

The project team used an extensive public involvement approach leading up to and following the release of the 2008 Draft EIS. Throughout the many opportunities to provide input, the majority of the public who are impacted by the project and live within the project area have consistently expressed a preference for the Partial Cover Lowered Alternative.

**Environmental justice mitigation measures**

The Partial Cover Lowered Alternative allows for more mitigation measures to alleviate the highway impacts to the low-income and minority populations. The Basic Option includes a cover on the highway from Columbine Street to Clayton Street. The 900-foot-long cover includes a four-acre open space/park with the potential to include playgrounds, plazas, outdoor classrooms, and community gardens.

While the initial impact to the Swansea Elementary School property will be considerable, the Partial Cover Lowered Alternative allows for the school site layout reconstruction to include an additional 0.4 acre for school facilities. It also places the school next to the four-acre park/open space on the highway cover, which includes amenities that will benefit the school and students.

**Neighborhood cohesion**

All evaluated alternatives will maintain connectivity in the study area in some sense. Although the Partial Cover Lowered Alternative eliminates some local north-south connectivity, it provides a greater sense of neighborhood cohesion by removing the dominant visual barrier created by the highway structure in this neighborhood, particularly near the proposed cover.

**Support from local officials**

A letter supporting the Partial Cover Lowered Alternative was received on June 6, 2013, from Commissioner Eva Henry of Adams County, Mayor Michael Hancock of Denver, and Mayor Sean Ford of Commerce City. Their preference for this alternative is based on improved pedestrian connections and facilities assimilated with the highway cover, as well as overall improvement to north-south and east-west movement in the corridor. CDOT will continue to work with local jurisdictions after publishing the Supplemental Draft EIS to refine and improve the design of this alternative.

**Swansea Elementary School location**

The Swansea Elementary School has been identified as a very important and valuable resource in the Elyria and Swansea Neighborhood. The Partial Cover Lowered Alternative provides the best solution compared to the other alternatives to keep the school in the neighborhood at its current location. The alternative also redesigns and expands the school grounds and provides upgrades to the school building.

**Visual and aesthetic qualities**

The Partial Cover Lowered Alternative includes noise walls or safety barriers of 10 feet to 20 feet in height, which will provide an opportunity for inclusion of meaningful artwork in the neighborhood. Noise walls or safety barriers will not be required in the area where the cover is located, providing a clear north/south view across the highway. The dominating visual presence of the highway will greatly decrease with this alternative.

**Drainage**

With the Partial Cover Lowered Alternative, an extensive drainage system is required on the north and south sides of I-70. Although the Revised Viaduct Alternative also improves the drainage system, the Partial Cover Lowered Alternative greatly improves drainage in the surrounding neighborhoods. The drainage system south of I-70 with the Partial Cover Lowered Alternative will capture the water flow and eliminate water from running into the proposed below-grade highway, while also alleviating flooding in the neighborhood north of it.

**Comparison of potential impacts to the environment with each Build Alternative**

Both Build Alternatives share the same impacts in the eastern end of the corridor (east of Colorado Boulevard). The only difference in impacts occurs in the Elyria and Swansea Neighborhood between Brighton Boulevard and Colorado Boulevard. These differences are summarized in the following subsections. For a more in-depth discussion of project impacts, refer to Chapter 5, Affected Environment, Environmental Consequences, and Mitigation.

Property acquisitions

More property acquisitions are required with the Partial Cover Lowered Alternative compared to the Revised Viaduct Alternative. Both alternatives will compensate these landowners in accordance with the U.S. Constitution and the Uniform Act.

Exhibit 3-29 shows the number of estimated property acquisitions (residential housing units and businesses) by alternative.

**Exhibit 3-29.   Build alternatives property acquisitions**

| Alternatives/Options | Property Acquisitions | |
| --- | --- | --- |
| | **Housing Units** | **Business Relocations** |
| Revised Viaduct Alternative | 38 to 44 | 15 to 24 |
| Partial Cover Lowered Alternative | 49 to 53 | 20 |

Noise

Noise analysis results show that there are fewer impacts with the Partial Cover Lowered Alternative due to the 900-foot cover placed in a primarily residential area that suppresses the highway noise in that location. Also, the lowered profile of the highway reduces the highway traffic noise impacts in the surrounding neighborhoods.

Wetlands and other waters of the U.S.

Wetland impacts are the same for both Build Alternatives. Impacts to other waters of the U.S. (specifically, the South Platte River) differ by 0.005 acre. The drainages required under the Build Alternatives will cause minor impacts to the South Platte River. Both Build Alternatives will construct a drainage system north of I-70 and will have the same potential impacts (0.001 acre temporary) to the river as a result of this system. However, only the Partial Cover Lowered Alternative requires a drainage system south of I-70, which results in 0.005 acre of additional temporary impact to the South Platte River channel. The addition of bridge piers at Sand Creek also results in impacts to other waters of the U.S. by both Build Alternatives; however, the impacts will be the same (0.0001 acre of permanent impact and 1.194 acres of temporary impact).

Railroads

The Partial Cover Lowered Alternative may adversely affect the UPRR and BNSF Railway historic railroad bridges. The bridges will be replaced to maintain railroad operations with both of the Build Alternatives. There is a potential impact to the UPRR rail yard, as well, with the Partial Cover Lowered Alternative.

### Historic resources

The Partial Cover Lowered Alternative, Basic Option has the potential to affect 72 eligible or listed historic properties and contributing properties, compared to 61 to 68 properties with the Revised Viaduct Alternative. Ultimately, the Partial Cover Lowered Alternative adversely affects eight to 16 additional historic properties not affected by the Revised Viaduct Alternative, including contributing properties to the Alfred R. Wessel Historic District.

### Hazardous materials

The Revised Viaduct Alternative will potentially encounter the least amount of hazardous materials (21 to 22 sites versus 26 for the Partial Cover Lowered Alternative). The nature of the potential effects is better known because major subsurface excavation is not required. Disturbing greater volumes of soil and/or groundwater, as in the Partial Cover Lowered Alternative, increases the potential to affect hazardous materials.

### Other resources

There is very little difference between the Revised Viaduct Alternative and Partial Cover Lowered Alternative in terms of impacts to other resources. With mitigation, most project impacts can be avoided or minimized.

### Cost effectiveness

FHWA and CDOT considered the capital cost of each alternative. The Revised Viaduct Alternative with Managed Lanes Option costs approximately $1,640 to $1,660 million to construct and the Partial Cover Lowered Alternative with Managed Lanes Option costs approximately $1,800 to $1,810 million to construct.

### 3.11.2  Why was the Managed Lanes Option of the Partial Cover Lowered Alternative included in the preliminarily identified Preferred Alternative?

The Managed Lanes Option was preliminarily identified as the Operational Option of the Preferred Alternative in response to the Colorado Transportation Commission Policy Directive 1603.0 (CDOT Office of Policy & Government Relations, 2013). This directive requires managed lanes to be strongly considered during the planning and development of capacity improvements on any state highway facilities, as described in the following subsections.

**Operational flexibility and mobility**

Long-term operational flexibility and mobility is the major benefit of the Managed Lanes Option. The option allows adjustments to be made to traffic operations in real time. In addition, managed lanes provide drivers with flexibility by allowing them to pay a fee to bypass congestion on general-purpose lanes. This can improve reliability in travel times. It also allows CDOT to manage congestion over the long term, thereby reducing the need for future expansion. The Managed Lanes Option also has a higher throughput potential in terms of accommodating more people at a given time. This option accommodates express buses, vanpools, and other high-occupancy vehicles and, therefore, it can provide increased service to those riders. This also promotes use of the RTD buses and carpools to avoid congestion.

**Construction and operating costs**

The Managed Lanes Option will cost approximately $150 to $170 million more than the General-Purpose Lanes Option, primarily because of the cost to accommodate direct connections—including associated property impacts. However, the Managed Lanes Option will reduce CDOT's annual operating cost responsibility, assuming that a portion of the operation and maintenance cost for the managed lanes is covered by revenue.

**Financial flexibility**

While the Managed Lanes Option requires more capital investment and increases total operating and maintenance costs, it also brings another source of capital to the project that could be critical within the current financial environment.

Financial analysis is still underway to assess the financial feasibility of the Managed Lanes Option and whether net revenue after operations, maintenance, and debt service will be contributed to the project, thus reducing the need for traditional federal and state gas tax revenue. While it is unlikely that the Managed Lanes Option tolls will pay for the entire cost of the project, it seems far more likely that tolls will support reasonably allocated costs, which can be attributed to tolling (for example, additional right of way, tolling infrastructure, and tolls operations).

**Construction phasing**

The construction phasing analysis identifies some of the issues involved with maintaining traffic and railroad operations during the construction. The intent is to confirm that a doable construction phasing scenario exists and that the associated environmental effects are understood. The actual phasing and timing of the work will be determined during final design.

## 3.12   How will the preliminarily identified Preferred Alternative be constructed?

Construction is necessary to build new highway facilities, railroad bridges, local street bridges, storm drainage and collection systems, utilities, pavement reconstruction, and permanent traffic controls. Construction will result in impacts to the traveling public, businesses, and residents. Construction phasing strategies will help minimize these effects. Also, access to businesses will remain open during construction through construction phasing and mitigation measures. During final design, specific detailed traffic control plans will be prepared. The traffic control plans will take into consideration the trade-offs between larger effects to traffic but shorter duration of construction versus smaller effects to traffic but longer duration of construction. An example is a ramp closure that will accelerate construction versus maintaining access to the ramp, requiring additional phases and longer duration. This document does evaluate conceptual phasing assumptions to determine the potential environmental effects caused by construction.

I-70 will remain open to traffic during construction of the project. Short-duration closures will occur for exit and entrance ramps and individual lanes during off-peak hours. Construction mitigation measures and commitments are included in Chapter 5, Affected Environment, Environmental Consequences, and Mitigation, of this document. More detail about phasing strategies is in Attachment C, *Alternative Analysis Technical Report*.

## 5.14   Floodplains and Drainage/Hydrology

*This section discusses floodplain and drainage/hydrology resources and explains why they are important to the project. The impacts from the project alternatives on these resources also are evaluated, and proposed mitigation measures are discussed to minimize negative effects.*

### 5.14.1  What are floodplains and ponding areas and why are they important to this project?

Floodplains typically are defined as areas adjacent to streams and rivers that periodically are flooded by water. The flood zones that are designated by the Federal Emergency Management Agency (FEMA) within the study area fall along the South Platte River and Sand Creek. Both of these areas are classified as having a one-percent chance of flooding each year. Potential ponding areas are developed areas with undersized storm drain systems that result in periodic flooding during storm events. It is important to perform a detailed analysis of floodplains, ponding areas, and drainage to ensure that adequate drainage is designed for the project alternatives in case of a storm and that the project alternatives will not negatively impact the ponding areas.

### 5.14.2  Have there been any changes to floodplains and drainage/hydrology in the study area or to the analysis process since the release of the 2008 Draft EIS?

With elimination of some of the previously analyzed alternatives in the 2008 Draft EIS, the study area has been modified to focus only on the alternatives that are under consideration in the Supplemental Draft EIS. The new smaller study area no longer includes Westerly Creek as a major drainageway. Analysis has been updated to include potential ponding areas identified by Denver. Additionally, the revised and new project alternatives have different impacts on floodplains and drainage/hydrology in the study area.

### 5.14.3  What study area and process were used to analyze floodplains and drainage?

The study area for the floodplains and drainage is the combined construction limits of the project alternatives. It includes bridge crossings at the South Platte River and Sand Creek, as seen in Exhibit 5.14-1. Both streams include a delineated 100-year floodplain.

**Delineated 100-year floodplain**

The area of normally dry land that is subject to flooding during a 100-year flood event (also described as the one-percent annual chance flood event)

**Exhibit 5.14-1.    Floodplains and drainage study area**



Additionally, I-70 East crosses potential ponding areas identified in several locations. These are located in areas of the watershed that receive substantial surface flows or where water collects during extreme rainfall events.

A review of the effective FEMA Flood Insurance Rate Maps was completed for the study area. The South Platte River and Sand Creek both have detailed hydrologic and hydraulic studies and delineated floodplains.

Smaller drainage crossings are not defined by FEMA; however, Denver has identified potential ponding areas within the study area. Potential ponding areas identified in the *Denver Storm Drainage Master Plan* (Denver Wastewater Management Division, 2005), *Park Hill (North of Smith Road) Drainage Outfall System Plan Conceptual Design Report* (Enginuity & Matrix Design Group, 2012), *Lower Montclair Street Flow Criteria Analysis Memorandum* (Enginuity, 2010), and the *Memorandum for I-70 Partial Cover Lowered Montclair Drainage Basin Hydrologic Analysis* (Enginuity, 2014) were used to identify areas for additional drainage consideration and analysis.

**FEMA floodplain zones**

Floodplain zones are geographic areas that FEMA has defined according to varying levels of flood risk. These zones are shown in a community's Flood Insurance Rate Map (FIRM) or Flood Hazard Boundary Map.

Each zone reflects the severity or type of flooding in the area.

### 5.14.4  What are the areas of floodplain and drainage interest that are being analyzed and what are their existing conditions?

The South Platte River is a confined urban floodplain that has been narrowed by previous development. The existing I-70 bridges and frontage road bridges cross the South Platte River. At this time, FEMA delineates the floodplain as Zone AE with calculated base flood elevations.

The existing I-70 bridge crosses Sand Creek. Channel stabilization projects have been constructed upstream and downstream of the existing bridge. FEMA currently delineates the floodplain as Zone AE with calculated base flood elevations.

Exhibit 5.14-2 shows the identified potential ponding areas along the I-70 corridor. These potential ponding areas represent flooding risks for the existing developed watershed, including flooded streets and structures.

**Exhibit 5.14-2.  Potential ponding areas**



Denver identified substantial offsite flows through the area, including approximately 2,691 cubic feet per second (cfs) crossing I-70 between Brighton Boulevard and York Street, approximately 400 cfs near Steele Street, and approximately 660 cfs crossing I-70 between Colorado Boulevard and Dahlia Street. The Denver recommendation is to design for a 20-percent chance (five-year) flow, while I-70 will be designed for a one-percent

**Cubic feet per second**

Cubic feet per second denotes the volume of water passing any given point in one second.

chance (100-year) event. The existing storm drainage system cannot convey these flows, resulting in substantial surface flows and potential ponding areas.

