

## Vasquez Blvd. and I-70
### Operable Units
*Denver County, Colorado*

- NPL Boundary
- Operable Unit Boundary

*ICs do not exist for this site.

Map Date: January 14, 2011

Map Projection: UTM, Meters, 13 North, NAD83

Data Sources: *Boundaries* - U.S. EPA Region 8 (2011); *Imagery* - USDA NAIP 1-meter aerial photo (2009).

*Boundaries are based on the nature and extent of contamination and are subject to change.

0   1,000   2,000 Feet
0   250   500 Meters

Colorado

Area Enlarged