Denver Storm Drainage Master Plan                                                                                       September 2014

# DENVER STORM DRAINAGE MASTER PLAN
## 2014
### PROJECT ID PC70812_908

Prepared for:

**The City and County of Denver**
**Department of Public Works**



Prepared by:

     

CCD009411



2016CV32126
1 of 184

Plaintiff's Exhibit 24

Denver Storm Drainage Master Plan                                                                                                           September 2014

existing storm drainage systems needed to be enlarged to meet the current level of service and where new storm drainage systems were needed.

Land-Use impervious values are based on *Blueprint Denver: An Integrated Land Use and Transportation Plan* adopted in 2002 as a supplement to the Denver Comprehensive Plan 2000 (herein referred to as "*Blueprint Denver*"), which prepares the City for continued urbanization and redevelopment by identifying "Areas of Stability" and "Areas of Change". This information is supplemented with surface area impervious data available in Denver's GIS database.

Also, the City has implemented a myriad of stormwater management programs to comply with the Municipal NPDES permit, including inventorying the stormwater systems and construction of local and regional Best Management Practices (BMP's). One of the major goals of this updated plan is the integration of these documents and programs into a comprehensive Public Works management program.

### Adaptive Urban Stormwater Management and Level of Service
Traditionally drainage in the Denver Metropolitan Area has been managed with a combination of underground storm drains, overland flow conveyance elements (e.g. roads and channels) and regional detention facilities. Currently, it is Denver's policy to require drainage systems design to conform with the "Level of Service" goal of fully conveying, *at a minimum,* the minor or initial storm event within pipes or channels. "Minor" or "initial" storm is defined by the Denver Drainage Criteria as a 2-year storm event for residential properties and the 5-year storm event for commercial and industrial districts. Runoff from storm events exceeding the minor storm up to the 100-year storm is conveyed in streets up to 1 foot deep in the gutter or in surface drainageways. Open channels, gulches, streams, rivers and creeks are designed to convey the 100-year storm event. As the City and County of Denver continues to densify, land values have increased resulting in higher easement and right-of-way costs for open channels. Also, parks and other open space areas continue to be improved to provide a more active and urban setting that limits the availability of storage for stormwater detention. The City will continue to evaluate redevelopment areas for land acquisition for regional detention facilities to reduce peak flows. The conveyance system must accommodate and improve the "Level of Service" provided by City drainage infrastructure.

### Overview of Current System Deficiencies
The Storm Drainage Master Plan evaluates the capacity of the City's existing storm drainage system compared to predicted storm runoff rates for the minor storm event. Within a majority of the older sections of the City and County of Denver the existing storm drains provides flood protection for between a 1 and 5 year storm event. Runoff generated from larger storm events is temporarily stored in streets and ultimately conveyed to gulches and streams via the combination of roads and storm drains when capacity becomes available. Complaints records maintained by the City since 2000 indicate a number of locations where surface storm runoff exceeds the City's street depth criteria of 12-inchse of flow in the gutter and significant flooding and/or property damage have been reported. For this Master Plan, only the most significant flooding locations have been identified.

Initial hydrologic models show that localized storage which exists within the City provides important flood flow attenuation and, as a result, it is important to phase improvements from downstream to upstream to avoid eliminating storage that would increase peak discharges upon downstream existing systems.

Existing storm drainage infrastructure was considered deficient if the minor-event flow was greater than 100% capacity of the infrastructure. Proposed infrastructure was designed to be 80% full when conveying the minor-event flow.

### Approaches to Providing an Upgraded Drainage System
The following criteria are used to evaluate storm drainage improvements:
- Maximize level of public safety and property protection
- Ensure compatibility with *Blueprint Denver*
- Ensure compatibility with projected year 2020 land uses and needs
- Minimize negative environmental impacts such as 404 Permitting, NPDES Permitting, and other Clean Water Acts implications
- Maximize opportunities for water quality enhancement
- Minimize life cycle costs
- Support and be compatible with current capital improvement program for drainage and other Public Works programs
- Encourage and enable development participation
- Provide flexibility in phasing
- Minimize drainage impacts to transportation facilities, especially intersections, and high capacity roadway systems
- Minimize construction impacts to already developed properties
- Provide multi-means and multi-use facilities to the maximum extent possible, and
- Provide a document that is rational and likely to foster public and political support for drainage improvements.

Cost effective implementation of a City-wide 100-year drainage system is not practical because of the significant capital cost of retrofit construction and limited annualized flood hazard reduction. Consequently, a phased program is recommended that prioritizes improvements to address current hazards while improving the minor storm system.

This Storm Drainage Master Plan identifies capital improvements based upon the hydrologic modeling and the "Level of Service" goal. In many cases, meeting this goal requires upsizing an existing pipe by one or two pipe sizes. This master plan shows the capital improvement as a basis for evaluating, prioritizing and designing capital improvements. It is not intended in all cases to recommend removing the existing pipe and replacement with a larger pipe. *Value engineering* (beyond the scope of this Master Plan) will evaluate the condition of the existing pipe, potentially propose a parallel pipe, determine whether additional flow can be carried in the street, identify a new outfall and/or accept existing conditions where the cost/benefit ratio is less than one.

The proposed capital improvements, in general, are shown as complete replacement with a round pipe with conveyance capacity for the appropriate level of service based upon existing land use. Conflicting utilities and other constraints will necessitate drainage infrastructure equivalents such as box culverts, elliptical pipe or open channels. The assumed slope of the proposed pipe is either the same as an existing pipe, street grade or at 0.50%. Proposed pipe 48-inch or greater has been profiled as part of this Master Plan update and are included in the Technical Appendices. Slopes are chosen to avoid utility conflicts. Shallower slopes, determined during preliminary design, may necessitate larger pipes/box culverts.