```
From:    Anderson, Mike S. - PW CPM
Sent:    Friday, August 02, 2013 3:10 PM
To:      Shea Thomas
Cc:      Hamer, Jeremy J. - PWRWS Right-of-Way Services; Miller, Christopher
W. - PWWMD Wastewater Management; Marquardt, David - PRPP
Planning, Design  & Constrctn; Blackman, Thomas E. - WMD; Uhernik,
Bruce - WMD; Lewis, Kevin D - WMD; Thomas, Lesley B. - PW DES
Subject:         RE: 2014-2017 Major Drainage Systems Master Planning Needs &
FHAD studies/revisions
```

Hi Shea,
As discussed yesterday, this is to confirm a slight change in plan.
We'd like to request insertion of a  ìMontclair/Park Hill Drainage Planî for 2014 resulting in pushing the
remaining Denver-sponsored studies out 1 year:

Sloanís Lake MDP & FHAD push from 2014 to 2015
Harvard Gulch MDP & FHAD push from 2015 to 2016
Bear Creek (u/s of Sheridan) Alternatives Analysis from 2015 to 2016
Goldsmith Gulch MDP & FHAD  from 2016 to 2017

Please delete the Highland Basin OSP from 2017.
We conducted a drainage alternatives analysis of the lower part of that watershed (Basin 0061-02) with
our Northwest Denver Subarea Drainage & Transportation Study in  January 2012.
The remainder of that drainage basin is currently being re-visited with our Master Plan update.
The integration of the NW Denver Subarea Drainage & Transportation Study and the recently-completed
Globeville OSP update this year will also be evaluated in our Storm Drainage Master Plan update.

As we discussed, this leaves the project totals for Denver for each year 2014-2017 unchanged, thus not
adversely affecting your program.

Thank you for your understanding in honoring our request to evaluate the drainage of Montclair and
Park Hill in light of the proposed CDOT I-70 Lowering project and the potential ramifications on the
FasTracks North Metro Corridor.
This will allow for development of a more comprehensive and coordinated interagency approach to the
drainage challenges in that area.

Mike

```
From: Shea Thomas [mailto:sthomas@udfcd.org]
Sent: Tuesday, July 16, 2013 2:04 PM
To: Anderson, Mike S. - PW CPM
Cc: Hamer, Jeremy J. - PWRWS Right-of-Way Services; Miller, Christopher W. -
PWWMD Wastewater
Management; Marquardt, David - PRPP Planning, Design & Constrctn; Blackman,
Thomas E. - WMD;
Uhernik, Bruce - WMD; Lewis, Kevin D - WMD
Subject: RE: 2014-2017 Major Drainage Systems Master Planning Needs & FHAD
studies/revisions
```

Mike ñ

Thank you for responding to my letter dated June 4, 2013 requesting your input on master planning
needs over the next four years. I received a number of comments in addition to yours and have adjusted
the master planning needs list accordingly. Attached is a revised draft (dated July 3, 2013) of the studies
I have identified for budgeting purposed from 2014 through 2017.

*          The Sloans Lake MDP & FHAD is still planned for 2014.

*          The Harvard Gulch MDP & FHAD is still planned for 2015.

*          I was able to move the Bear Creek (u/s of Sheridan) Alternatives Analysis up to 2015
due to availability of funds. Please let me know if that is too soon for you to fund the study.
Iím not sure yet what the final product for this new type of study will look like, but I will be
doing one next year to use as a template.
*          The Goldsmith Gulch MDP & FHAD is still planned for 2016.

*          I added the Highland Basin OSP per your request from last year. This study was not in
your request for this year, so please let me know if it is no longer needed.

The projection for 2014 shows a need of UDFCD funds in the amount of $550,000. Before I submit this
budget request to our Board of Directors, I ask that you review the attached draft planning needs
summary and provide me with any additional comments you may have so I can make a final adjustment
before the budget cycle begins here at UDFCD. I will include estimates for your share of the local cost for
each study in a final letter to you.

