



## MEMORANDUM OF UNDERSTANDING



### Colorado Department of Transportation (CDOT)
### Regional Transportation District (RTD)
### City and County of Denver (CCD)

The purpose of this MOU is to use a collaborative approach to develop a coordinated set of infrastructure improvements that efficiently and effectively integrates the drainage needs of the following projects:

1. CDOT's I 70 East project from Brighton Blvd. to Colorado Blvd.
2. RTD's North Metro Rail Line
3. CCD's North Denver Cornerstone Collaborative (NDCC)

The collaborative approach shall consist of two teams. The Management Oversight Team (MOT) and the Technical Working Team (TWT). The members of these teams are as follows:

MOT:
Brian Pinkerton, CCD
Peter Kozinski, CDOT
Pranaya Shrestha, RTD

TWT:
Frank Kemme, CCD
Ted Christianson, CCD
Ron Enserro, RTD
Lizzie Kemp, CDOT
Karen Good, CCD
Peter Baertlein, CCD
Shea Thomas, UDFCD
Ken MacKenzie, UDFCD
Joshua Hollon, Atkins
Dan Liddle, Atkins

The TWT members will meet approximately every two weeks, understanding that time is of the essence

Peter Baertlein, CCD
Shea Thomas, UDFCD
Ken MacKenzie, UDFCD
Joshua Hollon, Atkins
Dan Liddle, Atkins

The TWT members will meet approximately every two weeks, understanding that time is of the essence
to begin evaluating alternatives that will meet the following goals:

- Ensure drainage law is adhered to
- Utilize updated, multi-basin, information that incorporates UDFCD calibrated data in the decision making process
- Recommend a drainage system that meets engineering criteria for safe and fiscally responsible drainage solutions
- Ensure public and private properties are not further adversely affected by the proposed systems, in the short or long term, over existing and already proposed conditions
- Consider a wide range of solutions including improvements within the basin that could reduce flooding.
- Avoid and where possible minimize "throw away" temporary solutions
- Be efficient in terms of expenditures and impacts and still meet the goals and standards

In order to maximize the effectiveness of the TWT, the MOT will attend technical team meetings as necessary. The TWT will operate under this guiding principle:

"The TWT will recommend a technical solution and improvement sequence/schedule. The intent is to develop a plan that meets the goals stated above from the best engineering perspective, which includes consideration of cost, timing, and performance, but does not include the consideration of division of financial responsibility between agencies."

Colorado Department of Transportation (CDOT)

By: _____

Tim Harris, CDOT Chief Engineer
Dated: _____10/16/13_____


Regional Transportation District (RTD)

By: _____

Rick Clarke, Assistant General Manager, Capital Programs
Dated: _____10/8/13_____


City and County of Denver (CCD)

By: _____

Jose M. Cornejo, Manager Public Works
Dated: _____Oct. 4, 2013_____


City and County of Denver (CCD)

By: _____

Jose M. Cornejo, Manager Public Works
Dated: _____Oct. 4, 2013_____