

# Memorandum

To: I-70 PCL Drainage Multi Agency Technical Team (MATT)
- Urban Drainage and Flood Control District (UDFCD)
- Colorado Department of Transportation (CDOT)
- City and County of Denver (CCD)
- Regional Transportation District (RTD)
- Atkins
- Stantec

From: Don Jacobs P.E. – Enginuity Engineering Solutions (Enginuity)

Date: February 10, 2014

Re: I-70 PCL Montclair Drainage Basin Hydrologic Analysis

---

## 1.0 Contents of this Memorandum

This memorandum was prepared by Enginuity Engineering Solutions documenting the Multi Agency Technical Team's (MATT) investigation of the Montclair drainage basin hydrology in Denver, Colorado. A list of individual MATT participating members is located in the appendix (see meeting minutes). Organizational contents of this memorandum are listed below:

1.0 Contents

2.0 Background and Purpose

3.0 General Approach – Base Model Hydrology

4.0 Hydrologic Modeling Sensitivity Analysis

5.0 Revised I-70 PCL Hydrology Results and Final MATT Recommendations

6.0 Appendix

## 2.0 Background and Purpose

CDOT has identified the Partial Covered Lowered Alternative (PCL) as the preferred alternative for improvements to I-70 East through Denver. A portion of this alternative includes rebuilding I-70 below grade between Brighton Boulevard and Colorado Boulevard, where the existing viaduct currently stands. While lowering the highway at this location provides several enhancements to the community such as reconnecting the Elyria and Swansea neighborhoods, it also presents drainage challenges that must be addressed from a design standpoint.

The proposed lowered portion of the I-70 project crosses two major drainage basins in Denver – the Montclair and Park Hill basins. This memorandum specifically addresses the Montclair basin. Flood potential in the lower Montclair drainage basin has been documented by several previous studies, including studies by the City and County of Denver and the Regional Transportation District. These

studies have defined flow rates and rough flooding limits around the I-70 area both upstream and downstream of the interstate. Currently, this flood potential does not pose a significant risk to the highway due to its elevated design on a viaduct. However, proposed lowering of alignment below grade will introduce the potential for flood waters to enter the highway if not accounted for in the project's drainage design.

To address this potential drainage issue, the MATT was formed during the fall of 2013 to collectively investigate the Montclair basin's hydrology and other inter-agency coordination issues. While the Montclair basin hydrology has been documented in several previous studies (see below for more information), all of the previous analyses were performed from a regional planning standpoint, and there was a general presumption that the previously published flow rates could potentially be overly conservative from a design standpoint.

**Overall goal of this analysis: to perform a technical review of the previous Montclair basin hydrologic analysis and modify the modeling, if necessary, in order to provide C-DOT with a mutually agreed upon off-site 100-year design flow rate for the I-70 PCL project.**

Previous analysis that were used as the initial basis of this project:

- 2005 CCD Storm Drainage Master Plan (SDMP)
- 2008 CCD Ferril Lake Stormwater Detention Design
- 2009 CCD Storm Drainage Master Plan
- 2010 CCD Sanitary and Storm Drainage Master Plan FasTracks Interface
- 2014 CCD Storm Drainage Master Plan (in progress, scheduled for completion in October 2014)
- 2008 RTD Draft East Corridor Drainage Master Plan
- 2011 RTD Eagle P3 Drainage Adverse Impact Analysis
- 2013 RTD North Metro FLO-2D Drainage Analysis
- 2011-2014 RTD/CCD/UDFCD 40th Avenue/High Street Outfall Design

This memorandum documents the hydrologic analysis performed by Enginuity in the Montclair basin for the I-70 PCL project's conceptual design. The analysis was a collaborative effort between MATT members with bi-weekly technical meetings held from September 2013 thru February 2014. Hydrology related meeting minutes are included in the appendix.

