

4201 East Arkansas Avenue
Denver, CO 80222-3406

**DATE:**   **July 16, 2015**

**TO:**     **Bridge Enterprise Board of Directors**
          **High Performance Transportation Enterprise (HPTE) Board of Directors**

**FROM:**   **Tony DeVito, Project Director, I-70 East Project**
          **Mike Cheroutes, Director, HPTE**

**SUBJECT: Intergovernmental Agreement with City of Denver on the I-70 East Project**

Purpose
This memo summarizes the status of an Intergovernmental Agreement (IGA) by and among HPTE, the Bridge Enterprise, CDOT, and the City and County of Denver.

Action
Staff is requesting that the Bridge Enterprise Board of Directors and the HPTE Board of Directors approve resolutions authorizing the execution of an IGA with the City of Denver.

This IGA received authorization by the City of Denver on July 6, 2015, through a final vote by the Denver City Council on an ordinance approving the IGA.  The IGA is now proceeding to final signature at the City.

Approval by the HPTE and Bridge Enterprise Boards and the State Controller will be the final steps in CDOT implementation of this IGA.

Background
In directing staff to pursue a public-private partnership to finance and deliver the I-70 East project, the Transportation Commission further requested that additional local funding contribution be secured to address the funding shortfall created by the reduction in SB228 revenues.

For the last several months, staff has been negotiating the terms of an IGA with the City of Denver that provides $37M direct funding contribution to the I-70 East project, an additional $46M in in-kind and risk reductions, and a commitment to prioritize the funding of the I-25/Alameda project valued at $30M. The IGA also commits CDOT funding support for a comprehensive drainage system.

Details
The IGA provides that the City of Denver will provide funding support for the I-70 East Project in the form of an annual availability payment totaling $37M net present value, in the form of equal annual installments of $2,688,010 over 30 years. Annual installments will commence upon completion of the project.  In addition, the City will ensure in-kind contributions to the efficiency and risk reduction of the I-70 East project, valued at $46M. These efficiencies include relief from City permit fees, set prices for right-of-way purchases, and other commitments that reduce project costs or reduce risk to the Developer. The City has also agreed to accept full ownership and maintenance responsibility for portions of Brighton Blvd, valued at $5M. If the Transportation Commission determines that devolution is appropriate, which it is to consider sometime prior to July 2016. In addition, the City of Denver has agreed to make the I-25 and Alameda project (estimated $30M) the City's top priority for DRCOG funding in the next TIP cycle.

The IGA also provides that CDOT fund 40% of the cost of drainage improvements that provide early action on key elements of the drainage system needed for I-70 East and additionally support creation of a complimentary system that further protects the interstate in large storm events.  The State's contribution to the drainage funding includes $42.2 million commitment for the initial drainage improvements, known as the Early Action Drainage Plan, and up to an additional $18.3 million for cost overruns on the EADP, as well as the remainder of the Two Basin Drainage Project, for a total commitment not to exceed $60.5 million.



<u>Next Steps</u>
The approving resolutions authorize execution of the IGA by the Bridge Enterprise Director and the HPTE Director.

The IGA provides that it may be terminated earlier by mutual written agreement of the parties if the Partial Cover Lowered Alternative is not cleared through the NEPA process and is not identified as the selected, preferred alternative in the Record of Decision for the I-70East Project by December 31, 2016.

<u>Attachments</u>
Resolution Approving an Intergovernmental Agreement by and among HPTE, the Colorado Department of Transportation, the Colorado Bridge Enterprise, and the City and County of Denver Regarding the I-70 East Project

IGA as approved by Denver City Council on July 6, 2015.

