

**Denver Public Works**
Office of the Executive Director

201 W. Colfax Avenue, Dept. 608
Denver, CO  80202
720-865-8630
www.denvergov.org/dpw

**I-70 East Final Environmental Impact Statement Response Comment Report**
March 2, 2016

| No. | Comment |
|---|---|
| 1 | Vol. 1, Ch.  0, Executive Summary, General Comment:  The City and County of Denver (CCOD) appreciates the Colorado Department of Transportation's (CDOT) consultations regarding many technical elements of the I-70 East project, such as circulation between I-70 and local roadways, pedestrian and bicycle access needs, and management of construction-related impacts and detours. The commitments that CDOT has made through the Environmental Impact Statement (EIS) process and refinement of the CDOT Request for Proposal (RFP) will help ensure the success of the I-70 East project while minimizing adverse impacts. |
| 2 | Vol. 1, Ch.  0, Executive Summary, General Comment:  Throughout the Final Environmental Impact Statement (FEIS), CDOT makes reference to standards and/or other documents that are not attached and are not bilingual.   Additionally, most regulations and other documents referenced (but not enclosed) are hard to find.   This makes it hard to insure the reader has a full understanding of what they are reading and what the state is truly committed to doing.  All items that include direct interface with the community must utilize a fair and open process format designed to allow dialogue with Q & A and takes residents input that incorporates it into final decisions. |
| 3 | Vol. 1, Ch.  0, Executive Summary, General Comment: Any portion of the redesigned and reconstructed playground that is not accessible for community use should not be indicated to provide community mitigation. |
| 4 | Vol. 1, Ch.  0, Executive Summary, Pg. ES-13 & ES-14:  Managed lanes: The Supplemental Draft EIS (SDEIS) on p. 3-19 indicated "pricing and policies" would be made explicit in the EIS.  CDOT Response FUND3 now indicates "Toll rates will be established by the High Performance Transportation Enterprise Board of Directors and will be set at a level necessary to maintain free-flow traffic conditions in these lanes".   (FUND3 does not describe that "policies" will be established by the HPTE). While the FEIS offers that managed lanes will "accommodate express buses, vanpools, and other high occupancy vehicles", this is not a commitment that these vehicles will be incentivized for using managed lanes. CCOD reiterates the requests submitted on the SDEIS for commitments in the FEIS for free access for qualifying carpools and public buses and that monetary or other incentive options to use the managed lanes will be available for low-income residents most impacted by the project.    The local stakeholders and especially local residents who will have to deal with the construction and consequences of a much widened footprint and 10-lane I-70 deserve a commitment that high occupancy and transit vehicles will be financially incentivized in managed lanes, even if the specifics of associated pricing and policies will be established in the future.  Furthermore, a reconstructed and widened I-70 East without dedicated transit bus, vanpool and high occupancy vehicle lanes would be contrary to CCOD's Climate Action Plan and other efforts to reduce single occupancy vehicle travel. |
| 5 | Vol. 1, Ch.  0, Executive Summary, Pg. ES-15, Para. 2:  It is stated that York Street interchange will be removed. Need to also include a narrative that describe the mitigation to address potential increase to local traffic and how to relieve this increase in traffic. |
| 6 | Vol. 1, Ch.  3, Sec. 3.1.1, Pg. 3-3, Ex. 3-1; Vol. 1, Ch. 3, Sec. 3.1.2, Pg. 3-17 to 3-18:  Highway Cover - Besides working with CCOD and Denver Public Schools (DPS), Community input is critical and should be provided for on final design of improvements on the cover, long term operations and maintenance. |
| 7 | Vol. 1, Ch.  3, Sec. 3.1.2, Pg. 3-13 Ex. 3-8:  Show the Cook and Fillmore Street bridges over the lowered highway in order to be clear and consistent with the rest of the document, since those crossings are definitively part of the Partially Covered Lowered (PCL) alternative. |



*Protecting the Present & Building the Future*
Accountability, Innovation, Empowerment, Performance, Integrity,
Diversity, Teamwork, Respect, Excellence, Safety

