# Two Basin Drainage Project

Conceptual Planning Alternatives Analysis Report

December 2016



**Plaintiffs' Exhibit 12**

CCD008735

# Acknowledgements

This project was supported and developed by the efforts of leaders and staff at the City and County of Denver, a consulting team, and numerous stakeholders and citizens.

## Executive Oversight Committee (EOC)

| | | |
|---|---|---|
| Diane Barrett | Kelly Leid | Steve Coggins |
| Happy Haynes | Scott Gilmore | Jeff Steinberg |
| Jose Cornejo | Brad Buchanan | Lesley Thomas |
| Brendan Hanlon | Gretchen Hollrah | Shaun Sullivan |
| Laura Perry | | |

## Technical Team

### City and County of Denver Project Manager

Jennifer Hillhouse

### City and County of Denver Staff

| | | |
|---|---|---|
| Brian Pinkerton | Dave Huntsinger | Cincere Eades |
| Bruce Uhernik | Emily Gloeckner | Erika Martinez |
| Jennifer Williams | Celia VanderLoop | Jeff Romine |
| Tim Watkins | Chris Proud | Giles Flanagin |
| Jane Boand | Emily Silverman | Sarah Anderson |
| Michael Sapp | Nancy Kuhn | Angela Casias |

### Urban Drainage and Flood Control District Liaison

Shea Thomas

## Consultant Team

| | |
|---|---|
| Matrix Design Group | Enginuity Engineering Solutions |
| Livable Cities Studio, Inc. | David Evans and Associates, Inc. |
| Design Workshop, Inc. | GBSM |
| Atkins Global | Pinyon Environmental |

2

**Plaintiffs' Exhibit 12**

CCD008736

# Table of Contents

Acknowledgements ........................................................................................................ 2

Executive Summary ...................................................................................................... 6

    Background ................................................................................................................ 6

    Project Goals ............................................................................................................ 7

    Public Process .......................................................................................................... 8

    Alternatives Analysis .............................................................................................. 8

    Preferred Plan .......................................................................................................... 9

Introduction ................................................................................................................ 10

    Preface ..................................................................................................................... 10

    Report Purpose ....................................................................................................... 10

    Report Organization ............................................................................................... 11

    Background .............................................................................................................. 12

    Project Goals ........................................................................................................... 13

Project Context and Process ..................................................................................... 15

    Study Areas ............................................................................................................. 15

    Related Planning Efforts, Studies and Reports .................................................. 18

    Planning Process ..................................................................................................... 20

Purpose and Need ...................................................................................................... 25

    Two Basin Drainage Project Purpose and Needs Statements .......................... 25

    Purpose and Needs - Supporting Research, Analysis, and Documentation ......... 25

Alternatives Description ............................................................................................ 31

    Project Description .................................................................................................. 31

    Criteria and Constraints ........................................................................................ 35

Montclair Basin Alternative Analysis and Evaluation .......................................... 38

    Detention Alternatives ........................................................................................... 38

    39th Avenue Alternatives ...................................................................................... 51

    Montclair Basin Hydrology/Hydraulic Analysis ................................................ 63

**Plaintiffs' Exhibit 12**

CCD008737

Park Hill Basin Alternative Analysis and Evaluation ................................................................. 72

    Alternatives ................................................................................................................................ 72

    Park Hill Basin Hydrology/Hydraulic Analysis ........................................................................ 74

Environmental Evaluations ........................................................................................................ 79

    Hazardous Materials ................................................................................................................ 79

    Environmental Justice .............................................................................................................. 81

    Historic Assessment ................................................................................................................. 83

Preferred Plan ........................................................................................................................... 86

    Plan Description ....................................................................................................................... 86

## List of Figures

Figure 1. Platte to Park Hill Stormwater Systems Project Context Map .......................................... 7

Figure 2. Platte to Park Hill Stormwater Systems Project Context Map ......................................... 13

Figure 3. Denver Drainage Basins ................................................................................................... 15

Figure 4. Planning Process ............................................................................................................... 21

Figure 5. USGS Geological Survey (USGS, 1979). Alluvial soils shown in yellow. ........................ 26

Figure 6. Montclair and Park Hill FLO-2D ....................................................................................... 29

Figure 7. Montclair Basin Drainage Concept .................................................................................. 33

Figure 8. Park Hill Basin Drainage Concept .................................................................................... 34

Figure 9. Locations of Detention Options ....................................................................................... 39

Figure 10. Cole Detention Option 1a .............................................................................................. 42

Figure 11. Cole Detention Option 1b .............................................................................................. 42

Figure 12. Cole Detention Option 1c .............................................................................................. 42

Figure 13. Cole Detention Option 1d .............................................................................................. 43

Figure 14. Cole Neighborhood Detention Alternative .................................................................... 44

Figure 15. City Park Golf Course Detention Alternative ................................................................. 45

Figure 16. City Park Golf Course Feasibility Study 1 ...................................................................... 46

Figure 17. City Park Golf Course Feasibility Study 1 – Tree Impact Areas .................................... 46

Figure 18. City Park Golf Course Feasibility Study 2 ...................................................................... 47

Figure 19. City Park Golf Course Feasibility Study 2 – Tree Impact Areas .................................... 47

Figure 20. City Park Golf Course Feasibility Study 3 ...................................................................... 48

Figure 21. City Park Golf Course Feasibility Study 3 – Tree Impact Areas .................................... 48

Figure 22. Areas of Reduced Flooding ............................................................................................ 49

Figure 23. Reach 1 ........................................................................................................................... 52

Figure 24. Reach 2 ........................................................................................................................... 54

2016CV32126
4 of 91

Plaintiffs' Exhibit 12

CCD008738

Figure 25. Reach 3 ..................................................................................................................56

Figure 26. Reach 4 ..................................................................................................................57

Figure 27. Reach 5 ..................................................................................................................59

Figure 28. Reach 6 ..................................................................................................................60

Figure 29. Cole Detention Discharge vs. Volume .................................................................65

Figure 30. Cole Detention Discharge vs. Volume .................................................................66

Figure 31. Inflow Hydrographs to 39th Avenue area with City Park Golf Course Detention Alternatives ..68

Figure 32. Concept Grading Plan Used for Feasibility Analysis ............................................70

Figure 33. Alternative 1 City Park Golf Course Detention Grading .......................................71

Figure 34. Park Hill Pipe Alignment Alternatives .................................................................74

Figure 35. Park Hill Golf Club Inflow/Outflow Hydrographs ...............................................77

Figure 36. Hazardous Materials (Franklin to York) ..............................................................80

Figure 37. Hazardous Materials (York to Monroe) ...............................................................81

Figure 38. Platte to Park Hill Stormwater Systems program ...............................................86

Figure 39. Open Channel Vision between Franklin St and Williams St .................................87

Figure 40. Open Channel Vision (view looking west from Williams St bridge) .....................88

Figure 41. Open Channel Vision (view looking west from Steele St) .....................................88

Figure 42. Open Channel and Shared Street conceptual section between Franklin St and Williams St ....89

Figure 43. Shared Street Vision (view looking east from Franklin St & 39th St) ...................90

## List of Tables

Table 1. Montclair Basin - Detention Location Screening ....................................................50

Table 2. Blake to Franklin Screening ...................................................................................53

Table 3. Franklin to High Screening .....................................................................................55

Table 4. High to Race Screening ..........................................................................................57

Table 5. Race to York Screening ..........................................................................................58

Table 6. York to Steele Screening ........................................................................................60

Table 7. Steele to Monroe Screening ....................................................................................61

Table 8. Alternative Summary: City Park Golf Course Detention .........................................67

Table 9. Park Hill Screening .................................................................................................78

2016CV32126
5 of 91

Plaintiffs' Exhibit 12

CCD008739

# Executive Summary

## Background

The Platte to Park Hill Stormwater Systems program is focused in the near-term on the northern neighborhoods of Elyria, Swansea, Cole, Clayton, Skyland, Whittier, Five Points and Northeast Park Hill. These neighborhoods are within two of the top priority drainage basins, the Montclair Basin and the Park Hill Basin, within the City and County of Denver. The Montclair Basin is the city's largest basin (10.9 square miles) without a defined open waterway. The Park Hill Basin is approximately 5.75 square miles and also is served by a deficient storm drainage system.  Both of these basins experience a high flood risk because they are large in size, fully developed, relatively flat, and both lack an adequate 'backbone' drainage system. Stormwater modeling shows that during moderate to large storm events, the existing pipe systems reach capacity and the excess runoff is carried on the surface at depths of three feet or more on many streets over multiple city blocks.  Several hundred properties are shown to be at-risk during a major event.  The estimated flood risk in the Montclair Basin alone is in the hundreds of millions of dollars.  The estimated flood risk during lesser storms is also significant for both basins.

