Table 1. Montclair Basin - Detention Location Screening

| GOALS | OBJECTIVES | TECHNICAL OUTCOMES | DETENTION IN COLE | DETENTION AT CITY PARK GOLF COURSE |
|---|---|---|---|---|
| **Provide a foundation for the protection of the areas of the Cole, Park Hill, River North, Elyria and Swansea neighborhoods impacted by the Montclair and Park Hill drainage basins up to and including a 100-Year flood event.** | • Integrate innovative stormwater management strategies<br>• Be imaginative when reconfiguring the right of way, public and private lands<br>• Provide detention that is a community asset and multi-functional<br>• Be responsive to existing land use, future development, and existing businesses | Innovation | 0 | 1 |
| | | Stormwater Control | 0 | 0 |
| | | Regional Flood Risk Reduction | 1 | 1 |
| | | Public Safety | 1 | 1 |
| | | Environmental Impact Minimization | -1 | 0 |
| | | Minimize Impacts to Private Property | -1 | 1 |
| **Provide new community amenities that are integrated into the urban context.** | • Provide a vibrant public realm and active edges with economic development opportunities<br>• Include urban design elements that are responsive to the character of the neighborhood<br>• Increase outdoor spaces for recreation and gathering<br>• Create flexible, multi-functional spaces to be used year round<br>• Recognize and respond to historic resources in the study area | Economic Development/ Redevelopment Opportunities | 1 | 0 |
| | | Enhancement of Neighborhood Character | 0 | 0 |
| | | Creation of Quality Public Spaces | 1 | 1 |
| | | Cultural Resource Preservation | -1 | -1 |
| **Enhance multimodal connectivity in the area and reconnect the street grid.** | • Improve the quality and comfort of the pedestrian environment<br>• Increase connectivity to existing bike and trail systems<br>• Increase connectivity to transit<br>• Look for opportunities to improve and reconnect the urban grid | Multimodal Connectivity | 0 | 0 |
| | | Definition and Reconnection of the Transportation Network | -1 | 0 |
| **Restore functionality to the Montclair and Park Hill basins and increase nature within these basins to the South Platte River.** | • Where possible, create an open channel corridor<br>• Increase the quality and quantity of habitat for urban ecologies<br>• Contribute to restoring the health of the South Platte<br>• Provide water quality green infrastructure enhancements throughout the drainage basins | Channel Creation | 1 | 1 |
| | | Biodiversity | 1 | 1 |
| | | Water Quality | 1 | 1 |
| **Keep the project on schedule and on budget.** | • Identify the community's interests and needs and make decisions to help achieve those interests and needs<br>• Consider the interrelationships between this and other projects | Alignment with Previous Plans | 0 | 0 |
| | | Long-term O&M | -1 | 0 |
| | | Constructability | 1 | 1 |

Plaintiffs' Exhibit 12

CCD008784

| | | | | |
|---|---|---|---|---|
| | • Strategically phase project elements to achieve best long-term community benefit | Schedule Feasibility | *-1* | *1* |
| | • Thoroughly analyze ALL feasible (technical, constructible) options to understand the comparative benefits and costs | Technical Feasibility | *1* | *1* |
| | *Scoring: 0=neutral, 1=good, -1=poor* | | **3** | **10** |

# 39th Avenue Alternatives

Within the Cole and Clayton neighborhoods, the collection and conveyance of stormwater was identified to be approximately along the 39th Avenue alignment due to the ability to utilize that City-owned property and to outlet to pipes under the railroad tracks at approximately 40th Street and Blake Street, to the Globeville Landing Outfall Project. The character of the stormwater connection between Monroe Street on the east to the 40th/Blake Street area could vary based on hydrology and varying conditions within the 39th Avenue corridor. Consequently, this corridor has been divided up into "reaches" for purposes of analysis and decision-making. Each reach represents a location with different character, use, and stormwater demand. Different types of open channel and closed systems (pipe) were considered for each of the reaches.

Open channel and pipe alternatives have been analyzed for each reach and an open channel alternative would:

- Capture stormwater more quickly and efficiently, as stormwater is able to freely flow into the channel without drains or inlet structures.

- Guarantee capture of a major storm, as the system does not require drains or inlet structures which can get clogged or blocked.

- Promote easier and less costly maintenance because the facilities are easily accessible to maintenance personnel.

- Align with the Elyria & Swansea Neighborhood Plan by:

  - Providing opportunity for east/west bicycle and pedestrian connectivity.

  - Providing opportunity for creation of public amenity spaces.

  - Providing opportunity for water quality and habitat creation.

A closed system (pipe) would:

- Minimize property acquisition because pipes are generally located within public right-of-way.

- Maintain existing north/south transportation network.

Each reach between Blake and Monroe is described in additional detail below.

2016CV32126
51 of 91

Plaintiffs' Exhibit 12

CCD008785

## *Reach 1: Blake to Franklin*

Reach 1 is identified as Blake Street to Franklin Street which is a moderately trafficked public street with an existing 75' right-of-way (ROW). Adjacent properties consist of industrial properties, many of which are currently under redevelopment into high density mixed-use developments. This area is also directly adjacent to the new commuter rail A Line station at 38th and Blake Street. This reach is very important in conveying stormwater to the outlet and under the tracks and approximately 40th and Blake Street.

Figure 23. Reach 1



- **Opportunities**
  - New commuter rail station at 38th and Blake provides opportunities to increase bike and pedestrian connectivity.
  - Proximity to commuter rail as well as new redevelopment make this reach an opportunity for urban place-making.
  - Existing public ROW reduces the need for property acquisitions.
- **Constraints**
  - Access to these industrial properties including many loading docks located along 40th Street.
  - A number of utilities are currently located within the right-of-way.
- **Alternatives**
  - Pipe
    - Existing utilities will make a new pipe alignment difficult.
    - No opportunity for water quality.
  - Open Channel
    - Existing ROW is not wide enough to accommodate the necessary peak flow rate of stormwater flows requiring property acquisition.
    - Vehicular connectivity needs to be maintained.
    - Limited surface flows in this reach do not require open channel for capture.

Plaintiffs' Exhibit 12

CCD008786

- Moving existing utilities would be cost prohibitive.
- Open channel would be beneficial for water quality purposes.

For each reach, both the pipe and open channel alternatives were screened. The screening criteria listed in Table 2 below are based on the goals and objectives identified early in the process with the community and listed in the Alternatives Description chapter.

**Table 2. Blake to Franklin Screening**

| Project Element | Regional And Community Protection | Phased Aesthetic Improvements | Public Safety | Water Quality | Placemaking (Single vs. Multiple-Use Facility) | Bicycle/Pedestrian Connectivity | Vehicular Connectivity | Minimized Environmental Impacts | Constructability | Compliance with Project Criteria | Public & Agency Acceptance | Number of Real Estate Acquisitions/Easements | Operations & Maintenance Costs | Total Weighted Average |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *Weight* | *10%* | *5%* | *10%* | *5%* | *5%* | *10%* | *5%* | *5%* | *10%* | *5%* | *5%* | *15%* | *10%* | *100%* |
| **Pipe** | 2 | 1 | 2 | 0 | 0 | 1 | 3 | 1 | 2 | 2 | 2 | 2 | 2 | **1.650** |
| **Open Channel** | 2 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | 1 | 2 | 1 | 0 | 1 | **1.300** |

*Scoring: 0=no opportunity, 1=minimal opportunity, 2=average opportunity, 3=high opportunity*

## Reach 2: Franklin to High

Reach 2 between Franklin Street to High Street is a low traffic local street with approximately 65' public right-of-way. The north side of this reach includes Porta Power, a potentially historic industrial property and some commercial properties. To the south, there are several industrial storage yards along with single and multi-family housing. The residential properties to the south include some potentially historic structures.

Due to the amount of stormwater coming into this reach, we screened a 90' open channel and a 120' open channel. The 90' open channel does not meet Urban Drainage criteria, however the 120' open channel does.

