# Final Design Report Environmental Components for Globeville Landing Outfall Project

# Vasquez Boulevard/Interstate 70 Site, Operable Unit #2 Removal Action

Prepared for:

**City and County of Denver**
**Environmental Quality Division**
**200 West 14th Ave, Suite 310**
**Denver, Colorado  80204**

Prepared by:

**Engineering Management Support, Inc.**
**7220 W. Jefferson Ave., Suite 406**
**Lakewood, CO  80235**

In Association with:

**R.K Frobel & Associates**
**32156 Castle Court, Suite 211/M240**
**Evergreen, CO  80439**

and

**Itasca Denver, Inc.**
**143 Union Blvd, Suite 525**
**Lakewood, CO 80228**

February 5, 2016

## TABLE OF CONTENTS

1   INTRODUCTION .................................................................................................................. 1
  1.1   Background ................................................................................................................... 1
  1.2   Purpose and Objectives ................................................................................................. 1
  1.3   Report Organization ...................................................................................................... 2
2   OVERVIEW OF GLOBEVILLE LANDING OUTFALL PROJECT ............................... 3
  2.1   GLOP Overview ........................................................................................................... 3
  2.2   Environmental Components .......................................................................................... 4
3   WASTE MATERIAL MANAGEMENT ............................................................................ 7
  3.1   Nature and Extent .......................................................................................................... 7
  3.2   Screening, Staging, and Disposal .................................................................................. 8
4   IMPERMEABLE BARRIER SYSTEM DESIGN ............................................................ 10
  4.1   Objectives .................................................................................................................... 10
  4.2   Subsoil Stabilization ................................................................................................... 10
  4.3   Geogrid and Strengthening Layer ............................................................................... 12
  4.4   Impact to Groundwater Flux ....................................................................................... 12
  4.5   Impermeable Barrier ................................................................................................... 13
5   DEWATERING AND TREATMENT DESIGN ............................................................... 14
  5.1   Dewatering .................................................................................................................. 14
  5.2   Dewatering Water Management/Treatment ............................................................... 19
6   DELIVERY STRATEGY ................................................................................................... 25
  6.1   Procurement ................................................................................................................ 25
  6.2   Construction Management .......................................................................................... 25
7   COST AND SCHEDULE ................................................................................................... 26
  7.1   Cost .............................................................................................................................. 26
  7.2   Schedule ...................................................................................................................... 26
REFERENCES ........................................................................................................................... 27

LIST OF TABLES

Table 1 – Simulated and Recommended Dewatering Flow Rates and Durations
Table 2 – Comparison of Simulated and Recommended Dewatering Flow Rates and Durations
Table 3 – Groundwater Constituents of Concern vs Stream Standards
Table 4 – Treatability Test Results
Table 5 – Cost Estimate
Table 6 – Implementation Schedule

LIST OF FIGURES

Figure 1 – Potentiometric Surface Map, July 2015
Figure 2 – Simulated Potentiometric Surface Map Post-Construction
Figure 3 – Organizational Structure

Final Design Report
February 5, 2016                              Page i

## TABLE OF CONTENTS (continued)

LIST OF APPENDICES

Appendix A - Materials Management Plan
Appendix B - Health and Safety Plan
Appendix C - Methane, Odor, and Dust Control Plan
Appendix D - Subsoil Stabilization and Barrier Material Evaluations
Appendix E - Groundwater Modeling Studies
Appendix F - CDPHE WQCD Discharge Permits
Appendix G - Drawings
Appendix H - Specifications
Appendix I  - Liner Construction QA Plan

# LIST OF ACRONYMS

| | |
|---|---|
| bgs | Below ground surface |
| BMPs | Best Management Procedures |
| CABI | Certified Asbestos Building Inspector |
| CDOT | Colorado Department of Transportation |
| CDPHE | Colorado Department of Public Health and Environment |
| CDPS | Colorado Discharge Permit System |
| cfs | Cubic feet per second |
| COC | Constituent of Concern |
| DADS | Denver Arapahoe Disposal Site |
| DSR | Data Summary Report |
| ELLS | Electrical Leak Location System |
| EMSI | Engineering Management Support, Inc. |
| ft amsl | Feet above mean sea level |
| GAC | Granular Activated Carbon |
| GLOP | Globeville Landing Outfall Project |
| HASP | Health and Safety Plan |
| IC | Integrated Contractor |
| LLDPE | Linear Low-Density Polyethylene |
| MMP | Materials Management Plan |
| OU-2 | Operable Unit #2 |
| oz/sy | Ounce per square yard |
| PCE | Tetrachloroethene |
| QA | Quality Assurance |
| RACS | Regulated Asbestos-Containing Soil |
| RCB | Reinforced Concrete Box |
| RCRA | Resource Conservation and Recovery Act |
| RTD | Regional Transportation District |
| SWDI | Stormwater Design Investigation |
| TCLP | Toxicity Characteristic Leaching Procedure |
| TCE | Trichloroethene |

