# 39th Avenue Greenway and Open Channel



**Platte to Park Hill: STORMWATER SYSTEMS**

www.denvergov.org/PlatteToParkHill

plattetoparkhill@denvergov.org | 303.223.6585


*Artistic Rendering*

Creating a **new 12-acre recreational greenway** with a multi-use trail between Franklin and Steele streets while reducing flood risk to nearby homes and businesses

## ABOUT THE PROJECT

- **The historic Montclair basin is the largest in Denver with no natural drainage.** Instead of floodwater flowing through the historic Montclair creek, which was built over in the early 1900's, water runs through neighborhood streets. The City's aging infrastructure must be replaced. In addition to protecting neighborhoods north of the 39th Avenue from damaging floodwaters when storms hit, the greenway will provide other neighborhood benefits that will be enjoyed year-round.

- **The greenway will stay mostly dry, and convey water only in storm events.** Green infrastructure like the 39th Avenue greenway offers opportunities to better control stormwater and improve public safety and water quality.

- **The greenway will serve as a safe, community gathering space.** The community building design guidelines highlight opportunities for recreational spaces, public art, and storm event safety features.

- **Mobility and connectivity are high priorities for the project.** The design guidelines call for pedestrian bridges, a shared street on 39th Avenue (between Franklin to Williams), a bicycle/pedestrian path, and increased connectivity to other neighborhood attractions.

Residents, including local property owners, participated in a two-year collaborative process to develop an alternative analysis, identify a preferred alternative, and inform the design guidelines included in the RFP.



**Amenities** (e.g. trails, community gathering spaces, multi-use spaces for picnics, recreation, etc.)
**Water quality**
**Connectivity and mobility**
**Safety**
**Low maintenance**

Community Centered Design

## TENTATIVE 39th AVENUE GREENWAY AND OPEN CHANNEL TIMELINE

The city will select the design-build contractor in the Fall of 2017, with construction expected to begin in late 2017. The Greenway will be operational in late 2019.



2016 — Develop Design Requirements & Guidelines
2017 — Design-Build Team Selection | Complete Design & Begin Construction
2018 — Construction
2019 — Greenway and Open Channel Operational