

# City Park Golf Course Redesign

**www.denvergov.org/PlatteToParkHill**
**plattetoparkhill@denvergov.org | 303.223.6585**



Reimagining **City Park Golf Course** so that it is even more enjoyable for golfers and the community, while providing flood control for nearby homes and businesses

## PROJECT OVERVIEW

This is an opportunity to update City Park Golf Course while integrating stormwater detention areas that — while dry most of the time — will temporarily hold and slow floodwater during major storms. Denver has partnered with golfers and local residents to develop requirements and guidelines to inform the updates to the course.

Key factors informing the design include:

- Course Playability
- Tree Health/Preservation
- Protect Scenic Views
- Historic Resources
- Neighborhood Continuity
- Access
- Water Quality
- Flood Protection
- Cost

### A Golf Course Today, Tomorrow and in the Future

City Park Golf Course will always be an 18-hole golf course. The course will remain open through the 2017 season, close during construction and reopen in 2019.


*Lakewood Country Club*

### Well-Designed Detention Areas Seamlessly Integrate Into the Course

Stormwater detention is easily integrated into a golf course design. Lakewood Country Club did it. Outside of major storms, the area remains a dry, fully-functioning golf course.

### Improvements Will Benefit Golfers and Neighbors Alike

Denver has worked with the community to identify priorities to guide the updated design of the course. Among the priorities being considered are improved/updated practice facilities, expanding/improving the First Tee children's golf program, relocating/redesigning the clubhouse and more.

## TENTATIVE CITY PARK GOLF COURSE REDESIGN TIMELINE

**2016** — Develop Design Requirements & Guidelines

**2017** — Design-Build Team Selection | Design Completion & Beginning Construction

**2018** — Construction

**2019** — Course Reopens

**2020**