

**COLORADO**
Department of Transportation
Division of Transportation Development

Environmental Programs Branch
4201 E. Arkansas Ave., Shumate Bldg.
Denver, CO 80222-3400
(303) 757-9281

December 29, 2016

Mr. Steve Turner
State Historic Preservation Officer
History Colorado
1200 Broadway
Denver, CO 80203

SUBJECT: State Register of Historic Places Act Consultation, Two Basins Drainage Project, Platte to Park Hill Stormwater Systems Project, City Park Golf Course Redesign, City and County of Denver (CHS #70051)

Dear Mr. Turner:

This letter and the attached materials constitute the request for concurrence on determinations of eligibility and effects for the project referenced above. The City and County of Denver is implementing the *Platte to Park Hill: Stormwater Systems* program as a comprehensive approach to protecting against flooding while improving water quality and enhancing public spaces. Four sub-projects are included, each of which is being designed independently but is part of a coordinated construction process to realize cost savings and project efficiencies, as well as ensure compatibility with other nearby improvements. The four projects include Globeville Landing Outfall and Park (GLO); City Park Golf Course Redesign; 39th Avenue Greenway and Open Channel; and Park Hill Detention.

The four sub-projects will be constructed in part with state funds provided by the Colorado Department of Transportation (CDOT). No federal funding or permitting requirements are involved, so it is being evaluated under the Colorado Historic Register Act (CRS 24-80.1). CDOT and the City have already consulted with your office regarding the GLO project. This submittal addresses the City Park Golf Course (CPGC) Redesign project and proposed expansion of a detention basin on the west side of the golf course property. Consultation for the other two projects will follow at a later date.

We consulted with you previously regarding the broader Area of Proposed Action (APA) boundaries for this program. You concurred with the proposed methodology and the APA boundaries for the Two Basins program in correspondence dated May 24, 2016. The APA consists of separate boundaries for each of the project locations. At the time of the earlier consultation, it appeared the design and construction of each project component (the two golf courses and the 39th Avenue open channel) would occur in the same timeframe. In actuality, however, each component will be carried out as a separate sub-project within the broader plan.

The CPGC project will be a design-build delivery, meaning the contractor may make changes to the designs described in this submittal. The City and CDOT will continue to coordinate with your office as design progresses.

### Area of Proposed Action

The APA for the CPGC is bounded by Colorado Boulevard on the east, 26th Avenue on the north, York Street on the west, and 23rd Avenue on the south. The boundary includes one parcel out from each road



2016CV32126
1 of 12
CCD001284
Plaintiffs' Exhibit 51
Exhibit #: 51
Name: Haynes
Rptr: Date: 5-22-17
Stevens-Koenig Reporting

Mr. Turner
December 29, 2016
Page 2 of 4

in the residential areas along Colorado Boulevard, 26th Avenue, and York Street to account for potential indirect visual effects to adjacent properties. See enclosed Figure 1 for more detail.

### Methodology

The methodology described below was first presented in CDOT's letter to your office dated April 7, 2016.

Dates of construction and eligibility status for all properties within the APA boundary were established through review of the Denver County Assessor records and the COMPASS database maintained by History Colorado. A combination of intensive and reconnaissance-level survey were used and are detailed below.

In total, CDOT identified 102 properties within the CPGC APA. Of those, two previously documented resources will be directly affected by the project: the City Park Golf Course (5DV5311), and Denver's brick-lined sewer system (5DV11280), which runs on a generally southeast-northwest axis crossing the west side of the course, as noted in Figure 1. Three previously-documented properties, including the St. Ignatius Loyola Church (5DV7028, National Register of Historic Places [NRHP] Listed), City Park (5DV50, NRHP Listed), and the C.G. Fisher House (5DV7027, NRHP Eligible) are also within the APA. Because these resources will only be indirectly affected and are either NRHP listed or eligible, new site forms were not completed and their eligibility status and effects are listed in enclosed Table 1.

The additional ninety-seven (97) historic-age resources adjacent to the course on the west, north, and south sides will not be directly affected, but were included to address the potential for indirect effects. In lieu of field documentation of this large number of resources, CDOT is *treating as eligible* each adjacent property in excess of 50 years of age, and evaluating those properties for indirect effects. Each of those properties is listed in Table 1.

### Determinations of Eligibility

- **City Park Golf Course (5DV5310):** The golf course is listed on the NRHP as a part of the Denver park system. In the nomination, none of the specific NRHP/State Register of Historic Places (SRHP) Criteria (A, B, C, or D) are specifically cited; rather the park system as a whole is nominated for its historic role (associated with Criterion A) and the fact that the system "retains the basic characteristics of design, construction, development, and use as were envisioned for the park prior to 1929, and that the park embodies and conveys today the essential historic quality of the park" (associated with Criterion C). The course has undergone a number of alterations and improvements since its listing in 1986. The most recent changes occurred around 2001 when the course was altered with new greens and tee boxes, and a portion of the western-most section of the course was regraded to enhance its capacity to detain storm water. The current driving range and youth golf instruction (First Tee Program) area were installed in approximately 2005.

  In 1984 the original course clubhouse (built in 1918) was recorded as part of the Skyland Neighborhood Cultural Resource Survey. Assigned site number 5DV1084, the building was recommended as not eligible. During the 2001 course modifications the clubhouse and mid-course snack-bar and restroom buildings were replaced with the current structures.

