*John D. MacFarlane, et al. vs.*

*The City and County of Denver, et al.*

*Transcript of Proceedings - Testimony of Deborah Ortega*

*August 22, 2017*



Stevens-Koenig Reporting

700 17th Street, Suite 1750
Denver, CO 80202
303-988-8470 (Office)   303-988-8478 (Fax)
SKReporting.com

Case No. 1:17-cv-01661-WJM-MEH   Document 32-24   filed 09/15/17   USDC Colorado   pg 2 of 8

| John D. MacFarlane, et al. vs. | Transcript of Proceedings - Testimony of Deborah Ortega |
| --- | --- |
| The City and County of Denver, et al. | August 22, 2017 |

**Page 1**

```
 1  DISTRICT COURT, COUNTY OF DENVER
    STATE OF COLORADO
 2
    Court Address:
 3  1437 Bannock Street
    Denver, Colorado  80202            ^ COURT USE ONLY ^
 4  _____
 5  JOHN D. MACFARLANE, et al.,        Case No. 16CV32126
                                       Courtroom:  269
 6            Plaintiffs,
    vs.
 7
    THE CITY AND COUNTY OF DENVER,
 8  et al.,
 9            Defendants.
    _____
10
                 TRANSCRIPT OF PROCEEDINGS
11
                TESTIMONY OF DEBORAH ORTEGA
12
                     August 22, 2017
13
    _____
14
15        The following testimony taken in the above matter
16  commenced on Tuesday, August 22, 2017, before The Honorable
17  David H. Goldberg, Judge of the District Court, at Denver
18  District Court, 1437 Bannock Street, Courtroom 269, Denver,
19  80202.  Deanna Baysinger, a Registered Professional Reporter
20  and Notary Public in and for the State of Colorado, in
21  attendance.
22
23
24
25
```

**Page 2**

```
 1  APPEARANCES:
 2  ON BEHALF OF THE PLAINTIFFS:
             AARON D. GOLDHAMER, ESQ.
 3           Keating Wagner Polidori Free, P.C.
             1290 Broadway, Suite 600
 4           Denver, Colorado 80203
             Phone:  303-534-0401
 5           Email:  agoldhamer@keatingwagner.com
 6           and
 7           M. ANTHONY VAIDA, ESQ.
             M. Anthony Vaida, P.C.
 8           899 Logan Street, Suite 208
             Denver, Colorado  80203
 9           Phone:  303-832-2100
             Email:  manthonyvaidapc@vaida.net
10
11  ON BEHALF OF THE DEFENDANTS:
             RENEÉ A. CARMODY, ESQ.
12           TRACY A. DAVIS, ESQ.
             JESSICA R. BRODY, ESQ.
13           Denver City Attorney's Office
             Municipal Operations Section
14           201 West Colfax Avenue, Department 1207
             Denver, Colorado 80202
15           Phone:  720-913-3275
             Email:  renee.carmody@denvergov.org
16           Email:  tracy.davis@denvergov.org
             Email:  jessica.brody@denvergov.org
17
18
19
20
21
22
23
24
25
```

**Page 3**

```
 1  EXAMINATION:                                      PAGE
 2  WITNESS:  DEBORAH ORTEGA
 3  Direct by Mr. Goldhamer                             4
```

**Page 4**

```
 1             P R O C E E D I N G S
 2       (The following is the requested testimony of
 3  Deborah Ortega.)
 4       THE COURT:  All right.  Understood.
 5       Ms. Ortega, I'm going to have you raise your right
 6  hand.
 7            DEBORAH ORTEGA,
 8  having been first duly sworn, was examined and testified as
 9  follows:
10       THE WITNESS:  I do.
11       THE COURT:  Please proceed.
12            DIRECT EXAMINATION
13  BY MR. GOLDHAMER:
14   Q.  Good afternoon.
15   A.  Good afternoon.
16   Q.  Are you appearing pursuant to a subpoena today?
17   A.  Yes, I am.
18   Q.  Okay.  And you're currently a City Councilwoman
19  for Denver?
20   A.  That is correct.
21   Q.  And that's an at large councilwoman position?
22   A.  Correct.  That means I represent the whole city.
23   Q.  Okay.  And how long have you been in that
24  position?
25   A.  I think it's going on six years now.
```

