IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action Nos: 17-cv-01661-WYD
17-cv-01679-WYD

KYLE ZEPPELIN; BRAD EVANS; CHRISTINE O'CONNOR; KIMBERLY MORSE; JACQUELINE LANSING; JANET FEDER; SIERRA CLUB; ELYRIA AND SWANSEA NEIGHBORHOOD ASSOCIATION; CHAFFEE PARK NEIGHBORHOOD ASSOCIATION; and COLORADO LATINO FORUM,

    Plaintiffs,

v.

FEDERAL HIGHWAY ADMINISTRATION; ELAINE CHAO, in her official capacity as Secretary of transportation; and JOHN M. CARTER, in his official capacity as Division Administrator,

    Defendants,

v.

COLORADO DEPARTMENT OF TRANSPORTATION; and SHAILEN P. BHATT, in his official capacity as Executive Director of the Colorado Department of Transportation,

    Defendant-Intervenors.

## ORDER

**Daniel, J.**

    THIS MATTER comes before the Court on an action under the Administrative Procedure Act where Plaintiffs allege that the Defendants failed to comply with provisions of the National Environmental Policy Act and engage the public in a transparent process in undertaking the expansion and lowering of Interstate 70 through Northwest Denver.

Under the Court's local rules of practice, D.C.COLO.LAPR 1.1. *et seq.*, the AP judge manages an administrative appeal through briefing, after which it is returned to the Clerk's Office to be drawn to a judge like any other civil case under D.C.COLO.LCiv.R 40.1.

This case was filed on July 9, 2017 and assigned to me as the presiding AP judge. In an attempt to expeditiously move this case along, I ordered the parties to submit a proposed Joint Case Management Plan ("JCMP"). However, before the JCMP could be entered, the parties filed an unopposed motion to consolidate this case with 17-cv-01679-WYD, which was granted on September 11, 2017. On September 15, 2017, the Plaintiffs filed a motion to stay requesting that the Court enjoin the Defendants from taking any further action on the Interstate 70 project pending a ruling on the substantive issues set forth in this case. (ECF No. 32). Based on my review of the file and Plaintiffs' motion, I find that resolution of the issues raised in the pending motion to stay would necessarily involve the merits of this case. Accordingly, I believe that I should refrain from resolving such issues to avoid binding the merits judge to a schedule or ruling which he or she may decide differently.

For the foregoing reasons, this case is REMITTED to the Clerk for immediate random assignment to a merits judge under D.C.COLO.LCiv.R 40.1.

Dated: September 18, 2017

BY THE COURT:

*/s/ Wiley Y. Daniel*
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE