**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**
Alfred A. Arraj United States Courthouse Annex
901 19th Street, A1041
Denver, Colorado 80294
(303) 335-2350

**ROBERT E. BLACKBURN**
United States District Judge

# MEMORANDUM

**TO:**  Jeffrey P. Colwell, Clerk

**FROM:**  Judge Robert E. Blackburn

**DATE:**  September 18, 2017

**RE:**  Civil Action No.  17-cv-01661-REB
KYLE ZEPPELIN, *et al* v. FEDERAL HIGHWAY ADMINISTRATION, *et al*

Exercising my prerogative as a Senior Judge, I request that this civil action be reassigned.