IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Civil Action No: 17-cv-1661-WJM-MEH
   *Consolidated with* 17-cv-1679-WJM-MEH

KYLE ZEPPELIN; BRAD EVANS; CHRISTINE O'CONNOR; KIMBERLY MORSE;
JACQUELINE LANSING; JANET FEDER;
SIERRA CLUB; ELYRIA AND SWANSEA NEIGHBORHOOD ASSOCIATION;
CHAFFEE PARK NEIGHBORHOOD ASSOCIATION; and
COLORADO LATINO FORUM,

   Plaintiffs,

v.

FEDERAL HIGHWAY ADMINISTRATION,
ELAINE CHAO, in her official capacity as Secretary of transportation; and
JOHN M. CARTER, in his official capacity as Division Administrator,

   Defendants,

v.

COLORADO DEPARTMENT OF TRANSPORTATION, and
SHAILEN P. BHATT, in his official capacity as Executive Director of the Colorado Department of Transportation,

   Defendant-Intervenors.

## NOTICE OF DISCLOSURE

Please take notice that the undersigned, United States District Judge William J. Martínez, discloses as follows:

For approximately 10 years before I became a federal judge in February 2011, my wife and I were members of Plaintiff Sierra Club. While my wife remains a member of the Sierra Club to this day, I personally have not been a member of either the national or local Sierra Club organizations since I became a U.S. District Judge.

Neither my wife nor I have ever been more than general members of the Sierra Club.  We have never, at any time, held any paid or volunteer position or office with either the national or local Sierra Club organizations.  Moreover, notwithstanding my prior membership in Plaintiff Sierra Club, I have no previous knowledge or understanding of any of the facts or claims at issue in this consolidated litigation.

I strongly believe I can be fair and impartial to all parties and counsel in this case.  Nevertheless, any party wishing to suggest my recusal may do so no later than **September 26, 2017.**  Any such filing should discuss the legal authority, if any there may be, in support of the Suggestion.  Should any such Suggestion(s) be timely filed, any other party wishing to do so may file a response to the Suggestion(s) no later than **October 2, 2017.**

Dated this 21st day of September, 2017.

BY THE COURT:

_____
William J. Martinez
United States District Judge