AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:17-cv-01661-WJM-MEH

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Federal Highway Administration
was received by me on *(date)* 07/10/2017

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: The Federal Highway Administration was served via Certified Mail, Return Receipt Requested on July 10, 2017. Copy of Receipt and Proof of Delivery are attached.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 9/21/2017

_____
Server's signature

Tamara Harris, Legal Assistant
*Printed name and title*

Keating Wagner Polidori Free, P.C.
1290 Broadway, Ste 600
Denver, CO 80203
*Server's address*

Additional information regarding attempted service, etc:

# USPS Tracking® Results

FAQs > (http://faq.usps.com/?articleId=220900)

Track Another Package +

Remove ✕

**Tracking Number:** 70162140000105288069

▶ ▶ ▶ Delivered

**Updated Delivery Day:** Friday, July 14, 2017 ⓘ

## Product & Tracking Information

See Available Actions

**Postal Product:**                **Features:**
                                   Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **July 14, 2017, 11:27 am** | **Delivered, Left with Individual** | **WASHINGTON, DC 20590** |

Your item was delivered to an individual at the address at 11:27 am on July 14, 2017 in WASHINGTON, DC 20590.

| | | |
|---|---|---|
| July 14, 2017, 7:04 am | Arrived at Unit | WASHINGTON, DC 20018 |
| July 13, 2017, 10:35 am | Arrived at USPS Regional Facility | WASHINGTON DC DISTRIBUTION CENTER |
| July 13, 2017, 6:14 am | Departed USPS Regional Facility | WASHINGTON DC DISTRIBUTION CENTER |

See More ⌄

## Available Actions

See Less ⌃