# Exhibit 1

Connected Action Finding:

I-70 East and Two Basins Drainage Project

 **I-70 East**

# Connected Action Finding:
# I-70 East and Two Basins Drainage Project

**APRIL 2016**

## 1.0  INTRODUCTION

The purpose of this document is to describe and document that the I-70 East Project and the Two Basins Drainage Project (TBDP), are not connected actions for the purposes of the National Environmental Policy Act of 1969 (NEPA) and do not need to be analyzed as one project.  As explained below, the projects are proposed by different agencies, respond to different needs, serve different purposes, have independent utility, and can function independently of each other if one of them were not built. Nonetheless, the proponents of these separate projects are pursuing opportunities to collaborate on certain components to benefit both projects if circumstances permit.  For the purpose of this finding Denver's Early Action Drainage Project (EADP) is considered a part of the TBDP project and reference herein to the TBDP means to include the EADP.

The Council on Environmental Quality (CEQ) regulations, 40 Code of Federal Regulations (CFR) 1508.25(a)(1), provide a definition for *connected* actions that are closely related and therefore should be discussed in the same impact statement. Actions are *connected* if they:

1.  Automatically trigger other actions which may require environmental impact statements.

2.  Cannot or will not proceed unless other actions are taken previously or simultaneously.

3.  Are interdependent parts of a larger action and depend on the larger action for their justification.

This document discusses the application of these criteria as they apply to Colorado Department of Transportation's (CDOT) I-70 East Project and to the City and County of Denver's (Denver) TBDP. This documentation is being provided to clarify the relationships between the projects since:

•   The two projects are located very close to each other, with the TBDP south of the western third of the I-70 East Project;

•   They are being initiated at the same time, although the TBDP may begin construction one year prior to the beginning of construction for the I-70 East Project; and

•   The TBDP will capture, detain, and outfall drainage within the Montclair and Park Hill drainage basins prior to it reaching the I-70 East Project drainage system located just south of the lowered section of I-70.

Section 2.0 describes the I-70 East Project. Section 3.0 describes the TBDP. Each of these sections includes discussion of the background; purpose and need; scope and function; and construction and funding of the respective projects. Section 4.0 concludes in discussing the relationship between the projects and explains why they are not connected actions.

## 2.0 I-70 EAST PROJECT

### 2.1 Background

Currently, I-70 between I-25 and Tower Road is one of the most heavily travelled and congested highway corridors in the state. The corridor provides a number of important transportation functions, including interstate and intrastate passenger vehicle travel along I-70; interstate and intrastate truck travel for business purposes; regional access from downtown Denver and the metropolitan area to Denver International Airport; linkage between I-225 and I-270; and access to adjacent employment areas, neighborhoods, and new development centers.

The aging viaduct between Brighton Boulevard and Colorado Boulevard is vulnerable to failure within the next 10 to 15 years, even with recent maintenance activities that were completed in 2011. In addition, by 2035 the corridor is projected to carry nearly twice as many vehicles as it was originally designed for, resulting in extended congestion and impaired mobility. The uninterrupted and safe movement of people and goods across I-70 through the Denver metropolitan area is essential to the region's economic vitality and quality of life.

CDOT and the Federal Highway Administration (FHWA) began the process of identifying a solution for the problems affecting this section of I-70 in 2003, initiating preparation of an Environmental Impact Statement (EIS) under NEPA that is on-going to the present day.

### 2.2 Purpose and Need

The purpose of the I-70 East Project is to implement a transportation solution that improves safety, access, and mobility and addresses congestion on I-70 in the project area. The need for this project results from the following issues:

- Transportation infrastructure deficiencies
- Increased transportation demand
- Limited transportation capacity
- Safety concerns

To address these, CDOT and FHWA propose improvements to the I-70 corridor where it crosses northeast Denver, Colorado, from I-25 on the west to Tower Road on the east as shown in **Exhibit 1**. After an exhaustive EIS process and refinement of numerous alternatives, the Partial Cover Lowered Alternative with Managed Lanes is identified as the Preferred Alternative in the I-70 East Final EIS published in January 2016.

