**Exhibit 1**

**Excerpts from I-70 East Final Environmental Impact Statement**

**and Section 4(f) Evaluation, January 2016**





# I-70 East Final Environmental Impact Statement
## and Section 4(f) Evaluation

**JANUARY 2016**

**VOLUME 1 OF 3**

**AQC R600-165**
**Subaccount 13599**
**I-70 East**
I-70 East from I-25 to Tower Road
Denver, Colorado

## FINAL ENVIRONMENTAL IMPACT STATEMENT
## AND SECTION 4(f) EVALUATION

Document Submitted Pursuant to:
16 USC §460l-4, 23 USC §138, 42 USC §4332 (2)(c), 49 USC §303,
and Executive Orders 11990 and 12898
by the
U.S. Department of Transportation
Federal Highway Administration
and
Colorado Department of Transportation

### Cooperating Agencies
Colorado Department of Public Health and Environment, Air Pollution Control Division
Federal Transit Administration
U.S. Army Corps of Engineers
U.S. Environmental Protection Agency
Regional Transportation District

Joshua Laipply, P.E.
Chief Engineer
Colorado Department of Transportation

John M. Cater, P.E.
Division Administrator, Colorado Division
Federal Highway Administration

12/18/2015
Date of Approval

12 -18 - 2015
Date of Approval

The Federal Highway Administration may publish a notice in the *Federal Register*, pursuant to 23 United States Code (USC) Section 139(l), when the Record of Decision is approved. If such notice is published, a claim arising under federal law seeking judicial review of a permit, license, or approval issued by a federal agency for a highway or public transportation capital project shall be barred unless it is filed within 150 days after publication of a notice in the *Federal Register* announcing that the permit, license, or approval is final pursuant to the law under which judicial review is allowed. If no notice is published, then the periods of time that otherwise are provided by the federal laws governing such claims will apply.

EXECUTIVE SUMMARY



# EXECUTIVE SUMMARY

*The Executive Summary of the Final Environmental Impact Statement (EIS) provides an overview of the project, including the project purpose and need, project description, evaluated alternatives, project benefits, and major findings. For further details on the information provided in this Executive Summary, please refer to the corresponding chapter.*

> Since the Supplemental Draft EIS was published in August 2014, additional analyses and content review have been performed for many of the resources discussed in this document. These updates, along with changes resulting from the comments received on the Supplemental Draft EIS, have been incorporated into this Final EIS.

## ES.1   What is the I-70 East EIS project and where is it located?

The Interstate 70 (I-70) East EIS is a joint effort between the Federal Highway Administration (FHWA) and the Colorado Department of Transportation (CDOT). This document identifies potential highway improvements along I-70 in the Denver metropolitan area, between Interstate 25 (I-25) and Tower Road (see **Exhibit ES-1**), and assesses their potential effects on the human and natural environment.

**Exhibit ES-1      I-70 East Project Area and Limits**



The project area extends almost 12 miles along I-70 covering portions of the City and County of Denver (Denver), the City of Commerce City (Commerce City), and the City of Aurora (Aurora); and it includes the neighborhoods of Globeville, Elyria and Swansea, Northeast Park Hill, Stapleton, Montbello, Gateway, and a portion of Aurora.

Each resource evaluated in this document has a specific study area that may be the same as the project area or construction limits of the evaluated alternatives, depending on the resource. Study areas are discussed under each resource section in Chapter 5, Affected Environment, Environmental Consequences, and Mitigation.

## ES.2   What is the background of the I-70 East project?

The I-70 East project began in 2003 as part of the I-70 East Corridor EIS, which looked at both highway and transit solutions. In 2006, the transit and highway components of the project were separated because it was determined that they addressed different corridors, travel markets, and funding sources. The Regional Transportation District (RTD) and the Federal Transit Administration (FTA) completed the EIS for the transit elements (East Corridor EIS) in 2009. Completion of construction on the commuter rail transit line is anticipated in 2016.

The *I-70 East Draft Environmental Impact Statement, Section 4(f) Evaluation* for highway improvements was published in 2008. None of the alternatives analyzed in the 2008 Draft EIS received overwhelming support from the public and stakeholders because of associated impacts to the built, natural, and social environment.

Due to the lack of support, CDOT and FHWA decided not to identify a preferred alternative at that time and initiated a rigorous collaboration process to recommend a preferred alternative. This collaboration process, subsequently named the Preferred Alternative Collaborative Team (PACT), consisted of federal, state, and local agencies; advocacy groups; and stakeholders, including neighborhood representatives from Adams County, Aurora, Commerce City, and Denver.

After approximately one year of collaboration and additional analysis, the PACT members were not able to reach consensus on a preferred alternative. However, the PACT members did agree that I-70 should remain on its existing alignment. Consequently, CDOT and FHWA decided to review prior decisions in the process, including the previously eliminated alternatives. As a result, a new alternative was developed that addressed the public and stakeholder concerns while satisfying the project's purpose and need.

In August 2014, a Supplemental Draft EIS was published that updated the analysis in the 2008 Draft EIS and included additional analysis for the newly developed alternative.



**What is the PACT?**

PACT is the Preferred Alternative Collaborative Team, which was comprised of state and federal agencies, advocacy groups, and stakeholders—including neighborhood representatives from Adams County, Aurora, Commerce City, and Denver. It was formed in July 2010 to help decision makers identify a preferred alternative.

The National Environmental Policy Act of 1969 (NEPA), which governs this project, allows lead agencies to preliminarily identify a preferred alternative at the Draft EIS stage. Although no preferred alternative was identified in the 2008 Draft EIS, FHWA and CDOT preliminarily identified a preferred alternative in the Supplemental Draft EIS. The preliminarily identified Preferred Alternative was refined and is identified as the Preferred Alternative in this document. Chapter 3, Summary of Project Alternatives, includes details on the preferred alternative.

## ES.3   Why prepare an EIS for the I-70 East project?

NEPA requires projects that have a federal nexus and may have an impact on the environment to be analyzed through a rigorous process that allows the public to understand and comment on the benefits and impacts of the project. An EIS is prepared when a proposed action may significantly affect the quality of the human environment. The purpose of an EIS is to "serve as an action-forcing device to ensure that the policies and goals defined in NEPA are infused into the on-going programs and actions of the federal government" (CEQ, 1978). An EIS details the process through which a transportation project is developed, including consideration of a range of reasonable alternatives and detailed analysis of the potential impacts resulting from each. It documents compliance with other applicable environmental laws, regulations, and executive orders.

### ES.3.1   What is the purpose of the Final EIS?

NEPA requires that FHWA and CDOT prepare a Final EIS to:

- Respond to comments received on the Supplemental Draft EIS from agencies, stakeholders, and the public

- Further evaluate the Preferred Alternative that was preliminarily identified in the Supplemental Draft EIS

- Update and modify previous analyses, as appropriate

- Make updates to previous environmental documentation

**What is a federal nexus?**

Under federal law, NEPA applies to any proposed action or transportation project that has a federal nexus, including, but not limited to, instances where:

- Federal funds are involved

- Federal permits or approvals are required

- New or revised access to the interstate system is included

## ES.4   What is the project's purpose and need?

Currently, I-70 between I-25 and Tower Road is one of the most heavily traveled and congested highway corridors in the state. The corridor provides a number of important transportation functions, including interstate and intrastate passenger vehicle travel along I-70; interstate and intrastate truck travel for business purposes; regional access from downtown Denver and the metropolitan area to Denver International Airport (DIA); linkage as an inner beltway between Interstate 225 (I-225) and Interstate 2710 (I-270); and access to adjacent employment areas, neighborhoods, and new development centers.

Using input from scoping, data gathering, and technical analysis, the project purpose and need was developed as part of the 2008 Draft EIS process. The project purpose has not changed since the 2008 Draft EIS, although some of the data used to describe the need for the project have been updated.

The purpose of the I-70 East EIS project is to implement a transportation solution that improves safety, access, and mobility and addresses congestion on I-70 in the project area.

The need for this project results from the following issues:

- **Transportation infrastructure deficiencies**
  I-70 was constructed in the early 1960s with bridge and drainage structures designed to last for 30 years. Nine structures on the corridor are now past their anticipated life spans and are classified as either structurally deficient or functionally obsolete. This means they are in need of repair, rehabilitation, or replacement.

### What qualifies a bridge as "structurally deficient"?

Federal guidelines classify bridges as "structurally deficient" if the components are rated at poor or worse on inspection. This means that engineers have identified a major defect in the bridge's support structure or deck. If a bridge is rated "structurally deficient," the bridge needs substantial maintenance or rehabilitation, or it needs to be replaced.

### When is a bridge "functionally obsolete"?

A bridge is functionally obsolete when it cannot properly accommodate traffic due to poor roadway alignment or out-of-date design standards.



*Falling pieces of concrete show a structurally deficient viaduct. The photo was taken on 46th Avenue under the viaduct.*

- **Increased transportation demand**
  The project area is experiencing rapid growth and development. This includes areas of new development and redevelopment, with substantial residential populations and business activity. Population growth estimates show a 42-percent increase and employment is expected to increase 58 percent from 2010 to 2035. The land use and development trends within the corridor will result in additional demands on the transportation system. Providing access and maximizing travel to, through, and within the corridor are critical to maintaining the economy. This includes maintaining and enhancing connections between major activity centers near the corridor.

- **Limited transportation capacity**
  I-70 serves a growing number of users, ranging from travelers and tourists from outlying areas and DIA to regional trucking, commuters, and local traffic. The demand from these users is exceeding the existing design capacity of I-70 and associated interchanges.

  Within the project area, I-70 currently carries between 52,000 and 220,000 vehicles per day (average daily traffic), depending on the location along the corridor. Forecasts for the year 2035 (with or without improvements) show that traffic volume on I-70 will increase substantially. The forecast ranges from 95,000 to 270,000 vehicles per day depending on the location in the corridor. This increase in traffic will result in more hours of congestion, longer delays, and increased potential for crashes.

- **Safety concerns**
  Based on CDOT's safety evaluation conducted in 2013, some sections of I-70 have higher-than-average crash rates. Higher-than-average crash rates often can be attributed to roadway conditions that do not meet current design standards. Crashes on I-70 cause unpredictable and unavoidable traffic congestion, which adds to or worsens the already existing congestion from travel demand that exceeds the normal roadway capacity. The unpredictable nature of traffic congestion on I-70 increases safety concerns for freight carriers, employers, manufacturers, and business interests in the region, as well as commuters and residents who depend on reliability for their daily travel.

Additional detail on these issues is included in Chapter 2, Purpose and Need.

## ES.5   Which alternatives are fully analyzed in this Final EIS?

Nearly 90 different alternatives were considered and evaluated during the screening process conducted for the Draft EIS and Supplemental Draft EIS—including re-routing I-70 north of Denver. For a variety of reasons, all but three of the alternatives were eliminated. The remaining three alternatives, which are fully analyzed in this document, result from extensive agency involvement and public outreach combined with detailed environmental and technical analyses.

The three alternatives in this Final EIS include the No-Action Alternative and two Build Alternatives: the Revised Viaduct Alternative and the Partial Cover Lowered Alternative. In addition, there are several expansion and operational design options associated with the alternatives. The alternatives and their associated options are discussed briefly in the following subsections and summarized with their key features in **Exhibit ES-2**

As a result of the comments received on the Supplemental Draft EIS and additional stakeholder outreach and agency coordination, the Partial Cover Lowered Alternative as presented and analyzed in the Supplemental Draft EIS has been refined to include elements of both the Basic Option and the Modified Option. This document includes updated analysis of the refined Partial Cover Lowered Alternative and does not include separate Basic and Modified Options.

Additional details on all of the alternatives and design options evaluated in this Final EIS are included in Chapter 3, Summary of Project Alternatives.

**Exhibit ES-2    Summary of Project Alternatives and Options**



## ES.5.1    No-Action Alternative

The No-Action Alternative includes planned and programmed roadway and transit improvements in the project area.

The No-Action Alternative also includes the replacement of the existing I-70 viaduct between Brighton Boulevard and Colorado Boulevard. Due to its age and deteriorating condition, replacement of the viaduct is necessary to maintain the safety and operation of I-70.

As part of the No-Action Alternative, the width of the viaduct structure will be increased to meet current highway standards. However, additional capacity or lanes will not be added to the highway configuration.

Reconstruction of the existing viaduct with the No-Action Alternative includes two Expansion Options, North and South. Each option would widen the highway to the north or to the south, respectively. Both options require additional right-of-way acquisition to allow for phased construction and to rebuild the viaduct using current highway design standards (standard lane and shoulder widths).

> **What is a viaduct?**
>
> A viaduct is a long, elevated roadway consisting of a series of shorter bridge spans supported on arches, piers, or columns.

## ES.5.2    Build Alternatives

There are two Build Alternatives proposed for improvements between Brighton Boulevard and Tower Road: the Revised Viaduct Alternative and the Partial Cover Lowered Alternative. Both of the Build Alternatives add capacity to I-70 between I-25 and Tower Road by restriping I-70 from I-25 to Brighton Boulevard (to accommodate additional lanes) and widening I-70 from Brighton Boulevard to Tower Road.

To address safety issues associated with the aging viaduct between Brighton Boulevard and Colorado Boulevard, the Build Alternatives will replace the existing viaduct or remove it completely.

The Build Alternatives will reconstruct bridges and interchanges affected by the widening improvements between Brighton Boulevard and Tower Road. The I-70 bridge over Sand Creek and the interchanges at Central Park Boulevard, I-225, I-270, Chambers Road, Peña Boulevard, Airport Road, and Tower Road will remain and be modified as needed.

Safety concerns caused by deficient geometries will necessitate elimination of the York Street interchange. Additionally, access at Steele Street/Vasquez Boulevard and Colorado Boulevard will be provided through a split-diamond interchange (eastbound off ramp and westbound on ramp at Steele Street/Vasquez Boulevard, and eastbound on ramp and westbound off ramp at Colorado Boulevard). In addition, slip ramps are included to provide an eastbound off-ramp and westbound on-ramp at Colorado Boulevard.

The Build Alternatives include Operational Options to manage the added capacity of the highway. This is important for better mobility and reliability between I-25 and Tower Road. The General-Purpose Lanes Option will allow all vehicles to use all the lanes on the highway, while the Managed Lanes Option implements operational strategies using tolls or vehicle occupancy restrictions on the additional lanes, leaving the existing three lanes as general-purpose lanes.

The Managed Lanes Option allows for a reliable travel-time option for the users of the managed lanes because vehicles can travel at higher speeds than in the adjacent general-purpose lanes when they are congested.

### Revised Viaduct Alternative

The Revised Viaduct Alternative replaces the viaduct between Brighton Boulevard and Colorado Boulevard. The Revised Viaduct Alternative, North Option expands the north edge of the highway up to 160 feet north from the existing highway edge in some areas. The Revised Viaduct Alternative, South Option extends the south edge of the highway up to 140 feet south of the existing highway edge. Local east-west access is available along 46th Avenue, a four-lane road located underneath the south side of I-70.

### Partial Cover Lowered Alternative

The Partial Cover Lowered Alternative as it is presented in the Final EIS removes the existing I-70 viaduct between Brighton Boulevard and Colorado Boulevard, lowering the highway below grade in this area. It adds additional lane(s) in each direction from Brighton Boulevard to Tower Road. It also adds capacity from I-25 to Brighton Boulevard by restriping. This alternative includes a cover over the highway in the vicinity of Clayton Street and Columbine

**Split-diamond interchange**

A split-diamond interchange is used where local streets are too close to each other to allow for safe operations of the entrance and exit ramps. Ramps are combined and a one-way frontage road is used between the local streets.

**Slip ramps**

A slip ramp is generally located between a freeway mainline and an adjacent frontage road. These ramps allow motorists to "slip" from one roadway to the adjacent parallel roadway. The connection of the slip ramp and the parallel roadway are typically not intersections, but just merging zones.

Street that is approximately, but not more than, 1,000 feet in length. More details on the cover are included in Chapter 3, Summary of Project Alternatives.

As part of this alternative, 46th Avenue will be located on both the north and south sides of the highway. It will be a two-way street between Josephine Street and Milwaukee Street on both sides of the highway and one way in the other locations. This alternative eliminates the portion of 46th Avenue north of I-70 between Columbine Street and Clayton Street to allow for a seamless connection between the Swansea Elementary School and the highway cover. As part of this alternative, access to and from I-70 at the Steele Street/Vasquez Boulevard interchange is maintained.



*Bird's-eye view simulation of Partial Cover Lowered Alternative looking west from above Fillmore Street*
*(Note: Preliminary design, will be revised during the public input process.)*

Additional details on all of the alternatives evaluated in this Final EIS are included in Chapter 3, Summary of Project Alternatives.

## ES.5.3    What is the capital cost of construction?

Capital cost estimates for the proposed alternatives are based on conceptual design engineering and represent the complete project cost, including design, construction management, construction engineering, indirect costs, and construction costs. The construction costs include earthwork, utility relocation, roadway and structure construction, and right of way.

**Exhibit ES-3** summarizes the preliminary capital cost estimates for the alternatives fully evaluated in this document.

**Exhibit ES-3    Project Alternatives Capital Cost Summary**

| Alternatives/Options | Capital Cost, I-25 to Tower (in millions of 2016 dollars) | |
|---|---|---|
| | General-Purpose Lanes Option | Managed Lanes Option |
| No-Action Alternative, North Option | $510 | N/A |
| No-Action Alternative, South Option | $600 | N/A |
| Revised Viaduct Alternative, North Option | $1,330 | $1,450 |
| Revised Viaduct Alternative, South Option | $1,450 | $1,570 |
| Partial Cover Lowered Alternative | $1,580 | $1,700 |

## ES.6    What is the project's identified Preferred Alternative and why was it selected?

FHWA and CDOT identified the Partial Cover Lowered Alternative with Managed Lanes Option as the Preferred Alternative for I-70 East. This alternative, as refined since the Supplemental Draft EIS, is identified as the Preferred Alternative because it meets the project purpose and need, best addresses community concerns, has the most community and agency support, and—with the proposed mitigations—will cause the least overall impact.

The Managed Lanes Option is identified as the Operational Option of the Preferred Alternative because of its long-term operational flexibility and mobility. Managed lanes provide drivers with flexibility by allowing them to pay a fee to bypass congestion on general-purpose lanes. This can improve reliability in travel times. It also allows CDOT to manage congestion over the long term, thereby reducing the need for future expansion. The Managed Lanes Option also has a higher through-put potential in terms of accommodating more people at a given time. This option accommodates express buses, vanpools, and other high-occupancy vehicles, and, therefore, it can provide increased service to those riders. This option also promotes the use of carpools to avoid congestion.

FHWA and CDOT considered feedback provided during the Supplemental Draft EIS public review process before identifying the Preferred Alternative in this document. The identified Preferred Alternative is fully evaluated in this document, along with the other reasonable alternatives, and is compared to the No-Action Alternative.

A summary of impacts and mitigations for the Preferred Alternative is included in Section 5.23, Mitigation Summary.

## ES.7    How will the Preferred Alternative be funded and how will project phasing be used to construct the project?

The full construction of the Preferred Alternative would cost approximately $1.7 billion. Revenue sources for the I-70 East project include allocations from various state and local sources, but there remains a gap between the estimated cost of the project and the revenue available to build it. Because of these funding limitations, the project will be constructed in phases over time. Chapter 8, Phased Project Implementation, discusses the proposed phases.

At this time, Phase 1 is the only funded phase for the project. Phase 1 construction costs total approximately $1.1 billion. Funding is available from the following sources:

- $850 million—Colorado Bridge Enterprise Safety Surcharge
- $50 million—Denver Regional Council of Governments (DRCOG): Surface Treatment Program-Metro and Surface Treatment Program-Congestion Mitigation/Air Quality (CMAQ)
- $180 million—Senate Bill 09-228 Transfers
- $37 million—Denver

Taxes would not be raised to pay for this project. CDOT is not looking at managed lanes as a way to finance the construction of the I-70 East project.

## ES.8    What are the project's transportation impacts?

Transportation modeling is used to help make decisions about the future development of transportation systems. It is used as part of an overall transportation planning process that incorporates forecasting travel patterns 15 to 25 years into the future. These forecasts are used to develop a transportation network that will work effectively in the future.

The 2008 Draft EIS and 2014 Supplemental Draft EIS used the 2035 Denver Regional Council of Governments (DRCOG) Compass Travel Demand Model. Since the Supplemental Draft EIS was released in August 2014, DRCOG has released its 2040 DRCOG Focus Travel Demand Model. A sensitivity analysis was performed comparing the 2035 DRCOG Compass Travel Demand Model to the 2040 DRCOG Focus Travel Demand Model to determine whether the 2035 assumptions were comparable to the 2040 assumptions. As a result, it was concluded that the difference between the two models was minimal (approximately 5 percent difference along the I-70 corridor). Therefore, the 2035 horizon year was maintained for the Final EIS. However, DRCOG updated the 2035 forecasts since the Supplemental Draft EIS was published, and this Final EIS document has been revised to reflect the updated numbers. See Attachment E, *Traffic Technical Report*, for more information about the travel demand modeling.

Based on the population and employment projections for 2035, access to activity centers, economic centers, residential areas, and employment will become more difficult without improvements. The benefit of increased connectivity and mobility will be most important for people who use I-70 regularly.

Daily traffic volumes on I-70 in 2035 are forecasted to increase between 30 percent and 50 percent for the Build Alternatives compared to the No-Action Alternative. The peak-period volumes display similar growth trends as the daily volumes. Overall, both of the Build Alternatives would have similar volumes throughout the day.

The evaluation of impacts to mobility and access within the project area considers:

- Effectiveness of improvements on traffic operations and safety on I-70

- Impact to access and circulation needs on local streets in the vicinity of I-70

- Impact on other transportation facilities in the project area (transit, freight, and bicycle/pedestrian)

A detailed discussion of this evaluation is included in Chapter 4, Transportation Impacts and Mitigation Measures, of this document.

Both of the Build Alternatives will improve I-70 operations compared to the No-Action Alternative. This is due to the

**Future I-70 traffic**

I-70 has very limited reserve capacity based on the current number of lanes on the highway. Improving I-70 through the addition of more lanes (general purpose or managed) results in more drivers using I-70 instead of the local roadways to travel through the study area.

Both of the Build Alternatives show the ability to process an equal amount of traffic on I-70. As a performance measure, traffic volumes on I-70 are not a distinguishing factor between the alternatives.

addition of new lanes, improvement to ramps, addition of auxiliary lanes, and modification of interchanges to better facilitate traffic movements. Implementation of managed lanes will provide additional benefits to operations of I-70 as a whole, will preserve capacity on I-70, and will achieve reliable travel times. The general-purpose lanes in these alternatives will operate slightly less efficiently than the managed lanes.

The removal of the York Street interchange in both Build Alternatives and changes to the Steele Street/Vasquez Boulevard and Colorado Boulevard interchanges will have an impact on circulation and an increase in truck traffic on some of the local streets in the vicinity of these changes.

Freight service within and through the study area via rail will not be adversely affected, as none of the existing rail lines will be severed by I-70 improvements. Truck freight access will be improved by the added capacity and improved safety of both Build Alternatives. Local truck traffic along surface streets will increase slightly due to changes at the York Street, Steele Street/Vasquez Boulevard, and Colorado Boulevard interchanges.

Neither of the Build Alternatives will adversely affect any of the existing or planned bus or rail transit or bicycle/pedestrian facilities in the study area. Both of the Build Alternatives would improve pedestrian/bicycle facilities and connectivity by adding or replacing sidewalks within the limits of construction. The addition of a cover over I-70 in the Partial Cover Lowered Alternative improves pedestrian/bicycle facilities and connectivity. Access to the managed lanes could improve bus transit operations and reliability.

## ES.9   What resources are evaluated for impacts and benefits in the project area?

Chapter 5, Affected Environment, Environmental Consequences, and Mitigation of this document includes summaries of detailed studies conducted to determine the effects of the project alternatives on the following built, natural, and social environmental resources:

- Social and economic conditions
- Environmental justice
- Land use
- Relocations and displacements
- Historic preservation
- Paleontological resources
- Visual resources and aesthetic qualities
- Parks and recreation
- Air quality
- Energy
- Noise
- Biological resources
- Floodplains and drainage/hydrology
- Wetlands and other waters of the U.S.
- Water quality
- Geology and soils
- Hazardous materials
- Utilities
- Human health conditions
- Irreversible and irretrievable commitment of resources
- Short-term use and long-term productivity

The project alternatives and design options benefit or impact each environmental resource differently. For example, while all the design options for the Build Alternatives improve transportation conditions, individual design options impact more properties than others or benefit visual resources more than others.

### ES.9.1   What types of environmental impacts are causing the greatest concern to the public and stakeholders?

Of the environmental resources listed above, those shown to be of greatest concern to the public and stakeholders include social and economic conditions, environmental justice, relocations and displacements, historic preservation, visual resources and aesthetic qualities, air quality, noise, and hazardous materials. The following subsections summarize impacts to these resources.

### How will social and economic conditions be affected?

The social and economic conditions of an area is the combination of various social and economic resources. Social resources generally are qualitative, dynamic, and intangible, while economic resources tend to be quantitative and tangible. All alternatives affect the local economies and social conditions of the area. Many social and economic effects relate to property acquisition, which results in the relocation of residential units and businesses serving either the local neighborhood or regional interests. Property acquisition also reduces property tax revenue for local taxing authorities. All of the residential relocations due to the project alternatives occur in the Elyria and Swansea Neighborhood. Northeast Park Hill also will experience effects to social resources resulting from business relocations.

In general, the improved mobility on I-70 from the Build Alternatives will bolster the economic and social success of developing urban centers in the Stapleton and Gateway Neighborhoods, as well as redevelopment opportunities in existing neighborhoods, such as the Elyria and Swansea Neighborhood. This is in contrast to the No-Action Alternative, which will not add capacity and, therefore, does not have the beneficial effect of improved travel time on I-70.

A variety of mitigation measures, such as providing additional relocation assistance and maintaining connectivity throughout construction, are available for potential impacts to social and economic resources.

### How will low-income and minority populations (environmental justice considerations) be impacted?

The majority of the neighborhoods along the project corridor have notable concentrations of low-income and minority populations. The total population of the study area is 48.0 percent Hispanic or Latino and 23.0 percent Black or African-American. The total low-income population of the study area is 22.8 percent. These percentages are considerably higher than the Denver and Adams Counties averages.

Without mitigation, construction of the project alternatives has disproportionately high and adverse impacts that are predominantly borne by the low-income or minority populations of the Elyria and Swansea Neighborhood

**Impacts to low-income and minority populations**

The discussion of impacts to low-income and minority populations focuses on the Elyria and Swansea Neighborhood since it is the only area with a low-income and minority concentration where the impacts between alternatives differ from one another.

because all of the residences and most of the businesses impacted by the project are located within this neighborhood.

When all of the mitigation measures are implemented and benefits realized, there will be no disproportionately high and adverse impacts to the low-income and minority populations. For more information regarding impacts and mitigations on low-income and minority populations, refer to Section 5.3, Environmental Justice.

### What type of relocations will be required?

Property acquisition is an important element in all of the project alternatives because additional right of way is required for each of them. In the case of occupied buildings, it is necessary to "relocate" or "displace" individuals from those properties (residential, business, or non-profit) to a replacement site.

The total number of residential relocations estimated for each alternative ranges from 13 residences (No-Action Alternative, South Option) to 56 residences (Partial Cover Lowered Alternative). More than half of the residential relocations are tenant occupied instead of owner occupied. All of the residential relocations are located in the Elyria and Swansea Neighborhood. Market conditions in Denver, as of July 2015, indicate that an adequate supply of decent, safe, and sanitary replacement housing is available to support the residential displacements that result from any of the project alternatives.

The project alternatives will relocate between six (No-Action Alternative, North Option) and 27 businesses (Revised Viaduct Alternative, South Option). All of the alternatives and options—except the No-Action Alternative, South Option—require the relocation of the Ministry Outreach Center, which is part of the Denver Rescue Mission, a 501(c)3 non-profit organization.

Relocation benefits will be provided to all eligible persons regardless of race, color, religion, sex, or national origin. Benefits under the Uniform Relocation Assistance and Real Property Acquisition Policies Act of 1970 (Uniform Act)—to which each eligible owner or tenant may be entitled—will be determined on an individual basis and explained to them in detail by an assigned right-of-way specialist (CDOT, 2011).



*Number of residential relocations by alternative and option for the Elyria and Swansea Neighborhood (out of 1,844 existing housing units in the neighborhood)*

## How will historic resources be affected?

An Area of Potential Effect (APE) was defined for the project to assist in identifying historic resources near the corridor. A survey determined that 66 historic resources within the APE are either officially eligible for listing on the National Register of Historic Places (NRHP) as individual properties (51), districts (six), or as supporting segments of eligible linear resources (nine railroads, canals, and sewers).

The Section 106 Regulations of the National Historic Preservation Act define an effect on a historic resource as an "… alteration to the characteristics of a historic resource qualifying it for inclusion in or eligibility for the National Register" (36 CFR §800.16[i]). Effects are discussed as "no effect," "no adverse effect," or "adverse effect" (36 CFR §800.5). **Exhibit ES-4**, below, presents a summary of effects by alternative for historic resources in the APE.

> **What is an APE?**
>
> An APE (Area of Potential Effect) is a geographic area or areas within which a project may directly or indirectly cause alterations in the character or use of historic resources (36 CFR 800.16(d)).

**Exhibit ES-4     Summary of Effects for Historic Resources in the APE**

| Effect | No-Action Alternative | | Revised Viaduct Alternative | | Partial Cover Lowered Alternative |
|---|---|---|---|---|---|
| | North Option | South Option | North Option | South Option | |
| Adverse Effect[1] | 7 | 1 | 8 | 8 | 13 |
| No Adverse Effect | 50 | 56 | 54 | 54 | 50 |
| No Effect | 9 | 9 | 4 | 4 | 3 |

1.   Total includes adverse effect to entire historic district and does not include individual contributing resources

FHWA and CDOT are working on a Programmatic Agreement, currently in draft form, that has identified mitigation measures for the Preferred Alternative through consultation with the Colorado State Historic Preservation Office (SHPO) and consulting parties. As an early mitigation measure, CDOT has provided funding for and participated in creating a documentary covering the history of I-70 East and its relationship to the neighborhoods of Elyria and Swansea and Globeville. This film can be viewed on the I-70 East website at www.i-70east.com.

## How will visual resources and aesthetic qualities be affected?

FHWA defines visual resources in the memorandum, "Esthetics and Visual Quality Guidance Information" as, "those physical features that make up the visible landscape, including land, water, and vegetative and man-made

elements. These elements are the stimuli upon which actual visual experience is based." (FHWA, 1986, page 5)

NEPA and Council on Environmental Quality (CEQ) regulations identify aesthetics as one of the elements in the human environment that must be considered in determining the effects of a proposed project. Visual resources make up the aesthetic qualities of an area. They are important to this project, especially between Brighton Boulevard and Colorado Boulevard, because the existing viaduct has had a dominant visual presence in the area for decades and any changes to it will result in changes in the surrounding environment.

There are minor impacts to visual resources and aesthetic qualities in the study area. The project alternatives will improve the aesthetic quality of the area either by replacing the viaduct with a newer structure that can be designed to complement neighborhood architecture or by removing the viaduct and locating the highway below grade. Any additional improvements to enhance the visual effects of the proposed highway alternatives will be developed through a collaborative process to reflect the needs of individual neighborhoods and local aesthetic context.

### How will air quality be affected?

Following guidelines established by the U.S. Environmental Protection Agency (EPA) for conducting analysis of air quality impacts, the air quality effects of the No-Action Alternative and Build Alternatives for I-70 East have been evaluated. With regard to carbon monoxide for all project alternatives, the project is not expected to cause any new violations of any standard, increase frequency or severity of any existing violation, or delay timely attainment of the National Ambient Air Quality Standards (NAAQS). The modeled values are below the NAAQS and suggest that there is no exceedance or impact from the project based on the standards.

Results of the particulate matter 10 microns or less in size ($PM_{10}$) analysis indicate 24-hour $PM_{10}$ concentrations do not exceed the NAAQS for any of the project alternatives, including the Partial Cover Lowered Alternative. A comparison of air quality conditions for all pollutants demonstrates the effects of minor differences in traffic volume and roadway configuration between the alternatives; air pollution impacts for all design alternatives are similar.

Several factors are evident at the conclusion of this analysis:

- Air quality conditions for the Build Alternatives are similar to the No-Action Alternative;

- Traffic volume and traffic speed are the primary drivers of project-level air quality impacts; and

- Fugitive dust emissions from road sanding, as well as brake and tire wear, are the primary indicators of future particulate matter emissions.

However, significant changes in any of these factors could impact pollutant emissions at the project level.

### How will noise levels be affected?

Due to the expected increase in traffic volumes by 2035 and the changes proposed by the design alternatives, traffic noise will increase.

Noise levels vary between A-weighted decibels (dBA) in the high 50s to low 70s depending on how close the noise receptor is to the highway. CDOT considers a noise impact to occur when the loudest hour of noise is at or above 66 dBA (for residential dwelling units) or when there is an increase of 10 dBA or more affecting a noise receptor. Noise levels above the loudest hour, as well as substantial noise increases of 10 dBA or greater, are expected without the construction of noise walls.

Results of the analysis show that all of the alternatives without mitigation will cause noise to exceed the Noise Abatement Criteria (NAC) of 66 dBA at various locations, including Swansea Elementary School. **Exhibit ES-5** summarizes by alternative, the number of noise receptors that exceed the NAC threshold without and with mitigation.

**Exhibit ES-5 Noise Receptors Exceeding NAC Threshold by Alternative**

| Alternative/Option | Number of Noise Receptors | Number of Noise Receptors that Exceed NAC Threshold | | Number of Noise Receptors with a Substantial Noise Increase | |
|---|---|---|---|---|---|
| | | Without Mitigation | With Mitigation | Without Mitigation | With Mitigation |
| Existing | 940 | | 91 | | N/A |
| No-Action Alternative, North Option | 890 | 362 | 59 | 40 | 0 |
| No-Action Alternative, South Option | 857 | 360 | 54 | 34 | 0 |
| Revised Viaduct Alternative, North Option | 896 | 453 | 114 | 97 | 0 |
| Revised Viaduct Alternative, South Option | 873 | 431 | 83 | 86 | 2 |
| Partial Cover Lowered Alternative | 873 | 155 | 108 | 11 | 0 |

CDOT must consider noise mitigation measures if the noise level at a sensitive site, such as a residence, meets or exceeds the NAC threshold for the specific land use. To alleviate noise impacts, noise walls are recommended when feasible and reasonable. For more information regarding location of the noise walls, refer to Section 5.12, Noise.

### How will hazardous materials sites be affected?

Hazardous materials are solids, liquids, or gases that are harmful to human health or to the environment. Construction of the proposed alternatives will likely affect sites contaminated by hazardous materials. Construction activities associated with the alternatives have the potential to release hazardous materials at these sites into soil or groundwater, or lead to hazardous materials exposure of workers or the public if proper health, safety, and remediation efforts are not applied.

The No-Action Alternative will potentially affect seven hazardous material sites and disturb approximately 41 acres of land assumed to be contaminated. The Build Alternatives have the potential to affect 21 to 25 hazardous material sites and disturb 575 acres to 703 acres of land assumed to be contaminated. Compared to the Revised Viaduct Alternative, the Partial Cover Lowered Alternative impacts approximately 14 percent to 20 percent more sites, increasing the construction that will occur on land assumed to be contaminated by approximately eight percent. Lowering the highway below street level impacts soil and/or groundwater at greater depths than the No-Action Alternative and Revised Viaduct Alternative. Disturbing greater volumes of soil and/or groundwater increases the

**Common contaminants**

Common contaminants identified in soil and/or groundwater include:

- Petroleum products (i.e., fuels, oils)
- Chlorinated solvents
- Metals
- Asbestos

potential to affect hazardous materials. The Managed Lanes Option increases ground disturbance by an additional 83 acres; however, it does not increase the potential to impact hazardous material sites.

Any contamination encountered during the construction of the project will be cleaned up in compliance with applicable state and federal regulations, which will benefit the area in the future.

## ES.10 How are the public and stakeholders involved in the I-70 East EIS project?

The I-70 East EIS has followed an extensive community and agency involvement process since the project began in 2003. After the separation of the highway and transit elements of the project in June 2006, the enhanced public involvement techniques continued as part of the I-70 East EIS. The overall goal of the community outreach and agency involvement process has been to solicit input through a transparent, open, and dynamic process that includes community members; businesses; federal, state, and local agencies; stakeholders; and community groups within the project area. This process helped the project team identify and document issues and incorporate them in the planning and decision-making process.

After publishing the Draft EIS in 2008, CDOT and FHWA started a more focused outreach process to better understand some of the issues that were brought up during the public comment period and develop solutions to address the public concerns and eventually select a preferred alternative. The project team used innovative public outreach techniques along with traditional methods to reach out to the community and stakeholders for their input. Some of these outreach techniques were corridor-wide meetings, one-on-one meetings, website updates, email notifications, monthly community meetings, and telephone town-hall meetings.

After the Supplemental Draft EIS was published, the focus of the agency involvement and community outreach process was to gather input on the Partial Cover Lowered Alternative. Agency involvement and community outreach methods used during the preparation of this document were comprised of ongoing agency coordination and community outreach, including a community planning workshop to explore possibilities for outdoor uses for the cover that will

be located over I-70 near Swansea Elementary School. Detailed information on community and agency involvement is in Chapter 10, Community Outreach and Agency Involvement.

Public meetings and other engagement strategies will be used to keep the public informed about the project's progress through the Record of Decision (ROD) and, after that, through project final design and construction phases. In addition, the project team will continue to participate in neighborhood-related activities, such as festivals and picnics, to interact with community members, inform them about the upcoming project activities, and answer questions.

## ES.11 What are the project impacts to Section 4(f) properties?

Section 4(f) of the Department of Transportation Act of 1966 stipulates that the FHWA and other U.S. Department of Transportation agencies cannot approve the use of land from publicly owned parks or recreational areas, wildlife or waterfowl refuges, or public or private historic sites unless the following conditions apply:

a) the Administration determines that:

There is no feasible and prudent avoidance alternative, as defined in § 774.17, to the use of land from the property; and

The action includes all possible planning, as defined in § 774.17, to minimize harm to the property resulting from such use; or

b) The Administration determines that the use of the property, including any measure(s) to minimize harm (such as any avoidance, minimization, mitigation, or enhancement measures) committed to by the applicant, will have a *de minimis* impact, as defined in § 774.17, on the property.

> **De minimis finding**
>
> A *de minimis* finding can be applied if the use does not in an adverse effect to the activities, features, and/or attributes of the Section 4(f) resource. A *de minimis* finding does not require further analysis for avoidance or impact minimization.

The project area contains historic resources and publicly owned parks and recreation areas. Within the Section 106 APE, there are 66 historic resources. This includes six historic districts, each with multiple contributing elements that are protected by Section 4(f).

In addition, there are 45 parks and 43 other recreational areas (such as recreation centers, golf courses, open space/nature areas, special events centers, trails, and school

playgrounds/ball fields) that are publicly owned and publicly accessible. Each of these parks and recreation areas are considered Section 4(f) properties.

Most of the properties mentioned above are so far removed from the project that there will be no physical or proximity impacts; however, the project alternatives will result in uses of Section 4(f) properties in the project area. **Exhibit ES-6** summarizes the uses of Section 4(f) properties for each of the project alternatives.

**Exhibit ES-6     Summary of Section 4(f) Property Uses**

| Alternative/ Option | Section 4(f) Uses[1] | | | | | |
| | Historic resources[2] | | Parks and recreation areas | | Total | |
| | Use | *De minimis* | Use | *De minimis* | Use | *De minimis* |
| No-Action Alternative, North Option | 7 | 3 | 1 | 0 | 8 | 3 |
| No-Action Alternative, South Option | 1 | 3 | 0 | 0 | 1 | 3 |
| Revised Viaduct Alternative, North Option | 8 | 6 | 1 | 0 | 9 | 6 |
| Revised Viaduct Alternative, South Option | 8 | 6 | 0 | 0 | 8 | 6 |
| Partial Cover Lowered Alternative | 13 | 5 | 2 | 0 | 15 | 5 |

1.  The number in the Use column does not include de minimis impact determinations
2.  Historic districts are presented as one Section 4(f) resource; individual contributing properties to historic districts are not included in this total

Because there are no feasible or prudent alternatives that avoid the use of all Section 4(f) resources, an analysis is required to determine which alternative causes the least overall harm.

The Partial Cover Lowered Alternative causes less overall harm to all resources compared to the Revised Viaduct Alternative. Although it has greater impacts to some resources, it provides significant benefit by removing the dominant visual impact of the viaduct. It provides the cover over the highway, which serves to reduce noise impacts and protects air quality. Mitigation provided to environmental justice neighborhoods provides more public open space.

After extensive coordination with local officials and/or agencies having jurisdiction over the Section 4(f) resources, as well as public review, FHWA has determined that there are no feasible and prudent avoidance alternatives and, that the Partial Cover Lowered Alternative causes the least overall harm.

## ES.12 What happens after publication of the Final EIS?

After publishing the Final EIS and holding a 30-day public review period, the final step in the NEPA process is the preparation of a ROD, which will document FHWA's final decision for the project, explain why it has taken a particular action, and present the mitigation measures and commitments to be incorporated into project construction and operation. The ROD will identify funding for the approved action consistent with the fiscally constrained section (2040 Fiscally Constrained Regional Transportation Plan [RTP]) of the DRCOG *2035 Metro Vision Regional Transportation Plan* (MVRTP) (DRCOG, 2015).

CHAPTER 1: Introduction



# CHAPTER 1: INTRODUCTION

*This chapter presents a brief description of the NEPA process and how the I-70 East project started. It also summarizes the project's progress to date, including the publication of the 2008 Draft EIS and the 2014 Supplemental Draft EIS. Public involvement has significantly influenced the project thus far, so additional information about how the public can maintain involvement through the remainder of the process is included. Lastly, this chapter includes a list of all the chapters in this document and associated technical reports, which are attached to this document as Volume 2 and 3.*

Since the Supplemental Draft EIS was published in August 2014, additional analyses and content review have been performed for many of the resources discussed in this document. These updates, along with changes resulting from the comments received on the Supplemental Draft EIS, have been incorporated into this Final EIS. In this chapter, no content-related updates were made.

**History and purpose of NEPA**

Congress enacted NEPA in December 1969, and President Nixon signed it into law on January 1, 1970. NEPA was the first major environmental law in the United States. NEPA established this country's national environmental policies.

## 1.1   What is the NEPA process?

NEPA requires analysis of projects with a federal nexus, such as federal funding, that may impact the environment. This is done through a rigorous process that allows the public to understand and comment on the benefits and impacts of the project. Federal agencies are required by NEPA to prepare an EIS for major federal actions that could significantly affect the quality of the human and natural environment. EISs are intended to disclose the effects of a project at a stage in the project where decision making can still be shaped by the environmental analysis and agency and public comments. This process allows decision makers to consider effects on the environment with other important considerations, such as need, feasibility, cost, and the safety of the traveling public.

## 1.2   What is the history of I-70?

Planning for I-70 started nearly 60 years ago. As part of the recommendation for the "Valley Highway" (I-25), it was determined that Denver's major east-west thoroughfare should be located along 46th Avenue to the east of the Valley Highway and along 48th Avenue to the west.

In 1947, Denver formally requested that the 46th Avenue/48th Avenue corridor be designated as a state highway between Sheridan Boulevard and Colorado Boulevard. Detailed studies and design efforts continued in the 1950s and 1960s, and I-70 construction was completed in 1964. The elevated section of I-70 East from Brighton Boulevard to Colorado Boulevard, known as the I-70 Viaduct, now carries approximately 145,000 vehicles per day, providing east-west access for commuters, freight, transit, and general-purpose traffic.

CDOT and FHWA propose improvements to the I-70 corridor where it crosses northeast Denver, Colorado, from I-25 on the west to Tower Road on the east.

### What is a federal nexus?

Under federal law, NEPA applies to any proposed action or transportation project that has a federal nexus, including, but not limited to, instances where:

- Federal funds are involved
- Federal permits or approvals are required
- New or revised access to the interstate highway system is included







*Historic photos of 46th Avenue from* Commemorating the Opening of the East 46th Avenue Freeway (I-70), *1964*

The intent of the I-70 East EIS is to identify highway improvements along I-70 by:

- Analyzing alternatives that are intended to meet the project's purpose and need, and detailing the highway improvement alternatives development process;

- Evaluating the social, economic, and environmental effects (positive and negative) of the alternatives; and

- Identifying measures to avoid, minimize, or mitigate negative effects.

The aging viaduct is vulnerable to failure within the next 10 to 15 years, even with recent maintenance activities that were completed in 2011. In addition, by 2035, the corridor is projected to carry nearly twice as many vehicles as it was originally designed for, resulting in extended congestion and impaired mobility. The uninterrupted and safe movement of people and goods across I-70 through the Denver metropolitan area is essential to the region's economic vitality and quality of life.

## 1.3   What is the I-70 East EIS project?

This EIS process began in 2003 as part of the I-70 East Corridor EIS, which looked at both highway and transit solutions. The process was a joint effort among several agencies initially, including CDOT, FHWA, RTD, FTA, and Denver.

In June 2006, it was determined that the highway and transit elements of the I-70 East Corridor EIS process serve different travel markets, are located in different corridors, and have different funding sources. At this point, the highway and transit components of the analysis were separated.

The I-70 East EIS focuses on needed highway improvements between I-25 and Tower Road and is being conducted by CDOT and FHWA. The EIS for the transit elements in this area (East Corridor EIS) were completed by RTD and FTA in 2009; construction of the commuter rail transit line is anticipated for completion in 2016. The East Corridor EIS evaluated more than 100 alternatives (alignment, station locations, and technologies including bus rapid transit, light rail, and commuter rail). More information on the transit elements of this corridor is available at www.rtd-fastracks.com.



In November 2008, a Draft EIS was issued that evaluated the impacts of multiple alternatives. Following issuance of the Draft EIS, CDOT began a collaborative process with formation of the PACT in July 2010 to help decision makers with identifying a preferred alternative.

After many discussions, open dialogues, and public input, the PACT recommended the Current Alignment as the preferred alignment, but did not choose an alternative from those presented in the 2008 Draft EIS as the preferred alternative.

Following the PACT process, CDOT re-examined previously eliminated alternatives and developed a new alternative.

In August 2014, a Supplemental Draft EIS was released that updated the analysis in the Draft EIS and included additional analysis for the newly developed alternative.

NEPA allows lead agencies to preliminarily identify a preferred alternative at the Draft EIS stage. Although no preferred alternative was identified in the Draft EIS, FHWA and CDOT preliminarily identified a preferred alternative in the Supplemental Draft EIS. That alternative was refined and is identified as the Preferred Alternative in the Final EIS. Chapter 3, Summary of Project Alternatives, includes additional details on the Preferred Alternative.

Preparing this document provides an opportunity to respond to comments from agencies, stakeholders, and the public; further evaluate the Preferred Alternative that was preliminarily identified in the Supplemental Draft EIS; improve and modify previous analyses, as appropriate; and make updates to previous environmental documentation.

**What is the PACT?**

The PACT is the Preferred Alternative Collaborative Team, which was comprised of state and federal agencies, advocacy groups, and stakeholders—including neighborhood representatives from Adams County, Aurora, Commerce City, and Denver. It was formed in July 2010 to help decision makers with identifying a preferred alternative.

## 1.4   Who has been involved in the I-70 East NEPA process?

NEPA requires that one or more lead agencies take responsibility for the environmental review process. For this project, FHWA is the federal lead agency and CDOT is the state lead agency. FHWA is providing highway design guidance and environmental oversight. CDOT is leading the highway design efforts and development of the EIS. The lead agencies also closely consider public comments on the project.

Staff from the affected jurisdictions and representatives of state and federal resource agencies provide advice and recommendations to the lead agencies about the scope and content of environmental analysis. These "cooperating agencies" are defined under NEPA as other agencies with jurisdiction by law or special expertise over evaluated resources (42 United States Code [USC] §§ 4331[a] and 4332[2]).



**Lead Agencies**

Federal Highway Administration (FHWA)

Colorado Department of Transportation (CDOT)

**Cooperating Agencies**

U.S. Army Corps of Engineers (USACE)

U.S. Environmental Protection Agency (EPA)

FTA Federal Transit Administration (FTA)

RTD Regional Transportation District (RTD)

Colorado Department of Public Health and Environment (CDPHE)

## 1.5   How were comments on the Supplemental Draft EIS addressed?

During the comment period, nearly 900 individual submissions—many containing multiple comments—were received from the public, stakeholders, and agencies on the Supplemental Draft EIS during the public review period from August 2014 to October 2014. Every comment was reviewed individually for response development. The comments and responses are provided in Attachment Q of this document. CDOT modified and revised the content of the document where appropriate in response to these comments.

## 1.6   What happens after the Final EIS?

After publishing the Final EIS and holding a public review period, the final step in the NEPA process is the preparation of a ROD that will select the preferred alternative, document FHWA's final decision for the project, explain why it has taken a particular action, and present the mitigation measures and commitments to be incorporated into project construction and operation. The ROD will identify funding for the approved action consistent with the fiscally constrained section (Fiscally Constrained RTP) of the DRCOG 2040 MVRTP (DRCOG, 2015b).

## 1.7   When will the project be built?

Funding constraints limit the ability to fully construct the Preferred Alternative at one time. Therefore, the project will be built in phases. For more information regarding the phasing of the Preferred Alternative, refer to Chapter 8, Phased Project Implementation. Pending the completion of the NEPA process, construction of the first phase of the project is anticipated to begin in 2017.

## 1.8   How to stay involved and how CDOT will communicate with the public

The best way to stay involved and receive project updates is to join the project mailing list. To do this, visit the project website at: www.i-70east.com or call the project hotline at 303-757-9413. CDOT will continue to keep the public informed about decision making and opportunities for input. Chapter 10, Community Outreach and Agency Involvement, summarizes all the techniques that CDOT practices to engage the public in the NEPA process.

To learn more about this document or to voice your comments and concerns, three public hearings are scheduled during the public review period and are listed below:

- Aurora: February 1, 2016
  North Middle School

- Commerce City: February 2, 2016
  Adams City High School

- Denver: February 3, 2016
  Bruce Randolph Middle School

## 1.9   How is this document organized?

This document is designed to provide readers with a complete record of the environmental analysis performed and the decision-making process that resulted in the identification of the Preferred Alternative. Accordingly, it includes the full analysis of the alternatives evaluated in the Supplemental Draft EIS, the No-Action Alternative and the Revised Viaduct Alternative, as well as updated analysis of the Preferred Alternative, the Partial Cover Lowered Alternative.

This document includes 10 chapters (Volume 1) and 15 attachments (Volumes 2 and 3) that support the analysis and information presented. It has the same chapter

arrangement as the Supplemental Draft EIS, but adds two new chapters (Chapter 8, Phased Project Implementation, and Chapter 9, Preferred Alternative Mitigation Commitments) and moves Community Outreach and Agency Involvement to Chapter 10. Each chapter includes multiple sections and subsections to make it easier for the reader to find the information they are looking for.

Volume 1 of the Final EIS includes the following chapters:

- Executive Summary (also included in Spanish)
- Chapter 1—Introduction
- Chapter 2—Purpose and Need
- Chapter 3—Summary of Project Alternatives
- Chapter 4—Transportation Impacts and Mitigation Measures
- Chapter 5—Affected Environment, Environmental Consequences, and Mitigation
- Chapter 6—Cumulative Impacts
- Chapter 7—Section 4(f) Evaluation
- Chapter 8—Phased Project Implementation
- Chapter 9—Preferred Alternative Mitigation Commitments
- Chapter 10—Community Outreach and Agency Involvement

A list of references and a list of preparers are included as a part of this volume to source the data and identify the authors of the document.

The 15 attachments provided in Volumes 2 and 3 present technical data and detailed analysis supporting the results provided in this document. Some of these technical reports include an addendum, which updates the analysis that was previously performed in preparing the Supplemental Draft EIS. There are three new attachments, presented as Attachments O, P, and Q.

Attachment A, *Alternative Maps*, is a standalone 11-inch by 17-inch booklet providing detailed maps for the project. Attachments B through P are provided in Volume 2. Attachment Q, *Supplemental Draft EIS Comments and Responses*, is provided in three parts in Volume 3 (also 11-inch by 17-inch). Attachments E, F, I, J, K, O, and P are new documents, while Attachments B, C, D, G, H, L, M, and N are addenda. The Supplemental Draft EIS Technical Reports for these addenda are included on the DVD attached to this document.

The attachments to this document are as follows:

- Attachment A—Alternative Maps

- Attachment B—Agency Consultation
  Agency Consultation Addendum

- Attachment C—Alternative Analysis
  Alternative Analysis Technical Report Addendum

- Attachment D—Community Outreach and Agency Involvement
  Community Outreach and Agency Involvement Technical Report Addendum

- Attachment E—Traffic
  Traffic Technical Report

- Attachment F—Environmental Justice
  Environmental Justice Technical Report
  (The Supplemental Draft EIS attachment required no modifications or updating, no addendum or new Technical Report has been prepared as part of the Final EIS)

- Attachment G—Relocations and Displacements
  Conceptual Stage Relocation Technical Report Addendum

- Attachment H—Hazardous Materials
  Hazardous Materials Technical Report Addendum

- Attachment I—Historic Preservation (Section 106)
  Section 106 Determinations of Eligibility and Effects
  Documentation for Finding of Adverse Effect

- Attachment J—Air Quality
  Air Quality Technical Report

- Attachment K—Noise
  Noise Technical Report

- Attachment L—Biological Assessment
  Biological Assessment Addendum

- Attachment M—Hydrology and Hydraulics
  Hydrology and Hydraulics Technical Report Addendum

- Attachment N—Wetlands and Other Waters of the U.S.
  Wetland Finding
  Wetlands and Other Waters of the U.S. Technical Report Addendum

- Attachment O—Aesthetic and Design Guidelines (new)

- Attachment P—Cover Planning (new)

- Attachment Q—Supplemental Draft EIS Comments and Responses (new)

CHAPTER 2: Purpose and Need



# CHAPTER 2:  PURPOSE AND NEED

*This chapter describes the project purpose and why it is needed. It also details why the project was started, the horizon years of analysis, the project limits, and the project area.*

Since the Supplemental Draft EIS was published in August 2014, additional analyses and content review have been performed for many of the resources discussed in this document. These updates, along with changes resulting from the comments received on the Supplemental Draft EIS, have been incorporated into this Final EIS. In this chapter, the updates include the following items:

- The travel demand analysis was revised to include the most recent land use scenarios in the DRCOG 2035 regional plan (DRCOG Compass model, Version 5.0).
- Reference to regional and local planning documents published since August 2014 were updated in the text.

## 2.1   Why was the I-70 East project initiated?

As discussed in the DRCOG MVRTP (DRCOG, 2015b), the transportation system is integral to the growth and development of the region. One of the policies within this plan is system preservation, to assure existing and future transportation facilities are maintained and preserved.

The transportation vision for the I-70 East corridor is to serve as a multi-modal interstate freeway and rapid transit corridor serving regional and statewide trips. Improvements are needed on I-70 East to increase mobility as well as maintain system quality and enhance safety.

Currently, I-70 between I-25 and Tower Road is one of the most heavily traveled and congested highway corridors in the region and state. The corridor provides a number of important transportation functions, including interstate and intrastate passenger vehicle travel along I-70; interstate and intrastate truck travel for business purposes; regional access to DIA from downtown Denver and the metropolitan area; linkage as an inner beltway between I-225 and I-270; and access to adjacent employment areas, neighborhoods, and new development centers. I-70 serves as a key east-west transportation and freight corridor through the American Midwest, Denver, and Colorado's Rocky Mountains, and it is the primary access to DIA.

A parallel rapid transit line—the East Corridor line, opening in 2016—is planned to connect to DIA, and the Union Pacific Railroad (UPRR) line also runs parallel to I-70. A large number of industrial activities also are situated all along this corridor (DRCOG, 2011, Appendix 1).

In addition, the viaduct between Brighton Boulevard and Colorado Boulevard, which was constructed in 1964, is one of the largest and most notable bridges in deteriorating condition across the state. The viaduct requires replacement within the next 10 to 15 years.

> **What is a viaduct?**
>
> A viaduct is a long, elevated roadway consisting of a series of shorter bridge spans supported on arches, piers, or columns.

## 2.2   What is the horizon year of analysis for this project?

Transportation modeling is used to help make decisions about the future development of transportation systems. It is used as part of an overall transportation planning process that incorporates forecasting travel patterns 15 to 25 years into the future. These forecasts are used to develop a transportation network that will work effectively in the future.

The 2008 Draft EIS used a horizon year of 2030, which was updated to 2035 for the 2014 Supplemental Draft EIS. The 2008 Draft EIS and 2014 Supplemental Draft EIS used the 2035 DRCOG Compass Travel Demand Model. Since the Supplemental Draft EIS was released in August 2014, DRCOG has released its 2040 DRCOG Focus Travel Demand Model. A sensitivity analysis was performed comparing the 2035 DRCOG Compass Travel Demand Model to the 2040 DRCOG Focus Travel Demand Model to determine whether the 2035 assumptions were comparable to the 2040 assumptions. As a result, it was concluded that the difference between the two models was minimal (approximately 5 percent difference along the I-70 corridor). Therefore, the 2035 horizon year was maintained for the Final EIS. However, DRCOG updated the 2035 forecasts since the Supplemental Draft EIS was published, and this Final EIS document has been revised to reflect the updated numbers.

See Attachment E, *Traffic Technical Report*, for more information about the travel demand modeling.

## 2.3   What are the project limits and where is the project area?

As shown in **Exhibit 2-1**, the project limits extend almost 12 miles along I-70 between I-25 and Tower Road. The project area covers locations within Denver, Commerce City, and Aurora. This document focuses on the neighborhoods of Globeville, Elyria and Swansea, Northeast Park Hill, Stapleton, Montbello, Gateway, and a portion of Aurora.

Existing and forecasted traffic volumes were the main factor in determining the project limits on I-70. Forecasted traffic volumes for the year 2035 range from 95,000 to 270,000 vehicles per day between I-25 and Peña Boulevard, declining east of there. The western limit is I-25 because of the high

**Logical termini**

Using NEPA terminology, project limits are the same as logical termini. Logical termini for project development are defined as rational end points for both transportation improvement and review of the environmental impacts.

diversion of traffic from I-70 to both northbound and southbound I-25. Between 40 percent and 50 percent of traffic traveling westbound on I-70 diverts onto I-25. Tower Road is the eastern limit because the traffic volumes drop substantially east of Peña Boulevard. These limits do not preclude other NEPA transportation improvement studies outside the corridor (DRCOG, 2013).

**Exhibit 2-1     Project Area and Limits**



An approximate one-mile buffer was created around the project limits to establish the project area. The project area was used to frame the range of transportation solutions and examine existing resource conditions.

The project area is a blend of older, established neighborhoods and communities to the west of Quebec Street and newer, expanding communities to the east. These communities are diverse in their character and history, providing a wide variety of residential, commercial, public facility, and institutional land uses. Adding to the complexity of the project area is the presence of major travel destinations, such as the National Western Complex, and the redevelopment of areas, such as the former Stapleton International Airport, into major mixed-use residential and commercial centers.

## 2.4   What is the purpose of the project?

The project purpose and need was developed using input from scoping, data gathering, and technical analysis.

The purpose of the project is to implement a transportation solution that improves safety, access, and mobility and addresses congestion on I-70 in the project area.

## 2.5   Why is this project needed now?

The need for this project results from the following issues:

- Transportation infrastructure deficiencies
- Increased transportation demand
- Limited transportation capacity
- Safety concerns

### 2.5.1   Transportation infrastructure deficiencies

I-70 was built in the early 1960s with bridge and drainage structures designed to last for 30 years. Nine structures on the corridor are now past their anticipated lifespan and are classified as either structurally deficient or functionally obsolete and in need of repair, rehabilitation, or replacement.

The viaduct between Brighton Boulevard and Colorado Boulevard was constructed in 1964. The sufficiency rating of the viaduct was 44 out of a possible 100, which is considered structurally deficient, functionally obsolete, and in need of replacement as described in the 2008 Draft EIS. Following two rehabilitation projects completed on the viaduct in 2011, this rating has increased to 62, which extends the useable lifespan of the structure an additional 10 to 15 years. The sufficiency rating remains 62 since the last inspection in September 2014.

---

**Safety, access, and mobility**

One element of the I-70 East project purpose is to implement a transportation solution that improves safety, access, and mobility in the project area. These terms are used in this document as follows:

**Safety:** Reliable and secure travel along I-70 (addressing the high crash rate, deteriorating facility and infrastructure deficiencies).

**Access:** The ability to provide reasonable access to and from transportation facilities and local destinations.

**Mobility:** How well the available transportation choices (highway, local roads, sidewalks, and transit) move people and goods.

---

**What qualifies a bridge as "structurally deficient"?**

Federal guidelines classify bridges as "structurally deficient" if the components are rated at poor or worse on inspection. This means that engineers have identified a major defect in the bridge's support structure or deck. If a bridge is rated "structurally deficient," the bridge needs substantial maintenance or rehabilitation, or it needs to be replaced.

**When is a bridge "functionally obsolete"?**

A bridge is functionally obsolete when it cannot properly accommodate traffic due to poor roadway alignment or out-of-date design standards.



*Falling pieces of concrete show a structurally deficient viaduct. This photo was taken on 46th Avenue under the viaduct.*

---

## 2.5.2   Increased transportation demand

The project area is experiencing rapid growth and development. This includes both areas of new development and redevelopment, with substantial residential populations and business activity. In addition to the established neighborhoods on the western end of the corridor, the following substantial new residential and business growth is occurring:

- **Downtown Denver.** According to *Blueprint Denver* (Denver, 2002) (a supplement to *Comprehensive Plan 2000)*, downtown Denver will add more than 21,000 new housing units and 47,000 new jobs by 2020.

- **Stapleton, Gateway, Lowry.** According to *Blueprint Denver* (Denver, 2002), 17,000 additional jobs and 16,000 new housing units will be created in these areas by 2020.

- **Denver International Airport.** DIA is expected to add an additional 13,500 jobs by 2030 as it continues to grow and expand.

- **National Western Complex.** With a combined 130 acres of redeveloped land, the National Western Complex will support Denver's global standing as a world-class hub for the Western way of life. A currently planned redevelopment effort of the Center is designed to bring about 101 new tourist events and 960,500 new visitors each year, bringing the total number of annual visitors to over 2 million.

The land use and development trends within the corridor will result in additional demands on the transportation system. Providing access and maximizing the ability to travel to, through, and within the corridor are critical to maintain the economy. This includes maintaining and enhancing connections between major activity centers and economic centers near the corridor.

The 2010 and 2035 DRCOG travel demand models have shown recent population and employment growth within the Denver region, which has resulted in increased travel demand in the corridor. Population and employment growth in the project area has been heavily influenced by the development of DIA and other areas. Development in the project area is projected to continue in the future. Population is expected to increase 42 percent and employment is expected to increase 58 percent from 2010 to 2035, with annual growth rates of 1.4 percent and 1.9 percent, respectively. Most of the developable land in the central and eastern parts of the project area will be built out by 2035.



*Source: 2010 and 2035 DRCOG travel demand models*

Based on the population and employment projections for 2035, access to activity centers, residential areas, and employment will become more difficult. Access to and from I-70 is provided through the existing interchanges. The interchanges at Steele Street/Vasquez Boulevard, Peoria Street, and Chambers Road currently experience traffic and congestion issues, which will continue to grow and worsen with time. A substantial number of the people traveling on I-70 (50 percent to 70 percent) begin or end their trips within the project area (DRCOG, 2013). I-70 also serves as a gateway to Aurora and Commerce City, provides regional access to the Stapleton redevelopment area and the developing northeast portion of the project area, and is a critical link for travel to DIA.

In addition to accommodating airport and inter-city travel, the I-70 corridor is home to many industrial and warehousing businesses. These businesses account for much of the trucking and freight operations in the corridor. The percentage of heavy vehicles that travel along a roadway affects traffic operations. As the percentage of heavy vehicles in the traffic stream increases, passenger vehicle movement becomes restricted and traffic operations deteriorate. Between 5 percent and 19 percent of the traffic on I-70 is truck traffic, as shown in **Exhibit 2-2**. Truck access to the established businesses in the neighborhoods and future industrial and warehousing centers is important for economic development.

**Exhibit 2-2     Heavy Vehicle Percentage of Traffic**



*Source: Heavy vehicle percentage was calculated based on the available 2012 peak traffic counts.*

## 2.5.3   Limited transportation capacity

I-70 serves a growing number of users, ranging from travelers and tourists from outlying areas and DIA to regional trucking to commuters or local traffic. The demand from these users is exceeding the existing design capacity of I-70 and associated interchanges.

Within the project area, I-70 currently serves close to or more than the capacity of vehicle traffic for which it was designed. Depending on the location along the corridor, between 52,000 and 220,000 vehicles per day travel through the project area. Forecasted traffic volumes for the year 2035 (with or without improvements) show that traffic on I-70 even without improvements will increase substantially, carrying between 95,000 and 270,000 vehicles per day (DRCOG, 2013). This increase in traffic will result in more hours of congestion, longer delays, and increased potential for crashes. Existing and future traffic travel times are shown in **Exhibit 2-3**. Comparative free-flow travel time also is shown for those same sections. The increase in traffic volumes, as well as substandard geometric features (i.e., inadequate shoulders in some highway segments), will result in longer travel times for the corridor. In addition to longer

> **Free-flow travel time**
>
> Free-flow travel time is the amount of time it takes a driver to pass through the study area while traveling at the posted speed limit of 55 miles per hour.

travel times, the peak periods also will extend into several more hours of the day.

**Exhibit 2-3    Travel Time**



*Source: Existing daily traffic volumes were calculated based on the available 2012 peak traffic counts.*

The increasing traffic is expected to lead to similar increases in the percentage of the day that I-70 will be congested as demand exceeds the available roadway capacity on an hour-by-hour basis. Without improvements, hours of congestion experienced by travelers on I-70 in the corridor will continue to increase. Currently, some portions of the highway are congested for as many as 10 hours of the day. Without improvements, by 2035, I-70 will be congested for up to 12.5 hours—more than half of the day. This means that the number of hours during which peak traffic volumes are experienced is increasing and, over time, morning and evening peak hours will change to one long congested period instead of two separate peaks. More detailed discussions of existing and future traffic conditions can be found in Chapter 4, Transportation Impacts and Mitigation Measures.

**Congestion**

A roadway is considered congested when the demand, or the number of cars wanting to use the roadway, exceeds the capacity, or the number of cars for which the road is designed.

### 2.5.4   Safety concerns

Within the limits of the project, I-70 generally experiences more crashes than the state average for urban freeways. These crashes cause unpredictable and unavoidable traffic congestion, which adds to or worsens the already existing congestion from travel demand that exceeds the normal roadway capacity. The unpredictable nature of traffic congestion on I-70 increases safety concerns for freight carriers, employers, manufacturers, and business interests in the region, as well as commuters and residents who depend on reliability for their daily travel.

According to the *I-70 East Corridor EIS Safety Evaluation Addendum* (CDOT, 2013a), from 2009 to 2012, there were 2,872 crashes on I-70 within the project area. Of these crashes, 1,068 occurred on the I-70 interchange ramps and crossroads and 1,804 occurred on mainline I-70. Over the three-year period, there were seven fatalities on this portion of I-70.

Higher-than-average crash rates often can be attributed to roadway conditions that do not meet current design standards, such as those found on sections of I-70. The following deficiencies contribute to higher crash rates on I-70:

- Inadequate acceleration and/or deceleration lane lengths

- Insufficient sight distance at entrance and exit ramps

- Ramp design speeds that are too low

- Insufficient shoulder width of only two feet in some sections

- Interchange spacing of less than one mile, which creates weaving issues for traffic entering and exiting the highway

- Inadequate roadway drainage

- Other geometric deficiencies

Many of these deficiencies occur in the western half of the corridor, contributing to the highest crash rates. Additionally, numerous safety concerns are associated with the aging viaduct between Brighton Boulevard and Colorado Boulevard. These issues are described further in Chapter 3, Summary of Project Alternatives.



*Impacted crash barrels at I-70 and York Street off-ramp resulting from inadequate deceleration lane length*

## 2.6   How is the project purpose and need used to evaluate potential alternatives?

The project purpose and need is the basis for the development and evaluation of alternatives to address the projected transportation problems. Addressing the needs of the project is an important outcome of the alternatives evaluation process. To illustrate the extent of the transportation problems that must be addressed, specific factors are used to measure how well alternatives meet these needs in the future. Chapter 3, Summary of Project Alternatives, discusses the alternatives analysis and the methods used to measure their performance.

Addressing transportation needs on I-70 requires careful consideration of the physical, environmental, and community constraints and requirements. Chapter 3 provides a more detailed description of how the purpose and need have been used to develop, evaluate, and compare alternatives and identify the Preferred Alternative.



# CHAPTER 3: SUMMARY OF PROJECT ALTERNATIVES

*The alternatives considered for the I-70 East EIS resulted from extensive agency involvement and public outreach, combined with detailed environmental and technical analyses. Information on alternative development since the beginning of the project is discussed in this chapter, starting with the most recent information.*

*This chapter provides a detailed description of alternatives and options that are evaluated in the Final EIS and identifies the project's Preferred Alternative. It also discusses the design variations that were included in the Supplemental Draft EIS.*

*The chapter then reviews the initial alternatives that were developed. The goals and objectives are discussed, followed by the screening process that developed the alternatives evaluated in the 2008 Draft EIS and 2014 Supplemental Draft EIS. It also describes the reasons for elimination of the Reroute and Realignment Alternatives.*

Since the Supplemental Draft EIS was published in August 2014, additional analyses and content review have been performed for many of the resources discussed in this document. These updates, along with changes resulting from the comments received on the Supplemental Draft EIS, have been incorporated into this Final EIS. In this chapter, the updates include the following items:

- The Partial Cover Lowered Alternative design was updated and multiple connectivity options for this alternative were eliminated.

- The design variations for the Partial Cover Lowered Alternative were incorporated or eliminated.

- Capital and maintenance cost estimates were updated.

- Information on the state and regional transportation planning process was moved to Section 5.4, Land Use.

- Information from the 2008 Draft EIS was included to provide a more inclusive description of the initial alternatives and screening process.

## 3.1    What alternatives are fully evaluated in this document?

A range of reasonable alternatives has been considered during the development of this project, and they are discussed later in this chapter. The alternatives that are fully evaluated in this document include the No-Action Alternative and two Build Alternatives (the Revised Viaduct Alternative and the Partial Cover Lowered Alternative). Detailed descriptions of these alternatives are included in the following subsections.

### 3.1.1   No-Action Alternative

The No-Action Alternative includes existing, planned, and programmed roadway and transit improvements in the project area. These improvements also are part of all Build Alternatives considered and are defined by the DRCOG 2035 MVRTP (DRCOG, 2015b). Chapter 4, Transportation Impacts and Mitigation Measures, lists and explains existing and programmed roadway and transit improvements in more detail.

The No-Action Alternative does not meet the project's purpose and need, but it provides a baseline against which the Build Alternatives can be compared, so it is analyzed in this document.

A no-action alternative for highway projects normally includes short-term safety and maintenance improvements that continue the operation of the roadway while avoiding substantial capital investment. Because of the deteriorating

**Definition of a "reasonable" alternative**

The term "reasonable" is defined by the CEQ as those alternatives that are "practical or feasible from the technical and economic standpoint and using common sense." (CEQ's "Forty Questions")

**No-Action Alternative**

While the No-Action Alternative is not a true no-build scenario, this document generally refers to the Build Alternatives (the Revised Viaduct Alternative and the Partial Cover Lowered Alternative) as those with additional capacity.

condition of the existing I-70 viaduct between Brighton Boulevard and Colorado Boulevard, the No-Action Alternative for this project includes a total replacement of the viaduct. This replacement is necessary to maintain safe operations of I-70. The No-Action Alternative does not include additional travel lanes, so the lane configuration is the same as the existing conditions and I-70 will remain three lanes in each direction. There are no improvements proposed between I-25 and Brighton Boulevard or Colorado Boulevard and Tower Road. **Exhibit 3-1** illustrates the number of lanes for this alternative and shows which interchanges will be reconstructed or remain the same.

**Exhibit 3-1       No-Action Alternative Lane Configuration and Interchange Reconstruction**



The existing width of the highway bridge from Brighton Boulevard to Colorado Boulevard (three lanes in each direction, six lanes total) is approximately 85 feet.

There are two Expansion Options (see **Exhibit 3-2**) for reconstructing the viaduct with the No-Action Alternative: the North Option and the South Option.

The North Option pushes the north edge of the highway approximately 70 feet north of the existing viaduct, while the South Option pushes the south edge of the highway 60 feet south. To allow for phasing of construction by accommodating the traffic flow during construction, a 22-foot inside shoulder is included in the design for westbound I-70 for the North Option and eastbound I-70 for the South Option.

**Exhibit 3-2        No-Action Alternative Expansion Options**



Reconstruction of the existing viaduct in the No-Action Alternative requires additional right of way to maintain traffic flow on I-70 during construction and to rebuild the viaduct in line with current highway design standards. The existing width of the highway bridge from Brighton Boulevard to Colorado Boulevard (three lanes in each direction, six lanes total) is approximately 85 feet. The reconstructed bridge increases the width by more than 50 feet to 140 feet, as shown in **Exhibit 3-3**. This increase in width is due to construction phasing, which will be required to maintain the traffic flow during construction, and the standard shoulder and lane widths, which are larger than the existing widths.

**Exhibit 3-3        No-Action Alternative Typical Section**



This alternative includes a drainage system north of I-70 to capture onsite water runoff from the viaduct through an underground storm drain pipe. The alignment for this drainage system is shown in Section 5.14, Floodplains and Drainage/Hydrology.

The No-Action Alternative also reconstructs 46th Avenue to existing conditions under the viaduct with no additional changes.

## 3.1.2    Build Alternatives

In addition to the No-Action Alternative, two Build Alternatives with options are evaluated.

**Revised Viaduct Alternative**

- **Expansion Options:**
  North or South

- **Operational Options:**
  General-Purpose Lanes
  or Managed Lanes

**Partial Cover Lowered Alternative**

- **Operational Options:**
  General-Purpose Lanes
  or Managed Lanes

The Build Alternatives include existing, planned, and programmed roadway and transit improvements in the project area, as defined by the DRCOG 2035 MVRTP. They add capacity to I-70 from I-25 to Tower Road. Capacity is increased by restriping I-70 from I-25 to Brighton Boulevard and widening I-70 from Brighton Boulevard to Tower Road to accommodate additional lanes. The Build Alternatives range from a total of six lanes to 12 lanes, depending on the capacity needs along the corridor.

To address safety issues associated with the aging viaduct between Brighton Boulevard and Colorado Boulevard, the Build Alternatives will replace the existing viaduct or remove it completely (as discussed in the following subsections). The Build Alternatives also will modify all bridges and interchanges along the corridor between Brighton Boulevard and Tower Road. Because of safety issues related to existing substandard conditions, the Build Alternatives eliminate the York Street interchange.

As part of the Build Alternatives, 46th Avenue is redesigned and will continue to serve local traffic in the area. More details on 46th Avenue and local and regional connectivity are discussed in the following subsections for each alternative.

> **Elimination of York Street interchange**
>
> Because of safety issues related to existing substandard conditions, the Build Alternatives eliminate the York Street interchange.

With both of the Build Alternatives, the proposed highway ranges from approximately 25 feet to 105 feet wider than the existing highway between Colorado Boulevard and Tower Road. Widening occurs equally to the north and south in this section.

East of Colorado Boulevard, the Build Alternatives include the following improvements:

- The existing slip ramps west of Dahlia Street and east of Monaco Street will be relocated to an improved Holly Street full interchange to avoid conflicts with the geometry of proposed ramp locations at Colorado Boulevard and Quebec Street, as well as to avoid traffic weaving issues.

- North-south connections are maintained at Dahlia Street, Holly Street, Monaco Street, Quebec Street, Central Park Boulevard, Havana Street, Peoria Street, Chambers Road, Airport Road, and Tower Road.

- I-270 southbound to I-70 eastbound flyover structure will be replaced to accommodate the widened highway.

- Existing interchange accesses at Quebec Street, Havana Street, Peoria Street, Chambers Road, Airport Road, and Tower Road will remain.

- Existing highway crossing over the Denver Rock Island Railroad (DRIR) west of Quebec Street will be maintained.

Because the Central Park Boulevard overpass was recently reconstructed with sufficient width for the widened highway, it will not be disturbed or modified.

Two Operational Options to help handle the added capacity are considered for the Build Alternatives from I-25 to Tower Road: General-Purpose Lanes and Managed Lanes. Attachment A, *Alternative Maps*, shows details about the lane configurations of the General-Purpose Lanes and Managed Lanes Options.

### Operational Options: General-Purpose Lanes or Managed Lanes

General-purpose lanes are traffic lanes that do not apply any restrictions to the vehicles using them. Managed lanes implement pricing strategies that will be adjusted based on

> **Traffic weaving**
>
> Weaving is an undesirable situation in which traffic veering right and traffic veering left must cross paths within a limited distance to merge with traffic in the through-lane.

real-time traffic demand on the highway facility. This is accomplished by providing a specially managed travel lane for vehicles to avoid congestion and travel at a higher speed than the general-purpose lanes. The purpose is to provide a reliable, congestion-free option along the highway and provide a way to manage congestion over the long term to reduce the need for future expansion.

The Managed Lanes Option only includes operational strategies for the additional lanes while keeping the rest as general purpose lanes. The Managed Lanes Option and the General-Purpose Lanes Option are designed with the same width of approximately 197 feet between Brighton Boulevard and Colorado Boulevard. However, the shoulder widths will be decreased for managed lanes, compared to general-purpose lanes, because of the need for a four-foot buffer between managed and general-purpose lanes in each direction.

There are no additional impacts to the surrounding neighborhoods or environments between the two options except at the locations of direct connections. The construction limits for the Managed Lanes Option increases where there are direct connections from the managed lanes to interchanges. Three proposed direct connections are planned from the managed lanes to I-270, I-225, and Peña Boulevard to accommodate regional and airport traffic. These direct connections result in a shift of eastbound I-70 to create room for the connections.

### Revised Viaduct Alternative

The Revised Viaduct Alternative replaces the existing I-70 viaduct between Brighton Boulevard and Colorado Boulevard. It adds one to two additional lane(s) in each direction from Brighton Boulevard to Tower Road. It also adds capacity from I-25 to Brighton Boulevard by restriping.

The Revised Viaduct Alternative includes two Expansion Options from Brighton Boulevard to Colorado Boulevard: the North Option or the South Option. Each Expansion Option moves the centerline of the highway approximately 70 feet north or south of the existing centerline. The North Option pushes the north edge of the highway up to 160 feet north from the existing highway edge in some areas. The South Option pushes the south edge of the highway up to 140 feet south of the existing highway edge. This is needed to accommodate the larger footprint resulting from additional

**Expansion Options**

Expansion Options refer to the North or South Options of the No-Action Alternative and the Revised Viaduct Alternative. These move the north edge of the highway north or the south edge of the highway south of the existing facility from Brighton Boulevard to Colorado Boulevard.

lanes, wider lanes, and shoulders. The Revised Viaduct Alternative also includes two Operational Options from I-25 to Tower Road: General-Purpose Lanes or Managed Lanes (shown in **Exhibit 3-4**). These are described in detail in the previous subsection.

**Exhibit 3-4     Revised Viaduct Alternative and Options**



The Revised Viaduct Alternative does not provide direct access from westbound I-70 to Steele Street/Vasquez Boulevard or from Steele Street/Vasquez Boulevard to eastbound I-70. Access at Steele Street/Vasquez Boulevard and Colorado Boulevard is provided by a split-diamond interchange.

An acceleration/deceleration lane is provided in each direction at the ramp junctions between Brighton Boulevard and Steele Street/Vasquez Boulevard to make it easier for vehicles to safely enter or exit between two facilities with different operating speeds. These additional lanes result in a viaduct width of 197 feet for both the General-Purpose Lanes Option and the Managed Lanes Option, more than two times wider than the existing width.

**Exhibit 3-5** illustrates the number of lanes for this alternative and shows which interchanges will be reconstructed or remain the same.

**Exhibit 3-6** shows a typical section for the General-Purpose Lanes Option and Managed Lanes Option for the Revised Viaduct Alternative between Brighton Boulevard and Colorado Boulevard.

### Split-diamond interchange

A split-diamond interchange is used where local streets are too close to each other to allow for safe operations of the entrance and exit ramps. Ramps are combined and a one-way frontage road is used between the local streets.



**Exhibit 3-5     Revised Viaduct Alternative Lane Configuration and Interchange Reconstruction**



The Revised Viaduct Alternative provides local north-south connectivity across I-70 at York Street, Josephine Street, Columbine Street, Clayton Street, Fillmore Street, Milwaukee Street, Steele Street/Vasquez Boulevard, and Monroe Street, as shown in **Exhibit 4-22** in Chapter 4, Transportation Impacts and Mitigation Measures. Access to Elizabeth Street will be available from 46th Avenue; however, Elizabeth Street will not connect across I-70.

As part of this alternative, 46th Avenue will run underneath the highway as a two-lane road with turn lanes to provide local east-west connectivity. The minimum height under the viaduct is 16.5 feet, which provides sufficient clearance for large vehicles. There are five-foot sidewalks located 10 feet from the north and south edges of the viaduct to move pedestrians away from the viaduct structure.



*Bird's-eye view simulation of Revised Viaduct Alternative looking west from Fillmore Street (North Option)*

Case No. 1:17-cv-01661-WJM-MEH Document 46-1 filed 09/27/17 USDC Colorado pg 63 of 271

**Exhibit 3-6 Revised Viaduct Alternative Typical Section (between Brighton Boulevard and Colorado Boulevard)**

To keep 46th Avenue farther away from the Swansea Elementary School property, it is located under the viaduct below the eastbound direction of I-70. The additional space under the viaduct below the westbound lanes of I-70 adjacent to 46th Avenue could be used as a space for community and neighborhood activities.

This alternative includes a drainage system north of I-70 to capture onsite water runoff from the viaduct through an underground storm drain pipe. The alignment for this drainage system is shown in Section 5.14, Floodplains and Drainage/Hydrology.

The Revised Viaduct Alternative east of Colorado Boulevard includes the improvements discussed earlier.

### Partial Cover Lowered Alternative

As a result of the comments received on the Supplemental Draft EIS and additional stakeholder outreach and agency coordination, the Partial Cover Lowered Alternative has been refined to include elements of both the Basic Option and the Modified Option of the Partial Cover Lowered Alternative as they were analyzed in the Supplemental Draft EIS. This document includes updated analysis of the refined Partial Cover Lowered Alternative and does not include Basic and Modified Options.

Generally, the refined Partial Cover Lowered Alternative maintains interchange access to I-70 at Steele Street/ Vasquez Boulevard, as included in the Basic Option, in addition to including the 46th Avenue and local street connectivity improvements and access to I-70 at Colorado Boulevard from the Modified Option.

The Partial Cover Lowered Alternative removes the existing I-70 viaduct between Brighton Boulevard and Colorado Boulevard and lowers the highway below grade in this area. It includes one to two additional lane(s) in each direction from Brighton Boulevard to Tower Road by restriping the existing highway from I-25 to Brighton Boulevard to provide transitions between existing and new construction. The Partial Cover Lowered Alternative also includes two Operational Options from I-25 to Tower Road: the General-Purpose Lanes Option or the Managed Lanes Option (shown in **Exhibit 3-7**).

**Exhibit 3-7     Partial Cover Lowered Alternative and Options**



The highway starts descending west of Brighton Boulevard to a maximum depth of approximately 40 feet below existing ground surface just east of the UPRR. This depth is necessary to allow the lowered highway to cross below the existing UPRR railroad crossing. The remaining portion of the lowered section has an average depth of approximately 25 feet below grade. The lowered highway ascends just east of the Burlington Northern Santa Fe (BNSF) Denver Market Lead Railroad to reach the existing grade east of the Colorado Boulevard interchange.

**Exhibit 3-8** shows a profile view of the Partial Cover Lowered Alternative from Brighton Boulevard to Colorado Boulevard.

**Exhibit 3-8     Partial Cover Lowered Alternative Profile View of the Lowered Section**





The Partial Cover Lowered Alternative does not provide direct access from westbound I-70 to Steele Street/Vasquez Boulevard or from Steele Street/Vasquez Boulevard to eastbound I-70. Access at Steele Street/Vasquez Boulevard and Colorado Boulevard is provided by a split-diamond interchange. In addition, slip ramps are included to provide an eastbound off-ramp and westbound on-ramp at Colorado Boulevard.

An acceleration/deceleration lane is provided in each direction at the ramp junctions between Brighton Boulevard and Steele Street/Vasquez Boulevard to make it easier for vehicles to safely enter or exit between two facilities with different operation speeds.

These additional lanes—and space needed for 46th Avenue from Brighton Boulevard to Colorado Boulevard—result in a total width that is approximately three times greater than the existing highway width for both the General-Purpose Lanes Option and the Managed Lanes Option. **Exhibit 3-9**

**Slip ramps**

A slip ramp is generally located between a freeway mainline and an adjacent frontage road. These ramps allow motorists to "slip" from one roadway to the adjacent parallel roadway. The connection of the slip ramp and the parallel roadway are typically not intersections, but just merging zones.



shows total number of lanes and interchange reconstruction as part of the Partial Cover Lowered Alternative.

**Exhibit 3-9    Partial Cover Lowered Alternative Lane Configuration and Interchange Reconstruction**



**Exhibit 3-10** shows a typical section for the General-Purpose Lanes Option and Managed Lanes Option for the Partial Cover Lowered Alternative between Brighton Boulevard and Colorado Boulevard. The typical sections shown in these exhibits do not represent the configuration in the covered area of the highway.

The Partial Cover Lowered Alternative continues to provide north-south connectivity at York Street, Josephine Street, Columbine Street, Clayton Street, Fillmore Street, and Steele Street/Vasquez Boulevard. It also provides additional north-south connectivity over I-70 at Cook Street and Monroe Street over the lowered, reconstructed highway as shown in **Exhibit 4-23** in Chapter 4, Transportation Impacts and Mitigation Measures.

**Exhibit 3-10 Partial Cover Lowered Alternative Typical Section (between Brighton Boulevard and Colorado Boulevard)**

General-Purpose Lanes Option

Managed Lanes Option

46th Avenue is no longer located underneath I-70, but is a one-way couplet between Brighton Boulevard and Josephine Street and between Milwaukee Street and Colorado Boulevard, with eastbound travel on the south side of I-70 and westbound travel on the north side of I-70. Between Josephine Street and Milwaukee Street, 46th Avenue has two-way operations on both sides of I-70.

Additionally, on the north side of I-70, 46th Avenue will be discontinued between Clayton Street and Columbine Street to allow for a seamless connection between the school and the cover facility. This alternative eliminates the portion of

Elizabeth Street north of 46th Avenue and south of 47th Avenue. All other north-south streets within this area end at either eastbound or westbound 46th Avenue.

As part of the Partial Cover Lowered Alternative, the existing UPRR bridge structure that currently passes under the existing viaduct and over 46th Avenue will be reconstructed to allow both I-70 and 46th Avenue to cross below the UPRR. For the BNSF Market Lead railroad, a new bridge crossing over I-70 and at-grade crossings at 46th Avenue will be provided.

46th Avenue extends across Colorado Boulevard and connects with the existing one-way couplet of Stapleton Drive North and Stapleton Drive South. These streets are extended to the east and connect to the Quebec Street ramps to allow for connectivity between Colorado Boulevard and Quebec Street.



*Bird's-eye view simulation of Partial Cover Lowered Alternative looking west from above Fillmore Street. Note: Preliminary design, will be revised during the public input process. (Note: Preliminary design, will be revised during the public input process.)*

Lowering I-70 requires capturing offsite surface runoff that currently flows south to north. The offsite drainage system included in this alternative is designed to prevent the lowered section of I-70 from flooding. This storm drain system will be conveyed south of I-70 through Globeville Landing Park and discharge to the South Platte River. Additionally, an onsite drainage system is designed north of I-70 to capture runoff from the highway. The alignment for this drainage system is shown in Section 5.14, Floodplains and Drainage/Hydrology.

Denver is in the planning stages of their Two Basin Drainage Project which will provide redundant drainage capacity in the project area. Depending on the timing of Denver's construction of the Two Basin Drainage Project it could allow for the outflow of I-70 East Offsite system to be modified, eliminating the need to construct the offsite system through Globeville Landing Park and reducing I-70 East impacts for the Partial Cover Lowered Alternative.

The Partial Cover Lowered Alternative east of Colorado Boulevard includes the improvements discussed earlier.

## Highway Cover (Partial Cover Lowered Alternative only)

The Partial Cover Lowered Alternative provides a cover over the highway, located generally between Clayton Street and Columbine Street in the proximity of Swansea Elementary School. The length of the cover is designed to be less than 1,000 feet due to fire and safety restrictions. A preliminary design for the highway cover is shown on **Exhibit 3-11**.

**Exhibit 3-11   Partial Cover Lowered Alternative Preliminary Cover Design**



*Note: Preliminary design, will be revised during the public input process*

The cover is intended to be a shared, active space between the surrounding community and Swansea Elementary School. Maintaining the status of the school as a community center in the neighborhood, it is important to provide an active and safe space on the highway cover. The communal design of the highway cover will have a direct impact on the perception of safety and can influence an individual's willingness to use the space. Designing for safety includes meeting the needs of its users, providing diverse and interesting features, and connecting people with place.

The FHWA Livability and Sustainability principles were utilized on this project during the development of the Partial Cover Lowered Alternative and the design of the cover.

Incorporation of the highway cover will reconnect the surrounding areas and provide easy and safe connections between these communities for all users, especially pedestrians and bicyclists. The inclusion of the highway cover helps achieve some broader community goals of livability, quality schools, and safe streets, along with supporting the existing communities along the corridor.

In addition, the highway cover reduces noise impacts in adjacent areas. The cover also will directly contribute to improved air quality, resulting in $PM_{10}$ concentrations that are lower at Swansea Elementary School than future conditions without the cover (No-Action Alternative) and indirectly by encouraging more walking and bicycling for short trips to local destinations. Please see Chapter 5, Affected Environment, Environmental Consequences, and Mitigation, for more information.

As part of the Partial Cover Lowered Alternative, Elizabeth Street between 46th Avenue and 47th Avenue will be closed to accommodate the proposed redesign of the Swansea Elementary School site to use adjacent parcels.

The landscaped highway cover also supports social connections in the Elyria and Swansea Neighborhood by creating a place where residents and visitors can gather and interact. Based on community input and area needs, the amenities and design in these spaces—such as playgrounds or sports fields (to be determined by the community)—will encourage users to stay and interact. Additional information about the cover planning efforts is available in Attachment P, *Cover Planning*.

Maintenance of the features and landscaping on the cover has not been determined at this time. CDOT is working with Denver and Denver Public Schools to develop agreements for shared use on the cover and long-term operations and maintenance of the cover. These agreements will be finalized before construction begins.

**Highway cover**

The cover is intended to be a shared, active space between the surrounding community and Swansea Elementary School. CDOT has worked with the community and the school to identify what works best for the space.

Negotiations are ongoing between Denver and Denver Public Schools to determine the boundaries of the school playground (school use only areas) and the potential use of the shared space (shared school and community use) on the highway cover.

## 3.2    What is the capital cost and maintenance cost of the project alternatives?

Capital cost estimates for the proposed alternatives are based on conceptual design engineering and are complete project costs, including design, construction management, construction engineering, indirect costs, and construction costs. The construction costs include earthwork, utility relocation, roadway and structure construction, and right of way. **Exhibit 3-12** summarizes the preliminary capital cost estimates for the project alternatives.

**Exhibit 3-12   Project Alternatives Capital Cost Summary**

| Alternatives/Options | Capital Cost, I-25 to Tower Road (in millions of 2016 dollars) | |
| --- | --- | --- |
| | General-Purpose Lanes Option | Managed Lanes Option |
| No-Action Alternative, North Option | $510 | N/A |
| No-Action Alternative, South Option | $600 | N/A |
| Revised Viaduct Alternative, North Option | $1,330 | $1,450 |
| Revised Viaduct Alternative, South Option | $1,450 | $1,570 |
| Partial Cover Lowered Alternative | $1,580 | $1,700 |

The maintenance costs were estimated for each alternative using an annual unit cost for bridge, retaining walls, and pavement. For the Partial Cover Lowered Alternative, additional costs for the cover associated with the potential urban landscape, ventilation, fire, and life safety features were included. The annual anticipated maintenance costs for the project's alternatives are listed in **Exhibit 3-13**.

For the Managed Lanes Option, the total costs for the operations and maintenance of the managed lanes are estimated to be approximately $1.7 million a year in addition to the costs listed in **Exhibit 3-13**. This cost includes equipment replacement, CDOT/HPTE staff, and back office support associated with the toll collection.

**Maintenance cost**

The maintenance cost is the ongoing cost to keep the facility in good condition and operational.

**Exhibit 3-13   Project Alternatives Maintenance Cost Summary**

| Alternatives/Options | Annual Maintenance Cost (in millions of 2016 dollars per year) |
| --- | --- |
| No-Action Alternative | $9.3 |
| Revised Viaduct Alternative | $16.0 |
| Partial Cover Lowered Alternative | $11.3 |

## 3.3   Which alternative has been identified as the Preferred Alternative and why?

FHWA and CDOT have identified the Partial Cover Lowered Alternative with Managed Lanes Option as the Preferred Alternative for the I-70 East project. This alternative and associated option is identified as the Preferred Alternative because it meets the project purpose and need, addresses community and stakeholder concerns in the most comprehensive manner, has the most community and agency support as compared to the other alternatives under consideration, and—with the proposed mitigations—causes the least overall impact.

### 3.3.1    Factors involved in the decision

Many factors were considered in identifying the Preferred Alternative. The deciding factors are listed below and are described in the following subsections.

- Support from the community
- Environmental justice mitigation measures
- Neighborhood cohesion
- Support from local officials
- Swansea Elementary School location
- Visual and aesthetic qualities
- Drainage

### *Support from the community*

The project team used an extensive public involvement approach leading up to and following the release of the 2008 Draft EIS and the 2014 Supplemental Draft EIS. Throughout the many opportunities to provide input, the majority of the public who are directly impacted by the project and live within the project area have consistently expressed a preference for the Partial Cover Lowered Alternative. For additional information regarding the project's extensive community involvement see Chapter 10, Community Outreach and Agency Involvement.

### Environmental justice mitigation measures

All evaluated alternatives include environmental justice mitigation measures.  However, the Partial Cover Lowered Alternative includes additional mitigation measures to alleviate the highway impacts to the low-income and minority populations living in the project area.

The Preferred Alternative will include a highway cover with urban landscaping adjacent to Swansea Elementary School. The cover was developed as mitigation to reconnect the communities that were divided by the viaduct. The school property will be redesigned to reconstruct the school playground in a configuration to utilize the additional space from the cover and the closed Elizabeth Street.

The mitigation measures and benefits unique to the Partial Cover Lowered Alternative are:

- Greatest visual benefit, by removing the viaduct's visual barrier between Brighton Boulevard and Colorado Boulevard

- Minimizing the presence of the highway in this area since it is below grade and is covered

- Reducing highway noise and air quality impacts to the school and adjacent properties by placing a cover over the highway

- Construct a cover over the highway to mitigate community impacts and design an urban area on top of the highway cover adjacent to Swansea Elementary School. This will provide for greater community cohesion than other alternatives

- Provide two million dollars to develop affordable housing units in the Elyria and Swansea Neighborhood through available programs.

### Neighborhood cohesion

All evaluated alternatives will maintain connectivity in the project area with minor modifications. The Partial Cover Lowered Alternative also maintains the existing local north-south street network and it provides a greater sense of neighborhood cohesion by removing the dominant visual barrier created by the highway structure in this neighborhood. The cover connects the Elyria and Swansea Neighborhood back together.

## Support from local officials

A letter supporting the Partial Cover Lowered Alternative was received on June 6, 2013, from Commissioner Eva Henry of Adams County, Mayor Michael Hancock of Denver, and Mayor Sean Ford of Commerce City. Their preference for this alternative is based on improved pedestrian connections and facilities assimilated with the highway cover, as well as overall improvement to north-south and east-west movement in the corridor. A proclamation also was signed by all of the Denver City Council members in support of the Partial Cover Lowered Alternative on April 7, 2014. Additionally, Mayor Michael Hancock submitted a letter after publication of the Supplemental Draft EIS reiterating Denver's support of the Partial Cover Lowered Alternative.

## Swansea Elementary School location

The Swansea Elementary School has been identified as an important and valuable resource in the Elyria and Swansea Neighborhood. The Partial Cover Lowered Alternative provides the best solution compared to the other alternatives to keep the school in the neighborhood at its current location. The Partial Cover Lowered Alternative also redesigns and expands the school grounds and provides upgrades to the school building.

## Visual and aesthetic qualities

The Partial Cover Lowered Alternative includes noise walls or safety barriers of 10 feet to 20 feet in height, which will provide an opportunity for inclusion of meaningful artwork in the neighborhood. Noise walls or safety barriers will not be required in the area where the cover is located, providing a clear north/south view across the highway. The dominating visual presence of the highway will greatly decrease with this alternative.

## Drainage

With the Partial Cover Lowered Alternative, an extensive drainage system is required on the north and south sides of I-70. Although the Revised Viaduct Alternative also improves the drainage system, the Partial Cover Lowered Alternative greatly improves drainage in the surrounding neighborhoods. The drainage system south of I-70 with the Partial Cover Lowered Alternative will capture the water flow and eliminate water from running into the proposed

below-grade highway, while also alleviating flooding in the neighborhood north of it.

## 3.3.2    Why is the Managed Lanes Option identified as part of the Preferred Alternative?

The Managed Lanes Option is identified as the Operational Option of the Preferred Alternative because of its long-term operational flexibility and mobility. Managed lanes provide drivers with flexibility by allowing them to pay a fee to bypass congestion on general-purpose lanes. This can improve reliability in travel times. It also allows CDOT to manage congestion over the long term, thereby reducing the need for future expansion. The Managed Lanes Option also has a higher through-put potential in terms of accommodating more people at a given time. This option accommodates express buses, vanpools, and other high-occupancy vehicles and, therefore, it can provide increased service to those riders. This option also promotes the use of carpools to avoid congestion.

## 3.4    What happened to the design variations that were introduced in the Supplemental Draft EIS?

Design variations were considered for the preliminarily identified Preferred Alternative, the Partial Cover Lowered Alternative. They were not fully evaluated in the Supplemental Draft EIS, but CDOT and FHWA continued to seek feedback from the community, stakeholders, and public agencies on these variations.

The variations that were considered relate to the following elements:

- Access to I-70 at Steele Street/Vasquez Boulevard
- Highway cover
- Frontage roads
- North-south connectivity

These variations were developed to respond to community concerns and to balance community, business, and transportation needs.

**Design variations**

Design variations are possible changes to the original design of a transportation facility element that do not pose major additional impacts to the environment and stay within the project's construction limits.

The following goals helped to develop these variations:

- Maintain the Steele Street/Vasquez Boulevard access to I-70 as an important local and regional access point for businesses needing access to the interstate for commerce

- Maximize north-south and east-west connectivity across and adjacent to I-70 for all modes of transportation

- Minimize the impact of the Steele Street/Vasquez Boulevard interchange on adjoining properties and the neighborhoods

- Consider traffic operations, including access to potentially developable properties in and around the highway interchanges

- Explore the expansion of the Swansea cover to the east and west as far as technically and financially feasible; and understand the technical and financial feasibility of a cover east of Steele Street/Vasquez Boulevard

- Consider the possibility of shifting connectivity from Monroe Street to Jackson Street

These variations do not substantially change the impacts to most resources and do not increase the project's construction limits. Traffic, noise, and air quality analysis may change slightly if these variations are implemented.

Further analysis of these variations was conducted after publication of the Supplemental Draft EIS and were eliminated or moved forward as part of the Partial Cover Lowered Alternative, as discussed in the following subsections.

## 3.4.1    Access to I-70 at Steele Street/Vasquez Boulevard

Recognizing that a full closure of the interchange at Steele Street/Vasquez Boulevard presented significant concerns to Commerce City, Adams County, the Colorado Motor Carriers Association, and the business community at large, access to I-70 at Steele Street/Vasquez Boulevard is included as part of the Partial Cover Lowered Alternative, as discussed in this document.

The design variations for this interchange included a split diamond configuration with Colorado Boulevard that incorporates roundabouts or a signalized intersection at the ramp junction, as well as differences in ramp and frontage road locations and connections. After publication of the Supplemental Draft EIS, the project team analyzed and evaluated these variations.

The analysis considered both one-way and two-way frontage roads between Steele Street/Vasquez Boulevard and Colorado Boulevard. Based on the analysis, the roundabout variation did not perform as well as the signalized intersection. The roundabout resulted in excessive queuing and a potential to create a gridlock in the surrounding roadway network while the signalized intersection minimizes such issues. As a result of this analysis and due to additional opportunities to improve the design with the signalized intersection, the roundabout variation was eliminated from further consideration. Based on the additional analysis, a split diamond interchange with slip ramps was designed to fulfill the traffic needs at Colorado Boulevard, while maintaining access at Steele Street/ Vasquez Boulevard.

The analysis also identified the need to have one-way frontage roads between Steele Street/Vasquez Boulevard and Colorado Boulevard to improve operations and allow for maximum flexibility in the future design of the interchanges and frontage road system during the next phases of the project.

### 3.4.2    Highway cover

Variations to the highway cover in front of Swansea Elementary School included differences in the length of the cover. The cover can be substantially extended eastward to Fillmore Street, or minimally extended beyond Clayton Street and Columbine Street.

To minimize requirements related to fire, ventilation, and life safety, the cover's length is designed to be less than 1,000 feet. Additional cover length is proposed both easterly from the edge of Columbine Street and westerly from the edge of Clayton Street, but not to exceed 1,000 feet. This space is intended to serve as a transition area that would decrease noise levels from the highway in the cover area and

**Second cover**

To accommodate Denver's interest in constructing a second cover in the future, the Partial Cover Lowered Alternative includes an overall approach to design and construction that would not preclude the construction of a second cover over the highway from west of the Steele Street/Vasquez Boulevard highway crossing to east of Cook Street.

This second cover is not included as a part of the alternative.

at the school. It also allows for the inclusion of certain
aesthetic treatments.

Although a second cover is not included as part of the
Preferred Alternative, the design of the highway does not
preclude construction of a second cover at a later date.

### 3.4.3 Frontage roads

Several different frontage road systems were evaluated
between Brighton Boulevard and Quebec Street on both
sides of I-70, including two-way frontage roads for the entire
length, a combination of one-way and two-way roads, and
one-way the entire length.

In an effort to maximize local connectivity, the analysis
indicated the best option was to use a combination of one-
way and two-way frontage roads. The final solution was to
have one-way frontage roads between Brighton Boulevard
and Josephine Street, two-way between Josephine Street
and Milwaukee Street, and one-way between Milwaukee
Street and Quebec Street.

Further analysis indicated the potential to improve safety
around Swansea Elementary School and to promote better
accessibility to the cover would be achieved through the
elimination of the frontage road between Columbine Street
and Clayton Street on the north side of I-70.

### 3.4.4 North-south connectivity

Design variations included additional connections across the
highway for all transportation modes, including vehicles,
bicycles, and pedestrians. Design variations for north-south
crossings included a new multimodal crossing at Fillmore
Street, and moving the Monroe Street crossing to Jackson
Street.

The following north/south connections from Brighton
Boulevard to Quebec Street are included, maintained,
modified, or eliminated based on the analysis and continued
coordination:

- Brighton Boulevard: vehicular connection under I-70
  remains

- York Street: vehicular connection across I-70 is
  maintained as a one-way street

- Josephine Street: vehicular connection across I-70 is maintained as a one-way street

- Columbine Street: vehicular connection across I-70 is maintained as a two-way street

- Elizabeth Street: direct vehicular connection south of I-70 does not currently exist; Elizabeth Street between 47th Avenue and 46th Avenue North will be vacated to accommodate the school improvements

- Thompson Court: vehicular connection to 46th Avenue is maintained; access across I-70 does not currently exist

- Clayton Street: vehicular connection across I-70 is maintained as a two-way street

- Fillmore Street: vehicular connection across I-70 is added as a two-way street

- Milwaukee Street: vehicular connection to 46th Avenue is maintained; access across I-70 does not currently exist

- Steele Street/Vasquez Boulevard: vehicular connection across I-70 is maintained as a two-way street

- Cook Street: two-way vehicular connection across I-70 is added

- Madison Street: vehicular connection to 46th Avenue South is maintained; access to 46th Avenue must be made via the new Monroe Street connection one block east; access across I-70 does not currently exist

- Monroe Street: two-way vehicular connection across I-70 is added; new roadway is extended north and south to replace the eliminated Garfield Street connection

- Garfield Street: connection across I-70 is eliminated and replaced by the new Monroe Street connection

- Colorado Boulevard: vehicular connection over I-70 remains

- Dahlia Street: vehicular connection under I-70 remains

- Holly Street: vehicular connection under I-70 remains

- Monaco Street: vehicular connection under I-70 remains

- Quebec Street: vehicular connection under I-70 remains

## 3.5    How were the initial alternatives developed and what did they include?

Alternatives were developed based on input from the community at corridor-wide meetings in December 2003 and February 2004 and through involvement with impacted agencies at scoping and committee meetings in late 2003 and early 2004. Alternatives also were obtained from previous studies and new concepts were developed by the project team.

Nearly 90 different transportation elements were evaluated during the screening process. Alternative elements were initially developed within categories: alignments, interchanges, lane types, and local system improvements. Later on in the evaluation process, these elements were combined to form corridor alternatives. Alternative elements are listed by category in the following subsections.

### 3.5.1    Alignments

Alignments include improvements to the existing I-70 and possible relocation of the highway. In addition, different horizontal and vertical shifts and cross sections were considered.

- Existing I-70 vertical and/or horizontal alignment
- Lower I-70 below existing ground
- Add a level to the viaduct
- Enclose I-70
- Put I-70 at-grade
- Triple level section of I-70 (below ground)
- I-70 tunnel
- I-70 above and below with 46th Avenue at ground level
- Improve I-270 and reclassify I-70
- Realign the I-70 westbound lanes north
- Realign the I-70 eastbound lanes to Smith Road
- Move I-70 to the north of Elyria and Swansea neighborhood

## 3.5.2     Interchanges

During the development and screening of alternatives, consideration was given to adding new interchanges. Locations for providing new access to I-70 and other interchange modifications that were considered include:

- Picadilly Road (new interchange)
- Central Park Boulevard (new interchange)
- Additional access to Globeville area
- I-270/Quebec Street improvements
- Eliminate or combine accesses/existing interchanges

Improvements or other changes to existing interchanges and interchange ramps may be required for many different reasons, including geometric deficiencies, safety concerns, and excessive traffic volumes. In addition, access needs, I-70 operations, or other considerations may call for other access or interchange modifications.

## 3.5.3     Lane types

Lane types are defined by the use allowed in the lane; they range from general-purpose lanes—where anyone can use the lane—to special-purpose lanes—where only certain users (e.g., buses, high-occupancy vehicles [HOV], toll payers, or special trips) would be allowed. The following lane types were considered:

- Dedicated lane for commuters, for DIA travelers, for buses, or for trucks
- Reversible expressway lane
- HOV lane
- Toll lane or high occupancy toll lanes
- General-purpose lane
- Connector-distributor (CD) roads
- Emergency lane
- Frontage roads
- Auxiliary lanes
- Truck-only ramps at Steele Street/Vasquez Boulevard
- Braided ramps
- Dual-divided highway

Case No. 1:17-cv-01661-WJM-MEH    Document 46-1    filed 09/27/17    USDC Colorado    pg 83
of 271

## 3.5.4    Local system improvements

Local system improvements would serve as an alternate to
improving I-70 and would divert trips from I-70, thereby
reducing the need for additional capacity on the highway.
Local system improvements in the study area include:

- Connect I-76 to DIA

- Improve 56th Avenue, Smith Road, and/or 6th Avenue

- Improve intersections where the railroad crosses

- Extend Smith Road

- Connect tolling options to E-470

- Remove through trucks from I-70

- At-grade crossings

- Outer loop

- Improve I-270

## 3.5.5    Transportation demand management/transportation system management strategies

Transportation demand management/transportation system
management (TDM/TSM) strategies are programs designed
to reduce travel demand and improve the use of the current
transportation system, while reducing the need for major
capital investment. TDM strategies would address traffic
congestion by reducing travel demand rather than
increasing transportation capacity. TSM strategies would
help improve traffic flow on the existing transportation
system. TDM/TSM strategies include:

- Improved pedestrian and bicycle facilities

- Enhanced bus service

- Ride sharing

- Vary business work schedules (flex time)

- Intelligent Transportation Systems (ITS)

- Freight transport management

- Road pricing/congestion pricing

TDM/TSM strategies were not evaluated as stand-alone alternatives since they do not individually address the project purpose and need, but could be combined with other alternatives as necessary to improve overall operations. TDM/TSM strategies represent operating policies applicable to any highway alternative to better address project goals and objectives.

## 3.6    What are the project's goals and objectives?

The results of the public and agency scoping process helped define the corridor purpose and need, as well as the values expressed by residents and employees within the corridor. These values, plus the project purpose and need, then were used to create the goals and objectives shown in **Exhibit 3-14**.

These goals and objectives were discussed at project committee meetings and corridor-wide public meetings to incorporate public and agency comments and ensure that the project area concerns were factors in determining the alternatives evaluated in detail. Relative to the needs identified in Chapter 2, Purpose and Need, and in combination with public and agency scoping comments, nine major goals were established: access, capacity, community, environment, implementation, infrastructure, mobility, safety, and security.

**Exhibit 3-14   Project Goals and Objectives**

| Goal | Objective | Responsive to[1] |
|------|-----------|------------------|
| **Access** *Provide for reasonable access to transportation facilities* | • Balance the need for access with adverse effects on system performance. <br>• Provide access to transportation facilities for a variety of users. <br>• Facilitate connections between residential and business activity centers. | Increased transportation demand |
| **Capacity** *Provide for realistic capacity expansion and minimize future congestion* | • Provide sufficient transportation system capacity to ensure the efficient movement of people. <br>• Provide sufficient transportation system capacity to ensure the efficient movement of goods. <br>• Minimize transportation system delay. | Limited transportation capacity |
| **Community** *Support community plans and avoid, minimize, and mitigate adverse effects to neighborhoods* | • Maximize consistency with existing local, regional, and state plans. <br>• Minimize adverse effects to residential, business, and institutional properties. <br>• Minimize adverse economic effects to local businesses. <br>• Minimize adverse effects to community cohesiveness. <br>• Address transportation-related community effects associated with air quality, water quality, hazardous materials, and noise. | Values: community concerns that may offset defined transportation needs |
| **Environment** *Avoid, minimize, and mitigate adverse effects to the natural, social, and cultural environment* | • Minimize adverse effects to historic resources. <br>• Ensure consistency with regional air quality model to help achieve federal and state air quality standards. <br>• Minimize adverse effects on minority and low-income populations. <br>• Minimize adverse effects to wetlands and other waters of the U.S. <br>• Minimize adverse effects to recreational and open space resources. <br>• Minimize public exposure to highway noise. <br>• Minimize adverse effects associated with hazardous materials. <br>• Incorporate design standards that minimize visual effects and enhance aesthetics. | Values: community concerns that may offset defined transportation needs |
| **Implementation** *Provide a cost-effective transportation solution that can be implemented* | • Provide a cost-effective, long-term transportation solution. <br>• Provide flexibility for future expansion and modification. <br>• Provide technologies that are practical and implementable. <br>• Maximize the opportunity that federal, state, local, and/or private funding will be available to fund improvements. | Limited transportation capacity |
| **Infrastructure** *Address deteriorating transportation infrastructure* | • Address problems with maintenance and structural deficiencies on the I-70 viaduct and other structures. <br>• Provide a transportation solution that addresses drainage and flooding effects. | Transportation infrastructure deficiencies |
| **Mobility** *Enhance mobility by providing transportation choices* | • Enhance system reliability. <br>• Balance the transportation needs of local, regional, and national users. | Increased transportation demand |
| **Safety** *Address safety needs and upgrade facilities to current standards* | • Optimize safety and minimize crashes. <br>• Conform with engineering design and safety standards and with standard practices for construction, maintenance, and operations. <br>• Provide access for emergency response and evacuation situations. | Safety concerns |
| **Security** *Provide a secure transportation system* | • Minimize potential security threats to the National Interstate System. <br>• Develop and maintain a transportation system that supports national homeland security objectives. | Safety concerns |

1.   *Refers to project needs defined in Chapter 2, Purpose and Need*

## 3.7    What was the screening process that developed the alternatives evaluated in the Draft EIS?

The project purpose, need, goals, and objectives were used to develop screening criteria to evaluate alternatives. A four-level screening process, shown in **Exhibit 3-15**, was used to screen down the full range of potential alternatives considered to the set of reasonable alternatives that received full evaluation in the 2008 Draft EIS, as listed below:

- No-Action

- Alternative 1—Existing Alignment with general-purpose lanes

- Alternative 3—Existing Alignment with tolled-express lanes

- Alternative 4—Realignment with general-purpose lanes

- Alternative 6—Realignment with tolled-express lanes

Alternatives were evaluated with increasing levels of detailed analysis at each screening level: initial screening, comparative screening, detailed screening, and alternative refinement. This process included extensive public and agency scrutiny through corridor-wide meetings, project committees, and community working groups, as described in Chapter 10, Community Outreach and Agency Involvement.

The following subsections briefly describe the screening process. For more detail on the screening process, refer to the *Alternative Analysis Technical Report* in the 2008 Draft EIS and the 2014 Supplemental Draft EIS.

**Exhibit 3-15   Alternative Screening Process through the Supplemental Draft EIS**



### 3.7.1    Initial screening (Level One)

Alignments, interchanges, lane types, and local system improvements were evaluated as independent elements during initial and comparative screening. The first level of evaluation, initial screening, eliminated unreasonable alignments and local system improvements that did not meet the project's purpose and need; would result in adverse environmental and community effects; were not located in the project area; or would not provide the necessary access, capacity, safety, or mobility benefits. A series of yes or no questions based on the project purpose, need, goals, and objectives were used to evaluate alternative elements during initial screening.

### 3.7.2    Comparative screening (Level Two)

The second level of analysis, comparative screening, evaluated the alignments, lane types, and local system improvements that were not eliminated during initial screening. The evaluation was conducted within the same alternative categories using a qualitative approach to decide which elements were more effective at meeting the purpose, need, goals, and objectives. No further refinements or screening of interchange forms were conducted in comparative screening.

During initial and comparative screening, a substantial number of the alternative elements were eliminated from further consideration because they represented unreasonable alternatives that would not adequately address purpose, need, goals, and objectives.

### 3.7.3    Detailed screening (Level Three)

As a result of the first two screening levels, the remaining alternative elements were combined to form six corridor alternatives that included different alignments, interchanges, and lane types. In addition to these build alternatives, the No-Action Alternative was developed as well. Six alternatives were evaluated in detailed screening using quantitative analysis. These alternatives include:

- Alternative 1—Add general-purpose lanes on the existing alignment

- Alternative 2—Add HOV lanes on the existing alignment

- Alternative 3—Add tolled express lanes on the existing alignment

- Alternative 4—Realignment with general-purpose lanes

- Alternative 5—Realignment with HOV lanes

- Alternative 6—Realignment with toll lanes

While the detailed screening analysis only led to the elimination of two total alternatives (Alternative 2 and Alternative 5), it also resulted in recommendations to refine or eliminate several components of alternatives and several of the alignment options when compared to other alternative components or alignment options. These refinements included changes in laneage, tolling, realignment location, and 46th Avenue reconfiguration.

## 3.7.4     Alternative refinement (Level Four)

Alternatives that remained following detailed screening were developed in more detail and were further analyzed as part of alternative refinement. The evaluation was more in depth than the detailed screening analysis and was used to determine the alternatives most responsive to the project purpose, need, goals, and objectives. This fourth level of screening considered engineering feasibility; potential effects on social, environmental, and economic resources; and an analysis of capital, operation, and maintenance costs. The four alternatives with design options included:

- Alternative 1—Add general-purpose lanes on the existing alignment

- Alternative 3—Add tolled express (managed) lanes on the existing alignment

- Alternative 4—Realignment with general-purpose lanes

- Alternative 6—Realignment with tolled express (managed) lanes

Design options for Alternatives 1 and 3 included one or two general-purpose lanes in each direction between I-25 and I-225, below grade or existing grade between Brighton Boulevard and Colorado Boulevard, and shifting the alignment to the north or to the south between Brighton Boulevard and I-270.

Design options for Alternatives 4 and 6 included an eastern or western connection back to existing I-70 near Brighton Boulevard.

The process of alternative refinement included analysis that resulted in additional alternative options being eliminated because they did not meet the project purpose, need, goals and objectives, or because they were considered unreasonable in comparison to other alternatives. Two of these design options that were eliminated included adding one general-purpose lane in each direction and the below-grade design option between Brighton Boulevard and Colorado Boulevard.

## 3.8 How were alternatives modified after the Draft EIS and what alternatives were evaluated in the Supplemental Draft EIS?

CDOT and FHWA released the Draft EIS for public review in November 2008. During the public hearings for the 2008 Draft EIS, CDOT committed to select a preferred alternative during the next phases of the EIS process in partnership with the corridor communities and stakeholders.

After the comment period for the 2008 Draft EIS ended, none of the evaluated alternatives had received overwhelming support. This prompted CDOT and FHWA to undertake a more aggressive public involvement process to better identify the needs of the local communities.

A collaborative process involving the public, businesses, and agency stakeholders was initiated. Many one-on-one meetings with the impacted community members and elected officials were included in this collaborative process. CDOT and FHWA revisited and re-examined the 2008 Draft EIS analysis to modify and enhance the alternatives while addressing public comments and continuing to meet the project's purpose and need. **Exhibit 3-15** also shows how this enhancement and modification process relates to the overall development and screening of alternatives.

### 3.8.1 Enhancement and modification process

The alternatives enhancement and modification process started when the 2008 Draft EIS received more than 300 comments from the public and affected agencies. As a part of

this process, the PACT was formed, which included representatives from CDOT, FHWA, Adams County, Aurora, Commerce City, Denver, impacted communities, and business associations. More details about the PACT process and outcomes are discussed in Chapter 10, Community Outreach and Agency Involvement.

Because there was no strong support for any of the alternatives evaluated in the 2008 Draft EIS, the project team reviewed the alternatives in more detail. As a result of this review, the 2008 Draft EIS alternatives were modified to create the Supplemental Draft EIS alternatives. Additionally, a new alternative was developed to meet the project's purpose, need, goals, and objectives while also addressing the public and agency comments and expectations.

Based on the 2008 Draft EIS public comments, the PACT process, and additional outreach, numerous changes were made to the alternatives. The Existing Alignment Alternatives (Alternatives 1 and 3) were revised to reduce impacts, the Realignment Alternatives (Alternatives 4 and 6) were eliminated from further consideration, and a new alternative (the Partial Cover Lowered Alternative) was introduced. During this process, the name of the Existing Alignment Alternative was changed to the Revised Viaduct Alternative for clarity. **Exhibit 3-16** shows the changes to the alternatives from the 2008 Draft EIS to the Supplemental Draft EIS.

**Exhibit 3-16   Alternative Modification from the 2008 Draft EIS to the Supplemental Draft EIS**



### 3.8.2     Supplemental Draft EIS alternatives

In addition to the No-Action Alternative, two Build Alternatives with options were evaluated in the Supplemental Draft EIS.

**Revised Viaduct Alternative**

- **Expansion Options:**
  North or South

- **Operational Options:**
  General-Purpose Lanes
  or Managed Lanes

**Partial Cover Lowered Alternative**

- **Connectivity Options:**
  Basic or Modified

- **Operational Options:**
  General-Purpose Lanes or
  Managed Lanes

These alternatives, with the exception of the Connectivity Options evaluated for the Partial Cover Lowered Alternative, also are evaluated in this document.

## 3.9     What alternatives off of the existing alignment were considered and why were they eliminated?

The I-70 East project team initially considered multiple alternatives off of the existing alignment to minimize impact to the Elyria and Swansea Neighborhood. However, after evaluating these alternatives in detail, they were found not to be reasonable. The I-270/I-76 Reroute Alternative and the Realignment Alternative, which are the two main alternatives off of the existing alignment, and the reasons why they were eliminated are discussed in more detail in the following subsections.

### 3.9.1     I-270/I-76 Reroute

The I-270/I-76 Reroute Alternative was eliminated in the early stages of the 2008 Draft EIS alternatives analysis process because it did not meet the project's purpose and need. The I-270/I-76 Reroute Alternative realigned I-70 around Denver using I-270 and I-76, as shown in **Exhibit 3-17**. After publication of the 2008 Draft EIS, some residents and stakeholders questioned the elimination of the I-270/I-76 Reroute Alternative. As a result, the project team performed additional analysis on this concept to confirm the validity of its elimination from further consideration.

**Exhibit 3-17   I-270/I-76 Reroute Alternative**



After this additional analysis, elimination of the alternative was reaffirmed because it does not meet the project's purpose to implement a transportation solution that improves safety, access, and mobility and it does not address congestion on I-70. It is not a reasonable alternative because:

- Rerouting I-70 while leaving 46th Avenue at its current location encourages highway users needing to access these locations to use 46th Avenue to reach their destinations rather than staying on I-70. Because of this, there would be a substantial increase in traffic volumes on 46th Avenue, which introduces safety, access, and mobility issues in the surrounding neighborhoods and also creates a barrier for bicyclists and pedestrians moving through the community.

- Based on the traffic analysis, the average daily traffic on 46th Avenue with the I-270/I-76 Reroute will increase to 30,000 to 60,000 vehicles a day if 46th Avenue is a four-lane arterial and 40,000 to 75,000 vehicles a day if 46th Avenue is a six-lane arterial in 2035, resulting in congested conditions. Rerouting I-70 also would force delivery trucks and other large vehicles to use 46th Avenue frequently to reach the industrial areas and businesses located near the existing I-70.

- There would be an increase in out-of-direction travel, causing mobility issues. Of the traffic heading west on I-70, approximately 50 percent continues past I-25, staying on I-70. The Reroute Alternative adds two miles of out-of-direction travel for these vehicles. Thirty-five percent of the traffic heading west on I-70 exits to southbound I-25. This alternative adds four miles of out-of-direction travel for these vehicles, resulting in additional travel times.

- There will no longer be multiple east-west highway route choices in the area. The multiple route choices are beneficial for emergency access.

- This alternative requires more than 12 miles of major highway widening along I-270 and I-76. This increases the project construction cost to approximately $4 billion, which is twice as much as existing alignment alternatives.

- Many stakeholders, including Commerce City, Adams County, North Area Transportation Alliance, and the Colorado Motor Carriers Association, have expressed continued opposition to this alternative for a number of reasons including the impacts to National Western Stock Show Complex and planned economic growth for surrounding areas.

Appendix A of Attachment C, *Alternative Analysis Technical Report Addendum*, included in the Final EIS document, presents a technical memorandum explaining the reasons, in more detail, why the I-270/I-76 Reroute Alternative was eliminated.

### 3.9.2     Realignment Alternative

The 2008 Draft EIS fully analyzed the Realignment Alternatives (shown in **Exhibit 3-18**). Additional analysis was performed following the 2008 Draft EIS, during the alternatives enhancement and modification process. Using additional data and community input, the analysis ultimately concluded that the Realignment Alternatives were not reasonable. Consequently, they are not analyzed further in this document.

**Exhibit 3-18   Realignment Alternatives**



During the alternative enhancement and modification process, there was major support from the public and stakeholders to eliminate the Realignment Alternatives. The community comments and input resulted in additional analysis by the project team, which showed the Realignment Alternatives were not reasonable.

The main reason for the elimination of the Realignment Alternatives is that they do not meet the project's purpose and need, which is to implement a transportation solution that improves safety, access, and mobility and addresses congestion on I-70 in the project area. Although the Realignment Alternatives improved mobility on the highway, they diverted some of the highway traffic onto local streets, introducing safety, access, and mobility issues at the local street level, and, therefore, failing to meet the mobility purpose of the project. The Realignment Alternatives diverted a high volume of vehicles from the highway to 46th Avenue, increasing the forecasted daily traffic to 50,000 vehicles per day, which is 10 to 20 times higher than the current volume. Adding more traffic on 46th Avenue will cause congestion concerns in the surrounding neighborhoods.

Safety would not be improved with the Realignment Alternatives. Delivery trucks and other large vehicles would need to use local streets frequently to reach the future highway location from the industrial and warehousing

businesses located near the existing highway. The high traffic volumes on 46th Avenue and the truck traffic could degrade the quality of the area neighborhoods and cause safety concerns for neighborhoods, pedestrians, bicyclists, and motorists.

Additional reasons these alternatives are not reasonable include:

- They do not minimize the impacts to the Sand Creek Regional Greenway or the South Platte River. The Realignment Alternatives create a permanent loss of 1.06 acres of wetlands compared to 0.31 acre for the Revised Viaduct Alternative. Because the greenway is an essential natural resource for the community, the Realignment Alternatives are not reasonable due to greater impacts to the greenway.

- They do not allow the National Western Stock Show to continue to operate in its current location with its current programs. This facility is identified as a major historic resource in the community. It has been at its current location for 106 years and its mission is to serve producers and consumers throughout the world with a premier stock show, rodeo, and horse show in January of each year.

- They do not maintain the current location/plan for the FasTracks National Western Stock Show Station on the North Metro Line and limit the potential for transit-oriented development in the area. Based on Denver's *Transit-Oriented Development Strategic Plan*, published in August 2006 and updated in 2014, this area offers a great opportunity for transit-oriented development as an urban center in the long term. While there is little immediate demand for housing or even higher density employment uses in this area, Denver has performed some preliminary planning around the station area. Denver's main focus in the area is to prevent interim development uses in the surrounding area that reduce the future transit-oriented development potential.

- They do not maintain two major east-west highways in the area (I-70 and I-270) for safety, multiple route choices, and emergency access. With the Realignment Alternatives, the redundancy of the highway network, which is important for emergency response in the area, is limited. If I-70 was realigned to combine with I-270, there would be no alternate east-west highway connecting the Denver neighborhoods to the rest of the region.

- They add visual barriers and do not maintain access to the South Platte River and the Riverside Cemetery. Riverside Cemetery is listed in the National Register of Historic Places. Although there will be no right of way needed from the Riverside Cemetery property, there would be noise, visual, and historic setting changes in the area. The construction of the realigned, elevated freeway and noise barriers would introduce a major highway facility between the cemetery and community, approximately 150 feet southeast of the cemetery property, where none currently exists. As a result, the highway would be placed on fill on either side of the bridge that would go over the cemetery driveway and it would push the driveway under the bridge at existing grade.

- They create additional curves and lane miles on I-70. The Realignment Alternatives require additional maneuvers approaching the new curves, which may limit safety in hazardous conditions, especially during the winter months. There will be one mile added to I-70 with the Realignment Alternatives. The extra mile with the Realignment Alternatives will result in unnecessary additional cost and travel time for all motorists.

Attachment C of the 2014 Supplemental Draft EIS, *Alternative Analysis Technical Report*, includes more details on the reasons for eliminating the Realignment Alternatives. CDOT and FHWA presented the recommendation to eliminate the Realignment Alternatives during the corridor-wide meetings held on May 2 and 3, 2012, and November 13 and 14, 2012, and asked for comments on the recommendation. Over 650 individuals collectively attended these meetings, and comments from attendees overwhelmingly agreed that the Realignment Alternatives should be eliminated.



# CHAPTER 4: TRANSPORTATION IMPACTS AND MITIGATION MEASURES

*This chapter examines the effects of the alternatives evaluated on transportation facilities within the transportation impacts study area. This includes roadways, transit systems and services, pedestrian and bicycle facilities, and truck and rail freight services.*

*The analysis for this document uses 2012 traffic data, DRCOG's 2035 travel demand model origin-destination trip data, and the Dynamic Urban Systems for Transportation (DynusT) modeling software to evaluate transportation impacts and mitigation measures.*

Since the Supplemental Draft EIS was published in August 2014, additional analyses and content review have been performed for many of the resources discussed in this document. These updates, along with changes resulting from the comments received on the Supplemental Draft EIS, have been incorporated into this Final EIS. In this chapter, the updates include the following items:

- The travel demand analysis was revised to include the most recent land use scenarios in the DRCOG 2035 regional plan (DRCOG Compass model Version 5.0 with the 2013 cycle 2 updates).

- The updated socioeconomic and land use data resulted in changes to traffic volumes. All traffic analysis was updated based on the revised data.

- Roadway geometries have changed and analysis was completed to reflect these changes.

## 4.1     What are the existing transportation facilities in the study area?

**Exhibit 4-1** shows the transportation impacts study area, which is the same as the project area that was identified earlier in this document.

The existing transportation system in the study area is multi-modal and includes roadways, transit systems, pedestrian and bicycle facilities, and truck and rail freight service. The study area is at a critical location in the transportation system, serving national, regional, and local transportation needs for human and freight mobility within the Denver region, the state of Colorado, and the western United States.

In the study area, I-70 is a mature, fully access-controlled freeway. I-70 serves as a gateway to Aurora and Commerce City, provides regional access to the Stapleton Redevelopment Area and the developing northeast portion of Aurora, and is a critical link for travel to DIA. A substantial number of the people traveling on I-70 (nearly 50 percent) begin or end their trip within the study area.

In addition to accommodating airport and inter-city travel, the I-70 corridor is home to many industrial and warehousing businesses. These businesses account for much of the trucking and freight operations in the corridor.

**Transportation Impacts study area**

In this document, each resource has a specific study area. Those study areas may be the same as the project area or construction limits of the evaluated alternatives, depending on the resource.

For transportation impacts, the study area is the same as the project area.

**Exhibit 4-1    Transportation Impacts Study Area**



### 4.1.1    Existing local connectivity

I-70 travels east and west within the study area. Several major roadways—shown in **Exhibit 4-2** and **Exhibit 4-3**—provide north-south connectivity across I-70. In addition, there are 18 major roadways within the study area between Washington Street and Tower Road with some form of access to I-70, either by direct ramps or slip ramps from collector-distributor roads or frontage roads. Fifteen of these roadways provide north-south connectivity across I-70. Because I-70 is an elevated viaduct between Washington Street and Colorado Boulevard, several more minor roadways provide continuous connectivity beneath I-70 or intersect with 46th Avenue, as shown in **Exhibit 4-3**.

**Exhibit 4-2     Existing North-South Connectivity Across I-70**



**Exhibit 4-3     Existing North-South Connectivity from Brighton Boulevard to Colorado Boulevard**



A large number of minor arterials, collectors, and residential streets provide east-west connectivity between the major north-south arterials. Specific to the study area, 46th Avenue provides for local east-west connectivity directly under I-70 between Washington Street and Colorado Boulevard (see **Exhibit 4-4**). 46th Avenue ends just west of Colorado Boulevard. Frontage roads on either side of I-70—Stapleton Drive North and Stapleton Drive South—begin on the east side of Colorado Boulevard. These roadways provide local connectivity between Colorado Boulevard and Monaco

Street. Stapleton Drive North is a two-lane roadway for westbound traffic and Stapleton Drive South is a two-lane roadway for eastbound traffic. Similar to 46th Avenue, these roadways provide a route for local travelers to circulate without using I-70, as well as a parallel route to bypass some of the congestion on I-70.

**Exhibit 4-4      46th Avenue and Stapleton Drive North/South Existing Conditions**



Colfax Avenue is the only roadway south of I-70 and in the vicinity of the study area that provides continuous east-west connectivity from I-25 to Tower Road. This continuous connectivity provides drivers with an alternative route choice to I-70. Thus, even though Colfax Avenue is not in the study area it is included within the modeling boundaries used in the analysis. Various other roadways provide parallel route choices for shorter distances within the study area, including 56th Avenue, 48th Avenue, 40th Avenue, 17th Avenue, 35th Avenue, 23rd Avenue, Montview Boulevard, Smith Road, and Martin Luther King Jr. Boulevard.

## 4.1.2     Existing transit services

Existing transit service in the study area consists of local, limited, express, regional, and Sky Ride bus routes, as shown in **Exhibit 4-5**. Some of the bus services currently use I-70 for a portion of their route, and others cross I-70, using the surface street network. Traffic congestion can impact travel times for transit both on the surface streets and along I-70. Bus service with associated Park-N-Ride lots is provided throughout the corridor. **Exhibit 4-7** further highlights the bus routes in the Elyria and Swansea Neighborhood.

**Exhibit 4-5     Existing Transit Service**



*Source: RTD, 2014*

## 4.1.3     Existing pedestrian and bicycle facilities

Pedestrian and bicycle accommodations within the study area are primarily provided by sidewalks. In addition, there are several designated bicycle routes and off-street trail facilities in the study area. **Exhibit 4-6** illustrates the existing pedestrian and bicycle route system within the study area, and **Exhibit 4-7** further highlights the bicycle routes in the Elyria and Swansea Neighborhood. Route D-13 is currently a signed bicycle route that provides a north-south connection via Clayton Street.

**Exhibit 4-6     Existing Bicycle and Pedestrian Network**



*Source: Denver*

Sidewalks are widely available within the study area, as shown on **Exhibit 4-8**. However, walking conditions on these sidewalks are not necessarily safe or comfortable. Sidewalks typically range from three feet to five feet wide, which can be too narrow for pedestrians to walk comfortably or pass each other.  Additionally, per Denver's sidewalk policy, property owners are responsible for installation, repair, and maintenance of all sidewalks within the public right of way that adjoin their property, leading to uneven or broken sidewalk surfaces. The existing I-70 viaduct and 46th Avenue form a barrier and create additional gaps in the pedestrian network. Insufficient lighting, difficult street crossings, and poor guidance to destinations also lead to pedestrian concerns.

**What is Denver's sidewalk policy?**

Section 49-551.1 of the Revised Municipal Code of Denver establishes that abutting property owners are responsible for the installation, repair, and maintenance of all sidewalks within the public right of way. The city will inspect sidewalks and—if they are found to be in need of maintenance or repair—notify property owners of their responsibility to arrange for repairs.

**Exhibit 4-7    Elyria and Swansea Bicycle and Bus Routes**

Source: Denver and RTD



**Exhibit 4-8    Elyria and Swansea Sidewalks**

Source: Denver

### 4.1.4      Existing trucking facilities

Motor freight uses I-70 extensively for east-west travel through the Denver region and for pick-up and delivery to businesses and distribution centers within the study area. Trucks make up approximately 9 percent to 11 percent of traffic on I-70 west of Peña Boulevard and 13 percent of traffic east of Peña Boulevard. Trucks are required to stay on designated truck routes when driving through Denver. They also are required to use designated delivery routes when making pick-ups and deliveries. **Exhibit 4-9** highlights the truck routes and delivery routes within the study area, along with specific restrictions for transport of hazardous materials along these routes.

**Exhibit 4-9      Existing Truck Routes**



*Source: CDOT and Denver*

## 4.1.5    Existing freight rail facilities

Currently, the UPR, BNSF Railway, and DRIR operate within the study area, providing through-service, train consolidation operations, and intermodal transfers—or switching—to local businesses. Each railroad company owns and operates its own system of tracks within the study area. The BNSF operates service on the Front Range Subdivision, the UPRR operates on the Limon and Greeley Subdivision, and the DRIR operates an industrial switching yard (Silver Yard) on the north side of I-70 between Monaco Street and Quebec Street.

Several rail storage and transfer facilities, lead tracks, and industry spur tracks are located in the study area. These rail lines generally either cross the study area in a north-south direction or run parallel to I-70 south of its alignment, as shown in **Exhibit 4-10**.

**Exhibit 4-10   Existing Freight Rail Facilities**



*Source: CDOT*

## 4.2     What are the existing safety concerns?

CDOT documented existing traffic safety concerns within the study area in the *I-70 East Corridor EIS Safety Evaluation* (CDOT, 2004) and *Safety Evaluation Addendum: I-70 Corridor Plan* (CDOT, 2013a). The study analyzed crash history for a three-year period (July 1, 2009, through June 30, 2012). During this time, 2,872 reported crashes occurred between I-25 and Tower Road, with 309 causing injuries, and seven resulting in fatalities. Rear-end collisions and sideswipes are the predominant crash types, which indicate corridor-wide congestion and/or inadequate auxiliary lanes.

This study provides a detailed analysis of areas where the number of crashes was higher than expected, including segments at York Street, Steele Street/Vasquez Boulevard, and Colorado Boulevard. The closely spaced on- and off-ramps in these segments—combined with short auxiliary lanes—requires drivers to make speed changes within a short distance. These factors contribute to the high crash rate along these portions of I-70. Refer to Attachment E, *Traffic Technical Report*, for more information.



309 injury crashes
7 fatal crashes
2,556
**2,872 Total Crashes (2009—2012)**

**Auxiliary lanes**

An auxiliary lane is the portion of the roadway next to the travel lanes that help drivers merge on to and exit off of the freeway. They balance the traffic load and maintain through-traffic movements.

## 4.3    What are the existing traffic conditions?

DynusT software was used to evaluate the existing conditions for the study area. More information about DynusT can be found in Attachment E, *Traffic Technical Report*, and a flowchart of the process to create the calibrated sub-area DynusT model is shown in **Exhibit 4-11**. To start the analysis, a regional 2010 DynusT model was built to replicate the 2010 DRCOG regional travel demand model. For analysis purposes, a sub-area—or a portion of the regional model capturing a vast majority of trips into, out of, and through the study area—provided the basis for evaluating existing and future conditions. **Exhibit 4-12** shows the DynusT sub-area limits in comparison to the study area. Daily traffic data—such as volumes for numerous links on I-70, 46th Avenue, and various local roadways, intersection turning movement counts, interstate travel speeds, and interstate travel time—ensured full calibration of the sub-area network that best replicated 2012 conditions.

**Regional travel demand model**

The regional model includes the following counties:

- Adams
- Arapahoe
- Boulder
- Broomfield
- Clear Creek
- Denver
- Douglas
- Gilpin
- Jefferson
- Weld (southwest)

**Exhibit 4-11    Traffic Modeling Process**

**Exhibit 4-12   DynusT Sub-Area Model Limits**



The calibrated DynusT sub-area model's existing roadway network provided the baseline for evaluating the following performance measures, as defined in more detail in the subsequent discussions.

- Daily and peak-period volumes

- I-70 average speeds (level of congestion)

- Vehicle miles of travel (VMT) and vehicle hours of travel (VHT)

- Travel times

- East-west local street volumes (diversion from highway)

### 4.3.1      Existing traffic volumes

Daily and peak-period volumes provide a picture of how well a particular roadway is able to process vehicles. I-70 between I-25 and Tower Road, 46th Avenue between Washington Street and Colorado Boulevard, and Stapleton Drive North/South between Colorado Boulevard and Quebec Street are the primary roads of interest for this document. Changes to the roadway geometry, such as adding capacity or improving regional connectivity, may result in changes to the volume of traffic using any particular roadway. Maximizing the through-put on a freeway such as I-70 will result in lower volumes on the local streets. 46th Avenue passes directly through many of the residential areas near I-70. Increases in traffic on 46th Avenue may result in an increase in crashes and safety issues, reducing the overall quality of life for the neighborhood residents.

### 4.3.2      Existing I-70 traffic volumes

**Exhibit 4-13** displays the existing directional daily traffic volumes and peak-period traffic volumes. Bi-directional daily volumes are lowest—less than 75,000 vehicles per day (vpd)—at the east and west ends of the study area. Volumes peak in the area between I-270 and I-225, with 220,000 vpd (100,000 vpd westbound and 120,000 vpd eastbound) just east of the Central Park Boulevard interchange. The segments between Washington Street and Central Park Boulevard generally carry between 130,000 vpd and 150,000 vpd. The merges and diverges for I-25, I-270, I-225, and Peña Boulevard result in large-volume increases/decreases (between 40,000 vpd and 80,000 vpd) at each location. As much as 75 percent of the traffic on I-70 occurs during the peak periods of the day.

### 4.3.3      Existing 46th Avenue and Stapleton Drive North/South traffic volumes

The current volumes on 46th Avenue and Stapleton Drive North/South, displayed in **Exhibit 4-14**, indicate that the morning and evening peak periods tend to be very similar for both eastbound and westbound directions. Daily traffic volumes peak at approximately 21,000 vpd just west of Steele Street/ Vasquez Boulevard. Typical daily volumes on the remaining segments of 46th Avenue tend to be less than 15,000 vpd. During the peak periods, 75 percent to 80 percent of the traffic volumes occur.

---

**Peak periods**

Peak periods are the parts of the day during which traffic congestion on roads is at its highest. They normally happen twice a day—once in the morning and once in the evening—typically during the times when most people commute.

Peak periods include the time when traffic volumes are building up to the worst congestion and the period when the highway volumes decrease, also known as the shoulder periods.

For this document, the peak periods have been identified as a six-hour time frame during the morning and evening hours. The morning or AM peak period is between 5:00 a.m. and 11:00 a.m., while the evening or PM peak period is between 2:00 p.m. and 8:00 p.m.

---

**Exhibit 4-13   Existing I-70 Traffic Volumes**



Source: Existing (2012) calibrated DynusT model

**Exhibit 4-14   Existing 46th Avenue and Stapleton Drive Traffic Volumes**



Source: Existing (2012) calibrated DynusT model

Volumes on Stapleton Drive North/South (see **Exhibit 4-14**) range between 12,000 vpd and 15,000 vpd. The I-70 slip ramps located west of Dahlia Street and east of Monaco Street provide for access to and from the large industrial area between Colorado Boulevard and Quebec Street.

## 4.3.4    Existing I-70 average speeds

Average speeds, which represent the level of congestion on I-70, affect two performance measures of the highway system: mobility and safety. Higher speeds, or lower levels of congestion, result in shorter travel times, or better mobility. Speed also can reduce safety on a facility, especially if there is a large speed differential or stop-and-go conditions typically associated with congestion.

Congestion along I-70 results in delays for motorists and can result in an increase in crashes. Congestion is related to average travel speeds—as the travel speeds go down, the level of congestion goes up. DynusT produces figures known as "heat diagrams" based on the average travel speeds on a particular route (see **Exhibit 4-15**). The diagrams use colors to visually depict the travel speeds expected for a given time of day by location. Dark blue (cool temperatures) represents free-flow speeds (no congestion) and dark red (hot temperatures) depict locations with low travel speeds (heavy congestion). The top of the figure shows the travel direction, and the map at the bottom of the figures shows the location on I-70. The time scale on the left vertical axis represents trip starting times and the color (or heat) scale legend on the right side indicates the average speed of the vehicles.

The existing average speeds for eastbound and westbound I-70 are shown in **Exhibit 4-16**. The figure shows eastbound congestion between Brighton Boulevard and York Street during the morning and evening peak periods. This congestion is due to the closely spaced merge/diverge areas for I-25, Washington Street, Brighton Boulevard, and York Street. Slowing speeds and congestion also are present during the evening peak period on the segments near I-270 and I-225. This is consistent with the heavy amount of traffic entering and exiting at these freeway-to-freeway connections. Overall, there is more eastbound congestion during the evening peak period than the rest of the day. Between the hours of 7:00 a.m. and 7:00 p.m., eastbound speeds typically remain at 45 miles per hour (mph) or lower.

**Heat diagrams**

The purpose of heat diagrams is to identify overall trends in vehicle speeds or congestion levels on I-70. The areas that have warmer colors (yellow/orange/red) identify locations of reduced speeds or higher congestion.

It is more important first to focus on where the congestion occurs and the pattern of the congestion (recurring or isolated), and then to look at the length or duration of the congestion.

**Free-flow speeds**

Free-flow speeds assume that drivers travel the speed limit with no congestion present.

**Exhibit 4-15   Example Heat Diagram Showing Average Speeds on I-70**



*Source: DynusT model*

**Exhibit 4-16** also shows westbound congestion between Peña Boulevard and the I-270 interchanges during the morning peak period. This area also has pockets of speeds below 50 mph for a majority of the day. Again, this congestion is consistent with the heavy amount of merging and diverging traffic associated with these freeway-to-freeway connections. Westbound I-70 shows congestion

between Colorado Boulevard and York Street during the peak periods of the day due to the close spacing of the interchanges in this area.

**Exhibit 4-16   Existing I-70 Average Speeds**



*Source: Existing (2012) calibrated DynusT model*

There are more than 15.8 million vehicle miles traveled each day within the sub-area, with a little more than 10 percent of this occurring on the I-70 corridor between I-25 and Tower Road.

All of the trips in the sub-area total approximately 0.5 million hours of travel each day, with the trips on I-70 (between I-25 and Tower Road) making up about 8 percent of this total.

It takes slightly longer than 12 minutes to travel eastbound or westbound between I-25 and Tower Road at free-flow speeds (the posted speed limit). Under existing conditions, eastbound trips take approximately 21 minutes during the morning peak and almost 27 minutes during the evening peak (75 percent to 125 percent longer than free-flow travel). During the morning and evening peaks, the westbound trips take nearly 25 minutes (100 percent longer than the free-flow travel time) for the same stretch of highway.

**Existing I-70 travel times**

Travel time is the amount of time it will take a driver to travel from one point to another. This document focuses on evaluating the travel times on I-70 between I-25 and Tower Road, on 46th Avenue between Washington Street and Colorado Boulevard, and on Stapleton Drive North/South between Colorado Boulevard and Quebec Street. This measure will indicate the amount of delay drivers will experience when traveling on these roads.

## 4.3.5    Existing 46th Avenue and Stapleton Drive North/South travel times

Travel times for 46th Avenue from Brighton Boulevard to Colorado Boulevard (a distance of about 1.5 miles) generally take between three and five minutes for eastbound and westbound trips under existing conditions. Existing travel times on Stapleton Drive North/South between Colorado Boulevard and Quebec Street (a distance of about two miles) take about three to five minutes for eastbound and westbound trips. The travel times are consistent with low volumes and uncongested travel along roadways with lower speed limits (less than 35 mph) and several signalized intersections.

## 4.3.6    Existing east-west local street volumes

DynusT identifies the volume of traffic that will choose to use the freeway versus the volume of traffic that will use the local street facilities. This measure is important because it quantifies the amount of traffic that may divert to local roads when encountering congestion on I-70, based on congestion in the study area. This will help identify impacts to residents, pedestrians, and bicyclists along these local roadways resulting from changes in traffic patterns.

As I-70 becomes congested, motorists may decide to use parallel local streets to complete east-west trips within the sub-area. **Exhibit 4-17** shows a series of screenlines intended to capture the total east-west volumes on the parallel local streets to the north and south of I-70. These screenlines are for local streets only and do not include I-70 or 46th Avenue/Stapleton Drive as these volumes are discussed separately. The east-west volumes for the identified roadways north of I-70 were added together to provide a single value of vehicles using parallel routes to the north of I-70. A similar approach applies for the identified roads south of I-70. **Exhibit 4-18** shows the results of the existing (2012) conditions analysis.

> **Screenlines**
>
> A screenline is an imaginary line drawn on a map that represents a location where vehicles crossing the line in either direction of travel are counted over a defined period of time.

Case No. 1:17-cv-01661-WJM-MEH Document 46-1 filed 09/27/17 USDC Colorado pg 119 of 271

**Exhibit 4-17 East-West Parallel Route Screenlines**

**Exhibit 4-18 Existing Screenline Volumes**

*Source: Existing (2012) calibrated DynusT model*

## 4.4    How were future traffic and transportation evaluated?

Before conducting the analysis of the No-Action or Build Alternatives, future (2035) transportation system characteristics were identified. The development of future traffic projections for the No-Action Alternative, through the use of the 2035 DRCOG travel demand model, did not include improvements to I-70. The number of lanes and interchange configurations within the study area were assumed to remain similar to existing conditions. All I-70 project alternatives assume implementation of the transportation improvements identified in the DRCOG 2035 MVRTP. This includes both programmed projects (those budgeted in the six-year Transportation Improvement Plan [TIP]) and planned projects (those not in the TIP, but included in the adopted DRCOG 2035 MVRTP). The more significant planned and programmed improvements to the transportation system within the study area are shown in **Exhibit 4-19**. For a complete list of projects, refer to the DRCOG 2035 MVRTP. Although recent studies have pointed to national reductions in VMT following the recession of 2007-08, recent FHWA data has shown that VMT has been increasing again during the last 18 months and has reached pre-recession levels. For more information refer to Attachment E, *Traffic Technical Report*. If the current trend, as identified by FHWA, continues into the future, the traffic volumes in 2035 will most likely exceed the volumes being projected by the DRCOG travel demand model. It should be noted, that the Year 2013 Cycle 2 update travel demand model does incorporate the post-2008 recession updated data as provided by the State Demographer in its projection of growth and travel in the DRCOG region. As a result of these updates, all future traffic models used in the previous analyses for I-70 East were discarded and the traffic analysis was redone using new traffic projections as developed with the new travel demand model.

Following the release of the Supplemental Draft EIS, DRCOG provided the most up-to-date socioeconomic forecasts and land use scenarios for the 2035 Compass Model, also known as the Year 2013 Cycle 2 updates. The traffic models were updated to reflect these changes.

During the development of this Final EIS document, DRCOG released the 2040 Focus model. Because the traffic modeling was already underway at the time of this release, a

Case No. 1:17-cv-01661-WJM-MEH    Document 46-1    filed 09/27/17    USDC Colorado    pg 121 of 271

sensitivity analysis was performed to determine the changes in traffic volume in the design year. The sensitivity analysis concluded that although the traffic volumes projected by the 2040 Focus model were slightly lower than the 2035 Compass model, the Focus model volumes would not impact the capacity needed for the corridor, and, therefore, would not significantly change the design nor the environmental impacts of the project. Additionally, switching from the 2035 model to the 2040 model would result in significant expense and delays to the project schedule due to the significant effort required to update all traffic operations analyses and analysis of environmental resources that rely on traffic volumes such as noise and air quality which would only be warranted if significant changes were expected. Thus, the modeling was completed using the 2035 Compass model. Refer to Attachment E, *Traffic Technical Report*, for more information.

In addition to planned roadway improvements, the analysis assumed the implementation of major transit system improvements within the Denver region as part of RTD's FasTracks program. Of most relevance in the study area is the East Corridor commuter rail project, which will run from downtown Denver to DIA (see **Exhibit 4-19**).

**Exhibit 4-19    2035 Transportation System Improvements**



*Source: DRCOG, 2014*

Individual travel demand models and DynusT roadway networks consistent with future (2035) transportation system improvements were developed for the alternatives. A travel demand model estimates traffic demand based on where population and employment will grow in the region, and then predicts how the resulting travel demand distributes over the regional transportation network. The evaluation of the individual roadway networks within the travel demand models provided the future (2035) origin-destination data for the various alternatives. The origin-destination output from the travel demand models became the input to the individual roadway networks within DynusT.

## 4.5    How do the project alternatives affect the transportation facilities?

Consistent with federal regulations, this document fully evaluates potential effects to the transportation facilities that might result from the No-Action Alternative and the Build Alternatives (Revised Viaduct Alternative and Partial Cover Lowered Alternative and their design options) presented in **Exhibit 4-20**.

**Exhibit 4-20   Summary of Project Alternatives and Options**

| Alternative | | Expansion Options | Operational Options |
|---|---|---|---|
| No-Action | | • North<br>• South | N/A |
| Build Alternatives | Revised Viaduct | • North<br>• South | • General-Purpose Lanes<br>• Managed Lanes |
| | Partial Cover Lowered | N/A | • General-Purpose Lanes<br>• Managed Lanes |

The following section briefly discusses the major changes to I-70, 46th Avenue, and Stapleton Drive North/South for the No-Action Alternative and the Build Alternatives. Attachment A, *Alternative Maps,* contains figures showing the roadway configurations within the study area for each of the future alternatives. For more detail on the alternatives and their options, see Attachment C of the Supplemental Draft EIS, *Alternative Analysis Technical Report.*

In the No-Action Alternative, the overall transportation facilities remain unchanged within the study area. This alternative does reconstruct the elevated portion of I-70 between Brighton Boulevard and Colorado Boulevard. The

**North or South Expansion Options: impacts on traffic patterns**

The No-Action Alternative and Revised Viaduct Alternative both have options that shift I-70 north or south. These shifts have no impact on traffic circulation and are each considered a single alternative for the purpose of discussing transportation impacts.

reconstruction of the viaduct does not add any capacity to I-70. 46th Avenue and Stapleton Drive North/South remain in their current configuration and do not experience any capacity improvements.

The Build Alternatives add capacity to I-70 through the addition of one travel lane in each direction for the sections east of Chambers Road and west of Brighton Boulevard. The portion of I-70 between Brighton Boulevard and Chambers Road receives two lanes of added capacity in each direction. All of the added capacity will either be in the form of general-purpose (not priced) lanes or managed (priced) lanes.

46th Avenue has unique configurations for each of the Build Alternatives. In the Revised Viaduct Alternative, 46th Avenue continues to operate similarly to the existing conditions, traveling at grade underneath the elevated viaduct, with some modifications to the connectivity at Brighton Boulevard. In the Partial Cover Lowered Alternative, 46th Avenue is located on the north and south sides of the highway. It is a two-way street between York Street and Garfield Street on both sides of the highway. In all other locations, 46th Avenue is a one-way couplet with eastbound travel on the south side of I-70 and westbound travel on the north side of I-70. This alternative eliminates the portion of 46th Avenue north of I-70 between Columbine Street and Clayton Street to allow for a seamless connection between Swansea Elementary School and the highway cover, which will be added at this location as part of this alternative.

The Build Alternatives with the Managed Lanes Option will have several locations for ingress and egress to the managed lanes, some consisting of direct connections, as shown in **Exhibit 4-21** and described below. This will provide drivers several opportunities to make a choice to use the managed lanes or remain in the general-purpose lanes. The eastbound managed lanes decision points are as follows:

- Ingress opportunity just east of I-25 at the start of the managed lane
- Ingress/egress opportunity at Brighton Boulevard
- Ingress/egress opportunity at Holly Street
- Ingress opportunity from I-270 in the form of a direct connection between the freeways
- Ingress/egress opportunity at Peoria Street

**Capacity**

A travel lane on a roadway can serve a specific number of vehicles in an hour. This number of vehicles per hour per lane is called capacity. If a new lane is added to a road, the capacity of the road will increase.

**One-way couplet**

A one-way couplet is a pair of parallel streets with each street only allowing one-way travel, but in opposite directions. Together the two streets operate as a single street.

**Cover**

As part of the Partial Cover Lowered Alternative, a cover will be placed on top of I-70. The cover, located between Columbine Street on the west and Clayton Street on the east, reconnects the Swansea and Elyria Neighborhood north and south of I-70. The design details for the cover are being studied and will be coordinated with the local neighborhoods.

- Egress opportunity to I-225 by use of a direct connection between the freeways

- Egress opportunity to Peña Boulevard by use of a direct connection between the facilities

- Egress opportunity to Tower Road as the managed lane facility ends

In the westbound direction, the managed lanes decision points are as follows:

- Ingress opportunity at Tower Road at the start of the managed lane

- Ingress opportunity from Peña Boulevard by use of a direct connection between the facilities

- Ingress opportunity from I-225 by use of a direct connection between the freeways

- Ingress/egress opportunity at Peoria Street

- Ingress/egress opportunity at Holly Street

- Egress opportunity to I-270 in the form of a direct connection between the freeways

- Ingress/egress opportunity at Brighton Boulevard

- Egress opportunity near Washington Street as the managed lane facility ends

**Exhibit 4-21   Managed Lanes Option Access Locations**



### 4.5.1    Effects on local connectivity

The No-Action Alternative minimally affects the north-south and east-west roadway connections in the study area. The only significant change occurs at the York Street interchange for the South Expansion Option. This change affects the eastbound off-ramp configuration and will require some rerouting of local trips using the adjacent street network. All of the other existing interchange forms remain the same in the No-Action Alternative. Attachment A, *Alternative Maps,* contains figures showing the connectivity for the No-Action Alternative.

The Build Alternatives (see Attachment A, *Alternative Maps*) make the following changes to the interchanges:

- All of the Build Alternatives remove the York Street interchange, which will require drivers to use local streets to gain access to and from I-70 at adjacent interchanges.

- The Revised Viaduct Alternative and the Partial Cover Lowered Alternative create a split-diamond interchange configuration with collector-distributor roads between Steele Street/Vasquez Boulevard and Colorado Boulevard. In addition, slip ramps are included to provide an eastbound off-ramp and westbound on-ramp at Colorado Boulevard.

- All of the Build Alternatives alter the location of the Holly Street interchange ramps to form a more traditional diamond interchange. The slip ramps currently located east of Monaco Street and west of Dahlia Street move to the west of Monaco Street and east of Dahlia Street, respectively.

- All other interchanges within the study area continue to provide similar access as existing conditions with some modifications to the ramp types that do not affect the overall connectivity.

The Build Alternatives have the same north-south and east-west roadway connections as existing conditions, with the exception of the area between Brighton Boulevard and Colorado Boulevard. A discussion of the differences between the Build Alternatives for the Brighton Boulevard to Colorado Boulevard section is provided in the following paragraphs.

**Exhibit 4-22** displays the local north-south roadway connections for the Revised Viaduct Alternative. Fillmore

**Split-diamond interchange**

A diamond interchange is formed when ramps are provided in each quadrant allowing for exit and entrance operations between the freeway and the local street. The local street is a grade-separated crossing over or under the freeway. A split diamond is used where local streets are too close to each other to allow for safe operations of the entrance and exit ramps. Ramps are combined and a one-way frontage road is used between the local streets.

The split-diamond interchange proposed between Steele Street/Vasquez Boulevard and Colorado Boulevard also includes slip ramps which will provide additional access to I-70.



Street and Milwaukee Street are extended under I-70 and across 46th Avenue. Similar to existing conditions, 46th Avenue continues to provide two-way connectivity under I-70.

**Exhibit 4-22    North/South Connectivity with Revised Viaduct Alternative**



The Partial Cover Lowered Alternative, shown in **Exhibit 4-23**, continues to provide north-south connectivity at York Street, Josephine Street, Columbine Street, Clayton Street, Fillmore Street, and Steele Street/Vasquez Boulevard. It also provides additional north-south connectivity over I-70 at Cook Street and Monroe Street. The portion of York Street north of I-70, between 46th Avenue North and 47th Street is converted to two-way operations. This is to prepare for the possibility of the full conversion of York Street to two-way operations from 40th Street to 47th Street by others in the future.

46th Avenue is no longer located underneath I-70, but is a one-way couplet between Brighton Boulevard and Josephine Street and between Milwaukee Street and Colorado Boulevard, with eastbound travel on the south side of I-70 and westbound travel on the north side of I-70. Between Josephine Street and Milwaukee Street, 46th Avenue has two-way operations on both sides of I-70. Additionally, on the north side of I-70, 46th Avenue will be discontinued between Clayton Street and Columbine Street. This alternative eliminates the portion of Elizabeth Street north of 46th Avenue and south of 47th Avenue. All other north-south streets within this area end at either eastbound or westbound 46th Avenue.

46th Avenue extends across Colorado Boulevard and
connects with the existing one-way couplet of Stapleton
Drive North and Stapleton Drive South. These streets are
extended to the east and connect to the Quebec Street ramps
to allow for connectivity between Colorado Boulevard and
Quebec Street.

**Exhibit 4-23   North/South Connectivity Over I-70 with the Partial Cover Lowered Alternative**



## 4.5.2     Effects on transit service facilities

Transit service within the study area should not be
substantially affected. Changes associated with the Build
Alternatives within the study area, including modifications
to the surface street network, will improve safety and reduce
congestion, which will create an overall benefit for transit
service.

Even with the implementation of the East Corridor transit
line, bus routes in the area will stay the same (with the
exception of SkyRide not using I-70 after the opening of the
East Corridor line). CDOT and RTD will continue to
coordinate on the proposed roadway network to be sure
transit service is not affected.

During construction, proposed bus route closures, delays, or
modifications must be coordinated with RTD more than 30
days in advance. Modifications or relocation of bus stops or
signage along the affected routes must also be coordinated
with RTD in the same timeframe since accessibility is
required to be maintained.

### 4.5.3    Effects on pedestrian and bicycle facilities

Pedestrian and bicycle facility improvements associated with the Build Alternatives will enhance the safety of pedestrians and bicyclists within the study area. Intersections that are being improved will have countdown lights installed at signalized crosswalks to improve pedestrian safety. More opportunities to enhance the pedestrian environment include sidewalk connectivity, Americans with Disabilities Act improvements, greater sidewalk width, and improved lighting. All alternatives maintain connectivity of Denver Bike Route D-13 to provide north-south access via Clayton Street.

While the Partial Cover Lowered Alternative will limit the amount of pedestrian and bicycle north-south crossing locations, the cover provides connectivity between neighborhoods. This alternative also provides shorter pedestrian crossing distances over 46th Avenue, which will enhance safety. The design allows pedestrians to cross two lanes of traffic at a time, instead of four lanes.

### 4.5.4    Effects on trucking facilities

Overall, the Build Alternatives will improve highway freight transport through and into the study area by adding capacity on I-70, reducing delays, and improving safety. These improvements increase operating efficiency and reduce operating costs for the trucking industry. The changes associated with the Build Alternatives will not substantially alter the designated truck routes or the delivery routes. Potential changes to truck routes or delivery routes may be necessary due to changes in the roadway network or redevelopment that may occur in the study area. Future truck and delivery routes may require alteration or additions based on unknown future needs.

In some cases, interchanges will be reconfigured, but these changes will improve overall safety and traffic flow. The reconfigured interchanges include the removal of the York Street interchange, converting the existing Steele Street/ Vasquez Boulevard interchange to a split diamond interchange with Colorado Boulevard, and consolidation of the slip ramps at Dahlia Street and Monaco Street to a full movement interchange at Holly Street. Changes to the local street network may marginally increase the distance trucks have to travel off the designated truck routes or delivery routes to get to or from their destination. While existing

truck travel within the Elyria and Swansea Neighborhood is a concern of local residents, changes associated with the Build Alternatives should not significantly impact these streets because any potential changes to the designated truck routes and delivery routes could be coordinated with Denver to ensure impacts are minimized. This could be accomplished by setting up specific truck routes, prohibition on some roadways, and/or specific delivery times based on input from local citizen groups.

## 4.5.5    Effects on freight rail facilities

None of the Build Alternatives will permanently impact rail service within or through the study area. All existing rail crossings of the I-70 alignment are grade separated, with the railroad currently passing beneath I-70. Grade separation at all of these crossings will be maintained.

The Partial Cover Lowered Alternative will require the construction of a new bridge for the UPRR Greeley Subdivision just east of Brighton Boulevard and for the BNSF Market Lead just east of Steele Street/Vasquez Boulevard. This will result in temporary impacts to railroad operations for track relocations required to phase the construction of the new grade-separated structures. None of the other alternatives will require the building of new railroad structures. I-70 will be located above the railroad at all crossings, similar to existing conditions.

East of Colorado Boulevard, all of the Build Alternatives involve similar construction. Between Monaco Street and Quebec Street, the DRIR has switching yard tracks that are located below an I-70 bridge. The Build Alternative improvements will maintain current operations through construction of new bridges and/or relocate track operations to a similar condition. The UPRR spur track at Havana Street will be relocated to the east below bridges for the ramps and mainline I-70 highway.

## 4.6      How do the project alternatives affect safety?

The No-Action Alternative would increase shoulder width for the viaduct portion of I-70 through reconstruction but does not address current safety issues at other locations. Growth in traffic volume is likely to result in an overall increase in the number, frequency, and severity of crashes on I-70. The overall safety of the highway will degrade by 2035 without improvements or at least the implementation of some safety enhancements.

The Build Alternatives address the safety concerns and infrastructure deficiencies identified in CDOT's *I-70 East Corridor EIS Safety Evaluation* (CDOT, 2004) and *Safety Evaluation Addendum: I-70 Corridor Plan* (CDOT, 2013a). By relieving congestion and correcting identified deficiencies, the anticipated crash rates along I-70 decrease with the Build Alternatives. The safety evaluation included analysis of the interchanges. The evaluation identified specific improvements, such as the addition of turn lanes or turn signals, at specific locations to improve safety. The Build Alternatives include these improvements to enhance safety within the study area.

## 4.7      How will the project alternatives affect traffic conditions?

The following subsections provide a discussion of how the traffic conditions will change between 2012 and 2035 without any improvements to I-70, as well as how the Build Alternatives compare to the No-Action Alternative using the same performance measures previously described for existing conditions (2012). Attachment E, *Traffic Technical Report* provides a detailed description of the analyses, results, and comparisons of the performance measures between the existing conditions (2012), No-Action Alternative, and Build Alternatives.

To simplify the presentation of the analysis results in the exhibits, the following abbreviations are used for the Build Alternatives and their different design options:

- Revised Viaduct Alternative, General-Purpose Lanes Option: RV—GP

- Revised Viaduct Alternative, Managed Lanes Option: RV—ML

- Partial Cover Lowered Alternative, General-Purpose Lanes Option: PCL—GP

- Partial Cover Lowered Alternative, Managed Lanes Option: PCL—ML

## 4.7.1    Future I-70 volumes

**Exhibit 4-24** provides a comparison of the No-Action Alternative (2035) to the existing mainline I-70 traffic volumes (2012). Daily and peak-period traffic increases on every highway segment. Typically, individual segments of I-70 will experience an increase in directional daily volumes of between 20 percent and 50 percent compared to existing conditions. This indicates the highway does have some limited reserve capacity with the current number of lanes.

**Exhibit 4-25** displays the comparison of the I-70 daily and peak-period traffic volumes for the Build Alternatives compared to the No-Action Alternative. The data for the Managed Lanes Option represent the total volume serviced by all lanes of I-70 (general-purpose lanes plus managed lanes). In general, all segments of I-70 experience an increase of daily volumes between 20 percent and 50 percent compared to the No-Action Alternative. The peak-period volumes display similar growth trends as the daily volumes.

The model indicates the largest factor contributing to the increase in traffic on I-70 for the Build Alternatives is the increase of capacity which results in drivers that would use local streets to complete trips. Maximizing the capacity of I-70 will result in lower volumes on the local streets, including 46th Avenue, as drivers will choose to use the freeway for a faster trip. Conversely, not improving I-70 capacity increases the traffic on local streets like 46th Avenue and may result in an increase in crashes and safety issues along with reducing the overall quality of life for the neighborhood residents. The overall demand for I-70 will increase in the future, without the improved capacity more traffic will be diverted onto the local street network. However, with capacity improvements, even in the form of managed lanes, traffic that already wants to use I-70 will now have the ability to use the facility and not divert to the local streets. Overall, all of the Build Alternatives process similar volumes throughout the day. Improving traffic on I-70 results in drivers choosing to use I-70 instead of the local roadways to travel through the study area.

**Future I-70 traffic**

I-70 has very limited reserve capacity based on the current number of lanes on the highway. Improving I-70 through the addition of more lanes (general purpose or managed) results in more drivers using I-70 instead of the local roadways to travel through the study area.

All of the Build Alternatives show the ability to process an equal amount of traffic on I-70. As a performance measure, traffic volume on I-70 is not a distinguishing factor between the alternatives.

**Exhibit 4-24   No-Action Alternative, I-70 Volumes**



Source: No-Action (2035) DynusT model

**Exhibit 4-25   Build Alternatives, I-70 Volumes**



Source: Build (2035) Alternatives DynusT models

## 4.7.2 Future 46th Avenue and Stapleton Drive North/South traffic volumes

**Exhibit 4-26** displays the projected daily and peak-period volumes on 46th Avenue and Stapleton Drive North/South for the No-Action Alternative compared to the existing conditions. Without improvements to I-70, traffic volumes on all segments of these roadways nearly double compared to the existing conditions. Much of this increase is likely due to drivers trying to bypass the increased levels of congestion on I-70 by using the closest parallel alternate route. It is likely that short trips between adjacent interchanges are using local streets to avoid I-70 congestion. Increased traffic on the local roads will have a negative effect on neighborhood residents' quality of life and will expose pedestrians and bicyclists to more vehicular traffic at all crossing locations.

**Exhibit 4-27** shows the daily and peak-period volumes projected to use 46th Avenue and Stapleton Drive North/South for the Build Alternatives compared to the No-Action Alternative. In general, most segments of the roadways experience a decrease in traffic compared to the No-Action Alternative. The segments around Steele Street/Vasquez Boulevard and Colorado Boulevard that experience increases are primarily due to the split-diamond ramp configuration at these interchanges. Similarly, the segments to the east and west of Holly Street also see an increase due to the interchange ramps being moved to this location. Overall, a reduction in congestion on I-70 results in drivers using I-70 for more trips, which reduces the traffic on the local streets.

### 46th Avenue future traffic

As congestion increases on I-70, more drivers choose to use the local streets, affecting residents' quality of life and exposing pedestrians and bicyclists to more vehicular traffic at crossing locations. An improved I-70 encourages drivers to use I-70 instead of the local streets.

For the most part, all of the Build Alternatives show lower volumes on 46th Avenue and Stapleton Drive North/South. As a performance measure, traffic volume on these roadways is not a distinguishing factor between the alternatives.

**Exhibit 4-26    No-Action Alternative, 46th Avenue and Stapleton Drive North/South Volumes**



*Source: No-Action (2035) DynusT model*

**Exhibit 4-27    Build Alternatives, 46th Avenue and Stapleton Drive North/South Volumes**



Source: Build (2035) Alternatives DynusT models

### 4.7.3    Future I-70 average speeds

**Exhibit 4-28** displays the No-Action Alternative average speeds for eastbound and westbound I-70. Both directions of I-70 will experience longer periods of congestion and reduced speeds throughout the day. This will happen at locations of high merge/diverge movements, such as freeway-to-freeway interchanges or where several ramps occur in a short distance. Speeds as low as 10 mph will be common in both directions during the peak periods and speeds below 45 mph will be typical for most of the day for both directions. The increase in traffic volumes on I-70 will result in congestion for long periods of the day and on more segments of the highway compared to existing conditions. The increase in I-70 congestion will result in drivers using parallel local streets within the study area.

**Exhibit 4-28    No-Action Alternative Average Speeds**



*Source: No-Action (2035) DynusT model*

**Exhibit 4-29** to **Exhibit 4-32** display the average speeds on I-70 for the Build Alternatives and all of their design options. For the Managed Lanes Option, the figures display the average speeds for vehicles using the general-purpose lanes only. In general, all of the Build Alternatives show less congestion throughout the day compared to the No-Action Alternative. The following describes what will occur for the

General-Purpose Lanes Option, as shown in **Exhibit 4-29** to **Exhibit 4-30**:

- Westbound congestion will continue to exist during the morning peak in the area between the Peña Boulevard on-ramp and the I-225 off-ramp. Congestion will persist around the I-270 diverge area, although it will be less intense than the No-Action Alternative, with speeds remaining above 40 mph for the most part. Congestion also will continue for most of the day near I-25 since I-70 only has two lanes through this interchange area. Overall, the westbound heat diagrams show similar characteristics to each other for the entire day.

- For eastbound trips, vehicles are encountering less overall congestion than with the No-Action Alternative. There is still congestion between I-270 and I-225 during the morning and evening peak periods, but the duration and intensity is reduced. Overall, the eastbound heat diagrams show similar characteristics in the morning and early afternoon hours.

**Exhibit 4-29   I-70 Average Speeds for Revised Viaduct Alternative, General-Purpose Lanes**



*Source: Build (2035) Alternative DynusT models*

**Exhibit 4-30   I-70 Average Speeds for Partial Cover Lowered Alternative, General-Purpose Lanes**



*Source: Build (2035) Alternative DynusT models*

The average speeds for the Managed Lanes Option depicted in the following figures are for the general-purpose lanes only. The managed lanes will be priced to operate at or above 45 mph for most of the day. The following describes what will occur for the Managed Lanes Option, as shown in **Exhibit 4-31** and **Exhibit 4-32**:

- The average speeds during the day are lower compared to the General-Purpose Lanes Option. This is because there are fewer general-purpose lanes in the Managed Lanes Option, so they become congested more easily.

- Overall, the westbound heat diagrams show similar characteristics to each other for the entire day. The peak spreading that occurs due to the addition of managed lanes results in shorter periods of congestion more frequently throughout the day as compared to the General-Purpose Lanes Option.

### Peak spreading

The Managed Lanes Option has fewer general-purpose lanes. If drivers do not alter their departure times, the congestion in the general-purpose lanes will result in high demand for the managed lanes. The result will be higher prices in the managed lanes. As a result, managed lanes will impact driver travel behavior, resulting in a spreading out of demand over the day so that pricing can remain reasonable.

The managed lanes result in a cyclic pattern of drivers choosing to use the managed lanes to avoid congestion in the general-purpose lanes and drivers using the general-purpose lanes to avoid high prices in the managed lanes. This results in general-purpose lanes experiencing shorter periods of congestion that are less intense overall, but cyclic through-out the day.

- For eastbound trips, the Managed Lanes Option continues to encounter congestion in the area between I-225 and Chambers Road, due to the high number of merge/diverge movements and the lack of additional general-purpose lanes in this area. Overall, the eastbound heat diagrams show similar traits to each other, exhibiting a cyclic pattern that is consistent with the prices in the managed lanes fluctuating up and down as demand for these lanes changes throughout the day.

**Exhibit 4-31   I-70 Average Speeds for Revised Viaduct Alternative, Managed Lanes**



*Source: Build (2035) Alternative DynusT models*

**Exhibit 4-32   I-70 Average Speeds for Partial Cover Lowered Alternative, Managed Lanes**



*Source: Build (2035) Alternative DynusT models*

## 4.7.4    Future VMT

**Exhibit 4-33** compares the No-Action Alternative daily VMT to existing conditions for vehicles using I-70, as well as all vehicles within the DynusT model sub-area. VMT in the No-Action Alternative increases by more than 60 percent for the DynusT model sub-area and by approximately 50 percent for I-70 when compared to existing conditions. In the No-Action Alternative, I-70 accounts for slightly more than nine percent of the DynusT model sub-area VMT—this is about one percent less than existing conditions. The figure demonstrates that more traffic will use local streets because of increased congestion on I-70.

> **VMT**
>
> VMT—calculated by multiplying the number of vehicles using an entire system or an individual roadway by the distance they travel—is a common measure of highway use. The transportation system as a whole will benefit based on how well I-70 is able to account for a larger share of the sub-area VMT.

**Exhibit 4-33    VMT, No-Action Alternative**



*Source: No-Action (2035) DynusT model*

**Exhibit 4-34** compares the Build Alternatives' daily VMT for the DynusT model sub-area and I-70 to that of the No-Action Alternative. The VMT for the Managed Lanes Option includes the vehicles using the general-purpose and managed lanes on I-70. The General-Purpose Lanes Build Alternatives result in an approximate 35-percent increase in VMT on I-70 while the Managed Lanes Options increase VMT less than 30 percent on I-70.

The VMT for the entire sub-area changes by less than one percent for all Build Alternatives. This means that while overall traffic increases in the Build Alternatives, more traffic is accommodated on I-70 and less traffic uses local streets compared to the No-Action Alternative.

Much of the increase in VMT on I-70 for the Build Alternatives within the sub-area compared to No-Action is due to I-70 attracting trips off of the local street network. These trips are diverting from the local streets and traveling north or south to reach I-70, which results in longer trips increasing sub-area VMT. For example, a trip that was traveling north on Colorado Boulevard and then going east-west on Smith Road is now traveling the extra distance to reach I-70 and then complete the east-west trip. Also, I-270 in the future is extremely congested and this is resulting in some trips using I-70 instead (increasing I-70 VMT), which again results in longer trips to reach I-70 (increasing sub-area VMT) from the north (some using I-25 south to I-70) before going east-west.

**Exhibit 4-34   VMT, Build Alternatives**



Source: Build (2035) Alternatives DynusT models

### 4.7.5      Future VHT

**Exhibit 4-35** displays the daily DynusT model sub-area and I-70 VHT for the No-Action Alternative and existing conditions. Without any improvements to I-70, the No-Action Alternative daily VHT increases by more than 160 percent for the DynusT model sub-area, and I-70 will experience an increase of nearly 200 percent compared to the existing conditions. The increase in VHT indicates higher overall levels of congestion throughout the study area because of more traffic on I-70 and the local streets.

**VHT**

VHT represents the total vehicle hours expended traveling in a specified area during a defined period. As congestion increases, VHT will increase, since it will take drivers longer to travel to their destinations.

**Exhibit 4-35   VHT, No-Action Alternative**



Source: No-Action (2035) DynusT model

**Exhibit 4-36** compares the Build Alternatives' daily VHT for the DynusT model sub-area and I-70 to that of the No-Action Alternative. The VHT for the Managed Lanes Option includes the drivers using the general-purpose and managed lanes on I-70. All of the Build Alternatives result in lower overall VHT for both the DynusT model sub-area and I-70. The General-Purpose Lanes Option reduces VHT on I-70 by 19 percent to 25 percent and by 18 percent to 21 percent across the entire DynusT model sub-area. The Managed Lanes Option has larger reductions in VHT of about 27 percent for I-70 and about 21 percent for the DynusT model sub-area.

Overall, the reduction in congestion results in less time spent traveling in the study area and on I-70. Looking at both VMT and VHT together indicates that more trips occur in less time with the Build Alternatives.

> **VMT/VHT**
>
> The Build Alternatives result in more I-70 trips occurring in less time. This is an indication that more drivers are choosing to use I-70 for travel within the study area because of reduced congestion.

**Exhibit 4-36   VHT, Build Alternatives**



*Source: Build (2035) Alternatives DynusT models*

## 4.7.6      Future I-70 travel times

**Exhibit 4-37** shows the No-Action Alternative travel times for I-70 between I-25 and Tower Road compared to the existing conditions and free-flow conditions. Travel times for westbound I-70 increase to about 40 minutes during the morning peak period and 65 minutes during the evening peak period, which is triple the current time. Eastbound travel times increase in the morning peak period to 35 minutes and in the evening peak period to about 60 minutes,

which is double the current travel times. The travel times show that the peak periods occur over more hours of the day with higher levels of congestion and longer delays in the future.

**Exhibit 4-37    No-Action Alternative, I-70 Travel Times**



*Source: No-Action (2035) DynusT model*

**Exhibit 4-38** shows the Build Alternatives' travel times compared to the No-Action Alternative. For the Managed Lanes Option, a driver can choose to make a trip through the study area by using either general-purpose lanes, managed lanes, or a combination of the two. The aforementioned exhibit contains two lines for each of the alternatives that have managed lanes: (1) a dashed line that represents the travel time for vehicles that use only managed lanes to go

from I-25 to Tower Road or vice-versa, and (2) a solid line that represents a vehicle that makes the same trip using only general-purpose lanes. This represents the best- and worst-case scenarios, but many travelers will likely experience travel times between these two extremes. The current analysis focuses on travel times for trips going from end to end of the study area within a single lane type.

All of the Build Alternatives have lower travel times during the peak periods. The General-Purpose Lanes Option continues to have distinct morning and evening peak periods, but the additional lanes on I-70 result in shorter overall peak periods and times (ranging from 19 minutes to 32 minutes) compared to the No-Action Alternative (ranging from 35 minutes to 65 minutes). The Managed Lanes Option tends to have lower overall peak-period travel times in the general-purpose lanes as compared to the No-Action Alternative (ranging from 21 minutes to 40 minutes), but the peak periods occur over more hours of the day compared to the General-Purpose Lanes Option. This is because drivers will change their travel behaviors by making trips at different times of the day to avoid paying tolls and because there are fewer general-purpose lanes on I-70. As a result, trips are spread out over more hours of the day and the managed lanes will operate more reliably at lower toll rates.

## 4.7.7    Future 46th Avenue and Stapleton Drive North/South travel times

**Exhibit 4-39** presents the results of the No-Action Alternative travel times for 46th Avenue and Stapleton Drive North/South compared to existing conditions. Without improvements to I-70, the travel times for these roadways nearly double during the evening peak period. All trips on 46th Avenue and Stapleton Drive North/South between about 8:00 a.m. and 10:00 p.m. (about 14 hours of the day) experience longer trip times under the No-Action Alternative. Drivers are using these parallel local streets to avoid congestion on I-70.

**Exhibit 4-40** displays the Build Alternatives' travel times for 46th Avenue and Stapleton Drive North/South compared to the No-Action Alternative. In general, improvements to I-70 reduce the number of vehicles using these roadways, which results in travel times that are very similar to or lower than those of the No-Action Alternative.

### Improved I-70 travel times

The Managed Lanes Option tends to have lower overall peak travel times, but the peaks are spread out over more hours of the day. Overall, travel times in the managed lanes are nearly the same as the free-flow travel times, while the adjacent general-purpose lanes experience delay within the same alternatives.

Travel times indicate that all of the Build Alternatives provide a benefit to the operations of I-70, with the Managed Lanes Option generally providing more benefit throughout the day.

Case No. 1:17-cv-01661-WJM-MEH Document 46-1 filed 09/27/17 USDC Colorado pg 147 of 271

**Exhibit 4-38 Build Alternatives, I-70 Travel Times**

*Source: Build (2035) Alternatives DynusT models*

Case No. 1:17-cv-01661-WJM-MEH Document 46-1 filed 09/27/17 USDC Colorado pg 148 of 271

**Exhibit 4-39 No-Action Alternative, 46th Avenue and Stapleton Drive North/South Travel Times**

*Source: No-Action (2035) DynusT model*

**Exhibit 4-40   Build Alternatives, 46th Avenue and Stapleton Drive North/South Travel Times**



Source: Build (2035) Alternatives DynusT models

## 4.7.8    Future east-west screenline volumes

**Exhibit 4-41** shows the east-west volumes crossing the screenlines for the No-Action Alternative compared to existing conditions. Traffic using local streets traveling east and west within the study area doubles—and it even triples in some areas. While some of this increase can be associated with natural growth in traffic, the large increases are consistent with drivers avoiding congestion on I-70 by using parallel local streets.

> **Local street traffic**
>
> The Build Alternatives reduce congestion on I-70, resulting in more drivers using the highway for east-west trips. This alleviates congestion on local roads.

**Exhibit 4-41    No-Action Alternative, Screenline Volumes**



*Source: No-Action (2035) DynusT model*

**Exhibit 4-42** displays the screenline volumes for the Build Alternatives compared to the No-Action Alternative. All of the Build Alternatives result in lower traffic volumes crossing the screenlines.

Case No. 1:17-cv-01661-WJM-MEH Document 46-1 filed 09/27/17 USDC Colorado pg 151 of 271

**Exhibit 4-42 Build Alternatives, Screenline Volumes**

*Source: Build (2035) Alternatives DynusT models*

## 4.7.9    Travel time reliability

The ability to preserve capacity and provide reliable travel
times is the main purpose for including managed lanes on a
highway. The operating speed of managed lanes must be
sufficiently higher than the nearby general-purpose lanes for
drivers to perceive a benefit and choose to pay a toll to use
the managed lanes. Operating speeds above 45 mph in the
managed lanes for all hours of the day ensure drivers a
reliable trip time for which they are willing to pay. DynusT
dynamically assigns vehicle trip paths based on a person's
value of time, current travel times for all possible paths
between a particular origin and destination, and the current
toll in the managed lane. The value of time is a fixed
function within the model, but the other two factors can vary
based on prevailing traffic conditions and a set of pre-
defined managed lane criteria.

One criterion allowed DynusT to vary the price of the
managed lanes based on the level of congestion (congestion
pricing) within the managed lanes. The congestion pricing
was controlled by establishing a minimum price of $0.25 per
car or $40.00 per truck. The maximum toll was set at $20.00
per car ($60.00 per truck). DynusT uses an algorithm to
determine if a driver will choose to use the managed lanes
based on the estimated travel time it will take to complete
the desired trip given current and projected congestion on
I-70, the value of time, and the current toll rate. As
operations begin to deteriorate in the general-purpose lanes,
more drivers will choose to use the managed lanes, which
will decrease the average travel speeds in the managed
lanes, triggering an increase in the toll price. The toll price
increases or decreases depending on traffic demand in the
managed lanes so that an operating speed at or above 45
mph is maintained in the managed lanes at all times.
Overall, the goal is to provide reliable trip times by
preserving the capacity of the managed lanes through
congestion pricing.

The managed lanes are about 12 miles long in each
direction. A travel time of 16 minutes or less from end to end
equates to operating speeds of 45 mph or greater. The Build
Alternatives maintain an average operating speed of 45 mph
or greater (in both directions) between 79 percent (19 hours)
and 88 percent (21 hours) of the day.

### Reliable travel times

Managed lanes
provide the ability
to change their
price so that the
volume of traffic
using the managed
lanes is able to
travel at higher
speeds. Even as the
adjacent general-
purpose lanes
become congested,
drivers can choose
to use the managed
lanes to complete
trips in a consistent
amount of time
regardless of the
time of day or traffic
conditions on the
roadway.

## 4.8    Summary of transportation impacts and mitigation measures

Evaluation of the impacts on mobility and access needs of the study area for the No-Action Alternative and the Build Alternatives has considered the effectiveness of the improvements on traffic operations and safety on I-70, impact on access and circulation needs on the local streets in the vicinity of I-70, and impact on the other transportation facilities in the study area (transit, freight, and bicycle/pedestrian). **Exhibit 4-43** provides a summary of transportation impacts and mitigation.

Generally, any of the Build Alternatives will improve I-70 operations compared to the No-Action Alternative, due to the addition of new lanes, improvement to ramps, addition of auxiliary lanes, improvements to roadways, and modification of interchanges to better facilitate traffic movements. Implementation of managed lanes will provide additional benefits to operations of I-70 as a whole, will preserve capacity on I-70, and will provide reliable travel times. The general-purpose lanes in these alternatives will operate slightly less efficiently than the managed lanes.

The removal of the York Street interchange in all Build Alternatives and changes to the Steele Street/Vasquez Boulevard and Colorado Boulevard interchanges will have an impact on circulation and an increase in traffic on some of the local streets in the vicinity of these changes.

Freight service within and through the study area via rail will have minimal impacts, as none of the existing rail lines will be severed by I-70 improvements. Through-truck freight movements will be improved by the added capacity and improved safety of all Build Alternatives. CDOT will coordinate with Denver to define future truck routes due to changes in interchanges at York Street, Steele Street/Vasquez Boulevard, and Colorado Boulevard.

None of the Build Alternatives will adversely affect any of the existing or planned transit or bicycle/pedestrian facilities in the study area. All of the Build Alternatives improve pedestrian/bicycle facilities through the construction of sidewalks, addition of ramps, and the addition of a cover over I-70 in the Partial Cover Lowered Alternative. Access to the managed lanes could improve transit operations and reliability.

**Exhibit 4-43   Summary of Transportation Impacts and Mitigation**

| Alternative/Option | Impacts and/or Benefits | Mitigation Measures Applicable to All Alternatives |
|---|---|---|
| All Alternatives | Temporary road closures and traffic detours may have impacts on access to certain public services | • Coordinate with RTD for phasing of improvements to minimize disruptions to transit operations<br>• Coordinate with RTD more than 30 days in advance during construction to minimize disruptions to service areas and schedules and notify transit users in advance of any closures, delays, or modifications in bus or rail routes; and on modifications or relocation of transit stops or signage along the affected routes since accessibility is required to be maintained<br>• Coordinate with UPRR, BNSF, and DRIR for phasing of improvements to minimize disruptions to railroad operations<br>• Coordinate with Denver to determine appropriate truck routes on city streets |
| No-Action Alternative | Adverse effects to mobility, access, safety, and operations since no changes to capacity, interchanges, or other facilities will be made | |
| Revised Viaduct Alternative | • Improved pedestrian/bicycle facilities<br>• Improved traffic operations due to the addition of new lanes, improvement to ramps, addition of auxiliary lanes, improvements to roadways, and modification of interchanges<br>• Impacts to local traffic volumes caused by removal of the York Street interchange and changes to the Steele Street/Vasquez Boulevard interchange and the Colorado Boulevard interchange | |
| Partial Cover Lowered Alternative | • Improved pedestrian/bicycle facilities<br>• Improved traffic operations due to the addition of new lanes, improvement to ramps, addition of auxiliary lanes, improvements to roadways, and modification of interchanges<br>• Temporary impacts to rail facilities will result from the construction of railroad bridge structures and/or the relocation of track operations<br>• Impacts to local traffic volumes caused by removal of the York Street interchange and changes to the Steele Street/Vasquez Boulevard interchange and the Colorado Boulevard interchange | |
| Managed Lanes Option (option to Build Alternatives) | Improved transportation operations, preservation of transportation capacity, and the ability to provide reliable travel times | |

### *Managed Lanes Option*

Depending on the policy decisions for managed lanes fee structures, there could be economic benefits to residents in the surrounding communities, such as reliable commute times to employment centers. Per FHWA's *Environmental Justice Emerging Trends and Best Practices Guidebook* (FHWA, 2011), consideration of equity issues—such as who bears the burden of the road pricing charges, who benefits from the improved road, and how the toll revenues are used—is critical in calculating the road pricing to ensure low-income and minority populations are considered. While the pricing on managed lanes will help provide a reliable and delay-free transportation option, the tolling fees will be implemented with thorough consideration of equity impacts.

### 5.2.14    What are the construction impacts on economic resources?

The alternatives under consideration will have both positive and negative construction impacts on economic resources. Positive construction impacts include the job creation and economic stimulus estimates for I-70 East based on the Regional Economic Impact Model for Highway Systems (REIMHS), a sketch-planning model of highway construction activity developed by the FHWA (Politano & Roadifer, 1989). The economic output includes the multiplier effect of direct construction dollars being re-spent in service or other sectors of the economy, as well as the ongoing efficiency gains from improved highway travel.

Economic activity generated by the proposed project will benefit the Denver area, as well as the regional labor and material markets for highway-related construction. From the model, the total number of jobs (full-time person years of employment positions) created will be about 9.1 jobs for each $1 million, adjusting for inflation, of highway investment in urban interstate-type construction. For the project alternatives, the total jobs created to build the project range from about 4,200 for the No-Action Alternative, South Option to 13,900 for the Partial Cover Lowered Alternative, Managed Lanes Option as shown in **Exhibit 5.2-18**. The job increases and most of the economic output increases will take place in the year of the construction expenditures. These numbers are different from the Supplemental Draft EIS because the construction costs have been updated since the publication of the Supplemental Draft EIS to reflect changes in the alternatives.

A negative construction impact will be a temporary effect to the regional economy from construction-related traffic congestion.

**Exhibit 5.2-18      Jobs Created**

| Alternative/Option | Millions of 2016 dollars | | | Total Jobs (Person Years of Employment) |
| --- | --- | --- | --- | --- |
| | Construction Value Including Engineering[1] | Regional Economic Output | Total Earnings | |
| No Action Alternative, North Option | 471.0 | 828.9 | 216.7 | 4,300 |
| No Action Alternative, South Option | 465.3 | 818.9 | 214.0 | 4,200 |
| Revised Viaduct Alternative, North Option with General-Purpose Lanes | 1,202.0 | 2,115.6 | 552.9 | 10,900 |
| Revised Viaduct Alternative, South Option with General-Purpose Lanes | 1,204.1 | 2,119.1 | 553.9 | 11,000 |
| Revised Viaduct Alternative, North Option with Managed Lanes | 1,322.5 | 2,327.6 | 608.4 | 12,000 |
| Revised Viaduct Alternative, South Option with Managed Lanes | 1,324.5 | 2,331.2 | 609.3 | 12,100 |
| Partial Cover Lowered Alternative with General-Purpose Lanes | 1,408.3 | 2,478.6 | 647.8 | 12,800 |
| Partial Cover Lowered Alternative with Managed Lanes | 1,528.8 | 2,690.7 | 703.3 | 13,900 |

Sources: A.L Politano and Carol J. Roadifer, *Regional Economic Impact Model for Highway Systems, Transportation Research Record 1229, Transportation Research Board, Washington D.C., 1989.* (Model adjusted to reflect inflation.) Atkins, 2015.
1. Construction value does not include right-of-way costs.

## 5.2.15      How are negative effects to social and economic conditions mitigated?

A variety of mitigation measures are provided for potential impacts to social and economic conditions in the study area. One of the foremost measures is that any person(s) whose real property is acquired by the project must be compensated according to the Uniform Act. In addition, CDOT right-of-way staff will make every effort to relocate people within their current neighborhoods (if desired). CDOT also helps relocated people find services in their new communities. Mitigation for residential and business relocation is discussed in more detail in Section 5.5, Relocations and Displacements.

Some of the construction-related circulation disruptions (for example, temporary road closures and traffic detours) may have impacts on access to certain public services, such as Swansea Elementary School, Swansea Recreation Center,

**5.3**   Environmental Justice

of their source, but smaller particles can travel as far as several hundred feet, depending on wind conditions.

Ambient noise from construction is a concern among the residents around the construction zone, specifically in Elyria and Swansea since many residents do not have air conditioners and ventilate their homes by opening windows. Without mitigation, there will be disproportionately high and adverse construction impacts to the environmental justice population of the Elyria and Swansea Neighborhood.

For all the neighborhoods along the corridor with a large environmental justice population other than Elyria and Swansea Neighborhood, construction dust and noise will be less of an issue because there are few or no residences near the construction zones. Therefore, there will be no disproportionately high and adverse construction impacts to environmental justice populations in Globeville, Northeast Park Hill, Montbello, Aurora, and Gateway.

While mobility impacts will occur in the entire study area from detours during construction, the impact will result in a disproportionately high and adverse effect on the low-income and minority populations in the Elyria and Swansea Neighborhood.

Temporary or permanent closures, delays, or route changes to public transit service areas and schedules will occur during the construction period, which also will result in disproportionately high and adverse effects on low-income and minority populations in the Elyria and Swansea Neighborhood.

There will be no disproportionately high and adverse impacts to environmental justice populations in Globeville, Northeast Park Hill, Montbello, Aurora, and Gateway because there will be no or minor temporary or permanent closures and delays in these neighborhoods.

## 5.3.9 What benefits to low-income and minority populations are similar among all alternatives?

All alternatives will create construction-related jobs. These jobs will be available to people regionally, including low-income and minority populations. As discussed in Section 5.2, Social and Economic Conditions, the REIMHS model was used to determine the potential number of jobs created by each alternative based on the construction cost. The total number of jobs created by the project ranges from

approximately 4,200 to 13,900 depending on the alternative and associated options. These numbers are different from the Supplemental Draft EIS because the construction costs have been updated for the Final EIS to reflect changes in the alternatives, Although these jobs are not specifically created for the environmental justice populations, they will benefit all sectors of the economy, from low-wage workers to high-wage professionals; therefore, there will be a fair distribution of job opportunities from the project across all populations, including low-income and minority.

All alternatives widen and reconstruct the highway to the current standards, making the highway safer for motorists. This will improve mobility within the area and improve access to and from the impacted neighborhoods, which will benefit low-income and minority populations of the Elyria and Swansea Neighborhood as well as the rest of the populations in the area.

Additional benefits specific to each Build Alternative are discussed later in this section.

### 5.3.10 What mitigation measures are similar among all alternatives?

Mitigation measures are the same for impacts resulting in relocations, hazardous material contamination, and construction impacts among all alternatives as described below.

#### Relocations

All applicable federal regulations, state statutes, and CDOT's *Right-of-Way Manual* will be followed in the acquisition of right of way and when working with displaced occupants of residential, non-profit, and business properties. This practice ensures fair and equitable treatment of property owners and displacees, as provided for under applicable law. Translators will be available to accommodate those with LEP. The relocation regulations are discussed in Section 5.5, Relocations and Displacements.

Per an agreement between CDOT and the Community Resource Housing Development Corporation (CRHDC), CDOT has provided funding to CRHDC to assist residential and business displacees with financial counseling and procurement of financing for replacement property and securing business and residential loans. This funding was provided to CRHDC as an early mitigation.

## Noise

Results of the noise analysis show that the Partial Cover Lowered Alternative will cause noise to exceed the NAC of 66 dBA without mitigation at some locations. Without mitigation, 105 receptors could be impacted (compared to 84 impacted under existing conditions). These impacts are disproportionate when compared to the overall population in the study area. For additional information on noise, see Section 5.12. Noise at Garden Place Elementary School will not exceed the NAC.

## Connectivity

Even though there are limited marked crossings across 46th Avenue under the viaduct, existing conditions allow bicyclists and pedestrians to cross anywhere (or jaywalk) under the viaduct across 46th Avenue. There is limited north-south connectivity with the Partial Cover Lowered Alternative—especially for pedestrians and bicyclists—due to design restrictions. Specifically, the lowered profile of the highway and the ramp locations impact connectivity, since all crossings must occur at marked crossings because the highway is below grade.

### 5.3.20   What are the benefits of the Partial Cover Lowered Alternative?

Section 5.3.9 listed the benefits common to all alternatives, including creating construction jobs, reconstructing the highway to current standards, and improving access to and from impacted neighborhoods.

The Partial Cover Lowered Alternative will be more aesthetically pleasing for the Elyria and Swansea Neighborhood because it removes the viaduct and places the highway below ground level. The neighborhood will be less visually dominated by the highway, as shown in the visual simulations in Section 5.8, Visual Resources and Aesthetic Qualities.

Because of the lowered profile of the highway and the nature of how and where noise travels in the environment, the noise impacts of the Partial Cover Lowered Alternative will be considerably less compared to the future conditions with the No-Action Alternative and Revised Viaduct Alternative. Also, the highway cover provides incidental noise reductions in the area.

**What will be on the highway cover in the Partial Cover Lowered Alternative?**

Based on community input and area needs, an urban landscape will be created on top of the cover, which will be located adjacent to Swansea Elementary School. This will provide shared space for a park or other community uses, such as playgrounds and sports fields (to be determined by the community), and remove the highway from view.

The cover for the highway was developed to mitigate the adverse impacts to the Elyria and Swansea Neighborhood and to restore and enhance the neighborhood cohesion, which was disrupted decades ago by the original I-70 construction in the 1960s.

Because of the limited number of crossing opportunities (only at the locations where bridges connect the north side of the highway to the south side of the highway and at the cover) and improved lighting and sidewalks, the overall safety for pedestrians and bicyclists crossing the highway and 46th Avenue is increased. The improved 46th Avenue with enhanced crossings, sidewalks, and lighting will support the east-west mobility for all modes of transportation, such as vehicles, pedestrians, and bicyclists.

The Partial Cover Lowered Alternative will not require the relocation of the Swansea Elementary School. Denver Public Schools is in favor of this alternative because the school could remain in its current location and it improves safety for the students.

Improved safety is a result of the removal of the viaduct. This eliminates falling objects from the highway, removes the dark space under the viaduct, and eliminates the unsafe crossings as they exist currently under the viaduct.

With the Partial Cover Lowered Alternative, there may be less cut-through truck traffic in the study area's low-income and minority neighborhoods. Since there are fewer access points to the highway, fewer trucks may be attracted to the area to access the highway. The Partial Cover Lowered Alternative eliminates the Pilot Travel Center. This will benefit the surrounding area because the truck stop has been identified as a point-source pollutant (air quality concern) in the neighborhood due to heavy truck traffic and idling trucks.

Based on community input and the needs in the area, an urban landscape will be included on top of the highway cover that will be located adjacent to the Swansea Elementary School. Placing the cover next to the school and discontinuing 46th Avenue in front of the school allows for shared school and other community uses, while it reduces the highway noise impacts to the school and adjacent properties.

There will be a fair distribution of these benefits from the project across all populations, including low-income and minority residents.

## 5.3.21   What are the environmental justice mitigation measures for the Partial Cover Lowered Alternative?

Many mitigation measures for the Partial Cover Lowered Alternative were discussed previously in Section 5.3.10. These mitigation measures have been designed to increase the benefits and reduce the impacts for the low-income and minority residents of the Elyria and Swansea Neighborhood. Additional mitigation measures specific to the Partial Cover Lowered Alternative are discussed in this section. These mitigation measures will minimize impacts and provide enhancements to the Elyria and Swansea Neighborhood.

### Physical barrier

With the Partial Cover Lowered Alternative, the area will be less visually dominated by the highway. Additionally, incorporation of the highway cover in front of Swansea Elementary School with this alternative will result in elimination of a physical barrier at this location by eliminating the need for noise walls or safety barriers at that location.

### Food market displacements

Due to the potential displacement of food markets by different alternatives, CDOT will provide contributions to existing programs that facilitate access to fresh food. Additional business displacement and relocation mitigation measures are discussed in Section 5.5, Relocations and Displacements.

### Residential relocations

In addition to mitigation identified for all alternatives, to offset the loss of residential units in the neighborhood, CDOT will provide funding to develop affordable housing units in the Elyria and Swansea Neighborhood through available programs.

### Swansea Elementary School

Because the highway and 46th Avenue will be closer to the school, and result in impacts to the school playground, the school site will be redesigned and reconstructed. The redesign includes the adjacent parcels as part of the elementary school site and eliminates Elizabeth Street between 46th Avenue and 47th Avenue.

Other mitigation measures for the school include providing a new HVAC system, doors, and windows to reduce the dust and noise impacts to the school and its users, specifically during the roadway construction period. CDOT also will pay for the construction of two new classrooms. These new classrooms, which will be built prior to highway construction, will help mitigate some impacts by providing offsetting benefit to the community to enhance the overall quality of the school beyond the roadway construction period. CDOT has been coordinating with Denver Public Schools and Swansea Elementary School's principal throughout the project to identify the school's needs and redesign the school site.

### Noise

To mitigate the increase in ambient noise due to higher highway traffic volume in the future that is not captured by the lowered profile of the highway, noise walls will be constructed where feasible and reasonable. The proposed noise walls will reduce the number of impacts down to 58 receptors. For additional information, see Section 5.12, Noise. CDOT has been working with the community to develop guidelines for aesthetics in the corridor that include artwork that is meaningful to the community, including noise walls. Those guidelines are available in Attachment O, *Aesthetic and Design Guidelines.*

The presence of the highway cover in front of the school eliminates the need for noise walls or safety barriers at that location; however, it is recommended to install safety barriers at all cross streets over the lowered I-70 section, and between 46th Avenue and the lowered highway where noise walls are currently not reasonable and feasible.

### Connectivity

The cover for the highway was developed to mitigate the adverse impacts to the Elyria and Swansea Neighborhood and to restore and enhance neighborhood cohesion, which was disrupted decades ago by the original I-70 construction in the 1960s. The highway cover also is intended to serve as an active community space for the surrounding residents and local neighborhoods, as well as provide required mitigation for Swansea Elementary School. Negotiations are ongoing between Denver and Denver Public Schools to determine the boundaries of the school playground (school use only areas) and the potential use of the shared space (shared school and community use) on the highway cover.

Maintaining the status of the school as a community center in the neighborhood is critical to providing an active and safe space on the highway cover. The integrated design of the highway cover will have a direct impact on the perception of safety and will influence an individual's willingness to use the space. Designing for safety includes meeting the needs of its users; providing diverse and interesting features; and connecting people with place.

Incorporation of the highway cover will reconnect the surrounding areas and provide easy and safe connections between these communities for all users, especially pedestrians and bicyclists. The inclusion of the highway cover helps achieve some broader community goals of livability, quality schools, and safe streets along with supporting the existing communities along the corridor. In addition, the highway cover reduces noise impacts in adjacent areas. The cover also will directly contribute to improved air quality, resulting in $PM_{10}$ concentrations that are lower at Swansea Elementary School than future conditions without the cover (No-Action Alternative), and indirectly by encouraging more walking and bicycling for short trips to local destinations. For additional information on air quality, see Section 5.10.

The landscaped cover also supports social connections in the Elyria and Swansea Neighborhood by creating a place where residents and visitors can gather and interact. Based on community input and area needs, the amenities and design in these spaces—such as playgrounds and sports fields (to be determined by the community)—will encourage users to stay and interact.

These mitigation measures will minimize impacts and provide enhancements to the Elyria and Swansea Neighborhood.

## 5.3.22 Does the Partial Cover Lowered Alternative result in disproportionately high and adverse impacts to low-income and minority populations?

As discussed previously in this section, most of the benefits of the project with the Partial Cover Lowered Alternative are fairly distributed in the study area. The project has avoided some impacts, minimized others, and mitigated all impacts that could not be avoided or minimized. Without considering the avoidance, minimization, and mitigation measures, the Partial Cover Lowered Alternative would

have a disproportionately high and adverse impact to the environmental justice communities due to residential relocations, disturbance of hazardous material sites, construction impacts, increased physical barrier, displacement of food markets, impacts to Swansea Elementary School, increased noise, and impacts to connectivity because of the lowered highway.

However, the Partial Cover Lowered Alternative includes many innovative mitigation measures to offset the impacts to the low-income and minority populations. Some of these mitigation measures include but are not limited to, providing residents close to the highway construction interior storm windows and two free portable or window-mounted air conditioning units with air filtration and assistance for the potential additional utility costs during construction, providing contributions to existing programs that facilitate access to fresh food, providing HVAC system and upgraded doors and windows for the Swansea Elementary School, and providing funding to CRHDC to assist residential and business displacees with financial counseling and procurement of financing for replacement property and securing business and residential loans.With the Partial Cover Lowered Alternative, the highway is less visible compared to all the other alternatives and the presence of it is minimized due to the lower profile. The highway cover in front of the school eliminates the physical barrier at that location and provides a seamless connection across the highway with an urban landscape.

The cover for the highway was developed to restore the community cohesion and improve connectivity in the neighborhood.

To offset the loss of additional residential units in the neighborhood with the Partial Cover Lowered Alternative as compared to the other alternatives, CDOT will provide $2 million to develop affordable housing units in the Elyria and Swansea Neighborhood through available programs.

After considering the benefits of the Partial Cover Lowered Alternative along with the avoidance, minimization, and mitigation, the alternative will not cause disproportionately high and adverse effects on any minority or low-income populations, in accordance with the provisions of Executive Order 12898 and FHWA Order 6640.23A. No further environmental justice analysis is required.

**5.14** Floodplains and Drainage/ Hydrology

# 5.14      Floodplains and Drainage/Hydrology

*This section discusses floodplain and drainage/hydrology resources and explains why they are important to the project. The impacts from the project alternatives on these resources also are evaluated, and proposed mitigation measures are discussed to minimize negative effects.*

Since the Supplemental Draft EIS was published in August 2014, additional analyses and content review have been performed for many of the resources discussed in this document. These updates, along with changes resulting from the comments received on the Supplemental Draft EIS, have been incorporated into this Final EIS. In this section, the updates include the following items:

- Added in reasons for evaluation under NEPA.

- Included information on potential ponding areas north of I-70.

- Refined offsite flow summary.

- Revised onsite drainage alignment.

## 5.14.1     What are floodplains and ponding areas and why are they important to this project?

Floodplains typically are defined as areas adjacent to streams and rivers that periodically are flooded by water. The flood zones that are designated by the Federal Emergency Management Agency (FEMA) within the study area are located along the South Platte River and Sand Creek. Both of these areas are classified as having a 1-percent chance of flooding each year—also referred as a 100-year flood event. Potential ponding areas are developed areas with limited-capacity storm drain systems that result in periodic flooding during storm events. It is important to perform a detailed analysis of floodplains, ponding areas, and drainage to ensure that adequate drainage is designed for the project alternatives in case of a storm and that the project alternatives will not negatively impact the floodplains and ponding areas.

### *Reasons for evaluation of floodplains under NEPA*

CDOT conducts floodplain assessments to:

- Ensure that floodplains are identified and their services and functions are protected to the maximum extent possible

- Comply with CDOT's Environmental Stewardship Policy, which ensures that the statewide transportation system is constructed and maintained in an environmentally responsible, sustainable, and compliant manner

- Comply with federal acts and executive orders

The regulations, advisories, and orders are directed toward the treatment of floodplains under NEPA. The intent of these regulations is to avoid or minimize highway encroachments within 100-year (base) floodplains, where practicable, and to avoid supporting land use development that is incompatible with floodplain services. Under the requirements of Executive Order 11988, "Floodplain Management" (Carter, 1977b), all federal-aid projects must make diligent efforts to:

- Avoid support of incompatible floodplain development

- Minimize the impact of highway actions that adversely affect the base floodplain

- Restore and preserve the natural and beneficial floodplain services

- Be consistent with the standards/criteria of the National Flood Insurance Program (NFIP) of FEMA

In addition to federal and state laws and regulations, local jurisdictions may have ordinances and regulations that must be followed. The CDOT Project Engineer must coordinate with counties, cities, and other jurisdictions in the study area to ensure any proposed encroachment or alteration of a floodplain meets their requirements.

Both Denver and Aurora have specific regulations and/or ordinances related to the proper management of floodplains. Denver's regulations are presented in the *Storm Drainage Design and Technical Criteria Manual* (Denver Wastewater Management, 2006) and a Floodplain Ordinance in the Revised Municipal Code. The general purpose of Denver's floodplain regulations includes:

- To reduce the hazards of floods to life and property
- To protect and preserve the hydraulic characteristics of water courses used for conveyance of flood waters
- To protect the public from extraordinary financial expenditures for flood control and relief

Aurora's policy for floodplains lists the major concerns as:

- Prevention of excessive erosion, flood heights, or flow velocities
- Protection of any use within or adjacent to a floodplain from damage
- Control or alteration of natural floodplains and channels
- Prevention of barriers which would divert flood waters and increase flood hazards in other areas

Analysis of drainage and floodplains seeks to encompass all of the policies and regulations to determine the best solution to drainage and floodplain issues.

## 5.14.2   What study area and process were used to analyze floodplains and drainage?

The study area for floodplains and drainage is the combined construction limits of the project alternatives. It includes bridge crossings at the South Platte River and Sand Creek, as seen in **Exhibit 5.14-1**. Both streams include a delineated 100-year floodplain. Due to the new smaller study area, Westerly Creek is no longer impacted by this project.

A review of the effective FEMA Flood Insurance Rate Maps (FIRMs) was completed for the study area. The South Platte River and Sand Creek both have detailed hydrologic and hydraulic studies and delineated floodplains.

Additionally, I-70 East crosses potential ponding areas identified in several locations. These are located in areas of the watershed that receive substantial surface flows or where water collects during extreme rainfall events.

**Exhibit 5.14-1        Floodplains and Drainage Study Area**



Smaller drainage crossings are not defined by FEMA; however, Denver has identified potential ponding areas within the study area. Potential ponding areas identified in the *Denver Storm Drainage Master Plan* (Denver Wastewater Management Division, 2014), *Park Hill (North of Smith Road) Drainage Outfall System Plan Conceptual Design Report* (Enginuity & Matrix Design Group, 2012), *Lower Montclair Street Flow Criteria Analysis Memorandum* (Enginuity, 2010), and the *Memorandum for I-70 Partial Cover Lowered Montclair Drainage Basin Hydrologic Analysis* (Enginuity, 2014a), and the *Memorandum for I-70 Partial Cover Lowered Park Hill Drainage Basin Hydrologic Analysis* (Enginuity, 2014b) were used to identify areas for additional drainage consideration and analysis.

### 5.14.3   What are the areas of floodplain and drainage interest that are being analyzed and what are their existing conditions?

The South Platte River is a confined urban floodplain that has been narrowed by previous development. The existing I-70 bridges and frontage road bridges cross the South Platte River. At this time, FEMA delineates the floodplain as Zone AE with calculated base flood elevations. A primary source of stream flow in the South Platte River is releases from upstream reservoirs, including Chatfield and Cherry Creek Reservoirs. Although waters in the reservoirs originate as groundwater, snowmelt, precipitation, effluent discharge, and stormwater runoff, instream flows are strongly influenced by releases from upstream reservoirs and, as a result, may not always reflect the timing of precipitation events.

The existing I-70 bridge crosses Sand Creek. FEMA currently delineates the floodplain as Zone AE with calculated base flood elevations.

**Exhibit 5.14-2** shows the identified potential ponding areas along the I-70 corridor. These potential ponding areas represent flooding risks for the existing developed watershed, including flooded streets and structures.

**FEMA floodplain zones**

Floodplain zones are geographic areas that FEMA has defined according to varying levels of flood risk. These zones are shown in a community's Flood Insurance Rate Map (FIRM) or Flood Hazard Boundary Map.

Each zone reflects the severity or type of flooding in the area.

**Cubic feet per second**

Cubic feet per second (cfs) denotes the volume of water passing any given point in one second.

**Exhibit 5.14-2      Potential Ponding Areas**



Denver's *Storm Drain Master Plan* identified substantial offsite flows through the area, including surface overflows crossing I-70 between Brighton Boulevard and York Street, near Steele Street/Vasquez Boulevard, and between Colorado Boulevard and Dahlia Street. The Denver standard is to design local storm drain systems for a 20-percent annual chance (five-year) storm event.

Additional analysis of Montclair Basin and Park Hill Basin provided detailed information about the surface overflows impacting I-70. Because of the complexity of the project, local interest in the potential ponding areas, the fact that multiple projects would be impacted by the ponding areas, and the need for additional analysis of existing conditions, a Multi-Agency Technical Team (MATT) was developed. This MATT included CDOT, Denver, RTD, and the National Western Complex staff. Analysis of the existing ponding areas was developed through the MATT for use in this EIS and with future project planning. The I-70 Partial Cover Lowered Alternative Drainage Multi-Agency Technical Team Memo, dated August 1, 2014, provides peak discharges at I-70, which also are provided in **Exhibit 5.14-3**.

**Exhibit 5.14-3        I-70 East Offsite Flow Summary Table**

| Location | 1-Percent Annual Chance Peak Discharge (cfs) |
|---|---|
| I-70 at Race Street | 2,649 |
| I-70 at York Street | 1,190 |
| I-70 at Steele Street | 1,120 |
| I-70 at Colorado Boulevard | 1,995 |

### 5.14.4    How do the project alternatives potentially affect floodplains and drainage?

The increased width of the viaduct for the No-Action Alternative and the Revised Viaduct Alternative could increase the amount of onsite water runoff from the I-70 viaduct. However, the additional runoff will follow existing flow patterns and the necessary drainage infrastructure will be in place to avoid an adverse impact to the surrounding areas.

A proposed onsite drainage system (see **Exhibit 5.14-4**) is included for all alternatives to capture and convey the onsite stormwater and discharge it into the South Platte River. This outfall will not change the boundary of the existing South Platte floodplain.

The No-Action Alternative and the Revised Viaduct Alternative have a minimal impact to the potential ponding areas. However, the Partial Cover Lowered Alternative substantially impacts the potential ponding areas located between Brighton Boulevard and Dahlia Street. The lowering of I-70 will create a depression that captures and retains surface flows from the upstream basin before their discharge to the South Platte River.

The drainage system included with the Partial Cover Lowered Alternative will capture and convey offsite flows between Brighton Boulevard and Dahlia Street that currently drain north under the existing I-70 viaduct. The capture and conveyance of this offsite flow substantially reduces the ponding areas and existing flooding north of I-70. This drainage system (see **Exhibit 5.14-5**) starts at the Market Lead Railroad low point approximately 1,220 feet to the west of Colorado Boulevard and is located within the 46th Avenue right of way on the south side of I-70. The storm drain continues to the west looping around the south of the Denver Coliseum within McFarland Drive, through the parking lot of the Coliseum, and through Globeville Landing Park, ultimately discharging the offsite flow into the South Platte River. It will not change the boundary of the existing floodplain.

**Proposed drainage**

All the alternatives include drainage improvements on the north side of I-70 to capture and convey the onsite water runoff.

The Partial Cover Lowered Alternative also includes an offsite drainage system south of I-70 to capture surface water before it enters the lowered section of the highway.

**Exhibit 5.14-4        Onsite Drainage System North of I-70**



**Exhibit 5.14-5      Offsite Drainage for the Partial Cover Lowered Alternative South of I-70**



The Build Alternatives may impact the floodplain for Sand Creek, with bridge construction and new bridge structures crossing this waterway. Bridge piers are considered as a minimal floodplain encroachment; however, new bridge structures will be designed to have minimal effect on the existing regulatory base flood elevation and floodplain limits.

Attachment M, *Hydrology and Hydraulics Technical Report Addendum*, includes additional detail on the hydrologic and hydraulic analysis of the offsite and onsite drainage. A preliminary onsite hydrological analysis was done to estimate flows and size the drainage system to route the onsite flows to the South Platte River. Additional design and analysis for the proposed drainage facilities, including pipe and pond sizes, will be conducted as part of the final design.

## 5.14.5   How are the negative effects from the project alternatives mitigated for floodplains and drainage?

The No-Action Alternative and the Build Alternatives will not negatively impact the floodplain resources for the South Platte River and Sand Creek. The effects to human safety, health, and welfare will be minimized and the beneficial values of the floodplains will be preserved. Any encroachment into the Sand Creek floodplain or floodway will require compliance with FEMA, NFIP, and Denver local floodplain permitting requirements.

The potential ponding areas between Brighton Boulevard and Dahlia Street will be minimally impacted by the No-Action Alternative and Viaduct Alternatives. On-site detention, to reduce possible increases in runoff from the widened I-70 will be implemented to match pre-existing runoff rates from I-70 and runoff will follow historical flow paths.

The potential ponding areas between Brighton Boulevard and Dahlia Street will be substantially impacted by the Partial Cover Lowered Alternative. To mitigate the risk to human safety, an offsite drainage system is required to capture and convey the offsite surface runoff before reaching the lowered section of I-70 between Brighton Boulevard and Colorado Boulevard and to discharge the stormwater runoff to the South Platte River. An additional offsite system is required to capture the offsite flows between Colorado Boulevard and Dahlia Street, reduce the discharges in a regional detention pond, and convey the flows north of I-70 to an existing storm drain system.

The runoff from I-70 will be captured and conveyed in a storm drain system that discharges to the South Platte River. Prior to discharging to the South Platte River, the system will discharge to a water quality pond to provide water quality treatment. Additional detail on water quality is discussed in Section 5.16, Water Quality. **Exhibit 5.14-6** lists the impacts and mitigations associated with floodplains and drainage/hydrology.

**Exhibit 5.14-6      Summary of Floodplains and Drainage/Hydrology Impacts and Mitigations**

| Alternative | Impacts and/or Benefits | Mitigation Measures Specific to Alternatives |
|---|---|---|
| No-Action Alternative | Minimal impact to potential ponding areas due to the increased width of the viaduct, which may increase runoff from I-70 | • Create detention ponds and implement storm drainage for onsite drainage system improvements<br>• Design proposed bridge structures to cause no adverse impact to the Sand Creek floodplain |
| Revised Viaduct Alternative | • May impact the floodplain for Sand Creek since bridge construction and new bridge structures will cross this waterway<br>• Minimal impact to potential ponding areas due to the increased width of the viaduct, which may increase runoff from I-70 | |
| Partial Cover Lowered Alternative | • Impact to the Sand Creek floodplain with the proposed bridge construction and new bridge structures will cross this waterway<br>• Impact to potential ponding areas due to the increased width of the highway, which may increase runoff from I-70<br>• The potential ponding areas between Brighton Boulevard and Dahlia Street will be substantially impacted due to lowered profile of the highway | • Create detention ponds and implement storm drainage for onsite drainage system improvements<br>• Build an offsite drainage system to reduce the risk of flooding within the lowered section of I-70, as well as the portion of the watershed between I-70 and the South Platte River<br>• Design proposed bridge structures to cause no adverse impact to the Sand Creek floodplain |

This page intentionally left blank.

**5.18**  Hazardous Materials

# 5.18     Hazardous Materials

*This section provides data on hazardous materials in the study area and explains why locating, identifying, and analyzing them is important to the project. The impacts of the project alternatives on sites that contain hazardous materials also are evaluated, then proposed mitigation measures are discussed to offset any potential adverse effects.*

Since the Supplemental Draft EIS was published in August 2014, additional analyses and content review have been performed for many of the resources discussed in this document. These updates, along with changes resulting from the comments received on the Supplemental Draft EIS, have been incorporated into this Final EIS. In this section, the updates include the following items:

- Based on the revised construction limits, impacts were updated.

- Additional subsurface investigation reports were reviewed; this revealed additional impacts to soil and groundwater, which are discussed in detail.

- Subsurface investigations were conducted along I-70 between I-25 and I-270; this revealed additional impacts to groundwater, which are discussed in detail.

- CERCLIS NFRAP sites were evaluated, resulting in an additional three known hazardous materials sites in both the Revised Viaduct and Partial Cover Lowered Alternatives.

- The Fugitive Dust Control, Dewatering, and Asbestos-Containing Materials mitigation measures were revised.

## 5.18.1    What are hazardous materials and why are they important to this project?

Hazardous materials are solids, liquids, or gases that are harmful to human health and to the environment. Hazardous materials are likely present along the I-70 East corridor because of current or past land uses. Identified known releases of hazardous materials are primarily from leaking underground storage tanks (LUST) that released gasoline, diesel, waste oil, or other vehicle maintenance/ fuel products into the ground or the groundwater. Other identified known releases are primarily from industrial uses in the area—from hazardous substances associated with past land uses and the use and storage of hazardous waste.

Hazardous materials may impact the health and safety of construction workers, environmental resources, and

**Common contaminants**

Common contaminants identified in soil and/or groundwater include:

- Petroleum products (i.e., fuels, waste oils)

- Chlorinated solvents

- Metals

- Asbestos

community residents located within the project corridor and surrounding area. Also, encountering hazardous materials during construction can impact the cost of construction, as contaminated media generated during construction must be managed in accordance with federal and state regulations.

## 5.18.2    What study area and process were used to analyze hazardous materials?

The hazardous materials analysis uses two different search areas. One is a larger area for an environmental records search to comply with the American Society for Testing and Materials (ASTM) standards (ASTM, n.d.); hereafter, this section refers to this as the data search area. The second area—the one shown throughout this chapter on exhibits—is smaller and accounts for project ground disturbance; hereafter, referred to the study area.

The data search area, which extends between one-quarter mile and one mile from the project construction limits, is in accordance with the requirements of ASTM Standard E 1527-05, The objective was to identify specific federal and state environmental sources and search distances for each record source to be included in a Standard Environmental Record Search. The data search was completed in October 2012. Attachment H, *Hazardous Materials Technical Report*, in the 2014 Supplemental Draft EIS fully details the results of the records search.

The study area corresponds to the greatest potential extent of the project construction limits and is used to assess potential encounters with hazardous materials by project alternatives, shown in **Exhibit 5.18-1**. This area has a long history of commercial and industrial activity associated with hazardous materials.

**Exhibit 5.18-2** summarizes the database results from the search, together with the number of sites within each database the environmental records search identified within the study area.

### Environmental records search

An environmental records search was conducted using ASTM Standard E 1527-05 search distances for environmental resources.

Databases were searched for the following resources:

- Comprehensive Environmental Response, Compensation, and Liability Information System (CERCLIS)

- National Priorities List (NPL)

- Resource Conservation and Recovery Act (RCRA)

- Solid Waste Landfill (SWL)

- Voluntary Cleanup Program (VCUP)

- Underground Storage Tank (UST)

- Leaking Underground Storage Tank (LUST)

**Exhibit 5.18-1      Hazardous Materials Study Area**



**Exhibit 5.18-2      Environmental Records Search Results**

| Hazardous Material Database | Number of Sites |
|---|---|
| CERCLIS | 0 |
| CERCLIS, No Further Remedial Action Planned | 3 |
| NPL | 1 |
| RCRA, Generators (Large, Small, and Transporter) | 8 |
| RCRA, Corrective Action (CORRACTS) | 1 |
| RCRA, Treatment, Storage, and Disposal Facilities | 1 |
| SWL | 4 |
| VCUP | 1 |
| UST | 28 |
| LUST | 26 |

*Sources: Satisfi, Inc., 2012*

Two previous subsurface investigations were performed within the study area. A preliminary subsurface investigation was performed in October 2012 at the western portion of the study area, along I-70 between Brighton Boulevard and Colorado Boulevard. A subsurface investigation also was performed between March 2014 and February 2015 along I-70 between Colorado Boulevard and I-270. Soil and groundwater samples were collected and

analyzed for common contaminants, including petroleum hydrocarbons, chlorinated solvents, heavy metals, volatile organic compounds, semi-volatile organic compounds, and pesticides.

Results of the 2012 preliminary subsurface investigation are included in the 2014 Supplemental Draft EIS in Attachment H, *Hazardous Materials Technical Report.* The Supplemental Draft EIS is available for review on the I-70 East project website at www.i-70east.com. Results of the 2015 subsurface investigation report are included in Attachment H, *Hazardous Materials Technical Report Addendum,* in this document.

### 5.18.3   What are the areas of interest for hazardous materials that are being analyzed and what are their existing conditions?

The environmental records search, conducted in 2012, presented in the *Environmental FirstSearch Database Report* identified more than 1,300 sites in the data search area, of which 132 sites were located within the study area. The more significant hazardous materials sites identified in the environmental records search include Comprehensive Environmental Response, Compensation, and Liability Act (CERCLA), RCRA, Colorado VCUP, SWL, and UST/LUST sites, of which 73 sites were identified within the study area. **Exhibit 5.18-3** through **Exhibit 5.18-10** include sites within and outside of the study area identified within the data search area.

#### CERCLA Assessment and Response Program

The CERCLA Assessment and Response Program, as described in the National Contingency Plan (40 CFR Part 300), commonly known as the Superfund Program, provides a framework for identifying, evaluating, and cleaning up sites with uncontrolled hazardous substance releases from past industrial activities that pose a threat to human health and the environment. CERCLIS is the comprehensive system used to track sites under assessment or needing to be addressed, and sites where releases are currently being addressed or have been addressed. The environmental data search identified the following sites listed in CERCLIS:

- Three CERCLIS sites, as shown on **Exhibit 5.18-3** (CERCLIS sites are actively undergoing initial evaluation for contamination)

- Twenty-six CERCLIS, No Further Remedial Action Planned (NFRAP) sites, as shown on **Exhibit 5.18-4** (sites have been evaluated and no further action is planned; the EPA or CDPHE could reopen these sites at any time in the future if new information or data are made available)

- One proposed NPL site (Asarco Globe Plant) and two active NPL sites (Chemical Sales Site and Vasquez Boulevard at I-70 Site), as shown on **Exhibit 5.18-5**

CERCLIS and NPL sites are discussed in further detail in Appendices A and B of Attachment H, *Hazardous Materials Technical Report* of the Supplemental Draft EIS.

**Exhibit 5.18-3      CERCLIS Sites**



Case No. 1:17-cv-01661-WJM-MEH Document 46-1 filed 09/27/17 USDC Colorado pg 186 of 271

**Exhibit 5.18-4 CERCLIS, NFRAP Sites**

**Exhibit 5.18-5 NPL Sites**



### RCRA Corrective Action Program

The RCRA Corrective Action Program, administered in Colorado by CDPHE, provides the framework for the identification, evaluation, and cleanup of sites contaminated by the release of RCRA hazardous waste and waste constituents that pose a threat to human health and the environment. RCRA sites in the data search area include 32 sites, as shown on **Exhibit 5.18-6**.

RCRA Corrective Action sites are discussed in further detail in the Supplemental Draft EIS in Appendix C of Attachment H, *Hazardous Materials Technical Report*.

**Exhibit 5.18-6    RCRA Corrective Action Sites**



### Solid Waste Landfill and Voluntary Cleanup Program

The Solid Waste and Materials Management Program, which is administered by CDPHE's Hazardous Materials and Waste Management Division, regulates SWLs. SWL locations in the data search area include six sites and 40 areas, as shown on **Exhibit 5.18-7**.

CDPHE's Hazardous Materials and Waste Management Division, VCUP, provides a framework for the evaluation and cleanup of contaminated sites that do not fall under other regulatory programs. There are three VCUP sites located within the data search area, as show on **Exhibit 5.18-8**.

Case No. 1:17-cv-01661-WJM-MEH Document 46-1 filed 09/27/17 USDC Colorado pg 188 of 271

SWL and VCUP sites are discussed in further detail in Appendices D and E of Attachment H, *Hazardous Materials Technical Report* of the Supplemental Draft EIS.

**Exhibit 5.18-7 Solid Waste Landfill Sites**

**Exhibit 5.18-8 Voluntary Cleanup Program Sites**



### AST, UST, and LUST Sites

The Colorado Department of Labor and Employment, Division of Oil and Public Safety, regulates petroleum products and chemical USTs and certain petroleum-containing above-ground storage tanks (ASTs). Releases must be reported to the Division of Oil and Public Safety, and investigation and cleanup must be implemented, as required. Most USTs have had a spill or leak at some point in their life cycle. Small leaks may not be identified until the UST is taken out of service and formally closed. AST, UST, and LUST sites within the data search area include 289 registered AST/UST sites and 343 LUST sites, as shown on **Exhibit 5.18-9** and **Exhibit 5.18-10**.

LUST sites are discussed in further detail in Appendix F of Attachment H, *Hazardous Materials Technical Report* of the Supplemental Draft EIS.

**Exhibit 5.18-9        Petroleum Storage Tank Locations**



**Exhibit 5.18-10     Leaking Underground Storage Tank Locations**



### 5.18.4   Are there other hazardous material regulations the project will follow?

CDPHE's Hazardous Materials and Waste Management Division regulates asbestos in soil. Regulations require awareness of the possibility of asbestos-containing building materials found in soil. If asbestos is encountered during soil disturbance activities, such as construction, the regulations require that material to be removed and disposed of in accordance with regulatory requirements. Some of the main indicators that there may be asbestos in soil include, but are not limited to:

- Any remnants of an old building (i.e., visible footings, old foundations, partial structure components, construction debris, etc.)

- Indication of historical land-filling activities

- Evidence of old utility pipelines

In addition to the many types of hazardous materials and waste sites that have been identified in the data search area, the potential exists for currently unknown contamination. This may be due to the following factors:

- Contaminated areas associated with known sites that are not accurately identified because of factors such as contaminant migration, or limitations in the ability to determine the extent of contamination

- New contamination sites that have occurred because of recent activities

- Old contamination sites for which records do not exist, or which were not identified previously

## 5.18.5   How do the project alternatives potentially encounter hazardous materials?

Construction of the proposed alternatives will likely encounter sites contaminated by hazardous materials. Construction activities associated with the alternatives have the potential to release hazardous materials at these locations into soil or groundwater. They could also lead to exposure of workers or the public to these materials if proper health, safety protocols are not followed and remediation efforts are not applied.

The likelihood of impacting hazardous materials is dependent on the number of hazardous materials sites encountered during construction. In addition, the location and amount of contamination remaining at the site also will dictate impacts.

Encounters with hazardous materials are proportional to the amount of ground disturbance. For example, a larger area of land disturbed is likely to increase encounters with hazardous material sites, leading to a greater impact. Alternatives that incorporate subsurface improvements versus at-grade improvements also have a higher potential to encounter hazardous materials, soils, and/or groundwater at greater depths.

The No-Action Alternative will potentially disturb approximately 41 acres of land and encounter seven known hazardous materials sites.

The Revised Viaduct Alternative, North Option (General-Purpose Lane Option) will potentially encounter 25 known hazardous materials sites, while the Revised Viaduct Alternative, South Option (General-Purpose Lane Option) will potentially encounter 24 sites. Both North and South Options disturb approximately 575 acres of land. This is a larger potential impact to hazardous materials than the No-Action Alternative. Replacing the General-Purpose

**Summary of encounters with hazardous materials sites by alternative**

No-Action Alternative:

- 7 hazardous materials sites affected

Revised Viaduct Alternative:

- North—25 hazardous materials sites affected

- South—24 hazardous materials sites affected

Partial Cover Lowered Alternative (General-Purpose and Managed Lanes Options):

- 28 hazardous materials sites affected

Lanes Option with the Managed Lanes Option would increase land disturbance by an additional 83 acres. No additional known hazardous materials sites would be encountered with the Managed Lanes Option.

The Partial Cover Lowered Alternative (General-Purpose and Managed Lanes Options) will potentially encounter 28 hazardous materials sites, an approximate 19-percent increase in sites compared to the Revised Viaduct Alternative. The Partial Cover Lowered Alternative, General-Purpose Lanes Option will potentially disturb approximately 620 acres of land, an approximate 7-percent increase in land area impact compared to the Revised Viaduct Alternative, General-Purpose Lanes Option.

The Partial Cover Lowered Alternative, Managed Lanes Option will potentially disturb approximately 703 acres of land, an approximate 22-percent increase in land area impact compared to the Revised Viaduct Alternative, General-Purpose Lanes Option, and a 13-percent increase in land area impact compared to the Partial Cover Lowered Alternative, General-Purpose Lanes Option. Additionally, lowering the highway will impact soil and/or groundwater at greater depths than the No-Action Alternative and Revised Viaduct Alternative. Disturbing greater volumes of soil and/or groundwater increases the potential to encounter hazardous materials, both documented and undocumented.

The Managed Lanes Option for both the Revised Viaduct Alternative and the Partial Cover Lowered Alternative increases the ground disturbance by approximately 83 acres due to a large construction footprint; however, the number of known hazardous materials sites identified within the construction footprints will not increase. Additional ground disturbance may result in a greater likelihood to encounter hazardous materials. Since this area has been previously developed, undocumented contaminants may be disturbed during construction activities. Potential encounters with known hazardous materials sites and area of ground disturbance by alternative or option is summarized in **Exhibit 5.18-11**.

**Exhibit 5.18-11    Summary of Potential Hazardous Materials Sites and Area of Ground Disturbance Impacted by Project Alternatives**

| Alternative/Option | Number of Known Hazardous Materials Sites | Area of Ground Disturbance (acres) |
|---|---|---|
| No-Action Alternative | 7 | 41 |
| Build Alternatives, General-Purpose Lanes Option | | |
| Revised Viaduct Alternative, North Option | 25 | 575 |
| Revised Viaduct Alternative, South Option | 24 | 575 |
| Partial Cover Lowered Alternative | 28 | 620 |
| Build Alternatives, Managed Lanes Option | | |
| Revised Viaduct Alternative, North Option | 25 | 658 |
| Revised Viaduct Alternative, South Option | 24 | 658 |
| Partial Cover Lowered Alternative | 28 | 703 |

### Specific facilities of concern likely to be encountered by alternatives

The I-70 and Vasquez Boulevard NPL site has been identified within all the proposed alternatives. NPL sites are likely to have a greater effect on the alternatives. The level of effect depends on the level of hazardous materials contamination remaining at the site, as well as the location of the contamination relative to the right of way/construction footprint.

The site was placed on the NPL because of metals contamination identified in soil and groundwater associated with historic smelter operations. Remediation activities have occurred at the site. Soil and groundwater contamination (lead and arsenic) at this site have not been fully characterized. Construction activities associated with the proposed alternatives will likely encounter the contaminants identified at the NPL site.

An NPL site (Chemical Sales Company) has been identified adjacent to and north of all the proposed alternatives. Chemical Sales Company was a wholesale distributor of commercial and industrial chemicals, detergents, and pool chemicals. Contaminants of concern in soil and groundwater include tetrachloroethylene (PCE), trichloroethylene (TCE), and benzene.

Extensive remediation has occurred at the site. However, a groundwater plume has been identified in the shallow alluvial aquifer south of Sand Creek, which is located approximately one mile north of the proposed alternatives. Groundwater flow generally moves north to northwest, away from the alternative footprints. Paleochannels in the alluvium influence regional flow, at times resulting in flow patterns that are different from the regional flow. Contaminants associated with the NPL site may be encountered during construction of the alternatives.

An NPL site (ASARCO, Inc.) is located northwest of the proposed alternatives. ASARCO, Inc. was a heavy-metal smelter and refining facility. Contaminants of concern in soil and groundwater at the facility include cadmium, arsenic, lead, and zinc. Groundwater flow generally moves north to northwest, away from the alternative footprints. However, similar to the Chemical Sales Company facility, paleochannels in the alluvium influence regional flow, at times resulting in flow patterns that are different from the regional flow. Therefore, contaminants associated with the NPL site may be encountered during construction of the alternatives. NPL sites are discussed in further detail in the Supplemental Draft EIS in Appendices A and B of Attachment H, *Hazardous Materials Technical Report*.

Multiple closed LUST sites have been identified within all highway alternatives. Since these facilities have been issued closure/No Further Action notices, they are expected to have minor effects during the construction phase. The hazardous materials contamination at these sites has been removed or remediated to meet state or federal action levels; however, low levels of residual contamination may remain in soil and groundwater at the sites. In some cases, unknown contamination not identified during the previous site investigations may be present. LUST sites are discussed in further detail in the Supplemental Draft EIS in Appendix F of Attachment H, *Hazardous Materials Technical Report*.

Historical landfills have been identified within the Revised Viaduct and Partial Cover Lowered Alternatives. Recent subsurface investigation at the Denver Coliseum—a historical landfill that overlaps the I-70 and Vasquez Boulevard NPL site—has identified chloroform, PCE, TCE, manganese, iron, arsenic, hexavalent chromium, and cadmium in groundwater that exceed standards. Hazardous materials also have been identified in soils in this area, including asbestos-containing materials (ACM), arsenic, and

landfill gas at levels that can result in a potential explosion hazard during construction. Construction activities associated with all of the proposed alternatives will likely encounter the contaminants at this site. The Partial Cover Lowered Alternative will likely encounter these contaminants to a greater extent based on the location of the Globeville outfall specific for this alternative.

Subsurface investigations conducted along I-70 between I-25 and I-270 identified contaminants, including metals, semi-volatile organic compounds (SVOCs), and VOCs in groundwater at levels that exceed permitted standards. Hydrocarbons and arsenic also were identified in soil at levels above regulatory standards. The subsurface investigations are discussed further in Attachment H, *Hazardous Materials Technical Report Addendum* of this document.

Effects of hazardous materials and waste also are associated with runoff of contaminants in stormwater. Contaminants likely to be in stormwater runoff include fuel and lubricants, metals, compounds from tires, and automobile engine coolants. Additional operational effects may include herbicide use for weed control and magnesium chloride for de-icing operations.

### 5.18.6    What are the impacts to hazardous materials during construction?

Construction activities at hazardous materials sites have the potential to spread soil or groundwater contamination. Standard construction measures for fugitive dust control and stormwater erosion and sediment controls minimize the spread of contaminated soil. Some sites, particularly NPL sites, may have onsite repositories for contaminated soil and debris, active soil vapor extraction systems, or active groundwater remediation systems, including groundwater-monitoring wells. Disturbance of these structural controls by construction activities can result in the release of hazardous materials contamination, as well as additional costs if the impacted controls must be replaced in kind.

Metals and VOCs that exceed regulatory standards (expected permit limits) have been identified in groundwater. Construction activities for any of the alternatives would require dewatering and associated permitting if contaminated groundwater is encountered during construction. Dewatering activities include treating and discharging water onsite or characterizing and removing

water offsite to a permitted disposal facility, resulting in increased construction costs. The dewatering activities would be more substantial for the Partial Cover Lowered Alternative because the excavation will reach below groundwater elevation. In addition, permanent dewatering may be required for this alternative since a portion of the below-grade section will be constructed below groundwater elevation, potentially resulting in additional post-construction costs for this alternative.

Construction at hazardous materials sites also may affect the construction budget and schedule. Construction activities may require the offsite disposal of contaminated soil and debris in permitted facilities, increasing costs. If previously unidentified contamination is found, costs and schedules both stand to be affected. The acquisition of contaminated properties may require additional site investigation and monitoring to evaluate site condition. Remediation at these sites may be necessary before and during the construction.

## 5.18.7   How are the negative effects from the project alternatives mitigated for hazardous materials?

Any contamination encountered during the construction of the project will be cleaned up in compliance with applicable state and federal regulations, which will benefit the area in the future. Implementation of several mitigation measures will avoid or minimize the effects of the alternatives on hazardous materials including:

- Before right-of-way acquisition, conduct a Phase I Environmental Site Assessment (Phase I) or initial site assessment for those properties identified for acquisition. Based on these assessments, additional subsurface investigation may be required depending on the recognized environmental conditions identified and potential risk to the project.

- The project will avoid contaminated sites whenever practical. However, where avoidance is not feasible, further site investigation will be required and will be coordinated with the affected property owner.

- Follow *CDOT Standard Specifications for Road and Bridge Construction*, Section 250, Environmental, Health and Safety Management.

- Follow Tri-County Health Department Health and Safety Practices during Construction on or Near Former Landfills.

- Conduct appropriate surveys for asbestos, lead-based paint, and universal wastes prior to demolition of any building structures and bridges or elevated structures; if these materials are encountered, remove them in accordance with applicable regulations and guidelines. If ACM is encountered, including buried utilities, follow CDOT Specification 250.07, Asbestos-Containing Material Management and CDOT Asbestos-Contaminated Soil Management Standard Operating Procedure. Additionally, depending on the type of ACM, clean up this material in accordance with either Section 5.5 of the Solid Waste Regulations, or Regulation No. 8 of the Air Quality Control Commission Regulations.

- Update contaminated sites search databases to reflect most recent records.

Additionally, the following construction mitigation measures will avoid or minimize the effects of the alternatives on hazardous materials including:

- Prepare and implement a project-specific Health and Safety Plan and Materials Management Plan to address potential hazardous materials that are encountered during construction; these plans will consist of specific measures to protect worker and public health and safety, as well as programs to manage contaminated materials during construction.

- In the event that unknown contaminated media is encountered during construction, stop working until the contamination is properly evaluated and measures are developed to protect worker health and safety in accordance with the project-specific Health and Safety Plan and Materials Management Plan.

- Implement standard construction measures for fugitive dust control, as well as stormwater erosion and sediment controls, to minimize the spread of contaminated soil. During the construction phase, require the contractor to file and abide by a dust management plan to minimize the effects of dust on surrounding communities. Additionally, conduct air monitoring to determine whether dust control efforts are successful in preventing violations of air quality standards.

- The contractor will obtain a CDPHE CDPS Construction Dewatering Permit, Remediation Activities Discharging to Surface Water Permit or Construction Activities Discharging to Ground Water Permit, as required, utilizing readily available data. The selected contractor will follow the permit requirements.

- The Partial Cover Lowered Alternative (both options) will require excavation below existing groundwater. If this alternative requires permanent dewatering, obtain and follow the necessary CDPS Dewatering Permits. Under the temporary construction and permanent feature dewatering permits, treat and discharge source water onsite in accordance with the permit or characterize and remove source water offsite to a permitted disposal facility.

- Properly abandon and close monitoring wells or septic systems disturbed during construction activities in accordance with applicable regulations and guidelines. If existing monitoring wells are impacted during construction, the project will replace them, as necessary.

**Exhibit 5.18-12** lists the impacts and mitigations associated with hazardous materials.

**Exhibit 5.18-12      Summary of Hazardous Materials Impacts and Mitigations**

| Alternative/ Option | Impacts and/or Benefits | Mitigation Measures Applicable to All Alternatives |
|---|---|---|
| No-Action Alternative | <ul><li>7 hazardous materials sites affected</li><li>41 acres of land disturbed</li><li>Construction activities at hazardous materials sites have the potential to spread soil or groundwater contamination</li><li>Construction at hazardous materials sites also may affect the construction budget and schedule, particularly if previously unidentified contamination is found</li></ul> | <ul><li>Before right-of-way acquisition, conduct a Phase I Environmental Site Assessment (Phase I) or initial site assessment for those properties identified for acquisition; based on these assessments, additional subsurface investigation may be required depending on the recognized environmental conditions identified and potential risk to the project</li><li>Avoid contaminated sites wherever practical; where unavoidable, initiate further site investigation and coordination with affected property owners</li><li>Follow *CDOT Standard Specifications for Road and Bridge Construction,* Section 250, Environmental, Health and Safety Management</li><li>Follow Tri-County Health Department *Health and Safety Practices during Construction on or Near Former Landfills*</li></ul> |
| Revised Viaduct Alternative, General-Purpose Lanes Option | <ul><li>24 to 25 hazardous materials sites affected</li><li>575 acres of land disturbed</li><li>Construction activities at hazardous materials sites have the potential to spread soil or groundwater contamination</li><li>Construction at hazardous materials sites also may affect the construction budget and schedule, particularly if previously unidentified contamination is found</li></ul> | <ul><li>Conduct appropriate surveys for asbestos, lead-based paint, and universal wastes prior to demolition of any building structures and bridges or elevated structures; if these materials are encountered, remove them in accordance with applicable regulations and guidelines; if ACM is encountered, including buried utilities, follow CDOT Specification 250.07, Asbestos-Containing Material Management and CDOT Asbestos-Contaminated Soil Management Standard Operating Procedure; additionally, depending on the type of ACM, clean up this material in accordance with either Section 5.5 of the Solid Waste Regulations, or Regulation No. 8 of the Air Quality Control Commission Regulations</li><li>Update contaminated sites search databases to reflect most recent records</li></ul> |
| Revised Viaduct Alternative, Managed Lanes Option | <ul><li>24 to 25 hazardous materials sites affected</li><li>658 acres of land disturbed</li><li>Construction activities at hazardous materials sites have the potential to spread soil or groundwater contamination</li><li>Construction at hazardous materials sites also may affect the construction budget and schedule, particularly if previously unidentified contamination is found</li></ul> | <ul><li>Prepare and implement a project-specific Health and Safety Plan and Materials Management Plan to address potential hazardous materials that are encountered during construction; these plans will consist of specific measures to protect worker and public health and safety, as well as programs to manage contaminated materials during construction</li><li>In the event that unknown contaminated media is encountered during construction, stop working until the contamination is properly evaluated and measures are developed to protect worker health and safety in accordance with the project-specific Health and Safety Plan and Materials Management Plan</li></ul> |

**Exhibit 5.18-12     Summary of Hazardous Materials Impacts and Mitigations**

| Alternative/ Option | Impacts and/or Benefits | Mitigation Measures Applicable to All Alternatives |
|---|---|---|
| Partial Cover Lowered Alternative, General-Purpose Lanes Option | • 25 hazardous materials sites affected<br>• 620 acres of land disturbed<br>• Construction activities at hazardous materials sites have the potential to spread soil or groundwater contamination<br>• Construction at hazardous materials sites also may affect the construction budget and schedule, particularly if previously unidentified contamination is found | • Implement standard construction measures for fugitive dust control, as well as stormwater erosion and sediment controls, to minimize the spread of contaminated soil; during the construction phase, require the contractor to file and abide by a dust management plan to minimize the effects of dust on surrounding communities; additionally, conduct air monitoring to determine whether dust control efforts are successful in preventing violations of air quality standards<br>• Obtain a CDPHE CDPS Construction Dewatering Permit, Remediation Activities Discharging to Surface Water Permit or Construction Activities Discharging to Ground Water Permit, as required, utilizing readily available data; the selected contractor will follow the permit requirements |
| Partial Cover Lowered Alternative, Managed Lanes Option | • 28 hazardous materials sites affected<br>• 703 acres of land disturbed<br>• Extensive excavation through a known landfill that contains contaminants<br>• Construction activities at hazardous materials sites have the potential to spread soil or groundwater contamination<br>• Construction at hazardous materials sites also may affect the construction budget and schedule, particularly if previously unidentified contamination is found | • Obtain and follow the necessary CDPS Dewatering Permits if this alternative requires permanent dewatering; under the temporary construction and permanent feature dewatering permits, treat and discharge source water onsite in accordance with the permit or characterize and remove source water offsite to a permitted disposal facility<br>• Properly abandon and close monitoring wells or septic systems disturbed during construction activities in accordance with applicable regulations and guidelines; if existing monitoring wells are impacted during construction, the project will replace them, as necessary |



# CHAPTER 6: CUMULATIVE IMPACTS

*A cumulative impacts analysis considers all aspects of the environment affected by project alternatives in the context of other past, present, and reasonably foreseeable future actions in an area. The analysis identifies topics and areas where the project alternatives may contribute incrementally to impacts over time.*

Since the Supplemental Draft EIS was published in August 2014, additional analyses and content review have been performed for many of the resources discussed in this document. These updates, along with changes resulting from the comments received on the Supplemental Draft EIS, have been incorporated into this Final EIS. In this chapter, the updates include the following items:

- Additional foreseeable future actions identified in recently completed plans and investment programs were incorporated.

- Additional contextual information was included.

## 6.1 What are cumulative impacts and why are they important to this project?

Cumulative impacts are: "The impact on the environment which results from the incremental impact of the [proposed] action when added to other past, present, and reasonably foreseeable future actions regardless of what agency (federal or non-federal) or person undertakes such other actions. Cumulative impacts can result from individually minor but collectively significant actions taking place over a period of time" (CEQ, 1978).

## 6.2 What resources, study areas, and methods are included in this cumulative impacts analysis?

Environmental resources that are analyzed for cumulative impacts were identified through scoping and by the degree to which the resources are directly impacted, as documented in Chapter 5, Affected Environment, Environmental Consequences, and Mitigation. Formal scoping for this project began in 2003, as detailed in Chapter 10, Community Outreach and Agency Involvement. **Exhibit 6-1** summarizes resources identified for cumulative impacts analysis through scoping and direct impact analysis and contains the rationale for their inclusion in the cumulative impacts assessment, in addition to their potential to contribute to cumulative impacts.

Cumulative impact study areas vary by resource. Study areas are determined by the individual resource to ensure that cumulative impact analyses consider all relevant factors in a boundary that is logical and appropriate to a particular resource. For example, the boundary required to assess cumulative impacts to air quality is different than the boundary used to examine stormwater runoff. The rationale for their geography is documented in **Exhibit 6-1**, and **Exhibit 6-2** displays these geographic boundaries for each resource.

**What are incremental impacts?**

Incremental impacts appear over time, can be minor individually, and can occur in small amounts. Collectively, however, these impacts can be substantial.

**Exhibit 6-1        Key Resources Evaluated for Cumulative Impacts**

| Resource | Basis for Inclusion | Study Area Rationale |
|---|---|---|
| Land use | This resource is included based on agency and stakeholder scoping requests and its relationship to other resources evaluated for cumulative impacts. | Agency and stakeholder scoping conducted during the EIS process determined that the land use study area (see **Exhibit 6-2**) provides adequate context for determining cumulative impacts. |
| Relocations and displacements | This resource is included because of specific public, agency, and stakeholder scoping requests, as well as the presence of direct impacts (21 to 74 potential relocations). | Agency and stakeholder scoping conducted during the EIS process determined that the relocation study area (see **Exhibit 6-2**) provides context for understanding past, present, and foreseeable future relocations and displacements. |
| Social and economic conditions | Agency and stakeholder scoping requests qualified this resource for inclusion in the cumulative analysis; additionally, the presence of direct impacts—such as barriers, relocations, and access—called for inclusion. | The study area is based on the neighborhood boundaries that are potentially impacted by project alternatives and used as analytical boundaries in Sections 5.2, Social and Economic Conditions, and Section 5.3, Environmental Justice. |
| Historic preservation | This resource is included because of the number of potential direct impacts (1 to 13 historic resources adversely affected). | This study area is based on agency and stakeholder scoping. |
| Air quality | Requests made by agencies and the general public during scoping qualified this resource for inclusion in the cumulative impacts analysis. | The study area is based on the analytical boundaries used in Section 5.10, Air Quality, to quantify impacts. |
| Noise | This resource is included based on the presence of direct impacts (up to 403 noise receptors exceed established noise thresholds with Build Alternatives, compared to 84 under existing conditions) and neighborhood concerns. | The study area is based on the neighborhood boundaries that are potentially impacted by project alternatives and used as analytical boundaries in Section 5.12, Noise. |
| Wetlands and other waters of the U.S. | Agency and stakeholder scoping requests and severity of impacts obligated this resource for inclusion. Build Alternatives permanently impact 4.352 acres to 4.442 acres of jurisdictional wetlands and 0.693 acres to 0.771 acres of other waters of the U.S. and open waters. | This study area is determined through agency and stakeholder scoping. |
| Water quality | This resource is included due to agency and stakeholder scoping requests and the severity of direct impacts (potential for ponding and flooding risks, as well as changes in water quality to South Platte River and Sand Creek). | Agency and stakeholder scoping conducted during the EIS process determined that the water quality study area (see **Exhibit 6-2**) provides adequate context for determining cumulative impacts. |
| Environmental justice | The presence of potential direct impacts through property displacements, noise, air quality, mobility, and neighborhood cohesion could be especially apparent in the minority and low-income populations. | The study area is based on the neighborhood boundaries that are potentially impacted by project alternatives and used as analytical boundaries in Sections 5.2, Social and Economic Conditions, and Section 5.3, Environmental Justice. |

**Exhibit 6-2          Cumulative Impact Resource Study Areas**



The analysis timeframe of 1960 through 2035 has been established based on scoping and stakeholder input. The year 1960 is used because it coincides with the initial planning and construction of I-70. The analysis uses the end year of 2035 because it is the forecast year for DRCOG's 2035 travel demand model origin-destination trip data.

The cumulative impacts analysis involves adding the effects of project alternatives to similar resource effects caused by other past, present, and reasonably foreseeable future actions. If the Build Alternatives have no direct or indirect impacts on a resource, then they have no cumulative impacts on that resource.

To perform a cumulative impact assessment, a baseline condition must be evaluated for each resource topic. That baseline has been identified as the impacts resulting from all other past, present, and reasonably foreseeable future projects. These are identified in Section 6.3, below. Although the No-Action Alternative typically is included in the baseline conditions, the No-Action Alternative for I-70 East has impacts and is evaluated in the cumulative discussions below.

## 6.3    What past, present, and future actions are considered?

To determine cumulative impacts, project alternatives are analyzed for their combined impact when coupled with the other past, present, and reasonably foreseeable future actions. The project team obtained information on these actions through review of local, state, and federal planning documents. It is not the intent to provide an exhaustive list of every project in each study area, but rather to provide a reasonable characterization of projects that have affected or may affect key resources being evaluated.

As a starting point, past, present, and reasonably foreseeable future actions are separated into transportation and development categories, as shown in **Exhibit 6-3** and cataloged in **Exhibit 6-4** and **Exhibit 6-5**. For the purposes of this analysis, transportation and development projects considered are large-scale projects that change either the way people move or live, or dramatically change physical geography (for example, the development of previously unused land). Generally, present and reasonably foreseeable future transportation projects are those listed in either long-range transportation plans or capital improvement programs. Local and regional land use and other comprehensive planning documents generally identify foreseeable future development projects.

**Exhibit 6-3            Transportation and Development Project Locations**



**Exhibit 6-4            Past, Present, and Future Transportation Projects**

| Exhibit 6-3 Identifier | Project | Timeframe | Description |
|---|---|---|---|
| 1 | I-70 | Past, 1961 | Opening of I-70 through metropolitan Denver and Aurora |
| 2 | I-270 | Past, 1968 | Opening of I-270 between I-70 to I-25, adjacent to Sand Creek |
| 3 | I-225 | Past, 1976 | Opening of three-lane highway through Aurora linking I-70 and I-25 |
| 4 | 16th Street Mall Shuttle | Past, 1982 | One-mile city street in Denver's central business district closed to private vehicles and replaced with public bus and pedestrian corridor |

**Exhibit 6-4        Past, Present, and Future Transportation Projects**

| Exhibit 6-3 Identifier | Project | Timeframe | Description |
|---|---|---|---|
| 5 | E-470 | Past, 1991 | Ten-mile circumferential toll facility connecting to I-25 north and south of the Denver metropolitan area |
| 6 | RTD Light Rail | Past, 1994 | First light rail line, from I-25 and Broadway to the Auraria Campus |
| 7 | Peña Boulevard | Past, 1995 | Construction of Peña Boulevard, providing access to DIA from I-70 via more than 10 miles of divided roadway |
| 8 | DIA | Past, 1995 | Development of international airport northeast of metropolitan Denver. |
| 9 | I-70 Viaduct Replacement | Past, 2003/09 | Viaduct replaced from Washington Street to Brighton Boulevard |
| 10 | Colorado Boulevard Bridge Replacement | Past, 2005 | Safety and capacity improvement 0.8 mile north of I-70 |
| 11 | I-25 High-Occupancy Vehicle | Past, 2006 | High-occupancy vehicle lane conversion to high-occupancy vehicle/toll—20th Street to US 36 |
| 12 | 56th Avenue | Past, 2010 | Road widening for new through lanes from Quebec Street to Havana Street |
| 13 | US 36 Bus Rapid Transit Corridor | Past, 2010 | Bus rapid transit and roadway improvements between Denver and Boulder along US 36; Phase 1 is complete |
| 14 | Central Park Boulevard | Past, 2012 | New I-70 interchange at Central Park Boulevard. |
| 3 | I-225 Widening | Past, 2014 | Widening of I-225 between I-25 and I-70. |
| 15 | Denver Union Station | Past, 2014 | Expansion of major intermodal center in downtown Denver connecting regional corridors |
| 16 | RTD West Corridor (Transit) | Present | Twelve-mile commuter rail line between downtown Denver and Golden |
| 17 | RTD I-225 (Transit) | Present | Approximately 11-mile transit line connecting Southeast Corridor and East Corridor though Aurora |
| 18 | RTD East Corridor (Transit) | Present | Twenty-three-mile commuter rail line between Denver and DIA |
| 8 | DIA terminal expansion | Present | New terminal, commuter rail station, and hotel |
| 19 | Peoria Street-Smith Road area improvements | Present | Peoria Street-Smith Road commuter rail related road, crossing, bike, and pedestrian access improvements |
| 20 | North Metro commuter rail, Segment One | Present | First segment of the North Metro commuter rail line from Denver Union Station to 124th Avenue in Northglenn |

Exhibit 6-4          Past, Present, and Future Transportation Projects

| Exhibit 6-3 Identifier | Project | Timeframe | Description |
|---|---|---|---|
| 21 | RTD Gold Line (Transit) | Present | Approximately 11-mile electric commuter rail transit corridor from Denver Union Station to the vicinity of Ward Road in Arvada |
| 22 | Tower Road | Present | Roadway widening from Colfax Avenue to 48th Avenue |
| 23 | RTD Northwest Corridor, Segment One (Transit) | Present | Six-mile commuter rail line between Denver Union Station and Westminster |
| 24 | RTD Central Corridor (Transit) | Future | One-mile transit extension from 30th Avenue/Downing Street to East Corridor alignment |
| 25 | I-270 | Future | Capacity improvements from Vasquez Boulevard to Quebec Street |
| 8 | DIA expansion | Future | Adding capacity through new runways, de-icing facilities, concourse space, parking, cargo facilities, and air traffic control tower |
| 26 | Brighton Boulevard | Present, Future | Construct critical public infrastructure (e.g., cycle track, sidewalks, curb/gutter, on-street parking) helping develop gateway to Denver |

Source: Statewide Transportation Improvement Program, DRCOG Transportation Improvement Plan, Denver Six-Year Capital Improvement Plan, Commerce City Capital Improvement Program

Exhibit 6-5          Past, Present, and Future Development Projects

| Exhibit 6-3 Identifier | Project | Timeframe | Description |
|---|---|---|---|
| 1 | Skyline Redevelopment | Past, 1969 to 1977 | Redevelopment of 30 blocks of the old Central Business District |
| 2 | Auraria Campus | Past, 1969 to 1974 | Construction of a higher education center over former residential neighborhood |
| 3 | National Western Stock Show | Past, 1973, 1991, 1995, Present, Future | Expansion of National Western Complex to more than 600,000 square feet of developed facilities. Redevelopment and expansion of the 95-acre National Western Complex site |
| 4 | Downtown Redevelopment | Past, Present, Future | Addition of 47,000 jobs and 21,000 households in downtown Denver from 2000 to 2020 |
| 5 | Prairie Gateway Development | Past, Present | Development of 900 acres of the former Rocky Mountain Arsenal National Wildlife Refuge property to an entertainment/ commercial retail complex |

**Exhibit 6-5        Past, Present, and Future Development Projects**

| Exhibit 6-3 Identifier | Project | Timeframe | Description |
|---|---|---|---|
| 6 | Stapleton Redevelopment | Past, Present | Redevelopment of former Stapleton airport site into mixed-use commercial and residential land uses |
| 7 | Green Valley Ranch | Present | Development of more than 5,000 acres featuring a complete town center, 500 acres of open space, commercial development, and residential neighborhoods |
| 8 | Gateway Park | Present | Addition of between 34,000 and 65,000 new residents and more than 54 million square feet of commercial space |
| 9 | Fitzsimons | Present | Redevelopment of 570 acres, anchored by the 227-acre University of Colorado Health Sciences Center and 160-acre Colorado Bioscience Park in Aurora; at build-out, employment is expected to exceed 32,000 jobs |
| 10 | Reunion | Present | A new 3,000-acre development northeast of the Rocky Mountain Arsenal National Wildlife Refuge offering full range of retail, industrial, office, and residential |
| 11 | Majestic Commercenter | Present | Development of 15 million square feet of industrial and warehousing space on 1,200 acres |
| 12 | Denver Union Station | Present | Development of 1.8 million square feet in lower downtown Denver coupled with multi-modal improvements to the transit hub |
| 13 | Denver Connection | Present | Addition of 400 acres of mixed-use development of high- and low-rise office, hospitality, research and development, industrial, retail, and residential buildings |
| 14 | High Point Development | Present | A mixed-use development covering 2,000 acres with plans for 3,000 residential units and more than 11 million square feet of commercial space |
| 15 | Denver International Business Center | Present | Development of 450 acres for high-end business hotels, corporate headquarters, and restaurants |
| 16 | Transit-oriented Development | Present, Future | Increased mix-use (re)development near transit stations |
| 17 | Eastgate | Future | Future location of 350-acre warehousing and office complex |
| 18 | ProLogis Park | Future | Future location of 2.7 million square feet of industrial space on 260 acres |
| 19 | Mile High Greyhound Park Redevelopment | Future | 65 acres owned by Commerce City Urban Renewal Authority for future development |
| 20 | Denver Two Basin Drainage Project | Future | 120 acres for protecting existing and future development from 100-year floods. |

*Source: Area comprehensive plans, 2035 DRCOG Metro Vision Plan.*

## 6.4    What are the anticipated cumulative impacts?

The discussion below assesses and documents cumulative impacts for the resources summarized in **Exhibit 6-1**. Other past, present, and future actions documented in **Exhibit 6-4** and **Exhibit 6-5** provide the baseline from which No-Action Alternative impacts and Build Alternatives impacts are assessed.

### 6.4.1    Land use

Land use has changed dramatically in the greater cumulative impacts study area since 1960. For purposes of this analysis, historic development is defined in two ways: (1) development activity as measured by years in which homes were built, and (2) land use changes as measured by land cover analysis and identification of major projects.

Generally, development has increased over the past four decades. In the 1960s, development activity within the land use and development cumulative impacts study area occurred primarily in and around Denver's central business district and near the newly constructed I-70 and I-270. The 1970s marked the beginning of new suburban development, including Montbello in the east and other planned communities in the northwest. The 1980s, however, were heavily affected by economic slowing with little new development or redevelopment in Denver's urban areas.

Still affected by economic conditions of the 1980s, the early 1990s were initially characterized by slow growth, but growth increased markedly through the decade. Influenced heavily by the construction of Denver's new international airport in the northeast and plans for redevelopment of the former Stapleton Airport, 1990 marked the beginning of increased development in the east as well as redevelopment within Denver's central business district. This development and redevelopment trend continued through the early 2000s, but slowed through the nationwide economic recession of December 2007 to June 2009. Recovery has been steady since mid-2009 and remains ongoing.

The number of homes built since 1960 also measures development activity. By this measure, development activity has increased 254 percent in study area neighborhoods (neighborhoods are indicated in **Exhibit 6-2**) from 1960 to 2010, as illustrated in **Exhibit 6-6**.

> **Degree of impact**
>
> This cumulative impacts analysis examines direct and indirect impacts occurring as a result of project alternatives and how they affect resources of concern. These impacts can build on each other—they do not always result in a one-to-one relationship. Instead, they can compound the degree of impact.

Development and redevelopment is expected to continue into the foreseeable future. As indicated in **Exhibit 6-5**, numerous large-scale residential, commercial, hotel, and mix-use development projects are planned throughout the land use study area. Foreseeable future development-related projects immediately adjacent to I-70 East include:

- **National Western Complex.** Expansion of the 95-acre National Western Complex includes more than 600,000 square feet of developed facilities.

- **Transportation-oriented development.** Surrounding new transit stations, increased mix-use (re)development is planned. Transit oriented development immediately adjacent to I-70 East include the National Western Stock Show, 40th and Colorado, Central Park Boulevard, Peoria and 40th, and Airport stations.

- **Two Basin Drainage Project.** To protect current and future development from 100-year floods, approximately $134 million in drainage improvements will be made near I-70 East (see **Exhibit 6-5**). The project requires approximately 120 acres of property acquisition.

**Exhibit 6-6          Total Neighborhood Home Quantities, 1960 to 2010**



*Source: U.S. Census Bureau, 2011b*
*Note: This term is used to describe a small portion of Aurora that is included in the land use study area, as illustrated in **Exhibit 6-2**.*

In addition to the future actions discussed in Section 6.3, above, future land use also is discussed in Section 5.4, Land Use. Exhibit 5.4-7 identifies three planned "Areas of Change" that are linked by I-70. Areas of Change represent parts of Denver where change is underway, desirable, and will benefit from increased population, economic activity, and investment.

### Impacts

Cumulative impacts to land use are evaluated based on a project alternative's ability to induce unplanned development and its likelihood to add to other unplanned development caused by the other foreseeable future projects. Induced development is possible when alternatives require highway access points where there currently are none or when new highway access points are planned for low-density or undeveloped areas, since these areas are more susceptible to new growth brought on by project implementation. The distinction between planned and unplanned development is made because land use change is not inherently detrimental if it is part of a predetermined vision and is formally planned for in state and municipal plans. Conversely, unplanned development may impact surrounding land uses or impede regional and local planning objectives.

Project alternatives are not anticipated to cause unplanned development because no new highway access points are planned in areas where there currently are none or in low-density or undeveloped areas. Therefore, project alternatives will not contribute to cumulative land use impacts. As discussed in Section 5.4, Land Use, I-70 East improvements and continued I-70 mobility are cited and relied upon in municipal and CDOT long-range planning documents.

When combined with other past, present, and reasonably foreseeable future transportation projects (see **Exhibit 6-4** for a full list of projects), the Build Alternatives will improve future mobility more than the No-Action Alternative will. The improved mobility will support developing urban centers, such as the Stapleton and Gateway Neighborhoods, as well as the Elyria and Swansea Neighborhood and other well-established neighborhoods in the study area. Neighborhoods in the study area are expected to benefit from the reduced congestion levels provided by the project alternatives in combination with past, present, and foreseeable development because an aspect of building and maintaining viable neighborhoods relies on efficient transportation access and mobility.

### Summary

In summary, when combined with other past, present, and reasonably foreseeable future projects, project alternatives will not substantially contribute to cumulative land use impacts in the study area.

**Land use**

Project alternatives will not substantially contribute to land use-related cumulative impacts.

### 6.4.2   Relocations and displacements

Extensive land and infrastructure development-related right-of-way acquisitions and relocations have occurred in the study area over the past 50 years. In the 1960s, transportation projects—including I-70 and I-270—required large-scale relocations. Just outside of the relocations and displacements study area identified in **Exhibit 6-2**, major development relocations occurred in the Auraria Neighborhood (1969) to accommodate Denver's higher education campus. The new campus displaced 169 acres of largely low-income, Latino residential neighborhoods. Widespread right-of-way acquisitions occurred in the 1970s as part of the "Skyline" urban renewal effort where 30 downtown city blocks were designated for demolition in hopes of sparking redevelopment. The Rocky Mountain Arsenal's 1992 conversion into a national wildlife refuge prompted Denver to annex 2,000 acres of agricultural land for the future development of the Gateway area. Through intergovernmental agreement, 27,500 acres of largely agricultural and rural residential land was identified as the "Commerce City Annexation Area" to be developed around DIA. Residential acquisitions and relocations near I-70 were associated with the expansion of the National Western Complex Hall of Education (1973), Expo Hall (1991), and Events Center (1995).

Foreseeable future right-of-way acquisitions will occur through the implementation of the *National Western Center Master Plan* and the Two Basin Drainage Project. The *National Western Center Master Plan* recommends purchasing available land for expansion improvements. Drainage improvements and protection from flooding, as part of the Two Basin Drainage Project, will require the acquisition of nearly 120 acres of industrial, commercial, and residential property.

### Impacts

Cumulative relocation impacts exist in cases where foreseeable future projects cause relocations to occur in the same area and timeframe. In these situations, projects may

have to compete to relocate businesses or residences in suitable (nearby and equivalent) locations while not exceeding available housing stock. Relocations due to project implementation are, therefore, considered with other foreseeable future projects for their combined, cumulative impact. This type of cumulative relocation impact is not expected from the project alternatives because relocations will not occur within the same timeframe as other foreseeable projects illustrated in **Exhibit 6-3** that also have potential right-of-way acquisitions and relocations. Also, housing stock based on 2010 Census data exceeds the potential relocation need that will be created by the project alternatives.

Mitigation for federally funded projects requires strict adherence to the Uniform Act, which requires that just compensation be provided to any residential property owner or business owner and that relocation assistance be provided to any owner occupant, renter, or business that is displaced due to the acquisition of property by a public entity for public use.

### Summary

When combined with other past, present, and reasonably foreseeable future projects, project alternatives will not substantially contribute to cumulative relocations and displacements impacts because the proposed project schedule does not overlap with other relocation-intensive project timetables or exceed available housing stock. In addition, compliance with the Uniform Act will minimize the project's contribution to incremental impacts related to property acquisition.

### 6.4.3    Social and economic conditions

Public outreach and research conducted on behalf of this project indicates that past projects have impacted neighborhood cohesion within the study area. The residential communities of Elyria and Swansea, Globeville, and Northeast Park Hill became bisected when I-70 was originally constructed in the early 1960s. During these early I-70 years, areas along the interstate urbanized with commercial and industrial uses that benefitted from being close to the highway. While Denver's central business district and the neighborhoods immediately surrounding downtown have seen redevelopment in the past 30 years, other neighborhoods immediately adjacent to I-70 have not benefitted from this urban renewal.

**Relocations and displacements**

Project alternatives will not contribute to relocation and displacements-related cumulative impacts.

Into the foreseeable future, existing transportation corridors are expected to be improved in response to increasing travel demand. Many of these improvements will occur in communities that have been affected by past transportation projects, including I-70. The following communities affected by past projects are likely to experience future transportation project expansion:

- Globeville, which will experience additional future activity from these projects: I-70 East, East Corridor (commuter rail transit), US 36 Corridor (bus rapid transit), Brighton Boulevard corridor redevelopment, and North Metro Corridor (commuter rail transit).

- Elyria and Swansea, which will experience additional future activity from these projects: I-70 East, Brighton Boulevard corridor redevelopment, North Metro Corridor, East Corridor, and station and redevelopment activities at National Western Center.

- Five Points Neighborhood, which will experience additional future activity from these projects: North Metro Corridor, East Corridor, and Central Corridor/Downing Street Extension (light rail transit).

### Impacts

The No-Action Alternative will not contribute to the viability of local and regional communities since it will not add much-needed mobility. The No-Action Alternative will further affect historically impacted neighborhoods along I-70 through property acquisitions. Property acquisitions can have additive effects on neighborhood cohesion through the removal of homes and businesses, which causes loss of neighborhood consistency. Because of the No-Action Alternative's limited revisions, the requirements of the Uniform Act, and the availability of housing stock, these acquisitions will add to, but will be less severe than, displacements of the past.

The No-Action Alternative will not improve long-term mobility. As traffic volumes and travel times increase on I-70, congestion will increase on adjacent neighborhood roads when motorists and truck traffic seek alternate routes east and west. In turn, this will adversely affect social and economic conditions by impacting pedestrian safety, increasing pollution, delaying emergency services, lowering commercial patronage, hindering mobility and access, and increasing local street noise. These effects will be felt most in densely populated communities adjacent to I-70, including

Globeville, Elyria and Swansea, Northeast Park Hill, Stapleton, and Montbello.

Future regional mobility provided by the Build Alternatives and other foreseeable future transportation projects support the viability of new communities and the sustainability of existing neighborhoods, unlike the No-Action Alternative. All of the Build Alternatives will contribute to the collective positive effects of other foreseeable future transportation projects to maintain or enhance regional connectivity. The Partial Cover Lowered Alternative provides neighborhood cohesion benefits by removing the viaduct, lowering the highway, and adding a cover over the highway to be used as public community space.

Like the No-Action Alternative, property acquisitions necessary for the Build Alternatives will impact historically affected neighborhoods adjacent to I-70. As the Build Alternatives require more properties and housing relocations than the No-Action Alternative, the cumulative impacts are greater in this scenario.

## Summary

Communities throughout the region rely on sufficient mobility to maintain social and economic conditions. Only the Revised Viaduct Alternative and the Partial Cover Lowered Alternative provide this regional mobility. Property acquisitions required by all alternatives impact social and economic conditions in historically impacted communities immediately adjacent to I-70. However, the Build Alternatives do so to a greater degree because of their larger footprints. Since the reconstructed viaduct will have a larger footprint, the Revised Viaduct Alternative has the potential to add to past social and economic condition cumulative impacts that resulted from constructing the original I-70 viaduct in the 1960s. However, the Partial Cover Lowered Alternative provides neighborhood cohesion benefits by removing the viaduct, lowering the highway, and adding a highway cover for use as a public community space.

Although the Partial Cover Lowered Alternative requires the greatest number of acquisitions, removing the viaduct, lowering the highway, and adding a cover over the highway to be used as public community space will improve neighborhood cohesion by reconnecting communities bisected by I-70 since its construction in 1960. Therefore, potential impacts to social and economic conditions from the Partial Cover Lowered Alternative are anticipated to be

> **Social and economic conditions**
>
> Project alternatives will not contribute substantially to social and economic conditions cumulative impacts.

offset and not contribute substantially to cumulative impacts. Regardless of the alternative, any residential owner/occupant, renter, or business that is displaced receives assistance.

In summary, when combined with other past, present, and reasonably foreseeable future projects, project alternatives will not substantially contribute to social and economic conditions cumulative impacts.

## 6.4.4    Historic preservation

Public outreach and research conducted for this study indicates that past projects have impacted neighborhood cohesion within the study area. The residential communities of Elyria and Swansea, Globeville, and Northeast Park Hill became bisected when I-70 was originally constructed in the early 1960s which also supported the growth of large-scale commercial operations along the interstate. In the 1960s, transportation projects—including I-70—required residential and commercial relocations. Residential acquisitions and relocations near I-70 were associated with the expansion of the National Western Complex Hall of Education (1973), Expo Hall (1991), and Events Center (1995). During these early I-70 years, areas along the interstate urbanized with commercial and industrial uses that benefitted from being close to the highway.

While Denver's central business district and the neighborhoods immediately surrounding downtown have seen redevelopment in the past 30 years, other neighborhoods immediately adjacent to I-70 have not experienced this urban renewal or investment in their significant historic districts. The relationship between socioeconomics, neighborhood cohesion, land use, right-of-way acquisition, noise, public infrastructure, and historic resources has been weak in the Elyria and Swansea Neighborhood. Even though the neighborhood has a number of significant historic resources, there has been very little effort prior the I-70 East project to better understand the history or to preserve or save buildings that are threatened. In addition, very little investment has been made in the historic resources in the neighborhood, either through grant-funded preservation projects or by supporting the continued usage of older buildings as residences or as viable businesses or restaurants. The cohesion of the neighborhood has been negatively impacted by the location of the viaduct, which is a barrier for residents who want to travel within the

neighborhood, including access to the Swansea Elementary School or local businesses.

## Impacts

Subsection 800.5 of the Section 106 regulations (36 CFR Part 800) requires federal agencies to consider the effects of their projects on historic resources. The criteria of adverse effect [800.5(a)(1)] includes the following language pertinent to cumulative effect assessments: "Adverse effects may include reasonably foreseeable effects caused by the undertaking that may occur later in time, be farther removed in distance, or be cumulative."

The methodology for this Section 106 cumulative effects assessment is reflective of reasonably foreseeable future effects, based on an analysis of past and present actions; reasonably foreseeable future effects are evaluated for each alternative and option, as required by 36 CFR Part 800. Much of the analysis regarding potential cumulative effects to historic resources is discussed in Attachment I, *Section 106 Determinations of Eligibility and Effects*. Cumulative impacts analysis in this section incorporates the findings of the Section 106 cumulative effects assessment.

The project alternatives, coupled with other transportation and development projects identified in **Exhibit 6-1** and **Exhibit 6-2**, would utilize the existing highway alignment, but would expand for constructability reasons or for additional capacity, requiring right-of-way acquisitions. A central concern with regard to the potential project and alternatives under evaluation with regard to cumulative effects to historic preservation is related to land use and the potential for induced development. As noted in Section 5.4, Land Use, induced development occurs when project alternatives directly change how land is used or if project implementation induces enough anticipated or unanticipated development that land use patterns change. Induced development is possible when alternatives require highway access points where there are currently none.

Present and future threats to historic resources continue through private development, which is not subject to the same oversight standards or avoidance controls as federal projects. Foreseeable future projects that have the greatest potential for historical impacts are land development projects or those infrastructure projects that may spur private development. In the foreseeable future, transit projects are the most likely to induce new private

development through transit-orient development. Transit projects in the study area (East Corridor, North Metro Corridor, Central Corridor, Gold Line, West Corridor, and the I-225 Corridor, as identified in **Exhibit 6-3**) are expected to foster transit-oriented development near stations, which could create cumulative threats to historical resources. In the foreseeable future, the National Western Complex will be redeveloped and existing buildings within the National Western Historic District would be replaced. Foreseeable future changes involving property acquisition include the Two Basin Drainage Project, which will require the acquisition of nearly 120 acres, including a portion of the Market Street Lead railroad.

However, I-70 East project alternatives will not induce development and will not contribute to loss of historic resources through private development.

Improved mobility may support developing urban centers within the Elyria and Swansea Neighborhood. These urban centers could result in foreseeable investments in residential and commercial development, which could ultimately benefit historic resources through restoration and rehabilitation efforts. Conversely, the investment in the community could result in the redevelopment of the area and demolition or alteration of historic buildings, resulting in impacts to the historic character of the community.

### Summary

Subsection 800.5 of the Section 106 regulations (36 CFR Part 800) requires federal agencies to consider the effects of their projects on historic resources. The criteria of adverse effect [800.5(a)(1)] includes the following language pertinent to cumulative effect assessments: "Adverse effects may include reasonably foreseeable effects caused by the undertaking that may occur later in time, be farther removed in distance, or be cumulative."

The methodology for this Section 106 cumulative effects assessment is reflective of reasonably foreseeable future effects, based on an analysis of past and present actions; reasonably foreseeable future effects are evaluated for each alternative and option, as required by 36 CFR Part 800. Much of the analysis regarding potential cumulative effects to historic resources is discussed in Attachment I, *Section 106 Determinations of Eligibility and Effects*.

When combined with other past, present, and reasonably foreseeable future projects, project alternatives are not

**Historic preservation**

When combined with other past, present, and reasonably foreseeable future projects, project alternatives are not anticipated to result in setting changes that would diminish the eligibility of historic resources beyond those affected by acquisition, are not anticipated to result in induced development, and would not result in significant cumulative effects.

anticipated to result in setting changes that would diminish the eligibility of historic resources beyond those affected by acquisition, are not anticipated to result in induced development, and would not result in significant cumulative effects.

## 6.4.5    Air quality

Air quality in the Denver region has fluctuated over the past 50 years. From the 1960s to the late 1980s, air quality got steadily worse due primarily to increased traffic tied to population growth in the region. In the late 1980s, the Denver metropolitan area was frequently in violation of the EPA air quality standards for carbon monoxide, particulate matter, and ozone—the criteria pollutants that have been of concern in the Denver region because of past exceedances of the NAAQS standards. Failure to meet these standards resulted in a designation of nonattainment by the EPA.

In the 1990s, regulatory and other actions (such as vehicle emissions programs, ethanol in gasoline during the winter, adding scrubbers to factories/refineries, road sweeping programs, etc.) were mandated by the federal and state governments in their quest to improve air quality. These efforts have contributed significantly to reducing air pollution in the Denver region.

Of the three criteria pollutants—carbon monoxide, particulate matter, and ozone—ozone is the only one for which the region is currently in nonattainment. The Denver region has been re-designated to attainment/maintenance status for $PM_{10}$ (2002) and carbon monoxide (2001).

As of December 2012, all areas in Colorado are in attainment of all NAAQS for criteria pollutants, except for ground-level ozone. Seven counties in the Denver metropolitan area and portions of two counties in the Colorado North Front Range are currently designated as nonattainment for exceeding the 8-hour ozone standard. The region was originally designated as nonattainment under the 1-hour standard, which has since been replaced by an 8-hour standard. Prior to 2006, there was only one exceedance of the ozone standard at any of the four monitoring stations in the study area; however, several exceedances have been recorded at north Denver's Welby station since then.

On December 12, 2008, the Colorado Air Quality Control Commission approved the Ozone Action Plan, including revisions to the SIP, for the Denver Metro Area and North

**Climate change**

The CEQ instructs that NEPA documents comment on global climate change. These discussions are detailed in Attachment J, *Air Quality Technical Report* and in Section 5.10, Air Quality.

Front Range. The Ozone Action Plan identifies specific control measures designed to bring the region into compliance with the ozone standard by 2015.

The Denver region was designated nonattainment for carbon monoxide in 1978, subsequent to the Clean Air Act Amendments of 1977. On September 27, 2010, all carbon monoxide areas in the country were re-designated to maintenance status. There have not been any exceedances of the carbon monoxide standard at any of the four monitoring stations in the study area since 1999.

The region was re-designated to attainment/maintenance status for $PM_{10}$ by the EPA on September 16, 2002 (EPA, 2002). There was one exceedance of the $PM_{2.5}$ standard in 2001, but this was not enough to trigger a nonattainment designation for that pollutant.

### Impacts

The I-70 East project will be a substantial congestion-reducing transportation improvement for the Denver region. As big as it is, however, the project's vehicular travel and associated emissions are relatively small in comparison to those of the greater Denver region. **Exhibit 6-7** shows the VMT for the project alternatives in the study area compared to the VMT for the Denver region. **Exhibit 6-8** shows project-related on-road mobile source emissions compared to those of the Denver region, where applicable.

As the data in **Exhibit 6-7** indicate, the project's VMT ranges from 9.7 percent to 10.4 percent of the regional VMT, depending on the alternative. The Build Alternatives have between 3.9 percent and 6.5 percent higher VMT than the No-Action Alternative. Since the No-Action Alternative is consistent with the most recent conformity analysis for the regional transportation plan, it is part of the baseline for regional on-road mobile source emissions. The information in **Exhibit 6-7** also indicates that VMT increases a small degree for the Build Alternatives compared to the No-Action Alternative. While any increase or decrease is noteworthy, it is also important to note that these differences are extremely small when taken in context of regional travel and emissions.

**Exhibit 6-8** provides perspective for the carbon monoxide, $PM_{10}$, volatile organic compounds, and nitrogen oxides emissions associated with the project alternatives as compared to the regional emissions and State Implementation Plan emissions budgets. As the data show,

project-related emissions are a fraction of the regional emissions; and the regional emissions, which are from the most recent conformity determination conducted by DRCOG, are much lower than the SIP budgets.

**Exhibit 6-7       Project and Regional Vehicle Miles of Travel (2035)**

| Alternative | 2035 VMT | Percent of Regional VMT | Percent Difference from No-Action VMT |
|---|---|---|---|
| No-Action | 10,453,600 | 9.7% | n/a |
| Revised Viaduct, General-Purpose Lanes Option[1] | 11,129,500 | 10.4% | 6.5% |
| Revised Viaduct, Managed Lanes Option | 10,865,200 | 10.1% | 3.9% |
| Partial Cover Lowered, General-Purpose Lanes Option[1] | 11,129,700 | 10.4% | 6.5% |
| Partial Cover Lowered, Managed Lanes Option | 10,885,000 | 10.0% | 4.1% |
| Denver Region[2] | 107,259,600 | n/a | n/a |

1.   Note: for air quality study area
2.   Source: Appendix C, Modeling Summary Tables, 2013 Amendment Cycle 1 Denver Southern Subarea 8-hour Ozone Conformity Determination (DRCOG, 2013)

**Exhibit 6-8       2035 Project and Regional Emissions (tons per day)**

| Pollutant | I-70 East (Study Area Emissions) | | Regional Emissions | No-Action Emissions as a Percent of Regional Emissions | Allowance[3] |
|---|---|---|---|---|---|
| | No-Action Alternative | Build Alternatives | | | |
| Volatile organic compounds | 1.0 | 1.0 | 21.6[1] | 4.6% | 89.7[1] |
| Nitrogen oxides | 3.4 | 3.4 to 3.6 | 17.5[1] | 19.0% | 102.4[1] |
| Carbon monoxide | 48.2 | 32.6 to 48.2 | 958.8[2] | 5.0% | 1,600.0[2] |
| $PM_{10}$ | 0.7 | 0.5 to 0.7 | 43.1[2] | 1.6% | 55.0[2] |

1.   Source: Appendix C, Modeling Summary Tables, of 2013 Amendment Cycle 1 Denver Southern Subarea 8-hour Ozone Conformity Determination (DRCOG, 2013)
2.   Source: 2013 Amendment Cycle 1 DRCOG carbon monoxide and $PM_{10}$ Conformity Determination for the Amended Fiscally Constrained 2040 Regional Transportation Plan and the Amended 2012-2017 Transportation Improvement Program (DRCOG, 2015d)
3.   Allowance estimates are budgeted amounts from the State Implementation Plan

Ozone is considered a regional issue rather than a localized street or intersection issue, and an individual highway project will typically have little or no effect on regional ozone concentrations. Ozone is evaluated using the volatile organic compounds and nitrogen oxides emission precursors in an emission inventory burden analysis. To review the results of air quality analysis in its entirety, see Section 5.10, Air Quality.

**Exhibit 6-9** shows the 2010 volatile organic compounds and nitrogen oxides emissions estimates for each of these sources from the region's 8-hour Ozone Attainment Plan. On-road mobile sources are only 6.7 percent and 16.8 percent of total volatile organic compounds and nitrogen oxides emissions in the region. Combining this information with the percent of project emissions to regional emissions shows that the project volatile organic compounds and nitrogen oxides emissions are roughly 0.1 percent and 0.5 percent of total regional volatile organic compounds and nitrogen oxides emissions, respectively.

**Exhibit 6-9**     **2010 Volatile Organic Compounds and Nitrogen Oxides Regional Emissions**

| Source Category | VOC (tons per day) | % of Total | NOx (tons per day) | % of Total |
|---|---|---|---|---|
| Point | 37.0 | 2.3% | 86.4 | 11.8% |
| Oil and Gas Point & Area | 203.3 | 12.4% | 46.2 | 6.3% |
| Area | 61.0 | 3.7% | 22.1 | 3.0% |
| Non-Road Mobile | 61.3 | 3.7% | 61.0 | 8.4% |
| On-Road Mobile | 109.2 | 6.7% | 122.9 | 16.8% |
| Anthropogenic[1] | 471.8 | 28.8% | 338.6 | 46.4% |
| Biogenic[2] | 694.0 | 42.4% | 53.0 | 7.3% |
| Total | 1,637.6 | | 730.1 | |

*Source: Denver Metro and North Front Range 8-Hour Ozone Attainment Plan (Colorado Air Quality Control Commission, 2008)*
*1.   Anthropogenic refers to emissions produced by human beings*
*2.   Biogenic refers to emissions produced by living organisms*

## Other Actions

As part of the discussion of cumulative air quality effects, it is necessary to identify other actions that could contribute to long-term air quality degradation. These will be actions associated with or potentially influenced by the project and its alternatives. The East Corridor rail commuter line to DIA being constructed as part of the Fastracks program is noteworthy in this regard. Although a separate project from the I-70 East project, it is being constructed in relative proximity to the I-70 corridor.

In terms of long-term effects, these two major transportation improvements will potentially attract new private sector investment to the corridor. This could possibly include redevelopment of existing land uses in some locations with higher densities and a mix of retail, office, and residential

uses. Additional industrial development is possible as well. While it is possible that localized emissions could increase with increased economic activity in the general area, it could have positive regional air quality impacts due to shorter trip lengths and increased transit use. These future potential actions are extremely difficult to predict, especially at the local level, but they are worth mentioning for disclosure purposes. Other factors, such as infrastructure investment, could affect future impacts as well.

### Summary

If project alternatives contribute to air quality degradation and nonattainment of air quality standards when coupled with other foreseeable future actions, they cause cumulative impacts to air quality. Based on the air quality analysis reported in Section 5.10, Air Quality, and in the summary of air quality analysis results discussed earlier in this subsection, no substantial direct impacts were determined for all project alternatives. Project alternatives will not contribute to an increase of air pollutants region-wide and no NAAQS air quality violations are expected with implementation of these project alternatives at a local level. Because there are no direct impacts due to these project alternatives, there will be no meaningful additive impacts with other reasonably foreseeable future actions.

### 6.4.6    Noise

The geographic extent of noise impacts has grown with increased urbanization in the study area. Noise levels have been influenced by increasing urban density and intensity of use over time. Noise impacts associated with urban areas have encroached into rural lands as new development and transportation systems have been constructed over the past 50 years. These changes occur when unbuilt areas are replaced or become encroached upon by more intensive (and noisy) land uses, such as roads or urban development. Major transportation projects that have previously increased noise levels include the construction of I-70 and I-270 during the 1960s, E-470 in 1991, and Peña Boulevard and DIA in 1995. While noise levels have generally increased and have expanded spatially, some improvements have been made, such as the closure of Stapleton International Airport in 1995.

Foreseeable future actions also will contribute to urban noise as new development in the east will convert large areas of rural land into more noise-intensive urban

**Air quality**

Project alternatives will not substantially contribute to air quality related cumulative impacts.

development. Continuing downtown redevelopment also is expected to contribute to noise levels in the western part of the study area. Additional housing, office, and commercial capacity coupled with forecasted population and employment growth will intensify noise generation in these areas. Future rail transit projects also will contribute to increased noise levels, especially where rail transit corridors converge downtown. Transit alignments located in existing transportation corridors will have the potential for cumulative impacts through combined highway and rail transit noise; however, mitigation can be, and is being, used to limit noise levels to reduce noise impacts.

### Impacts

If project alternatives increase noise levels or contribute to the collective noise impacts of foreseeable future projects, then they are likely to have cumulative noise impacts.

As illustrated in Section 5.12, Noise, both the No-Action Alternative and the Build Alternatives will have direct noise impacts. While mitigation that complies with CDOT's Noise Abatement Criteria (CDOT, 2015) will be implemented and existing noise walls replaced, noise will not be mitigated when unreasonable or infeasible or not recommended. In these very localized areas, noise will incrementally increase due to the project alternative and cause a cumulative noise impact. In the Elyria and Swansea Neighborhood, the Partial Cover Lowered Alternative impacts fewer receptors than any other alternative, including the No-Action Alternative. Across the cumulative noise study area identified in **Exhibit 6-2**, noise impacts will not be substantial due to the overall benefits of noise mitigation.

### Summary

In summary, when combined with other past, present, and reasonably foreseeable future projects, the project alternatives will contribute to cumulative noise impacts in very localized areas by increasing noise over existing conditions. In the Elyria and Swansea Neighborhood, the Partial Cover Lowered Alternative impacts fewer receptors than any other alternative, including the No-Action Alternative. Throughout the cumulative noise impact study area, where reasonable and feasible or required by guidance and regulations, noise will be minimized through construction of noise walls and will not substantially contribute to cumulative noise impacts after mitigation.

**Noise**

Project alternatives will not substantially contribute to noise-related cumulative impacts after mitigation.

## 6.4.7     Wetlands and other waters of the U.S.

Urbanization in the study area has affected wetlands and other waters of the U.S. through physically displacing and degrading streams, rivers, ponds, or lakes. As the study area has urbanized over time, streams have been channelized little by little and cleared of meanders that were once prone to periodic overflow. The stormwater detention ponds and roadside drainages that came with urbanization prevented flooding, creating wetland conditions in historically dry areas.

For the purposes of this document, hydrologic change is measured by the degree to which impervious surfaces intrude into hydrologic areas. This is determined by spatially overlaying urbanized areas since 1965 with hydrologic features data (rivers, streams, ponds, and lakes). By detecting impervious surfaces within 100 feet of hydrologic features, it was found that 8 percent of hydrologic features were overlapped by urbanized land in 1965, 8 percent in 1980, and 14 percent in 1990. By 2002, more than 20 percent of hydrologic features in the study area were intruded upon by impervious surfaces.

In 1965, impervious, urbanized areas near hydrologic features were mostly located in the west portion of the study area in places such as the South Platte River, Sand Creek, Cherry Creek, and Clear Creek. Development along I-70 in the 1960s encroached into these riparian areas. Wetland protection during this time was minimal, so unmitigated development into these areas was allowed. Although change in impervious surface from 1965 to 1980 was limited in quantity, increased urbanization near hydrologic features occurred primarily along Sand Creek, adjacent to I-270.

Land use changes between 1980 and 1990 marked an increase of impervious surface in existing urban areas. The following decade marked expanded urbanization into previously unbuilt areas. By 2002, urbanization had further encroached along hydrologic features in the west, including the South Platte River, Sand Creek, Clear Creek, Fisher Ditch, and the Rocky Mountain Ditch. Urbanization near hydrologic features also began in the east during this time, primarily due to DIA and the build-out of Green Valley Ranch.

In the reasonably foreseeable future, wetlands and other waters of the U.S. will be most threatened in the northeast portion of the study area where undeveloped land is under

**Impervious surface**

Impervious surfaces include roads, parking lots, driveways, sidewalks, compacted soils, and rooftops—surfaces that reduce infiltration and increase surface runoff, altering the pathways by which water reaches urban streams.

increasing development pressure. Urbanization in this area will require greater flood control measures and the possibility of physical wetland displacement. The condition of wetlands and other waters of the U.S. in urbanized areas west and south of Stapleton is not expected to change dramatically in the future, since these areas are generally established and close to full build-out. This area is fortifying drainage though the Two Basin Drainage Project which will provide 100-year storm protection and desired redundancy. Future actions that directly and indirectly affect these resources will be subject to mitigation as regulated by the federal Water Pollution Control Act, Clean Water Act, and Executive Order 11990, "Protection of Wetlands" (Carter, 1977).

### Impacts

The Build Alternatives will cause cumulative impacts to wetlands or other waters of the U.S. if wetlands lost or modifications to other waters of the U.S. dramatically contribute to losses experienced region-wide or if there are substantial induced losses (wetlands lost through project-induced, unplanned development).

If left unmitigated, the Build Alternatives will directly affect local wetlands. As discussed in Section 5.15, Wetlands and Other Waters of the U.S., the Build Alternatives permanently impact 4.352 acres to 4.442 acres of wetlands and 0.693 acre to 0.771 acres of other waters of the U.S. and open waters.

The regional sustainability of wetland resources is dependent on the ability of each individual future action to be sufficiently mitigated to avoid further incremental degradation. To this end, the project will mitigate both jurisdictional and non-jurisdictional wetlands at a 1:1 ratio to offset impacts to wetlands. Therefore, impacts will cumulatively contribute to wetland loss in the short term at the onset of the impact, but are not expected to contribute to long-term cumulative wetland loss because of mitigation measures.

Wetlands and other waters of the U.S. also are susceptible to cumulative impacts through private development by either direct displacement or degradation due to changes in stormwater runoff and non-point pollution. Because the No-Action Alternative and the Build Alternatives are not expected to induce development, they will not add to

cumulative impacts to wetlands or other waters of the U.S. due to increased development.

### Summary

In summary, when combined with other past, present, and reasonably foreseeable future projects, the Build Alternatives will not contribute substantially to long-term cumulative wetland loss because of compliance with Executive Order 11990 and FHWA's and CDOT's policies of no net loss. In addition, the Build Alternatives are not expected to substantially contribute to cumulative impacts to other waters of the U.S. given the minimal permanent impacts and implementation of BMPs (as discussed in Section 5.15, Wetlands and Other Waters of the U.S.). Because the No-Action Alternative has no wetland impacts, it will have no cumulative effects to wetlands and no long-term cumulative effects to other waters of the U.S.

> **Wetlands and other waters of the U.S.**
>
> Project alternatives will not contribute substantially to negative wetland cumulative impacts.

### 6.4.8    Water quality

Historically, land use patterns and urbanization have influenced water quality by changing stormwater runoff levels and composition. The nature of runoff is directly related to land uses and the geographic coverage of urbanized areas. Growth of the water quality study area's urban footprint since 1960 has increased the potential of stormwater runoff to affect water quality. In addition, increases in impervious area affect the ability of existing drainage systems to accommodate peak stormwater events. Through the land cover analysis discussed in Section 6.4.7, it is estimated that impervious surface in the stormwater and water quality study area (study area boundary illustrated in **Exhibit 6-2**) has increased 255 percent from 1965 to 2002, translating to an increase of approximately 32,000 acres during the 36-year span.

Despite this increase in impervious urban land cover, water quality has improved throughout the region. Local, state, and federal regulations enacted during this timeframe have produced positive changes to water quality. Ordinances have strengthened over time, beginning with the federal Water Pollution Control Act of 1972, and later in 1974 with the passage of the Safe Drinking Water Act. The resulting National Pollutant Discharge Elimination System permit program places limits on the amount of pollutants that may be discharged from point sources. The EPA granted Colorado the authority to issue and manage these permits through

> **Definition of point-source pollution**
>
> Point-source pollution is pollution that comes from a single source, such as an oil refinery's wastewater discharge outlet.

Regulation 61 of the Colorado Discharge Permit System Regulations (CDPHE, 2006).

These regulations require operators of large municipal storm sewer systems—such as Denver, Aurora, and CDOT—to obtain permits and develop stormwater management programs. These programs include issuance of construction and maintenance BMPs for preventing harmful pollutants from entering stormwater systems. Recent changes provide more stringent controls on construction-related discharges by requiring construction projects one acre in size or larger to secure a Colorado Discharge Permit System permit for stormwater discharges.

Foreseeable future development at Stapleton and farther east in the study area will result in additional stormwater runoff and may adversely affect water quality due to conversion of rural, pervious land into impervious urban development. New development east of Stapleton could contribute to cumulative stormwater runoff impacts on Second Creek and Third Creek (creek locations are shown in **Exhibit 6-2**). Local, state, and federal stormwater regulations will control and minimize the impacts of this foreseeable future development, however.

Foreseeable future stormwater improvements will be made through the forthcoming Two Basin Drainage Project. At a cost of $134 million, the project will provide 100-year storm protection and desired redundancy for the I-70 East project area. The project will add necessary stormwater detention areas, open channels, storm pipes, and storm drains.

### Impacts

The increase in impervious surface caused by the project alternatives will be negligible when considering the study area as a whole. These changes will have no impact on stormwater runoff and water quality because drainage and detention standards require control of stormwater release and compliance with local, state, and federal water quality standards. In fact, the project alternatives may improve water quality since the existing highway was constructed before such rigorous stormwater and water quality standards existed. The project alternatives may, therefore, have beneficial cumulative impacts for stormwater runoff and water quality.

The No-Action Alternative will improve water quality, since reconstruction of the viaduct will require new stormwater detention features. These improvements are limited to the

area between Brighton Boulevard and Colorado Boulevard, but will have a minor beneficial cumulative impact on regional water quality.

The Build Alternatives will have impacts to water quality if unmitigated, as documented in Section 5.16, Water Quality. Because of these potential impacts, mitigation—such as water quality ponds—will be used as part of any Build Alternative implemented. The Partial Cover Lowered Alternative has the potential to create ponding areas between Brighton Boulevard and Dahlia Street. The alternative requires mitigation to reduce surface runoff to prevent water from reaching the lowered section of I-70. It also must allow for safe discharge of stormwater runoff to existing drainage systems. Implementation of mitigation measures is expected to improve water quality conditions by treating runoff that otherwise would be untreated.

### Summary

In summary, when combined with other past, present, and reasonably foreseeable future projects, the increased impermeable surface caused by the project alternatives—and resulting increase in stormwater runoff—will not contribute substantially to negative cumulative water quality impacts. This is due to compliance with stormwater regulations, implementation of BMPs, and utilization of stormwater collection improvements, all of which are ultimately expected to improve water quality over existing conditions.

**Water quality**

Project alternatives will not contribute substantially to water quality cumulative impacts.

### 6.4.9    Environmental justice

While Section 5.3, Environmental Justice, examines how direct and indirect resource impacts affect low-income and minority populations, the environmental justice cumulative impacts analysis examines if these specific populations could be harmed by the collective effect of other past, present, and foreseeable actions in combination with the project alternatives.

As established in the preceding cumulative resource sections (Section 6.4.1 through 6.4.8), neighborhoods adjacent to I-70 East have a history of cumulative impacts. These communities include the low-income and minority neighborhoods of Globeville, Elyria and Swansea, Northeast Park Hill, Montbello, Aurora, and Gateway, as identified in Section 5.3, Environmental Justice. The residential communities of Elyria and Swansea, Globeville, and

Northeast Park Hill became bisected when I-70 was originally constructed in the early 1960s. In the 1960s, transportation projects—including I-70 and I-270—required large-scale relocations in this area. Community cohesion was impacted in these neighborhoods as a result.

A foreseeable future project that could potentially contribute to environmental justice cumulative impacts is the redevelopment of the National Western Stock Show facilities. While the *National Western Center Master Plan* emphasizes stronger local connections and other neighborhood benefits, the project may require further land acquisition. Details about the range of possible relocations are not known at this time. The Two Basin Drainage Project, will also require the acquisition of nearly 120 acres of industrial, commercial, and residential property. The project will examine environmental justice impacts during NEPA-level review. The other large-scale project being implemented in these neighborhoods is the East Corridor rail-transit line. It was documented though NEPA review that the project will have positive long-term environmental justice effects in these neighborhoods.

### Impacts

Cumulative environmental justice impacts are determined by examining the cumulative resource impacts documented in Sections 6.4.1 through 6.4.8 for their effect on the low-income and minority populations identified in Section 5.3, Environmental Justice (**Exhibit 5.3-5**).

All alternatives have the following environmental justice cumulative impacts:

- Social and economic conditions impacts caused directly through property acquisitions
- Overall noise increase

In addition to the cumulative environmental justice impacts noted above, the No-Action Alternative also will have the following cumulative environmental justice impacts:

- Lack of mobility will not support the viability of regional neighborhoods, including other low-income and minority populations
- Increased neighborhood congestion caused by cut-through traffic will affect safety, air quality, emergency services, noise, and local mobility

In addition to the list of cumulative environmental justice impacts shared among all alternatives noted above, the Build Alternatives will have the following cumulative environmental justice impacts:

- Improved mobility will support the viability of regional neighborhoods, including other low-income and minority populations

- Social and economic conditions impacts will be caused by the large number of property acquisitions required for implementation

- The Partial Cover Lowered Alternative will improve neighborhood cohesion in historically impacted low-income and minority neighborhoods by providing new, open, public community space and removing physical barriers (the viaduct) within the neighborhood

- Historic resources will be acquired during implementation

### Summary

In summary, when combined with other past, present, and reasonably foreseeable future projects, both the No-Action Alternative and the Build Alternatives have the potential to substantially contribute to environmental justice cumulative impacts.

The tradeoffs between cumulative impacts for the No-Action Alternative and the Build Alternatives are subjective and are open to wide interpretation. For example, the No-Action Alternative benefits I-70 East adjacent low-income and minority neighborhoods by avoiding extensive property displacements. As a tradeoff, however, this scenario also causes mobility-related impacts to the local neighborhoods, as well as other low-income and minority neighborhoods region-wide. Also, the viaduct remains a barrier to neighborhood cohesion. The Build Alternatives, however, require more property displacements, but as a tradeoff, avoid mobility-related impacts to local and regional low-income and minority neighborhoods. The Partial Cover Lowered Alternative has the added benefit of improving neighborhood cohesion in historically impacted low-income and minority neighborhoods by restoring community connectivity.

**Environmental justice**

Project alternatives have the potential to contribute to environmental justice cumulative impacts.

## 6.5      What are the cumulative benefits?

Project alternatives coupled with other past, present, and future projects have the cumulative benefits necessary to support a growing metropolitan area. Cumulative benefits are the positive effects experienced through the collective implementation of past, present, and foreseeable future projects in combination with the proposed alternatives.

The primary benefit of the Build Alternatives is increased mobility. Mobility is an integral component of maintaining a viable city. Mobility supports aspects of commercial and private travel, as well as local and regional access, without which commerce, quality of life, and the overall function of a city will be overloaded. The Build Alternatives will improve future mobility more than the No-Action Alternative, thereby supporting developing urban centers, such as the Stapleton and Gateway Neighborhoods, as well as the Elyria and Swansea Neighborhood and other well-established neighborhoods in the study area.

The Partial Cover Lowered Alternative provides additional benefits to neighborhood cohesion by removing the viaduct, lowering the highway, and adding a highway cover for use as a public community space. Because an aspect of building and maintaining viable and cohesive neighborhoods relies on efficient transportation access and mobility, neighborhoods in the study area are expected to benefit from the reduced congestion levels provided by the Build Alternatives over the No-Action Alternative.

This page intentionally left blank.

**CHAPTER 10: Community Outreach and Agency Involvement**



# CHAPTER 10:   COMMUNITY OUTREACH AND AGENCY INVOLVEMENT

*The I-70 East EIS has followed an extensive community and agency involvement process since the project began in July 2003 as the I-70 East Corridor EIS. After the separation of the highway and transit elements of the project in June 2006, the innovative public involvement techniques continued as part of the I-70 East EIS. The purpose of this chapter is to describe the methods used and procedures followed to engage the community, stakeholders, and agencies involved, and to solicit input during the entire EIS process.*

Since the Supplemental Draft EIS was published in August 2014, additional analyses and content review have been performed for many of the resources discussed in this document. These updates, along with changes resulting from the comments received on the Supplemental Draft EIS, have been incorporated into this Final EIS. In this chapter, the updates include the following items:

- Information from the 2008 Draft EIS was included to provide a more inclusive description of the outreach process.

- Outreach methods used during the development of the Final EIS are discussed.

- The section discussing future planned outreach was updated.

## 10.1    What are the objectives of community outreach and agency involvement?

Per the CDOT *NEPA Manual*, "Public involvement is a process by which the influence of various stakeholders is organized in relationship to decision making …" The overall goal of the community outreach and agency involvement process is to solicit input through a transparent, open, and dynamic process that includes community members, businesses, agencies, stakeholders, and community groups within the project area. This process helps the project team identify and document any issues, suggestions, comments, or concerns and incorporate them in the planning and decision-making process.

This chapter describes the entire I-70 East agency and public involvement process, which has essentially gone through five phases since the beginning of the project:

- Project Scoping

- Draft EIS

- Preferred Alternative Collaborative Team (PACT)

- Supplemental Draft EIS

- Final EIS

Each phase consists of two elements used to maximize community input: agency coordination and community outreach. As the project focus and needs have changed throughout the phases, the agency involvement and community outreach methods have evolved to solicit the most meaningful input for the issues and tasks at hand. **Exhibit 10-1** shows a summary of community outreach activities for this project since it began in 2003.

## 10.2    What is project scoping and what was the result?

Scoping is a formal coordination process used to gain input on the extent of a project and the major issues that need to be addressed. This initial outreach phase provides an opportunity for the community and government agencies to identify the range of concerns and possible solutions that need to be addressed in a project.

Case No. 1:17-cv-01661-WJM-MEH Document 46-1 filed 09/27/17 USDC Colorado pg 239 of 271

**Exhibit 10-1 Community Outreach Process**



In accordance with NEPA, scoping was initiated early in the combined transit/highway EIS process. All meetings and communication with participating agencies and the community were documented through meeting notes, contact reports, and an outreach database. Through scoping with the community, stakeholders, and numerous governmental agencies, issues were identified that helped define the project purpose and need. Objectives of the scoping process included:

- Inviting federal, tribal, state, and local governments and other interested parties to participate in the identification of significant environmental, social, and economic issues.

- Identifying a range of reasonable alternatives to be evaluated.

- Determining the depth of analysis and significance of issues to be addressed in the EIS.

- Determining which issues and resources do not require detailed analysis.

- Identifying how the proposed project contributes to cumulative effects in the region.

The scoping process included agency scoping and public scoping, and each is described in the following subsections.

## 10.2.1   Agency scoping

The agency scoping process began in October 2003 under the combined study with the identification of prospective agencies that would guide and contribute to the project development process. The agency groups included in scoping fall under the following categories:



- The lead agencies for the I-70 East project are FHWA and CDOT, which are responsible for ensuring that NEPA requirements are met, initiating the project, and identifying and evaluating alternatives.

- Cooperating agencies are those with a vested interest in the project for which the EIS is being prepared. These agencies may administer properties within the project boundary, have permitting authority, or have expertise in an impacted element of the environment. The USACE, EPA, FTA, RTD, and CDPHE serve as cooperating agencies.

To gather input and respond to individual agency issues, four scoping meetings were held with various agencies, including but not limited to CDPHE, CPW, Colorado Historical Society, SHPO, USACE, USFWS, Denver, and DIA. The agency issues included potential environmental and construction effects, mitigation measures, alternative development, design constraints, analysis methodologies, and reporting requirements. The meetings were held between October 2003 and February 2004. Additional information on the agency scoping meetings can be found in the *I-70 East Corridor EIS Scoping Report* (CDOT, 2004).

## 10.2.2    Public scoping

The public scoping process began with an analysis of the neighborhoods and businesses within the project area in an effort to develop a logical community outreach boundary. A comprehensive public scoping process was developed that ensured every neighborhood within the project area had ample opportunities to provide input to the study. Several techniques were used during the public scoping process conducted from July to December 2003, including door-to-door outreach to more than 26,000 households, followed by 28 block meetings, 12 neighborhood meetings, eight business meetings, 12 stakeholder meetings, and two corridor-wide meetings. Total attendance at the public scoping meetings exceeded 1,000. **Exhibit 10-2** shows the scoping outreach boundaries that were followed, as well as the outreach boundaries and project area.

Issues identified by the public in the scoping process included health and safety, availability of funding for construction, toll roads, noise, congestion, bus routes, alternate routes, environmental justice, construction timing and impacts, interchanges, accommodating growth and local plans, and drainage on highways and existing bridges. Additional information on the public scoping can be found in the *I-70 East Corridor EIS Scoping Report* (CDOT, 2004).

**Exhibit 10-2        Community Outreach Boundaries and Project Area**



## 10.3    What was the outreach completed at the beginning of the project and during the development of the 2008 Draft EIS?



The goal of the outreach effort was to develop a process that created an atmosphere of openness and trust with the public and various agency stakeholders. The outreach methods used prior to the development of the 2008 Draft EIS are summarized below.

### 10.3.1    Agency coordination

The I-70 East EIS agency coordination provided a framework for involvement by interested federal, state, and local agencies. The specific committees and their roles and responsibilities, membership, and meeting logistics are described in the following subsections.

### Executive Oversight Committee

The Executive Oversight Committee (EOC) was formed to provide guidance, insight, and input to the project team throughout the study. Major policy-related recommendations and general updates were presented to the EOC. The EOC, comprised of executives from CDOT, FHWA, and Denver, served as a decision-making group for major policy-related decisions.

### Project Management Committee

The primary role of the Project Management Committee (PMC) was to provide direction to the project team and make recommendations to the EOC. The PMC reviewed all major deliverables, decided on recommendations from the compliance committees, and provided decisions for overall project direction with EOC oversight.

The PMC provided project oversight and had representatives from the federal, state, and local city and county agencies sponsoring the project. During the I-70 East Corridor EIS, the PMC was comprised of managers from CDOT, FHWA, RTD, FTA, and Denver. After the projects separated in June 2006, the PMC for the I-70 East EIS included CDOT, FHWA, and Denver. Coordination with other agencies was conducted through individual meetings.

### Project Management Team

The PMT began during the I-70 East Draft EIS process. It consisted of CDOT management, FHWA liaison, and the consultant team. The PMT met on a regular basis to discuss upcoming project milestones and provide insight on issues. The PMT prepared recommendations for the EOC based on the project knowledge to facilitate policy-related decisions.

### Intergovernmental Coordination and Compliance Committee

The Intergovernmental Coordination and Compliance Committee (ICCC) provided technical guidance and support with respect to the members' respective agencies, regulations, and areas of expertise. The ICCC consisted of staff from various agencies in the project area and provided an opportunity for staff to understand and work toward balancing the conflicting needs and desires from a corridor-wide perspective. The ICCC reviewed the Project Management and Public Involvement Plans, reviewed the study process relative to respective agency policies, reviewed and provided insights on alternative analysis, provided project updates to respective senior management and peers, and evaluated analysis and recommendations of the various

working groups that did not have corresponding compliance committees. The ICCC was comprised of representatives from Adams County, Aurora, CDOT, Commerce City, Denver, DIA, DRCOG, EPA, Federal Aviation Administration, FHWA, Federal Railroad Administration, FTA, the Public Utilities Commission, and RTD.

### Environmental Justice Compliance Committee

The Environmental Justice Compliance Committee (EJCC) provided technical input into environmental justice analysis. The EJCC was comprised of regulatory agency experts from CDOT, Denver, DRCOG, EPA, FHWA, and FTA with support from consultant team experts both locally and nationally to provide a broad perspective. The EJCC identified major issues for analysis and ensured compliance with NEPA and federal directives.

### Air Quality Compliance Committee

The Air Quality Compliance Committee (AQCC) provided technical input into the air quality analysis. The intent of the committee was to provide experts in air quality analysis and a strong understanding of the federal and state processes to provide guidance and oversight. The AQCC was comprised of a combination of consultant and regulatory agency experts from CDPHE, Denver, DIA, EPA, and the National Jewish Medical Research Center, both locally and nationally to provide a broad perspective. Based on requests from the community, three health experts were added to the AQCC. The AQCC played a key role in determining the methodology for initial air quality analysis, provided relevant information about other air quality studies in the area, and ensured compliance with NEPA and federal directives.

### Intergovernmental Forum

The Intergovernmental Forum (IF) provided guidance, input, and advice on policy issues relative to their respective agencies. The IF also provided an opportunity for local elected officials to understand other agency issues and the need to balance conflicting needs from a corridor-wide perspective. The IF provided input into the public outreach efforts, reviewed the study process relative to respective agency policies and precedence, provided insights on alternative analysis, and provided project updates to respective councils, boards, and commissions. A total of eight IF meetings were held.

### Resource Agency Coordination

Coordination activities with federal and state resource agencies included phone calls, emails, letters, and meetings to provide study information to these agencies and to gain necessary support through the planning and environmental process. Attachment B, *Agency Coordination*, of the 2008 Draft EIS contains correspondence with the various resource agencies.

## 10.3.2    Community outreach

The community outreach process continued after project scoping. The process was executed in way to reach as many community members as possible to gather input on the many alternatives that were proposed. Each outreach activity was customized to address the individual characteristics of the neighborhood.

Specific community outreach techniques were used to establish a level of trust in neighborhoods, beginning with developing an understanding of the community's culture. These techniques are discussed in further detail in the following subsections. All the public meetings held by CDOT and FHWA included childcare, food, and Spanish translations/translators to encourage participation by as many community members as possible. Additional special needs were addressed upon request. The following section describes the various types of meetings that were held leading up to the preparation of the 2008 Draft EIS.

### Community awareness

Prior to beginning the community outreach process, individual community leaders, stakeholders, advocates, and activists provided input that allowed the study team to gain a practical overview of neighborhood concerns and sensitivities. The input collected during public scoping meetings as well as during one-on-one conversations with project team members produced several recommended procedures that served as the foundation of overall public involvement protocols, including:

- Providing food and child care at public meetings to encourage public participation

- Placing meeting announcements in church bulletins and attending church services to address their congregations

- Providing Spanish translators at all public meetings to address the needs of the LEP population in the area

- Providing a comment period at the beginning and end of every committee meeting

Soliciting and incorporating these elements into the community outreach process showed that the project team was committed to providing the residents, businesses, and property owners' access to information and opportunities for input.

### Outreach specialists and training

To facilitate the initial phase of the community outreach process, individuals living within the community were hired to assist with outreach efforts, including door-to-door outreach, block meetings, and neighborhood meetings. These individuals leveraged their existing relationships and community understanding to gain credibility and trust and engaged their neighbors to get involved in the project. All individuals were required to go through an extensive training program to better understand the project and their roles. This training also was required for any member of the project team involved in community outreach.



*Door-to-door outreach during project scoping*

### Door-to-door survey

A door-to-door survey was used in specific neighborhoods that were directly affected by the project. Outreach specialists used the survey to gather information from the residents as part of the scoping process. A standard dialogue was used to ensure that all of the outreach specialists were communicating the same message to the residents. Spanish-speaking outreach specialists were also made available. A neighborhood resources canvas bag was offered to every person that agreed to complete a survey. Surveys were collected at the end of each day and input into a database to track the results. The information was used to develop a summary of the transportation characteristics and issues disclosed by each neighborhood. Summary reports for each neighborhood were also developed.

### Block meetings

In neighborhoods where door-to-door outreach was conducted, block meetings also were held. The purpose of the meetings was to inform residents of the EIS process, introduce the project team, and provide an intimate setting to develop a better understanding of specific concerns in certain areas. Meetings began with a short presentation followed by an open forum to answer questions and solicit input. Translation services and meals were provided.



### Neighborhood meetings

Following the block meetings, neighborhood meetings were conducted to focus on broader neighborhood issues. These meetings were held in all of the neighborhoods throughout the corridor and included short presentations and an open forum to allow the community to interact with the project team. Meeting materials were available in both English and Spanish. Summaries of the questionnaires and block meetings from within each neighborhood were discussed. Translation services, meals, and childcare were provided at each neighborhood meeting.

### Community Outreach Process Forum

Representatives from local jurisdictions, as well as business owners and members of the public, attended the Community Outreach Process Forum on March 31, 2004. The purpose of the forum was to solicit insights and suggestions on how to improve the community outreach process. As a result of the forum, the study team began posting working group minutes on the project website.

### Corridor-wide meetings

Following the neighborhood meetings, corridor-wide meetings were conducted to discuss all of the issues from the various neighborhoods and to provide a corridor-wide understanding of similarities and differences. Meeting notes were produced, including a summary of the questions that were asked. Each round of corridor-wide meetings provided two opportunities for the public to attend. The meetings were held back-to-back on a Wednesday and Thursday evening at strategic locations within the project area to make it as convenient as possible for the public to attend. Translation, meals, and child care were provided at each corridor-wide meeting.



*Project team members answer questions at a corridor-wide meeting.*

The traditional audience-style format with informational boards, presentation, and question-and-answer period was used for the corridor-wide meetings during the scoping process. The format of subsequent community outreach meetings was modified by substituting the formal presentation and question-and-answer period with small, topic-specific discussion groups, moderated by technical consultants. Each discussion group had a scribe who recorded comments and questions. Comments received during the open house were recorded and posted on comment boards to be reviewed by all participants. Overall summaries of the meetings were prepared and posted on the project website along with all of the meeting exhibits and handouts.



*Draft EIS*

The input obtained during corridor-wide meetings helped identify the needs of highway travelers, business owners, and residents living near the highway, and played an important role in the development and screening of alternatives.

## Working groups

After the scoping phase, six working groups were established to provide an opportunity for residents, businesses, stakeholders, and property owners to continue their participation and learn more about how the scientists, engineers, and planners would evaluate specific resources:

- Alternate routes

- Bicycle/pedestrian/open space

- Community impacts

- Economic development

- Interchanges

- Trucking/motor carriers

Working groups were comprised of members of the community that expressed interest in joining the groups at neighborhood and corridor-wide meetings or signed up on the project website.

The working groups were used to solicit input, establish dialogue about specific issues, and educate the members about the resources that would be considered in the EIS. Innovative exercises were incorporated into the meetings, such as monitors on local streets to get readings on traffic noise, puzzles that helped participants gain an

understanding of alternative packaging, and an exercise designed to help participants understand how the various alternatives would be screened by comparing the process to buying a car. Issues from each working group were then communicated back to the PMC (see Section 10.3.1) and compliance committees to be resolved.

### Topic-specific neighborhood meetings

During the development of alternatives and analysis of impacts, additional neighborhood meetings were conducted to focus on issues that affected sub-areas of the project area. Meetings were held in Globeville, Elyria and Swansea, and Commerce City focusing on gathering input on the various highway alternatives.

### Stakeholder meetings

Individual meetings were conducted with elected officials and established community groups throughout the development of the 2008 Draft EIS. The meetings were used to answer questions, solicit input, provide information about the EIS process and the need for meaningful involvement, establish a dialogue with individuals and groups who live and work in specific neighborhoods, obtain input on the outreach methodology, and solicit their support early to help lend credibility to the process. Prior to major project decisions, the project team met with elected officials to brief them on project recommendations.

In addition to formal neighborhood leaders, the project provided outreach to church congregations in the project area to inform them about the outreach process and upcoming meetings.

Project team members also visited community organizations during their regular meetings to provide an update on the project, answer questions, solicit input, and inform the participants of upcoming meetings for the project. Stakeholder meetings also were held by request and typically included property or business owners, business or homeowners associations, special interest groups, religious organizations, neighborhood associations, police/fire personnel, and others, as appropriate. As part of the outreach process, members of the project team made presentations to these stakeholder groups at various meetings.

## 10.4    What was the Preferred Alternative Collaborative Team process?

With the assistance of a neutral facilitator, the PACT was formed in July 2010 after release of the 2008 Draft EIS to identify a preferred alternative for the I-70 East EIS. The PACT was made up of a group of stakeholders who represented federal and state agencies, local governments, and community and business interests.



The PACT's goal was to build mutual understanding of all interests, data, and concerns about the alternatives evaluated in the 2008 Draft EIS, and to agree upon and identify a preferred alternative that will meet the purpose and need of the project and best address all concerns. **Exhibit 10-3** summarizes the PACT process.

*Preferred Alternative Collaborative Team*

**Exhibit 10-3        PACT Process**



The first step in the PACT process was to develop a collaborative team comprised of state and federal agencies, advocacy groups, and stakeholders from Adams County, Aurora, Commerce City, and Denver. The selected committee had a total of 27 members representing 23 different agencies and organizations. For a list of the selected PACT members with their respective affiliations, see the *Preferred Alternative Collaborative Team Summary Report* included in Attachment D of the Supplemental Draft EIS, *Community Outreach and Agency Involvement Technical Report.*

After PACT members were selected, they agreed to meet on the second Thursday of every month. As a result, 13 facilitated PACT meetings were held from July 2010 to July 2011 to reach a consensus to identify a preferred alternative. All meetings were open to the public and time was dedicated for the public to comment at each meeting. The PACT conducted five additional meetings of the full PACT or subcommittees to address additional concerns. Attachment D in the 2014 Supplemental Draft EIS, *Community Outreach and Agency Involvement Technical Report,* includes a full summary of the PACT process and meetings.

During the PACT process, two corridor-wide meetings were held to present the PACT results and recommendations to date. These meetings were held on May 4 and 7, 2011, at the Commerce City Recreation Center and Swansea Recreation Center. More than 100 community members and stakeholders attended these corridor-wide meetings collectively.

### 10.4.1  How were the community members involved in the PACT process?

Seven representatives from the impacted communities were selected to be part of the PACT. Aside from the PACT community representatives, PACT meetings were open to the public to give the community an opportunity to comment and voice their opinion.

**PACT Representatives**

**Federal, state, and local agency representatives**

- FHWA (2)
- CDOT (2)
- USACE (1)
- CDPHE (1)
- RTD (1)
- SHPO (1)
- EPA (1)
- Adams County (1)
- Aurora (1)
- Commerce City (1)
- Denver (2)
- Sand Creek Greenway (1)

**Seven community representatives:**

- Denver (Elyria/Globeville) (1)
- Denver (Swansea) (1)
- Denver (1)
- Commerce City (2)
- Adams County (1)
- Aurora (1)

**Five business representatives:**

- Denver (Swansea/Elyria/Globeville) (1)
- Commerce City (1)
- Adams County/Aurora (1)
- National Western Stock Show (1)
- Colorado Motor Carriers (1)

### 10.4.2    Did PACT members identify a preferred alternative?

The PACT members were unable to reach agreement on a preferred alternative at the final PACT meeting. Although the PACT members did come to consensus on the Current Alignment Alternative, in the end there was no consensus on the north or south option. An official conclusion was published on October 12, 2011, on the project website and via an e-mail blast to announce that there was no consensus on a preferred alternative by PACT, and that CDOT and FHWA would identify a preferred alternative based on the best available data. The PACT process and its conclusions are discussed in more detail in the *PACT Summary Report* in Attachment D in the Supplemental Draft EIS.



*PACT members at a facilitated meeting*

### 10.4.3    What happened after the PACT process?

After the conclusion of the PACT process, Denver initiated an outreach effort with several of the community working groups. More than 90 community members participated in these working group sessions, which resulted in the development of a list of neighborhood goals and expectations to be integrated in the I-70 East EIS. Relocation of the Swansea Elementary School was discussed with the community members at that time; however, a site suitable to the community and in the proximity of the existing school could not be found. This led to re-examination of the project alternatives. More details on these work groups and the meeting summaries are available in Attachment D in the Supplemental Draft EIS.

After failing to reach a consensus on a preferred alternative and because of lack of public support for the 2008 Draft EIS alternatives, CDOT and FHWA re-examined the previously eliminated alternatives. The additional analysis resulted in development of a new alternative that is a hybrid of the below-grade and the tunnel alternatives previously considered during the project. The new alternative, called the Partial Cover Lowered Alternative, met the project's purpose and need and also addressed the public and agency comments. The new option is explained in more detail in Chapter 3, Summary of Project Alternatives.

## 10.5 How were communities and agencies involved following the completion of the PACT process and during the development of the 2014 Supplemental Draft EIS?

The outreach process continued after the PACT process to keep the public and agencies updated on the project's progress. The outreach methods used prior to the development of the Supplemental Draft EIS are summarized below in the following subsections.

### 10.5.1 Agency coordination

The project team continued coordination with local government agencies, including Denver, Aurora, Commerce City, and Denver Public Schools, to ensure the I-70 East EIS plans complied with local plans. Denver and Denver Public Schools were contacted on a regular basis to remain updated on the project progress and to collect their input on various issues in the study area and develop mitigation measures.

***Executive Oversight Committee***

The EOC continued to provide guidance, insight, and input to the project team throughout the development of the Supplemental Draft EIS. As mentioned previously, the EOC was comprised of executives from CDOT and FHWA and served as a decision-making group for major policy-related decisions.

***Agency Coordination Committee***

The Agency Coordination Committee (ACC) was formed to provide guidance, insight, and input to the project team through the identification of the preferred alternative. The ACC was comprised of representatives from CDOT, FHWA, and Denver.

Each agency included in the committee appointed a representative who could speak with authority for the agency and who could speak about their agency's interests, coordinate internally, make decisions, and bring their agency's views/approval to the ACC.

***Project Management Team***

The PMT was carried over from the I-70 Draft EIS process. It still consisted of CDOT management, FHWA liaison, and the consultant team. The PMT continued to meet on a

regular basis to discuss upcoming project milestones and provide insight on issues.

### Resource Agency Coordination

Coordination activities with federal and state resource agencies continued after the release of the 2008 Draft EIS and the PACT process. As the project evolved, the project team maintained, ceased, or began coordination with agencies to provide necessary input and help stay on top of any project issues. Attachment B, *Agency Coordination*, of the 2014 Supplemental Draft EIS contains correspondence with the various resource agencies.

## 10.5.2    Community outreach

Much of the community outreach methods used prior to the release of the 2008 Draft EIS were continued through the development of the Supplemental Draft EIS. Information gathered from community input had great influence on the alternatives that were analyzed in the updated study.

Each meeting still included childcare, food, and Spanish translations/translators to encourage participation by as many community members as possible. The following section describes the various types of meetings that were held leading up to the preparation of the Supplemental Draft EIS.



*Supplemental Draft EIS*

### Public hearings

After the public release of the Draft EIS in November 2008, three open houses/public hearings were held to provide an update of recent study developments, summarize the 2008 Draft EIS findings, and provide an opportunity for public comment on the document. The date, location of each meeting, and the number of attendees are presented in **Exhibit 10-4**.

**Exhibit 10-4        Public Hearings for 2008 Draft EIS**

| Date | Location | Number of Attendees |
|------|----------|---------------------|
| December 9, 2008 | Sable Elementary School, Aurora | 15 |
| December 10, 2008 | Commerce City Recreation Center | 65 |
| December 11, 2008 | Bruce Randolph Middle School, Denver | 70 |
| **Total** | | **150** |

The 45-day public review period was scheduled to end on December 31, 2008. Because of multiple requests for additional time, the review period was extended to January 31, 2009, and then again to March 31, 2009. More than 300 individual submissions, some with multiple comments were received from the public, stakeholders, and agencies during the public comment period.

Typically, comments from a Draft EIS are formally addressed in the Final EIS. Because a Supplemental Draft EIS was prepared in 2014, all comments received on the 2008 Draft EIS were considered and addressed where appropriate in the Supplemental Draft EIS, but a comment-by-comment response was not provided. The comments received on the 2008 Draft EIS are available in Attachment D of the Supplemental Draft EIS, *Community Outreach and Agency Involvement Technical Report*.

The following list briefly describes the major topics covered by the comments received on the 2008 Draft EIS:

- **Realignment.** Several comments from the public and agencies opposed the Realignment Alternatives because they will not solve the existing I-70 issues and will divert through-traffic to local streets, causing safety concerns for the adjacent communities.

- **Tunnel.** Comments were received asking for further consideration of this alternative for the project. Although it was eliminated early in the screening process, elements of this neighborhood-proposed concept were used to design the new Partial Cover Lowered Alternative.

- **Traffic.** The majority of the traffic comments, which were mostly from the affected agencies, asked for more clarification of the analysis documentation and an extension for the horizon year to 2035. These comments have been addressed in the Supplemental Draft EIS (see Chapter 4, Transportation Impacts and Mitigation Measures).

- **Air quality.** Concerns about air pollution have been voiced in several comments received on the 2008 Draft EIS. Impacts to air quality resulting from the proposed project have been analyzed and documented in Section 5.10, Air Quality, of the Supplemental Draft EIS. The air quality analysis performed for this document is well above regulatory requirements to supply information to the public in response to the

comments. The air quality analysis shows that the project will not cause substantial air quality impacts, and that future emissions will stay within levels that are considered to be acceptable under U.S. Environmental Protection Agency standards.

- **Health.** Concerns were expressed about current and recent health conditions within and near the project area. Studies do indicate that residents living next to highways experience higher levels of air pollution and have a higher risk of developing illnesses related to air pollution (CDPHE, 2002, 2003a, 2003b, 2003c). Regional air quality regulations address air pollution at regional levels, but not at the micro-level for populations living within several hundred feet of highways. These studies have been included in the Supplemental Draft EIS (see Section 5.2, Social and Economic Conditions).

- **Environmental justice.** Environmental justice comments included concerns about neighborhood cohesion and lack of sufficient mitigation measures to address the issue. A new alternative was developed to address neighborhood cohesion more specifically. It is evaluated in this document. Additional mitigation measures also have been identified for the proposed Preferred Alternative to address these concerns.

- **Neighborhood cohesion.** Concerns about neighborhood cohesion were raised. Highway improvements will improve mobility and connectivity, support and encourage population and economic growth, and reduce cut-through traffic on local streets. A new alternative was developed to address neighborhood cohesion more specifically. It is evaluated in the Supplemental Draft EIS.

- **Funding.** Comments on the available funding to pay for construction of the project were received. Available funding is identified and an anticipated construction schedule is discussed in Chapter 3 of the Supplemental Draft EIS, Summary of Project Alternatives, along with a brief discussion on how the project construction will be phased.

- **Tolling.** There were questions about the fairness of the value-pricing aspect of managed lanes and whether toll pricing affects the financial ability to access these facilities by low-income drivers. This

issue, and how the low-income population can benefit from toll lanes, is discussed in Section 5.3, Environmental Justice of the Supplemental Draft EIS, in more detail.

During the public comment period, CDOT and FHWA committed to identify the project's Preferred Alternative in partnership with the corridor communities and stakeholders; however, the public comments received on the document showed no strong support for any of the 2008 Draft EIS alternatives. Due to this lack of endorsement, CDOT and FHWA initiated PACT, which is discussed in more detail in the previous sections.

### Corridor-wide meetings

The project team held corridor-wide meetings to provide opportunities for the community to interact with the project team to discuss project issues and recommendations. The meetings were conducted at major project milestones to present changes to alternatives and project progress. The goal of these meetings was to solicit input from the public on the I-70 East project.

### Monthly community leader meetings

In June 2012, the project team started a monthly meeting with community leaders in the study area to keep the community updated on the progress of the project. The community members who volunteered to be community leaders at the May 2012 corridor-wide meetings were specifically invited to these meetings by phone and bilingual e-mails. An e-mail blast also was sent to the project e-mail list and flyers were placed at major community resource centers before these meetings to notify the community members.

These meetings were held at Focus Points Family Resource Center or Swansea Elementary School, both accessible locations in the study area, as open-house/open-discussion meetings. Walk-ins were welcome at any time to talk to project team members, ask questions, express concerns, and provide comments. Each month, the meeting's focus was on a different subject based on the project's progress and available data to share with the public. Attachment D in the 2014 Supplemental Draft EIS, *Community Outreach and Agency Involvement Technical Report,* lists the community leader meetings, highlighting the topic that was discussed at each meeting and the number of attendees. The community

leaders meetings will continue until the completion of the environmental documentation.

### CDOT and Elyria and Swansea Neighborhood Plan combined meetings

CDOT and Denver planned a series of meetings to gather ideas on how to improve the communities surrounding the I-70 East project. The first meeting was held on September 18, 2013, and focused on the community space on the highway cover, the connection to Swansea Elementary School, the frontage roads, and the Steele Street/Vasquez Boulevard interchange. A subsequent meeting was held on November 20, 2013, to solicit further input on the topics.

### Telephone town hall

A telephone town hall meeting is an innovative approach to outreach through mass personal communication. Using the telephone town hall conference, project team members can interact with hundreds or thousands of participants in a single live telephone conference. A large number of phone numbers are rapidly dialed and the targeted audience receives a prerecorded message from the speaker inviting them to remain on the line if they wish to join the conference. The audience has the opportunity to ask questions when the presentation is over by being placed in a question queue.

A telephone town hall meeting was conducted on February 20, 2013, which included two separate sessions, one in English and one in Spanish. More than 38,000 phone numbers were contacted and more than 2,600 participants joined the conference. Polling questions were designed to solicit specific input on various subjects by having the audience press a number on their phone to select an answer. The result of the polling questions and more information about this meeting is available in Attachment D in the Supplemental Draft EIS, *Community Outreach and Agency Involvement Technical Report*.

### Elected officials outreach

Individual meetings were conducted with elected officials and established community groups after the PACT process. The meetings were conducted to answer questions, request input, and provide information and updates on the project. Before making major project decisions, the project team would meet with elected officials on a regular basis to brief them on project recommendations.

## 10.6    How have communities and agencies been involved during the development of the Final EIS?

During the development of the Final EIS, the agency involvement and community outreach efforts continued to identify the community's needs and refine the identified Preferred Alternative to better address these needs. The agency involvement and community outreach opportunities provided are described in the following subsections.

### 10.6.1    Agency coordination

Agency coordination continues to be an important focus for the project team as project design evolves. Local government agencies, including Denver, Aurora, Commerce City, and Denver Public Schools are contacted regularly to get input on the facilities and issues that may arise associated with the Partial Cover Lowered Alternative.

Since the Supplemental Draft EIS, agency coordination has been modified for efficiency to include those agency members that have the ability to give meaningful input and make major project decisions. The committees that were active during the development of the Final EIS are discussed below.

#### Executive Oversight Committee

The EOC has been active since the 2008 Draft EIS. The group consists of executives from CDOT and FHWA and was formed to provide guidance, insight, and input to the project team throughout the study. They continue to serve as a decision-making group for major policy-related decisions.

#### Agency Coordination Committee

The ACC was formed prior to the Supplemental Draft EIS. The group includes high-level members from CDOT, FHWA, and Denver to provide guidance, insight, and input to the project team. Agency representatives included in the committee have the authority to discuss their agency's interests, coordinate internally, make decisions, and bring their agency's views/approval to the ACC.

#### Project Management Team

The PMT has been ongoing since the initiation of the project and remains active. It consists of CDOT management, FHWA liaison, and the consultant team. The PMT meets on a regular basis to discuss upcoming project milestones and

provide insight on issues. The PMT prepares recommendations for the EOC based on the project knowledge to facilitate policy-related decisions.

## 10.6.2    Community outreach

The outreach process during the preparation of the Final EIS specifically focused on giving the public the opportunity to provide input on the Partial Cover Lowered Alternative, along with other issues. A number of the meetings held were topic specific focusing on decision making for associated project facilities such as the cover near Swansea Elementary School. This section describes the community outreach process during the preparation of the Final EIS.

### *Public hearings*

The project team conducted three open houses/public hearings on September 23, 24, and 25, 2014, after the release of the Supplemental Draft EIS, as part of the ongoing community outreach process. The primary purpose of the public hearings was to provide an update of recent study developments, summarize the Supplemental Draft EIS document available for public review, and provide an opportunity for public comment. The date, location of each meeting, and the number of attendees are presented in **Exhibit 10-5**.

**Exhibit 10-5        Public Hearings for Supplemental Draft EIS**

| Date | Location | Number of Attendees |
|------|----------|---------------------|
| September 23, 2014 | Sable Elementary School, Aurora | 28 |
| September 24, 2014 | Kearney Middle School, Commerce City | 47 |
| September 25, 2014 | Bruce Randolph Middle School, Denver | 187 |
| | **Total** | **262** |

The 45-day public review period, which began on August 29, 2014, was scheduled to end on October 13, 2014. Because of multiple requests for additional time, the review period was extended to October 31, 2014. During the comment period, nearly 900 individual submissions—many containing multiple comments—were received from the public, stakeholders, and agencies.

Attachment D, *Community Outreach and Agency Involvement Technical Report Addendum,* provides more detail on the comments received, including a map showing the location of the addresses and their relation to the project area in Appendix A. The majority of comments came from around the metro Denver area with 125 from neighborhoods most directly impacted by the project.

The following list briefly describes the major topics covered by the comments received on the 2014 Supplemental Draft EIS:

- **Alternatives.** A large number of comments requested the project take a look at alternatives that remove I-70 from its current location and move it north. The project considered a number of alternatives that accomplished this during the 2008 Draft EIS process. The purpose of this project is to implement a transportation solution that improves safety, access, and mobility and addresses congestion on I-70 in the project area. Moving the alignment north does not fit the need of the project and would defeat the purpose. All "reroute" alternatives were eliminated as a result of them not meeting the project purpose and need.

- **Air Quality.** Concerns about air pollution have been voiced in several comments received on the 2014 Supplemental Draft EIS focusing on the dust from excavation of the lowered section during construction and the increase of emissions from the traffic using the added capacity during operation. Impacts to air quality resulting from the proposed project have been analyzed and documented in Section 5.10, Air Quality. The air quality analysis performed for this document is above regulatory requirements to supply information to the public in response to the comments. The air quality analysis shows that the project will not cause substantial air quality impacts, and that future emissions will stay within levels that are considered to be acceptable under EPA standards.

> **Public comments**
>
> In December 2007, the CEQ published *A Citizen's Guide to the NEPA: Having Your Voice Heard.* This resource states: "It is important to understand that commenting on a proposal is not a 'vote' on whether the proposed action should take place." (CEQ, 2007, p. 12)

Dust from construction will be suppressed using approved BMPs. More information on this is also provided in Section 5.10, Air Quality.

- **Noise.** Existing noise levels are already a concern among the residents of the neighborhoods adjacent to I-70. Many of the comments received regarding noise showed concern for increases in noise levels once construction is complete and the added capacity of the highway draws more vehicles. Others were concerned about construction noise levels and disruptions it might cause to the nearby Swansea Elementary School. Noise impacts from the project and mitigation have been analyzed and documented in Section 5.12, Noise. The impacts and mitigation were analyzed in accordance with CDOT's *Noise Analysis and Abatement Guidelines (2015).* Thorough analysis was conducted for each neighborhood and each alternative. Mitigation analyzed optimal noise wall placement and height for all impact receptors. The analysis then determined if the optimal noise wall were feasible and reasonable per CDOT's standards. During construction, the project will abide by any city codes as they pertain to construction noise.

- **Environmental Justice.** Comments regarding Environmental Justice expressed concerns about past impacts to the adjacent neighborhoods, the property impacts to residents and businesses, and the potential increase in pollution leading to greater health impacts. Furthermore, the commenters believed that the current mitigation measures for impacts to these communities was not enough. The benefits of the project with the Preferred Alternative are fairly distributed in the study area. The project has avoided some impacts, minimized others, and mitigated all impacts that could not be avoided or minimized. The alternative will not cause disproportionately high and adverse effects on any minority or low-income populations, in accordance with the provisions of Executive Order 12898 and FHWA Order 6640.23A.

- **Swansea Elementary School.** The comments had concerns that the existing Swansea Elementary School would be too close to the highway once construction is completed, and that a new location

should be identified within the neighborhood further from I-70. Other commenters were worried about the noise and air impacts to the school that could potentially affect the students and staff. The project team researched other locations for the construction of a new school further from I-70, but a suitable site could not be identified within the existing neighborhood. CDOT will continue to work with the school and Denver Public Schools to ensure construction impacts are minimized and unavoidable impacts are mitigated for.

- **Traffic Modeling.** Many comments were concerned that the traffic demand modeling used in the future traffic forecasts did not account for current trends; therefore, the proposed width of the Preferred Alternative is not necessary. Many believe that the "millennial" generation prefer to use public transportation rather than own a car. Also, with the completion of the RTD East Corridor scheduled to begin operations in 2016, the demand along I-70 will decrease. The traffic model analysis used the most recent traffic modeling tool available from DRCOG, which included household and employment data from the region and includes programmed projects including East Corridor. The needed capacity along I-70 for this project was adjusted based on the forecasted traffic demand volumes.

- **Project Limits.** Some comments showed concern about the western termini of the project limits and how widening the road would create a bottleneck to motorists traveling west on I-70 past I-25. The majority assumed that the bottleneck would lead to another I-70 widening project that would impact the adjacent neighborhoods west of I-25 along I-70. I-25 was chosen as the projects western termini because of the high diversion of traffic from I-70 to both northbound and southbound I-25. Between 40 and 50 percent of the traffic traveling westbound on I-70 diverts onto I-25.

- **Health Impacts.** The comments associated with human health were split between construction impacts from fugitive dust affecting air quality and increase in emissions from vehicles after I-70 is widened. Health concerns were expressed for the residents adjacent to I-70 and the students and staff

at Swansea Elementary School. Fugitive dust during construction activities will be monitored closely. Mitigation measures have been proposed to minimize the impacts, including dust suppression, portable air conditioning units and financial assistance for higher utility costs for residents close to the highway construction, and a new HVAC system, doors, and windows for Swansea Elementary School. Air Quality monitoring will be conducted in the area during and after construction to evaluate the mitigation measures used. An air quality analysis was performed to forecast air quality levels once construction is complete. The analysis showed that pollutant levels are expected to be lower in 2035 for all alternatives compared to the existing conditions. This Final EIS includes information on Human Health Conditions in Section 5.20.

- **Property Impacts.** In order to widen the highway, the project will have impacts to properties adjacent to the highway. Comments regarding property impacts had questions about how many properties would be impacted and how CDOT would assist the displaced residents. The Preferred Alternative will require the acquisition of property that will result in the relocation of 56 residential units, 18 businesses (including 1 non-profit entity). CDOT will provide comparable replacement housing that is Decent, Safe, and Sanitary under federal regulations. Any acquisition of real property or displacements of persons for public use must ensure "just compensation" under the Uniform Act and the Fifth Amendment of the U.S. Constitution. CDOT requires any project to comply with the Uniform Act, regardless of funding source.

- **Connectivity.** A number of comments wondered how the project would improve neighborhood connectivity, including walkability and bicycle routes, especially near interchanges and along the north-south street connections. The Partial Cover Lowered Alternative was developed in response to the community's concerns to reconnect the Elyria and Swansea Neighborhood by removing the viaduct and placing the highway below ground level. The cover over the highway in the lowered section will have a park or urban landscape that can draw in residents from both the north side and the south side of the highway,

creating a seamless connection across the highway and providing additional connectivity within the neighborhood. Bicycle and pedestrian experience will be improved by providing safe crossings over the highway with upgraded sidewalks and lighting following Denver standards.

- **Lowered Section.** Concerns about the lowered section, proposed as part of the Preferred Alternative, involve conveyance of stormwater year round and potential freezing conditions in the winter. Additionally, there are concerns that the stormwater runoff will be highly contaminated from the typical highway pollutants. The Preferred Alternative proposes an on-site and offsite drainage system that will flow down gradient to the South Platte River. The drainage systems are designed to capture and convey up to 100-year stormwater events. Stormwater quality from highway runoff is regulated by the NPDES and the EPA, which delegates this responsibility to the CDPHE in Colorado. The NPDES has strict requirements for stormwater discharge to waters of the U.S and the project will be following these requirements. An NPDES permit will be acquired and permanent BMPs will be installed to meet stormwater discharge quality standards.

Each comment received on the Supplemental Draft EIS was reviewed and responses have been provided. The comments and comment responses are provided in Attachment Q of the I-70 East Final EIS and on the project website at www.i-70east.com.

The project team developed frequently received comments and responses based on the input received during the Supplemental Draft EIS comment period. Many of them go in to further detail about the topics discussed above. The Frequently Received Comments and Responses are provided in Part 1 of Attachment Q of this document.

### Corridor-wide meetings

During the preparation of the Final EIS, the project team continued to hold corridor-wide meetings to solicit input on any outstanding topics, such as aesthetics and design guidelines of the project. The meetings were held at major project milestones to present project progress, gather ideas for project facilities, and discuss issues.

### Community leader meetings

Community leader meetings were continued through the Final EIS process. These meetings were held at Swansea Elementary School and provide an opportunity for community members to interact with project team members, ask questions, and express their concerns or support. Each meeting has a specific focus to provide an update on the progress of the project on a specific topic.



### Community planning workshops for the highway cover

CDOT and Denver organized these meetings together to gather ideas and explore possibilities of different outdoor uses for the cover. The proposed cover, part of the Partial Cover Lowered Alternative, will be located over the highway near Swansea Elementary School. A presentation and group workshops were used to solicit the best input from the meeting attendees. A community workshop was held on March 4, 2015, at the Swansea Recreation Center as part of this effort. A second workshop was held on June 9, 2015, also at Swansea Recreation Center, to select a final preferred alternative for the design of the cover. Further opportunities for the public to provide input on the cover planning are intended for the future.

## 10.7     What is HPTE's transparency policy and public engagement process?

CDOT, together with the High Performance Transportation Enterprise (HPTE), has undergone a public process to determine how the I-70 East project will be financed and delivered, including the possibility of public-private partnership. The Governor's Executive Order D 2014-010 along with HPTE's own *Colorado High Performance Transportation Enterprise Transparency Relating to Public-Private Partnerships* require an extensive outreach process to engage the public in reviewing and commenting on financing options.

CDOT and HPTE began a series of public meetings in June 2014 on this topic and will continue these meetings and other outreach activities throughout the procurement process. Following a public workshop in February 2015, the Transportation Commission decided to pursue a Design-Build-Finance-Operate-Maintain public-private partnership to deliver the I-70 East project. **Exhibit 10-6** lists the meetings that have been held to date. More information can be found at www.coloradohpte.com.

### What is HPTE?

The Colorado High Performance Transportation Enterprise (HPTE) was formed to pursue innovative ways to finance, construct, or operate and maintain transportation projects.

Innovative financing is needed to offset the limited transportation funding available. The HPTE operates as a government-owned business within CDOT.

**Exhibit 10-6        HPTE I-70 East Events**

| Date | Meeting |
|---|---|
| June 25, 2014 | I-70 East Telephone Town Hall |
| July 8, 2014 | Town Hall Open House |
| October 16, 2014 | I-70 East Telephone Town Hall |
| November 5, 2014 | I-70 East Town Hall Meeting |
| February 5, 2015 | Special HPTE/Transportation Commission Workshop |
| March 11-12, 2015 | I-70 East Industry Forum |
| August 17, 18, 19, and 20, 2015 | I-70 East Telephone Town Hall and Corridor-wide Meetings |

## 10.8   What tools have been used to provide the public with project information

Throughout the community outreach for the I-70 East project, a number of tools have been used to relay information to the public and agency stakeholders. These tools are discussed in the following subsections.

### 10.8.1   Door-to-door outreach

One of the most effective ways of communicating the latest status of the project, or other updates, is by engaging in person-to-person conversations with the communities that will be most affected by the project. Door-to-door outreach was used at various times throughout the project to provide an opportunity for community members to put a face to an issue and work through any reservations or challenges right then and there. A Spanish translator was involved in the outreach to assist members of the Spanish-speaking public.


*Door-to-door outreach*

After publishing the Supplemental Draft EIS, the I-70 East project team conducted door-to-door outreach for the homes between 45th Avenue and 47th Avenue from Brighton Boulevard to Colorado Boulevard to raise awareness of the project and invite the community to attend the public hearings and provide comments on the project.

In October 2015, prior to the release of the Final EIS, door-to-door outreach was conducted in the same area to provide an update on the mitigation that will be provided with the project and allow residents to have the chance to ask questions or voice concerns.

### 10.8.2   Community functions

As part of the outreach effort, the project team reserved tables and attended community functions, providing information and answering questions. These community functions varied from community picnics to church festivals and school fairs.


*Swansea Elementary School Fair*

### 10.8.3    Flyers, posters, and mailers

Flyers are distributed door-to-door prior to most community meetings. Typically, they are distributed one to two days prior to the meeting, and are printed both in Spanish and in English. Additional bilingual posters advertising public meetings are placed throughout the corridor to invite those not reachable through existing community groups, the project's mailing list, or e-mail distribution list. The posters also are placed in libraries, community centers, businesses, recreation centers, barbershops, beauty salons, and neighborhood economic centers. More than 20,000 bilingual mailers also are sent to the project's mailing list two weeks prior to the meetings.

### 10.8.4    Newsletters

Newsletters provided status updates and information throughout the project and were one of the primary sources for meeting notification. Newsletters were mailed to property owners, businesses, interested parties, and those who requested to be contacted via mail. Newsletters also were distributed to all corridor residents. Newsletters were published in English and Spanish, and included contact information for the project team and a section on how to stay involved. The newsletters, like the rest of the project information, also could be found on the project website.

### 10.8.5    Advertising and media outreach

Advertisements were placed in local weekly newspapers, Denver daily newspapers, and other relevant and local publications to announce corridor-wide meetings. All of the advertisements were published in both English and Spanish newspapers, including *Commerce City Beacon, Denver Post, Denver Weekly News, El Hispano, El Seminario, Greater Park Hill News, La Voz, North Denver Tribune, Rocky Mountain News,* and *Urban Spectrum.*

### 10.8.6    E-mail and telephone notification

Members of the public who specified that they wanted to be informed of project activities through e-mail were sent regular information. The notifications covered new information on the website, upcoming public meetings, and any other relevant information. People who preferred to be notified of public meetings by telephone were called within one week of the public meetings.

### 10.8.7    Project-specific hotline and e-mail address

To ensure that the public had access to project information, a telephone hotline and a project-specific e-mail address were established at the beginning of the outreach process and have been maintained. The phone number and e-mail address were included on all public information materials in the English and Spanish versions. The phone greeting for the project hotline is recorded in both English and Spanish, providing opportunities for the public to leave voicemails in either language. The voicemails and e-mails are checked daily and phone calls returned within one business day.

### 10.8.8    Project website

A project website (www.i-70east.com) was developed to publicize information and provide a schedule of events. The site offers English and Spanish options and includes features such as an online feedback form, an automatic e-mail distribution for when new information is posted, technical documents, meeting materials, and meeting summaries.



The website is updated whenever new information is available, such as meeting announcements and the availability of meeting materials. The website has been heavily used since the 2008 Draft EIS was published. The website visits grow when the corridor-wide meetings are advertised and when the meeting materials are available for review.

Because "smartphones" have become more popular, a quick response (QR) code was developed for the project website. The QR code can be scanned by any smartphone with the appropriate application and will take the user directly to the project website.

*Project website's home page in English and Spanish*

### 10.8.9    Project kiosk

A project kiosk is located outside of the Swansea Elementary School building facing Columbine Street and 47th Avenue. The kiosk provides contact information and project announcements, including upcoming meetings for the general public.



*Project website's QR code*

## 10.8.10   Project office

At the initiation of the I-70 East Corridor EIS, the project team established a project office within the corridor. Managers and key project staff from RTD, CDOT, and the consultant team were co-located in this office and day-to-day project management activities were conducted from there. After the separation of the two projects, the office remained available for many of the working group and compliance committee meetings. The office was open to the public to drop-in and meet with CDOT staff during regular business hours.

After publishing the Supplemental Draft EIS, the I-70 East project team opened another project office for the duration of the public review period. Office hours were 10:00 a.m. to 7:00 p.m. A Spanish translator was available during office hours to assist members of the Spanish-speaking public.

After the completion of the Supplemental Draft EIS public review period, the office remained open for right of way coordination purposes until September 2015. CDOT is planning to maintain a project office within close proximity to the project area during construction of the project.

## 10.9   What future public and agency involvement opportunities will be provided?

Agency coordination and community outreach will continue through the remainder of the NEPA process and during construction. After the release of the Final EIS, corridor-wide open houses/public hearings are scheduled to be held during February 2016. The hearings will be held during a 30-day public review period that will allow the public, stakeholders, and agencies an opportunity to provide comments on the Final EIS.