**Exhibit 2**

**Attachment H to I-70 East Final Environmental Impact Statement:**

**Hazardous Materials Technical Report Addendum**



# Hazardous Materials Technical Report Addendum

**January**

# 2016

**I-70 East Final Environmental Impact Statement**

This page intentionally left blank.

# TABLE OF CONTENTS

| Chapter | Page |
|---|---|

1    PURPOSE OF THIS REPORT ...............................................................................1

2    ALTERNATIVES UNDER CONSIDERATION .............................................................1

    2.1    Preferred Alternative ...............................................................................1
    2.2    Phasing of the Preferred Alternative.........................................................2
    2.3    Phase 1 ..................................................................................................2
    2.4    Phase 2 ..................................................................................................3

3    CHANGES TO APPLICABLE LAWS, REGULATIONS, AND GUIDANCE ............................3

4    CHANGES TO EXISTING CONDITIONS....................................................................4

    4.1    Planned Storm Sewer and Outfall Improvements .........................................4
    4.2    I-70 between I-25 and I-270 ......................................................................5
        4.2.1    I-70 between I-25 and Josephine Street ...........................................5
        4.2.2    I-70 between Josephine Street and Dahlia Street................................5
        4.2.3    I-70 between Dahlia Street and I-270 ..............................................6

5    EFFECTS ANALYSIS.............................................................................................6

    5.1    Impacts from the Preferred Alternative ......................................................6
        5.1.1    NFRAP CERCLIS .........................................................................7
        5.1.2    CORRACTS .................................................................................8
        5.1.3    LUST sites...................................................................................8
        5.1.4    NPL sites.....................................................................................8
        5.1.5    SWL sites.....................................................................................8
        5.1.6    VCUP sites...................................................................................9
    5.2    Impacts of the Preferred Alternatives by Phase............................................9
    5.3    Comparison of the Preferred Alternative with the Other Alternatives.................9

6    MITIGATION ....................................................................................................13

    6.1    Mitigation commitments for the Preferred Alternative by phase.....................13

7    REFERENCES....................................................................................................14

**Tables**

Table 1.    Preferred Alternative affected sites *Update to Table 6 of the 2014 Technical Report*......................................................................................... 7

Table 2.    Potentially affected hazardous materials sites *Update to Table 7 of the 2014 Technical Report* .............................................................................. 10

Table 3.    Summary of potential hazardous materials sites and area of ground disturbance impacted by project alternatives ................................................. 11

**Appendixes (available only in electronic format)**

Appendix A.    Limited Subsurface and Groundwater Investigation Report

Appendix B.    Preliminary Subsurface Investigation Report for Partial Cover Lowered
                Alternative

Appendix C.    Preliminary Subsurface Investigation Report for Partial Cover Lowered
                Alternative with Managed Lanes Option, Brighton Boulevard to
                Chambers Road

# LIST OF ACRONYMS

| | |
|---|---|
| ACBM | Asbestos-containing building materials |
| ACM | Asbestos-containing materials |
| CCD | City and County of Denver |
| CDOT | Colorado Department of Transportation |
| CDPHE | Colorado Department of Public Health and Environment |
| CDPS | Colorado Discharge Permit System |
| CERCLA | Comprehensive Environmental Response, Compensation, and Liability Act |
| CERCLIS | Comprehensive Environmental Response, Compensation, and Liability Information System |
| CORRACTS | Resource Conservation and Recovery Act Corrective Action Sites |
| DCE | Dichloroethylene |
| DEH | City and County of Denver Department of Health |
| EIS | Environmental Impact Statement |
| EPA | U.S. Environmental Protection Agency |
| ESA | Environmental site assessment |
| FHWA | Federal Highway Administration |
| GWS | Colorado Basic Standards for Groundwater |
| LEL | Lower explosive limit |
| LSI | Limited subsurface investigation |
| LUST | Leaking Underground Storage Tank |
| NFRAP | No Further Remedial Action Planned |
| NPL | National Priorities List |
| OPS | Colorado Department of Labor and Employment, Oil and Public Safety |
| PCE | Tetrachloroethylene |
| RSL-I | Regional Screening Levels for industrial |
| RSL-R | Regional Screening Levels for residential |
| ROW | Right of way |
| SWL | Solid waste landfill |
| TCE | Trichloroethylene |
| TCLP | Toxicity characteristic leaching procedure |
| TPH | Total petroleum hydrocarbons |
| UEL | Upper explosive limit |
| US | United States |
| SVOC | Semi-volatile organic compounds |
| VCUP | Voluntary Cleanup Program |
| VOC | Volatile organic compounds |

