**Exhibit 7**

**Colorado Department of Transportation Reevaluation Form,**

**Reevaluation Date:  September 18, 2017**

| COLORADO DEPARTMENT OF TRANSPORTATION<br><br>**REEVALUATION FORM** | **Original NEPA Approval Date:** 1/19/2017 | **Reevaluation Date:** 09/18/2017 | **Project Code:** AQC R600-165<br>**Subaccount:** 13599 |
|---|---|---|---|

**Project Name and Location:** Central 70 Project: Reevaluation #1, I-70 from I-25 to Chambers Road

**NEPA Document Title:** I-70 East ROD 1: Phase 1 (Central 70 Project) (January 19, 2017)

**Region/Program/Residency:** Headquarters—Central 70 Project Office

**Project Description:**

The Preferred Alternative, Phase 1 (Partial Cover Lowered Alternative with Managed Lanes) selected in the January 19, 2017 Record of Decision (ROD) is the first phase of implementing the Preferred Alternative identified in the FEIS. It removes the existing Interstate 70 (I-70) viaduct between Brighton Boulevard and Colorado Boulevard and lowers the highway below grade in this area, placing a four-acre cover over a portion of the lowered highway (between the Clayton Street and Columbine Street bridges, adjacent to Swansea Elementary School), and adds additional lanes in each direction.

**Project Phasing Plan and Portions Completed (if warranted):**

Portions Completed: None

Project Phasing Plan: Phase 1, the Central 70 Project, is the only defined phase for the I-70 East Project at this time. Future phases have not been determined and will rely on future funding.

**Portion of Project Currently Being Advanced:**

The Central 70 Project advances the portions of the Preferred Alternative for the I-70 East Project selected in the ROD. It includes improvements to an approximately 10-mile stretch of I-70 from I-25 to Chambers Road, adding one new tolled express lane (selected as the type of managed lane) in each direction, removing the aging 50+-year-old viaduct, lowering the highway between Brighton Boulevard and Colorado Boulevard, and placing a four-acre cover over a portion of the lowered highway (between the Clayton Street and Columbine Street bridges, adjacent to Swansea Elementary School). **Figure 1** provides an overview of the Central 70 Project, and **Figure 2** shows the number of lanes and planned interchange modifications. **Attachment A** includes detailed maps of the Central 70 Project.

**Figure 1, Central 70 Project Overview**



---

**Figure 2, Central 70 Project Lane Configuration and Interchange Reconstruction**



Although striped for only one tolled express lane, the lowered section of the highway will be constructed to the full width of the Preferred Alternative as identified in the I-70 East Final Environmental Impact Statement (FEIS) because it is more cost effective to construct the whole width now and it is less disruptive to the community than performing additional future expansion. For lane continuity, only a single additional lane will be striped from Brighton Boulevard to Quebec Street, even though the highway in this area will be wide enough to accommodate two additional lanes.

**Date(s) of Prior Reevaluations:** None

# I.   Document Type

- ☐ Categorical Exclusion (CE)
- ☐ Environmental Assessment (EA)
- ☐ Finding of No Significant Impacts (FONSI)
- ☐ Draft Environmental Impact Statement (DEIS)
- ☐ Final Environmental Impact Statement (FEIS)
- ☐ Supplemental Environmental Impact Statement (SEIS)
- ☒ Record of Decision (ROD)
- ☐ Other (such as: local funding, etc.) _____

# II.   Reason for Reevaluation

- ☒ Project is proceeding to the next major approval or action [23 CFR 771.129(c)]
- ☒ Project changes such as laws, policies, guidelines, design, environmental setting, impacts or mitigation (describe: Changes in project design, existing conditions, and mitigation as described in Section IV below)
- ☐ Greater than three years have elapsed since FHWA's approval of the DEIS [23 CFR 771.129(a)] or FHWA's last major approval action for the FEIS [23 CFR 771.129(b)]
- ☐ Other: _____

Page 3

## III. Conclusion and Recommendation

☒ The above environmental document has been reevaluated as required by 23 CFR 771.129 and it was determined that no substantial changes have occurred in the social, economic, or environmental impacts of the proposed action that would substantially impact the quality of the human, socio-economic, or natural environment. Therefore, the original environmental document or CE designation remains valid for the proposed action. It is recommended that the project identified here-in be advanced to the next phase of project development. A summary of the review is documented in Section IV.

☐ The above environmental document has been reevaluated as required by 23 CFR 771.129 and it was determined that the environmental document or CE designation is no longer valid or more information is required. Additional required documentation is identified in Section VII.

_Vanessa Henderson_ _____   _9/18/17_ _____
Regional Planning Environmental Manager or Designee          Date

_signature_ _____   _9/18/17_ _____
Federal Highway Administration Division Administrator or Designee          Date

## IV. Evaluation

☐ Level 1: Less than three years since last major step to advance the action ( e.g. approval of NEPA document, authority to undertake final design, authority to acquire significant portion of ROW, approval of PS&E) and there are no changes in project scope, environmental conditions, environmental impacts or regulations and guidelines.- OR - The document being re-evaluated is a programmatic Categorical Exclusion regardless of time since the last major step to advance the action (as long as the project would still be covered by a programmatic Categorical Exclusion). All decisions in the prior NEPA document remain valid. No FHWA concurrence is required. Note to file and to distribution below.

☒ Level 2: Less than three years since last major step to advance action and there are only minor changes in the project scope and/or updates or explanation needed for one or more resource areas. FHWA concurrence is required.

☐ Level 3: More than three years since last major step to advance action and there are only minor changes in the project scope and/or updates or explanation needed for one or more resource areas. FHWA concurrence is required.

☐ Level 4: Major changes in project scope or environmental commitments, or for EISs when greater than three years have elapsed since the last major project action. Updates or new studies maybe required. A Level 4 Reevaluation may require a separate document. FHWA concurrence is required.

