**Exhibit 8**

**Excerpts from Denver Storm Drainage Master Plan 2014**

# DENVER STORM DRAINAGE MASTER PLAN
## 2014

**PROJECT ID PC70812_908**

Prepared for:

## The City and County of Denver
## Department of Public Works



Prepared by:

    

The driest months are December through January.  Average annual snowfall at Denver is about 59 inches.  Humidity averages about 39% during the day and 62% during the night.  Humidity is slightly higher in winter than in summer.  The sun shines approximately 69% of the possible sunlight hours annually.

Wind speed averages about 5.9 mph, and upslope winds predominate from the south and west.  An average wind speed is not adequate to describe conditions in the area.  Low wind conditions have been experienced and often contribute to air pollution problems.  High velocity winds often destroy trees, crops, and structures, and winds in excess of 90 mph have been recorded.

### 1.4.3   Topography

The South Platte River Drainage Basin can be divided into a plains region and a mountain region.  The plains exhibit a trellis drainage pattern; streams flowing in alluvial channels.  The mountain regions are characterized by a dendritic drainage pattern.

The Lower South Platte drainage area topography represents flat to gentle undulating plains with elevations ranging from 5,650 feet in the southeast to 4,950 feet in the floodplain of the South Platte River.  Drainage from the west flows easterly from the foothills into tributaries of the South Platte River.  On the east side of the South Platte River in the Denver area, major drainage flows lead from southeast to northwest by way of Cherry Creek, Sand Creek and Harvard Gulch.

### 1.4.4   Flood History

The City and County of Denver and surrounding metropolitan areas lie within the watershed of the South Platte River.  Development has occurred within the geomorphic floodplain and has taken place in areas previously devoted to gardening and farming.  Residential areas within the historic floodplain include Globeville, Valverde and scattered smaller developmental areas.

Numerous flood control and mitigation measures have been implemented throughout the years to reduce the flood hazards.  In 1901 Mayor Speer suggested constructing walls along Cherry Creek, the first ordinance was passed in 1908, and construction was completed in November 1915.  A Cherry Creek Flood Commission was appointed in 1912 and recommended a dam with reservoir capacity of 12,000 acre-feet.  However, the Castlewood Dam built on Cherry Creek in 1890 failed in August 1933.  After the 1933 flood, City officials decided to build a flood control dam at Kenwood.  Also during this time, Works Progress Administration (WPA) workers straightened and riprapped the Cherry Creek banks.  In 1950, the U.S. Army Corps of Engineers completed Cherry Creek Dam 1,000 feet upstream from Kenwood Dam.

June 1965 was a notable period of severe flooding around Denver.  Following the flood, several steps were taken to mitigate the effects of flooding from such an event.  Congressional support was sought to build Chatfield Dam as a flood control structure for the South Platte River.  The Mayor of Denver constituted a South Platte River Development study group to develop a plan for the Platte River Valley that would incorporate various flood control measures.  Several private groups in the community organized themselves to provide support for the planning effort.  The preliminary report for Chatfield Dam was issued in December of 1965 and construction was completed in 1973.  The following is a summary of the major storm and flood events in the Denver metro area:

**May-June 1844** - The earliest flood for which circumstantial evidence is available occurred in 1844.  The bottomlands in the vicinity of Denver were covered in water "extending from the bluff on Cherry Creek to the extreme bluff on the South Platte River" according to Major James Bridger in a June 22, 1864 article in the Denver Commonwealth.

**May 19-20, 1864** - Heavy rain over the upper basin of Cherry Creek caused 19 deaths along Cherry Creek and the South Platte River in Denver.  The flood from May 18 combined with this flood and covered the lower sections of the City with 1 to 5 feet of water.  The flood washed out several bridges and swept large buildings off their foundations.  Property damage from the flood was estimated at approximately one million dollars.

**July 14, 1912** - A thunderstorm with heavy rain in the late afternoon combined with a similar storm south of the City to produce widespread flooding on Cherry Creek in downtown Denver and resulted in two deaths.  The flooding in Denver was the worst since 1864 and covered approximately 3 square miles of lower downtown.  Bridges along Cherry Creek were washed out and water lapped at the floor of the Broadway Bridge over the South Platte.  The floodwater caused great damage to the drainage system, parkways, bridges and to residences and commercial warehouses near Cherry Creek.  Flood damage was estimated at several million dollars.

