**Exhibit 9**

**Presentation from Platte to Park Hill:**

**Stormwater Systems Kickoff Public Meeting,**

**November 17, 2015**

# Welcome!

Platte to Park Hill: Stormwater Systems Kickoff Public Meeting

November ,17 2015



Platte to Park Hill: STORMWATER SYSTEMS

# What is the Outfall Systems Plan (OSP)?

PUBLIC MEETING #1
NOVEMBER 17,2013

- 12-18 month planning process to evaluate basin-wide stormwater and water quality improvements.
- Addresses the 9 square mile watershed from I-70 East & the South Platte to Fairmount Cemetery & Alameda Ave.
- Broken up into the Lower Montclair Basin (North of 17th St.) and Upper Montclair Basin (South of 17th St.)

GLOBEVILLE LANDING OUTFALL FOCUS AREA
MONTCLAIR BASIN FOCUS AREA
PARK HILL BASIN FOCUS AREA
LOWER MONTCLAIR BASIN
PARK HILL BASIN
UPPER MONTCLAIR BASIN
LEGEND

NORTH DENVER CORNERSTONE COLLABORATIVE
AN INITIATIVE OF MAYOR MICHAEL B. HANCOCK

DENVER
THE MILE HIGH CITY

Platte to Park Hill: STORMWATER SYSTEMS

# Outfall Systems Plan (OSP): Historical Conditions

PUBLIC MEETING #1
NOVEMBER 17,2013

NORTH DENVER CORNERSTONE COLLABORATIVE AN INITIATIVE OF MAYOR MICHAEL B. HANCOCK







Platte to Park Hill: STORMWATER SYSTEMS

# MONTCLAIR/PARK HILL BASIN

PUBLIC MEETING #1
NOVEMBER 17,2013



Platte to Park Hill: STORMWATER SYSTEMS

# Adjacent Neighborhood Plans

PUBLIC MEETING #1
NOVEMBER 17,2013

Through previous neighborhood planning efforts, drainage was identified as a top concern by residents and business owners in the Elyria & Swansea, River North, Cole, Globeville, and Clayton communities.

NORTH DENVER CORNERSTONE COLLABORATIVE AN INITIATIVE OF MAYOR MICHAEL B. HANCOCK

DENVER THE MILE HIGH CITY

Platte to Park Hill: STORMWATER SYSTEMS

# Project Area

PUBLIC MEETING #1
NOVEMBER 17,2013

NORTH DENVER CORNERSTONE COLLABORATIVE AN INITIATIVE OF MAYOR MICHAEL B. HANCOCK

Platte to Park Hill: STORMWATER SYSTEMS

# Project Goals

PUBLIC MEETING #1
NOVEMBER 17, 2015

1

Provide a foundation for the protection of the areas of the Cole, Clayton, Park Hill, River North, Elyria and Swansea neighborhoods impacted by the Montclair and Park Hill drainage basins up to and including a 100-year flood event.

2

Provide new community amenities that are integrated into the urban context.

3

Enhance multi-modal connectivity in the area and reconnect the street grid.

4

Restore functionality to the Montclair and Park Hill drainage basins and increase nature within these basins to the South Platte River.

5

Involve and engage the community in an inclusive process and gear the project development toward their neighborhood well-being and best interests.

6

Keep the project on schedule and on budget.

NORTH DENVER CORNERSTONE COLLABORATIVE AN INITIATIVE OF MAYOR MICHAEL B. HANCOCK

DENVER
THE MILE HIGH CITY

Platte to Park Hill: STORMWATER SYSTEMS

# Public Process

PUBLIC MEETING #1
NOVEMBER 17,2013

## Step 1

- **Project Framework:** Define guiding principles and goals that support the vision of the project
- **Site Analysis**: Collect baseline information to inform alternative development
- **Working Group:** Form a group of community stakeholders to identify opportunities and concerns

▲ *NDCC Town Hall*
● *Meet with working group*

## Step 2

- **Design Criteria:** Establish a set of criteria on which to base design elements
- **Design Alternatives:** Develop initial alternatives

■ *Public Meeting*
● *Meet with working group*

## Step 3

- **Screening**: Develop a series of concepts that will be screened against goals and design criteria
- **Preferred Plan**: Create a plan from alternatives that meet the screening criteria
- **Next Steps:** Outline the design/procurement process

■ *Public Meeting*
▲ *NDCC Town Hall*
● *Meet with working group*

Ongoing one-on-one, small group, working group and community meetings

**Early 2016**

NORTH DENVER CORNERSTONE COLLABORATIVE AN INITIATIVE OF MAYOR MICHAEL B. HANCOCK

DENVER
THE MILE HIGH CITY

Platte to Park Hill: STORMWATER SYSTEMS

# Project Schedule

PUBLIC MEETING #1
NOVEMBER 17,2013

Fall/ Winter 2015
Spring 2016
Summer/Fall 2016
Late 2016
2017
2018
September 2019
Ongoing Montclair Outfall Systems Plan
Montclair/Park Hill Basin Conceptual Plan
Montclair/Park Hill Basin Preliminary Design
Globeville Landing Outfall Preliminary Design
Globeville Landing Outfall Construction
Montclair/Park Hill Basin Construction
I-70 East Construction
Globeville Landing Outfall operational
Montclair/Park Hill Basin operational

NORTH DENVER CORNERSTONE COLLABORATIVE AN INITIATIVE OF MAYOR MICHAEL B. HANCOCK

DENVER
THE MILE HIGH CITY

