**Exhibit 11**

**Declaration of Lesley Thomas**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Actions Nos.   17-cv-01661-WJM
17-cv-01679-WJM

KYLE ZEPPELIN; BRAD EVANS; CHRISTINE O'CONNOR; KIMBERLY MORSE; JACQUELINE LANSING; JANET FEDER; SIERRA CLUB; ELYRIA AND SWANSEA NEIGHBORHOOD ASSOCIATION; CHAFEE PARK NEIGHBORHOOD ASSOCIATION; and COLORADO LATINO FORUM,

    Plaintiffs,

v.

FEDERAL HIGHWAY ADMINISTRATION, ELAINE CHAO, in her official capacity as Secretary of Transportation; and JOHN M. CARTER; in his official capacity as Division Administration,

    Defendants,

v.

COLORADO DEPARTMENT OF TRANSPORTATION, et al.,

    Defendant-Intervenors.

## DECLARATION OF LESLEY THOMAS

I, Lesley Thomas, being competent to make this statement, do swear and affirm the following:

1.     I am the City Engineer for the City and County of Denver. This declaration is based on my personal knowledge and information from business records which are maintained in the ordinary course of business and from entries made therein at or near the time of the events so recorded. I am authorized to testify to the matters herein. If called as a witness, I could competently testify regarding the facts in this declaration.

2. I have been employed by the City since 1990 and have held my current position as the City Engineer since 2002. I also serve as the Deputy Director of Public Works for the City and County of Denver. I hold a bachelor's degree in civil engineering and have 35 years of experience in the field.

3. As the City Engineer, I manage an engineering team that designs and implements public infrastructure and facilities projects to enhance the quality of life and protect public health and safety in Denver. I personally have been involved in multiple stormwater management projects throughout the City, including detention and flood control improvements at Ferril Lake, Lakewood Gulch, and Hampden Heights.

4. In particular, I have been involved in developing the City's Platte to Park Hill Stormwater Systems Project since its inception. Among other duties, my responsibilities have included developing the project requirements, securing project resources, hiring experts and staff, and selecting winning contracting teams.

5. The City's Stormwater Project aims to protect lives, homes, businesses, and property from flooding in the neighborhoods of Elyria, Swansea, Cole, Clayton, Skyland, Whittier, Five Points, and Northeast Park Hill. Those eight neighborhoods fall within two drainage basins, the Montclair Basin and the Park Hill Basin, which the City has determined to be the most at-risk for catastrophic flooding during a 100-year storm event.[1] The City's Stormwater Project also aims to meet a number of additional priorities for the City, including the provision of community amenities and parkland, the use of green infrastructure, increased pedestrian and bicycle transportation opportunities, improved water quality, and enhanced development opportunities.

---

[1] A 100-year storm event has a 1% chance of happening in any given year.

6.     Over the past 100 years, widespread flooding has been documented throughout the City, but particularly in downstream neighborhoods in the Montclair and Park Hill Basins that receive stormwater from areas higher in the basins. For example, in August 2000, a Denver firefighter died while rescuing a woman stranded in floodwaters in the vicinity of 49th Avenue and Colorado Boulevard. In August 2004, after nearly five inches of rain fell near the Denver Zoo, the Denver Fire Department received numerous calls for water rescues, and a car was swept over a 6-foot embankment. In July 2011, heavy rain caused storm drain manholes in Denver to pop their covers at over 50 locations and dozens of properties were flooded in central Denver. In September 2013, total precipitation exceeded 12 inches in some parts of Denver. The destruction and losses caused by these and other moderate to large storm events prompted the City to reexamine stormwater management in the Montclair and Park Hill Basins.

7.     Historically, the Montclair and Park Hill Basins had open creeks and gulches that moved stormwater to the South Platte River. As the City developed, the natural drainageways were removed and replaced with homes, businesses, streets, and industry. Today, the Montclair Basin is the City's largest basin (10.9 square miles) without a defined open waterway. The Montclair and Park Hill Basins are fully developed and contain densely populated residential and commercial neighborhoods.

