**Exhibit 12**

**Declaration of Anthony R. DeVito**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Actions Nos.   17-cv-01661-WYD-MEH
17-cv-01679-WYD-MEH

KYLE ZEPPELIN; BRAD EVANS; CHRISTINE O'CONNOR; KIMBERLY MORSE; JACQUELINE LANSING; JANET FEDER; SIERRA CLUB; ELYRIA AND SWANSEA NEIGHBORHOOD ASSOCIATION; CHAFEE PARK NEIGHBORHOOD ASSOCIATION; and COLORADO LATINO FORUM,

    Plaintiffs,

v.

FEDERAL HIGHWAY ADMINISTRATION, ELAINE CHAO, in her official capacity as Secretary of Transportation; and JOHN M. CARTER; in his official capacity as Division Administration,

    Defendants,

v.

COLORADO DEPARTMENT OF TRANSPORTATION, et al.,

    Defendant-Intervenors.

---

**DECLARATION OF ANTHONY R. DEVITO IN SUPPORT OF CDOT'S OPPOSITION TO ZEPPELIN PLAINTIFFS' MOTION FOR STAY**

---

I, Anthony R. DeVito, being competent to make this statement, do swear and affirm the following:

1. I am the Central 70 Project Director. This Declaration is based on my personal knowledge and information from business records which are maintained in the ordinary course of business and from entries made therein at or near the time of the events so recorded. I am

1

authorized to testify to the matters herein. If called as a witness, I could competently testify regarding the facts in this declaration.

2. I have been employed by the Colorado Department of Transportation ("CDOT") since August 1991 and have served in my current role as the Central 70 Project Director since July 2015. The Central 70 Project Director leads CDOT's efforts to procure and implement Phase 1 of the preferred alternative identified in the I-70 East Final EIS and approved in the Record of Decision, known as the Central 70 Project. I am a licensed Professional Engineer in the State of Colorado (PE 30228 issued 2/7/1995).

3. The Central 70 Project is integral to the continued growth and development of the Denver metropolitan area and the State of Colorado. I-70 serves a number of important transportation functions for the state and region, including interstate and intrastate passenger and truck travel, regional access to Denver International Airport from downtown Denver and the metropolitan area; linkage as an inner beltway between I-225 and I-270; and access to adjacent employment areas, neighborhoods, and new development centers.

4. I-70's ability to continue serving that important transportation function for the region is in jeopardy. The portion of I-70 within the project area, which is between I-25 and Tower Road, is one of the most heavily traveled and congested highway corridors in the region and state, currently providing service to over 200,000 vehicles a day. Some portions of the project area are congested for as many as 10 hours per day. Trips take approximately twice as long during morning and evening peak hours, resulting in over sixty thousand additional vehicle hours traveled each day due to congestion. Congestion on I-70 causes drivers to divert onto local streets, causing additional congestion and safety issues within surrounding neighborhoods.

5. The portion of I-70 within the project area also currently suffers from inadequate acceleration and deceleration ramp lane lengths, insufficient sight distances at entrance and exit ramps, ramp design speeds that are too low, inadequate width and/or non-existent safety shoulders, and other roadway conditions that do not meet current design standards. Due in part to those substandard conditions, over a three-year period, I-70 experienced 2,872 crashes and seven fatalities, which is higher than the state average for urban freeways.

6. Any preliminary injunction would extend the period during which the general public and the CDOT employees who maintain and operate the highway are exposed to higher risks.

7. Additionally, the two-mile long viaduct that supports a section of I-70 has exceeded its expected lifespan and is classified as structurally deficient or functionally obsolete and in need of repair, rehabilitation, or replacement. An April 2017 structural inspection (attached as Exhibit 18 to CDOT's response to the petition for stay) confirmed the structural deficiency of the viaduct and showed significant deterioration of condition since the last inspection and the condition reported in the Final EIS, including an inventory of fatigue cracks and tears, girders skewed 45 degrees, exposed rebar, rust, and concrete spalling and delamination. In June, another series of emergency repairs were necessary after several post tension rods (which essentially hug the structure together and were designed and installed to help distribute loading across the piers of the structure) catastrophically failed and sprung loose from the bridge. CDOT will continue to monitor and keep the structure safe for the users above and below the structure. However, any significant delay in the Central 70 Project would mean additional costly repairs, possible weight restrictions, possible supplemental structures below and possibly an emergency bridge replacement.

