**Exhibit 14**

**Declaration of Nicholas A. DiMascio**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Actions Nos.   17-cv-01661-WYD-MEH
17-cv-01679-WYD-MEH

KYLE ZEPPELIN; BRAD EVANS; CHRISTINE O'CONNOR; KIMBERLY MORSE; JACQUELINE LANSING; JANET FEDER; SIERRA CLUB; ELYRIA AND SWANSEA NEIGHBORHOOD ASSOCIATION; CHAFEE PARK NEIGHBORHOOD ASSOCIATION; and COLORADO LATINO FORUM,

    Plaintiffs,

v.

FEDERAL HIGHWAY ADMINISTRATION, ELAINE CHAO, in her official capacity as Secretary of Transportation; and JOHN M. CARTER; in his official capacity as Division Administration,

    Defendants,

v.

COLORADO DEPARTMENT OF TRANSPORTATION, et al.,

    Defendant-Intervenors.

**DECLARATION OF NICHOLAS A. DIMASCIO IN SUPPORT OF OPPOSITION TO ZEPPELIN PLAINTIFFS' MOTION FOR STAY**

I, Nicholas A. DiMascio, being competent to make this statement, do swear and affirm the following:

1. I am employed as an attorney with Kaplan Kirsch & Rockwell, LLC. This declaration is based on my personal knowledge and information from business records which are maintained in the ordinary course of business and from entries made therein at or near the time of the events so recorded. I am authorized to testify to the matters herein. If called as a witness, I could competently testify regarding the facts in this declaration.

2. According to the docket for *MacFarlane v. City and County of Denver* (Denver Dist. Ct. No. 16-cv-32126), the official court reporter for the bench trial that recently took place in that case is Stevens-Koenig Reporting, 700 17th St., Suite 1750, Denver, CO, 80202.

3. I contacted Stevens-Koenig Reporting and requested copies of the official transcripts of the testimony given by Lesley Thomas on August 21, 2017, and Bruce Uhernik on August 23, 2017.

4. On September 13, 2017, I received an e-mail from Rachel S. Fox (rachel@skreporting.com), Scheduling Manager at Stevens-Koenig Reporting. Attached to the e-mail were the transcripts I had requested.

5. Attached to the Opposition to Zeppelin Plaintiffs' Motion for Stay are true and correct copies of the transcripts of testimony by Lesley Thomas (Aug. 21, 2017) and Bruce Uhernik (Aug. 23, 2017) that I received from Stevens-Koenig Reporting.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Nicholas A. DiMascio

Executed this 27th day of September, 2017, at Denver, Colorado.