**Exhibit 16**

**Testimony of Bruce Uhernik, August 23, 2017,**

*MacFarlane v. City and County of Denver*

**(Denver Dist. Ct. No. 16-cv-32126)**

*John D. MacFarlane, et al. vs.*

*The City and County of Denver, et al.*

---

*Transcript of Proceedings - Testimony of Bruce Uhernik*

*August 23, 2017*

---



Stevens-Koenig Reporting

700 17th Street, Suite 1750
Denver, CO  80202
303-988-8470 (Office)   303-988-8478 (Fax)
SKReporting.com

John D. MacFarlane, et al. vs.
The City and County of Denver, et al.

Transcript of Proceedings - Testimony of Bruce Uhernik
August 23, 2017

```
 1   DISTRICT COURT, COUNTY OF DENVER
     STATE OF COLORADO
 2
     Court Address:
 3   1437 Bannock Street
     Denver, Colorado  80202          ^ COURT USE ONLY ^
 4   _____

 5   JOHN D. MACFARLANE, et al.,         Case No. 16CV32126
                                         Courtroom:  269
 6                  Plaintiffs,
     vs.
 7
     THE CITY AND COUNTY OF DENVER,
 8   et al.,

 9                  Defendants.
     _____

10                TRANSCRIPT OF PROCEEDINGS

11                TESTIMONY OF BRUCE UHERNIK

12                      August 23, 2017

13
     _____

14

15        The following testimony taken in the above matter

16   commenced on Wednesday, August 23, 2017, before The

17   Honorable David H. Goldberg, Judge of the District Court, at

18   Denver District Court, 1437 Bannock Street, Courtroom 269,

19   Denver, 80202.  Deanna Baysinger, a Registered Professional

20   Reporter and Notary Public in and for the State of Colorado,

21   in attendance.

22

23

24

25
```

John D. MacFarlane, et al. vs.
The City and County of Denver, et al.

Transcript of Proceedings - Testimony of Bruce Uhernik
August 23, 2017

Page 2

```
 1    APPEARANCES:

 2    ON BEHALF OF THE PLAINTIFFS:
              AARON D. GOLDHAMER, ESQ.
 3            Keating Wagner Polidori Free, P.C.
              1290 Broadway, Suite 600
 4            Denver, Colorado 80203
              Phone:  303-534-0401
 5            Email:  agoldhamer@keatingwagner.com

 6            and

 7            M. ANTHONY VAIDA, ESQ.
              M. Anthony Vaida, P.C.
 8            899 Logan Street, Suite 208
              Denver, Colorado 80203
 9            Phone:  303-832-2100
              Email:  manthonyvaidapc@vaida.net
10

11    ON BEHALF OF THE DEFENDANTS:
              RENEÉ A. CARMODY, ESQ.
12            TRACY A. DAVIS, ESQ.
              JESSICA R. BRODY, ESQ.
13            Denver City Attorney's Office
              Municipal Operations Section
14            201 West Colfax Avenue, Department 1207
              Denver, Colorado 80202
15            Phone:  720-913-3275
              Email:  renee.carmody@denvergov.org
16            Email:  tracy.davis@denvergov.org
              Email:  jessica.brody@denvergov.org
17

18

19

20

21

22

23

24

25
```

John D. MacFarlane, et al. vs.
The City and County of Denver, et al.

Transcript of Proceedings - Testimony of Bruce Uhernik
August 23, 2017

Page 3

```
 1   EXAMINATION:                                    PAGE

 2   WITNESS:   BRUCE UHERNIK

 3   Direct by Ms. Carmody                           4
     Cross by Mr. Goldhamer                          46
 4   Redirect by Ms. Carmody                         68
     Examination by the Court                        71
 5   Recross by Mr. Goldhamer                        83
     Redirect by Ms. Carmody                         87
 6

 7

 8   EXHIBITS                    REFERENCED      ADMITTED

 9   11                          62             //
     1001                        10             //
10   1003                        13             //
     1005                        55             //
11   1006                         7             //
     1008                        24             //
12   1014                        31             //
     1019                        88             //
13

14

15

16

17

18

19

20

21

22

23

24

25
```

Page 4

1                P R O C E E D I N G S

2              MS. CARMODY:  All right.  The City calls Bruce

3    Uhernik.

4              THE COURT:  Mr. Uhernik, come on back.  You were

5    excused, but you are still under oath, so please be seated.

6                        DIRECT EXAMINATION

7    BY MS. CARMODY:

8        Q.   Good morning, Mr. Uhernik.  How are you?

9        A.   Good morning.  Good.  Thank you.

10       Q.   Good.

11            Could you please state your name for the record

12   and spell your last name.

13       A.   Sure.  Bruce Uhernik, U-h-e-r-n-i-k.

14       Q.   Mr. Uhernik, where do you work?

15       A.   I work for the City and County of Denver Public

16   Works.

17       Q.   And what do you do there?

18       A.   I am the engineering supervisor for the wastewater

19   capital projects team.  We do storm sanitary and water

20   quality long range planning.

21       Q.   How long have you been with the City?

22       A.   I've been with the City about eight and a half

23   years.

24       Q.   Can you briefly describe your educational

25   background for the judge.

John D. MacFarlane, et al. vs.                    Transcript of Proceedings - Testimony of Bruce Uhernik
The City and County of Denver, et al.                                                  August 23, 2017

Page 5

 1        A.    Sure.

 2              I graduated from Colorado State University with a

 3    degree in civil engineering in 2001.  I then took a job in

 4    the Denver Tech Center for S.A. Miro for about four years.

 5    I then took a promotional opportunity with a second company,

 6    Caliber Engineering, for about the same amount of time, four

 7    years.  And then I had an opportunity to work for the City

 8    in late 2008, and I started January 20 of 2009.

 9        Q.    And when you joined the City in 2009, can you just

10    briefly describe your different roles that led up to your

11    current job.

12        A.    Sure.

13              I've been in the same department since I started,

14    wastewater capital projects, but I started as an engineer.

15    I started working under the tutelage of Mike Anderson and we

16    handled drainage complaints.  So we kind of, you know,

17    talked to a lot of residents, looked at a lot of problems

18    and helped decide project locations, both big and small.

19              And then about five years into my tenure at the

20    City, I got promoted to the supervisor, so more bigger

21    picture, handling master planning around the city, and I've

22    been doing that for the last three years.

23        Q.    Great.

24              In your current role as an engineering supervisor,

25    what are your current job duties?

John D. MacFarlane, et al. vs.
The City and County of Denver, et al.

Transcript of Proceedings - Testimony of Bruce Uhernik
August 23, 2017

Page 6

1       A.    Well, my current job duties, I still do a lot of

2   technical responsibilities with large projects.  I handle

3   the master planning, mainly storm, some sanitary and water

4   quality.  And I -- yeah, I help with the -- I'm sorry --

5   planning and programming of storm capital projects.

6             So kind the purpose and need, where should we

7   build projects next, because there's definitely a greater

8   need than there is a dollar amount in our capital program.

9       Q.    **What are some of the big projects you worked on**

10  **with the City related to storm drainage?**

11      A.    Sure.  We do a lot of storm drainage throughout

12  the City.  I -- in master plan terms, I've done -- you know,

13  we worked on Harvard Gulch, Sanderson Gulch.  I have done a

14  storm drainage project at 5th and Newport where we

15  constructed a large diameter pipe to help a flooding

16  location.

17            I'm going to a public meeting tonight on the South

18  Forest Street Outfall, so that one is in the front of my

19  head.  Again, there's some flooded homes in 2009.

20            And then the Platte to Park Hill, of course, storm

21  drainage master plan dating back to 2009.  I was just -- I

22  had just come on, so I was kind of helping Mike Anderson

23  with that.

24            And then the 2014 master plan, I was more heavily

25  involved from the beginning.  And now the 2019 master plan,

John D. MacFarlane, et al. vs.
The City and County of Denver, et al.

Transcript of Proceedings - Testimony of Bruce Uhernik
August 23, 2017

Page 7

 1    we recently kicked that effort off, so I'm helping lead that
 2    effort.
 3        **Q.   Great.  All right.  Mr. Uhernik, I would like for**
 4    **you to describe to the Court what the Montclair Basin is and**
 5    **we're going to use Exhibit 1006.  If you can step down and**
 6    **just kind of describe that for the Court.**
 7        A.   Sure.
 8             So the Montclair Basin is a drainage basin.  Like
 9    I said yesterday, there's about 20 major basins throughout
10    the city.  Montclair is unique because it's one of Denver's
11    largest.  It's entirely Denver.  It's about nine square
12    miles.
13             If you are looking at this map, it highlights the
14    risk boundary, outlines the basin, and it's defined by
15    topography.  Water naturally flows down hill.
16             And so looking at this map on the -- kind of the
17    lower end, the south end, is the upper portion of the basin.
18    It's just slightly cut off on this map but we always say
19    Fairmount Cemetery is the upstream end of the Montclair
20    Basin.
21        **Q.   Okay.**
22        A.   Water naturally then flows in the northwesterly
23    direction across the basin and it drains -- it eventually
24    gets to the South Platte River way up on the north end of
25    the city.

John D. MacFarlane, et al. vs.
The City and County of Denver, et al.

Transcript of Proceedings - Testimony of Bruce Uhernik
August 23, 2017

Page 8

1    Q.   And what's so unique about the Montclair Basin?

2    A.   Well, the unique thing is its size, its, kind of,

3    history, it's one of Denver's flattest basins.  And the most

4    unique thing, obviously, is it doesn't have a defined

5    backbone system.

6    Q.   What is a backbone system?

7    A.   A backbone system to me in Denver's perspective is

8    an open channel, an open channel drainageway, like

9    Sanderson, like Westerly, like Harvard, Lakewood Gulch.  All

10   the basins throughout the City, water will drain naturally

11   to a low-lying area and it will be an open channel and then

12   it usually meanders and they all get to the South Platte

13   River.

14        This basin does not have that.  We feel it used to

15   have that.  We have some historical documents that say it

16   used to but they decided Denver -- we, in the 1920s, 1930s,

17   decided an open channel wasn't needed and we could get by

18   with a pipe system.

19   Q.   Sure.  Is there flooding in this basin?

20   A.   Yes, there is.

21   Q.   Why is there flooding in the basin -- in this

22   basin?

23   A.   There's flooding because the pipe system they put

24   in, that backbone system, that 120 inch drain, it's not

25   sufficient with today's amount of runoff.

John D. MacFarlane, et al. vs.
The City and County of Denver, et al.

Transcript of Proceedings - Testimony of Bruce Uhernik
August 23, 2017

Page 9

```
 1        Q.   Is the picture on the bottom left of Exhibit 1006,
 2   what is that?
 3             MR. GOLDHAMER:  Foundation.
 4             THE COURT:  Take it up.  It's objection,
 5   foundation?
 6             MR. GOLDHAMER:  Thank you.
 7             THE COURT:  Sustained.
 8        Q.   (By Ms. Carmody)  Mr. Uhernik, there -- with
 9   respect to this exhibit, you just mentioned something about
10   a 1933 pipe.  Can you describe that a little bit more?
11        A.   That's correct.  So Denver has a cool thing where
12   they have the municipal facts and you can dig into the
13   history from about early 1908 to the 1930s, and that was
14   about the time they were planning this basin.  So I found an
15   article, you can find it at the Denver Library.
16             In 1922, the manager of improvements and parks at
17   the time was Walter Lowry --
18             MR. GOLDHAMER:  Objection, Your Honor, to hearsay
19   in an article, which seems to be the foundation for this
20   testimony.
21             THE COURT:  Overruled.
22             This witness is, in fact, the director of the
23   department of wastewater capital management projects and
24   there's been sufficient testimony today and throughout this
25   trial concerning his knowledge of the various basins and
```

Page 10

1    specifically the basin at issue.  He is responsible for it

2    day to day and the Court finds reliable indicia of

3    trustworthiness and credibility in his testimony.

4             You may proceed.

5             THE WITNESS:  Thank you.

6        A.    So just going back to the point of the backbone

7    system, there was an open channel here one day.  We know

8    that because I -- can I go to this exhibit?

9        Q.    (By Ms. Carmody)  That's Exhibit 1004 -- or 6.

10   No.  1.  Sorry.

11       A.    When we started looking at the basin, we ran the

12   FLO-2D model.

13       Q.    What is a FLO-2D model?

14       A.    The FLO-2D model is the computer simulation model

15   that estimates the street flow using the natural topography

16   after the pipes are full.  So that excess flow in the basin

17   during large storm events will run naturally in the streets

18   but you can't really -- if you go out there right now, you

19   can't really tell.  The model can tell by the grades, and it

20   can estimate the flow accurately along the natural drainage

21   path.

22             So we use this FLO-2D model and you drop the major

23   storm event on the basin.  And after the pipes are full, the

24   water is going to naturally find its course.

25             And we found that there's -- in the upper portion

John D. MacFarlane, et al. vs.
The City and County of Denver, et al.

Transcript of Proceedings - Testimony of Bruce Uhernik
August 23, 2017

Page 11

 1   of the basin, it has this kind of fork approach and then it

 2   goes through City Park, through the golf course, and then

 3   kind of up through the neighborhoods and eventually through

 4   the National Western Center and the South Platte River.

 5              What we did was looked into some more history and,

 6   if you look at the USGS soils map, we saw that same kind of

 7   pattern, that same kind of yellow drainage flow path with

 8   the same fingers in the alluvial soils.  And alluvial soils

 9   are soils that are naturally found in the streams.

10        Q.   Bruce, let me stop you for one second.

11              If you can look at exhibit -- the one behind that

12   model.  The one behind that one.  There we go.  That's

13   Exhibit 1006.  I think that's what you are alluding to.

14        A.   This is a much bigger blow-up of it.

15              So the same map as was on the other one, but it's

16   a geological map of the greater Denver area in 1979, it

17   shows the geologic soils in this basin and you can see the

18   yellow -- the alluvial soils has that same pattern as our

19   natural drainageway.

20        Q.   I think we're just going to explain what alluvial

21   soils are, if you can go ahead and do that.

22        A.   Sure.

23              Alluvial soils are those kind of sandy materials

24   that a stream carries.

25        Q.   Okay.  Go ahead.

John D. MacFarlane, et al. vs.
The City and County of Denver, et al.

Transcript of Proceedings - Testimony of Bruce Uhernik
August 23, 2017

Page 12

1    A.    So jumping around here, if I go back to kind of

2    talking about the basin characteristics and this -- this

3    exhibit here --

4    **Q.    Exhibit 1006.  Uh-hmm.**

5    A.    -- we notice now this -- this light blue is the

6    FLO-2D.  We -- it's only one color but it shows that

7    excessive runoff through the basin.

8          And I was talking about, this wouldn't be here if

9    there was a creek large enough to handle it.  But because

10   the pipe system is only 120 inches big, the excess runs in

11   the street.

12         And back in the '20s when you read the articles,

13   it says that the 120 inch pipe was planned in the '20s and

14   it was going to be the largest pipe ever constructed.

15   **Q.    How big was the pipe?**

16   A.    120 inches through the zoo, through the City Park

17   and through the golf course, through -- I'm sorry.  10 foot

18   diameter.  And prior to that, 6 1/2 foot diameter was the

19   biggest that Denver had ever constructed.  At the time they

20   thought that that pipe was sufficiently large enough.

21   **Q.    What was that pipe made out of?**

22   A.    It was made out of brick.

23   **Q.    And the picture on the bottom of that exhibit, is**

24   **that an example of the pipe?**

25   A.    This is a -- this is a great example of the

John D. MacFarlane, et al. vs.            Transcript of Proceedings - Testimony of Bruce Uhernik
The City and County of Denver, et al.                                August 23, 2017

Page 13

1    picture of the pipe, and they laid -- it's not just one

2    course of brick, but it's multiple courses.  If we sent our

3    TV trucks down this pipe today, you can see the brick in the

4    pipe is in wonderful condition.  They did a great job of

5    constructing this pipe.  They just made it too small.  But

6    at the time I feel that it was the right size.

7            This 120 inch pipe carries about 1200 CFS.  Our

8    calculation of the basin flow is about 4,000 -- a little

9    over 4,000 CFS.  So we maintain that this -- it's a great

10   pipe, it's in great condition.  There just needs to be two

11   or three more of them.

**12   Q.   All right.  Let's turn to Exhibit 1003, which is**

**13   that aerial imagery of 1933.**

**14           So you just mentioned that the pipe should be**

**15   bigger.  Why is that?**

16   A.   Well, it has to do with runoff.  When you think of

17   drainage and runoff, it's kind of -- it's kind of like in

18   accounting.  I have friends that are accountants and

19   drainage is similar where we know the basin is defined by

20   the topography, and we know the amount of rainfall during

21   any given storm.

22           So you can drop that rainfall on the basin and

23   then you have to -- then the factor comes into play, how

24   much absorbing into the ground and how much runs off into

25   the streets or into the creeks and into the pipes?

John D. MacFarlane, et al. vs.
The City and County of Denver, et al.

Transcript of Proceedings - Testimony of Bruce Uhernik
August 23, 2017

Page 14

1          So as we became more urban over the years, there's

2    more runoff.  Back in the '30s, '20s and '30s when that pipe

3    was constructed, this is -- this is a good depiction of kind

4    of the density of this basin.  You can see there's multiple

5    colors here but, you know, the reds and the greens show

6    generally where the structures were.

7          You can see Hale Parkway.  There was no one

8    living -- just some sparse residences, I suppose, in this

9    upper portion of the basin.

10          You can deduce from this, that this is farmland,

11   grass areas that are going to absorb most of the rainfall

12   that hits this basin.

13   **Q.   What are those called when you have farmland,**

14   **grassland areas?**

15   A.   Those are called pervious areas, pervious

16   surfaces.

17   **Q.   And what does that mean?**

18   A.   It means that when you do the calculation, most of

19   the rainfall infiltrates in and doesn't run off downstream.

20   There is -- we put percentages to it in our field.

21          A lawn is about 2 percent impervious whereas a

22   roof is about 90 percent impervious.  A street is about

23   98 percent.  So you can see that lawns and grasses do a much

24   better job of kind of collecting water and not allowing it

25   to run off.

John D. MacFarlane, et al. vs.
The City and County of Denver, et al.

Transcript of Proceedings - Testimony of Bruce Uhernik
August 23, 2017

Page 15

1      Q.   And so coming back to today, what has changed in

2   the City and County of Denver in this basin with respect to

3   impervious surfaces?

4      A.   Sure.

5           What has changed is this whole basin is built out.

6   We talked yesterday that Montclair Basin is a fully

7   built-out developed urban basin with a, you know, relatively

8   high imperviousness, you know, similar to the other basins

9   but I'm -- not unlike or different than First Creek or

10  Second Creek, those ones out by DIA where you have the

11  farmland.  But, you know, those will be built out one day

12  too.

13     Q.   Sure.  You can sit down just for a moment,

14  Mr. Uhernik.

15          You had mentioned earlier that you, as part of

16  your duties, was to kind of collect flood data; is that

17  right?

18     A.   That's correct.

19     Q.   All right.  Can you explain a little bit about

20  what that means.

21     A.   So flood data we -- you know, after a large

22  rainstorm, we would go out, we would -- we talked to

23  residents, we would document where we get drainage

24  complaints, we have a database, we have different means of

25  collecting flood data.  We also run flood models on basins.

Page 16

1      Q.    Sure.  Did you take pictures or get videos of

2   flooding that has happened during rainstorms?

3      A.    Yes, videos are very helpful.  We encourage people

4   we talk to, whenever we go out, do you have pictures, do you

5   have videos, they help really justify the problems or they

6   may, kind of, justify our model results as well.

7      Q.    Great.  And these are -- sometimes these videos

8   are just kind of drainage complaints from people in the

9   basin; isn't that right?

10      A.    That's correct.

11          We also -- you know, through technology today we

12   have the ability to look on our own for videos on Instagram

13   and YouTube and Twitter and those can be helpful too because

14   people love to post videos and they usually tag it Denver

15   flood or something where we can find it.  And we grab those

16   and if we can tell where it's coming from, we can document

17   that and it helps justify the purpose and need of our

18   projects.

19      Q.    And do you remember during the course of this case

20   that we had asked you to collect all of those videos with

21   respect to Montclair Basin?

22      A.    Yes.

23          MS. CARMODY:  Your Honor, at this time we have the

24   flooding video that I showed in opening that I wanted

25   Mr. Uhernik to just describe as a demonstrative only.

John D. MacFarlane, et al. vs.                    Transcript of Proceedings - Testimony of Bruce Uhernik
The City and County of Denver, et al.                                              August 23, 2017

Page 17

1          MR. GOLDHAMER:  Your Honor, I do think that there

2    hasn't been sufficient authentication or foundation laid for

3    this video.  It comes from somewhere, it's unclear where

4    exactly, and who and when.  So we would object to the

5    introduction of the video.

6          THE COURT:  Would you lay more foundation.

7          MS. CARMODY:  Sure.

8    Q.    (By Ms. Carmody)  Part of -- Mr. Uhernik, do you

9    know that there's a flooding video with respect to Jackson

10   Street that we would like to show?

11   A.    Yes.

12   Q.    Do you recall that video?

13   A.    Yes.

14   Q.    Did you collect that video?

15   A.    Yes.  I believe I found it the night of the storm.

16   Q.    When was that storm?

17   A.    It was June 24 of 2015.

18   Q.    And do you remember who you collected the video

19   from?

20   A.    I collected it from YouTube.

21   Q.    Okay.

22          MS. CARMODY:  Your Honor.

23          THE COURT:  The Court will allow it for

24   demonstrative purposes only.

25          MS. CARMODY:  Great.

John D. MacFarlane, et al. vs.
The City and County of Denver, et al.

Transcript of Proceedings - Testimony of Bruce Uhernik
August 23, 2017

Page 18

1    Q.   (By Ms. Carmody)  So, Mr. Uhernik, if you could
2   please describe the video a little -- a little bit.  What is
3   this of?
4    A.   So this is looking at Jackson Street in the
5   Montclair Basin.  It was labeled on the video as such.  And
6   it's excessive street ponding.  The pipes are full and the
7   runoff is running in the street and there goes the car.
8    Q.   Okay.
9    A.   And so this is a good example of our streets are
10  part of the drainage system, they do carry storm runoff, but
11  this is -- this is problematic and this is -- this is some
12  of the problems we would like to solve.
13   Q.   Okay.  And so you had mentioned the water when it
14  rains, the water is going to be what it is; isn't that
15  right?
16   A.   That's correct.
17   Q.   And what is actually the problem?  Is it the
18  amount of water or is it controlling the water flow?
19   A.   I would say it's both.
20   Q.   With respect to flooding like this that occurs in
21  Denver, whose problem is it to try to solve this problem?
22   A.   It falls upon the City.
23   Q.   And specifically your department within the City?
24   A.   Right.  Right.  Public works and wastewater
25  capital.

John D. MacFarlane, et al. vs.
The City and County of Denver, et al.

