**Exhibit 17**

**July 7, 2011 Video of Flooding**

**at 36th and High Street**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Actions Nos.   17-cv-01661-WYD-MEH
                     17-cv-01679-WYD-MEH

KYLE ZEPPELIN; BRAD EVANS; CHRISTINE O'CONNOR; KIMBERLY MORSE; JACQUELINE LANSING; JANET FEDER; SIERRA CLUB; ELYRIA AND SWANSEA NEIGHBORHOOD ASSOCIATION; CHAFEE PARK NEIGHBORHOOD ASSOCIATION; and COLORADO LATINO FORUM,

    Plaintiffs,

v.

FEDERAL HIGHWAY ADMINISTRATION, ELAINE CHAO, in her official capacity as Secretary of Transportation; and JOHN M. CARTER; in his official capacity as Division Administration,

    Defendants,

v.

COLORADO DEPARTMENT OF TRANSPORTATION, et al.,

    Defendant-Intervenors.

**VIDEO OF FLOODING ATTACHED AS EXHIBIT 17 TO RESPONSE IN OPPOSITION TO ZEPPELIN PLAINTIFFS' MOTION FOR STAY**

The administrative record for the Central 70 Project contains a video of flooding that took place on July 7, 2011, at 36th and High Street in Denver. This video can be accessed from the Project website at http://www.i-70east.com/FinalEIS/I-70EastEIS_PCL-MATT-Hydrology_2014-08-01.zip. In the downloaded .zip file, click "Appendix," then "01 Figures, Maps, and Tables," then "Montclair," then "A Background Montclair Mapping," then "ii 2011-07-07 Flooding Video at 36th and High". Because the video exceeds the 5mb limit for filing via ECF, Defendant-Intervenor Colorado Department of Transportation is filing a duplicate of the

1

2

file directly with the Court on a flash drive pursuant to Electronic Case Filing Procedures Version 6.1 § 4.8(f).

2

**CERTIFICATE OF SERVICE**

      I certify that on September 27, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses.  Also, the parties listed below were emailed a link of the video filed with the Court and notified that a flash drive of the video would be provided upon request.

| | |
|---|---|
| Melissa A. Hailey<br>Aaron D. Goldhamer<br>Keating Wagner Polidori Free, P.C.<br>1290 Broadway, Suite 600<br>Denver, CO 80203<br>(303) 534-0401<br>(303) 534-8333<br>mah@keatingwagner.com<br>agoldhamer@keatingwagner.com | Carter F. Thurman<br>Mayte Santacruz<br>U.S. Department of Justice<br>Env't & Natural Resources Division<br>Natural Resources Section<br>P.O. Box 7611<br>Washington, DC 20044-7611<br>(202) 305-0465 (phone)<br>(202) 305-0506 (fax)<br>carter.thurman@usdoj.gov<br>mayte.santacruz@usdoj.gov |
| James Jay Tutchton<br>Tuchton Law Office<br>6439 East Maplewood Avenue<br>Centennial, CO 80111<br>(720) 301-3843<br>jtuchtontlo@gmail.com | David A. Carson<br>United States Department of Justice<br>Env'l Natural Resources Division<br>Environmental Defense Section<br>Denver Place Building<br>999 18th Street<br>South Terrace, Suite 370<br>Denver, CO 80202<br>(303) 844-1349<br>david.a.carson@usdoj.gov |
| Robert E. Yuhnke<br>4050 Se Hosner Terrace<br>Gresham, OR  97080<br>Yuhnke@prodigy.net<br>303-499-0425 | |
| Andrea S. Gelfuso<br>Andrea Gelfuso, Attorney at Law<br>2402 South Holland Street<br>Lakewood , CO  80227<br>303-955-1910<br>Email:Agelfuso6@gmail.com | Gregory Nicholas Corbin<br>Milligan Rona Duran & King, LLC<br>1627 Vine Street<br>Denver , CO  80206<br>720-414-2000<br>Fax: 855-395-5525<br>Email:Gnc@mrdklaw.com |

                                                     s/ John Putnam
                                                   JOHN E. PUTNAM