**Exhibit 18**

**CDOT Structure Inspection and Inventory Report,**

**September 23, 2016**

# Colorado Department of Transportation

## Structure Inspection and Inventory Report (English Units)

| Highway Number (ON) 5D: | 070A _ |
|---|---|
| Mile Post (ON) 11: | 274.697 mi |

| Bridge Key: | E-17-FX | Inspection Date: | 09/23/2016 | Sufficiency Rating: | 46 | SD |
|---|---|---|---|---|---|---|

| Field | Value | Field | Value | Field | Value |
|---|---|---|---|---|---|
| NBI Reporting ID: | E-17-FX | Hist Signif 37: | 5 | UW Inspection Date 93B: | |
| Rgn/Sect 2E/2M: | 15 | Posting status 41: | A | SI Date 93C: | |
| Tran Region 2T: | 02 | Service on/un 42A/B: | 1  4 | Bridge Cost 94: | $51861000 |
| County Code 3: | 031 DENVER | Main Mat/Desgn 43A/B: | 4  02 | Roadway Cost 95: | $7779000 |
| Place Code 4: | 20000 DENVER | Appr Mat/Desgn 44A/B: | 2  04 | Total Cost 96: | $104371000 |
| | | Main Spans Unit 45: | 3 | Year of Cost Estimate 97: | 2006 |
| Rte.(On/Under) 5A: | 1 | Approach Spans 46: | 69 | Brdr Brdg Code/% 98A/B: | -1 |
| Signing Prefix 5B: | 1 | Horiz Clr 47: | 39.70 ft | Border Bridge Number 99: | |
| Level of Service 5C: | 1 | Max Span 48: | 155.0 ft | Defense Highway 100: | 1 |
| Direction Suffix 5E: | 0 | Str Length 49: | 6,267.0 ft | Parallel Structure 101: | N |
| | | Curb Wdth L/R 50A/B: | 0.0 ft  0.0 ft | Direction of Traffic 102: | 2 |
| Feature Intersected 6: | US6,RR,CITY ST | Width Curb to Curb 51: | 85.96 ft | Temporary Structure 103: | _ |
| Facility Carried 7: | I 70 ML | Width Out to Out 52: | 90.8 ft | Highway Systems 104: | 1 |
| | | Deck Area: | 569540 | Fed Lands Hiway 105: | 0 |
| Alias Str No.8A: | BRIDGE ENTERPRISE LIST | Min Clr Ovr Brdg 53: | 99.99 | Year Reconstructed 106: | |
| | | Min Undrclr Ref 54A: | H | Deck Type 107: | 1 |
| Prll Str No. 8P: | N/A | Min Underclr 54B: | 17.3 ft | Wearing Surface 108A: | 6 |
| | | Min Lat Clrnce Ref R 55A: | H | Membrane 108B: | 2 |
| Location 9: | 46TH AVE VIADUCT,IN DENVE | Min Lat Undrclr R 55B: | 1.5 ft | Deck Protection 108C: | 0 |
| | | Min Lat Undrclr L 56: | 2.5 ft | Truck ADT 109: | 9.00 % |
| Max Clr 10: | 99.99 | Deck 58: | 5 | Trk Net 110: | 1 |
| BaseHiway Net12: | 1 | Super 59: | 4 | Pier Protection 111: | 1 |
| IrsinvRout 13A: | 000000070A | Sub 60: | 5 | NBIS Length 112: | Y |
| IrssubRout No13B: | 00 | Channel/Protection 61: | N | Scour Critical 113: | N |
| | | Culvert 62: | N | Scour Watch 113M: | _ |
| Latitude 16: | 39d 46' 48.15" | Oprtng Rtg Method 63: | 1 LF  Load Facto | Future ADT 114: | 161,460 |
| Longitude 17: | 104d 56' 59.30" | Operating Rating 64: | 36.0 | Year of Future ADT 115: | 2031 |
| Range 18A: | | Inv Rtng Method 65: | 1 LF  Load Facto | CDOT Str Type 120A: | WGC |
| Township 18B: | | Inventory Rating 66: | 36.0 | CDOT Constr Type 120B: | |
| Section 18C: | | Asph/Fill Thick 66T: | 4.0 in | Inspection Indic 122A: | _ |
| Detour Length 19: | 5 mi | Str. Evaluation 67: | 4 | Inspection Trip 122AA: | 0.00 |
| Toll Facility 20: | 3 | Deck Geometry 68: | 4 | Scheduling Status 122B: | 0 |
| Custodian 21: | 01 | Undrclr Vert/Hor 69: | 2 | Maintenance Patrol 123: | 4 |
| Owner 22: | 01 | Posting 70: | 5 | Expansion Dev/Type 124: | D |
| Functional Class 26: | 11 | Waterway Adequacy 71: | N | Brdg Rail Type/Mod 125A/B: | Y  4 |
| Year Built 27: | 1964 | Approach Alignment 72: | 8 | Posting Trucks 129A/B/C: | -1.1  -1.1  -1.1 |
| Lanes on 28A: | 6 | Type Of Work 75A: | 31 | Str Rating Date 130: | 05/22/1998 |
| Lanes Under 28B: | 4 | Work Done By 75B: | 1 | Special Equip 133: | Unknown |
| ADT 29: | 138,000 | Length of Improvment 76: | 9066 | Vert Clr N/E 134A/B/C: | X  99.99  0.00 |
| Year of ADT 30: | 2011 | Insp Team Indicator 90B: | GREEN TEAM | Vert Clr S/W 135A/B/C: | X  99.99  0.00 |
| Design Load 31: | 4 | Inspector Name 90C: | JACKSONC | Vertical Clr Date: | 07/07/1992 |
| Apr Rdwy Width 32: | 111.88 ft | Frequency 91: | 24 months | Weight Limit Color 139: | 2 |
| Median 33: | 2 | FC Frequency 92A: | | Str Billing Type: | IIB |
| Skew 34: | 99 ° | UW Frequency 92B: | | Userkey 1 - System: | ONSYS |
| Structure Flared 35: | 1 | SI Frequency 92C: | | Userkey 4 - OffSys Sched: | |
| Sfty Rail 36a/b/c/d: | 1  1  1  1 | FC Inspection Date 93A: | | Userkey 5 : | |
| Rail ht36h: | 35.0 in | | | Userkey 7 - Update Ind.: | |
| | | | | BridgeGroup | ODD JAN C16 |

