**Exhibit 19**

**Declaration of Chris Horn**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Actions Nos.   17-cv-01661-WYD-MEH
                     17-cv-01679-WYD-MEH

KYLE ZEPPELIN; BRAD EVANS; CHRISTINE O'CONNOR; KIMBERLY MORSE; JACQUELINE LANSING; JANET FEDER; SIERRA CLUB; ELYRIA AND SWANSEA NEIGHBORHOOD ASSOCIATION; CHAFEE PARK NEIGHBORHOOD ASSOCIATION; and COLORADO LATINO FORUM,

    Plaintiffs,

v.

FEDERAL HIGHWAY ADMINISTRATION, ELAINE CHAO, in her official capacity as Secretary of Transportation; and JOHN M. CARTER; in his official capacity as Division Administration,

    Defendants,

v.

COLORADO DEPARTMENT OF TRANSPORTATION, et al.,

    Defendant-Intervenors.

## DECLARATION OF CHRIS HORN

I, Chris Horn, being competent to make this statement, do swear and affirm the following:

1. I am employed by the Federal Highway Administration ("FHWA") as a Senior Area Engineer in the Colorado Division Office. Since 2004, I have been in charge of federal oversight of and participation in the I-70 East / Central 70 Project NEPA process.

2. This Declaration is based on my personal knowledge and information from business records which are maintained in the ordinary course of business and from entries made

therein at or near the time of the events so recorded. I am authorized to testify to the matters herein. If called as a witness, I could competently testify regarding the facts in this declaration.

3. Among my duties are overseeing the production of the administrative record for FHWA's Record of Decision approving the Central 70 Project. FHWA is in the process of compiling the administrative record.

4. I have reviewed the Zeppelin Plaintiffs' APA § 705 Motion for Stay filed on September 15, 2017.

5. The following documents that the Zeppelin Plaintiffs cite in their motion will not be included in the administrative record because FHWA did not consider them in reaching its decision.

   a. Exhibit 6, ECF/CM 32-9 – Email from Mike Anderson to Shea Thomas, dated August 2, 2013. List documents.

   b. Exhibit 9, ECF/CM 32-12 – Multi-Agency Technical Team Recommendation, dated January 20, 2015.

   c. Exhibit 10, ECF 32-13 – DeVito Memorandum, dated July 16, 2015

   d. Exhibit 14, ECF/CM 32-18 – Aerial Photograph of Globeville Landing Park, taken August 15, 2017

   e. Exhibit 15, ECF/CM 32-19 – Colorado Department of Transportation Statement Regarding Litigation Involving I-70, dated July 10, 2017

   f. Exhibit 16, ECF/CM 32-20 – City of Denver 39th Avenue Greenway and Open Channel Fact Sheet

   g. Exhibit 17, ECF/CM 32-21 – City of Denver City Park Golf Course Redesign Fact Sheet

   h. Exhibit 18, ECF/CM 32-22 – Letter from Jane Hann to Steve Turner, dated December 29, 2016

   i. Exhibit 19, ECF/CM 32-23 – Colorado Department of Transportation Press Release, dated August 24, 2017.

   j. Exhibit 20, ECF/CM 32-24 – Trial Testimony of Deborah Ortega, given on August 22, 2017

6. In addition, the Declarations filed by Plaintiffs with their original and amended Petitions are also not part of the administrative record as they not were not before nor considered by the agency in reaching its decision.

7. Attached to Defendants' and Intervenor-Defendants' Opposition to Zeppelin Plaintiffs' Motion for Stay is a true and correct copy of the following documents that will be in the administrative record for FHWA's decision:

a. Excerpts from the Final Environmental Impact Statement ("FEIS") for the Central 70 Project.

b. Excerpts from FEIS Attachment H – Hazardous Materials Technical Report Addendum.

c. FEIS Attachment M – Hydrology and Hydraulics Technical Report Addendum.

d. The Record of Decision ("ROD") for the Central 70 Project.

e. The ROD's Update to Hazardous Materials Technical Report Addendum.

f. FHWA's Connected Actions Finding (April 2016) and Addendum (December 2016).

g. Excerpts of FHWA's Reevaluation Form for the Central 70 ROD (Sept. 18, 2017). A true and correct copy of the full Reevaluation Form with all attachments is available at https://www.codot.gov/projects/i70east/re-evaluation-i-70-from-i-25-to-chambers-road.

h. Excerpts from the City and County of Denver's 2014 Storm Drainage Master Plan.

i. A City and County of Denver Presentation entitled Platte to Park Hill: Stormwater Systems Kickoff Public Meeting (Nov. 17, 2015).

j. A City and County of Denver document entitled Platte to Park Hill: Stormwater Systems, Your Questions: Answered (April 2016).

k. A July 7, 2011, video of flooding at 36th and High Street in Denver, which is part of FEIS Attachment M – Hydrology and Hydraulics Technical Report Addendum. A true and correct copy of the video can be downloaded from the Project website at http://www.i-70east.com/FinalEIS/I-70EastEIS_PCL-MATT-Hydrology_2014-08-01.zip (in the downloaded .zip file, click "Appendix," then "01 Figures, Maps, and Tables," then "Montclair," then "A Background Montclair Mapping," then "ii 2011-07-07 Flooding Video at 36th and High".)

8.  Additionally, true and correct copies of Project documentation, including full copies of the Record of Decision, Final Environmental Impact Statement, Supplemental Draft Environmental Impact Statement, and Draft Environmental Impact Statement for the Central 70 Project, together with all of their Attachments, are available on the official website for the Project, http://www.i-70east.com/reports.html.

I declare under penalty of perjury that the foregoing is true and correct.

*[signature]*
Chris Horn

Executed this 27th day of September, 2017, at Denver, Colorado.