**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Actions Nos.   17-cv-01661-WJM-MEH
17-cv-01679-WJM-MEH

KYLE ZEPPELIN; BRAD EVANS; CHRISTINE O'CONNOR; KIMBERLY MORSE; JACQUELINE LANSING; JANET FEDER; SIERRA CLUB; ELYRIA AND SWANSEA NEIGHBORHOOD ASSOCIATION; CHAFEE PARK NEIGHBORHOOD ASSOCIATION; and COLORADO LATINO FORUM,

    Plaintiffs,

v.

FEDERAL HIGHWAY ADMINISTRATION, ELAINE CHAO, in her official capacity as Secretary of Transportation; and JOHN M. CARTER; in his official capacity as Division Administration,

    Defendants,

v.

COLORADO DEPARTMENT OF TRANSPORTATION, et al.,

    Defendant-Intervenors.

**DEFENDANT-INTERVENORS' MOTION TO DISMISS CLAIMS 4, 5, AND 7 OF PLAINTIFFS' AMENDED PETITION IN ZEPPELIN V. FHWA, ET AL. (17-CV-01661)**

    Defendant-Intervenors Colorado Department of Transportation and its Executive Director (collectively "CDOT") respectfully move to dismiss Claims 4, 5, and 7 of the Amended Petition filed by the Kyle Zeppelin and his co-Plaintiffs in Case No. 17-cv-01661 (collectively "Plaintiffs") pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(h)(3) for lack of subject matter jurisdiction. In support of its Motion, CDOT adopts the arguments made by Defendant Federal Highway Administration ("FHWA") in its Motion to Dismiss Claims 4, 5, and 7 of Plaintiffs' Amended Petition in *Zeppelin v. FHWA, et al.* (17-cv-01661) for Lack of

1

Subject Matter Jurisdiction and Memorandum in Support of Motion to Dismiss, ECF No. 45, filed on this date.

For the reasons set forth in FHWA's Motion to Dismiss, CDOT respectfully requests that the Court dismiss Claims 4, 5, and 7 of Plaintiffs' Amended Petition for lack of subject matter jurisdiction.

Respectfully submitted,

| | |
|---|---|
| BRENT E. BUTZIN | JOHN E. PUTNAM |
| Assistant Attorney General | NICHOLAS A. DIMASCIO |
| 1300 Broadway, 10th Floor | KAPLAN KIRSCH & ROCKWELL LLP |
| Denver, CO  80203 | 1675 Broadway, Suite 2300 |
| (720) 508-6638 | Denver, CO  80202 |
| Brent.Butzin@coag.gov | (303) 825-7000 |
| | jputnam@kaplankirsch.com |
| | ndimascio@kaplankirsch.com |

*Attorneys for Defendant-Intervenors*

SEPTEMBER 27, 2017                 *s/ John E. Putnam*
                                                    John E. Putnam

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of September, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

| | |
|---|---|
| Melissa A. Hailey<br>Aaron D. Goldhamer<br>Keating Wagner Polidori Free, P.C.<br>1290 Broadway, Suite 600<br>Denver, CO 80203<br>(303) 534-0401<br>(303) 534-8333<br>mah@keatingwagner.com<br>agoldhamer@keatingwagner.com | Carter F. Thurman<br>Mayte Santacruz<br>U.S. Department of Justice<br>Env't & Natural Resources Division<br>Natural Resources Section<br>P.O. Box 7611<br>Washington, DC 20044-7611<br>(202) 305-0465 (phone)<br>(202) 305-0506 (fax)<br>carter.thurman@usdoj.gov<br>mayte.santacruz@usdoj.gov |
| James Jay Tutchton<br>Tuchton Law Office<br>6439 East Maplewood Avenue<br>Centennial, CO 80111<br>(720) 301-3843<br>jtuchtontlo@gmail.com | David A. Carson<br>United States Department of Justice<br>Env't Natural Resources Division<br>Environmental Defense Section<br>Denver Place Building<br>999 18th Street<br>South Terrace, Suite 370<br>Denver, CO 80202<br>(303) 844-1349<br>david.a.carson@usdoj.gov |
| Robert E. Yuhnke<br>4050 Se Hosner Terrace<br>Gresham, OR 97080<br>Yuhnke@prodigy.net<br>303-499-0425 | |
| Andrea S. Gelfuso<br>Andrea Gelfuso, Attorney at Law<br>2402 South Holland Street<br>Lakewood, CO 80227<br>303-955-1910<br>Email:Agelfuso6@gmail.com | Gregory Nicholas Corbin<br>Milligan Rona Duran & King, LLC<br>1627 Vine Street<br>Denver, CO 80206<br>720-414-2000<br>Fax: 855-395-5525<br>Email:Gnc@mrdklaw.com |

    s/ John Putnam
    JOHN E. PUTNAM

3