IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-01661-WJM-MEH
17-cv-01679-WJM-MEH

KYLE ZEPPELIN,
BRAD EVANS,
CHRISTINE O'CONNOR,
KIMBERLY MORSE,
JACQUELINE LANSING,
JANET FEDER,
SIERRA CLUB,
ELYRIA AND SWANSEA NEIGHBORHOOD ASSOCIATION,
CHAFEE PARK NEIGHBORHOOD ASSOCIATION, and
COLORADO LATINO FORUM,

 Plaintiffs,

v.

FEDERAL HIGHWAY ADMINISTRATION,
ELAINE CHAO, and
JOHN M. CARTER,

 Defendants.

v.

COLORADO DEPARTMENT OF TRANSPORTATION, and
SHAILEN P. BHATT,

 Defendants-Intervenors.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 4, 2017.**

 At the request of the parties, the Scheduling Conference currently set for October 25, 2017 is **vacated and rescheduled** to **October 23, 2017**, at **10:00 a.m.** in Courtroom A-501, on the fifth floor of the Alfred A. Arraj United States Courthouse located at 901 19th Street, Denver, Colorado. Absent exceptional circumstances, no request for rescheduling will be entertained unless made **five business days prior** to the date of the conference.

 Lawyers whose offices are located outside of the Denver metropolitan area may appear at scheduling conferences by telephone. Please contact Chambers at (303) 844-4507 at least five business days prior to the scheduling conference to arrange appearance by telephone.

The parties are further advised that they shall not assume that the Court will grant the relief requested in any motion.  Failure to appear at a Court-ordered conference or to comply with a Court-ordered deadline which has not be vacated by Court order may result in the imposition of sanctions.

Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification.  *See* D.C. Colo. LCivR 83.2(b).