# EXHIBIT 1

# Keating Wagner Polidori Free

*Attorneys at Law*

September 1, 2017

Carter F. Thurman, Esq.
Mayte Santacruz, Esq.
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, DC 20044-7611
Carter.thurman@usdoj.gov
Mayte.santacruz@usdoj.gov

John E. Putnam, Esq.
Nicholas A. DiMascio, Esq.
Kaplan Kirsch & Rockwell, LLP
1675 Broadway, Suite 2300
Denver, CO 80202
jputnam@kaplankirsch.com
ndimascio@kaplankirsch.com

Brent E. Butzin, Esq.
Assistant Attorney General
1300 Broadway, Tenth Floor
Denver, Colorado 80203
Brent.butzin@coag.gov

   Re: *Zeppelin et al. v. FHWA et al.*, 17-cv-01661-WYD (D. Colo.)

Dear Carter,

  As discussed during the parties' Fed. R. Civ. P. 26(f) meeting on August 30, 2017, we are writing to notify you that Plaintiffs are currently aware of the following specific documents, all of which should be included in the forthcoming partial administrative record compiled by DOJ, as they are directly relevant to the issues raised in Plaintiffs' Original and First Amended Petitions for Review of Agency Action:

- Denver Public Works Montclair Creek Drainage Feasibility Evaluation, dated June 30, 2014;

- Denver City Council Ordinance/Resolution Request, dated May 26, 2015;

Keating Wagner Polidori Free, P.C.
1290 Broadway • Suite 600 • Denver, Colorado 80203
tel: 303.534.0401 • fax: 303.534.8333 • keatingwagner.com

1

- Intergovernmental Agreement between CDOT and the City of Denver, approved September 14, 2015;

- Enginuity Memorandum to the I-70 PCL Drainage Multi-Agency Technical Team ("MATT"), dated August 1, 2014;

- Enginuity Memorandum to MATT, dated February 10, 2014;

- MATT Meeting Notes, dated October 21, 2013;

- MATT Meeting Notes, dated November 4, 2013;

- MATT Meeting Notes, dated November 18, 2013;

- MATT Meeting Notes, dated December 2, 2013;

- MATT Meeting Notes, dated December 16, 2013;

- MATT Meeting Notes, dated December 30, 2013;

- MATT Meeting Notes, dated January 13, 2014;

- EPA Vasquez Boulevard & Interstate 70 Superfund Site Fact Sheet;

- I-70 East / Montclair and Park Hill Basins Drainage PowerPoint Presentation, shown by Denver Public Works on June 3, 2015;

- Administrative Settlement Agreement ad Order on Consent for Removal Action, U.S. EPA Docket No. CERCLA-08-2015-0006, dated July 1, 2015, Appendix A: Action Memorandum from Kerry Guy to David Ostrander and all attachments thereto;

- Two Basin Drainage Project Conceptual Planning Alternatives Analysis Report, dated December 2016;

- City and County of Denver Storm Drainage Master Plan, dated September 2014;

- MATT Letter of Recommendation, dated January 20, 2015;

- Memorandum of Understanding between CDOT, RTD, and City of Denver, dated October 4, 2013;

- Letter from CDOT I-70 East Project Team to Heidi Sue Harris, dated March 24, 2016;

2

- Email from Celia Vanderloop to various recipients, dated December 9, 2014, subject: "VB/I-70 OU2 removal conversation";

- Email from Celia Vanderloop to various recipients, dated November 18, 2014, subject redacted;

- Email from Jessica Brody to Richard Sisk, dated June 25, 2015, subject: "Draft Final Versions of the Settlement Agreement and Action Memo";

- Letter from Tony DeVito to Bridge Enterprise Board of Directors, dated July 16, 2015, subject: Intergovernmental Agreement with City of Denver on the I-70 East Project (with attachment);

- City of Denver Platte to Park Hill Stormwater Systems PowerPoint presentation, dated March 2016;

- Urban Drainage and Flood Control District December 2013 Meeting Minutes;

- Draft Master Drainage Report for I-70 East Corridor Project, dated September 29, 2015;

- Final Design Report for Globeville Landing Outfall Project, dated February 5, 2016;

- Map of Vasquez Boulevard and I-70 Operable Units;

- Letter from Jane Hann to John Olson, dated December 29, 2016, subject: State Register of Historic Places Act Consultation, TBDP/P2PH/City Park Golf Course Redesign

- Letter from Jane Hann to George Gause, dated January 3, 2017, subject: State Register of Historic Places Act Consultation, TBDP/P2PH/City Park Golf Course Redesign

- City of Denver Platte to Park Hill: Stormwater Systems 39th Avenue Greenway Land Acquisition PowerPoint Presentation, dated August 30, 2016;

- Central 70 Project Schedule;

- Engineering Management Support Remedial Investigation VB / I-70 Superfund Site Operable Unit 2, dated December 16, 2009; and

- Fact Sheet for I-70 East Project Alternative A.

