# EXHIBIT 2

Thursday, October 5, 2017 at 12:40:20 PM Mountain Daylight Time

**Subject:** RE: Sierra Club/Zeppelin v. FHWA - AR Index
**Date:** Thursday, October 5, 2017 at 6:11:02 AM Mountain Daylight Time
**From:** Thurman, Carter (ENRD)
**To:** Melissa Hailey, Aaron Goldhamer, jtutchtontlo@gmail.com
**CC:** Santacruz, Mayte (ENRD), ndimascio@kaplankirsch.com, Carson, David A (ENRD), Tamara Harris

Melissa,

We did receive the letter. With regards to the specific documents listed, we have finished going through the record and project file to locate those documents. Many of the items on the list are already in the record or meet the criteria for inclusion. However, the items below are not in the record and do not meet the criteria for inclusion. As of now, we do not intend to include the following records:

- Denver City Council Ordinance/Resolution Request, dated May 26, 2015
- I-70 East I Montclair and Park Hill Basins Drainage PowerPoint Presentation, shown by Denver Public Works on June 3, 2015
- Two Basin Drainage Project Conceptual Planning Alternatives Analysis Report, dated December 2016 MATT Letter of Recommendation, dated January 20, 2015
- Email from Celia Vanderloop to various recipients, dated December 9, 2014, subject: "VB/1-70 OU2 removal conversation"
- Email from Celia Vanderloop to various recipients, dated November 18, 2014, subject redacted
- Email from Jessica Brody to Richard Sisk, dated June 25, 2015, subject: "Draft Final Versions of the Settlement Agreement and Action Memo"
- Letter from Tony De Vito to Bridge Enterprise Board of Directors, dated July 16, 2015, subject: Intergovernmental Agreement with City of Denver on the I-70 East Project (with attachment)
- City of Denver Platte to Park Hill Storm water Systems Power Point presentation, dated March 2016
- Urban Drainage and Flood Control District December 2013 Meeting Minutes
- Draft Master Drainage Report for I-70 East Corridor Project, dated September 29, 2015
- Letter from Jane Hann to John Olson, dated December 29, 2016, subject: State Register of Historic Places Act Consultation, TBDP/P2PH/City Park Golf Course Redesign
- Letter from Jane Hann to George Gause, dated January 3, 2017, subject: State Register of Historic Places Act Consultation, TBDP/P2PH/City Park Golf Course Redesign
- City of Denver Platte to Park Hill: Storm water Systems 39111 Avenue Greenway Land Acquisition Power Point Presentation, dated August 30, 2016
- Central 70 Project Schedule

With regards to the categories of documents that plaintiffs assert should be in the record, plaintiffs' approach is essentially a discovery request. And as such, we will not respond to each specific request. It is our position that such requests are not proper or allowed in a record review case.

Thanks,
Carter

---

**From:** Melissa Hailey [mailto:MAH@keatingwagner.com]
**Sent:** Wednesday, October 4, 2017 3:23 PM
**To:** Thurman, Carter (ENRD) <CThurman@ENRD.USDOJ.GOV>; Aaron Goldhamer <Agoldhamer@keatingwagner.com>; jtutchtontlo@gmail.com
**Cc:** Santacruz, Mayte (ENRD) <MSantacruz@ENRD.USDOJ.GOV>; ndimascio@kaplankirsch.com; Carson, David

A (ENRD) <DCarson@ENRD.USDOJ.GOV>; Tamara Harris <tamara@keatingwagner.com>
**Subject:** Re: Sierra Club/Zeppelin v. FHWA - AR Index

Hello all,

I don't believe we ever received any response to our letter dated 9/1/17.  Please confirm receipt of this letter and the disc of documents that followed, and let us know if FHWA/CDOT will agree to include these items in the forthcoming record.

Thanks,
Melissa

Melissa A. Hailey, Attorney at Law
Keating Wagner Polidori Free, P.C.
1290 Broadway, Suite 600
Denver, CO 80203
tel: 303-534-0401
fax: 303-534-8333
www.keatingwagner.com





The information contained in this e-mail message is **ATTORNEY PRIVILEGED AND CONFIDENTIAL INFORMATION** intended only for the use of the addressee(s) named above, and may contain information that is confidential, proprietary, attorney work-product, and/or attorney-client privileged.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copy of this communication is strictly prohibited.  If this information is received by anyone other than the named addressee(s), the recipient is requested to immediately notify the sender by email and by telephone and obtain instructions as to the disposal of the transmitted material.  In no event shall this material be read, used, copied, reproduced, stored, or retained by anyone other than the named addressee(s), except with the express consent of the sender or the named addressee(s).  Thank you.

**From:** Melissa Hailey <mah@keatingwagner.com>
**Date:** Friday, September 1, 2017 at 3:36 PM
**To:** "Thurman, Carter (ENRD)" <Carter.Thurman@usdoj.gov>, Aaron Goldhamer <Agoldhamer@keatingwagner.com>, "jtutchtontlo@gmail.com" <jtutchtontlo@gmail.com>
**Cc:** "Santacruz, Mayte (ENRD)" <Mayte.Santacruz@usdoj.gov>, "ndimascio@kaplankirsch.com" <ndimascio@kaplankirsch.com>, "Carson, David A (ENRD)" <David.A.Carson@usdoj.gov>, Tamara Harris <tamara@keatingwagner.com>
**Subject:** Re: Sierra Club/Zeppelin v. FHWA - AR Index

Carter,

Thanks for this.  We will review and get back with you next week.  In the meantime, I have attached a letter regarding those specific documents and categories of documents the Zeppelin Plaintiffs believe should be included in the partial record.  As stated therein, a disk containing the specific documents identified will

follow.  I look forward to working with you on getting a comprehensive record put together in a timely manner.

Have a nice weekend,
Melissa

Melissa A. Hailey, Attorney at Law
Keating Wagner Polidori Free, P.C.
1290 Broadway, Suite 600
Denver, CO 80203
tel: 303-534-0401
fax: 303-534-8333
www.keatingwagner.com





The information contained in this e-mail message is **ATTORNEY PRIVILEGED AND CONFIDENTIAL INFORMATION** intended only for the use of the addressee(s) named above, and may contain information that is confidential, proprietary, attorney work-product, and/or attorney-client privileged.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copy of this communication is strictly prohibited.  If this information is received by anyone other than the named addressee(s), the recipient is requested to immediately notify the sender by email and by telephone and obtain instructions as to the disposal of the transmitted material.  In no event shall this material be read, used, copied, reproduced, stored, or retained by anyone other than the named addressee(s), except with the express consent of the sender or the named addressee(s).  Thank you.

**From:** "Thurman, Carter (ENRD)" <Carter.Thurman@usdoj.gov>
**Date:** Thursday, August 31, 2017 at 2:48 PM
**To:** Melissa Hailey <mah@keatingwagner.com>
**Cc:** "Santacruz, Mayte (ENRD)" <Mayte.Santacruz@usdoj.gov>, "ndimascio@kaplankirsch.com" <ndimascio@kaplankirsch.com>, "Carson, David A (ENRD)" <David.A.Carson@usdoj.gov>
**Subject:** Sierra Club/Zeppelin v. FHWA - AR Index

Melissa,

Attached is the draft AR index with FHWA's proposed cuts.  Please let us know your thoughts.

Thanks,
Carter