# EXHIBIT 6



# Bridge Preservation Guide

**Maintaining a State of Good Repair Using Cost Effective Investment Strategies**



U.S. Department of Transportation

**Federal Highway Administration**

## Notice

This document is disseminated under the sponsorship of the U.S. Department of Transportation in the interest of information exchange.  The U.S. Government assumes no liability for use of the information contained in this document.  This report does not constitute a standard, specification, or regulation.

### Quality Assurance Statement

The Federal Highway Administration provides high-quality information to serve Government, industry, and the public in a manner that promotes public understanding.  Standards and policies are used to ensure and maximize the quality, objectivity, utility, and integrity of its information.  FHWA periodically reviews quality issues and adjusts its programs and processes to ensure continuous quality improvement.

FHWA Publication Number: FHWA-HIF-11042
Published Date: August 2011
FHWA Contact for this publication: Anwar S. Ahmad, P.E.
Telephone: (202) 366-8501
Email: Anwar.Ahmad@dot.gov

# Contents

I.    Introduction                                                                                    2

II.    Purpose                                                                                        3

III.    Scope                                                                                          3

IV.    Eligibility                                                                                      3

V.    Definitions and Related Commentaries                                                4

        Figure 1 – Bridge Action Categories                                              5

        Bridge Preservation –Definition                                                    6

        Bridge Preservation    Commentary                                                6

        Preventive Maintenance    Definition                                            6

        Preventive Maintenance    Commentary                                        7

        Cyclical Preventive Maintenance Activities – Definition                  7

        Cyclical Preventive Maintenance Activities – Commentary            7

        Table 1: Examples of Cyclical PM Activities                                    8

        Condition Based Preventive Maintenance Activities – Definition    8

        Condition Based Preventive Maintenance Activities – Commentary  8

        Rehabilitation    Definition                                                          8

        Rehabilitation    Commentary                                                      9

        Replacement    Definition                                                            9

        Replacement    Commentary                                                        9

        Condition State:                                                                          9

        National Bridge Inventory (NBI) General Condition Ratings (GCRs)  10

        State of Good Repair (SGR)                                                        10

        Structurally Deficient (SD)                                                          10

        Table 2- SD Criteria                                                                    11

        Functionally Obsolete (FO)                                                        12

        Table 3    FO Criteria                                                                  12

        Sufficiency Rating (SR)                                                              13

VI.    Systematic Preventive Maintenance (SPM) Program                        14

        Figure 2 - The SPM Process                                                        14

        What is Systematic Preventive Maintenance (SPM)?                    14

        A. Qualifying SPM Program Parameters for use of Federal-aid Funds  15

        SPM Program Parameters Commentary                                      15

        B. Examples of PM Activities that may extend the life of  bridges    21

Appendix A – National Bridge Inventory General Condition Rating Guidance  25

Appendix B- Bridge Element Condition State Guidance                            25

Appendix C    Resources                                                                    26

Appendix D –Preventive Maintenance Eligibility Memorandum              27

## I.  Introduction

State departments of transportation and other bridge owners are faced with significant challenges in addressing the Nation's highway bridge preservation and replacement needs.

More than 25 percent of the Nation's 600,000 bridges are rated as structurally deficient or functionally obsolete.  More than 30 percent of existing bridges have exceeded their 50-year theoretical design life[1] and are in need of various levels of repairs, rehabilitation, or replacement. This issue is exacerbated by increasing travel demands, limited funding, and increasing costs of labor and materials.  These circumstances have caused most bridge owners to become more reactive than proactive in their approach to managing and addressing their bridge program needs.

Bridge stewards and owners need to become, inevitably, more strategic by adopting and implementing systematic processes for bridge preservation as an integral component of their overall management of bridge assets.

A successful bridge program seeks a balanced approach to preservation and replacement.  Focusing only on replacing deficient bridges while ignoring preservation needs will be inefficient and cost-prohibitive in the long term.  Adopting a "worst first" approach to managing bridge assets may also yield ineffective results that allows bridges in good condition to deteriorate into the deficient category which generally is associated with higher costs and other challenges.

The objective of a good bridge preservation program is to employ cost effective strategies and actions to maximize the useful life of bridges. Applying the appropriate bridge preservation treatments and activities at the appropriate time can extend bridge useful life at lower lifetime cost.

