

# Alternative A1

Alternative A adds general purpose lanes along the existing alignment. One of the options considered under Alternative A is to add one general purpose lane in each direction between Brighton Boulevard and I-270 (Alternative A1).



**Alternative A1 is recommended to be removed from further consideration** because it does not address the project purpose and need as effectively as other alternatives under consideration. Reasons for eliminating Alternative A1 include:

- It has the highest future congestion levels (over 15 percent of the day) and moves the least amount of traffic (up to 11 percent less than two lane alternatives)

- It is the least effective at addressing safety concerns and reducing future accident potential

- Two lane alternatives can be built with minimal additional cost (only 9.5 percent more than the one lane alternative) and similar community impacts (only 7 additional property impacts)

- If the one lane alternative was built and it was decided to add lanes in the future, it would require significant construction cost because the roadway could not be expanded easily and it would require another environmental process to evaluate the impacts

The information shown on this exhibit highlights conceptual work in progress and is subject to change as the environmental impact statement process continues.

*A cooperative effort between FHWA, FTA, CDOT, RTD, and Denver*

Exhibit 1



# Alternative A3

Alternative A adds general purpose lanes along the existing alignment. One of the options considered under Alternative A is to build the highway below grade between Brighton Boulevard and Colorado Boulevard (Alternative A3).



- Add 2 general purpose lanes in each direction
  Añadir 2 carriles de propósito general en cada dirección
- Widen toward the north
  Ensanchar hacia el norte
- Reconstruct below grade
  Reconstruir debajo del grado existente

**Alternative A3 is recommended to be removed from further consideration** because it is the most destructive to the community and it does not address the project purpose and need as effectively as other alternatives under consideration. Reasons for eliminating Alternative A3 include:

- It has the highest number of potential residential property impacts (95) of any remaining alternatives
- It has the highest number of business property impacts (67) compared to the other alternatives along the existing alignment
- It costs a minimum of 45 percent ($297 million) more than the other alternatives on the existing alignment
- It takes three years longer to construct than the other alternatives and requires closing access from I-70 to Brighton Boulevard, Steele Street, and Colorado Boulevard during construction
- It requires an agreement with the Union Pacific Railroad (UPRR) for some of their property or lowering the elevation of Brighton Boulevard by 30 feet to pass under the railroads



- It requires an extensive drainage system of pipes, pumps, and water detention ponds that add more capital cost, operations and maintenance costs, and property impacts
- If there was a problem with the pumps, the highway may have to be closed

*The information shown on this exhibit highlights conceptual work in progress and is subject to change as the environmental impact statement process continues.*

*A cooperative effort between FHWA, FTA, CDOT, RTD, and Denver*