

# Welcome to the I-70 East Corridor EIS Corridor-wide Meeting

May 17 and 18, 2006

We are presenting the alternatives currently under analysis in the Draft Environmental Impact Statement (DEIS), including alternatives the project team recommends eliminating from further consideration. Project team members, wearing yellow shirts, are available during the open house and at discussion tables to get your comments, answer your questions, or discuss your issues.

**Open house format.** There are five different areas set up to provide project information. Please stop by each area to learn more about the various project elements. Project team members are available at each area to answer questions. These five areas are:
1. Project Overview
2. Alternatives Recommended for Elimination
3. Highway Alternatives
4. Transit Alternatives
5. Next Steps

**Discussion tables.** Following your review of the different areas in the open house, we have discussion tables set up if you want to discuss various topics. The topics include:
- Highway
- Transit/Maintenance Facilities
- Community/Environmental
- Right of Way/Affected Properties

**Handouts.** This packet includes information on the alternatives currently under analysis in the DEIS, including alternatives the project team recommends eliminating from further consideration. If you would like additional information on the project or alternatives, please visit our website at www.i-70eastcorridor.com. Information from tonight's meeting will be available on our website on the Meeting Minutes page by Friday, May 26th. Your meeting packet includes the following information:

Alternatives Recommended for Elimination
This document provides a description of the highway and transit alternatives recommended to be eliminated from further consideration.

Alternatives Still Under Consideration
This document provides a description of the highway and transit alternatives that are still under consideration for the DEIS.

What is an EIS?
This document describes an EIS, lists the environmental resources that will be fully evaluated, and details the chapters that will be included in the EIS document.

How to Stay Involved
We encourage public involvement throughout all steps of the EIS. This handout highlights the many ways to stay involved.



# Alternatives Recommended for Elimination

**May 17 and 18, 2006**

Following the detailed screening analysis that was completed for the I-70 East Corridor Environmental Impact Statement (EIS), there were four highway alternatives and two transit alternatives with different design options that were still being evaluated. These alternatives and options have undergone additional engineering and technical analysis as part of the on-going development of the Draft EIS.

As part of this analysis, new information suggests that some of these alternatives should be eliminated from further consideration.

**Highway Alternatives Recommended for Elimination**
Two of the general purpose lane alternatives on the existing I-70 alignment have been recommended for elimination.

- **Alternative A1 –** Adds one lane in each direction between Brighton Boulevard and I-270. Reasons for eliminating Alternative A1 include:
    o  This alternative has the highest future congestion levels (over 15 percent of the day) and moves the least amount of traffic (up to 11 percent less than two lane alternatives)
    o  It is the least effective at addressing safety concerns and reducing future accident potential
    o  Two lane alternatives can be built with minimal additional cost (only 9.5 percent more than the one lane alternative) and similar community impacts (only 7 additional property impacts)
    o  If the one lane alternative was built and it was decided to add lanes in the future, it would require significant construction costs, as well as another environmental process to evaluate the impacts

- **Alternative A3** – Below grade between Brighton Boulevard and Colorado Boulevard. Reasons for eliminating Alternative A3 include:
    o  This alternative has the highest number of potential residential property impacts (95) of any remaining alternatives
    o  This alternative has the highest number of business property impacts (67) compared to the other alternatives along the existing alignment
    o  It costs a minimum of 45 percent ($297 million) more than the other alternatives on the existing alignment
    o  It takes three years longer to construct than the other alternatives and requires closing access from I-70 to Brighton Boulevard, Steele Street, and Colorado Boulevard during construction
    o  It requires either an agreement with the Union Pacific Railroad (UPRR) for some of their property, or lowering the elevation of Brighton Boulevard by 30 feet to pass under the railroads
    o  It requires an extensive drainage system of pipes, pumps, and water detention ponds that add more capital cost, operations and maintenance costs, and property impacts
    o  If there was a problem with the pumps, the highway may have to be closed

**Transit Alternatives Recommended for Elimination**
One East Corridor alternative, three commuter rail maintenance facilities, two commuter rail vehicle technologies, and double level commuter rail vehicle technologies have been recommended for elimination.

