

# Series 2016 Wastewater Enterprise Revenue Bonds

## Department of Public Works
## Department of Finance

## August 30, 2016



**Confidential Draft Work Product
For Internal Discussion Only**

Exhibit 4



# Recap:  Revenue Bonds

- Revenue bonds are payable solely from specific taxes or fees
  - These bonds are repaid from the net operating revenues of the Wastewater Enterprise ("WWE")
- An Enterprise under TABOR may issue Revenue Bonds <u>without</u> voter authorization
- Bonding capacity determined by projected revenues and financial covenants (i.e. debt service coverage ratio)

- Existing Wastewater Enterprise Revenue Bonds of $41 million maturing in 2032
  - Existing debt level is deemed "very low" by ratings agencies

2



# 2016 Wastewater Enterprise Revenue Bonds

Authorizes the issuance of City and County of Denver Wastewater Enterprise Revenue Bonds, Series 2016 in a principal amount not to exceed $116,000,000, for the purpose of funding:

- $115 million for Platte to Park Hill project
- $1 million for associated costs of issuance (attorney fees, rating agencies fees, feasibility report, underwriter fees, etc.) and flexibility for market fluctuations



# $115 million for Platte to Park Hill

- Bond proceeds provide initial funding for design and construction costs toward a major critical storm drainage system capital project to reduce flood risk to life and property in a focus basin:



4



# Key Financing Terms

| | |
|---|---|
| Par Amount | Up to $116 million<br>• $115 million for Platte to Park Hill<br>• $1 million for costs of issuance |
| Interest Rate | Not to exceed 4.0%*, tax-exempt |
| Term | Not to exceed 30 years |
| Annual Debt Service | Up to $7.1 million*/year, level debt service |
| Prepayment Option | 10-year call |
| Expected Ratings | AAA / Aa2 / AAA (S&P, Moody's, Fitch), unchanged from existing |
| Competitive Sale | Achieves lowest cost of funds for the City |

*Based on current market conditions and expected ratings.*

The final par amount and interest rate will be determined on the day of pricing and is dependent on market conditions.

5



# Tentative Financing Timetable

| | |
|---|---|
| Aug 22 | Submit Ordinance Request |
| Aug 29 | Reading of 20-93 |
| Aug 30 | Finance & Governance Committee |
| Sep 13 | Mayor Council |
| Sep 15 | Filing bond documents |
| Sep 19 | First Reading |
| Sep 26 | Second Reading |
| Mid to late October* | Pricing |
| Early to mid Nov* | Closing |

*May be delayed depending on market factors

6



# Future Wastewater Enterprise Revenue Bonds

## Wastewater Enterprise 6-Year Capital Program

**Sources of Funds**

|  | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 |
|---|---|---|---|---|---|---|
| **Uses of Funds** | | | | | | |
| **Sanitary CIP** | | | | | | |
| Six-Year Plan | Cash - $8M | Cash - $8M | Cash - $8M | Cash - $8M | Cash - $8M | Cash - $8M |
| **Storm CIP** | | | | | | |
| Six-Year Plan | Cash - $30M | Cash - $30M | Bonds - $30M | Cash - $30M | Cash - $30M | Cash - $30M |

**Platte to Park Hill**



Land Acquisition and Relocation
Design and construction for:
- Globeville Landing Outfall (GLO)
- Lower Montclair (39th Ave Greenway)
- Park Hill Detention
- City Park Golf Course Redesign

Cash - up to $31.3M[2]
CDOT - $60.5M
Bonds - $115M
Bonds - Up to $91M

Total Bonds for Platte to Park Hill Up to $206M

Total Cost for Platte to Park Hill Drainage Project $267-298M[1]

1 Does not include $26M of **non-Wastewater** Amenities to be paid by General Fund CIP, of which $6M has already been appropriated in 2016.
2 Consists of contributions from Wastewater Enterprise CIP, DEH, and UDFCD.

7