IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action Nos:  17-cv-01661-WYD
17-cv-01679-WYD

KYLE ZEPPELIN; BRAD EVANS; CHRISTINE O'CONNOR; KIMBERLY MORSE; JACQUELINE LANSING; JANET FEDER; SIERRA CLUB; ELYRIA AND SWANSEA NEIGHBORHOOD ASSOCIATION; CHAFFEE PARK NEIGHBORHOOD ASSOCIATION; and COLORADO LATINO FORUM,

    Plaintiffs,

v.

FEDERAL HIGHWAY ADMINISTRATION; ELAINE CHAO, in her official capacity as Secretary of transportation; and JOHN M. CARTER, in his official capacity as Division Administrator,

    Defendants,

v.

COLORADO DEPARTMENT OF TRANSPORTATION; and SHAILEN P. BHATT, in his official capacity as Executive Director of the Colorado Department of Transportation,

    Defendant-Intervenors.

---

## DECLARATION OF DEBORAL L. ORTEGA

I, Deborah L. Ortega, hereby declare:

1.     I am a City Councilwoman At Large for the City and County of Denver. The facts set forth in this Declaration are based upon my personal knowledge. If called as a witness, I

could and would testify competently to these facts. As to those matters that reflect an opinion, they reflect my opinion and judgment on the matter.

2. I was elected as an AtLlarge member of City Council in 2011 and was re-elected in 2015.

3. I served in the Denver City Council representing District 9 from 1987 – 2003.

4. The Intergovernmental Agreement Between the Colorado Department of Transportation (CDOT) and the City and County of Denver requires CDOT to pay up to $60.5 million for drainage elements of the Two Basin Drainage Project, now known as the Platte to Park Hill Drainage Project.

5. It is my opinion that the Stormwater Project became a priority for funding when the City determined the CDOT I70 project could contribute financially to the project.

6. The City Council has not voted to complete the Platte to Park Hill project should CDOT not contribute up to $60.5 million dollars.

7. Denver City Council has not appropriated funds to complete the Platte to Park Hill project should CDOT fail to contribute to the project.

8. I am a citizen of the United States and resident of Denver, Colorado.

9. I have reviewed the Declaration of Lesley Thomas filed in this action.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States, that to the best of my knowledge, the foregoing is true and correct.

DATED:   October 16, 2017.

*Deborah L. Ortega*
Deborah L. Ortega

2