*John D. MacFarlane, et al. vs.*

*The City and County of Denver, et al.*

*Transcript of Proceedings - Conclusion Statements by the Court*

*August 24, 2017*



700 17th Street, Suite 1750
Denver, CO 80202
303-988-8470 (Office)   303-988-8478 (Fax)
SKReporting.com

Case No. 1:17-cv-01661-WJM-MEH   Document 57-1   filed 10/16/17   USDC Colorado   pg 2 of 4

**John D. MacFarlane, et al. vs.**  Transcript of Proceedings - Conclusion Statements by the Court
**The City and County of Denver, et al.**  August 24, 2017

```
                                                      Page 1
 1  DISTRICT COURT, COUNTY OF DENVER
    STATE OF COLORADO
 2
    Court Address:
 3  1437 Bannock Street
    Denver, Colorado  80202          ^ COURT USE ONLY ^
 4  _____
 5  JOHN D. MACFARLANE, et al.,     Case No. 16CV32126
                                    Courtroom:   269
 6         Plaintiffs,
 7  vs.
 8  THE CITY AND COUNTY OF DENVER,
    et al.,
 9
           Defendants.
10  _____
11           TRANSCRIPT OF PROCEEDINGS
12         CONCLUSION STATEMENTS BY THE COURT
13                August 24, 2017
14  _____
15       The following proceedings taken in the above
16  matter commenced on Thursday, August 24, 2017, before The
17  Honorable David H. Goldberg, Judge of the District Court, at
18  Denver District Court, 1437 Bannock Street, Courtroom 269,
19  Denver, 80202.  Deanna Baysinger, a Registered Professional
20  Reporter and Notary Public in and for the State of Colorado,
21  in attendance.
22
23
24
25
```

```
                                                      Page 2
 1  APPEARANCES:
 2  ON BEHALF OF THE PLAINTIFFS:
         AARON D. GOLDHAMER, ESQ.
 3       Keating Wagner Polidori Free, P.C.
         1290 Broadway, Suite 600
 4       Denver, Colorado 80203
         Phone:  303-534-0401
 5       Email:  agoldhamer@keatingwagner.com
 6       and
 7       M. ANTHONY VAIDA, ESQ.
         M. Anthony Vaida, P.C.
 8       899 Logan Street, Suite 208
         Denver, Colorado  80203
 9       Phone:  303-832-2100
         Email:  manthonyvaidapc@vaida.net
10
11  ON BEHALF OF THE DEFENDANTS:
         RENEÉ A. CARMODY, ESQ.
12       TRACY A. DAVIS, ESQ.
         JESSICA R. BRODY, ESQ.
13       Denver City Attorney's Office
         Municipal Operations Section
14       201 West Colfax Avenue, Department 1207
         Denver, Colorado 80202
15       Phone:  720-913-3275
         Email:  renee.carmody@denvergov.org
16       Email:  tracy.davis@denvergov.org
         Email:  jessica.brody@denvergov.org
17
18
19
20
21
22
23
24
25
```

```
                                                      Page 3
 1              P R O C E E D I N G S
 2       THE COURT:  All right.  Thank you very much.  A
 3  few housekeeping matters.
 4       We have an all-day hearing tomorrow.  We actually
 5  have another one this afternoon, and I apologize to the
 6  people who are waiting.  We had a fire alarm this morning
 7  which pushed us back a bit.
 8       You've introduced a lot of exhibits, stipulated
 9  and otherwise, which we are obligated to review.  And so we
10  will start our review over the weekend and continue it next
11  week and before we put pen to paper, make sure that we
12  review everything.
13       I do need to say that for those of you who are in
14  and out throughout this trial and better yet for those of
15  you who were here the entire time, need to understand that
16  this trial exemplifies everything good and right about our
17  profession and it was a great presentation.
18       Both parties should be proud of their defense.
19  They gave succinct and elegant briefs and findings and
20  conclusions which will make this Court's job a lot easier
21  and in some ways harder because the arguments are so
22  compelling.
23       And I very much appreciated the advocacy, the
24  professionalism, the civility, and your investment of time
25  and skill and labor and capital.  This is one of the best
```

```
                                                      Page 4
 1  trials we have had the opportunity -- and Ms. Borden is
 2  shaking her head -- of participating in.
 3       And with that, I wish everyone a good day, and we
 4  will be in recess for about ten minutes.
 5       MR. GOLDHAMER:  Thank you, Your Honor.
 6       MS. CARMODY:  Thank you.
 7              * * * * * * *
 8       WHEREUPON, the foregoing trial was concluded at
 9  4:28 p.m., on August 24, 2017.
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Case No. 1:17-cv-01661-WJM-MEH   Document 57-1   filed 10/16/17   USDC Colorado   pg 3 of 4

John D. MacFarlane, et al. vs.  
The City and County of Denver, et al.

Transcript of Proceedings - Conclusion Statements by the Court  
August 24, 2017

Page 5

