| | |
|---|---|
| **DISTRICT COURT, CITY AND COUNTY OF DENVER, COLORADO**<br>1437 Bannock Street, Rm. 256<br>Denver, CO  80202 | ▲ COURT USE ONLY ▲ |
| **Plaintiffs:**  JOHN D. MACFARLANE et al.<br><br>**v.**<br><br>**Defendants:** THE CITY AND COUNTY OF DENVER et al. | |
| *Attorneys for Plaintiffs:*<br>Aaron D. Goldhamer, #41016<br>KEATING WAGNER POLIDORI FREE, P.C.<br>1290 Broadway, Suite 600<br>Denver, CO 80203<br>Telephone: 303-534-0401<br>Facsimile:  303-534-8333<br>agoldhamer@keatingwagner.com<br><br>*Attorneys for Plaintiffs John D. MacFarlane and Christine O'Connor*<br>M. Anthony Vaida, #26411<br>M. ANTHONY VAIDA, P.C.<br>899 Logan Street, Suite 208<br>Denver, CO 80203<br>Telephone: 303.832.2100<br>Facsimile: 303.861.3759<br>manthonyvaidapc@vaida.net | Case No.:  2016CV32126<br><br>Courtroom:  269 |
| **PLAINTIFFS' NOTICE OF RELEVANT POST-TRIAL DEVELOPMENTS, INCLUDING REQUEST FOR INFORMATION FROM FEDERAL COURT, AND IMMINENT CHANGE IN STATUS QUO REGARDING AT-ISSUE PROJECT** | |

Plaintiffs, by and through their undersigned counsel, hereby provide notice of the following relevant post-trial developments, including a request for information from a Federal Court, and imminent change in status quo regarding at-issue project:

1.　　A substantial element of Plaintiffs' claims pertain to the connections between the at-issue proposed stormwater-management construction project in City Park Golf Course (the

1

"Project")—which is part of the larger Platte to Park Hill drainage project ("P2PH")—and the proposed expansion and lowering of Interstate 70 through north Denver.

2. Various developments that unfolded after trial in this matter further suggest connection between the Project and the I-70 expansion.

3. For instance, on September 18, 2017, the Colorado Department of Transportation ("CDOT") purported to "reevaluate" its own drainage plans for its proposed I-70 expansion project. This "reevaluation" implicated Defendants' "progress" on the Platte to Park Hill stormwater management program ("P2PH") of which the Project is a part, because "**Denver's drainage projects will capture and convey most of the surface flows that would otherwise flow towards the lowered section of I-70**." *See* **Exhibit 1** attached hereto, at pp. 6-7 of 24, filed on September 27, 2017, by CDOT in United States District Court for the District of Colorado case no. 17-cv-01661-WJM-MEH (emphasis added). CDOT's "reevaluation" **resulted in the elimination of several drainage elements that CDOT had originally contemplated**. *Id.* a p. 7 of 24. This confirms Plaintiffs repeated assertion that CDOT has known all along that it intended to rely on P2PH to protect I-70.

4. On September 21, 2017, the City of Denver announced its proposal to purchase land that currently serves as Park Hill Golf Course for use in P2PH. Defendants have confirmed that $10 million of the purchase price to be tendered "would come from money committed by the Colorado Department of Transportation for the city drainage projects as part of the I-70 project." *See* Jon Murray, *How much is Denver's $20.5 million offer for Park Hill golf course really worth? It depends on development prospects*, THE DENVER POST, October 4, 2017.[1] *See also* testimony of Senior Assistant Deputy Denver City Attorney John McGrath at October 3, 2017,

---

[1] Available at http://www.denverpost.com/2017/10/04/park-hill-golf-course-development-prospects/ (last accessed October 4, 2017).

Meeting of Denver City Council's Finance and Governance Committee (confirming $10 million payment for Park Hill Golf Course would be made from money provided by CDOT).[2]  This again reinforces the connection between P2PH and CDOT's I-70 project.

