**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action Nos:   17-cv-01661-WJM-MEH
                    17-cv-01679-WJM-MEH

KYLE ZEPPELIN; BRAD EVANS; CHRISTINE O'CONNOR; KIMBERLY MORSE; JACQUELINE LANSING; JANET FEDER; SIERRA CLUB; ELYRIA AND SWANSEA NEIGHBORHOOD ASSOCIATION; CHAFFEE PARK NEIGHBORHOOD ASSOCIATION; and COLORADO LATINO FORUM,

    Plaintiffs,

v.

FEDERAL HIGHWAY ADMINISTRATION; ELAINE CHAO, in her official capacity as Secretary of transportation; and JOHN M. CARTER, in his official capacity as Division Administrator,

    Defendants,

v.

COLORADO DEPARTMENT OF TRANSPORTATION; and SHAILEN P. BHATT, in his official capacity as Executive Director of the Colorado Department of Transportation,

    Defendant-Intervenors.

---

**ERRATA RE: ZEPPELIN PLAINTIFFS' SUPPLEMENTAL STATEMENT
CHALLENGING THE CREDIBILITY OF LESLEY THOMAS, DKT. 58**

---

On October 18, 2017, the Zeppelin Plaintiffs filed their Supplemental Statement Re: Challenging the Credibility of Lesley Thomas, Dkt. 58. Plaintiffs inadvertently omitted from that Supplementary Statement the prior video taped statements of Senior Assistant Denver City Attorney, John McGrath, to the Denver City Council Finance and Government Committee, made

on October 3, 2017 (confirming that CDOT will contribute $60 million to TBDP/P2PH and that Denver intends to purchase 80 acres at Park Hill Golf Course for the purpose of TBDP/P2PH with $10 million from CDOT). These video taped statements will be offered as evidence to show that "if this Court issued an injunction against FHWA and/or CDOT, Denver would not and/or could not continue to construct TBDP/P2PH as presently designed an on the current schedule." Dkt. 58 at 8.

The October 3rd statements of Mr. McGrath were referenced in Plaintiffs' Response in Opposition to FHWA's and CDOT's Motions to Dismiss for Lack of Subject Matter Jurisdiction, see Response, Dkt. 56, at 6 and 14, but left out of the Supplemental Statement in error. Undersigned counsel apologizes for this error and any confusion it may have caused the Court and counsel. The Zeppelin Plaintiffs respectfully request that the Court consider this evidence along with the other evidence listed in their Supplementary Statement when deciding whether to hold an evidentiary hearing on their Motion for Stay, Dkt. 32.

Respectfully submitted this 19th day of October, 2017.

                KEATING WAGNER POLIDORI FREE, P.C.

By:   *s/ Melissa A. Hailey*
      Melissa A. Hailey, CO Reg. #42836
      Aaron D. Goldhamer, CO Reg. #41016
      1290 Broadway, Suite 600
      Denver, CO 80203
      Tel: (303) 534-0401
      Fax: (303) 534-8333
      mah@keatingwagner.com
      agoldhamer@keatingwagner.com

*~ and ~*

James Jay Tutchton, CO Reg. #21138
Tutchton Law Office
6439 East Maplewood Avenue
Centennial, CO 80111
Tel: (720) 301-3843
jtutchtonlo@gmail.com

*Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of October, 2017, I filed a true and accurate copy of the foregoing with the Clerk of Court via the CM/ECF system, which provided immediate electronic notice of the same to all counsel of record as follows:

Carter F. Thurman, Esq.
Mayte Santacruz, Esq.
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, DC 20044-7611
Carter.thurman@usdoj.gov
Mayte.santacruz@usdoj.gov

David A. Carson
U.S. Department of Justice-Denver-ENRS
Environment & Natural Resources Section
999 17th Street
South Terrace, Suite 370
Denver, CO 80212
David.a.carson@usdoj.gov

*Attorneys for Federal Defendants*

John E. Putnam, Esq.
Nicholas A. DiMascio, Esq.
Kaplan Kirsch & Rockwell, LLP
1675 Broadway, Suite 2300
Denver, CO 80202
jputnam@kaplankirsch.com
ndimascio@kaplankirsch.com

Brent E. Butzin, Esq.
Assistant Attorney General
1300 Broadway, Tenth Floor
Denver, Colorado 80203
Brent.butzin@coag.gov

*Attorneys for Defendant-Intervenors*

Robert E. Yuhnke, Esq.
Robert E. Yuhnke & Associates
4050 SE Hosner Terrace
Gresham, OR 97080
Bob.yuhnke@prodigy.net

Andrea S. Gelfuso, Esq.
Andrea Gelfuso, Attorney at Law
2402 South Holland Street
Lakewood, CO 80227
Agelfuso6@gmail.com

Gregory Nicholas Corbin
Milligan Rona Duran & King, LLC-Denver
1627 Vine Street
Denver, CO 80206
gnc@mrdklaw.com

*Attorneys for Sierra Club Plaintiffs*

                                              *s/ Melissa A. Hailey*

2