IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action Nos.   17-cv-01661-MJW
                    17-cv-01679-MJW

KYLE ZEPPELIN; BRAD EVANS; CHRISTINE O'CONNOR; KIMBERLY MORSE; JACQUELINE LANSING; JANET FEDER;
SIERRA CLUB; ELYRIA AND SWANSEA NEIGHBORHOOD ASSOCIATION; CHAFEE PARK NEIGHBORHOOD ASSOCIATION; AND COLORADO LATINO FORUM,

      Plaintiffs,
v.

FEDERAL HIGHWAY ADMINISTRATION, ELAINE CHAO, in her official capacity as Secretary of Transportation; and JOHN M. CARTER, in his official capacity as Division Administrator,

      Defendants,
v.

COLORADO DEPARTMENT OF TRANSPORTATION, and SHAILEN P. BHATT, in his official capacity as Executive Director of the Colorado Department of Transportation,

      Defendant-Intervenors.

**FEDERAL HIGHWAY ADMINISTRATION'S RESPONSE TO ZEPPELIN PLAINTIFFS' SUPPLEMENTAL STATEMENT REGARDING EVIDENTIARY HEARING ON CREDIBILITY OF LESLEY THOMAS**

Defendant Federal Highway Administration ("FHWA") respectfully submits this response to the Supplemental Statement filed by the Kyle Zeppelin and his co-Plaintiffs in Case No. 17-cv-01661 (collectively, "Plaintiffs") on October 18, 2017 and the subsequent notice of Errata filed on October 19, 2017 (ECF Nos, 58-59).  FHWA adopts the arguments made by Defendant-Intervenors Colorado Department of Transportation and its Executive Director (collectively, "CDOT") in their response to Plaintiffs' Supplemental Statement (ECF No. 60), and reiterates that Plaintiffs' Supplemental Statement inappropriately attempts to turn a limited evidentiary hearing concerning the "credibility of Denver City Engineer Lesley Thomas" (ECF No. 55) into a wide-ranging hearing concerning the merits of their connected-action claim.

The Court should deny Plaintiffs' request for an evidentiary hearing.

1

Respectfully submitted this 19th day of October, 2017.

           JEFFREY H. WOOD
           Acting Assistant Attorney General
           Environment and Natural Resources Division

           */s/ Mayte Santacruz*
           Mayte Santacruz
           Carter F. Thurman
           United States Department of Justice
           Environment and Natural Resources Division
           Natural Resources Section
           601 D Street, NW
           Washington, D.C. 20004
           (202) 305-0465 (Santacruz)
           (202) 305-0444 (Thurman)
           (202) 305-0506 (fax)
           mayte.santacruz@usdoj.gov

           *Attorneys for Federal Highway Administration*

Of Counsel:
Brent Allen
Federal Highway Administration
Office of the Chief Counsel
Western Legal Services Division
Lakewood, Colorado
(720) 963-3692
brent.allen@dot.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of October, 2017, I electronically filed Federal Highway Administration's Response to Zeppelin Plaintiffs' Supplement Statement Regarding Evidentiary Hearing with the Clerk of the United States District Court for the District of Colorado using the CM/ECF System, which will send notification of such filing to the attorneys of record in these consolidated cases.

BY:  /s/ Mayte Santacruz
MAYTE SANTACRUZ