# I-70 PCL Drainage – Multi Agency Technical Team

## Technical Meeting - Hydrology

October 21, 2013
10:00am-11:00am

City and County of Denver
2000 West 3rd Avenue
Denver, CO 80223

*Meeting Notes, by Don Jacobs*

1. **Review of previous analysis and starting point for final hydrology**

    - *Team discussed the series of hydrographs that Don e-mailed a few weeks ago.*
    - *It was generally agreed that the latest 2014 Denver Storm Drainage Master Plan CUHP/SWMM model will be the best starting point for hydrology for this project.*
    - *Runoff rates from the previous FLO-2D model (using FLO-2D routing) for the lower basin have been quantified, and more formal results will be shared with the group during the next meeting. Generally, the results are showing a peak flow rate of approximately 3000 cfs as surface flow, and existing pipes have been accounted for by subtracting pipe capacities from the inflow hydrographs throughout the basin. So, it can be assumed that the low-end FLO-2D routing value will be approximately 5000 cfs total runoff from the basin. This FLO-2D routing analysis only uses FLO-2D routing below Colfax Avenue, SWMM routing was used above Colfax Avenue in this previous modeling effort.*

2. **General approach to hydrology**

    - Conservative master planning vs. detailed design hydrology.
    - Enginuity's approach.
        - *Begin with the more conservative 2014 Master Plan CUHP/SWMM model, then provide a matrix and/or hydrograph plots for various potential modeling modifications that can be reasonably accepted and justified by the group. See item #3 below for a list of potential modeling modifications.*
    - Safety considerations for events larger than the design storm event.
        - *The group discussed the potential for events larger than the 100-year design storm and possible safety issues that may accompany such an event.*
    - Flow rates will be determined without accounting for the existing 40th Avenue drainage systems (approx. 2,000 cfs combined capacity), then the systems will be accounted by subtraction at the end.
        - *It was agreed that for comparison purposes, the hydrology results at this point during the project will include the total runoff produced by the basin at 40th Avenue, which includes both surface flow*

     

# I-70 PCL Drainage – Multi Agency Technical Team

- *and underground pipe flow. This should make comparisons between various results easier to follow.*
- *Once final hydrology is established, the design of drainage systems will utilize FLO-2D analysis to determine how water reaches the I-70 corridor from 40th Avenue, including split flow locations. This analysis has already been set-up and documented as part of the RTD North Metro project.*

## 3. Modifications to existing hydrology that will be considered

- Basin size discretization.
- Impervious values (Denver MP vs. actual measured).
- Routing elements in SWMM (more realistic x-sections).
- Inadvertent detention that occurs in the basin, especially in City Park. Possible agreement with Denver Parks Department to assure future actions would not adversely impact the natural and formal storage now in the Park.
  - *Frank has initiated the process for getting an agreement from Parks.*
- Loss of water by spilling to the 36th Street basin?
  - *Enginuity's current flood depth FLO-2D model is unable to provide an answer to this question at this time due to the location of the model's computational boundary. More work is still required to expand the model and move the computational boundary in order to produce reliable results.*
- Use FLO-2D to assist with modeling of routing and/or inadvertent detention.
- *Don will verify this list with UDFCD to ensure each of these items have potential from a technical standpoint and are worthy of further investigation.*

## 4. Schedule

- December timeframe to have final hydrology.
  - *Mid-December was agreeable to the group.*

## 6. Next Steps

- Begin to address items in #3 above.
  - *Frank Kemme will continue to maintain the group's task tracking spreadsheet as a general documentation on the group's efforts. Enginuity will produce hydrology specific meeting minutes for technical discussions on hydrology.*
  - *Effects from changes to the hydrology were discussed concerning the RTD North Metro project. Yong pointed out that hydrology revisions will affect:*
    *(1) Methodology used for residual local hydrologic calculations below (North of) I-70 reaching the North Metro alignment.*
    *(2) Final flow rates and associated outfall construction costs will impact funding contributions.*



