

# Q&A – Intergovernmental Agreement between Colorado Department of Transportation and the City & County of Denver

**What is the primary purpose of the Intergovernmental Agreement (IGA) between the Colorado Department of Transportation (CDOT) and the City & County of Denver?**
The IGA between the City and CDOT sets forth understandings and goals for commitments related to the future expansion of I-70 and also addresses certain a drainage improvements project:
- The City will execute the Two Basin Drainage Project (TBDP), for which CDOT will contribute 40% of the costs because it will provide 100-year storm protection to both the portions of the City and the CDOT transportation projects.
- CDOT will construct the I-70 East transportation project. That project includes design elements requested by the city and will pay CDOT for those design elements. The city will also provide in-kind contributions to CDOT.

**What's the financial commitment from each party outlined in the IGA?**
For the drainage commitment, the City has committed to paying an estimated $26.8 million for "early action" work, $53.6 million for remaining work and $39 million to increase neighborhood connectivity and create park-like features, for a total of $119.4 million. CDOT will pay $42.2 million for early action work and $11.4 million for the remaining portions, totaling $53.6 million.

For the I-70 transportation project, the City is paying $37M for construction costs of certain elements. In addition, the city is making in-kind contributions valued at $46M. The transportation project, which is estimated at $1.2 billion, will be paid by CDOT.

**What is the City's financial commitment for the I-70 Cover and what does it include?**
Of the $37 million for construction costs, the City is contributing $4.5M for the cover's "bookends" which add extensions to the cover and create opportunities for additional amenities. In addition, the City is contributing $10M for extra amenities on the cover. A recent community process has engaged the residents in discussions regarding the types of amenities on the cover. By the end of summer, a final design will be presented to the community showcasing their recommended amenities.

**How will Denver's share of each project be paid for?**
For the Transportation project, $37 million for Denver's requested project elements will be paid to CDOT through an annually appropriated payment over a 30-year timeframe.  Payments of $2.68M per year to CDOT will not begin until construction of the transportation project is complete, in 2022.

Of the $119.4 million for the total project, Denver's portion of the TBDP will come directly from Wastewater Fund ($80.4M) and the $39 million dedicated for connectivity, trails, parks, etc. will come from non-wastewater revenues. Denver is a AAA-rated city, which means that we have a number of viable financing options from which to choose, if they are needed.

**Why is the drainage project included in the IGA?**
Through community input, drainage was identified as a priority and concern by the residents. A drainage solution is needed to provide 100-year storm protection to neighborhoods along the I-70 corridor from Park Hill to Globeville, Elyria, and Swansea and will protect those areas from the catastrophic flooding that Colorado

Updated: 8.4.15



can be prone to. The City is using the I-70 East transportation project as an opportunity to create a drainage solution in addition to providing the neighborhoods with greater connectivity and more open space. The drainage solution also protects the I-70 East transportation project. By working cooperatively with CDOT and Urban Drainage, we are addressing some of Denver's most pressing and serious flooding concerns.

**Does the IGA include a plan for long term maintenance of the I-70 cover?**
A standalone IGA will be needed to cover the topic of long term operation and maintenance for the I-70 east project, inclusive of the drainage and Swansea cover. The IGA refers to that future agreement.  CDOT will be responsible for operating and maintaining the Swansea Cover super-structure, and similar to what Dallas has done, the NDCC is facilitating discussions around creating a foundation to maintain the cover's surface treatments and amenities and ensure they're maintained well into the future.

**Why was the timing of the IGA critical when CDOT's Final Environmental Impact statement is not yet final?**
Timing is important for this project. This is a critical step to have in place before CDOT begins construction on the I-70 design. The Early Action Drainage Project (EADP) provides a pipe to help drain water to the TBDP during construction. This is also tied to the CDOT RFP process. The RFP for the I-70 project will be released on September 15, 2015. Now that the IGA has been approved by City Council, it will go before the Transportation Commission in July; the RFP will be finalized in August and published on September 15.

**Will further negotiations be needed once the Final Environmental Impact Statement is complete?**
The EIS process is designed to engage the affected communities throughout while clarifying proposed transportation solutions, addressing community concerns, and mitigating adverse impacts.  It is likely that further conversations will take place to address on-going aspects of the transportation project, the drainage project, and mitigation efforts. Both parties are committed to working together to enhance CDOT's transportation project. The IGA states that further cooperation will occur between the City and CDOT as the project is developed.

For more information, visit www.denvergov.org/NDCC

Updated: 8.4.15