

# Memorandum

**To:** Bruce Uhernik, City and County of Denver
**From:** Don Jacobs, PE
**Date:** November 20, 2015
**Cc :** Jennifer Williams, Jennifer Hillhouse
**Re:** Depth-Damage Analysis for Montclair Basin

## Purpose

This memorandum documents the 100-year flood damage analysis performed for the Montclair drainage basin.

As part of Enginuity's efforts on the Montclair Basin Outfall Systems Plan with the Urban Drainage and Flood Control District (UDFCD), 100-year flood damage estimates were calculated for the entire Montclair basin representing the costs of flood damages for two different scenarios:

1. If no drainage improvements are made (existing conditions),

2. If the Platte to Park Hill Stormwater Systems (P2P) improvements are implemented (proposed conditions). These improvements include both the 39th Avenue open channel/detention area as well as the City Park Golf Course detention improvements.

## Governing Documents

For residential structures, depth-damage relationships associated with flooding were generated using the *USACE Economic Guidance Memorandum 04-01*, dated October 10, 2003. Standard damage tables were utilized for single and multi-story residential structures with and without basements. Both structure and content damages were estimated.

For commercial, institutional, and mobile home structures, depth damage relationships were generated using the State of California, Department of Water Resources Division of Flood Management *Flood Rapid Assessment Model (F-RAM)*, dated November 2008. Structural damages were estimated for all three building classifications, content damages were only calculated for institutional and mobile homes. Content damages were not calculated for commercial buildings.

## Methodology

100-year flood depths generated from multiple FLO-2D studies completed over the past several years were utilized across the basin. The following FLO-2D studies were used:

1. Denver Main Street Zoning – Upper Montclair (2012)

2. Denver Main Street Zoning – Hale Parkway (2012)

3. Denver Main Street Zoning – Colfax Avenue (2012)

4. Denver Master Plan Update – City Park (2014)

---

5. Denver Master Plan Update – 40th to City Park (revised for P2P the project utilizing rain-on-grid and EPA-SWMM modeling of storm drains and inlets 2015)

6. RTD North Metro – Lower Montclair I-70 Area (2014)

7. RTD North Metro – Brighton Boulevard Existing Condition (2014)

8. P2P Lower Montclair Proposed Condition – North of I-70 (2015)

Property value information was provided by the Denver Data Catalog, which included the parcel shapefile, the building outline shapefile, the Real Property Residential Characteristics Table, and the Real Property Apartment and Commercial Characteristics Table. The combination of these sources of data contain the necessary information to determine the 100-year depth of water at each structure and the ensuing cost of damage. To generate the damage estimates, the following steps were performed:

- Combine the two tables listing residential and apartment and commercial data. This allowed the process to be applied to all building regardless of the type.

- Trim the parcel data and building data to the Montclair Basin for this study. Buildings that were deemed unnecessary or redundant to the study were then deleted from the building shapefile. These included Detached Garage, Sheds, Out Building, Canopy, Cemetery, Tanks, Catwalk, Detached Carports, Under Construction, Demolished, Parking Garage, and Courtyards.

- Trim the combined flood depth grid file created through multiple detailed FLO-2D models to remove depth values less than 0.5 feet.

- Spatially join the remaining depth grid to the building outlines to determine the maximum depth in contact with each structure. This depth value was used to determine the building damage within the depth-damage functions.

- Following the join, the buildings with no associated flooding or fewer than 3 depth grids in contact with them were deleted in order to remove results generated by local topographic depressions.

- Other buildings outside of the primary flood path were manually removed based on engineering judgement.

- The clipped parcel shapefile was then joined to the Combined Real Property Residential Characteristics Table and the Real Property Apartment and Commercial Characteristics Table in order to consolidate all the required information into two shapefiles.

- The building shapefile with the maximum flood depths and the parcel shapefile with the combined tables were spatially joined in order to consolidate all the required data into one shapefile.

- Once this spatial join was complete, all the required information was contained in a single table. The information need to determine depth-damage relationships were contained including the type of each building, land value, total value, basement area, number of stories, and maximum flood depth.

- Using tabular data from the U.S. Army Corps of Engineers, depth damage function for different building types were determined and run across the buildings in the Montclair basin with at least 0.5 feet of flooding.

P a g e | **2**



CCD007730

## Results

For comparison purposes, both existing condition and proposed condition 100-year flood damage estimates were documented for two land areas:

1. The entire drainage basin, and

2. Only the area between 39th Avenue and City Park Golf Course.

### Entire Drainage Basin

100-year flood damages for the entire drainage basin were estimated to be $485,637,902 without improvements, and $375,328,545 with P2P drainage improvements ($110,309,357 difference). These improvements include both 39th Avenue and City Park Golf Course. A further breakdown of damages is included in the following two charts.



*The values above each bar represents the count of each building type receiving damage in the study area.
**Note: The values in this study **DOES NOT INCLUDE** Detached Garages, Sheds, Out Buildings, Canopies, Catwalks, Detached Carports and Courtyards when determined the maximum flood depth.



P a g e | 4

## Count and Damage Value for Each Building Type Within the Montclair Basin For Proposed Conditions



*The values above each bar represents the count of each building type receiving damage in the study area.
**Note: The values in this study **DOES NOT INCLUDE** Detached Garage, Sheds, Out Building, Canopy, Cemetery, Tanks, Catwalk, Detached Carports, Under Construction, Demolished, parking Garage, and Courtyards.

P a g e | 4



CCD007732

Page | 5

**39th Avenu to City Park Golf Course only**

100-year flood damages for only the area between 39th Avenue and City Park Golf Course were estimated to be $112,336,042 without improvements, and $92,347,475 with P2P drainage improvements at the Golf Course ($19,988,567 difference). The improvements account for in this area only include the City Park Golf Course. A further breakdown of damages for this area is included in the following two charts.



