IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action Nos:   17-cv-01661-WJM-MEH
17-cv-01679- WJM-MEH

KYLE ZEPPELIN; BRAD EVANS; CHRISTINE O'CONNOR; KIMBERLY MORSE; JACQUELINE LANSING; JANET FEDER; SIERRA CLUB; ELYRIA AND SWANSEA NEIGHBORHOOD ASSOCIATION; CHAFFEE PARK NEIGHBORHOOD ASSOCIATION; and COLORADO LATINO FORUM,

    Plaintiffs,

v.

FEDERAL HIGHWAY ADMINISTRATION; ELAINE CHAO, in her official capacity as Secretary of transportation; and JOHN M. CARTER, in his official capacity as Division Administrator,

    Defendants,

v.

COLORADO DEPARTMENT OF TRANSPORTATION; and SHAILEN P. BHATT, in his official capacity as Executive Director of the Colorado Department of Transportation,

    Defendant-Intervenors.

## DECLARATION OF KIM GABLE

I, Kim Gable, hereby declare:

1.     The facts set forth in this Declaration are based upon my personal knowledge. If called as a witness, I could and would testify competently to these facts. As to those matters that reflect an opinion, they reflect my personal opinion and judgment on the matter.

2. I am a citizen of the United States and resident of Denver, Colorado. I am a project manager, videographer, and editor with American Video Documentation, Inc. My business address is 4064 Quince Street, Denver, Colorado 80237. American Video Documentation, Inc. has been in business since 1982.

3. I was retained in this matter by the law firm of Keating Wagner Polidori Free, P.C. to edit four videos I downloaded from a City of Denver website. Those videos are of: 1) the June 3, 2015 Denver City Council Infrastructure and Cultural Committee Meeting; 2) the June 22, 2015 Denver City Council Weekly Legislative Meeting; 3) the July 6, 2015 Denver City Council Weekly Legislative Meeting; and 4) the October 3, 2017 Denver City Council Finance and Governance Committee Meeting.

4. All Denver City Council Weekly Legislative Meetings are available online and organized by date at http://denver.granicus.com/ViewPublisher.php?view_id=21. All Denver City Council Committee Meetings are available online and organized by date at http://denver.granicus.com/ViewPublisher.php?view_id=141. These are the websites from which I downloaded the videos to edit.

5. I edited each of the videos of these meetings at the instruction of Melissa A. Hailey, Esq. and Aaron D. Goldhamer, Esq. I understand these edited videos will be used as exhibits in the above-captioned litigation. I certify that these edited videos contain true and accurate content of what I downloaded from the City of Denver website on October 20, 2017. The only additions to these videos not contained in the originals are introductory stills featuring titles descriptive of the coming frames. These stills were inserted solely for the convenience of the viewer in order to provide orientation to the overall content.

6.      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States, that to the best of my knowledge, the foregoing is true and correct.

DATED:      October 20, 2017.

_____
Kim Gable