IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action Nos:   17-cv-01661-WJM-MEH
                    17-cv-01679- WJM-MEH

KYLE ZEPPELIN; BRAD EVANS; CHRISTINE O'CONNOR; KIMBERLY MORSE; JACQUELINE LANSING; JANET FEDER; SIERRA CLUB; ELYRIA AND SWANSEA NEIGHBORHOOD ASSOCIATION; CHAFFEE PARK NEIGHBORHOOD ASSOCIATION; and COLORADO LATINO FORUM,

    Plaintiffs,

v.

FEDERAL HIGHWAY ADMINISTRATION; ELAINE CHAO, in her official capacity as Secretary of transportation; and JOHN M. CARTER, in his official capacity as Division Administrator,

    Defendants,

v.

COLORADO DEPARTMENT OF TRANSPORTATION; and SHAILEN P. BHATT, in his official capacity as Executive Director of the Colorado Department of Transportation,

    Defendant-Intervenors.

---

### SECOND DECLARATION OF RAFAEL ESPINOZA

---

I, Rafael Espinoza, hereby declare:

1.    The facts set forth in this Second Declaration are based upon my personal knowledge. If called as a witness, I could and would testify competently to these facts. As to

1

those matters that reflect an opinion, they reflect my personal opinion and judgment on the matter. This is the Second Declaration I have executed in this case.

2. I am a citizen of the United States and resident of Denver, Colorado. I am an architect licensed in the State of Colorado, and the elected Representative of Denver's City Council District 1, a position I have held since July 2015. I hold bachelors degrees in Building Science and Architecture and have 22 years experience in my field.

3. In my capacity as a sitting Denver City Councilperson, I am familiar with the City's stormwater project known as "Platte to Park Hill," which was earlier known as the "Two Basin Drainage Project" (henceforth "TBDP/P2PH").

4. I have reviewed the Declaration of Lesley Thomas filed in this action. In light of that Declaration, I sought information from Denver's Department of Public Works ("DPW") as to how much money the Colorado Department of Transportation ("CDOT") has provided to the City of Denver with respect to the TBDP/P2PH in light of the Inter-Governmental Agreement between Denver and CDOT which was executed in 2015 (the "IGA").

5. On October 19, 2017, at 12:46 PM, following my office's repeated requests, Angela Casias—the Legislative Services Manager at DPW—wrote me an email, copying City Engineer Lesley Thomas, stating the following, verbatim:

> The following information is associated with the required payments made by CDOT to the City per the IGA.
>
> - Per the IGA, Page 3 Section 1.A – The City has received a $2.5M payment for the construction of a Brighton Box Culvert as part of the "EADP".
> - Per the IGA, Page 4 Section 1.E – The City has billed CDOT $23,565,741.58 for the (TBDP) Two Basin Drainage Project.
> - Per the IGA, Page 8 Section 4.C – The City has received a $12.7M payment for property interests from the City.

6.  I can produce a copy of this email upon request. I would have included the information contained in this email in my First Declaration if it had been available to me at that time.

7.  In light of this new information, it remains my position, consistent with my First Declaration in this matter, that the City of Denver will not have sufficient funds to proceed with the TBDP/P2PH as it is currently contemplated if CDOT is prevented from paying any additional funds to the City with respect to the IGA.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States, that to the best of my knowledge, the foregoing is true and correct.

DATED:   October 20, 2017.

_____
Rafael Espinoza