IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | | | |
|---|---|---|---|
| Civil Action No: | 1:17-cv-01661-WJM-MEH | Date: | October 23, 2017 |
| Courtroom Deputy: | Molly Davenport | FTR: | Courtroom A 501 |

*Parties:*                                                                                    *Counsel:*

KYLE ZEPPELIN,                                                               Aaron Goldhamer
BRAD EVANS,                                                                  James Tutchton
CHRISTINE O'CONNOR,                                                Melissa Hailey
KIMBERLY MORSE
JACQUELINE LANSING,
JANET FEDER,                                                                   Aaron Goldhamer
                                                                                              Melissa Hailey

SIERRA CLUB,                                                                   Andrea Gelfuso
ELYRIA AND SWANSEA NEIGHBORHOOD           Gregory Corbin
ASSOCIATION,                                                                  Robert Yuhnke
CHAFEE PARK NEIGHBORHOOD ASSOCIATION,
COLORADO LATINO FORUM,

         Plaintiffs,

v.

FEDERAL HIGHWAY ADMINISTRATION,                  Carter Thurman
ELAINE CHAO,                                                                   David Carson
JOHN M. CATER,                                                              Mayte Santacruz

         Defendants,

COLORADO DEPARTMENT OF                                     John Putnam
TRANSPORTATION,                                                        Nicholas DiMascio
SHAILEN P. BHATT

         Intervenor Defendants.

---

**COURTROOM MINUTES/MINUTE ORDER**
**SCHEDULING CONFERENCE**

---

**Court in session:     10:05 a.m.**

Court calls case.   Appearances of counsel.   Carter Thurman, Mayte Santacruz and Robert Yuhnke appeared by telephone.

Discussion was held regarding page/word limits to briefing. Discussion was also held regarding the filing of the official administrative record by the defendants and the time needed for the plaintiffs to review the record.

A joint motion will be filed regarding page/word limits in future filings.

**Deadline to file the full administrative record:     December 15, 2017**

**Deadline for any motion concerning the scope of the administrative record:                                        February 10, 2018**

      **Feburary 12, 2018 is the deadline for objections.**
      **February 21, 2018 is the deadline for responses**
      **February 23, 2018 is the deadline for replies.**

**A Motion Hearing is set for February 26, 2018 at 10:00 a.m.** before Magistrate Judge Hegarty in Courtroom A501 to address motions filed concerning the scope of the administrative record.

**Deadline for the Plaintiffs' Opening Briefs:     April 2, 2018**

**Court in recess:       11:04 a.m.      (Hearing concluded)**
**Total time in Court:  0:59**

*To obtain a transcript of this proceeding, please contact Patterson Transcription Company at (303) 755-4536 **or** AB Court Reporting & Video, Inc.