**Exhibit 1**

**Declaration of Laura Perry**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Actions Nos.   17-cv-01661-WJM-MEH
17-cv-01679-WJM-MEH

KYLE ZEPPELIN; BRAD EVANS; CHRISTINE O'CONNOR; KIMBERLY MORSE; JACQUELINE LANSING; JANET FEDER; SIERRA CLUB; ELYRIA AND SWANSEA NEIGHBORHOOD ASSOCIATION; CHAFEE PARK NEIGHBORHOOD ASSOCIATION; and COLORADO LATINO FORUM,

      Plaintiffs,

v.

FEDERAL HIGHWAY ADMINISTRATION, ELAINE CHAO, in her official capacity as Secretary of Transportation; and JOHN M. CARTER; in his official capacity as Division Administration,

      Defendants,

v.

COLORADO DEPARTMENT OF TRANSPORTATION, et al.,

      Defendant-Intervenors.

## DECLARATION OF LAURA PERRY

I, Laura Perry, being competent to make this statement, do swear and affirm the following:

1.    I am the Capital Improvement Program Administrator in the Finance Department for the City and County of Denver. This declaration is based on my personal knowledge and information from business records which are maintained in the ordinary course of business and from entries made therein at or near the time of the events so recorded. I am authorized to testify to the matters herein. If called as a witness, I could competently testify regarding the facts in this declaration.

2. I have been employed as the Capital Improvement Program Administrator since February 2012. I have been employed by the City for 8 years in the Budget and Management Office and have worked on the City's capital improvement program during my entire tenure with the City. I hold a masters degree from the University of Florida.

3. As the City's Capital Improvement Program Administrator, I manage the City's Capital Improvement Program (CIP) funding which includes facilitation of the City's annual CIP budget process, long-range capital planning, and associated financial forecasting.

4. In particular, I am aware of and have reviewed the Intergovernmental Agreement ("IGA") between the City and the Colorado Department of Transportation ("CDOT"), which appears in the docket for this case at ECF 1-14. I also am familiar with the financing for Denver's Platte to Park Hill Stormwater Systems Project (the "Project").

5. The Denver City Council approved the issuance of bonds to finance the majority of the Project on September 26, 2016 on a nine to three vote, with Council Members Espinoza, Ortega, and Kashmann in the minority. The City has issued its first tranche of bonds in the amount of $115,000,000.

6. If the City receives no further payments from CDOT under the IGA, it still intends to complete the Project. The City has many financial resources and funding tools available to cover the costs of the remaining portions of the Project without further CDOT funding under the IGA, some but not all of which would require action by City Council. Those resources include, but are not limited to, contingency funds already built into the Project budget, proceeds of a second tranche of debt for the Stormwater Enterprise that has been long-planned as part of the capital program, unassigned accrued interest, and proceeds from land sales. One or more of these funding sources would be sufficient to make up the potential budget shortfall.

I declare under penalty of perjury that the foregoing is true and correct.

Laura Perry

Executed this 23rd day of October, 2017, at Denver, Colorado.