**Exhibit 2**

**Second Declaration of Lesley Thomas**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Actions Nos.    17-cv-01661-WJM-MEH
17-cv-01679-WJM-MEH

KYLE ZEPPELIN; BRAD EVANS; CHRISTINE O'CONNOR; KIMBERLY MORSE;
JACQUELINE LANSING; JANET FEDER; SIERRA CLUB; ELYRIA AND SWANSEA
NEIGHBORHOOD ASSOCIATION; CHAFEE PARK NEIGHBORHOOD
ASSOCIATION; and COLORADO LATINO FORUM,

       Plaintiffs,

    v.

FEDERAL HIGHWAY ADMINISTRATION, ELAINE CHAO, in her official capacity as
Secretary of Transportation; and JOHN M. CARTER; in his official capacity as Division
Administration,

       Defendants,

    v.

COLORADO DEPARTMENT OF TRANSPORTATION, et al.,

       Defendant-Intervenors.

---

**SECOND DECLARATION OF LESLEY THOMAS**

---

    I, Lesley Thomas, being competent to make this statement, do swear and affirm the

following:

    1.    I am the City Engineer for the City and County of Denver.  This declaration is based

on my personal knowledge and information from business records which are maintained in the

ordinary course of business and from entries made therein at or near the time of the events so

recorded.  I am authorized to testify to the matters herein.  If called as a witness, I could

competently testify regarding the facts in this declaration.

2.      I have been employed by the City since 1990 and have held my current position as the City Engineer since 2002. I also serve as the Deputy Director of Public Works for the City and County of Denver. I hold a bachelor's degree in civil engineering and have 35 years of experience in the field.

3.      I have been involved in developing and implementing the City's Platte to Park Hill Stormwater Systems Project (the "Project") since its inception.

4.      The Denver City Council approved the contract for the improved outfall at Globeville Landing Park on October 19, 2015 on an eleven to one vote, with Council Member Kashmann in the minority. The City already has entered into contracts, encumbered City funds, and completed substantial amounts of the construction for that portion of the Project. Because the City's work at Globeville Landing Park is fully funded, even if the City were to receive no further CDOT money under the IGA, the City could and would complete its work at Globeville Landing Park.

5.      The Denver City Council approved the contracts for the City Park Golf Course Redesign portion of the Project on August 14, 2017, on a ten to three vote, with Council Members Espinoza, Kashman, and Ortega in the minority. The City has entered into contracts and encumbered City funds for construction of this portion of the Project. No CDOT funds are being used for this portion of the Project. Because no CDOT money is necessary for it, even if the City were to receive no further CDOT money under the IGA, the City could and would complete its work on City Park Golf Course.

6.      The City Council has not yet approved the contracts for the 39th Avenue Open Channel or the Park Hill Detention components of the Project. The City has, however, already expended its own funds on property acquisition, engineering, design and other activities to develop

those portions of the Project.  The City used its own funds, not CDOT money from the IGA, to acquire the Market Lead property, which is essential to the City's plan to provide 100-year flood protection to its northern neighborhoods.

7.     Given the substantial investments and physical progress that the City already has made on the Project, which is needed to provide 100-year flood protection for the City's northern neighborhoods, the City would not abandon the Project if CDOT money under the IGA were to become unavailable.  Instead, the City would pursue all available options to complete the Project.

I declare under penalty of perjury that the foregoing is true and correct.

Lesley Thomas

Executed this 23rd day of October, 2017, at Denver, Colorado.