**Exhibit 3**

**Declaration of Angela Casias**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Actions Nos.    17-cv-01661-WJM-MEH
                       17-cv-01679-WJM-MEH

KYLE ZEPPELIN; BRAD EVANS; CHRISTINE O'CONNOR; KIMBERLY MORSE; JACQUELINE LANSING; JANET FEDER; SIERRA CLUB; ELYRIA AND SWANSEA NEIGHBORHOOD ASSOCIATION; CHAFEE PARK NEIGHBORHOOD ASSOCIATION; and COLORADO LATINO FORUM,

        Plaintiffs,

    v.

FEDERAL HIGHWAY ADMINISTRATION, ELAINE CHAO, in her official capacity as Secretary of Transportation; and JOHN M. CARTER; in his official capacity as Division Administration,

        Defendants,

    v.

COLORADO DEPARTMENT OF TRANSPORTATION, et al.,

        Defendant-Intervenors.

_____

### DECLARATION OF ANGELA CASIAS

_____

I, Angela Casias, being competent to make this statement, do swear and affirm the following:

1.     I am the Legislative Services Manager in the Department of Public Works for the City and County of Denver. This declaration is based on my personal knowledge and information from public records and reports of Denver City Council business. I am authorized to testify to the matters herein. If called as a witness, I could competently testify regarding the facts in this declaration.

2.      I have been employed as the Legislative Services Manager since January 2015.  I hold a Bachelor of Arts degree in Sociology from University of Colorado at Denver.

3.      As the City's Legislative Services Manager, I manage all legislation submitted by Denver Public Works and manage City Council needs related to the department.

4.      In particular, I attend City Council meetings on a regular basis, present legislation initiated by the Department of Public Works, and engage with City Council on matters relevant to the Department of Public Works.  I am familiar with the actions taken by City Council related to Denver's Platte to Park Hill Stormwater Systems Project (the "Project").   The following information summarizes the key actions taken related to the Project by the current City Council.

5.      On October 19, 2015, the Denver City Council passed CR15-0720, which approved a $140 million contract between the City and County of Denver and Kiewit Infrastructure Co. for an integrated construction program for Brighton Boulevard and Montclair Creek Area improvements located near I-70 East and National Western Center, including the Globeville Landing Outfall Project.  The vote was eleven in favor, one against. Council Member Kashmann was in the minority, and Council Member Espinoza abstained.  *See* Attachment 1 hereto.

6.      On June 13, 2016, the Denver City Council passed CB16-0306, which amended Article III of Chapter 56 of the Denver Revised Municipal Code to increase sanitary sewage service charges and storm drainage service charges in order to fund the Project and other needed wastewater improvements and maintenance.  The vote was eight in favor, three against.  Council Members Espinoza, Kashmann, and Flynn were in the minority.  *See* Attachment 2 hereto.

7.      On September 26, 2016, the Denver City Council passed CB16-0757, which authorized the issuance of Wastewater Enterprise Revenue Bonds Series 2016 in a principal amount not to exceed $116 million to fund storm drainage projects, specifically the Project, and

for costs of bond issuance. The vote was nine in favor, three against. Council Members Espinoza, Ortega, and Kashmann were in the minority. *See* Attachment 3 hereto.

8.     On September 26, 2016, the Denver City Council passed CB16-0758, which approved the designation of certain property as being required for public use and authorizing the use, acquisition and disposition by negotiation or through condemnation proceedings of certain properties needed for the Project. The vote was nine in favor, three against. Council Members Espinoza, Ortega, and Kashmann were in the minority. *See* Attachment 3 hereto.

9.     On May 22, 2017, the Denver City Council passed CR17-0473, which approved a $15 million contract between the City and County of Denver and H.C. Peck and Associates, Inc. for relocation reimbursement to owners and tenants impacted by the Platte to Park Hill Stormwater Systems project including moving, storage, deposits, and other relocations costs. The vote was twelve in favor, zero against. *See* Attachment 4 hereto.

10.     On August 14, 2017, the Denver City Council passed CR17-0823, which approved a $6 million contract between the City and County of Denver and Parsons Transportation Group, Inc. for program management services for program management services of the City Park Golf Course Parks and Drainage Improvements Design/Build Project and the 39th Avenue/Park Hill Parks Drainage Improvements Design/Build Project as part of the Project. The vote was ten in favor, three against. Council Members Espinoza, Ortega, and Kashmann were in the minority. *See* Attachment 5 hereto.

11.     On August 14, 2017, the Denver City Council passed CR17-0824, which approved a $7,638,647.98 contract between the City and County of Denver and Flatiron Constructors, Inc. for construction of the Park Hill Storm Phase V as part of the Project. The vote was ten in favor,

three against. Council Members Espinoza, Ortega, and Kashmann were in the minority. *See* Attachment 5 hereto.

12.     On August 14, 2017, the Denver City Council passed CR17-0826, which approved a $44,990,100 contract between the City and County of Denver and Saunders Construction, LLC, for the design and construction of the City Park Golf Course stormwater and park improvements as part of the Project.  The vote was ten in favor, three against. Council Members Espinoza, Ortega, and Kashmann were in the minority. *See* Attachment 5 hereto.

13.     On September 11, 2017, the Denver City Council passed CR17-0915, which approved an $18 million contract between the City and County of Denver and Saunders Construction, LLC, for demolition and other services for properties acquired by the City for the Project as well as properties acquired for the National Western Center program.  The vote was ten in favor, zero against. *See* Attachment 6 hereto.


