IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | | | |
|---|---|---|---|
| Civil Action No: | 1:17-cv-01661-WJM-MEH | Date: | October 23, 2017 |
| Courtroom Deputy: | Molly Davenport | FTR: | Courtroom A 501 |

*Parties:* / *Counsel:*

KYLE ZEPPELIN, — Aaron Goldhamer
BRAD EVANS, — James Tutchton
CHRISTINE O'CONNOR, — Melissa Hailey
KIMBERLY MORSE
JACQUELINE LANSING,
JANET FEDER, — Aaron Goldhamer
— Melissa Hailey

SIERRA CLUB, — Andrea Gelfuso
ELYRIA AND SWANSEA NEIGHBORHOOD — Gregory Corbin
ASSOCIATION, — Robert Yuhnke
CHAFEE PARK NEIGHBORHOOD ASSOCIATION,
COLORADO LATINO FORUM,

    Plaintiffs,

v.

FEDERAL HIGHWAY ADMINISTRATION, — Carter Thurman
ELAINE CHAO, — David Carson
JOHN M. CATER, — Mayte Santacruz

    Defendants,

COLORADO DEPARTMENT OF — John Putnam
TRANSPORTATION, — Nicholas DiMascio
SHAILEN P. BHATT

    Intervenor Defendants.

---

**AMENDED COURTROOM MINUTES/MINUTE ORDER
SCHEDULING CONFERENCE**

---

**Court in session:**    **10:05 a.m.**

Court calls case. Appearances of counsel. Carter Thurman, Mayte Santacruz and Robert Yuhnke appeared by telephone.

Discussion was held regarding page/word limits to briefing. Discussion was also held regarding the filing of the official administrative record by the defendants and the time needed for the plaintiffs to review the record.

A joint motion will be filed regarding page/word limits in future filings.

**Deadline to file the full administrative record:   December 15, 2017**

**Deadline for any motion concerning the scope of the administrative record:                             February 12, 2018**

    **February 21, 2018 is the deadline for responses**
    **February 23, 2018 is the deadline for replies.**

**A Motion Hearing is set for February 26, 2018 at 10:00 a.m.** before Magistrate Judge Hegarty in Courtroom A501 to address motions filed concerning the scope of the administrative record.

**Deadline for the Plaintiffs' Opening Briefs:    April 2, 2018**

**Court in recess:       11:04 a.m.       (Hearing concluded)**
**Total time in Court:  0:59**

*To obtain a transcript of this proceeding, please contact Patterson Transcription Company at (303) 755-4536 **or** AB Court Reporting & Video, Inc.