**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action Nos. 17-cv-01661-WJM-MEH
17-cv-01679-WJM-MEH

KYLE ZEPPELIN; BRAD EVANS; CHRISTINE O'CONNOR; KIMBERLY MORSE; JACQUELINE LANSING; JANET FEDER; SIERRA CLUB; ELYRIA AND SWANSEA NEIGHBORHOOD ASSOCIATION; CHAFEE PARK NEIGHBORHOOD ASSOCIATION; and COLORADO LATINO FORUM,

    Plaintiffs,

v.

FEDERAL HIGHWAY ADMINISTRATION, ELAINE CHAO, in her official capacity as Secretary of Transportation; and JOHN M. CARTER, in his official capacity as Division Administrator,

    Defendants,

v.

COLORADO DEPARTMENT OF TRANSPORTATION, and SHAILEN P. BHATT, in his official capacity as Executive Director of the Colorado Department of Transportation,

    Defendant-Intervenors.

**ZEPPELIN PLAINTIFFS' NOTICE OF LEAD COUNSEL UNAVAILABILITY
NOVEMBER 6, 2017 – NOVEMBER 17, 2017**

Pending before the Court and fully briefed by the parties are the Zeppelin Plaintiffs' Motion for Stay, Dkt. 32, and the Motions to Dismiss for Lack of Subject Matter Jurisdiction filed by Defendant FHWA, Dkt. 45, and the CDOT Intervenors, Dkt. 47. The Court has indicated that it may set an evidentiary hearing. See Order Regarding Pending Motions, Dkt. 55. In the event the Court chooses to set an evidentiary hearing, Plaintiffs would like to notify the

Court that undersigned counsel is scheduled to be out of the country from November 6, 2017 through November 17, 2017.  Ms. Hailey is lead counsel for the Zeppelin Plaintiffs and is the attorney most familiar with the facts, witnesses, and evidence supporting Plaintiffs' Motion for Stay.  Because the Zeppelin Plaintiffs and their other counsel believe Ms. Hailey's participation in any forthcoming hearing is vital, they file this advance Notice as a courtesy in hopes of avoiding the need to reschedule the hearing if set within that two-week period.

Undersigned counsel has conferred with all other counsel in this case.  Should the Court decide that a hearing is warranted, no party objects to scheduling that hearing outside the time Ms. Hailey has indicated she is unavailable.  The CDOT Intervenors wish to reiterate their position that no hearing is warranted.  The CDOT Intervenors also request that any future hearing be subject to further coordination on an appropriate schedule given the scope of any such hearing, the availability of witnesses (including nonparty witnesses), and the need for counsel to adequately prepare given their other responsibilities, including responding to the Sierra Club Plaintiffs' forthcoming motion for preliminary injunction.

Respectfully submitted this 25th day of October, 2017.

                                        KEATING WAGNER POLIDORI FREE, P.C.

By:   *s/ Melissa A. Hailey*
        Melissa A. Hailey, CO Reg. #42836
        Aaron D. Goldhamer, CO Reg. #41016
        1290 Broadway, Suite 600
        Denver, CO 80203
        Tel: (303) 534-0401
        Fax: (303) 534-8333
        mah@keatingwagner.com
        agoldhamer@keatingwagner.com

*~ and ~*

James Jay Tutchton, CO Reg. #21138
Tutchton Law Office
6439 East Maplewood Avenue
Centennial, CO 80111
Tel: (720) 301-3843
jtutchtontlo@gmail.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of October, 2017, I filed a true and accurate copy of the foregoing with the Clerk of Court via the CM/ECF system, which provided immediate electronic notice of the same to all counsel of record as follows:

Carter F. Thurman, Esq.
Mayte Santacruz, Esq.
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, DC 20044-7611
Carter.thurman@usdoj.gov
Mayte.santacruz@usdoj.gov

David A. Carson
U.S. Department of Justice-Denver-ENRS
Environment & Natural Resources Section
999 17th Street
South Terrace, Suite 370
Denver, CO 80212
David.a.carson@usdoj.gov

*Attorneys for Federal Defendants*

John E. Putnam, Esq.
Nicholas A. DiMascio, Esq.
Kaplan Kirsch & Rockwell, LLP
1675 Broadway, Suite 2300
Denver, CO 80202
jputnam@kaplankirsch.com
ndimascio@kaplankirsch.com

Brent E. Butzin, Esq.
Assistant Attorney General
1300 Broadway, Tenth Floor
Denver, Colorado 80203
Brent.butzin@coag.gov

*Attorneys for Defendant-Intervenors*

Robert E. Yuhnke, Esq.
Robert E. Yuhnke & Associates

2

4050 SE Hosner Terrace
Gresham, OR 97080
Bob.yuhnke@prodigy.net

Andrea S. Gelfuso, Esq.
Andrea Gelfuso, Attorney at Law
2402 South Holland Street
Lakewood, CO 80227
Agelfuso6@gmail.com

Gregory Nicholas Corbin
Milligan Rona Duran & King, LLC-Denver
1627 Vine Street
Denver, CO 80206
gnc@mrdklaw.com

*Attorneys for Sierra Club Plaintiffs*

*s/ Melissa A. Hailey*

2