# FINAL LIST OF PROPOSED EXHIBITS

CASE NO. 17-cv-01661-WJM-MEH     PLAINTIFF'S LIST: X     DEFENDANT'S LIST: ☐     THIRD PTY DEFTS. LIST: ☐
            17-cv-01679-WJM-MEH

CASE CAPTION Zeppelin et al. vs. Federal Highway Administration et al.   DATE November 3, 2017

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | ADM / AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Perry | Wastewater 6-Year CIP 2016-2021 | | X | | | | | |
| 2 | Thomas Espinoza Ortega | IGA between CDOT and Denver | | X | | | | | |
| 3 | Thomas Espinoza | Denver Public Works Power Point presentation to Denver City Council Finance and Governance Committee on August 30, 2016 (Dkt. 56-4) | | X | | | | | |
| 4 | Thomas | Letter from Jane Hann to Steve Turner, dated December 29, 2016 (Dkt. 32-22) | | X | | | | | |
| 5 | Thomas Espinoza | Email exchange between Angela Casias and Rafael Espinoza, dated October 19, | | X | | | | | |

1

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | ADM / AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| | | 2017 | | | | | | | |
| 6 | Thomas Ortega | Declaration of Lesley Thomas (Dkt. 46-11) | | X | | | | | |
| 7 | Thomas | Second Declaration of Lesley Thomas (Dkt. 65-2) | | X | | | | | |
| 8 | Espinoza | Declaration of Rafael Espinoza (Dkt. 56-5) | | X | | | | | |
| 9 | Espinoza | Second Declaration of Rafael Espinoza (Dkt. 62-6) | | X | | | | | |
| 10 | Ortega | Declaration of Deborah Ortega (Dkt. 56-6) | | X | | | | | |
| 11 | | withdrawn | | | | | | | |
| 12 | Espinoza Perry | Declaration of Laura Perry (Dkt. 65-1) | | X | | | | | |
| 13 | Thomas | Excerpted Video of June 3, 2015 Denver City Council Infrastructure and Cultural Committee meeting (Dkt. 69) | | X | | | | | |

2

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | ADM / AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 14 | Thomas | Excerpted Video of June 22, 2015 Denver City Council Weekly Legislative Meeting (Dkt. 69) | | X | | | | | |
| 15 | Thomas | Excerpted Video of July 6, 2015 Denver City Council Weekly Legislative Meeting (Dkt. 69) | | X | | | | | |
| 16 | Espinoza | Excerpted Video of October 3, 2017 Denver City Council Finance and Governance Committee Meeting (Dkt. 69) | | X | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

3