**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Case No. 17-cv-01661-WJM-MEH
17-cv-01679-WJM-MEH                                    Date November 3, 2017

Case Title Zeppelin et al v. Federal Highway Administration et al.

Plaintiffs' FINAL WITNESS LIST

| WITNESS & DATE | PROPOSED LENGTH OF TESTIMONY |||
|---|---|---|---|
| | Direct | Cross | Total |
| Lesley Thomas, November 3, 2017 | 1:30 | 0:20 | 1:50 |
| Rafael Espinoza, November 3, 2017 | 0:45 | 0:20 | 1:05 |
| Deborah Ortega, November 3, 2017 | 0:45 | 0:20 | 1:05 |
| Any witness necessary for rebuttal | | | |