**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge William J. Martínez**

Case Nos. 17-cv-01661-WJM-MEH
17-cv-01679-WJM-MEH                               Date November 3, 2017

Case Title Zeppelin, et al. vs. Federal Highway Administration, et al

DEFENDANT FINAL WITNESS LIST

| WITNESS & DATE | PROPOSED LENGTH OF TESTIMONY | | |
|---|---|---|---|
| LAURA PERRY November 3, 2017 | Direct: 1:00 | Cross: 0:30 | Total: 1:30 |
| LESLEY THOMAS November 3, 2017 | Direct: 1:00 | Cross: 0:15 | Total: 1:15 |
| | Direct: | Cross: | Total: |
| | Direct: | Cross: | Total: |
| | Direct: | Cross: | Total: |
| | Direct: | Cross: | Total: |
| | Direct: | Cross: | Total: |
| | Direct: | Cross: | Total: |
| | Direct: | Cross: | Total: |
| | Direct: | Cross: | Total: |
| | Direct: | Cross: | Total: |
| | Direct: | Cross: | Total: |
| | Direct: | Cross: | Total: |
| | Direct: | Cross: | Total: |
| | Direct: | Cross: | Total: |
| | Direct: | Cross: | Total: |
| | Direct: | Cross: | Total: |
| | Direct: | Cross: | Total: |