# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### District of Colorado

Case Number: 17-CV-01661-WJM-MEH

Plaintiff:
**KYLE ZEPPELIN ET AL**

vs.

Defendant:
**FEDERAL HIGHWAY ADMINISTRATION ET AL**

HBI2017002599

For:
Aaron D. Goldhamer
Keating Wagner Polidori Free P.C.
1290 Broadway
Denver, CO 80203

Received by Hibernia, Inc. to be served on **LESLEY THOMAS, 28 S. MCINTYRE WAY, GOLDEN, Jefferson County, CO 80401**.

I, Clive Mulvihill, being duly sworn, depose and say that on the **1st day of November, 2017** at **7:58 am**, I:

**Served the SUBPOENA TO APPEAR AND TESTIFY AT A HEARING OR TRIAL IN A CIVIL ACTION; WITNESS FEE $41.10 on LESLEY THOMAS at the following location: 28 S. MCINTYRE WAY, GOLDEN, Jefferson County, CO 80401 by handing the documents to a person identied to me as LESLEY THOMAS.**

I declare under oath that I am 18 years or older and not a party to this action; I have read the foregoing affidavit of service the statements set forth therein are true and correct to the best of my knowledge.

Subscribed and sworn to before me in the county of Jefferson, State of Colorado on the 1st day of November, 2017.

NOTARY PUBLIC

RACHEL MULVIHILL
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20004020037
MY COMMISSION EXPIRES OCTOBER 21, 2018

Clive Mulvihill

Hibernia, Inc.
1746 Cole Blvd., Ste 225
Golden, CO 80401
(303) 996-0641

Our Job Serial Number: HBI-2017002599
Ref: ZEPPELIN.FEDERAL

Copyright © 1992-2017 Database Services, Inc. - Process Server's Toolbox V7.2g

# CERTIFICATE OF SERVICE

      I hereby certify that on this 2nd day of November, 2017, I filed a true and accurate copy of the foregoing with the Clerk of Court via the CM/ECF system, which provided immediate electronic notice of the same to all counsel of record as follows:

Carter F. Thurman, Esq.
Mayte Santacruz, Esq.
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, DC 20044-7611
Carter.thurman@usdoj.gov
Mayte.santacruz@usdoj.gov

David A. Carson
U.S. Department of Justice-Denver-ENRS
Environment & Natural Resources Section
999 17th Street
South Terrace, Suite 370
Denver, CO 80212
David.a.carson@usdoj.gov

*Attorneys for Federal Defendants*

John E. Putnam, Esq.
Nicholas A. DiMascio, Esq.
Kaplan Kirsch & Rockwell, LLP
1675 Broadway, Suite 2300
Denver, CO 80202
jputnam@kaplankirsch.com
ndimascio@kaplankirsch.com

Brent E. Butzin, Esq.
Assistant Attorney General
1300 Broadway, Tenth Floor
Denver, Colorado 80203
Brent.butzin@coag.gov

*Attorneys for Defendant-Intervenors*

Robert E. Yuhnke, Esq.
Robert E. Yuhnke & Associates

2

4050 SE Hosner Terrace
Gresham, OR 97080
Bob.yuhnke@prodigy.net

Andrea S. Gelfuso, Esq.
Andrea Gelfuso, Attorney at Law
2402 South Holland Street
Lakewood, CO 80227
Agelfuso6@gmail.com

Gregory Nicholas Corbin
Milligan Rona Duran & King, LLC-Denver
1627 Vine Street
Denver, CO 80206
gnc@mrdklaw.com

*Attorneys for Sierra Club Plaintiffs*

                                                           *s/ Melissa A. Hailey*