IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

| | |
|---|---|
| Courtroom Deputy: Deborah Hansen | Date: November 3, 2017 |
| Court Reporter: Mary George | Time: six hours and 52 minutes |

| | |
|---|---|
| Civil Action No: 17-cv-1661-WJM-MEH<br>*Consolidated with* 17-cv-1679-WJM-MEH | Counsel: |
| KYLE ZEPPELIN; et al., | Melissa A. Hailey<br>Aaron D. Goldhamer |
| and | James J. Tutchton |
| SIERRA CLUB, et al., | |
| Plaintiffs,<br>v. | |
| FEDERAL HIGHWAY<br>ADMINISTRATION, et al., | Mayte Santacruz |
| Defendants.<br>v. | |
| COLORADO DEPARTMENT OF<br>TRANSPORATION, | John E. Putnam<br>Nicholas A. DiMascio |
| Defendant-Intervenors. | |

## COURTROOM MINUTES

PRELIMINARY INJUNCTION EVIDENTIARY HEARING

09:00 a.m.   Court in Session

Appearances

Court's comments

This matter is before the court for an evidentiary hearing on subject matter jurisdiction.

**ORDERED:**  Plaintiffs' oral motion for Rule 615 is granted. Rule 615 is invoked.

All the parties' exhibits have been stipulated to and are RECEIVED.

09:07 Opening Statement (by Ms. Hailey)

09:14 Opening Statement (by Mr. Putman)

**PLAINTIFFS' WITNESS LESLEY THOMAS**
09:28 Direct (by Ms. Hailey)

10:30 Court in Recess
10:46 Court in Session

**PLAINTIFFS' WITNESS LESLEY THOMAS**
10:46 Direct continued (by Ms. Hailey)

11:21  Cross (by Mr. DiMascio)

12:03  Redirect

12:24 Court in Recess
01:15 Court in Session

01:17 Cross (by Mr. Putnam)

01:21 Court

01:32  Redirect continued (by Ms. Hailey)

01:36  Cross continued (by Mr. DiMascio)

**DEFENDANTS/DEFENDANT-INTERVENORS' WITNESS LAURA PERRY**
01:40 Direct (by Mr. Putnam)

02:04 Direct (by Ms. Santacruz)

02:06 Cross (by Mr. Goldhamer)

02:30 Redirect (by Mr. Putnam)

02:36 Court

**PLAINTIFFS' WITNESS RAFAEL ESPINOZA**
02:40 Direct (by Mr. Goldhamer)

03:00 Court in Recess
03:15 Court in Session

**PLAINTIFFS' WITNESS RAFAEL ESPINOZA**
03:15 Direct continued (by Mr. Goldhamer)

03:36 Cross (by Mr. Putnam)

03:57 Redirect (by Mr. Goldhamer)

**PLAINTIFFS' WITNESS DEBORAH ORTEGA**
04:09 Direct (by Mr. Goldhamer)

Evidence closed.

04:32  Court in Recess
04:42  Court in Session

04:45 Closing Argument (by Ms. Hailey)

05:03 Closing Argument (by Mr. Putnam)

05:16 Closing Argument (by Ms. Santacruz)

Discussion/Argument

**ORDERED:**  The matter is TAKEN UNDER ADVISEMENT.

05:24 p.m.    Court in Recess
              Hearing concluded