# FINAL LIST OF PROPOSED EXHIBITS

CASE NO. <u>17-cv-01661-WJM-MEH</u>   PLAINTIFF'S LIST: X   DEFENDANT'S LIST: ☐   THIRD PTY DEFTS. LIST: ☐
<u>17-cv-01679-WJM-MEH</u>

CASE CAPTION <u>Zeppelin et al. vs. Federal Highway Administration et al.</u>   DATE <u>November 3, 2017</u>

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO./LTR | WITNESS | DESCRIPTION | ADM/AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Perry | Wastewater 6-Year CIP 2016-2021 | | X | | ✓ | | | |
| 2 | Thomas Espinoza Ortega | IGA between CDOT and Denver | | X | | ✓ | | | |
| 3 | Thomas Espinoza | Denver Public Works Power Point presentation to Denver City Council Finance and Governance Committee on August 30, 2016 (Dkt. 56-4) | | X | | ✓ | | | |
| 4 | Thomas | Letter from Jane Hann to Steve Turner, dated December 29, 2016 (Dkt. 32-22) | | X | | ✓ | | | |
| 5 | Thomas Espinoza | Email exchange between Angela Casias and Rafael Espinoza, dated October 19, | | X | | ✓ | | | |

1

| EXHIBIT NO./LTR | WITNESS | DESCRIPTION 2017 | ADM/AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 6 | Thomas Ortega | Declaration of Lesley Thomas (Dkt. 46-11) | | X | | ✓ | | | |
| 7 | Thomas | Second Declaration of Lesley Thomas (Dkt. 65-2) | | X | | ✓ | | | |
| 8 | Espinoza | Declaration of Rafael Espinoza (Dkt. 56-5) | | X | | ✓ | | | |
| 9 | Espinoza | Second Declaration of Rafael Espinoza (Dkt. 62-6) | | X | | ✓ | | | |
| 10 | Ortega | Declaration of Deborah Ortega (Dkt. 56-6) | | X | | ✓ | | | |
| 11 | | withdrawn | | | | | | | |
| 12 | Espinoza Perry | Declaration of Laura Perry (Dkt. 65-1) | | X | | ✓ | | | |
| 13 | Thomas | Excerpted Video of June 3, 2015 Denver City Council Infrastructure and Cultural Committee meeting (Dkt. 69) | | X | | ✓ | | | |

2

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | ADM / AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 14 | Thomas | Excerpted Video of June 22, 2015 Denver City Council Weekly Legislative Meeting (Dkt. 69) | | X | | ⌒ | | | |
| 15 | Thomas | Excerpted Video of July 6, 2015 Denver City Council Weekly Legislative Meeting (Dkt. 69) | | X | | ⌒ | | | |
| 16 | Espinoza | Excerpted Video of October 3, 2017 Denver City Council Finance and Governance Committee Meeting (Dkt. 69) | | X | | ⌒ | | | |

3