# FINAL LIST OF PROPOSED EXHIBITS

CASE NOS.   17-cv-01661-WJM-MEH   PLAINTIFF'S LIST: ☐   DEFENDANT'S LIST: ☒   THIRD PTY DEFTS. LIST: ☐
17-cv-01679-WJM-MEH

CASE CAPTION  ZEPPELIN, ET AL. vs. FEDERAL HIGHWAY ADMINISTRATION, ET AL   DATE  NOVEMBER 3, 2017

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO./LTR | WITNESS | DESCRIPTION | ADM/AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/INFO. |
|---|---|---|---|---|---|---|---|---|---|
| A | ESPINOZA ORTEGA THOMAS | CITY AND COUNTY OF DENVER ORDINANCE NO. 20160306 (PASSED JUNE 13, 2016) (WASTEWATER RATE INCREASE) | | X | | ✓ | | | |
| B | ESPINOZA ORTEGA PERRY | CITY AND COUNTY OF DENVER ORDINANCE NO. 20160757 (PASSED SEPTEMBER 26, 2016) (BOND ISSUANCE) | | X | | ✓ | | | |

1

Case 1:17-cv-01661-WJM-MEH   Document 83   Filed 11/02/17   USDC Colorado   Page 2 of 6

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | ADM / AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| C | ESPINOZA ORTEGA PERRY | PRELIMINARY OFFICIAL BOND STATEMENT (SEPT. 14, 2016) | | X | | ╲ | | | |
| D | ESPINOZA ORTEGA PERRY | FINAL OFFICIAL BOND STATEMENT (OCT. 25, 2016) | | X | | ╲ | | | |
| E | THOMAS | CITY AND COUNTY OF DENVER DEPARTMENT OF PUBLIC WORKS CONTRACT NO. 2015242689 (EXECUTED OCTOBER 28, 2015) (GLOBEVILLE LANDING OUTFALL) | | X | | ╲ | | | |

2

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | ADM / AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| F | THOMAS | CITY AND COUNTY OF DENVER DEPARTMENT OF PUBLIC WORKS CONTRACT NO. 201736093 (EXECUTED AUGUST 17, 2017) (CITY PARK GOLF COURSE) | | X | | ✓ | | | |
| G | THOMAS | PHOTOGRAPHS OF GLOBEVILLE LANDING OUTFALL TAKEN BY LESLEY THOMAS (AUG. 8, 2017) | | X | | ✓ | | | |
| H | ESPINOZA ORTEGA | DECLARATION OF ANGELA CASIAS (ECF 65-3) | | X | | ✓ | | | |

3

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | ADM / AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| I | ESPINOZA ORTEGA THOMAS | CITY COUNCIL MINUTES (OCT. 19, 2015) (EXCERPT) (ECF 65-3) | | X | | ✓ | | | |
| J | ESPINOZA ORTEGA THOMAS | CITY COUNCIL MINUTES (JUNE 13, 2016) (EXCERPT) (ECF 65-3) | | X | | ✓ | | | |
| K | ESPINOZA ORTEGA THOMAS | CITY COUNCIL MINUTES (SEPT. 26, 2016) (EXCERPT) (ECF 65-3) | | X | | ✓ | | | |
| L | ESPINOZA ORTEGA THOMAS | CITY COUNCIL MINUTES (MAY 22, 2017) (EXCERPT) (ECF 65-3) | | X | | ✓ | | | |

4

| EXHIBIT NO./LTR | WITNESS | DESCRIPTION | ADM/AUTH STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/INFO. |
|---|---|---|---|---|---|---|---|---|
| M | ESPINOZA THOMAS | CITY COUNCIL MINUTES (AUG. 14, 2017) (EXCERPT) (ECF 65-3) | X | | ⟩ | | | |
| N | THOMAS | VIDEO OF MAY 31, 2016, DENVER SPECIAL CITY COUNCIL MEETING (1:08:41 (START); 1:18:30 TO 1:20:16 (TESTIMONY OF LESLEY THOMAS) | X | | ⟩ | | | |

Case 1:17-cv-01661-WJM-MEH Document 83 Filed 11/02/17 USDC Colorado Page 6 of 6

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | ADM / AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| O | THOMAS | VIDEO OF JUNE 13, 2016, DENVER CITY COUNCIL WEEKLY LEGISLATIVE MEETING (5:58:08 (START); 8:12:45 TO 8:58:39 (STATEMENTS OF CITY COUNCIL) | | X | | ⟩ | | | |
| P | ESPINOZA THOMAS | DENVER CODE OF ORDINANCES §§ 2.3.1 TO 2.3.3 | | X | | ⟩ | | | |
| Q | ESPINOZA THOMAS | DENVER CODE OF ORDINANCES §§ 2.5.1 TO 2.5.5 | | X | | ⟩ | | | |
| | | | | | | | | | |

6