# Exhibit 19

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-1661-WJM-MEH
*Consolidated with* 17-cv-1679-WJM-MEH

KYLE ZEPPELIN; BRAD EVANS; CHRISTINE O'CONNOR; KIMBERLY MORSE; JACQUELINE LANSING; JANET FEDER;

*and*

SIERRA CLUB; ELYRIA AND SWANSEA NEIGHBORHOOD ASSOCIATION; CHAFFEE PARK NEIGHBORHOOD ASSOCIATION; and COLORADO LATINO FORUM,

Plaintiffs,

v.

FEDERAL HIGHWAY ADMINISTRATION, ELAINE CHAO, in her official capacity as Secretary of Transportation; and JOHN M. CARTER, in his official capacity as Division Administrator, Defendants,

v.

COLORADO DEPARTMENT OF TRANSPORTATION, and SHAILEN P. BHATT, in his official capacity as Executive Director of the Colorado Department of Transportation,

Defendant-Intervenors.

---

## DECLARATION OF CRYSTAL ROYBAL

---

I, Crystal Roybal, declare as follows:

1. The facts set forth in this declaration are based on my own personal knowledge, information, and belief.

2. I am 38 years old and competent to testify to all matters contained herein.

3. I am a member of the Colorado Latino Forum.

1 – Declaration of Crystal Roybal

4. Presently, I live in Northglenn, CO, but I lived in my parents' house at 4407 Grant Street, Denver, CO, from the time I was 10 years old until I moved out when I was 18 years old. In addition, in order to keep my older son in the Gifted and Talented Program at Garden Place Elementary, I kept an apartment in Northglenn, but during the week, I lived at with my parents at 4407 Grant Street for another 10 months between July 2015 and May 2016. I am very attached to the Globeville neighborhood and the community and I consider that my home.

5. My parents' house is within two blocks of I-70's current alignment. It is my understanding that my parents' house will not be provided with any mitigation, as it is outside the corridor of homes that would receive mitigation help.

6. My parents' house is old and very drafty and the windows are old and damaged; there is Plexiglass on one window and my parents already get quite a bit of dust in the house. I worry about the dust from the highway coming into the house and that with construction, the dust will increase.

7. In the summer, my parents' house is hot, so my mother and the rest of the family spend a lot of time on the porch, and the kids like to play outside in the yard. In addition, I come from a large family, and my family holds all family celebrations, including all holidays, at my parents' house. When the weather is good, we hold many parties, including kids' birthday parties, outside in the yard. I am very concerned that during construction, our family would be stuck inside the house.

8. No one smokes in my home, or at my mother's house.

9. My mother, Gloria Hernandez, is 56 years old and has lived at 4407 Grant Street for 28 years. The previous owner of this house was my Uncle Casey, who died from leukemia.

10. My mother has Rheumatoid Arthritis ("RA") and takes medications that compromise her immune system. My mother is particularly susceptible to the dangers of getting dust particles in her lungs, because of the immune-suppressing medications she takes for her RA. If she gets so much as a cold, she could develop a life-threatening illness.

11. My brother Leroy, age 30, lives with my parents and has lived in this house since he was a year old. Leroy has Down Syndrome and suffers from a heart murmur and Cerebral Palsy. When Leroy was a year old, he had heart surgery, which damaged a nerve in his left lung; he has breathing problems. He has also been previously diagnosed with elevated levels of lead in his blood. I worry about Leroy being exposed to the dust from construction because he spends all of his time in my parents' house, and he is exposed to more dust than most people when he crawls on the floor and puts his hands in his mouth.

12. In addition, my brother Jesse, age 29, lives with my parents. Jesse has allergies. Jesse has a son, Isaac, 11, who lived with my parents until this year; now Isaac lives with his mother during the week and visits my parents on weekends.

13. I have three children. My oldest son, Israel, is 10 years old. My younger son, Ezra, is 2 years old. I just had a baby, Anaya, who is three weeks old.

14. My oldest son, Israel, lives with me in Northglenn but attends school at Garden Place Elementary, at 44th and Lincoln, which is two blocks from I-70.

