# Exhibit 21

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-1661-WJM-MEH
*Consolidated with* 17-cv-1679-WJM-MEH

KYLE ZEPPELIN; BRAD EVANS; CHRISTINE O'CONNOR; KIMBERLY MORSE; JACQUELINE LANSING; JANET FEDER;

*and*

SIERRA CLUB; ELYRIA AND SWANSEA NEIGHBORHOOD ASSOCIATION; CHAFFEE PARK NEIGHBORHOOD ASSOCIATION; and COLORADO LATINO FORUM,

Plaintiffs,

v.

FEDERAL HIGHWAY ADMINISTRATION, ELAINE CHAO, in her official capacity as Secretary of Transportation; and JOHN M. CARTER, in his official capacity as Division Administrator, Defendants,

v.

COLORADO DEPARTMENT OF TRANSPORTATION, and SHAILEN P. BHATT, in his official capacity as Executive Director of the Colorado Department of Transportation,

Defendant-Intervenors.

## DECLARATION OF MARY HERNANDEZ

I, Mary Hernandez, declare as follows:

1. The facts set forth in this declaration are based on my own personal knowledge, information, and belief.

2. I am 62 years old and competent to testify to all matters contained herein.

3. I am a member of the Sierra Club.

1 - Declaration of Mary Hernandez

4. Presently, I live in Arvada, CO, though I grew up in and am very attached to the Globeville and Elyria and Swansea neighborhoods.

5. For approximately 12 years, I have taught art to children and adults for the Denver Public Library. My job requires that I rotate to certain libraries in the Denver system on a regular basis. One of the libraries where I work is the Valdez-Perry branch, located at 4690 Vine Street, in the Elyria neighborhood.

6. In addition to my work for the Denver Public Library, I also teach art to community children at the Chac Gallery & Cultural Center at 772 Santa Fe Drive, also in Denver. The Chac Gallery features artwork created by Chicano and Latino artists. For the past six years, I have taught 2-3 hours a week; my classes include lessons on painting, drawing and collage.

7. On Fridays, I also teach art home-schooled children at the FACE (Family Academy of Christian Education)

8. For the past four years, I have taught art to children at the Valdez-Perry library branch. My class is a part of the Denver Public Library "Plaza Program," which is intended to meet the needs of the immigrant, refugee and asylum populations in and around Denver. The Plaza Program helps these groups with learning English, finding a path to citizenship, and finding and improving their employment prospects. More information about the Plaza Program is available online at https://www.denverlibrary.org/services-immigrants.

9. While parents take classes in the Plaza Program, I teach their children various artistic techniques; I teach painting, drawing, collage, beadwork, felt art, printmaking, and more. I believe these art classes are essential to these children's development because they provide a creative outlet and varied perspective of the world that most, if not all, of them are not getting elsewhere.

10. The majority of the children that come to my classes at the Valdez-Perry Library are from the Elyria, Swansea, and Globeville neighborhoods. Many children walk to my classes directly from Swansea Elementary School. I expect that fewer children, if any at all, will attend art class during the I-70 construction because of the disruption that the construction will likely cause for access to the library. Also, if the construction causes fewer families can get to the library easily, the construction will certainly impair the effectiveness of the Plaza Program in this neighborhood.

11. I grew up in the Elyria and Swansea neighborhood. From 1960 to 1978, I lived at 4642 York Street. My parents owned this house. This was an older home; my guess is that it was built about 1918.

12. I lived at 4642 York Street when I-70 was built and split my neighborhood down the middle. As a result, my beautiful street was cut off from the rest of Denver. During that construction period, it was very difficult to get in and out of the neighborhood.

13. To make additional space in our home for our growing family, my father and the rest of our family helped to dig out a basement. We all helped dig out the dirt and pile it

3 - Declaration of Mary Hernandez

behind the house to be hauled away. Afterwards, I lived in the basement during my teenage years.

14. At that time, we were not told about the toxic chemicals that were left in the soil by refineries and smelters, including arsenic, cadmium, and lead. I later learned that the soil at our home was some of the most contaminated in the neighborhood. EPA gave us a map that identified contaminated properties and the extent of their contamination; our property was marked black, which identified the most contaminated levels. I have looked for, but cannot find this map.

15. Later, my father purchased 4619 York Street, which is about 20 feet from the ramp to I-70. He turned the one-family unit into a multi-unit rental. Once again, my siblings and I helped my father dig up the soil underneath this building to create more living space. This building was recently torn down in preparation for the Central I-70 project.

16. My siblings and I spent our summers digging in the garden at our home, taking care of our yard, and running around barefoot.

17. My siblings and I have all suffered from various health issues. As discussed below, I suffer from allergies, hypothyroidism, and severe headaches. My brother Joe Montoya, age 54, lived in the neighborhood until his thirties. He has regular headaches. My sister Irene, age 55, lived at 4619 York until her thirties. She also suffers from hypothyroidism and headaches. My oldest sister, Dinah, lived in Globeville until her 40s. She suffers from debilitating headaches and is considered disabled as a result. All of us helped dig in the soil that we later learned was toxic.

4 - Declaration of Mary Hernandez

18. My husband also grew up in the Globeville, Elyria, and Swansea neighborhoods. He lived at 4461 Fillmore Street. He and his siblings also spent their summers digging in the garden, playing outside in the dirt, and even playing in the dirt crawlspace.

19. My husband and I bought our first house at 4488 Sherman Street in Globeville. After my mother-in-law died (around 1970), we helped raised my husband's three-year old sister, Patricia Hernandez. Later, after my father-in-law's death, we adopted her. I always refer to her as my daughter. We also raised my husband's brother, Frank.

