# Exhibit 22

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-1661-WJM-MEH
*Consolidated with* 17-cv-1679-WJM-MEH

KYLE ZEPPELIN; BRAD EVANS; CHRISTINE O'CONNOR; KIMBERLY MORSE; JACQUELINE LANSING; JANET FEDER;

and

SIERRA CLUB; ELYRIA AND SWANSEA NEIGHBORHOOD ASSOCIATION; CHAFFEE PARK NEIGHBORHOOD ASSOCIATION; and COLORADO LATINO FORUM,

Plaintiffs,

v.

FEDERAL HIGHWAY ADMINISTRATION, ELAINE CHAO, in her official capacity as Secretary of Transportation; and JOHN M. CARTER, in his official capacity as Division Administrator, Defendants,

v.

COLORADO DEPARTMENT OF TRANSPORTATION, and SHAILEN P. BHATT, in his official capacity as Executive Director of the Colorado Department of Transportation,

Defendant-Intervenors.

---

### DECLARATION OF JOSEPH ELLIOTT

---

I, Joseph Elliott, declare as follows:

1. The facts set forth in this declaration are based on my own personal knowledge, information, and belief.

2. I am 38 years old and competent to testify to all matters contained herein.

3. I am a member of the Elyria and Swansea Neighborhood Association.

1 – Declaration of Joseph Elliot

4. I live at 4670 Fillmore Street, Denver, CO 80216. My home is within one block of I-70's current alignment. I have lived in this neighborhood for almost 13 years.

5. I am a licensed psychotherapist. I work out of three locations: I work four days per week in downtown Denver, two days per week in Centennial, and regularly work out of my home office responding to emails, making phone calls, and completing other work.

6. The Final EIS for the I-70 Project explains that heavy-duty, diesel-powered construction equipment will be used for four to five years to excavate and haul 3.9 million cubic yards of soil and debris from demolishing the viaduct and constructing a 280' wide right of way with 10 travel lanes, two shoulder lanes and two to four frontage lanes. Between Brighton Boulevard and Colorado Boulevard the Project will be dug up to 40 feet deep in a 1.8 mile long trench through hazardous waste disposal sites known to be contaminated with toxic metals, including lead, arsenic and cadmium. I understand that construction will require heavy-duty, diesel-powered equipment, such as front loaders, excavators, heavy duty haul trucks, cement mixers, and asphalt spreaders that emit air pollutants that the U.S. Environmental Protection Agency has found to be harmful to human health, including fine particles (PM2.5), dust particles (PM10), nitrogen oxides and mobile source air toxics.

7. I understand that the Final Environmental Impact Statement for the I-70 project states that construction will add more pollution to our neighborhood because exhaust from the diesel construction equipment will increase fine particles. Additionally, PM10 will increase from dust emissions contaminated with lead, arsenic, and cadmium. During the

construction period, I expect that I will be exposed to both increased particulate matter from construction activities and toxic heavy metals that will become airborne in the construction dust.

8. I understand from the mitigation described in the Final EIS that CDOT will only collect soil samples in "three or four recently cleaned-up residential properties" to test for heavy metal contaminants to make sure the properties are not re-contaminated, but that CDOT has not committed to test for toxic metals to identify contaminated soils before they are disturbed and to take actions necessary to prevent community exposure by stopping contaminated soil particles from becoming airborne.

9. Further, from various news reports and statements from the Colorado Department of Transportation ("CDOT"), CDOT will be providing mitigation measures, such as interior storm windows, portable A/C units, and HVAC filters for some houses. I am not sure whether I will be offered any mitigation measures, and I have not yet been approached with any such mitigation measures.

10. My home is over 70 years old. I am deeply concerned that the effect of all this work will shake and weaken its foundation. Previously, when other large trucks have operated in the area, my house has shaken. I am concerned that the extensive and long-term disruption from the I-70 Project's construction will significantly and permanently harm the structural integrity of my home's foundation.

11. With the increase in heavy duty traffic and the blocked access to my home that will occur during the demolition of the current viaduct and construction of the I-70 tunnel, my

3 – Declaration of Joseph Elliot

ability to commute to work will be disrupted. Specifically, I prefer to bike to work on the days I work downtown, and believe that this commute will be less safe and made more difficult, if not impossible, during the construction period.

12. In addition, CDOT has warned that much of the construction activity will be conducted through the night under bright lights.

13. I also work from home, and am worried that the noise and light from the construction activities will impact my ability to do so effectively.

14. Additionally, I am a light sleeper and am concerned that the construction noise and bright lights at night will affect my sleep, which would in turn would be a detriment to my health and ability to work effectively. This can negatively impact my ability to help my patients. Previously, when repair work was performed on I-70, my sleep was affected in this manner.

15. My home does not have central air conditioning and is not very well insulated. Instead, during the summer, I open my windows in the evening to let the heat out and the cool air in. I am concerned that during the construction period, I will be unable to open my windows without subjecting myself to harmful air pollution and subjecting my home and personal property to the fine dust that the construction will kick up into the air.

16. I am further concerned about the air quality and the damage it will do to my health if I continue my normal daily activities during the construction period. Specifically, I landscape and garden. During the construction period, I will be exposed to dust and harmful

air pollutants caused by the construction work. These exposures would not be easily rectified, leaving me with the choice to give up my hobbies and daily activities or subject myself to harmful and increased levels of particulates.

17. During my time living at 4670 Fillmore Street, Denver, CO 80216, I have begun suffering from allergies. I did not have any allergies prior to living here. At times, my throat becomes so constricted that I struggle to breathe. I also suffer from symptoms such as increased mucus, swollen glands, and constriction in my throat. Prior to living here, I had not been prescribed medication to cope with allergies. Since living here, I have been prescribed and take medication for allergies. Since living here, I have also begun taking over-the-counter medication for allergies on a frequent basis.

18. Money will be insufficient to compensate me for the injuries I will suffer during the construction period because it will be unable to put me in the same position I would have been in had construction not started. More specifically, I will have to give up my hobbies, including landscaping and biking, my business will be affected by the noise and light, and my health and well-being will be worsened by exposure to the dust created during construction and the exhaust from the construction equipment.

19. If called as a witness, I could and would testify competently as to the facts and opinions stated above.

5 – Declaration of Joseph Elliot

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States, that the foregoing is true and correct to the best of my knowledge and belief.

Executed at Denver, CO, this 2nd day of November, 2017.

Joseph Elliott

6 – Declaration of Joseph Elliot