# Exhibit 23

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-1661-WJM-MEH
*Consolidated with* 17-cv-1679-WJM-MEH

KYLE ZEPPELIN; BRAD EVANS; CHRISTINE O'CONNOR, KIMBERLY MORSE; JACQUELINE LANSING; JANET FEDER,

and

SIERRA CLUB, ELYRIA AND SWANSEA NEIGHBORHOOD ASSOCIATION; CHAFFEE PARK NEIGHBORHOOD ASSOCIATION; and COLORADO LATINO FORUM,

Plaintiffs,

v.

FEDERAL HIGHWAY ADMINISTRATION, ELAINE CHAO, in her official capacity as Secretary of Transportation; and JOHN M. CARTER, in his official capacity as Division Administrator, Defendants,

v.

COLORADO DEPARTMENT OF TRANSPORTATION, and SHAILEN P. BHATT, in his official capacity as Executive Director of the Colorado Department of Transportation,

Defendant-Intervenors.

---

### DECLARATION OF YADIRA SANCHEZ

---

I, Yadira Sanchez, declare as follows:

1. The facts set forth in this declaration are based on my own personal knowledge, information, and belief

2. I am 41 years old and competent to testify to all matters contained herein

1 – Declaration of Yadira Sanchez

3. I am a member of the Elyria and Swansea Neighborhood Association.

4. I live at 4820 Adams Street. My home is around two blocks of the current alignment of I-70. I have lived in this neighborhood for over 15 years and have lived in this house for 12 years. I am a working single parent with three school-age children.

5. Although I grew up in the Cole neighborhood, I have been around Elyria and Swansea my entire life. When I was a child, my parents sold bread door-to-door in the Globeville-Elyria-Swansea neighborhoods. Because my mother died when I was six years-old, I helped my father sell bread in these areas from age 6 until I was 12. I lived elsewhere from age 13 until 23. In 2001, I came back to the Globeville-Elyria-Swansea neighborhoods and have lived in these neighborhoods since then.

6. In 2001, I lived at 44th and Josephine Streets. In 2002, I moved to 43rd and Elizabeth Streets. In 2003, I moved to 50th and Fillmore Streets. My daughter was born there. When she was one year-old, we moved to our current address. My youngest son was born here. My eldest son was born when I lived at 6th and Sheridan, just before I moved to this neighborhood.

7. Colorado Department of Transportation ("CDOT") representatives have informed me that my home will not be provided with any of the mitigation measures—such as interior storm windows, portable A/C units, or changes to our HVAC system—that CDOT plans to provide to homes that are within one block of I-70's current alignment (between 45th and 47th). When they start the construction work, I believe construction work will be much closer to my home, possibly as close as ½ a block.

8. The Final EIS for the I-70 Project explains that heavy-duty, diesel powered construction equipment will be used for four to five years to excavate and haul 3.9 million cubic yards of soil and debris from demolishing the viaduct and constructing a 280' wide right of way with 10 travel lanes, two shoulder lanes and two to four frontage lanes. Between Brighton Boulevard and Colorado Boulevard the Project will be dug up to 40 feet deep in a 1.8 mile long trench through hazardous waste disposal sites known to be contaminated with toxic metals, including lead, arsenic and cadmium. I understand that construction will require heavy-duty, diesel-powered equipment, such as front loaders, excavators, heavy duty haul trucks, cement mixers, and asphalt spreaders that emit air pollutants that the U.S. Environmental Protection Agency has found to be harmful to human health, including fine particles PM2.5, dust particles (PM10), nitrogen oxides and mobile source air toxics.

9. I understand that the Final Environmental Impact Statement for the I-70 project states that construction will add more pollution to our neighborhood because exhaust from the diesel construction equipment will increase fine particles and PM10 will increase from dust emissions contaminated with lead, arsenic, and cadmium. During the construction period, I expect that I will be exposed to both increased particulate matter from construction activities and toxic heavy metals that will become airborne in the construction dust.

10. I understand from the mitigation described in the Final EIS that CDOT will only collect soil samples in "three or four recently cleaned-up residential properties" to test for

3 - Declaration of Yadira Sanchez

heavy metal contaminants to make sure the properties are not re-contaminated, but that CDOT has not committed to test for toxic metals to identify contaminated soils before they are disturbed and to take actions necessary to prevent community exposure by stopping contaminated soil particles from becoming airborne.

