# Exhibit 25

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 17-cv-1661-WJM-MEH
*Consolidated with* 17-cv-1679-WJM-MEH

KYLE ZEPPELIN; BRAD EVANS; CHRISTINE O'CONNOR; KIMBERLY MORSE; JACQUELINE LANSING; JANET FEDER;

and

SIERRA CLUB; ELYRIA AND SWANSEA NEIGHBORHOOD ASSOCIATION; CHAFFEE PARK NEIGHBORHOOD ASSOCIATION; and COLORADO LATINO FORUM,

Plaintiffs,

v.

FEDERAL HIGHWAY ADMINISTRATION, ELAINE CHAO, in her official capacity as Secretary of Transportation; and JOHN M. CARTER, in his official capacity as Division Administrator, Defendants,

v.

COLORADO DEPARTMENT OF TRANSPORTATION, and SHAILEN P. BHATT, in his official capacity as Executive Director of the Colorado Department of Transportation,

Defendant-Intervenors.

## DECLARATION OF ALFONSO ESPINO

I, Alfonso Espino, declare as follows:

1. The facts set forth in this declaration are based on my own personal knowledge, information, and belief.

2. I am 21 years old and competent to testify to all matters contained herein.

3. I am a member of the Elyria and Swansea Neighborhood Association.

4. I used to be a part of the Elyria Swansea Neighborhood Steering Committee, which met with the Colorado Department of Transportation ("CDOT") on a recurring basis to review CDOT's plans and give input on what has become the I-70 Project. I had been invited by the senior City planner (Tim Watkins) to be a part of this effort. I participated and provided input, but ultimately left because I got the sense that CDOT did not really consider much resident input. My sense was that residents were ignored and effectively pushed out; and those who remained would suffer more, before anything got better.

5. I have lived in the Elyria neighborhood for my entire life. My parents, six siblings (ages 5, 11, 15, 16, 17, and 22) and I currently live at 4716 Gaylord Street. My parents own our home. Our home is located on the north side of I-70, one block away from the current I-70 viaduct. Our family has lived in this house since 2012.  Before then, we lived in a nearby apartment on Claude Court (I think at 4769 Claude Court) for about two years. Before that, we lived in a duplex, also nearby, on Gaylord Street. And before that, we lived with my grandparent's house at 4751 Vine Street. I do not smoke and no one in my home smokes.

6. When I was very young, we lived in a home that my grandfather owns at 4751 Vine Street. My grandparents bought this house in the 1990's. When we lived there, the Environmental Protection Agency performed a "Superfund" cleanup there, removing several feet of soil polluted with toxic materials. I do not know if this was done at any of my other residences.

2 – Declaration of Alfonso Espino

7. Several family members who lived in the Vine Street house have been diagnosed with cancer, including my cousin, my grandfather, and my grandmother. Specifically, my cousin, who is now 25 years old, was diagnosed around 2013-2014 with thyroid cancer and continues under treatment. My grandfather was diagnosed with prostate cancer around 2013, and about one year later, in 2014, my grandmother was diagnosed with pancreatic cancer. My grandparents received treatment and are still alive.

8. I currently work part-time at the Valdez-Perry Public Library, located at 4690 Vine Street in Denver, situated less than a block from I-70. I work as a circulation clerk for 20 hours per week. I typically walk to work from my house.

9. In addition to working at the library, I attend school at the University of Colorado-Denver. UC-Denver's campus is located at 1201 Larimer Street, which is about 5 miles from my house.

10. To get to school, I typically take the bus or bike. I drive sometimes, but not as often as I take the bus or bike, in part because of the cost of parking. My general routine, based on my class schedule, is to leave home for school around 10 or 11 a.m. on Mondays, 9 or 10 a.m. on Tuesdays and Thursdays, and 7 a.m. on Wednesdays. I do not have classes on Fridays, but go to work. When I leave home for school, or for my morning runs, I notice that the air is worse—and it is more difficult to breathe—than when I am near the UC-Denver campus.

11. Presently, it takes a long time to get to school. If I bike to school, it takes at least 45 minutes. If I take the bus, I ride the 48 bus. Because I live on the north side of I-70 and

3 – Declaration of Alfonso Espino

the north side of railroad tracks, I already have to contend with traffic delays. The 48 bus must cross the railroad tracks to get to certain stops, including my stop. Freight trains that travel these tracks often stop, sometimes for 10 minutes or less, but sometimes up to an hour. If the train is stopped on the tracks, the 48 bus often skips some Elyria stops, including my stop. If I miss the bus, I am forced to drive to school and pay for expensive parking. I am concerned that because of the I-70 Project construction, the bus I need to take to school will not run regularly or will be further disrupted, which will cause me to be late or miss classes or shifts at work.

12. I do not know if CDOT or the City of Denver has planned to do any mitigation at our house. My mother hasn't learned anything about this yet.

