# Exhibit 26

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-1661-WJM-MEH
*Consolidated with* 17-cv-1679-WJM-MEH

KYLE ZEPPELIN; BRAD EVANS; CHRISTINE O'CONNOR; KIMBERLY MORSE; JACQUELINE LANSING, JANET FEDER;

*and*

SIERRA CLUB; ELYRIA AND SWANSEA NEIGHBORHOOD ASSOCIATION; CHAFFEE PARK NEIGHBORHOOD ASSOCIATION; and COLORADO LATINO FORUM,

Plaintiffs,

v.

FEDERAL HIGHWAY ADMINISTRATION, ELAINE CHAO, in her official capacity as Secretary of Transportation; and JOHN M. CARTER, in his official capacity as Division Administrator, Defendants,

v.

COLORADO DEPARTMENT OF TRANSPORTATION, and SHAILEN P. BHATT, in his official capacity as Executive Director of the Colorado Department of Transportation,

Defendant-Intervenors

## DECLARATION OF BETTIE CRAM

I, Bettie Cram, declare as follows.

1. The facts set forth in this declaration are based on my own personal knowledge, information, and belief.

2. I am 95 years old and competent to testify to all matters contained herein.

1 – Declaration of Bettie Cram

3. I am a member of the Elyria and Swansea Neighborhood Association, a Plaintiff organization in the above captioned matter.

4. I live at 4341 Josephine St., Denver, Colorado, in a house that I own. I have lived here for 67 years and raised my two daughters in this home. My home is 2 ½ blocks south of the current Interstate 70 highway ("I-70").

5. I lived in my home in the 1960's when I-70 was first constructed through my neighborhood. When I-70 was built, it pretty much devastated my neighborhood. This really split the town and began to destroy some of the heritage of Elyria and Swansea.

6. I am not a smoker and have not been exposed to second-hand smoke at home for over 25 years. My husband, Eddie Cram, smoked, and I was exposed to second-hand smoke during our marriage; Eddie passed away in 1992. I do not have any health issues involving my lungs.

7. I am a long-time neighborhood activist. I have always supported my neighborhood, from hiring local laborers to using local professionals (we used to have a number of doctors practicing here) to speaking up on behalf of protecting our residents and the neighborhood's history. Over the years, I have been involved in many neighborhood issues, including our residents' efforts to fight the I-70 Project. I still go to lots of meetings! The people who live here are amiable and get along with others. I have always felt privileged to live here.

8. I am also a huge fan of keeping the National Western Stock Show and its associated buildings and grounds in our neighborhood. This is an important part of our history. My

relationship with the National Western Center Campus goes back to 1941, when I started work in the Livestock Exchange Group building. Much more recently, beginning in 2012, I served on the National Western Citizens Advisory Committee to help guide plans for its revitalization. Our work resulted in its 2013 Master Plan.

9. I am very excited because the National Western Center named its new "Main Street" -- "Bettie Cram Drive." Bettie Cram Drive will connect between Washington Street and Brighton Boulevard and provide access to almost all of the major venues.

10. The Final EIS for the I-70 Project explains that heavy-duty, diesel-powered construction equipment will be used for four to five years to excavate and haul 3.9 million cubic yards of soil and debris from demolishing the viaduct and constructing a 280' wide right of way with 10 travel lanes, two shoulder lanes and two to four frontage lanes. Between Brighton Boulevard and Colorado Boulevard, the Project will be dug up to 40 feet deep in a 1.8 mile long trench through hazardous waste disposal sites known to be contaminated with toxic metals, including lead, arsenic and cadmium. I understand that construction will require heavy-duty, diesel-powered equipment, such as front loaders, excavators, heavy duty haul trucks, cement mixers, and asphalt spreaders that emit air pollutants that the U.S. Environmental Protection Agency has found to be harmful to human health, including fine particles (PM2.5), dust particles (PM10), nitrogen oxides and mobile source air toxics.

11. I understand that the Final Environmental Impact Statement for the I-70 project states that construction will add more pollution to our neighborhood because exhaust from the

3 -- Declaration of Bettie Cram

diesel construction equipment will increase fine particles and PM10 will increase from dust emissions contaminated with lead, arsenic, and cadmium. During the construction period, I expect that I will be exposed to both increased particulate matter from construction activities and toxic heavy metals that will become airborne in the construction dust.

12. I understand from the mitigation described in the Final EIS that CDOT will only collect soil samples in "three or four recently cleaned-up residential properties" to test for heavy metal contaminants to make sure the properties are not re-contaminated, but that CDOT has not committed to test for toxic metals to identify contaminated soils before they are disturbed and to take actions necessary to prevent community exposure by stopping contaminated soil particles from becoming airborne.

13. I am aware that CDOT stated in the Final EIS that it intends to provide homes with mitigation, such as interior storm windows and upgrades to furnaces and air conditioning systems, to alleviate some of the harms that would be created and ongoing during the long period of construction

14. It is my understanding that my home would not be provided with any of the mitigation measures provided by CDOT, including interior storm windows and upgrades to furnaces and air conditioning systems, as my home is outside of the two-block corridor that CDOT has indicated would receive mitigation help.

15. Currently, Josephine Street is very congested during rush hours or when traffic on roads elsewhere in the neighborhood is diverted. During congested periods —typically from

3:30pm-6pm on weekdays—I have noticed that the air quality is worse. When there is more traffic on I-70, there tends to be more traffic on Josephine Street. This causes me to feel congested and cough, and my eyes water when I am outside. Because of these symptoms, I try not to go outside during these periods of heavier congestion. This is particularly concerning because I am 95 years old.

16. When the construction trucks and delivery trucks are stuck in traffic on Josephine Street, my congestion is worse. I believe that diesel emissions from these and other diesel-powered vehicles have a stronger effect on my breathing than regular gas emissions.

17. If construction on I-70 is allowed to begin, I am concerned that traffic will be diverted to Josephine Street and cause even heavier congestion over even longer parts of each day. I will be forced to stay inside and unable to open my windows. Because CDOT is not providing mitigation for my home, I am concerned that staying inside will not protect me sufficiently from the air quality, especially because of my age.

18. I am very worried that my age makes me more susceptible to any increases in air pollution, such as more diesel exhaust or dust and debris suspended in the air.

19. In addition, I have heard, but not confirmed, that CDOT has warned that much of the construction activity will be conducted through the night under bright lights. If so, the noise and bright lights during nighttime construction will disturb my sleep and prevent my normal use and enjoyment of my house, front porch, outdoor patio, and rear yard.

5   Declaration of Bettie Cram

20. Because I am 95 years-old, I fear I will not live long enough to be able to open my windows, sit on my front porch, or walk in my yard or neighborhood after the construction completes.

21. Money cannot compensate me for injuries during the construction period, because I will be made to suffer daily increased levels of exhaust and particulates caused by the construction that will be detrimental to my health and comfort. Even if CDOT provided complete mitigation for my home, I would not be sufficiently compensated. I do not believe I should be forced to stay inside and keep my windows shut in order to avoid being harmed by the dust, debris, and emissions. I am 95 years-old and live independently in my own home. I still drive, although only on short trips near home. I do not want my health or independence to be threatened, as I believe this project will do. I have already lived through the construction of the initial massive highway project, and know the kinds of destructive impacts that construction for five years will have on air quality and the neighborhood. I do not want to see the neighborhood further destroyed.

22. If called as a witness, I could and would testify competently as to the facts and opinions stated above.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed at Denver, CO, this 2nd day of November 2017.

Bettie Cram
*Bettie Cram*

6 – Declaration of Bettie Cram