# Exhibit 27

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-1661-WJM-MEH
*Consolidated with* 17-cv-1679-WJM-MEH

KYLE ZEPPELIN; BRAD EVANS; CHRISTINE O'CONNOR; KIMBERLY MORSE; JACQUELINE LANSING; JANET FEDER;

*and*

SIERRA CLUB; ELYRIA AND SWANSEA NEIGHBORHOOD ASSOCIATION; CHAFFEE PARK NEIGHBORHOOD ASSOCIATION; and COLORADO LATINO FORUM,

Plaintiffs,

v.

FEDERAL HIGHWAY ADMINISTRATION, ELAINE CHAO, in her official capacity as Secretary of Transportation; and JOHN M. CARTER, in his official capacity as Division Administrator, Defendants,

v.

COLORADO DEPARTMENT OF TRANSPORTATION, and SHAILEN P. BHATT, in his official capacity as Executive Director of the Colorado Department of Transportation,

Defendant-Intervenors.

## DECLARATION OF ARMANDO PAYAN

I, Armando Payan, declare as follows:

1. The facts set forth in this declaration are based on my own personal knowledge, information and belief.

2. I am 60 years old and competent to testify to all matters contained herein.

1 – Declaration of Armando Payan

3. I am the President of United Community Action Network, a 501(c)(3) community organization and registered neighborhood association that advocates on behalf of the Globeville, Elyria, and Swansea neighborhoods.

4. I am a member of Elyria and Swansea Neighborhood Association.

5. I live at and own 4707 Pearl Street. My home is approximately one block from I-70's current alignment. I have lived in the Globeville and Elyria and Swansea neighborhoods for my entire life and in my home for approximately 55 years.

6. I am a Real Estate Broker and property manager, working in and around Denver, with nearly 25% of the homes that I facilitate transactions for located in the Elyria and Swansea neighborhood.

7. I also own four other properties in the Globeville neighborhood, 4679 Pearl Street, 4717 Pearl Street, 4672 Leaf Court, and 4365 Cherokee Street. All four properties are rented to low income families and have been at 100% occupancy for about 10 years. Each home is within 2 blocks of the current alignment of I-70.

8. I generally work out of my home office. My regular work day includes handling phone calls and emails and conducting property research and management from my home office, and driving around the city to show properties to clients.

9. The Final EIS for the I-70 Project explains that heavy-duty, diesel-powered construction equipment will be used for four to five years to excavate and haul 3.9 million cubic yards of soil and debris from demolishing the viaduct and constructing a 280' wide right of way with 10 travel lanes, two shoulder lanes and two to four frontage lanes. Between

Brighton Boulevard and Colorado Boulevard, the Project will be dug up to 40 feet deep in a 1.8 mile long trench through hazardous waste disposal sites known to be contaminated with toxic metals, including lead, arsenic and cadmium. I understand that construction will require heavy-duty, diesel-powered equipment, such as front loaders, excavators, heavy duty haul trucks, cement mixers, and asphalt spreaders that emit air pollutants that the U.S. Environmental Protection Agency has found to be harmful to human health, including fine particles (PM2.5), dust particles (PM10), nitrogen oxides and mobile source air toxics.

10. I understand that the Final Environmental Impact Statement for the I-70 project states that construction will add more pollution to our neighborhood because exhaust from the diesel construction equipment will increase fine particles. Additionally, PM10 will increase from dust emissions contaminated with lead, arsenic, and cadmium. During the construction period and because I regularly work in the Elyria and Swansea neighborhood showing and selling homes, I expect that I will be exposed to both increased particulate matter from construction activities and toxic heavy metals that will become airborne in the construction dust.

11. I understand from the mitigation described in the Final EIS that CDOT will only collect soil samples in "three or four recently cleaned-up residential properties" to test for heavy metal contaminants to make sure the properties are not re-contaminated, but that CDOT has not committed to test for toxic metals to identify contaminated soils before

3 – Declaration of Armando Payan

they are disturbed and to take actions necessary to prevent community exposure by stopping contaminated soil particles from becoming airborne.

12. I have been diagnosed with high-blood pressure. My doctor has advised me to be cognizant of areas with poor air quality because it could contribute or worsen my blood-pressure and cardiovascular system. Unfortunately, my work requires me to be in the Globeville, and Elyria and Swansea neighborhoods almost all day of everyday. I am very concerned that my health will suffer as a result of the increases in the emissions of particulate matter during the construction period.

13. Approximately 25% of the homes for which I facilitate sales are in the Elyria and Swansea neighborhoods. I am concerned that due to road closures, increased traffic, and other access disruptions in my neighborhood during the construction period will impact my ability to show homes, hurt the value of the homes I show because potential buyers will be less interested in homes in the middle of a construction zone, and reduce the amount of commissions I earn on any such sales.

14. I am concerned that my home office work will be significantly disrupted during the construction period because of the increased noise from the large trucks and heavy-duty construction equipment in and around my neighborhood.

15. I also believe the I-70 construction work will adversely affect the properties I own and manage, particularly since the noise, emissions, and general disruption from this construction will last almost (or more than) five years. As a landlord, I must work to maintain the condition of my properties and their occupancy levels. During the five-year

4 – Declaration of Armando Payan

construction period, I do not believe that tenants will want to be exposed to the noise and pollution and fear they will move out of the units. It will be difficult to find new tenants when they discover the construction noise and air pollution that are expected to continue for at least five years.

16. The dust created during the construction period will also have a significant impact on maintenance issues. Furnaces and air conditioning units will be stressed to filter the increased levels of dust and other particles in the air around the I-70 construction area. This will exacerbate wear and tear on the units, and push up capital expenses that would otherwise be several years away. The dust will also increase other costs, such as cleaning costs during tenant turnover periods.

17. The construction dust will also have a significant impact on the health and well-being of my tenants. I'm concerned for their health and safety and that as a result of this danger, more of my tenants will likely terminate their leases or leave the properties to find other housing.

18. In addition, I have heard, but not confirmed, that CDOT has warned that much of the construction activity will be conducted through the night under bright lights. If so, the noise and bright lights during nighttime construction will disturb sleep for my tenants, making it difficult for me to maintain high occupancy rates.

19. If called as a witness, I could and would testify competently as to the facts and opinions stated above.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States, that the foregoing is true and correct to the best of my knowledge and belief.

Executed at Denver, CO, this 2nd day of November 2017.

Armando Payan

6 – Declaration of Armando Payan