# Exhibit 29

# Construction and Community Access

Construction on the Central 70 Project is slated to begin in early 2018 and last 4-5 years. Given the size and duration of the Project, CDOT has begun developing a series of measures designed to minimize impacts to the neighborhood and the traveling public. Once a contractor team has been selected, additional detail on construction approach and phasing will be shared with the community.

**Construction Requirements**
- Current number of lanes on I-70 today must remain open throughout construction
    - Single lane closures permitted at night only
    - Very limited number of evening/weekend full closures permitted
- No adjacent on/off ramps may be closed at the same
- Access must be maintained for residents and businesses
- Limited north/south closures – For instance, Clayton Street won't be closed at the same time as Columbine or Fillmore streets.
- No staging of materials, supplies or equipment within 500 feet of Swansea Elementary School.
- Construction equipment must meet most recent EPA emissions standards to be retrofitted with pollution controls.

**Communication Requirements**
The contractor must provide public notification of the following construction activities. Notice will be sent via emails, social media and web posting as well as through signage.

| Two weeks notice | Full road closures and detours that will last seven days or longer |
|---|---|
| One week notice | Major project activities that will last seven days or less and other construction including night work, utility relocation, change of business/residential access |
| 24-hour notice | Cancellation of planned closures, major traffic shifts, additional lane closures and other similar activities |

**Transportation Demand Management**
CDOT is in the process of contracting with a Transportation Management Organization to provide transportation demand management (TDM) services to the traveling public on I-70 and the surrounding communities before, during, and after construction of the Central 70 Project. This will include:

- Walking, biking and transit solutions including education and training for residents on best and safest routes and programs
- Commuter program coordination with businesses adjacent to the corridor including transit, rideshare and new inventive programs
- Education and training will be offered in numerous languages