### 5.14.5  How do the project alternatives potentially affect floodplains and drainage?

The No-Action Alternative and the Revised Viaduct Alternative have a minimal impact to the potential ponding areas. The increased width of the viaduct could increase the amount of runoff from the I-70 viaduct. A proposed onsite drainage system (Exhibit 5.14-3) is designed for both the No-Action Alternative and Build Alternatives to capture and convey the onsite water flows and discharge into the South Platte River north of I-70 near Riverside Cemetery. This outfall will not change the boundary of the existing South Platte floodplain.

The Partial Cover Lowered Alternative substantially impacts the potential ponding areas located between Brighton Boulevard and Dahlia Street. The lowering of I-70 will create a depression that captures and retains surface flows from the upstream basin before their discharge to the South Platte River. The Partial Cover Lowered Alternative will capture approximately 3,993 cfs of offsite flow between Brighton Boulevard and Dahlia Street that currently drains north through the developed watershed. The capture of this offsite flow substantially reduces the ponding areas and existing flooding north of I-70. This drainage system (Exhibit 5.14-4) is along the south side of I-70, south of the coliseum and through Globeville Landing Park and discharges the offsite flows to the South Platte River; however, it will not change the boundary of the existing floodplain.

The Build Alternatives may impact the floodplain for Sand Creek with bridge construction and new bridge structures crossing this waterway. New bridge structures will be designed to have minimal effect on the existing regulatory base flood elevation and floodplain limits.

**Proposed drainage**

All the alternatives include drainage improvements on the north side of I-70 to capture and convey the onsite water runoff.

The Partial Cover Lowered Alternative also includes an offsite drainage system south of I-70 to capture surface water before it enters the lowered section of the highway.

**Exhibit 5.14-3.    Onsite drainage system north of I-70**



**Exhibit 5.14-4.   Offsite drainage for the Partial Cover Lowered Alternative south of I-70**



Attachment M, *Hydrology and Hydraulics Technical Report*, includes additional detail on the hydrologic and hydraulic analysis of the offsite and onsite drainage. A preliminary onsite hydrological analysis was done to estimate flows and size the drainage system to route the onsite flows to the South Platte River. Additional design and analysis for the proposed drainage facilities, including pipe and pond sizes, will be conducted as part of the final design.

### 5.14.6  How are the negative effects from the project alternatives mitigated for floodplains and drainage?

The No-Action Alternative and the Build Alternatives will not negatively impact the floodplain resources for the South Platte River and Sand Creek. The effects to human safety, health, and welfare will be minimized and the beneficial values of the floodplains will be preserved.

The potential ponding areas between Brighton Boulevard and Dahlia Street will be substantially impacted by the Partial Cover Lowered Alternative. To mitigate the risk to human safety, an offsite drainage system is required to capture and convey the offsite surface runoff before reaching the lowered section of I-70 between Brighton Boulevard and Colorado Boulevard and to discharge the stormwater runoff to the South Platte River. An additional offsite system is required to capture

the offsite flows between Colorado Boulevard and Dahlia Street, reduce the discharges in a regional detention pond, and convey the flows north of I-70 to an existing storm drain system.

The runoff from I-70 will be captured and conveyed in a storm drain system that discharges to the South Platte River. Prior to discharging to the South Platte River, the system will discharge to a water quality pond to provide water quality treatment. Additional detail on water quality is discussed in Section 5.16, Water Quality. Exhibit 5.14-5 lists the impacts and mitigations associated with floodplains and drainage/ hydrology.

**Exhibit 5.14-5.   Summary of floodplains and drainage/hydrology impacts and mitigations**

| Alternative | Permanent Impacts and/or Benefits | Mitigation Measures Specific to Alternatives |
|---|---|---|
| No-Action Alternative | Minimal impact to potential ponding areas due to the increased width of the viaduct, which may increase runoff from I-70 | Create detention ponds and implement storm drainage for onsite drainage system improvements |
| Revised Viaduct Alternative | • May impact the floodplain for Sand Creek since bridge construction and new bridge structures will cross this waterway<br><br>• Minimal impact to potential ponding areas due to the increased width of the viaduct, which may increase runoff from I-70 | |
| Partial Cover Lowered Alternative | • Impact to potential ponding areas due to the increased width of the highway, which may increase runoff from I-70<br><br>• The potential ponding areas between Brighton Boulevard and Dahlia Street will be substantially impacted due to lowered profile of the highway | • Create detention ponds and implement storm drainage for onsite drainage system improvements<br><br>• Build an offsite drainage system to reduce the risk of flooding within the lowered section of I-70, as well as the portion of the watershed between I-70 and the South Platte River |

## 5.18  Hazardous Materials

*This section provides data on hazardous materials in the study area and explains why locating, identifying, and analyzing them is important to the project. The impacts of the project alternatives on sites that contain hazardous materials also are evaluated, then proposed mitigation measures are discussed to offset any potential adverse effects.*

### 5.18.1  What are hazardous materials and why are they important to this project?

Hazardous materials are solids, liquids, or gases that are harmful to human health and to the environment. Hazardous materials are likely present along I-70 because of current or past land uses. Identified known releases are primarily from leaking underground storage tanks (LUST) that released gasoline, diesel, waste oil, or other vehicle maintenance/fuel products into the ground or the groundwater. Other identified known releases are from hazardous substances associated with past land uses and the use and storage of hazardous waste, primarily from industrial uses in the area.

Identifying and analyzing the hazardous materials within the project's study area is very important. Hazardous materials may impact the health and safety of workers during construction activities, as well as environmental resources and community residents located within the project corridor and surrounding area. Also, encountering hazardous materials during construction can impact the cost of construction, as contaminated media generated during construction must be managed in accordance with federal and state regulations.

### 5.18.2  Have there been changes to hazardous materials in the study area or to the analysis process since the release of the 2008 Draft EIS?

The modification and/or elimination of alternatives considered in the 2008 Draft EIS resulted in a reduction of the overall size of the study area and number of sites to be evaluated. The new study area only includes the construction limits, thereby avoiding impacts to the majority of the adjacent properties included in the 2008 Draft EIS study area boundary. As a result, the number of identified facilities associated with hazardous materials that can negatively affect the project has substantially decreased.

In addition, the environmental records search radii changed since the 2008 Draft EIS. Previously, the American Society for

**Common contaminants**

Common contaminants identified in soil and/or groundwater include:

- Petroleum products (i.e., fuels, oils)
- Chlorinated solvents
- Metals
- Asbestos

Testing and Materials (ASTM) E 1527-00 was used, which requires search distances ranging from 0 to 1 mile, depending on the database. However, the current analysis uses the ASTM "Standard Practice for Environmental Sites Assessments: Phase I Environmental Site Assessment Process" (ASTM Standard E 1527-05), with a search range of 0.25 to 1 mile. Solid waste landfills (SWLs) also were evaluated in the current records search, but were not evaluated in the 2008 Draft EIS records search.

### 5.18.3  What study area and process was used to analyze hazardous materials?

The hazardous materials analysis uses two different study areas. One is a larger study area for an environmental records search to comply with ASTM standards; hereafter, this section refers to this as the data search area. The second study area, and the one shown throughout this section on exhibits, is a smaller study area that accounts for project ground disturbance. The limit of the smaller study area corresponds to the greatest potential extent of the project construction limits and is used to assess potential encounters with hazardous materials.

Exhibit 5.18-1 shows the hazardous materials study area, which is the same as the project's construction limits. This area has a long history of commercial and industrial activity associated with hazardous materials.

In October 2012, an environmental records search was completed within the data search area, which extends between one-quarter mile and 1 mile from the project construction limits. This search range is in accordance with the requirements of ASTM Standard E 1527-05. The ASTM Standard E 1527-05 identifies specific federal and state environmental sources and search distances for each record source to be included in a Standard Environmental Record Search. As mentioned previously, the construction limits have been altered since the 2008 Draft EIS, resulting in a smaller study area for the current records search.

---

**Environmental records search**

An environmental records search was conducted using ASTM Standard E 1527-05 search distances for environmental resources.

Databases searched the following resources:

- Comprehensive Environmental Response, Compensation and Liability Information System (CERCLIS)

- National Priorities List (NPL)

- Resource Conservation and Recovery Act (RCRA)

- Solid Waste Landfill (SWL)

- Voluntary Cleanup Program (VCUP)

- Underground Storage Tank (UST)

- Leaking Underground Storage Tank (LUST)

**Exhibit 5.18-1.   Hazardous materials study area (construction limits)**



Results from the 2012 Supplemental Draft EIS records search were compared to the results of the 2008 Draft EIS records search (obtained in 2004). Exhibit 5.18-2 displays the results of the current analysis and the comparison to the 2008 analysis within the study area.

**Exhibit 5.18-2.   Environmental records results (2008 and 2012) within the study area**

| Hazardous Material Database | Number of Sites | |
|---|---|---|
| | 2008 | 2012 |
| CERCLIS | 0 | 0 |
| CERCLIS, No Further Remedial Action Planned | 1 | 3 |
| NPL | 1 | 1 |
| RCRA, Generators (Large, Small, and Transporter) | 29 | 8 |
| RCRA, Corrective Action (CORRACTS) | 0 | 1 |
| RCRA, Treatment, Storage, and Disposal Facilities | 0 | 1 |
| SWL | N/A | 4 |
| VCUP | 1 | 1 |
| UST | 16 | 28 |
| LUST | 18 | 26 |

*Sources: Satisfi, Inc., 2012; Science Applications International Corporation, 2004*

Appendix H of Attachment H, *Hazardous Materials Technical Report*, fully details the results of the record search.

A preliminary subsurface investigation was performed in October 2012 at the western portion of the study area, adjacent to I-70 between Brighton Boulevard and Colorado Boulevard. Soil and groundwater samples were collected and analyzed for common contaminants, including petroleum hydrocarbons, chlorinated solvents, heavy metals, and pesticides. The results of the preliminary subsurface investigation are included in Appendix G of Attachment H, *Hazardous Materials Technical Report*.

The sites identified in the database report and their potential effect on the proposed alternatives—as well as the results and effects of the preliminary subsurface investigation—are evaluated in Attachment H, *Hazardous Materials Technical Report*.

### 5.18.4 What are the areas of interest for hazardous materials that are being analyzed and what are their existing conditions?

The environmental records search presented in the *Environmental FirstSearch Database Report* identified more than 1,300 sites in the data search area. The more significant hazardous materials sites identified in the environmental records search include Comprehensive Environmental Response, Compensation, and Liability Act (CERCLA), RCRA, Colorado VCUP, SWL, and UST/LUST sites. Exhibit 5.18-3 through Exhibit 5.18-10 show sites identified within the data search area (many are outside of the study area).

### CERCLA Assessment and Response Program

As described in the National Contingency Plan (40 CFR § Part 300), the CERCLA Assessment and Response Program, commonly known as the Superfund Program, provides a framework for identifying, evaluating, and cleaning up sites with uncontrolled hazardous substance releases from past industrial activities that pose a threat to human health and the environment. CERCLIS is the comprehensive system used to track sites under assessment or needing to be addressed, and sites where releases are currently being addressed or have been addressed. The environmental data search identified the following sites listed in CERCLIS:

- Three CERCLIS sites, as shown on Exhibit 5.18-3 (CERCLIS sites are actively undergoing initial evaluation for contamination)

- 26 CERCLIS No Further Remedial Action Planned sites, as shown on Exhibit 5.18-4 (evaluated and no further action planned; EPA or CDPHE could reopen these sites at any time in the future if new data or information are made available)

- One proposed NPL site (Asarco Globe Plant) and two active NPL sites (Chemical Sales Site and Vasquez Boulevard at I-70 Site), as shown on Exhibit 5.18-5

CERCLIS and NPL sites are discussed in further detail within Appendices A and B of Attachment H, *Hazardous Materials Technical Report*.

**Exhibit 5.18-3.   CERCLIS sites**



**Exhibit 5.18-4.   CERCLIS, No Further Remedial Action Planned sites**



**Exhibit 5.18-5.   National Priority List sites**



**RCRA Corrective Action Program**

The RCRA corrective action program, administered in Colorado by CDPHE, provides the framework for the identification, evaluation, and cleanup of sites contaminated by the release of RCRA hazardous waste and waste constituents that pose a threat to human health and the environment. RCRA sites in the data search area include 32 sites, as shown on Exhibit 5.18-6.

RCRA Corrective Action sites are discussed in further detail within Appendix C of Attachment H, *Hazardous Materials Technical Report.*

**Exhibit 5.18-6.   RCRA corrective action sites**



**Solid waste landfills and Voluntary Cleanup Program**

The Solid Waste and Materials Management Program, which is administered by CDPHE's Hazardous Materials and Waste Management Division, regulates SWLs. SWL locations in the data search area include six sites and 40 areas, as shown on Exhibit 5.18-7.

CDPHE's Hazardous Materials and Waste Management Division administers VCUP, which provides a framework for the evaluation and cleanup of contaminated sites that do not fall under other regulatory programs. There are three VCUP sites located within the data search area, as show on Exhibit 5.18-8.

SWL and VCUP sites are discussed in further detail within Appendices D and E of Attachment H, *Hazardous Materials Technical Report.*

**Exhibit 5.18-7.   Solid waste landfill sites**



**Exhibit 5.18-8.   Voluntary Cleanup Plan sites**



**AST, UST, and LUST Sites**

The Colorado Department of Labor and Employment, Division of Oil and Public Safety, regulates petroleum product and chemical USTs and certain petroleum-containing above-ground storage tanks (ASTs). Releases must be reported to the Division of Oil and Public Safety, and investigation and cleanup must be implemented, as required. Most USTs have had a spill or leak at some point in their life cycle. Small leaks may not be identified until the UST is taken out of service and formally closed. AST, UST, and LUST sites within the data search area include 289 registered AST/UST sites and 343 LUST sites, as shown on Exhibit 5.18-9 and Exhibit 5.18-10.

LUST sites are discussed in further detail within Appendix F of Attachment H, *Hazardous Materials Technical Report*.

**Exhibit 5.18-9.   Petroleum storage tank locations**



**Exhibit 5.18-10.  Leaking underground storage tank locations**



CDPHE's Hazardous Materials and Waste Management Division regulates asbestos found in soil. Regulations require awareness of the possibility of asbestos-containing building materials found in soil. If asbestos is encountered during soil disturbance activities, such as construction, the regulations require material to be removed and disposed of in accordance with regulatory requirements. Some of the main indicators that there may be asbestos in soil include, but are not limited to:

- Any remnants of an old building (i.e., visible footings, old foundations, partial structure components, construction debris, etc.)