I look forward to hearing from you and ask you to respond no later than August 2, 2013.


From: Anderson, Mike S. - PW CPM [mailto:Mike.Anderson@denvergov.org]
Sent: Tuesday, July 02, 2013 4:17 PM
To: Shea Thomas
Cc: Hamer, Jeremy J. - PWRWS Right-of-Way Services; Miller, Christopher W. - PWWMD Wastewater
Management; Marquardt, David - PRPP Planning, Design & Constrctn; Blackman, Thomas E. - WMD;
Uhernik, Bruce - WMD; Lewis, Kevin D - WMD
Subject: FW: 2014-2017 Major Drainage Systems Master Planning Needs & FHAD studies/revisions

Dear Shea,
This is in response to your June 4, 2012 letter (copy attached below) transmitting the list of 2014-2017 Master
Drainage Systems Planning Needs.

We continue to support the studies listed the City and County of Denver as a sponsor or co-sponsor in the years
shown:
2014: Sloanís Lake DMP & FHAD  (Local Cost to pro-rate =  $100,000)
2015: Harvard Gulch MDP & FHAD ( Local Cost to pro-rate = $100,000)
2016: Bear Creek upstream of Sheridan Alternatives  ( Local Cost to pro-rate = $30,000)
2016: Goldsmith Gulch MDP & FHAD (Local Cost to pro-rate = $100,000)

For 2017and beyond I do not have any anticipated MDPís or OSPís at this time. With our efforts over the past few years and the current and listed studies, I believe that Denver will be up-to-date
on its gulches.

In regards to needs for updated Flood Hazard Area Delineation (FHAD) studies or other potential revision to flood
plains on our effective Flood Insurance Rate Maps (FIRMs), I consulted with Jeremy Hamer, the Cityís floodplain
manager and we would be interested in the following:

We understand that the UDFCD is currently compiling a new regulatory model for SPR from all of the
miscellaneous hydraulic models, which is likely to transform into a formal

FHAD.  There are also a number of
upcoming construction projects in/near the river, so it would be ideal to wait until the big construction projects (I-
25 bridge, River Vision projects, US-6 bridge, and Santa Fe/Alameda bridges) are complete to see what the final
changes to the floodplain look like, and we believe that the LOMRs for these projects should be done by
2017.  These could be used instead of a full blown MDP update for the SPR.  Itís worth mentioning that the USACE
feasibility study may also look at these areas, but that study has not been funded by Congress yet and Iím not very
clear on how detailed that study will be compared to a UDFCD study.

1.      SPR ñ West Bank AH floodplain (approx Warren to Lipan)
*       There is an increase in redevelopment in this area and there are 100-yr depths of up to 5í in
this area.  A new warehouse on Lipan was just constructed that had to be flood-proofed to 6.5í
to meet our freeboard criteria.  This building happened to be at +4í due to dock height, which
minimized some of the measures that needed to be taken.
2.      SPR ñ West Bank AE floodplain (approx Bayaud to 7th ).
*       This is the floodplain that remains from the SPR/Lakewood Gulch project.  The AO Zone
floodplain to the south, from the split at Exposition, is going away with a separate LOMR that is
currently being undertaken by Parks.  It would be nice to see if/how this remaining floodplain
area can be removed.  The reconstruction of US-6 will include appropriate freeboard and may
alleviate some flooding, but other structural measures are likely needed to eliminate the
overbank flooding
3.      As discussed today, we should discuss the possible outcome of the 2016 Goldsmith Gulch MDP
Update with the FHAD study currently underway on Cherry Creek.
I checked the website, the original MDP is from 1977 & you are correct, an OSP and FHAD update was done for
Goldsmith Gulch upstream of Belleview (City boundary) in 2005 by Moser.

We look forward to continuing to work with the District on the studies in the current list as well as your
consideration of future needs.
Please feel free to contact Kimberly Watanabe at 303-446-3593 or me at
720-865-3023 if you have any questions
or need additional information.

Sincerely,
Mike