## 3.0 General Approach – Base Model Hydrology

General Hydrologic Conditions

The Montclair basin is a fully developed, urbanized watershed containing a total tributary drainage area of approximately 9.4 square miles. It encompasses drainage planning basins 4500-01, -03, and -04. The basin generally drains to the northwest and discharges to the South Platte River between Globeville Landing Park and Riverside Cemetery. Its upstream boundary is located to the southeast at the Fairmont Cemetery. Land use varies within the basin from primarily residential in the upper reaches to commercial and industrial in the lower reaches. City Park, an approximate 320 acre urban park containing the Denver Zoological Gardens, the Denver Museum of Nature & Science, and the City Park Golf Course, is located near the center of the drainage basin.

There is an extensive system of existing storm sewer pipes serving the basin including a 10' x 10' RCBC primary outfall. A second large (12' x 8' RCBC) outfall associated with the RTD Eagle P3 project in conjunction with UDFCD and CCD is currently under construction. These two outfalls combined were designed to convey the 5-year event. Surcharged flows in excess of the storm sewers' capacity are conveyed overland via the network of City streets. There is historical evidence that a drainage channel once existed in the Montclair basin, but it has since been obliterated by development during the early 20th century. Without a formal drainage channel, periodic flooding occurs throughout the basin with significant surface runoff. These areas of urban flooding are not recognized by FEMA as jurisdictional floodplains, but they pose a significant drainage design issue for the I-70 PCL project as they drain towards the highway.

Previous Studies and Flow Rates

With numerous previous studies encompassing different portions of the Montclair drainage basin for a variety of purposes, the MATT began by investigating hydrologic results and flow rates published in the previous studies. In order to adequately compare these studies, Enginuity modified the previous CUHP/SWMM models as necessary to provide comparative results at a common location using identical assumptions. For the purpose of consistency when comparing previous studies, the following assumptions were used:

- The location for comparing flow rates produced by the Montclair basin is at 40th Avenue and represents a combined flow rate across several streets and pipes. **All flow rates published in this memorandum are at 40th Avenue.** Once water crosses 40th Avenue, it branches into several different directions and is conveyed by various underground pipes and multiple streets. These diversions downstream (north) of 40th Avenue are not analyzed in this memorandum, but will be accounted for as part of the future I-70 conceptual design, since not all of the Montclair basin's runoff reaches I-70.

- **All Flow rates throughout this study represent the total 100-year runoff from the basin (pipe flow plus surface flow).** For the sake of simplicity, underground pipe conveyances are not accounted for in the comparative flow rates and newly developed flow rates in this memorandum. These pipe conveyances will be accounted for as part of the future I-70 conceptual design.

Considering the assumptions listed above, runoff hydrographs from previous studies are depicted in the graph below:

   



The “City Park Detention” referenced in the graph above refers to formalized detention constructed in 2008 at Ferril Lake, which consists of approximately 124 acre-feet of detention volume and was designed for the 5-year event. While not all of the previous studies originally analyzed the basin with and without formalized detention at Ferril Lake, Enginuity added this variation to the previous models for comparative purposes and to provide the MATT with a clear understanding of the expected benefits of the existing 5-year Ferril Lake facility.

General background of the previous studies (all utilize CUHP 2000 and UDSWMM 2000):

- 2005 Denver SDMP: the first major study of the basin; utilized detailed CCD topography and GIS data; basin delineation based on pipe infrastructure; estimated % impervious values based on UDFCD land use table; delineated 57 individual sub-basins.

- 2008 RTD East Corridor: more “basic” analysis delineating 5 individual sub-basins; basin delineation based on topography; estimated % impervious values based on UDFCD land use table.

- 2009 Denver SDMP: modified 2005 model to account for City Park detention; revised % impervious calculations to be based on measured impervious values for each land use utilizing the City’s GIS pervious layer; other minor modeling parameter modifications.