**I-70 East Final Environmental Impact Statement Response Comment Report**
March 2, 2016

| No. | Comment |
|-----|---------|
| 8 | Vol. 1, Ch. 4, General Comment: The Elyria and Swansea neighborhoods are served by one elementary school, Swansea Elementary, located at 4650 Columbine St. At present, children who live in Elyria, to the west of the rail tracks, have two routes they can take to walk to and from school: either along 46th Avenue or along 47th Avenue. The 47th Avenue route requires them to cross a series of train tracks where 47th Avenue intersects with York Street, where trains often stop for extended periods of time. This crossing poses a risk to children and the risk will be heightened when the 46th Avenue route is closed during I-70 construction, and pedestrians have no viable option except to cross the train tracks at 47th and York. In the draft RFP issued on September 29, 2015, CDOT recognized the need to provide safe pedestrian access from the Elyria neighborhood to the Swansea Elementary School, directing its prospective contractors to develop a plan for pedestrian access. Given the geography of the Elyria and Swansea neighborhoods, there are no alternative crossings of the tracks that avoid the crossing at 47th and York during construction when 46th Avenue is closed. Such delays would impair the ability of low income and minority children to get to school on time, and would also cause their parents delays in getting to work and/or require them to leave their jobs early to account for added travel time in picking up their children. Forcing this environmental justice community to choose between a forced at-grade crossing at 47th and York or detours of up to an hour each way is, quite simply, unacceptable. As a solution, CCOD urges CDOT to provide a grade-separated pedestrian crossing at 47th and York as part of the I-70 project, and in advance of eliminating pedestrian access along 46th Avenue. A grade-separated crossing will provide a safe and efficient pedestrian route from Elyria to Swansea Elementary School during the prolonged construction process. CCOD is willing to assist CDOT with design and approvals needed to facilitate this solution. |
| 9 | Vol. 1, Ch. 4, Sec. 4.1.3, Pg. 4-8, Ex. 4-8: The map is incorrect. There are many missing sidewalks within the map area. The map shows sidewalks where in fact there are no existing sidewalks, for example along 48th Ave between Brighton Blvd. and York St. Statements including: "pedestrian and bicycle accommodations within the study area are primarily provided by sidewalks, and on the following page, "sidewalks are widely available within the study area," are incorrect generalizations. There are many missing sidewalks creating gaps and challenges for pedestrians. |
| 10 | Vol. 1, Ch. 4, Sec. 4.5.2: Effects on Pedestrian and Bicycle Facilities states that "Pedestrian and bicycle facility improvements associated with the Build Alternatives will enhance the safety of pedestrians and bicyclists within the study area. Intersections that are being improved will have countdown lights installed at signalized crosswalks to improve pedestrian safety." It is important to clarify that students within the catchment areas of all area schools whose pedestrian and/or bicycling routes are impacted by I-70 east reconstruction will be provided with safe pedestrian and bicyclist routes to schools. These routes will meet Safe Routes to Schools guidelines and will be coordinated with local SRTS coordinators. |
| 11 | Vol. 1, Ch. 4, Sec. 4.8, General Comment: The FEIS does not appear to assess or mitigate potential traffic increases from motorists and trucks using alternate routes to avoid construction of I-70 East. Even though the FEIS anticipates that I-70 lanes will remain open during construction, from the CCOD's experience with other major projects, a significant portion of motorists will take alternate routes to avoid the construction project area on a wide variety of local roadway network streets. In the event that closures of I-70 are allowed the impact to local network will be exacerbated. CDOT should evaluate these impacts to the local roadway network and develop a mitigation plan to address those impacts. |
| 12 | Vol. 1, Ch. 4, Sec. 4.8, General Comment: The FEIS does not appear to assess or mitigate potential traffic increases on local roadway network from motorists and trucks using designated detour routes for I-70 East construction. CCOD has concerns regarding the potentially severe impacts to the local roadway network. As this information is not yet available, CDOT should prepare traffic modeling of detours and traffic control plans to minimize the impact to traffic, business and transit access, travel times and pedestrian/bike safety in coordination with CCOD and other adjacent construction projects and in consultation with affected communities. |

FOR CITY SERVICES VISIT DenverGov.org | CALL 311

Protecting the Present & Building the Future
Accountability, Innovation, Empowerment, Performance, Integrity, Diversity, Teamwork, Respect, Excellence, Safety

**I-70 East Final Environmental Impact Statement Response Comment Report**
March 2, 2016

| No. | Comment |
|---|---|
| 13 | Vol. 1, Ch. 4, Sec. 4.8, General Comment: Recognizing that construction of the I-70 East project could impact traffic volumes and flows on both designated and informal detour routes across multiple local jurisdictions, CDOT should include in the ROD a discussion of roadway impacts and identify mitigations for such impacts. To ensure that construction related traffic impacts are addressed through a comprehensive, regional strategy, CDOT should continue to consult with affected local governments – including CCOD, Adams County, Commerce City, and Aurora – as traffic plans are further refined and implement mitigation prior, during and after construction of the preferred alternative. |
| 14 | Vol. 1, Ch. 4, Sec. 4.8, Pg. 4-55 to 4-56, Ex. 4-43: For Mitigation Measures Applicable to all Alternatives - Add to "Coordinate with Regional Transportation District (RTD) to minimize disruptions to transit operations" that coordination will include CCOD and residents of affected neighborhoods. |
| 15 | Vol. 1, Ch. 4, Sec. 4.8, Pg. 4-55 to 4-56, Ex. 4-43: For Mitigation Measures Applicable to all Alternatives - Modify "Coordinate with Denver to determine appropriate truck routes on CCOD streets" to read: "Coordinate with Denver and residents of affected neighborhoods to determine appropriate truck routes on CCOD streets to and through their neighborhoods. Limit truck traffic to local deliveries only (during and after construction of I-70 project) - on 46th Avenue one way service roads and on local streets, in Swansea and Elyria to mitigate ongoing health impacts to residents and especially small children from emission pollution of ultrafine particulate matter. Numerous studies were submitted in my comments on SDEIS regarding the impacts of truck emissions on the health of communities within 500 feet of a highway." |
| 16 | Vol. 1, Ch. 4, Sec. 4.8, Pg. 4-55 to 4-56, Ex. 4-43: For PCL Alternative – Impacts and Benefits - Add that CDOT will coordinate input from the CCOD's Fire Chief Eric Tade and Fire Station #9 and District Two Denver Police Department (DPD) Commander to address ingress and egress during construction to Globeville, Elyria and Swansea to insure key routes remain open to provide emergency services to these neighborhoods. |
| 17 | Vol. 1, Ch. 4, Sec. 4.8, Pg. 4-55; Vol. 1, Ch. 5, Sec. 5.2: Pedestrian and bike improvements are needed to maintain the safety of residents as they experience increased vehicle traffic flows in their neighborhoods during construction and after the completion of the project. These improvements should be both north/south and east/west to serve the community. |
| 18 | Vol. 1, Ch. 5, Sec. 5. 2, Pg. 5.2-32 through 5.2-51: Throughout the document, please add the phrase "including people with disabilities" wherever "pedestrians" are listed. This includes but is not necessarily limited to instances found on pages, 32, 33, 37, 50, and 51. |
| 19 | Vol. 1, Ch. 5, Sec. 5. 3, Pg. 5.3-7, Limited English Proficiency (LEP) Outreach: CDOT should ensure that ongoing communication with LEP neighborhoods is conducive for residents to benefit from questions, concerns and suggestions to be presented in an open format where input heard by neighbors, recorded and reported back by CDOT and CCOD on how solutions will be handled. |
| 20 | Vol. 1, Ch. 5, Sec. 5. 3.10, Pg. 5.3-14: The mitigation action to provide two free portable or window mounted air conditioners with air filtration and assistance for additional utility costs to mitigate increasing noise and dust during construction is not adequate. Thorough air pollution mitigation is needed for homes and schools adversely impacted by the highway expansion. CCOD's Environmental Health Department recommends attic insulation, air sealing, window and all door replacement, programmable thermostats, central forced air cooling/heating with filtration, positive pressure air ventilation with filtration, MERV 16 filters, and carbon monoxide detectors to adequately protect all Elyria/Swansea residences between 45th and 47th Street and Brighton and Colorado Boulevard from the negative environmental health impacts of the I-70 expansion and to indicate these residences by address. CCOD agrees with CDOT's recommended mitigation for the Swansea Elementary School to provide a safe environment. CDOT should provide a commensurate level of mitigation for all residential structures in the community. |
| 21 | Vol. 1, Ch. 5, Sec. 5. 3.22: The FEIS acknowledges the disproportionate impact on environmental justice communities due to a variety of factors, including increased noise. CDOT policy regarding noise impacts requires a substantial increase in sound pressure level before considering a noise impact to |