The Platte to Park Hill Stormwater Systems program is made up of four distinct projects under the Two Basin Drainage Project and the Globeville Landing Outfall project. The collective aim of these projects is to provide improved flood protection, better control stormwater, provide community amenities/parkland (where appropriate), and improve water quality. The four projects are detailed below.

**Globeville Landing Outfall Project**

1. **Globeville Landing Outfall** – Drainage design, park re-design, and water quality.

**Two Basin Drainage Project**

2. **39th Avenue Open Channel and Greenway** - Linear open space and greenway incorporating an open stormwater channel, recreational trail and water quality in the Cole and Clayton neighborhoods.
3. **Montclair Basin detention** – Location to collect, control, and temporarily hold stormwater and provide water quality.
4. **Park Hill Basin detention and conveyance** – Location to collect, control, and temporarily hold stormwater and provide water quality.

Figure 1 below graphically depicts the general location of the Two Basin Drainage Project and the Globeville Landing Outfall project. The focus of this alternatives analysis is on the Two Basin Drainage projects. However, information on the Globeville Landing Outfall is referenced within this document from a technical standpoint because it is hydrologic and hydraulically connected to the Two Basin

Plaintiffs' Exhibit 12

CCD008740

Drainage project's alternatives and solutions. This alternatives analysis focuses only on the 39th Avenue Open Channel, Montclair Basin Detention and Park Hill Basin Detention. Collectively, these three projects are known as the Two Basin Drainage Project.

**Figure 1. Platte to Park Hill Stormwater Systems Project Context Map**



# Project Goals

Project goals were established to guide the decision-making throughout the process. From discussions with stakeholders and through many community and public meetings, a series of goals were established for the projects. These goals informed the preferred plan.

1. *Provide a base system for the protection of areas of the Elyria, Swansea, Cole, Clayton, Skyland, Whittier, Five Points, River North and Northeast Park Hill neighborhoods impacted by the Montclair and Park Hill drainage basins up to and including a 100-year flood event.*
2. *Provide new community amenities that are integrated into the urban context.*
3. *Enhance multimodal connectivity.*

2016CV32126
7 of 91

Plaintiffs' Exhibit 12

CCD008741

4.      *Restore functionality to the Montclair and Park Hill drainage basins and increase nature and ecology within these basins to the South Platte River.*

5.      *Involve and engage the community in an inclusive process and gear the project toward their neighborhood well-being and best interests.*

6.      *Keep the project on schedule and on budget.*

# Public Process

A three phase public process was conducted with a strong emphasis on stakeholder and neighborhood involvement. These phases included 1) information gathering, analysis and project framework, 2) establishing potential design criteria and creation of alternatives, and 3) screening alternatives and development of a preferred plan. Throughout the process, feedback from over 1,700 stakeholders was received. Additionally, a Stakeholder Working Group helped guide the process and input at five community/public meetings that was incorporated into the project.



Feedback received during the process included the concern about property impacts, desire for water quality, need for neighborhood connectivity, and the desire for a transparent and collaborative on-going relationship.

# Alternatives Analysis

Extensive hydrologic analysis, environmental evaluations and neighborhood planning were completed on both the Montclair and Park Hill Basins to develop alternatives.

Through the extensive hydrologic analysis, the project identified two key drainage concepts to manage the Montclair Basin's runoff from the area upstream (south) of 39th Avenue:

- Provide stormwater capture and conveyance within the Cole and Clayton neighborhoods in order to intercept and convey surface flows toward the South Platte River. The stormwater will outlet to pipes under the railroad tracks at approximately 40th Street and Blake Street, to the Globeville Landing Outfall Project.

- Provide stormwater detention within the middle to lower portion of the basin to slow down and temporarily hold stormwater. The two feasible locations for stormwater detention are within the Cole neighborhood (between 39th and 40th) or at City Park Golf Course.

2016CV32126
8 of 91

**Plaintiffs' Exhibit 12**

CCD008742

Additionally, two key drainage concepts were identified to handle the Park Hill Basin's 100-year runoff from the area upstream (south) of Smith Road:

- Provide formalized regional detention at the northeast corner of the privately owned Park Hill Golf Club. A majority of the surface flow within the western portion of the drainage basin naturally flows north through the golf course to this existing low point where water naturally collects. This project proposes to utilize this natural collection point and provide enough detention volume to allow the planned 84-inch Park Hill Phase V pipe to handle the 100-year event west of Forest Street. The owner of the golf club property, the Clayton Trust, is a willing land owner in this discussion.

- From the low point detention area near 38th and Holly Street, an east-west storm drain system is proposed to convey flows in excess of the existing Forest Street outfall's capacity. The pipe will convey stormwater to the west into the proposed Park Hill Golf Club detention facility. This diversion of stormwater will allow the Forest Street outfall to handle the 100-year event from the east.

# Preferred Plan

The recommended plan is comprised of elements of work in the Park Hill Basin, at City Park Golf Course, and in the 39th Avenue area of the Cole neighborhood in the lower Montclair Basin.

## Montclair Basin

The team recommends City Park Golf Course to temporarily hold and slow stormwater during major storm events. Outside of periods during and immediately after rainfall events, the golf course area will remain dry. The detention area will be integrated into an updated design of the golf course. Detention in the golf course will significantly protect more homes and businesses, minimize property impacts, and create a better opportunity to minimize future infrastructure cost, and provide more opportunity for water quality.

In addition, the team recommends the 39th Avenue open channel from Franklin Street to Steele Street in the Cole and Clayton neighborhoods to safely collect and convey the stormwater to the South Platte River.

## Park Hill Basin

In addition to the formalized detention needed within the Park Hill Golf Club, the team recommends implementation of 39th Avenue pipe alignment alternative to convey the stormwater from the Holly detention area to the new Park Hill Golf Club detention area.

2016CV32126
9 of 91

**Plaintiffs' Exhibit 12**

CCD008743

# Introduction

## Preface

In the summer of 2015, the City and County of Denver (City) began the Platte to Park Hill Stormwater Systems program. This program is the overarching structure for multiple projects examining improvements to storm drainage and flood protection in the neighborhoods north and east of downtown Denver. The Platte to Park Hill Stormwater Systems program encompasses multiple drainage and flood protection projects including the Two Basin Drainage Project and the Globeville Landing Outfall Project. Through these projects, the City is taking a comprehensive approach to better protect people, facilities, infrastructure and property against flooding through better management of stormwater while improving water quality in the neighborhoods of Elyria, Swansea, Cole, Clayton, Skyland, Whittier, Five Points and Northeast Park Hill.

When rain falls on the neighborhoods in the Montclair and Park Hill Basins, the water generally flows south to north through the neighborhoods trying to make its way to the South Platte River. Both the Montclair and Park Hill Basins are fully developed and all of the natural waterways that would typically slow and control the stormwater have been built over during the City's early development. While the existing storm sewer system works to address water from typical storms, medium and larger storms have the potential to overwhelm these systems. This results in flooding of the low lying areas in many neighborhoods throughout the Montclair and Park Hill Basins. With no natural waterways, changing weather patterns, and limited natural areas to collect stormwater; the likelihood of catastrophic flooding persists. Therefore, the City is taking this opportunity to advance projects to begin to prepare for storm events in the City's most at-risk neighborhoods north and east of downtown.

## Report Purpose

The purpose of this report is to document the Two Basin Drainage Project's Conceptual Planning Alternatives Analysis (part of the Platte to Park Hill Stormwater Systems program). The Two Basin Drainage project is specifically focused on identifying technical solutions to improve flood protection and manage stormwater in both the Montclair and Park Hill drainage basins. Drainage basins are large geographic areas where rainfall collects and flows because the shape of the land (topography) directs the stormwater to low lying areas (typically rivers, gulches, and other waterways).

An alternatives analysis is a process where multiple potential solutions are evaluated to eliminate options that do not adequately meet the goals of the project or other criteria set by the project team and stakeholders. This narrowing of options ultimately results in the identification of the preferred plan of technical solutions. The evaluation process utilizes both quantitative and qualitative criteria to compare and contrast the benefits of each option. Each criterion is developed based on the projects'

Plaintiffs' Exhibit 12

CCD008744

purpose and need. The process is further informed by input received from project stakeholders at key milestone points in the evaluation.