Plaintiffs' Exhibit 12

CCD008787

Figure 24. Reach 2



- **Opportunities**
  - Proximity to commuter rail station creates an opportunity for increased bike and pedestrian connectivity.
  - Existing public right-of-way could reduce the need for property acquisitions.
- **Constraints**
  - Fully built out neighborhood requiring property acquisitions if more than existing right-of-way is needed.
  - Existing utilities are in the current ROW which might conflict with an open channel and could be costly to relocate.
- **Alternatives**
  - Pipe
    - Surface flows are too great to be captured by traditional inlet structures.
    - Minimizes property acquisitions.
    - No opportunity for water quality.
  - 90' Open Channel
    - Ability to adequately capture and convey surface flows into the area.
    - Would require some property acquisitions.
    - Does not fully meet Urban Drainage criteria for open channel due to the depth and fast moving flow.
  - 120' Open Channel
    - Would be able to adequately capture and convey surface flows into the area.
    - Would require the greatest amount of property acquisitions.
    - Meets Urban Drainage criteria for open channel design.

Plaintiffs' Exhibit 12

CCD008788

Table 3. Franklin to High Screening

| Project Element | Regional And Community Protection | Phased Aesthetic Improvements | Public Safety | Water Quality | Placemaking (Single vs. Multiple-Use Facility) | Bicycle/Pedestrian Connectivity | Vehicular Connectivity | Minimized Environmental Impacts | Constructability | Compliance with Project Criteria | Public & Agency Acceptance | Number of Real Estate Acquisitions/Easements | Operations & Maintenance Costs | Total Weighted Average |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *Weight* | *10%* | *5%* | *10%* | *5%* | *5%* | *10%* | *5%* | *5%* | *10%* | *5%* | *5%* | *15%* | *10%* | *100%* |
| **Pipe** | 1 | 1 | 2 | 1 | 0 | 2 | 3 | 1 | 2 | 1 | 1 | 2 | 2 | **1.600** |
| **90' Open Channel** | 2 | 2 | 2 | 2 | 2 | 2 | 1 | 2 | 1 | 2 | 2 | 1 | 2 | **1.700** |
| **120' Open Channel** | 3 | 2 | 2 | 2 | 2 | 2 | 1 | 2 | 1 | 2 | 2 | 0 | 2 | **1.650** |

*Scoring: 0=no opportunity, 1=minimal opportunity, 2=average opportunity, 3=high opportunity*

## Reach 3: High to Race

Reach 3 between High Street and Race Street includes an existing 65' right-of-way for the western portion of the reach with 39th Avenue stopping at the alley just east of Race Street. The western half of the block relates to the residential neighborhood while the eastern half transitions into large-scale industrial uses, including the Coca-Cola bottling plant. The High Street Bar, a community gathering place, is located on the southeast corner of High Street and 39th Avenue. The existing 120-inch storm sewer pipe runs north along High Street and turning west on 39th Avenue within this reach.

Due to the amount of stormwater coming into this reach, we screened a 90' open channel and a 120' open channel. The 90' open channel does not meet Urban Drainage criteria, however the 120' open channel does.

Plaintiffs' Exhibit 12

CCD008789

Figure 25. Reach 3



- **Opportunities**
    - Utilizing existing public ROW could reduce the need for property acquisitions.
- **Constraints**
    - At midblock between High and Race public ROW ends and the remainder of the block to the east is privately owned.
    - Most of the surface flows are coming down High Street since this is the lowest line of elevation.
- **Alternatives**
    - Pipe
        - Surface flows in this area are too great to be captured by traditional inlets.
        - Pipe would require an easement through private property.
        - No opportunity for water quality.
    - 90' Open Channel
        - The existing 120-inch storm sewer provides challenges to the open channel design.
        - Would require some property acquisitions.
        - Does not fully meet Urban Drainage criteria for open channel design due to depth and velocity.
        - Opportunity for water quality.
    - 120' Open Channel
        - 120' is wide enough to hold the required volume while remaining shallow enough to get over the existing storm sewer and utilities.
        - Would require the most number of property acquisitions.
        - Meets Urban Drainage criteria for open channel.
        - Opportunity for water quality.

2016CV32126
56 of 91

Plaintiffs' Exhibit 12

CCD008790

Table 4. High to Race Screening

| Project Element | Regional And Community Protection | Phased Aesthetic Improvements | Public Safety | Water Quality | Placemaking (Single vs. Multiple-Use Facility) | Bicycle/Pedestrian Connectivity | Vehicular Connectivity | Minimized Environmental Impacts | Constructability | Compliance with Project Criteria | Public & Agency Acceptance | Number of Real Estate Acquisitions/Easements | Operations & Maintenance Costs | Total Weighted Average |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *Weight* | *10%* | *5%* | *10%* | *5%* | *5%* | *10%* | *5%* | *5%* | *10%* | *5%* | *5%* | *15%* | *10%* | *100%* |
| **Pipe** | 1 | 1 | 1 | 1 | 0 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | **1.500** |
| **90' Open Channel** | 2 | 2 | 2 | 2 | 1 | 2 | 1 | 2 | 1 | 2 | 2 | 1 | 2 | **1.650** |
| **120' Open Channel** | 3 | 2 | 2 | 2 | 2 | 2 | 1 | 2 | 1 | 2 | 2 | 1 | 2 | **1.800** |

*Scoring: 0=no opportunity, 1=minimal opportunity, 2=average opportunity, 3=high opportunity*

## Reach 4: Race to York

Reach 4 between Race Street and York Street has adjacent existing large industrial properties, including the Coca-Cola Bottling Plant. There is no existing public right-of-way within this reach.

Figure 26. Reach 4



- **Opportunities**
  - Opportunity for east/west bike/ped connection.
  - Limited impacts to residential properties due to predominantly industrial land use.

2016CV32126
57 of 91

Plaintiffs' Exhibit 12

CCD008791

- **Constraints**
  - Existing utilities along the north side of the Coca-Cola bottling plant would be costly to move.
  - Public bike/pedestrian connectivity through the private properties creates security concerns.
  - The western part of this reach has large surface flows of stormwater during large events, while the eastern portion has lower flows.
- **Alternatives**
  - Pipe
    - Surface flows in the western part of the reach are too great to be captured by traditional inlets.
    - Surface flows in the eastern part of the reach are low enough to be captured by inlets.
    - Reduces impacts to existing land use.
    - Reduces property acquisitions.
    - Would require an easement through private property.
    - No opportunity for water quality.
  - Open Channel
    - The existing 120-inch storm sewer provides challenges to the open channel design.
    - Would require both full and partial property acquisitions.
    - Would impact Coca-Cola's operations by bisecting their property and leased property.
    - Access over the channel for Coca-Cola would need to be ensured.
    - Opportunity for water quality.

Table 5. Race to York Screening

| Project Element | PROJECT OPPORTUNITIES | | | | | | | | | | | | | Total Weighted Average |
| | Regional And Community Protection | Phased Aesthetic Improvements | Public Safety | Water Quality | Placemaking (Single vs. Multiple-Use Facility) | Bicycle/Pedestrian Connectivity | Vehicular Connectivity | Minimized Environmental Impacts | Constructability | Compliance with Project Criteria | Public & Agency Acceptance | Number of Real Estate Acquisitions/Easements | Operations & Maintenance Costs | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *Weight* | *10%* | *5%* | *10%* | *5%* | *5%* | *10%* | *5%* | *5%* | *10%* | *5%* | *5%* | *15%* | *10%* | *100%* |
| **Pipe** | 2 | 1 | 2 | 1 | 1 | 2 | 1 | 1 | 2 | 1 | 1 | 2 | 2 | **1.650** |

Plaintiffs' Exhibit 12

CCD008792

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Open Channel** | 2 | 2 | 2 | 2 | 2 | 2 | 1 | 2 | 2 | 2 | 2 | 1 | 1 | **1.700** |

*Scoring: 0=no opportunity, 1=minimal opportunity, 2=average opportunity, 3=high opportunity*

## Reach 5: York to Steele

Reach 5 between York Street and Steele Street is considered the Market Lead with a 100' right-of-way. This property was recently purchased by the City with primarily industrial properties to both the north and south side of the Market Lead. Bruce Randolph High School is located just north of the Market Lead along Steele Street. Surface stormwater in-flows in this area are fairly minimal.