| | |
|---|---|
| ug/L | Micrograms per liter |
| USEPA | United States Environmental Protection Agency |
| VC | Vinyl Chloride |
| VOCs | Volatile Organic Compounds |
| WQCD | Water Quality Control Division |

## 1      INTRODUCTION

1.1    Background

On behalf of The City and County of Denver (Respondent), Engineering Management Support, Inc. (EMSI) in conjunction with R.K. Frobel & Associates and Itasca Denver, Inc., has prepared this Pre-Final Design Report for "environmental components" of the Globeville Landing Outfall Project (GLOP).  The GLOP entails installation of a stormwater drainage feature through a portion of Operable Unit 2 (OU 2) of the VB/I70 Superfund Site.  OU 2 consists of portions of the Denver Coliseum property, adjacent commercial properties, and Globeville Landing Park.

The Respondent is implementing the "environmental components" pursuant to an Administrative Settlement Agreement and Order on Consent for Removal Action (Agreement) with the United States Environmental Protection Agency (USEPA).  The stormwater drainage feature is part of a larger project that is intended to reduce flooding in the Park Hill and Montclair drainage basins and address stormwater management needs associated with projects being developed by Regional Transportation District (RTD), Colorado Department of Transportation (CDOT), and the Respondent.

The "environmental components" addressed in this design document consist of:

- Management and handling of waste material encountered during construction of the GLOP through the Denver Coliseum parking lot and Globeville Landing Park;
- Mitigation of methane gas, odors, and fugitive dust that may be released during construction of the GLOP;
- Design and construction of an impermeable barrier system to prevent contaminants remaining within the boundaries of the OU-2 from adversely impacting stormwater retained within and conveyed by the GLOP, as well as prevent stormwater infiltration into contaminated media remaining beneath or surrounding the GLOP; and
- Management and treatment of dewatering liquids produced during construction of the GLOP.

1.2    Purpose and Objectives

In accordance with Statement of Work attached to the Agreement, this design submittal contains the following elements:

- Design criteria and pertinent monitoring and material management plans;
- Incorporation of comments from USEPA and Colorado Department of Public Health and Environment (CDPHE) on the Draft Design Report (EMSI, 2015a), Pre-Final Design Report (EMSI, 2015b), pre-Final Materials Management Plan (EMSI, 2015c), and pre-Final Methane, Odor, and Dust Control Plan (EMSI, 2015d);
- Pre-Final drawings and specifications;

- An updated project delivery strategy;
- An updated construction schedule; and
- An updated construction cost estimate.

1.3   Report Organization

This design report contains seven sections and nine appendices.  Following this introduction, the remaining sections consist of:

- Section 2 – Overview of Globeville Landing Outfall Project
- Section 3 – Waste Material Management
- Section 4 – Barrier System Design
- Section 5 – Dewatering and Treatment System Design
- Section 6 – Delivery Strategy
- Section 7 – Cost and Schedule

Supporting appendices consist of:

- Appendix A - Materials Management Plan
- Appendix B - Health and Safety Plan
- Appendix C - Methane, Odor, and Dust Control Plan
- Appendix D - Subsoil Stabilization and Barrier Material Evaluations
- Appendix E - Groundwater Modeling Studies
- Appendix F - CDPHE WQCD Discharge Permits
- Appendix G - Drawings
- Appendix H - Specifications
- Appendix I - Liner Construction QA Plan

## 2 OVERVIEW OF GLOBEVILLE LANDING OUTFALL PROJECT

The GLOP is the furthest downstream component of a larger drainage project in north Denver referred to as the Two Basin Drainage Project. The Two Basin Drainage Project will provide drainage improvements that will alleviate known flooding problems in the Park Hill and Montclair drainage basins, support construction of the RTD North Metro Line, support the redevelopment of the National Western Complex, and redirect runoff away from the future below-grade section of Interstate 70 (I-70) between Brighton and Colorado Boulevards.