  While the integrity of the course as described in the NRHP nomination has been somewhat compromised by these changes, the golf course retains its historic use and function and element within the Denver park system, and therefore is still considered NRHP eligible and also eligible for the SRHP. See the attached Re-Visitation Form for more information.

Mr. Turner
December 29, 2016
Page 3 of 4

- **City Park to East 40th Street and Brighton Boulevard Brick Storm Sewer (5DV11280):** As noted above, this line runs across the west side of the course before exiting the APA and continuing northwest. This buried resource was evaluated in 2012 as part of the development of a historic context on storm sewers in Denver, and was recommended as significant for the NRHP/SHRP under NRHP Criterion D for its engineering and workmanship, association with early development, and as representative of techniques used by the City of Denver to address removal and conveyance of sewage and storm water during the period of significance from 1880 to 1937. According to Denver Public Works Department records, this resource was modified in 1996, when it was lined with new material. The effect of that alteration on the physical integrity of the resource cannot be determined until such time that the pipe is exposed. The entire sewer is considered significant, and for the purposes of this project, is assumed to retain sufficient integrity.

- **Additional Properties:** See Table 1 for a list of properties within the APA that are indirectly affected and are either previously documented as eligible or listed, or are being *treated as eligible* for the purposes of this consultation.

### Determinations of Effects

Because this project will be a design-build delivery, the proposed design elements are conceptual in nature. The City and CDOT will continue to coordinate with your office as design progresses. Only two resources within the APA—City Park Golf Course (5DV5310) and the Brick-Lined Sewer (5DV11280)—could be subject to direct effects as the program is currently conceived:

**City Park Golf Course (5DV5310):** As noted above, final design has not yet been determined. Multiple potential design options have been identified, three of which are as follows:

- *Option One*: This involves creation of an expanded detention area on the west side of the golf course that could result in substantial changes to that area. Plans would leave the clubhouse and its parking lot in their current locations, but could impact the non-historic First Tee Program building on the southwest corner of York Street and 23rd Avenue, and the driving range that sits just east of York Street. The driving range is non-historic; it has been located in the same general location for many years, but was substantially re-built in 2001.

- *Option Two*: This option could require the relocation of the clubhouse and parking lot, as well as the driving range, and could affect the routing of the golf course.

- *Option Three*: This would result in extensive changes to the facility. The clubhouse and parking lots would be moved to a new location, and the course layout could be affected.

In the event that any of these options are selected, CDOT has determined that while the facility will still function as a golf course, remain part of the City of Denver's park system, and retain integrity of location and association, there would be substantial changes to the setting, feeling, and materials of the property that would result in an *adverse effect*.

**Brick-Lined Sewer (5DV11280):** While the project is still conceptual and no specific plans have been developed, it appears that expansion of detention capacity could damage the existing brick-lined sewer segment in the project area under any of the proposed options, and would result in an *adverse effect*.

**Properties Treated as Eligible:** No direct effects will occur to any of the 100 historic properties in Table 1 that are either NRHP listed or eligible, or being *treated as eligible* outside the course boundaries, since all work will be limited to CPGC itself. Work will cause an indirect effect to the adjacent properties, primarily involving changes in the appearance of the golf course that could result in some minor and

Mr. Turner
December 29, 2016
Page 4 of 4

negligible changes of the views to the golf course from these properties. However, these visual changes will be minor and will not diminish the historic integrity of the adjacent individual resources or their ability to convey significance, either architecturally or thematically. Therefore, CDOT finds that under Options 1-3, the project will have *no adverse effect* to the adjacent historic properties.

## Mitigation Recommendations

Because this project is being evaluated under the State Register of Historic Places Act and there is no federal involvement, a formal Memorandum of Agreement (MOA) regarding mitigation for adverse effects is not required. Instead, CDOT proposes the following mitigation for historic properties that will be adversely affected and requests your comments and agreement with these recommendations.

**City Park Golf Course (5DV5310):** CDOT proposes the preparation of Level II Documentation along with updated site forms and NRHP nomination. In addition, a historic context of the golf course and interpretive signage that could be placed at points around the course and in the club-house is recommended. The context and interpretive materials could include topics such as the history, design, and development of the course, its role in the Denver park system and in northeast Denver, and its role in social history (including early African-American golf associations) as well as in the development of Denver recreation opportunities.

**Brick-Lined Sewer (5DV11280):** CDOT proposes the preparation of Level II Documentation for any section of the sewer within the APA that may be excavated and disturbed.

This information has been forwarded concurrently to Historic Denver, Inc. for review and comments. We will share with you any response we receive from that organization.

We request your concurrence with the findings of eligibility and effects outlined above. If you have questions or require additional information to complete your review, please contact CDOT Senior Historian Lisa Schoch at (303) 512-4258 or lisa.schoch@state.co.us.

Very truly yours,

Jane Hann, Manager
Environmental Programs Branch

Enclosures:
    Figure 1 (Area of Proposed Action Map)
    Table 1 (Adjacent Properties)
    Re-Visitation Form and Photos (5DV5310)
    Management Data/Linear Form (5DV11280)