Case No. 1:17-cv-01661-WJM-MEH   Document 32-24   filed 09/15/17   USDC Colorado   pg 3 of 8

| John D. MacFarlane, et al. vs. | Transcript of Proceedings - Testimony of Deborah Ortega |
| The City and County of Denver, et al. | August 22, 2017 |

Page 5

1  Q. Okay.
2  A. Maybe a little longer.
3  Q. Were you first elected in 2011 to that position?
4  A. 2011.
5  Q. And you were on City Council before that?
6  A. Correct.
7  Q. For about how long?
8  A. From 1987 to 2003.
9  Q. Okay. And you were representing just a part of
10 the city during that time?
11 A. That's correct. I represented Council District 9,
12 which was a crescent-shaped district at that time that
13 included National Western Stock Show areas as well as the
14 Coliseum, North Denver, part of West Denver, part of
15 downtown. So the geography is completely different than
16 what it is today.
17 Q. Okay. And as part of your duties as a
18 councilwoman, did you regularly have to address stormwater
19 management issues?
20 A. Flooding issues, yeah. Absolutely.
21    I also served on the Urban Drainage and Flood
22 Control District during the time -- part of the time that I
23 was a district council member.
24 Q. Okay. Were you frequently briefed by the
25 Department of Public Works concerning stormwater management

Page 6

1  issues?
2  A. Yes.
3  Q. And are you familiar with the Platte to Park Hill
4  stormwater project?
5  A. Yes, I am.
6  Q. And you were briefed on that project as well?
7  A. Yes. Both prior to it being completely funded as
8  well as during part of the process of looking at how some of
9  CDOT money could be utilized to cover part of the cost of
10 what at the time was some drainage problems in the Cole
11 neighborhood.
12 Q. Do you know how much that Platte to Park Hill
13 project is going to cost?
14 A. The price has changed. Initially it was $40
15 million that CDOT was going to spend on drainage and Denver
16 worked with them to basically address part of that -- part
17 of the drainage for the Cole neighborhood by utilizing those
18 dollars they were going to spend. And, you know, obviously,
19 this is a Twin Basin, so by the time more of the costs got
20 identified, it ended up being close to $300 million.
21 Q. Okay. And do you know what source of funds is
22 fronting that initial cost for the City?
23 A. It's primarily wastewater funds.
24 Q. Okay. And were wastewater fees recently increased
25 by City Council?

Page 7

1  A. Yes.
2  Q. Was that a large increase?
3  A. It was a pretty significant increase.
4  Q. Now, are increases of that size -- I'm sorry. Let
5  me back up.
6     Was that increase to provide sufficient revenue
7  streams to float bonds for wastewater enterprise funds to
8  pay --
9     MS. CARMODY: Objection. Relevance.
10    THE COURT: I'm sorry. The objection is what?
11    MS. CARMODY: Relevance.
12    THE COURT: What is the relevance?
13    MR. GOLDHAMER: That the rate increase was used to
14 pay for this project.
15    THE COURT: Sustained.
16    MR. GOLDHAMER: Your Honor, in light of the
17 previous testimony that wastewater enterprise funds can't
18 improve park land, I think it's relevant.
19    THE COURT: All right. I will allow you to get
20 into this and within limitations.
21    MR. GOLDHAMER: Okay.
22 Q. (By Mr. Goldhamer) So that rate increase was used
23 to float bonds to pay for big projects like Platte to Park
24 Hill?
25 A. That's primarily what it was for, correct.

Page 8

1  Q. Okay.
2     THE COURT: And just for the record, the charge
3  before this Court is relatively narrow as to whether or not
4  the use is a park purpose.
5     The funds and the funding issues that you are
6  framing at this point in time are not before this Court.
7  Are they before another Court or is this something that you
8  intend to argue in this court?
9     MR. GOLDHAMER: They are not before another Court,
10 Your Honor.
11    THE COURT: And is that something you intend to
12 raise and/or argue in this court?
13    MR. GOLDHAMER: Yes, Your Honor. Certainly the
14 source of funding we think is relevant given the admissions
15 that the source cannot be used to improve parks.
16    THE COURT: All right. Proceed.
17    MR. GOLDHAMER: Okay.
18 Q. (By Mr. Goldhamer) And do rate increases, the
19 size of which was approved by City Council, usually go to
20 voters for approval?
21 A. Taxes go to the voters. As I indicated, we have
22 not seen rate increases of this size in, you know, my
23 30-plus years with the City, specifically for stormwater
24 fees.
25 Q. So it was an unusual occurrence.