CDOT and FHWA will prepare a Record of Decision (ROD) selecting an alternative to be built and explaining the rationale for that choice, as well as presenting the mitigation measures and commitments to be incorporated into project construction and operation.

**Exhibit 1.    I-70 East Project Area and Limits**



## 2.3    Scope & Function

As shown in **Exhibit 1**, the project limits extend along I-70 between I-25 and Tower Road. The project area covers locations within Denver, Commerce City, and Aurora. The neighborhoods within the project limits affected by the I-70 East Project are Globeville, Elyria and Swansea, Northeast Park Hill, Stapleton, Montbello, Gateway, and a portion of Aurora.

Existing and forecasted traffic volumes were the main factor in determining the project limits on I-70. Forecasted volumes range from 117,000 to 285,000 vehicles per day between I-25 and Peña Boulevard and decline as you travel farther east. Tower Road is the eastern limit because the traffic volumes drop substantially after Peña Boulevard. I-25 was selected as the western limit because of the high diversion of traffic to both north and southbound I-25. Between 50 percent and 60 percent of traffic traveling westbound on I-70 continues on past I-25. These limits do not preclude other NEPA transportation improvement studies outside the corridor.

As explained in further detail in the EIS, the I-70 East project satisfies the independent utility and logical termini requirements set forth in 23 CFR 771.111(f). The I-70 East Project does not rely on any other transportation projects being completed in order to be usable and is a reasonable expenditure, nor does it restrict consideration of alternatives for other reasonably foreseeable transportation projects.

The drainage needs for the I-70 East Project are provided for by an assortment of improvements along its full length incorporated into the project's design. See **Exhibit 2** through **Exhibit 6.** All of the alternatives evaluated in the Final EIS include drainage systems capable of conveying storm water from I-70 to suitable discharge points, the South Platte River and Sand Creek; however, this document will focus on the systems of the Preferred Alternative.

The Preferred Alternative, which involves lowering a section of the highway below grade, presents special drainage challenges that are addressed in its design. The proposed lowered portion of the Preferred Alternative between Brighton Boulevard and Colorado Boulevard, crosses two major drainage basins in Denver, the Montclair and Park Hill drainage basins. Each of these basins produces significant storm water runoff and poses flooding risks during large storm events. The existing highway is elevated on a viaduct, which alleviates highway flooding concerns; however, proposed lowering of the alignment below grade would allow offsite flood waters to enter the highway.

To address the drainage needs specific to the Preferred Alternative between Brighton Boulevard and Dahlia Street, two systems —an Onsite Outfall System and an Offsite Outfall System— are needed. The Onsite Outfall System includes the storm drain system necessary to drain I-70. The system captures and conveys flow that is generated from the Interstate to water quality detention ponds that provide water quality treatment. The system is designed to treat and convey the 100-year flow from I-70 into the South Platte River as shown in **Exhibit 6.**

The Offsite Outfall System is designed to intercept surface storm runoff, not generated by the I-70 East project, and protect the lowered section of I-70 East between Brighton Boulevard and Colorado Boulevard from flooding in the 100-year event.  This system is specific to the Preferred Alternative and is designed to capture surface flow south of I-70 and prevent it from entering the lowered section of I-70 (Brighton Boulevard to Colorado Boulevard). The Offsite Outfall System is designed to capture and convey the storm water and discharge it into the South Platte River.  See **Exhibit 2.**  The flow impacting I-70 between Colorado Boulevard and the South Platte River is referenced from the *I-70 PCL Montclair Drainage Basin Hydrologic Analysis Memorandum* dated August 1, 2014, which is included in Appendix B to Attachment M, Hydrology & Hydraulics Technical Report Addendum, of the Final EIS. The flow impacting I-70 between Colorado Boulevard and Dahlia Street is referenced from the *I-70 PCL Park Hill Drainage Basin Hydrologic Analysis Memorandum* dated August 1, 2014, which is included in Appendix B to Attachment M, Hydrology & Hydraulics Technical Report Addendum, of the Final EIS.