**This page intentionally left blank.**

# 1    PURPOSE OF THIS REPORT

This addendum supports the Hazardous Materials Technical Report prepared in August 2014 for the I-70 East Supplemental Draft Environmental Impact Statement (EIS). It presents the environmental impacts of the Preferred Alternative (Partial Cover Lowered Alternative with Managed Lanes Option) and compares its effects to those of the No-Action Alternative and Revised Viaduct Alternative, as discussed in the Supplemental Draft EIS. The Partial Cover Lowered Alternative with General-Purpose Lanes Option is discussed only where impacts differ from the Preferred Alternative.

The information contained in the August 2014 Hazardous Materials Technical Report is still pertinent to the No-Action Alternative and Revised Viaduct Alternative and their associated effects, except where this addendum specifically revises these alternatives. Updated text has been cross-referenced using the page numbers contained within the 2014 Hazardous Materials Technical Report. Where an addendum figure or table updates or adds new data and/or different potential effects to an exhibit contained in the technical report, the figure or table name is followed by "(Update to Figure/Table # of the 2014 Technical Report)." Project design and construction information used to analyze potential effects of the Preferred Alternative is included in the Alternatives Analysis Technical Report Addendum.

# 2    ALTERNATIVES UNDER CONSIDERATION

The Final EIS fully evaluates the No-Action Alternative, Revised Viaduct Alternative, and Partial Cover Lowered Alternative for impacts to hazardous materials in the project area. Descriptions of the No-Action Alternative and Revised Viaduct Alternative are included in the August 2014 Hazardous Materials Technical Report. The Partial Cover Lowered Alternative with Managed Lanes Option is referred to hereinafter as the Preferred Alternative, and is described in the following subsection. A description of the phasing for the Preferred Alternative also is detailed.

## 2.1   Preferred Alternative

As a result of the comments received on the Supplemental Draft EIS and additional stakeholder outreach and agency coordination; the Partial Cover Lowered Alternative has been refined to include elements of both the Basic and the Modified Connectivity Options of the Partial Cover Lowered Alternative as they were analyzed in the Supplemental Draft EIS. This document includes updated analysis of the refined Partial Cover Lowered Alternative and does not include multiple Connectivity Options.

The Partial Cover Lowered Alternative as it is presented in the Final EIS removes the existing I-70 viaduct between Brighton Boulevard and Colorado Boulevard, lowering the highway below grade in this area. It adds additional lane(s) in each direction from Brighton Boulevard to Tower Road. It also adds capacity from I-25 to Brighton Boulevard by restriping.

This alternative includes a cover over the highway in the vicinity of Clayton Street and Columbine Street. As part of this alternative, 46th Avenue will be located on the north and south sides of the highway. It will be a two-way street between Josephine Street and Milwaukee Street on both sides of the highway and one way in the other locations. This alternative eliminates the portion of 46th Avenue north of I-70 between Columbine Street and Clayton Street to allow for a seamless connection between Swansea Elementary School and the highway cover. As part of this alternative, access to and from I-70 at the Steele Street/Vasquez Boulevard interchange is maintained.

Lowering I-70 requires capturing offsite surface runoff that currently flows south to north. The offsite drainage system included in this alternative is designed to prevent the lowered section of I-70 from flooding. This storm drain system will be conveyed south of I-70 through Globeville Landing Park and discharge to the South Platte River. Additionally, an onsite drainage system is designed north of I-70 to drain runoff from the highway.

The Preferred Alternative includes an overall approach to design and construction that technically would not preclude construction of a second cover over the highway from west of the Steele Street/Vasquez Boulevard interchange to east of Cook Street. This second cover will not be included as part of the Preferred Alternative.

The Operational Options of the Partial Cover Lowered Alternative—General-Purpose Lanes and Managed Lanes—remain the same as those analyzed in the Supplemental Draft EIS. They include two scenarios about how the additional capacity with the Build Alternatives will be managed and operated. The General-Purpose Lanes Option will allow all vehicles to use all the lanes on the highway with no restrictions, while the Managed Lanes Option implements operational strategies (such as pricing) for only the additional lanes while keeping the rest as general-purpose lanes. With the Managed Lanes Option, the additional lanes are separated from the general-purpose lanes with a striped buffer and direct connections from the managed lanes to I-225, I-270, and Peña Boulevard are provided.