**ENVIRONMENT SETTING, AFFECTED ENVIRONMENT, AND ENVIRONMENTAL IMPACT ASSESSMENT:**

*Document changes to human, socio economic, or natural environment for environmental setting or circumstances.*

*Document changes in impact status. Place check-mark or description where relevant. Note: this list may be expanded or adjusted to match the headings in the original environmental document reviewed.*

| Setting/Resource/Circumstance | Change in Affected Environment or Setting | | Change in Environmental Impact | | Date Reviewed | Highlight Section VI Additional Studies Required or Section IX Attachments |
|---|---|---|---|---|---|---|
| | Yes | No | Yes | No | | |
| Transportation | ☐ | ☒ | ☐ | ☒ | August 2017 | |
| Social and Economic Conditions | ☐ | ☒ | ☐ | ☒ | August 2017 | |
| Environmental Justice | ☐ | ☒ | ☐ | ☒ | August 2017 | |
| Land Use and Zoning | ☐ | ☒ | ☐ | ☒ | August 2017 | |
| Relocations and Displacements | ☐ | ☒ | ☐ | ☒ | August 2017 | |
| Historic Preservation | ☐ | ☒ | ☒ | ☐ | August 2017 | See Attachment C |
| Paleontological Resources | ☐ | ☒ | ☐ | ☒ | August 2017 | |
| Visual Resources and Aesthetic Qualities | ☐ | ☒ | ☐ | ☒ | August 2017 | |
| Parks and Recreation Resources | ☐ | ☒ | ☒ | ☐ | August 2017 | See Attachment C |
| Air Quality | ☐ | ☒ | ☐ | ☒ | August 2017 | See discussion below |
| Energy | ☐ | ☒ | ☐ | ☒ | August 2017 | |
| Noise | ☐ | ☒ | ☐ | ☒ | August 2017 | |
| Biological Resources | ☐ | ☒ | ☒ | ☐ | August 2017 | |
| Floodplains and Drainage/Hydrology | ☒ | ☐ | ☒ | ☐ | August 2017 | |
| Wetlands and Other Waters of the U.S. | ☐ | ☒ | ☐ | ☒ | August 2017 | |
| Water Quality | ☐ | ☒ | ☐ | ☒ | August 2017 | |
| Geology and Soils | ☐ | ☒ | ☐ | ☒ | August 2017 | |
| Hazardous Materials | ☐ | ☒ | ☒ | ☐ | August 2017 | See Attachment D |
| Utilities | ☐ | ☒ | ☒ | ☐ | August 2017 | |
| Human Health Conditions | ☐ | ☒ | ☐ | ☒ | August 2017 | |
| Section 4(f) | ☐ | ☒ | ☒ | ☐ | August 2017 | See Attachment C |
| Cumulative Impacts | ☐ | ☒ | ☐ | ☒ | August 2017 | |
| Other(s): | ☐ | ☒ | ☐ | ☒ | August 2017 | |

**DESIGN ALTERATIONS:** *Document changes to project scope and or design criteria:*

This reevaluation assesses the impacts of three categories of design alterations: (1) modification to the construction limits determined through coordination with the Union Pacific Railroad (UPRR); (2) changes to the offsite drainage system for the Central 70 Project due to anticipated reduction of stromwater flow volume; and (3) other miscellaneous and slight design adjustments throughout the corridor completed to advance the project. **Attachment B** shows the locations where construction limits have been modified, along with details on each change. A general description of the design alterations is listed below.

*(1) UPRR construction limit changes: (See Figure 1 at the end of **Attachment B**, labeled 1 through 4 for the changes listed below. Changes to the construction limits are shown in detail in **Attachment A**.)*

The closure of the existing 46th Avenue under the UPRR during construction of the new railroad bridge pushes additional traffic to the existing at-grade crossing on York Street. Current conflicts between trains and auto/pedestrian traffic at the crossing are expected to increase temporarily as track construction associated with the Central 70 Project will push train switching operations closer to the crossing. Because of this increase in conflicts, the UPRR has requested additional yard track storage capacity in their 36th Yard extending south of I-70. The additional track will provide an alternate location for switching movements away from the York Street crossing and reduce train traffic at that location. The UPRR has indicated that two additional yard tracks need to be added and one existing track rehabilitated to have adequate storage space at the yard during construction. Space necessary for the two additional tracks requires shifting of two adjacent existing tracks. In all, three existing tracks will be reconstructed, plus two tracks will be added (see Figure 2 at the end of **Attachment B**). Included with the track work will be the replacement of 12 to 14 existing yard lights and poles with two new high-mast lighting structures. Minor storm flows will be addressed with the construction of a small storm drain system that will connect to the existing Denver stormwater system. These improvements to the railyard will remain in place after the completion of the project.

As designed, the Central 70 Project's track construction within UPRR right of way extends north of the York Street crossing. In this area, there is minimal space adjacent to the existing tracks for track construction staging and assembly necessary for track crews who will perform all ballast, rail, and tie construction. Specifically, off-line assembly of new switches must be performed directly adjacent to their respective proposed permanent locations. With this, an assembly/staging area 40 feet in width is needed north of the York Street crossing, extending approximately 500 feet northeast of Josephine Street and 48th Avenue. Temporary easements will be required to cover the assembly area and the area will be returned to pre-construction conditions once it is no longer needed.

Space is required at the Nestlé Purina PetCare Company for a new temporary UPRR easement needed for a shoofly track on the UPRR mainline (see below for additional changes at Purina due to drainage design).

*(2) Changes to offsite drainage system: (See Figure 1 at the end of **Attachment B**, labeled 2, 5, 6, and 7 for the changes listed below. Changes to the drainage system also are shown on page 21 of **Attachment A**, along with construction limit changes in the rest of **Attachment A**.)*

As approved in the ROD, the Central 70 Project's design includes an offsite drainage system capable of independently conveying the water from a 100-year storm event away from the lowered section of the freeway and discharging it into the South Platte River. In light of recent progress by the City and County of Denver (Denver) with its drainage improvement projects south of the Central 70 Project – the Platte to Park Hill: Stormwater Systems program—the maximum volume of stormwater the freeway drainage system must be able to convey will be reduced. As such, the capacity and layout of the freeway's independent drainage system is being adjusted in response to this change of condition.