**May 21, 1914** - A severe thunderstorm produced heavy rainfall of 0.83 inches in 15 minutes.  Flooding caused considerable damage to bottomlands in eastern and southern parts of Denver.

**June 2-7, 1921** - During April the snowfall had been unusually heavy, approximately three times its normal depth for that month.  Rainfall measurements in the foothills ranged from 3 to 5.5 inches from June 2 through 7.  The South Platte River in the canyon reached a stage of 9 feet and washed out the tracks of the Colorado and Southern Railroad.  The bottomlands in the valley below Denver were flooded, with the overflow being as much as 4 miles wide near Sterling.  The overflow reportedly stretched the 43 miles from the mouth of the canyon to Denver.

**August 2-3, 1933** - 3 to 9 inches of rain in 9 hours caused Castlewood Dam on Cherry Creek to fail.  Seven people died in Denver.  Damage was estimated at 1 million dollars.

**September 10, 1933** - A cloudburst occurred over the South Platte River between Denver and the foothills, with the center over Plum Creek, Little Dry and Big Dry Creek basins.  Although information on tributary flows is limited, it was estimated that the Plum Creek discharge downstream from the confluence of the East and West branches was about 30,000 cubic feet per second attenuating to about 5,500 cubic feet per second at the mouth.  On Cherry Creek a peak value of about 15,000 cubic feet per second was estimated to have occurred near the mouth while upstream near the site of the Cherry Creek Dam, a peak of 34,000 cubic feet per second was estimated.  The peak values on Cherry Creek were partially the result of failure of a small dam located in the upper reaches of the basin.  On the South Platte at the U.S.G.S. stream gaging station at Denver, the peak discharge was 22,000 cubic feet per second, which was the largest flood on record prior to the 1965 event (gaging station established in 1895).

**May 1942** - Heavy rains caused extensive damages along the South Platte River.  The high water destroyed five bridges including those at West Evans and West Mississippi.

**August 2-3, 1951** - Almost 3½ inches of rain fell on the Denver Metro area.

**July 9, 1953** - Heavy rains caused estimated 2 million dollars damage from flooded stores and basements across metro Denver. The floodwaters reached a depth of 3 feet on streets in some sections of the City, damaging streets and automobiles. The heavy rainfall at Lowry Air Force Base totaled 3.9 inches.

**July 30-August 3, 1956** - Up to 12-inches of rain fell in five days in the Denver area and on the western slope, causing $5 million in damage.

**June 16, 1965** - Black Wednesday, the day Denver was hit by the worst natural disaster in the City's history. After a cloudburst that dumped 15 inches of water on mountain slopes southwest of Denver, a devastating flood struck 20 counties, including Denver along the South Platte River. Twenty-five people were killed, and property damage was estimated at more than $500 million. Since that time, Chatfield and Bear Creek Dams have been constructed greatly reducing the flood threat to Denver from precipitation over major sub-drainage basins.

**July 23, 1965** - Heavy rains in Aurora washed out earthen bridges over Sand Creek. Several highways were washed out to the east and southeast of Denver.

**July 24, 1965** - Heavy rain fell over all of the Denver and Aurora areas, causing some flooding of roads, streets, and bridges.

**July 7, 1967** - A storm caused flood damage in southwest and south Denver. Unofficial reports indicated rainfall of 2 inches in 30 minutes and more than 3 inches total from the storm. Streets and buildings were flooded by the heavy runoff. Hail in some areas contributed to flooding by blocking storm drains. Water reached a depth of 5 feet in the street. Police rescued numerous stranded motorists. In southwest metro Denver, 100 to 150 homes were flooded, and there was one fatality.

**May 4-12, 1969** - Heavy rains caused flooding on the South Platte River in Denver.

**June 8, 1969** - Heavy rain flooded streets and underpasses throughout metro Denver. The heaviest amounts of rain fell in south Denver and Englewood, where unofficial totals of 5 to 6 inches were reported. Mud, debris, and hail carried by the heavy runoff clogged drains and increased the amount of flooding. Approximately 40 cars and a large truck were inundated at an underpass on I-25, and several more were inundated or buried in mud in other areas. A large number of basements were flooded and streets and highways were heavily damaged in some areas.