8.     The Montclair and Park Hill Basins also lack stormwater infrastructure sized to safely handle today's flows. Existing storm drains and pipes in the area are capable of collecting all water only from minor events. During moderate and large storms, excess stormwater bypasses the pipes and flows through the streets.[2] Stormwater flows from upstream areas near Colorado

---

[2] A minor storm is generally understood as frequent storm event with one inch or less of rainfall. In most cases, the City's pipes and streets can safely convey stormwater to the creeks and gulches,
*Cont.*

Boulevard and East Colfax Avenue through the eight downstream neighborhoods identified above before ultimately reaching the South Platte River. Even during moderate storm events, stormwater in the downstream neighborhoods have flooded properties and created unsafe conditions for residents and first responders. Over the years, the City has received numerous calls from residents in the downstream neighborhoods complaining of flooding.

9. The City's past experience and stormwater modeling show that, during large storm events, substantial portions of the downstream neighborhoods in the Montclair and Park Hill Basins will experience surface water depths of three feet or more, and some areas would experience depths as great as 6 feet. The Denver area typically experiences several rainfall events per year. Should a 100-year storm event occur under existing conditions, the result would be catastrophic. Several hundred properties are at risk, and the estimated damage in the Montclair Basin alone would be in the hundreds of millions of dollars. Flooding also would endanger the lives of residents and first responders.

10. For those reasons, the City has concluded that the Montclair and Park Hill Basins have the highest risk of flood damage to life and property anywhere in the City and are the City's highest priority for stormwater improvements.

---

with some limited exceptions. A moderate storm event occurs less frequently and is generally characterized as having greater than one inch, but less than three inches, of rainfall in one hour. In this type of storm event, pipes will be full, and low-lying streets will be flowing like rivers. Moderate storm events may trigger flash flood alerts. Underpasses, low-lying areas and properties not properly elevated will be subject to flooding. A large storm event is typically defined by the 100-year storm, which is the industry standard design storm. Large storms include very intense rainfall with flash-flood alerts and limited visibility when driving. Pipes will be full, low-lying streets will flow like rivers above and beyond the top of curb. Detention facilities will be full and may need to spill or release water. Creeks and gulches will overtop their banks. Property damage and risks to public safety will be severe.

11. The City began a planning effort to upgrade existing flood protection in the Montclair Basin in approximately 2001, and as a result, expanded the stormwater detention capacity of City Park's Ferril Lake in 2008. Subsequently, the City began planning a pipe system, known as the High Street Outfall, capable of collecting and channeling stormwater during a 5-year flood event to the South Platte River.

12. The City did not complete the High Street Outfall because new modeling techniques showed that the High Street Outfall would still leave a significant flooding potential in basin, as well as because a large piece of property became available that would allow the City to capture and convey much more stormwater, and thereby provide much greater neighborhood protection. The property, known as the "Market Lead," is a right-of-way for a now-abandoned railroad line that runs east-west along 39th Avenue. The Market Lead became unusable as a rail line due to the construction of the Regional Transportation District's construction of its A-Line Commuter Rail. The City completed the acquisition of the Market Lead in January 2016.

13. Acquisition of the Market Lead gave the City the opportunity to protect its northern neighborhoods from even a 100-year level storm. Specifically, the Market Lead acquisition enabled the City to design an open channel for drainage along 39th Avenue that will be capable of reliably and safely capturing a large volume of stormwater and channeling it towards an outfall to the South Platte River at Globeville Landing Park that the City is currently building. Before the Market Lead property became available, there was no feasible way for the City to design a system capable of capturing and conveying 100-year flows to the outfall.

14. Building upon its acquisition of the Market Lead, the City developed its Platte to Park Hill Stormwater Systems Project. The Project takes a comprehensive approach to stormwater management in the Montclair and Park Hill Basins. The Project involves a series of interrelated

infrastructure improvements, including an open-channel drainage system along 39th Avenue, new or formalized detention areas at City Park Golf Course and Park Hill Golf Course, larger storm drains and pipes, and a larger outfall to the South Platte River at Globeville Landing Park. Upon completion, the Project will significantly reduce the risk of flooding to downstream neighborhoods during moderate, heavy, and 100-year storm events. The planned improvements also meet the City's goals to provide additional community amenities and parkland, use green infrastructure, increase pedestrian and bicycle transportation opportunities, improve water quality, and enhance development opportunities.