3

8. Those problems will only grow worse as the structure continues to deteriorate and the Denver area's rapid population growth and economic development continue to increase travel demand. Denver's population is expected to increase 42 percent and employment is expected to increase 58 percent from 2010 to 2035. Unless the Project is built, the portion of I-70 within the project area will commonly experience speeds as low as 10 mph in both directions during peak periods. Traveling between I-25 and Tower Road will take more than an hour during the evening commute. Increased congestion on I-70 will result in additional traffic accidents and will force even more traffic onto surface streets in the surrounding neighborhoods. All told, taking no action would result in more than three-hundred thousand additional vehicle hours traveled each day due to congestion.

9. The Project is expected to substantially reduce the duration and intensity of congestion and increase safety within the project area. The Project will increase roadway safety by removing the existing viaduct and improving roadway conditions to current design standards. Through the provision of additional lanes, the Project will preserve average speeds above 40 mph for a far greater portion of the day. Travel times between I-25 and Tower Road will be more than halved during peak periods, ranging from about 15 to 20 minutes in managed lanes to about 30 minutes in unmanaged lanes. Due to decreased congestion and greater travel-time reliability, fewer drivers will divert from I-70 onto surface streets, reducing congestion and safety problems in surrounding neighborhoods. The Project ultimately will save drivers more than three-hundred thousand vehicle hours traveled each day.

10. The Project also will increase neighborhood connectivity and cohesion by removing a portion of the viaduct, lowering a section of I-70 below grade, and constructing a four-

acre cover that will serve as a public park for the local communities and serve as an environmental justice mitigation measure. The cover will benefit the surrounding communities by removing a major visual barrier, providing open space, and increasing neighborhood mobility for drivers, pedestrians, and bicyclists. City streets will be rebuilt with 8 foot sidewalks, lighting, curb ramps and tree lawns.

11. By improving mobility along I-70, the Project will provide for 13,900 new jobs across all sectors of the local economy, from low-wage workers to high-wage professionals. Further, CDOT has received special permission from the Federal Highway Administration to pilot local hiring for the project. In order to help ensure that local jobs provide family-sustaining wages and a pathway to long-term careers, CDOT has established a neighborhood training center and partnered with education centers, unions and nonprofits to provide training and career support. In addition, a private foundation has decided to invest $1.06 million to advance and supplement this work.

12. If the Court were to issue a preliminary injunction preventing CDOT from implementing the Project, the social and environmental benefits described above would be delayed or potentially lost.

13. Construction of Central 70 is expected to last four years with the recently-selected bid and would start early next year.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Anthony R. DeVito, P.E.

Executed this 27th day of September, 2017, at Denver, Colorado.

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of September, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Melissa A. Hailey
Aaron D. Goldhamer
Keating Wagner Polidori Free, P.C.
1290 Broadway, Suite 600
Denver, CO 80203
(303) 534-0401
(303) 534-8333
mah@keatingwagner.com
agoldhamer@keatingwagner.com

James Jay Tutchton
Tuchton Law Office
6439 East Maplewood Avenue
Centennial, CO 80111
(720) 301-3843
jtuchtontlo@gmail.com

Carter F. Thurman
Mayte Santacruz
U.S. Department of Justice
Env't & Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, DC 20044-7611
(202) 305-0465 (phone)
(202) 305-0506 (fax)
carter.thurman@usdoj.gov
mayte.santacruz@usdoj.gov


/s/
NICHOLAS A. DIMASCIO