Transcript of Proceedings - Testimony of Bruce Uhernik
August 23, 2017

Page 19

1    Q.   With respect to slowing the water down, what

2    are -- in the Montclair Basin specifically, what are some of

3    the solutions?

4    A.   So when you look at a basin when there's too much

5    water in the street, we have a couple of options.  One

6    option is to collect that water and put more underground,

7    build larger pipe systems.  Another option is to try to

8    control or hold back that water with detention.  And then

9    the third would be a combination of the two.

10   Q.   Okay.  I'm sorry.  I wanted to go back really

11   quickly.  That particular storm, what kind of storm was

12   that?

13   A.   That was a very short, intense storm like we see

14   in Denver.  We did -- we checked some of the rain gauges and

15   some of the information we had, and it was about a little

16   more than a 10-year storm but I would say less than a

17   25-year storm.

18   Q.   And the City Park Golf Course project is designed

19   to capture what kind of storm?

20   A.   A hundred-year storm.

21   Q.   And presumably that would be bigger than the water

22   flow that we just saw?

23   A.   Yes.  The hundred-year storm is bigger, yes.

24   Q.   How often does a hundred-year storm occur?

25   A.   Right.  So a hundred-year storm has a 1 percent

John D. MacFarlane, et al. vs.                    Transcript of Proceedings - Testimony of Bruce Uhernik
The City and County of Denver, et al.                                               August 23, 2017

Page 20

 1    annual chance of occurring.  I'm glad you asked that

 2    question.  Because we want to clarify.

 3            There's a misnomer that it only happens once every

 4    100 years and if you saw it ten years ago, you're not going

 5    to see it for 90 years.  That's very inaccurate.  There is

 6    an independent chance every year of it happening 1 percent

 7    of the time.

 8        Q.   Okay.  All right.  When was the last time Denver

 9    saw a hundred-year flood?

10        A.   I would say 1965 flood has been classified as a

11    hundred-year storm.  I would also say that Denver just

12    missed having a major storm event in 2013, the September to

13    remember as the Urban Drainage refers to it as, that hit

14    Boulder and Aurora.

15        Q.   Was that a hundred-year flood?

16        A.   It was -- the rainfall depth, they got over 10

17    inches of rain in a day.

18            Now, typically a hundred-year storm, you have to

19    consider the factors of the intensity, the size of the

20    storm, and the duration.  So it -- we usually say about 3

21    inches in one hour over the entire basin is a hundred-year

22    storm.  And so you figure Aurora got 10 inches in a day but

23    the intensity wasn't as high.  So it had characteristics of

24    the 100-year storm but it definitely caused a lot of

25    problems.

John D. MacFarlane, et al. vs.                    Transcript of Proceedings - Testimony of Bruce Uhernik
The City and County of Denver, et al.                                          August 23, 2017

Page 21

 1              And there was, on the eastern part of the City,

 2     Westerly Creek, you know, had some high flows.  There's a

 3     detention facility, Kelly Road Dam, just outside of Lowry

 4     there, and it rose to levels we had never seen before.  The

 5     overflow spillway was working and the facility actually

 6     worked fantastic and we believed saved a lot of property

 7     damage downstream.  We were very happy with how it

 8     performed.

 9          Q.    And the reason to try and mitigate or slow down

10     the flooding water, why do you need to do that?

11          A.    Well, just as I was referring to with Kelly Road

12     Dam, if you don't control it, it's going to naturally find

13     the low-lying areas, the low-lying streets, and it's just

14     going to rush too fast in those streets.

15              We hear a lot of times in the videos we collect,

16     when people are taking these, they are kind of amazed by the

17     water in the street.  They always call it, it looks like a

18     river.  And so the streets become rivers, and we don't want

19     that because if it gets too high, it's going to get into

20     people's property --

21          Q.    And cause damage.

22          A.    -- and cause damage.

23          Q.    Mr. Uhernik, if you could go back very briefly to

24     Exhibit 1001.  I just want you to point out where Jackson

25     Street is on this map.

John D. MacFarlane, et al. vs.
The City and County of Denver, et al.

Transcript of Proceedings - Testimony of Bruce Uhernik
August 23, 2017

Page 22

1      A.    So Jackson Street on this map is just -- it's one
2   block west of Colorado Boulevard south of Colfax is where
3   the video was taken, kind of there by National Jewish
4   Hospital.
5      **Q.    Okay.  All right.  And then now going back to the**
6   **FLO-2D analysis or this particular exhibit, what is the**
7   **FLO-2D analysis telling us about the low-lying areas in this**
8   **demonstrative?**
9      A.    Right.  And as I said, we -- this map came
10  together and it has the FLO-2D for the entire basin.  We
11  dropped that 3 inches of rainfall on this entire basin and
12  let it naturally take its course.
13          And what it did was, once the pipes were full,
14  this is how the runoff would naturally convey, and the
15  FLO-2D captures that maximum depth.
16          And so in the upper portion of the basin, there's
17  these low-lying areas where the water will fill up to a
18  certain level before it can move on, these sump locations.
19          And so the FLO-2D gives you, kind of, a heat map
20  feel of the maximum depth.  And we broke it down, we
21  characterized it by less than 12 inches as the blues.  So
22  these streets are -- a lot of streets are carrying less than
23  12 inches of water.  That's usually fine.  Our streets can
24  usually handle that amount of water.
25          But then we said, well, let's make it greater than

John D. MacFarlane, et al. vs.
The City and County of Denver, et al.

Transcript of Proceedings - Testimony of Bruce Uhernik
August 23, 2017

Page 23

```
 1    that.  The greens, the oranges, the pinks and the reds,

 2    that's where the water runoff, like in the video, starts to

 3    become problematic.  You can see there's lots of oranges

 4    along Hale Parkway.  Jackson Street you start to get some

 5    reds.

 6              You get greater depths in Ferril Lake because it's

 7    a natural, kind of, detention/retention facility, Duck Lake,

 8    and you get this natural pattern through the golf course

 9    with some excessive depths.

10         Q.   I'm sorry.  Can you point out the golf course just

11    so it's clear?

12         A.   Okay.  26th Avenue is right here (indicating),

13    this is the Denver Zoo.

14              So there -- remember, there's a pipe under here.

15    They did a good job back in the '30s putting the pipe where

16    it belongs in the low-lying area.

17         Q.   And does this depiction take into consideration

18    the pipe from 1933?

19         A.   Yes, it does.

20         Q.   And this modeling is for what kind of storm?

21         A.   It's for the hundred-year event.

22         Q.   All right.  Thank you.  You can go ahead and

23    continue.

24         A.   Okay.  So I was saying the FLO-2D -- I was trying

25    to convey the point of the depths.
```

John D. MacFarlane, et al. vs.  Transcript of Proceedings - Testimony of Bruce Uhernik
The City and County of Denver, et al.        August 23, 2017

Page 24

1     If you look at this map -- and you can ignore the

2 blues because those aren't problematic.  But when you look

3 at the oranges and the reds and the darker colors, those can

4 become problematic.  You can see some pinks.

5     And then you get into High Street, Grape Street,

6 and most of those streets run like rivers.  And then you get

7 down and you get some good flat down here, Cole, and it

8 starts to spread, and then it naturally gets kind of bogged

9 down by the railroad, it will fill up and then it will

10 overtop and continue on north into National Western.

11   **Q.   Okay.  Mr. Uhernik, I would like to move to**

12 **Exhibit 1008, and if you could explain because that -- what**

13 **that -- what that exhibit is, please.**

14   A.   So this exhibit is very similar.  It's the same

15 FLO-2D analysis, just with a more in-depth look into City

16 Park and City Park Golf Course in particular.

17   **Q.   And so what is this exhibit telling us with**

18 **respect to the depths that we're seeing occur in City Park**

19 **Golf Course?**

20   A.   It's showing the same levels of depths as the

21 legend is on the other map where the blue is less than

22 12 inches but the oranges, the pinks, and the reds are

23 greater than 12 inches, greater than 3 feet, even greater

24 than 5 feet in this, kind of, natural flow path.

25   **Q.   Okay.  Great.  Thank you.  You can have a seat.**

John D. MacFarlane, et al. vs.                    Transcript of Proceedings - Testimony of Bruce Uhernik
The City and County of Denver, et al.                                              August 23, 2017

Page 25

1              And so you mentioned earlier about the backbone

2     system and the flooding that's occurring in the Montclair

3     Basin.  Is it because there is no backbone system?

4          A.    That's correct.

5          Q.    Okay.  And so the solution to the flooding problem

6     is to do what?

7          A.    To increase the backbone system.

8          Q.    So what was the recommendations, then, with

9     respect to putting a backbone system into this basin?

10         A.    The recommendation was detention in City Park Golf

11    Course.

12         Q.    And why is that?

13         A.    Because it's needed to reestablish the backbone,

14    it's needed to collect that natural flow of water, that

15    amount of water and control it and then release it at a

16    controlled rate to protect the basin.

17         Q.    But why in City Park Golf Course specifically?

18         A.    Because it's the natural low point, it's the

19    natural area.  You can't -- you can't collect this amount of

20    water uphill.  We always say, you can't pipe water uphill.

21    It would be prohibitively expensive.  So City Park Golf

22    Course, the water will get there naturally anyway, it would

23    just be our job to collect it and formalize that detention.

24         Q.    Sure.  You just said formalize the detention.

25    What did you mean by that?

John D. MacFarlane, et al. vs.                    Transcript of Proceedings - Testimony of Bruce Uhernik
The City and County of Denver, et al.                                              August 23, 2017

Page 26

1       A.   Well, I meant that the water is going to get there

2   naturally, we want to get credit for that.  We want to

3   get -- we want to collect that amount of water and then, I

4   guess, formalize the detention.

5            We collect it, we allow it during a major storm to

6   pool, and then we would allow it to naturally drain down

7   using the existing 120 inch as our outlet.  It's like a

8   bathtub where the detention is the tub and the drain pipe

9   will drain it out at a controlled rate.

10      **Q.   Sure.  So going back to the history of, kind of,**

11  **the Montclair Basin and specifically there in City Park Golf**

12  **Course and going back to Exhibit 1006, were there -- is**

13  **there indication that the water already will detain there**

14  **based on nature and history?**

15      A.   Yes, it will.

16      **Q.   And can you go up to the Exhibit 1006 again and**

17  **describe for us -- the one up there.  Yeah.  The 1861 survey**

18  **map in City Park.**

19      A.   Sure.

20           So going back to the history, and we talked about

21  that natural, kind of, fork we saw with the alluvial soils,

22  we also dug into the record some more and found this 1861

23  survey map in the library.

24           And this was a cartographer's attempt to show the

25  open channels and the creeks in the city, and you can see at

John D. MacFarlane, et al. vs.                          Transcript of Proceedings - Testimony of Bruce Uhernik
The City and County of Denver, et al.                                                    August 23, 2017

Page 27

 1    that point Denver was a very small land area, where Auraria
 2    was next to it and Highland, the town of Highland next to
 3    it, they are all on the South Platte River, Cherry Creek was
 4    there.  Some of the other -- Sand Creek, Westerly Creek
 5    coming off of it.
 6              So we know of all these gulches and we can kind of
 7    name them all.  And then we find this one in the Montclair
 8    Basin, which has that same kind of northwesterly direction
 9    and that fork pattern.  And we are like, well, that's unique
10    because it matches the alluvial soils and it matches our
11    FLO-2D.
12              That's Montclair Creek, and that was kind of our
13    ah-ha moment a few years ago, is that there used to be a
14    creek here, and now we have a nice 120 inch brick pipe, it's
15    just not big enough.  We kind of wish we could go back in
16    time and put that creek back.
17         Q.    All right.  Thank you.
18         A.    Sure.
19         Q.    You said, you know, that was kind of your ah-ha
20    moment, but I want to ask you:  When did the City first
21    start studying this basin?
22         A.    We've known about, kind of, local problems in this
23    basin, we knew about the tracks, the railroad tracks washing
24    out in '04, the Coca-Cola facility flooding, we've -- we
25    were looking at it -- we were looking at it for several

John D. MacFarlane, et al. vs.
The City and County of Denver, et al.

Transcript of Proceedings - Testimony of Bruce Uhernik
August 23, 2017

Page 28

 1   years back.

 2           We really -- once the FLO-2D for the entire basin

 3   kind of came together, is when we really decided we need to

 4   take a step back and look at the basin as a whole.

 5       Q.   So let's talk about the FLO-2D.

 6           How long does that computer program take to do

 7   this type of modeling?

 8       A.   It takes a very long time.  It's not a simple

 9   program.  It can be very detailed.  You can get in -- it's

10   dissected in very small areas because the water has to, kind

11   of, run from one area to the next and has to run a

12   calculation to know which natural way to go.  And there's

13   splits.  It just doesn't go north.  You know, it -- it

14   naturally splits.

15           And so these models are very intense.  And the

16   culmination of the model you see back there is several -- a

17   dozen or more models that have been stitched together and

18   we -- over time over the last -- you know, starting in about

19   2011 is when we started to do these models and up until

20   2013, 2014, was when we pieced them all together and really

21   formalized it with the MATT memo.

22       Q.   Okay.  All right.  Mr. Uhernik, let us talk about

23   the City Park Golf Course -- well, first let me ask you,

24   what happens currently in City Park Golf Course when there

25   are storm events?

John D. MacFarlane, et al. vs.
The City and County of Denver, et al.

Transcript of Proceedings - Testimony of Bruce Uhernik
August 23, 2017

Page 29

 1      A.   Right.  So currently City Park Golf Course has a

 2   smaller local basin that will naturally drain to it on the

 3   western end and water will pond up there.

 4      Q.   Okay.  And were you involved with the

 5   recommendation to put a detention in City Park Golf Course?

 6      A.   Yes.

 7      Q.   Can you describe that for us?

 8      A.   So, again, when we start to look at a regional

 9   solution for the entire basin, we need a combination of

10   pipes and detention and, as I said earlier, you need a space

11   that can hold back enough detention to make a significant

12   difference in the basin and it needs to be in a natural

13   low-lying area.

14           And so when we were looking at where can detention

15   go, City Park Golf Course was a natural location for that.

16      Q.   Sure.  And did you and your team explain that to

17   Ms. Haynes?

18      A.   Yes, we did.

19      Q.   Okay.  And was she involved in the process with

20   respect to understanding these models and things?

21      A.   Yes, absolutely.

22      Q.   Okay.  How involved was she?

23      A.   I would say she was very involved.

24      Q.   Okay.  How was she very involved?  What things did

25   she do?

John D. MacFarlane, et al. vs.
The City and County of Denver, et al.

Transcript of Proceedings - Testimony of Bruce Uhernik
August 23, 2017

Page 30

1        A.    Well, she was at multiple meetings, she was at

2    staff level meetings, she was kind of in the weeds of the

3    project, how much detention, what are the numbers.  So, yes,

4    she was very involved.

5        Q.    Okay.  All right.  Let's turn to the City Park

6    Golf Course project.  Well, first of all, let me ask you,

7    has the City put stormwater detention in other parks in the

8    city?

9        A.    Yes.

10       Q.    And why does it do that?

11       A.    Because they are natural -- they are usually

12   placed in -- I use this word a lot -- natural areas where it

13   makes sense.  Bible Park, Iliff Pond, I can go around.  If

14   you think of Westerly Creek.  I talked about Kelly Road Dam.

15       Q.    Uh-hmm.

16       A.    The golf course Overland.

17       Q.    Yeah, can you give us some golf course examples

18   where there's storm detention in them.

19       A.    There's Overland, there's a par 3 course at

20   Harvard Gulch, City Park naturally has detention in it

21   already, kind of going up around.  Park Hill Golf Club has

22   detention in it already.

23       Q.    Okay.  All right.  So the City Park Golf Course

24   project, what was your role in the request for proposal?

25       A.    I was a technical -- kind of technical reviewer,

John D. MacFarlane, et al. vs.
The City and County of Denver, et al.

Transcript of Proceedings - Testimony of Bruce Uhernik
August 23, 2017

Page 31

 1    kind of purpose and need, a numbers guy.

 2         Q.   Okay.  Great.

 3              One of the questions that has kind of come up is

 4    what's the difference between water retention and water

 5    detention?  Can you explain that to the Court?

 6         A.   All right.  So water retention is when a land mass

 7    will hold, control water but then there's no defined outlet,

 8    so the water will just have to naturally percolate into the

 9    ground and it will drain down over time.

10              Detention is more common, especially in urban

11    areas, where you collect the water but you have a controlled

12    outlet and you size that pipe to release water at a safe and

13    controlled rate with respect to the peak of the storm so

14    that you're not -- you're reducing that flash floodiness of

15    the event.

16         Q.   Is the City Park Golf Course project, is that for

17    storm detention or storm retention?

18         A.   Storm detention.

19         Q.   All right.  If you could please turn to

20    Exhibit 14, which is that giant binder -- I'm sorry, 1014,

21    which is the giant binder.  Yes.  Thank you.  And turn to

22    the blue tab.

23              MR. GOLDHAMER:  Can you tell me where that is?

24              MS. CARMODY:  It is page 12-5.  You have the

25    specific pages in your binder.

John D. MacFarlane, et al. vs.
The City and County of Denver, et al.

Transcript of Proceedings - Testimony of Bruce Uhernik
August 23, 2017

Page 32

 1      Q.   (By Ms. Carmody)  Are you there?

 2      A.   Yes, I am there.

 3      Q.   All right.  Let me get there as well.  12-5,

 4   section 12.2.3.5, what are those, the hydraulic flow

 5   requirements?

 6      A.   So these are the requirements in the RFP for the

 7   design team to meet to -- however they're going to -- they

 8   have to design the detention with the specific amount of

 9   storage, volume is the fourth column over there, 215 acre

10   feet.

11           And then if you -- and then you have to release it

12   at a certain rate too.  You can -- you can hold back water

13   for a long time, but as part of the requirements for this

14   project, we wanted to see that water off the golf course as

15   quick as reasonably possible and so we -- we put in a max

16   detention of eight hours.

17      Q.   And that is for a hundred-year flood, and I also

18   see a column there for a ten-year flood.

19      A.   That's correct.

20      Q.   Is there a state standard for the detention of a

21   hundred-year flood?

22      A.   You can hold back water for up to 72 hours.

23      Q.   Based on what?

24      A.   Based on water rights and the state's standards.

25      Q.   And so this RFP is calling for less than the state

John D. MacFarlane, et al. vs.
The City and County of Denver, et al.

Transcript of Proceedings - Testimony of Bruce Uhernik
August 23, 2017

Page 33

1    standard; isn't that right?

2        A.    Right.   We felt that even 24 hours was way too

3    long to hold the water, so eight hours was a reasonable

4    amount of time.   Much quicker.

5        Q.    Do you have a sense right now when there's

6    flooding in City Park Golf Course how long that water is

7    detained?

8        A.    Well, there is less water getting there but

9    there's no defined outlet.   So my sense is that it's eight

10   hours at a minimum, if not more.

11       Q.    Okay.   All right.   Thank you for that,

12   Mr. Uhernik.

13            I want to talk a little bit about water quality.

14   In your testimony yesterday, there was some -- an example

15   you gave of, you know, a Coke bottle, kind of, going

16   downstream and potentially other chemical type of things

17   going down the stream.   Can you just describe to the Court

18   what water quality is.

19       A.    So water quality to me is, and I'm qualified as a

20   stormwater person, but water quality has become more

21   prevalent in the city.   It's really a measurement of the

22   pollutants that are released into our open channels, creeks

23   and gulches.

24       Q.    And with respect to the RFP in the City Park Golf

25   Course project, is water quality going to be addressed?

John D. MacFarlane, et al. vs.
The City and County of Denver, et al.

Transcript of Proceedings - Testimony of Bruce Uhernik
August 23, 2017

Page 34

 1     A.   Yes.

 2     Q.   **In what way?**

 3     A.   Well, one of the goals has always been we need to

 4  improve water quality and this project inevitably will do

 5  that.

 6     Q.   **And how so?**

 7     A.   It will do that by, kind of, if you think about it

 8  in a very literal sense, it will reduce the amount of

 9  measured pollutants at the South Platte River, and we have

10  an opportunity to open up that pipe that is carrying them

11  right now at 23rd Avenue and use the treatment train to

12  reduce the amount of pollutants and return the clean --

13  cleaner water into the pipe at 26th Avenue, which will then

14  eventually get to the -- well, it will get to the 39th

15  channel and then out to the GLO Outfall.

16     Q.   **Are there trash requirements in the RFP?**

17     A.   Yes.

18     Q.   **Can you describe those for the Court.**

19     A.   There is -- well, the trash that gets there, we

20  don't want that trash to outlet into the golf course so we

21  put requirements in there to have a vault.

22     Q.   **Okay.  What will the vault do?**

23     A.   The vault will be an underground -- it will be

24  either under 23rd Avenue or just north of there where the

25  vault will collect the floatables that are running in the

John D. MacFarlane, et al. vs.                    Transcript of Proceedings - Testimony of Bruce Uhernik
The City and County of Denver, et al.                                            August 23, 2017

Page 35

```
 1    pipe.

 2         Q.   What are floatables?

 3         A.   Floatables are like the trash, the cigarette

 4    butts, the things that kind of flow and run on the surface

 5    of stormwater.  You can kind of skim those off with the

 6    trash vault, collect them with a screen, and then they can

 7    fall out into a vault.  And then we can have our wastewater

 8    vac truck come in as often as is needed to come use a big

 9    vacuum to suck those out and throw them away.

10         Q.   All right.  So that will prevent trash from

11    getting into the golf course and then also farther down the

12    stream.

13         A.   That's correct.

14         Q.   Does that seem to be an improvement of what is

15    happening right now?

16         A.   Absolutely.

17         Q.   Okay.  Mr. Uhernik, will the golf course be closed

18    during construction, the redesign construction of the golf

19    course?

20         A.   Yes, it will have to be.

21         Q.   Why is that?

22         A.   For safety.  You can't have people in a

23    construction zone.

24         Q.   Has the City closed other parks for construction?

25         A.   Yes.
```

John D. MacFarlane, et al. vs.
The City and County of Denver, et al.

Transcript of Proceedings - Testimony of Bruce Uhernik
August 23, 2017

Page 36

1      Q.   And for construction with the stormwater

2   facilities?

3      A.   Yes, all the time.

4      Q.   Are you aware if there's any projects where

5   stormwater detention and water quality has been put in a

6   city park, for instance, and affected the vegetation

7   negatively?

8      A.   No, I am not aware.

9      Q.   Okay.  All right.  Have you worked on any other

10  green infrastructure projects?

11     A.   Yes, I have.

12     Q.   Can you give us some examples of those?

13     A.   Sure.  Like I said earlier, the water quality

14  initiative is new to the City, and we're really trying to

15  stay ahead of the curve.

16          So recently we completed the Hampden Heights Pond

17  down in southeast Denver, which is a great project,

18  providing over an acre of water quality treatment.

19          We did a neat little project at Houston Lake in

20  West Denver where the runoff from the street flows through

21  the curb and into a grassy area where it can infiltrate into

22  the ground prior to getting into the lake that provides some

23  water quality.