| Inspector Name: | JACKSONC |
|---|---|

| CDOT_SIA | Version 8 - 02/26/16 | Structure ID: E-17-FX | Tue 04/18/2017 17:04:02 Page 1 of 6 |
|---|---|---|---|

## Colorado Department of Transportation

### Structure Inspection and Inventory Report (English Units)

Highway Number (ON) 5D: 070A _
Mile Post (ON) 11: 274.697 mi

**Element Inspection Report**

| Elm/Env | Description | Unit | Total Qty | % in 1 | Qty. St. 1 | % in 2 | Qty. St. 2 | % in 3 | Qty. St. 3 | % in 4 | Qty. St. 4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/4 | Re Concrete Deck | sq.ft | 569044 | 83% | 472307 | 17% | 96737 | 0% | 0 | 0% | 0 |
| 510/4 | Wearing Surfaces | sq.ft | 569044 | 100% | 569044 | 0% | 0 | 0% | 0 | 0% | 0 |

4 Inches of asphalt (Average). New overlay prior to 2016 inspection.

| 1120/4 | Efflorescence/Rust Staining | sq.ft | 10000 | 0% | 0 | 100% | 10000 | 0% | 0 | 0% | 0 |

Some areas of transverse cracks with light efflor., several areas of map cracking with efflor., and areas of concrete patches.
Some spots of spalling with exposed rebar.