3

For the purpose of clarity, electronic courtesy copies of each of these documents will follow by mail. Please note that this list encompasses all specific documents of which Plaintiffs are currently aware and which are directly relevant to the issues raised in the Original and First Amended Petitions for Review of Agency Action.

As set forth in the most recent version of the draft Joint Case Management Plan for this case, we anticipate the deadline to meet and confer regarding disputes over the content of the administrative record will be set for December 21, 2017. Nothing in this letter should be construed as an amendment to that deadline or as an exhaustive list of documents Plaintiffs believe should be included in the record. Rather, this letter is meant as a courtesy to alert all parties to this litigation of those specific documents Plaintiffs now know should be made part of the record in anticipation that these documents will be included at this early stage of the case when FHWA is working to compile a partial record that covers all issues before the Court.

Beyond the specific documents identified above, Plaintiffs assert that the following categories of documents should be included in the forthcoming partial administrative record:

- all documents and communications concerning the off-site drainage component(s) of the Central 70 Project;

- all documents and communications concerning any of the four components of what is currently known as the Platte to Park Hill Stormwater Drainage Project ("P2PH"), including Globeville Landing Outfall, the 39th Avenue Greenway and Open Channel, the City Park Golf Course detention; and the Park Hill Golf Course detention;

- all documents and communications concerning the design and/or elimination of the early project alternative identified by FHWA, FTA, CDOT, RTD, and the City of Denver as "A3";

- all documents and communications concerning any agreement or discussion between CDOT and the City of Denver involving any drainage component of, or requirement for, the Central 70 Project;

- all documents and communications acknowledging that the Central 70 Project and P2PH are being constructed during overlapping time frames;

- all documents and communications acknowledging that the Central 70 Project and P2PH are being constructed in similar, adjacent, and/or identical geographic locations;

- any document or communication showing a current schedule for the destruction of the viaduct;

4

- any document or communication showing the current schedule for commencement of excavation for the lowered portion of I-70 under the PCL Alternative;

- any document or communication showing the current schedule for commencement of excavation for the Central 70 Project off-site drainage component(s);

- all documents and communications concerning EPA's Time Critical Removal Action at Globeville Landing Park;

- all documents and communications concerning the design of Globeville Landing Outfall ("GLO");

- any document or communication showing the current schedule for construction of GLO;

- all documents and communications concerning the human health and/or environmental impacts of the hazardous materials known to exist, or reasonably suspected to exist, in Operable Unit ("OU") 1 of the Vasquez Boulevard / I-70 Superfund site ("VB / 70 Site);

- all documents and communications concerning the human health and/or environmental impacts of the hazardous materials known to exist, or reasonably suspected to exist, in VB/70 Site OU2;

- all documents and communications concerning the level of hazardous materials, including, but not limited to, lead, arsenic, cadmium, and volatile organic compounds ("VOCs"), known or reasonably suspected to exist in VB/70 Site OU1;

- all documents and communications concerning the level of hazardous materials, including, but not limited to, lead, arsenic, cadmium, and VOCs, known or reasonably suspected to exist in VB/70 Site OU2;

- all documents and communications concerning the respective levels at which lead, arsenic, cadmium, and/or VOCs pose a risk to human health and/or the environment;

- all documents and communications concerning the total amount of soil that will or must be excavated in order to lower I-70 pursuant to the PCL Alternative; and

- all documents and communications concerning the total amount of soil that will or must be excavated in order to complete the construction at Globeville Landing Park, including, but not limited to GLO.

Thank you for your consideration of these materials. We appreciate your willingness to cooperate with Plaintiffs in a proactive manner to compile a comprehensive partial administrative record, which allows for a full and fair adjudication of Plaintiffs' claims. We will work with all due diligence to update this list between now and December 21, 2017, in hopes of avoiding the need for any motions to supplement or correct the record.

Sincerely,

Melissa A. Hailey, Esq.

cc: Jay Tutchton, Esq.
Aaron Goldhamer, Esq.
Tamara Harris

Dave Carson, Esq.