Preservation activities often cost much less than major reconstruction or replacement activities.  Delaying or forgoing warranted preservation treatments will result in worsening condition and can escalate the feasible treatment or activity from preservation to replacement.  The latter will result in extensive work and higher cost.  A viable alternative is timely and effective bridge preservation of sound bridges to assure their structural integrity and extend their useful life before they require replacement.

---

[1] The theoretical design life of a bridge has been 50 years, but with the evolution of new design guidelines and construction materials the anticipated service life for newly constructed bridges is 75 years or greater.

## II.  Purpose

This guide provides bridge related definitions and corresponding commentaries, as well as the framework for a systematic approach to a preventive maintenance (PM) program.  The goal is to provide guidance on bridge preservation.  This guide does not create or confer any rights for or on any person or operate to bind the bridge owners or bridge operating agencies.  Bridge owners or agencies may use an alternative approach if it satisfies the requirements of the applicable statutes and regulations.

## III.  Scope

This guide is intended for Federal, State, and local bridge engineers, area engineers, bridge owners, and bridge preservation practitioners. The success of a viable bridge preservation program will involve these individuals as well as others who support the Federal-aid highway program.

## IV.  Eligibility

Over the last 30 years, the Congress has provided approximately $77.6 billion to the States through the Federal-aid bridge program.  In 2008, Congress renewed emphasis in preservation of our Nation's bridge infrastructure by changing the name from the Highway Bridge Replacement and Rehabilitation Program to the Highway Bridge Program (HBP) and adding systematic preventive maintenance (SPM)[2] as an eligible activity.

Title 23, United States Code (U.S.C.), Section 144 makes HBP funds available for highway bridge replacement and rehabilitation based on the development of the following: (1) a bridge inventory (National Bridge Inventory); (2) a classification system (Deficiency Status and Sufficiency Rating); (3) a priority system within the classification system (Sufficiency Rating and Selection List); and (4) a cost evaluation of the replacement and rehabilitation options.  These funds may be expended for replacement, rehabilitation, painting, seismic retrofit, SPM, installation of scour countermeasures and application of anti-icing or de-icing compositions to eligible (i.e., on Selection List) highway bridge projects on and off the Federal-aid highways.  Additionally, 23 U.S.C. 144(d) allows these funds to be expended for seismic retrofit, SPM, and

---

[2] The SAFETEA-LU Technical Corrections Bill was signed into law on June 5, 2008.  What was formerly known as the Highway Bridge Replacement and Rehabilitation Program in 23 U.S.C. 144 is now legally known as the Highway Bridge Program (HBP).  The Congress in making this change is placing greater emphasis on a program of SPM making HBP funds available for this type activity with less emphasis on replacement and rehabilitation.  This flexibility allows State transportation departments to determine whether to spend HBP funds on replacement, rehabilitation, or SPM.

scour countermeasures without regard to whether the bridge is eligible for replacement or rehabilitation.

Please refer to the FHWA memorandum in Appendix C for additional information on the use of Federal-aid funds for preventive maintenance.

The commentary that follows goes into more detail regarding requirements and the kinds of activities included under each category. Recall that routine maintenance is ineligible for Federal-aid highway funding.

## V.  Definitions and Related Commentaries

A successful bridge program is based on a strategic, systematic, and balanced approach to managing bridge preservation and replacement needs.

Several definitions are presented within this section along with commentary.  The definitions are offered as a means of establishing clear and consistent terminology for the bridge preservation practitioners.

4

 

*Vertical Underclearance less than current standards*

## Sufficiency Rating (SR)

The sufficiency rating formula provides a method of evaluating high-way bridge data by calculating four separate factors to obtain a numeric value which is indicative of bridge sufficiency to remain in service. The result of this method is a percentage in which 100 percent would represent an entirely sufficient bridge and zero percent would represent an entirely insufficient or deficient bridge. The formula considers the structural adequacy; functional obsolescence and level of service; and essentiality for public use.  The SR formula is described in Appendix B of FHWA's *Recording and Coding Guide for the Structure, Inventory and Appraisal of the Nation's Bridges.*

13