**East Corridor Alternative**
- **Alternative 2** – Union Pacific Light Rail.  Reasons for eliminating Alternative 2 include:
    o Problems with bringing light rail into the northern end of Denver Union Station (DUS) and not enough space to build platforms to safely service passengers
    o Union Pacific Railroad (UPRR) letter to the Regional Transportation District (RTD) stating that they will not allow non-Federal Railroad Administration compliant equipment (light rail vehicles) to operate within their right of way
    o Cost per user is approximately 35 percent higher ($250 million) for light rail than commuter rail with similar ridership for both (43,900 to 44,100) which may limit the ability to get federal funding to build the project

**Commuter Rail Maintenance Facilities**
The commuter rail maintenance facilities recommended for elimination and the reasons for their elimination include:
- **C1 – BNSF Rennick Yard** – Highest relative cost of property acquisition and noise and vibration effects on households
- **C2 – BNSF TOFC Yard** – Highest relative cost of property acquisition and extensive excavation requirements and cost ($100 to $200 million)
- **C4 – RTD District Shops/Platte Facility** – Inconsistency with future land use and noise and vibration effects

**Commuter Rail Vehicle Technologies**
The commuter rail vehicle technologies recommended for elimination and the reasons for their elimination include:
- **Diesel Locomotive Hauled Coach (LHC)** – Projected ridership for the different corridors does not justify the high capital and fuel costs
- **Dual Mode Locomotive Hauled Coach (LHC)** – Projected ridership for the different corridors does not justify the high capital and fuel costs and safety concerns because it requires the use of third rail for electricity
- **Double Level Diesel Multiple Unit (DMU)** – Not a proven technology because it is not currently in revenue service
- **Double Level Electric Multiple Unit (EMU)** – High cost to expand a DC system for future service increases



# Alternatives Still Under Consideration

**May 17 and 18, 2006**

The highway and transit alternatives currently being evaluated were chosen from more than 170 alternatives suggested by the public, government agencies, and previous studies. The analysis indicated they had fewer impacts on the environment and the community, and were more effective at addressing congestion while improving safety, access and mobility.

**Highway Alternatives**
In addition to the No-Action Alternative, four highway alternatives are still under consideration. They include:
- **Alternative A –** General purpose lanes on existing I-70 alignment
- **Alternative B –** General purpose lanes on the existing I-70 alignment with a combination of tolled express and general purpose lanes from Colorado Boulevard to Chambers Road
- **Alternative C –** General purpose lanes on I-70 realignment
- **Alternative D –** General purpose lanes on the I-70 realignment with a combination of tolled express and general purpose lanes from east of Brighton Boulevard to Chambers Road

Different options are being evaluated within the alternatives. These options include shifting to the north or south between Brighton Boulevard and Quebec Street on the existing alignment, and two options for connecting the realignment to existing I-70 near Brighton Boulevard.

**Transit Alternatives**
In addition to the No-Action Alternative, one transit alternative is still under consideration for the East Corridor. It is commuter rail along the UPRR Corridor, and has two different connections from the UPRR Corridor north to Denver International Airport (DIA). The DIA connection options being evaluated include:
- **Option 1 –** Peña Boulevard
- **Option 2 –** Telluride/Himalaya Street

The list of stations has been narrowed down to eight or nine locations for the commuter rail alternative, depending on the DIA connection option. In addition, two commuter rail maintenance facility candidate sites are recommended to remain under consideration. These are:
- **C3 –** BNSF 31st Street Yard
- **C5 –** UPRR 36th Street Yard West

Different types of commuter rail technology vehicles are also being studied to determine which one will be the best overall for both the East Corridor and the rest of the RTD transit system. Two commuter rail vehicles are recommended for further consideration for the East Corridor. These vehicles include:
- **Diesel Multiple Unit (DMU)**
- **Electric Multiple Unit (EMU)**