```
 1                CERTIFICATE OF COURT REPORTER
 2
 3           I, DEANNA BAYSINGER, a Registered Professional
 4   Reporter and Notary Public within and for the State of
 5   Colorado, commissioned to administer oaths, do hereby
 6   certify that the proceedings were taken in stenotype by me
 7   at the time and place aforesaid and was thereafter reduced
 8   to typewritten form by me; and that the foregoing is a true
 9   and correct transcript of my stenotype notes thereof.
10           That I am not an attorney nor counsel nor in
11   any way connected with any attorney or counsel for any of
12   the parties to said action nor otherwise interested in the
13   outcome of this action.
14           My commission expires:  November 8, 2018.
15
16
                     _____
17                   DEANNA BAYSINGER
                     Registered Professional Reporter
18                   Notary Public, State of Colorado
19
20
21
22
23
24
25
```

Case No. 1:17-cv-01661-WJM-MEH   Document 57-1   filed 10/16/17   USDC Colorado   pg 4 of 4

John D. MacFarlane, et al. vs.
The City and County of Denver, et al.

Transcript of Proceedings - Conclusion Statements by the Court
August 24, 2017

**2**

**2017**  4:9
**24**  4:9

**4**

**4:28**  4:9

**A**

**advocacy**  3:23
**afternoon**  3:5
**alarm**  3:6
**all-day**  3:4
**apologize**  3:5
**appreciated**  3:23
**arguments**  3:21
**August**  4:9

**B**

**back**  3:7
**bit**  3:7
**Borden**  4:1
**briefs**  3:19

**C**

**capital**  3:25
**CARMODY**  4:6
**civility**  3:24
**compelling**  3:22
**concluded**  4:8
**conclusions**  3:20
**continue**  3:10
**COURT**  3:2
**Court's**  3:20

**D**

**day**  4:3

**defense**  3:18

**E**

**easier**  3:20
**elegant**  3:19
**entire**  3:15
**exemplifies**  3:16
**exhibits**  3:8

**F**

**findings**  3:19
**fire**  3:6
**foregoing**  4:8

**G**

**gave**  3:19
**GOLDHAMER**  4:5
**good**  3:16 4:3
**great**  3:17

**H**

**harder**  3:21
**head**  4:2
**hearing**  3:4
**Honor**  4:5
**housekeeping**  3:3

**I**

**introduced**  3:8
**investment**  3:24

**J**

**job**  3:20

**L**

**labor**  3:25
**lot**  3:8,20

**M**

**make**  3:11,20
**matters**  3:3
**minutes**  4:4
**morning**  3:6

**O**

**obligated**  3:9
**opportunity**  4:1

**P**

**p.m.**  4:9
**paper**  3:11
**participating**  4:2
**parties**  3:18
**pen**  3:11
**people**  3:6
**presentation**  3:17
**profession**  3:17
**professionalism**  3:24
**proud**  3:18
**pushed**  3:7
**put**  3:11

**R**

**recess**  4:4
**review**  3:9,10,12

**S**

**shaking**  4:2
**skill**  3:25
**start**  3:10
**stipulated**  3:8
**succinct**  3:19

**T**

**ten**  4:4
**time**  3:15,24
**tomorrow**  3:4
**trial**  3:14,16 4:8
**trials**  4:1

**U**

**understand**  3:15

**W**

**waiting**  3:6
**ways**  3:21
**week**  3:11
**weekend**  3:10