5. Defendants have denied that they have any post-trial obligations to provide supplemental discovery materials.  Plaintiffs recently obtained—separately from any production by Defendants—the Cultural Landscape Report (dated August 2017, no specific day of August listed) commissioned in relation to the Project attached hereto as **Exhibit 2**.[3]  This study confirms that the City Park Golf Course hole "routing generally continues to reflect Bendelow's original design intent and the park's overall design layout has not changed significantly since 1965."  *Id.* at 32.  This study rebuts any implication that the Golf Course has changed so significantly over the years that it should no longer considered historic.  After trial, the organization Historic Denver, Inc., criticized the shortcomings of this study and the Project.  *See* **Exhibit 3**.  These developments are illustrative of Plaintiffs' concerns with respect to the preservation of historic and cultural landscapes.

6. In United States District Court District of Colorado Case No. 17-cv-01661-WJM-MEH, *Zeppelin et al v. Federal Highway Administration et al*. ("Federal Case"), certain plaintiffs in the Federal Case allege that the Interstate 70 expansion project cannot proceed because, *inter alia*, the Environmental Impact Statement with respect to the I-70 project failed to study the environmental impacts of P2PH.  Plaintiff Christine O'Connor is also a Plaintiff in the Federal Case, and has sought immediate injunctive relief with respect to I-70 construction and CDOT's involvement with P2PH.

---

[2] Available at https://www.youtube.com/watch?v=wluGvQmd2_g&t=3958s (last accessed October 15, 2017), at time position 1:04:15 to 1:05:27 of video.
[3] This study had been repeatedly requested earlier by Historic Denver, Inc.  *See* **Exhibit 4**, attached hereto. Exhibit 2 reflects Historic Denver's comments on top of the original report.

3

7.     In the Federal Case, on October 10, 2017, Judge William Martinez issued the order attached as **Exhibit 5**. Judge Martinez's order implicates several issues related to this case, including the credibility of the City of Denver's statement submitted in the Federal Case that it will proceed with P2PH regardless of any developments in the Federal Case. The order also requires the following:

> [O]n or before October 16, 2017, Plaintiff O'Connor shall submit a statement concisely summarizing (in as non-argumentative terms as reasonably possible) the claims, defenses, and current state of proceedings in the related lawsuit to which she is a party, *John D. MacFarlane et al. v. City and County of Denver et al.*, Case No. 2016CV32126 (Denver Dist. Ct.). This summary shall include the likely date, if known, of the trial judge's findings and conclusion with respect to the recent trial that the parties reference in their exhibits.

Exh. 5 at 4. Plaintiff O'Connor will advise Judge Martinez of the nature of the case, and will supplement that advisement should this Court provide an indication of the likely date of its findings and conclusions in this matter. Plaintiffs have no objection to this Court communicating with Judge Martinez directly.

8.     On or before October 13, 2017, Defendants started tagging the trees to be removed from City Park Golf Course for the Project. The notices indicate that the trees could be removed as soon as "5 business days" of the posting of the notice on the trees. *See* **Exhibit 6**, attached hereto. As such, a change in the status quo at City Park Golf Course appears imminent absent a ruling from this Court in Plaintiffs' favor.

9.     Defendants have indicated that construction on the Project may begin as soon as November 1, 2017, and have given conflicting accounts of whether they will willingly further delay construction in light of the pendency of the Court's ruling or will proceed in the absence of a ruling.

4

Dated: October 16, 2017.					KEATING WAGNER POLIDORI FREE, P.C.

							*/s/ Aaron D. Goldhamer*
							Aaron D. Goldhamer, #41016
							*Attorney for Plaintiffs*

5

## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2017, a true and correct copy of the foregoing was filed and served through CO-COURTS E-FILING and served electronically on the following:

Reneé A. Carmody
Tracy A. Davis
Jessica Brody
City Attorneys Office
201 W. Colfax Ave., Dept. 1207
Denver, CO 80202-5332
*Counsel for Defendants*

*s/ Aaron Goldhamer*
Aaron Goldhamer