# I-70 PCL Drainage – Multi Agency Technical Team

- *Timing between the I-70 project and RTD North Metro Project was discussed. Due to the adverse impact created by the North Metro project along Brighton Boulevard, potential I-70 drainage improvements would need to be in place prior to construction of the North Metro Line within the basin. Potential schedules were discussed including I-70 environmental permitting, funding schedules, and North Metro construction/opening dates. Many of these schedules are not "set in stone" yet.*
- *The potential for CDOT to separate the drainage work from the main PCL project as an early action item was discussed. Timing for a drainage early action item would probably include:*
    - *(1) 1.5-years of NEPA environmental work, plus 1-year of drainage outfall construction. Or, 2.5-years total time.*
    - *(2) The schedule listed above would first require a separation of the drainage work from the PCL project as an early action item.*
    - *(3) The early action item would not get underway until the Supplemental Draft EIS is completed in April of 2014.*
- *RTD will have a better handle on the North Metro's project schedule once they have their contractor on board.*
- *The City of Denver has been investigating an open channel conveyance option for the lower portion of the basin.*
- *CDOT has offered to apply drainage outfall funds to Denver's open channel option in lieu of the proposed box culverts should the open channel option move forward.*
- *Frank pointed out that the pipe conveyance system proposed by the I-70 project could impact the South Platte River's FEMA floodplain hydraulics, as it diverts water to a point in the River further upstream of where the basin currently drains to. There is a certified levee along the west bank of the River in this area. Frank expects that a CLOMR will be required.*
- *Atkins is currently working on a cost estimate for the proposed I-70 box culvert outfall system.*

| Action Item | Responsibility |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

     

# I-70 PCL Drainage – Multi Agency Technical Team

## Technical Meeting - Hydrology

**November 4, 2013**
**10:00am-11:00am**

**City and County of Denver**
**2000 West 3rd Avenue**
**Denver, CO 80223**

*Meeting Notes, by Don Jacobs*

1. **Modeling of potential split flow between Montclair and 36th Street basins**

    - Results and Mapping.
        - *Don explained the latest FLO-2D model expansion to adequately determine split flow from the Montclair basin to the 36th Street basin. Results: a 100-year peak flow rate of 366 cfs spills to the 36th Street basin.*
        - *Based on the results, Yong questioned the need to potentially add drainage area to the Montclair basin from the 36th Street basin?*

2. **RTD North Metro residual flooding after I-70 Improvements**

    - General Brighton Boulevard FLO-2D model has been updated.
        - *Don explained FLO-2D for North Metro project.*
        - *Don showed a new model run with Montclair basin inflows removed. Much of the surface flow accumulates in Race Street and continues to the Race Street underpass below the BNSF. Other local drainage was shown along Brighton Boulevard heading to York Street.*
        - *North Metro drainage design will still need to account for local tributary drainage basins along the track.*
        - *Josh talked about taking water from the existing 72"pipe as part of the I-70 drainage design. This would allow the capacity of the existing 72" downstream of I-70 to be available for local drainage. Space limitations near the Purina plant were reviewed.*
    - More detailed (typical drainage design) to be performed during final design or right now? What else would RTD like to see?
        - *RTD needs to decide on the best and most efficient place to spend the North Metro drainage money. Ron suggested focusing on this issue during the next MATT meeting.*

     

# I-70 PCL Drainage – Multi Agency Technical Team

## 3. Next Steps

- Enginuity to begin modifications to CUHP/SWMM model and sensitivity analysis.
- *Ted presented a map showing possible items to incorporate into the hydrology model, including additional areas of inadvertent detention. Don suggested analysis begin at City Park, where the largest volumes are expected, and additional areas can be investigated depending on the results.*
- *Frank discussed trans-basin diversion of water to the S. Platte River. Josh said Atkins is still looking at the potential hydrograph timing and floodplain impacts.*
    - *Shea believes there is a flow change in the S. Platte FIS at I-70 and Franklin (from the 1970's), but it is a complicated area due to the different levees and weirs.*

| Action Item | Responsibility |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

     

# I-70 PCL Drainage – Multi Agency Technical Team

## Technical Meeting

November 18, 2013
10:00am-11:00am

City and County of Denver
2000 West 3rd Avenue
Denver, CO 80223

*Meeting Notes, by Don Jacobs*

1. **Hydrology**
   - *Don reviewed hydrology modification sensitivity analysis matrix. Work is in progress.*
   - *Crestmore Park detention is currently included in the hydrology model. Is it a legal detention pond? Don will check.*