**Count and Damage Value for Each Building Type Affected by City Park Golf Course Detention:**
**Existing Conditions**

*The values above each bar represents the count of each building type receiving damage in the study area.
**Note: The values in this study **DOES NOT INCLUDE** Detached Garage, Sheds, Out Building, Canopy, Cemetery, Tanks, Catwalk, Detached Carports, Under Construction, Demolished, parking Garage, and Courtyards when determined the maximum flood depth.

Page | 5

Enginuity

CCD007733



Additional information concerning individual structures where 100-year damages were calculated can be seen on the four (4) attached depth-damage maps.

CCD007734

**MONTCLAIR OSP
DEPTH DAMAGE ANALYSIS
EXISTING CONDITIONS**

Legend
Affected Buildings
- $0 - $1,000
- $1,001 - $10,000
- $10,001 - $100,000
- $100,001 - $500,000
- $500,001 - $1,000,000
- >$1,000,000

Flo-2D 100yr Depths
Depth (ft)
- 0.50 - 1.00
- 1.01 - 1.50
- 1.51 - 2.50
- >2.51
- Primary Overland Flow Path

1:8,500

Count and Damage Value for Each Building Type Within the Montclair Basin for Existing Conditions

Total 100yr Damage for Montclair Basin: $485,637,902

Count and Damage Value for Each Building Type Within the Montclair Basin For Proposed Conditions

Total 100yr Damage for Montclair Basin: $375,328,545

South Platte River
Brighton Blvd.
Vasquez Boulevard
I-70
Smith Road
40th Avenue
Park Hill Golf Course
Proposed Platte to Park Hill Project
Colorado Boulevard
MLK Boulevard
Proposed City Park Golf Course Detention
City Park Golf Course
26th Avenue
Monaco Parkway
City Park
Quebec Street
Colfax Avenue
Downing Street
York Street
Hale Parkway
Cheesman Park
6th Avenue
Crestmoor Park
Cherry Creek
Alameda Avenue

**MONTCLAIR BASIN DEPTH DAMAGE ANALYSIS PROPOSED CONDITIONS**

Legend
Affected Buildings
TotalDamageValue
- $0 - $1,000
- $1,001 - $10,000
- $10,001 - $100,000
- $100,001 - $500,000
- $500,001 - $1,000,000
- >$1,000,000

Flo-2D 100yr Depths
Depth (ft)
- 0.50 - 1.00
- 1.01 - 1.50
- 1.51 - 2.50
- >2.51
- Primary Overland Flow Path

0  0.075 0.15   0.3   0.45   0.6 Miles
1:8,500

MONTCLAIR  Enginuity  DENVER PUBLIC WORKS

CCD00736

Count and Damage Value for Each Building Type Affected by City Park Golf Course Detention:
Existing Conditions
$50,000,000.00
$45,000,000.00
$40,000,000.00
$35,000,000.00
$30,000,000.00
$25,000,000.00
$20,000,000.00
$15,000,000.00
$10,000,000.00
$5,000,000.00
$0.00
339
175
111
30
134
1
1
Total 100yr Damage:
$112,336,042
1Floor & Basement
1Floor & No Basement
2+Floor & Basement
2+Floor & No Basement
Commercial Buildings
Institutional Building
Mobile Home
Structure Damage Value
Content Damage Value
*The values above each bar represents the count of each building type receiving damage in the study area.
**Note: The values in this study DOES NOT INCLUDE Detached Garage, Sheds, Out Building, Canopy, Cemetery, Tanks, Catwalk, Detached Carports, Under Construction, Demolished, parking Garage, and Courtyards when determined the maximum flood depth.
South Platte River
Brighton Blvd.
40th Avenue
Colorado Boulevard
MLK Boulevard
26th Avenue
City Park Golf Course
City Park
CITY PARK GOLF COURSE
FLOOD DAMAGE
REDUCTION
EXISTING CONDITIONS
Legend
Affected Buildings
$0 - $1,000
$1,001 - $10,000
$10,001 - $100,000
$100,001 - $500,000
$500,001 - $1,000,000
>$1,000,000
Flo-2D 100yr Depths
Var
0.50 - 1.00
1.01 - 1.50
1.51 - 2.50
>2.51
Primary Overland Flow Path
1:15,000
MONTCLAIR
Enginuity
DENVER PUBLIC WORKS
0 0.125 0.25 0.5 Miles
2015/19/11 12:15:09 PM R:\Projects\Denver\14-008 Montclair Open Channel\GIS\Depth_Damage_Golf Course\11x17_Damage Map_Existing.mxd

CCD007737

Count and Damage Value for Each Building Type Affected by City Park Golf Course Detention:
Proposed Conditions
Total 100yr Damage: $92,347,475
301
151
82
25
125
1
1
CITY PARK GOLF COURSE
FLOOD DAMAGE
REDUCTION
PROPOSED CONDITIONS
Legend
Affected Buildings
$0 - $1,000
$1,001 - $10,000
$10,001 - $100,000
$100,001 - $500,000
$500,001 - $1,000,000
>$1,000,000
Flo-2D 100yr Depths
Var
0.50 - 1.00
1.01 - 1.50
1.51 - 2.50
>2.51
Primary Overland Flow Path
1:15,000
0 0.125 0.25 0.5 Miles
MLK Boulevard
26th Avenue
Colorado Boulevard
40th Avenue
Proposed City Park Golf Course Detention
City Park Golf Course
City Park
Brighton Blvd.
South Platte River

CCD007738