        I declare under penalty of perjury that the foregoing is true and correct.

                                              Angela Casias

Executed this 23rd day of October, 2017, at Denver, Colorado.

**Casias Declaration Attachment 1**

**City Council Minutes 10/19/2015**

# City Council Minutes
Meeting Date: Monday, October 19, 2015 5:30 PM

## Pledge of Allegiance

Councilwoman Susman led the Pledge of Allegiance.

## Roll Call
Present:     Black, Brooks, Clark, Espinoza, Flynn, Gilmore, Herndon, Kashmann,
             Kniech, López, New, Ortega, Susman (13)
Absent:      None (0)

## Mayor's Proposed 2016 Budget and Public Hearing Notice

A motion offered by Councilwoman Gilmore, duly seconded by Councilwoman
Kniech, that the Clerk and Recorder is instructed to publish a notice that: (1) the
Mayor's Proposed Budget for 2016 is open for inspection from 8:30 a.m. to 5:00
p.m. on Mondays through Fridays in the City Council Office, Room 451 of the City
and County Building located at 1437 Bannock Street starting the week of October
19, 2015; (2) at its regular meeting on Monday, October 26, 2015, which will begin
at 5:30 p.m., the City Council will conduct a public hearing on the Mayor's
Proposed Budget for 2016; and (3) any citizen may inspect the budget prior to or
at the public hearing and register any objection to the budget prior to or at the
public hearing on the budget, and the Council shall take any objections into
consideration, which motion carried by the following vote:

Passed
For: Black, Brooks, Clark, Espinoza, Flynn, Gilmore, Herndon, Kashmann, Kniech,
López, New, Ortega, Susman (13)
Against: (None) (0)
Absent: (None) (0)
Abstain: (None) (0)

## Approval of the Minutes

The minutes of meeting date, Monday, October 12, 2015, were distributed to
Council.  Council President Herndon ordered the minutes approved.

## Council Announcements

Council members Gilmore, López, Brooks, Black, and Herndon offered
announcements.

## Presentations

## Communications

A letter dated October 19, 2015, from Cary Kennedy, Chief Financial Officer, in
keeping with the provisions of Section 20-93 of the Denver Revised Municipal
Code, that the Department of Finance intends to issue Airport System
Subordinate Revenue Refunding Bonds, Series 2015A, for and on behalf of its
Department of Aviation, in a par amount not to exceed $225 million for the
purpose of refunding the Series 2005 Airport bonds was read in its entirety to
Council.

**CR15-0693 A resolution laying out, opening and establishing as part of the City street system a parcel of land as Kensing Court at its intersection with Boulder Street.  (INFRASTRUCTURE & CULTURE)**

A motion offered by Councilwoman Susman, duly seconded by Councilman Clark, that CR15-0724, CR15-0726, CR15-0727, CR15-0696, CR15-0623, CR15-0630, CR15-0640, CR15-0693, CR15-0694, CR15-0695, CR15-0721, and CR15-0734 be adopted en bloc, carried by the following vote:

Passed
For: Black, Brooks, Clark, Espinoza, Flynn, Gilmore, Herndon, Kashmann, Kniech, López, New, Ortega, Susman (13)
Against: (None) (0)
Absent: (None) (0)
Abstain: (None) (0)

**CR15-0694 A resolution laying out, opening and establishing as part of the City street system a parcel of land as a public alley near the intersection of West 8th Avenue and Utica Street.  (INFRASTRUCTURE & CULTURE)**

A motion offered by Councilwoman Susman, duly seconded by Councilman Clark, that CR15-0724, CR15-0726, CR15-0727, CR15-0696, CR15-0623, CR15-0630, CR15-0640, CR15-0693, CR15-0694, CR15-0695, CR15-0721, and CR15-0734 be adopted en bloc, carried by the following vote:

Passed
For: Black, Brooks, Clark, Espinoza, Flynn, Gilmore, Herndon, Kashmann, Kniech, López, New, Ortega, Susman (13)
Against: (None) (0)
Absent: (None) (0)
Abstain: (None) (0)

**CR15-0695 A resolution laying out, opening and establishing as part of the City street system a parcel of land as a public alley at the intersection of West 19th Avenue and Hooker Street.  (INFRASTRUCTURE & CULTURE)**

A motion offered by Councilwoman Susman, duly seconded by Councilman Clark, that CR15-0724, CR15-0726, CR15-0727, CR15-0696, CR15-0623, CR15-0630, CR15-0640, CR15-0693, CR15-0694, CR15-0695, CR15-0721, and CR15-0734 be adopted en bloc, carried by the following vote:

Passed
For: Black, Brooks, Clark, Espinoza, Flynn, Gilmore, Herndon, Kashmann, Kniech, López, New, Ortega, Susman (13)
Against: (None) (0)
Absent: (None) (0)
Abstain: (None) (0)

**CR15-0720 A resolution approving a proposed Contract between the City and County of Denver and Kiewit Infrastructure Co. for an integrated construction program for Brighton Boulevard and Montclair Creek Area improvements located near I-70 East and National Western Center. (INFRASTRUCTURE & CULTURE)**

A motion offered by Councilwoman Susman, duly seconded by Councilman Brooks, that CR15-0720 be adopted, carried by the following vote:

Passed
For: Black, Brooks, Clark, Flynn, Gilmore, Herndon, Kniech, López, New, Ortega, Susman (11)
Against: Kashmann (1)
Absent: (None) (0)
Abstain: Espinoza (1)

**Pending**

**For 10-26-15**

**CB15-0625 A bill for an ordinance changing the zoning classification for 3268 West 32nd Avenue.**

Required Public Hearing
Final Consideration

A motion offered by Councilwoman Susman, duly seconded by Councilwoman Kniech, that CB15-0625 be taken out of order, carried by the following vote:

Passed
For: Black, Brooks, Clark, Espinoza, Flynn, Gilmore, Herndon, Kashmann, Kniech, López, New, Ortega, Susman (13)
Against: (None) (0)
Absent: (None) (0)
Abstain: (None) (0)

A motion offered by Councilwoman Susman, duly seconded by Councilman Brooks, that CB15-0625 be placed upon final consideration and do pass, was followed by a motion offered by Councilwoman Susman, duly seconded by Councilman López, that final consideration of CB15-0625 with its public hearing be postponed to Monday, November 2, 2015, which motion to postpone, carried by the following vote:

Passed
For: Black, Brooks, Clark, Espinoza, Flynn, Gilmore, Herndon, Kashmann, Kniech, López, New, Ortega, Susman (13)
Against: (None) (0)
Absent: (None) (0)
Abstain: (None) (0)

_____
President

Attested by me with the Corporate Seal
of the City and County of Denver

_____
Clerk and Recorder, Ex-Officio Clerk
of the City and County of Denver

**Casias Declaration Attachment 2**

**City Council Minutes 6/13/2016**

# City Council Minutes
## Meeting Date: Monday, June 13, 2016 5:30 PM

## Pledge of Allegiance

Councilwoman Gilmore led the Pledge of Allegiance.

## Roll Call

Present:   Black, Brooks, Clark, Espinoza, Flynn, Gilmore, Herndon, Kashmann, López, New, Susman (11)

Absent:    Kniech, Ortega (2)

## Approval of the Minutes

The minutes of meeting date, Tuesday May 31, 2016 and Monday, June 6, 2016, were distributed to Council.  Council President Herndon ordered the minutes approved.

## Council Announcements

Council members Herndon, López, Espinoza, Kashmann, and Brooks offered announcements.

## Presentations

## Communications

## Proclamations

## Resolutions

The Council Secretary read the following resolutions by titles.

**Business Development**

**CR16-0382 A resolution approving a proposed Amendment to Agreement between the City and County of Denver and KPMG Corporate Finance, LLC concerning the procurement of a private partner related to the Great Hall Project for Denver International Airport.  (BUSINESS DEVELOPMENT)**

A motion offered by Councilwoman Gilmore, duly seconded by Councilman Flynn, that CR16-0382, CR16-0417, CR16-0398, CR16-0400, CR16-0410, CR16-0393, CR16-0402, CR16-0404, CR16-0405, CR16-0365, CR16-0391, CR16-0409, and CR16-0419 be adopted en bloc, carried by the following vote:

Passed
For: Black, Brooks, Clark, Espinoza, Flynn, Gilmore, Herndon, Kashmann, López, New, Susman (11)
Against: (None) (0)
Absent: Kniech, Ortega (2)
Abstain: (None) (0)

**Infrastructure & Culture - Courtesy Public Hearing**

**CB16-0306 A bill for an ordinance amending Article III of Chapter 56 of the Denver Revised Municipal Code regarding sanitary sewage service charges and storm drainage service charges.  (INFRASTRUCTURE & CULTURE)**

A motion offered by Councilwoman Gilmore, duly seconded by Councilman Clark, that CB16-0306 be placed upon final consideration and do pass, carried by the following vote:

Passed
For: Black, Brooks, Clark, Gilmore, Herndon, López, New, Susman (8)
Against: Espinoza, Flynn, Kashmann (3)
Absent: Kniech, Ortega (2)
Abstain: (None) (0)

A motion offered by Councilwoman Gilmore, duly seconded by Councilman Clark, was followed by a motion offered by Councilman New, duly seconded by Councilman Flynn, that final consideration of CB16-0306 be postponed to Monday, August 29, 2016, failed to carry by the following vote:

Failed
For: Brooks, Espinoza, Flynn, New (4)
Against: Black, Clark, Gilmore, Herndon, Kashmann, López, Susman (7)
Absent: Kniech, Ortega (2)
Abstain: (None) (0)

Council sat as a Committee of the Whole commencing at 11:24 p.m., Council President Herndon presiding, to hear speakers on CB16-0306.  Andy Sense, Jeff Shoemaker, Ben Chenard, Joel Noble, Alison Torvik, Ryan Hunter, Seth Willey, and Frank Locantore signed up to speak in favor of the bill.  Trena Moya, Teresa Immanuel, Keith Pryor, LaMone Noles, Timothy McHugh, Anne Elizabeth, Walter Garnsey, Kimberly Morse, Susan Payne, John Van Sciver, Edward M. Armijo, Bridget Walsh, Thad Tecza, Stephen V. Eppler, Dennis Royer, Marie Benedix, John Joseph Niemann, Candi C de Baca, Kyle Zeppelin, and Jacqueline Lanford signed up to speak in opposition of the bill.  Justin Croft,  Adrian Brown, Jamie Licko, James Cash, Hank Bootz, Mickey Zeppelin, Christine O'Connor, and Steve Kinney signed up to speak neither in favor of nor in opposition of the bill.  George Delaney of Public Works delivered the Staff Report.