15. My younger son, Ezra, is two years old, and has asthma. I lived in my parents' house on weekdays when Ezra was three months old until just after his first birthday. I lived with

3 – Declaration of Crystal Roybal

my parents during the week so my son Israel could attend school at Garden Place. When Ezra was just a few months old, he developed respiratory problems that required repeated doctor visits. When he was three or four months old, he coughed a lot, and when he was only five or six months old, he started wheezing. When he was six months old, after three or four episodes of wheezing, Ezra was diagnosed with asthma. Within his first year, he developed lung infections that twice required antibiotics. While I lived at my parents' house, I was taking Ezra to the doctor every other month. I moved out with Ezra when he was just over a year old. Since I moved away from my parents' house, Ezra has had breathing problems much less frequently; the last time I took Ezra to the doctor for breathing problems was in July or August.

16. Ezra loves my mother and visits her several times a week, sometimes staying overnight. My mother and I have noticed that Ezra has trouble breathing when he plays outside at my parents' house, and I notice that after he's been at my parents' house, Ezra coughs more than he does when he hasn't visited her house in a few days.

17. I just had a baby daughter, Anaya, who is three weeks old. I would like Anaya to be able to stay with my mother, like Ezra, but I worry that she will also develop asthma.

18. The Final EIS for the I-70 Project explains that heavy-duty, diesel-powered construction equipment will be used for four to five years to excavate and haul 3.9 million cubic yards of soil and debris from demolishing the viaduct and constructing a 280' wide right of way with 10 travel lanes, two shoulder lanes and two to four frontage lanes. Between Brighton Boulevard and Colorado Boulevard, the Project will be dug up to 40 feet deep in a 1.8 mile long trench through hazardous waste disposal sites known to be

4 – Declaration of Crystal Roybal

contaminated with toxic metals, including lead, arsenic and cadmium. I understand that construction will require heavy-duty, diesel-powered equipment, such as front loaders, excavators, heavy duty haul trucks, cement mixers, and asphalt spreaders that emit air pollutants that the U.S. Environmental Protection Agency has found to be harmful to human health, including fine particles (PM2.5), dust particles (PM10), nitrogen oxides and mobile source air toxics.

19. I understand that the Final Environmental Impact Statement for the I-70 project states that construction will add more pollution to the neighborhood because exhaust from the diesel construction equipment will increase fine particles. Additionally, PM10 will increase from dust emissions that may be contaminated with lead, arsenic, and cadmium. During the construction period, I am very concerned that my parents, my brothers, my nephew, my children and I will be exposed to both increased particulate matter from construction activities and toxic heavy metals that will become airborne in the construction dust.

20. I understand from the mitigation described in the Final EIS that CDOT will only collect soil samples in "three or four recently cleaned-up residential properties" to test for heavy metal contaminants to make sure the properties are not re-contaminated, but that CDOT has not committed to test for toxic metals to identify contaminated soils before they are disturbed and to take actions necessary to prevent community exposure by stopping contaminated soil particles from becoming airborne. That makes me worry for my kids, my family, and my parents' neighbors.

5 – Declaration of Crystal Roybal

21. I am extremely concerned about the health risks resulting from the closeness of my parents' home and my oldest son's school to the construction area. I am concerned about the adverse health effects to my mother, who is sensitive to dust; to my brother Leroy, who has breathing problems; to my brother Jesse, who has allergies; to my older son, who attends school close to the construction area; to my younger son, who already has asthma; to my baby daughter, and to me that are likely to result from breathing in these toxic particulates during the construction period. I'm also concerned about the impact to the people in the neighborhood, many of whom are elderly and in poor health.

22. I am also concerned because I have heard, but don't know for sure, that construction will take place not just during the day, but at night, using bright lights. This will make it harder for my mother and my brother, who already have serious health problems, to sleep. During years of construction they, and all of the sick and elderly people in the neighborhood, will have no break from the noise and the dust.

23. Money cannot compensate me and my family for our injuries because it will be unable to put us in the same position we would have been in if construction did not start. I am worried that visiting my parents' home could trigger my son Ezra's asthma, and that my baby daughter will develop asthma like Ezra. My family is large and very close, and we consider my parents' house to be the center of our family, as all of our celebrations, including holidays and birthdays, are held there. Because of the health risks from the dust from construction, I am concerned that my kids will miss out on visits with their grandparents and other family members, including uncles and cousins, and we would all suffer from not being able to spend time together in our childhood home.

6 – Declaration of Crystal Roybal

24. If called as a witness, I could and would testify competently as to the facts and opinions stated above.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed at Northglenn, CO, this 3RD day of November 2017.

*C. L. Roybal*
Crystal Roybal

7 – Declaration of Crystal Roybal