20. I have lost two close family members to cancer. My brother-in-law, Casey Hernandez, passed away at age 39 from leukemia, and my adopted-daughter, Patricia Hernandez, died of colon cancer at age 43. It is my understanding that their cancers were likely caused or worsened by environmental factors. Patricia's doctor said the cause of her cancer was environmental because he thought that would be the only reason she would develop that type of cancer at so young an age.

21. All of my daughters grew up in the Globeville, Elyria and Swansea neighborhoods. They have had severe allergies since they were young.

22. My three surviving daughters, my grandchildren, and I suffer from health issues:

    a. I have allergies, including allergies to lactose and wheat, and thyroid issues. I take medication to treat my thyroid issues.

    b. My oldest living daughter, Stephanie, is 43 years old and now lives in Henderson, CO. She has allergies to lactose and wheat. Stephanie has two daughters (ages 18 and 25), who were born with septo-optic dysplasia, a form

5 - Declaration of Mary Hernandez

of blindness. In addition, my 18-year-old granddaughter was also born with cerebral palsy and my 25 year-old granddaughter has suffered from asthma since she was very young.

    c. My daughter Heather is 29 years old and now lives in Northglenn, CO. She has severe allergies, including allergies to lactose and wheat, and is required to be on a very strict diet.

    d. My daughter Jennifer is 27 years old and now lives in Englewood, CO. Like all of us, Jennifer is also allergic to lactose and wheat.

    e. Additionally, my sister, Carla, has a 42 year-old son who was born with cerebral palsy.

    f. All of us suffer from severe headaches on a daily basis.

23. As I mentioned above, I have a granddaughter and nephew who have cerebral palsy. I understand that cerebral palsy is caused by damage to or malformation of the brain, which may be caused by lead poisoning. I believe that my family's ongoing contact with the toxic soil containing lead may have contributed to my nephew's and granddaughter's cerebral palsy.

24. Three members of our extended family have rheumatoid arthritis: our daughter Stephanie, my husband's brother Frank, who we raised after their mother died; and my sister-in-law Gloria.

25. Two of my granddaughters have septo-optic displaysia. They regularly go to the Anchor Center for Blind Children for health checkups. In speaking with the staff at the

Anchor Center, I have come to learn that a surprisingly large number of children in the Elyria-Swansea neighborhood suffer from this condition.

26. Many of the women in my family have had miscarriages and hysterectomies. My daughter Stephanie and my sister Irene have each had a hysterectomy. My sister-in-law Carla, who is now 63 and lived most of her life in the Globeville and Elyria and Swansea neighborhoods, had nine miscarriages in her 20's before her son was born. Her son was born with cerebral palsy. She had six additional miscarriages thereafter, before having her daughter, Cassandra, who is now 38 and suffers from allergies.

27. Additionally, several children in my family suffer from asthma, including Stephanie's daughter (my granddaughter), Carla's granddaughter, and Irene's granddaughter.

28. The Final EIS for the I-70 Project explains that heavy-duty, diesel-powered construction equipment will be used for four to five years to excavate and haul 3.9 million cubic yards of soil and debris from demolishing the viaduct and constructing a 280' wide right of way with 10 travel lanes, two shoulder lanes and two to four frontage lanes. Between Brighton Boulevard and Colorado Boulevard the Project will be dug up to 40 feet deep in a 1.8 mile long trench through hazardous waste disposal sites known to be contaminated with toxic metals, including lead, arsenic and cadmium. I understand that construction will require heavy-duty, diesel-powered equipment, such as front loaders, excavators, heavy duty haul trucks, cement mixers, and asphalt spreaders, that emit air pollutants that the U.S. Environmental Protection Agency has

found to be harmful to human health, including fine particles (PM2.5), dust particles (PM10), nitrogen oxides and mobile source air toxics.

29. I understand that the Final Environmental Impact Statement for the I-70 project states that construction will add more pollution to our neighborhood because exhaust from the diesel construction equipment will increase fine particles. Additionally, PM10 will increase from dust emissions contaminated with lead, arsenic, and cadmium. During the construction period, I expect that I will be exposed to both increased particulate matter from construction activities and toxic heavy metals that will become airborne in the construction dust.

30. I understand from the mitigation described in the Final EIS that CDOT will only collect soil samples in "three or four recently cleaned-up residential properties" to test for heavy metal contaminants to make sure the properties are not re-contaminated, but that CDOT has not committed to test for toxic metals to identify contaminated soils before they are disturbed and to take actions necessary to prevent community exposure by stopping contaminated soil particles from becoming airborne.

31. I am concerned that the construction will negatively affect my family's health and well-being. Specifically, most of the members of my family have serious health issues, as I described above, and either live in or are regularly in the Globeville and Elyria and Swansea neighborhoods to visit with friends and family.

32. Because my family and I lived at 4642 York Street during the initial I-70 construction, I experienced most of my block being torn down and lost many friends because they had to move or decided to move.

33. On September 20, 2017, I testified about my family's health issues and my opposition to the I-70 Project before the Colorado Assembly Transportation Legislation Review Committee as part of public testimony presented on Central I-70. (The public agenda describes me as "Merrie Hernandez.) I also responded to earlier testimony from someone who testified that 300 jobs would be offered to Globeville-Elyria-Swansea residents to voice my extreme upset that it was being considered a good thing to expose neighborhood residents to even more toxics and other particulates. Residents and their families should not have their health further compromised in this way. I told the politicians that anyone with any compassion in his or her heart would not do this to the people of these neighborhoods.

34. If called as a witness, I could and would testify competently as to the facts and opinions stated above.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed at Denver, CO, this 2nd day of November 2017.

*Mary Hernandez*
Mary Hernandez

9 - Declaration of Mary Hernandez