11. My three children and I suffer from a number of health issues, including asthma. Until recently and because of their health issues, my children attended the Morgridge Academy at National Jewish Health, which is a K-8 school for children who suffer from chronic illnesses, including severe asthma and other respiratory illnesses.

12. My older son Ruben, who is now 17, attended the Morgridge Academy from 2nd through 8th grade. Ruben now attends the Denver School of Science and Technology in the Cole neighborhood at 43rd and Franklin. My other children, 8 year-old Denario and 12 year-old Olivia have just started school at the Annunciation Catholic School at 3536 Lafayette Street, in Denver.

13. Because of our asthma, my children and I limit our time outside in our neighborhood. My children do not play outside or participate in outside activities. In the past, when they played outside in our neighborhood, they would feel ill and suffer chest tightness.

14. Although we are all on asthma control medication, my children and I feel the effects of poor air quality. For example, my children have particular difficulty sleeping when the air quality worsens. They notice a difference in how they feel during heavier traffic days or peak traffic hours and try to avoid being outside during those times. Similarly, I try to

4 – Declaration of Yadira Sanchez

stay indoors when traffic is heavier. If I do not, my chest is more congested and I may have an asthma attack.

15. If construction begins on I-70, my children will have to avoid going outside at all to try and avoid negative health impacts, because of the particulate matter in the exhaust and airborne dust from the construction, construction equipment, and trucks and the increased traffic congestion in and around our neighborhood.

16. Alternatively, if construction begins on I-70, my children and I will be forced to find new housing. Due to our poor lung health, we cannot be in an environment where the air pollution will increase above current levels. I do not want to take my children out of the neighborhood they have grown up in, but I am most concerned about their health and will have no choice. The added difficulty is that there are no neighborhoods where I can afford to live that are reasonably close to our friends, family, schools, and work. Currently, we rent our home. I cannot afford to live anywhere else. I pay $900 a month for a 3-bedroom house and have a nice landlord, who appreciates that I take care of the house. I can't even to afford to move elsewhere in this neighborhood. Most of the rents in my neighborhood range from $1500-$2500 per month.

17. I am a certified nursing assistant and work at a nursing home west of my neighborhood. I organize my work shifts around driving my children to and from school. With the closed roads and the resulting increases in traffic during the construction, I will be unable to take as many shifts because I will need to spend more time driving my children to school.

5 – Declaration of Yadira Sanchez

18. In addition, I have heard, but not confirmed, that CDOT has warned that much of the construction activity will be conducted through the night under bright lights. If so, the noise and bright lights during nighttime construction will disturb our sleep and further prevent our normal use and enjoyment of our home. This will only worsen our sleeping and breathing problems. I am already on the edge at night because I can't breathe. So are my kids. Now we will have even more problems sleeping because of the noise.

19. We do not have air conditioning. Instead, we use fans and have one swamp cooler in a window. If we stay in our home during the construction period, my children and I will have to breathe the outdoor air.

20. I have lived in my home for 12 years and started using asthma medications 10 years ago. Over time, my doctors have increased the strength of my asthma medications. For example, I am now on Advair 500/50 and I understand that this is the highest dose on the market. I also take QVAR, which is a supplemental steroid, and Montelukast, which also helps control asthma symptoms. My doctor has told me that, among other things, steroid medications harm the metabolism of calcium and vitamin D, which can lead to bone loss, osteoporosis, and broken bones. When steroid medications are used in high doses, bone loss can happen rapidly. Weight gain is another side effect of steroids. I am only 41 years old, but my bones hurt, it is hard to walk and breathe, and I am overweight. I can't lose weight because I am on so many steroids. I would love to walk in the park, but can't even do so now. If I try to take a walk and start to have an asthma

6 – Declaration of Yadira Sanchez

attack, I have to take my rescue medication, which I must always have with me. I take Sulfenex for rescue.

21. My children are also on medication, including steroids and also use Sulfenex for rescue. Recently, they each started taking Dulera 100 mg/5 mg, which is a fast-acting and slow-acting medication in one pill. This is a high dose, particularly for children.

22. If called as a witness, I could and would testify competently as to the facts and opinions stated above.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States, that the foregoing is true and correct to the best of my knowledge and belief.

Executed at Denver, CO, this 3rd day of November 2017.

*Yadira Sanchez*

7   Declaration of Yadira Sanchez