13. It is my understanding that the demolition of the current I-70 viaduct and the excavation and construction of the future I-70 project will cause the traffic on I-70 to become much more congested, particularly when some travel lanes are closed. Existing traffic will be limited to fewer lanes. Increased congestion of I-70 will significantly worsen traffic congestion around my home. Because of this, it will be even more difficult and dangerous for me to bike to school. When I take the bus, I expect there will be further significant delays as a result of increased traffic congestion and am concerned that the increased traffic congestion and construction will interrupt bus routes and schedules. Driving to school is not the best alternative for consistent use, because of the expected increases in traffic congestion caused by the construction, as well as the cost of parking and the unreliability of having a car available for my use.

4 – Declaration of Alfonso Espino

14. I run every morning to keep in shape. When I am running in the neighborhood, my breathing is heavier, my eyes water more, and I can feel a difference in my physical abilities. When I run near my school, it is easier to breathe, my eyes do not water, and I feel stronger. When the traffic is particularly congested in and around my neighborhood, including on I-70, I notice even greater difficulty in my ability to breathe.

15. The Final EIS for the I-70 Project explains that heavy-duty, diesel-powered construction equipment will be used for four to five years to excavate and haul 3.9 million cubic yards of soil and debris from demolishing the viaduct and constructing a 280' wide right of way with 10 travel lanes, two shoulder lanes and two to four frontage lanes. Between Brighton Boulevard and Colorado Boulevard, the Project will be dug up to 40 feet deep in a 1.8 mile long trench through hazardous waste disposal sites known to be contaminated with toxic metals, including lead, arsenic and cadmium. I understand that construction will require heavy-duty, diesel-powered equipment, such as front loaders, excavators, heavy duty haul trucks, cement mixers, and asphalt spreaders that emit air pollutants that the U.S. Environmental Protection Agency has found to be harmful to human health, including fine particles (PM2.5), dust particles (PM10), nitrogen oxides and mobile source air toxics.

16. I understand that the Final Environmental Impact Statement for the I-70 project states that construction will add more pollution to our neighborhood because exhaust from the diesel construction equipment will increase fine particles. Additionally, PM10 will increase from dust emissions contaminated with lead, arsenic, and cadmium. During the

5 – Declaration of Alfonso Espino

construction period, I expect that I will be exposed to both increased particulate matter from construction activities and toxic heavy metals that will become airborne in the construction dust.

17. I understand from the mitigation described in the Final EIS that CDOT will only collect soil samples in "three or four recently cleaned-up residential properties" to test for heavy metal contaminants to make sure the properties are not re-contaminated, but that CDOT has not committed to test for toxic metals to identify contaminated soils before they are disturbed and to take actions necessary to prevent community exposure by stopping contaminated soil particles from becoming airborne.

18. It is my understanding and belief that construction of the I-70 highway will cause traffic diversions. This will harm me in the following ways: I will have greater difficulty commuting by bicycle to and from school; there will be more traffic congestion, including idling construction vehicles that will worsen air quality. I am concerned that my morning runs will become impossible to do; if I run, my health will suffer because of poor air quality and if I do not run, my health will suffer from lack of exercise.

19. Because my father works at night, I need to help my mother with my younger siblings, as do my older siblings. This is a major "juggling act" for everyone that will certainly be made more demanding by the I-70 construction. Our family owns a truck, which is essentially the family's only mode of transportation. My older brother owns a car, but it has not worked for half a year. I also own a car, but it also has operational problems from time to time and is not dependable.

6 – Declaration of Alfonso Espino

20. My siblings attend Swansea Elementary and Bruce Randolph High School. My mother usually drives them to school, although I drive them when possible. They sometimes walk to and from school. I am concerned that due to the increased traffic congestion, construction, and noise and dust from the construction zone, it will be unsafe for my siblings, particularly my 5-year-old sister and 11-year-old brother who attend Swansea Elementary School, to walk to and from school. My other three school-age siblings attend Bruce Randolph High School, which is on the south side of I-70 and across the railroad tracks.

21. My siblings and I play outside. I usually play with my 5 year-old sister and 11 year-old brother in our backyard; we can see the freeway from this location. My 17 year-old brother has asthma. I am concerned that my siblings and I will be subjected to dangerous airborne toxic dust and particulate matter from emissions that will harm our health and force us to stay inside, rather than get exercise to stay healthy.

22. In addition, I have heard, but not confirmed, that CDOT has warned that much of the construction activity will be conducted through the night under bright lights. If so, the noise and bright lights during nighttime construction will disturb sleep for me and the rest of my family. I am very opposed to nighttime work.

23. The noise from the construction work will likely disrupt our home routines. This is particularly a problem for my father because he works at night and needs to sleep during the day. Construction noise will impair his ability to sleep and work at his night job.

7 – Declaration of Alfonso Espino

24. I am concerned about the releasing of toxins into the air once demolition and construction begin in soil that has already proven in the past to be contaminated.

25. Money will be insufficient to compensate me because money will not help me succeed with my studies, help me get to school without delay, help me stay in shape, help my siblings get to school safely, or help any of us sleep during the day or at night. Money will also be insufficient to compensate me or any of my family because of compromised health.

26. If called as a witness, I could and would testify competently as to the facts and opinions stated above.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed at Denver, CO, this 1st day of November 2017.

Alfonso Espino

*/s/ Alfonso Espino*

8 – Declaration of Alfonso Espino