- Indication of historical land-filling activities

- Evidence of old utility pipelines

In addition to the many types of hazardous materials and waste sites that have been identified in the data search area, the potential exists for currently unknown contamination. This may be due to the following factors:

- Contaminated areas associated with known sites that are not accurately identified because of factors such as contaminant migration, or limitations in the ability to determine the extent of contamination

- New contamination sites that have occurred because of recent activities

- Old contamination sites for which records do not exist or were not identified

### 5.18.5  How do the project alternatives potentially encounter hazardous materials?

Construction of the proposed alternatives likely will encounter sites contaminated by hazardous materials. Construction activities associated with the alternatives have the potential to release hazardous materials at these locations into soil or groundwater, or they could lead to exposure of workers or the public to these materials if proper health, safety, and remediation efforts are not applied.

The likelihood of impacting hazardous materials is dependent on the number of hazardous materials sites encountered during construction. In addition, the location and amount of contamination remaining at the site also will dictate impacts.

**Summary of encounters with hazardous materials sites by alternative**

**No-Action Alternative:**

7 hazardous materials sites affected

**Revised Viaduct Alternative:**

North—22 hazardous materials sites affected

South—21 hazardous materials sites affected

**Partial Cover Lowered Alternative (Basic and Modified Options):**

26 hazardous materials sites affected

Incorporating managed lanes into the options will not increase the number of facilities encountered.

Encounters with hazardous materials are proportional to the amount of ground disturbance. For example, a larger area of land disturbed is likely to increase encounters of hazardous material sites, leading to a greater impact. Alternatives that incorporate subsurface improvements versus at-grade improvements also have a higher potential to encounter hazardous materials, soils, and/or groundwater at greater depths.

The No-Action Alternative will potentially encounter seven known hazardous materials sites and disturb approximately 41 acres of land.

The Revised Viaduct Alternative, North Option will potentially encounter 22 known hazardous materials sites, while the Revised Viaduct Alternative, South Option will potentially encounter 21 sites. Both options disturb approximately 575 acres of land. This is a much larger potential impact to hazardous materials than the No-Action Alternative.

The Partial Cover Lowered Alternative (Basic and Modified Options) will potentially encounter 26 hazardous materials sites. It potentially disturbs approximately 616 acres of land, an approximate 20-percent increase in sites and an approximate 7-percent increase in land area impact compared to the Revised Viaduct Alternative. Lowering the highway will impact soil and/or groundwater at greater depths than the No-Action Alternative and Revised Viaduct Alternative. Disturbing greater volumes of soil and/or groundwater increases the potential to encounter hazardous materials.

The Managed Lanes Option increases the ground disturbance by approximately 65 acres; however, the number of known hazardous materials sites identified within the construction footprints will not increase. Additional ground disturbance may result in a greater likelihood of encountering hazardous materials. This area has been previously developed; therefore, undocumented contaminants may be disturbed during construction activities. Potential encounters with known hazardous materials sites and area of ground disturbance by alternative or option is summarized in Exhibit 5.18-11.

**Exhibit 5.18-11. Summary of potential hazardous materials sites and area of ground disturbance impacted by project alternatives**

| Alternative/Option | Number of Known Hazardous Materials Sites | Area of Ground Disturbance (acres) |
|---|---|---|
| No-Action Alternative (North and South Options) | 7 | 41 |
| Revised Viaduct Alternative, North Option | 22 | 575 |
| Revised Viaduct Alternative, South Option | 21 | 575 |
| Partial Cover Lowered Alternative, Basic Option | 26 | 616 |
| Partial Cover Lowered Alternative, Modified Option | 26 | 614 |

The I-70 and Vasquez Boulevard NPL site has been identified within all the proposed alternatives. NPL sites are likely to have a significant effect on the alternatives. The level of significance depends on the level of hazardous materials contamination remaining at the site, as well as the location of the contamination relative to the right of way/construction footprint. The site was placed on the NPL because of metals contamination identified in soil and groundwater associated with historic smelter operations. Soil and groundwater contamination (lead and arsenic) at this site have not been fully characterized.

Extensive remediation activities have occurred at the site. Construction activities associated with the proposed alternatives will likely encounter the contaminants identified at the NPL site.

An NPL site (Chemical Sales Company) has been identified adjacent to the north of all the proposed alternatives. Chemical Sales Company was a wholesale distributor of commercial and industrial chemicals, detergents, and pool chemicals. Contaminants of concern in soil and groundwater include tetrachloroethylene, trichloroethylene, and benzene.

Extensive remediation has occurred at the site. However, a groundwater plume has been identified in the shallow alluvial aquifer south of Sand Creek, which is located approximately one mile north of the proposed alternatives. Groundwater flow generally moves north to northwest, away from the alternative footprints. However, paleochannels in the alluvium influence regional flow, at times resulting in flow patterns that are

different from the regional flow. Contaminants associated with the NPL site may be encountered during construction of the alternatives.

An NPL site (ASARCO, Inc.) is located northwest of the proposed alternatives. ASARCO, Inc. was a heavy-metal smelter and refining facility. Contaminants of concern in soil and groundwater at the facility include cadmium, arsenic, lead, and zinc. Groundwater flow generally moves north to northwest, away from the alternative footprints. However, similar to the Chemical Sales Company facility, paleochannels in the alluvium influence regional flow, at times resulting in flow patterns that are different from the regional flow. Therefore, contaminants associated with the NPL site may be encountered during construction of the alternatives.

Multiple LUST sites have been identified within all highway alternatives. Most of the LUST sites have been closed except for one facility (7-Eleven #25907). The facilities that have been issued closure/No Further Action are expected to have minor effects during the construction phase. The hazardous materials contamination at these sites has been removed or remediated to meet state or federal action levels; however, low levels of residual contamination may remain in soil and groundwater at the sites. In some cases, unknown contamination not identified during the previous site investigations may be present.

One open LUST site (7-Eleven #25907) was identified within the boundaries of the study area. Petroleum releases have occurred at the facility in association with USTs located at the site. Based on the records reviewed, remediation activities have not been completed. Therefore, construction activities may encounter petroleum contaminants.

Effects of hazardous materials and waste are mostly associated with runoff of contaminants in stormwater. Contaminants likely to be in stormwater runoff include fuel and lubricants, metals, compounds from tires, and automobile engine coolants. Additional operational effects may include herbicide use for weed control and magnesium chloride for de-icing operations.

### 5.18.6  What are the impacts to hazardous materials during construction?

Construction activities at hazardous materials sites have the potential to spread soil or groundwater contamination. Standard construction measures for fugitive dust control and stormwater erosion and sediment controls minimize the spread of contaminated soil. Some sites, particularly NPL sites, may have

onsite repositories for contaminated soil and debris, active soil vapor extraction systems, or active groundwater remediation systems, including groundwater-monitoring wells. Disturbance of these structural controls by construction activities can result in the release of hazardous materials contamination, as well as additional costs if the impacted controls must be replaced in kind.

Construction at hazardous materials sites also may affect the construction budget and schedule, particularly if previously unidentified contamination is found. The acquisition of contaminated properties may require additional site investigation and monitoring to evaluate site conditions before and during construction, and construction activities may require the offsite disposal of contaminated soil and debris in permitted facilities.

### 5.18.7  How are the negative effects from the project alternatives mitigated for hazardous materials?

The mitigation measures for the alternatives have not changed since the release of the 2008 Draft EIS. See Section 5.18 of the 2008 Draft EIS for more information. Any contamination encountered during the construction of the project will be cleaned up in compliance with applicable state and federal regulations, which will benefit the area in the future.

Exhibit 5.18-12 lists the impacts and mitigations associated with hazardous materials.

**Exhibit 5.18-12.  Summary of hazardous materials impacts and mitigations**

| Alternative/ Option | Impacts and/or Benefits | Mitigation Measures Applicable to All Alternatives |
|---|---|---|
| No-Action Alternative | • 7 hazardous materials sites affected<br>• 41 acres of land disturbed<br>• Construction activities at hazardous materials sites have the potential to spread soil or groundwater contamination<br>• Construction at hazardous materials sites also may affect the construction budget and schedule, particularly if previously unidentified contamination is found | • Before right-of-way acquisition, conduct a Phase I Environmental Site Assessment (Phase I) for those properties identified for acquisition<br>• Avoid contaminated sites wherever practical; where unavoidable, initiate further site investigation and coordination with affected property owners<br>• Conduct appropriate surveys for asbestos, lead-based paint, and universal wastes prior to demolition of any building structures; if these materials are encountered, they will be removed and disposed of in accordance with applicable regulations and guidelines |
| Revised Viaduct Alternative | • 21 to 22 hazardous materials sites affected<br>• 575 acres of land disturbed<br>• Construction activities at hazardous materials sites have the potential to spread soil or groundwater contamination<br>• Construction at hazardous materials sites also may affect the construction budget and schedule, particularly if previously unidentified contamination is found | • Prepare and implement site-specific health and safety plans and material management to address potential hazardous materials that are encountered during construction; these plans will consist of specific measures to protect worker and public health and safety, as well as programs to manage contaminated materials during construction<br>• Implement standard construction measures for fugitive dust control, as well as stormwater erosion and sediment controls, to minimize the spread of contaminated soil<br>• In the event that unknown contaminated media is encountered during construction, stop work until the contamination is property evaluated and measures developed to protect worker health and safety |
| Partial Cover Lowered Alternative | • 26 hazardous materials sites affected<br>• 614 to 616 acres of land disturbed<br>• Construction activities at hazardous materials sites have the potential to spread soil or groundwater contamination<br>• Construction at hazardous materials sites also may affect the construction budget and schedule, particularly if previously unidentified contamination is found | • Obtain a CDPHE Colorado Discharge Permit System Construction Dewatering Permit, Remediation Activities Discharging to Surface Water or Construction Activities Discharging to Ground Water, by the contractor, as required, utilizing readily available data. The selected contractor will follow the permit requirements; source water will either be treated and discharged onsite in accordance with the permit or characterized and removed offsite to a permitted disposal facility<br>• Properly close monitoring wells or septic systems disturbed during construction activities, in accordance with applicable regulations and guidelines |

# Chapter 6:  Cumulative Impacts

*A cumulative impacts analysis considers all aspects of the environment affected by project alternatives in the context of other past, present, and reasonably foreseeable future actions in an area. The analysis identifies topics and areas where the project alternatives may contribute to impacts incrementally over time.*

## 6.1    What are cumulative impacts and why are they important to this project?

Cumulative impacts are: "The impact on the environment which results from the incremental impact of the [proposed] action when added to other past, present, and reasonably foreseeable future actions regardless of what agency (federal or non-federal) or person undertakes such other actions. Cumulative impacts can result from individually minor but collectively significant actions taking place over a period of time" (CEQ, 40 CFR §1508.7).

## 6.2    Have there been changes to the cumulative impacts study area, analysis process, or potential impacts since the 2008 Draft EIS?

The analysis processes applied in this EIS are unchanged from the processes used in the 2008 Draft EIS. However, cumulative impact analysis has changed to reflect new information (e.g., updated accounts of other past, present, and future projects), new resource-specific study areas, and changes to the alternatives themselves.

## 6.3    What resources, study areas, and methods are included in this cumulative impacts analysis?

Environmental resources that are analyzed for cumulative impacts were identified through scoping and by the degree to which the resources are directly impacted, as documented in Chapter 5, Affected Environment, Environmental Consequences, and Mitigation. Formal scoping for this EIS began in 2003, as detailed in Chapter 7, Community Outreach and Agency Involvement. Exhibit 6-1 summarizes resources identified for

> **What are incremental impacts?**
>
> Incremental impacts appear over time, can be minor individually, and can occur in small amounts. Collectively, however, these impacts can be substantial.

cumulative impacts analysis through scoping and direct impact analysis and contains the rationale for their inclusion in the cumulative impacts assessment.

Cumulative impact study areas vary by resource. Study areas are determined by the individual resource to ensure that cumulative impact analyses consider all relevant factors in a boundary that is logical and appropriate to a particular resource. For example, the boundary required to assess cumulative impacts to air quality is different than the boundary used to examine stormwater runoff. The rationale for their geography is documented in Exhibit 6-1, and Exhibit 6-2 displays these geographic boundaries for each resource.

**Exhibit 6-1.     Key resources evaluated for cumulative impacts**

| Resource | Basis for Inclusion | Study Area Rationale |
|---|---|---|
| Land use and development | This resource is included based on agency and stakeholder scoping requests and its relationship to other resources evaluated for cumulative impacts. | Agency and stakeholder scoping conducted during the 2008 I-70 East Draft EIS process determined that the land use and development study area (see Exhibit 6-2) provides adequate context for determining cumulative impacts. |
| Right of way and relocations | This resource is included because of specific public, agency, and stakeholder scoping requests, as well as the presence of direct impacts (20 to 74 potential relocations). | Agency and stakeholder scoping conducted during the 2008 I-70 East Draft EIS process determined that the relocation study area (see Exhibit 6-2) provides context for understanding past, present, and foreseeable future right-of-way and relocation impacts. |
| Socioeconomics and neighborhood cohesion | Agency and stakeholder scoping requests qualified this resource for inclusion in the cumulative analysis; additionally, the presence of direct impacts—such as barriers, relocations, and access—called for inclusion. | The study area is based on the neighborhood boundaries that are potentially impacted by project alternatives and used as analytical boundaries in Sections 5.2, Social and Economic Conditions, and 5.3, Environmental Justice. |
| Historic resources | This resource is included because of the number of potential direct impacts (1 to 13 historic properties adversely affected). | This study area is based on the 2008 I-70 East Draft EIS cumulative impacts study area, which was determined through agency and stakeholder scoping. |

**Exhibit 6-1.    Key resources evaluated for cumulative impacts**

| Resource | Basis for Inclusion | Study Area Rationale |
|---|---|---|
| Air quality | Requests made by agencies and the general public during scoping qualified this resource for inclusion in the cumulative analysis. | The study area is based on the analytical boundaries used in Section 5.10, Air Quality, to quantify impacts. |
| Noise | This resource is included based on the presence of direct impacts (up to 499 dwelling units exceed established noise thresholds) and neighborhood concerns. | The study area is based on the neighborhood boundaries that are potentially impacted by project alternatives and used as analytical boundaries in Section 5.12, Noise. |
| Wetlands and other waters of the U.S. | Agency and stakeholder scoping requests and severity of impacts (Alternatives permanently impact 0.001 acre of jurisdictional wetlands and 4.110 acres of non-jurisdictional wetlands, as well as 0.0001 acre of other waters of the U.S.) obligated this resource for inclusion. | This study area is based on the 2008 I-70 East Draft EIS cumulative impacts study area, which was determined through agency and stakeholder scoping. |
| Stormwater runoff and water quality | This resource is included due to agency and stakeholder scoping requests and the severity of direct impacts (potential for ponding and flooding risks, as well as changes in water quality to South Platte River and Sand Creek). | Agency and stakeholder scoping conducted during the 2008 I-70 East Draft EIS process determined that the stormwater runoff and water quality study area (see Exhibit 6-2) provides adequate context for determining cumulative impacts. |
| Environmental justice | The presence of potential direct impacts through property displacements, noise, air quality, mobility, and neighborhood cohesion could be especially apparent in the minority and low-income populations. | The study area is based on the neighborhood boundaries that are potentially impacted by project alternatives and used as analytical boundaries in Sections 5.2, Social and Economic Conditions, and Section 5.3, Environmental Justice. |

**Exhibit 6-2.      Cumulative impact resource study areas**



The analysis timeframe of 1960 through 2035 has been established based on scoping and stakeholder input. The year 1960 is used because it coincides with the initial planning and construction of I-70. The analysis uses the end year of 2035 because it is the horizon year of the CDOT 2035 STP (2008), the DRCOG 2035 MVRTP (2005), and the future planning year used for this Supplemental Draft EIS.