- 2014 Denver SDMP: modified 2009 model’s routing and basin delineations to account for various surface split-flows identified using FLO-2D; routing elements account for both pipe and surface flow splits instead of pipe only; other minor modifications to account for newly constructed projects.

See the original technical documentation for each of these studies for additional information, maps, and results.

   

Determination of Base Hydrologic Model

The MATT reviewed results from previous modeling and decided to move forward with the 2014 Denver SDMP CUHP/UDSWMM analysis as the "Base Model" for the I-70 PCL analysis. This model was selected due to the fact that is the latest model available, incorporates both surface and pipe flow routing, and provides a significant level of additional detail over the RTD analysis. A CUHP-UDSWMM routing schematic map representing this model is located in the appendix, which includes a summary of 100-year peak flow rates for each design point. The model has been modified by Enginuity for the purposes of this study, by combining several design points into a single point at 40th Avenue to represent the total flow for the basin. The total flow is represented by Design Point "2" in the revised model.

The base model was then utilized to perform a series of sensitivity analyses accounting for potential modifications to modeling parameters that the group had identified as potentially more accurate, and also accounting for physical features observed within the basin that were not previously accounted for in the model. The results of this sensitivity analysis are discussed in the following section.

## 4.0 Hydrologic Modeling Sensitivity Analysis

The MATT investigated the following potential modifications to the base CUHP/UDSWMM modeling and performed a sensitivity analysis on each:

1. Accounting for **loss of surface runoff to the 36th Street** drainage basin.
2. Utilizing direct **measured impervious values** instead of land use based values.
3. Reducing the model's **discretization** by subdividing the basin into fewer sub-basins.
4. Modifying the **street routing elements** in UDSWMM to better represent flow occurring down multiple streets during the 100-year event.
5. Accounting for **inadvertent detention** that occurs within the basin.

The following table and graph summarize peak runoff rates and hydrographs for the various modeling modifications investigated by the MATT. The subsequent subsections further discuss the sensitivity analysis performed for each potential modification.

## Montclair Basin Hydrology – Sensitivity Analysis
### 100-Year Runoff at 40th Avenue

| Model or Potential Modification* | Q100 (cfs) | Change from Base Model | Comment |
|---|---|---|---|
| **2014 CCD Master Plan** | **6979** | 0% | **Base Model, CUHP 2000, UDSWMM 2000** |
| Loss of surface runoff to 36th Street Basin | 6598 | -5% | Straight subtraction of peak flow acquired from FLO-2D model |
| Measured % Imperviouis | 6991 | 0.2% | 1% increase in total % Impervious |
| Reduced Discretization - Weighted Average Slope | 6432 | -8% | 59 sub-basins to 5 sub-basins |
| Reduced Discretization - Measured Basin Slope | 6188 | -11% | 59 sub-basins to 5 sub-basins |
| Multiple Street X-section Routing Elements | 5793 | -17% | Adjusted trapazoidal bottom width and side slopes |
| Inadvertent Detention in City Park below Ferril Lake | 5644 | -19% | 45.5 acre-feet assumed Inadvertent Detention |
| Inadvertent Detention in City Park Golf Course | 5619 | -19% | 41.8 acre-feet assumed Inadvertent Detention |
| Inadvertent Detention in City Park Ball Fields | 6825 | -2% | 18.2 acre-feet assumed Inadvertent Detention |
| Inadvertent Detention - all 3 combined | 5005 | -28% | 105.5 acre-feet assumed Inadvertent Detention (total) |
| Check: FLO-2D Routing for Basin Below Colfax Avenue | 3255 | -53% | Accounts for all inadvertent detention throughout the lower basin. Includes pipe flow. Includes flow lost to 36th Street. **Low-end check only.** |
| **<u>Modification Combinations</u>** | | | |
| Multiple Street X-section Routing Elements & Inadvertent Detention (all 3 locations) | 4422 | -37% | Combination recommended by MATT on 12/16/2013 |

* All models represent total peak runoff produced by the basin, existing pipe outfalls are not considered. All models account for existing detention at City Park in Ferril Lake and also Crestmore Park.