3

Protecting the Present & Building the Future
Accountability, Innovation, Empowerment, Performance, Integrity,
Diversity, Teamwork, Respect, Excellence, Safety

**I-70 East Final Environmental Impact Statement Response Comment Report**
March 2, 2016

| No. | Comment |
|---|---|
|  | occur, or the project must meet or exceed the noise abatement criteria.   This policy does not acknowledge that, since noise measurement is on a logarithmic scale, the magnitude of a 10 dBA increase is dependent upon the baseline noise level.  The difference between 60-74 dBA is much greater than the difference between 30-40 dBA. This represents an environmental injustice, and disproportionate impact in a low income and minority community. CDOT should reexamine its policy in light of environmental justice concerns. |
| 22 | Vol. 1, Ch.  5, Sec. 5. 3.26, Pg. 5.3-41, Ex. 5.3-8; Vol. 1, Ch. 9, Pg. 9-7, Ex. 9-1, Mitigation #24:  To realize the listed benefit of new construction related jobs, CDOT should utilize similar outreach efforts to those used on the US Highway 6 construction project – for businesses and also to recruit residents from the Target Area (Globeville, Elyria, Swansea) for strong on-the-job and apprenticeship programs.  CDOT is to be commended for pursuing approval for geographic-based hiring preferences under Special Experiment Project 14 (Sep – 14) for the US DOT pilot program.  The priority area for targeting On the Job/Apprenticeships should be the CCOD neighborhoods directly impacted by the lowered highway.  CCOD is awaiting a copy of final approval. |
| 23 | Vol. 1, Ch.  5, Sec. 5. 4, Pg. 5.4-14:  The FEIS acknowledges the Elyria and Swansea Neighborhoods Plan, and the document further states that the plan "recommends the Partial Cover Lowered Alternative… and includes recommendations intended to further mitigate impacts by the alternative."  The Elyria and Swansea Neighborhoods Plan recommends a number mitigation efforts that are not discussed or acknowledged beyond the above sentence.  The Record of Decision (ROD) should address the Plan's recommended mitigation efforts related to the PCL alternative. |
| 24 | Vol. 1, Ch.  5, Sec. 5. 5:  Fair compensation for homes being purchased is needed in a manner that allows affected residents to purchase similar sized homes within the Denver area. |
| 25 | Vol. 1, Ch.  5, Sec. 5. 6.6, Pg. 5.6-16 to 5.6-17, Ex. 5.6-6:  Aesthetics of Noise Walls shall reflect history of the neighborhoods of Elyria and Swansea with materials that buffer highway traffic (noise). |
| 26 | Vol. 1, Ch.  5, Sec. 5. 9, Pg. 5.9-22, Ex. 5.9-16, Partial Cover Lowered Alternative, Mitigation Measures Specific to Alternative column:  Please modify the second bullet to read: "Coordinate with Denver Parks and Recreation and provide trails detours and American with Disabilities Act (ADA)-compliant detour signage during construction consistent with the CCOD Construction Detour Standards for Bikeways and Multi-Use Trails-2007." |
| 27 | Vol. 1, Ch.  5, Sec. 5. 9:  This section includes mitigation of "Return trails to pre-construction or comparable state following construction."  This mitigation is acceptable for minor repair work.  However, CDOT should also note that any new trail construction or full reconstruction required by the project needs to meet current CCOD standards, regardless of the existing condition of the segments of trail that construction replaces.  Coordination with CCOD Parks & Recreation Department must occur during the design and construction phase to ensure that all trail construction associated with I-70 East project meets current CCOD standards. |
| 28 | Vol. 1, Ch.  5, Sec. 5.10, Pg. 3 (5.10-3):  The FEIS states "Particulate matter is not a major component of emissions from gasoline-powered vehicles, which are the predominant source of traffic in this corridor." EPA studies (http://www.epa.gov/sites/production/files/2015-01/documents/05082008mstrs_nam_revised2.pdf) have shown that the contribution to PM by gasoline-powered vehicles is highly variable and complex. Characteristics which can lead to unexpectedly high PM values include: over-fueling, cold starts, high load, sensor failures, and fuels system failures. CCOD recommends either 1) removing this statement entirely, or 2) describing in more detail the contribution to PM of gasoline-powered vehicles. |
| 29 | Vol. 1, Ch.  5, Sec. 5.10.1, Pg. 5-10-5:  CDOT should take in consideration for the ROD all available air modeling data relevant to the study area including Going One Step Beyond in North Denver, A Neighborhood Scale Air Pollution Modeling Assessment. |
| 30 | Vol. 1, Ch.  5, Sec. 5.12, General Comment:  From an environmental justice standpoint, it is unacceptable to mitigate only a small portion of the affected properties.  CDOT should include noise walls, relocation and other palatable mitigation such as windows and doors where necessary to all |