The alternatives analysis for the Two Basin Drainage project followed a multi-stepped process including:

- Clarifying the project problem, purpose, and need and establishing goals.
- Researching context information, background, existing and planned drainage improvements, and modeling potential future flooding potential.
- Seeking public and stakeholder input to inform the evaluation process at key decision points throughout the process.
- Identifying the full range of potential technical solutions to improve flood protection and better manage stormwater within the two drainage basins.
- Comparing and contrasting the potential solutions to ultimately identify the recommended set of technical solutions (the preferred plan).

## Report Organization

This alternatives analysis document is structured in six core chapters with additional technical backup included in the appendices.  The information in each chapter provides context for the subsequent chapters. A brief description of each chapter is provided below as a preface to the document.

- **Introduction** – The first chapter provides a general guide to the alternatives analysis and the key considerations that led to the development of this analysis.
- **Project Context and Process** – The chapter presents the project study area and documents the background information and studies researched to fully understand the study area. This chapter also presents the multi-stepped process of the alternatives analysis to arrive at the recommended technical solutions.
- **Project Purpose and Need** – This chapter defines the flooding problem that the Two Basin Drainage project is focused on beginning to solve. Additional research and data are presented related to the City's existing flood protection needs, existing flooding, and the modeling of future flood potential.
- **Alternatives Description** – This chapter details the criteria used to compare and contrast the concepts considered to address the projects' purpose and need.
- **Montclair Basin Alternative Analysis and Evaluation** – Montclair Basin alternative concepts are described, analyzed and evaluation outcomes are provided.
- **Park Hill Basin Alternative Analysis and Evaluation** – Park Hill Basin alternative concepts are described, analyzed and evaluation outcomes are provided.
- **Preferred Plan** –The chapter sets out the priority solutions identified through the evaluation process. A summary of the key technical points and stakeholder input that informed the process is provided.

Plaintiffs' Exhibit 12

CCD008745

# Background

The Platte to Park Hill Stormwater Systems program is focused in the near-term on the northern neighborhoods of Elyria, Swansea, Cole, Clayton, Skyland, Whittier, Five Points and Northeast Park Hill. These neighborhoods are within the two priority drainage basins, the Montclair Basin and the Park Hill Basin. The Montclair Basin is the city's largest basin (10.9 square miles) without a defined open waterway. The Park Hill Basin is approximately 5.75 square miles and also is served by a deficient storm drainage system.  Both of these basins experience a high flood risk because they are large in size, fully developed, relatively flat, and both lack an adequate 'backbone' drainage system.  Stormwater modeling shows that during moderate to large storm events, the existing pipe systems reach capacity and the excess runoff is carried on the surface at depths of three feet or more on numerous streets over multiple city blocks.  Several hundred properties are shown to be at-risk during a major event.  The estimated flood risk in the Montclair Basin alone is in the hundreds of millions of dollars and the estimated flood risk during lesser storms is also significant for both basins.

The Platte to Park Hill Stormwater Systems program is made up of four distinct projects under the Two Basin Drainage Project and the Globeville Landing Outfall project. The collective aim of these projects is to provide improved flood protection, better control stormwater, provide community amenities/parkland (where appropriate), and improve water quality. The four projects are detailed below.

**Globeville Landing Outfall Project**

1.   **Globeville Landing Outfall** – Drainage design, park re-design, and water quality.

**Two Basin Drainage Project**

2.   **39th Avenue open channel and greenway** - Linear open space incorporating an open stormwater channel, recreational trail and water quality in the Cole neighborhood.
3.   **Montclair Basin detention** – Location to collect, control, and hold stormwater and provide water quality.
4.   **Park Hill Basin detention and conveyance** – Location to collect, control, and hold stormwater and provide water quality.

Figure 2 graphically depicts the general location of the Two Basin Drainage project and the Globeville Landing Outfall project. The focus of this alternatives analysis is on the Two Basin Drainage project. However, information on the Globeville Landing Outfall is referenced within this document from a technical standpoint because it is hydrologic and hydraulically connected to the Two Basin Drainage project's alternatives and solutions. This alternatives analysis focuses only on the 39th Avenue Open Channel, Montclair Basin Detention and Park Hill Basin Detention. Collectively, these three projects are known as the Two Basin Drainage Project.

Plaintiffs' Exhibit 12

CCD008746

Figure 2. Platte to Park Hill Stormwater Systems Project Context Map



# Project Goals

The Two Basin Drainage Project include conceptual planning for drainage improvements that are near-term and have funding identified. The outcomes of this alternatives analysis focuses not only on addressing the drainage challenges in the Montclair and Park Hill Basins, but also, using these drainage projects as a catalyst for other community improvements like pedestrian and bicycle connectivity, new park space, and other amenities. All of these considerations are reflected in the goals for the Two Basin Drainage Project.

The key goals of the project include:

1. *Provide a base system for the protection of areas of the Elyria, Swansea, Cole, Clayton, Skyland, Whittier, Northeast Park Hill and River North neighborhoods impacted by the Montclair and Park Hill drainage basins up to and including a 100-year flood event.*
2. *Provide new community amenities that are integrated into the urban context.*
3. *Enhance multimodal connectivity.*

---

13

Plaintiffs' Exhibit 12

CCD008747

4. *Restore functionality to the Montclair and Park Hill drainage basins and increase nature and ecology within these basins to the South Platte River.*

5. *Involve and engage the community in an inclusive process and gear the project toward their neighborhood well-being and best interests.*

6. *Keep the project on schedule and on budget.*

A 100-year flood event is a potentially catastrophic flood if appropriate drainage facilities and open drainageways are not in place to effectively manage and control the stormwater. A 100-year flood event has a 1% change of happening in any given year. Managing a 100-year flood event in the Montclair and Park Hill Basins can be accomplished by developing a series of related stormwater improvements including natural open channels to control and move stormwater, new stormwater pipes, and detention areas (typically green spaces designed to collect and temporarily hold stormwater).

Additional details on the project goals are provided in the Alternatives Description chapter.

Plaintiffs' Exhibit 12

CCD008748

# Project Context and Process

## Study Areas

The Platte to Park Hill Stormwater System program is aimed at addressing stormwater issues within two distinct drainage basins – the Montclair Basin and the Park Hill Basin. These two basins sit adjacent to each other and exhibit similar physical characteristics, drainage patterns, and land uses. Figure 3 generally shows how stormwater moves across the multiple drainage basins within the City. The topography of an area defines the basin and attempts to move stormwater to the low points, typically towards rivers, gulches, and other waterways.

**Figure 3. Denver Drainage Basins**



## *Montclair Basin*

The Montclair Basin encompasses a total area of approximately 10.9 square miles. Flows from the basin generally travel from southeast to northwest, with the upstream limit of the watershed located at the Fairmount Cemetery near the intersection of South Quebec Street and East Alameda Avenue.

The Montclair Basin is fully developed and land use varies from primarily residential in the upper reaches to commercial and industrial in the lower reaches. City Park, an approximately 320-acre urban

Plaintiffs' Exhibit 12

CCD008749

park that contains the Denver Zoological Gardens, the Denver Museum of Nature & Science, and the City Park Golf Course, is located near the center of the basin. The overall imperviousness of the basin is measured at 48% based on the City's "Imperviousness layer" in Geographic Information Systems (GIS) database.

The basin maintains a fairly consistent width of approximately 1.5 miles with a length of approximately 6 miles.  Soils within the basin are generally classified as being part of hydrologic soil group C throughout the basin, which have low infiltration rates when thoroughly wetted and consist primarily of soils with a layer that impedes downward movement of stormwater. Topography within the study area is generally flat with grades ranging from 1% to 5%.

Stormwater runoff in smaller events is conveyed through the basin through an existing system of storm pipes. During larger storm events the existing pipes reach capacity and excess runoff is conveyed primarily by the streets as surface flow.  Most of the basin lacks a formal drainageway to convey this excess stormwater. In the lower basin there are numerous obstacles that impede drainage and split surface runoff in at least two directions, such as railroad embankments, local roadways, highways, and underpasses. These surface flow "splits" combined with the basin's outfall pipes conveying stormwater in various directions creates a relatively complex lower drainage basin. In general, at 40th Avenue, storm drain pipes convey stormwater west under the Union Pacific rail yards and under Brighton Boulevard to the South Platte River. Surface flows continue to the north through the Elyria and Swansea residential neighborhoods and surrounding commercial/industrial areas.

In the center portion of the basin, stormwater is conveyed through City Park, where Ferril Lake detains a portion of the excess runoff during moderate to large storms.

In the upper basin, generally described as south of Ferril Lake, there exists a series of underground pipes, many of which capture and convey less than the 1-year storm event.  In addition, there are two primary surface flow paths – one along Hale Parkway, and the other along 16th/Colfax Avenues and Monaco Parkway.