**Figure 27. Reach 5**



- **Opportunities**
  - The existing Market Lead is wide enough to accommodate either an open channel or pipe (no additional property acquisition).
  - The Market Lead can be a key stretch of east/west connectivity for both cars and bike/peds connecting the 38th/Blake Station with the 40th/Colorado Station.
- **Constraints**
  - No north/south connectivity can be incorporated along this section of the Market Lead without acquiring properties.
- **Alternatives**
  - Pipe
    - Surface flows are low enough that it could be captured by inlets.
    - Provides land for more flexible programming.
    - No water quality.
  - Open Channel
    - Provides opportunities for water quality and habitat creation.
    - Provides opportunity for programmable amenity space.

2016CV32126
59 of 91

Plaintiffs' Exhibit 12

CCD008793

Table 6. York to Steele Screening

| PROJECT ELEMENT | PROJECT OPPORTUNITIES | | | | | | | | | | | | | TOTAL WEIGHTED AVERAGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | REGIONAL AND COMMUNITY PROTECTION | PHASED AESTHETIC IMPROVEMENTS | PUBLIC SAFETY | WATER QUALITY | PLACEMAKING (SINGLE VS. MULTIPLE-USE FACILITY) | BICYCLE/PEDESTRIAN CONNECTIVITY | VEHICULAR CONNECTIVITY | MINIMIZED ENVIRONMENTAL IMPACTS | CONSTRUCTABILITY | COMPLIANCE WITH PROJECT CRITERIA | PUBLIC & AGENCY ACCEPTANCE | NUMBER OF REAL ESTATE ACQUISITIONS/EASEMENTS | OPERATIONS & MAINTENANCE COSTS | |
| *Weight* | *10%* | *5%* | *10%* | *5%* | *5%* | *10%* | *5%* | *5%* | *10%* | *5%* | *5%* | *15%* | *10%* | *100%* |
| **Pipe** | 2 | 1 | 1 | 1 | 1 | 2 | 2 | 1 | 2 | 2 | 1 | 2 | 2 | **1.650** |
| **Open Channel** | 2 | 3 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 1 | 2 | **1.900** |

*Scoring: 0=no opportunity, 1=minimal opportunity, 2=average opportunity, 3=high opportunity*

## Reach 6: Steele to Monroe

Reach 6 between Steele Street and Monroe Street is a low traffic local street with an existing 50' right-of-way. Surrounding this area is a densely packed residential neighborhood of single-family homes transitioning to some industrial properties towards the east of the reach. Future mixed-use development is being planned for this area and the Market Lead curves to the north and connects to the future 40th and Colorado Station. Surface stormwater flow in this area is fairly minimal.

Figure 28. Reach 6



- **Opportunities**
  - With proximity to the commuter rail station, there is an opportunity to increase bike/pedestrian connectivity.

60

Plaintiffs' Exhibit 12

CCD008794

- At the point where the Market Lead curves, there is additional land available to create a new community amenity such as a park.
  - **Constraints**
    - Limited width of existing ROW
  - **Alternatives**
    - Pipe
      - Surface flows are low enough that it could be captured by inlets
      - No property acquisitions
      - No water quality
    - Open Channel
      - Provides opportunities for water quality and habitat creation
      - Would require additional property acquisitions

**Table 7. Steele to Monroe Screening**

| PROJECT ELEMENT | PROJECT OPPORTUNITIES | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | REGIONAL AND COMMUNITY PROTECTION | PHASED AESTHETIC IMPROVEMENTS | PUBLIC SAFETY | WATER QUALITY | PLACEMAKING (SINGLE VS. MULTIPLE-USE FACILITY) | BICYCLE/PEDESTRIAN CONNECTIVITY | VEHICULAR CONNECTIVITY | MINIMIZED ENVIRONMENTAL IMPACTS | CONSTRUCTABILITY | COMPLIANCE WITH PROJECT CRITERIA | PUBLIC & AGENCY ACCEPTANCE | NUMBER OF REAL ESTATE ACQUISITIONS/EASEMENTS | OPERATIONS & MAINTENANCE COSTS | TOTAL WEIGHTED AVERAGE |
| *Weight* | 10% | 5% | 10% | 5% | 5% | 10% | 5% | 5% | 10% | 5% | 5% | 15% | 10% | 100% |
| **Pipe** | 2 | 1 | 2 | 1 | 1 | 2 | 3 | 1 | 2 | 2 | 2 | 2 | 2 | **1.850** |
| **Open Channel** | 2 | 2 | 2 | 2 | 2 | 2 | 1 | 2 | 1 | 2 | 1 | 1 | 1 | **1.550** |

*Scoring: 0=no opportunity, 1=minimal opportunity, 2=average opportunity, 3=high opportunity*

## Other Stormwater Collection Needs

### Clayton Street

Clayton Street between 40th Avenue and the commuter rail tracks is a local street with approximately 60' existing right-of-way. Surrounding this area is a combination of residential, commercial and industrial properties. In the Elyria Swansea Neighborhoods Plan, Clayton Street was identified as a future north/south multi-modal connection due to its strong north/south connectivity and the connection with the Swansea neighborhood.

Plaintiffs' Exhibit 12

CCD008795

Along Clayton Street there is a need to capture a fairly small amount of stormwater flows. Because the flows are minimal, it can be captured in inlets and the proposed pipe can be accommodated within the existing ROW.

### Monroe Street

The extension of the Market Lead to the north is along the alignment of Monroe Street. The width of the Market Lead in this section varies but is approximately 140' wide and surrounding this area is a combination of land uses with a majority of them being industrial and commercial. Monroe Street provides a connection into the 40th and Colorado Commuter Rail Station.

In this area, there is a need to capture a limited amount of stormwater flows. Because of the minimal flows and the opportunity for redevelopment in and around the station, the stormwater can be captured in inlets with the pipe accommodated within the existing Market Lead alignment (Monroe Street). However, this would require some impacts to properties just south of 40th. Upon further study of the area, Madison Street was identified as a possible alignment for the pipe because there would be less impact to private property.

## Water Quality Opportunities

The Montclair Basin is approximately 8 miles long and covers approximately 10.9 square miles. Stormwater flows northwest through an extensive storm drain network with two existing outfalls to the South Platte River; one at Globeville Landing Park and a smaller pipe upstream near 38th Street. The outfall at Globeville Landing Park is currently listed as a designated priority outfall under Denver's Municipal Separate Storm Sewer permit due to elevated levels of E.coli during dry weather discharges. As of 2015, no open natural channels (surface drainageways) are present in this basin other than the short open channel segment at the outfall, and the basin is drained entirely by the piped storm sewer system.

In addition to stormwater runoff that is discharged to the river through the outfalls, the Montclair Basin has significant dry weather discharges likely in part from irrigation overspray, groundwater infiltration, and sump pump discharges to the storm drainage system.  Wet and dry weather discharges contribute to continuously moist conditions in the Globeville Landing Outfall pipe which provides an ideal environment in which E.coli (biofilms) persist.

To improve water quality in the basin, strategies that allow wet and dry weather discharges to infiltrate into the ground and reduce the volume of the stormwater in the system are necessary. This is accomplished through the use of green infrastructure.  On a large scale, green infrastructure refers to a network of parks, open spaces, drainageways, and floodplains which mitigate the impacts caused by impervious surfaces. Site-scale green infrastructure refers to smaller, engineered practices that mimic larger green infrastructure systems. Both regional and on site–scale green infrastructure will be implemented in the Montclair Basin, including water quality facilities in parks, open channels, and green

Plaintiffs' Exhibit 12

CCD008796

streets.  This combined approach will improve water quality in one of Denver's largest basins with undersized and aging drainage infrastructure.