The estimated flow associated with the 100-year precipitation event affecting the combined drainage basins has been modeled to produce a peak flow of approximately 3,750 cubic feet per second (cfs) (Merrick, 2015). The estimated flows from the 100-year precipitation event and 10-year precipitation event (2,500 cfs) are the primary bases of design for the GLOP conveyance structures (Merrick, 2015).

Other design objectives for the GLOP include, but are not limited to, improvement of stormwater quality from the drainage basin, enhancement of ecological habitat, and provision for a recreational amenity that is aesthetically pleasing. These additional objectives will be met by:

- Incorporating an open-channel feature that can passively treat water via sinuous flow through constructed wetlands;
- Vegetating the open-channel features with a variety of grasses and shrubs in low-lying areas and trees and shrubs in upland areas;
- Creating a wildlife movement corridor; and
- Constructing a visually-attractive feature that can be observed by visitors walking or bicycling on trails adjacent to the open channel.

### 2.1 GLOP Overview

The GLOP is located within Operable Unit 2 of the VB/I70 Superfund Site, on property owned by the Respondent. Operable Unit 2 encompasses the Denver Coliseum parking lot, adjacent commercial properties, and Globeville Landing Park. The Coliseum parking lot is underlain by a landfill that predates the Resource Conservation and Recovery Act (RCRA) of 1984. The Globeville Landing Park is underlain by soil mixed with construction debris. The general alignment of the GLOP passes through both the Coliseum parking lot and Globeville Landing Park, as shown on Sheet EC-2 in Appendix G.

Design of the GLOP conveyance structures is being provided by Merrick and Company (Merrick), who is under contract to Urban Drainage and Flood Control District. Geotechnical engineering for the GLOP is being provided by CTL Thompson under subcontract to Merrick. These and other companies are working collaboratively with the Urban Drainage and Flood Control District, North Denver Cornerstone Collaborative,

Denver Parks, Denver Transportation Department, Denver Public Works, and Denver Department of Environmental Health (Environmental Quality Division) to address the design objectives stated above. The GLOP can be described as follows:

Starting at the southeastern boundary of the Denver Coliseum parking lot, stormwater will be conveyed through cast-in-place, double 15' wide x 8' high reinforced concrete box (RCB) conduits (see Cross-Sections D and E on Sheets EC-10 and EC-11, respectively, in Appendix G). The downstream end of the RCB conduit will be widened to about 60' wide by 4' high to reduce velocities for frequent storm events by distributing flow across a wider area. This will also enhance the visual appearance of the outlet. From the RCB conduits, flow will enter an open channel structure where it will be routed through constructed wetlands. The open channel system will extend from the RCB conduit outlet through the southern end of the Coliseum parking lot into Globeville Landing Park (see Cross-Sections A and B on Sheet EC-9 in Appendix G). In the Park, drainage from an existing 32' wide x 6' high RCB conduit outfall that passes beneath the Pepsi Bottling facility and Arkins Court will be rerouted from its current outfall alignment to the new open channel. The open-channel bottom will have an approximate 1% slope to its sides with a longitudinal slope of approximately 0.4% to 0.7%. Side slopes will be 4H:1V or flatter and terraced where feasible (Merrick, 2015).

Combined flows passing through the open channel segment in the Globeville Landing Park will exit to a vertical drop inlet structure positioned at the downstream end of the open channel. This location is immediately east of two large-diameter sanitary sewer lines (77" brick pipe and 78" concrete pipe). The inlet structure will convey drainage vertically downward into about a 32' wide x 4' high box culvert that will extend beneath both sanitary sewers. Discharge from the box culverts will enter a second open channel feature that will route flow to the South Platte River (Merrick, 2015). See Cross-Section D on Sheet EC-10.

The vertical inlet structure and box culvert are designed to convey the 10-year storm flow. Flow from higher recurrence intervals will be routed through an overflow berm over the top of the sanitary sewers where water will be allowed to "sheet flow" to the South Platte River. A portion of the overflow will be conveyed to the outfall channel downstream from the box culvert to the South Platte River. The outfall channel is designed to convey the 10-year low-flow and the 100-year flood-flow. Ground conditions over and downstream from the sanitary sewers will be protected to prevent soil erosion over the sewers, and downstream from (west of ) the sewers (Merrick, 2015).