Case No. 1:17-cv-01661-WJM-MEH   Document 32-24   filed 09/15/17   USDC Colorado   pg 4 of 8

| John D. MacFarlane, et al. vs.<br>The City and County of Denver, et al. | Transcript of Proceedings - Testimony of Deborah Ortega<br>August 22, 2017 |
|---|---|

Page 9

1  A.  It was an unusual size, yeah.
2  Q.  Okay.  Are you familiar with the intergovernmental
3  agreement between the City and CDOT?
4  A.  Yes.
5  Q.  Is it your understanding -- and you reviewed that
6  agreement?
7  A.  Yes.
8  Q.  Okay.  Is it your understanding based on your
9  review of that agreement, that it provides for the Platte to
10  Park Hill project, essentially?
11   A.  At the time, the project was called a Twin Basin
12  project, and later became known as the Platte to Park Hill
13  project.
14  Q.  Okay.  And is it your understanding based on all
15  of your review of the documents and your experience as a
16  City Councilwoman and your briefings -- let me just back up.
17      Were you briefed on the IGA by the Department of
18  Public Works as well?
19  A.  Yes.  We all -- the voting members of City Council
20  received copies of the IGA and -- yes.
21  Q.  Okay.  So is it your understanding, based on the
22  briefing, based on your review, and based on your
23  experience, that the Platte to Park Hill project was
24  intended to do anything besides protect I-70?
25  A.  So I want to first respond by saying that there

Page 10

1  were multiple basins.  So it was the Twin Basin project that
2  was being tied to the IGA which included, you know, the
3  Globeville Landing Outfall, it included the 39th Avenue
4  channel, it included City Park Golf Course.
5      And during that time, I had many conversations
6  with public works expressing my concerns about the amount of
7  money that was being spent and where the focus was being
8  targeted.  And during, you know, my due diligence in looking
9  at this, learned that Globeville which had, just eight years
10  prior been taken out of the floodplain, was going to
11  experience what was being called an inundation area, so that
12  means they would be seeing some flooding on the west side of
13  the river.
14      So I raised concerns with, at the time, the public
15  works manager, Jose Cornejo, to solve the Globeville problem
16  at the same time so that as this project would move forward,
17  that we weren't seeing greater impact to the Globeville
18  neighborhood.
19      So throughout, you know, my review and due
20  diligence of the IGA, I had a chance to look at this
21  somewhat comprehensively.
22  Q.  Okay.  And did you understand that it was or was
23  not related to the I-70 expansion project?
24  A.  The IGA directly tied the projects together
25  vis-à-vis funding.  There was a lot of, sort of, give and

Page 11

1  take in the IGA that, for example, took 46th Avenue, which
2  is underneath I-70, that CDOT should have been purchasing
3  from the City of Denver, the cost of that got folded into
4  some of the math, the equation of how things were going to
5  get paid for, who was responsible for, you know, managing
6  the lid over the highway, some of that kind of stuff.  So it
7  was all, kind of, interrelated.
8  Q.  Okay.  Were you recently asked to vote on the
9  contract for the golf course project that's going to proceed
10  as part of --
11  A.  Yes.
12  Q.  -- Platte to Park Hill?  And did you vote against
13  it?
14  A.  Yes, I did.
15  Q.  Can you explain why?
16  A.  Well, again, you know, part of my concern is that
17  Globeville, which is, you know, part of the district that I
18  represented, which is seeing a sizable number of projects
19  happening in that community.
20      The real north area is experiencing a tremendous
21  amount of development.  Anything that is less than one acre
22  does not have to provide their own onsite storm drainage.
23  So where they have parking lots, that's got more water going
24  into our storm drainage system, which then flows into the
25  Platte River.