To address the drainage needs east of Dahlia Street, the systems required to address Onsite flows (storm water generated within the Interstate) and Offsite flows (storm runoff draining into the Interstate Right of Way) are addressed by a single system.  This system is a modification of the existing system in place; it is resized to capture and treat the increased runoff caused by the increase in impervious surface. See **Exhibit 3** through **Exhibit 5.**

Connected Action Finding: I-70 East and Two Basins Drainage Project
April 2016

**Exhibit 2.     Preferred Alternative Drainage System and Watershed Map – Western End**



Connected Action Finding: I-70 East and Two Basins Drainage Project
April 2016

**Exhibit 3.   Preferred Alternative Drainage System and Watershed Map – West-Central Portion**

Connected Action Finding: I-70 East and Two Basins Drainage Project
April 2016

**Exhibit 4.    Preferred Alternative Drainage System and Watershed Map – East-Central Portion**



Exhibit 5. Preferred Alternative Drainage System and Watershed Map – Eastern End



Offsite Basin Maps
Figure 4

Legend

Existing Storm Drain    Sub-Basins

Sand Creek to Chambers
(Stapleton North & East)

**Exhibit 6.     Onsite Outfall System North of I-70**



The I-70 East Project's drainage system runs along the length of the highway corridor in order to appropriately capture and convey water associated with or affecting the highway. Therefore, the eastern and western project limits are approximately the same as the overall project limits; however, the western limit is the South Platte River because there will be limited work west of Brighton Boulevard and no changes to the existing highway drainage system are necessary.

These improvements are required to construct the identified Preferred Alternative and have been designed to accommodate flows associated with or affecting the highway. The drainage system for the highway does not rely on other projects in the area to fully function and does not restrict consideration of alternatives for other reasonably foreseeable future projects.

## 2.4    Funding and Construction

The full construction of the Preferred Alternative would cost approximately $1.7 billion. Revenue sources for the I-70 East project include allocations from various state and local sources, but there remains a gap between the estimated cost of the project and the revenue available to build it. Because of these funding limitations, the project will be constructed in phases over time. Phase 1, as described below, is the only defined phase for the project at this time with an estimated cost of is $1.17 billion. To date, funding has been identified from the following sources for the I-70 East Project:

- Bridge Enterprise Revenues ($850 million)
- Denver Regional Council of Governments (DRCOG)/Surface Transportation Program-Metropolitan Areas (STP-Metro)/Congestion Mitigation/Air Quality (CMAQ) funds ($50 million)
- Senate Bill 09-228 funds ($180 million)
- Denver ($37 million)

Construction is anticipated to take approximately 5 years for Phase 1, with a contract being awarded in 2017.

Phase 1 incorporates portions of the identified Preferred Alternative. CDOT has elected to manage the additional lanes on I-70 East by implementing tolled express lanes. In general, Phase 1 includes the complete reconstruction of I-70 from Brighton Boulevard to the bridge over Sand Creek (near I-270) with pavement width for the addition of two tolled express lanes in each direction. Only one lane will be open for use until traffic demand is met to open the second lane (included in Phase 2). It also includes widening the remaining stretch of I-70 from I-270 to Chambers Road to accommodate one additional tolled express lane in each direction and restriping from I-25 to Brighton Boulevard to accommodate one additional tolled express lane in each direction. See the map provided in **Exhibit 7** for an overview of Phase 1; a typical section of Phase 1 is shown in **Exhibit 8**.

**Exhibit 7.    Phase 1 Overview**



**Exhibit 8.    Phase 1 Typical Section**



Phase 1 removes the existing viaduct between Brighton Boulevard and Colorado Boulevard, and rebuilds I-70 below grade along this segment, expanding the roadway just north of the existing alignment. Drainage for the Preferred Alternative—including the Onsite Outfall System to capture water runoff from I-70 and convey it through drainage improvements on the north side of I-70 and the Offsite Outfall System south of I-70 to capture surface water before it enters the lowered section of the highway—is included in Phase 1.