The Partial Cover Lowered Alternative with Managed Lanes Option is identified as the Preferred Alternative for this project. For more details on the Preferred Alternative, refer to Chapter 3, Summary of Project Alternatives, in the Final EIS.

## 2.2   Phasing of the Preferred Alternative

Revenue sources for the I-70 East project include allocations from various state and local sources, but there remains a gap between the estimated cost of the project and the revenue available to build it. Because of these funding limitations, the project will be constructed in phases over time. Phase 1 is the only defined phase for the project at this time. Future phases have not been determined and will rely on future funding; therefore, any future phases are referred to as Phase 2.

## 2.3   Phase 1

Phase 1 incorporates portions of the identified Preferred Alternative, the Partial Cover Lowered Alternative with Managed Lanes Option. It includes all construction and mitigation

commitments incorporated in the Preferred Alternative from Brighton Boulevard to Chambers Road.

In general, Phase 1 includes the complete reconstruction of I-70 from Brighton Boulevard to I-270 with pavement width for the addition of two lanes in each direction. Only one lane will be open for use until traffic demand is met to open the second lane. It also includes widening the remaining stretch from I-270 to Chambers Road to accommodate one additional lane in each direction and restriping from I-25 to Brighton Boulevard.

Phase 1 includes the construction of the highway cover between the Clayton Street and Columbine Street bridges and the associated urban landscape area on the cover. It will reconstruct the frontage roads, 46th Avenue North and South between Brighton Boulevard and Colorado Boulevard and Stapleton Drive North and South between Colorado Boulevard and Quebec Street. Phase 1 also includes the drainage requirements from the Preferred Alternative.

Similar to the Preferred Alternative, Phase 1 includes an overall approach to design and construction that technically would not preclude construction of a second cover over the highway from west of the Steele Street/Vasquez Boulevard interchange to east of Cook Street. However, this second cover will not be included as part of the Preferred Alternative or Phase 1.

## 2.4   Phase 2

Phase 2 incorporates the remaining improvements needed for the Preferred Alternative. This phase would stripe in an additional tolled express lane from Brighton Boulevard to Quebec Street—Phase 1 constructed this section of I-70 wide enough to accommodate the additional lane.

From Quebec Street to Chambers Road, I-70 would be widened for an additional tolled express lane in each direction, one going eastbound and one going westbound. From Chambers Road to Tower Road, capacity is increased by widening to accommodate additional tolled express lanes. Three proposed direct connections are planned from the tolled express lanes to I-270, I-225, and Peña Boulevard to accommodate regional and airport traffic. These direct connections result in a shift of eastbound I-70 to create room for the connections.

# 3   CHANGES TO APPLICABLE LAWS, REGULATIONS, AND GUIDANCE

There have not been any changes to the applicable laws, regulations, or guidance since the 2014 Hazardous Materials Technical Report, except for the following:

- ASTM Standard 1527-05 for the Environmental Sites Assessment process was utilized to determine the search distances for the environmental records search database report. ASTM Standard 1527-13 has been available since January 2014. Since the database was ordered prior to January 2014, ASTM Standard 1527-05 was utilized.

- Colorado Department of Public Health and Environment, Hazardous Materials and Waste Management Division, 6 CCR 1007-2, Part 1 Regulations Pertaining to Solid Waste Sites and Facilities

# 4    CHANGES TO EXISTING CONDITIONS

The 2014 Hazardous Materials Technical Report provides a detailed discussion of the existing conditions in the hazardous materials study area. There have been data updates to existing conditions for hazardous materials, which are discussed in this section. Additional subsurface investigation reports for the study area have been reviewed and summarized below.

## 4.1   Planned Storm Sewer and Outfall Improvements

According to the I-70 East Limited Subsurface Investigation Report, several subsurface environmental assessments were completed by the City and County of Denver (Denver) Department of Environmental Health (DEH) in the area of the planned storm sewer and outfall improvements around the Denver Coliseum within the boundary of the Partial Cover Lowered Alternative (Pinyon, 2015) (Appendix A). This area is located within the Vasquez Boulevard and Interstate 70 National Priorities List (NPL) site, a historical landfill, and a railroad yard. The historical landfill accepted construction and demolition debris with some residential and commercial trash.