Denver has been developing and implementing its own projects to address broad-scale flood control and stormwater management needs across northern Denver through the Platte to Park Hill: Stormwater Systems program.  As described by Denver in its *Two Basin Drainage Project Conceptual Planning Alternatives Analysis Report* (December 2016) (Contained in Attachment E):

> *The Platte to Park Hill: Stormwater Systems program is focused in the near-term on the northern neighborhoods of Elyria, Swansea, Cole, Clayton, Skyland, Whittier, Five Points and Northeast Park Hill.  These neighborhoods are within two of the top priority drainage basins, the Montclair Basin and the Park Hill Basin, within the City and County of Denver. The Montclair Basin is the city's largest basin (10.9 square miles) without a defined open waterway. The Park Hill Basin is approximately 5.75 square miles and also is served by a deficient storm drainage system. Both of these basins experience a high flood risk because they are large in size, fully developed, relatively flat, and both lack an adequate 'backbone' drainage system. Stormwater modeling shows that during moderate to large storm events, the existing pipe systems reach capacity and the excess runoff is carried on the surface at depths of three feet or more on many streets over multiple city blocks. Several hundred properties are shown to be at-risk during a major event. The estimated flood risk in the Montclair Basin alone is in the hundreds of millions of dollars. The estimated flood risk during lesser storms is also significant for both basins.*

> *Four projects are part of the Platte to Park Hill: Stormwater Systems program. As Denver states on its project website, each project is being designed independently, but is part of a coordinated construction process to realize cost savings and project efficiencies, as well as ensure compatibility with other nearby improvements. Collectively, these four coordinated projects will increase*

*neighborhood connectivity, improve water quality, add new park and recreation spaces, as well as provide critical flood protection. The four projects are:*

1. *Globeville Landing Outfall (GLO) and Park*
2. *City Park Golf Course Redesign*
3. *39th Avenue Greenway and Open Channel*
4. *Park Hill Detention*

Denver has already started construction of the GLO and Park. In addition, since the ROD, Denver has made progress implementing the City Park Golf Course Redesign, 39th Avenue Greenway, and City Park Golf Course Redesign portions of the Platte to Park Hill: Stormwater Systems program that connect into the GLO. This progress includes:

- On November 10, 2016, Denver issued $115,000,000 in Wastewater Enterprise Revenue Bonds, Series 2016 to fund a portion of the Platte to Park Hill: Stormwater Systems program.
- On August 14, 2017, the Denver City Council approved a design build contract for the construction of the City Park Golf Course Redesign Project; program management contracts for the 39th Avenue Greenway and Open Channel projects; and Phase V construction contracts related to the Park Hill Detention project.

*See* **Attachment E** for copies of Denver contract and approval documents.

The demonstrated progress made on the Platte to Park Hill: Stormwater Systems program since the ROD shows a clear commitment by Denver to complete its drainage program, changing the existing conditions related to drainage in the project area. This change in existing conditions supports a reanalysis of the I-70 offsite drainage system because Denver's projects will reduce flood flows throughout the Montclair and Park Hill basins that include portions of I-70, thus reducing the volume of flows the Central 70 drainage system will need to capture.

CDOT is making two changes to the Central 70 Project's offsite drainage system to account for expected storm water flow reductions caused by Denver's drainage projects.

1) Eliminate offsite system connection to GLO through Coliseum property - because Denver's drainage projects will capture and convey most of the surface flows that would otherwise flow towards the lowered section of I-70, the Central 70 Project can eliminate the offsite system's connection into the GLO through the Denver Coliseum parking lot. Instead, all water in the offsite system will be directed through the city drainage culvert under Brighton Boulevard to the GLO and into the South Platte. The Central 70 Project's limits of construction therefore are being reduced to remove the areas associated with the pipe through the Denver Coliseum's parking lot, reducing impacts to the Denver Coliseum parking lot and Globeville Landing Park

2) Eliminate connection from Pond 7 to Brighton Boulevard - the design of the offsite system discussed in the ROD included a connection to the Brighton Boulevard culvert from Pond 7, located in the southeast corner of the I-70 and Brighton Boulevard interchange. The design of the offsite system is being changed so that the connection of the Brighton box culvert is to Pond 7a only, located in the southwest corner of the I-70 and Brighton Boulevard interchange (see page 21 of **Attachment A**). Pond 7a is the last detention pond in the offsite system and will serve as the conduit through which all offsite system water will flow before entering the culvert.  As discussed below, these two changes will reduce the Central 70 Project's impacts to historic properties, parks, and hazardous materials sites.

Additionally, we are making several changes to the Central 70 Project's offsite drainage system unrelated to the lower anticipated stormwater.

1) Convert box culvert to pipes - the layout of the offsite outfall is being changed from a single box culvert to a series of pipes to better interface with the outfall system, which will widen the project footprint.

2) Increase easements at Nestlé Purina property - the size of the easements needed at the Nestlé Purina PetCare Company have increased due to the revisions made to the offsite drainage along the property and across the UPRR right of way. The permanent easement increased from 735 square feet to 1,225 square feet. Temporary easements increased from 890 square feet to 1,696 square feet.

3) York Street drainage improvements - continued analysis of drainage on York Street north of the UPRR crossing indicates surface ponding issues in existing conditions for the 100-year storm event. Proposed reconstruction of York Street from the UPRR crossing to 48th Avenue will improve conveyance of surface drainage along York Street; however, there is no existing collection system to intercept the surface drainage and direct it into an existing storm system. The Central 70 Project's limits of construction therefore are being

extended along 48th Avenue west from York Street approximately 250 feet to accommodate construction of a storm drain extension east to York Street and 48th Avenue, where new storm inlets to collect surface drainage will be constructed.

*(3) Other construction limit changes: (See Figure 1 at the end of **Attachment B**, labeled 8 through 28 for the changes listed below. Changes to the construction limits are shown in detail in **Attachment A**.)*

There have been additional minor adjustments and refinements to the design of the Central 70 Project. The changes resulted from advanced design and include the following types of modifications:

- Adjusting construction limits to match existing right-of-way boundaries to allow for additional space for buffer areas and staging or construction activities
- Creating additional buffer area between private property and retaining walls and barriers, and between the frontage road and sidewalk as a result of more advanced design.
- Expanding construction limits near Safeway to reflect the full construction of detention ponds
- Minor tweaks to sidewalk widths and driveways between Colorado Boulevard and Dahlia Street in coordination with Denver to allow for wider sidewalks and driveways

**REGULATORY CHANGES:** *Document changes to laws, regulations, and/or guidelines:*

There have been no applicable changes to laws, regulations, and/or guidelines since the completion of the ROD.