**June 11, 1970** - Over 3 inches of heavy rain flooded streets and underpasses throughout metro Denver.

**May 5-18, 1973** - Prolonged rains of up to 6 inches on May 5th and 6th in the South Platte Basin, along with melting of a large snow pack, produced major flooding during the next two weeks along Clear Creek, Sand Creek, and the South Platte River in the Denver metro area. One person died and damages were estimated at around 120 million dollars.

**July 20, 1975** - Heavy rains caused flash flooding across metro Denver, resulting in the closing of several streets and damage to numerous homes and businesses.

**June 13, 1984** - One of the worst hailstorms ever experienced in metro Denver occurred. Torrential rains with as much as 4.75 inches in Lakewood clogged drains and caused widespread damage from flooding. There was one fatality.

**May 16-17, 1995** - Significant moisture and upslope flow caused flooding across metro Denver. Moderate to heavy rains which began on the evening of the 16th developed in the foothills and spread eastward over metro Denver throughout the night. After the spring floodwaters receded, the Colorado Water Conservation Board (CWCB) and the Colorado Office of Emergency Management reported 15 flood-related deaths statewide and damage estimates approached $20 million.

**June 4, 1995** - The heaviest measured rainfall was from a gauge operated by the Pinehurst Golf and Country Club located in southwest Denver where a reported 3.2 inches fell in less than one hour. Residential flooding and storm drainage problems were reported along a small south-bank tributary to Bear Creek. The June 4th storm also caused flood problems in other parts of Denver, Englewood and Sheridan. This single thunderstorm produced the highest peak flows for the year along lower Bear Creek and the South Platte River through Denver.

**July 19, 1997** - At approximately 4:00 p.m., a severe thunderstorm in NE Denver and NW Aurora produced 3.83 inches of rain in less than an hour, exceeding the official Denver one-hour record of 2.2 inches set on August 13, 1921. This storm was accompanied by copious amounts of hail with stone diameters reaching 1.25 inches. Westerly Creek, a tributary to Sand Creek that enters the old Stapleton International Airport property from the south, flowed out of its banks and nearly overtopped Montview Boulevard. The Montview culverts are designed to safely pass a 10-year flood, a project completed by Denver, Aurora and UDFCD in 1980.

**July 27, 1997** - Between 3:00 and 4:00 p.m., Goldsmith Gulch in Denver was hit by heavy rains with 1.66 inches falling at the Denver Tech Center (DTC). Downstream floodwaters approached 10-year levels causing the recently completed side-channel detention facility near Iliff Avenue to function. This flood control facility, constructed by Denver and UDFCD in 1996 was credited with preventing damages downstream. Local residents were pleased with its performance. A minor glitch did occur, however, when the pump that drains the facility failed to start. Denver Wastewater Management Division officials corrected the problem the next day.

The Eastman Avenue ALERT gage peaked at 4 p.m. at a depth of 7.4 feet with an estimated discharge of 1,670 cfs, exceeding its prior record of 1,470 cfs (8/2/91). The Temple Pond gage at the DTC had a maximum water depth of 8.2 feet and a peak outflow of 470 cfs.

Denver Storm Drainage Master Plan                                                                                                                               *September 2014*



*Iliff Stormwater Detention Basin on Goldsmith Gulch*

**July 28, 1997** - Some significant flooding occurred in Denver with Goldsmith Gulch being hit hard for the second consecutive day, exceeding the prior day's peak at Eastman Avenue by one foot and setting a new record of 2,040 cfs at 6:30 p.m. Upstream at Temple Pond, Goldsmith floodwaters pooled to a depth of 9.5 feet releasing 500 cfs. Downstream of Eastman at Yale Avenue the peak flow was estimated at 1,850 cfs and classified as a 10-year event. According to the Goldsmith Gulch design hydrology model, the discharge at Eastman approached the 50-year mark. As with the previous day's storm, the Iliff detention facility and improved channel reaches performed as designed, preventing significant damages. By 9:00 p.m., Goldsmith Gulch floodwaters had combined with Cherry Creek flows causing the Market Street gage in lower downtown Denver to measure its new record peak of 3,200 cfs. The Cherry Creek gage at Steele Street also set a new record at 2,350 cfs. Heavy rains in other parts of Denver and Aurora caused localized flooding of many roads, parking lots and basements.