15. I am aware that the Record of Decision for the Central 70 Project contemplates lowering a portion of I-70 below grade and consequently included a drainage system independently capable of channeling stormwater that reaches the lowered portion of the highway to the South Platte River during a 100-year flood event. Given the City's plans to improve the stormwater infrastructure in the same drainage basins where the lowered portion of I-70 will be located, the City has coordinated with the Colorado Department of Transportation ("CDOT") to examine potential redundancies in the two stormwater systems and identify opportunities for cost and time savings. In particular, the stormwater infrastructure the City plans to develop to protect life and property in the City's downstream neighborhoods also will have the effect of reducing the volume of stormwater reaching the lowered portion of I-70. CDOT therefore has agreed that it will contribute some state funds to the City's Stormwater Project.

16. The primary purpose of the City's Stormwater Project is to protect all lives, homes, businesses, and property in downstream neighborhoods within the Montclair and Park Hill Basins. While the Central 70 Project will, incidentally, receive protection by virtue of its location in these basins, the City is not undertaking its Stormwater Project for the purpose of preventing the lowered

portion of I-70 from flooding. Even if the Central 70 Project were to be canceled or did not involve lowering a portion of I-70 below grade, the City still would implement its Stormwater Project as presently designed and on the present schedule due to the urgent need to prevent catastrophic flooding within the City's downstream neighborhoods. Consequently, the City intends to complete its Stormwater Project regardless of potential delays in, or the ultimate implementation of, the Central 70 Project.

17. The City issued a notice to proceed to begin construction on the new outfall system at Globeville Landing Park in November 2016. The City's contractors are performing the work at the site in compliance with an Administrative Settlement Agreement and Order on Consent reached between the City and the U.S. Environmental Protection Agency ("EPA"). Under the Agreement and subject to EPA oversight, the City is implementing all required environmental protection measures to protect human health, groundwater, surface water, air, and soils from contamination. Such measures include proper treatment and disposal of contaminated waste material and groundwater, stormwater management to prevent ground or surface-water contamination, and dust control measures to prevent air quality contamination. The City has been conducting daily air quality monitoring at the site and the monitors have shown no exceedances of state or federal limits.

18. The City's contractors already have completed nearly all necessary excavation and currently are constructing culverts and other below-grade infrastructure for the outfall system at Globeville Landing Park. The City, as well as the EPA, have conducted regular monitoring for potential airborne contaminants—including, but not limited to, lead, arsenic, particulate, asbestos, and visible dust—and there have been no exceedances of air quality standards. The City does not anticipate any further construction-related disturbances to hazardous materials at the site.

Excluding landscaping and the addition of other above-ground amenities for the Park, the City estimates that construction of the improved outfall system will be complete by June 2018.

19. Notice to proceed was issued for the City Park Golf Course Redesign Project, the second major component of the Stormwater Project, in August 2017.

20. The final major component – the 39th Avenue Greenway Project – is currently in the procurement phase, and the City anticipates finalizing a contract for that project this fall.

21. None of the City's contracts or plans depend upon whether the Central 70 Project moves forward, nor does the City's drainage project require any FHWA permits or approvals to proceed.

22. The City has its own independent reasons for constructing its Stormwater Project, and those reasons would be no less important or urgent if the Central 70 Project were to be altered or canceled. Each day that passes, there is a risk that a catastrophic flood will take the lives, homes, businesses, and property of people in Elyria, Swansea, Cole, Clayton, Skyland, Whittier, Five Points, and Northeast Park Hill. The City's Stormwater Project is essential to mitigating that risk and must be implemented as quickly and responsibly as possible. The City therefore intends to complete its Stormwater Project whether or not the Central 70 Project goes forward.

I declare under penalty of perjury that the foregoing is true and correct.

*Lesley B Thomas*
Lesley Thomas

Executed this 26th day of Sept 2017, at Denver, Colorado.