24          We have another one right now in design at Asbury

25  and Tejon, which is another park, where we want to --

John D. MacFarlane, et al. vs.                    Transcript of Proceedings - Testimony of Bruce Uhernik
The City and County of Denver, et al.                                              August 23, 2017

Page 37

1    it's -- water naturally gets there and it just -- it

2    collects and it stores but then it just gets piped back into

3    the system.

4              We have an opportunity to kind of take those lower

5    flows off line and treat them, allow -- just kind of take

6    them off the natural system, let them -- give them time to

7    collect and infiltrate into the ground, which cleanses the

8    stormwater runoff.

9         Q.   Okay.  I want to talk now about some of the

10   testimony from yesterday and specifically the stormwater

11   master plan.  How often does the City need to create the

12   stormwater master plan?

13        A.   Every five years.

14        Q.   And when do you start drafting the master plan?

15        A.   It takes the better part of two years.

16        Q.   And during that two-year time -- before the

17   two-year time frame, what are you doing?

18        A.   We are -- well, we're doing lots of things.  We're

19   talking -- we're getting new complaints, we're learning

20   things, we're also doing a lot of -- more detailed level

21   studies in different watersheds.  So we're diving deeper

22   into these basins.

23             And so we're constantly -- if you look at Mike

24   Anderson's master plan when it's initially adopted, it's

25   clean.  But then as we get more information, he tapes things

John D. MacFarlane, et al. vs.
The City and County of Denver, et al.

Transcript of Proceedings - Testimony of Bruce Uhernik
August 23, 2017

Page 38

1  or rewrites things, and by the time three or four years

2  rolls around, it's not neat and clean anymore.  It's doubled

3  in size.  So we incorporate all those changes and upgrades

4  into the latest master plan.

5       Q.   Sure.  And you're researching and collecting data

6  during that time as well; right?

7       A.   That's correct.  And, for instance, there was a

8  big upgrade from 2009 to 2014 because we incorporated the

9  use of the FLO-2D modeling, so that was a nice -- a nice

10  upgrade.

11       Q.   Okay.  Why was the Platte to Park Hill or the City

12  Park Golf Course project specifically not in the 2014 master

13  plan?

14       A.   It was a timing issue.  The 2014 master plan, like

15  I -- if you go back two years, kicked off in around 2012,

16  whereas we -- the MATT memo hadn't started yet.  And so they

17  were running in parallel but the master plan was well ahead

18  and it was -- we needed to get it adopted.

19       Q.   And the modeling, I think you mentioned for the

20  FLO-2D for the Montclair Basin, didn't happen until later.

21  When did it happen?

22       A.   We -- the MATT memo hydrology, which has the

23  modeling, which has the resultant maps and kind of where

24  when we knew what the problem was, was August of 2014, so it

25  was just a month or two before the adoption of the

John D. MacFarlane, et al. vs.
The City and County of Denver, et al.

Transcript of Proceedings - Testimony of Bruce Uhernik
August 23, 2017

Page 39

1   stormwater master plan.

2           By that time, we really cut the cord on the master

3   plan in January and February of 2014.  Because then you've

4   got to go talk to all the different departments, let people

5   know it's coming, talk to Council so that they will support

6   it and adopt it.

7       Q.   Will the City Park Golf Course project be in the

8   2019 master plan?

9       A.   Yes, it will.

10      Q.   Okay.  Do you recall yesterday you were shown the

11  storm drainage criteria document?

12      A.   Yes.

13      Q.   What is your understanding of what this document

14  is for?

15      A.   It's intended mainly for private development for

16  the Stapletons, the Lowrys and even the small lots.

17      Q.   And I think Mr. Goldhamer was asking you questions

18  about regional detention facilities in an approved master

19  plan.  What does that mean?

20      A.   So regional detention, every developed parcel over

21  an acre is required to detain water.  You can't allow them

22  to release more, otherwise we will have a condition like

23  over Montclair again where there's, you know, too much

24  water.  So by regulations, we have an ability now to not

25  allow people to release more water.

John D. MacFarlane, et al. vs.
The City and County of Denver, et al.

Transcript of Proceedings - Testimony of Bruce Uhernik
August 23, 2017

Page 40

1          When there's a larger development, like something

2     at Stapleton, like Northfield, it makes more sense for that

3     developer to find a regional detention solution rather than

4     having seven or eight smaller detention facilities on the

5     same shopping center, let's say.

6          So like if Target was the anchor store and they

7     were kind of working hand in hand with the developer, it

8     would make the most sense for that developer to find that

9     regional solution, and then the other buildings and out

10    parcels could then, you know, use that detention facility as

11    well.

12    **Q.   Okay.  So does this particular storm drainage**

13    **design and technical criteria, if it's for private**

14    **development, does it really apply to the City?**

15         A.   It doesn't entirely apply for, kind of, in-field

16    projects and fully developed basins.

17    **Q.   All right.  So I think we just talked about it,**

18    **but does the City impose requirements on new development and**

19    **redevelopment regarding stormwater detention?**

20         A.   Yes, they do.

21    **Q.   And describe -- did you just describe those**

22    **requirements or is there more?**

23         A.   I kind of did.  Right.  We wish we were doing this

24    80 years ago where if we allow -- if someone is going to

25    develop, more often than not they are going to add more

Page 41

1    impervious areas, they are going to have more driveways,

2    more sidewalks, more roofs, and so their net runoff in

3    stormwater and storm events is going to be more.

4              As this becomes cumulative and as basins develop,

5    and so we have a policy now where we're not allowing that to

6    happen.  They have to detain their local runoff to the

7    historic levels of runoff so that we're not increasing the

8    overall net in the basin.

9        Q.    Sure.

10             Do these type of requirements for the storm

11   drainage apply to projects like National Western?

12       A.    Yes.

13       Q.    Will they have to be -- will the City Park Golf

14   Course project relieve them of their responsibilities to

15   manage their own storm drainage?

16       A.    No.  The National Western is going to go through

17   the same kind of City public works review processes as

18   everyone else.

19       Q.    Could you describe the protection that the City

20   Park Golf Course project, together with the rest of the

21   Platte to Park Hill project, will do for the basin?

22       A.    Sure.

23       Q.    If you need to use the map, go ahead.

24       A.    Sure.

25             So I will go back to this FLO-2D.  This is your

John D. MacFarlane, et al. vs.
The City and County of Denver, et al.

Transcript of Proceedings - Testimony of Bruce Uhernik
August 23, 2017

Page 42

1    existing conditions.  This is what we expect to see today

2    status quo with a major storm event.

3              If you can imagine, there's a little bit of

4    detention right now at City Park, imagine there would be a

5    lot more, so there would be less downstream.

6              What's also happening through the acquisition of

7    the Market Lead and the 39th channel and the improvements to

8    GLO, we are kind of cutting off that water.  So whatever is

9    released and does overflow, will get to 39th and be cut off.

10             So there's a significant reduction in these depths

11   that we could see before and after.  North of 39th channel,

12   there is also some benefit between -- or north of the golf

13   course as well.

14        Q.   Okay.  Great.  Thank you.

15             Will the City -- I'm sorry.  You can have a seat.

16             Will the City Park Golf Course project also

17   provide benefits in storms smaller than a hundred year?

18        A.   Yes.

19        Q.   It's designed to handle up to a hundred-year

20   storm; isn't that right?

21        A.   That's correct.

22        Q.   Based on your role in the MATT process, if the

23   City does not build the City Park Golf Course or the planned

24   Platte to Park Hill project, do you know how that will

25   impact I-70?

John D. MacFarlane, et al. vs.
The City and County of Denver, et al.

Transcript of Proceedings - Testimony of Bruce Uhernik
August 23, 2017

Page 43

```
 1                MR. GOLDHAMER:  Objection.  Calls for speculation.
 2                THE COURT:  Well, why don't you lay some
 3      foundation.
 4           Q.   (By Ms. Carmody)  Mr. Uhernik, you testified
 5      yesterday you were involved in the MATT process; right?
 6           A.   That's correct.
 7           Q.   Okay.  Can you describe that a little bit more for
 8      the Court.
 9           A.   So the MATT process was the culmination of the
10      four entities, RTD, Urban Drainage, CDOT and the City and
11      County of Denver, looking at the overall existing
12      conditions, problems within the Montclair Basin.
13                So the models were run, the engineers did their
14      thing, and presented the problems, the existing conditions
15      in August of 2014.
16                There was then the letter of recommendation in
17      January of 2015 which showed the solution.  One potential
18      solution was Platte to Park Hill and then the residual
19      system for CDOT.
20           Q.   What is the residual system?
21           A.   So if you look at the basin, if Platte to Park
22      Hill detains, controls, captures a lot of the water in the
23      golf course in 39th channel, there is still -- I would say
24      there's still a lot of water north of 39th that will flow to
25      the I-70 corridor, and so CDOT has a residual system, a
```

John D. MacFarlane, et al. vs.
The City and County of Denver, et al.

Transcript of Proceedings - Testimony of Bruce Uhernik
August 23, 2017

Page 44

```
 1   system to collect that, and take it to the South Platte
 2   River.
 3        Q.   And so as part of, kind of, the MATT team stuff
 4   that you were involved with, people from -- engineers from
 5   CDOT.
 6        A.   Yes.
 7        Q.   Did they talk about their I-70 project?
 8        A.   Yes.
 9        Q.   Are you aware what would happen if we don't build
10   our P to P project or the City Park Golf Course project, how
11   it would affect their I-70 project?
12             MR. GOLDHAMER:  Objection.  Your Honor, I think it
13   still calls for speculation as well as hearsay.
14             THE COURT:  Well, what's the relevance?
15             MS. CARMODY:  It's really to counter their
16   argument, Your Honor, that this project is about I-70.
17             THE COURT:  All right.  Overruled.  You can
18   proceed.
19             MS. CARMODY:  Okay.
20        A.   Can you ask the question one more time?
21        Q.   (By Ms. Carmody)  Sure.  No problem.  I will ask a
22   better question.
23             Is the City doing this project for CDOT?
24        A.   No.
25        Q.   What will happen if CDOT doesn't do its project,
```

John D. MacFarlane, et al. vs.
The City and County of Denver, et al.

Transcript of Proceedings - Testimony of Bruce Uhernik
August 23, 2017

Page 45

1    will they still build the City Park Golf Course?

2        A.   Yeah, oh, absolutely.  If CDOT doesn't build this

3    project, and we maintained this through the meetings we went

4    to over and over again, I said it yesterday, if CDOT raises

5    and becomes a bridge again or a reroute, it doesn't change

6    the need for the Montclair Basin.  We will still want this

7    project, we will still show this project and want to do it

8    for the basin.

9              CDOT is a sliver, they are a property owner in

10   this basin, but the problem is about water and land.  The

11   water doesn't care who owns the land.  It's just going to --

12   it's going to build up where it will.

13       Q.   Okay.  And I guess in the reverse, if the City

14   doesn't build the City Park Golf Course project or Platte to

15   Park Hill, are you aware if CDOT is going to move forward

16   with their project?

17       A.   Yes, they will move forward and they will have

18   their own drainage system.

19             MS. CARMODY:  Your Honor, if I could just have one

20   moment.

21             THE COURT:  Sure.

22             MS. CARMODY:  That's all I have, Your Honor.

23   Thank you, Your Honor.

24             THE COURT:  All right.  Cross.

25             MR. GOLDHAMER:  Your Honor, before we start, I

John D. MacFarlane, et al. vs.
The City and County of Denver, et al.

Transcript of Proceedings - Testimony of Bruce Uhernik
August 23, 2017

Page 46

1    just wanted to check in to see what you were thinking about

2    a morning break, if that was still planned.

3                THE COURT:  At about 10:30, unless you need a

4    break.  I'm willing to accommodate.

5                MR. GOLDHAMER:  And this clock is ten minutes fast

6    you said?

7                THE COURT:  I go by that (indicating) clock.

8                MR. GOLDHAMER:  Okay.  Thank you.

9                THE COURT:  For whatever reason, this is a tape

10   recorder system, throughout the building it is always ten

11   minutes fast.  They have attempted to reset it and for

12   whatever reason, it continues to run ten minutes fast.

13               MR. GOLDHAMER:  The swift wheels of justice are

14   ahead.

15               THE COURT:  Which is why I go by the back clock.

16                         CROSS-EXAMINATION

17   BY MR. GOLDHAMER:

18        Q.   Good morning, Mr. Uhernik.

19        A.   Good morning.

20        Q.   A pleasure to see you again.

21             First of all, this video that we saw, you said it

22   was at Jackson Street south of City Park?

23        A.   That's correct.

24        Q.   And the general flow of water is from the

25   southeast to the northwest; is that right?

John D. MacFarlane, et al. vs.
The City and County of Denver, et al.

Transcript of Proceedings - Testimony of Bruce Uhernik
August 23, 2017

Page 47

 1     A.   That's right.

 2     Q.   And so in light of the detention in the City Park

 3  Golf Course being to the north of that Jackson Street

 4  location, that location actually isn't going to get any

 5  benefit from the golf course project; is that right?

 6     A.   That's correct.

 7     Q.   Okay.  And there's actually been a separate

 8  project planned for Jackson Street to address some of those

 9  drainage issues; isn't that right?

10     A.   Yes.

11     Q.   Are you familiar with the Federal Emergency

12  Management Agency or FEMA?

13     A.   Yes.

14     Q.   Are you familiar with FEMA floodplains?

15     A.   Yes.

16     Q.   Is any of the Montclair Basin in a FEMA

17  floodplain?

18     A.   No.

19     Q.   Has the City of Denver ever asked FEMA to consider

20  putting the Montclair Basin in a FEMA floodplain?

21     A.   No, we haven't asked but we do call it potential

22  inundation areas.

23     Q.   What is the significance of an area being in a

24  FEMA floodplain?

25     A.   If an area is in a FEMA floodplain, then a

John D. MacFarlane, et al. vs.                    Transcript of Proceedings - Testimony of Bruce Uhernik
The City and County of Denver, et al.                                              August 23, 2017

Page 48

 1   property owner with a federally backed loan has -- requires
 2   flood insurance.
 3        Q.   And is it your understanding that federally backed
 4   loans occur in all kinds of residential mortgages?
 5             MS. CARMODY:  Objection.  Relevance.
 6             THE COURT:  What is -- if you can make an offer of
 7   proof.  As the Court understands it, it's not a FEMA
 8   floodplain and there would be no required insurance, federal
 9   insurance.
10             MR. GOLDHAMER:  I'm trying to understand whether
11   or not there are likely properties in the Montclair Basin
12   that are federally backed mortgages such that if the federal
13   government is backing these mortgages but hasn't seen the
14   necessity of putting the Montclair Basin into a FEMA
15   floodplain, that that's certainly relevant to the discussion
16   of all this need for the project.
17             THE COURT:  All right.  I understand your
18   argument.  I don't think you have the right witness.  You
19   have somebody who is an engineer, and I don't think this
20   person is qualified to testify with respect to federal
21   loans, home loans, in and around the area.  So why don't
22   you --
23             MR. GOLDHAMER:  Thank you, Your Honor.
24        Q.   (By Mr. Goldhamer)  Mr. Uhernik, are you -- is it
25   your understanding of the federal government's undertakings

John D. MacFarlane, et al. vs.
The City and County of Denver, et al.

Transcript of Proceedings - Testimony of Bruce Uhernik
August 23, 2017

Page 49

```
 1    with respect to FEMA, that they want to protect their

 2    assets?

 3        A.    Okay.

 4        Q.    Is that your understanding?

 5        A.    Yes.   That's why they require the flood insurance.

 6        Q.    So do you know why the federal government hasn't

 7    declared any part of the Montclair Basin in a FEMA

 8    floodplain?

 9              MS. CARMODY:  Objection.  Speculation.

10    Foundation.

11              THE COURT:  He only asked whether he knows.

12              MS. CARMODY:  Sorry.  Sorry.

13        A.    I would speculate that the FEMA does not --

14              THE COURT:  Do you know or don't you know.

15    Without speculating, do you or do you not know?

16              THE WITNESS:  I believe I do.

17              THE COURT:  Okay.  You can answer.

18        A.    I believe that this is not a FEMA floodplain

19    because there's no recognized waters of the U.S., there's no

20    open channel, it's a pipe system.

21        Q.    (By Mr. Goldhamer)  So it has to do with the pipe

22    system, not with respect to any federally backed mortgages

23    that are in the drainage basin; is that right?

24        A.    I -- I -- please ask that again.  I'm sorry.

25        Q.    So you think it's about federal waterways and not
```

John D. MacFarlane, et al. vs.
The City and County of Denver, et al.

Transcript of Proceedings - Testimony of Bruce Uhernik
August 23, 2017

Page 50

1  actually the assets that the federal government is trying to

2  protect in this basin?

3       A.   To my knowledge, FEMA floodplains are along the

4  open channels and the creeks.  So when Cherry Creek, when

5  South Platte River, Westerly Creek, all those, when they

6  overtop, that can be mapped and we know those limits and

7  that those limits then become the FEMA floodplain.  There's

8  no overtopping of a creek in Montclair because the creek was

9  filled in with the pipe.

10       Q.   You talked about other golf courses and detention

11  in other golf courses; right?  You said that earlier?

12       A.   Yes.

13       Q.   Are you familiar with the Common Ground Golf

14  Course?

15       A.   Yes.

16       Q.   Are you familiar that it flooded in 2013?

17       A.   Yes.

18       Q.   Do you know how long it took for Common Ground

19  Golf Course to reopen after it was flooded in 2013?

20       A.   I believe it took several days because -- and I

21  looked into this, because it had -- the outlet pipe was only

22  36 inches.  And I believe it was even not open at the time,

23  which is different than our project, which has 120 inch

24  drain.

25       Q.   So you think that the Common Ground Golf Course

John D. MacFarlane, et al. vs.
The City and County of Denver, et al.

Transcript of Proceedings - Testimony of Bruce Uhernik
August 23, 2017

Page 51

```
 1    was open to the public for playing golf several days after
 2    it was flooded in 2013?
 3         A.   I'm not sure.  It was a -- it was a long time.
 4         Q.   It was a long time that it was closed to the
 5    public.
 6         A.   That's my understanding.  I don't know the -- I
 7    don't know the length of time.
 8         Q.   Do you know if it was up to eight months before it
 9    was reopened to the public for golfing after it flooded?
10         A.   I'm not aware of the exact time.
11         Q.   You testified about the closing of other parks for
12    stormwater purposes.  Do you know if any of those parks
13    were -- I'm sorry.  Let me start again.
14              You testified about the closing of other parks for
15    the installation of stormwater management projects; right?
16         A.   Yes.
17         Q.   Do you know if any of those parks were designated
18    parks?
19         A.   I believe the Houston Lake is a designated park.
20         Q.   You testified about water quality.  Is there any
21    sort of chemical treatment that is happening by virtue of
22    the project in the golf course or is it simply the physical
23    filtration with screens and then filtration through the
24    ground for the water?
25              MS. CARMODY:  Objection.  Compound.
```

John D. MacFarlane, et al. vs.  
The City and County of Denver, et al.

Transcript of Proceedings - Testimony of Bruce Uhernik  
August 23, 2017

Page 52

1              THE COURT:  Overruled.  You can respond.

2        A.    I'm -- I don't believe there's any chemical.  You

3  mean like a chemical additive that would be added to the

4  channel?

5        **Q.    (By Mr. Goldhamer)  Or a water treatment plant or**

6  **water treatment function that is mechanical in some way.  I**

7  **just want to understand if you could explain if there's any**

8  **other water quality treatment besides simply water passing**

9  **through things?**

10       A.    I -- well, I would think of the system, as I

11 understand it, has, kind of, a two or three step approach

12 where the first approach is to take those floatables off

13 with the vault.  And so the water is still in that

14 underground pipe system.  Then you go into the golf course

15 and you open up that pipe.

16             The second approach to water quality is the

17 forebay.  You don't -- water just doesn't go from the pipe

18 into the natural open channel, the new open channel, but it

19 would allow -- you have a forebay that would collect the

20 sediments and some of the stuff in that pipe that could then

21 be cleaned out on a regular basis.

22             And then the third, kind of, water quality

23 treatment would be the remaining runoff that meanders into

24 the creek, some of it will pass through but some of it will

25 naturally infiltrate into the ground.

John D. MacFarlane, et al. vs.
The City and County of Denver, et al.

Transcript of Proceedings - Testimony of Bruce Uhernik
August 23, 2017

Page 53

1    Q.   So there's no machines being applied to this
2  process of being, you know, processing the water or anything
3  like that.
4    A.   To my understanding, no, there's no UV or anything
5  like that.
6    Q.   You said it was your sense that the inadvertent
7  detention at the golf course currently drains in eight
8  hours.  Is that what you said?
9    A.   I had a sense that because there's no outlet pipe,
10  similar to the Westerly Creek, Common Ground but on a
11  smaller scale, if there's no drain to the bathtub, the water
12  is going to take a long time to drain out.
13    Q.   And you haven't studied the rate at which the
14  inadvertent detention currently in the golf course drains,
15  have you?
16    A.   No, I haven't.
17    Q.   So you have no basis to say that this is actually
18  going to more quickly drain water from the golf course, do
19  you?
20    A.   Not necessarily.  I use my judgments, that if you
21  have 20 acre feet of inadvertent detention in that amount of
22  area, how long -- and then I know the depths from the maps
23  over there, how long would that, both area and depth take to
24  drain naturally through grass.  I -- I think I have a sense
25  on how long that might take.

John D. MacFarlane, et al. vs.
The City and County of Denver, et al.

Transcript of Proceedings - Testimony of Bruce Uhernik
August 23, 2017

Page 54

1    Q.   Okay.  So it's a sense, but not any sort of study

2  of this --

3    A.   That's right.  That's right.

4    Q.   -- area.  Okay.

5         You testified about the technical criteria

6  document that we looked at yesterday; correct?

7    A.   Correct.

8    Q.   And you said that's intended for private

9  development?

10   A.   Yes, its intention is for private development.

11   Q.   And doesn't the RFP call for compliance with the

12  technical criteria?

13   A.   I believe it does.

14   Q.   So in this case, the technical criteria does

15  apply.  Is that what you're saying?

16   A.   The intention of the technical criteria manual is

17  for new development but, yes, some of the criteria does

18  apply.

19   Q.   All of the criteria applies, right, in this case?

20   A.   I -- I believe in the RFP, it's a reference but

21  when the specific technical criteria is taken out of that

22  and put in more detail in the RFP itself.  I don't believe

23  there's -- it says it has to apply to all criteria.

24   Q.   We looked at this demonstrative that showed the

25  construction pattern over time and it's not up now, it's --

John D. MacFarlane, et al. vs.
The City and County of Denver, et al.

Transcript of Proceedings - Testimony of Bruce Uhernik
August 23, 2017

Page 55

1    I guess it's --

2              MS. CARMODY:  Feel free.  It's behind the --

3         Q.   (By Mr. Goldhamer)  This is Exhibit 1005 that

4    we're looking at, and this only shows the timing of

5    development through 1933; is that right?  Is that correct?