The longitudinal construction joint along the center has been removed, however some transverse cracks w/efflor. are appearing, and actively leaking through some cracks.
Delam., rust and some spalling with exposed rebar along overhangs, especially around deck drains.

| 107/4 | Steel Opn Girder/Beam | ft | 4985 | 52% | 2603 | 47% | 2364 | 0% | 2 | 0% | 16 |

Steel girders in Spans 45, 46 (over the railroad), and 47; these are also 45 degree skewed spans.

Ends of fatigue cracks in webs at various diaphragms were drilled 4/2009 per Smart Flag 356.

Butt weld transitions of lower flanges have poor profiles; could have been ground more tapered (less stepped).

Spans are blackened from soot over R/R tracks.

Fading paint with light R1 to R1 corrosion at most ends below joints, and full length along girder near the longitudinal median joint;
 (see Tally Sheets for additional comments.)
During the 2011 inspection, many cracks were discovered at various locations at diaphragm vertical web stiff to top flange through welds, and toes of welds. R4 corrosion at web of Girder 45K at P45, which propagated into a crack. Tears through the web of Girder 46A have been repaired. All these issues have been repaired and rewelded following 2011 Inspection and verified during 2012 inspection; (see PHOTOS).

Some girder ends have R1-R3 w/pack rust, the worst is 47J at P48; (see PHOTO).
Ends of girders at Piers 45 and 48 have been sand blasted and repainted; (see PHOTOS).

| 515/4 | Steel Protective Coating | sq.ft | 10753 | 0% | 0 | 100% | 10753 | 0% | 0 | 0% | 0 |

Paint system on steel girders in spans 45, 46, and 47 is aged but in overall acceptable condition.

| 1010/4 | Cracking | ft | 69 | 0% | 0 | 80% | 55 | 0% | 0 | 20% | 14 |

Girder 46A at Diaphragm 6 has several inch long tears in the girder web at the diaphragm location. These tears through the web of Girder 46A were not from impact, but caused by fatigue stress by diaphragm movement.
Crack-arresting holes were drilled at the crack tips and bolts with nuts placed in them previously.
A strut was added for stability since the girder has a slight angle built into it for the flared section for ramp transition. These tears were repaired 3-2011 by placing bolted scab plates over the damaged web area after welding the cracks and drilling the crack tips; (see PHOTOS and Plans).

Fatigue cracks in webs noted in 1984 and 1986; (see 1986, 2008/2009 PHOTOS). They are generally about 1 to 2 inches long on each side of the stiffeners. Fatigue-crack-arresting holes were drilled at ends of cracks 4/2009.

Span 45-2: Girders A, E, & G (cracks propag. from arresting hole towards rear side, see 10/12 PHOTO) at Diaph. 1 (D1 is at P45-2);
Also, one crack found in weld of top flange of Girder 45H to Diaphr. #2 during 2012 inspection. See 10/12 PHOTO.