*A cooperative effort between FHWA, FTA, CDOT, RTD, and Denver*

*Alternatives still under Consideration*
*May 17 and 18, 2006*
*Page 2 of 2*

Both of the transit alternatives also include a transit extension from 30th Avenue/Downing Street to the UPRR Corridor near 40th Street/40th Avenue. The alternatives being evaluated for the Downing Street transit extension include:

- **D1 – Light Rail.** Double track on west side of Downing Street from 30th Avenue/Downing Street to 40th Street/40th Avenue.
- **D2 – Streetcar.** In the street from 40th Street/40th Avenue to 30th Avenue/Downing Street, then in the existing light rail tracks along Welton Street to 20th Street/Welton Street, then in the street on a loop along Broadway Street, 16th Avenue, and Lincoln Street.



# What is an EIS?

An Environmental Impact Statement (EIS) follows a process outlined by the National Environmental Policy Act (NEPA).  It is designed to ensure that reasonable transportation alternatives are considered, that community input plays a key role, and that the environmental and community impacts are fully disclosed.  An EIS is typically a three to five-year decision-making process required before any major federally-funded transportation project can be built. The process is conducted by local, state, and federal agencies.

## Environmental Resources

An EIS considers possible impacts alternatives may have on a variety of social, environmental, and economic resources.  These resources include:

- Social/Economic
- Land use
- Vegetation
- Historic Resources
- Hazardous Waste/Materials
- Section 4(f)/6(f)
- Geology
- Environmental Justice
- Wetlands
- Wild and Scenic Rivers
- Archeological Resources
- Energy
- Right-of-Way/Relocations
- Wildlife
- Paleontological Resources
- Floodplains
- Temporary Construction Impacts
- Air Quality
- Threatened, Endangered, and Special-Status Species
- Prime and Unique Farmland
- Noise and Vibration
- Water Quality
- Visual Character/Aesthetics
- Cumulative/Secondary Impacts

## EIS Document

The EIS document highlights the evaluation and analysis process.  Typical chapters include:

- **Executive Summary –** outlines the major findings of the EIS process
- **Purpose and Need –** discusses the project objectives and the need for the improvements
- **Affected Environment –** identifies the existing conditions of the study area environment that could be changed by one or more of the strategies
- **Alternatives –** outlines the screening and selection process and gives a detailed description of the alternatives
- **Environmental Consequences –** examines the effect different alternatives have on the existing environment (This chapter may be combined with Affected Environment)
- **Section 4(f) Resources Evaluation –** includes a description of the proposed action, information on the Section 4(f) Resources within the area, impacts to Section 4(f) Resources, avoidance strategies, measures to minimize harm, and coordination with the appropriate agencies
- **Mitigation Summary –** discusses the measures that are recommended to address various impacts
- **References –** identifies the sources of the information used to develop the EIS
- **List of Preparers –** lists the names, titles, and contributions of each person who helped write the document
- **List of Recipients –** lists the number of Federal Agencies and Regional Offices in addition to the people involved in the project who will receive the document
- **Index –** assists the readers in finding specific information
- **Appendices –** included as needed to provide additional information that may not be easily included in the document
- **Volume 2 –** contains meeting minutes, correspondence, and pertinent decision-making information that provide explanation for the project direction

---

*A cooperative effort between FHWA, FTA, CDOT, RTD, and Denver*

# How to Stay Involved

**May 17 and 18, 2006**

After tonight's meeting, the highway and transit elements of the I-70 East Corridor will be moving forward independently. Since the highway and transit elements are in separate corridors and serve different travelers, moving forward independently allows each project to focus on the issues unique to each.

The project partners will continue to work cooperatively. The community outreach process that has been followed for the I-70 East Corridor will continue for both projects. Each outreach process will be modified to better meet the needs of the individual projects. Contact information for the projects is included below.