2. **RTD North Metro drainage**
   - *RTD announced contractor team for North Metro - Regional Rail Partners (RRP).*
   - *RTD has been looking into drainage option with the design team and revising costs for the drainage system serving Brighton Boulevard. Schedule has not yet been set. Current questions/issues being addressed:*
       - *(a) Who is taking on risk if flooding occurs on RTD track?*
       - *(b) How will the schedule coordinate with CDOT's project?*
       - *(c) There are several complications for RTD's project, would it make more sense for RTD to build a full North Metro drainage system now?*
   - *Construction is to 124th Avenue, East Lake station. RTD will hold option pricing to end of line for two years. Stock Show would be operational mid 2018. Civil infrastructure needs to be completed late 2017 to meet schedule. Additional schedule information will be available after a meeting with RRP this coming Friday.*
   - *RTD potential drainage options:*
       - *(a) Design North Metro Drainage for full 100-year Montclair basin?*
       - *(b) Do not build any major drainage North Metro drainage system, with the area served by the proposed I-70 system?*
       - *(c) Something in between the first two options? Possibly a smaller system?*
   - *Ted suggested a separate break-out group to work through RTD's drainage options. Representatives from the National Western Stock show should be included in the discussions..*



# I-70 PCL Drainage – Multi Agency Technical Team

### 3. CDOT, Denver, and I-70

- *CDOT will receive the ROD during the Fall of 2015, which would be the earliest possible start of early action drainage work.*
- *CDOT funding for large pipe outfall construction could be applied to an alternate Denver/UDFCD OSP solution. The CDOT drainage cost estimate at this time is only from the River up to Arkins Court. Denver requested a cost estimate for the entire drainage system all the way throughout the proposed system. If the drainage funding were to transfer to a proposed Denver/UDFCD outfall, it is unclear to the group exactly how far up the system the current funding agreement extends. CDOT believes the current agreement only extends to Arkins Court.*
- *RTD project to 124th only includes local funding, no federal money is involved. RTD will follow the project's previous ROD, but officially will rescind the ROD, which will reduce Federal oversight. This could potentially allow RTD drainage money to be used at I-70 earlier in the project?*
- *Atkins is currently looking at the S. Platte tributary flow diversion issue. The HEC-RAS model that includes the levee has 12 separate weirs that contribute flow to the River through this area. Atkins still needs the full hydrology/hydraulic model to determine potential impacts.*
- *Denver believes the proposed pipe cost estimate may be low due to construction on top of a land fill and measures that will most likely be required to stabilize the pipe. Denver has a cost estimate for the 40th Avenue outfall, but recently proposed grout injection stabilization is not currently included in the estimate. There may also be methane gas mitigation issues that are adding cost to the 40th Avenue outfall.*
- *Denver has been investigating a few conceptual open channel alignment options that were shared with the group. A map showing the concepts is attached as a separate file.*

### 4. MATT contact list

*Most current MATT contact list:*

     

# I-70 PCL Drainage – Multi Agency Technical Team

| Name | Agency | Email |
|---|---|---|
| Ted Christianson | CCD - PW | Ted.Christianson@DenverGov.org |
| Frank Kemme | CCD - PW | Frank.Kemme@DenverGov.org |
| Peter Baertlein | CCD - PW | Peter.Baertlein@DenverGov.org |
| Karen Good | CCD - PW | Karen.Good@DenverGov.org |
| Brian Pinkerton | CCD - PW | Brian.Pinkerton@DenverGov.org |
| Ron Enserro | RTD | Ron.Enserro@rtd-denver.com |
| Yong Song | RTD | Yong.Song@RTD-Denver.com |
| Ted Rutledge | Stantec | Ted.Rutledge@stantec.com |
| Peter Kozinski | CDOT | peter.kozinski@state.co.us |
| Kirk Webb | CDOT | kirk.webb@state.co.us |
| Lizzie Kemp | CDOT | Lizzie.Kemp@state.co.us |
| Keith Stefanik | CDOT | Keith.Stefanik@state.co.us |
| Shea Thomas | UDFCD | sthomas@udfcd.org |
| Ken Mackenzie | UDFCD | kmackenzie@udfcd.org |
| Josh Hollon | Atkins | Joshua.Hollon@atkinsglobal.com |
| Dan Liddle | Atkins | Daniel.Liddle@atkinsglobal.com |
| Jacob Beedle | Atkins | Jacob.Beedle@atkinsglobal.com |
| Don Jacobs | Enginuity | djacobs@enginuity-es.com |
| Sarah Anderson | CCD - PW | Sarah.Anderson@DenverGov.org |
| Lesley Thomas | CCD - PW | Lesley.Thomas@DenverGov.org |
| Kelly Leid | CCD | Kelly.Leid@DenverGov.org |