## Announcement

Council President Herndon announced that on Monday, July 11, 2016, Council will hold a required public hearing on CB16-0295, changing the zoning classification for City-owned properties in the Villa Park neighborhood at various addresses (1100 North Meade Street – unit vacant, 1100 North Meade Street, 1001 North Meade Street – unit vacant, 1000 North Newton Street – unit vacant, 1048 North Newton Street – unit vacant, 1049 North Stuart Street, 1101 North Perry Street – unit vacant); a required public hearing on CB16-0392, changing the zoning classification for 446 North Sheridan Boulevard; and a required public hearing on CB16-0397, changing the zoning classification for 2151 Eliot Street.  Any protests against CB16-0295, CB16-0392, or CB16-0397 must be filed with the Council Offices no later than noon on Tuesday, July 5, 2016.



## Adjourn

There being no further business before the City Council, Council President Herndon adjourned the meeting at 2:28 a.m.

_____
President

Attested by me with the Corporate Seal
of the City and County of Denver

_____
Clerk and Recorder, Ex-Officio Clerk

**Casias Declaration Attachment 3**

**City Council Minutes 9/26/2016**

# City Council Minutes

Meeting Date: Monday, September 26, 2016  5:30 PM

## PLEDGE OF ALLEGIANCE

Council member Susman led the Pledge of Allegiance.

## ROLL CALL

Present:     Black, Brooks, Clark, Espinoza, Flynn, Gilmore, Herndon, Kashmann, Kniech, López, Ortega, Susman (12)

Absent:      New (1)

## APPROVAL OF THE MINUTES

16-0850        Minutes of September 19, 2016

The minutes of Monday, September 19, 2016, were approved.

### Approved

The minutes of meeting date, Monday, September 19, 2016, were distributed to Council. Council President Brooks ordered the minutes approved.

## COUNCIL ANNOUNCEMENTS

Council members Kashmann, Gilmore, Espinoza, López, Clark, and Flynn offered announcements.

## PRESENTATIONS

## COMMUNICATIONS

## PROCLAMATIONS

16-0859        A proclamation honoring Wallace M. "Wally" Ginn for his public service and declaring October 1 as Wally Ginn Day.

Sponsors:     Espinoza, Kashmann, New and Black

A motion offered by Councilman Espinoza, duly seconded by Councilman López, that Proclamation 16-0859 be adopted. The motion carried by the following vote:

### Adopted

Aye:          Black, Brooks, Clark, Espinoza, Flynn, Gilmore, Herndon, Kashmann, Kniech, López, Ortega, Susman (12)

Nay:          (None) (0)

Absent:       New (1)

16-0860        A proclamation recognizing Saturday, October 1, 2016 as Take A Kid Mountain Biking Day.

Sponsors:     Clark, New, Kashmann, Gilmore and Black

A motion offered by Councilman Clark, duly seconded by Councilman Herndon, that Proclamation 16-0860 be adopted. The motion carried by the following vote:

### Adopted

Aye:          Black, Brooks, Clark, Espinoza, Flynn, Gilmore, Herndon, Kashmann, Kniech, López, Ortega, Susman (12)

Nay:          (None) (0)

Absent:       New (1)

**BILLS FOR FINAL CONSIDERATION**

**Finance & Governance Committee**

16-0757   **A bill for an ordinance authorizing the issuance of City and County of Denver, Colorado, for and on behalf of the Wastewater Management Division of its Department of Public Works, Wastewater Enterprise Revenue Bonds, Series 2016, for the purpose of financing the cost of acquiring, improving and equipping the storm drainage and sanitary sewerage facilities of the City; providing for the pledge of certain wastewater revenues for the payment thereof; and making other provisions relating thereto.**
Authorizes the issuance of City and County of Denver, for and on behalf of the Wastewater Management Division of its Department of Public Works, Wastewater Enterprise Revenue Bonds Series 2016 in a principal amount not to exceed $116 million to fund storm drainage projects and for costs of bond issuance.  The Committee approved filing this bill at its meeting on 8-30-16.

A motion offered by Councilwoman Susman, duly seconded by Councilman Clark, that Bill 16-0757 and Bill 0758 be placed upon final consideration and do pass en bloc. The motion carried by the following vote:

**Placed upon final consideration and do pass**

| | |
|---|---|
| Aye: | Black, Brooks, Clark, Flynn, Gilmore, Herndon, Kniech, López, Susman (9) |
| Nay: | Espinoza, Kashmann, Ortega (3) |
| Absent: | New (1) |

16-0758   **A bill for an ordinance designating certain property as being required for public use and authorizing use and acquisition thereof by negotiation or through condemnation proceedings of fee simple, easement and other interests, including any rights and interests related or appurtenant to properties as needed for the Platte to Park Hill Stormwater Systems Project.**
Approves the designation of certain property as being required for public use and authorizing the use, acquisition and disposition by negotiation or through condemnation proceedings of certain properties needed for the Platte to Park Hill Storm Water Systems Project.  The Committee approved filing this bill at its meeting on 8-30-16.