The cumulative impacts analysis involves adding the effects of project alternatives to similar resource effects caused by other past, present, and reasonably foreseeable future actions. If the Build Alternatives have no direct or indirect impacts on a

resource, then they have no cumulative impacts on that resource.

To perform a cumulative impact assessment, a baseline condition must be evaluated for each resource topic. That baseline has been identified as the impacts resulting from the No-Action Alternative coupled with all other past, present, and reasonably foreseeable future projects. These are identified in Exhibits 5.21-2 and 5.21-3 in the 2008 Draft EIS. Although the No-Action Alternative is included in the baseline conditions, impacts resulting from its implementation are noted, when applicable.

## 6.4    What past, present, and future actions are considered?

To determine cumulative impacts, project alternatives are analyzed for their combined impact when coupled with the other past, present, and foreseeable future actions. The project team obtained information on these actions through review of local, state, and federal planning documents. It is not the intent to provide an exhaustive list of every project in each study area, but to provide a reasonable characterization of projects that have affected or may affect key resources being evaluated.

As a starting point, past, present, and reasonably foreseeable future actions are separated into transportation and development categories, as cataloged in Exhibits 5.21-2 and 5.21-3 in the 2008 Draft EIS. For the purposes of this analysis, transportation and development projects considered are large-scale projects that change either the way people move or live, or dramatically change physical geography (for example, the development of previously unused land). Generally, present and reasonably foreseeable future transportation projects are those listed in either long-range transportation plans or capital improvement programs. Local and regional land use and other comprehensive planning documents generally identify foreseeable future development projects.

Exhibit 6-3 identifies transportation and development projects identified in the 2008 Draft EIS. The exhibit also includes the following foreseeable future projects that have become known since the completion of the 2008 Draft EIS.

- Peoria Street-Smith Road commuter rail station bike and pedestrian access improvements

- Central Corridor, 30th and Downing to 40th and 40th rail transit extension

- North Metro commuter rail line from Denver Union Station to 160th Avenue

- DIA terminal expansion

- Brighton Boulevard corridor redevelopment from 29th Street to York Street

**Exhibit 6-3.   Transportation and development project locations**



## 6.5    What are the anticipated cumulative impacts?

Development and transportation improvements made in the past, present, and reasonably foreseeable future are major contributing factors to the baseline conditions of all resources evaluated for cumulative impacts. As a starting point for

establishing baseline conditions, Exhibit 5.21-2 in the 2008 Draft EIS summarizes past, present, and foreseeable future transportation projects and their associated impacts to resources evaluated in this document. Exhibit 5.21-3 in the 2008 Draft EIS documents associated impacts from identified development actions.

The discussion below documents and assesses cumulative impacts since the 2008 Draft EIS by resource. The No-Action Alternative and other past, present, and future actions provide the baseline to assess the Build Alternatives.

### 6.5.1   Land use and development

Land use has changed dramatically in the greater cumulative impacts study area since 1960. For purposes of this analysis, historic development is defined in two ways: (1) development activity as measured by years in which homes were built, and (2) land use changes as measured by land cover analysis and identification of major projects.

Generally, development has increased over the past four decades. In the 1960s, development activity within the land use and development cumulative impacts study area occurred primarily in and around Denver's central business district and near the newly constructed I-70 and I-270. The 1970s marked the beginning of new suburban development, with such communities as Montbello and smaller planned communities in the northwest. The 1980s, however, were heavily affected by economic slowing with little new development or redevelopment in Denver's urban core.

Still affected by economic conditions of the 1980s, the early 1990s were initially characterized by slow growth, but growth increased markedly through the decade. Influenced heavily by the construction of Denver's new international airport in the northeast and plans for redevelopment of the former Stapleton Airport, 1990 marked the beginning of a sharp increase in development in the east as well as renewed interest in the redevelopment of Denver's central business district. This development and redevelopment trend continued through the early 2000s, but slowed through the nationwide economic recession of December 2007 to June 2009. Gradual recovery is ongoing.

An urbanization analysis was conducted to measure the extent to which the study area has urbanized since the 1960s. The analysis measures the amount of study area that can be

> **Degree of impact**
>
> This cumulative impacts analysis examines direct and indirect impacts occurring as a result of the project alternatives and how they affect the resources of concern. These impacts can build on each other—they do not always result in a one-to-one relationship. Instead, they can compound the degree of impact.

classified as pervious (undeveloped) or impervious (developed) land, as shown in Exhibit 5.21-11 in the 2008 Draft EIS.

The number of homes built since 1960 also measures development activity. By this measure, development activity has increased 254 percent in the land use and development study area neighborhoods, at an average annual rate of 5 percent, from 1960 to 2010, as illustrated in Exhibit 6-4.

**Exhibit 6-4.    Neighborhood new home construction**



Source: U.S. Census Bureau, 2011b
*This term is used to describe a small portion of the city of Aurora that is included in the land use and development study area, as illustrated in Exhibit 6-2.

Future land use is discussed in Section 5.4, Land Use, and is illustrated in Exhibit 5.4-3. Section 5.4 identifies three planned "Areas of Change" that are linked by I-70. Areas of Change represent parts of Denver where change is underway, desirable, and will benefit from increased population, economic activity, and investment.

**Impacts**

Cumulative impacts to land use and development are evaluated based on a project alternative's ability to induce unplanned development and its likelihood to add to other unplanned development caused by the other foreseeable future projects

identified. The distinction between planned and unplanned development is made because land use change is not inherently detrimental if it is part of a predetermined vision, is formally planned for, and relies on transportation access and mobility provided by I-70. Conversely, unplanned development may have impacts that affect nearby land use or get in the way of regional and local planning objectives. By this measure of planned versus unplanned development and the land use analysis completed in Section 5.4, the project alternatives are not anticipated to cause unplanned development, and so will not contribute to cumulative land use impacts. As discussed in Section 5.4, I-70 East improvements are cited in CDOT's long-range plan and incorporated into municipal long-range land use plans.

When combined with other past, present, and reasonably foreseeable future projects, the Build Alternatives will improve future mobility more than the No-Action Alternative will. The improved mobility will support developing urban centers, such as the Stapleton and Gateway Neighborhoods, as well as the Elyria and Swansea Neighborhood and other well-established neighborhoods in the study area. Because an aspect of building and maintaining viable neighborhoods relies on efficient transportation access and mobility, neighborhoods in the study area are expected to benefit from the reduced congestion levels provided by the project alternatives in combination with past, present, and foreseeable development.

### Summary

In summary, when combined with other past, present, and reasonably foreseeable future projects, the project alternatives will not substantially contribute to cumulative land use changes in the study area.

> **Land use and development**
>
> Project alternatives will not substantially contribute to land use and development-related cumulative impacts.

### 6.5.2  Right of way and relocations

Extensive right-of-way acquisitions and relocations have occurred in the study area over the past 50 years caused by land and infrastructure development. In the 1960s, transportation projects—including I-70 and I-270—required large-scale relocations. Just outside of the right of way and relocations study area identified in Exhibit 6-2, major development relocations occurred in the Auraria Neighborhood (1969) to accommodate Denver's higher education campus. The new campus displaced 169 acres of largely low-income, Latino residential neighborhoods. Widespread right-of-way acquisitions occurred in the 1970s as part of the "Skyline" urban renewal effort where 30 downtown city blocks were designated for demolition in hopes of sparking redevelopment. The Rocky

Mountain Arsenal's 1992 conversion into a national wildlife refuge prompted Denver to annex 2,000 acres of agricultural land for the future development of the Gateway area. Through intergovernmental agreement, 27,500 acres of largely agricultural and rural residential land was identified as the "Commerce City Annexation Area" to be developed around DIA. Residential acquisitions and relocations near I-70 were associated with the expansion of the National Western Complex Hall of Education (1973), Expo Hall (1991), and Events Center (1995).

More recent right-of-way acquisitions that parallel the I-70 corridor are due to the ongoing construction of the East Corridor commuter rail line, which will connect downtown Denver with DIA when service begins in 2016. The East Corridor resulted in approximately 7 residential relocations, 49 business relocations, acquisition of 54 acres of railroad right of way, and occupation of 24 acres of government right of way.

**Impacts**

Cumulative relocation impacts exist in cases where foreseeable future projects cause relocations to occur in the same area and timeframe. In these situations, projects may have to compete to relocate businesses or residences in suitable (nearby and equivalent) locations while not exceeding available housing stock. Relocations due to project implementation are, therefore, considered with other foreseeable future projects for their combined, cumulative impact. This type of cumulative relocation impact is not expected from the project alternatives because relocations will not occur within the same timetable as other foreseeable projects illustrated in Exhibit 6-3. Also, housing stock assessed in 2012 and based on the 2010 Census data exceeds the potential relocation need that will be created by the project alternatives.

Mitigation for federally funded projects requires strict adherence to the Uniform Act, which requires relocation assistance and just compensation to be provided to any residential property owner or business that is displaced due to the acquisition of property by a public entity for public use.

**Summary**

When combined with other past, present, and reasonably foreseeable future projects, the project alternatives will not substantially contribute to cumulative right-of-way or relocation impacts because the proposed project schedule does not overlap other project timetables or exceed available housing stock. In addition, compliance with the Uniform Act will minimize the

**Right of way and relocations**

Project alternatives will not contribute to right of way and relocation-related cumulative impacts.

project's contribution to the incremental impacts related to property acquisition.

### 6.5.3   Socioeconomics and neighborhood cohesion

Public outreach and research conducted for this document indicates that past projects have impacted neighborhood cohesion within the study area. The residential communities of Elyria and Swansea, Globeville, and Northeast Park Hill became bisected when I-70 was originally constructed in the early 1960s. During these early I-70 years, areas along the interstate urbanized with commercial and industrial uses that benefitted from being close to the highway. While Denver's central business district and the neighborhoods immediately surrounding downtown have seen redevelopment in the past 30 years, other neighborhoods immediately adjacent to I-70 have not benefitted from this urban renewal.

Into the foreseeable future, existing transportation corridors are expected to be improved in response to increasing travel demand. Many of these improvements will occur in communities that have been affected by past transportation projects, including I-70. The following communities affected by past projects are likely to experience future transportation project expansion:

- Globeville, which will experience additional future activity through I-70 East, East Corridor (commuter rail transit), US 36 Corridor (bus rapid transit), Brighton Boulevard corridor redevelopment, and North Metro Corridor (commuter rail transit)

- Elyria and Swansea, which will be intersected by I-70 East, Brighton Boulevard corridor redevelopment, North Metro Corridor, and East Corridor in the future

- Five Points, which will be intersected by North Metro Corridor, East Corridor, and Central Corridor/Downing Street Extension (light rail transit) in the near future

**Impacts**

Cumulative impacts are determined for the No-Action Alternative and Build Alternatives.

No-Action Alternative

The No-Action Alternative will not contribute to the viability of local and regional communities since it will not add much-needed mobility. The No-Action Alternative will further affect

the historically affected neighborhoods along I-70 because of property acquisitions. These property acquisitions—coupled with other nearby foreseeable future projects requiring right of way (e.g., RTD's East Corridor project)—can have additive effects on neighborhood cohesion through the removal of homes and businesses, which affects neighborhood consistency. Because of the No-Action Alternative's limited extent, the requirements of the Uniform Act, and the availability of housing stock, these acquisitions will add to, but will be less severe than, displacements of the past.

The No-Action Alternative will not improve long-term mobility. As traffic volumes and travel times increase over time on I-70, congestion will increase on adjacent neighborhood roads when motorists and truck traffic seek alternate routes east and west. In turn, this will adversely affect pedestrian safety, increase pollution, delay emergency services, lower commercial patronage, hinder mobility and access, and increase local street noise. These effects will be felt most in densely populated communities adjacent to I-70, including Globeville, Elyria and Swansea, Northeast Park Hill, Stapleton, and Montbello.

### Build Alternatives

Future regional mobility provided by the Build Alternatives and other foreseeable future transportation projects support the viability of new communities and the sustainability of existing neighborhoods, unlike the No-Action Alternative. All of the Build Alternatives will contribute to the collective positive effects of other foreseeable future transportation projects to maintain or enhance regional connectivity.

Like the No-Action Alternative, property acquisitions necessary for the Build Alternatives will impact historically affected neighborhoods adjacent to I-70. As the Build Alternatives require more properties and housing relocations than the No-Action Alternative, the cumulative impacts are greater under this scenario.

### Summary

Communities throughout the region rely on sufficient mobility to maintain socioeconomic and neighborhood viability. Only the Revised Viaduct and Partial Cover Lowered Alternatives provide this regional mobility. Property acquisitions required by all alternatives impact neighborhood cohesion and local socioeconomics in historically impacted communities immediately adjacent to I-70. However, the Build Alternatives do so to a greater degree because of their larger footprints. Since the reconstructed viaduct will be a larger footprint, the Revised

> **Socioeconomics and neighborhood cohesion**
>
> Project alternatives will not contribute substantially to socioeconomic and neighborhood cohesion cumulative impacts.

Viaduct Alternative has the potential to add to past cumulative impacts that resulted from constructing the original existing viaduct. Although the Partial Covered Lowered Alternative requires the greatest number of acquisitions, removing the viaduct, lowering the highway, and adding cover(s) over the highway for community and neighborhood activities will improve neighborhood cohesion by reconnecting communities bisected by I-70 since its construction in 1960. Therefore, potential impacts to socioeconomic conditions from the Partial Cover Lowered Alternative are anticipated to be offset and not contribute substantially to cumulative impacts. Regardless of the alternative, any residential property owner or business that is displaced receives assistance and just compensation.