Red = changes recommended by MATT





### 4.1. Loss of Water to 36th Street Basin

FLO-2D analysis performed in the 2014 Denver SDMP indicated that there is potential for some flood waters to exit the Montclair basin and enter the 36th Street basin during large storm events. The location for this potential trans-basin flow to the west would occur across Lafayette Street in the lower portion of the basin between 31st Avenue and 36th Avenue. See the Montclair-Park Hill Basin Depth map in the appendix for a depiction of this trans-basin flow location.

As part of the MATT analysis, modifications to the 2014 SDMP FLO-2D analysis were made in order to track the trans-basin flow into the 36th Street basin. The modeling results produced a trans-basin flow of 381 cfs from Montclair to 36th Street during the 100-year event. The MATT determined this amount of flow loss to be negligible and decided not to account for it in the Montclair basin hydrology.

### 4.2. Measured Impervious Values

As part of the MATT analysis, the impervious values for each sub-basin were directly measured utilizing CCD's impervious layer in GIS. While the exact measured values differed from the 2014 SDMP base model for individual sub-basins, the cumulative basin-wide percent impervious value only differed by 1% and produced a negligible change in runoff values. Based on this result, the MATT decided not to modify the base model's impervious values.

### 4.3. Reduced Discretization

It is generally understood that the more a large basin is subdivided for CUHP/SWMM analysis (discretized), higher resulting flow rates can be expected. Often times during CUHP/SWMM model development, engineers will model a basin utilizing different levels of discretization, and compare the results in order to "calibrate" the model based on the original basis of development for CUHP itself.

The MATT checked the sensitivity of the Montclair model by reducing the discretization from 59 sub-basins in the base 2014 SDMP model to a 5 sub-basin model. The result was an 8% to 11% decrease in peak flow rates at 40th Avenue depending on the method used to calculate sub-basin slopes. The MATT determined that this difference between the two approaches was acceptable, and did not warrant

modification to the base model. The MATT decided to continue with the more conservative, 59 sub-basin approach in the 2014 SDMP without further modification to account for discretization.

### 4.4. Multiple Street SWMM Routing Elements.

The street routing elements in the 2014 SDMP base UDSWMM model were input as recommended in the UDSWMM User's Manual. The recommended cross section is a 1-foot bottom width trapezoidal section, with 20:1 side slopes. The UDSWMM model can only accept trapezoidal shaped cross sections to represent surface flow. This standard cross section is intended to represent a street's gutter section, and can be thought of as an "inverted street crown." While this recommended cross section provides a good representation for water flowing down a single street, portions of the Montclair basin experience widespread flooding with water flowing down multiple streets, alleys, and around structures. In order to better represent the nature of this 100-year flood routing, the MATT developed several wider cross sections to be utilized in the SWMM model depending on the nature of the street flow at individual locations. The nature of the street flow was determined using FLO-2D surface modeling results from the 2014 SDMP.

A representative section located just north of 26th Avenue across the basin's primary flow path was utilized to depict the nature of street flow through the basin during the 100-year event. The following figure shows the typical nature of flow and a typical cross section within the basin, a larger version this image is available in the appendix:

The following figure illustrates four different routing cross sections used in the MATT UDSWMM analysis representing a varying number of streets conveying the runoff. The typical ground cross section north of 26th Avenue is shown in the background in black. A larger version of this image is available in the appendix.

   

- Flow traveling down one street (UDSWMM User's Manual recommendation) in red.  1-foot bottom width, 20:1 side slopes.

- Flow traveling down two streets in blue.  40-foot bottom width, 40:1 side slopes.

- Flow traveling down three streets in green.  120-foot bottom width, 60:1 side slopes.

- Flow traveling down four+ streets in yellow.  200-foot bottom width, 60:1 side slopes.