4

Protecting the Present & Building the Future
Accountability, Innovation, Empowerment, Performance, Integrity, Diversity, Teamwork, Respect, Excellence, Safety

24

**I-70 East Final Environmental Impact Statement Response Comment Report**
March 2, 2016

| No. | Comment |
|---|---|
|  | others affected in the community by this impact, where the noise exceeds the NAC, is an increase over the baseline, and where it is slightly less than the 7dB noise wall inclusion criteria. |
| 31 | Vol. 1, Ch. 5, Sec. 5.12, Pg. 5.12-49; Ex 5.12-42: The existing noise walls protecting the Elyria neighborhood west of York St. currently include breaks for pedestrian/cyclist access to 46th Ave. from Williams St. and High St. These breaks shorten pedestrian and cyclist trips to Brighton Blvd. and York St. These breaks also shorten the trip to the only UPRR grade separated connection for the neighborhood, providing an alternative to waiting for a train at the 47th and York at-grade crossing. It's not clear whether there will be a new noise wall located between the neighborhood and 46th Ave. North or between 46th Ave. North and the I-70 mainline. Considering truck engine braking exiting at Brighton Blvd. the walls should be located between the neighborhood and 46th Ave. North. If located in this areas the noise wall breaks should be maintained so pedestrian and cyclist access is not compromised and be designed to be safe and well-lit. Breaks should designed so that neither noise protection nor connectivity is not compromised. |
| 32 | Vol. 1, Ch. 5, Sec. 5.12.5, Partially Covered Lowered Option: Noise modeling for the Partial Cover Lowered Alternative predicts that noise levels will increase for some receptors by up to 8 dBA, to up to 74 dBA. Yet, modeling predicts that noise walls will not achieve a 7 dBA noise reduction in Swansea, and they are not recommended north or south of the highway. Without noise mitigation, 23 modeled receptors representing 38 residences are predicted to have noise levels above the NAC B threshold of 66 dBA. In areas without noise walls, but with noise impacts, CDOT should make available alternative noise mitigation measures for these households, such as wall insulation, improved windows and doors at the residences. |
| 33 | Vol. 1, Ch. 5, Sec. 5.14, General Comment: As depicted in the FEIS, the alignment of the I-70 East Drainage pipe conflicts with both open channel and pipe components designed as a part of CCOD's Globeville Landing Outfall project. Based on available information, it appears that the I-70 East Drainage pipe might also cross the Delgany Sewer line, a large brick sewer line. CDOT will need to realign its drainage system to avoid impacts to CCOD's planned Globeville Landing Outfall improvements. In addition, CDOT should confer to Metro Wastewater to assess and avoid impacts to the Delgany sewer. |
| 34 | Vol. 1, Ch. 5, Sec. 5.14, General Comment; Vol. 2, Att. M: As shown in the FEIS, the I-70 East drainage pipe will go through the Vasquez Boulevard/I-70 Superfund site. Construction through this site will require approval from EPA and the Colorado Department of Health and Environment to ensure appropriate materials management and adequate treatment of dewatering liquid prior to discharge. In addition, CDOT, or its contractor, will be considered the generator of any hazardous materials excavated from the site as part of the I-70 East project and will need to ensure such material is properly disposed. Please include a discussion of how CDOT plans to meet these requirements in the ROD. |
| 35 | Vol. 1, Ch. 5, Sec. 5.14, General Comment; Vol. 2, Att. M: CDOT needs to analyze the impacts of its proposed drainage system on the CCOD's stormwater system, particularly where CDOT plans to tie into existing CCOD drainage infrastructure. CDOT's ability to tie into the CCOD's system will depend, in part, on capacity and anticipated future capacity needs. Any such tie-ins must be approved by the CCOD. Any modifications to the CCOD's drainage system must meet CCOD standards and Wastewater Standards Details. |
| 36 | Vol. 1, Ch. 5, Sec. 5.14, General Comment; Vol. 2, Att. M: CDOT's depicted ponds at the Colorado interchange raise significant concerns including safety, technical feasibility, groundwater percolation and possible contamination from groundwater and/or soils. In the ROD, please identify design updates to address these concerns. |
| 37 | Vol. 1, Ch. 5, Sec. 5.14, General Comment; Vol. 2, Att. M: CDOT's pond locations at Steele Vasquez are inconsistent with the goals identified in the neighborhood visioning meeting at CDOT headquarters in March of 2014 and Elyria and Swansea Neighborhoods Plan, adopted February 2015. Please revise the drainage design to be consistent with the neighborhood vision and goals and reference in ROD. |