### *Montclair Basin Outfall and Detention Descriptions*

The Montclair Basin discharges to the South Platte River through a single outfall, a 10' x 10' reinforced concrete box culvert, located in Globeville Landing Park approximately 500 feet northeast of the intersection of 38th Street and Arkins Court. Just upstream of the Park along 40th Street, the outfall pipe is comprised of a 120-inch diameter circular brick pipe which was constructed in 1933. The Globeville Landing Outfall project includes pipe upgrades, water quality improvements and a park re-design which are considered existing conditions for the purposes of this report.

During flood events, surface flows that bypass this primary outfall at Globeville continue to the north under I-70 through the Elyria and Swansea neighborhoods.

Two regional detention ponds are located within the Montclair Basin. The first is Ferril Lake located in the southern end of City Park. Improvements were made to Ferril Lake in 2006/2007 to provide a 5-year

Plaintiffs' Exhibit 12

CCD008750

detention volume for the basin. Low flows bypass the lake through a 96-inch diversion pipe and continue north, but as the pipe surcharges during larger storm events, excess stormwater enters the lake through an underground spillway structure. After the lake acts as a peak-shaving facility during the storm event, excess stormwater stored in the lake flows back out the inflow pipe into the 96-inch diversion pipe once hydraulic pressures in the pipe subside. The second detention facility is a relatively small facility in Crestmoor Park near the upper end of the basin at Monaco Parkway and Cedar Avenue.

There are many local private detention ponds in Montclair as well.  Most of these ponds are the result of new developments which are greater than 1.0 acres in size with an increased imperviousness; the ponds are necessary for the development to conform to city code to not adversely impact downstream properties with increased runoff and to provide water quality.  These detention ponds are not accounted for in the hydrologic modeling because they are typically too small to have a regional benefit, and more importantly, because the City cannot guarantee that they are maintained and functioning properly.

## Park Hill Basin

The Park Hill Basin encompasses a total area of approximately 5.75 square miles with majority located within the City boundaries and is fully developed.  Topography within the study area is generally mild with grades ranging from 0.5% to 2%.  Existing pipe systems collect and convey stormwater generally north to outlets at Park Hill Pond (near 53rd Avenue & Steele) as well as at Sand Creek near Dahlia Street. When the area's stormwater pipes are at capacity and cannot accept more water, stormwater flows overland through streets, yards, parks, businesses, etc. The overland flows of stormwater generally travel from south to north, entering the South Platte River approximately 2,500 feet downstream of Brighton Boulevard, east of York Street.

Most of the basin lacks a formal drainageway to convey stormwater.  Several of the existing storm drain pipes terminate at the Denver city limit, where a small and somewhat informal drainage channel moves stormwater through Adams County to the South Platte River. However, throughout the basin there are numerous obstacles that impede drainage and split surface stormwater flows in at least two directions, such as railroad embankments, local roadways, highways, and underpasses.

The Park Hill Basin includes a mix of industrial and residential land uses. The upper portion of the basin above (south of) 38th Avenue is primarily residential, while the lower basin (north of 38th Avenue) includes mostly industrial and commercial land use. The overall imperviousness of the basin is measured at 63% based on the City's GIS "Imperviousness layer" and Blueprint Denver's anticipated land uses.

### Park Hill Basin Outfall and Detention Descriptions

The Park Hill Basin has one primary surface flow outfall to the South Platte River through Adams County along the Union Pacific and Rock Island Railroads east of York Street. The outfall channel is relatively small with an approximate bottom width of 10 feet and depth of approximately 2 feet, and it crosses several railroad embankments and the Burlington Ditch through a series of small culverts before

Plaintiffs' Exhibit 12

CCD008751

reaching the South Platte River. There are several other pipe conveyance outfalls that serve the Park Hill Basin, including a 120-inch diameter pipe in Magnolia Street, a 90-inch diameter Park Hill storm drain system, and a 42-inch diameter pipe along York Street serving the western portion of the lower basin.

Within the Park Hill Basin, two regional detention ponds have been constructed by the City in the past several years to help reduce peak flow rates. The first was the 38th and Holly Detention Pond which was constructed in 2007 which outfalls to the Magnolia Street storm drain system. The second was the Park Hill (Triangle) detention pond, which is designed to reduce flow rates leaving the City jurisdictional boundary and heading into Commerce City.

There are many local private detention ponds in Park Hill as well.  Most of these ponds are the result of new developments which are greater than 1.0 acre in size with an increased imperviousness; the ponds are necessary for the development to conform to city code to not adversely impact downstream properties with increased runoff and to provide water quality.  These detention ponds are not accounted for in the hydrologic modeling because they are typically too small to have a regional benefit, and more importantly, because the city cannot guarantee that they are maintained and functioning properly.

# Related Planning Efforts, Studies and Reports

## *Related Planning Efforts*

The following related planning efforts were either ongoing or completed recently within or adjacent to the study areas. The planning team coordinated with each of these efforts to ensure consistency:

- **Elyria & Swansea Neighborhoods Plan (2015)**
- **Globeville Neighborhood Plan (2015)**
- **National Western Center Master Plan (2015)**
- **40th & Colorado Next Steps Study (ongoing)**
- **38th & Blake Height Amendments Planning Process (ongoing)**
- **Brighton Boulevard Design and Construction (ongoing)**

Plaintiffs' Exhibit 12

CCD008752





## Technical Studies and Reports Referenced

### Park Hill Basin

Drainage studies, as-built plans for storm drains, and regional detention facilities designs were gathered from local agencies and the following were used as references for this study:

- 38th Avenue and Holly Street Detention Pond and Storm Drain, Matrix Design Group, March 13, 2007.

- Park Hill Storm, Phase III As-Builts, Falcon Surveying, August 20, 2007.

- East Corridor Drainage Master Plan, RTD, October 2008.

- Park Hill (Triangle) Detention Pond Design, PBS&J and Enginuity, 2006 and 2009.

- North Metro Corridor Draft Environmental Impact Statement, RTD, November 2009.

- Lower Montclair Basin Flow Path Analysis Memorandum, Enginuity, March 29, 2010.

- Sand Creek (4400-02) and Upper Park Hill (0060-01, 4400-02, & 4500-01) Basins Final Drainage Study, Atkins, July 2011.

- Park Hill (North of Smith Road) Drainage Outfall Systems Plan Conceptual Design Report, Enginuity, January 24, 2012.

- RTD East Corridor Storm Sewer Plan and Profile, Denver Transit Partners, May 16, 2012.

- City and County of Denver Storm Drainage Design & Technical Criteria Manual, November 2013.

Plaintiffs' Exhibit 12

CCD008753

- I-70 PCL MATT Technical Memorandum – Park Hill Drainage Basin Hydrologic Analysis, Enginuity, August 1, 2014.

- City and County of Denver Storm Drainage Master Plan (SDMP), September 2014.

- Park Hill Storm, Phase V, Draft 65% Construction Plans, the City, December 3, 2015.

### Montclair Basin

Drainage studies, as-built plans for storm drains, and regional detention facilities designs were gathered from local agencies and the following were used as references for this study:

- 40th Avenue Corridor Infrastructure Improvement Study, Sellards & Grigg, July 2002.

- East Corridor Drainage Master Plan, RTD, October 2008.

- I-70 PCL MATT Technical Memorandum – Montclair Drainage Basin Hydrologic Analysis, Enginuity, August 1, 2014.Lower Montclair Basin Flow Path Analysis Memorandum, Enginuity, March 29, 2010.

- RTD East Corridor Storm Sewer Plan and Profile, Denver Transit Partners, May 16, 2012.

- City and County of Denver Storm Drainage Design & Technical Criteria Manual, November 2013.

- Montclair Creek Drainage Feasibility Evaluation, Denver Public Works, June 30, 2014.

- City and County of Denver Storm Drainage Master Plan (SDMP), September 2014.

- National Western Center Master Plan, March 9, 2015.

- *DRAFT- Lower Montclair Basin Outfall Systems Plan (ongoing/in-progress), Enginuity, May 2016.*

- *DRAFT – the City and Urban Drainage and Flood Control District (UDFCD) Globeville Landing Outfall Design Report, Merrick, (ongoing/in-progress).*

# Planning Process

The conceptual planning process began in summer 2015 and lasted approximately nine months continuing through early 2016 and included three primary phases of work (see Figure 4):

1.  Information gathering, analysis and developing a project framework.

2.  Establishing potential design criteria and creation of alternatives.

3.  Screening of alternatives and development of the preferred plan.

A key part of the process involved gathering stakeholders together for multiple community meetings, small group meetings, and one-on-ones for stakeholders to bring their unique thoughts, perspectives and priorities to the planning process. The stakeholders provided input in multiple ways at each step in

Plaintiffs' Exhibit 12

CCD008754

the process helping to establish potential design criteria, select alternatives and influence the preferred plan.