# Montclair Basin Hydrology/Hydraulic Analysis

The Multi-Agency Technical Team (MATT) was formed as a partnership between the City and County of Denver, CDOT, RTD and UFDCD during the fall of 2013 to collectively investigate the Montclair Basin's hydrology and other inter-agency coordination issues. While the Montclair Basin hydrology had been previously documented to varying degrees in several previous studies, including Denver's *SDMP*, there was a general presumption that the previously published flow rates could be overly conservative. Specific factors including impervious values, inadvertent detention, Colorado Unit Hydrograph Procedure (CUHP) model discretization, and limited accounting for floodplain flow routing were investigated.

The overall goal of the MATT analysis was to perform a technical review of the Montclair Basin hydrologic analysis and modify the modeling, if necessary, to provide CDOT with a mutually agreed upon 100-year design flow rate flowing from the 10.9 square mile watershed toward the I-70 Partial Covered Lowering (PCL) project. Modeling was completed and documented in a technical memorandum in August 2014. The MATT modeling is the basis for existing conditions for the Platte to Park Hill Stormwater Systems program modeling effort. The memorandum entitled "I-70 PCL Montclair Drainage Basin Hydrologic Analysis" is provided in the appendix of this report.[2] Additionally, this analysis and memorandum served as the basis of the Intergovernmental Agreement (IGA) entered into between the City and CDOT demonstrating a working relationship to efficiently utilize and leverage taxpayer dollars, save time, and minimize the duration of the disruption to neighborhoods.

## *Master Planning – Initial System Sizing (2014-2015)*

In the summer/fall of 2014, initial sizing of the Platte to Park Hill Stormwater Systems program facilities began. Specifically, the engineering team evaluated required detention volumes and release rates for the 100-year storm event for the Montclair Basin. This initial sizing analysis estimated that the required detention volume in the 39th Avenue area would be between 120 acre-feet (ac-ft) and 200 ac-ft, with release rates to Globeville Landing Outfall ranging from 2,700 cubic feet per second (cfs) to 3,300 cfs. This modeling used kinematic wave routing inside of Urban Drainage Stormwater Management (UDSWM) only. The results of this analysis were documented in a draft memorandum "CCD I-70 PCL Alternative Drainage Concept" (December 22, 2014; see appendix).

---

[2] The MATT memo and the associated modeling were independently reviewed by CH2M under a separate contract with UDFCD.

Plaintiffs' Exhibit 12

CCD008797

### Inadvertent Detention

The MATT evaluated inadvertent detention (storage and ponding of stormwater runoff naturally occurring within the watershed) in City Park in 2014. Specific areas included:

- City Park below (north of) Ferril Lake (Duck Pond Area) – 45.5 ac-ft

- City Park Golf Course – 41.8 ac-ft

- City Park Ballfields (west of Colorado Boulevard and south of 23rd Avenue) – 18.2 ac-ft. Due to the higher elevation of the ballfields and not within a low area for the entire basin, the ballfields are only able to capture and store localized stormwater.

Following discussions and coordination with the Parks Department at the City, two locations were formalized via a legal agreement that preserves the existing detention volumes as follows:

- City Park below (north of) Ferril Lake (Duck Pond Area) – 36 ac-ft

- City Park Golf Course – 41.8 ac-ft

These inadvertent detention volumes provide flow reduction downstream of City Park without any improvements or grading, now that these areas are modeled, recognized, and documented as formalized detention.

### Concept Level Hydrology/Hydraulics (2015)

In the spring/summer of 2015, several initial design concepts for the proposed detention near 40th and Blake Street were developed. In support of the concept level designs, the design team updated the UDSWM model to provide a more detailed level of hydrology/hydraulic analysis with the routing and conveyance based on the IGA combined Drainage System map.

Initial estimates using UDSWM generated storage volumes that were close to 200 ac-ft based on a release rate from the Montclair detention facility of 3,300 cfs (1,200 cfs in the existing brick system and 2,100 cfs in the new Globeville Landing Outfall system). The release rate was later increased (see following section regarding Environmental Protection Agency [EPA]-SWMM modeling) to 3,600 cfs, assuming 1,200 cfs going to the old brick pipe system and 2,400 cfs going to the new system in Globeville Landing Outfall.

The inflow/outflow stormwater hydrographs for Storage Facility #1546 (a node in the model along 39th Avenue) is shown in Figure 29 which shows how storage acts to capture the peak runoff and releases it at a slower rate after the peak of the storm has past. The inflow hydrograph shows how an anticipated major storm would result in flooding lasting approximately 2½ hours. Stormwater detention would hold back some of that floodwater as shown in the pond outflow hydrograph.

Plaintiffs' Exhibit 12

CCD008798

Figure 29. Cole Detention Discharge vs. Volume



### EPA-SWMM Concept Level Model (Hydraulics)

To fully account for downstream hydraulics of the Globeville Landing Outfall system, including pipe losses, and to further confirm the size of the proposed detention and release rates, the design team developed an EPA-SWMM model instead of the UDSWM model of the Lower Montclair system, which is a newer and more robust hydrologic modeling software using defined elevations throughout the system. This model provided analysis extending from the end of the Globeville Landing Outfall stormwater pipes to the Montclair detention. Dynamic routing was used to better account for downstream backwater effects and provide a more realistic discharge curve for the detention facility. While the final configuration assumes a 3,600 cfs discharge rate, other discharge rates versus required stormwater detention volumes were evaluated. A graph of design discharge versus required detention volume is provided in Figure 30.

Plaintiffs' Exhibit 12

CCD008799

Figure 30. Cole Detention Discharge vs. Volume



Key results of the EPA-SWMM model for the Montclair detention volume and associated release rate to Globeville Landing Outfall were similar to the UDSWM results as shown below:

- 39th Avenue Area Detention Volume = 150 ac-ft minimum for peak shaving

- 39th Avenue Area Maximum Inflow Rate = 4,651 cfs

- 39th Avenue Area Release Rate = 3,585 cfs

## Montclair Upstream Detention

### Summary of Upstream Detention

The concept of providing detention higher in the drainage basin rather than along 39th Avenue was evaluated in a variety of locations throughout the upper portions of the watershed, with more specific study at City Park Golf Course due to the nature and complexity of golf course design.  The evaluations built on the initial master planning level analysis developed for the Montclair Basin in July 2015.

At that time, the design team provided a high-level feasibility analysis of detention alternatives at City Park. All three areas previously evaluated for inadvertent detention were also considered as potential locations to provide additional storage volume. Modifications to Ferril Lake to increase stormwater detention were also considered.  Brief assessments of each location were made for general feasibility and potential impacts to existing facilities.

Plaintiffs' Exhibit 12

CCD008800

It was determined that City Park Golf Course had the greatest potential for increased detention volumes. In its existing condition, surface flows for large rainfall events travel directly through the western edge of the golf course, and flooding depths are significant. The major storm drain trunk line for the Montclair Basin also flows directly through the golf course making for a simple system connection for any improvements.

Multiple configurations of the potential detention facility at City Park Golf Course were evaluated, including one that provides a moderate level of detention at City Park Golf Course which still required additional detention at the lower 39th Avenue area portion of the project, and another that maximized detention at City Park Golf Course and eliminated the need for detention in the 39th Avenue area of the Montclair Basin.