2.2   Environmental Components

Design of the "environmental components" of the GLOP is being provided by EMSI in conjunction with its team members R.K. Frobel & Associates and Itasca Denver, Inc. Pertinent geotechnical engineering services are being provided by CTL Thompson as part of its work for Merrick. These companies are also working collaboratively with the Urban Drainage and Flood Control District, North Denver Cornerstone Collaborative, Denver Parks, Denver Transportation Department, Denver Public Works, and Denver

Department of Environmental Health (Environmental Quality Division) to address the "environmental components" discussed below:

- **Removal and off-site disposal of waste material from the Coliseum parking lot (Materials Management Plan provided by EMSI).** Waste material that occupies the volume of the RCB conduit and open channel segment, plus associated lay-back and any over-excavation volumes will need to be removed and properly disposed.

- **Removal and on-site beneficial use and/or off-site disposal of "soil and debris" from Globeville Landing Park (Materials Management Plan provided by EMSI).** Soil and debris that occupies the volume of the open channel segment, box culvert beneath the sanitary sewers, and outfall channel downstream of the box culvert, plus associated lay-back and over-excavation volumes will need to be removed and properly managed.

- **Strengthening of waste material in the Coliseum parking lot beneath the RCB conduit and open channel segments to support the weight of the conveyance structures (design provided by CTL Thompson under contract to Merrick).** Strengthening of underlying waste material is considered an "environmental component" because without it, underlying waste material would need to be removed and replaced with competent fill. The more cost-effective alternative to removal and replacement is strengthening with engineered columns or piers (CTL Thompson, 2015b). Accordingly, two types of columns are being proposed by CTL Thompson:

    o Use of compacted grout columns beneath the RCB conduits. These columns will extend from the top of bedrock to the base of the RCB conduits to enhance the compressive strength of the underlying waste material; and

    o Use of Vibro-Stone columns beneath the segment of open channel that passes through the Coliseum parking lot. Vibro-Stone columns are caissons constructed of gravel that are vibrated into place. Beneath the open channel, Vibro-Stone columns are preferred over compacted grout columns because the in-place gravel will be more permeable than grout columns. The higher permeability is needed to maintain the natural direction of groundwater movement beneath the Coliseum parking lot (discussed further in Section 4 of this report).

- **An impermeable barrier system beneath the open channel system through both the Coliseum parking lot and Globeville Landing Park (design provided by R.K Frobel & Associates).** The impermeable barrier system will prevent discharge of contaminated groundwater to surface water, and minimize surface water infiltration to groundwater (Frobel, 2015a). In the Coliseum Parking lot, the barrier system will minimize surface water infiltration to groundwater from stormwater flows up to the 100-year recurrence interval (Merrick, 2015). In the

Globeville Landing Park, the barrier system will minimize surface water infiltration to groundwater from stormwater flows up to the 2-year recurrence interval (Merrick, 2015). The latter objective is less stringent than the former because: 1) soil conditions in the Park are less permeable than those in the parking lot, which translates to less surface water infiltration to groundwater; 2) the Park surface is currently landscaped with irrigated turf, as opposed to being covered with an impermeable parking lot – thus engineered measures to mitigate percolation/infiltration beyond that which currently occurs is not necessary, and 3) the duration of stormwater flows in excess of the 2-year recurrence interval are relatively short – thus additional engineered measures to mitigate relatively short-term infiltration to groundwater are not necessary.

- **Pumping and treatment of dewatering liquids produced during construction (dewatering design provided by Itasca Denver and water treatment conceptual design provided by EMSI).** Because the base elevations of each conveyance structure will be at or below the current groundwater table, temporary lowering of the water table by up to 10 feet at some locations will be required to maintain dry working conditions. Extracted water may be: a) treated on-site and released to the South Platte River or Toll Gate Creek under discharge permits issued by the Colorado Department of Public Health and Environment Water Quality Control Division (CDPHE WQCD); b) treated on-site and beneficially used on-site; c) trucked off-site to a licensed industrial treatment facility; and/or d) if an industrial treatment facility is available, trucked off-site to Resource Conservation and Recovery Act (RCRA) Subtitle C treatment facility, even though the groundwater is not a hazardous waste.

- **Methane, odor, and dust control throughout the project (Methane, Odor, and Dust Control Plan provided by EMSI).** Mitigation measures for methane, odor, and fugitive dust releases during construction, and for potential methane releases following construction will be required. Such measures are described in a Methane, Odor, and Dust Control Plan that is appended to this Design Report.

Designs and plans for all of these environmental components are addressed in the following sections of this report.