Page 12

1      You know, in my review and in talking to experts,
2  you know, we will see water that will leave the west bank of
3  the river and create part of that flooding for the
4  Globeville neighborhood.
5      And, you know, obviously the size of the project
6  was that -- meaning the cost of the overall project was a
7  concern.  So those are some of the reasons why I voted no on
8  that.
9      And just being consistent with the position I had
10  taken.  You know, one of the major concerns I had when the
11  IGA came forward was that in my 30-plus years of being with
12  the City, Denver had never weighed in on a supplemental
13  draft or in this case a final environmental impact statement
14  before it was released.
15      And, in this case, not only did we have the IGA
16  but prior to that we had a proclamation that was brought
17  before City Council that was committing Denver to the
18  preferred alternative before the documents had been
19  released, and I felt like that was backwards in terms of how
20  historically these projects were treated.
21      MR. GOLDHAMER:  Okay.  Thank you so much.
22      THE WITNESS:  Thank you.
23      MS. CARMODY:  Your Honor, we have no questions.
24      THE COURT:  One moment, please.
25      THE WITNESS:  Am I free to go?

Case No. 1:17-cv-01661-WJM-MEH   Document 32-24   filed 09/15/17   USDC Colorado   pg 5 of 8

| John D. MacFarlane, et al. vs. | Transcript of Proceedings - Testimony of Deborah Ortega |
| The City and County of Denver, et al. | August 22, 2017 |

Page 13

1  THE COURT:  The great thing about a trial to the
2  Court is the Court gets to ask questions too if --
3  THE WITNESS:  Okay.
4  THE COURT:  -- any arise or that have not been
5  answered.  So just give me a moment.
6  I did want to follow up with Counsel briefly.
7  This case was postured before Judge Vallejos and
8  Judge Torrington, and the primary issues were whether or not
9  there was a leasing enfranchise which was abandoned shortly
10 before trial; correct?
11 MR. GOLDHAMER:  Correct, Your Honor.
12 THE COURT:  There was also an issue as to whether
13 or not -- well, concerning the franchise, which was
14 similarly abandoned; correct?
15 MR. GOLDHAMER:  Correct, Your Honor.
16 THE COURT:  Leaving, as this Court understood it,
17 the property and permitted use.
18 MR. GOLDHAMER:  The park purpose notions under the
19 charter, the restriction to park and recreational purposes
20 under the zoning code as well as the common law of parks.
21 THE COURT:  And you've just raised the issue
22 before Ms. Ortega sat down as to whether -- well, it came
23 out actually during examination as to whether or not
24 wastewater funding may be used to fund the project at issue,
25 which seems to be a declaratory judgment, in essence, from

Page 14

1  this Court, but I'm failing to see that anywhere in the
2  pleadings but you are suggesting that that is properly
3  before this Court.
4  MR. GOLDHAMER:  Well, Your Honor, I think it's
5  part of the park purpose analysis.
6  If the Defendants are saying, well, disregard the
7  closure of the park for a while because it's going to end up
8  improving the park, and in the end there can't be
9  improvements to this park, legally speaking, from the
10 wastewater enterprise fund, then I think that's relevant to
11 the Court's analysis under the park purpose.
12 THE COURT:  All right.  It's a rather attenuated
13 argument but -- all right.
14 In light of that, I don't have any questions.  You
15 are excused to the extent that you are subject to being
16 recalled if the Defendants are going to do so, which they
17 are shaking their heads no so you are excused.
18 THE WITNESS:  Great.  Thank you.
19 THE COURT:  Thank you so much for your time.
20 Next witness.
21 (End of requested testimony.)
22
23
24
25

Page 15

1  CERTIFICATE OF COURT REPORTER
2
3  I, DEANNA BAYSINGER, a Registered Professional
4  Reporter and Notary Public within and for the State of
5  Colorado, commissioned to administer oaths, do hereby
6  certify that the proceedings were taken in stenotype by me
7  at the time and place aforesaid and was thereafter reduced
8  to typewritten form by me; and that the foregoing is a true
9  and correct transcript of my stenotype notes thereof.
10 That I am not an attorney nor counsel nor in
11 any way connected with any attorney or counsel for any of
12 the parties to said action nor otherwise interested in the
13 outcome of this action.
14 My commission expires:  November 8, 2018.
15
16
17 _____
    DEANNA BAYSINGER
    Registered Professional Reporter
18  Notary Public, State of Colorado
19
20
21
22
23
24
25

Case No. 1:17-cv-01661-WJM-MEH   Document 32-24   filed 09/15/17   USDC Colorado   pg 6 of 8

John D. MacFarlane, et al. vs.
The City and County of Denver, et al.