Any of the Build Alternatives could be implemented using a phased approach, with each phase contributing to the overall project purpose and need. The ability to define phases was not a factor in the identification of the Preferred Alternative, the Partial Cover Lowered Alternative with Managed Lanes.

## 3.0  TWO BASIN DRAINAGE PROJECT (TBDP)

### 3.1      Background

The areas south of I-70, between Brighton Boulevard and Colorado Boulevard, have had a long history of flooding. The 2014 Denver Storm Drainage Master Plan (DSDMP) notes:

> *Within a majority of the older sections of the City and County of Denver, the existing storm drains provide flood protection for between a 1 and 5 year storm event. Runoff generated from larger storm events is temporarily stored in streets and ultimately conveyed to gulches and streams via the combination of roads and storm drains when capacity becomes available.*

The Urban Drainage and Flood Control District and Denver are creating an Outfall Systems Plan (OSP) designed to examine current flooding problem areas from Fairmont Cemetery to the South Platte River in the Montclair drainage basin.  See **Exhibit 9.**

As part of the broader OSP, Denver is proposing two projects, the Globeville Landing Outfall Project and the Platte to Park hill Stormwater Systems Project, in an effort to better protect the local community and the watersheds as a whole from flooding during heavy storm events in the Montclair Basin (**Exhibit 10**).  The Globeville Landing Outfall Project is also known as and referred to in this document as the Early Action Drainage Project (EADP); the Platte to Parkhill Stormwater Project is also known as and referred to in this document as the Two Basin Drainage Project (TBDP).   For the purposes of this document reference to the TBDP includes the EADP.

The TBDP addresses both the Montclair and Park Hill basins and provides 100-year drainage protection to Denver neighborhoods.  The project does not have federal involvement; therefore, there is no NEPA process being conducted by Denver.

Connected Action Finding: I-70 East and Two Basins Drainage Project
April 2016



Source: Outfall System Plan Study Area. City and County of Denver. Web.25 Feb.2016.
https://www.denvergov.org/content/dam/denvergov/Portals/705/documents/projects/stormwater-systems/OSP-Fact-Sheet.pdf

**Exhibit 10.     Outfall Systems Plan**



Source: Outfall System Plan: Fact Sheet. City and County of Denver. Web.25 Feb.2016.
https://www.denvergov.org/content/dam/denvergov/Portals/705/documents/projects/stormwater-systems/OSP-Fact-Sheet.pdf

## 3.2     Purpose and Need

The purpose of the OSP is to establish 100-year drainage protection for City neighborhoods, and provide neighborhood connectivity and open space.

The TBDP is needed for Denver to implement the broader OSP and develop flooding protection to various neighborhoods and residents in the area as well as provide opportunities to enhance community connections and amenities. Flooding in Denver typically is due to short-duration, high-intensity precipitation events that occur between May and September. Denver has a documented history of significant flood events for the period of May 1844 to September 2013. These events show the seriousness of floods in this area and the need for proper design and anticipation of probable large storm events.

These improvements are required for Denver to provide flooding protection to neighborhoods in the area and do not rely on other projects in the area to fully function.

## 3.3     Scope & Function

The TBDP is designed to service two drainage basins: the Montclair drainage basin, and the Park Hill drainage basin. The project limits for the Montclair portion are generally bounded by 42nd Ave on the north, the Union Pacific Railroad line on the south, the South Platte River on the west, and Colorado Boulevard on the east.  The project limits to the east and west are based on the Montclair Basin delineation, developed through the 2014 DSDMP.  The project limits for the Park Hill portion are generally bounded by 48th Avenue on the north, Smith Road on the south, Colorado Boulevard on the west, and Forest Street on the east.  As with the Montclair Basin, the limits to the east and west are based on the Park Hill Basin delineation, developed through the 2014 DSDMP.  The drainage concepts for the Montclair and Park Hill

basins developed by Denver are presented in **Exhibit 11** and **Exhibit 12**. These potential improvements are provided at a concept level and are currently being further developed by Denver.