A Limited Subsurface Investigation (LSI) conducted in February 2010 near the Coliseum detected concentrations of benzo(a)pyrene, a hydrocarbon, in soil at levels exceeding 2015 U.S. Environmental Protection Agency (EPA) Regional Screening Levels for residential properties (RSL-R) (Pinyon, 2015). Elevated lead concentrations were detected in soil that was below the RSL-R; the samples were re-analyzed using the toxicity characteristic leaching procedure (TCLP). The results were below the toxicity characteristic Maximum Contaminant Levels (MCLs) of 5 mg/L for lead.

Based on the findings of the 2010 LSI, arsenic was detected in soil at concentrations ranging from 2.5 to 7.4 mg/kg, exceeding the RSL-R, but below the Colorado Department of Public Health and Environment (CDPHE) screening value (Pinyon, 2015). Concentrations of chloroform, tetrachloroethylene (PCE), trichloroethylene (TCE), and cadmium were identified in groundwater at levels that exceeded the 2014 Colorado Basic Standards for Groundwater (GWS).

Landfill gas (i.e., methane) monitoring was conducted near the Coliseum as part of the 2010 LSI (Pinyon, 2015). Landfill gas concentrations ranged from 0.0 to 56.7 percent of total soil gas. Landfill gas concentrations pose potential explosion hazards when concentrations are between the lower explosive limit (LEL) and upper explosive limit (UEL), which is five percent and 15 percent, respectively, for methane.

A Limited Phase II Environmental Site Assessment (ESA) was conducted in 2011 at the western portion of the proposed 40th Street outfall, west of 40th Street and Brighton Boulevard and east of the South Platte River (Pinyon, 2015). Similar to the 2010 LSI, arsenic

was detected in soil at concentrations exceeding the RSL-R, the RSL for industrial uses (RSL-I) and the CDPHE screening value. However, the concentrations were lower than the Vasquez Boulevard and I-70 NPL site background value of 15 mg/kg. Lead was detected in soil; however, the concentrations were below the RSL-R and the Vasquez Boulevard and I-70 NPL site background limit of 400 mg/kg. Several analytes were detected in groundwater at concentrations exceeding the GWS, including cadmium, manganese, arsenic, iron, chloroform, PCE, TCE, and hexavalent chromium.

A Limited Phase II ESA was conducted in the Coliseum parking area in June 2013. Asbestos-containing materials (ACM) were identified, both friable and non-friable. Black staining and petroleum odors also were documented during this ESA.

## 4.2   I-70 between I-25 and I-270

Additional subsurface investigation was conducted between March 2014 and February 2015 for the project area along I-70 between I-25 and I-270 (Pinyon, 2015). Due to the length of the corridor, from I-25 to Tower Road, the project was divided into phases for the subsurface investigation.

The sample results were compared to potential permit limits that were derived from CDPHE Water Quality Control Commission Regulations 31, 38, and 41. Regulation 31 was used to derive potential permit limits for groundwater dewatering operations that contain volatile organic compounds (VOC) and semi-volatile organic compounds (SVOC) that discharge to surface water bodies. Regulation 38 was used to derive potential permit limits for metals-laden groundwater that is discharged to surface water. Regulation 41 was used to derive potential permit limits for groundwater containing either metals, VOCs, or SVOCs that is discharged to land and allowed to percolate back into the soil before reaching a surface water body. These suggested limits are potential permit limits that may or may not match actual permit limits which would be prescribed by the CDPHE during project permitting.

### 4.2.1     I-70 between I-25 and Josephine Street

Arsenic was detected in soil samples above the RSL-R and concentrations of lead were detected in soil; however, the TCLP concentrations were below the limit for classification as a hazardous waste. SVOCs were detected in soil that exceeded the RSL-R. Benzo(a)pyrene was detected in soil that exceeded the RSL-I.

Total, potentially dissolved, and dissolved metals—as well as multiple VOCs and SVOCs—were identified in groundwater samples above potential permit limits.

### 4.2.2     I-70 between Josephine Street and Dahlia Street

One sample contained a total petroleum hydrocarbons (TPH) concentration exceeding the Colorado Department of Labor and Employment Oil and Public Safety (OPS) threshold value of 500 mg/kg for residual range organics.

Total, potentially dissolved, and dissolved metals—as well as VOCs including acetone, chloroform and PCE—were identified in groundwater samples above potential permit limits.

### 4.2.3    I-70 between Dahlia Street and I-270

According to the sampling results, no soil samples contained concentrations of metals that exceeded the EPA 20 Times Rule. The analyte benzo(a)pyrene was detected in groundwater above potential permit limits.