**IMPACTS ASSESSMENT:** *For items checked as changed above, assess the affected natural and socio-economic environment, impacts, and new issues/concerns which may now exist.*

Resources that have not experienced a change in the affected environment or setting or a change in environmental impacts since the ROD, but which still have relevant mitigation that is required for environmental impacts identified in the FEIS and the ROD, include:

- Transportation
- Social and Economic Conditions
- Environmental Justice
- Land Use and Zoning
- Relocations and Displacements
- Paleontological Resources
- Visual Resources and Aesthetics
- Air Quality
- Energy
- Noise
- Wetlands and Other Waters of the U.S.
- Water Quality
- Geology and Soils
- Human Health Conditions
- Cumulative Impacts

The mitigation measures for these resources are included in Chapter 5 of the ROD and still apply.

**Historic Preservation**

The ROD identified 87 historic properties to evaluate for effects. The reevaluation includes minor construction limit changes that are on or adjacent to six properties listed below:

1. 38th Avenue and Blake Street, Union Pacific Railroad Railyard (5DV.6248.3)
2. 48th Avenue and Josephine Street, Union Pacific Railroad Segment (5DV.6248.4)
3. 44th Avenue and Brighton Boulevard, Union Pacific Railroad Segment (5DV.6248.10)
4. 48th Avenue and York Street, Union Pacific Railroad Segment (Adjacent to 5DV.6248.4)
5. Ralston Purina Plant/Nestlé Purina PetCare Company (5DV.9245)
6. Safeway Distribution Center (5DV.9232)
7. Denver Coliseum parking lot (within National Western Historic District, 5DV.10050)

This resulted in adjustments to the Area of Potential Effect (APE), which is shown in **Figure 3**. Modification numbers listed above match the labels in **Figure 3**.

**Figure 3, Revised APE and Impacts (Modification numbers shown in blue text boxes.)**



Legend
I-70 Reevaluation Construction Limit Changes   I-70 Reevaluation of Area of Potential Effect

One of the changes results in a change in effect determination since the ROD, as listed below in **Table 1**. There are no other changes to effect determinations. These effect determinations were concurred upon by SHPO on June 2, 2017.

**Table 1, Updated Historic Properties Effect Determinations**

| Site Number | Property Name and Address | ROD Impact and Effect Determination | Reevaluation Impact and Effect Determination |
|---|---|---|---|
| 5DV.6248 | Union Pacific Railroad | See impacts for resource segments 5DV.6248.3, 5DV.6248.4, and 5DV.6248.10 below **Adverse Effect** | See impacts for resource segments 5DV.6248.3, 5DV.6248.4, and 5DV.6248.10 below **Adverse Effect** |
| Resource segment: 5DV.6248.3 | Union Pacific Railroad Railyard 38th Avenue and Blake Street | No impact **No Adverse Effect** | Reconstruction of 5,400 linear feet of existing yard tracks, and the addition of approximately 8,000 linear feet of new track within the yard to mitigate rail traffic conflicts during project construction. **Adverse Effect** |

| Resource segment: 5DV.6248.4 | Union Pacific Railroad Segment 48th Avenue and Josephine Street | Existing railroad bridge will be replaced with a multi-span bridge that will carry the railroad over the reconstructed I-70 and eastbound and westbound lanes of 46th Avenue. Temporary relocation of 12,500 linear feet, and approximately 2,000 square feet of permanent easements. **Adverse Effect** | Activities are the same as reported in the ROD **Adverse Effect** |
|---|---|---|---|
| Resource segment: 5DV.6248.10 | Union Pacific Railroad Segment 44th Avenue and Brighton Boulevard | 1,552 square feet would be obtained to install new track panels at the crossing with Brighton Boulevard. GLO would cut a segment of track to place a pipe below it, then replace it. **No Adverse Effect** | Although the activities are the same as the ROD, property 5DV.6248 should have one effects finding. The activities in this segment do not contribute to the adverse effect. **Adverse Effect** |
| 5DV.9245 | Ralston Purina Plant/Nestlé Purina PetCare Company 2151 East 45th Avenue | Acquisition of 735 square feet from the very northwest corner of the property to accommodate the construction of the drainage system. Temporary easement measuring 890 square feet is required to construct and operate a temporary railroad shoofly track that would travel east of the existing Union Pacific Railroad right of way. **No Adverse Effect** | Acquisition of 735 square feet from the very northwest corner of the property to accommodate the construction of the drainage system. Temporary easement measuring 890 square feet is required to construct and operate a temporary railroad shoofly track that would travel east of the existing Union Pacific Railroad right of way. Additional small temporary easement (1,696 square feet) and permanent easement (1,225 square feet) are needed from the rail right of way near Purina. The easements will include only vacant land. **No Adverse Effect** |
| 5DV.9232 | Safeway Distribution Center Historic District | By expanding the highway footprint, the Stapleton Drive South alignment is pushed farther into the historic district and results in the permanent incorporation of 2.1 acres of the district into a transportation facility, the right-of-way acquisition is primarily located on the northern edge of the parking lot. **No Adverse Effect** | By expanding the highway footprint, the Stapleton Drive South alignment is pushed farther into the historic district and results in the permanent incorporation of 2.4 acres of the district into a transportation facility, the right-of-way acquisition is primarily located on the northern edge of the parking lot. **No Adverse Effect** |
| 5DV.10050 | National Western Historic District (Denver Coliseum parking lot) | A stormwater outfall pipe would be installed south of the Denver Coliseum underneath the pavement of the parking lot between the Coliseum and the South Platte River. Temporary or permanent easements may be required, but there would be no right of way acquisition of any portion of the historic district. **No Adverse Effect** | Stormwater pipes are no longer necessary and will not create any impact. Temporary or permanent easements may be required (same ones evaluated in the ROD), but there would be no right of way acquisition of any portion of the historic district for the GLO open channels. **No Adverse Effect** |

Many of the construction limit changes involve segments of the UPRR (5DV.6248). The finding of effect for the overall resource remains Adverse Effect, as described in the ROD. However, Section 106 consultation addresses activities to each segment of the resource, designated by the decimal number, and whether that segment contributes to the significance of the overall resource or not. Therefore, each segment is listed in Table 1 with the activities occurring in that segment. Before these modifications, the only activities that contributed to the adverse effect to the property occurred to 5DV.6248.4, where 12,500 feet of temporary relocation occurs.