*Goldsmith Gulch downstream of Yale Avenue on July 28, 1997.*

**July 29, 1997** - Late evening rainfall on July 28 caused the Sand Creek ALERT gage to measure a new record flow of 4,200 cfs at 2:47 a.m. (see July 19 discussion). At Sand Creek Park near its crossing with I-225, the pedestrian trail crossing was overtopped by 4.4 feet, and the discharge was estimated at 3,480 cfs, another ALERT gage record. A parking lot flooded at Quebec Street and Leetsdale Drive in Denver to the point that a car was found floating in it.

**August 11, 1997** - Hail depths of up to 2 feet, driving rains and high winds caused an estimated $150-million in damage in Lakewood and Denver. A rainfall amount of 1 inch in 10-minutes was measured by the Cherry Creek gage in downtown Denver, and after the hail melted, the total measured precipitation exceeded 2 inches. Cherry Creek flowed wall-to-wall at a depth of approximately 5 feet with a peak discharge of 2,640 cfs. This was the second highest measurement for Cherry Creek for the year, exceeded only by the July 28 event.

**September 4, 1997** - Cherry Creek flowed wall-to-wall. Five rain gages had alarmed (1 inch in less than 1-hour) by 9:45 p.m. The locations and amounts were accurately reported to the public at the start of the 10 p.m. broadcast.

**July 25, 1998** - Heavy rains that occurred during the evening caused problems in Denver with flooded basements, stranded drivers and downed power lines. A forecaster for the NWS measured 3 inches in 30 minutes at his home near W. 38th Avenue and Federal Boulevard. The railroad viaduct near 38th and Fox (Basin 0061-01) trapped motorists in water 4 to 5 feet deep. This notorious flood area has been less of a problem in recent years due to drainage improvements completed by Denver and UDFCD, but this storm clearly exceeded the design rainfall amounts.

**July 30, 1998** - Denver streets flooded, zodiac boats were needed for rescues at "Lake Logan" (Logan Street underpass of I-25) and a kayaker was rescued from the South Platte at Santa Fe.

**July 31, 1998** - A flash flood watch was issued by the NWS shortly after 2 p.m. for the entire Front Range from Colorado Springs to Fort Collins. In Denver, street flooding damaged private property in the vicinity of Evans Avenue and Lipan Street.

**April 29-May 1, 1999** - On April 30 and May 1, the NWS issued flood watches for the South Platte River and other large Denver area streams. Gradual rises in river stage were observed due to relatively high rainfall accumulations over the prior week. Englewood Dam recorded a record high water depth of 16.2 feet on April 30. Spillway flows begin at a depth of 40 feet. Flood control improvements to this District-owned, normally dry detention dam were completed in 1976.

**July 31, 1999** - Martin Luther King Boulevard in the Park Hill area of Denver was barricaded due to flooding between Colorado Boulevard and Quebec Street. However, this measure did not stop six motorists from driving into the flooded area and stalling. Sand Creek recorded its annual peak while the Havana Park detention facility in the Westerly Creek basin overflowed into neighborhood streets. Thunderstorm rain in Denver and Aurora exceeded one inch at 8 gaging stations with 1.69 inches occurring at Horseshoe Park in Aurora.

**August 10, 1999** - In the Denver area, more than 3 inches were reported to have fallen in less than an hour. The highest ALERT rain measurement was 2.52 inches, near I-225 and Sand Creek in Aurora. In addition to the wind and rain, hail and lightning caused problems for many areas including DIA.