6         A.   Looking at the legend, it looks like 1934.

7         Q.   It looks like 1934, you're right.

8              So do you know when the rest of the infill

9    occurred in this basin as far as construction?

10        A.   I don't know off the top of my head, but I can go

11   to my GIS data and find it.

12        Q.   Okay.  So if it filled in in the '50s, you would

13   say that the same problem that you are trying to solve now

14   would have been apparent in the '50s as well?

15        A.   As it filled in, the problem became worse and

16   worse because we didn't have the regulations for detention

17   like we do now, and so the additional development was

18   creating more runoff downstream.

19        Q.   But if it filled in in the '60s, '70s, '80s,

20   you're saying as soon as it filled in, it would have been

21   apparent that this problem needed to be solved?

22        A.   It -- it wouldn't.  It became apparent over time,

23   like I said in the '50s, '60s, and '70s, it would become

24   more and more apparent but it also depends on the storm

25   events you get.

John D. MacFarlane, et al. vs.
The City and County of Denver, et al.

Transcript of Proceedings - Testimony of Bruce Uhernik
August 23, 2017

Page 56

1    Q.    And it was only a matter of timing, you said, the

2    timing with the MATT memo that this project decided to get

3    advanced; right?

4    A.    That's correct, the MATT memo.

5    Q.    And that timing coincides with CDOT's need to

6    figure out its drainage issues for I-70; right?

7    A.    Yes.

8    Q.    On exhibit -- the demonstrative 1001, can you

9    trace where you believe this historic creek flowed starting

10    from about the golf course to the river?

11    A.    So the historic creek that starts at the golf

12    course you said?

13    Q.    Sure.

14    A.    6th Avenue?  I'm just going to follow the darker

15    colors.  So I'm along the west edge of the golf course, I

16    start to get up to the neighborhood, I take a northerly

17    turn, perhaps on High Street or Race Street, and then you go

18    through the railroad yard and you go out, you go past I-70

19    in a northerly fashion and then eventually around Riverside

20    Cemetery and you reach the South Platte River.

21    Q.    And you said it was the intention of the Platte to

22    Park Hill project to essentially restore the natural flow of

23    this creek?

24    A.    It was, yes, the natural -- it's to restore the

25    backbone system of the basin.

John D. MacFarlane, et al. vs.
The City and County of Denver, et al.

Transcript of Proceedings - Testimony of Bruce Uhernik
August 23, 2017

Page 57

1    Q.   Okay.  And so can you trace where the water is
2   going to go following the Platte to Park Hill construction,
3   generally speaking where this large volume of water is going
4   to flow to.
5    A.   Right.  So the volume of water, after you hold
6   back the detention in the golf course, then you release it
7   in that pipe and get to 39th Avenue and you take that
8   alignment that Walter Lowry suggested in 1922 through Pepsi
9   and through Globeville.
10   Q.   Okay.  You can sit down.
11        So rather than actually restoring the historical
12  flow of this creek, the Platte to Park Hill project is
13  ensuring that it takes a hard west turn to the river south
14  of the National Western and I-70; right?
15   A.   That's where the -- that closeness to the river,
16  that opportunity to have less system at a -- was done in the
17  '20s and the '30s and, yes, we're enlarging that same
18  alignment.
19   Q.   So -- but the portions north of 39th Street -- or
20  39th Avenue, excuse me, that's not following the same
21  natural flow; correct?
22   A.   Right.  The natural flow going back to the
23  dinosaurs is in that more northerly direction you are
24  referring to.
25   Q.   Okay.  You said this was a case about water and

John D. MacFarlane, et al. vs.
The City and County of Denver, et al.

Transcript of Proceedings - Testimony of Bruce Uhernik
August 23, 2017

Page 58

1    land or an issue of water and land.  Do you remember that?

2         A.   Yes.

3         Q.   And you seem to be suggesting that there's no

4    connection between the Platte to Park Hill project and I-70

5    because I-70 is going to proceed without Platte to Park Hill

6    and Platte to Park Hill is going to proceed without I-70.

7    Is that a fair characterization of your testimony?

8         A.   Yes.

9         Q.   So you're aware that the I-70 construction plan

10   calls for a lowering of a lot of ground, right, a lowering

11   of the I-70 route?

12        A.   Yes, I'm aware.

13        Q.   Doesn't that lowering inherently affect the basin

14   because you have a low point at the bottom of a basin?

15        A.   It doesn't -- it affects CDOT's -- right, they

16   have to consider their offsite drainage, yes.

17        Q.   So it does affect the stormwater management issues

18   in this drainage basin; correct?

19        A.   Yes.

20        Q.   And is it your testimony that the City would be

21   doing the exact same thing regardless of -- or if the I-70

22   lowering plan did not proceed?

23        A.   Yes, it is.

24        Q.   So why wouldn't the City want to protect more

25   portions north of 39th Avenue if I-70 wasn't proceeding?

John D. MacFarlane, et al. vs.
The City and County of Denver, et al.

Transcript of Proceedings - Testimony of Bruce Uhernik
August 23, 2017

Page 59

 1        A.   It's re-establishing that same alignment we

 2    already had.  We already had the 120 inch pipe that goes

 3    through Pepsi, there's a closeness to the river there.  And

 4    so we're just -- we're tripling in size, if not more, that

 5    same system that we already have.  To go farther north would

 6    be prohibitively expensive.

 7        Q.   So expense is something that is relevant to the

 8    stormwater master -- or the stormwater planning process and

 9    execution process?

10        A.   The expense I referred to is tied directly to the

11    natural barriers that are in place as well, the rail yards.

12        Q.   And so expense is relevant to your decision making

13    in stormwater planning; right?

14             MS. CARMODY:  Objection.  Mischaracterizes his

15    testimony and irrelevant.

16             THE COURT:  Overruled.

17        A.   Please repeat the question.

18        Q.   (By Mr. Goldhamer)  I just want to know if expense

19    is relevant to your stormwater management planning.

20        A.   To the programming, we do -- when I think of the

21    planning, it's the purpose and need for the basin and we --

22    our first cut, it's independent of cost and then when we

23    program projects, yes, expense, opportunities, partnerships,

24    timing, those all come into play.

25        Q.   So do you remember yesterday when we looked at the

John D. MacFarlane, et al. vs.
The City and County of Denver, et al.

Transcript of Proceedings - Testimony of Bruce Uhernik
August 23, 2017

Page 60

1    stormwater master plan and it said that city-wide

2    hundred-year storm protection is prohibitively expensive?

3    Do you remember that?

4         A.    Okay.  Yes.

5         Q.    And so -- but you're saying that that's actually

6    not the policy of the City.

7         A.    I'm sorry?

8         Q.    You said that that shouldn't be in the stormwater

9    master plan; right?

10        A.    No.  I said the stormwater master plan looks at --

11   independent of cost and programming, it looks at the needs

12   for the City for the pipe system that gets to the creeks and

13   the gulches.

14             We then do separate independent studies to look at

15   those backbones, to look at what the creeks need to do to

16   not overtop, to remove FEMA floodplains.  So there's -- I

17   think you are characterizing it too narrow.

18        Q.    So I just want to understand.  You say that

19   expense is relevant in the decision of where to outlet this

20   Platte to Park Hill program but that we should be ignoring

21   the statement in the stormwater master plan that says a

22   hundred-year city-wide storm protection is prohibitively

23   expensive?

24        A.    Yes.  Yeah.  So, again, the master plan looks at

25   the needs of the city on a baseline level, five-year pipes,

John D. MacFarlane, et al. vs.
The City and County of Denver, et al.

Transcript of Proceedings - Testimony of Bruce Uhernik
August 23, 2017

Page 61

 1   but it doesn't include the backbone system need.  Those are

 2   defined in those other studies.

 3          There's many needs on top of the stormwater master

 4   plan in those studies for hundred-year level protection.  We

 5   don't want the creeks and the gulches to overtop.

 6       Q.   Can you tell me what the rate of imperviousness in

 7   the Montclair Basin is?

 8       A.   I believe the -- I believe it's between 50 and 60

 9   percent.

10       Q.   Okay.  And is this imperviousness in the Montclair

11   Drainage Basin similar to the imperviousness in other

12   drainage basins in the city?

13       A.   Yes, I think so.

14       Q.   So the Montclair Basin isn't somehow inherently

15   more impervious.

16       A.   Right.  There's a combination of homes and

17   businesses and streets.

18       Q.   You mentioned the Kelly Dam.  Is that an Urban

19   Drainage and Flood Control District facility?

20       A.   I believe Urban Drainage has some jurisdiction but

21   I think it's an Army Corps and Lowry -- LRA, Lowry

22   Redevelopment Authority, dam.

23       Q.   Is that around some of the new development in town

24   by Stapleton?

25       A.   It does hold back stormwater before it gets into

John D. MacFarlane, et al. vs.
The City and County of Denver, et al.

Transcript of Proceedings - Testimony of Bruce Uhernik
August 23, 2017

Page 62

 1  some of -- I wouldn't call them new areas of Denver but then

 2  as you get north, Westerly Creek goes through new Stapleton.

 3      Q.   Okay.  When -- from the same time that you think

 4  that video that we saw occurred, did you collect videos of

 5  other flooding issues from around the City?

 6      A.   Yeah, I try to collect videos after every big

 7  storm dating back to 2011.

 8      Q.   So that's, yes, you did collect videos from other

 9  basins?

10      A.   Yes.

11      Q.   And did those similarly show flooding problems

12  when there's a big storm?

13      A.   There are local flooding problems in other basins,

14  yes.

15      Q.   Okay.  Can you turn to Exhibit 11 in the -- I

16  think it's one of the white notebooks.

17          MS. CARMODY:  They are on the floor.  They are

18  behind you.

19      Q.   (By Mr. Goldhamer)  Do you see this first page of

20  Exhibit 11?

21      A.   Yes.

22      Q.   Is this based on similar data and modeling as the

23  demonstrative that we've been looking at, Exhibit 1001?

24      A.   Yes.

25      Q.   But it has some overlays with property damage

John D. MacFarlane, et al. vs.
The City and County of Denver, et al.

Transcript of Proceedings - Testimony of Bruce Uhernik
August 23, 2017

Page 63

1    estimates.

2         A.   That's correct.

3         Q.   Okay.  And you see that in a hundred-year storm

4    for Denver, the estimated damage in the Montclair Basin is

5    $485 million?

6         A.   That's correct.

7         Q.   Okay.  And then if you turn the page to the next

8    map, you see that the estimated damage in the Montclair

9    Drainage Basin during a hundred-year storm in the event of

10   Platte to Park Hill being built, assuming that Platte to

11   Park Hill is built, is $375 million; is that right?

12        A.   That's correct.

13        Q.   So does it look like there's an estimated

14   reduction of damage of about $110 million in light of the

15   construction of Platte to Park Hill in a hundred-year storm

16   event?

17        A.   That's right.

18        Q.   And the Platte to Park Hill project is estimated

19   to cost up to $300 million; is that right?

20        A.   That's right.

21        Q.   Okay.  Can you look at the third page of this map

22   in Exhibit 11.  This shows the existing conditions for the

23   City Park Golf Course area in a hundred-year storm event; is

24   that right?

25        A.   That's right.

John D. MacFarlane, et al. vs.
The City and County of Denver, et al.

Transcript of Proceedings - Testimony of Bruce Uhernik
August 23, 2017

Page 64

1    Q.   And then the next page shows the proposed

2  conditions -- this is the last page of Exhibit 11.  Shows

3  the proposed conditions in a hundred-year storm -- the

4  projected flooding in a hundred-year event assuming that the

5  golf course project gets built; is that right?

6    A.   That's right.

7    Q.   And do you see that northwest of the golf course,

8  there's still showing, you know, flooding in the streets and

9  property damage; is that right?

10   A.   That's correct.

11   Q.   So a hundred-year storm is not being contained by

12 the City Park Golf Course project; is that right?

13   A.   The City Park Golf Course project and P to P is

14 part of the hundred-year system.  It's not the full

15 build-out of the system.  There would be more to do

16 afterwards.

17   Q.   I thought you testified on direct that the golf

18 course project was built for hundred-year storm protection?

19   A.   It's part of the hundred-year system so, yes, it

20 is.

21   Q.   Okay.

22   A.   For a hundred-year storm protection.  It's not the

23 entire system.

24      MR. GOLDHAMER:  Okay.  Your Honor, can we take our

25 morning break and get a quick chance to confer with my

John D. MacFarlane, et al. vs.                    Transcript of Proceedings - Testimony of Bruce Uhernik
The City and County of Denver, et al.                                                August 23, 2017

Page 65

1   clients and take it from there?

2            THE COURT:  Of course.

3            Let's reconvene at 10:45.  We will be in recess.

4            MR. GOLDHAMER:  Thank you.

5            (Recess from 10:25 a.m. to 10:45 a.m.)

6            THE COURT:  We're back on the record in

7   2016CV32126.

8            Let's proceed.

9       Q.   (By Mr. Goldhamer)  Mr. Uhernik, are you familiar

10  with the wastewater management budget?

11      A.   Yes.

12      Q.   Historically, what has been the average annual

13  wastewater management budget?

14            MS. CARMODY:  Objection.  Relevance.

15            THE COURT:  What is the relevance?

16            MR. GOLDHAMER:  Your Honor, this project is so

17  exceedingly out of scope, and we think it's ten times the

18  size of the annual wastewater management budget, that it

19  strongly suggests that this is so far outside the City's

20  normal planning procedures that it really demonstrates a

21  connection to the I-70 project.

22            THE COURT:  Based on the issues as framed to this

23  Court, it is not relevant.  So objection is sustained.

24      Q.   (By Mr. Goldhamer)  Mr. Uhernik, the stormwater

25  master plan is a public planning document; right?

John D. MacFarlane, et al. vs.
The City and County of Denver, et al.

Transcript of Proceedings - Testimony of Bruce Uhernik
August 23, 2017

Page 66

```
 1      A.    Yes.

 2      Q.    And you admit that it's important to follow public

 3   planning documents; right?

 4      A.    Yes.

 5      Q.    And you admit that it's important to be

 6   transparent with the public; right?

 7      A.    Yes.

 8      Q.    And we talked yesterday about the Montclair

 9   Drainage Basin outfall systems plan from the Urban Drainage

10   and Flood Control District; right?

11      A.    Okay.

12      Q.    Do you remember that?

13      A.    Yes.

14      Q.    And that hasn't been finished yet; is that right?

15      A.    That's correct.

16      Q.    But the project is proceeding anyways?

17      A.    That's correct.

18      Q.    And at one point there was a draft of the

19   Montclair Outfall systems plan from Urban Drainage; is that

20   right?

21      A.    There is a draft that goes through the first few

22   sections, yes.

23      Q.    And isn't it true that on or around May 19, 2016,

24   you sent Urban Drainage an email urging them not to make

25   that public despite a push from Urban Drainage to make it
```

John D. MacFarlane, et al. vs.
The City and County of Denver, et al.

Transcript of Proceedings - Testimony of Bruce Uhernik
August 23, 2017

Page 67

1  public?

2              MS. CARMODY:  Objection.  Relevance.

3              THE COURT:  Counsel.

4              MR. GOLDHAMER:  I think it absolutely goes to show

5  how the City is actively trying to obscure the connection

6  between these two projects and avoid being transparent like

7  it says it should be to get these projects through.

8              THE COURT:  The I-70 project, whether or not it

9  proceeds or not, is not before the Court, and this Court

10  takes no position on I-70 or the National Western or any of

11  the other projects going on in Denver.

12              This Court is solely concerned with the City Park

13  Golf Course, whether or not there's a proper purpose and

14  whether or not the director is exercising her discretion

15  consistent with the law.

16              And whether the water is coming from I-70 or any

17  other area of Denver is not necessarily indicative of

18  whether or not there's a proper park purpose for building a

19  retention pond and closing the park, taking down trees, and

20  the like.

21              I've allowed latitude to make your record but

22  there has to be some limits on it.

23              So I think you have made a record on it, I

24  understand your position, I understand the plan, the 2014

25  plan, the fact that it wasn't in it, I now understand, at

John D. MacFarlane, et al. vs.
The City and County of Denver, et al.

Transcript of Proceedings - Testimony of Bruce Uhernik
August 23, 2017

Page 68

1   least from this witness, the City's position as to why it

2   was not, the detention was not in that plan and what was

3   going on during the period of time the plan was being

4   generated or created while the new plan is being worked on.

5           But I will ask you to move on at this point.

6           MR. GOLDHAMER:  Sorry, Your Honor.  I didn't catch

7   that.

8           THE COURT:  I'm going to ask you to move forward

9   at this point.  The objection will be sustained.

10          MR. GOLDHAMER:  Thank you, Your Honor, and I

11  appreciate the Court's entertainment of the Plaintiffs

12  making their record.

13          THE COURT:  Sure.

14          MR. GOLDHAMER:  That is all I have for this

15  witness.

16          THE COURT:  All right.  Redirect.

17          MS. CARMODY:  Yes, Your Honor.

18          THE COURT:  And then you're going to have some

19  questions from me.

20                   REDIRECT EXAMINATION

21  BY MS. CARMODY:

22      Q.   You were talking about the potential inundation

23  area I think when we were discussing the FEMA issues.  Are

24  homes in the potential inundation area subject to flooding?

25      A.   Yes.

John D. MacFarlane, et al. vs.
The City and County of Denver, et al.

Transcript of Proceedings - Testimony of Bruce Uhernik
August 23, 2017

Page 69

```
 1                    MR. GOLDHAMER:  Your Honor, I think this is
 2      outside the scope of cross.
 3                    THE COURT:  Overruled.
 4                    You got into the video and the streets and Race
 5      and High and other streets within the area, so clearly, as I
 6      understand it, based on the exhibits and your
 7      cross-examination, homes on the streets are clearly subject
 8      to redirect.
 9                    MR. GOLDHAMER:  I understand, Your Honor.
10                    The objection was based on the very technical term
11      "potential inundation area" which is, you know, discussed in
12      the stormwater master plan.
13                    THE COURT:  Why doesn't counsel rephrase.
14                    MS. CARMODY:  Sure.
15           Q.    (By Ms. Carmody)  Are homes in the Montclair Basin
16      subject to flooding?
17           A.    Yes, based upon the modeling.  Yes.
18           Q.    Could the City restore the natural route of the
19      Montclair Creek?
20           A.    Yes.
21           Q.    What would they need to do that?
22           A.    We would need land.  We would need additional
23      space.
24           Q.    Yeah.  Would we need to tear down the
25      neighborhoods and the railroads and I-70 and National
```

Page 70

1   Western to restore the natural creek?

2       A.   Right.  Ideally -- right, that's not feasible but

3   if we could, we would restore the natural path with the

4   proper width, which would, yeah, take a bunch of homes and a

5   bunch of properties.

6       Q.   Okay.  If Platte to Park Hill is built including

7   the City Park Golf Course portion, do areas north of 39th

8   Avenue channel, do they benefit from this?

9       A.   Yes.

10      Q.   Okay.  What are some of those neighborhoods?

11      A.   The Swansea neighborhood, the -- everything north

12  of there, of 39th, has a significant benefit with this

13  project in the reduction of the street depths during the

14  large -- even the moderate storms.

15      Q.   That includes Elyria as well?

16      A.   Yes.

17      Q.   And parts of Cole?

18      A.   Yes.

19      Q.   All right.  Mr. Goldhamer was asking you some

20  questions about, you know, the cost of this project but -- I

21  think he mentioned something in the range of $300 million.

22  That's for the Platte to Park Hill project; right?

23      A.   Yes, for the whole...

24      Q.   How much does the City Park Golf Course portion

25  cost?

John D. MacFarlane, et al. vs.                    Transcript of Proceedings - Testimony of Bruce Uhernik
The City and County of Denver, et al.                                              August 23, 2017

Page 71

1        A.   The City Park Golf Course project is $39 million.

2        Q.   And so I think in looking at that Exhibit 11,

3   there was potential savings of $110 million for some of the

4   damage that could occur with homes; right?

5        A.   Yes.

6        Q.   So if we had three floods, that would probably

7   cover the cost of that for the 300 million.  Are you aware

8   of that?

9             MR. GOLDHAMER:  Objection.  Speculation.

10            THE COURT:  Well, overruled.  You can respond to

11   the extent you can.  He's been qualified as an expert, so he

12   can provide answers to theoretical questions or based on his

13   knowledge and experience.  You can respond.

14        A.   Yeah.  By that math, yes.

15        Q.   (By Ms. Carmody)  Does the Platte to Park Hill and

16   the City Park Golf Course project have the potential to save

17   lives and protect people from danger?

18        A.   Yes.  Absolutely.

19            MS. CARMODY:  Okay.  That's all.  Thank you, Your

20   Honor.

21            THE COURT:  I will have some questions for you

22   here in a moment.

23            Mr. Uhernik, I'm interested in the parks where

24   your department has undertaken projects over the years,

25   specifically with respect to detention of water.  We quickly

John D. MacFarlane, et al. vs.
The City and County of Denver, et al.

Transcript of Proceedings - Testimony of Bruce Uhernik
August 23, 2017

Page 72

1    walked through a number of them and certain parks included

2    golf courses.

3              I would like you to walk me through some of those

4    projects and talk to me about whether or not you believe

5    detention is, in fact, a park purpose, if so why, and

6    explain or describe the specific projects that have been

7    undertaken.  All right?

8              We can start with -- let's start with Overland.

9              THE WITNESS:  So Overland Golf Course located in

10   West Denver just off the South Platte River, it receives,

11   kind of, overflow from Harvard Gulch.  Harvard Gulch can

12   only carry so much water.  And when it overtops at Logan, it

13   starts to spread and it will get into Overland.  So Overland

14   provides some stormwater detention naturally prior to

15   entering the South Platte River.

16             THE COURT:  And were there -- was there an

17   improvement project on this specific golf course itself in

18   the park?

19             THE WITNESS:  The only improvement project I can

20   think of at this time was the formalization of the outfall

21   at Broadway, at the Florida Outfall, at Aqua Golf, which

22   is the -- one of the driving ranges that the golfers at

23   Overland use.

24             THE COURT:  And what did that entail?

25             THE WITNESS:  That entailed -- well, it's a --

John D. MacFarlane, et al. vs.
The City and County of Denver, et al.

Transcript of Proceedings - Testimony of Bruce Uhernik
August 23, 2017

Page 73

1    Aqua Golf.  It's a water driving range.

2            It entailed a new pipe system from the Aqua Golf

3    with the forebay to collect the trash and the sediments, and

4    it provided a way to kind of collect and control water from

5    Broadway using Aqua Golf, which is a -- it's, essentially,

6    part of Overland as its outlet.

7            THE COURT:  Was the pipe system collecting trash

8    and sediment successful?

9            THE WITNESS:  Yes.  We have -- we have some great

10   video on it that shows kind of a before and after condition

11   of the trash collection system.  We presented it to the

12   annual Colorado Association of Floodplain Managers

13   Conference a few years ago to show the benefit and the trash

14   that it collected, and we were actually approached by the

15   golf city workers at Aqua Golf to help solve the trash

16   problem in the lake and specifically the needles, some of

17   the things that were floating in the lake itself.