**Colorado Department of Transportation**

**Structure Inspection and Inventory Report (English Units)**

Highway Number (ON) 5D: 070A _
Mile Post (ON) 11: 274.697 mi

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Span 46:<br>Girders A, & I at D1, (D1 is at P46), and Girder F at D8, (D8 is at P47);<br>25 crks were discovered on 2011 Inspect. These crks were ground down and rewelded following 2011 Inspect. See Girder Diaph. Plan Sht.<br><br>Span 47: Girders G (Crack propag. 3/8 inch from arresting hole, see 10/12 PHOTO), H (Crack still in fillet weld), & M at D6, (D6 is at P48)<br><br>2017, 14 fatigue cracks were discovered located throughout the three steel spans. Some cracked areas had been previously repaired.<br><br>High-ranger truck needed for inspection of Spans 45 & 47 because road below is very low; Van lift can be used in Span 46 on R/R bridge E-17-Z below; R.R. permission will be required to inspect Span 46. | | | | | | | | | |
| 110/4 | Re Conc Opn Girder/Beam | ft | 88743 | 99% | 87749 | 1% | 850 | 0% | 144 | 0% | 0 |
| | | | Girder N in Spans 48 - 50, and Span 56 have spalling with exposed corroded rebar and moderate delam. cracking along bottom flanges, and Girder 56N has spalling with exposed corroded rebar along web; (see Tally Sheet).<br>Spalling w/ exposed rebar on other girders have been mostly repaired, some minor cracking and some delams remain, but most look good. | | | | | | | | | |
| 205/4 | Re Conc Column | each | 366 | 65% | 239 | 28% | 102 | 7% | 25 | 0% | 0 |
| | | | Columns that had severe delams. and spalling have all been patched and repaired. Some still have minor delams and spalls w/ exposed rebar at bases.<br>Column 96C has scrapes from vehicle impact. See Tally Sheets. | | | | | | | | | |
| 215/4 | Re Conc Abutment | ft | 267 | 100% | 266 | 0% | 0 | 0% | 1 | 0% | 0 |
| | | | Ramp abutments and Abutment 105 generally look good.<br>Spalling with exposed rebar at the Right end of Abutment 105. See Tally Sheets. | | | | | | | | | |
| 234/4 | Re Conc Pier Cap | ft | 7634 | 91% | 6970 | 8% | 610 | 1% | 54 | 0% | 0 |
| | | | Previous shear cracks greater than 1/16 inch were epoxy injected.<br>Caps with worse cracks were also post tensioned; holes drilled through webs of concrete girders with post tensioning along face of the caps (see PT Tally Sheet). 2016, all intact post-tensioning bearings have been retrofitted to prevent ejection of components in the event of tendon rupture.<br>Caps that had previous delams. and spalls have all been patched and repaired.<br>Majority of caps do not extend to one another across median below. Some minor delams. and spalls still exist. Left edge of P45, top and bottom has deteriorated and is spalling. | | | | | | | | | |
| 300/4 | Strip Seal Exp Joint | ft | 1315 | 98% | 1291 | 0% | 0 | 1% | 12 | 1% | 12 |
| | | | Strip Seal joints are located in Spans 35, P35S, P38S, P45, P48, P48N, 54, 54S, 62, 70, 77, 77N, 77S, 79, 79S, 85, 90, 96, 96N, 96S, and A105.<br>New Strip Seal Joints (some are leaking in spots see Tally Sheet) installed on Rehab. Project stretching from 2008- 2010, Project completed 2-2011. (P38S signifies South Ramp) | | | | | | | | | |
| 302/4 | Compressn Joint Seal | ft | 30 | 100% | 30 | 0% | 0 | 0% | 0 | 0% | 0 |
| | | | Assumed to be at Abutment 57S between the approach slab and the abutment. Asphalt covered. | | | | | | | | | |
| 310/4 | Elastomeric Bearing | each | 124 | 100% | 124 | 0% | 0 | 0% | 0 | 0% | 0 |
| | | | 3 inch Pads, some in contraction. Located in Spans 35 & 35S, P38S, 54, 54S, 62, 70, 77, 77S, 77N, 79, 85, 90, 96, 96S & 96N. | | | | | | | | | |
| 311/4 | Moveable Bearing | each | 70 | 56% | 39 | 37% | 26 | 0% | 0 | 7% | 5 |
| | | | At Piers 45, 45-2, P46, P48 & 48-2.<br>The rockers at P45 & P48 only have been somewhat sand blasted and repainted in 2011.<br>Bearings at P45 Span 44 are in the contraction positition about 15 degrees; (see PHOTOS).<br>Bearings at P46 are dirty w/ R1.<br>Bearings at P48 have pack rust at sole plates and at some anchor bolts; (see PHOTOS). | | | | | | | | | |
| 515/4 | Steel Protective Coating | sq.ft | 10753 | 100% | 10753 | 0% | 0 | 0% | 0 | 0% | 0 |