## Ways to stay involved in the I-70 East EIS (highway study)



### Attending
Future corridor-wide meetings

### Visiting or writing the
I-70 East Project Office
3840 York Street, Suite 130
Denver, CO 80205

### Joining
Working groups for Interchanges, Community impacts, and Bike/Pedestrian/Open Space

### Requesting
Presentations or updates

### Subscribing to
Newsletters

### Checking out the website
www.i-70east corridor.com

### Calling us
(303) 294-9300

## Ways to stay involved in the East Corridor EIS (transit study)



### Attending
Future corridor-wide meetings

### Visiting or writing the
RTD FasTracks Office
1560 Broadway, Suite 700
Denver, CO 80202

### Joining
Working groups for Stations, Community impacts, and Bike/Pedestrian/Open Space

### Requesting
Presentations or updates

### Subscribing to
Newsletters

### Checking out the website
www.i-70east corridor.com

### Calling us
(303) 299-2401



# Comment Sheet
**(please print)**
05/17/06 and 05/18/06

**Name:** _____

**Address:** _____

**City, State, Zip Code:** _____   **Neighborhood:** _____

**Phone/Email address:** _____   **Date:** _____

**Would you like to be added to our project mailing list?**   ☐ Yes   ☐ No

---

The I-70 East Environmental Impact Statement (EIS) and East Corridor EIS will decide which transportation projects, if any will be built to improve safety and mobility, and address congestion in the corridor.  The I-70 East EIS includes I-70 between I-25 and Tower Road and the East Corridor EIS includes a rapid transit connection between downtown Denver and Denver International Airport (DIA).

Tonight's corridor-wide meeting is being held to provide residents, businesses, and stakeholders with information regarding the highway and transit alternatives currently under analysis in the Draft EIS (DEIS) and alternatives the project team recommends eliminating from further consideration.  The project team is here to answer any questions and to hear the community's thoughts and/or concerns regarding this information.

Please take a few minutes to share any comments or thoughts about the topics that were discussed at tonight's meeting.  Please complete the comment sheet and return it tonight or mail it to the I-70 East Corridor EIS project office in the self-addressed stamped envelope from the comment table.

| Highway Alternatives | |
|---|---|
| Alternative A (2 options) | Add general purpose lanes on the existing I-70 alignment<br>    Alternative A2 – Shifting north between Brighton Boulevard and Quebec Street<br>    Alternative A4 – Shifting south between Brighton Boulevard and Quebec Street |
| Alternative B | Add general purpose lanes on the existing I-70 alignment with a combination of tolled express and general purpose lanes from Colorado Boulevard to Chambers Road |
| Alternative C | Add general purpose lanes on the I-70 realignment |
| Alternative D | Add general purpose lanes on the I-70 realignment with a combination of tolled express and general purpose lanes from east of Brighton Boulevard to Chambers Road |
| **East Corridor Transit Alternatives** | |
| Alternative 1 (2 options) | Union Pacific Commuter Rail<br>    Option 1 – Peña Boulevard<br>    Option 2 – Telluride/Himalaya Street |
| **Downing Street Transit Extension Alternatives** | |
| D1 – Light Rail | Double track on west side of Downing Street from 30th Avenue/Downing Street to 40th Street/40th Avenue |
| D2 – Streetcar | In the street from 40th Street/40th Avenue to 30th Avenue/Downing Street, then in the existing light rail tracks along Welton Street to 20th Street/Welton, then in the street on a loop along Broadway Street, 16th Avenue, and Lincoln Street |

---



**Comment Sheet**
**(please print)**
05/17/06 and 05/18/06

1. What comments do you have regarding the highway alternatives being evaluated?

2. What comments do you have regarding the transit alternatives, including the DIA connection options, Downing Street transit extension, and commuter rail maintenance facilities being evaluated?

3. What comments do you have regarding the different commuter rail vehicle technologies that are being evaluated?

4. Any other comments or questions?

3840 York Street, Suite 130  ■  Denver, CO  80205  ■  Phone:  303-294-9300  Fax:  303-294-9052  ■  www.I-70eastcorridor.com

*A cooperative effort between FHWA, FTA, CDOT, RTD, and Denver*