| Action Item | Responsibility |
|---|---|
| Continue hydrology sensitivity analysis | Enginuity |
| Set-up break-out meeting to discuss RTD North Metro drainage options | Denver/RTD |
| Continue South Platte River flow diversion floodplain check | Atkins |
| Provide cost estimate for entire I-70 drainage system | CDOT/Atkins |
|  |  |

     

# I-70 PCL Drainage – Multi Agency Technical Team

## Technical Meeting

December 2, 2013
10:00am-11:00am

**City and County of Denver**
2000 West 3rd Avenue
Denver, CO 80223

*Meeting Notes, by Don Jacobs*

1. **Hydrology**
   - *Base CUHP-UDSWMM model to be used for sensitivity analysis has been established from the 2014 Denver SDMP models, including basin/routing mapping and summary of results.*
   - *Don reviewed updated hydrology modification sensitivity analysis matrix.*
   - *Sensitivity analysis completed so far:*
     - (a) *Loss of water to 36th Street basin*
     - (b) *Measured % Impervious values*
     - (c) *Reduced Discretization – Weighted Average Slope*
     - (d) *Reduced Discretization – Measured Basin Slope*

2. **General Discussion**
   - *Atkins has received floodplain information/modeling for the South Platte River, and is currently reviewing. Jacob has received the effective HEC-RAS (hydraulic) model, but is still trying to acquire the effective hydrology model(s).*
   - *Denver and CDOT management groups have met and have agreed to pass all drainage related cost savings from the currently proposed I-70 drainage system to any potential alternative outfall that may be constructed by Denver.*
   - *CDOT is clearing two drainage options for environmental permitting process: parallel pipes to I-70, and pipes through Globeville Park. A potential Denver open channel option will not be included in the I-70 environmental documents. However, significant federal funding is not anticipated for the drainage improvements.*
   - *Different interchange design options were reviewed at Colorado Boulevard and the impacts on drainage and potential Denver open channel option.*
   - *A map of Denver's potential open channel option was shared - broken into three phases and preliminary sizing calculations were included. Initial cost estimates were also shared.*



# I-70 PCL Drainage – Multi Agency Technical Team

- *An idea was raised to potentially construct only the proposed throttling ponds south of I-70 as an early action item in order to reduce flows to the north and eliminate the adverse impact created by the North Metro project. Denver and RTD will meet to further investigate this idea.*

## 3. MATT contact list

*Most current MATT contact list:*

| Ted Christianson | CCD - PW | Ted.Christianson@DenverGov.org |
|---|---|---|
| Frank Kemme | CCD - PW | Frank.Kemme@DenverGov.org |
| Peter Baertlein | CCD - PW | Peter.Baertlein@DenverGov.org |
| Karen Good | CCD - PW | Karen.Good@DenverGov.org |
| Brian Pinkerton | CCD - PW | Brian.Pinkerton@DenverGov.org |
| Ron Enserro | RTD | Ron.Enserro@rtd-denver.com |
| Yong Song | RTD | Yong.Song@RTD-Denver.com |
| Ted Rutledge | Stantec | Ted.Rutledge@stantec.com |
| John Griffith | Stantec | John.Griffith@stantec.com |
| Peter Kozinski | CDOT | peter.kozinski@state.co.us |
| Kirk Webb | CDOT | kirk.webb@state.co.us |
| Lizzie Kemp | CDOT | Lizzie.Kemp@state.co.us |
| Keith Stefanik | CDOT | Keith.Stefanik@state.co.us |
| Shea Thomas | UDFCD | sthomas@udfcd.org |
| Ken Mackenzie | UDFCD | kmackenzie@udfcd.org |
| Josh Hollon | Atkins | Joshua.Hollon@atkinsglobal.com |
| Dan Liddle | Atkins | Daniel.Liddle@atkinsglobal.com |
| Jacob Beedle | Atkins | Jacob.Beedle@atkinsglobal.com |
| Don Jacobs | Enginuity | djacobs@enginuity-es.com |
| Sarah Anderson | CCD - PW | Sarah.Anderson@DenverGov.org |
| Lesley Thomas | CCD - PW | Lesley.Thomas@DenverGov.org |
| Kelly Leid | CCD | Kelly.Leid@DenverGov.org |