A motion offered by Councilwoman Susman, duly seconded by Councilman Clark, that Bill 16-0757 and Bill 0758 be placed upon final consideration and do pass en bloc. The motion carried by the following vote:

**Placed upon final consideration and do pass**

| | |
|---|---|
| Aye: | Black, Brooks, Clark, Flynn, Gilmore, Herndon, Kniech, López, Susman (9) |

Nay:            Espinoza, Kashmann, Ortega (3)

Absent:         New (1)

**RECAP OF BILLS TO BE CALLED OUT**

**PRE-RECESS ANNOUNCEMENT**

**RECESS**

Meeting went into Recess

Meeting Reconvened

**COUNCIL RECONVENES AND RESUMES ITS REGULAR SESSION**

**PUBLIC HEARINGS - BILLS FOR FINAL CONSIDERATION**

16-0549        **A bill for an ordinance changing the zoning classification for 3201 Walnut Street.**
               Rezones property at 3201 Walnut Street from I-MX-3, UO-2 to C-MX-5, UO-2 in Council District 9. The last regularly scheduled Council meeting within the 30-day review period is on 9-9-16. The Committee approved filing this resolution at its meeting on 8-16-16.

A motion offered by Councilwoman Susman, duly seconded by Councilman Clark, that Bill 16-0549 be placed upon final consideration and do pass. The motion carried by the following vote:

**Placed upon final consideration and do pass**

Council sat as a Committee of the Whole commencing at 6:34 p.m., Council President Brooks presiding, to hear speakers on Council Bill 549.  Bill Parkhill signed up to speak in favor of the bill.  No speakers signed up to speak in opposition of the bill.  Ryan Winterberg-Lipp of Community Planning and Development delivered the Staff Report.

Aye:            Black, Brooks, Clark, Espinoza, Flynn, Gilmore, Herndon, Kashmann, Kniech, López, Ortega, Susman (12)

Nay:            (None) (0)

Absent:         New (1)

16-0551        **A bill for an ordinance changing the zoning classification for 4402 Umatilla Street.**
               Rezones property at 4402 Umatilla Street from PUD #358 to U-MS-2 in Council District 1. The last regularly scheduled Council meeting within the 30-day review period is on 9-9-16. The Committee approved filing this resolution at its meeting on 8-16-16.

A motion offered by Councilwoman Susman, duly seconded by Councilman Clark, that Bill 16-0551 be placed upon final consideration and do pass. The motion carried by the following vote:

**Placed upon final consideration and do pass**

Council sat as a Committee of the Whole commencing at 6:45 p.m., Council President Brooks presiding, to hear speakers on Council Bill 551.  Ben Gearhart signed up to speak in favor of the bill.  No speakers signed up to speak in opposition of the bill.  Theresa Lucero of Community Planning and Development delivered the Staff Report.

Aye:            Black, Brooks, Clark, Espinoza, Flynn, Gilmore, Herndon, Kashmann, Kniech, López, Ortega, Susman (12)

Nay:            (None) (0)

Absent:         New (1)

<u>16-0597</u>    **A bill for an ordinance changing the zoning classification for approximately 99 Monaco Street Parkway.**
Rezones property located at approximately 99 Monaco Parkway from O-1 to G-MX-3, in Council District 5. The last regularly scheduled Council meeting within the 30-day review period is on 9-9-16. The Committee approved filing this bill at its meeting on 8-16-16.

A motion offered by Councilwoman Susman, duly seconded by Councilman Clark, that Bill 16-0597 be placed upon final consideration and do pass. The motion carried by the following vote:

**Placed upon final consideration and do pass**

Council sat as a Committee of the Whole commencing at 7:00 p.m., Council President Brooks presiding, to hear speakers on Council Bill 597.  Marcus Pachner and John Putnam signed up to speak in favor of the bill.  No speakers signed up to speak in opposition of the bill.  Theresa Lucero of Community Planning and Development delivered the Staff Report.

Aye:        Black, Brooks, Clark, Espinoza, Flynn, Gilmore, Herndon, Kashmann, Kniech, López, Ortega, Susman (12)

Nay:        (None) (0)

Absent:    New (1)

## PRE-ADJOURNMENT ANNOUNCEMENT

## ADJOURN

There being no further business before the City Council, Council President Brooks adjourned the meeting at 7:23 p.m.

_____

President

Attested by me with the Corporate Seal of the City and County of Denver

_____

Clerk and Recorder, Ex-Officio Clerk
of the City and County of Denver

**Casias Declaration Attachment 4**

**City Council Minutes 5/22/2017**

# City Council Minutes
Meeting Date: Monday, May 22, 2017  5:30 PM

**PLEDGE OF ALLEGIANCE**

Council member Susman led the Pledge of Allegiance.

**ROLL CALL**

Present:     Black, Brooks, Clark, Espinoza, Flynn, Gilmore, Kashmann, Kniech, López, New, Ortega, Susman (12)

Absent:      Herndon (1)

**APPROVAL OF THE MINUTES**

17-0594 Minutes of Monday, May 15, 2017

 The minutes of Monday, May 22, 2017, were approved.

**Approved**

The minutes of meeting date, Monday, May 15, 2017, were distributed to Council. Council President Brooks ordered the minutes approved.

**COUNCIL ANNOUNCEMENTS**

Council members New, Kashmann, Gilmore, Clark, Espinoza, López, and Brooks offered announcements.