In summary, when combined with other past, present, and reasonably foreseeable future projects, project alternatives will not substantially contribute to socioeconomic and neighborhood cohesion cumulative impacts.

### 6.5.4   Historic resources

Urban development and redevelopment over the past 50 years has had an impact on historic and cultural resources. For example, an aggressive campaign for urban renewal began in 1969 when many of downtown Denver's historic buildings and sandstone walkways were demolished to attract new modern development. By 1974, much of the largely residential and historic Auraria had been demolished (162 acres) to construct Denver's higher education campus. Infill gradually occurred as large surface parking lots that replaced historic buildings once again were developed into buildings through the late 1980s. The primary past impacts to historic resources in the study area are related to construction of I-70 itself, which likely resulted in acquisition and demolition of historic properties.

Present and future incremental threats to historic resources continue through private development, which is not subject to the same oversight standards or avoidance controls as federal projects. Foreseeable future projects that have the greatest potential for cultural impacts are land development projects or those infrastructure projects that may bring on private development.

Cumulative impacts to historic resources are likely to exist if project alternatives and other foreseeable future projects contribute to private development in areas with historic resources. Cumulative impacts exist if project alternatives directly displace historic resources or indirectly affect historic and visual settings, thus adding to the loss of historic resources

incurred over time due to governmental or redevelopment actions.

## Impacts

In the foreseeable future, transit projects are the most likely to induce new development. Transit projects in the study area (East Corridor, North Metro Corridor, Central Corridor, Gold Line, West Corridor, and the I-225 Corridor) are expected to foster transit-oriented development near stations, which could create cumulative threats to historical resources.

However, project alternatives will not induce development and will not contribute to resource loss through private development. In terms of direct impacts adding to incremental losses over time, project alternatives will impact historic properties, as summarized in Exhibit 5.6-2 and detailed in Section 5.6, Historic Preservation, and Chapter 8, Section 4(f) Evaluation. Despite these impacts, historic resources will remain throughout historic districts and will, therefore, retain their historic integrity.

Beneficial impacts include the creation of a neighborhood plan to enhance the Elyria and Swansea Neighborhood, as well as improvements to the National Western Stock Show complex that will maintain connections between the local community and the facility. Neighborhood enhancements will additionally benefit historic resources when historic homes are improved and do not fall into disrepair. The formation of new historic districts will also help preserve historic resources.

## Summary

When combined with other past, present, and reasonably foreseeable future projects, project alternatives may cause cumulative impacts to historic resources through property acquisition and demolition of historic structures. Despite the direct adverse effects to individual historic resources caused by the project, the overall impact to historic resources is anticipated to be beneficial—the degree of which depends on the alternative selected. These beneficial effects will be the result of improved neighborhood cohesion (Partial Cover Lowered Alternative) and aesthetics.

Beneficial historic resource impacts are especially needed in the Elyria and Swansea Neighborhood, since it incurs the majority of adverse effects. As a result, an Elyria and Swansea Neighborhood Plan is already being developed to promote community goals, neighborhood connectivity, and neighborhood cohesion. In addition, expansion and improvement to the National Western Stock Show facility at its current location will

**Historic resources**

Beneficial cumulative impacts of community improvements largely offset the negative impacts of lost historic resources and related cumulative impacts. No substantial cumulative impacts are expected.

provide a benefit because it may preserve historic resources within the grounds and in the surrounding neighborhood, as well as maintain the connection between the community and the Stock Show. These projects, when added to the overall project, are expected to have a cumulative benefit to historic resources that will largely offset any negative, incremental losses.

## 6.5.5   Air quality

Air quality in the Denver region has fluctuated over the past 50 years. From the 1960s to the late 1980s, air quality got steadily worse due primarily to increased traffic tied to population growth in the region. In the late 1980s, the Denver metropolitan area was frequently in violation of the EPA air quality standards for carbon monoxide, particulate matter, and ozone. Failure to meet these standards typically results in a designation of nonattainment by EPA.

As of December 2012, all areas in Colorado are in attainment of all NAAQS for criteria pollutants, except for ground-level ozone. Seven counties in the Denver metropolitan area and portions of two counties in the Colorado North Front Range are currently designated as nonattainment for exceeding the 8-hour ozone standard. The region was originally designated as nonattainment under the 1-hour standard, which has since been replaced by an 8-hour standard. Prior to 2006, there was only one exceedance of the ozone standard at any of the four monitoring stations in the study area; however, several exceedances have been recorded at north Denver's Welby station since then.

On December 12, 2008, the Colorado Air Quality Control Commission approved the Ozone Action Plan, including revisions to the State Implementation Plan, for the Denver Metro Area and North Front Range. The Ozone Action Plan identifies specific control measures designed to bring the region into compliance with the ozone standard by 2015.

The Denver region was designated nonattainment for carbon monoxide in 1978, subsequent to the CAA Amendments of 1977. On September 27, 2010, all carbon monoxide areas in the country were re-designated to maintenance status. There have not been any exceedances of the carbon monoxide standard at any of the four monitoring stations in the study area since 1999.

The region was re-designated to attainment/maintenance status for $PM_{10}$ by the EPA on September 16, 2002 (EPA, 2002). There was one exceedance of the $PM_{2.5}$ standard in 2001, but this was

> **Climate change**
>
> The CEQ instructs that NEPA documents comment on global climate change. These discussions are detailed in Attachment J, *Air Quality Technical Report* and in Section 5.10, Air Quality.

not enough to trigger a nonattainment designation for that pollutant.

## Impacts

The I-70 East project will be a very significant congestion-reducing transportation improvement for the Denver region. As big as it is, however, the project's vehicular travel and associated emissions are relatively small in comparison to those of the greater Denver region. Exhibit 6-5 shows the VMT for the project alternatives in the study area compared to the VMT for the Denver region. Exhibit 6-6 shows project-related on-road mobile source emissions compared to those of the Denver region, where applicable.

As the data in Exhibit 6-5 indicate, the project's VMT ranges from 10.3 percent to 10.7 percent of the regional VMT, depending on the alternative. The Build Alternatives have between 1.2 percent and 4.3 percent higher VMT than the No-Action Alternative. However, these increases only amount to between 0.1 percent and 0.4 percent of regional on-road mobile emissions. Since the No-Action alternative is consistent with the most recent conformity analysis for the regional transportation plan, it does not increase regional on-road mobile source emissions.

The information in Exhibit 6-5 also indicates that VMT and emissions increase a small degree for the Build Alternatives compared to the No-Action Alternative. While any increase is noteworthy, it is also important to note that these differences are extremely small when taken in context of regional travel and emissions.

Exhibit 6-6 provides perspective for the carbon monoxide, $PM_{10}$, volatile organic compounds, and nitrogen oxides emissions associated with the project alternatives as compared to the regional emissions and State Implementation Plan emissions budgets. As the data show, project-related emissions are a fraction of the regional emissions; and the regional emissions, which are from the most recent conformity determination conducted by DRCOG, are much lower than the SIP budgets.

**Exhibit 6-5.      Project and regional vehicle miles of travel (2035)**

| Alternative | 2035 VMT | Percent of Regional VMT | Percent Difference from No-Action VMT | Percent Increase in Regional VMT |
|---|---|---|---|---|
| No-Action | 10,999,400 | 10.3% | n/a | 0.0% |
| Revised Viaduct, General-Purpose Lanes* | 11,477,200 | 10.7% | 4.3% | 0.4% |
| Revised Viaduct, Managed Lanes | 11,282,900 | 10.5% | 2.5% | 0.3% |
| Partial Cover Lowered with Basic and General-Purpose Lanes Options* | 11,466,900 | 10.7% | 4.3% | 0.4% |
| Partial Cover Lowered with Basic and Managed Lanes Options** | 11,134,500 | 10.4% | 1.2% | 0.1% |
| Partial Cover Lowered with Modified and Managed Lanes Options** | 11,145,200 | 10.4% | 1.3% | 0.1% |
| Denver Region*** | 107,259,600 | n/a | n/a | n/a |

*Note: for air quality study area
**Due to its similarity to the Partial Cover Lowered Alternative, Basic Option with General-Purpose Lanes and, the Partial Cover Lowered Alternative, Modified Option with General-Purpose Lanes was not modeled.
***Source: Appendix C, Modeling Summary Tables, 2013 Amendment Cycle 1 Denver Southern Subarea 8-hour Ozone Conformity Determination (DRCOG, September 18, 2013)

**Exhibit 6-6.      2035 project and regional emissions (tons per day)**

| Pollutant | I-70 East (Study Area Emissions) | | Regional Emissions | No-Action Emissions as a Percent of Regional Emissions | Budget*** |
|---|---|---|---|---|---|
| | No-Action Alternative | Build Alternatives | | | |
| Volatile organic compounds | 1.1 | 1.1 to 1.1 | 49.1* | 2.2% | 89.7* |
| Nitrogen oxides | 3.6 | 3.6 to 3.8 | 43.2* | 8.3% | 102.4* |
| Carbon monoxide | 47.6 | 48.0 to 49.6 | 958.8** | 5.0% | 1600** |
| $PM_{10}$ | 0.70 | 0.68 to 0.70 | 43.1** | 1.6% | 55** |

*Source: Appendix C, Modeling Summary Tables, of 2013 Amendment Cycle 1 Denver Southern Subarea 8-hour Ozone Conformity Determination (DRCOG, September 18, 2013)
**Source: 2013 Amendment Cycle 1 DRCOG CO and $PM_{10}$ Conformity Determination for the Amended Fiscally Constrained 2035 Regional Transportation Plan and the Amended 2012-2017 Transportation Improvement Program (DRCOG, September 18, 2013)
*** Budget from the State Implementation Plan

Exhibit 6-7 shows the 2010 volatile organic compounds and nitrogen oxides emissions estimates for each of these sources from the region's 8-hour Ozone Attainment Plan. On-road mobile

sources are only 6.7 percent and 16.8 percent of total volatile organic compounds and nitrogen oxides emissions in the region. Combining this information with the percent of project emissions to regional emissions shows that the project volatile organic compounds and nitrogen oxides emissions are roughly 0.1 percent and 0.5 percent of total regional volatile organic compounds and nitrogen oxides emissions, respectively.

**Exhibit 6-7.      2010 volatile organic compounds and nitrogen oxides regional emissions (tons per day)**

| Source Category | VOC | % of Total | NOx | % of Total |
|---|---|---|---|---|
| Point | 37 | 2.3% | 86.4 | 11.8% |
| Oil and Gas Point & Area | 203.3 | 12.4% | 46.2 | 6.3% |
| Area | 61 | 3.7% | 22.1 | 3.0% |
| Non-Road Mobile | 61.3 | 3.7% | 61 | 8.4% |
| On-Road Mobile | 109.2 | 6.7% | 122.9 | 16.8% |
| Anthropogenic * | 471.8 | 28.8% | 338.6 | 46.4% |
| Biogenic** | 694 | 42.4% | 53 | 7.3% |
| **Total** | 1637.6 | | 730.1 | |

*Source: Denver Metro and North Front Range 8-Hour Ozone Attainment Plan (Colorado Air Quality Control Commission, December 12, 2008)*
*\*Anthropogenic refers to emissions produced human beings*
*\*\* Biogenic refers to emissions produced by living organisms*

## Other actions

As part of the discussion of cumulative air quality effects, it is necessary to identify other actions that could contribute to long-term air quality degradation. These will be actions associated with or potentially influenced by the project and its alternatives. The East Corridor rail commuter line to Denver International Airport being constructed as part of the Fastracks program is noteworthy in this regard. Although a separate project from the I-70 East project, it is being constructed in relative proximity to the I-70 corridor.

In terms of long-term effects, these two major transportation improvements will potentially attract new private sector investment to the corridor. This could possibly include redevelopment of existing uses in some locations with higher densities and a mix of retail, office, and residential uses. Additional industrial development is possible as well. While it is possible that localized emissions could increase with increased economic activity in the general area, it could have positive regional air quality impacts due to shorter trip lengths and increased transit use. These future potential actions are extremely difficult to predict, especially at the local level, but

they are worth mentioning for disclosure purposes. Other factors, such as infrastructure investment, could affect future impacts as well.

## Summary

If project alternatives contribute to air quality degradation and nonattainment of air quality standards when coupled with other foreseeable future actions, they cause cumulative impacts to air quality. No substantial direct impacts were determined for the project alternatives based on the air quality analysis reported in Section 5.10, Air Quality, and in the summary of air quality analysis results discussed earlier in this sub-section. The project will not contribute to an increase of air pollutants region-wide in most cases, and will only increase emissions a negligible amount in others. No NAAQS air quality violations are expected with project implementation. Because there are no direct impacts, there will be no meaningful additive impacts with other reasonably foreseeable future actions. No cumulative air quality impacts are expected from the project alternatives, so no mitigation is required.

In summary, when combined with other past, present, and reasonably foreseeable future projects, project alternatives will not contribute to substantial air quality cumulative impacts.

> **Air quality**
>
> Project alternatives will not substantially contribute to air quality cumulative impacts.

### 6.5.6   Noise

The geographic extent of noise impacts has grown with increased urbanization in the study area. Noise levels have been influenced by increasing urban density and intensity of use over time. Noise impacts associated with urban areas have encroached into rural lands as new development and transportation systems have been constructed over the past 50 years. These changes occur when unbuilt areas are replaced or become encroached upon by more intensive (and noisy) land uses, such as roads or urban development. Major transportation projects that have previously increased noise levels include the construction of I-70 and I-270 during the 1960s, E-470 in 1991, and Peña Boulevard and DIA in 1995. While noise levels have generally increased and have expanded spatially, some improvements have been made, such as the closure of Stapleton International Airport in 1995.

Foreseeable future actions also will contribute to urban noise as new development in the east will convert large areas of rural land into more noise-intensive urban development. Continuing downtown redevelopment also is expected to contribute to noise levels in the western part of the study area. Additional housing, office, and commercial capacity coupled with forecasted

population and employment growth will intensify noise generation in these areas. Future transit projects also will contribute to increased noise levels, especially where transit corridors converge downtown. Transit alignments located in existing transportation corridors will have the potential for cumulative impacts through combined highway and transit noise; however, mitigation can be, and is being, used to limit noise levels to reduce noise impacts.

**Impacts**

If project alternatives increase noise levels or contribute to the collective noise impacts of foreseeable future projects, then they are likely to have cumulative noise impacts.