When comparing these cross sections to actual ground cross sections where flow occurs down multiple streets, the MATT believes these routing element representations are conservative, with actual flooding being realistically wider, slower, and more shallow than the trapezoidal sections used in the UDSWMM model.

Several velocity checks were completed to ensure the revised trapezoidal x-section routing elements are still considered to be conservative. Results indicate that velocities calculated in SWMM for a representative trapezoidal routing element are in fact higher (more conservative) than other methods of determining flow velocities in the area.  Velocity calculations performed for comparison purposes are listed below:

**Velocity Check for 6000 cfs, 0.05 ft/ft longitudnal slope, 0.02 Manning's n**

| | |
|---|---|
| Manning's Velocity for Irregular Section (3-Streets): | 6.8 fps |
| Manning's Velocity for Trapezoidal Section: | 7.6 fps |
| EPASWMM Velocity for Irregular Section (3-Streets): | 7.4 fps |
| EPASWMM Velocity for Trapezoidal Section: | 7.8 fps  (used in revised modeling) |
| FLO-2D Computed Velocity: | 3 to 7 fps |

Revision of the UDSWMM street flow routing elements resulted in a 17% decrease in peak flow rates from the base model.  The MATT recommended incorporating these revisions into the I-70 hydrology to better represent 100-year flow conditions within the basin.  See the UDSWMM routing map in the appendix for specific locations where the routing elements were modified to better represent street flow conditions.

### 4.5. Inadvertent Detention

Three areas of significant inadvertent detention were identified within the basin that could have a significant impact on peak flow rates aimed at the I-70 project.  Inadvertent detention is referred to as naturally occurring detention storage that exists within low-lying and depressed areas; these areas have not been designed, constructed, or maintained for the purposes of stormwater detention.  Inadvertent detention is not typically accounted for in design hydrology due to the fact it cannot be relied upon for future storage of flood waters.  As a general practice, it is typically assumed that areas of inadvertent storage could be modified in the future resulting in a reduction or elimination of the storage that currently occurs.  However, the three areas identified in the Montclair basin are located on CCD publically owned property, where assurances can potentially be provided to maintain the existing inadvertent detention storage volumes in perpetuity.

The MATT investigated inadvertent volumes and the impact they have on the basin's hydrology at the following locations:

1. City Park below (north of) Ferril Lake (Duck Pond area).  Assume 45.5 acre-feet.

   

2. City Park Golf Course between 23rd and 26th Avenues. Assume 41.8 acre-feet.

3. City Park Ball Fields west of Colorado Boulevard and south of 23rd Avenue. Assume 18.2 acre-feet.

See the appendix for mapping of these three areas and assumed inadvertent detention volume calculations. These inadvertent detention volumes are considered by the MATT to be conservative, with actual 100-year inadvertent detention volumes being significantly larger than the assumed values.

The addition of these inadvertent detention volumes into the UDSWMM model results in significantly reduced flow rates at 40th Avenue. If all three areas are accounted for, a 28% reduction in 100-year peak flow rates is realized. See the table at the beginning of this section for specific results from each individual area. The MATT recommended accounting for all three inadvertent detention areas in the I-70 hydrology, provided an agreement can be made with the Denver Parks Department assuring future actions would not adversely impact the natural and formal storage currently occurring at these three locations.

### 4.6. FLO-2D Routing

As a "low end check" of the overall hydrologic results for the basin, runoff values from the 2014 SDMP FLO-2D model were included in the sensitivity analysis documentation. The routing of flood conveyances utilizing FLO-2D is not a methodology approved by UDFCD because it accounts for every square foot of inadvertent detention within the basin, and it is generally considered to lack enough conservatism when determining peak flow rates for design purposes. However, the FLO-2D results have been included in the sensitivity analysis tables and graphs as a simple reference point, allowing the MATT to further understand the various modeling results and help make final modeling recommendations.