5

*Protecting the Present & Building the Future*
Accountability, Innovation, Empowerment, Performance, Integrity,
Diversity, Teamwork, Respect, Excellence, Safety

25

**I-70 East Final Environmental Impact Statement Response Comment Report**
March 2, 2016

| No. | Comment |
|---|---|
| 38 | Vol. 1, Ch. 5, Sec. 5.14, General Comment; Vol. 2, Att. M:  Colorado Senate Bill (SB) 15 - 212 has been in effective since August 5, 2015. The SB 15 -212 information should be included in the section 5.14 or in the Attachment M - Hydrology and Hydraulic Technical Report Addendum. |
| 39 | Vol. 1, Ch. 5, Sec. 5.14, General Comment; Vol. 2, Att. M:  The FEIS indicates that CDOT plans to obtain an easement for the length of its pipe through Globeville Landing Park, yet the FEIS indicates the only long-term impact to the park will be the 0.3 acre outfall structure.  The CCOD disagrees with this analysis.  The entire easement area through the park will limit the CCOD's ability to develop and fully utilize the park, and thus, the full area of the easement should be considered impacted.  In the ROD, please recalculate the impact area and describe the plan to mitigate this impact. |
| 40 | Vol. 1, Ch. 5, Sec. 5.14.1, Pg. 5.14-2; Vol. 2, Att. M, Ch. 8, Sec. 3 & 12:  These sections should reference Presidential Executive Order (EO) 13960 in addition to EO11988.  Please discuss EO13960 and its impacts, if any, on this project, and add references where appropriate.  The new Executive Order to help highlight the importance of evaluation and preservation of floodplains. |
| 41 | Vol. 1, Ch. 5, Sec. 5.14.1, Pg. 5.14-3:  The first paragraph references the 2006 Storm Drainage Design and Technical Criteria Manual which is outdated.  Please reference the current Storm Drainage Design and Technical Criteria Manual, revised Nov. 2013. |
| 42 | Vol. 1, Ch. 5, Sec. 5.14.3, Pg. 5.14-6:  Please include Urban Drainage and Flood Control District (UDFCD) as a part of the Multi-Agency Technical Team. |
| 43 | Vol. 1, Ch. 5, Sec. 5.14.4 & 5.14.5:  The FEIS states "The capture and conveyance of this offsite flow substantially reduces the ponding areas and existing flooding north of I-70."  Please quantify this reduction and quantify the flow that will continue to overtop Pond #2 and continue north via surface flow. |
| 44 | Vol. 1, Ch. 5, Sec. 5.14.4, Pg. 5.14-7; Vol. 2, Att. M, Ch. 6, Sec. 6.1 & 6.2.3:  Where one finds either of these two sentences ("This outfall will not change the boundary of the existing South Platte floodplain." or "It will not change the boundary of the existing floodplain."), please revise them to state, "This outfall will not have an adverse impact on the South Platte River floodplain." |
| 45 | Vol. 1, Ch. 5, Sec. 5.14.5, Pg. 5.14-10:  Revise last sentence of the first paragraph to read: "Any encroachment into the Sand Creek or South Platte River floodplain or floodway will require compliance with FEMA, NFIP, and Denver local floodplain permitting requirements." |
| 46 | Vol. 1, Ch. 5, Sec. 5.14.5, Pg. 5.14-10:  The FEIS states "On-site detention... will be implemented to match pre-existing runoff rates from I-70..."  Please match pre-development release rates in accordance with the CCOD Storm Drainage Design and Technical Criteria. |
| 47 | Vol. 1, Ch. 5, Sec. 5.14.5, Pg. 5.14-11, Ex. 5.14-6; Vol. 1, Ch. 5, Sec. 5.23, Pg. 5.23-18, Ex. 5.23-14; Vol. 1, Ch. 8, Pg. 8-29, Ex. 8-8; Vol. 1, Ch. 9, Pg. 9-18, Ex. 9-1:  The mitigation measure for all alternatives indicates that the proposed Sand Creek bridge structures are to be designed to have no adverse impact to the Sand Creek Floodplain.  While this is the preferred approach from a floodplain management standpoint, it is unclear at this point if this is technically or economically feasible.  Adverse impacts are allowed by following standard CLOMR/LOMR procedures (which are mentioned elsewhere in the report).  Consider revising the mitigation language to maintain the intent to keep floodplain impacts as small as possible, and consider replacing with language similar to the following: "Proposed Sand Creek bridge structures should be designed to have no adverse impact to the Sand Creek Floodplain.  If no adverse impact is unfeasible, the structures shall be designed to minimize adverse impacts to the floodplain to the maximum extent practicable." |
| 48 | Vol. 1, Ch. 5, Sec. 5.14.5, Pg. 5.14-11, Ex. 5.14-6; Vol. 1, Ch. 5, Sec. 5.23, Pg. 5.23-18, Ex. 5.23-14; Vol. 1, Ch. 8, Sec. 8.3 & 8.4; Vol. 1, Ch. 9, Pg. 9-18, Ex. 9-1:  The FEIS shows two proposed outfalls to the South Platte River.  Floodplain impacts and mitigations for these outfalls needs to be included in Exhibit 5.23.14.  Due to sensitivity of the floodplain in these reaches, the mitigation measure shall be that the outfalls to the South Platte River must be designed to have no adverse impact to the floodplain.  Current hydraulic analyses for the South Platte River show that any rise in BFE would result in adverse impact to buildings and/or adversely impact the freeboard of the existing accredited levee located on |