**Figure 4. Planning Process**



*Information Gathering, Analysis and Project Framework*

The first step in the process involved gathering all available information and data relating to the project areas, conducting an in-depth analysis, and identifying goals and objectives to guide the process and decision making.

Information was gathered through a variety of methods including meetings with City staff, reviewing past planning efforts and reviewing previous technical analysis. Base mapping information was collected using GIS layers that were obtained from the City, UDFCD, and from other public sources including the Colorado Department of Transportation (CDOT) and the U.S. Geological Survey.

Analysis was conducted through an iterative process compiling and overlaying base information in order to better understand existing conditions, environmental considerations and the opportunities and constraints within all alternatives.

Lastly, during this phase of work, a project framework was established that identified project principles, goals and objectives to guide the process and inform decision-making during the analysis of the alternatives.

**Plaintiffs' Exhibit 12**

CCD008755

### *Establishing Potential Design Criteria and Creation of Alternatives*

The second phase of work included establishing potential design criteria for the alternatives to be analyzed and the creation and development of alternatives.

- An initial broad look was completed throughout the entire general study area to identify drainage improvement alternatives to address our project needs. From there, detention locations were further studied and analyzed to identify the feasible locations.

- The goals and objectives created during the first phase of work directly informed the creation of the potential design criteria which were used to screen the alternatives.

- Final design criteria will be established in the next phase of the project.

### *Screening Alternatives and Development of Preferred Plan*

The third phase of work began with screening the conceptual planning alternatives and initial screening was completed and more detailed design alternatives were developed which were also screened. Finally, the preferred plan emerged and next steps were outlined.

## *Public Outreach and Engagement*

The planning and public engagement process included meetings and input from over 1,700 community members. At key milestones during the process, Stakeholder Working Groups (SWG) meetings were held, as well as five (5) public/community meetings.



Additionally, the outreach strategy included other methods used to both inform and engage the public. More information on each of these methods can be found in the appendix.

- Stakeholder interviews and one-on-one outreach
- Community leader engagement
- Stakeholder Working Group meetings
- Public meetings
- Registered Neighborhood Organization and community organization meetings

- Block information sessions
- Community tours
- Program webpage and digital resources
- E-Newsletters
- Media outreach
- Community partnership program
- Multicultural outreach

2016CV32126
22 of 91

Plaintiffs' Exhibit 12

CCD008756

The 9-month process was organized into three major tasks: Information Gathering and Analysis, Creation of Alternatives and Preferred Plan. Precedent projects, plans, sections, three-dimensional renderings of the proposed concepts were developed to convey the design ideas.



Throughout the process, the team gathered extensive feedback on all aspects of the Platte to Park Hill Stormwater Systems program. Through comment forms, emails, telephone hotline messages and input at meetings, the following themes emerged:

- **Cole Neighborhood Detention**: Prior to the removal of option 1B[1] (see Alternative Development and Evaluation chapter), a great number of community members were concerned with the amount of homes that could be impacted with this alternative. They stated the Cole Neighborhood option should not be considered and prefer the alternative with the least amount of impact to homes.

- **City Park Golf Course Detention**: Community members expressed some preference for this alternative over detention in Cole because it has less impact to homes and private property and protects a larger area from flooding, while others were concerned about the potential impact associated with detention in the golf course including its historic designation and impact to trees.

- **Connectivity Enhancement:** Numerous community members stated the importance of increasing and prioritizing bicycle/pedestrian connections, specifically in the Cole/Clayton neighborhoods.

- **Program Communication and Program Pace:** Prior to the outreach extension in the last two months of the alternatives analysis phase, community members were concerned that this is a fast-paced program and there was not sufficient time to provide adequate feedback.

- **Environmental Justice:** Several community members expressed concern that the program was targeting the Cole neighborhood because of its ethnic diversity and lower socio-economic residents.

- **Water Quality and Environmental Health:** Community members are interested in how stormwater improvements will affect water quality and what type of environmental and public safety considerations need to be made.

---

[1] Since the removal of option 1B concerns over loss of private property have subsided

**Plaintiffs' Exhibit 12**

CCD008757

- **Alternative Development:** Community members were curious if all possible detention options had been vetted before narrowing to the two known alternatives in the Lower Montclair Basin.

- **Relationship to Other Projects:** Many community members raised questions about how the program relates to other significant infrastructure projects in the area like the expansion of I-70, RTD's A-Line, future development at the National Western Center and private development in the area.

- **Partnership and Communication:** Attendees believed an ongoing, transparent, collaborative relationship with the City is crucial to the success of the program (beyond the conceptual planning phase).

This stakeholder feedback and the key themes that emerged guided the project team and City on the decision of the preferred plan.

Plaintiffs' Exhibit 12

CCD008758

# Purpose and Need

## Two Basin Drainage Project Purpose and Needs Statements

### Purpose Statement:

The purpose of the Two Basin Drainage Project is to provide drainage system improvements resulting in increased flood protection within portions of the Elyria, Swansea, Cole, Clayton, Skyland, Whittier, Five Points and Northeast Park Hill neighborhoods. The focus of the project is to provide up to 100-year flood protection where practicable. The infrastructure improvements created through these projects will form a 'backbone' drainage system for projects (planned or future) to continue to build upon with additional improvements to provide more areas within the Montclair and Park Hill Basins with 100-year flood protection.

### Needs Statement:

The needs for the Two Basin Drainage Project is documented in multiple planning documents, historic flooding reports, multiple drainage project assessments, and future flood modeling conducted by the project team. Past planning efforts have identified historic flooding and inadequacies in the existing stormwater system as referenced in the Elyria/Swansea Neighborhood Plan, the 2014 Stormwater Master Plan, and the Draft Lower Montclair Outfall Systems Plan. As the largest drainage basins in the City with limited or no open drainageway to collect and move stormwater flows, the Montclair and Park Hill Basins have been identified as the most at-risk for catastrophic flooding. The Montclair Basin is fully urbanized and the Park Hill Basin has limited undeveloped lands. While the City is implementing a program city wide to develop green infrastructure (City streets, buildings, etc.) and new development/redevelopment must address their individual stormwater impacts on site; these efforts are simply not significant enough on their own to address the stormwater challenges present in the Montclair and Park Hill Basins. The probability of a storm that may cause significant impacts to property and life grows each day and the City must begin to address these challenges as quickly and responsibly as possible.

## Purpose and Needs - Supporting Research, Analysis, and Documentation

Before the founding of Denver, the Montclair and Park Hill Basin areas had open creeks and gulches that moved stormwater through the basins to the South Platte River (where Elyria and Swansea neighborhoods are today). But as Denver has grown from a city of about 130,000 in 1900, to over

Plaintiffs' Exhibit 12

CCD008759

660,000 today, the demand for property has increased. Homes, businesses, streets, and industry have developed over these naturally flowing drainageways.  Figure 5 shows the alluvial sand, silt, clay and gravel within the Montclair and Park Hill Basins which is typical streambed material. Most basins in Denver still have creeks and gulches that provide natural open channel drainage for stormwater; however, this is not true of the Montclair and Park Hill basin.  The natural drainageways were replaced with pipe systems which may have been adequate at the time, but are no longer sized to safely handle today's flows.  The pipes collect only the minor events, or less depending on location.  The larger events are conveyed by the streets generally along their natural paths. The difference today is that stormwater flows through densely populated residential and commercial neighborhoods at levels that can flood property and have severe impacts to the surrounding neighborhoods.

Figure 5. USGS Geological Survey (USGS, 1979). Alluvial soils shown in yellow.



Stormwater deficiencies are not confined to only Montclair and Park Hill.  There are numerous other drainage basins and drainageways across the city that require major upgrades as well. However,

Plaintiffs' Exhibit 12

CCD008760

Montclair and Park Hill have been identified as a high priority because they have the highest flood risk to life and property.

## Flood History

### Park Hill Basin

On August 17, 2000, Denver Firefighter Bob Crump died in the line of duty after rescuing a woman from floodwaters in the vicinity of East 49th Avenue and Colorado Boulevard. Bob and fellow firefighters were directing traffic during a flash flood at East 50th Avenue and Colorado Boulevard when they saw a woman stranded and clinging to a metal post. The two waded into the intersection to retrieve the woman, but Crump was pulled under by the swirling stormwaters of a submerged 36-inch storm drain.