Table 8. Alternative Summary: City Park Golf Course Detention

| Alternative | Total Detention at City Park Golf Course (ac-ft) | Max. Outflow from City Park Golf Course (cfs) | Max. Inflow to 39th Avenue. Area (cfs) | Minimum Required Detention at 39th Avenue. Area (cfs) |
|---|---|---|---|---|
| Existing Conditions (no new detention at City Park Golf Course) | 41.8 | 3716 | 4579 | 150 ac-ft (online) 100 ac-ft (offline) |
| Detention at both City Park Golf Course and 39th Avenue | 120 | 3949 | 4254 | 118 ac-ft (online) 39 ac-ft (offline) |
| Detention at City Park Golf Course only | 145 | 3573 | 3720 | 0 ac-ft |

Plaintiffs' Exhibit 12

CCD008801

Figure 31. Inflow Hydrographs to 39th Avenue area with City Park Golf Course Detention Alternatives



## Detention at both City Park Golf Course and 39th Avenue

A refined analysis of original master planning level modeling for the detention facility at City Park Golf Course was performed. The previous modeling was updated with a stage-volume-discharge curve that was developed to represent a typical outlet structure at City Park Golf Course. Based on the team's Alternative 1 grading of City Park Golf Course, the detained volume would be 120 AF.  Impacts to the required detention at the lower Montclair project area (39th and Franklin Street) were evaluated based on both an on-line and off-line detention configuration.

- In an **on-line** configuration where the main drainage flows through the storage area, the required detention volume at the lower Montclair facility to ensure a 3,600 cfs outflow to Globeville Landing Outfall and the existing brick system would be 118 ac-ft. Without detention at City Park Golf Course, the total detention required at the lower Montclair area is 153 ac-ft.

- In an **off-line** configuration where the drainageway flows bypasses the storage area until reaching a defined threshold where it spills into the storage area, the required detention volume at the lower Montclair facility to ensure a 3,600 cfs outflow to Globeville Landing Outfall would be 39 ac-ft. Without detention at City Park Golf Course, the total detention required at the lower Montclair area is 100 ac-ft.

## Detention only at City Park Golf Course

An alternatives analysis that attempted to minimize detention volumes at City Park Golf Course and eliminate detention storage along 39th Avenue was conducted using EPA-SWMM and using dynamic

Plaintiffs' Exhibit 12

CCD008802

wave routing. A concept storage volume grading plan was used as the basis for the EPA-SWMM detention modeling.

The alternatives analysis indicated the minimum amount of storage volume required at City Park Golf Course would be 145 ac-ft to reduce peak flows to match the conveyance capacity downstream by only functioning to reduce the peak of the 100-year flood event. This system reconfigured the existing storm drain system to flow around the proposed storage area, allowing flows up to approximately the 5-year event to bypass the storage facility. A water quality outlet allowing base flows to travel overland through the golf course could be added to this configuration to provide water quality treatment.

As part of this analysis, a review of how the storage area grading configurations impact storage volume was also completed. The results indicated that grading can have a significant impact on the required storage volumes, while producing similar peak discharges.

**Plaintiffs' Exhibit 12**

CCD008803

Figure 32. Concept Grading Plan Used for Feasibility Analysis



## Refined Analysis City Park Golf Course Detention

To further refine the feasibility analysis, the UDSWM model was modified to provide a more accurate representation of discharge curves from the proposed facility. The feasibility analysis used large pipe outfalls to control the release rate which allowed flow out of the detention area to essentially equal flow into the site with a maximum outflow. The original analysis did not consider downstream backwater, upstream headwater, and other hydraulic considerations.

To minimize detention for the City Park Golf Course, a broad crested weir was modeled to allow for larger flows to spill onto the surface and be conveyed through the streets at lower detention stages. The resulting storage discharge curve was input into the UDSWM model with a few adjustments for lower flows up to the tailwater elevation. Lower flows were calculated based on Manning's equation for pipe capacity, and the stage/volume values were based upon the team's Alternative 1 for City Park Golf Course (see Figure 33).

Plaintiffs' Exhibit 12

CCD008804

Figure 33. Alternative 1 City Park Golf Course Detention Grading



The minimum City Park Golf Course detention was revised upward to 160 ac-ft. Further refinements to the model changed the function of the City Park Golf Course detention from 100-year only, to also work at reducing flood damages in a 10-year event to the Cole community downstream of City Park Golf Course.  By providing more frequent damage reduction and not just for the 100-year event, the conceptual design of storage volume in City Park Golf Course increased to 210 ac-ft. This increased storage volume is based upon the concept of storing runoff more frequently for water quality treatment and improved flood protection downstream in more frequent storm events.

Plaintiffs' Exhibit 12

CCD008805

# Park Hill Basin Alternative Analysis and Evaluation

## Alternatives

With the general detention location established as noted in the previous chapter, the team was tasked with the evaluation of the potential pipe alignments which would connect the existing detention pond at Holly and 39th to the new detention facility at the golf course.

### Smith Road Alignment

Using Smith Road for the new pipe alignment would permit the utilization of existing stormwater infrastructure that runs north from the 38th and Holly detention facility down Grape Street and eventually connect into an existing pipe beneath Smith Road that runs west to Forest Street. From there, a new pipe and collection system would need to be constructed westward until it connects to the Park Hill Golf Club (approximately 1,400 linear feet).

The new pipe and collection system would significantly reduce surface flows crossing Smith Road to the north, but would not capture all surface runoff. Capturing all surface flows would require the construction of a floodwall, which would potentially raise the depth of flooding along Smith Road east of Forest Street and it would not provide any reduction in surface flows or flow depths to the south.

Additionally, integrating the new pipe and collection system into the Smith Road ROW would require careful design, including some relocation of existing utilities due to the significant number of utilities already in the ROW.  It would also require the reconstruction of Smith Road, which was recently rebuilt as part of the commuter rail project and it would not require any private property acquisitions.

### 41st Avenue Alignment

Using 41st Avenue for the new pipe alignment would require that the new pipe be built exiting the 38th and Holly pond heading west along 39th Avenue to Forest Street. From there, the new pipe would head north along Forest until reaching 41st Avenue. At that point the flow would split, with a lesser portion of the flow heading north to connect to the existing infrastructure at Smith Road and the remainder would head west along 41st Avenue.

This pipe alignment would capture all surface flows without causing any adverse impacts. Its location to the south of Smith Road would also allow it to offer some additional flood protection to the properties located between 41st Avenue and Smith Road.

Plaintiffs' Exhibit 12

CCD008806

41st Avenue is relatively free of utilities, which would allow the pipe to be constructed more easily and would minimize costs associated with utility relocation and it would not require any private property acquisitions.

## Rail Spur

Using the rail spur for the new pipe alignment would require a new pipe to be constructed exiting the 38th and Holly pond and heading west along 39th to Forest Street. From there, a new pipe would head north along Forest Street until reaching the rail spur. At that point, the flows would split, with a lesser portion of the flow heading north along Forest in a new pipe. The remainder of the flows would continue west along the rail spur until reaching the golf course. This alignment discharges far enough south in the golf course that it may also require an open channel within the golf course to convey stormwater north to the detention pond. This open channel with the Park Hill Golf Club provides some opportunity for limited water quality.

This pipe alignment should capture all surface flows without causing any adverse impacts since it's located as the option furthest to the south allowing it to offer additional flood protection to the largest number of properties compared to the other alternatives. The rail spur is all within private property requiring the acquisition of private property for this alignment to be utilized.

## 39th Avenue Alignment

Using 39th Avenue for the new pipe alignment would require a pipe to be constructed exiting the 38th and Holly pond and heading west along 39th. At Forest Street the flows would split, with a lesser portion of the flow heading north along Forest in a new pipe. The remainder of the flows would continue west into a pipe in the rail spur until reaching the golf course. This alignment empties far enough south in the golf course that it may also require an open channel within the golf course to convey stormwater north to the detention facility. This open channel with the Park Hill Golf Club provides some opportunity for limited water quality.

This pipe alignment should capture all surface flows without causing any adverse impacts. Its location as the option furthest to the south allows it to offer additional flood protection to the largest number of properties compared to the other alternatives.

39th Avenue is relatively free of utilities, which would allow the pipe to be constructed quite easily and would minimize additional costs associated with utility relocation and it would not require any private property acquisitions.