Transcript of Proceedings - Testimony of Deborah Ortega
August 22, 2017

## $

**$300**  6:20
**$40**  6:14

## 1

**1987**  5:8

## 2

**2003**  5:8
**2011**  5:3,4

## 3

**30-plus**  8:23 12:11
**39th**  10:3

## 4

**46th**  11:1

## 9

**9**  5:11

## A

**abandoned**  13:9,14
**Absolutely**  5:20
**acre**  11:21
**address**  5:18 6:16
**admissions**  8:14
**afternoon**  4:14,15
**agreement**  9:3,6,9
**alternative**  12:18
**amount**  10:6 11:21
**analysis**  14:5,11
**and/or**  8:12
**appearing**  4:16
**approval**  8:20
**approved**  8:19

**area**  10:11 11:20
**areas**  5:13
**argue**  8:8,12
**argument**  14:13
**arise**  13:4
**attenuated**  14:12
**Avenue**  10:3 11:1

## B

**back**  7:5 9:16
**backwards**  12:19
**bank**  12:2
**based**  9:8,14,21,22
**basically**  6:16
**Basin**  6:19 9:11 10:1
**basins**  10:1
**big**  7:23
**bonds**  7:7,23
**briefed**  5:24 6:6 9:17
**briefing**  9:22
**briefings**  9:16
**briefly**  13:6
**brought**  12:16

## C

**called**  9:11 10:11
**CARMODY**  7:9,11 12:23
**case**  12:13,15 13:7
**CDOT**  6:9,15 9:3 11:2
**chance**  10:20
**changed**  6:14
**channel**  10:4
**charge**  8:2
**charter**  13:19
**city**  4:18,22 5:5,10 6:22,25 8:19,23 9:3,16,19 10:4 11:3 12:12,17

**close**  6:20
**closure**  14:7
**code**  13:20
**Cole**  6:10,17
**Coliseum**  5:14
**committing**  12:17
**common**  13:20
**community**  11:19
**completely**  5:15 6:7
**comprehensively**  10:21
**concern**  11:16 12:7
**concerns**  10:6,14 12:10
**consistent**  12:9
**contract**  11:9
**Control**  5:22
**conversations**  10:5
**copies**  9:20
**Cornejo**  10:15
**correct**  4:20,22 5:6, 11 7:25 13:10,11,14, 15
**cost**  6:9,13,22 11:3 12:6
**costs**  6:19
**council**  5:5,11,23 6:25 8:19 9:19 12:17
**councilwoman**  4:18,21 5:18 9:16
**Counsel**  13:6
**court**  4:4,11 7:10,12, 15,19 8:2,3,6,7,8,9, 11,12,16 12:24 13:1, 2,4,12,16,21 14:1,3, 12,19
**Court's**  14:11
**cover**  6:9
**create**  12:3
**crescent-shaped**  5:12

## D

**Deborah**  4:3,7
**declaratory**  13:25
**Defendants**  14:6,16
**Denver**  4:19 5:14 6:15 11:3 12:12,17
**Department**  5:25 9:17
**development**  11:21
**diligence**  10:8,20
**DIRECT**  4:12
**directly**  10:24
**disregard**  14:6
**district**  5:11,12,22, 23 11:17
**documents**  9:15 12:18
**dollars**  6:18
**downtown**  5:15
**draft**  12:13
**drainage**  5:21 6:10, 15,17 11:22,24
**due**  10:8,19
**duly**  4:8
**duties**  5:17

## E

**elected**  5:3
**end**  14:7,8,21
**ended**  6:20
**enfranchise**  13:9
**enterprise**  7:7,17 14:10
**environmental**  12:13
**equation**  11:4
**essence**  13:25
**essentially**  9:10
**examination**  4:12 13:23