The EADP portion of the TBDP serves as the primary outfall for the Montclair Basin to the South Platte River through Globeville Landing Park. An alternate alignment under the Pepsi facility is being considered. It is currently Denver's intent that the EADP move forward as a separate, independent early action project to the TBDP. See **Exhibit 11**.

The TBDP will collect the majority of the surface runoff from the Lower Montclair basin along 39th Avenue and 40th Avenue and convey it to the west to the EADP as illustrated in **Exhibit 11**. The TBDP also addresses a portion of the Park Hill drainage basin by placing a regional detention pond in the northeast corner of the existing Park Hill Golf Course property located just south of Smith Road, or 0.3 miles south of I-70. The project will require the construction of a pipe along Dahlia Street to connecting to the existing Park Hill Storm Drain in 48th Avenue. See **Exhibit 12**.

## 3.4    Funding and Construction

The TBDP will have a total estimated cost of $134 million, which will be paid for through a combination of municipal and state funds. Denver intends to begin construction of the EADP in the first quarter of 2016 and it will be operational by December 2017; the TBDP is expected to be operational by September 2019. The full OSP will be incrementally completed over the next 30 years.

Connected Action Finding: I-70 East and Two Basins Drainage Project
April 2016

**Exhibit 11.    Western Portion TBDP and EADP**



Source: City and County of Denver EADP & TBDP Proposed 100-YEAR Protection MontClair and Park Hill Basins. City and County of Denver. 16 June 2015

Page 16 of 20

Connected Action Finding: I-70 East and Two Basins Drainage Project
April 2016

Exhibit 12.    Eastern Portion TBDP



Source: City and County of Denver Two Basin Drainage Project Proposed 100-YEAR Protection MontClair and Park Hill Basins. City and County of Denver. 16 June 2015

## 4.0 RELATIONSHIP BETWEEN THE PROJECTS

### 4.1 Overview

While both the I-70 East project and TBDP will address storm water drainage needs in the same general geographic area, the needs they serve are different and distinct. Each project has been designed independently and serves different functions. The drainage improvements for the I-70 East Project are required to capture drainage and runoff associated with and affecting the highway, and the TBDP is required to improve flood conditions for the Denver neighborhoods.

However, CDOT has recognized the opportunity to collaborate with Denver on certain elements of the TBDP to enhance protection and redundancy, save money, and reduce impacts of the highway's system. In light of this potential synergy, CDOT and Denver have entered into an intergovernmental agreement to coordinate construction schedules and for parties to share costs for improvements that will be mutually beneficial to and utilized by both projects. The FHWA was not involved in the drafting nor is it a party to the agreement.

### 4.2 Collaboration and Shared Components

Assuming that Denver moves forward with implementation of the TBDP, CDOT has agreed to coordinate efforts and assist with the costs of certain components of the TBDP that would benefit I-70 East. Funds provided to Denver by CDOT are neither from the I-70 East Project nor do they include Title 23 funds nor from any account that is comingled with Title 23 funds. The majority of this collaboration will occur in the EADP portion of the project wherein Denver will establish a culvert between Brighton Boulevard and the South Platte River that could be used to capture outfall from the I-70 East drainage system, thereby eliminating the need for the detention ponds at Steele Street and Vasquez Boulevard and impacts to Globeville Landing Park. The TBDP in the Park Hill area may also reduce the size of the detention pond at Colorado Boulevard. While this outcome would optimize resources and provide benefits to both projects, the I-70 East Project is currently designed to and capable of addressing the highway's drainage needs independently without needing these shared components; and this independent design has been carried forward and analyzed in the EIS.

### 4.3 Connected Action Analysis

The I-70 East Project is a joint state-federal action proposed by CDOT and aided by FHWA to address safety, access, mobility and congestion issues on the highway system. The associated drainages for each of the reasonable alternatives under consideration are subservient to this purpose and are needed to capture and convey on-site and off-site flows from the highway.