For additional information regarding the subsurface investigation findings discussed above, refer to Appendix A.

## 5    EFFECTS ANALYSIS

The 2014 Hazardous Materials Technical Report provides a detailed discussion of effects of the No-Action Alternative and Revised Viaduct Alternative. The discussion below supplements the previous report and discloses the effects of the Preferred Alternative and the Phase 1 project, comparing it with the Final EIS alternatives using new text and new or updated exhibits where appropriate.

## 5.1   Impacts from the Preferred Alternative

Three No Further Remedial Action Planned (NFRAP) Comprehensive Environmental Response, Compensation, and Liability Act (CERCLIS) sites, one Resource Conservation and Recovery Act Corrective Action (CORRACTS) site, 18 Leaking Underground Storage Tank (LUST) sites, one National Priorities List (NPL) site, four Solid Waste Landfill (SWL) sites, and one Voluntary Cleanup Program (VCUP) site will be located in the Preferred Alternative construction footprint/right of way (ROW) (see Table 1).

**Table 1.    Preferred Alternative affected sites**
*Update to Table 6 of the 2014 Technical Report*

| Name | NFRAP CERCLIS | CORRACTS | LUST | NPL | SWL | VCUP |
|---|---|---|---|---|---|---|
| 7-ELEVEN #27492 | | | X | | | |
| 7-ELEVEN #25907 | | | X | | | |
| Anderson News Co. | | | X | | | |
| Artificial Fill at area on either side of Arkins Court | | | | | X | |
| Artificial Fill east of Wheeling Street | | | | | X | |
| Artificial Fill at Runways | | | | | X | |
| Artificial Fill south-southeast and northwest of 40th Avenue and Salem Street | | | | | X | |
| Caljan America, Inc. | | X | | | | |
| CDOT | | | X | | | |
| CDOT Denver Maintenance | | | X | | | |
| CDOT Humboldt Street | | | X | | | |
| Central Park Boulevard Interchange | | | | | | X |
| CDOT Parcel 49 Tank 1&2 | | | X | | | |
| CDOT Parcel 42 aka Valentine Lumber | | | X | | | |
| Claylite | | | X | | | |
| Colorado and Eastern Railroad | X | | | | | |
| Frank C. Klein & Co., Inc. | | | X | | | |
| Hertz Penske Truck Leasing | | | X | | | |
| Interstate 270 Drum | X | | | | | |
| Mobil Oil Corp Bulk Plant | | | X | | | |
| Morse Industrial Corp. Subsidiary | | | X | | | |
| OG Valentine Inc. | | | X | | | |
| Pacific Intermountain Express, Co | X | | | | | |
| Pie Nationwide, Inc. | | | X | | | |
| Pilot Travel Center 316/Pilot Truck Stop | | | X | | | |
| Safeway Maintenance Department | | | X | | | |
| UNIPRO Paint | | | X | | | |
| Vasquez Boulevard and I-70 | | | | X | | |

## 5.1.1    NFRAP CERCLIS

Three NFRAP CERCLIS sites will be located in the Preferred Alternative construction footprint/ROW. A historical landfill is located at Colorado and Eastern Railroad NFRAP CERCLIS site; soil and groundwater are contaminated at the site (contaminants not specified) (Satisfi, 2012). Solvents and soaps were utilized at the Pacific Intermountain Express Co. NFRAP CERCLIS site and potential contaminants have not been characterized at the site.

Files reviewed for the Interstate 270 Drum NFRAP CERCLIS site indicated an off-site source of VOCs impacted ground water at the site (Pinyon, 2009).

### 5.1.2    CORRACTS

Identified in the CORRACTS database, Caljan America, Inc., will be located within the Preferred Alternative construction footprint/ROW. Refer to Appendix C of the 2014 Hazardous Materials Technical Report for additional information regarding this facility.

### 5.1.3    LUST sites

Eighteen LUST sites will be located within the Preferred Alternative construction footprint. The LUST sites identified in Table 1 are closed (OPS, 2015). Refer to Appendix F of the 2014 Hazardous Materials Technical Report for additional information regarding the LUST facilities.

### 5.1.4    NPL sites

The Preferred Alternative construction footprint will overlap approximately 83.5 acres of the Vasquez Boulevard and I-70 NPL site at the north-central portion. This section of the Vasquez Boulevard and I-70 NPL site likely contains metals (arsenic and lead) in soil and groundwater. Refer to Appendix B of 2014 Hazardous Materials Technical Report for additional information regarding the facility.