Changes in construction limits and additional activities increased the project's impact to one segment, 5DV.6248.3. The project will require the UPRR to realign some of the current tracks within the railyard located in segment 5DV.6248.3. Because these are associated features that contribute to the eligibility of the historic resource, the removal of the tracks

and changing the alignment will be a direct impact to the contributing segment. The previous concurrences for the project concluded that there was **no adverse effect** to the segment (letter to Steve Turner, Oct. 17, 2016; concurrence from S. Turner Oct. 25, 2016). The consultation should have resulted in one effect finding for the whole property. Since the additional activities impact the railyard of segment 5DV.6248.3 and include changes to the rail alignment, FHWA has determined that this contributes to the **adverse effect** to the resource 5DV.6248.

To mitigate the **adverse effect,** CDOT will complete a reevaluation survey and Level II documentation before construction, consistent with the *Programmatic Agreement Among Federal Highway Administration, Colorado State Historic Preservation Officer, and Colorado Department of Transportation Regarding Implementation of the Interstate 70 East Corridor Project – Interstate 25 to Tower Road* (April 2016).

Consultation with the State Historic Preservation Office (SHPO) and its concurrence with the changes and determination was completed June 2, 2017, and copies of the letters are available in **Attachment C**, Coordination and Correspondence. Consulting Party letters also are available in **Attachment C**, Coordination and Correspondence.

For copies of the SHPO and Consulting Party consultation letters, see **Attachment C**, Coordination and Correspondence. In addition, notification of the change in adverse effects due to additional activities in Segment 5DV.6248.3 was submitted to the Advisory Council on Historic Preservation (ACHP) on July 18, 2017 for their files; copies of the materials are available in **Attachment C**, Coordination and Correspondence.

Additional environmental justice mitigation for dust and noise impacts during construction was incorporated into the project, which triggered additional Section 106 consultation on April 12, 2017 and SHPO concurred with the findings of No Adverse Effect on April 18, 2017. Consultation materials are included in **Attachment C**, Coordination and Correspondence; for information on the additional mitigation, please see the mitigation section of this document on Page 11.

## Parks and Recreation

Since the elimination of the Central 70 Project's offsite drainage system pipe through the Denver Coliseum parking lot, the limits of construction were reduced to remove the areas associated with that pipe, which included the Coliseum parking lot and Globeville Landing Park. Due to these changes, the Section 6(f) temporary non-conforming use has been eliminated in Globeville Landing Park. Letters were sent to Denver Parks and Recreation, Colorado Parks and Wildlife, and the National Park Service on August 31, 2017, to notify them of this change, and copies of the letters are available in **Attachment C**, Coordination and Correspondence. The work associated with the GLO drainage project was determined to be an enhancement to the Globeville Landing Park. Those enhancements do not change.

## Air Quality

The changes identified in this reevaluation will not affect the air quality conclusions in the conformity determination, ROD or FEIS.  The changes will not affect the I-70 roadway in any way and, therefore, not have any effects on any of the operational emissions inputs or assumptions.  The changes will also reduce total excavation and construction activity by reducing the scope of the Central 70 drainage system, so will reduce total construction emissions.

## Biological Resources

Because of the construction limit changes, permanent direct impacts to wildlife habitat have increased from 369.2 acres to 369.3 acres. The impact increase results from the addition of a sidewalk along the east side of Quebec Street, near the Quebec Street/I-70 interchange, which is within the white-tailed deer activity area.

## Floodplains and Drainage/Hydrology

*(See Figure 1 at the end of **Attachment B**, labeled 5, 6, and 7 for the changes listed below. Changes to the drainage system also are shown on page 21 of **Attachment A**, along with construction limit changes in the rest of **Attachment A**.)*

As approved in the ROD, the Central 70 Project's design includes an offsite drainage system capable of independently conveying the water from a 100-year storm event away from the lowered section of the freeway and discharging it into the South Platte River. As discussed in the "Design Alterations" section above, anticipated reductions in the amount of stromwater flow volume reaching the project area have prompted the need for design modifications to the freeway's offsite drainage system. (See Figure 1 at the end of **Attachment B**, labeled 5 and 6, and page 21 of **Attachment A**.) For impact changes associated with these drainage changes, please see each resource-specific section. These modifications do not alter the analysis in Chapter 8.5 of the ROD concerning connected actions or the April 2016 Connected Actions Findings by FHWA and CDOT.

There are no changes to floodplains as a result of the existing conditions changes or design modifications.

**Hazardous Materials**

Design modifications to the Central 70 Project resulted in approximately 25 additional acres of disturbance as shown in **Table 2**; however, no additional hazardous material facilities of concern identified in the Environmental Records Search database obtained for the FEIS will be impacted because of the modifications.

**Table 2, Updated Hazardous Materials Sites Affected and Acres Disturbed**

|  | ROD Impacts | Reevaluation Impacts |
|---|---|---|
| Number of sites affected | 34 | 34 |
| Acres disturbed | 750 | 775 |

In addition to the database report, railyards typically are associated with contamination related to operations and materials used onsite, as well as any unreported spills. Design modifications will result in impacts to the UPRR railyard located in the southwestern portion of the project area near 40th Avenue and Blake Street which results in 22.7 acres of disturbance.

Design modifications that resulted in a slight expansion of the construction limits within the identified superfund area will result in an additional 0.40 acre of impacts to the Vasquez Boulevard and I-70 Superfund Site. For changes to the construction limits, see **Attachment D**, Known Hazardous Materials Locations.

The remainder of the 25 additional acres is associated with the design modifications may result in additional encounters with hazardous materials because the likelihood of encountering hazardous materials is proportional to the amount of ground disturbance.

Based on the design modifications, approximately 6.4 acres near the Denver Coliseum will no longer be impacted. A former landfill is located under a large portion of the Coliseum parking lot and hydrocarbons (benzo(a)pyrene) and arsenic were identified in soil in this area. Reducing impacts to this portion of the project area will reduce the likelihood of encountering the hazardous materials identified in this area.

**Utilities**

There are no changes to the existing conditions; however, with the changes in design, there would be adjustments due to the installation of the storm sewer extension to two water lines and a fiber line at 48th Avenue and York Street and an existing fiber line in the UPRR 36th Yard near 40th Street. The storm sewer changes are described above in Design Alterations, and were not identified previously in the ROD.

**Section 4(f)**

Design modifications affect three Section 4(f) resources. Additional easements, described in Table 3, are necessary at the Ralston Purina Plant/Nestlé Purina PetCare Company (5DV.9245). Also, subsurface pipe and related easements are no longer necessary in the Denver Coliseum parking lot (which is within the National Western Historic District). For both resources, the FHWA had determined the impact to be *de minimis* in the ROD. After these modifications, the impact is still *de minimis*.