**August 17, 2000** - Denver Fire Fighter, Bob Crump, died in the line of duty after rescuing a woman from floodwaters in the vicinity of E. 49th Avenue and Colorado Boulevard (Basin 0060-01). Mr. Crump lost his life after being pulled into a submerged open 36 inches stormdrain. The storm at this location was estimated to be a 75-year event. The flooding that was realized this day was somewhat unexpected. Morning analysis indicated minimum flood potential, but weather conditions changed substantially by mid-afternoon. Within 10 to 15 minutes, heavy rainfall was occurring over northern Douglas County and the Littleton area. By 4 p.m., the NWS had issued an urban and small stream flood advisory for this storm and at 4:37 p.m. the advisory was upgraded to a flash flood warning for a large portion of the Denver metropolitan area.

**May 3-5, 2001** - Three days of steady upslope rain saturated soils along the Front Range. Rainfall amounts totaled 2 to 3 inches over much of Denver causing some minor street flooding while larger streams like Cherry Creek and the South Platte River rose above normal. Two reservoirs monitored by the ALERT system recorded their annual peaks on May 5.

**June 20, 2001** - At 7:20 p.m., heavy rain and damaging hail struck DIA causing major damage. Between 40 and 50 mobile homes were also damaged in the Watkins area.

**July 8, 2001** - Serious street and stream flooding hit Denver between 4 and 6 p.m. The storms were accompanied by high winds and small hail. Flash flooding was observed on Harvard Gulch, Goldsmith Gulch, Cherry Creek, the South Platte River, and along I-25 where the infamous "Lake Logan" (Logan Street/I-25 underpass) once again stopped traffic. The Harvard Gulch at Jackson Street rain gage measured the heaviest rainfall of 0.67 inches in 5 minutes and 2.48 inches in an hour.



*Goldsmith Gulch upstream of Mexico Avenue on July 8, 2001.*

**July 23, 2001** - A highly localized storm impacted rush hour traffic around the Denver Tech Center. Hail, wind and rainfall amounts exceeding 1.2 inches in 30 minutes slowed travel on I-25 and I-225. Funnel clouds were also reported. The South Platte River gage at Union Avenue recorded its record flow for the year.

**August 5, 2002** - A heavy thunderstorm near DIA set a record high water level for the 2-year-old ALERT stream gage on Third Creek. The rain gage at that station measured 2.36 inches and prompted the NWS to issue a flash flood warning. Most of the metro area received less than an inch of rain while two gages in the Bear Creek basin measured over an inch.

**September 13, 2002** - Once again the I-25/Logan Street underpass was inundated by stormwater - this time disrupting traffic for over 3 hours during evening rush hour. A number of motorists were rescued from their vehicles. Rainfall totals 1.06 inches to 1.18 inches were measured near the I-25 corridor between the Denver Tech Center and Broadway. The Transportation Expansion Project (T-REX) construction vastly improved this historic drainage problem.

**August 18, 2004** - It was a deluge that produced standing water across the entire region and an average of 1.62 inches of precipitation fell on Denver. The South Platte River swelled to 10,000 cfs from 300 cfs earlier in the day. The Denver Fire Department responded to nearly 180 calls between 4:30 and 6:30 pm, 10 times the normal volume. Many of those calls requested water rescues. City and State crews used snowplows to clear water from clogged drains in Denver. About 5 inches fell on the Denver Zoo. A car was swept over a 6-foot embankment about 1:00 am. Two lanes of northbound I-25 at West Alameda Avenue were closed under 8 inches of standing water. The worst flooding spots were: I-25 at Alameda and I-70 in the area of Vasquez, Steele and York streets, Manna Pro grain elevators at 44th and Madison, and the Union Pacific Railroad bed was washed out at the BNSF crossing between Madison and Monroe Streets leaving 100' of track hanging in midair.

**June 3, 2005** - A heavy thunderstorm swept through southeast Denver flooding 9 homes in the Hamden Heights neighborhood to varying degrees as well as flooding East Girard west of Havana, damaging numerous parked cars. This storm was estimated to be between a 50 and 100-year rainfall event. Surcharging on storm drain manholes in Five Points was recorded.



*Flooding on E Eastman Avenue on June 3, 2005.*

**July 4, 2006** - Independence Day was a weather-producer in 2006 with nature contributing its own fireworks. Denver and Arvada were the primary targets for heavy rainfall with many gages reporting more than an inch of rain. The Cherry Creek gage at Steele Street measured the greatest amount of 1.73 inches. The rainfall did not, however, prevent the anticipated celebrations from taking place. Five stream gages recorded annual peaks.