18           THE COURT:  Did the work and improvements

19   conducted at Overland mitigate the Harvard Gulch Golf Course

20   water issue?

21           THE WITNESS:  That's a location geography thing.

22   I would say no because Overland is adjacent to South Platte

23   River.  So by that time, Harvard Gulch had already

24   overtopped.

25           If Overland was more upstream like Harvard Gulch

John D. MacFarlane, et al. vs.
The City and County of Denver, et al.

Transcript of Proceedings - Testimony of Bruce Uhernik
August 23, 2017

Page 74

1    par 3 course which Harvard Gulch Park is, then that

2    detention moving upstream in the basin provides benefit to

3    the downstream -- to the downstream residences, streets.

4              THE COURT:  All right.  And as part of the scope

5    of the project, was any portion of Overland Golf Course

6    closed during the improvements?

7              THE WITNESS:  Yes.  The portions of the driving

8    range, the Aqua Golf, were closed during the improvements.

9              THE COURT:  How long did that take?

10             THE WITNESS:  I'm unaware of the timing of that

11   project and the specifics.  I could speculate but...

12             THE COURT:  All right.  Talking about Harvard Park

13   and Harvard Golf Course, what, if any, improvements have

14   been made relative to stormwater?

15             THE WITNESS:  Right.  So Harvard back in the '60s

16   was -- it's always been an open channel but there was a need

17   to improve that.  There was some flooding issues, I believe,

18   along Harvard, according to the records we have, and one of

19   the ideas was to reformalize and realign Harvard Gulch but

20   at the same time provide detention in the park.

21             So when Harvard Gulch -- when a storm is large

22   enough, Harvard Gulch will fill up and then it will spill to

23   the north into the park and provide some detention and then

24   that water then is released back into the -- it's

25   controlled -- it's released at a controlled rate back into

John D. MacFarlane, et al. vs.                    Transcript of Proceedings - Testimony of Bruce Uhernik
The City and County of Denver, et al.                                              August 23, 2017

Page 75

1    the gulch.

2            And then the residual effect downstream is that

3    the channel, which then becomes a pipe system, doesn't

4    overtop as frequently.

5            THE COURT:  And are you familiar with that

6    project?

7            THE WITNESS:  I am.  I had worked some in the

8    Harvard Gulch Basin on some of new master plan and some of

9    that we looked at, how did we get here, what was the channel

10   designed to do, and there's a notebook about this

11   (indicating) size that has all the photos and all the design

12   documents from -- I believe it's the late -- the early '70s

13   is when that project was completed.

14           THE COURT:  Is the Harvard Golf Course at all

15   similar to the City Park Golf Course with respect to the

16   detention of water that occurred naturally and the work

17   conducted on the course to ensure the controlled rate via a

18   pipe system?

19           THE WITNESS:  I would say yes, because there was

20   an opportunity for that project several years ago on Harvard

21   Gulch to utilize the park that's adjacent to the open

22   channel for detention because it was right next door.

23   Again, it didn't have to pipe water uphill.  It could just

24   spill water to the side, control it, and then release it

25   back into the creek.

John D. MacFarlane, et al. vs.
The City and County of Denver, et al.

Transcript of Proceedings - Testimony of Bruce Uhernik
August 23, 2017

Page 76

1        THE COURT:  And has it worked -- has it functioned
2   as designed?
3        THE WITNESS:  I believe so, yes.
4        THE COURT:  And was a portion of that park and/or
5   golf course closed during the period of time the work was
6   performed?
7        THE WITNESS:  I would presume so.  It was a long
8   time ago.
9        THE COURT:  All right.  What about Park Hill Golf
10  Course?
11       THE WITNESS:  So Park Hill Golf Club right now
12  takes on stormwater from the Park Hill Basin.  It's -- so
13  water that naturally flows will kind of come from the south
14  to the north and there's a -- at the very north edge at
15  Smith Road and Dahlia, there's a low spot in the golf course
16  that will hold back water during storm events and that's
17  providing detention right now.
18       THE COURT:  Is that natural or was that man-made?
19       THE WITNESS:  Right now it's natural.  There is --
20  there is no defined outlet to my knowledge of that.
21       THE COURT:  Are there any plans to change that?
22       THE WITNESS:  Yes, there is.
23       THE COURT:  And specifically what type of work is
24  planned there?
25       THE WITNESS:  So what we've been doing for the

John D. MacFarlane, et al. vs.                    Transcript of Proceedings - Testimony of Bruce Uhernik
The City and County of Denver, et al.                                          August 23, 2017

Page 77

1    last -- since 2000 is building a backbone system similar to

2    Montclair in the Park Hill Basin, and we've made it all the

3    way almost to Smith Road and Dahlia.

4              So now that we have the drain to the bathtub

5    almost at Park Hill, we can utilize that low spot, that

6    natural low spot, to formalize that detention, increase that

7    detention, and then allow the outlet pipe to work in unison

8    with the detention to protect the residences downstream.

9              THE COURT:  Where is the natural low spot for the

10   Park Hill Golf Course?

11             THE WITNESS:  It's right at Smith and Dahlia on

12   the southwest corner, right at the golf club.  The course

13   kind of looks like the state of Utah so it would be right

14   where the Great Salt Lake is.

15             THE COURT:  And that would actually be on the golf

16   course itself.

17             THE WITNESS:  Yes, there's -- yes.  Several -- our

18   models, our FLO-2D models, are similar to Montclair and Park

19   Hill showing ponding in the golf course on top of holes.

20             THE COURT:  In the construction of a backbone on

21   the golf course or resulting in the backbone or the low spot

22   on the golf course, the work that needs to be performed or

23   will have to be performed on Park Hill, is that similar to

24   the work that is contemplated in City Park?

25             THE WITNESS:  Yes, very similar.

John D. MacFarlane, et al. vs.                    Transcript of Proceedings - Testimony of Bruce Uhernik
The City and County of Denver, et al.                                              August 23, 2017

Page 78

 1              THE COURT:  And when is that project scheduled to

 2      take place?

 3              THE WITNESS:  Right now that's a part of the

 4      Platte to Park Hill.  It's in the RFP right now.  I believe

 5      there will be interviews to select a team for the design

 6      build next month or the month after with potential

 7      construction in 2018 or 2019.

 8              THE COURT:  And the water that will be detained on

 9      the Park Hill Golf Course, will that require reconfiguration

10      of the course or closure of a park or all of the golf

11      course?

12              THE WITNESS:  Yes, it would.  If you would like to

13      increase the detention, then you would need to make some

14      modifications to the grading to the land, which would

15      require closure.

16              THE COURT:  All right.  Counsel was talking about

17      Bible Park and the work that was performed relative to

18      flooding in the areas and detention of water.

19              THE WITNESS:  So Bible Park, to my knowledge, it's

20      along the Goldsmith Gulch drainageway.  It again sits next

21      to the channel, so it's a natural place for stormwater to

22      kind of take stormwater off the creek or out of the pipes

23      that are adjacent to the creek and hold back that stormwater

24      and then release it into the creek slower to keep the levels

25      of Goldsmith Gulch -- I shouldn't say creek, of the gulch at

John D. MacFarlane, et al. vs.
The City and County of Denver, et al.

Transcript of Proceedings - Testimony of Bruce Uhernik
August 23, 2017

Page 79

 1   a lower rate than if it did not have that detention.

 2            THE COURT:  What type of work was performed to

 3   mitigate the Goldsmith Gulch flooding?

 4            THE WITNESS:  I'm unaware of the specific

 5   projects.  I know based on topography, that if -- that water

 6   would naturally go from the south to the north and you

 7   would -- in order to hold back water, you know, you --

 8   the -- you could berm up the north edge of the park.  So I

 9   presume that was the project you're referring to, but I'm

10   unaware of the specifics around it.

11            THE COURT:  Are there other parks like Cook Park,

12   which comes to mind, that where built solely for detention?

13            THE WITNESS:  When I think of detention, the one I

14   failed to mention was Crestmoor Park, which happens to be in

15   the upper Montclair Basin as well.

16            And just recently -- we've always known it

17   provides detention.  It's in the upstream end of the basin,

18   so it doesn't have as great of benefit and it's not as

19   big -- as big of a park as some of the others.

20            But I ran across some of the design documents the

21   other day that showed it -- the City recognized that water

22   collected there naturally and they formalized the detention,

23   I believe it was, 20 or 30 or so years ago by building an

24   outlet structure to allow the water, the pipe water there,

25   there was some pipes actually as well, that there was a

John D. MacFarlane, et al. vs.
The City and County of Denver, et al.

Transcript of Proceedings - Testimony of Bruce Uhernik
August 23, 2017

Page 80

 1   problem of drainage at Alameda and Quebec.

 2           And so one of the solutions the City came up with

 3   was to utilize Crestmoor Park for detention, so they added

 4   additional pipes around the neighborhood into the park and

 5   then you build an outlet structure so when water pools up to

 6   a certain level, it will then fall into the outlet structure

 7   and get out through the pipe.  It's kind of the drain to the

 8   bathtub again.

 9           And then one kind of follow-up there, after one of

10   the big storm events in 2011, we were getting calls about

11   flooding in the neighborhood and I met with a lady out there

12   and she said -- oh, and I explained the Crestmoor Park

13   detention and why she saw so much water and the trash cans

14   were flooding in the ball fields in Crestmoor Park, and I

15   explained to her it was detention and the outlet structure

16   was controlling the release.

17           And she said, oh, I never knew what that was.  I

18   always called it an echo box because my kids would look down

19   the structure and they would yell into it and it would echo

20   up.

21           So Crestmoor Park is definitely a good example of

22   stormwater detention in a park.

23           THE COURT:  All right.  And you've heard me talk

24   about I-70 here and what -- again, whether or not that is

25   built or not built, is not before this Court, and I'm not

John D. MacFarlane, et al. vs.
The City and County of Denver, et al.

Transcript of Proceedings - Testimony of Bruce Uhernik
August 23, 2017

Page 81

 1    taking any position, period, on any of that.

 2             With respect to the water that is anticipated to

 3    be piped into the City Park Golf Course, is there precedent

 4    where water has been piped a long ways or somewhere other

 5    than adjacent to a park to alleviate and/or to remediate

 6    flooding in other areas of the City of Denver?

 7             THE WITNESS:  Precedent for piping.  You used the

 8    term "a long ways."

 9             THE COURT:  Are there other pipe systems or flood

10    control systems that have been built to take water from one

11    area of the City and County of Denver to another area or to

12    ultimately daylight it into a river rather than just to

13    create more detention for a greater -- for a greater volume

14    in a period -- in the area immediately adjacent to one of

15    the parks we've discussed?

16             THE WITNESS:  I would say absolutely.  There's

17    pipe systems of varying sizes all throughout the city that

18    daylights in multiple places into the gulches and into open

19    space areas.  So, yeah, there's -- it's -- the simple answer

20    is, yes, there's -- there's numerous pipes throughout the

21    city.

22             THE COURT:  All right.  Any other parks that come

23    to mind that I've not asked you about that have been

24    constructed from inception and/or modified after the time

25    that it had been built to detain water?

John D. MacFarlane, et al. vs.
The City and County of Denver, et al.

Transcript of Proceedings - Testimony of Bruce Uhernik
August 23, 2017

Page 82

```
 1              THE WITNESS:  I know I'm going to be kicking
 2    myself when I leave the stand if I don't have an answer
 3    because I know there's a bunch of them around town, but you
 4    put me on the spot.
 5              I'm going through my head...
 6              THE COURT:  Take your time.
 7              THE WITNESS:  I would say Sloan's Lake is another
 8    good example out in West Denver where if you look at it,
 9    there is off-site drainage from Edgewater, from Lakewood,
10    that flows into Denver and then it will -- it flows into the
11    west side of the lake, which can then hold it back and then
12    there's a release downstream and it eventually gets to the
13    South Platte River.
14              THE COURT:  Has that been worked on over the years
15    or is there one project that resulted in that specific
16    flow --
17              THE WITNESS:  I --
18              THE COURT:  -- migration of water?
19              THE WITNESS:  I can't think of one specific
20    project, but I know that the maintenance and operations
21    people talk about the pipes coming into the facility and
22    them maintaining it when needed.
23              THE COURT:  Is it your position that parks are
24    often used to detain water for the benefit of the city?
25              THE WITNESS:  Yes, it is.
```

John D. MacFarlane, et al. vs.
The City and County of Denver, et al.

Transcript of Proceedings - Testimony of Bruce Uhernik
August 23, 2017

Page 83

 1          THE COURT:  All right.  Based on this Court's

 2   questions, Mr. Goldhamer, do you have any questions?

 3          MR. GOLDHAMER:  One moment, Your Honor.

 4          THE COURT:  Sure.

 5                  RECROSS-EXAMINATION

 6   BY MR. GOLDHAMER:

 7     Q.   Mr. Uhernik, you were asked about Bible Park.

 8     A.   Yes.

 9     Q.   Do you recall that?

10     A.   Yes.

11     Q.   Is there any regional detention elements to Bible

12   Park?

13     A.   I would say Bible Park has a local benefit as well

14   as a regional benefit to Goldsmith Gulch.

15     Q.   But the project in the golf course, City Park Golf

16   Course, is a regional detention facility; is that right?

17     A.   Based upon the size of the basin, yes.

18     Q.   Okay.  And do you know if there's recreation that

19   actually occurs on Sloan's Lake?

20     A.   Yes, there is.

21     Q.   Will there be recreation that will be able to take

22   place on top of any of the water storage that's proposed for

23   City Park Golf Course?

24     A.   That's why we have the short drain time so that

25   the water temporarily is stored and then it drains out and

John D. MacFarlane, et al. vs.
The City and County of Denver, et al.

Transcript of Proceedings - Testimony of Bruce Uhernik
August 23, 2017

Page 84

 1    then when the golfers put their umbrellas away, they can go

 2    back to playing.

 3        Q.   So people go boating and enjoy the water that's

 4    detained at Sloan's Lake; right?

 5        A.   Yes.

 6        Q.   But they won't be able to do that at City Park;

 7    correct?

 8        A.   I --

 9        Q.   City Park Golf Course.

10        A.   -- I disagree.  You're talking about a sunny day

11    versus a rainy day situation.

12        Q.   So the water itself is not for enjoyment by people

13    on top of it in City Park Golf Course; right?  Unlike

14    Sloan's Lake where people go boating on it.

15        A.   The difference with Sloan's Lake is right now

16    there's a permanent water surface lake where people will

17    recreate on it.  The water detention at Sloan's is on top of

18    that.  So when you think of -- so, yes, it's a lake, it's

19    water, but the detention stores that Sloan's Lake provides

20    is an increase in depth of that water.

21        Q.   But people make the same use of it whether or not

22    it's a permanent lake or there's water being detained on top

23    of it; right?  People go boating on it either way, whether

24    it's retained water or detained water.

25        A.   If it's raining outside, I hope people aren't

John D. MacFarlane, et al. vs.
The City and County of Denver, et al.

Transcript of Proceedings - Testimony of Bruce Uhernik
August 23, 2017

Page 85

1    recreating on it because it means it could be lightening.

2    I -- I am just being honest.

3            MR. GOLDHAMER:  Your Honor, we do think that

4    30(b)(6) -- C.R.C.P. 30(b)(6) depositions can be used for

5    any purpose, which is what the rule states, and we would

6    offer a couple of selections from the depositions of Happy

7    Haynes and Leslie Thomas, who are both 30(b)(6)

8    representatives, for -- which, as an offer of proof,

9    constitute admissions of the inability of the City to

10   identify any other examples in the past where a designated

11   park in Denver was closed in its entirety to install a

12   drainage feature.

13           I think we do have some of that testimony already

14   in the record, but the question is whether or not I can ask

15   Mr. Uhernik about it.

16           THE COURT:  This would not be the appropriate

17   witness.  30(b)(6) binds the City in that it is a City

18   representative and it sounds like Ms. Haynes or other

19   representatives are designated as the 30(b)(6) designees.

20           MR. GOLDHAMER:  Yes.

21           THE COURT:  So my understanding is Ms. Haynes is

22   going to be recalled in the Defendants' case in chief.  That

23   will be the appropriate time and place to use that

24   testimony.

25           MR. GOLDHAMER:  Okay.  Thank you.

John D. MacFarlane, et al. vs.                    Transcript of Proceedings - Testimony of Bruce Uhernik
The City and County of Denver, et al.                                            August 23, 2017

Page 86

```
 1              THE COURT:  Sure.
 2        Q.  (By Mr. Goldhamer)  Now, Mr. Uhernik, when you
 3   were answering the judge's questions earlier, were you just
 4   basing those answers on your recollection or had you
 5   previously researched any of these issues?
 6        A.  I found -- I researched both Crestmoor Park and
 7   Harvard Gulch Park.
 8        Q.  And the detention formed in Crestmoor Park, the
 9   outlet is what, about, 10 feet wide and 20 feet deep; is
10   that right?
11        A.  The outlet?  The structure itself?
12        Q.  The echo box.
13        A.  The echo box.  It's approximately 5 x 5.
14        Q.  Okay.  And so the installation of that structure
15   in Crestmoor Park did not require the closure of Crestmoor
16   Park in its entirety, did it?
17        A.  I can't say if it did or not because it was done
18   back in the '70s, I believe.
19        Q.  So you didn't research that, did you?
20        A.  I found the -- no.
21        Q.  Okay.  And do you know if Aqua Golf is a separate
22   park from Overland Golf Course?
23        A.  I'm not sure the -- it's right next door.
24        Q.  Okay.  But do you know if it's separately
25   designated at all?
```

John D. MacFarlane, et al. vs.
The City and County of Denver, et al.

Transcript of Proceedings - Testimony of Bruce Uhernik
August 23, 2017

Page 87

 1      A.    I'm unaware.

 2            MR. GOLDHAMER:  I think that's all I have.  Thank

 3   you.

 4            THE COURT:  Thank you.

 5            Any questions by the defense?

 6            MS. CARMODY:  Just a few.

 7                      REDIRECT EXAMINATION

 8   BY MS. CARMODY:

 9      Q.    Mr. Uhernik, are some of the examples where a park

10   has initially been designated to have stormwater features,

11   are you aware of some of those examples?

12      A.    Yes.

13      Q.    And you gave us a couple?

14      A.    So --

15      Q.    Like new parks.

16      A.    New parks that have -- well, I'm stuck on Park

17   Hill, the golf club, and Crestmoor Park and Iliff Pond and

18   38th and Holly Pond.

19      Q.    What about Westerly Creek?

20      A.    Oh, yes, thank you.  Westerly Creek, right, has

21   multiple detention facilities along it.

22      Q.    And Greenway Park?

23      A.    Yeah, the Stapleton Greenway is one of the most

24   recent constructions during the development of Stapleton.

25   They did a -- the developer and the City did a good job of

John D. MacFarlane, et al. vs.
The City and County of Denver, et al.

Transcript of Proceedings - Testimony of Bruce Uhernik
August 23, 2017

Page 88

 1    keeping the corridor wide and open and have a Greenway Park

 2    amenity along the creek itself.

 3         Q.    And Great Lawn in Lowry, is that another one?

 4         A.    Yes, and Great Lawn is the park which is just

 5    immediately south of the Kelly Road Dam we spoke of earlier.

 6    So yes.

 7         Q.    All right.  If you could please turn to

 8    Exhibit 1019 in the black book in the defendants' exhibits?

 9              MR. GOLDHAMER:  What was the number?

10              MS. CARMODY:  1019.

11              MR. GOLDHAMER:  Thank you.

12         Q.    (By Ms. Carmody)  All right.  Do you recognize

13    this?

14         A.    Yes.

15         Q.    Okay.

16         A.    Yeah.

17         Q.    What is it?

18         A.    This is a list of all the parks within Denver with

19    stormwater detention facilities and the approximation of the

20    acreage.

21         Q.    Okay.  Does it kind of refresh your memory on

22    maybe some of the other parks we didn't talk about that have

23    stormwater detention in them?

24         A.    Yes.

25         Q.    Is there anything you think on this list that you

Page 89

1    might want to add to some of the questions the judge asked

2    you?  If you have any basis if there was a park you worked

3    on or are aware of?

4            MR. GOLDHAMER:  Objection.  Vague.

5            THE COURT:  I thought he said he didn't remember.

6    The question is whether or not it refreshes his

7    recollection, so it's a yes or no.

8            Overruled.

9        A.   Well, I touched on Aqua Golf at the top.

10       Q.   (By Ms. Carmody)  What about Wellshire Municipal

11    Golf Course?  It's on the last page.  Are you aware of the

12    detention in that golf course?

13       A.   Oh, yes.  Yes.  Thank you.  Right.  And I was

14    working on Skeel Reservoir and Dam and looking at that from

15    a planning perspective just this week.

16       Q.   Okay.  And what is involved in that detention in

17    that golf course?

18       A.   So right now water enters Wellshire from the

19    southeast corner and the City has, again, a driving range,

20    they've taken that corner and turned it into the driving

21    range and added, you know, a lake feature to it for the

22    irrigation.

23            But on top of the lake, the irrigation, there's a

24    dam and it's called Skeel.  And during a large storm event,

25    the water will pond up and then it will drain down.  And so

John D. MacFarlane, et al. vs.                    Transcript of Proceedings - Testimony of Bruce Uhernik
The City and County of Denver, et al.                                              August 23, 2017

Page 90

1    the Wellshire or Skeel Dam, as it's referred to, provides

2    stormwater protection and the protection for the

3    neighborhoods downstream.

4         Q.   And when that dam or stormwater feature was

5    constructed, was the park closed or the golf course closed

6    for construction?

7         A.   It would have had to have been.

8         Q.   Okay.  The Asbury and Tejon Park, the unnamed

9    park, is that another project that you were working on?

10        A.   Yes, that's in the design stages right now.

11        Q.   Okay.  Will that be closed when it's constructed?

12        A.   Yes, it will.  I think a full closure of that park

13   is necessary to provide the improvements, the water quality

14   and detention that we want to get to.

15        Q.   Okay.  All right.  You had talked about Park Hill

16   Golf Course.  Are you aware if the City owns that golf

17   course?

18        A.   The trust, the Clayton Trust owns the golf course.

19        Q.   Okay.

20             MS. CARMODY:  That's all the follow-up I had.

21             THE COURT:  All right.  You may be excused.  Thank

22   you very much for your time.

23             (End of requested testimony.)