## Colorado Department of Transportation

**Structure Inspection and Inventory Report (English Units)**

Highway Number (ON) 5D: 070A _
Mile Post (ON) 11: 274.697 mi

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 313/4 | Fixed Bearing | each | 12 | 100% | 12 | 0% | 0 | 0% | 0 | 0% | 0 |
| | Fixed bearings for steel girders at Pier 47 are dirty with some light R1 corrosion. | | | | | | | | | | |
| 515/4 | Steel Protective Coating | sq.ft | 10753 | 100% | 10753 | 0% | 0 | 0% | 0 | 0% | 0 |
| 321/4 | Re Conc Approach Slab | sq.ft | 10753 | 86% | 9214 | 14% | 1539 | 0% | 0 | 0% | 0 |
| | At Abutment 105, and at abutment ends of ramps.  All have been asphalt covered.  Look good. | | | | | | | | | | |
| | Past reports indicated evidence of settling at Ramp / Abut.57S with some leveling asphalt placed at the approach. | | | | | | | | | | |
| 330/4 | Metal Bridge Railing | ft | 14943 | 100% | 14943 | 0% | 0 | 0% | 0 | 0% | 0 |
| | Galvanized Type Y railing has been placed on curbs in front of original rail on ramps, and at edges of ML I-70 lanes. | | | | | | | | | | |
| | Looks good. | | | | | | | | | | |
| 515/4 | Steel Protective Coating | sq.ft | 10753 | 100% | 10753 | 0% | 0 | 0% | 0 | 0% | 0 |
| 331/4 | Re Conc Bridge Railing | ft | 7986 | 100% | 7976 | 0% | 10 | 0% | 0 | 0% | 0 |
| | Concrete Type R railing (Jersey barrier) in Spans 32 to 44 (with debris wall on top of thge Left rail). | | | | | | | | | | |
| | Jersey Barrier now exists throughout on the interior, where the median was. | | | | | | | | | | |
| | Median has been fully removed on the rehab. project. | | | | | | | | | | |
| 9325/4 | Slope Prot/Berms | (EA) | 8 | 75% | 6 | 25% | 2 | 0% | 0 | 0% | 0 |
| | Concrete slope pavement at all ramp abutments, and at Abutment 105. | | | | | | | | | | |
| | Dirt berm is up to 3 inches low at Abutment 80N and Abutment 105, and up to 5 inches low at Abutment 81S. | | | | | | | | | | |
| | Some settlement at top of the slope pavement at Abutment 92N. | | | | | | | | | | |
| 9326/4 | Bridge Wingwalls | (EA) | 16 | 94% | 15 | 6% | 1 | 0% | 0 | 0% | 0 |
| | All are short extensions of the abutment backwalls. | | | | | | | | | | |
| | Some delam. / spalling with exposed rebar at the top of #105 Left. | | | | | | | | | | |
| 9338/4 | Conc Curbs/SW | (LF) | 14943 | 32% | 4850 | 45% | 6728 | 23% | 3364 | 0% | 0 |
| | Exterior curbs and ramp curbs. | | | | | | | | | | |
| | Approximately 80% of curbs have horizontal delam. cracking along faces, or other delam./spalls, much with rebar exposed. | | | | | | | | | | |
| | Broken at some drains in exteriors.  All drains now have grates over them, did not previously. | | | | | | | | | | |
| | Spots of newer patches along curbs. | | | | | | | | | | |
| 9342/4 | Sign Attachment | (EA) | 11 | 64% | 7 | 36% | 4 | 0% | 0 | 0% | 0 |
| | See Tally Sheets for details. | | | | | | | | | | |
| | Sign panel at Pier 78 has been removed. | | | | | | | | | | |
| | Warning sign mounted between Columns 43C and 43D. | | | | | | | | | | |
| 9343/4 | Pole Attachment | (EA) | 88 | 27% | 24 | 64% | 56 | 9% | 8 | 0% | 0 |
| | Light pole attachments. | | | | | | | | | | |
| | Concrete pedestals are monolithic with the deck edge. | | | | | | | | | | |
| | Most pedestals have delam. / spalls with exposed rebar, at sides and bottoms; (see PHOTOS and Tally Sheets). | | | | | | | | | | |
| 9355/4 | Steel Diaphr. SmFlag | (EA) | 22 | 100% | 22 | 0% | 0 | 0% | 0 | 0% | 0 |
| | 22 Diaphragms were removed at piers during the rehabilitation project.  See the Girder/ Diaphragm Plan Sheet for locations. | | | | | | | | | | |