# I-70 PCL Drainage – Multi Agency Technical Team

| Action Item | Responsibility |
|---|---|
| Continue hydrology sensitivity analysis | Enginuity |
| Set-up break-out meeting to discuss RTD North Metro drainage options | Denver/RTD |
| Continue South Platte River flow diversion floodplain check | Atkins |
|  |  |



P a g e | **3**

# I-70 PCL Drainage – Multi Agency Technical Team

## Technical Meeting

**December 16, 2013**
**10:00am-11:00am**

**City and County of Denver**
**2000 West 3rd Avenue**
**Denver, CO 80223**

*Meeting Notes, by Don Jacobs*

1. **Hydrology**

    - *Don reviewed new hydrology modification sensitivity analysis elements – Multiple street x-section routing elements, and accounting for inadvertent detention in selected portions of the basin.*

    - *Different x-sections (trapezoidal) for varying street flow SWMM routing conditions were reviewed.*

        (a) *The base model is from Denver's Storm Drainage Master Plan, which continues to use UD-SWMM and only offers a trapezoidal routing x-section. The model has not been converted to EPA-SWMM at this point, which offers irregular x-section routing elements. The group suggested doing a test piece of routing using EPA-SWMM and using an irregular x-section taken from the area's topography and compare results.*

        (b) *The group suggested performing a velocity check of the UD-SWMM trapezoidal routing elements developed for the sensitivity analysis to ensure the new x-section routing is not over-attenuating peak flow rates. Velocities for the trapezoidal section can be checked against both FLO-2D results and Manning's calculations for irregular x-sections.*

    - *Inadvertent detention areas and volumes were reviewed – City Park below Ferril Lake (Duck Pond area), City Park Golf Course, and City Park Ball Fields.*

    - *Moving forward, the group instructed Enginuity to continue with modeling a combination of multiple x-section routing elements and the three inadvertent detention locations. It was felt that the loss of water to the 36th Street basin could be reduced as other measures potentially reduce the flow rates, thus should not be accounted for. Also, it was felt that the reduced discretization measures could be "double counting" the routing effects of the SWMM model if those changes were to be used in conjunction with the x-section routing element modifications.*

2. **General Discussion**

    - *Denver and RTD met to develop options for N. Metro impact analysis. They would like to see finalized hydrology for Montclair and will develop a list of options.*

    - *Frank pointed out some potential cost savings if proposed ponds at the Colorado Blvd. interchange were not needed. At this level of design, CDOT does not feel the cost changes would show up on*

     

# I-70 PCL Drainage – Multi Agency Technical Team

*the overall estimate.  CDOT is still working on the drainage cost estimate for the entire project.  There are still other major questions/alternatives for the overall transportation project that will still affect the total cost significantly.   Also, water quality may be proposed at the Colorado Blvd. interchange.*

- *Park Hill Golf Course may not see an agreement for maintaining inadvertent detention.  Negotiations are still in progress.  Denver thinks the flow rate to the Pepsi facility could be reduced by 50% when accounting for inadvertent detention in the golf course.*

- *Atkins has received the original 1983 report for S. Platte River hydrology.  They are still trying to acquire electronic files for the hydrology model.  Flow rates in the 1983 study reduce moving downstream in this portion of the river, Atkins is investigating the reason for this.*

- *Denver is currently meeting with the Stock Show to discuss drainage issues.*

## 3. Action Items

| Action Item | Responsibility |
| --- | --- |
| Continue hydrology sensitivity analysis | Enginuity |
| Continue South Platte River flow diversion floodplain check | Atkins |
|  |  |
|  |  |

Attachments:  *maps/diagrams used for discussion during the meeting (reduced file size for distribution)*








# I-70 PCL Drainage – Multi Agency Technical Team

## Technical Meeting

December 30, 2013
10:00am-11:00am

City and County of Denver
2000 West 3rd Avenue
Denver, CO 80223

*Meeting Notes,* by Don Jacobs

1. **Hydrology**

   - *Enginuity completed the Montclair Basin CUHP/SWMM modeling modifications, which consist of the using multiple x-section routing elements in UDSWMM, and three inadvertent detention locations around City Park. Results were shared with the group and are included in these minutes as attachments. These results are considered final for the study.*