**PRESENTATIONS**

**COMMUNICATIONS**

**PROCLAMATIONS**

17-0604 **A proclamation affirming the vital importance of journalism in Denver civic life.**

A motion offered by Councilman Flynn, duly seconded by Councilwoman Kniech, that Proclamation 17-0604 be adopted. The motion carried by the following vote:

**Adopted**

Council President Brooks asked to be added as a sponsor of 17-0604.

Aye:         Black, Brooks, Clark, Espinoza, Flynn, Gilmore, Kashmann, Kniech, López, New, Ortega, Susman (12)

Nay:         (None) (0)

Absent:      Herndon (1)

17-0605 **A proclamation designating May 21 through May 27 as "Public Works Week in Denver" and Congratulating the Denver Public Works Department's Ten Employees of the Year for 2016.**

A motion offered by Councilwoman Susman, duly seconded by Councilman Flynn, that Proclamation 17-0605 be adopted. The motion carried by the following vote:

**Adopted**

Councilman New asked to be added as a sponsor of 17-0605.

Aye:         Black, Brooks, Clark, Espinoza, Flynn, Gilmore, Kashmann, Kniech, López, New, Ortega, Susman (12)

Nay:         (None) (0)

Absent:      Herndon (1)

**Finance & Governance Committee**

[17-0473](#) **AS AMENDED a resolution approving a proposed Escrow Funding Agreement between the City and County of Denver and H.C. Peck and Associates, Inc. to perform escrow services for the Platte to Park Hill Stormwater Systems Project.**

Approves a three-year nine-month $15 million contract with H.C. Peck and Associates, Inc. for relocation reimbursement to owners and tenants impacted by the Platte to Park Hill Stormwater Systems project including moving, storage, deposits, and other relocations costs in Council District 9 (FINAN-201733769-00). The last regularly scheduled Council meeting within the 30-day review period is on 6-12-17.  The Committee approved filing this resolution by consent on 4-25-17. Amended 5-22-17 to correct the clerk filing number for the new Exhibit A that deletes an incorrect reference to the Colorado Department of Transportation and adds language to clarify that the activities are to be performed under the oversight of the City and County of Denver.

A motion offered by Councilwoman Susman, duly seconded by Councilman Clark, that Resolution 17-0473 be adopted, was followed by a motion offered by Councilwoman Kniech, duly seconded by Councilman Clark, that Resolution 17-0473 be amended to correct the clerk filing number for the new Exhibit A that deletes an incorrect reference to the Colorado Department of Transportation and adds language to clarify that the activities are to be performed under the oversight of the City and County of Denver. The motion carried by the following vote:

**Amended**

Aye:        Black, Brooks, Clark, Espinoza, Flynn, Gilmore, Kashmann, Kniech, López, New, Ortega, Susman (12)

Nay:        (None) (0)

Absent:     Herndon (1)

A motion offered by Councilwoman Susman, duly seconded by Councilman Clark, that Resolution 17-0473 be adopted as amended. The motion carried by the following vote:

**Adopted as amended**

Aye:        Black, Brooks, Clark, Espinoza, Flynn, Gilmore, Kashmann, Kniech, López, New, Ortega, Susman (12)

Nay:        (None) (0)

Absent:     Herndon (1)

**ADJOURN**

There being no further business before the City Council, Council President Brooks adjourned the meeting at 8:02 p.m.

_____

President

Attested by me with the Corporate Seal of the City and County of Denver

_____

Clerk and Recorder, Ex-Officio Clerk
of the City and County of Denver

**Casias Declaration Attachment 5**

**City Council Minutes 8/14/2017**

# City Council Minutes
## Meeting Date: Monday, August 14, 2017  5:30 PM

**PLEDGE OF ALLEGIANCE**

Council member Espinoza led the Pledge of Allegiance.

**ROLL CALL**

Present:       Black, Brooks, Clark, Espinoza, Flynn, Gilmore, Herndon, Kashmann, Kniech, López, New, Ortega, Susman (13)

**APPROVAL OF THE MINUTES**

17-0920 Minutes of Monday, August 7, 2017

The minutes of meeting date, Monday, August 7, 2017, were distributed to Council. Council President Brooks ordered the minutes approved.

**Approved**

**COUNCIL ANNOUNCEMENTS**

Council members Herndon, Black, Flynn, Ortega, Brooks, and Kashmann offered announcements.

**PRESENTATIONS**

2017 Kaiser Permanente Colfax Marathon Government Cup Presentation

This presentation was Heard at Council.

**Heard at council**

**COMMUNICATIONS**

**PROCLAMATIONS**

17-0922 **A proclamation recognizing the annual Brother's Redevelopment and Denver Employee Volunteer Opportunities Paint-A-Thon Day in the City and County of Denver on Saturday, August 19, 2017.**

A motion offered by Councilman Brooks, duly seconded by Councilwoman Black, that Proclamation 17-0922 be adopted. The motion carried by the following vote:

**Adopted**

Aye:         Black, Brooks, Clark, Espinoza, Flynn, Gilmore, Herndon, Kashmann, Kniech, López, New, Ortega, Susman (13)

Nay:         (None) (0)

17-0923 **A proclamation committed to the funding of Colorado Public Education.**

A motion offered by Councilman Brooks, duly seconded by Councilwoman Black, that Proclamation 17-0923 be adopted. The motion carried by the following vote:

**Adopted**

Councilwoman Ortega asked to added as a sponsor of 17-0923.