As illustrated in Section 5.12, Noise, both the No-Action Alternative and the Build Alternatives will have direct noise impacts. While mitigation that complies with CDOT's Noise Abatement Criteria (CDOT, 2013) will be implemented and existing noise walls replaced, noise will not be mitigated when unreasonable or infeasible and not recommended. In these very localized areas, noise will incrementally increase due to the project alternative and cause a cumulative noise impact. Across the cumulative noise study area identified in Exhibit 6-2, noise impacts will not be substantial due to the overall benefits of noise mitigation.

**Summary**

In summary, when combined with other past, present, and reasonably foreseeable future projects, the project alternatives will contribute to cumulative noise impacts in very localized areas by increasing noise over existing conditions. However, throughout the entirety of the cumulative noise impact study area, noise will be minimized through construction of noise walls and will not substantially contribute to cumulative noise impacts after mitigation.

> **Noise**
>
> Project alternatives will not substantially contribute to noise-related cumulative impacts after mitigation.

### 6.5.7    Wetlands and other waters of the U.S.

Urbanization in the study area has affected wetlands and other waters of the U.S. through physically displacing and degrading streams, rivers, ponds, or lakes. As the study area has urbanized over time, streams have been channelized little by little and cleared of meanders that were once given to periodic overflow. Also, stormwater detention ponds and roadside drainages prevented flooding, creating wetland conditions in historically dry areas.

Hydrologic change caused by urbanization is suggested through the urbanization analysis previously summarized in the 2008 Draft EIS. Urbanization, as measured by the intrusion of impervious surfaces into hydrologic areas was determined by spatially overlaying urbanized areas since 1965 with hydrologic features (rivers, streams, ponds, and lakes) data. By detecting impervious surfaces within 100 feet of hydrologic features, 8 percent of hydrologic features are overlapped by urbanized land in 1965, 8 percent in 1980, 14 percent in 1990, and 21 percent in 2002. In 1965, impervious, urbanized areas near hydrologic features were mostly located in the west portion of the study area in places such as the South Platte River, Sand Creek, Cherry Creek, and Clear Creek.

New development along I-70 in the 1960s encroached into riparian areas. Wetland protection during this time was minimal, so unmitigated development into these areas was allowed. Although change in impervious surface from 1965 to 1980 was limited in quantity, increased urbanization near hydrologic features occurred primarily along Sand Creek, adjacent to I-270.

Changes between 1980 and 1990 marked an overall concentration of impervious surface in existing urban areas. This change accounts for the majority of urbanization increase near hydrologic features during this timeframe with the exception of High Line Canal's east branch near the Green Valley Ranch development, which was underway in 1990. The following decade marked dramatic increases in urbanization near hydrologic features. By 2002, urbanization had further encroached along hydrologic features in the west, including the South Platte River, Sand Creek, Clear Creek, Fisher Ditch, and the Rocky Mountain Ditch. Urbanization near hydrologic features also began in the east during this time, primarily due to DIA and the build-out of Green Valley Ranch.

In the reasonably foreseeable future, wetlands and other waters of the U.S. will be most threatened in the northeast portion of the study area where undeveloped land is under increasing development pressure. Urbanization in this area will require greater flood control measures and the possibility of physical wetland displacement. The condition of wetlands and other waters of the U.S. in urbanized areas west and south of Stapleton is not expected to change dramatically in the future, since these areas are generally established and close to full build-out. Future actions that directly and indirectly affect these resources will be subject to mitigation as regulated by the federal Water Pollution Control Act, Clean Water Act, and

Executive Order 11990, "Protection of Wetlands" (Carter, 1977). As part of this baseline condition, the No-Action Alternative will not contribute to cumulative wetland impact, since no direct or indirect impacts were identified.

**Impacts**

The Build Alternatives will cause cumulative impacts to wetlands or other waters of the U.S. if wetlands lost through placement of fill or modifications to other waters of the U.S. dramatically contribute to losses experienced region-wide or if there are substantial induced losses (wetlands lost through project-induced, unplanned development). The No-Action Alternative also will cause cumulative impacts to other waters of the U.S. in a similar manner as the Build Alternatives.

If left unmitigated, the Build Alternatives will directly affect local wetlands through the placement of fill material. As discussed in Section 5.15, Wetlands and Other Waters of the U.S., the Build Alternatives permanently impact 0.001 acre of jurisdictional wetlands and 4.110 acres of non-jurisdictional wetlands. In addition, the Build Alternatives permanently impact 0.0001 acre of the Sand Creek channel (i.e., other waters of the U.S.).

Despite potential impacts caused by the Build Alternatives, overall wetland conditions may experience net loss even with mitigation. The regional sustainability of wetland resources is dependent on the ability of each individual future action to be sufficiently mitigated to avoid further incremental degradation. To this end, the project will mitigate both jurisdictional and non-jurisdictional wetlands at a 1:1 ratio to avoid or offset impacts to wetlands. Therefore, impacts will cumulatively contribute to wetland loss in the short term at the onset of the impact, but are not expected to contribute to long-term cumulative wetland loss through placement of fill material because of implementation of mitigation measures.

Wetlands and other waters of the U.S. also are susceptible to cumulative impacts through private development by either direct displacement or degradation due to changes in stormwater runoff and non-point pollution. Because the No-Action Alternative and the Build Alternatives are not expected to induce development, they will not add to cumulative impacts to wetlands or other waters of the U.S. due to increased development.

**Wetlands and other waters of the U.S.**

Project alternatives will not contribute substantially to negative wetland cumulative impacts.

**Summary**

In summary, when combined with other past, present, and reasonably foreseeable future projects, the Build Alternatives will not contribute substantially to long-term cumulative wetland loss through placement of fill material because of compliance with Executive Order 11990 and CDOT's policies of no net loss. In addition, the Build Alternatives are not expected to substantially contribute to cumulative impacts to other waters of the U.S. given the minimal permanent impacts and implementation of best management practices (as discussed in Section 5.15, Wetlands and Other Waters of the U.S.). Because the No-Action Alternative has no wetland impacts and temporary impacts to the South Platte River caused by the alternative will be returned to pre-construction conditions, it will have no cumulative effects to wetlands and no long-term cumulative effects to other waters of the U.S.

### 6.5.8   Stormwater runoff and water quality

Historically, land use patterns and urbanization have influenced water quality by changing stormwater runoff levels and composition. The nature of runoff is directly related to land uses and the geographic coverage of urbanized areas. Growth of the study area's urban footprint since 1960 has increased the potential of stormwater runoff to affect water quality. In addition, increases in impervious area affect the ability of existing drainage systems to accommodate peak stormwater events. Through the land cover analysis detailed in the 2008 Draft EIS, it is estimated that impervious surface in the stormwater and water quality study area (study area boundary illustrated in Exhibit 6-2) has increased 255 percent from 1965 to 2002, translating to an increase of approximately 32,000 acres during the 36-year span.

Despite this increase in impervious urban land cover, water quality has improved throughout the region, proving that local, state, and federal regulations have produced positive changes. Ordinances have strengthened over time, beginning with the Federal Water Pollution Control Act of 1972, and later in 1974 with the passage of the Safe Drinking Water Act. The resulting National Pollutant Discharge Elimination System permit program places limits on the amount of pollutants that may be discharged from point sources. The EPA granted Colorado the authority to issue and manage these permits through Regulation 61 of the Colorado Discharge Permit System Regulations (CDPHE, 2006).

**Definition of point source pollution**

Point source pollution is pollution that comes from a single source, such as an oil refinery's wastewater discharge outlet.

The outcome of these regulations requires that operators of large municipal separate storm sewer systems, such as the City and County of Denver, the City of Aurora, and CDOT, obtain permits and develop stormwater management programs. These programs include issuance of construction and maintenance BMPs for preventing harmful pollutants from entering stormwater systems. Recent changes provide more stringent controls on construction-related discharges by requiring construction projects one acre in size or larger to secure a Colorado Discharge Permit System permit for stormwater discharges.

Foreseeable future development at Stapleton and farther east in the study area will result in additional stormwater runoff and may adversely affect water quality due to conversion of non-urbanized, pervious land into impervious development. New development east of Stapleton could contribute to cumulative stormwater runoff impacts on Second Creek and Third Creek, as shown in Exhibit 6-2. Local, state, and federal stormwater regulations will control and minimize the impacts of this foreseeable future development, however.

## Impacts

The increase in impervious surface caused by the project alternatives will be negligible when considering the study area as a whole. These changes will have no impact on stormwater runoff and water quality because drainage and detention standards require control of stormwater release and compliance with local, state, and federal water quality standards. In fact, the project alternatives will potentially improve water quality standards above those experienced currently since the existing highway was constructed before such rigorous stormwater and water quality standards existed. The project alternatives will have beneficial cumulative impacts in this way, regardless of the impacts caused by other foreseeable future projects.

The No-Action Alternative will improve water quality since reconstruction of the viaduct will require new stormwater detention features. These improvements are limited to the area between Brighton Boulevard and Colorado Boulevard, but will have a minor beneficial cumulative impact on regional water quality.

The Build Alternatives will have impacts to water quality if unmitigated, as documented in Section 5.16, Water Quality. Because of these potential impacts, mitigation—such as water quality ponds—will be used as part of any Build Alternative implemented. The Partial Cover Lowered Alternative has the

**CDOT's Municipal Separate Storm Sewer Systems**

MS4 permitting and compliance has a beneficial effect on water quality.

potential to create ponding areas between Brighton Boulevard and Dahlia Street. The alternative requires mitigation to reduce surface runoff to prevent water from reaching the lowered section of I-70. It also must allow for safe discharge of stormwater runoff to existing drainage systems. Implementation of mitigation measures are expected to improve water quality conditions by treating previously untreated runoff.

### Summary

In summary, when combined with other past, present, and reasonably foreseeable future projects, the increased impermeable surface caused by the project alternatives—and resulting increase in stormwater runoff—will not contribute substantially to cumulative water quality impacts. This is due in large part to compliance with stormwater regulations, implementation of BMPs, and utilization of stormwater collection improvements, all of which are ultimately expected to improve water quality over existing conditions.

**Stormwater runoff and water quality**

Project alternatives will not contribute substantially to stormwater and water quality cumulative impacts.

### 6.5.9   Environmental justice

While Section 5.3, Environmental Justice, examines how direct and indirect resource impacts affect low-income and minority populations, the environmental justice cumulative impacts analysis examines if these specific populations could be harmed by the collective effect of other past, present, and foreseeable actions in combination with the project alternatives.

As established in the preceding cumulative resource sections (Section 6.4.1 through 6.5.8), neighborhoods adjacent to I-70 East have a history of cumulative impacts. These communities include the low-income and minority neighborhoods of Globeville, Elyria and Swansea, Northeast Park Hill, Montbello, Aurora, and Gateway, as identified in Section 5.3.

### Impacts

Cumulative environmental justice impacts are determined by examining the cumulative resource impacts documented in Sections 6.4.1 through 6.5.8 for their effect on the low-income and minority populations identified in Section 5.3 (Exhibit 5.3-5).

All alternatives have the following environmental justice cumulative impacts:

- Neighborhood cohesion and socioeconomic impacts caused directly through property acquisitions

- Increased noise

- Loss of historic resources

In addition to the cumulative environmental justice impacts noted above, the No-Action Alternative also will have the following cumulative environmental justice impacts:

- Lack of mobility will not support the viability of regional neighborhoods, including other low-income and minority populations

- Increased neighborhood congestion caused by cut-through traffic will affect safety, air quality, emergency services, noise, and local mobility

In addition to the list of cumulative environmental justice impacts shared among all alternatives noted above, the Build Alternatives will have the following additional cumulative environmental justice impacts:

- Improved mobility will support the viability of regional neighborhoods, including other low-income and minority populations

- Neighborhood cohesion and socioeconomic impacts caused by property acquisitions will be greater than the No-Action Alternative due to the larger number of properties required for implementation

- The Partial Cover Lowered Alternative will improve neighborhood cohesion in historically impacted low-income and minority neighborhoods by providing opportunities on the highway cover for social interaction between or among people within neighborhoods and removing physical barriers (the viaduct) within the neighborhood.

- More historic resources will be acquired than will be through the No-Action Alternative.

## Summary

In summary, when combined with other past, present, and reasonably foreseeable future projects, both the No-Action Alternative and the Build Alternatives have the potential to substantially contribute to environmental justice cumulative impacts.

**Environmental justice**

Project alternatives have the potential to contribute to environmental justice cumulative impacts.

The tradeoffs between cumulative impacts for the two alternatives are subjective and are open to wide interpretation. In general, the tradeoffs are that the No-Action Alternative benefits I-70 East adjacent low-income and minority neighborhoods by avoiding extensive property displacements. However, this scenario also causes mobility-related impacts to the local neighborhoods, as well as other low-income and minority neighborhoods region-wide. Also, the viaduct remains a barrier to neighborhood cohesion. However, the Build Alternatives require more property displacements, but avoid mobility-related impacts to local and regional low-income and minority neighborhoods. The Partial Cover Lowered Alternative has the added benefit of improving neighborhood cohesion in historically impacted low-income and minority neighborhoods by restoring community connectivity.

## 6.6    What are the cumulative benefits?

Project alternatives coupled with other past, present, and future projects have the cumulative benefits necessary to support a growing metropolitan area. Cumulative benefits are the positive effects experienced through the collective implementation of past, present, and foreseeable future projects in combination with the proposed alternatives.

The primary benefit of the Build Alternatives is increased mobility. Mobility is an integral component of maintaining a viable city. Mobility supports aspects of commercial and private travel, as well as local and regional access, without which commerce, quality of life, and the overall function of a city will be overloaded. The Build Alternatives will improve future mobility more than the No-Action Alternative, thereby supporting developing urban centers, such as the Stapleton and Gateway Neighborhoods, as well as the Elyria and Swansea Neighborhood and other well-established neighborhoods in the study area. Because an aspect of building and maintaining viable and cohesive neighborhoods relies on efficient transportation access and mobility, neighborhoods in the study area are expected to benefit from the reduced congestion levels provided by the Build Alternatives over the No-Action Alternative.

# Attachment M – Appendix B
# Summary of Existing Studies and Flows

ATKINS

# Memo

| To: | Frank Kemme, CCD | | |
|---|---|---|---|
| From: | Josh Hollon PE, CFM, Atkins | | |
| cc: | Carrie Wallis, Atkins | Date: | January 16, 2013 |
| Ref: | I-70 EIS, CCD offsite flows | | |
| Subject: | I-70 Offsite Flow Summary | | |

## 1.0    Introduction

The Colorado Department of Transportation (CDOT) is evaluating alternatives to improve I-70 between I-25 and Tower Road. The purpose of the project is to improve eastbound and westbound highway safety and mobility in the project area. A Environmental Impact Statement (EIS) is currently being developed for the project improvements including identification of project alternatives and associated impacts. One alternative includes a "Partial Covered Lowered" (PCL) section of I-70 between Brighton Boulevard and Colorado Boulevard. This PCL section lowers the elevation of I-70 approximately 40 to 50 feet below existing ground elevations and would impact existing drainage conditions for the area.