## 5.0 Revised I-70 PCL Hydrology Results and Final MATT Recommendations

Recommendations

After reviewing the previous hydrologic studies performed for the Montclair drainage basin and further performing a sensitivity analysis of various modeling parameter modifications, the MATT has recommended the following modifications be made to the base 2014 SDMP CUHP/SWMM model for I-70 design purposes:

- Revise UDSWMM routing elements to more accurately represent flow occurring down multiple streets.

- Account for inadvertent detention at the following three locations: City Park Duck Pond, City Park Golf Course, and City Park Ball Fields. The inadvertent storage volumes at these locations shall only be accounted for if the proper agreements are put in place ensuring future maintenance of the flood storage volumes.

Results

Incorporating the MATT recommendations into the CUHP/SWMM hydrologic modeling, a revised total basin 100-year peak flow rate of **4,422 cfs** is calculated at 40th Avenue. From this value, the I-70 design team can account for existing and soon-to-be completed pipe outfalls serving the basin by subtracting their capacities from the total peak flow rate. Based on CCD's GIS data and recent construction plans, the following two main outfalls should be accounted for:

- Existing 120" BRICK @ 0.39% serving 40th Street and 40th Avenue with a calculated Manning's full flow capacity of 897 cfs.

- Currently under construction High Street Outfall (UDFCD, Denver, RTD) serving 40th Avenue and the East Corridor rail alignment with a design capacity of 906 cfs (based on construction plans











dated January 2013). The latest construction plans or as-builts for this project should be referenced to verify this number.

Accounting for the two storm drain outfalls serving the Montclair basin, the 100-year design flow rate for the I-70 project at 40th Avenue (surface flow) is 2,691 cfs (4422 minus 897 minus 906). This peak flow rate can be further revised during the design process to account for the complex flood routing and split flows that occur between 40th Avenue and I-70. This flood routing analysis has already been preliminarily completed for the RTD North Metro project but should be updated using the newly revised flow rate of 2,691 cfs.

## 6.0 Appendix

All supporting maps, figures, tables, and hydrologic models used during the MATT analysis are provided in electronic format only. All supporting documentation can be found on the attached DVD.

The supporting documents are organized in the same general order to match the layout of this memorandum. Supporting documents include:

Figures/Maps/Tables:

- Background Montclair Mapping
    - 01. Montclair/Park Hill Basin FLO-2D Flooding Depth Analysis
    - 02. 2011-07-07 Flooding Video at 36th Avenue and High Street
    - 03. 2008 RTD East Corridor CUHP-SWMM Routing Diagram
    - 04. 2014 SDMP Base Model CUHP-SWMM Routing Diagram
- Hydrology Sensitivity Analysis
    - 01. Impervious Value Sensitivity Analysis
    - 02. Reduced Discretization Sensitivity Analysis
    - 03. Multiple Street SWMM Routing
    - 04. Inadvertent Detention
- Final Hydrologic Mapping for I-70 PCL
    - 01. **Final MATT I-70 PCL CUHP-SWMM Routing Diagram**

Hydrologic Models CUHP-UDSWMM:

- Previous Models Modified by Enginuity for Comparative Purposes
    - 01. 2008 RTD East Corridor (with and without Ferril Detention)
    - 02. 2014 Denver SDMP with Ferril Detention
    - 03. 2014 Denver SDMP without Ferril Detention

   

- Sensitivity Analysis
    - 01.  Base 2014 Denver SDMP
    - 02.  Measured Imperviousness
    - 03.  Reduced Discretization
    - 04.  Multiple Street X-section Routing
    - 05a.  Inadvertent Detention City Park Duck Pond
    - 05b.  Inadvertent Detention City Park Golf Course
    - 05c.  Inadvertent Detention City Park Ball Fields
    - 05d.  Inadvertent Detention Combined (all 3)
- Final Hydrology Revised for I-70 PCL
    - 01. Combined Inadvertent Detention and Multiple Street Routing

MATT Meeting Minutes