6

Protecting the Present & Building the Future
Accountability, Innovation, Empowerment, Performance, Integrity,
Diversity, Teamwork, Respect, Excellence, Safety

26

**I-70 East Final Environmental Impact Statement Response Comment Report**
March 2, 2016

| No. | Comment |
|---|---|
|  | the west side of the River.  Wetland and any other applicable impacts for these outfalls should be considered, if they haven't already been included. |
| 49 | Vol. 1, Ch.  5, Sec. 5.15.6, Pg. 5.15-11:  The FEIS states that "unavoidable impacts will be mitigated at a wetland mitigation bank in the South Platte River watershed."   There are 5+ acres of wetland mitigation to be completed.  This could be a nice habitat addition within the impacted area and a considerable improvement given the majority of the impacted wetlands are not in great locations (for wildlife) to begin with.   The mitigation plan should (1) be more explicit on where mitigation will occur; and (2) strive to locate mitigation as close as possible to the impacted area.  Possible locations include upstream along Sand Creek; somewhere on the South Platte River near CCOD/Adams Co line; the Rocky Mountain Arsenal (along First Creek - riparian); or Bluff Lake Nature Center (Westerly Creek - riparian). |
| 50 | Vol. 1, Ch.  5, Sec. 5.15.7, Pg. 5.15-13, Ex. 5.15-4; Vol. 1, Ch. 5, Sec. 5.23, Pg. 5.13-19, Ex. 5.23-15; Vol. 2, Att. N, Fig. 1b:  The outfall location for the onsite storm system in the wetland assessment doesn't match storm plans and exhibits shown in Appendix M and Exhibit 5.14-4.  All wetland impact/mitigation data in the ROD should be updated accordingly. |
| 51 | Vol. 1, Ch.  5, Sec. 5.16, General Comment:  It is not apparent from the information presented how CDOT will address water quality requirements specified in the CDOT and CCOD Municipal Separate Storm Sewer System Permits (as applicable) for the I-70 East Drainage system. In the ROD please identify how water quality requirements will be achieved. |
| 52 | Vol. 1, Ch.  5, Sec. 5.18.7, Pg. 5.18-18, Ex. 5.18-12; Vol. 1, Ch. 5, Sec. 5.10.8, Pg. 5.10-46, Ex. 5.10-26:  Numerous hazardous waste sites are identified in the FEIS within the project construction area and more may be encountered during construction.  There are significant public concerns about these being disturbed and transported in construction dust.  In addition to continuous PM10 fugitive particle emissions monitoring during construction, CDOT is asked to implement testing of the particulate matter captured in the monitors in a manner appropriate, based on soils testing data, to determine if air pollutants/contaminants of concern have been emitted. |
| 53 | Vol. 1, Ch.  5, Sec. 5.23, Ex. 5.23-1:  The transportation impacts and mitigation is inadequate. Additional mitigations to the local roadway network are required to ensure effective operations of the local roadway network during construction. |
| 54 | Vol. 1, Ch.  5, Sec. 5.23, General Comment:  Mitigation presented presumes vacation of Elizabeth St. ROW.  Any vacation requires legislative action from CCOD Council and should not be presumed. |
| 55 | Vol. 1, Ch.  5, Sec. 5.23, Pg. 5.23-7, Ex. 5.23-3:  Use of 2010 vacancy data leads to false conclusion that it may be possible for displaced residents to relocate within the Swansea and Elyria neighborhoods.  The multi-family vacancy rate for the third quarter in this area of the CCOD ranged from 2.3% to 3% in the second quarter and 3.6% to 3.4% in the third quarter.  CCOD acknowledges that CDOT is relocating homeowners and renters as required by the Federal Uniform Relocation Act and in addition CDOT has committed $2M to support development of affordable housing units in the Elyria and Swansea Neighborhoods through available programs.   In the SDEIS the CCOD asked for a 3 to 1 replacement of demolished homes or 168 new housing units.   The CCOD estimated through leveraging, it will cost $60K per unit to support creating the 168 units which calculates to grand total of $10.1M.  While the CCOD appreciates the $2M contribution to this end, additional funding of $8.1M is needed from CDOT to ensure an adequate housing supply, long term viability, and vitality of the neighborhood. |
| 56 | Vol. 1, Ch.  6, Sec. 6.4.1, Pg. 6-10, Para. 3:  The text reads "Recovery has been steady since mid-2009 and remains ongoing."  Add the following sentence "Part of this recovery has been spurred by commercialization of legalized marijuana and use of industrialized zoned lands for production facilities." |
| 57 | Vol. 1, Ch.  9, Ex. 9-1, All Mitigation Measures:  Independent Third Party Monitor - Compliance with requirements of section should be monitored by an Independent Third Party. The monitor would report to CDOT, CCOD and the public.  Reports should include a summary of any reports of violations and how the violations were addressed.  Any member of the public must be able to register a complaint with |


7

*Protecting the Present & Building the Future*
Accountability, Innovation, Empowerment, Performance, Integrity,
Diversity, Teamwork, Respect, Excellence, Safety