Less than a month before Crump's death, local business people had complained to the City about drainage problems and flooding near the site. They were told that the storm sewer system for that area was not due for overhaul for several more years. Crump's death has prompted significant talks among the City staff and fire chiefs about safety practices.

Elsewhere in the basin, major drainage problems have been experienced along Vasquez Boulevard near Sand Creek, along York Street, and at the Denver Water Recycle Plant located in Adams County just downstream of the City's boundary. The Smith Road corridor has also experienced flooding, including failure of the Union Pacific Railroad embankment on August 18, 2004 west of Colorado Boulevard. Further upstream in the basin, several extensive flooding events have been observed at 38th and Holly, along 36th Avenue, along Niagara Street, along the 3300 block of Olive Street, and at 30th and Quebec.

### Montclair Basin

Widespread flooding has been documented throughout much of the Montclair Basin over the past 100-years including the significant flood events in 1912, 1933 and 1965. In 1886, construction began on both City Park and the Denver Union Stock Yard Company stockyards, and since this time, the Montclair Basin has continued to urbanize. Because watershed science was not part of the planning and design process when these significant public investments were constructed and the urbanization began, little thought was put into regional stormwater management. It wasn't until after the flood of 1965 that regional approaches were considered.

Within the basin, there are numerous sump areas that exist today and experience relatively frequent flooding. Most notably, the Coca-Cola bottling plant located near the intersection of Race Street and 38th Avenue has reported frequent flooding at their facility.  Also, frequent street flooding is reported along High Street north of City Park and along 17th Avenue on the south side of City Park. Higher in the basin, flooding has been reported on East Severn Place between Jersey Street and Jasmine Street, along 16th Avenue between Dahlia Street and Glencoe Street, Colfax Avenue between Glencoe Street and Ivy Street, and along 14th Avenue between Jasmine Street and Krameria Street. Stormwater surging out of manholes along Hale Parkway has also been reported.

Plaintiffs' Exhibit 12

CCD008761

The evolution of hydrologic modeling software has advanced significantly over recent years. In 2009 the first application of FLO-2D (see Figure 6) software was used to map flood risk in Denver's urban areas. This advancement allowed experts and city officials to understand the flood risk in much greater detail and this type of analysis is what was used for this process.

**Plaintiffs' Exhibit 12**

CCD008762

Figure 6. Montclair and Park Hill FLO-2D



Plaintiffs' Exhibit 12

CCD008763

## Storm Drainage Master Plan

The City's Storm Drainage Master Plan (SDMP) is updated every 5 years to capture and memorialize the findings of studies that are ongoing during the intervening years between updates.  The SDMP identifies high level needs (i.e. larger pipe systems), however these are based upon city-wide, master plan level guidelines that can fall short of providing the City's desired level of service in large basins without defined open waterways.  In those cases, it is necessary to evaluate in more detail, on a smaller scale, to determine more precise basin-level system needs that meet the City's stormwater criteria.  These next level studies are called Outfall Systems Plans (or OSPs) and are typically co-sponsored with the UDFCD and the recommendations and findings for system needs and upgrades are incorporated in the next master plan.

The SDMP is not a static document.  For example, the 2014 SDMP update captured and memorialized the findings of studies that were done after the 2009 SDMP was adopted, including studies on Cherry Creek, the Marston Lake North Drainageway, and the analysis of the Park Hill drainage basin (finalized in 2011).

The ongoing Montclair Outfall Systems Plan, which includes Platte to Park Hill Stormwater Systems as a backbone drainage system, will be finalized in 2017 and the recommendations of this plan will fold into the 2019 SDMP.  Similarly, the 2019 SDMP update will capture and memorialize the findings of studies that are currently underway, including those for Dry Gulch, Harvard Gulch, Weir Gulch, and the Montclair and Park Hill drainage basins.

For several years, the City has been working on a number of ways to address the stormwater issues and has been increasing the size of storm sewer pipes, requiring developers to address stormwater associated with their properties, slowing stormwater down in parks/open space, and requiring reconstructed or new streets to incorporate methods to slow and address stormwater. While these efforts have a benefit, and are helping, they do not have a large enough impact by themselves to solve the drainage issues the City is facing (especially in the Montclair and Park Hill Basins). The City must be prepared for major storms to avoid loss of life, homes, and businesses. The lack of storm drainage facilities to slow and better manage larger storms not only causes damage and is expensive, but can be dangerous. Therefore, the City is taking a comprehensive approach to better protect people and property against flooding which improving water quality.

**Plaintiffs' Exhibit 12**

CCD008764

# Alternatives Description

## Project Description

The project team developed a cohesive project description to unify and align the project's alternatives and evaluation process and to identify that this effort would be aligned with past and concurrent efforts and would leverage the mutual benefit of other agencies' partnerships with the City. The statement was developed by the team and then reviewed with the City leadership and project stakeholders.

> **PROJECT DESCRIPTION**
> *The Two Basin Drainage Project will provide enhanced multimodal connectivity, innovative placemaking and urban design, much needed 100-year flood event protection, and other neighborhood improvements to portions of the Elyria, Swansea, Cole, Clayton, Skyland, Whittier, Five Points, and Northeast Park Hill communities. The project is a collaborative effort being led by the City and County of Denver and capitalizes on partnerships with the Colorado Department of Transportation, the Regional Transportation District, and the Urban Drainage and Flood Control District.*

## Montclair Basin

### Existing Conditions

The Montclair Basin has an existing 120-inch storm drain that runs diagonally northwest under City Park, the Denver Zoo and City Park golf course.  From 26th Avenue, the backbone drain conveys flow north in High Street to Franklin Street.  At Franklin Street, the pipe turns north/northwest and runs in 39th Avenue to Blake Street.  The backbone system is then tunneled under the railroad tracks, underneath Brighton Boulevard at roughly 41st Avenue, through the Pepsi Bottling Plant, and into Globeville Landing Park where there is an outfall, over the Metro Wastewater Sewer Lines, to the South Platte River. The existing 120-inch backbone drain is capable of handling only minor storms; in some locations this is less than the 2-year event.  During larger events, the existing system fills to capacity and excess runoff spills into the neighborhood streets.

In the Cole neighborhood, to the east of the pipe system in High Street and along 39th Avenue, exists an abandoned railroad line, known as the "Market Lead," which was between York and Steele Streets and then turns to the north near Monroe Street. This former rail alignment has been purchased by the City to provide east/west connectivity for storm infrastructure and multimodal transportation.

### Drainage Concepts

The Platte to Park Hill Stormwater Systems program proposes to manage the Montclair Basin's runoff from the area upstream (south) of 39th Avenue utilizing two key drainage concepts:

Plaintiffs' Exhibit 12

CCD008765

- Provide stormwater capture and conveyance within the Cole and Clayton neighborhoods in order to intercept and convey surface flows toward the South Platte River. The stormwater will outlet to pipes under the railroad tracks at approximately 40th Avenue and Blake Street, to the Globeville Landing Outfall Project.

- Provide stormwater detention within the middle to lower portion of the basin to slow down and temporarily hold stormwater.

Within the Cole and Clayton neighborhoods, the collection and conveyance of stormwater was identified to be approximately along the 39th Avenue alignment due to the ability to utilize that City-owned property and the proximity to the pipe connection and outfall to the South Platte River. For this alignment, pipe (closed) system and open channel system options for the following segments of 39th Avenue were evaluated:

- Blake to Franklin

- Franklin to High

- High to Race

- Race to York

- York to Steele

The collection of stormwater was also identified in the north/south segments of Clayton Street just north of 40th Avenue and along the north/south alignment of the Market Lead tying into the 39th Avenue alignment. Analysis and evaluations were also completed for these segments.

2016CV32126
32 of 91

Plaintiffs' Exhibit 12

CCD008766

Figure 7. Montclair Basin Drainage Concept



## *Park Hill Basin*

### *Existing Conditions*

Since 2000, the City has spent millions of dollars to improve drainage in the Park Hill Basin. The previous drainage systems had capacity in some locations to convey less than the 1-year storm event to the outfall.  Major outfall systems are commonly constructed from downstream to upstream and since 2000, seven projects in northeast Elyria/Swansea and Northeast Park Hill have been constructed on an incremental basis, starting at Sand Creek and the South Platte River, and moving upstream (south) into the basin.  The Park Hill projects have consisted of detention and pipe conveyance, and extend to 48th Avenue and Dahlia.  The next phase of construction, called Park Hill Phase V, is proposed on Dahlia Street from 48th Avenue to Smith Road.