Plaintiffs' Exhibit 12

CCD008807

**Figure 34. Park Hill Pipe Alignment Alternatives**



# Park Hill Basin Hydrology/Hydraulic Analysis

The MATT also investigated the Park Hill Basin's hydrology. Past modeling in Denver's *SDMP* showed that excessive stormwater runoff can flow along Smith Road and drain into the Montclair Basin. The goal of the Park Hill study was to investigate solutions that manage 100-year flows in the Park Hill watershed without bypass flow into the Montclair Basin. The overall goal of the MATT analysis was to perform a technical review of Denver's Park Hill Basin hydrologic analysis. Modeling was completed and documented in a full technical memorandum in August 2014. The MATT modeling is the basis for existing conditions for the Platte to Park Hill Stormwater Systems program modeling effort.

## Park Hill Basin Overview

The Park Hill basin is primarily served by two storm drain outfalls in the project vicinity. A 120-inch pipe crosses I-70 at Forest Street and is served by the 38th & Holly detention facility further upstream (south) in the basin. A second 84-inch pipe outfall (Park Hill Phase V) is planned to cross I-70 at Dahlia Street but has not been constructed. Both of these systems convey the 5-year event in the underground (piped) system with excess runoff conveyed by surface flows draining to the South Platte River and Sand Creek.

2016CV32126
74 of 91

Plaintiffs' Exhibit 12

CCD008808

The Stormwater Solutions project proposes to build upon the current system by utilizing two key drainage concepts:

- Provide formalized regional detention at the northeast corner of the Park Hill Golf Club. The City worked with the private land owner for Park Hill Golf Club to place a detention area in the northern portion of the golf course where stormwater naturally collects under existing conditions. A majority of the surface flow within the western portion of the drainage basin naturally flows north through the golf course to this existing sump location. The project proposes to utilize this natural collection point with formalized detention that releases at a controlled rate through the 84-inch pipe system in Dahlia.

- In the eastern portion of the basin, an east-west storm drain system is proposed to convey flows in excess of the existing Forest Street outfall's capacity. The pipe will convey stormwater to the west into the proposed golf course detention facility. This diversion of stormwater will maximize the efficiency of the two systems by working hydraulically together.

## Master Planning – Initial System Sizing (2014-2015)

In the summer and fall of 2014, initial sizing of the required drainage facilities began. Specifically, the engineering team evaluated required detention volumes and release rates for the 100-year storm event in the Park Hill Basin. This analysis was performed by first using the UDSWM and EPA-SWMM models developed by the MATT, and then modifying routing and infrastructure sizing. This initial sizing analysis investigated two separate scenarios as described below.

In 2014, initial estimates determined the required detention volume to be approximately 105 ac-ft, with release rates to the downstream pipe system (Park Hill Phase V) of approximately 400 cfs. This modeling used kinematic wave routing inside of UDSWM only. Dynamic modeling was not considered as part of this initial analysis, and simple Manning's equation was used to estimate the outfall's capacity.

Other improvements included the addition of a 12'x10' box culvert in Smith Road with a capacity of up to 1,590 cfs to capture flows and deliver them to the Park Hill detention facility. The facility itself in this configuration, was to be a berm or wall on the outside of the golf course with little grading occurring on the golf course itself. The results of this analysis were documented in a draft memorandum "CCD Alternative Drainage Concept" (December 22, 2014; see appendix).  As it was understood that this analysis was very high level, some potential modifications were noted in the memorandum that included:

- If the proposed collection system in Smith Road proves to be difficult, other east-west alignments can be investigated during design such as 41st, 39th, or 38th Avenues.

- An alternative alignment for the Park Hill Phase V alignment from Dahlia Street to the east side of Colorado Boulevard can be investigated during preliminary design.

Plaintiffs' Exhibit 12

CCD008809

In the spring and summer of 2015, additional configurations were investigated to evaluate both the downstream capacity of the Park Hill Phase V system and to evaluate how stormwater would be collected upstream in the basin and delivered to the Park Hill Golf Club detention facility. The first task completed as part of this work was to develop a basic volume versus release rate curve to evaluate a range of potential storage area sizes and outfall assumptions. Several conceptual grading plans were completed for the site. Approximate UDSWM kinematic wave modeling for a potential collection system along 38th Avenue and a connection to the existing 38th and Holly detention facility were completed. The system along 38th Avenue would require approximately 2,500 linear feet of additional box culvert compared to the Smith Road system.

In the fall of 2015, the design team completed more detailed dynamic modeling of the proposed Park Hill Golf Club detention facility and the collection system along Smith Road. A concept-level grading plan for the Park Hill Golf Club area was completed to function in conjunction with the Park Hill Phase V outfall as well as a proposed collection system in Smith Road.

## Park Hill Phase V Outfall Hydraulic Analysis

Pipe analysis was completed using EPA-SWMM for the Park Hill Phase IV and V outfall system. A variety of pipe materials and sizes for Phase V were analyzed to determine the system's potential full capacity. An option to allow the system to surcharge onto the street downstream (north) of I-70 was investigated, and resulting flow rates were documented. An 84" reinforced concrete pipe with no surcharging allowed (pressurized but hydraulic grade line (HGL) below ground level) was assumed for the outfall's capacity of 450 cfs.

## EPA-SWMM Concept Level Model

A small portion of the MATT EPA-SWMM modeling for the Lower Park Hill Basin was utilized and updated to reflect the proposed golf course detention and Smith Road collection system. The following outlines the model's general parameters:

- Dynamic Wave flood routing was used to hydraulically connect the golf course detention and related backwater into the Smith Road collection system.

- Results from the previous Park Hill Phase V outfall system analysis were used as a fixed starting HGL elevation at Dahlia north of the project.

- Stage/storage information for the detention facility was incorporated into the model based on the concept level grading plans.

Results of the EPA-SWMM model for the Park Hill Golf Club detention facility volume and associated collection system and outfall release rates are:

- Park Hill Phase IV Outfall Release Rate = 448 cfs

Plaintiffs' Exhibit 12

CCD008810

- Smith Road Collection System Capacity (Interim and Final) = 1,588 cfs, 13'x10' reinforced concrete box culvert

- Park Hill Detention Volume = 125 ac-ft

The inflow/outflow hydrographs for the proposed Park Hill Golf Club detention facility is shown in Figure 35 below. The figure shows the modeled 100-year flood (blue line) would have a relatively short duration of approximately 1 hour. The goal of detention is to store the flow more than the outfall release rate, and meter it out over a longer period of time (green line) of approximately 5 hours.

**Figure 35. Park Hill Golf Club Inflow/Outflow Hydrographs**



The four alternatives, were evaluated using a screening as typical in an alternatives analysis process. The screening criteria listed in Table 9 are based on the goals and objectives identified early in the process with the community and listed in the Alternatives Description chapter.

2016CV32126
77 of 91

Plaintiffs' Exhibit 12

CCD008811

Table 9. Park Hill Screening

| Project Element | Project Opportunities | | | | | | | | | | | | | Total Weighted Average |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Regional And Community Protection | Phased Aesthetic Improvements | Public Safety | Water Quality | Placemaking (Single vs. Multiple-Use Facility) | Bicycle/Pedestrian Connectivity | Vehicular Connectivity | Minimized Environmental Impacts | Constructability | Compliance with Project Criteria | Public & Agency Acceptance | Number of Real Estate Acquisitions/Easements | Operations & Maintenance Costs | |
| Weight | 10% | 5% | 10% | 5% | 5% | 10% | 5% | 5% | 10% | 5% | 5% | 15% | 10% | 100% |
| Smith Road | 1 | 0 | 1 | 1 | 0 | 0 | 0 | 2 | 2 | 2 | 0 | 3 | 1 | 1.2 |
| 41st Avenue | 2 | 1 | 2 | 2 | 0 | 0 | 0 | 2 | 1 | 2 | 1 | 2 | 1 | 1.3 |
| Rail Spur | 2 | 1 | 2 | 2 | 0 | 0 | 0 | 2 | 1 | 2 | 1 | 1 | 1 | 1.15 |
| 39th Avenue | 2 | 1 | 2 | 2 | 0 | 0 | 0 | 2 | 1 | 2 | 1 | 3 | 1 | 1.45 |

*Scoring: 0=no opportunity, 1=minimal opportunity, 2=average opportunity, 3=high opportunity*

2016CV32126
78 of 91

Plaintiffs' Exhibit 12

CCD008812

# Environmental Evaluations

The team completed research of the project area for hazardous materials, historic resources, and environmental justice issues. The associated reports are included in the appendix and are summarized below.