**examined**  4:8
**excused**  14:15,17
**expansion**  10:23
**experience**  9:15,23 10:11
**experiencing**  11:20
**experts**  12:1
**explain**  11:15
**expressing**  10:6
**extent**  14:15

## F

**failing**  14:1
**familiar**  6:3 9:2
**fees**  6:24 8:24
**felt**  12:19
**final**  12:13
**float**  7:7,23
**Flood**  5:21
**flooding**  5:20 10:12 12:3
**floodplain**  10:10
**flows**  11:24
**focus**  10:7
**folded**  11:3
**follow**  13:6
**forward**  10:16 12:11
**framing**  8:6
**franchise**  13:13
**free**  12:25
**frequently**  5:24
**fronting**  6:22
**fund**  13:24 14:10
**funded**  6:7
**funding**  8:5,14 10:25 13:24
**funds**  6:21,23 7:7,17 8:5

Case No. 1:17-cv-01661-WJM-MEH   Document 32-24   filed 09/15/17   USDC Colorado   pg 7 of 8

John D. MacFarlane, et al. vs.
The City and County of Denver, et al.

Transcript of Proceedings - Testimony of Deborah Ortega
August 22, 2017

**G**

**geography**  5:15
**give**  10:25 13:5
**Globeville**  10:3,9,15, 17 11:17 12:4
**Goldhamer**  4:13 7:13,16,21,22 8:9,13, 17,18 12:21 13:11, 15,18 14:4
**golf**  10:4 11:9
**Good**  4:14,15
**great**  13:1 14:18
**greater**  10:17

**H**

**hand**  4:6
**happening**  11:19
**heads**  14:17
**highway**  11:6
**Hill**  6:3,12 7:24 9:10, 12,23 11:12
**historically**  12:20
**Honor**  7:16 8:10,13 12:23 13:11,15 14:4

**I**

**I-70**  9:24 10:23 11:2
**identified**  6:20
**IGA**  9:17,20 10:2,20, 24 11:1 12:11,15
**impact**  10:17 12:13
**improve**  7:18 8:15
**improvements**  14:9
**improving**  14:8
**included**  5:13 10:2, 3,4
**increase**  7:2,3,6,13, 22
**increased**  6:24
**increases**  7:4 8:18,

22
**initial**  6:22
**Initially**  6:14
**intend**  8:8,11
**intended**  9:24
**intergovernmental**  9:2
**interrelated**  11:7
**inundation**  10:11
**issue**  13:12,21,24
**issues**  5:19,20 6:1 8:5 13:8

**J**

**Jose**  10:15
**Judge**  13:7,8
**judgment**  13:25

**K**

**kind**  11:6,7

**L**

**land**  7:18
**Landing**  10:3
**large**  4:21 7:2
**law**  13:20
**learned**  10:9
**leasing**  13:9
**leave**  12:2
**Leaving**  13:16
**legally**  14:9
**lid**  11:6
**light**  7:16 14:14
**limitations**  7:20
**long**  4:23 5:7
**longer**  5:2
**lot**  10:25
**lots**  11:23

**M**

**major**  12:10
**management**  5:19, 25
**manager**  10:15
**managing**  11:5
**math**  11:4
**meaning**  12:6
**means**  4:22 10:12
**member**  5:23
**members**  9:19
**million**  6:15,20
**moment**  12:24 13:5
**money**  6:9 10:7
**move**  10:16
**multiple**  10:1

**N**

**narrow**  8:3
**National**  5:13
**neighborhood**  6:11, 17 10:18 12:4
**north**  5:14 11:20
**notions**  13:18
**number**  11:18