The TBDP is a municipal action by Denver to address long standing flooding concerns in its northern neighborhoods south of I-70. The system is designed for the express purpose of alleviating flooding risk caused by significant precipitation runoff in these areas, not by the improvements proposed on I-70 East.

CDOT and FHWA have not been involved in the proposal, development, or implementation of the TBDP but are simply taking advantage of new opportunities for cooperation, cost savings, and benefits that the TBDP, if it is constructed, offers to I-70 East. Even though CDOT and Denver have agreed to work together and share some of the financial burdens, each project is nonetheless capable of proceeding on its own merits, has independent utility, and their potential collaboration does not defeat their separateness for the purposes of NEPA. Furthermore, to the extent that collaboration between the projects alters the design of

the I-70 East Project improvements evaluated in the EIS, CDOT and FHWA will conduct a re-evaluation to determine and disclose the environmental impacts caused by those alterations and their significance.

The I-70 East project is a federal action subject to NEPA because it will utilize federal-aid funds (Title 23 funds) and make modifications to the Interstate System which both require the approval of the FHWA, a federal agency. The TBDP is not a federal action subject to NEPA because its proponent is not a federal agency nor is it utilizing federal assistance.[1] Thus, the connected action analysis is appropriately centered on the I-70 East Project and its relationship to the TBDP. As demonstrated below, the TBDP does not meet the definition of a connected action in relation to the I-70 East Project under the CEQ's regulations.

Actions are connected if they:

1. *Automatically trigger other actions which may require environmental impact statements.*

   The I-70 East Project seeks to address transportation issues on the Interstate Highway System. The design of the proposed improvements includes a separate drainage system that is capable of meeting the needs of the project independent of any other actions or infrastructure being constructed, and will not trigger any other actions that may require environmental impact statements. The TBDP is proposed to update the storm water infrastructure and reduce the flooding risk in the adjacent neighborhoods and is not triggered or required by the proposed improvements to I-70.

2. *Cannot or will not proceed unless other actions are taken previously or simultaneously.*

   The I-70 East Project can proceed regardless of how Denver decides to proceed with the TBDP. As previously stated, the highway improvements have been designed with an independent, fully-functional storm water drainage system that is capable of meeting all the highway's drainage requirements. The project is financed through a mix of state, federal, and private funds and is capable of proceeding independently using those sources.

3. *Are interdependent parts of a larger action and depend on the larger action for their justification.*

   The I-70 East Project and the TBDP are independent actions, proposed and undertaken by different entities (one state/federal and the other municipal) and serve different purposes. The I-70 East Project is not part of any larger action and has its own justification, logical termini, and independent utility, as explained in detail in the EIS. The TBDP is not a component of the I-70 East Project as it is being pursued to address broader drainage issues in the city's northern neighborhoods. While the projects do share some overlapping objectives related to drainage in the same geographic area, they are separate and distinct actions and not parts of any larger action uniting them.


In sum, the two projects are stand-alone actions by different agencies and are not dependent on one another for justification or feasibility. They each have independent utility such that each of the projects would take place regardless of the other, which is legal standard adopted in this jurisdiction. See Wilderness Workshop v. U.S. Bureau of Land Mgmt., 531 F.3d 1220, 1228 (10th Cir. 2008). Thus, they are not connected actions for the purposes of NEPA.

---

[1] The TBDP may require separate regulatory approvals or permits by other federal agencies that could be federal actions subject to NEPA under those agencies' regulations, but they are not part of FHWA's action in the I-70 East Project. It would be up to those agencies to determine the proper scope and level of analysis that their actions might require.

## 5.0  CONCURRENCE WITH FINDING

The following signatures document concurrence with the findings noted hereinabove that the *I-70 East Project and TBDP are NOT connected actions.*

I concur: _____

Anthony R DeVito, PE
I-70 East Project Director
Colorado Department of Transportation

$4-22-16$
Date

I concur: _____

Chris Horn, PE
Senior Area Engineer (I-70 East Project Oversight Manager)
Federal Highway Administration

$4/15/16$
Date