In addition to the project area near the Vasquez Boulevard and I-70 Boulevard NPL site, arsenic in soils was detected above the RSL-R within the boundary of the Preferred Alternative along I-70 between I-25 and Josephine Street (western portion). As mentioned above, the Baseline Human Health Risk Assessment for the Vasquez Boulevard and I-70 NPL site indicates that background arsenic concentrations can be as high as 15 mg/kg; therefore, it is likely that the arsenic detected is representative of natural background concentrations. Elevated lead concentrations were identified in soil below the limit for classification as a hazardous waste in this area of the Preferred Alternative. Based on these results, excavated soil in this area can be disposed of at a non-hazardous landfill. Benzo(a)pyrene was detected in soils above the RSL-I and SVOCs were identified in soil above the RSL-R within this portion of the project area. Metals, SVOCs, and VOCs were identified in groundwater above the groundwater standards within this portion of the project area. Metals and VOCs also were identified in groundwater above the groundwater standards within the boundary of the Preferred Alternative along I-70 between Josephine Street and Dahlia Street. TPH was identified in soil within this area above the OPS threshold. Benzo(a)pyrene was also identified in groundwater above the groundwater standards along I-70 between Dahlia Street and I-270 at the central portion of the Preferred Alternative.

### 5.1.5    SWL sites

Four SWL sites will be located within the Preferred Alternative construction footprint/ROW. The landfills identified are categorized as historical, indicating they are no longer in use; however, contaminants associated with previous landfills have been identified. The subsurface

investigation discussed in Section 5 of this addendum identified contaminants near the Denver Coliseum (former landfill) at the western portion of the Preferred Alternative. Hydrocarbons (benzo(a)pyrene) were identified in soil at levels that exceeded the RSL-R. Arsenic levels that exceeded the RSL-R, RSL-I and CDPHE Screening Levels were identified in soil. The Baseline Human Health Risk Assessment for the Vasquez Boulevard and I-70 NPL site indicates that background arsenic concentrations can be as high as 15 mg/kg; therefore, it is likely that the arsenic detected is representative of natural background concentrations. Landfill gas above the UEL for methane was identified in this area, which can pose a potential explosion hazard during construction. Friable and non-friable ACMs also were identified in this area of the Preferred Alternative. Chloroform, PCE, TCE, manganese, iron, arsenic, hexavalent chromium, and cadmium levels were identified in groundwater within this area of the Preferred Alternative that exceed groundwater standards

### 5.1.6    VCUP sites

Central Park Boulevard interchange, a VCUP site, will be located within the Preferred Alternative construction footprint/ROW. Volatile organic compounds (VOC), including dichloroethylene (DCE), and TPH, have been identified in groundwater at the facility; asbestos-containing building materials (ACBM) also have been identified in soil. The site has been remediated and no further action is required according to state regulations. Refer to Appendix E of the 2014 Hazardous Materials Technical Report for additional information regarding the facility.

## 5.2    Impacts of the Preferred Alternatives by Phase

The Preferred Alternative affected hazardous material sites listed in Table 1 are all located in the Phase I portion of the project area. No additional hazardous materials sites were identified in the Phase 2 portion of the project area. The subsurface investigations discussed in Section 5 of this addendum were performed in the Phase I portion of the project area. Appendix B includes the Preliminary Subsurface Investigation Report for the Preferred Alternative. The managed lanes option was also explored in the Preliminary Subsurface Investigation Report in Appendix C.

## 5.3    Comparison of the Preferred Alternative with the Other Alternatives

Proposed alternatives may affect sites located within the construction footprint that are potentially contaminated by hazardous materials. Construction activities may release hazardous materials at these facilities into soil or groundwater or result in exposure to these materials by workers or the public. Any remediation systems that have been established at the facilities may be disturbed or damaged. The likelihood of hazardous material effects to occur is dependent on the number of hazardous materials sites encountered during construction, as well as the location and amount of contamination remaining at the site and the nature of the work or construction activities.

Table 2 identifies the number and type of sites potentially affected by the construction for each alternative and option. Most of the hazardous materials sites identified are closed.