The changes in construction limits increases the amount of property used from the UPRR (5DV.6248) property. The additional land associated with the UPRR property that will be used is the land from segment 5DV.6248.3, the UPRR railyard. Because this segment is a portion of the larger resource that was previously identified as having a Section 4(f) use in the ROD and FEIS, it is considered an incremental increase in the use of the property (see **Table 3**).

**Table 3, Updated Section 4(f) Use**

| Site Number | Name | Section 4(f) Use in ROD | Section 4(f) Use in Reevaluation |
|---|---|---|---|
| **5DV.6248** (Includes 5DV.6248.3, 5DV.6248.4, 5DV.6248.10) | Denver and Kansas Pacific/Union Pacific Railroad | **Use.** Temporary relocation of; 12,500 linear feet, and approximately 2,000 square feet of permanent easements to 5DV.6248.4. | **Use.** Temporary relocation of; 12,500 linear feet, and approximately 2,000 square feet of permanent easements to 5DV.6248.4. Reconstruction of 5,400 linear feet of existing yard tracks, and the addition of approximately 8,000 linear feet of new track within the yard (5DV.6248.3) to mitigate rail traffic conflicts during project construction. This will be a permanent |

| | | | change. The property will stay in the ownership of the UPRR and function for rail activity. The features that contribute to the historic eligibility of the segment will be reconstructed and no longer eligible (rail, ballast, lighting and alignment). |
|---|---|---|---|
| 5DV.9245 | Ralston Purina Plant/Nestlé Purina PetCare Company 2151 East 45th Avenue | *De minimis.* Acquisition of 735 square feet from the very northwest corner of the property to accommodate the construction of the drainage system. Temporary easement measuring 890 square feet is required to construct and operate a temporary railroad shoofly track that would travel east of the existing UPRR right of way. | *De minimis.* The permanent easement increases from 735 square feet to 1,225 square feet. Temporary easements increase from 890 square feet to 1,696 square feet. |
| 5DV.10500 and 5DV.9162 | National Western Historic District and Denver Coliseum | *De minimis.* The project included a drainage pipe under the Coliseum parking lot, and the Denver GLO project also creates two open channels. The impact includes easements for both the pipes and channels. | *De minimis.* Since the ROD, one of the underground pipes in the parking lot is no longer necessary and has been removed from the project's design. The impact is still *de minimis.* |

The use of 5DV.6248 occurs in two segments: 5DV.6248.3 and 5DV.6248.4. Before approving the use of a Section 4(f) property, FHWA must determine there are no feasible and prudent avoidance alternatives (as defined in 23 CFR 774.17). Avoidance alternatives to the use of the 5DV.6248.4 segment were evaluated in the FEIS, and concluded that there were no feasible and prudent avoidance alternatives (see **Figure 4** below). For the reasons described below, the use of the 5DV.6248.3 segment also has no feasible and prudent avoidance alternatives.

**Figure 4, Avoidance Alternatives**



Distribution:
RPEM (original); copies to Project Manager, Region Right of Way (if ROW required), EPB, Central Files, and FHWA

Edition #2 (06-09-2011)              CDOT Form #1399

The use arises from construction of a rail bridge over the future I-70 (the 5DV.6248.4 segment), which will temporarily remove tracks from the rail yard. Those tracks are needed for storage. The proposed action to replace that storage will create two new tracks, and will require shifting two other adjacent tracks. In all, three existing tracks will be reconstructed and two new tracks will be added. Supplemental work associated with the track construction includes the replacement of 12 to 14 existing yard lights and poles with two new high-mast lighting structures.

A feasible and prudent avoidance alternative avoids using Section 4(f) property and does not cause other severe problems of a magnitude that substantially outweighs the importance of protecting the Section 4(f) property. An alternative is not feasible if it cannot be built as a matter of sound engineering judgement. There are a six criteria for assessing prudence. One of those states that an alternative is not prudent if "it results in unacceptable safety or operational problems."

One avoidance alternative to the proposed action is the No Action Alternative, in which no replacement storage is created and UPRR must to store cars on the rail line at York Street. This is not feasible and prudent for several reasons. First, it creates unacceptable rail operations impacts. By not having space in the rail yard, long queues of rail cars must wait for entry to the rail yard for servicing. UPRR has indicated that this results in unacceptable operations. Second, it creates conflicts with street traffic that have adverse impacts to congestion in the area. Rail cars would straddle York Street, blocking through movements. UPRR has informed the project that Denver has indicated this creates unacceptable traffic conditions. Third, it creates an unsafe condition for school children walking to and from Swansea Elementary School. The rail cars queueing on York Street block 47th Avenue, which is a popular access to the school. When rail cars block 47th, children climb over and under the cars, which is unsafe, and creates a liability for UPRR. For these reasons, the FHWA has determined that avoidance alternative would result in unacceptable safety and operational problems, and is not prudent.

Other avoidance alternatives are limited by the unique role of the rail yard, and access to it. There are no other yards in this area of the city, and so many of the UPRR's cars are serviced by it. There are also no other rail lines servicing it from this direction. All access from the northeast is limited to the single line that crosses York Street.

As described above, the use results from the construction of a UPRR bridge over future I-70 (the 6248.4 segment). As discussed in the FEIS and Final Section 4(f) Evaluation, there are no feasible and prudent alternatives to this impact. That reconstruction is unavoidable necessitates this use of the 6248.3 segment.

Because of the yard's unique situation, there are no other storage options for UPRR's rail cars during construction. The railroad line described above runs northeast-southwest into the rail yard. It is the only line serving that yard from that direction, and there is no siding between York Street and the railyard. This means there is no additional existing storage space outside the railyard. Adding space to the line north of the railyard would not avoid the safety and operational concerns with York Street described above, and is therefore not prudent.

The conflict was identified by UPRR, and the changes to their railyard to create more storage is their proposed solution. Considering the avoidance alternatives discussed above, the FHWA has determined there is no feasible and prudent avoidance to the use of 5DV.6248.3.

Considering the new modifications, FHWA finds that the Selected Alternative still presents the least overall harm alternative (23 CFR §§774.3(c)(1)(i)-(vii)). The ability to mitigate adverse impacts to each Section 4(f) property is still highest for the Partial Covered Lowered Alternative for the reasons provided in the FEIS (pages 7-107 to 7-116) and ROD (pages 205-206).