**August 13, 2006** - Multiple storms occurred during the evening hours causing the ALERT system to generate 11 rainfall alarms from 7 stations in Denver, Aurora and Golden between 8:15 and 10:40 pm. Annual peaks occurred at 8 stream gages on Harvard Gulch, Goldsmith Gulch, Westerly Creek and the South Platte River. This was a busy day for the ALERT system, but fortunately, no major damages were reported—just some nuisance flooding during the late evening. Consequently, this event attracted little media attention.

**August 14, 2006** - Heavy rainfall was recorded in the Capitol Hill area, causing flooding on East Colfax at Clarkson, Williams and Colorado Boulevard. Businesses and subterranean condominiums along 17th Avenue from Lafayette to Humboldt were also flooded.

**August 19, 2006** - Northwest Denver experienced an intense localized storm cell resulting in flooding at the W. 38th Avenue underpass of the railroad tracks between Inca and Fox.

**May 14, 2007** - A thunderstorm developed rapidly due to multiple thunderstorm outflow boundaries that were initiated by weak and moderate thunderstorms across western Jefferson and western Boulder Counties. The thunderstorm produced heavy rainfall of 0.75-inch to 1.50-inch in 10-30 minutes across eastern Jefferson, Denver, western Arapahoe and southwest Adams Counties. Short lead Red Flood Alerts were issued for these 4 counties. Two-year-old Jose Matthew Jauregui Jr. was swept away by rapidly rising water along a bike path in Lakewood Gulch at Decatur Street. His body was later recovered downstream in the South Platte River.



*Flooding in southern Denver on July 27, 2007.*
*(Photo Courtesy Denver Post)*

**July 27, 2007** - A Flash Flood Watch was issued for the entire Denver area due to the threat of very heavy rainfall that could initiate flash flooding and urban flooding. Strong thunderstorms developed late in the afternoon across the southern portion of Denver. The storms moved very slowly to the north producing heavy rainfall of 1.50-inches to 2.50-inches in 30-60 minutes prompting a Flash Flood Warning for Denver, Arapahoe and Adams Counties.

**August 8, 2008** - A severe thunderstorm cell moved through central, east central and southeast Denver causing flooding in the Country Club neighborhood, Cherry Creek North, Hale Parkway, Severn Place between Jersey and Jasmine, S. Holly and Pacific Place and E. Mississippi and Leetsdale/Parker Road. In some areas 2-inch to 2.5-inch of rain was recorded in a 1 hour period equivalent to a 100-year storm. Several homes, business and apartments were flooded in each of these areas.

**April 16-18, 2009** - A big precipitation event arrived by way of a winter storm. Many streams were flowing well above normal and four stormwater detention basins recorded annual peaks, including Kelly Road Dam in Denver. Denver Fire Department rescued at least one person that became trapped between the channel walls of Cherry Creek.

**May 24-25, 2009** - Heavy intense rain dropped 2-inch plus rains over central Denver. Minor flooding occurred along Lakewood Gulch through Denver, with a peak flow of 600 cfs at 10th Avenue.

**June 23-25, 2009** - This storm impacted DIA and caused street flooding during rush-hour with hail that hit the northwest metro area. These storms produced strong east moving thunderstorms over Denver that caused a downpour of 1.5 to 2.4 inches in 20-45 minutes and prompted a NWS flash flood warning in this 3-day period. Four east Denver condominiums were flooded by 4 feet of water and a dog died at 5300 East Cherry Creek Drive South. Several homes flooded along East Missouri Avenue and the sump at East Tennessee Avenue and Oneida Street flooded Rainfall totals exceeded 2 inches at some locations.

**July 3, 2009** - This day was the second in a 5-day series of stormy days. The National Weather Service reported that severe thunderstorms produced large hail north and east of Denver. Localized flooding was reported in central and southeast Denver including S. Glencoe south of E Yale Avenue.