24

25

John D. MacFarlane, et al. vs.                                    Transcript of Proceedings - Testimony of Bruce Uhernik
The City and County of Denver, et al.                                                                    August 23, 2017

Page 91

```
 1                    CERTIFICATE OF COURT REPORTER

 2

 3              I, DEANNA BAYSINGER, a Registered Professional

 4    Reporter and Notary Public within and for the State of

 5    Colorado, commissioned to administer oaths, do hereby

 6    certify that the proceedings were taken in stenotype by me

 7    at the time and place aforesaid and was thereafter reduced

 8    to typewritten form by me; and that the foregoing is a true

 9    and correct transcript of my stenotype notes thereof.

10              That I am not an attorney nor counsel nor in

11    any way connected with any attorney or counsel for any of

12    the parties to said action nor otherwise interested in the

13    outcome of this action.

14              My commission expires:  November 8, 2018.

15

16

17                        _____
                          DEANNA BAYSINGER
                          Registered Professional Reporter
18                        Notary Public, State of Colorado

19

20

21

22

23

24

25
```

John D. MacFarlane, et al. vs.
The City and County of Denver, et al.

Transcript of Proceedings - Testimony of Bruce Uhernik
August 23, 2017

**$**

$110  63:14 71:3
$300  63:19 70:21
$375  63:11
$39  71:1
$485  63:5

**0**

04  27:24

**1**

1  10:10 19:25 20:6
1/2  12:18
10  12:17 20:16,22 86:9
10-year  19:16
100  20:4
100-year  20:24
1001  21:24 56:8 62:23
1003  13:12
1004  10:9
1005  55:3
1006  7:5 9:1 11:13 12:4 26:12,16
1008  24:12
1014  31:20
1019  88:8,10
10:25  65:5
10:30  46:3
10:45  65:3,5
11  62:15,20 63:22 64:2 71:2
12  22:21,23 24:22,23
12-5  31:24 32:3
12.2.3.5  32:4
120  8:24 12:10,13,16

13:7 26:7 27:14 50:23 59:2
1200  13:7
14  31:20
1861  26:17,22
19  66:23
1908  9:13
1920s  8:16
1922  9:16 57:8
1930s  8:16 9:13
1933  9:10 13:13 23:18 55:5
1934  55:6,7
1965  20:10
1979  11:16

**2**

2  14:21
20  5:8 7:9 53:21 79:23 86:9
2000  77:1
2001  5:3
2008  5:8
2009  5:8,9 6:19,21 38:8
2011  28:19 62:7 80:10
2012  38:15
2013  20:12 28:20 50:16,19 51:2
2014  6:24 28:20 38:8,12,14,24 39:3 43:15 67:24
2015  17:17 43:17
2016  66:23
2016CV32126  65:7
2018  78:7
2019  6:25 39:8 78:7
20s  12:12,13 14:2 57:17

215  32:9
23rd  34:11,24
24  17:17 33:2
25-year  19:17
26th  23:12 34:13

**3**

3  20:20 22:11 24:23 30:19 74:1
30  79:23
30(b)(6)  85:4,7,17,19
300  71:7
30s  14:2 23:15 57:17
36  50:22
38th  87:18
39th  34:14 42:7,9,11 43:23,24 57:7,19,20 58:25 70:7,12

**4**

4,000  13:8,9

**5**

5  24:24 86:13
50  61:8
50s  55:12,14,23
5th  6:14

**6**

6  10:9 12:18
60  61:8
60s  55:19,23 74:15
6th  56:14

**7**

70s  55:19,23 75:12 86:18

72  32:22

**8**

80  40:24
80s  55:19

**9**

90  14:22 20:5
98  14:23

**A**

a.m.  65:5
ability  16:12 39:24
absolutely  29:21 35:16 45:2 67:4 71:18 81:16
absorb  14:11
absorbing  13:24
accommodate  46:4
accountants  13:18
accounting  13:18
accurately  10:20
acquisition  42:6
acre  32:9 36:18 39:21 53:21
acreage  88:20
actively  67:5
add  40:25 89:1
added  52:3 80:3 89:21
additional  55:17 69:22 80:4
additive  52:3
address  47:8
addressed  33:25
adjacent  73:22 75:21 78:23 81:5,14
admissions  85:9

admit  66:2,5
adopt  39:6
adopted  37:24 38:18
adoption  38:25
advanced  56:3
aerial  13:13
affect  44:11 58:13,17
affected  36:6
affects  58:15
Agency  47:12
ah-ha  27:13,19
ahead  11:21,25 23:22 36:15 38:17 41:23 46:14
Alameda  80:1
alignment  57:8,18 59:1
alleviate  81:5
allowed  67:21
allowing  14:24 41:5
alluding  11:13
alluvial  11:8,18,20, 23 26:21 27:10
amazed  21:16
amenity  88:2
amount  5:6 6:8 8:25 13:20 18:18 22:24 25:15,19 26:3 32:8 33:4 34:8,12 53:21
analysis  22:6,7 24:15
anchor  40:6
and/or  76:4 81:5,24
Anderson  5:15 6:22
Anderson's  37:24
annual  20:1 65:12, 18 73:12
answering  86:3
answers  71:12 86:4
anticipated  81:2

John D. MacFarlane, et al. vs.
The City and County of Denver, et al.

Transcript of Proceedings - Testimony of Bruce Uhernik
August 23, 2017

anymore 38:2

apparent 55:14,21, 22,24

applied 53:1

applies 54:19

apply 40:14,15 41:11 54:15,18,23

approach 11:1 52:11,12,16

approached 73:14

approved 39:18

approximately 86:13

approximation 88:19

Aqua 72:21 73:1,2,5, 15 74:8 86:21 89:9

area 8:11 11:16 23:16 25:19 27:1 28:11 29:13 36:21 47:23,25 48:21 53:22,23 54:4 63:23 67:17 68:23,24 69:5, 11 81:11,14

areas 14:11,14,15 21:13 22:7,17 28:10 30:12 31:11 41:1 47:22 62:1 70:7 78:18 81:6,19

argument 44:16 48:18

Army 61:21

article 9:15,19

articles 12:12

Asbury 36:24 90:8

assets 49:2 50:1

Association 73:12

assuming 63:10 64:4

attempt 26:24

attempted 46:11

August 38:24 43:15

Auraria 27:1

Aurora 20:14,22

authentication 17:2

Authority 61:22

Avenue 23:12 34:11, 13,24 56:14 57:7,20 58:25 70:8

average 65:12

avoid 67:6

aware 36:4,8 44:9 45:15 51:10 58:9,12 71:7 87:11 89:3,11 90:16

B

back 4:4 6:21 10:6 12:1,12 14:2 15:1 19:8,10 21:23 22:5 23:15 26:10,12,20 27:15,16 28:1,4,16 29:11 32:12,22 37:2 38:15 41:25 46:15 57:6,22 61:25 62:7 65:6 74:15,24,25 75:25 76:16 78:23 79:7 82:11 84:2 86:18

backbone 8:5,6,7,24 10:6 25:1,3,7,9,13 56:25 61:1 77:1,20, 21

backbones 60:15

backed 48:1,3,12 49:22

background 4:25

backing 48:13

ball 80:14

barriers 59:11

based 26:14 32:23, 24 42:22 62:22 65:22 69:6,10,17 71:12 79:5 83:1,17

baseline 60:25

basin 7:4,8,14,17,20, 23 8:1,14,19,21,22 9:14 10:1,11,16,23 11:1,17 12:2,7 13:8,

19,22 14:4,9,12 15:2, 5,6,7 16:9,21 18:5 19:2,4 20:21 22:10, 11,16 25:3,9,16 26:11 27:8,21,23 28:2,4 29:2,9,12 38:20 41:8,21 43:12, 21 45:6,8,10 47:16, 20 48:11,14 49:7,23 50:2 55:9 56:25 58:13,14,18 59:21 61:7,11,14 63:4,9 66:9 69:15 74:2 75:8 76:12 77:2 79:15,17 83:17

basing 86:4

basins 7:9 8:3,10 9:25 15:8,25 37:22 40:16 41:4 61:12 62:9,13

basis 52:21 53:17 89:2

bathtub 26:8 53:11 77:4 80:8

beginning 6:25

believed 21:6

belongs 23:16

benefit 42:12 47:5 70:8,12 73:13 74:2 79:18 82:24 83:13,14

benefits 42:17

berm 79:8

Bible 30:13 78:17,19 83:7,11,13

big 5:18 6:9 12:10,15 27:15 35:8 38:8 62:6, 12 79:19 80:10

bigger 5:20 11:14 13:15 19:21,23

biggest 12:19

binder 31:20,21,25

binds 85:17

bit 9:10 15:19 18:2 33:13 42:3 43:7

black 88:8

block 22:2

blow-up 11:14

blue 12:5 24:21 31:22

blues 22:21 24:2

boating 84:3,14,23

bogged 24:8

book 88:8

bottle 33:15

bottom 9:1 12:23 58:14

Boulder 20:14

Boulevard 22:2

boundary 7:14

box 80:18 86:12,13

break 46:2,4 64:25

brick 12:22 13:2,3 27:14

bridge 45:5

briefly 4:24 5:10 21:23

Broadway 72:21 73:5

broke 22:20

Bruce 4:2,13 11:10

budget 65:10,13,18

build 6:7 19:7 42:23 44:9 45:1,2,12,14 78:6 80:5

build-out 64:15

building 46:10 67:18 77:1 79:23

buildings 40:9

built 15:5,11 63:10, 11 64:5,18 70:6 79:12 80:25 81:10,25

built-out 15:7

bunch 70:4,5 82:3

businesses 61:17

butts 35:4

C

C.R.C.P. 85:4

calculation 13:8 14:18 28:12

Caliber 5:6

call 21:17 47:21 54:11 62:1

called 14:13,15 80:18 89:24

calling 32:25

calls 4:2 43:1 44:13 58:10 80:10

cans 80:13

capital 4:19 5:14 6:5, 8 9:23 18:25

capture 19:19

captures 22:15 43:22

car 18:7

care 45:11

Carmody 4:2,7 9:8 10:9 16:23 17:7,8,22, 25 18:1 31:24 32:1 43:4 44:15,19,21 45:19,22 48:5 49:9, 12 51:25 55:2 59:14 62:17 65:14 67:2 68:17,21 69:14,15 71:15,19 87:6,8 88:10,12 89:10 90:20

carries 11:24 13:7

carry 18:10 72:12

carrying 22:22 34:10

cartographer's 26:24

case 16:19 54:14,19 57:25 85:22

catch 68:6

caused 20:24

CDOT 43:10,19,25 44:5,23,25 45:2,4,9, 15

John D. MacFarlane, et al. vs.
The City and County of Denver, et al.

Transcript of Proceedings - Testimony of Bruce Uhernik
August 23, 2017

**CDOT'S** 56:5 58:15

**Cemetery** 7:19 56:20

**center** 5:4 11:4 40:5

**CFS** 13:7,9

**chance** 20:1,6 64:25

**change** 45:5 76:21

**changed** 15:1,5

**channel** 8:8,11,17 10:7 34:15 42:7,11 43:23 49:20 52:4,18 70:8 74:16 75:3,9,22 78:21

**channels** 26:25 33:22 50:4

**characteristics** 12:2 20:23

**characterization** 58:7

**characterized** 22:21

**characterizing** 60:17

**check** 46:1

**checked** 19:14

**chemical** 33:16 51:21 52:2,3

**Cherry** 27:3 50:4

**chief** 85:22

**cigarette** 35:3

**city** 4:2,15,21,22 5:7, 9,20,21 6:10,12 7:10, 25 8:10 11:2 12:16 15:2 18:22,23 19:18 21:1 24:15,16,18 25:10,17,21 26:11, 18,25 27:20 28:23,24 29:1,5,15 30:5,7,8, 20,23 31:16 33:6,21, 24 35:24 36:6,14 37:11 38:11 39:7 40:14,18 41:13,17,19 42:4,15,16,23 43:10 44:10,23 45:1,13,14 46:22 47:2,19 58:20, 24 60:6,12,25 61:12

62:5 63:23 64:12,13 67:5,12 69:18 70:7, 24 71:1,16 73:15 75:15 77:24 79:21 80:2 81:3,6,11,17,21 82:24 83:15,23 84:6, 9,13 85:9,17 87:25 89:19 90:16

**City's** 65:19 68:1

**city-wide** 60:1,22

**civil** 5:3

**clarify** 20:2

**classified** 20:10

**Clayton** 90:18

**clean** 34:12 37:25 38:2

**cleaned** 52:21

**cleaner** 34:13

**cleanses** 37:7

**clear** 23:11

**clients** 65:1

**clock** 46:5,7,15

**closed** 35:17,24 51:4 74:6,8 76:5 85:11 90:5,11

**closeness** 57:15 59:3

**closing** 51:11,14 67:19

**closure** 78:10,15 86:15 90:12

**club** 30:21 76:11 77:12 87:17

**Coca-cola** 27:24

**coincides** 56:5

**Coke** 33:15

**Cole** 24:7 70:17

**Colfax** 22:2

**collect** 15:16 16:20 17:14 19:6 21:15 25:14,19,23 26:3,5 31:11 34:25 35:6 37:7 44:1 52:19 62:4, 

6,8 73:3,4

**collected** 17:18,20 73:14 79:22

**collecting** 14:24 15:25 38:5 73:7

**collection** 73:11

**collects** 37:2

**color** 12:6

**Colorado** 5:2 22:2 73:12

**colors** 14:5 24:3 56:15

**column** 32:9,18

**combination** 19:9 29:9 61:16

**common** 31:10 50:13,18,25 53:10

**company** 5:5

**complaints** 5:16 15:24 16:8 37:19

**completed** 36:16 75:13

**compliance** 54:11

**Compound** 51:25

**computer** 10:14 28:6

**concerned** 67:12

**condition** 13:4,10 39:22 73:10

**conditions** 42:1 43:12,14 63:22 64:2, 3

**conducted** 73:19 75:17

**confer** 64:25

**Conference** 73:13

**connection** 58:4 65:21 67:5

**consideration** 23:17

**consistent** 67:15

**constantly** 37:23

**constitute** 85:9

**constructed** 6:15 12:14,19 14:3 81:24 90:5,11

**constructing** 13:5

**construction** 35:18, 23,24 36:1 54:25 55:9 57:2 58:9 63:15 77:20 78:7 90:6

**constructions** 87:24

**contained** 64:11

**contemplated** 77:24

**continue** 23:23 24:10

**continues** 46:12

**control** 19:8 21:12 25:15 31:7 61:19 66:10 73:4 75:24 81:10

**controlled** 25:16 26:9 31:11,13 74:25 75:17

**controlling** 18:18 80:16

**controls** 43:22

**convey** 22:14 23:25

**Cook** 79:11

**cool** 9:11

**cord** 39:2

**corner** 77:12 89:19, 20

**Corps** 61:21

**correct** 9:11 15:18 16:10 18:16 25:4 32:19 35:13 38:7 42:21 43:6 46:23 47:6 54:6,7 55:5 56:4 57:21 58:18 63:2,6, 12 64:10 66:15,17 84:7

**corridor** 43:25 88:1

**cost** 59:22 60:11 63:19 70:20,25 71:7

**Council** 39:5

**counsel** 67:3 69:13 78:16

**counter** 44:15

**County** 4:15 15:2 43:11 81:11

**couple** 19:5 85:6 87:13

**courses** 13:2 50:10, 11 72:2

**Court** 4:4 7:4,6 9:4,7, 21 10:2 17:6,23 31:5 33:17 34:18 43:2,8 44:14,17 45:21,24 46:3,7,9,15 48:6,7,17 49:11,14,17 52:1 59:16 65:2,6,15,22, 23 67:3,8,9,12 68:8, 13,16,18 69:3,13 71:10,21 72:16,24 73:7,18 74:4,9,12 75:5,14 76:1,4,9,18, 21,23 77:9,15,20 78:1,8,16 79:2,11 80:23,25 81:9,22 82:6,14,18,23 83:1,4 85:16,21 86:1 87:4 89:5 90:21

**Court's** 68:11 83:1

**cover** 71:7

**create** 37:11 81:13

**created** 68:4

**creating** 55:18

**credibility** 10:3

**credit** 26:2

**creek** 12:9 15:9,10 21:2 27:3,4,12,14,16 30:14 50:4,5,8 52:24 53:10 56:9,11,23 57:12 62:2 69:19 70:1 75:25 78:22,23, 24,25 87:19,20 88:2

**creeks** 13:25 26:25 33:22 50:4 60:12,15 61:5

**Crestmoor** 79:14 80:3,12,14,21 86:6,8, 15 87:17

John D. MacFarlane, et al. vs.
The City and County of Denver, et al.

Transcript of Proceedings - Testimony of Bruce Uhernik
August 23, 2017

criteria 39:11 40:13 54:5,12,14,16,17,19, 21,23

cross 45:24 69:2

cross-examination 46:16 69:7

culmination 28:16 43:9

cumulative 41:4

curb 36:21

current 5:11,24,25 6:1

curve 36:15

cut 7:18 39:2 42:9 59:22

cutting 42:8

**D**

Dahlia 76:15 77:3,11

dam 21:3,12 30:14 61:18,22 88:5 89:14, 24 90:1,4

damage 21:7,21,22 62:25 63:4,8,14 64:9 71:4

danger 71:17

darker 24:3 56:14

data 15:16,21,25 38:5 55:11 62:22

database 15:24

dating 6:21 62:7

day 10:2,7 15:11 20:17,22 79:21 84:10,11

daylight 81:12

daylights 81:18

days 50:20 51:1

decide 5:18

decided 8:16,17 28:3 56:2

decision 59:12 60:19

declared 49:7

deduce 14:10

deep 86:9

deeper 37:21

defendants' 85:22 88:8

defense 87:5

defined 7:14 8:4 13:19 31:7 33:9 61:2 76:20

degree 5:3

demonstrates 65:20

demonstrative 16:25 17:24 22:8 54:24 56:8 62:23

density 14:4

Denver 4:15 5:4 7:11 8:16 9:11,15 11:16 12:19 15:2 16:14 18:21 19:14 20:8,11 23:13 27:1 36:17,20 43:11 47:19 62:1 63:4 67:11,17 72:10 81:6,11 82:8,10 85:11 88:18

Denver's 7:10 8:3,7

department 5:13 9:23 18:23 71:24

departments 39:4

depends 55:24

depiction 14:3 23:17

depositions 85:4,6

depth 20:16 22:15, 20 53:23 84:20

depths 23:6,9,25 24:18,20 42:10 53:22 70:13

describe 4:24 5:10 7:4,6 9:10 16:25 18:2 26:17 29:7 33:17 34:18 40:21 41:19 43:7 72:6

design 32:7,8 36:24

40:13 75:11 78:5 79:20 90:10

designated 51:17, 19 85:10,19 86:25 87:10

designed 19:18 42:19 75:10 76:2

designees 85:19

detail 54:22

detailed 28:9 37:20

detain 26:13 39:21 41:6 81:25 82:24

detained 33:7 78:8 84:4,22,24

detains 43:22

detention 19:8 21:3 25:10,23,24 26:4,8 29:5,10,11,14 30:3,7, 18,20,22 31:5,10,17, 18 32:8,16,20 36:5 39:18,20 40:3,4,10, 19 42:4 47:2 50:10 53:7,14,21 55:16 57:6 68:2 71:25 72:5, 14 74:2,20,23 75:16, 22 76:17 77:6,7,8 78:13,18 79:1,12,13, 17,22 80:3,13,15,22 81:13 83:11,16 84:17,19 86:8 87:21 88:19,23 89:12,16 90:14

detention/retention 23:7

develop 40:25 41:4

developed 15:7 39:20 40:16

developer 40:3,7,8 87:25

development 39:15 40:1,14,18 54:9,10, 17 55:5,17 61:23 87:24

DIA 15:10

diameter 6:15 12:18

difference 29:12 31:4 84:15

dig 9:12

dinosaurs 57:23

direct 4:6 64:17

direction 7:23 27:8 57:23

directly 59:10

director 9:22 67:14

disagree 84:10

discretion 67:14

discussed 69:11 81:15

discussing 68:23

discussion 48:15

dissected 28:10

District 61:19 66:10

diving 37:21

document 15:23 16:16 39:11,13 54:6 65:25

documents 8:15 66:3 75:12 79:20

dollar 6:8

door 75:22 86:23

doubled 38:2

downstream 14:19 21:7 33:16 42:5 55:18 74:3 75:2 77:8 82:12 90:3

dozen 28:17

draft 66:18,21

drafting 37:14

drain 8:10,24 26:6,8, 9 29:2 31:9 50:24 53:11,12,18,24 77:4 80:7 83:24 89:25

drainage 5:16 6:10, 11,14,21 7:8 10:20 11:7 13:17,19 15:23 16:8 18:10 20:13 39:11 40:12 41:11,15 43:10 45:18 47:9 49:23 56:6 58:16,18 61:11,12,19,20 63:9

66:9,19,24,25 80:1 82:9 85:12

drainageway 8:8 11:19 78:20

drains 7:23 53:7,14 83:25

driveways 41:1

driving 72:22 73:1 74:7 89:19,20

drop 10:22 13:22

dropped 22:11

Duck 23:7

dug 26:22

duration 20:20

duties 5:25 6:1 15:16

**E**

earlier 15:15 25:1 29:10 36:13 50:11 86:3 88:5

early 9:13 75:12

eastern 21:1

echo 80:18,19 86:12, 13

edge 56:15 76:14 79:8

Edgewater 82:9

educational 4:24

effect 75:2

effort 7:1,2

elements 83:11

Elyria 70:15

email 66:24

Emergency 47:11

encourage 16:3

end 7:17,19,24 29:3 79:17 90:23

engineer 5:14 48:19

engineering 4:18 5:3,6,24

John D. MacFarlane, et al. vs.
The City and County of Denver, et al.