**Maintenance Activity Summary**

| MMS Activity | Description | Recommended | Status | Target Year | Est Cost |
|---|---|---|---|---|---|

## Colorado Department of Transportation

**Structure Inspection and Inventory Report (English Units)**

Highway Number (ON) 5D: 070A _
Mile Post (ON) 11: 274.697 mi

| 358.05 | Converted Work Candidates | 1/21/2009 | 0 | 2020 | 5000 |

Continue to remove the loose / delaminated concrete from exterior side of concrete parapets, and from girders and bearing areas.
Some loose rebar will also need to be removed.

**Bridge Notes**

12/2014_BAM_TO BE REPLACED W/ E-17-AEO
Structure was reduced by 31 spans when the West end was rebuilt and a portion was placed on grade / fill.  The West end (beginning) now starts at Pier 32 on the East side of the 2 new Brighton Blvd. structures.  The numbering system shall remain the same for the life left in this bridge.  E-17-FX is now Span 32 to Abutment 105 and the original ramp numbering can also be retained.  The quantities have been modified accordingly.
There is an EXCEL spreadsheet with quantities and more specific comments for most elements.
Previously, 6/10/2004, Substructure and Superstructure coding downgraded from 5 to 4 per Jeff A., but now coding is at a 5 after rehabilitation.  Structure was inspected 9-23-16 for all concrete spans.  The three steel spans were inspected between 3-20-17 and 4-5-17.  On 4-18-17 Superstructure downgraded to a 4 due to unrepaired fatigue cracks in girder web plates.
There are 3 main spans; Welded Girders &amp; at a skew of 45 degrees across the RR tracks; but the majority of the bridge is non-skewed Concrete Girders (parabolic shaped) continuous &amp; monolithic at the pier caps.
A major project (2 years) started November 2008 to remove 2/3rds of the expansion joints (make them monolithic) and rebuild the other expansion joints and rehab. the dapped girder ends at the joints.  This project added new galvanized bridge rail along the edges, and is making the median solid and replacing the 2 lengths of rail along it with a concrete Jersey barrier down the center. The deck driving surface was observed driving in vehicles during 2012, 2014, and 2016 inspections.

**Inspection Notes**

TIME: varies        TEMP:  varies        WEATHER:  varies

Span 46 requires RR permit (cost approx. $600) which takes several weeks or months, did not perform detailed inspection of this span during 2012, or 2014 inspections. 3-20-17 a detailed inspection of spans 45, 46, and 47 was completed. Start permit process as soon as quarter starts if detailed inspection will be performed.  Call Permit Office at (866) 498-6647  ext. 2617.

## Colorado Department of Transportation

**Structure Inspection and Inventory Report (English Units)**

Highway Number (ON) 5D: 070A  _
Mile Post (ON) 11: 274.697 mi

**Scope:**

☑ NBI   ☑ Element   ☐ Underwater   ☐ Fracture Critical   ☐ Other   Type: Regular NBI

**Team Leader Inspection Check-off:**

☐ FCM's                           ☐ Vertical Clearance
☐ Posting Signs                   ☐ Stream Bed Profile
☐ Essential Repair Verification

**Inspection Team:** GREEN TEAM

**Inspection Date:** 09/23/2016

**Inspector:** Jackson

**Inspector (Team Leader):** Chad Jackson