   - *Don reviewed several velocity checks that were completed to ensure the revised trapezoidal x-section routing elements used in SWMM are still considered slightly conservative. Velocities calculated in SWMM for a representative trapezoidal routing element are in fact higher (more conservative) than other methods of determining flow velocities in the area. Velocity calculations performed for comparison purposes are listed below:*

     **Velocity Check for 6000 cfs, 0.05 ft/ft longitudnal slope, 0.02 Manning's n**

     | | |
     |---|---|
     | Manning's Velocity for Irregular Section (3-Streets): | 6.8 fps |
     | Manning's Velocity for Trapezoidal Section: | 7.6 fps |
     | EPASWMM Velocity for Irregular Section (3-Streets): | 7.4 fps |
     | EPASWMM Velocity for Trapezoidal Section: | 7.8 fps  (used in revised modeling) |
     | FLO-2D Computed Velocity: | see plot (generally the slowest result) |

   - *Flooding video from 7/7/2011 in the lower Montclair basin was shared to illustrate the nature of the flooding in the area, flood routing, and typical flood velocities in the streets. The group agreed that this video footage generally supports the SWMM routing modifications that were made to the model for this project.*

   - *Enginuity was instructed to complete a technical memorandum documenting the sensitivity analysis and final hydrology for the Montclair Basin.*

   - *Enginuity was instructed to apply the same UDSWMM routing element modifications to the Park Hill Basin.*

   - *The potential for events to occur that are larger than the 100-year design storm were briefly discussed and possible strategies for addressing impacts from such events.*



# I-70 PCL Drainage – Multi Agency Technical Team

## 2. General Discussion

- *Denver's Brighton Boulevard Phase 1 roadway improvement plans were discussed, as well as the vision for the corridor beyond the initial Phase 1.*

## 3. Action Items

| Action Item | Responsibility |
|---|---|
| Apply hydrology routing modifications to Park Hill Basin | Enginuity |
| Complete brief technical memorandum for hydrology sensitivity analysis and modifications | Enginuity |
|  |  |
|  |  |

Attachments:  *Sensitivity analysis table and hydrographs for Montclair Basin, FLO-2D 100-year max. velocity map.*

     

P a g e | 2

**I-70 PCL MATT**
**Montclair Basin Hydrology Sensitivity Analysis**

| Model* | Q100 (cfs) | Chang from Base Model | Comment |
|---|---|---|---|
| **2014 CCD Master Plan** | **6979** | **0%** | **Base Model, CUHP 2000, UDSWMM 2000** |
| Loss of water to 36th Street Basin | 6598 | -5% | Straight subtraction of peak flow acquired from FLO-2D model |
| Measured % Impervioius | 6991 | 0.2% | 1% increase in total % Impervious |
| Reduced Discretization - Weighted Average Slope | 6432 | -8% | 59 sub-basins to 5 sub-basins |
| Reduced Discretization - Measured Basin Slope | 6188 | -11% | 59 sub-basins to 5 sub-basins |
| <span style="color:red">Multiple Street X-section Routing Elements</span> | <span style="color:red">5793</span> | <span style="color:red">-17%</span> | <span style="color:red">Adjusted trapazoidal bottom width and side slopes</span> |
| Inadvertent Detention in City Park below Ferril Lake | 5644 | -19% | 45.5 acre-feet assumed Inadvertent Detention |
| Inadvertent Detention in City Park Golf Course | 5619 | -19% | 41.8 acre-feet assumed Inadvertent Detention |
| Inadvertent Detention in City Park Ball Fields | 6825 | -2% | 18.2 acre-feet assumed Inadvertent Detention |
| <span style="color:red">Inadvertent Detention - all 3 combined</span> | <span style="color:red">5005</span> | <span style="color:red">-28%</span> | <span style="color:red">105.5 acre-feet assumed Inadvertent Detention (total)</span> |
| Check:  FLO-2D Routing for Basin Below Colfax Avenue | 3255 | -53% | Accounts for all inadvertent detention throughout the lower basin.  Includes pipes.  Includes flow lost to 36th Street. **Low-end check only.** |