Aye:         Black, Brooks, Clark, Espinoza, Flynn, Gilmore, Herndon, Kashmann, Kniech, López, New, Ortega, Susman (13)

Nay:         (None) (0)

[17-0849](#) **A resolution declaring the intent of the City and County of Denver, Colorado to use its best efforts to issue housing revenue bonds or mortgage credit certificates to provide financing of residential facilities for low- and middle-income families or persons; prescribing certain terms and conditions of such bonds and certificates; and containing other provisions relating to the proposed issuance of such bonds and certificates.**
Authorizes the City to carryforward $15,324,900 of unused 2017 private activity bonds and apply for additional volume cap allocation from the statewide balance to be utilized in future years, consistent with Colorado statutes and the Internal Revenue Code, for single family mortgage revenue bonds, multifamily housing bonds, and mortgage credit certificates. The Committee approved filing this resolution by consent on 8-1-17.

A motion offered by Councilman Espinoza, duly seconded by Councilman Flynn, that Resolution 17-0849 be adopted en bloc, carried by the following vote:

**Adopted**

Aye:        Black, Brooks, Clark, Espinoza, Flynn, Gilmore, Herndon, Kashmann, Kniech, López, New, Ortega, Susman (13)
Nay:        (None) (0)

**Land Use, Transportation & Infrastructure Committee**

[17-0823](#) **A resolution approving a proposed On-Call Program Management Agreement between the City and County of Denver and Parsons Transportation Group, Inc., for program management services of the City Park Golf Course Parks and Drainage Improvements Design/Build Project and the 39th Avenue/Park Hill Parks Drainage Improvements Design/Build Project.**
Approves a contract with Parsons Transportation Group, Inc. for $6 million and for three years for program management services of the City Park Golf Course parks and drainage improvements and the Park Hill parks and drainage improvements projects as part of the citywide Platte to Park Hill: Stormwater Systems project (201735100). The last regularly scheduled Council meeting within the 30-day review period is on 8-28-17. The Committee approved filing this resolution at its meeting on 7-25-17. Pursuant to Council Rule 3.7, Councilman Espinoza called out this resolution at the Monday, August 7, 2017, Council meeting for a postponement to the next regularly scheduled meeting of Monday, August 14, 2017.

A motion offered by Councilman Espinoza, duly seconded by Councilman Herndon, that Resolution 17-0823, 17-0824, and 17-0826 be adopted en bloc. The motion carried by the following vote:

**Adopted**

Aye:        Black, Brooks, Clark, Flynn, Gilmore, Herndon, Kniech, López, New, Susman (10)
Nay:        Espinoza, Kashmann, Ortega (3)

**17-0824 A resolution approving a proposed Contract between the City and County of Denver and Flatiron Constructors, Inc., regarding the Park Hill Storm, Phase V project.**

Approves a contract with Flatiron Constructors, Inc. for $7,638,647.98 and for one year for placement services of a 84" storm drainage pipe and 24" sanitary pipe from 48th Avenue and Dahlia Street to approximately 360 feet north of Smith Road and Dahlia Street including structural work, water utility relocations, sanitary sewer service reconnections, surface restoration, concrete flatwork, and asphalt paving to provide a 5-year storm system and minimize damage during storm events as part of the citywide Platte to Park Hill: Stormwater Systems project (201734065).  The last regularly scheduled Council meeting within the 30-day review period is on 8-28-17. The Committee approved filing this resolution at its meeting on 7-25-17. Pursuant to Council Rule 3.7, Councilman Espinoza called out this resolution at the Monday, August 7, 2017, Council meeting for a postponement to the next regularly scheduled meeting of Monday, August 14, 2017.

A motion offered by Councilman Espinoza, duly seconded by Councilman Herndon, that Resolution 17-0823, 17-0824, and 17-0826 be adopted en bloc. The motion carried by the following vote:

**Adopted**

| | |
|---|---|
| Aye: | Black, Brooks, Clark, Flynn, Gilmore, Herndon, Kniech, López, New, Susman (10) |
| Nay: | Espinoza, Kashmann, Ortega (3) |

**17-0826 A resolution approving a proposed Design-Build Contract between the City and County of Denver and Saunders Construction, LLC, for the design and construction of the City Park Golf Course Improvement project.**

Approves a contract with Saunders Construction, LLC for $44,990,100 for three years for the design and construction of the City Park Golf Course Improvements project for the renovation of City Park Golf Course in Council District 9 (201732257). The last regularly scheduled Council meeting within the 30-day review period is on 8-28-17. The Committee approved filing this resolution at its meeting on 7-25-17. Pursuant to Council Rule 3.7, Councilman Espinoza called out this resolution at the Monday, August 7, 2017, Council meeting for a postponement to the next regularly scheduled meeting of Monday, August 14, 2017.

A motion offered by Councilman Espinoza, duly seconded by Councilman Herndon, that Resolution 17-0823, 17-0824, and 17-0826 be adopted en bloc. The motion carried by the following vote:

**Adopted**

| | |
|---|---|
| Aye: | Black, Brooks, Clark, Flynn, Gilmore, Herndon, Kniech, López, New, Susman (10) |
| Nay: | Espinoza, Kashmann, Ortega (3) |

**ADJOURN**

There being no further business before the City Council, Council President Brooks adjourned the meeting at 1:12 a.m.