The purpose of this memorandum is to provide a summary of the offsite discharges that cross I-70 and affect proposed drainage systems for the I-70 PCL improvements.

## 2.0    Project Impacts

The PCL section lowers the elevation of I-70 between Brighton Boulevard and Colorado Boulevard and would intercept existing surface runoff from the City and County of Denver (CCD) draining from south of I-70. Existing CCD storm drain systems do not provide adequate capacity to capture and convey the 100-year runoff from the drainage areas south of I-70. Currently, I-70 is a viaduct and located above the existing ground. Runoff from the drainage areas south of I-70 flows under the I-70 viaduct and drains to the South Platte River. However, the PCL alternative would create a lowered section of I-70 and would capture the surface runoff from the drainage areas to the south. To eliminate the potential flooding of the PCL section, additional storm drainage systems are required to capture and convey the 100-year surface runoff prior to reaching the PCL section. The PCL section crosses two studied drainage areas that would contribute surface runoff to the PCL section; Lower Montclair and Lower Park Hill.

### 2.1.    Lower Montclair Basin

The Lower Montclair basin is located south of I-70 and extends southeast to approximately the intersection of E Alameda Avenue and S Quebec Street. The basin drains south to north and surface runoff crosses I-70 between Brighton Boulevard and York Street.

### 2.2.    Lower Park Hill Basin

The Lower Park Hill basin is located south of I-70 and extends southeast to approximately the intersection of E 40th Avenue and N Dahlia Street. The basin drains south to north and surface runoff crosses I-70 near Milwaukee Street, Steele Street, and just east of Colorado Boulevard

## 3.0    Previous Studies

These basins have been studied by CCD and calculated 100-year surface flows from these previous studies have been used to prepare a preliminary offsite drainage system to capture and convey the offsite surface runoff prior to reaching the PCL section of I-70. As future studies are developed for these areas, the preliminary offsite drainage system can be revised.

**Plan Design Enable**

ATKINS

### 3.1.  Lower Montclair

Enginuity prepared a Memorandum, dated August 27, 2010, RE: Sanitary and Storm Drainage Master Plan FasTracks Interface Lower Montclair Street Flow Criteria, that prepared a FLO-2D analysis of the surface flows from the Lower Montclair basin including analysis of the surface flows near I-70. Enginuity added an additional FLO-2D cross section at I-70 to calculate the surface overflows that may be captured by the PCL alternative. Cross section 3 of their FLO-2D analysis calculated approximately 4,000 cfs crossing I-70 at Brighton Boulevard and York Street. This 4,000 cfs was used to develop the preliminary offsite drainage system for the PCL alternative. A copy of the Enginuity FLO-2D figure is attached to this Technical Memorandum.

### 3.2.  Lower Park Hill

Enginuity also prepared the Park Hill (North of Smith Road) Drainage Outfall System Plan, Conceptual Design Report, dated January 24, 2012. This report included a FLO-2D analysis of the surface flows from the Lower Park Hill basin near I-70. The FLO-2D analysis included two cross sections at I-70 which calculated the surface flows that could be captured by the PCL alternative. Cross section 1 is located near Steele Street and calculates approximately 400 cfs crossing I-70. Cross section 2 is located just east of Colorado and calculates approximately 500 cfs. The calculated 400 cfs at Steele Street and 500 cfs just east of Colorado were used to develop the preliminary offsite drainage system for the PCL alternative. A copy of the Enginuity report Figure 2 is attached to this Technical Memorandum.

## 4.0   Summary

The I-70 EIS is not preparing additional hydrologic analysis of this area. Instead, it utilizes the available studies and relies on their calculated surface flows to prepare the PCL offsite storm drainage system. The PCL offsite storm drainage system uses the 4,000 cfs calculated in the Lower Montclair study and applies that flow between Brighton and York Street. The PCL offsite storm drainage system also uses the 400 cfs and 500 cfs from the Lower Park Hill study and applies those flows at Steele Street and just east of Colorado Boulevard.

Per our on-going coordination efforts with CCD, it is our understanding that additional studies may be completed in the future and opportunities to reduce the peak flows reaching I-70 will be investigated. As CCD analyzes these areas and flow reductions are identified, the design flows for the I-70 PCL offsite drainage system may be reduced.



Figure 2 : Lower Park Hill FLO-2D Analysis
from Park Hill Outfall Systems Plan
100-Year Design Flow
Legend
Maximum Flood Depths
3" - 6"
6" - 12"
1' - 1.5'
1.5' - 3'
3' - 4.5'
4.5' - 6'
6' - 8'
Existing Storm Drains
Horiz. Diam. 0 - 18 in.
Horiz. Diam. 18 - 30 in.
Horiz. Diam. 30 - 48 in.
Horiz. Diam. 48 - 60 in.
Horiz. Diam. >60 in.
Manhole
Inlet
1200
CUHP-SWMM
Hydrograph Location
0
400
800
Feet
Enginuity

Figure 1 : Lower Montclair FLO-2D Analysis
SSDMP East Corridor Interface
100-Year Design Flow
5-Year Flow Subtracted for 40th Street System
Legend
Maximum Flood Depths*
3" - 6"
6" - 12"
1' - 1.5'
1.5' - 3'
3' - 4.5'
4.5' - 6'
6' - 8'
* Based on 25-foot 2-D computational grid
Existing Storm Drains
Proposed RTD FasTracks Alignment
CUHP-SWMM Hydrograph Location
1200
Enginuity
0 400 800 Feet
DENVER
ROCK ISLAND RR
BNSF RR
UNION PACIFIC RR
X-Section 2 - Floodplain Hydrograph (100-Year)
X-Section 1 - Floodplain Hydrograph (100-Year)
X-Section 3 - Floodplain Hydrograph (100-Year)
E 46TH AVE
E 48TH AVE
East Corridor
404
542
560
INFLOW
INFLOW
INFLOW
INFLOW



# Memorandum

**To:**     I-70 PCL Drainage Multi Agency Technical Team (MATT)
- Urban Drainage and Flood Control District (UDFCD)
- Colorado Department of Transportation (CDOT)
- City and County of Denver (CCD)
- Regional Transportation District (RTD)
- Atkins
- Stantec

**From:**   Don Jacobs P.E. – Enginuity Engineering Solutions (Enginuity)

**Date:**   February 10, 2014

**Re:**     I-70 PCL Montclair Drainage Basin Hydrologic Analysis

## 1.0     Contents of this Memorandum

This memorandum was prepared by Enginuity Engineering Solutions documenting the Multi Agency Technical Team's (MATT) investigation of the Montclair drainage basin hydrology in Denver, Colorado. A list of individual MATT participating members is located in the appendix (see meeting minutes). Organizational contents of this memorandum are listed below:

1.0  Contents

2.0  Background and Purpose

3.0  General Approach – Base Model Hydrology

4.0  Hydrologic Modeling Sensitivity Analysis

5.0  Revised I-70 PCL Hydrology Results and Final MATT Recommendations

6.0  Appendix

## 2.0     Background and Purpose

CDOT has identified the Partial Covered Lowered Alternative (PCL) as the preferred alternative for improvements to I-70 East through Denver. A portion of this alternative includes rebuilding I-70 below grade between Brighton Boulevard and Colorado Boulevard, where the existing viaduct currently stands. While lowering the highway at this location provides several enhancements to the community such as reconnecting the Elyria and Swansea neighborhoods, it also presents drainage challenges that must be addressed from a design standpoint.

The proposed lowered portion of the I-70 project crosses two major drainage basins in Denver – the Montclair and Park Hill basins. This memorandum specifically addresses the Montclair basin. Flood potential in the lower Montclair drainage basin has been documented by several previous studies, including studies by the City and County of Denver and the Regional Transportation District. These

studies have defined flow rates and rough flooding limits around the I-70 area both upstream and downstream of the interstate.  Currently, this flood potential does not pose a significant risk to the highway due to its elevated design on a viaduct.  However, proposed lowering of alignment below grade will introduce the potential for flood waters to enter the highway if not accounted for in the project's drainage design.

To address this potential drainage issue, the MATT was formed during the fall of 2013 to collectively investigate the Montclair basin's hydrology and other inter-agency coordination issues.  While the Montclair basin hydrology has been documented in several previous studies (see below for more information), all of the previous analyses were performed from a regional planning standpoint, and there was a general presumption that the previously published flow rates could potentially be overly conservative from a design standpoint.

**Overall goal of this analysis:  to perform a technical review of the previous Montclair basin hydrologic analysis and modify the modeling, if necessary, in order to provide C-DOT with a mutually agreed upon off-site 100-year design flow rate for the I-70 PCL project.**

Previous analysis that were used as the initial basis of this project:

- 2005 CCD Storm Drainage Master Plan (SDMP)

- 2008 CCD Ferril Lake Stormwater Detention Design

- 2009 CCD Storm Drainage Master Plan

- 2010 CCD Sanitary and Storm Drainage Master Plan FasTracks Interface

- 2014 CCD Storm Drainage Master Plan (in progress, scheduled for completion in October 2014)

- 2008 RTD Draft East Corridor Drainage Master Plan

- 2011 RTD Eagle P3 Drainage Adverse Impact Analysis

- 2013 RTD North Metro FLO-2D Drainage Analysis

- 2011-2014 RTD/CCD/UDFCD 40th Avenue/High Street Outfall Design

This memorandum documents the hydrologic analysis performed by Enginuity in the Montclair basin for the I-70 PCL project's conceptual design.  The analysis was a collaborative effort between MATT members with bi-weekly technical meetings held from September 2013 thru February 2014.  Hydrology related meeting minutes are included in the appendix.






## 3.0 General Approach – Base Model Hydrology

<u>General Hydrologic Conditions</u>

The Montclair basin is a fully developed, urbanized watershed containing a total tributary drainage area of approximately 9.4 square miles. It encompasses drainage planning basins 4500-01, -03, and -04. The basin generally drains to the northwest and discharges to the South Platte River between Globeville Landing Park and Riverside Cemetery. Its upstream boundary is located to the southeast at the Fairmont Cemetery. Land use varies within the basin from primarily residential in the upper reaches to commercial and industrial in the lower reaches. City Park, an approximate 320 acre urban park containing the Denver Zoological Gardens, the Denver Museum of Nature & Science, and the City Park Golf Course, is located near the center of the drainage basin.

There is an extensive system of existing storm sewer pipes serving the basin including a 10' x 10' RCBC primary outfall. A second large (12' x 8' RCBC) outfall associated with the RTD Eagle P3 project in conjunction with UDFCD and CCD is currently under construction. These two outfalls combined were designed to convey the 5-year event. Surcharged flows in excess of the storm sewers' capacity are conveyed overland via the network of City streets. There is historical evidence that a drainage channel once existed in the Montclair basin, but it has since been obliterated by development during the early 20th century. Without a formal drainage channel, periodic flooding occurs throughout the basin with significant surface runoff. These areas of urban flooding are not recognized by FEMA as jurisdictional floodplains, but they pose a significant drainage design issue for the I-70 PCL project as they drain towards the highway.

<u>Previous Studies and Flow Rates</u>

With numerous previous studies encompassing different portions of the Montclair drainage basin for a variety of purposes, the MATT began by investigating hydrologic results and flow rates published in the previous studies. In order to adequately compare these studies, Enginuity modified the previous CUHP/SWMM models as necessary to provide comparative results at a common location using identical assumptions. For the purpose of consistency when comparing previous studies, the following assumptions were used:

- The location for comparing flow rates produced by the Montclair basin is at 40th Avenue and represents a combined flow rate across several streets and pipes. **All flow rates published in this memorandum are at 40th Avenue.** Once water crosses 40th Avenue, it branches into several different directions and is conveyed by various underground pipes and multiple streets. These diversions downstream (north) of 40th Avenue are not analyzed in this memorandum, but will be accounted for as part of the future I-70 conceptual design, since not all of the Montclair basin's runoff reaches I-70.

- **All Flow rates throughout this study represent the total 100-year runoff from the basin (pipe flow plus surface flow).** For the sake of simplicity, underground pipe conveyances are not accounted for in the comparative flow rates and newly developed flow rates in this memorandum. These pipe conveyances will be accounted for as part of the future I-70 conceptual design.

Considering the assumptions listed above, runoff hydrographs from previous studies are depicted in the graph below:








The "City Park Detention" referenced in the graph above refers to formalized detention constructed in 2008 at Ferril Lake, which consists of approximately 124 acre-feet of detention volume and was designed for the 5-year event. While not all of the previous studies originally analyzed the basin with and without formalized detention at Ferril Lake, Enginuity added this variation to the previous models for comparative purposes and to provide the MATT with a clear understanding of the expected benefits of the existing 5-year Ferril Lake facility.

General background of the previous studies (all utilize CUHP 2000 and UDSWMM 2000):

- <u>2005 Denver SDMP</u>: the first major study of the basin; utilized detailed CCD topography and GIS data; basin delineation based on pipe infrastructure; estimated % impervious values based on UDFCD land use table; delineated 57 individual sub-basins.

- <u>2008 RTD East Corridor</u>: more "basic" analysis delineating 5 individual sub-basins; basin delineation based on topography; estimated % impervious values based on UDFCD land use table.

- <u>2009 Denver SDMP</u>: modified 2005 model to account for City Park detention; revised % impervious calculations to be based on measured impervious values for each land use utilizing the City's GIS pervious layer; other minor modeling parameter modifications.

- <u>2014 Denver SDMP</u>: modified 2009 model's routing and basin delineations to account for various surface split-flows identified using FLO-2D; routing elements account for both pipe and surface flow splits instead of pipe only; other minor modifications to account for newly constructed projects.

See the original technical documentation for each of these studies for additional information, maps, and results.






Determination of Base Hydrologic Model

The MATT reviewed results from previous modeling and decided to move forward with the 2014 Denver SDMP CUHP/UDSWMM analysis as the "Base Model" for the I-70 PCL analysis.  This model was selected due to the fact that is the latest model available, incorporates both surface and pipe flow routing, and provides a significant level of additional detail over the RTD analysis.  A CUHP-UDSWMM routing schematic map representing this model is located in the appendix, which includes a summary of 100-year peak flow rates for each design point.  The model has been modified by Enginuity for the purposes of this study, by combining several design points into a single point at 40th Avenue to represent the total flow for the basin.  The total flow is represented by Design Point "2" in the revised model.