27

**I-70 East Final Environmental Impact Statement Response Comment Report**
March 2, 2016

| No. | Comment |
|---|---|
|  | the Independent Third Party Monitor alleging any entity's noncompliance. The Monitor shall investigate all complaints and determine where there has been a violation. |
| 58 | Vol. 1, Ch. 9, Pg. 9- 7, Ex. 9-1, Mitigation #26:  The proposed mitigation is vague and incomplete.  The new HVAC system, doors and windows for the school must be in place prior to the start of construction. CDOT should specify that the systems and features installed meet the highest available standards for air filtration/reducing air infiltration. |
| 59 | Vol. 1, Ch. 9, Pg. 9- 7, Ex. 9-1, Mitigation #29:  Mitigation is vague and unmeasurable.  CDOT must detail how its contributions will facilitate access to fresh food for those neighbors negatively impacted by the removal of businesses that sell groceries.  In addition, CDOT should work with CCOD to include input from Blake Angelo, CCOD's Food Coordinator, to insure any investment in addressing food desert issues for these neighborhoods will have lasting benefits for the community. |
| 60 | Vol. 1, Ch. 9, Pg. 9- 8, Ex. 9-1, Mitigation #35:  Rights of way specialist assigned to work with each property owner and renter to assist them with this process should be paired with an Independent 3rd Party bilingual translator to assist each property renter with this process. |
| 61 | Vol. 1, Ch. 9, Pg. 9-11, Ex. 9-1, Mitigation #50:  Users of the South Platte River Greenway and trails must be provided well-signed detour routes that are nearby, safe, and aesthetically appealing. |
| 62 | Vol. 1, Ch. 9, Pg. 9-11, Ex. 9-1, Mitigation #52:  The reconfigured playground for Swansea Elementary should meet the DPS size standard for new facilities. |
| 63 | Vol. 1, Ch. 9, Pg. 9-12 to 9-14, Ex. 9-1, Mitigation #57 to 76:  The stated goal for the project should be zero-emission/near zero-emission construction equipment on site. The developer should be required to use current best management practices (BMP's) such as: limiting idling time to a maximum of 5 minutes; utilizing construction equipment that meets utilizes a US EPA Tier 4 off-road engine standards; or utilizing a US EPA Tier 3 off-road engine out filled with a Level 3 diesel emissions control strategy; using grid-based electric power where feasible; and, using on-site generators that meet the highest standards for emissions reduction. |
| 64 | Vol. 1, Ch. 9, Pg. 9-12, Ex. 9-1, Mitigation #56:  Regarding the 0.3 acres of parkland converted at the Globeville Landing Park, the replacement land must be located within the surrounding communities of Globeville, Elyria and Swansea. The currently identified replacement land of Milstein Park is not acceptable as it does not serve the same communities as the converted parkland. It is critical for CDOT to work with CCOD's Parks and Recreation Department and the impacted communities to identify appropriate replacement land within the communities. |
| 65 | Vol. 1, Ch. 9, Pg. 9-17, Ex. 9-1, Mitigation #100:  CDOT is requested to include in the ROD a map of the entire drainage basin and proposed detention pond locations. |
| 66 | Vol. 1, Ch. 9, Pg. 9-22, Ex. 9-1, Mitigation #123-124:  The CCOD has concern that drainage and dewatering during construction, or in long term operation of the project, may disrupt the flow of ground water to wells in the neighborhood.  If this is the case, the impact must be mitigated. |
| 67 | Vol. 1, Ch. 9, Pg. 9-24, Ex. 9-1, Mitigation #137:  The ROD should specify standards or specifications as to the amount of time that residents and local businesses can have their services disrupted.  If such timelines are exceeded, compensation should be provided. |
| 68 | Vol. 1, Ch. 10, Sec. 10.3, Pg. 10-7 (Community Outreach and Agency Involvement):  The Executive Oversight Committee going forward should include someone from the neighborhoods. |
| 69 | Vol. 1, References; Vol. 2, Att. M, Ch. 8, Sec. 12:  UDFCD just published new Criteria manuals Vol. 1&2 (Jan 2016) and updates to Vol. 3 (Nov 2015), please consider including in references.  Please note that the new UDFCD criteria will need to be referenced in future documents as this project progresses. |
| 70 | Vol. 2, Att. A:  The PCL - Managed Lanes option maps need to be updated to reflect the circulation pattern, the roadway capacity and the split/full diamond at Steele/Vasquez and Colorado Blvd. |
| 71 | Vol. 2, Att. C, Ch. 4, Sec. 4.3.3, Pg. 8, Para. 1:  CDOT should include a narrative concerning the frontage road capacity, including the number of lanes on the frontage roads. |


8

Protecting the Present & Building the Future
Accountability, Innovation, Empowerment, Performance, Integrity, Diversity, Teamwork, Respect, Excellence, Safety