Additional stormwater detention is also needed in the Park Hill Basin to retain excess runoff and meter it out slowly within the capacity of the storm pipes. The privately owned Park Hill Golf Club is at an ideal location to detain stormwater due to its location as a natural low point in the basin.

### *Drainage Concepts*

The Platte to Park Hill Stormwater Systems program proposes to handle the Park Hill Basin's 100-year runoff from the area upstream (south) of Smith Road utilizing two key drainage concepts:

- Provide formalized regional detention at the northeast corner of the privately owned Park Hill Golf Club. A majority of the surface flow within the western portion of the drainage basin

Plaintiffs' Exhibit 12

CCD008767

naturally flows north through the golf course to this existing low point where water naturally collects. This project proposes to utilize this natural collection point and provide enough detention volume to allow the planned 84-inch Park Hill Phase V pipe to handle the 100-year event west of Forest Street. The owner of the golf club property, the Clayton Trust, is a willing land owner in this discussion.

- From the low point detention area near 38th Avenue and Holly Street, an east-west storm drain system is proposed to convey flows in excess of the existing Forest Street outfall's capacity. The pipe will convey stormwater to the west into the proposed Park Hill Golf Club detention facility thereby allowing the Forest Street outfall to handle the 100-year event from the east. The pipe alignments identified and studied as part of this analysis include the following:

    - Pipe alignment within Smith Road

    - Pipe alignment within 41st Avenue and Forest Street

    - Pipe alignment within 39th Avenue and Forest Street

**Figure 8. Park Hill Basin Drainage Concept**



Plaintiffs' Exhibit 12

CCD008768

# Criteria and Constraints

The following criteria and constraints were considered as part of the alternative development and evaluation process.

## *Criteria*

Prior to beginning work on the alternatives, the project team also developed a focused mission statement along with project goals and objectives built off of the purpose and need. These items were used by the team throughout the alternative development process as criteria for the evaluation process.

**MISSION STATEMENT**
*To create an innovative community amenity for North Denver that reduces flood potential, creates a vibrant public realm, provides enhanced multimodal connectivity, and reconnects the Montclair and Park Hill drainage basins and their ecologies to the South Platte River.*

**Project Goals and Objectives**

1. ***Provide a foundation for the protection of areas of the Elyria, Swansea, Cole, Clayton, Skyland, Whittier, Five Points and Northeast Park Hill neighborhoods impacted by the Montclair and Park Hill drainage basins up to and including a 100-year flood event.***



   - Integrate innovative stormwater management strategies while improving water quality and increasing public safety.
   - Be imaginative when reconfiguring of the right of way, public and private lands.
   - Provide detention that is a community asset and multi-functional.

2. ***Provide new community amenities that are integrated into the urban context.***



   - Be responsive to existing land uses, existing businesses and future development.
   - Provide a vibrant public realm and active edges with economic development opportunities.
   - Include urban design elements that are responsive to the character of the neighborhoods.
   - Increase outdoor spaces for recreation and gathering.
   - Create flexible, multi-functional spaces to be used year-round.
   - Recognize and respond to historic resources in the study area.

2016CV32126
35 of 91

Plaintiffs' Exhibit 12

CCD008769

3. *Enhance multimodal connectivity.*
   - Improve the quality and comfort of the pedestrian environment.
   - Increase connectivity to existing bike and trail systems.
   - Increase connectivity to transit.
   - Look for opportunities to improve and reconnect the urban grid.



4. *Restore functionality to the Montclair and Park Hill basins and increase nature and ecology within these basins to the South Platte River.*
   - Where possible, create an open channel corridor that recreates the historic drainage basin that was lost to development.
   - Increase the quality and quantity of habitat for urban ecologies.
   - Improve water quality to contribute to the restoration of the health of the South Platte River.
   - Provide water quality green infrastructure enhancements throughout the drainage basins.





5. *Involve and engage the community in an inclusive process and gear the project development toward their neighborhood well-being and best interests.*
   - Create a unified vision that is supported equally by residents, businesses and developers.
   - Be mindful of the community fabric.
   - Cultivate ownership of the plan so that the community can take pride in it as their own.

2016CV32126
36 of 91

Plaintiffs' Exhibit 12

CCD008770

6. ***Keep the project on schedule and on budget.***
   - Identify the community's interests and needs and make decisions to help achieve those interests and needs.
   - Consider the interrelationships between this and other projects.
   - Strategically phase project elements to achieve best long-term community benefit.
   - Thoroughly analyze all feasible (technical, constructible) options to understand the comparative benefits and costs.



Goal 6

## *Constraints*

Implementation of alternatives may face multiple challenges including, but not limited to, right-of-way acquisition, cost, constructability, long term maintenance issues, technical feasibility, environmental impacts, and public acceptance. These constraints have been considered as part of the development process. In some cases, avoidance of one or more of these challenges may not be possible, but solutions to these challenges presented in this document will allow for implementation when available.

Plaintiffs' Exhibit 12

CCD008771

# Montclair Basin Alternative Analysis and Evaluation

## Detention Alternatives

As stated previously, stormwater detention in the Montclair Basin is a requirement in order for the City to control, capture, and manage the flow of stormwater through the basin. The amount of stormwater that flows through this basin in a 100-year event requires approximately 200 acre-feet of detention within the basin. (An acre-foot is a volume of water equal to one-foot depth of water over one acre.) This approximate amount of detention is a baseline value from stormwater modelling and assumes basic fundamentals like formalized detention in large open areas along the major thalwegs (line of lowest elevation within the drainageway), not dissected into smaller detention basins and/or onto high lands where efficiency in storage and timing can be lost and additional volume may be required.

Providing detention within the Montclair Basin allows for the following potential benefits to the community:

- Opportunities for water quality: With the poorest water quality in Denver, this basin would significantly benefit from the chance to incorporate water quality elements into new facilities.

- Opportunity to reduce flooding for neighborhoods: Depending upon the location and design of the detention facility, the proposed improvements may provide flood reduction potential for portions of the basin.

- Opportunity to create new public open space amenities: Detention facilities require large amounts of land, which in turn provides opportunity for the creation of open space amenities for surrounding neighborhoods.

As part of the initial development of the Two Basin Drainage Project, a range of stormwater detention location options within the Cole and City Park neighborhoods were studied and narrowed to the feasible options. (See Figure 9) Once the feasible options were determined, a more detailed evaluation was completed.

Plaintiffs' Exhibit 12

CCD008772

**Figure 9. Locations of Detention Options**





These neighborhoods were studied due to their location as low points within the Montclair basin and can be identified in the map and a description of each area's suitability is as follows:

**1 -   Union Pacific Railroad (UPRR) Intermodal Rail Yard** – This area was deemed unsuitable due to the known complexities with UPRR, as well as the anticipated cost of purchasing the land.

**2 -   Northwestern Industrial Properties** – This area was deemed unsuitable due to its limited size and proximity to the outlet pipe, not allowing this area to function like a typical detention area. Existing land uses include several industrial properties.

**3 -   Properties North of Open Channel** – This area is hydrologically feasible and would be able to store the required volume of stormwater.  Existing land uses include industrial, commercial and some residential.

**4 -   Public Right of Way** – Though hydrologically feasible, this area was deemed unsuitable due to the limited volume of stormwater it could store. Additionally, it would greatly impact vehicular circulation through the area.

**5 -   Cole Residential Neighborhoods** – Though hydrologically feasible and capable of storing the required volume of stormwater, this area was deemed unsuitable through conversations with Cole neighborhood leadership expressing concern over the impact to residential homes.

Plaintiffs' Exhibit 12

CCD008773

**6 -   Properties East of York Street** – This area was deemed unsuitable due to the difficulty of conveying stormwater against natural grade to the site location. Existing uses include institutional, industrial and recreational.

**7 -   Russell Square Park** – Though hydrologically feasible, this area was deemed unsuitable since it is not capable of storing the required volume of stormwater while continuing to function as a public park.

**8 -   Morrison Park** – Though hydrologically feasible, this area was deemed unsuitable since it is not capable of storing the required volume of stormwater while continuing to function as a public park.

**9 -   Fuller Park** – Though hydrologically feasible, this area was deemed unsuitable since it is not capable of storing the required volume of stormwater while continuing to function as a public park.

**10 -   City Park Golf Course** – This area is hydrologically suitable by being directly in the path of primary stormwater flow, and would potentially be able to store the required volume of stormwater while maintaining primary functionality as a golf course; however, impacts to the golf course would need to be mitigated.