## Hazardous Materials

The EPA have determined that the operation of historical smelters within the Cole and Clayton neighborhoods may have contributed to elevated levels of metals (arsenic and lead) in the surface soil in resident's yards. Operable Unit 1, a specific and separate activity undertaken as part of the cleanup, addressed residential soils, while Operable Unit 2 addressed industrially zoned land on, and near the Coliseum property. For Operable Unit 1, beginning in 1998, EPA investigated soils in almost all the yards in the Elyria, Swansea, Cole and Clayton neighborhoods, as well as portions of the Globeville and Curtis Park neighborhoods. In all, 4,429 yards were tested, and those that required action were cleaned and are now safe for unrestricted use, including children play areas and vegetable gardens. This clean-up addressed residential yards and included the tree lawn areas, however the clean-up did not clean under the existing paved streets. The areas investigated and cleaned extend throughout the Cole and Clayton neighborhoods, to the south to Martin Luther King, Jr. Boulevard. While nearly all of the homeowners agreed to the investigation, 55 homeowners did not allow EPA to complete their investigation. To protect future homeowners or tenants, EPA filed Notices of Environmental Condition on property records through Denver's Office of the Clerk and Recorder for those properties. In addition, the EPA has shared a database containing information on all residential properties within the investigation area, so Denver can determine whether any property within the Platte to Park Hill Stormwater Systems program area has been sampled and cleaned.

It is standard practice for the City to conduct environmental due diligence on all properties acquired for infrastructure projects, including stormwater management projects. As part of this due diligence, Denver regularly checks property ownership records, including property records held by the Office of the Clerk and Recorder. The City of Denver is also aware of the VB/I-70 Superfund Site, and have been vigilant to stay informed regarding any actions taken by EPA on this site since 1998. Should Denver need to acquire and disturb properties as a part of this project, Denver would conduct environmental due diligence on every property, and ensure that adequate cleanup is conducted if necessary.

Should the Platte to Park Hill Stormwater Systems program disturb the streets or other paved areas in the areas covered by the Superfund site, the City and County of Denver will conduct sampling of the soils that would be exposed by pavement removal to determine if contamination is present. Should that sampling reveal contamination, it will be dealt with appropriately.

Figures 36 and 37 below highlight potential environmental concerns within the Cole and Clayton neighborhoods.

**Plaintiffs' Exhibit 12**

CCD008813

Figure 36. Hazardous Materials (Franklin to York)



Plaintiffs' Exhibit 12

CCD008814

Figure 37. Hazardous Materials (York to Monroe)



# Environmental Justice

An Environmental Justice analysis was conducted to determine if minority, low-income and/or aging populations are present within the study area and if the area should be considered an environmental justice community, and therefore, if any adverse effects would result from the construction or operation of the proposed action.

The study area for the environmental justice and aging population analysis covers in whole, eleven 2010 Census block groups as well as a portion of one additional block group. The study area also includes the Denver-designated neighborhoods of Clayton and Cole and a portion of the southwest corner of the Northeast Park Hill neighborhood. The geographic boundaries of the study area can generally be described as having its northern boundary along East 40th Avenue, Albion Street, and Smith Road; its eastern boundary along Dahlia Street; its southern boundary along Martin Luther King Jr. Boulevard; and its western boundary along Downing Street and Walnut Street.

Plaintiffs' Exhibit 12

CCD008815

## Minority Populations

Within the study area, minority populations were found to be 26.9% higher than Denver County (74.2% compared to 47.3%, respectively). Within the study area, eight of the twelve block groups have a minority population 20 percentage points higher than Denver County.

During the analysis of the race data, in combination with local knowledge, it was found that a notable Hispanic or Latino origin population was present. The study area was found to have a Hispanic or Latino population 16.7% higher than Denver County (48.1% compared to 31.4%, respectively). Within the study area, five of the twelve block groups have a minority population 20 percentage points higher than Denver County.

## Low-Income Populations

From the data available for low-income populations, the study area was found to have 29.3% of individuals living below the poverty level compared to 19.1% of Denver County's individuals living below it. Within the study area, four of the twelve block groups were 10 percentage points higher than Denver County for individuals living below the poverty level.

Additionally, from the data available for low-income populations, within the study area, two of the twelve block groups have a very poor (under 50% of the poverty level) population 10 percentage points higher than the County.

## Population by Age

Although older resident populations (age 60 or above in this analysis) are not specifically recognized as an environmental justice community based on the legal definition, it is the policy of the City to evaluate potential impacts by projects to older residents. For this analysis, the identification of older resident populations was determined by comparing countywide older resident population percentages to older resident population percentages at the block group level. None of the block groups within the study area are 10 or more percentage points higher than the County.

It can be concluded from the analysis that block groups in the study area include notable minority and low-income populations. Three of the twelve block groups contain a percentage of age 60 and over populations higher than the average for the entire City and County of Denver. However, none of these block groups contained older populations higher than 110% of the average City population.

After analyzing the data collected from the Census and other sources, it is apparent the project study area stretches along minority and low-income population residential areas and the proposed action would cause adverse impacts to minority, low-income, and aging populations. Conversely, it can be stated that the Montclair Drainage Basin project impacts would only be of a short-term nature during construction of the project and that the long-term effects of the project would in fact be highly beneficial to the populations within the study area.

Plaintiffs' Exhibit 12

CCD008816

# Historic Assessment

In order to understand potential impacts of a drainage concept on historic resources, Denver conducted a cultural resource study within the Two Basin Drainage Project area. This effort involved archival research and extensive fieldwork documenting historic resources to determine whether historic properties (buildings structures, districts, or objects eligible for listing on the national register of historic places) are present and may be affected by the proposed undertaking. As the project is planned to be funded in part by CDOT, and has the potential to impact properties on or eligible for listing in the State Register, CDOT and the City will comply with Colorado Revised Statute (CRS) 24-80.1-104, which requires that "…the action shall identify such properties located within the area of the proposed action, notify the society of the proposed action, request a determination of effect on such properties, and afford the society a period of 30 days in which to review the proposed action" (CRS 24-80.1-104). The cultural resource survey used the procedures and processes developed by CDOT for these types of efforts, and used the standards and evaluation criteria laid out for Colorado State Register.

## *Areas of Potential Effect (APE'S)*

The project study area (PSA) was divided into three Areas of Potential Effect (APE's) where a drainage design could create impacts to historic resources and include the following:

39th Avenue APE: The APE for this area consists of all affected roadways and adjacent parcels along 39th Avenue. At the west end of the APE a piped drainage system will be installed in 40th Street from Blake Street serving as a connection to Globeville Landing Outfall system.  At Franklin Street the stormwater will be conveyed through an open channel that stretches from Franklin Street on the west to Steele Street on the east.  Steele Street to Monroe will be a piped system which will include a spur in the Market Lead near the alignment of Monroe Street from 39th Avenue to approximately 42nd Avenue.  It is also proposed as part of this project a pipe system be installed in Clayton Avenue from approximately 40th Avenue to 41st Avenue and then west down Clayton and connecting to an existing drainage system. Where piped systems are installed, surface features will be replaced in kind.  The APE will extend out to the depth of one parcel from the corridor, and it also includes all areas were easements will be required or work will occur adjacent to historic or potentially historic properties. See 39th Avenue APE map for more detail.