**O**

**objection**  7:9,10
**occurrence**  8:25
**onsite**  11:22
**Ortega**  4:3,5,7 13:22
**Outfall**  10:3

**P**

**paid**  11:5
**park**  6:3,12 7:18,23 8:4 9:10,12,23 10:4 11:12 13:18,19 14:5,

7,8,9,11
**parking**  11:23
**parks**  8:15 13:20
**part**  5:9,14,17,22 6:8, 9,16 11:10,16,17 12:3 14:5
**pay**  7:8,14,23
**permitted**  13:17
**Platte**  6:3,12 7:23 9:9,12,23 11:12,25
**pleadings**  14:2
**point**  8:6
**position**  4:21,24 5:3 12:9
**postured**  13:7
**preferred**  12:18
**pretty**  7:3
**previous**  7:17
**price**  6:14
**primarily**  6:23 7:25
**primary**  13:8
**prior**  6:7 10:10 12:16
**problem**  10:15
**problems**  6:10
**proceed**  4:11 8:16 11:9
**process**  6:8
**proclamation**  12:16
**project**  6:4,6,13 7:14 9:10,11,12,13,23 10:1,16,23 11:9 12:5, 6 13:24
**projects**  7:23 10:24 11:18 12:20
**properly**  14:2
**property**  13:17
**protect**  9:24
**provide**  7:6 11:22
**public**  5:25 9:18 10:6,14
**purchasing**  11:2

**purpose**  8:4 13:18 14:5,11
**purposes**  13:19
**pursuant**  4:16

**Q**

**questions**  12:23 13:2 14:14

**R**

**raise**  4:5 8:12
**raised**  10:14 13:21
**rate**  7:13,22 8:18,22
**real**  11:20
**reasons**  12:7
**recalled**  14:16
**received**  9:20
**recently**  6:24 11:8
**record**  8:2
**recreational**  13:19
**regularly**  5:18
**related**  10:23
**released**  12:14,19
**relevance**  7:9,11,12
**relevant**  7:18 8:14 14:10
**represent**  4:22
**represented**  5:11 11:18
**representing**  5:9
**requested**  4:2 14:21
**respond**  9:25
**responsible**  11:5
**restriction**  13:19
**revenue**  7:6
**review**  9:9,15,22 10:19 12:1
**reviewed**  9:5
**river**  10:13 11:25 12:3

Case No. 1:17-cv-01661-WJM-MEH   Document 32-24   filed 09/15/17   USDC Colorado   pg 8 of 8

John D. MacFarlane, et al. vs.
The City and County of Denver, et al.

Transcript of Proceedings - Testimony of Deborah Ortega
August 22, 2017

### S

**sat** 13:22
**served** 5:21
**shaking** 14:17
**shortly** 13:9
**Show** 5:13
**side** 10:12
**significant** 7:3
**similarly** 13:14
**sizable** 11:18
**size** 7:4 8:19,22 9:1 12:5
**solve** 10:15
**sort** 10:25
**source** 6:21 8:14,15
**speaking** 14:9
**specifically** 8:23
**spend** 6:15,18
**spent** 10:7
**statement** 12:13
**Stock** 5:13
**storm** 11:22,24
**stormwater** 5:18,25 6:4 8:23
**streams** 7:7
**stuff** 11:6
**subject** 14:15
**subpoena** 4:16
**sufficient** 7:6
**suggesting** 14:2
**supplemental** 12:12
**Sustained** 7:15
**sworn** 4:8
**system** 11:24

### T

**talking** 12:1
**targeted** 10:8
**Taxes** 8:21
**terms** 12:19
**testified** 4:8
**testimony** 4:2 7:17 14:21
**thing** 13:1
**things** 11:4
**tied** 10:2,24
**time** 5:10,12,22 6:10,19 8:6 9:11 10:5,14,16 14:19
**today** 4:16 5:16
**Torrington** 13:8
**treated** 12:20
**tremendous** 11:20
**trial** 13:1,10
**Twin** 6:19 9:11 10:1

### U

**underneath** 11:2
**understand** 10:22
**understanding** 9:5, 8,14,21
**understood** 4:4 13:16
**unusual** 8:25 9:1
**Urban** 5:21
**utilized** 6:9
**utilizing** 6:17

### V

**Vallejos** 13:7
**vis-à-vis** 10:25
**vote** 11:8,12
**voted** 12:7
**voters** 8:20,21
**voting** 9:19

### W

**wastewater** 6:23,24 7:7,17 13:24 14:10
**water** 11:23 12:2
**weighed** 12:12
**west** 5:14 10:12 12:2
**Western** 5:13
**worked** 6:16
**works** 5:25 9:18 10:6,15

### Y

**years** 4:25 8:23 10:9 12:11

### Z

**zoning** 13:20