**Table 2.**     **Potentially affected hazardous materials sites**
              *Update to Table 7 of the 2014 Technical Report*

| Alternative/Option | Non-CERCLA | | | | CERCLA | | |
|---|---|---|---|---|---|---|---|
| | CORRACTS | LUST | SWL | VCUP | NPL | NFRAP | Total |
| No-Action Alternative, North Option | 1 | 5 | 0 | 0 | 1 | 0 | **7** |
| No-Action Alternative, South Option | 1 | 5 | 0 | 0 | 1 | 0 | **7** |
| Revised Viaduct Alternative, North Option, General-Purpose Lanes Option | 1 | 16 | 3 | 1 | 1 | 3 | **25** |
| Revised Viaduct Alternative, North Option, Managed Lanes Option | 1 | 16 | 3 | 1 | 1 | 3 | **25** |
| Revised Viaduct Alternative, South Option, General-Purpose Lanes Option | 1 | 15 | 3 | 1 | 1 | 3 | **24** |
| Revised Viaduct Alternative, South Option, Managed Lanes Option | 1 | 15 | 3 | 1 | 1 | 3 | **24** |
| Partial Cover Lowered Alternative, General-Purpose Lanes Option | 1 | 18 | 4 | 1 | 1 | 3 | **28** |
| Preferred Alternative (Partial Cover Lowered Alternative, Managed Lanes Option) | 1 | 18 | 4 | 1 | 1 | 3 | **28** |

According to records reviewed, no additional remediation activities are required at the CORRACTS, VCUP, CERCLIS, and LUST sites identified within the boundaries of the alternatives. The facilities that have been issued closure/No Further Action are expected to have minor effects during the construction phase. The hazardous materials contamination at these sites has been removed or remediated to meet state or federal action levels; however, low levels of residual contamination may remain in soil and groundwater at the sites. In some cases, unknown contamination not identified during the previous site investigations may be present.

Historical landfills have been identified within the boundaries of the alternatives. The landfills identified are categorized as historical, indicating they are no longer in use. Based on the LSI referenced in Section 5, Effects Analysis of this addendum, landfill gas concentrations

between the LEL and UEL were identified in the western portion of all project alternatives at the Denver Coliseum landfill and pose a potential explosion hazard during construction.

The alternatives are likely to impact NPL sites. The I-70 and Vasquez Boulevard NPL site has been identified within the alternatives. The level of impact depends on the level of hazardous materials contamination remaining at the site, as well as the location of the contamination relative to the ROW/construction footprint. The site was placed on the NPL due to metals contamination identified in soil and groundwater associated with historical smelter operations. As mentioned above, metals, SVOCs, and VOCs have been identified in groundwater above the groundwater standards at this site. In addition, hydrocarbons and arsenic has been identified in soil. Extensive remediation activities have occurred at the site. Additional remediation activities are expected to continue. As of December 2014, EPA has completed residential soil sampling and cleanup at the site (EPA, 2015). Table 3 includes a summary of potential impacts to known hazardous material sites and area of ground disturbance.

**Table 3.**   **Summary of potential hazardous materials sites and area of ground disturbance impacted by project alternatives**

| Alternative/Option | Number of Known Hazardous Materials Sites | Area of Ground Disturbance (acres) |
|---|---|---|
| No-Action Alternative (North and South Options) | 7 | 41 |
| Revised Viaduct Alternative, North Option, General-Purpose Lanes Option | 25 | 575 |
| Revised Viaduct Alternative, North Option, Managed Lanes Option | 25 | 658 |
| Revised Viaduct Alternative, South Option, General-Purpose Lanes Option | 24 | 575 |
| Revised Viaduct Alternative, South Option, Managed Lanes Option | 24 | 658 |
| Partial Cover Lowered Alternative, General-Purpose Lanes Option | 28 | 620 |
| Partial Cover Lowered Alternative, Managed Lanes Option | 28 | 703 |

The Revised Viaduct Alternative, North Option (General-Purpose Lanes Option) will potentially encounter 25 known hazardous materials sites, while the Revised Viaduct Alternative, South Option (General-Purpose Lanes Option) will potentially encounter 24 sites. Both North and South Options disturb approximately 575 acres of land. This is a larger potential impact to hazardous materials than the No-Action Alternative. Replacing the General-Purpose Lanes Option with the Managed Lanes Option will increase land disturbance by an additional 83 acres.

The Partial Cover Lowered Alternative (General-Purpose and Managed Lanes Options) will each potentially encounter 28 hazardous materials sites, an approximate 19 percent increase in sites compared with the Revised Viaduct Alternative. The Partial Cover Lowered Alternative, General Purpose Lanes Option, will potentially disturb approximately 620 acres of land, an approximate 7 percent increase in land area impact compared with the Revised Viaduct Alternative (General Purpose Lanes Option).