The Selected Alternative has greater ability to mitigate for impacts, and lessens the magnitude of remaining harm for both Section 4(f) properties and non-Section 4(f) properties. In particular, it is expected to lessen the harm to low-income and minority populations better by providing a public space on top of the highway cover, and removing the viaduct and lowering the highway to reduce visual intrusion and improve neighborhood cohesion. In addition, Swansea Elementary School will benefit from increased space for recreation, better air quality, and lower noise levels. In addition, the Selected Alternative's revised drainage system provides significant mitigation for the use of Globeville Landing Park. The GLO project provides a number of features for the park that provide greater public benefit. Once the GLO is constructed, the entire park would be rehabilitated, removing all existing park facilities and replacing them with enhanced park amenities that have been identified through public outreach efforts conducted by Denver. The GLO project will add significant recreational space to the area and provide for a more appealing setting than currently exists. The features of the historic property of the railyard that will be affected by the increased use of 5DV.6248 will be mitigated with recordation per the Section 106 Programmatic Agreement. The relative severity of the remaining harm, after mitigation, to the protected activities, attributes, or features that qualify each Section 4(f) property for protection has not changed since the ROD, as harm is mitigated through the Section 106 Programmatic Agreement. The relative significance of each Section 4(f) property remains the same as described in the FEIS and ROD. The additional incremental use of the railyard does not alter the degree to which each alternative meets the purpose and need for the I-70 East Project. The magnitude of any adverse impacts to resources not protected by Section 4(f) remains the same

and there are no substantial differences in cost among the alternatives. The views of officials with jurisdiction also remains unchanged, as the Section 106 effects were concurred with by SHPO. It should be noted that the changes to the railyard to increase storage space is the UPRR's preferred solution to the storage conflict discussed above. For these reasons, the Selected Alternative still presents the least overall harm.

A notification was sent to the US Department of the Interior on August 30 2017, to notify them of this change, and a copy of the notification is available in **Attachment C**, Coordination and Correspondence.

---

**MITIGATION:**

☐   All mitigation commitment(s) from NEPA document remain the same (discuss status and compliance):

☒   Mitigation commitment(s) have changed from NEPA document.

---

Mitigation measures remain the same as documented in the ROD for all resources. However, based on comments received regarding the mitigation for dust and noise impacts during construction, CDOT has added additional mitigation measures as part of the environmental justice mitigation being provided for the homes between 45th Avenue and 47th Avenue from Brighton Boulevard to Colorado Boulevard. These additional mitigation measures include:

- Attic insulation: this would involve insulating attic spaces to improve energy efficiency and address temporary noise effects and may include insulation in walls

- Air sealing: this work involves caulking and weather stripping

- Programmable thermostat and carbon monoxide detectors

Additionally, clarification has been added to the environmental justice mitigation measures previously committed to for noise and dust impacts during construction. This clarification adds that there will be no installation of mitigation measures for the homes between 45th Avenue and 47th Avenue from Brighton Boulevard to Colorado Boulevard without consent from both the owner(s) and occupant(s) and reasonable attempts will be made to contact both parties. Section 106 consultation for these changes was completed in April 2017 and is available in **Attachment C**, Coordination and Correspondence.

Based on these changes, the mitigation table in the ROD is updated and amended with the following:

| Mitigation # | Mitigation Category | Impact | Mitigation Commitment | Responsible Branch | Timing/Phase of Construction Mitigation | Source Document |
|---|---|---|---|---|---|---|
| 21 | Environmental Justice | Increasing noise and dust during construction | Provide residents close to the highway construction—between 45th Avenue and 47th Avenue from Brighton Boulevard to Colorado Boulevard—interior storm windows. There will be no installation of mitigation measures for the homes between 45th Avenue and 47th Avenue from Brighton Boulevard to Colorado Boulevard without consent from both the owner(s) and occupant(s). All reasonable attempts will be made to contact both parties. | CDOT Engineering and Environmental | Pre-construction | ROD, Page 47; Reevaluation #1, Page 11 (September 2017) |

| 22 | Environmental Justice | Increasing noise and dust during construction | Provide residents close to the highway construction—between 45th Avenue and 47th Avenue from Brighton Boulevard to Colorado Boulevard—furnace filters. There will be no installation of mitigation measures for the homes between 45th Avenue and 47th Avenue from Brighton Boulevard to Colorado Boulevard without consent from both the owner(s) and occupant(s). All reasonable attempts will be made to contact both parties. | CDOT Engineering and Environmental | Pre-construction | ROD, Page 47; Reevaluation #1, Page 11 (September 2017) |
| 22a | Environmental Justice | Increasing noise and dust during construction | Provide residents close to the highway construction—between 45th Avenue and 47th Avenue from Brighton Boulevard to Colorado Boulevard—attic insulation, air sealing, programmable thermostats, and carbon monoxide detectors. There will be no installation of mitigation measures for the homes between 45th Avenue and 47th Avenue from Brighton Boulevard to Colorado Boulevard without consent from both the owner(s) and occupant(s). All reasonable attempts will be made to contact both parties. | CDOT Engineering/ Developer | Prior to construction | Reevaluation, #1, Page 10 (September 2017) |

# V.  Public/Agency Involvement (optional)

*If any, document public meetings, notices, and websites, and/or document agency coordination. For each, provide dates and coordination, where applicable:*

There were no public meetings during the completion of this Reevaluation.

Coordination with Denver has been ongoing since the ROD.

Section 6(f) notifications were provided to Denver Parks and Recreation, Colorado Parks and Wildlife, and the National Park Service on August 31, 2017, and are available in **Attachment C**, Coordination and Correspondence.

Section 106 consultation with SHPO and the Consulting Parties occurred April through July 2017, and copies of the consultation materials are available in **Attachment C**, Coordination and Correspondence.

Notification of the change in adverse effects due to additional activities in Segment 5DV.6248.3 was submitted to ACHP on July 18, 2017 for their files; copies of the materials are available in **Attachment C**, Coordination and Correspondence.

Section 4(f) notification was provided to the US Department of the Interior on August 30, 2017, and is available in **Attachment C**, Coordination and Correspondence.