*Flooding on Harvard Gulch on July 3, 2009.*
*(Photo Courtesy Ed Done)*

**July 10, 2009** - Storms triggered many rainfall rate alarms between 8:30 and 10 p.m. in Denver, causing some minor street flooding and flooded several properties in central and east Denver.

**July 20, 2009** - A supercell thunderstorm moved quickly to the south producing very intense rainfall, large hail and powerful straight line winds. Property damages from the wind and hail were high, and localized flooding was reported in east Denver. The storm duration was short but the rainfall intensities were very high.

**April 21-23, 2010** - A system of strong thunderstorms produced large hail and heavy rainfall. The stormy period lasted about 48 hours, changing over to a widespread rain and snow storm with precipitation totals exceeding 2 inches at many locations. Runoff from the storms caused annual flood peaks affecting Kelly Road Dam on Westerly Creek in Denver, and Sand Creek and Cherry Creek through Denver. No serious damages occurred; however, this storm caused the largest widespread flooding event of the 2010 flood season.

**August 4, 2010** - Heavy rains impacted Westerly Creek in Denver. Annual flood peaks were recorded in this drainage basin. While rainfall totals only approached 1.4 inches in this area, stations measured very high intensities.

**July 7, 2011**- This was the biggest rain day of 2011. Rainstorms appeared with flash flood and severe thunderstorm warnings being issued for Denver County. The heaviest total rainfall occurred in the area bounded between Alameda Avenue and I-70 from I-25 on the west to I-225 on the east. The largest storm totals exceeded 3 inches in the Westerly Creek basin located in Denver. Denver officials reported that storm sewer manholes popped their covers at over 50 locations. Numerous streets, intersections and underpasses were flooded, and dozens of properties reported flood damage across a wide swath in central and east Denver. Ferril Lake as City Park which had been modified in 2007-2008 to provide stormwater detention rose nearly 3 feet during the storm as intended. Annual peak flows were recorded for Westerly Creek in Denver.

**July 12, 2011** - Annual peaks were measured in Denver on Cherry Creek, Lakewood Gulch, Sanderson Gulch, and the South Platte River. The Sanderson Gulch and Lakewood Gulch stream gages set new records. Rain totals were mostly less than 2 inches.

**July 13, 2011** - Storms caused an annual streamflow peak on Goldsmith Gulch in Denver. Damage was reported at the Boys and Girls Club in Denver's Westwood neighborhood and flooding was reported at one home in west Denver.

**July 14, 2011** - Heavy rainfall occurred to the west in Denver County where annual peaks were recorded for Harvard Gulch and Goldsmith Gulch at Iliff Avenue in Denver. Flooding was reported again in Glencoe Street south of Yale Avenue.

**July 7, 2012** - A late evening storm arrived the evening before and remained until the morning of July 7, affecting Denver County.

**September 12, 2012** - Denver was issued a special "Cherry Creek Trail Flood Advisory" for low impact flooding due to a general wide-spread low-intensity rainfall over the region.

**July 13, 2013** - Multiple thunderstorms moved through Denver during afternoon hours with rainfall totals exceeding 3 inches. The storm caused Lakewood Gulch in Denver to rise over 6 feet in a short period setting a new record for the USGS gage that has operated continuously since 1981. Localized flooding was reported at Martin Luther King Boulevard and Eudora Street.

**September 9-15, 2013** - Waves of rainfall during mid-September caused significant flooding and related damage outside of Denver, especially in Aurora, Commerce City, Boulder, Jamestown, Lyons and Estes Park. Denver experienced significant rainfall and peak flows. Rainfall intensities exceeded 3 inches per hour for periods of time on September 9, 10, 12, and 15. Overall, total precipitation exceeded 12 inches in some parts of Denver. More than 5 inches fell over the Westerly Creek basin and activated the spillway at Kelly Road Dam at E 11th Avenue & S Willow Street. Floodwaters on Sand Creek caused considerable bank erosion that threatened the Metro Wastewater Treatment Plant near its confluence with the South Platte River.



*Total Rainfall on July 7, 2011. Red Shades Indicate 2- and 3-Inches of Total Precipitation. (Courtesy of NOAA)*



*East Denver Flooding on September 12, 2013. (Photo Courtesy Tony Ryan)*