Transcript of Proceedings - Testimony of Bruce Uhernik
August 23, 2017

engineers 43:13 44:4
enjoy 84:3
enjoyment 84:12
enlarging 57:17
ensure 75:17
ensuring 57:13
entail 72:24
entailed 72:25 73:2
entering 72:15
enters 89:18
entertainment 68:11
entire 20:21 22:10, 11 28:2 29:9 64:23
entirety 85:11 86:16
entities 43:10
essentially 56:22 73:5
estimate 10:20
estimated 63:4,8,13, 18
estimates 10:15 63:1
event 10:23 20:12 23:21 31:15 42:2 63:9,16,23 64:4 89:24
events 10:17 28:25 41:3 55:25 76:16 80:10
eventually 7:23 11:3 34:14 56:19 82:12
exact 51:10 58:21
EXAMINATION 4:6 68:20 87:7
examples 30:17 36:12 85:10 87:9,11
exceedingly 65:17
excess 10:16 12:10
excessive 12:7 18:6 23:9

excuse 57:20
excused 4:5 90:21
execution 59:9
exercising 67:14
exhibit 7:5 9:1,9 10:8,9 11:11,13 12:3, 4,23 13:12 21:24 22:6 24:12,13,14,17 26:12,16 31:20 55:3 56:8 62:15,20,23 63:22 64:2 71:2 88:8
exhibits 69:6 88:8
existing 26:7 42:1 43:11,14 63:22
expect 42:1
expense 59:7,10,12, 18,23 60:19
expensive 25:21 59:6 60:2,23
experience 71:13
expert 71:11
explain 11:20 15:19 24:12 29:16 31:5 52:7 72:6
explained 80:12,15
extent 71:11

**F**

facilities 36:2 39:18 40:4 87:21 88:19
facility 21:3,5 23:7 27:24 40:10 61:19 82:21 83:16
fact 9:22 67:25 72:5
factor 13:23
factors 20:19
facts 9:12
failed 79:14
fair 58:7
Fairmount 7:19
fall 35:7 80:6

falls 18:22
familiar 47:11,14 50:13,16 65:9 75:5
fantastic 21:6
farmland 14:10,13 15:11
farther 35:11 59:5
fashion 56:19
fast 21:14 46:5,11,12
feasible 70:2
feature 85:12 89:21 90:4
features 87:10
February 39:3
federal 47:11 48:8, 12,20,25 49:6,25 50:1
federally 48:1,3,12 49:22
feel 8:14 13:6 22:20 55:2
feet 24:23,24 32:10 53:21 86:9
felt 33:2
FEMA 47:12,14,16, 19,20,24,25 48:7,14 49:1,7,13,18 50:3,7 60:16 68:23
Ferril 23:6
field 14:20
fields 80:14
figure 20:22 56:6
fill 22:17 24:9 74:22
filled 50:9 55:12,15, 19,20
filtration 51:23
find 9:15 10:24 16:15 21:12 27:7 40:3,8 55:11
finds 10:2
fine 22:23

fingers 11:8
finished 66:14
five-year 60:25
flash 31:14
flat 24:7
flattest 8:3
FLO-2D 10:12,13,14, 22 12:6 22:6,7,10,15, 19 23:24 24:15 27:11 28:2,5 38:9,20 41:25 77:18
floatables 34:25 35:2,3 52:12
floating 73:17
flood 15:16,21,25 16:15 20:9,10,15 32:17,18,21 48:2 49:5 61:19 66:10 81:9
flooded 6:19 50:16, 19 51:2,9
floodiness 31:14
flooding 6:15 8:19, 21,23 16:2,24 17:9 18:20 21:10 25:2,5 27:24 33:6 62:5,11, 13 64:4,8 68:24 69:16 74:17 78:18 79:3 80:11,14 81:6
floodplain 47:17,20, 24,25 48:8,15 49:8, 18 50:7 73:12
floodplains 47:14 50:3 60:16
floods 71:6
floor 62:17
Florida 72:21
flow 10:15,16,20 11:7 13:8 18:18 19:22 24:24 25:14 32:4 35:4 43:24 46:24 56:22 57:4,12, 21,22 82:16
flowed 56:9
flows 7:15,22 21:2 36:20 37:5 76:13

82:10
follow 56:14 66:2
follow-up 80:9 90:20
foot 12:17,18
forebay 52:17,19 73:3
Forest 6:18
fork 11:1 26:21 27:9
formalization 72:20
formalize 25:23,24 26:4 77:6
formalized 28:21 79:22
formed 86:8
forward 45:15,17 68:8
found 9:14 10:25 11:9 17:15 26:22 86:6,20
foundation 9:3,5,19 17:2,6 43:3 49:10
fourth 32:9
frame 37:17
framed 65:22
free 55:2
frequently 75:4
friends 13:18
front 6:18
full 10:16,23 18:6 22:13 64:14 90:12
fully 15:6 40:16
function 52:6
functioned 76:1

**G**

gauges 19:14
gave 33:15 87:13
general 46:24
generally 14:6 57:3

John D. MacFarlane, et al. vs.
The City and County of Denver, et al.

Transcript of Proceedings - Testimony of Bruce Uhernik
August 23, 2017

**generated** 68:4

**geography** 73:21

**geologic** 11:17

**geological** 11:16

**giant** 31:20,21

**GIS** 55:11

**give** 30:17 36:12 37:6

**glad** 20:1

**GLO** 34:15 42:8

**Globeville** 57:9

**goals** 34:3

**Goldhamer** 9:3,6,18 17:1 31:23 39:17 43:1 44:12 45:25 46:5,8,13,17 48:10, 23,24 49:21 52:5 55:3 59:18 62:19 64:24 65:4,9,16,24 67:4 68:6,10,14 69:1, 9 70:19 71:9 83:2,3,6 85:3,20,25 86:2 87:2 88:9,11 89:4

**Goldsmith** 78:20,25 79:3 83:14

**golf** 11:2 12:17 19:18 23:8,10 24:16,19 25:10,17,21 26:11 28:23,24 29:1,5,15 30:6,16,17,21,23 31:16 32:14 33:6,24 34:20 35:11,17,18 38:12 39:7 41:13,20 42:12,16,23 43:23 44:10 45:1,14 47:3,5 50:10,11,13,19,25 51:1,22 52:14 53:7, 14,18 56:10,11,15 57:6 63:23 64:5,7,12, 13,17 67:13 70:7,24 71:1,16 72:2,9,17,21 73:1,2,5,15,19 74:5, 8,13 75:14,15 76:5,9, 11,15 77:10,12,15, 19,21,22 78:9,10 81:3 83:15,23 84:9, 13 86:21,22 87:17 89:9,11,12,17 90:5, 16,18

**golfers** 72:22 84:1

**golfing** 51:9

**good** 4:8,9,10 14:3 18:9 23:15 24:7 46:18,19 80:21 82:8 87:25

**government** 48:13 49:6 50:1

**government's** 48:25

**grab** 16:15

**grades** 10:19

**grading** 78:14

**graduated** 5:2

**Grape** 24:5

**grass** 14:11 53:24

**grasses** 14:23

**grassland** 14:14

**grassy** 36:21

**great** 5:23 7:3 12:25 13:4,9,10 16:7 17:25 24:25 31:2 36:17 42:14 73:9 77:14 79:18 88:3,4

**greater** 6:7 11:16 22:25 23:6 24:23 81:13

**green** 36:10

**greens** 14:5 23:1

**Greenway** 87:22,23 88:1

**ground** 13:24 31:9 36:22 37:7 50:13,18, 25 51:24 52:25 53:10 58:10

**guess** 26:4 45:13 55:1

**gulch** 6:13 8:9 30:20 72:11 73:19,23,25 74:1,19,21,22 75:1,8, 21 78:20,25 79:3 83:14 86:7

**gulches** 27:6 33:23 60:13 61:5 81:18

**guy** 31:1

---

**H**

---

**Hale** 14:7 23:4

**half** 4:22

**Hampden** 36:16

**hand** 40:7

**handle** 6:2 12:9 22:24 42:19

**handled** 5:16

**handling** 5:21

**happen** 38:20,21 41:6 44:9,25

**happened** 16:2

**happening** 20:6 35:15 42:6 51:21

**happy** 21:7 85:6

**hard** 57:13

**Harvard** 6:13 8:9 30:20 72:11 73:19, 23,25 74:1,12,13,15, 18,19,21,22 75:8,14, 20 86:7

**Haynes** 29:17 85:7, 18,21

**head** 6:19 55:10 82:5

**hear** 21:15

**heard** 80:23

**hearsay** 9:18 44:13

**heat** 22:19

**heavily** 6:24

**Heights** 36:16

**helped** 5:18

**helpful** 16:3,13

**helping** 6:22 7:1

**helps** 16:17

**high** 15:8 20:23 21:2, 19 24:5 56:17 69:5

**Highland** 27:2

**highlights** 7:13

**hill** 6:20 7:15 30:21 38:11 41:21 42:24 43:18,22 45:15 56:22 57:2,12 58:4,5,6 60:20 63:10,11,15,18 70:6,22 71:15 76:9, 11,12 77:2,5,10,19, 23 78:4,9 87:17 90:15

**historic** 41:7 56:9,11

**historical** 8:15 57:11

**Historically** 65:12

**history** 8:3 9:13 11:5 26:10,14,20

**hit** 20:13

**hits** 14:12

**hold** 19:8 29:11 31:7 32:12,22 33:3 57:5 61:25 76:16 78:23 79:7 82:11

**holes** 77:19

**Holly** 87:18

**home** 48:21

**homes** 6:19 61:16 68:24 69:7,15 70:4 71:4

**honest** 85:2

**Honor** 9:18 16:23 17:1,22 44:12,16 45:19,22,23,25 48:23 64:24 65:16 68:6,10, 17 69:1,9 71:20 83:3 85:3

**hope** 84:25

**Hospital** 22:4

**hour** 20:21

**hours** 32:16,22 33:2, 3,10 53:8

**Houston** 36:19 51:19

**hundred** 42:17

**hundred-year** 19:20,23,24,25 20:9, 11,15,18,21 23:21 32:17,21 42:19 60:2,

**hill** (continued)
22 61:4 63:3,9,15,23 64:3,4,11,14,18,19, 22

**hydraulic** 32:4

**hydrology** 38:22

---

**I**

---

**I-70** 42:25 43:25 44:7,11,16 56:6,18 57:14 58:4,5,6,9,11, 21,25 65:21 67:8,10, 16 69:25 80:24

**Ideally** 70:2

**ideas** 74:19

**identify** 85:10

**ignore** 24:1

**ignoring** 60:20

**Iliff** 30:13 87:17

**imagery** 13:13

**imagine** 42:3,4

**immediately** 81:14 88:5

**impact** 42:25

**impervious** 14:21, 22 15:3 41:1 61:15

**imperviousness** 15:8 61:6,10,11

**important** 66:2,5

**impose** 40:18

**improve** 34:4 74:17

**improvement** 35:14 72:17,19

**improvements** 9:16 42:7 73:18 74:6,8,13 90:13

**in-depth** 24:15

**in-field** 40:15

**inability** 85:9

**inaccurate** 20:5

**inadvertent** 53:6,14, 21

John D. MacFarlane, et al. vs.
The City and County of Denver, et al.

Transcript of Proceedings - Testimony of Bruce Uhernik
August 23, 2017

inception 81:24

inch 8:24 12:13 13:7 26:7 27:14 50:23 59:2

inches 12:10,16 20:17,21,22 22:11, 21,23 24:22,23 50:22

include 61:1

included 72:1

includes 70:15

including 70:6

incorporate 38:3

incorporated 38:8

increase 25:7 77:6 78:13 84:20

increasing 41:7

independent 20:6 59:22 60:11,14

indicating 23:12 46:7 75:11

indication 26:13

indicative 67:17

indicia 10:2

inevitably 34:4

infill 55:8

infiltrate 36:21 37:7 52:25

infiltrates 14:19

information 19:15 37:25

infrastructure 36:10

inherently 58:13 61:14

initially 37:24 87:10

initiative 36:14

Instagram 16:12

install 85:11

installation 51:15 86:14

instance 36:6 38:7

insurance 48:2,8,9 49:5

intended 39:15 54:8

intense 19:13 28:15

intensity 20:19,23

intention 54:10,16 56:21

interested 71:23

interviews 78:5

introduction 17:5

inundation 47:22 68:22,24 69:11

involved 6:25 29:4, 19,22,23,24 30:4 43:5 44:4 89:16

irrelevant 59:15

irrigation 89:22,23

issue 10:1 38:14 58:1 73:20

issues 47:9 56:6 58:17 62:5 65:22 68:23 74:17 86:5

**J**

Jackson 17:9 18:4 21:24 22:1 23:4 46:22 47:3,8

January 5:8 39:3 43:17

Jewish 22:3

job 5:3,11,25 6:1 13:4 14:24 23:15 25:23 87:25

joined 5:9

judge 4:25 89:1

judge's 86:3

judgments 53:20

jumping 12:1

June 17:17

jurisdiction 61:20

justice 46:13

justify 16:5,6,17

**K**

keeping 88:1

Kelly 21:3,11 30:14 61:18 88:5

kicked 7:1 38:15

kicking 82:1

kids 80:18

kind 5:16 6:6,22 7:6, 16 8:2 11:1,3,6,7,23 12:1 13:17 14:3,24 15:16 16:6,8 19:11, 19 21:16 22:3,19 23:7,20 24:8,24 26:10,21 27:6,8,12, 15,19,22 28:3,10 30:2,21,25 31:1,3 33:15 34:7 35:4,5 37:4,5 38:23 40:7,15, 23 41:17 42:8 44:3 52:11,22 72:11 73:4, 10 76:13 77:13 78:22 80:7,9 88:21

kinds 48:4

knew 27:23 38:24 80:17

knowledge 9:25 50:3 71:13 76:20 78:19

**L**

labeled 18:5

lady 80:11

laid 13:1 17:2

lake 23:6,7 36:19,22 51:19 73:16,17 77:14 82:7,11 83:19 84:4, 14,15,16,18,19,22 89:21,23

Lakewood 8:9 82:9

land 27:1 31:6 45:10, 11 58:1 69:22 78:14

large 6:2,15 10:17 12:9,20 15:21 57:3

70:14 74:21 89:24

larger 19:7 40:1

largest 7:11 12:14

late 5:8 75:12

latest 38:4

latitude 67:21

law 67:15

lawn 14:21 88:3,4

lawns 14:23

lay 17:6 43:2

lead 7:1 42:7

learning 37:19

leave 82:2

led 5:10

left 9:1

legend 24:21 55:6

length 51:7

Leslie 85:7

letter 43:16

level 22:18 30:2 37:20 60:25 61:4 80:6

levels 21:4 24:20 41:7 78:24

library 9:15 26:23

light 12:5 47:2 63:14

lightening 85:1

limits 50:6,7 67:22

list 88:18,25

literal 34:8

lives 71:17

living 14:8

loan 48:1

loans 48:4,21

local 27:22 29:2 41:6 62:13 83:13

located 72:9

location 6:16 29:15 47:4 73:21

locations 5:18 22:18

Logan 72:12

long 4:20,21 28:6,8 32:13 33:3,6 50:18 51:3,4 53:12,22,23, 25 74:9 76:7 81:4,8

looked 5:17 11:5 50:21 54:6,24 59:25 75:9

lot 5:17 6:1,11 20:24 21:6,15 22:22 30:12 37:20 42:5 43:22,24 58:10

lots 23:3 37:18 39:16

love 16:14

low 25:18 58:14 76:15 77:5,6,9,21

low-lying 8:11 21:13 22:7,17 23:16 29:13

lower 7:17 37:4 79:1

lowering 58:10,13, 22

Lowry 9:17 21:3 57:8 61:21 88:3

Lowrys 39:16

LRA 61:21

**M**

machines 53:1

made 12:21,22 13:5 67:23 74:14 77:2

maintain 13:9

maintained 45:3

maintaining 82:22

maintenance 82:20

major 7:9 10:22 20:12 26:5 42:2

make 22:25 29:11 40:8 48:6 66:24,25 67:21 78:13 84:21

makes 30:13 40:2

making 59:12 68:12

John D. MacFarlane, et al. vs.
The City and County of Denver, et al.

Transcript of Proceedings - Testimony of Bruce Uhernik
August 23, 2017

man-made 76:18

manage 41:15

management 9:23 47:12 51:15 58:17 59:19 65:10,13,18

manager 9:16

Managers 73:12

manual 54:16

map 7:13,16,18 11:6, 15,16 21:25 22:1,9, 19 24:1,21 26:18,23 41:23 63:8,21

mapped 50:6

maps 38:23 53:22

Market 42:7

mass 31:6

master 5:21 6:3,12, 21,24,25 37:11,12, 14,24 38:4,12,14,17 39:1,2,8,18 59:8 60:1,9,10,21,24 61:3 65:25 69:12 75:8

matches 27:10

materials 11:23

math 71:14

MATT 28:21 38:16, 22 42:22 43:5,9 44:3 56:2,4

matter 56:1

max 32:15

maximum 22:15,20

meanders 8:12 52:23

means 14:18 15:20, 24 85:1

meant 26:1

measured 34:9

measurement 33:21

mechanical 52:6

meet 32:7

meeting 6:17

meetings 30:1,2 45:3

memo 28:21 38:16, 22 56:2,4

memory 88:21

mention 79:14

mentioned 9:9 13:14 15:15 18:13 25:1 38:19 61:18 70:21

met 80:11

migration 82:18

Mike 5:15 6:22 37:23

miles 7:12

million 63:5,11,14, 19 70:21 71:1,3,7

mind 79:12 81:23

minimum 33:10

minutes 46:5,11,12

Miro 5:4

Mischaracterizes 59:14

misnomer 20:3

missed 20:12

mitigate 21:9 73:19 79:3

model 10:12,13,14, 19,22 11:12 16:6 28:16

modeling 23:20 28:7 38:9,19,23 62:22 69:17

models 15:25 28:15, 17,19 29:20 43:13 77:18

moderate 70:14

modifications 78:14

modified 81:24

moment 15:13 27:13,20 45:20 71:22 83:3

Montclair 7:4,8,10, 19 8:1 15:6 16:21 18:5 19:2 25:2 26:11 27:7,12 38:20 39:23 43:12 45:6 47:16,20 48:11,14 49:7 50:8 61:7,10,14 63:4,8 66:8,19 69:15,19 77:2,18 79:15

month 38:25 78:6

months 51:8

morning 4:8,9 46:2, 18,19 64:25

mortgages 48:4,12, 13 49:22

move 22:18 24:11 45:15,17 68:5,8

moving 74:2

multiple 13:2 14:4 30:1 81:18 87:21

municipal 9:12 89:10

---

## N

narrow 60:17

National 11:4 22:3 24:10 41:11,16 57:14 67:10 69:25

natural 10:15,20 11:19 23:7,8 24:24 25:14,18,19 26:21 28:12 29:12,15 30:11,12 37:6 52:18 56:22,24 57:21,22 59:11 69:18 70:1,3 76:18,19 77:6,9 78:21

naturally 7:15,22 8:10 10:17,24 11:9 21:12 22:12,14 24:8 25:22 26:2,6 28:14 29:2 30:20 31:8 37:1 52:25 53:24 72:14 75:16 76:13 79:6,22

nature 26:14

neat 36:19 38:2

necessarily 53:20 67:17

necessity 48:14

needed 8:17 25:13, 14 35:8 38:18 55:21 82:22

needles 73:16

negatively 36:7

neighborhood 56:16 70:11 80:4,11

neighborhoods 11:3 69:25 70:10 90:3

net 41:2,8

Newport 6:14

nice 27:14 38:9

night 17:15

normal 65:20

north 7:24 24:10 28:13 34:24 42:11,12 43:24 47:3 57:19 58:25 59:5 62:2 70:7, 11 74:23 76:14 79:6, 8

northerly 56:16,19 57:23

Northfield 40:2

northwest 46:25 64:7

northwesterly 7:22 27:8

notebook 75:10

notebooks 62:16

notice 12:5

number 72:1 88:9

numbers 30:3 31:1

numerous 81:20

---

## O

oath 4:5

object 17:4

necessarily 53:20 67:17

objection 9:4,18 43:1 44:12 48:5 49:9 51:25 59:14 65:14,23 67:2 68:9 69:10 71:9 89:4

obscure 67:5

occur 19:24 24:18 48:4 71:4

occurred 55:9 62:4 75:16

occurring 20:1 25:2

occurs 18:20 83:19

off-site 82:9

offer 48:6 85:6,8

offsite 58:16

open 8:8,11,17 10:7 26:25 33:22 34:10 49:20 50:4,22 51:1 52:15,18 74:16 75:21 81:18 88:1

opening 16:24

operations 82:20

opportunities 59:23

opportunity 5:5,7 34:10 37:4 57:16 75:20

option 19:6,7

options 19:5

oranges 23:1,3 24:3, 22

order 79:7

outfall 6:18 34:15 66:9,19 72:20,21

outlet 26:7 31:7,12 33:9 34:20 50:21 53:9 60:19 73:6 76:20 77:7 79:24 80:5,6,15 86:9,11

outlines 7:14

overflow 21:5 42:9 72:11

Overland 30:16,19 72:8,9,13,23 73:6,19, 22,25 74:5 86:22

John D. MacFarlane, et al. vs.
The City and County of Denver, et al.