**Change Combinations**
<span style="color:red">**Multiple Street X-section Routing Elements & Inadvertent Detention (all 3 locations)**</span>

| | Q100 (cfs) | Chang from Base Model | Comment |
|---|---|---|---|
| | <span style="color:red">4422</span> | <span style="color:red">-37%</span> | <span style="color:red">Combination recommended by MATT on 12/16/2013</span> |

* All models represent total peak runoff produced by the basin, existing pipe outfalls are not considered.  All models account for existing detention at City Park in Ferril Lake and Crestmore Park.
<span style="color:red">Red = changes recommended by MATT</span>



100-Year
Maximum Flood Velocities
- 0.3 - 1.0 fps
- 1.0 - 2.0 fps
- 2.0 - 3.0 fps
- 3.0 - 5.0 fps
- 5.0 to 7.0 fps
- 7.0+ fps

# I-70 PCL Drainage – Multi Agency Technical Team

## Technical Meeting

January 13, 2014
10:00am-11:00am

City and County of Denver
2000 West 3rd Avenue
Denver, CO 80223

*Meeting Notes,* by Don Jacobs

1. **Hydrology and Outfall**

    - *Enginuity's modifications to the Montclair Basin CUHP/SWMM model, which consist of the using multiple x-section routing elements in UDSWMM and three inadvertent detention locations around City Park, were again discussed within the group, and no objections to the modifications were raised.*

    - *Denver will proceed with coordination with the Parks Department to develop agreements for maintaining inadvertent detention.*

    - *UDFCD and Denver will work together to develop an "Adequate Assurances Agreement" on the revised Montclair Basin hydrology.*

    - *Frank expects an agreement with the Parks Department could take 4 to 6 weeks, as this is not a new concept for Parks, but will be a new concept for the Zoo and Golf Course. RTD will be at 60% in June and 90% in October, so there is some urgency needed for the Parks Department agreement to be completed – an agreement is needed by the end of February.*

    - *Enginuity will keep the Montclair Basin and Park Hill Basin technical memorandums separate.*

    - *Flood footage video from 7/7/2011 in the lower Montclair Basin was again reviewed by the group.*

    - *The MATT group will meet again in 4-weeks.*

    - *Denver's meeting with the Stock Show and Arts & Venues (Coliseum) to discuss the proposed outfall has been postponed and will be rescheduled. Frank will provide the updated schedule when it is available.*

    - *Atkins is currently designing to 4,422 cfs total runoff from the Montclair basin, with approximately 2,000 cfs subtracted to account for the two storm drain systems combined (existing brick 40th Street Outfall and the proposed High Street Outfall currently under construction). Enginuity will provided these flow rates in the technical memorandum.*

2. **RTD – East Corridor**



# I-70 PCL Drainage – Multi Agency Technical Team

- *The High Street Outfall Phase 1 (under the railroad) is currently under construction. Phase 2 (railroad tracks down to the River) has not started construction yet. The collection system along 40th Avenue (RTD Eagle P3 portion) is in place and almost complete.*
- *Tom Blackman provided an update on the High Street Outfall project.*
- *Project managers for High Street Outfall:  UDFCD – Barbara Chongtoua; Denver – Mark Gehrke (Phase 1).*
- *Phase 1 = Tunneling under the UPRR, Denver/UDFCD project.*
- *Phase 2 = Outfall from Phase 1 down to the river, Denver/UDFCD project. Phase 2A = pipe portion of the outfall managed by Denver. Phase 2B = work through Globeville Landing Park managed by UDFCD.*
- *40th Avenue portion = RTD Eagle P3 (East Corridor) project.*
- *Phase 2A is planned to be advertised beginning of March, with construction beginning 5- to 6- months after advertisement.*
- *Phase 2B construction will generally occur during the same time as Phase 2A.*
- *The High Street Outfall must be open by 2016 to service the completed RTD East Corridor.*
- *Tom expects to have bid information from Phase 2 in March and will provide the information to the MATT group to assist with I-70 drainage cost estimating.*

## 3. Action Items

| Action Item | Responsibility |
|---|---|
| Apply hydrology routing modifications to Park Hill Basin | Enginuity |
| Complete brief technical memorandum for hydrology sensitivity analysis and modifications | Enginuity |
| Meeting with Parks Department | CCD |
| Complete Adequate Assurance Agreement | UDFCD & CCD |

Attachments: *none*