_____

President

Attested by me with the Corporate Seal of the City and County of Denver

_____

Clerk and Recorder, Ex-Officio Clerk
of the City and County of Denver

**Casias Declaration Attachment 6**

**City Council Minutes 9/11/2017**

# City Council Minutes

Meeting Date: Monday, September 11, 2017  5:30 PM

**PLEDGE OF ALLEGIANCE**

Councilman Kashmann led the Pledge of Allegiance.

**ROLL CALL**

Councilman Herndon arrived late.

Present:     Black, Brooks, Clark, Espinoza, Flynn, Herndon, Kashmann,
             López, Ortega, Susman (10)

Absent:     Gilmore, Kniech, New (3)

**APPROVAL OF THE MINUTES**

17-0991 Minutes of Monday, August 28, 2017

Council Approved Minutes 17-0991 was approved.

**Approved**

The minutes of meeting date, Monday, August 28, 2017, were distributed to Council.
Council President Brooks ordered the minutes approved.

**COUNCIL ANNOUNCEMENTS**

Council members López, Clark, and Brooks offered announcements.

**PRESENTATIONS**

**COMMUNICATIONS**

**PROCLAMATIONS**

17-0992 **A proclamation celebrating the Denver League of Women Voters'
85th Birthday.**

A motion offered by Councilwoman Black, duly seconded by Councilman Flynn, that
Council Proclamation 17-0992 be adopted. The motion carried by the following vote:

**Adopted**

Councilwoman Ortega asked to be added as a sponsor of Proclamation 17-0992.

Aye:        Black, Brooks, Clark, Espinoza, Flynn, Kashmann, López,
            Ortega, Susman (9)

Nay:        (None) (0)

Absent:     Gilmore, Herndon, Kniech, New (4)

17-0993 **A proclamation honoring the Denver Union Station Project
Authority and its Board of Directors for exemplary service.**

A motion offered by Councilman Brooks, duly seconded by Councilman Flynn, that
Council Proclamation 17-0993 be adopted. The motion carried by the following vote:

**Adopted**

Councilwoman Ortega asked to be added as a sponsor of Proclamation 17-0993.

Aye:        Black, Brooks, Clark, Espinoza, Flynn, Kashmann, López,
            Ortega, Susman (9)

Nay:        (None) (0)

Absent:     Gilmore, Herndon, Kniech, New (4)

**17-0910 A resolution approving a proposed Contract between the City and County of Denver and Federal Contracting, Inc., dba Bryan Construction, Incorporated, for the build out of Denver County Jail Building 24.**

Approves a contract with Bryan Construction, Incorporated for $3,045,931 and for nine months for design phase and construction phase services for the Denver County Jail Building 24 levels 6 and 7 build out located at 10500 Smith Road in Council District 8 (201736311).  The last regularly scheduled Council meeting within the 30-day review period is on 10-2-17.  The Committee approved filing this resolution by consent on 8-15-17.

A motion offered by Councilman Kashmann, duly seconded by Councilman Clark, that Council Resolution 17-0910 be adopted en bloc, carried by the following vote:

**Adopted**

Aye:       Black, Brooks, Clark, Espinoza, Flynn, Herndon, Kashmann, López, Ortega, Susman (10)

Nay:       (None) (0)

Absent:    Gilmore, Kniech, New (3)

**17-0915 A resolution approving a proposed Contract between the City and County of Denver and Saunders Construction, LLC to perform demolition, abatement, and site remediation services.**

Approves a contract with Saunders Construction, LLC., for $18,000,000 and for three years for integrated demolition services including project management services, property management services, facility demolition, facility abatement, and site-specific remediation in support of the National Western Center (NWC) program, the Platte to Park Hill project, and the North Denver Cornerstone Collaborative (201736386).  The last regularly scheduled Council meeting within the 30-day review period is on 10-2-17.  The Committee approved filing this resolution at its meeting on 8-22-17.

A motion offered by Councilman Kashmann, duly seconded by Councilman Clark, that Council Resolution 17-0915 be adopted en bloc, carried by the following vote:

**Adopted**

Aye:       Black, Brooks, Clark, Espinoza, Flynn, Herndon, Kashmann, López, Ortega, Susman (10)

Nay:       (None) (0)

Absent:    Gilmore, Kniech, New (3)

**17-0926 A resolution approving a proposed Purchase Order between the City and County of Denver and McCandless Truck Center LLC to produce two (2) 2017 Crane Carrier cab and chassis Heil 5000 body, rear loading trash trucks.**

Approves a purchase order with McCandless Truck Center LLC, for $581,722 for two 2017 Crane Carrier rear loading trash trucks with selected options and accessories, to support citywide solid waste management operations (PWOPS 0000012969). The last regularly scheduled Council meeting within the 30-day review period is on 9-25-17. The Committee approved filing this resolution by consent on 8-22-17.

A motion offered by Councilman Kashmann, duly seconded by Councilman Clark, that Council Resolution 17-0926 be adopted en bloc, carried by the following vote:

**Adopted**

**ADJOURN**

There being no further business before the City Council, Council President Brooks adjourned the meeting at 9:30 p.m.

_____

President

Attested by me with the Corporate Seal of the City and County of Denver

_____

Clerk and Recorder, Ex-Officio Clerk
of the City and County of Denver