The base model was then utilized to perform a series of sensitivity analyses accounting for potential modifications to modeling parameters that the group had identified as potentially more accurate, and also accounting for physical features observed within the basin that were not previously accounted for in the model.  The results of this sensitivity analysis are discussed in the following section.


## 4.0    Hydrologic Modeling Sensitivity Analysis

The MATT investigated the following potential modifications to the base CUHP/UDSWMM modeling and performed a sensitivity analysis on each:

1. Accounting for **loss of surface runoff to the 36th Street** drainage basin.

2. Utilizing direct **measured impervious values** instead of land use based values.

3. Reducing the model's **discretization** by subdividing the basin into fewer sub-basins.

4. Modifying the **street routing elements** in UDSWMM to better represent flow occurring down multiple streets during the 100-year event.

5. Accounting for **inadvertent detention** that occurs within the basin.

The following table and graph summarize peak runoff rates and hydrographs for the various modeling modifications investigated by the MATT.  The subsequent subsections further discuss the sensitivity analysis performed for each potential modification.






## Montclair Basin Hydrology – Sensitivity Analysis
### 100-Year Runoff at 40th Avenue

| Model or Potential Modification* | Q100 (cfs) | Change from Base Model | Comment |
|---|---|---|---|
| **2014 CCD Master Plan** | **6979** | **0%** | **Base Model, CUHP 2000, UDSWMM 2000** |
| Loss of surface runoff to 36th Street Basin | 6598 | -5% | Straight subtraction of peak flow acquired from FLO-2D model |
| Measured % Impervioius | 6991 | 0.2% | 1% increase in total % Impervious |
| Reduced Discretization - Weighted Average Slope | 6432 | -8% | 59 sub-basins to 5 sub-basins |
| Reduced Discretization - Measured Basin Slope | 6188 | -11% | 59 sub-basins to 5 sub-basins |
| Multiple Street X-section Routing Elements | 5793 | -17% | Adjusted trapazoidal bottom width and side slopes |
| Inadvertent Detention in City Park below Ferril Lake | 5644 | -19% | 45.5 acre-feet assumed Inadvertent Detention |
| Inadvertent Detention in City Park Golf Course | 5619 | -19% | 41.8 acre-feet assumed Inadvertent Detention |
| Inadvertent Detention in City Park Ball Fields | 6825 | -2% | 18.2 acre-feet assumed Inadvertent Detention |
| Inadvertent Detention - all 3 combined | 5005 | -28% | 105.5 acre-feet assumed Inadvertent Detention (total) |
| Check:  FLO-2D Routing for Basin Below Colfax Avenue | 3255 | -53% | Accounts for all inadvertent detention throughout the lower basin.  Includes pipe flow.  Includes flow lost to 36th Street.  **Low-end check only.** |
| **Modification Combinations** | | | |
| Multiple Street X-section Routing Elements & Inadvertent Detention (all 3 locations) | 4422 | -37% | Combination recommended by MATT on 12/16/2013 |

\* All models represent total peak runoff produced by the basin, existing pipe outfalls are not considered.  All models account for existing detention at City Park in Ferril Lake and also Crestmore Park.

Red = changes recommended by MATT








## 4.1.    Loss of Water to 36th Street Basin

FLO-2D analysis performed in the 2014 Denver SDMP indicated that there is potential for some flood waters to exit the Montclair basin and enter the 36th Street basin during large storm events.  The location for this potential trans-basin flow to the west would occur across Lafayette Street in the lower portion of the basin between 31st Avenue and 36th Avenue.  See the Montclair-Park Hill Basin Depth map in the appendix for a depiction of this trans-basin flow location.

As part of the MATT analysis, modifications to the 2014 SDMP FLO-2D analysis were made in order to track the trans-basin flow into the 36th Street basin.  The modeling results produced a trans-basin flow of 381 cfs from Montclair to 36th Street during the 100-year event.  The MATT determined this amount of flow loss to be negligible and decided not to account for it in the Montclair basin hydrology.

## 4.2.    Measured Impervious Values

As part of the MATT analysis, the impervious values for each sub-basin were directly measured utilizing CCD's impervious layer in GIS.  While the exact measured values differed from the 2014 SDMP base model for individual sub-basins, the cumulative basin-wide percent impervious value only differed by 1% and produced a negligible change in runoff values.  Based on this result, the MATT decided not to modify the base model's impervious values.

## 4.3.    Reduced Discretization

It is generally understood that the more a large basin is subdivided for CUHP/SWMM analysis (discretized), higher resulting flow rates can be expected.  Often times during CUHP/SWMM model development, engineers will model a basin utilizing different levels of discretization, and compare the results in order to "calibrate" the model based on the original basis of development for CUHP itself.

The MATT checked the sensitivity of the Montclair model by reducing the discretization from 59 sub-basins in the base 2014 SDMP model to a 5 sub-basin model.  The result was an 8% to 11% decrease in peak flow rates at 40th Avenue depending on the method used to calculate sub-basin slopes.  The MATT determined that this difference between the two approaches was acceptable, and did not warrant






modification to the base model. The MATT decided to continue with the more conservative, 59 sub-basin approach in the 2014 SDMP without further modification to account for discretization.

## 4.4. Multiple Street SWMM Routing Elements.

The street routing elements in the 2014 SDMP base UDSWMM model were input as recommended in the UDSWMM User's Manual. The recommended cross section is a 1-foot bottom width trapezoidal section, with 20:1 side slopes. The UDSWMM model can only accept trapezoidal shaped cross sections to represent surface flow. This standard cross section is intended to represent a street's gutter section, and can be thought of as an "inverted street crown." While this recommended cross section provides a good representation for water flowing down a single street, portions of the Montclair basin experience widespread flooding with water flowing down multiple streets, alleys, and around structures. In order to better represent the nature of this 100-year flood routing, the MATT developed several wider cross sections to be utilized in the SWMM model depending on the nature of the street flow at individual locations. The nature of the street flow was determined using FLO-2D surface modeling results from the 2014 SDMP.

A representative section located just north of 26th Avenue across the basin's primary flow path was utilized to depict the nature of street flow through the basin during the 100-year event. The following figure shows the typical nature of flow and a typical cross section within the basin, a larger version this image is available in the appendix:



The following figure illustrates four different routing cross sections used in the MATT UDSWMM analysis representing a varying number of streets conveying the runoff. The typical ground cross section north of 26th Avenue is shown in the background in black. A larger version of this image is available in the appendix.






- Flow traveling down one street (UDSWMM User's Manual recommendation) in red.  1-foot bottom width, 20:1 side slopes.

- Flow traveling down two streets in blue.  40-foot bottom width, 40:1 side slopes.

- Flow traveling down three streets in green.  120-foot bottom width, 60:1 side slopes.

- Flow traveling down four+ streets in yellow.  200-foot bottom width, 60:1 side slopes.



When comparing these cross sections to actual ground cross sections where flow occurs down multiple streets, the MATT believes these routing element representations are conservative, with actual flooding being realistically wider, slower, and more shallow than the trapezoidal sections used in the UDSWMM model.

Several velocity checks were completed to ensure the revised trapezoidal x-section routing elements are still considered to be conservative. Results indicate that velocities calculated in SWMM for a representative trapezoidal routing element are in fact higher (more conservative) than other methods of determining flow velocities in the area.  Velocity calculations performed for comparison purposes are listed below:

**Velocity Check for 6000 cfs, 0.05 ft/ft longitudnal slope, 0.02 Manning's n**

| | |
|---|---|
| Manning's Velocity for Irregular Section (3-Streets): | 6.8 fps |
| Manning's Velocity for Trapezoidal Section: | 7.6 fps |
| EPASWMM Velocity for Irregular Section (3-Streets): | 7.4 fps |
| EPASWMM Velocity for Trapezoidal Section: | 7.8 fps  (used in revised modeling) |
| FLO-2D Computed Velocity: | 3 to 7 fps |

Revision of the UDSWMM street flow routing elements resulted in a 17% decrease in peak flow rates from the base model.  The MATT recommended incorporating these revisions into the I-70 hydrology to better represent 100-year flow conditions within the basin.  See the UDSWMM routing map in the appendix for specific locations where the routing elements were modified to better represent street flow conditions.

## 4.5.    Inadvertent Detention

Three areas of significant inadvertent detention were identified within the basin that could have a significant impact on peak flow rates aimed at the I-70 project.  Inadvertent detention is referred to as naturally occurring detention storage that exists within low-lying and depressed areas; these areas have not been designed, constructed, or maintained for the purposes of stormwater detention.  Inadvertent detention is not typically accounted for in design hydrology due to the fact it cannot be relied upon for future storage of flood waters.  As a general practice, it is typically assumed that areas of inadvertent storage could be modified in the future resulting in a reduction or elimination of the storage that currently occurs.  However, the three areas identified in the Montclair basin are located on CCD publically owned property, where assurances can potentially be provided to maintain the existing inadvertent detention storage volumes in perpetuity.

The MATT investigated inadvertent volumes and the impact they have on the basin's hydrology at the following locations:

1.  City Park below (north of) Ferril Lake (Duck Pond area).  Assume 45.5 acre-feet.






2. City Park Golf Course between 23rd and 26th Avenues.  Assume 41.8 acre-feet.

3. City Park Ball Fields west of Colorado Boulevard and south of 23rd Avenue.  Assume 18.2 acre-feet.

See the appendix for mapping of these three areas and assumed inadvertent detention volume calculations.  These inadvertent detention volumes are considered by the MATT to be conservative, with actual 100-year inadvertent detention volumes being significantly larger than the assumed values.

The addition of these inadvertent detention volumes into the UDSWMM model results in significantly reduced flow rates at 40th Avenue.  If all three areas are accounted for, a 28% reduction in 100-year peak flow rates is realized.  See the table at the beginning of this section for specific results from each individual area.  The MATT recommended accounting for all three inadvertent detention areas in the I-70 hydrology, provided an agreement can be made with the Denver Parks Department assuring future actions would not adversely impact the natural and formal storage currently occurring at these three locations.

## 4.6.    FLO-2D Routing

As a "low end check" of the overall hydrologic results for the basin, runoff values from the 2014 SDMP FLO-2D model were included in the sensitivity analysis documentation.  The routing of flood conveyances utilizing FLO-2D is not a methodology approved by UDFCD because it accounts for every square foot of inadvertent detention within the basin, and it is generally considered to lack enough conservatism when determining peak flow rates for design purposes.  However, the FLO-2D results have been included in the sensitivity analysis tables and graphs as a simple reference point, allowing the MATT to further understand the various modeling results and help make final modeling recommendations.

## 5.0    Revised I-70 PCL Hydrology Results and Final MATT Recommendations

Recommendations

After reviewing the previous hydrologic studies performed for the Montclair drainage basin and further performing a sensitivity analysis of various modeling parameter modifications, the MATT has recommended the following modifications be made to the base 2014 SDMP CUHP/SWMM model for I-70 design purposes:

- Revise UDSWMM routing elements to more accurately represent flow occurring down multiple streets.

- Account for inadvertent detention at the following three locations:  City Park Duck Pond, City Park Golf Course, and City Park Ball Fields.  The inadvertent storage volumes at these locations shall only be accounted for if the proper agreements are put in place ensuring future maintenance of the flood storage volumes.

Results

Incorporating the MATT recommendations into the CUHP/SWMM hydrologic modeling, a revised total basin 100-year peak flow rate of **4,422 cfs** is calculated at 40th Avenue.  From this value, the I-70 design team can account for existing and soon-to-be completed pipe outfalls serving the basin by subtracting their capacities from the total peak flow rate.  Based on CCD's GIS data and recent construction plans, the following two main outfalls should be accounted for:

- Existing 120" BRICK @ 0.39% serving 40th Street and 40th Avenue with a calculated Manning's full flow capacity of 897 cfs.

- Currently under construction High Street Outfall (UDFCD, Denver, RTD) serving 40th Avenue and the East Corridor rail alignment with a design capacity of 906 cfs (based on construction plans






dated January 2013).  The latest construction plans or as-builts for this project should be referenced to verify this number.

Accounting for the two storm drain outfalls serving the Montclair basin, the 100-year design flow rate for the I-70 project at 40th Avenue (surface flow) is 2,691 cfs (4422 minus 897 minus 906).  This peak flow rate can be further revised during the design process to account for the complex flood routing and split flows that occur between 40th Avenue and I-70.  This flood routing analysis has already been preliminarily completed for the RTD North Metro project but should be updated using the newly revised flow rate of 2,691 cfs.

## 6.0    Appendix

All supporting maps, figures, tables, and hydrologic models used during the MATT analysis are provided in electronic format only.  All supporting documentation can be found on the attached DVD.

The supporting documents are organized in the same general order to match the layout of this memorandum.  Supporting documents include:

Figures/Maps/Tables:

- Background Montclair Mapping

    o  01.  Montclair/Park Hill Basin FLO-2D Flooding Depth Analysis

    o  02.  2011-07-07 Flooding Video at 36th Avenue and High Street

    o  03.  2008 RTD East Corridor CUHP-SWMM Routing Diagram

    o  04.  2014 SDMP Base Model CUHP-SWMM Routing Diagram

- Hydrology Sensitivity Analysis

    o  01.  Impervious Value Sensitivity Analysis

    o  02.  Reduced Discretization Sensitivity Analysis

    o  03.  Multiple Street SWMM Routing

    o  04.  Inadvertent Detention

- Final Hydrologic Mapping for I-70 PCL

    o  01.  **Final MATT I-70 PCL CUHP-SWMM Routing Diagram**

Hydrologic Models CUHP-UDSWMM:

- Previous Models Modified by Enginuity for Comparative Purposes

    o  01.  2008 RTD East Corridor (with and without Ferril Detention)

    o  02.  2014 Denver SDMP with Ferril Detention

    o  03.  2014 Denver SDMP without Ferril Detention






- Sensitivity Analysis

    - o   01.  Base 2014 Denver SDMP

    - o   02.  Measured Imperviousness

    - o   03.  Reduced Discretization

    - o   04.  Multiple Street X-section Routing

    - o   05a.  Inadvertent Detention City Park Duck Pond

    - o   05b.  Inadvertent Detention City Park Golf Course

    - o   05c.  Inadvertent Detention City Park Ball Fields

    - o   05d.  Inadvertent Detention Combined (all 3)

- Final Hydrology Revised for I-70 PCL

    - o   01. Combined Inadvertent Detention and Multiple Street Routing

<u>MATT Meeting Minutes</u>