28

**I-70 East Final Environmental Impact Statement Response Comment Report**
March 2, 2016

| No. | Comment |
|---|---|
| 72 | Vol. 2, Att. E, Ch. 6, Sec. 6.1.2.2 & 6.1.2.3, Pg. 80:  Steele/Vasquez and Colorado Blvd can be a split diamond, but there needs to be additional notes referring to the addition of slip ramps for Colorado in addition to the WB on-ramp and EB off-ramp. |
| 73 | Vol. 2, Att. E, Ch. 6, Sec. 6.1.2.4, Pg. 81:  The EB/WB connectivity between Colorado and Quebec are the Stapleton Drive North and South, not 46th Avenue. Please clarify. |
| 74 | Vol. 2, Att. M,  Ch. 5, Sec. 5.2.1:  In the fourth paragraph, replace the last sentence with the following language: "If there is no increase in the BFE, then the hydraulic analysis shall be submitted to the governing agencies for floodplain permit and to determine if the CLOMR and/or LOMR process is necessary. |
| 75 | Vol. 2, Att. M,  Ch. 5, Sec. 5.2.1:  Revise the fourth sentence in the third paragraph to read "In cases where the BFE is increased, a CLOMR, followed by a LOMR, must be obtained from FEMA."  This is a repeat comment from SDEIS [comment O9] but was not addressed satisfactorily.  The current text says "may" but needs to be revised to "must" because CLOMR/LOMR requirements for BFE increase are per NFIP, CWCB, and CCOD floodplain regulations. |
| 76 | Vol. 2, Att. M,  Ch. 6, Sec. 6.2.1, Pg. 4:  Please show how CDOT anticipates conveying the 2106 cfs into Pond 1?  Specifically, how will CDOT prevent flow from continuing west along Smith Rd bypassing Pond 1.  Alternatively, is it anticipated to bypass into Section 2?  Does CDOT anticipate inlets and a wall along SD-01 to capture flow and prevent by-pass onto I-70?  For these ponds as well as ponds between Steele and Colorado, how does CDOT anticipate getting such large flows into the pipe without bypass? |
| 77 | Vol. 2, Att. M,  Ch. 8, Sec. 12:  CCOD appreciates CDOT for including the additional references requested in previous SDEIS comment [comment W9].  However, please remove the CCOD as the Author of references that are not actually authored by the CCOD.  This includes CDOT's 2004 Drainage Design Manual, CWCB's floodplain regulations, and UDFCD FHADs and Criteria Manuals.  The authors on other studies such as Enginuity and other consultant efforts should be verified and revised as appropriate. |
| 78 | Vol. 2, Att. M,  Ch. 8, Sec. 12:  The UDFCD Criteria Manual published in 2013 was Vol. 3 (not Vol. 1 & 2), please revise accordingly. |
| 79 | Vol. 2, Att. M, App. A:  Please revise this Drainage Design Memo that contains outdated project limits and drainage standards.  Of particular importance, under the bridge section, add that the CCOD's minimum bridge freeboard is three feet from the low chord to the 100-yr WSEL.  The most stringent freeboard requirement of CCOD & CDOT would govern. |
| 80 | Vol. 3, Att. Q Part 1, FAQ; Vol. 3, Att. Q Part 1, Pg. A-81, Comment Z7 Response:  The responses to previous CCOD comments in the FAQ indicate that no work will be taking place at 47th & York.  However, improvements should be made to this intersection including signalizing 47th & York with a left turn pocket, reconstructing the crossing, adding a railroad pre-signal to the north side of the crossing, and adding a grade-separated pedestrian crossing. These commitments should be included in the ROD. |
| 81 | Vol. 3, Att. Q Part 1, Pg. A-44, Comment G2 Response:  US Treasury, HUD, and many other sources all document that Elyria/Swansea is one of the most socioeconomically vulnerable neighborhoods in Colorado. The population is available from Co-DOLA Demographer. The health impacts references include:  1. US Treasury's New Market Tax Credit Program (eligible areas) https://www.cdfifund.gov/Pages/mapping-system.aspx 2. US Housing and Urban Development's Low and Moderate Income Areas http://docs.huduser.org/gis/FGDB/HUD_SF.gdb.zipx 3. Colorado Department of Local Affairs, State Demography Office (poverty and Income data) https://www.colorado.gov/pacific/dola/subjects-z  4. Colorado Office of Economic Development's Enterprise Zone areas http://www.advancecolorado.com/funding-incentives/incentives/enterprise-zone-tax-credits/ez-map-through-2015 5. Colorado Department of Education (Free and Reduced Lunch program) http://www.cde.state.co.us/nutrition/nutrfreeandreducedmaterials. |



9

*Protecting the Present & Building the Future*
Accountability, Innovation, Empowerment, Performance, Integrity, Diversity, Teamwork, Respect, Excellence, Safety

**I-70 East Final Environmental Impact Statement Response Comment Report**
March 2, 2016

| No. | Comment |
|---|---|
| 82 | Vol. 3, Att. Q Part 1, Pg. A-44, Comment H2 Response:  Physical barriers should be removed for People with Disabilities. This includes adequate spacing for bike lanes and cars (i.e. can a person with a disability get out of the car without obstruction of bike lanes) and curb ramps. |
| 83 | Vol. 3, Att. Q Part 1, Pg. A-81 to A-82, Comments W7, A8, B8 and C8 Response:  Vol. 2, Att. A stated crossing has been increased and does not preclude the CCOD from reconstructing the roadway. However, no language in the FEIS stated that this is the case. Please include language in the ROD that states that the I-70 East project will design structures to allow future widening plans for Peoria and Quebec. |
| 84 | Vol. 3, Att. Q Part 1, Pg. A-81, Comment V7 Response:  Vol. 2, Att. A stated that Brighton Blvd is outside the scope of this project. Although Brighton may be outside the scope, the interchanges are not. Capacity at the EB on and WB off ramps of Brighton and I-70 do not meet the expected traffic volumes and current standards, (i.e. double left turns and/or right turn or free right lanes). |


10

**Protecting the Present & Building the Future**
Accountability, Innovation, Empowerment, Performance, Integrity,
Diversity, Teamwork, Respect, Excellence, Safety

30