**11 -   City Park Recreation Fields** – This area was deemed unsuitable due to the difficulty of conveying stormwater uphill against natural grade. The ballfields are upstream of the flow path and the elevation of the stormwater crossing 23rd Avenue is approximately 40-feet lower than the recreation fields. In addition to the difficulties in conveying the stormwater to the fields, the area is not large enough to store all the stormwater.

**12 -   Ferril Lake** – The lake's location is hydrologically suitable by being directly in the path of primary stormwater flow and it is currently used for stormwater detention.  However, additional modification of this facility to detain additional flows are challenged by potential jurisdictional dam requirements, as well as historic and public concerns of changes to this beloved and cherished park amenity.

**13 – Riverside Cemetery** near Brighton Boulevard and York Street (not included on corresponding map) – Detention in Denver's oldest operating cemetery has been inquired about by the public. It is a large, natural open area on the far north end of the basin.  However, it is not a suitable location for flood risk reduction for either Montclair or Park Hill because its location sits too far north in the basin to provide any discernable protection.  Detaining flow here would only reduce the impact to the South Platte River, which is not impacted by this project.

**14 – 9th Avenue & Colorado** (not included on corresponding map) – The former and transitioning University of Colorado Health Sciences campus has been inquired about for detention by multiple Denver residents.  This location is not suitable for regional detention for Montclair because it is located too far upstream in the basin to provide a significant benefit to the watershed.

**Plaintiffs' Exhibit 12**

CCD008774

**15 – Green Infrastructure** (not included on corresponding map) - Green infrastructure (GI) has been found to reduce runoff for small frequent storm events, but not for major events.  The City has recently completed a draft of its own Ultra-Urban Green Infrastructure guide and their benefits to water quality.

**Feasible Alternatives**

Through the evaluation process, considering all above options, two areas were identified as meeting the hydrologic (getting the stormwater to the site location) and volumetric (capacity to store the needed volume of stormwater) requirements for the project.  These two areas were #3 and #10, Cole and City Park Golf Course, respectively.

Once the two feasible areas for detention were identified, a more detailed evaluation and range of options were studied to understand the opportunities and impact. For Cole neighborhood detention, four alternatives were further studied.

- Option 1a: detention located north of 39th Avenue and east of High Street
- Option 1b: detention located south of 39th Avenue and approximately between Williams Street and High Street
- Option 1c: detention located north of 39th Avenue between Williams Street and Race Street
- Option 1d: detention located north of 39th and east of York Street

For City Park Golf Course, three feasibility studies were completed to confirm that the stormwater requirements could be met while ensuring continued playability of the golf course. Opportunities and impacts to the golf course were also identified. The following explains this evaluation in greater detail.

## Alternative 1 - Cole Neighborhood

Detention within this area would require a large detention basin located somewhere between Franklin and York (east/west) and 40th and 39th Avenues (north/south). The detention area would need to be roughly the size of three city blocks and would appear and function as a typical park with grass, trees and other landscaped areas. Amenities could include ballfields, walking paths, gatherings spaces and seating areas. Four initial detention locations were studied, (see Figures 10-13).

2016CV32126
41 of 91

Plaintiffs' Exhibit 12

CCD008775

Figure 10. Cole Detention Option 1a



Figure 11. Cole Detention Option 1b



Figure 12. Cole Detention Option 1c



2016CV32126
42 of 91

Plaintiffs' Exhibit 12

CCD008776

Figure 13. Cole Detention Option 1d



While all four options met the requirement for stormwater detention and were technically feasible, Option 1b had significantly greater impact to existing residential properties. Following discussions with the community and their concern about Option 1b, this was removed from further consideration leaving the area north of 39th Avenue and south of 40th Avenue as the potential area for detention. (See Figure 14)

2016CV32126
43 of 91

Plaintiffs' Exhibit 12

CCD008777

Figure 14. Cole Neighborhood Detention Alternative



The detention alternative in Cole would meet the requirements for stormwater detention, provide a new park amenity for the neighborhood and provide water quality opportunities. However, for this alternative the area north of 39th Avenue and south of 40th Avenue would still require multiple property acquisitions and would provide flood protection only for the neighborhoods north of 39th Avenue.

## Alternative 2 - City Park Golf Course

Detention at City Park Golf Course would occur on the westerly portion of the course, where a low point exists within the basin and where stormwater naturally flows and collects today. The golf course can meet the requirements for stormwater detention (mostly dry area that slows down, collects and temporarily holds stormwater), without impacting other private properties while also providing more water quality opportunity. Additionally, providing detention within the golf course would minimize future downstream infrastructure costs.

However, redesigning the golf course to include detention will result in the loss of trees which would need to be replaced per the City tree replacement policy. The golf course would also not be playable while under construction which could be a 2-year timeframe.

2016CV32126
44 of 91

Plaintiffs' Exhibit 12

CCD008778

Figure 15. City Park Golf Course Detention Alternative



To further test the feasibility of incorporating detention into City Park Golf Course, three golf feasibility studies were completed to ensure that the golf course could remain playable and meet the needs of the course users while also incorporating detention into the western portion of the golf course. As is common across many golf courses around the country, detention can be incorporated into the golf course maintaining the same look, feel and playability. The three feasibility studies show different locations for the clubhouse, golf course routing and other facilities. These feasibility studies are not intended to represent designs, but rather studies to determine opportunities and impact. Any design changes or updates to the golf course would include further public process.

To complete these feasibility studies, initial feedback was incorporated about the deficiencies and challenges of the golf course today, including the driving range being too small, limited room for First Tee (youth golf program) expansion to meet their growth goals, and the desire to add interest to the golf course.

The first feasibility study shown below in Figure 16 keeps the clubhouse, golf course routing and practice range in the existing locations, but regrades the western portion of the golf course to provide a

2016CV32126
45 of 91

Plaintiffs' Exhibit 12

CCD008779

detention area during storm events. The detention area would be landscaped like a golf course and would also include trees within the detention area.

Figure 16. City Park Golf Course Feasibility Study 1



Because a portion of the golf course would be regraded to accommodate the detention, some of the existing trees would be impacted. Figure 17 below shows the area that would be impacted in Feasibility Study 1 which includes approximately 153 trees out of 872 total trees on the golf course. Of these trees, 47% are 12" or less in caliper. Trees would be replaced per the City tree replacement policy.

Figure 17. City Park Golf Course Feasibility Study 1 – Tree Impact Areas



The second feasibility study shown below in Figure 18 moves the clubhouse to a more central location within the overall golf course and adjusts the golf course routing accordingly and the practice range moves to a location closer to the new clubhouse. By moving these elements of the golf course, there is greater flexibility with the grading and design of the detention area. The detention area would be landscaped appropriately for a golf course and would also include trees within the detention area.

Plaintiffs' Exhibit 12

CCD008780

**Figure 18. City Park Golf Course Feasibility Study 2**



Figure 19 below shows the area that would be impacted in Feasibility Study 2 which includes approximately 280 trees out of 872 total trees in the golf course. Of these trees, 49% are 12" or less in caliper and trees would be replaced per the City tree replacement policy.

**Figure 19. City Park Golf Course Feasibility Study 2 – Tree Impact Areas**



The third feasibility study shown below in Figure 20 moves the clubhouse just west of the maintenance facility and adjusts the golf course routing accordingly and the practice range is reoriented with the new clubhouse location. By adjusting several elements of the golf course, there is greater flexibility with the grading and design of the detention area and also includes a natural stream through the golf course to channelize low flows. The detention area would be landscaped appropriately for a golf course and would also include trees within the detention area.

Plaintiffs' Exhibit 12

CCD008781

Figure 20. City Park Golf Course Feasibility Study 3



Figure 21 below shows the area that would be impacted in Feasibility Study 3 which includes approximately 246 trees out of 872 total trees in the golf course. Of these trees, 49% are 12" or less in caliper and trees would be replaced per the City tree replacement policy.

Figure 21. City Park Golf Course Feasibility Study 3 – Tree Impact Areas



The greatest benefit to locating detention in City Park Golf Course is the reduction of flooding for more neighborhoods within the Montclair Basin. Figure 22 below shows that the area in yellow, the secondary flood protection area, will also see additional protection with the detention located in City Park Golf Course. The purple area depicts the neighborhoods that will benefit from 100-year protection.

Plaintiffs' Exhibit 12

CCD008782

Figure 22. Areas of Reduced Flooding



The two detention alternatives, Cole neighborhood and City Park Golf Course, were evaluated using a screening as typical in an alternatives analysis process. The screening criteria listed in Table 1 below are the same as the goals and objectives identified early in the process with the community and listed in the Alternatives Description chapter.

Plaintiffs' Exhibit 12

CCD008783