City Park Golf Course APE: The APE for this option is centered on the City Park Golf Course and runs approximately from Colorado Boulevard (on the east), 26th Avenue (on the north), York Street (on the west) and 23rd Avenue (on the south). The APE extends out from Colorado Boulevard, 26th Avenue and York Street to adjacent residential areas to a depth of one parcel in the directions that visual impact could occur. While this APE accounts for any potential direct or indirect effects to historic resources, no direct impact is proposed or anticipated to any historic building or structure in the APE. Three non-historic buildings (all constructed in 2001) will be affected by this option.

83

Plaintiffs' Exhibit 12

CCD008817

Park Hill Golf Club APE: The APE for this option is centered on the northeast quarter of the Park Hill Golf Club that would be affected by the project, and encompasses the buildings and residences that lay along the eastern edge of the golf course running from approximately Smith Road (on the north) to 38th Avenue (on the south). The APE extends out from Dahlia Street to adjacent commercial and residential areas to a depth of one parcel in the directions that visual impact could occur. While this APE accounts for any potential direct or indirect effects to historic resources, no direct impact is proposed or anticipated to any historic building or structure in the APE. Where piped systems are installed surface features will be replaced in kind. The APE will extend out to the depth of one parcel from the corridor, and it also includes all areas were easements will be required or work will occur adjacent to historic or potentially historic properties.  In addition, the project will extend to the adjacent pipe system that will be installed in 39th Avenue from Dahlia Street to Grape Street. There will also be a piped system installed within existing Forest Street from 39th Avenue to Smith Road.

## Research and Evaluation Methodology

The following methodology was used to evaluate all historic resources in the APEs. Dates of construction and eligibility status for all properties in the three APEs were established through review of the Denver County Assessor records and the COMPASS database maintained by History Colorado. Survey and evaluation procedures of the properties within the three distinct APEs differed and are detailed below.

### 39th Avenue Open Channel APE

This project used data collected in previous studies to evaluate historic resources in the APE. A previous study (completed in 2015) included almost 400 properties and resources near and in the 39th Avenue APE.  Each resource in the study area was recorded using Office of Archaeology and Historic Preservation (OAHP) form 1417 and a field evaluation of the property's potential eligibility for the National Register of Historic Places (NRHP) was made.

CDOT has identified potentially eligible properties located one parcel out from the path of the open channel and other elements to account for any direct or indirect effects. Dates of construction and any previously determined eligibility status for each property or resource in the study area was established through review of the Denver County Assessor records and the COMPASS database maintained by History Colorado. Any property or resource falling with this area was evaluated using OAHP form 1403. In some cases, only key areas of the form (Sections I, II, III, IV, VI, VII & VIII) were completed.  The abridged site forms were submitted to streamline determinations of eligibility for properties that demonstrate diminished historical physical integrity and are therefore unable to convey significance or be considered eligible to the National Register of Historic Places (NRHP).

### City Park Golf Course APE

Data from the Denver County Assessor identified more than 100 properties that were at least 50 years old. In lieu of field documentation of this large number of resources, CDOT assumed each 50-year-old property was eligible, and evaluated for indirect effects.  No direct effects would occur since all work

Plaintiffs' Exhibit 12

CCD008818

would be limited to the golf course itself. Within the golf course, CDOT will complete field evaluations of 50-year-old buildings and structures that are found, and assess eligibility, as well as direct and indirect effects.

### *Park Hill Golf Club APE*

Data from the Denver County Assessor identified more than 70 properties that were at least 50 years old in the areas adjacent to the project area and along 39th Avenue. In lieu of field documentation of this large number of resources, CDOT would assume each 50-year-old property is eligible, and evaluate for indirect effects.  No direct effects would occur since all work would be limited to the golf course itself or would involve the installation of subsurface conduits in existing right-of-way. Within the golf course, CDOT would complete field evaluations of 50-year-old buildings and structures that are found, and assess eligibility, as well as direct and indirect effects.

Plaintiffs' Exhibit 12

CCD008819

# Preferred Plan

## Plan Description

The recommended plan is comprised of elements of work in the Park Hill Basin, at City Park Golf Course, and in the 39th Avenue area of the Cole neighborhood in the lower Montclair Basin.

Figure 38. Platte to Park Hill Stormwater Systems program



## *Montclair Basin*

The team recommended City Park Golf Course to temporarily hold and slow stormwater during major storm events. Outside of periods during and immediately after rainfall events, the golf course area would remain dry. The detention area would be integrated into an updated design of the golf course. Detention in the golf course would protect significantly more homes and businesses, minimize property impacts, and create a better opportunity to minimize future infrastructure cost, and provide more opportunity for water quality.

2016CV32126
86 of 91

Plaintiffs' Exhibit 12

CCD008820

In addition, the team recommended the 39th Avenue open channel and greenway from Franklin Street to Steele Street in the Cole and Clayton neighborhoods to safely collect and convey the stormwater to the South Platte River.

### City Park Golf Course

The team recommended implementation of detention at the City Park Golf Course. The course is able to detain sufficient volume (approximately 200 ac-ft) to eliminate any additional downstream detention in the 39th Avenue area in the Cole neighborhood, and the course can be returned to a playable condition upon completion of the construction.

### 39th Avenue Area

The team recommended the implementation of a closed system (pipe) between Blake and Franklin, an open channel between Franklin Street and Steele Street, and conduit/green street between Steele Street and Jackson Street. In addition, pipe networks needed to capture and carry additional stormwater in the Lower Montclair Basin include pipes along Clayton Street and Monroe Street. Refer to Figures 39, 40 and 41.

**Figure 39. Open Channel Vision between Franklin St and Williams St**



2016CV32126
87 of 91

Plaintiffs' Exhibit 12

CCD008821

Figure 40. Open Channel Vision (view looking west from Williams St bridge)



Figure 41. Open Channel Vision (view looking west from Steele St)



Plaintiffs' Exhibit 12

CCD008822

The implementation of the open channel facility in the areas noted would capture the 100-year stormwater runoff event. Closed systems in this area would not provide 100% capture of stormwater, and would also introduce additional opportunities for system failure during major storm events.

The open channel between Franklin Street and Steele Street would be a linear open space adding approximately an additional 12-acres of open space to the Cole and Clayton neighborhoods. This linear open space would have a bike and pedestrian trail, as well as other small gathering areas. On the north side of the open channel between Franklin Street and Williams Street adjacent to the Porta Power property would be a shared street, see Figures 42 and 43. This narrow street type would minimize the segregation of modes (vehicular, bicycle and pedestrian) by allowing all modes to use the same space, making it safer for all due to the slower vehicular speeds.

**Figure 42. Open Channel and Shared Street conceptual section between Franklin St. and Williams St.**



Plaintiffs' Exhibit 12

CCD008823

Figure 43. Shared Street Vision (view looking east from Franklin St. & 39th St.)



The overall width of the open channel should be evaluated at a higher level of detail as the project moves into preliminary design. The alternatives screening included a comparison of a narrower (approximately 90') section and a wider (approximately 120') section, and the results of the screening were very close between those alternatives in the two reaches between Franklin and Race.

Additional evaluation is also needed between Race Street and York Street to balance property acquisition, pedestrian and bicycle connectivity, and stormwater capture and conveyance requirements.

As preliminary design begins, hydrologic/hydraulic modeling will need to be continually revised to match pipe sizes, inverts, grading, and other design details. The capacity of the discharge to the existing 120-inch pipe and planned Globeville Landing Outfall system is maximized at 3,600 cfs.

Additionally, all remnant parcels from the acquisition of property will be looked at for water quality opportunities.

2016CV32126
90 of 91

Plaintiffs' Exhibit 12

CCD008824

## Park Hill Basin

The team recommends implementation of 39th Avenue pipe alignment alternative. Additional evaluation during preliminary design is required to confirm cost efficiencies, constructability, and schedule constraints.

Additionally, as preliminary design begins, hydrologic and hydraulic modeling will need to be continually revised to match pipe sizes, inverts, grading, and other design details.

**Plaintiffs' Exhibit 12**

CCD008825