The Partial Cover Lowered Alternative, Managed Lanes Option will potentially disturb approximately 703 acres of land, an approximate 22 percent increase in land area impact compared with the Revised Viaduct Alternative (General Purpose Lanes Option), and a 13 percent increase in land area impact compared with the Partial Cover Lowered Alternative, General Purpose Lanes Option. Lowering the highway will impact soil and/or groundwater at greater depths than the No-Action Alternative and Revised Viaduct Alternative. Disturbing greater volumes of soil and/or groundwater increases the potential to encounter hazardous materials.

The Managed Lanes Option for both the Revised Viaduct Alternative and the Partial Cover Lowered Alternative increases the ground disturbance by approximately 83 acres; however, the number of known hazardous materials sites identified within the construction footprints will not increase. Additional ground disturbance may result in a greater likelihood to encounter hazardous materials. This area has been previously developed; therefore, undocumented contaminants may be disturbed during construction activities.

Based on the LSIs conducted within the project area, contaminants including metals, VOCs, and SVOCs have been identified in groundwater, which exceed regulatory groundwater standards. Hydrocarbons, ACMs, and lead also have been identified in soils. Construction activities for any of the alternatives would require dewatering if groundwater is encountered during construction. Dewatering activities include treating and discharging water onsite or characterizing and removing water offsite to a permitted disposal facility, which can result in increased construction costs. The dewatering activities would be more substantial for the Partial Cover Lowered Alternative because of the extent of excavation below the groundwater elevation. Permanent dewatering may be required for this alternative since a portion of it will be constructed below groundwater elevation, resulting in additional post-construction costs for this alternative.

The Partial Cover Lowered Alternative also would require excavation through the Coliseum landfill for the Globeville (southern) outfall. Proper excavation, characterization, and disposal of any ACM materials or contaminated soil will increase project costs.

# 6    MITIGATION

The 2014 Hazardous Materials Technical Report provides a detailed discussion of the required and proposed mitigation measures planned for the project. There have not been any changes to these measures for hazardous materials. Additional language was added to the fugitive dust control, dewatering, and ACM mitigation measures:

- Fugitive Dust Control: "During the construction phase, the contractor will be required to file and abide by a dust management plan to minimize the effects of dust on surrounding communities. Additionally, air monitoring will be conducted to monitor whether dust control efforts are successful in preventing violations of air quality standards."

- Dewatering: "The selected contractor will follow the permit requirements. The Partial Cover Lowered Alternative (both options) will require excavation below existing groundwater. If this alternative requires permanent dewatering, the necessary Colorado Discharge Permit System (CDPS) Dewatering Permits will be obtained and followed by CDOT. Under the temporary construction and permanent feature dewatering permits, source water will either be treated and discharged onsite in accordance with the permit or characterized and removed offsite to a permitted disposal facility."

- ACM: "If ACM is encountered, including buried utilities, workers must follow CDOT Specification 250.07—Asbestos-Containing Material Management and CDOT Asbestos-Contaminated Soil Management Standard Operating Procedure. Additionally, depending on the type of ACM, this material also must be abated in accordance with either Section 5.5 of the Solid Waste Regulations, or Regulation No. 8 of the Air Quality Control Commission Regulations."

No significant unavoidable negative effects have been identified for the Preferred Alternative.

## 6.1   Mitigation commitments for the Preferred Alternative by phase

Mitigation measures for the Phase 1 project will include all mitigation identified for the Preferred Alternative.

# 7    REFERENCES

Colorado Department of Labor and Employment. Division of Oil and Public Safety. (2015). Colorado Storage Tank Information System. Retrieved January 19, 2015, from http://costis.cdle.state.co.us/home.asp

Colorado Department of Transportation. (2012). *Hazardous Materials Technical Report*. Denver: Author.

Pinyon Environmental, Inc. (2009). *I-70/Central Park Boulevard Interchange, Modified Phase I Environmental Site Assessment*. Denver, CO: Pinyon Environmental, Inc.

Satisfi, Inc. (2012). *Environmental FirstSearch Report, I-70 East Supplemental Environmental Impact Statement*. West Chester, PA: Environmental FirstSearch Network.

U.S. Environmental Protection Agency. (2015). EPA Region 8, Colorado Cleanup Sites, Vasquez Blvd. & I-70. Retrieved January 19, 2015 from http://www2.epa.gov/region8/vasquez-boulevard-i-70