# VI.  Additional Studies Required for Proposed Action

None

Page 16

## VII.  Additional Requirements for Proposed Action

- ☐ An SEIS is required, because the changes to the proposed action will result in significant impacts not evaluated in the EIS.
- ☐ An SEIS is required, because new information or circumstances will result in significant environmental impacts not evaluated in the EIS.
- ☐ A revised ROD is required, because an alternative is recommended that was fully evaluated in an approved FEIS but was not identified as the preferred alternative.
- ☐ Appropriate environmental study or an EA is required, because the significance of new impacts is uncertain.
- ☐ A revised FONSI is required, because an alternative is recommended that was fully evaluated in an approved EA but was not identified as the preferred alternative.
- ☐ Other_____
- ☒ None

## VIII.  Permits Updated (optional)

*This section is only required when the next stage of a project is going to construction. List permits:*

## IX.  Attachments Listed

*List permits, studies, background data, etc.*

Attachment A: Detailed maps of the Central 70 Project

Attachment B: Design Alterations

Attachment C: Coordination and Correspondence

Attachment D: Known Hazardous Materials Locations

Attachment E: Denver drainage project documents



# CENTRAL 70  PROJECT

## ATTACHMENT B

## Design Alterations

September 2017

# Design Alterations

Design alterations included in Reevaluation #1 of the Central 70 Project include modification to the construction limits due to design changes determined through coordination with the Union Pacific Railroad (UPRR), changes to the drainage system, and other slight design adjustments throughout the corridor completed to advance the project.

**Figure 1** at the end of this attachment (page 4) shows the locations where construction limits have been modified, and details on each change can be found by number below.

### *Union Pacific Railroad (UPRR) construction limit changes:*

1.   Proposed design changes by the UPRR will require the Central 70 Project's construction limits to extend approximately 3,100 feet south into the 36th Avenue UPRR yard (See **Figure 2**, page 5).

2.   Area is required due to a new temporary UPRR easement needed for a shoofly track on the UPRR mainline (see below for additional changes due to drainage design).

3.   Design changes to the railroad require the construction limits to be extended slightly in this area.

4.   Proposed trackwork north of the UPRR York Street crossing, extends to approximately East 48th Avenue. This area offers minimal space for staging and assembly for track crews. The UPRR has requested an assembly and staging area 40 feet in width north of the York Street crossing, extending approximately 500 feet northeast of Josephine Street and 48th Avenue. Temporary easements to cover the assembly area are expected from two private property parcels.

### *Changes to offsite drainage system:*

2.   Additional area is required due to revised drainage design which causes an increased permanent easement from what was needed with the Record of Decision (ROD) (see above for changes due to railroad design). The layout of the offsite outfall went from a single box culvert to a series of pipes that widened the footprint, which are necessary to interface with the outfall system.

5.   Additional impacts will result north of the UPRR York Street crossing to capture existing drainage surface flow, due to the modification of the York Street UPRR crossing. The 0.42-acre additional impact area is within public ROW.

6.   Limits of construction were reduced to remove the areas associated with the pipe through the Coliseum property, reducing impacts to the Denver Coliseum parking lot and Globeville Landing Park.

7.   The design of the offsite system has been changed so that the connection with the Brighton Boulevard culvert is with Pond 7a only. Pond 7a is located in the southwest corner of the I-70 and Brighton Boulevard interchange (see **Attachment A**, page 21). Portions of two parcels, owned by the UPRR and CDOT, previously not required for the Central 70 Project are now impacted. The Central 70 Project's limits of construction, were extended to include the portions of the parcels described.

### *Other construction limit changes*

8.   This remains a full acquisition; however, the parcel line has been revised and will add an additional 0.006 acre of impacts.

9.   This remains a full acquisition; however, the parcel line has been revised and will add an additional 0.02 acre of impacts.

10.    An additional buffer space behind the wall have been revised to 10 feet instead of the previous 5 feet. Additional impacts will total 0.006 acre and will remain a partial acquisition.

11.    Right-of-way (ROW) boundary has been revised to reflect further acquisition resulting in an additional impact of 0.003 acre. This remains a partial acquisition.

12.    The construction limits in this location are being extended to the edge of existing CDOT ROW to add a barrier between the frontage road and sidewalk. The extension does not result in any new private property acquisitions. The new area is 0.19 acres.

13.    The parcel boundary has been revised slightly resulting in 0.02 acre of additional impact and no change to the property acquisition.

14.    The construction limits in this location are being extended to the edge of pavement to reflect the full construction of detention ponds. The existing ponds near Safeway will be replaced in kind and have additional space for operations. Additional impacts will total 0.34 acre and remain a partial acquisition.

15.    Design has been refined, resulting in minor tweaks to sidewalk widths and driveways between Colorado Boulevard and Dahlia Street. Additional impacts will total 0.01 acre and will remain partial acquisitions.

16.    Driveway design has been revised and construction limits have been extended to add 0.0007 acre of additional impact.

17.    ROW boundary has been revised to reflect further acquisition resulting in an additional impact of 0.003 acre. This remains a partial acquisition.

18.    The construction limits in this location are being extended to the edge of existing CDOT ROW for construction phasing. There is no change in design and the extension does not result in any new private property acquisitions; however, the extension will add an additional 0.27 acre of impact.

19.    Design has been refined to accommodate sidewalk and intersection design within public ROW. Additional impacts will total 0.005.

20.    Design has been refined to accommodate sidewalk design. Additional impacts will total 0.0044 acre and each will remain a partial acquisition.

21.    ROW boundary has been revised to reflect further acquisition resulting in an additional impact of 0.007 acre. This remains a partial acquisition.

22.    ROW boundary has been revised to reflect further acquisition resulting in an additional impact of 0.002 acre. This remains a partial acquisition.

23.    Design has been refined to accommodate sidewalk and intersection design within public ROW. Additional impacts will total 0.004.

24.    ROW boundary has been revised to reflect further acquisition resulting in an additional impact of 0.002 acre. This remains a partial acquisition.

25.    The construction limits have been extended to widen the roadway to maintain the 5-foot buffer of sidewalk to construction limit. Additional impact will total 0.09 acre between Monaco Street and Oneida Street, and will remain partial acquisitions.

26.    Design has been modified to add a sidewalk in this location. Additional impact will total 0.05 acre and will remain a partial acquisition.

27.    Design has been modified to add a sidewalk in this location within public ROW. Additional impact will total 0.02 acre.

28.     Design has been modified to add a sidewalk and a raised median in this location within public ROW. Additional impact will total 0.14 acre.

**Figure 1      Design Alterations**



**Figure 2**      **36th Avenue UPRR yard**