Transcript of Proceedings - Testimony of Bruce Uhernik
August 23, 2017

**overlays** 62:25

**overruled** 9:21
44:17 52:1 59:16
69:3 71:10 89:8

**overtop** 24:10 50:6
60:16 61:5 75:4

**overtopped** 73:24

**overtopping** 50:8

**overtops** 72:12

**owner** 45:9 48:1

**owns** 45:11 90:16,18

─────────
**P**
─────────

**pages** 31:25

**par** 30:19 74:1

**parallel** 38:17

**parcel** 39:20

**parcels** 40:10

**park** 6:20 11:2 12:16
19:18 24:16,18
25:10,17,21 26:11,18
28:23,24 29:1,5,15
30:5,13,20,21,23
31:16 33:6,24 36:6,
25 38:11,12 39:7
41:13,20,21 42:4,16,
23,24 43:18,21 44:10
45:1,14,15 46:22
47:2 51:19 56:22
57:2,12 58:4,5,6
60:20 63:10,11,15,
18,23 64:12,13
67:12,18,19 70:6,7,
22,24 71:1,15,16
72:5,18 74:1,12,20,
23 75:15,21 76:4,9,
11,12 77:2,5,10,18,
23,24 78:4,9,10,17,
19 79:8,11,14,19
80:3,4,12,14,21,22
81:3,5 83:7,12,13,15,
23 84:6,9,13 85:11
86:6,7,8,15,16,22
87:9,16,17,22 88:1,4
89:2 90:5,8,9,12,15

**parks** 9:16 30:7
35:24 51:11,12,14,

17,18 71:23 72:1
79:11 81:15,22 82:23
87:15,16 88:18,22

**Parkway** 14:7 23:4

**part** 15:15 17:8 18:10
21:1 32:13 37:15
44:3 49:7 64:14,19
73:6 74:4 78:3

**partnerships** 59:23

**parts** 70:17

**pass** 52:24

**passing** 52:8

**past** 56:18 85:10

**path** 10:21 11:7
24:24 70:3

**pattern** 11:7,18 23:8
27:9 54:25

**peak** 31:13

**people** 16:3,8,14
21:16 35:22 39:4,25
44:4 71:17 82:21
84:3,12,14,16,21,23,
25

**people's** 21:20

**Pepsi** 57:8 59:3

**percent** 14:21,22,23
19:25 20:6 61:9

**percentages** 14:20

**percolate** 31:8

**performed** 21:8
76:6 77:22,23 78:17
79:2

**period** 68:3 76:5
81:1,14

**permanent** 84:16,22

**person** 33:20 48:20

**perspective** 8:7
89:15

**pervious** 14:15

**photos** 75:11

**physical** 51:22

**picture** 5:21 9:1
12:23 13:1

**pictures** 16:1,4

**pieced** 28:20

**pinks** 23:1 24:4,22

**pipe** 6:15 8:18,23
9:10 12:10,13,14,15,
20,21,24 13:1,3,4,5,
7,10,14 14:2 19:7
23:14,15,18 25:20
26:8 27:14 31:12
34:10,13 35:1 49:20,
21 50:9,21 52:14,15,
17,20 53:9 57:7 59:2
60:12 73:2,7 75:3,18,
23 77:7 79:24 80:7
81:9,17

**piped** 37:2 81:3,4

**pipes** 10:16,23 13:25
18:6 22:13 29:10
60:25 78:22 79:25
80:4 81:20 82:21

**piping** 81:7

**place** 59:11 78:2,21
83:22 85:23

**places** 81:18

**Plaintiffs** 68:11

**plan** 6:12,21,24,25
37:11,12,14,24 38:4,
13,14,17 39:1,3,8,19
58:9,22 60:1,9,10,21,
24 61:4 65:25 66:9,
19 67:24,25 68:2,3,4
69:12 75:8

**planned** 12:13 42:23
46:2 47:8 76:24

**planning** 4:20 5:21
6:3,5 9:14 59:8,13,
19,21 65:20,25 66:3
89:15

**plans** 76:21

**plant** 52:5

**Platte** 6:20 7:24 8:12
11:4 27:3 34:9 38:11
41:21 42:24 43:18,21
44:1 45:14 50:5
56:20,21 57:2,12
58:4,5,6 60:20 63:10,
15,18 70:6,22 71:15
72:10,15 73:22 78:4

**82:**13

**play** 13:23 59:24

**playing** 51:1 84:2

**pleasure** 46:20

**point** 10:6 21:24
23:10,25 25:18 27:1
58:14 66:18 68:5,9

**policy** 41:5 60:6

**pollutants** 33:22
34:9,12

**pond** 29:3 30:13
36:16 67:19 87:17,18
89:25

**ponding** 18:6 77:19

**pool** 26:6

**pools** 80:5

**portion** 7:17 10:25
14:9 22:16 70:7,24
74:5 76:4

**portions** 57:19
58:25 74:7

**position** 67:10,24
68:1 81:1 82:23

**post** 16:14

**potential** 43:17
47:21 68:22,24 69:11
71:3,16 78:6

**potentially** 33:16

**precedent** 81:3,7

**presented** 43:14
73:11

**presume** 76:7 79:9

**prevalent** 33:21

**prevent** 35:10

**previously** 86:5

**prior** 12:18 36:22
72:14

**private** 39:15 40:13
54:8,10

**problem** 18:17,21
25:5 38:24 44:21
45:10 55:13,15,21
73:16 80:1

**problematic** 18:11
23:3 24:2,4

**problems** 5:17 16:5
18:12 20:25 27:22
43:12,14 62:11,13

**procedures** 65:20

**proceed** 10:4 44:18
58:5,6,22 65:8

**proceeding** 58:25
66:16

**proceeds** 67:9

**process** 29:19 42:22
43:5,9 53:2 59:8,9

**processes** 41:17

**processing** 53:2

**program** 6:8 28:6,9
59:23 60:20

**programming** 6:5
59:20 60:11

**prohibitively** 25:21
59:6 60:2,22

**project** 5:18 6:14
19:18 30:3,6,24
31:16 32:14 33:25
34:4 36:17,19 38:12
39:7 41:14,20,21
42:16,24 44:7,10,11,
16,23,25 45:3,7,14,
16 47:5,8 48:16
50:23 51:22 56:2,22
57:12 58:4 63:18
64:5,12,13,18 65:16,
21 66:16 67:8 70:13,
20,22 71:1,16 72:17,
19 74:5,11 75:6,13,
20 78:1 79:9 82:15,
20 83:15 90:9

**projected** 64:4

**projects** 4:19 5:14
6:2,5,7,9 9:23 16:18
36:4,10 40:16 41:11
51:15 59:23 67:6,7,
11 71:24 72:4,6 79:5

**promoted** 5:20

**promotional** 5:5

**proof** 48:7 85:8

Stevens-Koenig Reporting
303-988-8470 www.SKReporting.com

i9

John D. MacFarlane, et al. vs.
The City and County of Denver, et al.

Transcript of Proceedings - Testimony of Bruce Uhernik
August 23, 2017

**proper** 67:13,18 70:4

**properties** 48:11 70:5

**property** 21:6,20 45:9 48:1 62:25 64:9

**proposal** 30:24

**proposed** 64:1,3 83:22

**protect** 25:16 49:1 50:2 58:24 71:17 77:8

**protection** 41:19 60:2,22 61:4 64:18, 22 90:2

**provide** 42:17 71:12 74:20,23 90:13

**provided** 73:4

**providing** 36:18 76:17

**public** 4:15 6:17 18:24 41:17 51:1,5,9 65:25 66:2,6,25 67:1

**purpose** 6:6 16:17 31:1 59:21 67:13,18 72:5 85:5

**purposes** 17:24 51:12

**push** 66:25

**put** 8:23 14:20 19:6 27:16 29:5 30:7 32:15 34:21 36:5 54:22 82:4 84:1

**putting** 23:15 25:9 47:20 48:14

**Q**

**qualified** 33:19 48:20 71:11

**quality** 4:20 6:4 33:13,18,19,20,25 34:4 36:5,13,18,23 51:20 52:8,16,22 90:13

**Quebec** 80:1

**question** 20:2 44:20, 22 59:17 85:14 89:6

**questions** 31:3 39:17 68:19 70:20 71:12,21 83:2 86:3 87:5 89:1

**quick** 32:15 64:25

**quicker** 33:4

**quickly** 19:11 53:18 71:25

**quo** 42:2

**R**

**Race** 56:17 69:4

**rail** 59:11

**railroad** 24:9 27:23 56:18

**railroads** 69:25

**rain** 19:14 20:17

**rainfall** 13:20,22 14:11,19 20:16 22:11

**raining** 84:25

**rains** 18:14

**rainstorm** 15:22

**rainstorms** 16:2

**rainy** 84:11

**raises** 45:4

**ran** 10:11 79:20

**range** 4:20 70:21 73:1 74:8 89:19,21

**ranges** 72:22

**rate** 25:16 26:9 31:13 32:12 53:13 61:6 74:25 75:17 79:1

**re-establishing** 59:1

**reach** 56:20

**read** 12:12

**realign** 74:19

**reason** 21:9 46:9,12

**reasonable** 33:3

**recall** 17:12 39:10 83:9

**recalled** 85:22

**receives** 72:10

**recent** 87:24

**recently** 7:1 36:16 79:16

**recess** 65:3,5

**recognize** 88:12

**recognized** 49:19 79:21

**recollection** 86:4 89:7

**recommendation** 25:10 29:5 43:16

**recommendations** 25:8

**reconfiguration** 78:9

**reconvene** 65:3

**record** 4:11 26:22 65:6 67:21,23 68:12 85:14

**recorder** 46:10

**records** 74:18

**recreate** 84:17

**recreating** 85:1

**recreation** 83:18,21

**RECROSS- EXAMINATION** 83:5

**redesign** 35:18

**redevelopment** 40:19 61:22

**redirect** 68:16,20 69:8 87:7

**reds** 14:5 23:1,5 24:3,22

**reduce** 34:8,12

**reducing** 31:14

**reduction** 42:10 63:14 70:13

**reestablish** 25:13

**reference** 54:20

**referred** 59:10 90:1

**referring** 21:11 57:24 79:9

**refers** 20:13

**reformalize** 74:19

**refresh** 88:21

**refreshes** 89:6

**regional** 29:8 39:18, 20 40:3,9 83:11,14, 16

**regular** 52:21

**regulations** 39:24 55:16

**related** 6:10

**relative** 74:14 78:17

**release** 25:15 31:12 32:11 39:22,25 57:6 75:24 78:24 80:16 82:12

**released** 33:22 42:9 74:24,25

**relevance** 44:14 48:5 65:14,15 67:2

**relevant** 48:15 59:7, 12,19 60:19 65:23

**reliable** 10:2

**relieve** 41:14

**remaining** 52:23

**remediate** 81:5

**remember** 16:19 17:18 20:13 23:14 58:1 59:25 60:3 66:12 89:5

**remove** 60:16

**reopen** 50:19

**reopened** 51:9

**repeat** 59:17

**rephrase** 69:13

**representative** 85:18

**representatives** 85:8,19

**request** 30:24

**requested** 90:23

**require** 49:5 78:9,15 86:15

**required** 39:21 48:8

**requirements** 32:5, 6,13 34:16,21 40:18, 22 41:10

**requires** 48:1

**reroute** 45:5

**research** 86:19

**researched** 86:5,6

**researching** 38:5

**Reservoir** 89:14

**reset** 46:11

**residences** 14:8 74:3 77:8

**residential** 48:4

**residents** 5:17 15:23

**residual** 43:18,20,25 75:2

**respect** 9:9 15:2 16:21 17:9 18:20 19:1 24:18 25:9 29:20 31:13 33:24 48:20 49:1,22 71:25 75:15 81:2

**respond** 52:1 71:10, 13

**responsibilities** 6:2 41:14

**responsible** 10:1

**rest** 41:20 55:8

**restore** 56:22,24 69:18 70:1,3

**restoring** 57:11

John D. MacFarlane, et al. vs.
The City and County of Denver, et al.

Transcript of Proceedings - Testimony of Bruce Uhernik
August 23, 2017

resultant 38:23

resulted 82:15

resulting 77:21

results 16:6

retained 84:24

retention 31:4,6,17 67:19

return 34:12

reverse 45:13

review 41:17

reviewer 30:25

rewrites 38:1

RFP 32:6,25 33:24 34:16 54:11,20,22 78:4

rights 32:24

risk 7:14

river 7:24 8:13 11:4 21:18 27:3 34:9 44:2 50:5 56:10,20 57:13, 15 59:3 72:10,15 73:23 81:12 82:13

rivers 21:18 24:6

Riverside 56:19

Road 21:3,11 30:14 76:15 77:3 88:5

role 5:24 30:24 42:22

roles 5:10

rolls 38:2

roof 14:22

roofs 41:2

rose 21:4

route 58:11 69:18

RTD 43:10

rule 85:5

run 10:17 14:19,25 15:25 24:6 28:11 35:4 43:13 46:12

running 18:7 34:25 38:17

runoff 8:25 12:7 13:16,17 14:2 18:7, 10 22:14 23:2 36:20 37:8 41:2,6,7 52:23 55:18

runs 12:10 13:24

rush 21:14


S

S.A. 5:4

safe 31:12

safety 35:22

Salt 77:14

Sand 27:4

Sanderson 6:13 8:9

sandy 11:23

sanitary 4:19 6:3

save 71:16

saved 21:6

savings 71:3

scale 53:11

scheduled 78:1

scope 65:17 69:2 74:4

screen 35:6

screens 51:23

seat 24:25 42:15

seated 4:5

section 32:4

sections 66:22

sediment 73:8

sediments 52:20 73:3

select 78:5

selections 85:6

sense 30:13 33:5,9 34:8 40:2,8 53:6,9,24 54:1

separate 47:7 60:14 86:21

separately 86:24

September 20:12

shopping 40:5

short 19:13 83:24

show 14:5 17:10 26:24 45:7 62:11 67:4 73:13

showed 16:24 43:17 54:24 79:21

showing 24:20 64:8 77:19

shown 39:10

shows 11:17 12:6 55:4 63:22 64:1,2 73:10

side 75:24 82:11

sidewalks 41:2

significance 47:23

significant 29:11 42:10 70:12

similar 13:19 15:8 24:14 53:10 61:11 62:22 75:15 77:1,18, 23,25

similarly 62:11

simple 28:8 81:19

simply 51:22 52:8

simulation 10:14

sit 15:13 57:10

sits 78:20

situation 84:11

size 8:2 13:6 20:19 31:12 38:3 59:4 65:18 75:11 83:17

sizes 81:17

Skeel 89:14,24 90:1

skim 35:5

slightly 7:18

sliver 45:9

Sloan's 82:7 83:19 84:4,14,15,17,19

slow 21:9

slower 78:24

slowing 19:1

small 5:18 13:5 27:1 28:10 39:16

smaller 29:2 40:4 42:17 53:11

Smith 76:15 77:3,11

soils 11:6,8,9,17,18, 21,23 26:21 27:10

solely 67:12 79:12

solution 25:5 29:9 40:3,9 43:17,18

solutions 19:3 80:2

solve 18:12,21 55:13 73:15

solved 55:21

sort 51:21 54:1

sounds 85:18

south 6:17 7:17,24 8:12 11:4 22:2 27:3 34:9 44:1 46:22 50:5 56:20 57:13 72:10,15 73:22 76:13 79:6 82:13 88:5

southeast 36:17 46:25 89:19

southwest 77:12

space 29:10 69:23 81:19

sparse 14:8

speaking 57:3

specific 31:25 32:8 54:21 72:6,17 79:4 82:15,19

specifically 10:1 18:23 19:2 25:17 26:11 37:10 38:12 71:25 73:16 76:23

specifics 74:11 79:10

speculate 49:13 74:11

speculating 49:15

speculation 43:1 44:13 49:9 71:9

spell 4:12

spill 74:22 75:24

spillway 21:5

splits 28:13,14

spoke 88:5

spot 76:15 77:5,6,9, 21 82:4

spread 24:8 72:13

square 7:11

staff 30:2

stages 90:10

stand 82:2

standard 32:20 33:1

standards 32:24

Stapleton 40:2 61:24 62:2 87:23,24

Stapletons 39:16

start 23:4 27:21 29:8 37:14 45:25 51:13 56:16 72:8

started 5:8,13,14,15 10:11 28:19 38:16

starting 28:18 56:9

starts 23:2 24:8 56:11 72:13

state 4:11 5:2 32:20, 25 77:13

state's 32:24

statement 60:21

states 85:5

status 42:2

stay 36:15

step 7:5 28:4 52:11

stitched 28:17

stop 11:10

storage 32:9 83:22

John D. MacFarlane, et al. vs.
The City and County of Denver, et al.

Transcript of Proceedings - Testimony of Bruce Uhernik
August 23, 2017

store  40:6

stored  83:25

stores  37:2 84:19

storm  4:19 6:3,5,10, 11,14,20 10:17,23 13:21 17:15,16 18:10 19:11,13,16,17,19, 20,23,24,25 20:11, 12,18,20,22,24 23:20 26:5 28:25 30:18 31:13,17,18 39:11 40:12 41:3,10,15 42:2,20 55:24 60:2, 22 62:7,12 63:3,9,15, 23 64:3,11,18,22 74:21 76:16 80:10 89:24

storms  42:17 70:14

stormwater  30:7 33:20 35:5 36:1,5 37:8,10,12 39:1 40:19 41:3 51:12,15 58:17 59:8,13,19 60:1,8,10,21 61:3,25 65:24 69:12 72:14 74:14 76:12 78:21, 22,23 80:22 87:10 88:19,23 90:2,4

stream  11:24 33:17 35:12

streams  11:9

street  6:18 10:15 12:11 14:22 17:10 18:4,6,7 19:5 21:17, 25 22:1 23:4 24:5 36:20 46:22 47:3,8 56:17 57:19 70:13

streets  10:17 13:25 18:9 21:13,14,18 22:22,23 24:6 61:17 64:8 69:4,5,7 74:3

strongly  65:19

structure  79:24 80:5,6,15,19 86:11, 14

structures  14:6

stuck  87:16

studied  53:13

studies  37:21 60:14 61:2,4

study  54:1

studying  27:21

stuff  44:3 52:20

subject  68:24 69:7, 16

successful  73:8

suck  35:9

sufficient  8:25 9:24 17:2

sufficiently  12:20

suggested  57:8

suggesting  58:3

suggests  65:19

sump  22:18

sunny  84:10

supervisor  4:18 5:20,24

support  39:5

suppose  14:8

surface  35:4 84:16

surfaces  14:16 15:3

survey  26:17,23

sustained  9:7 65:23 68:9

Swansea  70:11

swift  46:13

system  8:5,6,7,18, 23,24 10:7 12:10 18:10 25:2,3,7,9 37:3,6 43:19,20,25 44:1 45:18 46:10 49:20,22 52:10,14 56:25 57:16 59:5 60:12 61:1 64:14,15, 19,23 73:2,7,11 75:3, 18 77:1

systems  19:7 66:9, 19 81:9,10,17

---

**T**

tab  31:22

tag  16:14

takes  28:8 37:15 57:13 67:10 76:12

taking  21:16 67:19 81:1

talk  16:4 28:5,22 33:13 37:9 39:4,5 44:7 72:4 80:23 82:21 88:22

talked  5:17 15:6,22 26:20 30:14 40:17 50:10 66:8 90:15

talking  12:2,8 37:19 68:22 74:12 78:16 84:10

tape  46:9

tapes  37:25

Target  40:6

team  4:19 29:16 32:7 44:3 78:5

tear  69:24

Tech  5:4

technical  6:2 30:25 40:13 54:5,12,14,16, 21 69:10

technology  16:11

Tejon  36:25 90:8

telling  22:7 24:17

temporarily  83:25

ten  20:4 46:5,10,12 65:17

ten-year  32:18

tenure  5:19

term  69:10 81:8

terms  6:12

testified  43:4 51:11, 14,20 54:5 64:17

testify  48:20

testimony  9:20,24 10:3 33:14 37:10 58:7,20 59:15 85:13, 24 90:23

theoretical  71:12

thing  8:2,4 9:11 43:14 58:21 73:21

things  29:20,24 33:16 35:4 37:18,20, 25 38:1 52:9 73:17

thinking  46:1

Thomas  85:7

thought  12:20 64:17 89:5

throw  35:9

tied  59:10

time  5:6 9:14,17 12:19 13:6 16:23 20:7,8 27:16 28:8,18 31:9 32:13 33:4 36:3 37:6,16,17 38:1,6 39:2 44:20 50:22 51:3,4,7,10 53:12 54:25 55:22 62:3 68:3 72:20 73:23 74:20 76:5,8 81:24 82:6 83:24 85:23 90:22

times  21:15 65:17

timing  38:14 55:4 56:1,2,5 59:24 74:10

today  9:24 13:3 15:1 16:11 42:1

today's  8:25

tonight  6:17

top  55:10 61:3 77:19 83:22 84:13,17,22 89:9,23

topography  7:15 10:15 13:20 79:5

touched  89:9

town  27:2 61:23 82:3

trace  56:9 57:1

tracks  27:23

train  34:11

transparent  66:6 67:6

trash  34:16,19,20 35:3,6,10 73:3,7,11, 13,15 80:13

treat  37:5

treatment  34:11 36:18 51:21 52:5,6,8, 23

trees  67:19

trial  9:25

tripling  59:4

truck  35:8

trucks  13:3

true  66:23

trust  90:18

trustworthiness  10:3

tub  26:8

turn  13:12 30:5 31:19,21 56:17 57:13 62:15 63:7 88:7

turned  89:20

tutelage  5:15

TV  13:3

Twitter  16:13

two-year  37:16,17

type  28:7 33:16 41:10 76:23 79:2

typically  20:18

---

**U**

U-h-e-r-n-i-k  4:13

U.S.  49:19

Uh-hmm  12:4 30:15

Uhernik  4:3,4,8,13, 14 7:3 9:8 15:14 16:25 17:8 18:1 21:23 24:11 28:22 33:12 35:17 43:4 46:18 48:24 65:9,24 71:23 83:7 85:15

John D. MacFarlane, et al. vs.
The City and County of Denver, et al.

Transcript of Proceedings - Testimony of Bruce Uhernik
August 23, 2017

86:2 87:9

**ultimately** 81:12

**umbrellas** 84:1

**unaware** 74:10 79:4, 10 87:1

**unclear** 17:3

**underground** 19:6 34:23 52:14

**understand** 48:10, 17 52:7,11 60:18 67:24,25 69:6,9

**understanding** 29:20 39:13 48:3,25 49:4 51:6 53:4 85:21

**understands** 48:7

**undertaken** 71:24 72:7

**undertakings** 48:25

**unique** 7:10 8:1,2,4 27:9

**unison** 77:7

**University** 5:2

**unlike** 15:9 84:13

**unnamed** 90:8

**upgrade** 38:8,10

**upgrades** 38:3

**uphill** 25:20 75:23

**upper** 7:17 10:25 14:9 22:16 79:15

**upstream** 7:19 73:25 74:2 79:17

**urban** 14:1 15:7 20:13 31:10 43:10 61:18,20 66:9,19,24, 25

**urging** 66:24

**USGS** 11:6

**Utah** 77:13

**utilize** 75:21 77:5 80:3

**UV** 53:4

---

**V**

**vac** 35:8

**vacuum** 35:9

**Vague** 89:4

**varying** 81:17

**vault** 34:21,22,23,25 35:6,7 52:13

**vegetation** 36:6

**versus** 84:11

**video** 16:24 17:3,5,9, 12,14,18 18:2,5 22:3 23:2 46:21 62:4 69:4 73:10

**videos** 16:1,3,5,7,12, 14,20 21:15 62:4,6,8

**virtue** 51:21

**volume** 32:9 57:3,5 81:13

---

**W**

**walk** 72:3

**walked** 72:1

**Walter** 9:17 57:8

**wanted** 16:24 19:10 32:14 46:1

**washing** 27:23

**wastewater** 4:18 5:14 9:23 18:24 35:7 65:10,13,18

**water** 4:19 6:3 7:15, 22 8:10 10:24 14:24 18:13,14,18 19:1,5,6, 8,21 21:10,10,17 22:17, 23,24 23:2 25:14,15, 20,22 26:1,3,13 28:10 29:3 31:4,6,7, 8,11,12 32:12,14,22, 24 33:3,6,8,13,18,19, 20,25 34:4,13 36:5, 13,18,23 37:1 39:21, 24,25 42:8 43:22,24 45:10,11 46:24 51:20,24 52:5,6,8,13, 16,17,22 53:2,11,18

**waters** 49:19

**watersheds** 37:21

**waterways** 49:25

**ways** 81:4,8

**weeds** 30:2

**week** 89:15

**Wellshire** 89:10,18 90:1

**west** 22:2 36:20 56:15 57:13 72:10 82:8,11

**Westerly** 8:9 21:2 27:4 30:14 50:5 53:10 62:2 87:19,20

**western** 11:4 24:10 29:3 41:11,16 57:14 67:10 70:1

**wheels** 46:13

**white** 62:16

**wide** 86:9 88:1

**width** 70:4

**wonderful** 13:4

**word** 30:12

**work** 4:14,15 5:7 73:18 75:16 76:5,23 77:7,22,24 78:17 79:2

**worked** 6:9,13 21:6 36:9 68:4 75:7 76:1 82:14 89:2

**workers** 73:15

**working** 5:15 21:5 40:7 89:14 90:9

**works** 4:16 18:24 41:17

57:1,3,5,25 58:1 67:16 71:25 72:12 73:1,4,20 74:24 75:16,23,24 76:13,16 78:8,18 79:5,7,21,24 80:5,13 81:2,4,10,25 82:18,24 83:22,25 84:3,12,16,17,19,20, 22,24 89:18,25 90:13

**worse** 55:15,16

---

**Y**

**yard** 56:18

**yards** 59:11

**year** 20:6 42:17

**years** 4:23 5:4,7,19, 22 14:1 20:4,5 27:13 28:1 37:13,15 38:1, 15 40:24 71:24 73:13 75:20 79:23 82:14

**yell** 80:19

**yellow** 11:7,18

**yesterday** 7:9 15:6 33:14 37:10 39:10 43:5 45:4 54:6 59:25 66:8

**Youtube** 16:13 17:20

---

**Z**

**zone** 35:23

**zoo** 12:16 23:13