



**COLORADO**
Department of
Transportation

# I-70 East Final Environmental Impact Statement
## and Section 4(f) Evaluation

**JANUARY 2016**

**VOLUME 3 OF 3, PART 1 OF 3**
**Attachment Q: Supplemental Draft EIS Comments and Responses**
*Agencies and Elected Officials, Businesses, and Special Interest Groups*

Case No. 1:17-cv-01661-WJM-MEH Document 86-16 filed 11/07/17 USDC Colorado pg 1 of 56



I-70EAST.COM

# Frequently Received Comments and Responses on the Supplemental Draft EIS

mitigate some impacts by providing offsetting benefit to the community to enhance the overall quality of the school beyond the construction period. These upgrades will be completed before the construction starts.

CDOT has been coordinating with DPS and Swansea Elementary School's principal throughout the project to identify the school's needs and redesign the school site. The school playground will be temporarily reconfigured to move it away from the construction zone, with ultimate redesign of the school site included in the final design.

Finally, continuous PM10 air quality monitoring will be conducted in the area during construction to evaluate for any potential temporary increases in PM10 levels during construction. This system will alert contractors when increased construction mitigation measures are needed.

### IMP5.   How is CDOT preserving the impacted historic properties within the study area?

CDOT and FHWA recognize the significance of the historic resources within the project area. However, to meet the purpose and need of the project, historic resources will be adversely impacted. FHWA and CDOT are working closely with the State Historic Preservation Office (SHPO) and consulting parties to minimize potential effects and institute appropriate mitigation.

A draft Programmatic Agreement that provides a process to agree on mitigation of adverse effects and reevaluate eligibility and effects to historic properties, as appropriate, has been developed and is in review with SHPO and the consulting parties. The Programmatic Agreement also includes examples of mitigation measures that could be implemented. The Programmatic Agreement will be executed prior to the ROD and will be included as an attachment.

See Section 5.6, Historic Preservation, of the Final EIS for more information about the impacts to historic properties and the associated mitigation measures.

### IMP6.   How will CDOT handle hazardous materials identified and/or encountered within the project area?

CDOT will conduct appropriate surveys for asbestos, lead-based paint, and universal wastes prior to demolition of any building structures. If these materials are encountered, they will be removed in accordance with applicable regulations and guidelines.

If asbestos-containing materials are encountered, including buried utilities, CDOT will follow CDOT Specification 250.07, Asbestos-Containing Material Management, and CDOT Asbestos-Contaminated Soil Management Standard Operating Procedure. Additionally, depending on the type of contamination, this material will be cleaned up in accordance with either Section 5.5 of the Solid Waste Regulations, or Regulation No. 8 of the Air Quality Control Commission Regulations.

The Colorado Department of Labor and Employment, Division of Oil and Public Safety, regulates petroleum products and chemical USTs and certain petroleum-containing above-ground storage tanks (ASTs). Releases must be reported to the Division of Oil and Public Safety, and investigation and cleanup must be implemented, as required. Most USTs have had a spill or leak at some point in their life cycle. Small leaks may not be identified until the UST is taken out of service and formally closed.

Groundwater and soil sampling have been performed as part of the hazardous materials analysis for the EIS and the results are available in Section 5.18, Hazardous Materials, of the Final EIS.

Additionally, CDOT commits to collect representative soil samples of three or four recently cleaned-up residential properties pre-, during, and post-construction to test for lead and arsenic to ensure that the properties aren't re-contaminated due to construction activities. Any hazardous materials that have been exposed during construction will be identified and treated. This commitment was generated due in large part to comments received during the Supplemental Draft EIS regarding concerns with arsenic and lead.

Section 5.18, Hazardous Materials, of the Final EIS identifies various mitigation measures that will be implemented during construction to protect community and worker health and safety, as well as measures to manage and prevent the spread of contamination, if present.

### IMP7.   How is CDOT planning to minimize dust during construction?

Dust suppression measures (for example, stabilizing and covering loads of soil and debris during transport and storage, watering disturbed areas, and/or stabilizing and revegetating exposed areas after construction) will be implemented to control dust impacts.

Additionally, to reduce impacts from dust during construction and minimize the need for window ventilation, for homes between 45th and 47th Avenues, from Brighton Boulevard to Colorado Boulevard:

- Provide interior storm windows

- Provide two portable or window-mounted air conditioning units with air filtration and assistance to pay for the potential additional utility costs during construction

### IMP8.   How will noise be controlled and minimized during construction?

Measures will be taken to minimize noise during construction. Construction noise mitigation measures can be found in the FHWA's *Highway Construction Noise Handbook*. CDOT will require the contractor to use BMPs to reduce noise during construction. Additionally, to reduce impacts from noise during construction and minimize the need for window ventilation, for homes between 45th and 47th Avenues, from Brighton Boulevard to Colorado Boulevard:

- Provide interior storm windows

- Provide two portable or window-mounted air conditioning units with air filtration and assistance to pay for the potential additional utility costs during construction

This project will abide by the appropriate city codes as they pertain to construction noise. If noise levels during construction are expected to exceed the limits from the city codes, the contractor must obtain the necessary ordinance variance which typically includes additional mitigation measures. See the Final EIS, Attachment K, *Traffic Noise Technical Report*, under Section 6.4, Construction Noise, for further information.

In the vicinity of Swansea Elementary School, construction noise will be reduced to the maximum extent possible during school hours. If possible, construction should take place during times when school is not in session. If this is not possible, high construction noise activities should take place during non-school hours. Temporary noise shielding also could be used around the school playground and other outdoor areas of frequent use.

| Comments | Comments |
|---|---|
| Source: Submittal  Document Number: 880  Name: Denver Mayor Michael B. Hancock and Department of Public Works | Source: Submittal  Document Number: 880  Name: Denver Mayor Michael B. Hancock and Department of Public Works |



*Michael B. Hancock*
Mayor

## City and County of Denver

OFFICE OF THE MAYOR
CITY AND COUNTY BUILDING
DENVER, CO 80202-5390
TELEPHONE: (720) 865-9090 • FAX: (720) 865-8787
TTY/ TTD: (720) 865-9010

October 31, 2014

Don Hunt, Executive Director
I-70 East Project Team
Colorado Department of Transportation
4201 E. Arkansas Ave.
Denver, CO 80222

Dear Mr. Hunt,

Thank you for the opportunity to comment on the I-70 East Supplemental Draft Environmental Impact Statement (SDEIS) that was released in August 2014. The City and County of Denver ("Denver") supports the Partial Cover Lowered Alternative ("PCL") as the best and most viable option to deliver a project that will serve the complex needs of our residents, commuters and the region as a whole, as noted through the regional leaders' letter from June 2013 and the Denver City Council resolution from April 2014. We value the large investment that CDOT is making in this critical piece of highway infrastructure for our state. To get this right, it is imperative that this project support the Elyria, Swansea and Globeville neighborhoods as well as Denver as a whole. On behalf of the residents of Denver, my administration will continue to ensure that the I-70 East SDEIS supports the vitality and strength of the surrounding communities.

This letter accompanies and summarizes the key items in the comments submitted by Denver that will protect and improve the quality of life, safety and health of our residents and highway users. We believe the issues we have raised can be resolved in partnership with the Colorado Department of Transportation (CDOT) and incorporated into the Final Environmental Impact Statement (FEIS) scheduled to be released in August 2015.

Today, Denver has several major redevelopment and infrastructure projects taking place that provide a connection from Denver Union Station to Denver International Airport. Termed the Corridor of Opportunity, the nearly 23-mile stretch is one of the most compelling commercial investment opportunities in the world, with thousands of developable acres. The I-70 East project plays a critical role within the Corridor of Opportunity. Specifically, the I-70 East project is one of six critical redevelopment projects in northern Denver that provides a unique and historic opportunity to rebuild a connected community and energize a gateway to downtown Denver, also known as the North Denver Cornerstone Collaborative.

We value CDOT's partnership to uplift this cornerstone of Denver. City staff members have worked closely with CDOT, the Federal Highway Administration (FHWA) and the public to find an alternative that will have the greatest public benefit while minimizing negative impacts to the surrounding community. My administration remains committed to relieving congestion and providing safe travel on I-70 East as

> The information in the cover letter is noted. Responses to specific comments are included on the following pages.

important elements to improving Denver's overall transportation system. Continuing to collaborate and connect with the Elyria, Swansea and Globeville communities will be important to meet the needs of the residents and businesses throughout the life of the project.

During the course of this Environmental Impact Statement (EIS), Denver has provided staff support and leadership for this analysis of alternatives and environmental impacts for future improvements of I-70 East from I-25 to Tower Road. Due to our level of involvement, Denver believes that the PCL will knit the communities back together by eliminating the physical, visual and safety barriers posed by the existing highway viaduct. The cover over I-70 will improve connectivity as well as the ability to walk, bicycle and drive within the neighborhood. Placing I-70 below grade will provide additional community open space that will be activated with community services and programs based on neighborhood input and needs.

As Mayor, my greatest concern is that the impacts of this project could potentially be borne disproportionately by the surrounding minority/low-income communities. While CDOT has identified many mitigation elements, the proposed mitigations do not fully compensate for the impacts. Appropriate mitigation of these impacts, both during construction and after completion, is critical to our city and residents.

The following summarizes the City and County of Denver's issues for further review and input:

- **Neighborhood Health and Quality of Life.**
  - Denver requests to collaborate with CDOT to develop more effective and aesthetically pleasing noise solutions beyond the noise mitigation plan proposed in the SDEIS, solutions that fit into the neighborhood and are less intrusive on the views. The existing highway has significant noise impacts to the surrounding communities.
  - Denver requests to collaborate with CDOT to increase the tree canopy in the neighborhoods to help buffer the visual effect of noise walls and create a sense of ownership by community members toward their neighborhood and public property.
  - Denver requests that CDOT work collaboratively with the city and area residents to develop space that is a true amenity to the communities, including but not limited to establishing a program for long-term maintenance of the cover over the PCL. The PCL is a very progressive solution by CDOT to stitch the surrounding communities back together. We must have a plan to maintain it.
  - Denver requests that CDOT consider providing operational costs for new home infrastructure in addition to the currently proposed opportunities for homeowners to rehabilitate homes through improvements to doors, windows and ventilation systems. Residents should not bear the cost of these mitigations.
  - Denver requests to collaborate with CDOT to identify public services and social support structures needed during the construction period to enhance community stability and strength. These should include health care access, employment development, and a health and wellness center. CDOT should assist nonprofits, especially those organizations serving non-English speaking populations, and Denver Health in providing services that help residents navigate community resources.

- **Second Cover.** Denver requests that CDOT enable the development of a second cover between Steele St./Vasquez Blvd. and Cook St. to improve connectivity, to introduce services such as a grocery store, to reduce the visual presence and associated impacts of I-70, and to develop space that is a true amenity to the communities where none exists today. As documented in the

| Comments | Comments |
|---|---|
| Source: Submittal   Document Number: 880   Name: Denver Mayor Michael B. Hancock and Department of Public Works | Source: Submittal   Document Number: 880   Name: Denver Mayor Michael B. Hancock and Department of Public Works |

SDEIS, a second cover would eliminate the need for noise walls in this location, further mitigating the impacts of I-70. The proposed reconfiguration of the existing Steele/Vasquez interchange presents an immense opportunity to connect two segments of the neighborhood and create a special place for the community. This cover is different than the cover adjacent to Swansea Elementary School. That cover provides an open space amenity near the school and adjacent existing residential communities. The second cover would provide an opportunity to completely re-imagine its immediate surroundings, to open up multiple acres of land for additional rooftops and to introduce the type of development that the community has clearly stated it is missing.

- **Air Quality.** Denver requests CDOT include monitoring of air quality impacts before, during and after construction on site of PM 10, PM 2.5, Nitrogen Oxides and other pollutants. Significant concern has been raised by Denver and area residents about air quality impacts. Of particular concern are the impacts during and after construction in the neighborhoods, at the school and at the ends of the cover.

- **Highway "Footprint."** Denver requests variances in the dimensions and geometrics of the highway width and interchanges. Reduced shoulder width and less-than-full-standard geometries for accel/decel lanes should be thoroughly examined as a joint effort between Denver and CDOT. These are reasonable adjustments to minimize the overall footprint of the highway without significantly impacting the safety or operations of the highway.

- **Connectivity.** Denver requests to closely coordinate with CDOT on ramp and local street closures during construction to ensure connectivity for residents to easily access and utilize all available modes of transportation throughout these neighborhoods. One of the longstanding challenges for these communities, further aggravated since the original construction of I-70, has been the lack of vehicle, pedestrian, and bicycle connections within the neighborhoods and to adjoining areas. This will become more acute as construction of I-70 commences, with limited access on and off the highway for residents and others wanting to use I-70. East/West and North/South connectivity is needed on both sides of the highway to allow neighborhood residents to use all modes of transportation to safely travel, to revitalize these communities, and to ensure that industrial and truck traffic stay on appropriate thoroughfares. Improved connectivity is also necessary to address emergency vehicle access, particularly during the construction period. The PCL eliminates some North/South connectivity that must be re-examined. The reconfiguration of 46th Avenue, as requested by Denver, is an important contribution, as is the addition of a cover over the highway.

- **47th and York.** Denver requests to collaborate with CDOT to develop appropriate alternatives for connectivity in and around 47th and York, with the goal of identifying solutions that are multi-modal and minimize further impacts to the community. Prior to the original construction of I-70, there were at grade railroad crossings in this area, which have since been eliminated, thus causing additional barriers to mobility for community residents.

- **Steele/Vasquez and Colorado Boulevard Interchanges.** Denver requests that CDOT work collaboratively with the city and area residents and businesses surrounding the Steele/Vasquez and Colorado Boulevard interchanges to devise the most appropriate combination of strategies and infrastructure that respects the affected neighborhoods and allows good access to support local businesses. The PCL and modified PCL shown in the SDEIS show two different access

> The information in the cover letter is noted. Responses to **specific comments** are included on the following pages.

configurations at these locations. Denver believes both of these options – 1) split diamond between the two interchanges and 2) no access at Steele/Vasquez with full diamond at Colorado Boulevard – have significant challenges and will create unacceptable impacts to the local businesses, the neighborhoods and the level of service at the interchanges.

- **Housing and Relocation.** Denver requests that CDOT work collaboratively with the city and area residents to re-establish a critical mass of residential housing units by developing a plan for the type, character and amount of replaced housing. The viability of the surrounding neighborhoods was diminished after the original construction of I-70 and will be further diminished with the planned loss of additional housing units under the proposed action. Funding for replacement housing should be channeled through the Denver Office of Economic Development, which can provide a fair, open and coordinated process to complete the housing redevelopment.

- **Drainage and Water Quality.** Denver requests that CDOT maintain its work with the city to find alternate solutions that will allow some of the drainage infrastructure and detention facilities to be above ground—thus creating a visually pleasing amenity for the surrounding communities. CDOT should work with Denver staff on water quality strategies as well to develop more specificity to be included in the FEIS. The SDEIS shows a system of drainage infrastructure that includes, for the most part, underground pipes to drain excess water to the South Platte River. Green Infrastructure and other Best Management Practices (BMPs) should be further developed, which will treat runoff from impervious surfaces that are part of the I-70 East project and from other sources.

- **Community Outreach.** Denver invites CDOT to remain engaged in additional community outreach following the conclusion of the SDEIS. Denver will develop supplemental approaches to educating and soliciting input from the affected neighborhoods. CDOT has put forth an enormous effort in engaging the communities and other stakeholders since 2003. However, Denver will maintain engagement with the community regarding the issues outlined in Denver's comments.

Please feel free to contact Public Works Executive Director Jose Cornejo at 720-865-8712 with your questions or thoughts. We look forward to continuing the productive partnership with CDOT, the FHWA, the surrounding communities and other affected stakeholders as we move this important project forward.

Respectfully,

Michael B. Hancock
Mayor

## Comments

| Source: | Submittal | Document Number: | 785 | Name: | Denver Mayor Michael B. Hancock and Department of Public Works |
|---|---|---|---|---|---|

**DENVER** PUBLIC WORKS

Denver Public Works
Office of the Executive Director

201 West Colfax Ave, Dept. 608
Denver, CO  80202
P: 720-865-8630
F: 720-865-8795
www.denvergov.org/dpw

**I-70 East Supplemental Draft Environmental Impact Statement Response Comment Report**
October 31, 2014

| Volume | Chapter | Section | Page | Additional Reference |
|---|---|---|---|---|
| 1 | 0 | ES 1-10 | | |

**A** Based on our review, the proposed elimination of the existing York St. interchange will create significant adverse impact to the local roadway network around York St.  Please provide needed mitigation measures to include additional local roadway connections to York to help with the increase in traffic around this area. Revise and update section ES4.2, paragraph 3 on page ES-7 and section ES 6, paragraphs 6 and 7 on page ES-12 to include additional local roadway connections at York to help with the increase in traffic around this area.

| 1 | 0 | ES 1-10 | 14 | |

**B** "How will social..." add ...."Construction activity and property acquisition will lead to changes in the supply chain, customer access, and employee access; these changes will result in lower business sales, higher employee turnover, increased costs, and reduced profits. The result is lower tax revenues through sales/use taxes, property taxes (due to lost businesses or business capital), and other economic and fiscal reductions."

| 1 | 0 | ES 1-10 | 19-20 | |

**C** Due to  the critical nature of outreach, please cross reference and add "Additional focused outreach, during the planning, pre-construction and construction phases, will be made to local businesses to minimize business loss and operational disruptions.

| 1 | 0 | ES 1-10 | ES-17 | |

**D** What and where can the specific mitigation measures be found in the SDEIS? Include a reference to 5.22 here.

| 1 | 1 | 1.9 | 1-8 | |

**E** CDOT should work with the City and County of Denver (CCOD) and Globeville Elyria Swansea Organizers Group and other community stakeholders during the entire process to procure a private sector team who will design and construct this project.  This partnership will ensure that local interests and concerns are reflected in the project as it proceeds from design through construction.

FOR CITY SERVICES **VISIT** | **CALL**
DenverGov.org | **311**

*Protecting the Present  Building the Future*
**Accountability, Innovation, Empowerment, Performance, Integrity, Diversity, Teamwork, Respect, Excellence, Safety**

Page 1 of 60

## Responses to Comments

**A** The Executive Summary in the Final EIS has been revised accordingly. Mitigation measure are included throughout the Final EIS document. CDOT will coordinate with Denver regarding traffic conditions on local streets.

**B** CDOT will work with businesses to maintain access during construction. Access to businesses generally will improve because of the added lanes to I-70 and the resulting improvements in travel time to and from businesses after construction. Signs and notifications will be used to reduce adverse effects on access to homes, businesses, and services during the construction period. Proposed text was not added to the Final EIS.

**C** Text was added to Chapter 10 of the Final EIS to explain the plan for future public outreach on the project.

**D** A reference to the mitigation summary was added to the Executive Summary of the Final EIS.

**E** CDOT will continue to coordinate with Denver throughout the procurement selection process. Issues identified by both Denver and by community members will be factors in the selection of a developer.

| Comments |
|---|

| Source: | Submittal | Document Number: | 785 | Name: | Denver Mayor Michael B. Hancock and Department of Public Works |
|---|---|---|---|---|---|

| Volume | Chapter | Section | Page | Additional Reference |
|---|---|---|---|---|
| 1 | 2 | 2.3 | 2-3 | |

**F** Diagram 2-1 indicates the project area. Was the entire transportation network in the region taken into account? What improvements to the local network, I-270 and I-76 were considered to alleviate widening in the Swansea and Elyria neighborhoods?

EIS should take into account the entire transportation network in the region and consider what improvements to the local network, I-270 and I-76 could alleviate widening in the Swansea and Elyria neighborhoods.

| 1 | 2 | 2.3 | 2-3 | |
|---|---|---|---|---|

**G** FEDERAL HIGHWAY ADMINISTRATION'S LIVABILITY GOALS:

It is not clear that the FHWA Livability goals are captured in the text. The FEIS should address the Federal Highway Administration's Livability goals.

| 1 | 3 | 3.3 | 9 | |
|---|---|---|---|---|

**H** This section should also reference the most recent, 2014 Transit Oriented Development Strategic Plan.

| 1 | 3 | 3.3.3 | 3-6 | |
|---|---|---|---|---|

**I** The "Managed Lane Option" considers at least one managed lane, using operational strategies like a high-occupancy vehicle (HOV) lane, from I-25 to Tower Road.

The SDEIS does not explicitly recommend managed lanes, or include specific recommendations on users or potential incentives to improve ridership and thus mitigate environmental impacts.

Managed lanes are important to both reduce potential congestion and minimize the impact of carbon emissions on air quality. HOV and bus lanes encourage riders to commute together or on shared transit, decreasing the number of vehicles on the highway, and mitigating some potential environmental impacts for the surrounding community, including pollutants and noise disturbance.

If CDOT determines to include toll lanes, the following statements should apply to those:

1) Managed lanes are included for the full length of the widened highway.

2) Managed lanes are free for vehicles containing three or more riders.

3) Managed lanes are free for buses. While there will be commuter rail access through the communities surrounding the expanded highway, lessons from RTD's West Line Rail expansion show that bus transit may continue be the most flexible and cost effective transportation option for families in diverse communities, and should be considered as part of a holistic transportation planning process.

FOR CITY SERVICES VISIT | CALL
DenverGov.org | 311

**Protecting the Present  Building the Future**
Accountability, Innovation, Empowerment, Performance, Integrity,
Diversity, Teamwork, Respect, Excellence, Safety

| Responses to Comments |
|---|

**F** The DRCOG model was used for development of the traffic analysis, which includes fiscally constrained improvements to local and regional roadways. These improvements are included in Attachment E - Traffic Technical Report in the Final EIS.

**G** The FHWA Livability and Sustainability principles were used on this project from the beginning when the project began as a combined transit highway project through to the most recent development of the Partial Cover Lowered Alternative. The project alternatives improve connectivity and accessibility within the local network adjacent to I-70 by ensuring that walking, biking, and transit are safe, convenient, and realistic choices. The Partial Cover Lowered Alternative not only addresses the road safety and capacity issues, but also helps achieve some broader community goals of livability, quality schools, safe streets, along with supporting the existing communities along the corridor. Its identification as the Preferred Alternative was based on sustainability approaches that help to enhance quality of life and serve transportation needs of the present and future, see Chapter 3, Summary of Project Alternatives.

**H** A reference to the 2014 update was added.

**I** The Preferred Alternative is identified in the Final EIS as the Partial Cover Lowered Alternative with Managed Lanes Option. Chapter 3, Summary of Project Alternatives and Chapter 8, Phased Project Implementation includes more detailed information on the proposed managed lanes.

The concerns regarding transit have been adequately addressed in the Final EIS. For information on consideration of multi-modal forms of transportation, please see TRANS1 of the Frequently Received Comments and Responses on the Supplemental Draft EIS, located in Part 1 of Attachment Q.

## Comments

| Source: | Submittal | Document Number: | 785 | Name: | Denver Mayor Michael B. Hancock and Department of Public Works |
|---|---|---|---|---|---|

| Volume | Chapter | Section | Page | Additional Reference |
|---|---|---|---|---|

**J**

| 1 | 3 | 3. 3.4, 3.5 | | |

This section discusses that high traffic volumes on 46th Ave. as well as the fact that the truck traffic could degrade the quality of the area neighborhoods and cause safety concerns for the neighborhoods, pedestrians, bicyclists, and vehicles which contradicts the project need. Additional mitigation should be shown in FEIS between Steele St. and Colorado Blvd. to prevent those impacts from occurring in the neighborhoods and local City streets.

**K**

| 1 | 3 | 3. 7 | | |

The local connectivity north-south refers to Ex. 4-20 for the basic option. I believe this should refer to Ex. 4-21 as Fillmore is not called out as a connection and 4-20 shows the revised viaduct alt.

**L**

| 1 | 3 | 3. 7 | | |

York St. is proposed to convert from a one-way to two-way street between 45th and 47th Aves in the Modified Option. This section refers to 48th Ave. as the boundary.  York St. is already a two-way street north of 47th Ave.

**M**

| 1 | 3 | 3. 7 | | |

All typical section graphics should include the existing viaduct as a point of reference, similar to Exhibit 3-9.

**N**

| 1 | 3 | 3. 7 | | |

Our review showed that the signalized Steele/Vasquez interchange has a better performance. Consider modifying paragraph 14 to show the  Partially Covered Lowered (PCL) option with a signalized intersection at Steele/Vasquez and that 46th Ave. to remain one-way between Steele/Vasquez and Colorado Blvd. (WB 46th Ave. to the north of I-70 and EB 46th Ave. to the south of I-70).

**O**

| 1 | 3 | 3. 7 | | |

In Exhibit 3-13 showing the Managed Lane Option the interior shoulders are shown as 12 ft. and in Exhibit 3-12 showing General Purpose Lane Option the shoulders are shown as 16 ft.  Indicate why these shoulders can't be 12 ft. or change appropriately.  Please list the additional impacts and corresponding mitigation of the Managed Lanes Option if the width of the General Purpose Lane Option can be reduced.

**P**

| 1 | 3 | 3. 7 | | |

The FEIS should provide more information than was in the SDEIS and the 2008 DEIS as to the options considered for rehabilitating I-70; options considered for improving mobility that do not necessitate adding lanes; and alternatives considered for improving local mobility  – routing truck traffic, improvements to local street network, additional transit in the corridor (beyond FasTracks).

**Q**

| 1 | 3 | 3. 7 | | |

CCOD understands the capacity need for 10 mainline lanes on I-70, but believes that variances in some of the dimensions and geometrics are reasonable to minimize the overall footprint of the highway.  Items such as reduced shoulder widths and less-than-full-standard geometries for accel/decel lanes should be thoroughly examined as a joint effort between the CCOD and CDOT, the results of which would be incorporated into the FEIS.

## Responses to Comments

**J**  This section discusses the elimination of the Realignment Alternatives (Alternative 4 and Alternative 6) from the 2008 Draft EIS. The alternatives were eliminated because they did not meet the project's purpose and need. Therefore, these alternatives were not fully analyzed for impacts and mitigation in the document.

**K**  Chapter 3, Summary of Project Alternatives in the Final EIS includes an updated Partial Cover Lowered Alternative discussion.

**L**  In Chapter 3, Summary of Project Alternatives in the Final EIS, York Street has been changed to remain a one-way street.

**M**  Figures include the width of the existing viaduct, as appropriate.

**N**  Chapter 3: Summary of Project Alternatives in the Final EIS includes an updated Partial Cover Lowered Alternative discussion.

**O**  The general purpose lane option will be constructed at the same width as the Managed Lanes Option for future flexibility.

**P**  TDM/TSM strategies, which are programs designed to reduce travel demand and improve the use of the current transportation system, while reducing the need for major capital investment are included in Chapter 3, Summary of Project Alternatives in the Final EIS. Routing of truck traffic in the neighborhood and improvements to the local street network are Denver's responsibility and additional transit in the corridor is RTD's responsibility. CDOT has been coordinating with and will continue coordinating with both agencies throughout the process to develop the best solution for the corridor.

**Q**  CDOT will coordinate with Denver regarding the overall footprint of the highway.

FOR CITY SERVICES VISIT | CALL
DenverGov.org | 311

**Protecting the Present  Building the Future**
Accountability, Innovation, Empowerment, Performance, Integrity,
Diversity, Teamwork, Respect, Excellence, Safety

## Comments

| Source: | Submittal | Document Number: | 785 | Name: | Denver Mayor Michael B. Hancock and Department of Public Works |
|---|---|---|---|---|---|

| Volume | Chapter | Section | Page | Additional Reference |
|---|---|---|---|---|
| 1 | 3 | 3. 7 | | Ch. 4 |

**R** The design of the Partially Covered Lowered (PCL) should incorporate complete and green street concepts, taking into consideration best practices of design, multimodal safety and efficiency, visual and environmental protection for the neighborhood. In addition to lowering the highway and providing a cover, the design should incorporate measures to open the area up to natural light and air, improved multimodal facilities, landscaping, aesthetics to provide opportunities for mountain views across the lowered highway, and other features to improve aesthetics and reduce noise from the highway. Successful streetscape design reinforces the pedestrian scale and character and enhances the quality, identity, physical function, and economic vitality of an area. In locations where it is possible within proposed right-of-way, design the frontage road with wider sidewalks and buffers to be more inviting. Also address community cohesion and infrastructure needs that were disrupted by the location of I-70 through the community.

| 1 | 3 | 3. 7 | 18, paragraph 7 | |
|---|---|---|---|---|

**S** It states that the slip ramps at Monaco and Dahlia will be relocated and consolidated at Holly St. With this proposed change and from our review, there will be significant increase to traffic on Holly St. to the north and south of the interchange as well as cut through traffic on 48th Ave. Therefore, this paragraph will need to be updated to include language that additional work on Holly to the north of I-70 and also 48th Ave. to Colorado will be required to provide alternative accesses to Colorado to help relieve congestion on Stapleton Drive North and South.

| 1 | 3 | 3. 7 | 21, top of page | |
|---|---|---|---|---|

**T** There appears to be missing text. Please verify and add text as appropriate.

| 1 | 3 | 3. 7 | 3-17-31 | Ch. 4 |
|---|---|---|---|---|

**U** ALTERNATIVES, ROAD WIDTH & SUFFICIENT CAPACITY:

Concerned that width of I-70 & number of lanes be sufficient to accommodate vehicle traffic growth and does not need widening in the future.

Regardless of how wide the road is under all Build Alternatives, traffic load demand forecasts for the next several decades must be adequate enough to solve congestion. The highway width and number of lanes need to be sufficient to avoid the need to further widen I-70 later.

FOR CITY SERVICES VISIT | CALL
DenverGov.org | 311

Protecting the Present  Building the Future
Accountability, Innovation, Empowerment, Performance, Integrity,
Diversity, Teamwork, Respect, Excellence, Safety

## Responses to Comments

**R** CDOT will coordinate with Denver regarding the design of local streets. Attachment O, Aesthetic and Design Guidelines developed during the EIS process with Denver and the community, will be used during final design to help CDOT identify appropriate aesthetic design elements to ensure compatibility within the community and each viewshed. CDOT is committed to following the guidelines and continued community involvement during final design and construction.

The concerns regarding community cohesion have been adequately addressed in the Final EIS. For information on the Preferred Alternative highway cover and how it addresses community cohesion, please see PA2 of the Frequently Received Comments and Responses on the Supplemental Draft EIS, located in part 1 of Attachment Q.

**S** Improvements to Holly Street north and south of I-70 are understood to be part of future Denver improvement projects.

**T** Text was added in the Final EIS to address this issue.

**U** The Final EIS analysis used the most recent 2035 DRCOG travel demand model to forecast future traffic volumes. This model includes household and employment data for the region and includes programmed projects including the East Corridor commuter rail line. The traffic volumes were used to determine the needed capacity for I-70 in this area.

The concerns regarding managed lanes and have been adequately addressed in the Final EIS. For information on identification of the Managed Lanes Option as the preferred option, please see PA7 of the Frequently Received Comments and Responses on the Supplemental Draft EIS, located in Part 1 of Attachment Q.

The justification of the number of lanes needed for the highway in the future has been discussed in the Final EIS. For information on widening the highway and number of lanes needed, please see GEN3 of the Frequently Received Comments and Responses on the Supplemental Draft EIS, located in Part 1 of Attachment Q.

| Comments | | Responses to Comments |

**Source:** Submittal    **Document Number:** 785    **Name:** Denver Mayor Michael B. Hancock and Department of Public Works

| Volume | Chapter | Section | Page | Additional Reference |
|--------|---------|---------|------|----------------------|
| 1 | 3 | 3. 7.1 | 3-18 to -19 | Ch. 5, Sec. 5.3.23 |

**V**

MANAGED LANES, TOLLING
The SDEIS does not discuss potential tolling costs, which would allow the impacted public to be informed of the fees they might anticipate for use of managed lanes.  It is noted that p. 3-19 indicates "pricing and policies" will be made explicit in the EIS.

The EIS should provide more information on the intent and mission for managed lanes. It should include potential pricing scenarios for managed lanes (current examples of one-way tolling across the country, depending on miles/length of travel, toll segment and congestion level range from $0.20 to $9.00) and indicate how pricing may be related to vehicle type. It should also indicate the aspects of managed lanes that will be locked into the 2016-2021 Transportation Improvement Program (TIP) or other appropriate TIP, such as BRT, HOV, HOV+, SOV, ZEV and the associated air quality benefits.

The separate study that will evaluate the pricing and policies for the managed lanes should give priority to reduce impacts on air quality and provide equitable access across all income levels. Low-income residents of these neighborhoods and the region will bear a larger financial burden from the managed lanes relative to family budget.  Please specify any monetary or other incentive options available for using managed lanes for residents impacted by the project, this could include allowing residents of Globeville, Elyria and Swansea to have FREE, not just subsidized, access to the managed lanes to facilitate neighborhood connectivity.

The EIS document should identify exactly how many (and where) access points to the managed lanes will be throughout this study area. There is language in the EIS that indicates access for low income residents.  For this to truly benefit low income residents of the Globeville, Elyria and Swansea; there would need to be an access point to the managed, HOV, HOV+ lanes.

The EIS must show how the traffic from managed lanes will terminate on I-70 as it approaches the mousetrap interchange at I-25 and provide information on air quality and congestion impacts as west-bound I-70 narrows from five lanes to three lanes to two lanes as it crosses I-25.

| 1 | 3 | 3. 7.3 | 29 | |

**W**

Based on our review, the removal of the access at Steele/Vasquez creates adverse traffic impact to 46th Ave. and Steele/Vasquez.

| 1 | 3 | 3. 7.3 | 3.23 | Ch. 5, Sec. 5.14.6 & 5.17 |

**X**

LOWERED ALTERNATIVES, DRAINAGE:

There are major concerns with constructing the lowered alternative as to effective mitigation of groundwater and drainage & detention impacts from surface runoff.

If a lowered alternative is selected, CDOT must guarantee the mitigation will solve drainage problems impacted by this project.

**V** The managed lanes pricing strategies will be determined during future phases of the project.

For information on toll rates, please see FUND3 of the Frequently Received Comments and Responses on the Supplemental Draft EIS, located in Part 1 of Attachment Q.

Attachment A, Alternative Maps in the Final EIS includes access points to the managed lanes and lane transitions at each project termini.

**W** The Steele Street/Vasquez Boulevard interchange is included in the Preferred Alternative as described in the Final EIS. For information on the Steele Street/Vasquez Boulevard interchange, please see PA6 of the Frequently Received Comments and Responses on the Supplemental Draft EIS, located in Part 1 of Attachment Q.

**X** A key component of the Partial Cover Lowered Alternative is the design of an offsite drainage system to capture the urban overflow reaching I-70. The design of the offsite system will protect the lowered I-70 and reduce existing drainage problems north of I-70. Mitigation of groundwater will be a final design consideration.

FOR CITY SERVICES VISIT | CALL
DenverGov.org | 311

**Protecting the Present  Building the Future**
Accountability, Innovation, Empowerment, Performance, Integrity,
Diversity, Teamwork, Respect, Excellence, Safety

Page 5 of 60

A-34                                                     EAR  0119                                                     January 2016

## Comments

| Source: | Submittal | Document Number: | 785 | Name: | Denver Mayor Michael B. Hancock and Department of Public Works |



| Volume | Chapter | Section | Page | Additional Reference |
|--------|---------|---------|------|----------------------|
| 1 | 3 | 3. 7.3 | 30 | |

**Y** The PCL Modified Option proposes a pedestrian/bike only crossing on Josephine St. Need evaluation to investigate impact and provide needed design modification to the surrounding roadways to accommodate the increase in traffic.

| 1 | 3 | 3. 8 | | |

**Z** Bullet #2 under "variations under consideration" lists "Highway cover." This is unclear. Please clarify if this is the highway cover described in the Basic Option, the "second cover" described in the Modified Option, or if it is referring to both.

| 1 | 3 | 3. 8 | 33-34 | |

**A1** The FEIS should note that there is still an opportunity for a second cover with highway access at Steele/Vasquez.

## Responses to Comments

**Y** The Partial Cover Lowered Alternative evaluated in the Final EIS includes vehicular traffic on both York and Josephine.

**Z** Language in Chapter 3, Summary of Project Alternatives in the Final EIS has been included to clarify this topic for the updated Partial Cover Lowered Alternative.

**A1** Nonpreclusion of the second cover is discussed in Chapter 3 of the Final EIS.

FOR CITY SERVICES VISIT | CALL
DenverGov.org | 311

**Protecting the Present  Building the Future**
Accountability, Innovation, Empowerment, Performance, Integrity,
Diversity, Teamwork, Respect, Excellence, Safety

Page 6 of 60

## Comments

| Source: | Submittal | Document Number: | 785 | Name: | Denver Mayor Michael B. Hancock and Department of Public Works |
|---|---|---|---|---|---|

| Volume | Chapter | Section | Page | Additional Reference |
|---|---|---|---|---|
| 1 | 3 | 3. 8.1 | 3-33 | Ch. 4 & 5, Sec. 4.3 & 5.4, Pg. 4-8, 4-27, 4-51, 5-13 |

**B1**

Truck routes that minimize traffic and pollution on Swansea, Globeville and Elyria neighborhoods, as well as on Cole, Clayton, Skyland and Whittier neighborhoods, is strongly supported by residents. They should be implemented before I-70 construction begins to prevent additional truck traffic through these neighborhoods. As the Health Impact Assessment (HIA) for Globeville, Elyria and Swansea indicates, the highway access brought more industrial activity into GES neighborhoods. The combined highway and industry impacts resulted in increase public health risk due to decreased in air quality. Exhibit 4-8, Existing Truck Routes, on page 4-8, documents that there are numerous other truck routes in the area including Brighton Blvd. and Colorado Blvd.

CDOT has indicated (although it is not reflected in the SDEIS) the I-70 and Steele/Vasquez interchange will not be closed, in order to accommodate truck traffic.  How will keeping the interchange open for truck traffic benefit the residents? What is the anticipated traffic count for trucks?  What is the analysis of impact on air quality?  Will residents of an environmental justice community see a further deterioration in air quality and negative noise impacts?  Is there an analysis of impact of providing trucks improved access to Colorado Blvd. on other streets?

The study must assess the magnitude of the changes to the truck routes in the Elyria and Swansea Neighborhoods, especially related to the removal of York interchange.  CDOT should cross reference and follow the recommendations of HIA and the Globeville and Elyria - Swansea neighborhood plans to minimize impacts of truck traffic through residential areas. CDOT must indicate how trucks will navigate through the local network, indicate all associated impacts and how they will be mitigated and ensure that truck routing avoids school zones and residential areas.  This should also include working with the City of Denver to coordinate and financially support improvements of truck routes away from residential areas. Also, the EIS should include directing non-local truck traffic off of I-70 through this corridor and signage should be used to discourage trucks coming into the neighborhood.  Furthermore, a Good Neighbor Agreement should be implemented during the construction period to define truck routes. While the City is open to working with CDOT to support mitigation, CDOT is responsible to reduce neighborhood impacts from truck traffic increases and rerouting.

Also, radioactive materials, poisons and A5 explosives are already prohibited at all times and Flammable liquids and LP gas prohibited during peak hours. All options should continue these same restrictions. Denver Local Emergency Planning Committee (LEPC) should petition the Colorado State Patrol to approve continuation of this designation.



FOR CITY SERVICES **VISIT** | **CALL**
DenverGov.org | 311

*Protecting the Present  Building the Future*
*Accountability, Innovation, Empowerment, Performance, Integrity, Diversity, Teamwork, Respect, Excellence, Safety*

## Responses to Comments

**B1** The concerns presented in this comment have been adequately addressed in the Final EIS. For information on truck traffic impacts on adjacent neighborhoods and air quality in the project area, please see TRANS9 and AQ3 of the Frequently Received Comments and Responses on the Supplemental Draft EIS, located in Part 1 of Attachment Q.

The removal of the York Street interchange has been included in the traffic analysis.

CDOT will continue to coordinate with Denver regarding truck traffic during construction. For information on rerouting truck traffic, please see TRANS8 of the Frequently Received Comments and Responses on the Supplemental Draft EIS, located in Part 1 of Attachment Q.

| Comments | | Responses to Comments |

**Comments**

| Source: | Submittal | Document Number: | 785 | Name: | Denver Mayor Michael B. Hancock and Department of Public Works |

| Volume | Chapter | Section | Page | Additional Reference |
|---|---|---|---|---|
| 1 | 3 | 3. 8.1 | 3-34 to 35 | |

**C1** It is stated that the roundabout option in the Build Alternatives to provide improved operations as compared to the signalized interchange. Based upon our review, the roundabout will likely have worse operations and more limited capacity than the signalized interchange. A failure of the roundabout would create significant queuing on Vasquez Blvd. north of I-70 and on WB 46th Ave. Due to severely high levels of traffic, the non-signalized crossing in the roundabout option will discourage pedestrian movement and make it unsafe due to extremely high levels of interaction with traffic. Also, additional notes should be added in paragraph 5 regarding the benefits of the traffic signals to include enhanced ability and flexibility to address potential future congestion.

| 1 | 3 | 3. 8.2 | 35 | |

**D1** The description of the Basic Option and Modified Option include the specific length of the highway cover between Clayton St. and Columbine St, but only provides general descriptions of variations using the terms "substantially extended" and "minimally extended." These variations should be described in more detail to clearly evaluate pros and cons of the variation options.

| 1 | 3 | 3. 8.2 | | |

**E1** In the last paragraph on page - description of second cover states "it may also pose air quality impacts and may result in violation of regional air quality standards." This reads negatively and does not objectively describe what air quality impacts may need to be address with two covers. Provide more detail as a basis for this statement and a more thorough explanation.

| 1 | 3 | 3. 8.3 | | |

**F1** The discussion on the frontage roads should include that one-way frontage roads provide better operations then a two-way frontage road system.

| 1 | 3 | 3.11 | | |

**G1** In its discussion of property acquisitions needed for the various alternatives, CDOT omits any discussion of the CCOD property, including right-of-way, that would be needed. At present, CCOD owns the right-of-way to 46th Ave. under the viaduct, as well as other property that would potentially be impacted by the different alternatives. Acquisitions of CCOD-owned property should be considered in CDOT's analysis.

| 1 | 3 | 3.11 | 41 | |

**H1** The FEIS must address the economic development opportunities and urban design elements of the preferred alternative.

| 1 | 3 | 3.11 | 42 | |

**I1** Neighborhood cohesion:

This section lacks clarity, does not define neighborhood cohesion and mainly focuses on the dominant visual barrier. Please provide a definition for neighborhood cohesion and state how the PCL accomplishes this with a more detailed description of specific design elements in additional to the visual barrier.

**Responses to Comments**

**C1** Roundabouts have been eliminated from the Preferred Alternative in the Final EIS.

**D1** The discussion regarding highway cover variations has been updated in Chapter 3, Summary of Project Alternatives in the Final EIS.

**E1** Text has been revised to say "Although a second cover is not included as part of the Preferred Alternative, the design of the highway does not preclude construction of a second cover at a later date." Air quality is no longer discussed in relation to the second cover. However, air quality would need to be analyzed if a second cover is pursued by others in the future.

**F1** The text was revised to reflect this.

**G1** Existing right-of-way that would be needed from Denver is documented in the right-of-way plans to be prepared for the project. CDOT is coordinating with Denver regarding right-of-way needs.

**H1** Future planned development included in the DRCOG model is a part of the alternatives evaluation process. Planned development is also included in the Land Use Section and the Cumulative Impacts chapter of the Supplemental Draft EIS and Final EIS. The purpose and need of the project is to address safety mobility, access, and congestion for the interstate - not economic development.

Attachment O, Aesthetic and Design Guidelines in the Final EIS was developed during the EIS process with Denver and the community, will be used during final design to help CDOT identify appropriate aesthetic design elements to ensure compatibility within the community and each viewshed. CDOT is committed to following the guidelines and continued community involvement during final design and construction.

**I1** Chapter 3, Summary of Project Alternatives in the Final EIS was updated to address this comment.

For more information on neighborhood cohesion, please see Section 5.2, Social and Economic Conditions in the Final EIS.

FOR CITY SERVICES VISIT | CALL
DenverGov.org | 311

**Protecting the Present  Building the Future**
Accountability, Innovation, Empowerment, Performance, Integrity,
Diversity, Teamwork, Respect, Excellence, Safety

## Comments

| Source: | Submittal | Document Number: | 785 | Name: | Denver Mayor Michael B. Hancock and Department of Public Works |

| Volume | Chapter | Section | Page | Additional Reference |
|--------|---------|---------|------|----------------------|

**J1**

| 1 | 3 | 3.11 | 42 | |

EJ Mitigation measures - Additional 0.4 acres for school facility number should be clarified and cross checked with acreage stated on the bottom of Page ES-17. These references should also clarify how much of the expanded school area will be on the cover, if applicable. It's important to know if the cover will be considered school area or a park that can be used by the school.

**K1**

| 1 | 3 | 3.11 | 42 | |

Neighborhood cohesion:

Since the PCL alternative "eliminates some local north-south connectivity," additional north-south connections should be considered as design continues to support north-south connectivity.

**L1**

| 1 | 4 | 4.1 | 4-2 | Ch. 5, Pg. 5.3-2 |

CDOT stated mitigation measures are insufficient to mitigate the high and adverse impacts on the low-income and minority populations.  CDOT owned land in the Elyria and Swansea neighborhoods presents incredible economic development opportunities for neighborhood - serving businesses and jobs.

**M1**

| 1 | 4 | 4.1 | 4-2 | Ch. 5, Pg. 5.3-2 |

Existing local connectivity – mentions 18 roadways within the study area between Washington St. and Tower Rd., but when this section refers to streets under I-70 that provides critical north/south access for Swansea and Elyria neighborhoods, it does not quantify the number of streets that provide the limited access they currently have.  The connectivity of the Elyria and Swansea neighborhoods will see fewer connections with this highway project under both PCL Alternative and Modified Option.

This section should quantify the exact number of streets under I-70 that provide critical north/south access for Swansea and Elyria neighborhoods, same as it did for the number of streets that have I-70 connectivity within the study area between Washington St. and Tower Road.

**N1**

| 1 | 4 | 4.2 | 4-3 | |

The sale and vacation of 46th Avenue is a process that will need action/approval by Denver City Council. CDOT and CCOD should explore opportunities for land exchanges near the I-70 and Vasquez interchange that would encourage economic development for these low income neighborhoods that have struggled to secure neighborhood –serving businesses such as a grocery store.

**O1**

| 1 | 4 | 4.2.1 | 9 | |

The study must  provide information on the existing safety conditions on the major local roads within the impacted study area as defined in Exhibit 4-1. Documenting existing local safety issues is essential for the project team understand safety impacts from any alternatives that may divert traffic from I-70 to the local network.

**P1**

Current trend lines around the United States indicate a slowing growth rate in Vehicle Miles Traveled (VMT). How does the Denver Regional Council of Governments (DRCOG) model adjust for changes in projected VMT growth rates, Transportation Demand Management (TDM) programs, and other VMT reduction measures? A sensitivity analysis for the future traffic projections should be provided and discussed with the CCOD.

FOR CITY SERVICES VISIT **DenverGov.org** | CALL 311

**Protecting the Present  Building the Future**
Accountability, Innovation, Empowerment, Performance, Integrity, Diversity, Teamwork, Respect, Excellence, Safety

## Responses to Comments

**J1** Section 5.2, Social and Economic Conditions in the Final EIS provides updated acreage of the mitigation measures for the impacts to the Swansea Elementary School playground for each alternative.

The Preferred Alternative's cover provides a shared space for the community and the school. For information on the features of the Preferred Alternative highway cover, please see PA4 of the Frequently Received Comments and Responses on the Supplemental Draft EIS, located in Part 1 of Attachment Q.

**K1** The Partial Cover Lowered Alternative maintains the existing north/south street network as discussed in Chapter 3, Summary of Project Alternatives in the Final EIS.

**L1** The study shows that the mitigation measures alleviate impacts to low income and minority populations. Therefore, it is concluded that there is no high and adverse impact to environmental justice communities after mitigation. The disposal of excess right of way will be determined at a later date. For more information, see Section 5.3: Environmental Justice in the Final EIS.

**M1** Section 4.1 has been expanded to quantify the number of north-south connections for Elyria/Swansea neighborhoods.

**N1** CDOT is working with Denver on the purchase of needed Denver right of way. At the end of the project, after all construction has been completed, CDOT will make a determination as to what excess Right-of-Way it may have along the I-70 East corridor that it does not need for transportation purposes. With the approval of FHWA and the CDOT Transportation Commission, such parcels can be declared excess right-of-way. CDOT has procedural requirements as to how to dispose of excess right-of-way. In addition, depending upon whether or not a parcel of excess Right-of-Way is usable as a standalone parcel will dictate which parties may have a right of first refusal. If multiple parties submit competitive bids for excess parcels, CDOT will typically select the highest bidder as the purchaser.

**O1** CDOT is working with Denver to ensure the local road network near I-70 meet current safety standards.

**P1** The concerns presented in this comment have been adequately addressed in the Final EIS. For information on how the traffic forecasting model was determined and used for this project and consideration of changes in driving patterns, please see TRANS5, TRANS6, and Trans 11 of the Frequently Received Comments and Responses on the Supplemental Draft EIS, located in Part 1 of Attachment Q.

EAR  0123

## Comments

| Source: | Submittal | Document Number: | 785 | Name: | Denver Mayor Michael B. Hancock and Department of Public Works |

| Volume | Chapter | Section | Page | Additional Reference |
|--------|---------|---------|------|----------------------|
| 1 | 4 | 4.2 | 20 | |

**Q1** Significant commercial and industrial development is expected to occur in the next twenty five years on DIA property under the Airport City Concept. DIA has submitted estimated employment figures associated with this development to DRCOG for their 2040 model. DIA would recommend that this DEIS take into account those estimated employment figures.

| 1 | 4 | 4.2, 4.3.2 | | |

**R1** The City and County of Denver (CCOD) is concerned about several aspects of the models used to project future traffic, which in turn result in the identified need for the number of lanes on I-70. In particular, CCOD is concerned how the future price and availability of fuel will affect the amount of people and goods traveling on I-70 over the next 20 years. Several research projects have touched on the topics of peak oil production and the price elasticity of fuel and its impact on people's driving habits, including the September 2008 American Public Transportation Association report titled "Rising Fuel Costs: Impacts on Transit Ridership and Agency Operations" and the November 2013 World Energy Outlook published by the International Energy Agency. However, the models used to project future I-70 traffic have not factored in potential significant changes in travel behavior, as optional scenarios based on these variables are not considered in the DRCOG model that is the basis for the I-70 modeling. The Executive Summary of the March 2010 "Interim Guidance on the Application of Travel and Land Use Forecasting in NEPA" published by the Federal Highway Administration is clear that the document is just that—guidance and strictly voluntary—and therefore allows for flexibility as to the type of traffic model to be used. As such, CCOD requests that CDOT, working with CCOD, develop a sensitivity analysis of the I-70 models to evaluate the potential effect of various fuel availability/price scenarios on projected future traffic. CCOD also requests that CDOT provide research that supports the assumptions that are built into the existing models in the area of future fuel impacts on travel patterns, as well as research that might refute those assumptions. Finally, CCOD requests CDOT to disclose what other traffic projection models would be reasonable to use in this project, given the inherent flexibility in the NEPA guidance.

| 1 | 4 | 4.3 | | |

**S1** CDOT must indicate how 29,200 to 36,400 vehicles will navigate through the local network, indicate all associated impacts, and demonstrate how these impacts will be mitigated.

**Protecting the Present Building the Future**
Accountability, Innovation, Empowerment, Performance, Integrity, Diversity, Teamwork, Respect, Excellence, Safety

## Responses to Comments

**Q1** Even though the horizon year of 2035 is used to project volumes for the Final EIS, sensitivity analysis was conducted to compare these to the 2040 DRCOG model. Results showed that the volumes were comparable and that any differences in the employment projections can be accommodated with the existing design. For information on the sensitivity analysis that was completed, please see TRANS9 of the Frequently Received Comments and Responses on the Supplemental Draft EIS, located in Part 1 of Attachment Q.

**R1** The concerns regarding the traffic modeling have been adequately addressed in the Final EIS. For information on how the traffic forecasting model was determined for this project, please see TRANS5 of the Frequently Received Comments and Responses on the Supplemental Draft EIS, located in Part 1 of Attachment Q.

Peak oil is a term that refers to the global peak in oil production, which occurs when the amount of oil produced worldwide reaches a peak and starts declining. Predictions for when this peak will occur are controversial and range from now to 2035 and beyond. This decline in oil production does not signify 'running out of oil' but it does mean the end of cheap oil, which will have worldwide consequences.

Fuel prices have an impact on transit ridership. However the price of fuel is not consistent enough to use it as a reliable source for traffic capacity predictions.

The decline in driving patterns has been considered when performing the traffic analysis. For information regarding consideration of changes in the driving patterns, please see TRANS11 of the Frequently Received Comments and Responses on the Supplemental Draft EIS, located in Part 1 of Attachment Q.

**S1** The screenline volumes for the area within Elyria and Swansea include the roadways displayed in Figure 4-16 of the Supplemental Draft EIS (Brighton Boulevard, 46th Avenue, and 47th/48th Avenue). These volumes are bidirectional daily volumes on all three of these routes. The peak hour volume (approximately 1,700 vehicles per hour) is well within the capacity of these roadways. Updated numbers are available in Chapter 4, Transportation Impacts and Mitigations of the Final EIS.

## Comments

Source: Submittal  Document Number: 785  Name: Denver Mayor Michael B. Hancock and Department of Public Works

| Volume | Chapter | Section | Page | Additional Reference |
|---|---|---|---|---|
| 1 | 4 | 4.3 | | |

**T1**

Prior to the construction of I-70, residents in the community had an at-grade railroad crossing at or near 47th and York for east/west connectivity. In the present situation, that connectivity has been compromised, as people wanting to drive, walk, or ride a bicycle east/west in that vicinity have to make a circuitous route down to 46th Ave. and back through numerous stoplights. With the proposed PCL, this will be further aggravated as a result of the separation of east and westbound 46th on either side of the lowered I-70. As a result of this changed access to I-70, there will be an adverse impact on circulation within and between communities both during and after construction. Exhibit 4.-43 shows a 300% increase in east/west volumes between Steele and York, which validates this conclusion. The only existing through roadway in this section is 46th Ave. Based on these projected volumes and impacts a mitigation should be determined to address the need for additional east/west multi-modal connectivity north of I-70 between Steele and York, to Brighton Blvd. This connectivity should be in the general vicinity of 47th and York, and may include some form of grade separated crossing for vehicles, and a separate grade separation for pedestrians and bicycles. CCOD would like to work with CDOT and the communities between the SDEIS and the FEIS to develop the most appropriate and cost effective solution, which would be incorporated into the FEIS.

| 1 | 4 | 4.3 | | |

**U1**

CCOD sees opportunity for community revitalization in the area of the existing Steele/Vasquez interchange. The current interchange has a large footprint on what would otherwise be developable land, and has direct impact on the adjacent residents. An opportunity exists for this area to be a catalytic feature of revitalizing the surrounding communities. As more modeling information has become available through CDOT's I-70 DynusT model, CCOD has further evaluated interchange options at Steele/Vasquez and Colorado Blvd. and is concerned that neither PCL option presented in the SDEIS is adequate—either the split diamond configuration shown between Steele/Vasquez and Colorado Blvd., or the full diamond configuration at Colorado Blvd. with no access at Steele/Vasquez. COCD believes that the configuration of these interchanges and their access to I-70 have a direct impact on the health of the community, direct impacts of truck traffic on communities south of I-70, safety on the highway, the amount of land available for development, pedestrian and bicycle mobility, and the level of service of intersections, ramps, and streets that are part of the interchanges. CCOD would like to continue to work with the surrounding neighborhoods, CDOT, and as appropriate adjacent cities and counties to develop access as appropriate at these interchanges that maximizes the efficiency of ingress and egress, preserves the ability to consider a second cap over the highway, maximizes the potential to develop land in the area of the Steele/Vasquez interchange, supports the surrounding business community, is consistent with the desires of our neighboring entities, and minimizes the amount of truck traffic in the communities. CCOD believes that a better performing alternative for access at these interchanges can be developed jointly and with public input and be incorporated into the FEIS.

| 1 | 4 | 4.3 | 23 | |

**V1**

Based on our review, the removal of the York St. interchange will cause significant adverse impact to the surrounding local roadways. Additional evaluations are needed to provide local connections at York to help relieve congestion.

**Protecting the Present Building the Future**
Accountability, Innovation, Empowerment, Performance, Integrity, Diversity, Teamwork, Respect, Excellence, Safety

FOR CITY SERVICES VISIT | CALL DenverGov.org | 311

## Responses to Comments

**T1** Changes to 47th and York interchange are outside of this project's scope. For information on changes to the 47th Avenue and York Street intersection, please see TRANS3 of the Frequently Received Comments and Responses on the Supplemental Draft EIS, located in Part 1 of Attachment Q.

**U1** The Steele Street/Vasquez Boulevard interchange is included in the Preferred Alternative as described in the Final EIS. For information on the Steele Street/Vasquez Boulevard and Colorado Boulevard interchanges, please see PA6 of the Frequently Received Comments and Responses on the Supplemental Draft EIS, located in Part 1 of Attachment Q.

CDOT will continue to work with Denver on the access configuration at Steele Street, Vasquez Boulevard, and Colorado Boulevard and the disposal the right-of-way that remains after construction.

**V1** Chapter 4 of the Final EIS provides additional detail on the traffic analysis based on the removal of the York Street interchange.

EAR_0125

| Comments | Responses to Comments |
|---|---|



**Comments**

Source: Submittal    Document Number: 785    Name: Denver Mayor Michael B. Hancock and Department of Public Works

| Volume | Chapter | Section | Page | Additional Reference |
|---|---|---|---|---|

**W1** — 1 | 4 | 4.3 | 28

While adding shoulders to the reconstructed viaduct may not address congestion related safety problems it will improve safety during other times of the day. The FHWA clearing house has a Crash Modification Factor (CMF) for shoulders on freeways and CDOT needs to acknowledge and quantify that in the study.

**X1** — 1 | 4 | 4.3 | 28

How do any of the build alternatives address safety concerns on the local street network within the impacted area? The FEIS should document how the build alternatives improve or degrade safety on the local network.

**Y1** — 1 | 4 | 4.3.2

To prevent traffic backups, the connection from I-70 to I-25 may need additional capacity. CDOT should reevaluate the traffic loads to address this issue and mitigate accordingly.

**Z1** — 1 | 4 | 4.3.2 | Exhibit 4-30

This chart indicates significantly higher peak hour congestion for EB traffic then what is shown in Exhibit 4-29. The changes between the Basic PCL and Modified PCL are mainly on the local network and should not have this type of impact on the freeway system.

**A2** — 1 | 5 | 5.1

An infinite silt reservoir is assumed that increases with increasing traffic. As a result, the predicted values are expected to be conservative. Please clarify.

**B2** — 1 | 5 | 5.1 | 5.10-2; 5.10-9 to -10; 5.10-34; Exhibit 5.10-24 on pg. 5.10-45.

AIR QUALITY/NEW PM2.5 STANDARD:

SDEIS does not discuss the Dec. 14, 2012 revision of the primary annual standard for PM2.5 from 15 µg to12 µg/m3; or review area PM2.5 values, such as the Commerce City monitor at 8.2 µg/m3 annual mean 3-yr average (2012 Annual Report, CDPHE AQCD).  It does not discuss the potential for near-highway and project impacts to exceed the new standard or, if appropriate, mitigation strategies specific to PM2.5. This is particularly important as Vol. 3, Attachment 7 at 7.3.1 indicates increasing PM10 and PM2.5 emission inventories after 2025-2030 "as vehicular travel growth overtakes the technology-based emission reductions".

The EIS should address the new primary annual PM2.5 NAAQS; review recent PM2.5 levels and forecast appropriate background levels of the project consistent with the revised PM2.5 NAAQS; and assess impacts of the project on maintaining PM2.5 attainment.

FOR CITY SERVICES VISIT | CALL
DenverGov.org | 311

**Protecting the Present  Building the Future**
Accountability, Innovation, Empowerment, Performance, Integrity,
Diversity, Teamwork, Respect, Excellence, Safety

Page 12 of 60

**Responses to Comments**

**W1** The benefits of shoulder widening have been discussed in further detail in Chapter 4 of the Final EIS.

The Final EIS includes modified text to reflect the safety improvements gained by improved shoulder widths.

**X1** CDOT is working with Denver to ensure the local road network near I-70 meets current safety standards.

**Y1** The I-25 and the I-25/I-70 interchange have been included in the traffic analysis. The analysis presented in Chapter 4 shows the congestion the interchange causes on I-70. No improvements are proposed at this interchange as a part of this project.

**Z1** The chart has been updated to reflect the refined Partial Cover Lowered Alternative.

**A2** Clarification on the "infinite silt/s and reservoir" and its relationship to VMT is discussed in Attachment J, Air Quality Technical Report in the Final EIS. The new EPA guidance on background concentrations was used for the Final EIS and also noted in the text.

**B2** The air quality concerns have been adequately addressed in the Final EIS. For information on transportation-related pollutants, including PM2.5, NO2, CO, and PM10, please see AQ2 of the Frequently Received Comments and Responses on the Supplemental Draft EIS, located in Part 1 of Attachment Q.

The NAAQS for PM2.5 were correctly identified in the Air Quality Technical Report, Attachment J to the Supplemental Draft EIS. CDOT, FHWA, CDPHE, and EPA have all coordinated regarding analysis needs, specifically including the pollutants for which there is a local air quality concern. The identification of the need to model hotspots specifically excluded PM2.5, because this pollutant has never been a pollutant of local air quality concern in the Denver Metropolitan area and all monitoring for these pollutants show concentrations well below NAAQS standards. The comment's reference to EPA's standards about PM2.5 does not demonstrate that they are localized concerns with NAAQS likely to be violated in the Denver area. This is particularly the case where the emissions inventories for the I-70 East corridor show large reductions in PM2.5 tailpipe emissions. For example, the emissions analysis shows that PM2.5 emissions will drop from 0.74 tpd in 2010 to 0.37 tpd for the No-Action Alternative or 0.38 tpd for the Partial Cover Lowered Managed Lane Alternative in January. The pollutant inventories account for increases in VMT. Further, the difference between the No-Action Alternative and Partial Cover Lowered Managed Lanes Alternative was only 2.7 percent for PM2.5 emissions in 2035.

| Comments | | | | |
|---|---|---|---|---|
| Source: Submittal | | Document Number: 785 | Name: Denver Mayor Michael B. Hancock and Department of Public Works | |

| Volume | Chapter | Section | Page | Additional Reference |
|---|---|---|---|---|
| 1 | 5 | 5.1 | Entire Sub-Chapter | |

AIR QUALITY, MODELING:

The SDEIS does not indicate neighborhood/near-road modeling other than what is presented on hotspot CO and PM10.  Denver's Air Quality/Air Toxics modeling at neighborhood and near-road scale should be applied to assess expected air pollution impacts and conditions of the proposed I-70 east project.  This should include projection of conditions at near term, mid-term (2020s) and out to planning horizon(s) (2030s/beyond).

The EIS should contain outcomes from Denver Air Quality/Air Toxics modeling that explore impacts of structural project features including depressed roadway, Swansea and other covers, and walls and barriers both hard and soft (vegetative).  Further exploration of widened highway/added lanes and of transportation demand/congestion mitigation measures such as BRT, HOV and other managed lane features would be ideal as well.  Outcomes should be reported for near, mid- and long-term.

**C2**

**Responses to Comments**

**C2** Near-road modeling was conducted for CO and PM10 because these two are the only pollutants of concern in the region, for which it was required to confirm that the health-based NAAQS would not be exceeded by contributions from the project.

With regard to MSATs, the information presented in the Supplemental Draft EIS demonstrates that MSAT emissions at the Study Area level will be much lower in the future. The U.S. Environmental Protection Agency's MOVES model also predicts lower mobile source air toxics in the future; therefore, it can be logically assumed that these emissions will be lower in the near-road neighborhoods as well. Benefits of Tier 3 mobile source rules will not be modeled. The updated "Good Neighbor Study," which looks into the issue of MSATs in more detail, is referenced in the Final EIS. The near-road modeling that was conducted for CO and PM10 does include the effects of the depressed roadway section and the cover(s), but there is no way in the currently-accepted models to account for the effects of walls, trees, and other barriers.

Near-road emissions are not relevant in the context of MSAT health effects, which are based on 70-year exposure. Study area MSAT analysis is a better indicator of changes in 70-year exposure. Also, AERMOD results for PM10 are representative of the impacts of any pollutant, i.e., if an alternative has lower AERMOD (not total) concentrations for PM10, it would also have lower concentrations for MSATs or any other pollutant.

| Comments | | | | |
|---|---|---|---|---|

Source: Submittal | Document Number: 785 | Name: Denver Mayor Michael B. Hancock and Department of Public Works

| Volume | Chapter | Section | Page | Additional Reference |
|---|---|---|---|---|
| 1 | 5 | 5. 1 | Entire Sub-Chapter, Exhibit 5.10-24 at 5.10-45, potential impacts and strategies. | |

**D2**

It is stated that, "air quality monitoring will be conducted in the area during construction to evaluate the mitigation measures used to decrease impacts." However, there is no mention of when the air quality monitoring will begin. It is important to establish a baseline for the air quality PRIOR to construction to be able to identify whether there has been an impact to air quality and thus whether the mitigations measures have been successful. Add that monitoring will be installed ahead of construction with a sufficient lead time (suggest 12 months) prior to establish a sufficient baseline.  Swansea Elementary School, location for previous CPDHE monitoring, may be a suitable location.  Findings should be compared with results from CDPHE's near-road monitors on I-25.

A monitoring station at Swansea School capable of providing information on a full suite of potential pollutants during construction into highway usage for the foreseeable future for the following parameters (pre-construction, during construction, and post-construction):

• NOx (oxides of nitrogen);
• NO2 (nitrogen dioxide);
• PM2.5 (particulate matter 2.5 micrometers);
• PM10(particulate matter 10 micrometers);
• CO (carbon monoxide);
• Black Carbon (continuous monitored);
• Meteorology.

Potential (leveraging existing assets):
• BTEX (benzene-toluene-ethylbenzene-zylene);
• Ultrafine Particles or estimate thereof by correlation to Black Carbon

During construction, particulate matter (PM10 &/or PM2.5, as appropriate) measurement should include analyses of toxic metals content as related to contaminants of concern from hazardous materials disturbed within the project footprint.

| 1 | 5 | 5. 1 | Exhibit 5.10-13 | |

**E2**

In text explaining exhibit 5.10-13, it is important to point out that the hot spot analysis assumes an at-grade location. This may be conservative when compared to the depressed PCL options, which should be stated.

| 1 | 5 | 5. 2 | | |

**F2**

Suggest including a similar characteristic analysis section on families/households presents of children under 5, 6-18, and persons over 65 living in the same housing units and by neighborhood.

| Responses to Comments |
|---|

**D2** For NEPA purposes, CDOT will require that the contractor perform air monitoring for PM10 in the project vicinity to assess construction effects on air quality and ensure that construction work is not producing unhealthy levels of dust in the adjacent community. With regard to MSATs mentioned in the comment, there are no NAAQS against which to compare monitored levels for NEPA purposes. It is also noted that the monitoring protocol was developed in consultation with multiple agencies to ensure its sufficiency.

CDOT is developing a partnership with Denver Department of Environmental Health, supported by the Colorado Department of Public Health and Environment's Air Pollution Control Division to conduct an independent research project (not associated with the I-70 East project) that will demonstrate the emissions effects from a variety of pollutants at a stationary site located at Swansea Elementary School. Various diesel component emissions, nitrogen oxides, some air toxics, and particulate matter of varying fractions will be monitored to collect pre-construction baseline, during construction, and post-construction emissions data. The program will attempt to collate monitored emissions with construction activity near Swansea to assess 1) the contribution of highway construction emissions to the environment at the school, and 2) the overarching air environment associated with major highway construction.

**E2** In the revised modeling for the Final EIS, the Partial Cover Lowered Alternative was modeled as below grade for a more accurate representation of the air quality effects.

**F2** The project team agreed to follow CDOT's NEPA Manual in its analysis and it followed the version available at the time of the analysis. The analysis presented in the Final EIS remains consistent with the analysis in the Supplemental Draft EIS.

FOR CITY SERVICES VISIT DenverGov.org | CALL 311

**Protecting the Present  Building the Future**
Accountability, Innovation, Empowerment, Performance, Integrity, Diversity, Teamwork, Respect, Excellence, Safety

## Comments

| Source: | Submittal | Document Number: | 785 | Name: | Denver Mayor Michael B. Hancock and Department of Public Works |
|---------|-----------|------------------|-----|-------|----------------------------------------------------------------|

| Volume | Chapter | Section | Page | Additional Reference |
|--------|---------|---------|------|----------------------|
| 1 | 5 | 5.2 | | |

**G2**
Add a summary sentence at the end of the first socioeconomic section: By every measure of socioeconomic status discussed above, the Elyria-Swansea neighborhood is the most vulnerable of all the neighborhoods in the project area. Since the 2008 EIS, there has been a significant increase in the number of Latino children in the neighborhood (up 39% from 2000-2010). Children are particularly impacted by such environmental impacts that will result from the I-70 reconstruction, such as noise. Noise has been shown to affect children's quality of sleep and ability to concentrate and learn in the classroom.

| Volume | Chapter | Section | Page |
|--------|---------|---------|------|
| 1 | 5 | 5.2 | 36 |

SOCIO-ECONOMIC CONDITIONS, MAINTAINING CONNECTIVITY OF LOCAL ROAD NETWORK:

Residents without a personal vehicle might have to rely on public transportation to get to a grocery store, rail stations, recreation facilities and other services, which are very important for the day to day necessities of its residents and their overall quality of live.  Potential changes to the character and access to 46th St. could disrupt community mobility.

(Refer to Health Impact Assessment (HIA) for Globeville, Elyria and Swansea - Chapter on Access to Good and Services: To be healthy neighborhoods need more than just healthy food. To address these issues one way is to improve physical access by building complete streets, which enable safe access to pedestrians and bicyclist, motorist, trucks and public transportations users of all ages. Physical barriers have long created poor access to healthy, affordable food in GES. North south connectivity in crucial to residences due to service such as the RTD commuter rail stations which are located south of the highway.  These neighborhoods are unique in that they are bisected by major highways and multiple railroad tracks.)

**H2**
The EIS should allocate funds for the implementation of the safe-crossing on 47th and York.  This intersection is critical for residents of Elyria to access safely and timely those services in Swansea such as schools, Focus Points, churches and Swansea Park.  Swansea residents use this intersection to go to The Grow Haus, the Valdez Perry Library and the National Western Center (NWC).

Mitigations should include the implementation of extra pedestrian and bike bridges across the highway to give access by connecting the residents of the north of Swansea to services in the south and vice versa.

Maximize N-S connections between Brighton—Steele including ped/bike crossings.

| Volume | Chapter | Section | |
|--------|---------|---------|--|
| 1 | 5 | 5.2.2 | 5.2-2, line 3 |

**I2**
Suggest the sentence should read the "...recovery is weak, uneven, and ongoing within this study area."

FOR CITY SERVICES VISIT | CALL
DenverGov.org | 311

Protecting the Present  Building the Future
Accountability, Innovation, Empowerment, Performance, Integrity,
Diversity, Teamwork, Respect, Excellence, Safety

## Responses to Comments

**G2** CDOT is unaware of data supporting the listed statements. For information regarding human health within the study area, please see Section 5.20, Human Health Conditions in the Final EIS. The section was added after the Supplemental Draft EIS.

**H2** The concerns presented in this comment have been adequately addressed in the Final EIS.  For information on consideration of multi-modal forms of transportation, walkability and bicycle routes, changes to 47th and York intersection, and north-south connectivity please see TRANS1 through TRANS 3 and PA9 of the Frequently Received Comments and Responses on the Supplemental Draft EIS, located in Part 1 of Attachment Q.

**I2** The referenced section has been deleted in the Final EIS.

EAR 0129

## Comments

| Source: | Submittal | Document Number: | 785 | Name: | Denver Mayor Michael B. Hancock and Department of Public Works |
|---|---|---|---|---|---|

| Volume | Chapter | Section | Page | Additional Reference |
|---|---|---|---|---|
| 1 | 5 | 5. 2. 6 | | |

**J2** — The number of households without access to a personal vehicle is disproportionately high in the Globeville, Elyria and Swansea neighborhoods. The construction in the neighborhood will make it hard for residents to get around due to detours and possible RTD schedule changes. As mitigation, CDOT could work with the City and County of Denver and RTD to utilize a shuttle system to provide additional access and transportation during the construction, to maintain the same level of service  (i.e. frequency, availability, length of trip/time and access to public transportation). Furthermore, CDOT should work with Denver Public Schools on the coordination of "Success Express" bus stops for students to attend school and local recreation centers.

| 1 | 5 | 5. 2. 7 | | |
|---|---|---|---|---|

**K2** — Please add a reference to the disruptive effects from long extended NEPA process resulting from the pre-construction and construction on business activity and investment.

| 1 | 5 | 5. 2. 7 | 5.2-25 | |
|---|---|---|---|---|

**L2** — The residents of Globeville, Swansea and Elyria consider themselves three distinct neighborhoods.  After the construction of I-70, Denver designated Swansea/Elyria as an official administrative neighborhood.  The proposed taking of homes will disproportionally impact Elyria.

The EIS calculations should be done based on the impacts to Elyria because statistics based on Elyria Swansea combined neighborhoods diminish the negative impact on the community of Elyria.

| 1 | 5 | 5. 2. 8 | | |
|---|---|---|---|---|

**M2** — The discussion of food deserts should be modified from food deserts to 'underserved areas'. It's not only a lack of a grocery store in an area that creates the condition; it is also low incomes and low vehicle ownership.

| 1 | 5 | 5. 2. 9 | | |
|---|---|---|---|---|

**N2** — Delete any references to Johnson Recreation Center as this facility is closed.

| 1 | 5 | 5. 2. 9 | 5.2-25 | |
|---|---|---|---|---|

**O2** — Last paragraph states none of alternatives will impact Globeville neighborhood character and cohesion because there are no relocations required. However, there are clearly existing and future impacts from I-70 to the character and cohesion for all of the GES neighborhoods, including Globeville. The text should acknowledge the cumulative impacts on neighborhood cohesion and identify needed mitigations.

## Responses to Comments

**J2** — CDOT will work with Denver, RTD, and DPS to minimize disruptions and maintain access throughout construction.

**K2** — CDOT acknowledges this project is a complex project which has contributed to the duration of the process.

**L2** — The study uses Denver's designated Elyria and Swansea neighborhood boundary to describe existing social conditions and assist in the identification of impacts. The suggested change was not made.

**M2** — The document follows the USDA's definition of a food desert: Food deserts are defined as urban neighborhoods and rural towns without ready access to fresh, healthy, and affordable food. Instead of supermarkets and grocery stores, these communities may have no food access or are served only by fast food restaurants and convenience stores that offer few healthy, affordable food options. The lack of access contributes to a poor diet and can lead to higher levels of obesity and other diet-related diseases, such as diabetes and heart disease.

**N2** — The Final EIS has been updated to reflect this.

**O2** — The character and cohesion of the Globeville neighborhood remains unchanged with the proposed highway project. Cumulative impacts from other past, present, and reasonably foreseeable future projects can be found in Chapter 6, Cumulative Impacts in the Final EIS.

FOR CITY SERVICES VISIT | CALL
DenverGov.org | 311

**Protecting the Present  Building the Future**
Accountability, Innovation, Empowerment, Performance, Integrity,
Diversity, Teamwork, Respect, Excellence, Safety

EAR_0130

## Comments

| Source: | Submittal | | Document Number: | 785 | Name: | Denver Mayor Michael B. Hancock and Department of Public Works |
|---------|-----------|--|------------------|-----|-------|---------------------------------------------------------------|

| Volume | Chapter | Section | Page | Additional Reference |
|--------|---------|---------|------|----------------------|
| 1 | 5 | 5. 2.10 | 5.2-38 | |

NARROW THE FOOTPRINT OF THE HIGHWAY:

Considering the study (*) THE FUNDAMENTAL LAW OF ROAD CONGESTION: EVIDENCE FROM US CITIES Gilles Duranton, Matthew A. Turner Working Paper 15376, http://www.nber.org/papers/w15376 and other examples, such the expansion of Highways 36 and I-25, one can deduce that expansion does not resolve congestion. In this regard and to reduce further impacts to the communities of Elyria and Swansea, the project should reduce the width of the highway in the residential areas within the section between Brighton Blvd. and Colorado Blvd. (*This study concludes that by adding road capacity will not alleviate congestion on any sort of major urban road or rural highway within metropolitan boundaries, because individuals drive more when the stock of roads in their city increases. Having as a consequence that the welfare gains for drivers of building more highways are well below the costs of building these highways).

The basic option expands the footprint to within 65' of Swansea Elementary School and in all scenarios the highway is moved too close to the school, increasing noise impacts and reducing air quality.  As described in Chapter 3, the Build Alternatives will more than double the width of the highway, taking it to 197', as well as add an additional four lanes of frontage road to the width, not included the 197' tally. The EIS should demonstrate that expanding the edge of I-70 155 feet and the outside of 46th Ave. 195 feet closer to the school will not have a negative health impact. The partial covered lowered Alternative Modified Option pushes the north edge of the highway 150 feet into the neighborhood. Hundreds of studies have demonstrated the adverse health impacts to those living within 500' of a major roadway, particularly those caused by diesel traffic to adults and children.  A simple cover is not adequate mitigation.

**P2**

The slip ramps will back up with traffic exiting at Vasquez trying to get off at Colorado Blvd. east bound. Likewise, for traffic trying to get off at Vasquez traveling west bound, they have to exit at Colorado Blvd. onto a slip ramp.  The PCL Basic Option creates a split diamond for the Vasquez and Colorado exits that creates yet further widening of the footprint of this corridor through these neighborhoods because of the need for the slip ramps on the north and south side connecting Vasquez to Colorado Blvd.  This option puts more traffic within the footprint and will further impact with more air pollution and health problems for these residents.

To protect the health of the neighborhood and Swansea Elementary School the footprint must be reduced as much as feasible with a goal of 175 ft. This could be done in a number of ways – narrowing lanes, reducing the number of lanes, providing east-west connectivity at other locations, removing on/off ramps by closure of Steele/Vasquez and/or remove 46th Ave. on north side of highway. The close proximity to the neighborhood must be mitigated and footprint narrowed to protect health of neighborhood and reduce air quality and noise impacts.

## Responses to Comments

**P2**  The concerns presented in this comment have been adequately addressed in the Final EIS. For information on widening the highway, human health, changes to Steele Street/Vasquez interchange, please see GEN3, AQ4, and PA6 of the Frequently Received Comments and Responses on the Supplemental Draft EIS, located in Part 1 of Attachment Q.

The highway design has included multiple measures to minimize impacts to the adjacent neighborhoods. Efforts moving forward will continue to look for opportunities to lessen impacts from the construction and will consider potential design variances as appropriate.

FOR CITY SERVICES VISIT | CALL
DenverGov.org | 311

*Protecting the Present  Building the Future*
Accountability, Innovation, Empowerment, Performance, Integrity, Diversity, Teamwork, Respect, Excellence, Safety

## Comments

| Source: | Submittal | Document Number: | 785 | Name: | Denver Mayor Michael B. Hancock and Department of Public Works |
|---|---|---|---|---|---|

| Volume | Chapter | Section | Page | Additional Reference |
|---|---|---|---|---|
| 1 | 5 | 5. 2.13 | 43, and after | |

**Q2** Most project-related economic...Construction activity and property acquisition will lead to changes in the supply chain, customer access, and employee access; these changes will result in lower business sales, higher employee turnover, increased costs, and reduced profits. The result is lower tax revenues through sales/use taxes, property taxes (due to lost businesses or business capital), and other economic and fiscal reductions.

| Volume | Chapter | Section | Page | Additional Reference |
|---|---|---|---|---|
| 1 | 5 | 5. 2.14 | 5.4-6 | |

**R2** Please add note regarding in progress/upcoming National Western Center Master Plan (currently under development; adoption anticipated March 2015).

| Volume | Chapter | Section | Page | Additional Reference |
|---|---|---|---|---|
| 1 | 5 | 5. 2.15 | | |

**S2** Please cut "However, as mentioned above...factory favorably." replace with "The loss of this company and business activity would have a negative employment, business and fiscal impact on the community and Denver. The tax revenue is substantial, and would result in both a loss of general fund for the city and resources for Denver Public Schools to operate and staff local schools."

| Volume | Chapter | Section | Page | Additional Reference |
|---|---|---|---|---|
| 1 | 5 | 5. 2.16 | 5.2-48, Exhibit 5.2-20 | |

**T2** The numbers in the text and the table do not appear to match each other for the number of "jobs created". Please verify and correct the values as appropriate. Also, verify the Job numbers in Exhibit 5.2-21.

## Responses to Comments

**Q2** CDOT will work with businesses to maintain access during construction. Access to businesses generally will improve because of the added lanes to I-70 and the resulting improvements in travel time to and from businesses after construction. Signs and notifications will be used to reduce adverse effects on access to homes, businesses, and services during the construction period. Proposed text will not be added to the Final EIS.

**R2** References to this document are included in Section 5.4, Land Use and Zoning and Chapter 6, Cumulative Impacts in the Final EIS.

**S2** The text was removed that states local residents consider the factory an eyesore and will view relocation favorably. However, the statement provided cannot be added as substantial, cannot be quantified, nor can a direct connection to DPS to operate and staff local schools.

**T2** The numbers have been updated in the Final EIS.

FOR CITY SERVICES VISIT | CALL
DenverGov.org | 311

Protecting the Present  Building the Future
Accountability, Innovation, Empowerment, Performance, Integrity,
Diversity, Teamwork, Respect, Excellence, Safety

## Comments

| Source: | Submittal | Document Number: | 785 | Name: | Denver Mayor Michael B. Hancock and Department of Public Works |

| Volume | Chapter | Section | Page | Additional Reference |
|--------|---------|---------|------|----------------------|
| 1 | 5 | 5. 2.16, 5.3, 5.3.10 | 5.3-11 to 12 | |

ENVIRONMENTAL JUSTICE – JOBS AND EDUCATION:

Creation of construction jobs is listed as a significant benefit for all alternatives and all economy sectors including low-income and minority populations. However, no pathway is provided to enhance participation from these populations. Because the educational level (Estimated % low income households, Exhibit 5.2-13) in these neighborhoods is often not at the level needed for the jobs coming as part of the project, educational enrichment initiatives are needed.

EIS should include provisions to assist in employment opportunities for local low-income and minority populations including detail of how the investment in the education of area residents is a priority of the project. A comprehensive and sustainable community enrichment initiative should include a robust educational component that educates area residents including: comprehensive education programs, GED, education/scholarship fund, technical school, internship/apprenticeship and jobs training programs, and training subsidies. This should include a Job Center in the neighborhood. Job training programs for the neighborhood should include but are not limited to: Place-Based Training, Soft Skills Development, and Youth Jobs Program.

**U2**  CDOT will host job fairs in the project area to provide opportunities for residents of the impacted communities, including low-income, youth and minority community members, to apply for jobs created by this project. Provide residents coaching, training and preparation to adequately compete for jobs presented at the job fairs in 2015 and early 2016 before the job fairs so that the members of the neighborhood are more competitive candidates and thus able to take advantage of the available jobs. Hold a targeted job fair for youth to attain employment and internship opportunities. Among the youth that should be targeted are those youth who have dropped out, have low academic performance, and live in low- income homes. CDOT should commit to youth construction job training and set aside a certain number or a percentage of total jobs for local neighborhood residents. The youth job training program could utilize local youth as interns and teach them a particular trade (i.e. construction management). CDOT should institute a preferential scoring system to ensure residents in the impacted construction areas are prioritized for job opportunities. Work with the Denver Office of Economic Development to help coordinate job fairs, training and outreach to residents and youth.

Include job training and employment goals in all contracts for companies receiving contracts on the project. EIS should include provisions to assist in employment opportunities for local low-income and minority populations. Examples include an employment outreach plan and program using jobs fairs as done by CDOT for current US 6 reconstruction; working with local job skills building and placement entities; as well as programs similar to the RTD WIN program. Hiring should be 20-25% from the local community, 80216, and 80205. Subcontractors should have detailed local hiring plan, including training and education as stated above.

FOR CITY SERVICES VISIT | CALL
DenverGov.org | 311

**Protecting the Present  Building the Future**
Accountability, Innovation, Empowerment, Performance, Integrity,
Diversity, Teamwork, Respect, Excellence, Safety

## Responses to Comments

**U2**  Projects that use US DOT funds are subject to the requirements of CDOT's OJT Program. The OJT Program requires that contractors provide training hours to meet or exceed a goal set for the project. The contractor must operate under a training program approved by FHWA. Though the program is open to all, trainees are to be recruited among women and minorities as available according to census data.

In addition to the requirements of the CDOT OJT program, CDOT is developing a strategic approach that extends beyond job fairs to preparing and creating opportunities for individuals in the local communities to obtain employment on the project. CDOT is currently collaborating with local workforce centers to determine how CDOT might be able to leverage existing resources to maximize workforce development in anticipation of the project. Once selected, the contractor will be expected to comply with and develop innovative approaches to the development of the local workforce.

CDOT also has submitted an application for a US DOT pilot program that would allow the Department to establish a geographic-based hiring goal for the Project. Without acceptance into this pilot program, CDOT is otherwise prohibited from setting a local hiring goal.

| Comments | Responses to Comments |
|---|---|

| Source: | Submittal | Document Number: | 785 | Name: | Denver Mayor Michael B. Hancock and Department of Public Works |
|---|---|---|---|---|---|

| Volume | Chapter | Section | Page | Additional Reference |
|---|---|---|---|---|
| 1 | 5 | 5. 2.17 | | |

**V2**

In section 5.2.8, CDOT identified the Elyria/Swansea neighborhood as a food desert. CDOT should also acknowledge that there are no full service grocery stores.  In section 5.2.10, CDOT notes that the Revised Viaduct Alternatives (both north and south) as well as the Partial Cover Lowered Alternative will displace two of the seven markets and convenience stores in this neighborhood, further reducing access to food. With regard to mitigation, CDOT indicates only that it is "researching contributions to GrowHaus programs for access to free food." In the FEIS, CDOT should detail how it will mitigate this loss to the community with a plan that, at a minimum, maintain the existing level of access to food options within the community. In addition to contributing to GrowHaus or other neighborhood-serving healthy food programs to expand access to fresh food, CDOT should consider donating a remnant parcel for development of a grocery, providing economic incentives to attract a grocery store, and/or developing community garden space.

| | | | | |
|---|---|---|---|---|
| 1 | 5 | 5. 2.17 | 5.2-52 | |

RELOCATION AND REPLACEMENT HOUSING:

The number of families is not represented in the units lost.  Retention of families in replacement housing. Impact of "unknown" highway next steps on the first layer of housing around highway.

In 5.2-21 chart in existing bullet "CDOT is planning a replacement housing effort with partners such as CRHDC, Denver Housing Authority and Denver Office of Economic Development to assist in housing improvement loans and grant programs in the impacted area" and add a section: maximize housing replacement (e.g. 3:1) for the number of units to be lost under the I-70 reconstruction is recommended to make the neighborhood viable.  The neighborhood's viability was diminished during the initial I-70 construction and will be further diminished with the planned loss of additional housing units under any proposed option.

**W2**

The EIS should follow recommendations from the GES Housing Advisory Group comment and the "GES Housing Replacement and Viability Study" that will give the details needed about the housing stock and conditions; and provide proper evidence to the types, character and amount of housing that should be replaced including Best Practices and leveraging opportunities.  Develop single family replacement housing where feasible.  However, due to the lack of sufficient redevelopment opportunities for single-family homes, the replacement housing may need to be more dense two, three bedroom, or larger multi-family, or multi-generational development which will provide enough scale to protect the neighborhood's viability and also offer more affordable replacement housing options. Any CDOT-planned housing-related expenditure for development of new housing opportunities or rehabilitation of remaining properties should be channeled through the Denver Office of Economic Development, who will work with the Globeville/Elyria/Swansea Housing Advisory Group and non-profit housing providers to provide an open, fair and more coordinated process to complete housing redevelopment and rehabilitation in the affected neighborhoods.  This will also allow additional funding to be attracted for housing development opportunities.

**V2** The document follows the USDA's definition of a food desert: Food deserts are defined as urban neighborhoods and rural towns without ready access to fresh, healthy, and affordable food. Instead of supermarkets and grocery stores, these communities may have no food access or are served only by fast food restaurants and convenience stores that offer few healthy, affordable food options. The lack of access contributes to a poor diet and can lead to higher levels of obesity and other diet-related diseases, such as diabetes and heart disease.

CDOT will provide funding to existing programs that facilitate access to fresh food to mitigate for the loss of food options to the Elyria and Swansea community.

At the end of the project, after all construction has been completed, CDOT will make a determination as to what excess right-of-way it may have along the I-70 East corridor that it does not need for transportation purposes. With the approval of FHWA and the CDOT Transportation Commission, such parcels can be declared excess Right-of-Way. CDOT has procedural requirements as to how to dispose of excess right-of-way. In addition, depending upon whether or not a parcel of excess Right-of-Way is usable as a standalone parcel will dictate which parties may have a right of first refusal. If multiple parties submit competitive bids for excess parcels, CDOT will typically select the highest bidder as the purchaser.

**W2** The number of families cannot be identified at this stage of the project.

CDOT has looked into providing funds for building additional affordable housing in the area. For information on the replenishment of housing stock in the impacted neighborhood, please see PROP3 of the Frequently Received Comments and Responses on the Supplemental Draft EIS, located in Part 1 of Attachment Q. CDOT will provide a set dollar amount towards replacement housing rather than commit to a certain ratio.

FOR CITY SERVICES **VISIT** | **CALL** DenverGov.org | 311

**Protecting the Present  Building the Future** Accountability, Innovation, Empowerment, Performance, Integrity, Diversity, Teamwork, Respect, Excellence, Safety

EAR  0134

## Comments

| Source: | Submittal | Document Number: | 785 | Name: | Denver Mayor Michael B. Hancock and Department of Public Works |

| | Volume | Chapter | Section | Page | Additional Reference |
|---|---|---|---|---|---|
| **X2** | 1 | 5 | 5. 2.17 | 50 and 2.2-21 chart | |

**X2** Add bullet "Work with Denver OED to identify specific strategies to minimize impacts and business loss during construction. Improve viability of businesses during and post-construction by working to understand the likely resulting disruptions. Identify and interview all affected businesses when developing phasing and outreach plans, provide information about available assistance, and develop a communication protocol for providing information to businesses about construction activities and schedule."

| | Volume | Chapter | Section | Page | Additional Reference |
|---|---|---|---|---|---|
| **Y2** | 1 | 5 | 5. 2.17 | 50 and 2.2-21 chart | |

**Y2** Add bullet "Provide excess CDOT-owned and remnant parcels for redevelopment, to assist in business relocation and retention (of direct and indirect impacted businesses). Design improvements to provide street access to remnant parcels and other potential development sites. Redevelopment sites should support community investment efforts by CCOD, nonprofits, and community organizers and focus on high-priority neighborhood needs, food co-op, recreation or community center, recreational and green spaces, community gardens, new businesses that provide employment, and residential housing. "

| | Volume | Chapter | Section | Page | Additional Reference |
|---|---|---|---|---|---|
| **Z2** | 1 | 5 | 5. 2.17 | 50 and 2.2-21 chart | |

**Z2** Add new bullet reading "Loss of businesses that provide access to groceries or healthy food need to be replaced in the neighborhood. CDOT will work with CCOD to identify land of sufficient size to develop a grocery store within the neighborhood. CDOT will also work with Denver OED to develop a marketing plan and/or other incentives to attract a grocer to the neighborhood."

| | Volume | Chapter | Section | Page | Additional Reference |
|---|---|---|---|---|---|
| **A3** | 1 | 5 | 5. 2.17 | 50, paragraph 8 & 5.2-21 chart | |

**A3** Current sentence reads "Holding urban design workshops to encourage local residents and businesses to take part in designing and/or providing input, advice, and/or artwork on nonstructural design elements of the highway (such as façades and noise walls)". Add sentence "The community would help develop guidelines for public art that is meaningful to the community and/or uses neighborhood artists."

| | Volume | Chapter | Section | Page | Additional Reference |
|---|---|---|---|---|---|
| **B3** | 1 | 5 | 5. 2.17 | Exhibit 5.2-21 | |

**B3** Add suggested mitigation that CDOT will work to procure goods and services from local businesses during construction phases.

## Responses to Comments

**X2** Text was added to Section 5.2, Social and Economic Conditions in the Final EIS reflecting that the construction requirements will require maintaining all public and private accesses and notify affected businesses and landowners in advance.

**Y2** At the end of the project, after all construction has been completed, CDOT will make a determination as to what excess Right-of-Way it may have along the I-70 East corridor that it does not need for transportation purposes. With the approval of FHWA and the CDOT Transportation Commission, such parcels can be declared excess Right-of-Way. CDOT has procedural requirements as to how to dispose of excess right-of-way. In addition, depending upon whether or not a parcel of excess Right-of-Way is usable as a standalone parcel will dictate which parties may have a right of first refusal. If multiple parties submit competitive bids for excess parcels, CDOT will typically select the highest bidder as the purchaser.

This bullet was not added to the Final EIS

**Z2** CDOT does not envision itself as being the lead agency or funding source to accomplish the development of a grocery store in the area.

CDOT will provide funding to existing programs that facilitate access to fresh food to mitigate for the loss of food options to the Elyria and Swansea community.

This bullet was not added to the Final EIS

**A3** Aesthetic and Design Guidelines have been developed and included as Attachment O in the Final EIS. This Section has been clarified.

**B3** CDOT cannot make this a requirement of the contractor.

FOR CITY SERVICES VISIT | CALL
DenverGov.org | 311

*Protecting the Present  Building the Future*
*Accountability, Innovation, Empowerment, Performance, Integrity, Diversity, Teamwork, Respect, Excellence, Safety*

Page 21 of 60

A-50

EAR  0135

January 2016

## Comments

| Source: | Submittal | Document Number: | 785 | Name: | Denver Mayor Michael B. Hancock and Department of Public Works |
|---|---|---|---|---|---|

| Volume | Chapter | Section | Page | Additional Reference |
|---|---|---|---|---|
| 1 | 5 | 5.3 | | |

**NEPA, Environmental Justice and Recommendations for Public Engagement**
CDOT's "open house" meeting format has not been effective in informing the public about the I-70 east project, including its impacts, nor has it succeeded in making sure that residents' opinions are considered.  A review of NEPA and Environmental Justice obligations and recommendations to change practices for engagement with the community follow:

**NEPA Process and Environmental Justice**
The NEPA process includes consideration of actions that could disrupt or destroy the social fabric of a community or sense of place. Adverse impacts include but are not limited to:
•Bodily impairment, infirmity, illness or death.
•A change in air, noise and water pollution and soil contamination.
•Destruction or disruption of man-made or natural resources.
•Destruction or diminution of aesthetic values.
•Destruction or disruption of community cohesion or a community's economic vitality.
•Destruction or disruption of availability of public and private facilities.

**C3**

Governmental agencies should consider alternatives as to adverse impacts on minority, low-income or Tribal populations; public comments and reactions about alternatives from these affected populations; and if a disproportionately high or adverse impact is predominantly borne by these populations.  Governmental agencies should consider and weigh at least the following criteria:
•Varying levels of disproportionate and adverse effects on minority, low-income or Tribal populations.
•Distribution of disproportionate impact. Impacts that are distributed throughout a larger geographical area tend to affect specific populations less.
•Cumulative effects already being experienced by the community when evaluating the impacts. Consider alternatives that mitigate impacts to the greatest extent practicable for the community.

The NEPA process for EJ Communities also includes:
•Meaningful opportunities for public participation throughout the project development process, including activities to increase low-income and minority participation such as consultation with affected communities to identify potential effects and possible mitigation measures, and improved accessibility to public meetings, project documents and project decision-makers
•The degree to which the affected groups of minority and/or low income populations have been involved in the decision-making process related to the alternative selection, impact analysis, and mitigation
•The types of outreach and involvement processes undertaken are responsive to the unique characteristics of the community, including the comments and opinions of the minority and/or low-income populations

Specific Recommendations on Public Engagement:
To provide accountability to the community, CDOT should make available notes or transcripts of all public meetings in English and Spanish on a timely basis.
CDOT and Denver should inform the residents of the options under discussion for the Steele/Vasquez & I-70 interchange.  CDOT should additionally seek input from the community regarding the PCL options (including Steele/Vasquez options, 47th & York railroad grade separation, drainage projects, and other improvements



FOR CITY SERVICES **VISIT** | **CALL**
DenverGov.org | 311

**Protecting the Present  Building the Future**
Accountability, Innovation, Empowerment, Performance, Integrity,
Diversity, Teamwork, Respect, Excellence, Safety

Page 22 of 60

## Responses to Comments

**C3**   The concerns presented in this comment have been adequately addressed in the Final EIS. For information on CDOT's public involvement, access to meeting materials, and involvement of Spanish-speaking community, please see OUT1 through OUT3 of the Frequently Received Comments and Responses on the Supplemental Draft EIS, located in Part 1 of Attachment Q.

For information on impacts to Environmental Justice communities, please see Section 5.3, Environmental Justice, of the Final EIS.

| Comments | | | | Responses to Comments |
|---|---|---|---|---|

**Source:** Submittal  **Document Number:** 785  **Name:** Denver Mayor Michael B. Hancock and Department of Public Works

| Volume | Chapter | Section | Page | Additional Reference |
|---|---|---|---|---|

**C3**
to the cover at Swansea School and throughout the neighborhoods) and regarding proposed mitigation CDOT is considering and discussing with Denver, as decisions about these important features of this project will have a direct and significant impact on the Community. CDOT and Denver should listen to and incorporate public feedback on these matters.
Because CDOT's public input process has not been effective in informing the community or obtaining community input regarding the I-70 project, CDOT should conduct additional public meetings and provide continued opportunity for the community to comment on the project. Rather than the open house style of meetings CDOT has generally used, going forward, CDOT should use a traditional public meeting format that provides opportunity for meaningful dialogue to help develop community consensus, such as: (1) speakers sharing information with the entire audience and every one hearing the same message; (2) opportunities for members of the community to offer comments at microphones for everyone to hear; and (3) transcripts or notes from the meeting should be made available to the public in a timely manner to provide accountability and allow everyone to follow the public input process, even if they cannot attend all meetings. In addition, all meetings shall include Spanish translation.

| 1 | 5 | 5. 3 | | |

**D3**
In all build alternatives Elyria receives limited benefit from the lowered highway and cover and substantial negative impacts; such as lost housing, air quality and overall neighborhood viability. Elyria is a small historically separate neighborhood from Swansea and should have elements that benefit this neighborhood specifically. Access in particular to the cover is limited due to the at-grade crossing at 47th & York. CDOT should work with the City and the community to identify appropriate benefits and mitigation for these residents.

| 1 | 5 | 5. 3 | | |

**E3**
Please consider recommendations from the Health Impact Assessment (HIA) for Globeville, Elyria and Swansea, such as #14A "Improve connectivity and safety in School Zones. Improvements could include analyzing current School Zones and making modifications as necessary, including Safe Routes to School best practices. Improve education and outreach about safety in School Zones to residents, drivers and schoolchildren, particularly in alignment with the upcoming I-70 reconstruction."

**D3** The study uses the Denver's designated Elyria and Swansea neighborhood boundary to describe existing social conditions and assist in the identification of impacts.

The concerns presented in this comment have been adequately addressed in the Final EIS. For information on 47th and York Street, north-south connectivity, and project mitigation measures, please see TRANS3, PA9, and IMP1 of the Frequently Received Comments and Responses on the Supplemental Draft EIS, located in Part 1 of Attachment Q.

**E3** The Preferred Alternative highway cover improves connectivity and safety around the Swansea Elementary School. CDOT will work with DPS and the community during construction to maintain access and provide adequate signage/notification of detours.

FOR CITY SERVICES **VISIT** | **CALL**
DenverGov.org | 311

*Protecting the Present  Building the Future*
*Accountability, Innovation, Empowerment, Performance, Integrity, Diversity, Teamwork, Respect, Excellence, Safety*

| Comments | Responses to Comments |
|---|---|

| Source: | Submittal | Document Number: | 785 | Name: | Denver Mayor Michael B. Hancock and Department of Public Works |
|---|---|---|---|---|---|

| Volume | Chapter | Section | Page | Additional Reference |
|---|---|---|---|---|
| 1 | 5 | 5.3 | 27 | |

CONNECTIVITY – BIKE AND PEDESTRIAN OVER RAIL:

(reference GES LiveWell on walk ability)

One of the biggest issues in the neighborhood is that the majority of residents do not own a car. The design of the project is directed to increase connectivity of cars. While the project does respond to pedestrians by implementing sidewalks in all their crossings, there are not easy and convenient crossings besides the bridge at Josephine on the PCL alternative, to pedestrians.

(Refer to Health Impact Assessment (HIA) for Globeville, Elyria and Swansea - Chapter on Access to Good and Services: To be healthy neighborhoods need more than just healthy food. To address these issues one way is to improve physical access by building complete streets, which enable safe access to pedestrians and bicyclist, motorist, trucks and public transportations users of all ages. Physical barriers have long created poor access to healthy, affordable food in GES. North south connectivity in crucial to residences due to service such as the RTD commuter rail stations which are located south of the highway. These neighborhoods are unique in that they are bisected by major highways and multiple railroad tracks.)

**F3** Maximize N-S connections between Brighton—Steele including ped/bike crossings. Due to more limited number of bicycle and pedestrian crossings provided in the PCL alternative and as recommended as part of the pending Elyria and Swansea Neighborhood Plan significant attention and design should be included for the bicycle and pedestrian facilities on all bridge crossings (8' to 10' sidewalk). All intersections should be designed to minimize pedestrian crossings distances. In areas where there are a limited number of vehicle crossings there may be a need for additional bike/ped facilities. On Page 3-36, 3.8.4, north-south connections for ped/bike are preferred at both Fillmore and Milwaukee. Page 66 - Bike lanes should be added to the Clayton St. Bridge crossing I-70 to provide connection between the neighborhoods, access to Dunham Park and to provide connections to potential future city improvements for the bike route on Clayton St.

For the PCL Alterative, the neighborhoods are still losing some of their north/south access they currently have to the grid system under I-70 today. This statement is true for the area East of Colorado Blvd, but not West of Colorado Blvd.

**F3** The Preferred Alternative includes sidewalk improvements at all proposed crossings of I-70 to increase bicycle and pedestrian connectivity and safety. Existing on-street bike routes will be accommodated through the design. Coordination with Denver has been ongoing since the release of the Supplemental Draft EIS to refine improvements in Elyria and Swansea.

The concerns regarding the north-south connectivity has been adequately addressed in the Final EIS. For information on north-south connectivity with the Preferred Alternative, please see PA9 of the Frequently Received Comments and Responses on the Supplemental Draft EIS, located in Part 1 of Attachment Q.

FOR CITY SERVICES VISIT | CALL
DenverGov.org | 311

**Protecting the Present  Building the Future**
Accountability, Innovation, Empowerment, Performance, Integrity,
Diversity, Teamwork, Respect, Excellence, Safety

## Comments

| Source: | Submittal | Document Number: | 785 | Name: | Denver Mayor Michael B. Hancock and Department of Public Works |
|---|---|---|---|---|---|

| Volume | Chapter | Section | Page | Additional Reference |
|---|---|---|---|---|
| 1 | 5 | 5. 3 | 27 | |

**AIR QUALITY:**

As stated in the Health Impact Assessment (HIA) for Globeville, Elyria and Swansea health outcomes:

*"incidents among children and adolescents vary widely across Denver. In 2011 and 2012, asthma-related emergency care rates in GES were higher than in Denver overall. Geographically, the highest rates occur in the northern and western parts of the city near the I-25 and I-70 corridor. One concern is that children and adolescents who live near highways may have more problems with asthma because of vehicle exhaust."

*Pollutants emitted in one location impact air quality near the source as well as tens of thousands of miles downwind. Mobile sources are a major contributor to ozone. Many recent studies link nearness to high-traffic roads with adverse health effects in children and adults.

*The highway access brought more industrial activity into GES neighborhoods. The highway and industry impacts combined resulted in increased public health risk due to decreased in air quality.

Green roofs should be placed and maintained on appropriate buildings.

| | | | | |
|---|---|---|---|---|
| 1 | 5 | 5. 3 | 27 | |

**NOISE WALLS & TREES:**

Walls and Buffer Area along highway

*HIA AIR PG-6 Trees and a healthy tree canopy provide long-term environmental, economic, and health benefits critical to vibrant and livable cities. This includes benefits to improved air quality, reduce  urban heat island effect, and energy savings.

Work with City of Denver Urban Forestry and other organizations that work with built environment such as Groundwork Denver, GES Livewell to implement and maintain vegetation and the increase of the tree canopy number in the neighborhoods of GES, especially in those areas that can function as a buffer to the highway from the residential neighborhood, such as the noise walls and other barriers. Consult with Denver Arts and Venues to create and maintain landscape and wall designs to enhance and beautify the area adjacent to the noise walls and other barriers to avoid vandalism such as graffiti and create a sense of ownership by community members towards their neighborhood and public property.

## Responses to Comments

**G3** A section focusing on health has been added to the Final EIS. For information on impacts of the highway air pollution on human health, please see AQ4 of the Frequently Received Comments and Responses on the Supplemental Draft EIS, located in Part 1 of Attachment Q.

Green roofs will not be provided as part of this project, but are not precluded from being implemented by others.

**H3** CDOT worked with various stakeholders including Denver and the community to develop Aesthetic Design Guidelines and plan for the cover of the highway that discusses elements such as a desired tree canopy, wall designs, and other landscaping considerations. The Aesthetic Design Guidelines and cover planning process is included as an attachment to the Final EIS. Trees that are included as part of the streetscape and the cover landscape provide incidental air quality benefits.

The concerns regarding traffic noise have been adequately addressed in the Final EIS. For information on how traffic noise will be minimized after construction, please see IMP3 of the Frequently Received Comments and Responses on the Supplemental Draft EIS, located in Part 1 of Attachment Q.

FOR CITY SERVICES VISIT | CALL
DenverGov.org | 311

*Protecting the Present  Building the Future*
Accountability, Innovation, Empowerment, Performance, Integrity, Diversity, Teamwork, Respect, Excellence, Safety

| Comments | Responses to Comments |
|---|---|

| Source: | Submittal | Document Number: | 785 | Name: | Denver Mayor Michael B. Hancock and Department of Public Works |

| Volume | Chapter | Section | Page | Additional Reference |
|---|---|---|---|---|
| 1 | 5 | 5.3 | 5.3.1-5.3.24 | |

**ENVIRONMENTAL JUSTICE--HEALTH ACCESS:**

There is a lack of Health-Wellness facilities in Globeville and Elyria-Swansea and no services for Medicaid/Medicare recipients.  Facilities used in this regard are South of I-70 and residents will be challenged to get to these facilities, particularly during construction.

Pg. 50 & 5.2-21 chart: Add new bullet reading "In partnership with the City and County of Denver, identify public services and social support structures needed during the construction period to help residents cope with changes and that will enhance community stability and strength, such as mental health services, health care access, employment development, etc.; for example, a health and wellness center in Elyria and Swansea. There is a lack of Health-Wellness facilities in Globeville and Elyria-Swansea and no services for Medicaid/Medicare recipients.  Facilities used in this regard are South of I-70 and residents will be challenged to get to these facilities, particularly during construction. Assist neighborhood serving non-profits and Denver Health providing these services and those that help residents navigate community resources, especially those organizations serving non-English speaking populations."

[I3]

| Volume | Chapter | Section | Page | Additional Reference |
|---|---|---|---|---|
| 1 | 5 | 5.3 | Exhibit 5.3-8, p. 5.3-3; 3-376 | |

**ENVIRONMENTAL JUSTICE – MAINTANCE OF COVER AS MITIGATION FEATURE:**

The SDEIS EJ section indicates the highway cover is an important mitigation feature as to minimizing presence of the highway and noise.  It also mitigates other impacts including local air quality, public open space, recreation, school playground and aesthetics.  Assistance in maintenance of the cover, as such an important EJ and other mitigation feature, is not clear.

The cost of the maintenance for the cover is not included in the maintenance of cost summary.  Although maintenance of the cover is anticipated by parties other than CDOT, the cost of maintenance should be borne by the project or CDOT directly.  The project is creating the costs which should not be born solely by the neighborhoods or the City of Denver but by all who use the roadway. The mitigation provided for in the lid will not enhance and improve neighborhood cohesion unless CDOT is committed to maintaining the urban landscape cover.

The EIS should specify that CDOT is responsible for long-term maintenance of the I-70 cover; if responsibilities will cover structural aspects of the feature; and what assistance and/or partnership opportunities will be pursued for maintenance of the top side of the cover. The maintenance cost of the cover should be subdivided to describe the cost of maintaining the structure of the cover and the 'top' of the cover since the structural elements are a part of the core CDOT project.

Local residents must have a meaningful role in the design and on-going operation of the cover.

[J3]

**[I3]** Per federal regulations, mitigations are required for impacts that are caused by the construction of the project. Lack of health and wellness facilities in the area is a pre-existing condition and is not a result of the project's construction. Therefore, it is not feasible for CDOT to provide new health and wellness facilities. CDOT commits to provide adequate detour during construction to allow residents to get to the closest health/wellness facilities.

**[J3]** CDOT will identify a maintaining party before the construction of the project. For information on the maintenance of the Preferred Alternative highway cover, please see PA3 of the Frequently Received Comments and Responses on the Supplemental Draft EIS, located in Part 1 of Attachment Q.

FOR CITY SERVICES VISIT | CALL
DenverGov.org | 311

Protecting the Present  Building the Future
Accountability, Innovation, Empowerment, Performance, Integrity,
Diversity, Teamwork, Respect, Excellence, Safety

Page 26 of 60

| | Comments | | | |
|---|---|---|---|---|

| Source: | Submittal | Document Number: | 785 | Name: | Denver Mayor Michael B. Hancock and Department of Public Works |

| Volume | Chapter | Section | Page | Additional Reference |
|---|---|---|---|---|
| 1 | 5 | 5.3.4 | 5.3-5, Exhibit 5.3-4 | |

**K3** Text should clarify how the neighborhoods were determined to be low-income by specifying the comparison values. E.g., if Denver neighborhoods were compared to the Denver County percentage of low-income households, and Aurora was compared to the Adams County value, the text should specifically state this for clarity.

| 1 | 5 | 5.3.7 | 5.3-9 | |
|---|---|---|---|---|

**L3** All options will require aesthetically pleasing sound walls (with neighborhood input) that will also mitigate air quality emissions impacts from the increased traffic on I-70. Denver needs to be actively engaged in these evaluations as the walls serve more purposes than simply noise mitigation. Denver is concerned about budget constraints eliminating these key project features as local interests contend has occurred on previous I-70 work in close vicinity to Globeville.

| 1 | 5 | 5.3, 9, 5.3.11 | 5.3.10-13 | |
|---|---|---|---|---|

**M3** ASSISTANCE IS NEEDED TOWARDS SUCCESSFUL RELOCATION OF BUSINESSES AND CREATION OF A BUSINESS DEVELOPMENT FUND:

In the interest of empowering relocated businesses and area residents to create and pursue their own business initiatives and entrepreneurship (to replace and expand existing businesses) CDOT should detail the resources and assistance necessary and work with CCOD OED to leverage possibilities for resources to support business or creative ventures in the development areas. These should include technical assistance/capacity building, a Business Center (with computer lab, internet, faxing, etc.), Small Business Development, Micro Loan Program, Business Incubator, Historically Underutilized Business Zones (HUBZone) and Arts Incubator.

| 1 | 5 | 5.3.11 | | |
|---|---|---|---|---|

**N3** Construction: The SDEIS acknowledges the potential for air quality impacts beyond the 45th to 47th Ave. corridor. Please define that area and identify what mitigations CDOT will provide for these impacts.

| 1 | 5 | 5.3.11 | | |
|---|---|---|---|---|

**O3** Housing improvement loans and grants: CDOT should identify a list of eligible housing improvements and include said list. In 5.3.11, insert the language "Loan guarantees for those who have difficulty", since it's missing from this section.

| 1 | 5 | 5.3.11 | 5.3-12 | |
|---|---|---|---|---|

**P3** CDOT must be more specific about what additional resources will be provided for low-income homeowners, tenants and business owners and what conditions will trigger additional assistance. Loan assistance is not adequate. As noted the impacted group will have difficulty qualifying in traditional markets. It is not just for require people to take out loans to mitigate the impact of a forced locations by CDOT.

**Protecting the Present Building the Future**
*Accountability, Innovation, Empowerment, Performance, Integrity, Diversity, Teamwork, Respect, Excellence, Safety*

| | Responses to Comments |
|---|---|

**K3** This has been explained in Section 5.2, Social and Economic Conditions in the Final EIS.

**L3** Attachment O, Aesthetic and Design Guidelines have been prepared for this project and included as part of the Final EIS. Noise walls, streetscape, murals and highway elements such as interchanges and bridges are discussed as part of these guidelines. Denver and the community have been involved in this process and have been major contributors to these guidelines as a stakeholder.

Recommended noise walls will be implemented unless the benefitted receptor survey shows the majority of benefitted receptors do not want the noise walls per Section 5.12, Noise of the Final EIS.

**M3** CDOT is following the Uniform Act and Federal and state protocols for business relocations.

The project team has developed additional mitigation measures beyond those required or normally provided in Colorado to lessen the adverse impacts in the project study area. Any mitigation measures included in the Record of Decision for the project must and will be implemented. CDOT is proposing to provide funding to CRHDC to assist residential and business displacees with financial counseling and procurement of financing for replacement property and securing business and residential loans. CDOT has already provided funding to CRHDC as early mitigation.

**N3** The project is not anticipated to exceed the air quality standards; however, monitoring will be completed throughout and after construction. For information on air quality monitoring, please see AQ7 of the Frequently Received Comments and Responses on the Supplemental Draft EIS, located in Part 1 of Attachment Q.

CDOT has adequately addressed concerns regarding AQ and dust in the Final EIS. For information on air quality with the Preferred Alternative and fugitive dust during construction, please see AQ6 and IMP7 of the Frequently Received Comments and Responses on the Supplemental Draft EIS, located in Part 1 of Attachment Q.

Emission minimization measures to be implemented during construction are detailed in Section 5.10, Air Quality of the Final EIS.

**O3** Section 5.3.11 describes the efforts that CDOT will undertake to facilitate procurement of financing for impacted parties. CDOT will provide additional resources for low-income homeowners, tenants, and business owners, where warranted, to help them make sure their relocations are successful. Some of these efforts include loan assistance for those who have difficulty in qualifying in traditional markets. However, such loan assistance does not contemplate providing loan guarantees. CDOT will introduce interested parties to third parties who can assist with housing improvement loans and grants.

**P3** Section 5.3.11 describes the efforts that CDOT will undertake to facilitate procurement of financing for impacted parties. CDOT will provide additional resources for low-income homeowners, tenants, and business owners, where warranted, to help them make sure their relocations are successful. Some of these efforts include loan assistance for those who have difficulty in qualifying in traditional markets. However, such loan assistance does not contemplate providing loan guarantees. CDOT will introduce interested parties to third parties who can assist with housing improvement loans and grants.

EAR_0141

## Comments

| Source: | Submittal | Document Number: | 785 | Name: | Denver Mayor Michael B. Hancock and Department of Public Works |
|---|---|---|---|---|---|

| Volume | Chapter | Section | Page | Additional Reference |
|---|---|---|---|---|
| 1 | 5 | 5. 3.11 | 5.3-13 | |

**Q3** Ensure community access and availability to alternate modes of transit, particularly during the phased construction period, incorporating Transportation Demand Management (TDM) strategies such as encouraging the use of sustainable travel modes during and after construction, creating a program that is measurable, creating a program that is culturally appropriate, expanding the pool of travel resources available to residents and employees, encouraging transit use through incentives and education, reducing vehicle trips, proving pedestrian safety and increasing the perception of safety.

## Responses to Comments

**Q3** Coordination will continue with RTD during construction to avoid disruptions to bus service. The East Rail Line will be open by 2016, and will provide additional transit service to the area. Coordination will also continue with Denver to maintain bike routes in the area during construction. Additionally, CDOT will work with RTD and Denver to ensure accesses are maintained and adequate notices/signage of detours are in place during construction.

FOR CITY SERVICES VISIT | CALL
DenverGov.org | 311

**Protecting the Present  Building the Future**
Accountability, Innovation, Empowerment, Performance, Integrity,
Diversity, Teamwork, Respect, Excellence, Safety

Page 28 of 60

| Comments | | | | | Responses to Comments |
|---|---|---|---|---|---|

**Source:** Submittal    **Document Number:** 785    **Name:** Denver Mayor Michael B. Hancock and Department of Public Works

| Volume | Chapter | Section | Page | Additional Reference |
|---|---|---|---|---|
| 1 | 5 | 5. 3.11, 5.2.16 | 5.3-12 | |

**R3**

Standard construction measures to control fugitive dust, stormwater erosion and sediment controls to minimize spread of contaminated soil may be inadequate.  The top priority is the health and welfare of residents.  CDOT needs to commit to going beyond regulatory minimums to protect the residents.

Please outline the standards CDOT will use, monitoring practices before, during and after construction.

SDEIS states "CDOT will provide and facilitate the opportunity for homeowners to rehabilitate homes (such as improvements to doors, windows, and ventilation systems) that are close to the highway construction between 45th Ave. and 47th Ave. in the Elyria and Swansea Neighborhood".

CDOT should provide improvements to doors, windows and ventilation system as well as assistance for operations and maintenance costs.  As noted this is a low-income, minority community.  This is also applicable to section 5.3.19.

In numerous places throughout 5.3, (pages 13, 19, 21, 26, and 27) it is stated that, "CDOT will provide and facilitate the opportunity for homeowners to rehabilitate homes."  However, homeowners may not be able to use the CDOT HVAC mitigation measures due to increased operations costs.  In order to offset these ongoing maintenance costs, CDOT should consider additional energy and water efficiency measures for the home "rehabilitation" that may not be directly related to abating the construction impacts, but related to saving the property energy and water costs to offset the increased energy costs for air conditioning, ventilation, and filtration. CDOT should also utilize only the highest efficiency equipment so as to not put undue burden on the property owner. The Denver Energy Challenge staff could be a resource for evaluation these needs.

Loans are not adequate.  EIS should specify if direct grants and or financial assistance will be provided to those households that cannot afford such improvements and will be most affected by construction impacts. Residents must not be required to pay for the mitigation.

New heating, ventilation, air conditioning system, doors and windows to mitigate impact of the highway must be maintained by CDOT for the life of the project.  The negative noise and air impacts do not cease when construction ends.  Numerous near roadway studies and a 2013 large-scale review of air quality measures in vicinity of major roadways between 1978 and 2008 concluded that the pollutants with the steepest concentration of gradients in vicinities ear roadways were CO, ultrafine particles, metals elemental carbon (EC), NO, NOx and several VOCs. The system installed must be sufficient to capture these pollutants. (Federal Register, Vol.78 No. 98, page 29837 quoting Karner, A.A; Eisnger, D.S.; Niemeier, DA (2010) Near-roadway air quality:  synthesizing the findings from real world data, Environ. Sci. Tecl. 44:5334-5335.

| 1 | 5 | 5. 3.12 | | |
|---|---|---|---|---|

**S3**

The modeled speed of 55 mph for this portion of I-70 is approximately 10 mph low. The lower speed estimate causes noise levels to be under-estimated and in turn under-reports the number of dwelling units that meet or exceed NAC impacts. This has a direct negative impact on noise mitigation being recommended for an effected area. Modeling should be completed that reflects actual driving conditions.

**R3** The concerns presented in this comment have been adequately addressed in the Final EIS. For information on air quality monitoring, mitigating fugitive dust, and project mitigation measures for the project, please see AQ7, IMP7, and IMP1 of the Frequently Received Comments and Responses on the Supplemental Draft EIS, located in Part 1 of Attachment Q.

**S3** Existing posted speed limit speeds were used in noise models for all alternatives as per CDOT's Noise Analysis and Abatement Guidelines.

**Protecting the Present  Building the Future**
Accountability, Innovation, Empowerment, Performance, Integrity,
Diversity, Teamwork, Respect, Excellence, Safety

FOR CITY SERVICES VISIT **DenverGov.org** | CALL **311**

## Comments

| Source: | Submittal | Document Number: | 785 | Name: | Denver Mayor Michael B. Hancock and Department of Public Works |

| Volume | Chapter | Section | Page | Additional Reference |
|--------|---------|---------|------|----------------------|
| 1 | 5 | 5. 3.13 | | |

**T3** Residents living next to I-70 already experience noise from the highway at extremely high levels approaching 70 dBA, which levels the SDEIS projects will increase. Noise levels in a healthy environment are below 55 dBA outside, and 45 dBA inside. Noise mitigation provided must be state of the art in order to reduce noise levels to the maximum extent possible. The EIS should contain a more robust evaluation regarding what is possible through use of state of the art noise reduction. Please consider recommendations from the Health Impact Assessment (HIA) for Globeville, Elyria and Swansea, such as #5A "Noise in residential areas and schools near major roadways and highways should be mitigated to no more than 55 decibels, where feasible" and #6A "Sound walls or other noise mitigation measures are recommended along major roadways and highways where sound levels at schools and homes are expected to increase by 5 decibels or more, or exterior noise levels are expected to be 55 decibels or greater, or interior noise levels are expected to be 45 decibels or greater. Community preferences regarding aesthetic qualities of sound mitigation should be considered. "

| 1 | 5 | 5. 3.13 | Exhibit 5.3-7 | |

**U3** The SDEIS indicates that number 15 is Colorado Ranch Market. Please update to reflect this grocery store is no longer there and a Save A Lot has taken a much smaller portion of its previous space.

| 1 | 5 | 5. 3.15 | | |

**V3** The SDEIS should include the following mitigation consideration: Due to the age and quality of the housing stock in some areas, homeowners may need additional mitigation for air infiltration and noise beyond just improvements to doors, windows and ventilation systems to mitigate the impacts of highway construction.

| 1 | 5 | 5. 3.17 | | |

**W3** CONNECTIVITY – LOCAL ROADS NETWORK:

Health Impact Assessment (HIA) for Globeville, Elyria and Swansea - Existing conditions Pg-1 *"GES were always isolated from the rest of Denver by the train and later by construction of two interstate highways through these neighborhoods further reducing north south connectivity and increasing isolation and significantly impacted the communities in many other ways."

The EIS should state that increased North-South connections across I-70 west of Colorado Blvd. (see page 5.3-9) and East-West connections including 47/York will help reduce isolation of neighborhood.

| 1 | 5 | 5. 3.17 | | |

**X3** The document states, "The El Tepetate Market and El Rinconcito Mini Market do not have to be relocated with any options of the Partial Cover Lowered Alternative." However, the proximity of these markets to the highway makes it highly likely that access to the stores and noise, dust, and other construction activities will disrupt the operation of these stores. Mitigation measures should pay special attention to providing access to these markets and communicate with the neighborhood residents in English and Spanish how to access the markets.

FOR CITY SERVICES **VISIT** | **CALL**
DenverGov.org | 311

*Protecting the Present  Building the Future*
*Accountability, Innovation, Empowerment, Performance, Integrity, Diversity, Teamwork, Respect, Excellence, Safety*

Page 30 of 60

## Responses to Comments

**T3** The concerns regarding traffic noise have been adequately addressed in the Final EIS. For information on how traffic noise will be minimized after construction, please see IMP3 of the Frequently Received Comments and Responses on the Supplemental Draft EIS, located in Part 1 of Attachment Q.

**U3** The text has been updated in the Final EIS to address the comment.

**V3** Noise and dust during construction have been considered and addressed in the Final EIS. For information on mitigating fugitive dust and noise during construction, please see IMP7 and 8 of the Frequently Received Comments and Responses on the Supplemental Draft EIS, located in Part 1 of Attachment Q.

**W3** The text has been updated in the Final EIS to address the comment.

**X3** Text has been added into the Final EIS reflecting that the construction requirements will require maintaining all public and private accesses and notifying affected businesses and landowners in advance.

| Comments | | Responses to Comments |

**Source:** Submittal    **Document Number:** 785    **Name:** Denver Mayor Michael B. Hancock and Department of Public Works

| Volume | Chapter | Section | Page | Additional Reference |
|--------|---------|---------|------|---------------------|
| 1 | 5 | 5. 3.17 | 5.3-23 | |

**Y3**

ELEMENTARY SCHOOL:

When residents were given the option to move the school, only one location and configuration on the site near Swansea Rec Center was provided and when the residents said they didn't want the school abutting the railroad tracks, they were not given any other options. These communities have experienced hazardous material rail incidents involving evacuation from their homes, and rightfully were concerned about the safety of their children. They were also concerned they would lose their school altogether if it didn't stay in its current location.

To address health impacts to students, CDOT should work with Denver Public Schools to secure an alternate school location for Swansea Elementary (students) during the five year construction period to avoid exposure to the particulate matter from the construction activities, cars, trucks and heavy metals in the soils. The rest of this takes into consideration both the expansion and reconstruction of the highway and that Denver City Council will be expected to vacate Elizabeth Street between 46th and 47th with construction of a relocated playground. Additional construction adjacent to the school will exacerbate the air quality and health impacts to school children and immediate neighbors because of additional exposure to heavy metals in the soils. Transportation and other considerations for the relocated students will need to be included in the planning effort regarding the alternate location. This shall be identified as mitigation and therefore be covered as a project cost.

| 1 | 5 | 5. 3.17-19 | 5.12-37-385.12-37-38 | |

**Z3**

CDOT acknowledges that standard noise walls create visual barriers, and that the impacts of these visual barriers will be borne predominantly by a low-income and minority community. Yet, the SDEIS does not consider alternatives to standard noise walls to mitigate noise--such as sound-absorbing materials, translucent panels (to lessen the visual barriers), angled or curved walls (to better direct the noise), earthen berms, and vegetation--which may be capable of providing similar or better noise reduction than standard concrete barrier walls with reduced fewer negative aesthetic impacts. For examples of innovative noise mitigation, see H. Bendtsen, Noise Barrier Design: Danish and Some European Examples, May 2010 (available at http://www.ucprc.ucdavis.edu/pdf/UCPRC-RP-2010-04.pdf), which was prepared for the California Department of Transportation. CDOT should explore design solutions to mitigate noise that are aesthetically pleasing and maintain views across the highway, particularly for areas facing or adjacent to residential properties, and make explicit any rationale that limits these design solutions.
 CDOT should present a variety of innovative solutions as options for community consideration through the benefited receptor survey process

| 1 | 5 | 5. 3.21 | | |

**A4**

The CDOT traffic model should be reviewed with the managed lanes concept incorporated to determine what if any impacts the managed lanes may have on Peña Blvd. traffic. As part of this review, the impacts on Peña LOS at merge/diverge points should be analyzed.

**Y3** The Swansea Elementary School has been identified as a very important and valuable resource in the Elyria and Swansea Neighborhood. During the PACT process conducted between the release of the Draft EIS and Supplemental Draft EIS, various sites were evaluated in the process to determine if the school could be moved to an alternative location in the neighborhood. Of the various sites reviewed, only the Recreation Center site was considered to meet the needs of a replacement school site. The best solution, therefore, is to keep the school in the neighborhood at its current location. For information on how construction impacts to Swansea Elementary School will be mitigated, please see IMP4 of the Frequently Received Comments and Responses on the Supplemental Draft EIS, located in Part 1 of Attachment Q.

**Z3** Selection of noise walls to mitigate noise must take into account multiple considerations. These include, but are not limited to, available right-of-way, effectiveness, future maintenance, visual, constructability, cost and public input. CDOT has constructed earthen berms and vegetation noise barriers on other highways where available right-of-way exists; however, this is not the case for I-70 East where there is a very constrained corridor to the adjacent properties. The final selection of the noise barrier types and locations is an ongoing process and will ultimately be determined during the final design. CDOT will consider alternative ideas to the extent feasible and practical. For information on how traffic noise will be minimized after construction, please see IMP3 of the Frequently Received Comments and Responses on the Supplemental Draft EIS, located in Part 1 of Attachment Q.

As part of the noise modeling process, CDOT has been sensitive to the visual impacts and have placed the walls in strategic locations only where feasible and reasonable. Also the highway cover was extended to approximately 1000 feet and considering alternatives at the bookends that include landscaping, planter boxes, etc. The process has actually extended the cover an additional 50 feet +/- on each end (the bookends) from what was originally proposed. This extended length has in fact reduced the extent of the required noise walls and created additional areas that are open across the highway.

Attachment O, Aesthetic and Design Guidelines developed during the EIS process with Denver and the community, will be used during final design to help CDOT identify appropriate aesthetic design elements to ensure compatibility within the community and each viewshed.

**A4** Peña Boulevard was included in the models and was considered in the analysis. However, this roadway is outside of the scope of this project and is not included in analysis results in the Final EIS. For additional information specific to this facility, please contact CDOT. Traffic analysis that has been completed to date indicates that I-70 operations near the Peña Boulevard interchange will likely improve with the Preferred Alternative compared to the No-Action. See Chapter 4 and Attachment E for further information on the traffic analysis.

FOR CITY SERVICES VISIT | CALL
DenverGov.org | 311

**Protecting the Present  Building the Future**
Accountability, Innovation, Empowerment, Performance, Integrity,
Diversity, Teamwork, Respect, Excellence, Safety

Page 31 of 60

A-60                                                                EAR_0145                                                                January 2016

## Comments

| Source: | Submittal | Document Number: | 785 | Name: | Denver Mayor Michael B. Hancock and Department of Public Works |
|---------|-----------|------------------|-----|-------|----------------------------------------------------------------|

| Volume | Chapter | Section | Page | Additional Reference |
|--------|---------|---------|------|----------------------|
| 1 | 5 | 5. 3.21-23 | 5.3.29-30 | |

**B4** EIS should specify the impact of adding 4 managed lanes and subsequent increase in the footprint of the project.  EIS should also provide analysis was done to document the benefit of less travel time, less congestion to the (stated benefits) with the increased burdens of roadway encroaching further into vulnerable neighborhoods.

**C4** Environmental Justice Mitigation Measures for the Managed Lanes option:

To insure development activity occurred, $.01 on each toll dollar collected shall be placed into a trust fund administered with neighborhood representation to assist with correcting past harm and securing desperately needed neighborhood businesses including ownership and jobs for residents.

| Volume | Chapter | Section | Page | Additional Reference |
|--------|---------|---------|------|----------------------|
| 1 | 5 | 5. 3.24 | | |

**D4** The section describes mitigation for Swansea School. The text proposes to install new windows, doors, and a new heating and ventilation system for the school. To address environmental justice concerns, CDOT should facilitate maintenance needs, as well as conduct post-construction monitoring to ensure that new systems improve indoor air quality.

## Responses to Comments

**B4** The impact of adding four managed lanes (two in each direction) is included in the Supplemental Draft EIS and Final EIS, as detailed in Chapter 5. Section 5.3.21 discusses that there are no additional property acquisitions required for the managed lane option when compared to the general-purpose lane option. The benefits of less travel time and less congestion are detailed in Chapter 4 of both documents.

**C4** Toll revenues will not be used to fund construction of the project. For information on the use of toll revenue, please see FUND4 of the Frequently Received Comments and Responses on the Supplemental Draft EIS, located in Part 1 of Attachment Q.

**D4** Indoor air quality is not within CDOT's purview. Since there will be no air quality impacts as a result of the project, there is no additional mitigation necessary. The school will be responsible for determining the rating of the heating and ventilation system.

FOR CITY SERVICES **VISIT** | **CALL**
**DenverGov.org** | **311**

**Protecting the Present  Building the Future**
Accountability, Innovation, Empowerment, Performance, Integrity,
Diversity, Teamwork, Respect, Excellence, Safety

Page 32 of 60

## Comments

| Source: | Submittal | Document Number: | 785 | Name: | Denver Mayor Michael B. Hancock and Department of Public Works |

| Volume | Chapter | Section | Page | Additional Reference |
|--------|---------|---------|------|---------------------|
| 1 | 5 | 5. 3.26 | | |

CONSTRUCTION:

*Air Pollution (dust), noise, safety, transportation and include specific text: "mental and physical stress".

*According to the World Health Organization (WHO), an annual average night exposure not exceeding 40 decibels outdoors is recommended for restful sleep and adverse effects of chronic noise exposure on children's ability to learn. Stress from noise affects biological risk factors such as blood pressure, fats and sugar levels, blood flow and other biological activities.

The FEIS should state that during construction they will work with neighborhood residents to create a Good Neighbor Agreement for contractors as to ongoing communication during construction period to address air pollution, noise, safety, transportation options and mental/physical stress.  East-west and north-south connectivity during construction needs to be provided for bicycles and pedestrians.

As a mitigation, CDOT should work with Colorado Department of Public Health and Environment (CDPHE), Denver Public Schools, and City and County of Denver Department of Environmental Health to create educational material for residents during construction, especially for parents at the Swansea Elementary School. The material should include information about health and safety for transporting students to and from the school daily and include information about how to make residential homes safe from pollutants during construction. In addition, signage should be provided to ensure clear, safe, and direct pedestrian and bike access for existing and alternate routes.  Please consider recommendations from the GES HIA, such as #22A, "Increase education and outreach to citizens about pedestrian safety, in anticipation of increased pedestrian activity with the redevelopment …." of the project.

In the final EIS, CDOT should articulate and detail their outreach plan including specific information (i.e. flyers, mobile apps, languages, all modes of communication) for businesses and residents eligible for improvements by CDOT.

**E4**

## Responses to Comments

**E4** Many mitigation measures have been identified in the Final EIS to offset the impacts of the project. For information on project mitigation measures, please see IMP1 of the Frequently Received Comments and Responses on the Supplemental Draft EIS, located in Part 1 of Attachment Q.

CDOT will continue public involvement activities after the ROD and through construction. The outreach plan will be developed once a Developer is under contract.

**Protecting the Present  Building the Future**
Accountability, Innovation, Empowerment, Performance, Integrity,
Diversity, Teamwork, Respect, Excellence, Safety

EAR_0147

| Comments | Responses to Comments |
|---|---|

**Source:** Submittal  **Document Number:** 785  **Name:** Denver Mayor Michael B. Hancock and Department of Public Works

| Volume | Chapter | Section | Page | Additional Reference |
|---|---|---|---|---|
| 1 | 5 | 5. 3.27 | | |

NOISE IMPACTS:

HIA NOISE PG 15-16 Existing noise levels from traffic in areas near I-70, extending from Brighton Blvd. east to Colorado Blvd, exceed the 55 decibels noise level EPA believes is an annoyance that can interfere with daily activities.

*Long-term exposure to moderate levels of noise can adversely affect sleep, school and work performance, and increase risk of cardiovascular disease.

*Denver Environmental Health (DEH) requested a noise study at the Swansea Recreation Center and Park in 2011, as part of the evaluation for improvements at the site. Results of this study indicated that the main sources of noise are train horns, train engines, various industrial metal working operations and I-70 located approximately 1,800 feet to the south. The average noise levels were approximately 55 decibels.

During the design and construction phases, CDOT should work in collaboration with the CCOD to design and implement mitigations to noise in a fashion that do not further hinder the character, cohesion, visual integrity and aesthetic quality of the neighborhood.

**F4**

| 1 | 5 | 5. 3.27 | | |

Increased protection of areas is needed where respiration is higher (exercise/play areas). Protections should be specified around playground or cap where people are exercising.

**G4**

| 1 | 5 | 5. 3.27 | | |

Swansea Elementary School and Construction of new classrooms: The new classroom design at Swansea Elementary School should provide state of the art science classrooms to encourage learning opportunities in coordination with Colorado State University coming to the National Western Center and creating a satellite campus.

**H4**

| 1 | 5 | 5. 4 | | |

The design of the I-70 A-Line, which is not depicted in the SDEIS, could have a significant impact on access to properties along and near the A-Line and economic development opportunities for those properties, as well as connectivity throughout project area. In designing the A-Line, CDOT should take these impacts into consideration and should maximize access, and therefore economic development opportunities, where feasible.

**I4**

| 1 | 5 | 5. 4 | 5.4-4-9 | |

The EIS concludes that there is adequate replacement housing in the Denver area. The conclusion is erroneous and its needs to be stated that Denver currently has a tight housing market. The second quarter 2014 apartment rental rates for the Denver metro area was $1,117 per month. Has CDOT determined the availability of housing for households of the size and income level for the displaced residents? We believe there is not an adequate supply of housing for these residents. The FEIS should hire a bi-lingual third party expert on relocation practices and eminent domain procedures shall be hired as an advocate to provide advice to residents about their rights and relocation options.

**J4**

FOR CITY SERVICES VISIT | CALL
DenverGov.org | 311

**Protecting the Present  Building the Future**
Accountability, Innovation, Empowerment, Performance, Integrity,
Diversity, Teamwork, Respect, Excellence, Safety

**F4** For information on how traffic noise will be minimized after construction, please see IMP3 of the Frequently Received Comments and Responses on the Supplemental Draft EIS, located in Part 1 of Attachment Q.

Attachment O, Aesthetic and Design Guidelines developed during the EIS process with Denver and the community, will be used during final design to help CDOT identify appropriate aesthetic design elements to ensure compatibility within the community and each viewshed. CDOT is committed to following the guidelines and continued community involvement during final design and construction.

For information on mitigating noise during construction, please see IMP8 of the Frequently Received Comments and Responses on the Supplemental Draft EIS, located in Part 1 of Attachment Q.

**G4** The exercise and play areas are at the Swansea Elementary School and on top of the highway cover where air quality is projected to be better compared to the No-Action and will not exceed the standards. For information on the air pollution levels near the highway cover, please see AQ5 of the Frequently Received Comments and Responses on the Supplemental Draft EIS, located in Part 1 of Attachment Q.

**H4** It is the responsibility of DPS and Swansea Elementary School to determine and provide the new classrooms' needs.

**I4** CDOT has considered the Access Control Line (A-line) and will consider its location as refinement of the Preferred Alternative continues.

**J4** Based on 2012 property information, the individual tax value of impacted residential property located in the Elyria and Swansea Neighborhood ranges from a low of $36,300 to a high of $210,400. The median tax value is approximately $85,000. In December 2012, using the REcolorado.com website, properties for sale within Elyria and Swansea and surrounding neighborhoods ranging in value from $85,000 to $250,000 were researched, resulting in 152 available properties. No available rental homes (including duplexes) were found in classified ads on the Denver Post, Zillow, Craig's List, or Colorado Housing Search websites in Elyria and Swansea or surrounding neighborhoods. According to Zillow's website, as of July 16, 2015, there are 881 units for rent in all other Denver neighborhoods combined. It is anticipated that additional listings for rental properties from other websites, combined with those listed on Zillow, offer an adequate supply of replacement housing in the Denver area. Apartments, condominiums, and townhomes provide additional sources of available rental properties.

Current market conditions indicate that an adequate supply of DSS replacement housing is available to support the residential displacements that result from any of the project alternatives.

CDOT follows the Uniform Act to relocate the impacted residents and businesses. For information on the Preferred Alternative's property impacts and displacement of residents, please see PROP2 of the Frequently Received Comments and Responses on the Supplemental Draft EIS, located in Part 1 of Attachment Q.

## Comments

| Source: | Submittal | Document Number: | 785 | Name: | Denver Mayor Michael B. Hancock and Department of Public Works |

| Volume | Chapter | Section | Page | Additional Reference |
|--------|---------|---------|------|----------------------|
| 1 | 5 | 5. 4. 4 | | |

**K4** The SDEIS proposes improvements on property located at I-70 and Peña Blvd. that is owned and maintained by Denver International Airport (DIA). CDOT must work with DIA to coordinate the planning of the improvements during the design process and construction. This will include, but is not limited to, addressing how the proposed managed lanes will interconnect with the existing Peña Blvd. as well as how any future expansion of Peña Blvd. will be accommodated.  DIA is currently in the midst of a Peña Blvd. Study, recommendations from that study may require modification or refinement of the CDOT preferred action regarding the managed lanes interconnection to Peña Blvd.

| Volume | Chapter | Section | Page | Additional Reference |
|--------|---------|---------|------|----------------------|
| 1 | 5 | 5. 4. 4 | | |

**L4** In the final EIS, in addition to the plans listed, CDOT should take into consideration relevant changes to the CCOD's Zoning Code since 2008 and Strategic Transportation Plan (2008).

| Volume | Chapter | Section | Page | Additional Reference |
|--------|---------|---------|------|----------------------|
| 1 | 5 | 5. 4. 4 | 5.4-4 | |

**M4** There may have been an amendment to the Areas of Change map in 2009, but Small Area Plans, as they are adopted by City Council amend the Blueprint Denver Map.

| Volume | Chapter | Section | Page | Additional Reference |
|--------|---------|---------|------|----------------------|
| 1 | 5 | 5. 4. 4 | 5.4-6 | |

**N4** The South Platte Corridor study is not ongoing, it was completed in 2013.

## Responses to Comments

**K4** CDOT will coordinate with DIA in regards to project design at I-70 and Peña Boulevard. There is no work identified near I-70 and Peña Boulevard in Phase 1.

**L4** The Final EIS includes consideration of the referenced documents.

**M4** This text has been included in the Final EIS.

**N4** The reference to this document has been updated in the Final EIS.

FOR CITY SERVICES VISIT | CALL
DenverGov.org | 311

*Protecting the Present  Building the Future*
Accountability, Innovation, Empowerment, Performance, Integrity,
Diversity, Teamwork, Respect, Excellence, Safety

Page 35 of 60

## Comments

| Source: | Submittal | Document Number: | 785 | Name: | Denver Mayor Michael B. Hancock and Department of Public Works |
|---|---|---|---|---|---|

| Volume | Chapter | Section | Page | Additional Reference |
|---|---|---|---|---|
| 1 | 5 | 5.4.10 | | |

The impending Elyria and Swansea Neighborhoods Plan will make multiple recommendations about I-70, beyond the recommendations below. The FEIS should acknowledge and respond to the recommendations in the Elyria and Swansea Neighborhoods Plan. The plan will be adopted prior to the release of the FEIS

The following recommendations apply to land use, and more specifically how the I-70 project should contribute to the planned land use changes:

The south edge of the Swansea Elementary School cover, along 46th Ave. should be designed with enhanced pedestrian amenities. Where Elizabeth St. and Thompson Ct. terminate into 46th Ave, additional amenities should be considered, such as bulbouts, artwork, and iconic treatments to orient and attract the community to cross 46th Ave. and use the proposed cover. The enhancements will help catalyze surrounding private development which will add eyes on the open space amenity. The land use recommendation for properties along the south side of the proposed southern 46th Ave. shown in the PCL is "Neighborhood Center."

Neighborhood Centers are defined as small centers that serve the many everyday shopping, service or entertainment needs of one or more neighborhoods. A mix of land uses includes those for convenience shopping, personal services and restaurants. A neighborhood center also may contain offices that serve nearby residents. Occasionally, neighborhood centers contain boutique shopping or popular restaurants that act as a regional draw. Local Denver examples include historical streetcar districts, such as 9th and Corona, Old South Gaylord or Tennyson St. Good pedestrian and bus transportation links should connect neighborhood centers, and pedestrian-oriented streetscapes with ample sidewalk space, tree lawns/amenity zones, streetscape furnishings and other elements make them a highly desirable neighborhood destination.

Regarding the second cover:
In response to the community's desire to improve connectivity, introduce services, such as a grocery store, to reduce the visual presence and associated impacts of the freeway, and to create a community focus and places where none exist today, the Elyria and Swansea Neighborhoods Plan recommends building a second cover.

This cover is different than the cover adjacent to Swansea Elementary School. That cover provides an open space amenity near the school, adjacent existing residential, and future small scale neighborhood center. The second cover provides an opportunity to completely re-imagine its immediate surroundings, opening up multiple acres of land for additional rooftops, and the type of development that the community has stated it is missing.

Related to this cover, the Plan recommends the following:
Design the second cover to serve as a catalyst for future redevelopment opportunities along Steele St. and Vasquez Blvd.

Acquire and develop CDOT land surrounding the current Steele St./Vasquez Blvd. interchange consistent with the recommendations of this plan.

**04**

FOR CITY SERVICES VISIT **DenverGov**.org | CALL **311**

**Protecting the Present  Building the Future**
Accountability, Innovation, Empowerment, Performance, Integrity,
Diversity, Teamwork, Respect, Excellence, Safety

Page 36 of 60

## Responses to Comments

**04**  The Final EIS incorporates recommendations of the draft Elyria & Swansea Neighborhoods Plan.

CDOT will coordinate with Denver regarding the design of local streets. Attachment O, Aesthetic and Design Guidelines developed during the EIS process with Denver and the community, will be used during final design to help CDOT identify appropriate aesthetic design elements to ensure compatibility within the community and each viewshed. CDOT is committed to following the guidelines and continued community involvement during final design and construction.

The project will not preclude an additional highway cover in the vicinity of the Steele Street/Vasquez Boulevard interchange; however, construction of the second cover will not be a part of this project.

A separate study on air space is not anticipated as FHWA has prepared a series of questions and answers to guide those who administer lands and property rights acquired as a result of a Federally-funded highway or transportation project under Title 23 U.S.C. which can be found at: http://www.fhwa.dot.gov/real_estate/right-of-way/corridor_management/airspace_guidelines.cfm. The cover planning and design takes into account these requirements.

At the end of the project, after all construction has been completed, CDOT will make a determination as to what excess Right-of-Way it may have along the I-70 East corridor that it does not need for transportation purposes. With the approval of FHWA and the CDOT Transportation Commission, such parcels can be declared excess Right-of-Way. CDOT has procedural requirements as to how to dispose of excess right-of-way. In addition, depending upon whether or not a parcel of excess Right-of-Way is usable as a standalone parcel will dictate which parties may have a right of first refusal. If multiple parties submit competitive bids for excess parcels, CDOT will typically select the highest bidder as the purchaser.

The Preferred Alternative includes adding a two-way vehicular north/south connection across I-70 at Cook Street. For more information on north-south connectivity with the Preferred Alternative, please see PA9 of the Frequently Received Comments and Responses on the Supplemental Draft EIS, located in Part 1 of Attachment Q.

For information on consideration of multi-modal forms of transportation, and walkability and bicycle route improvements, please see TRANS1 and TRANS2 of the Frequently Received Comments and Responses on the Supplemental Draft EIS, located in Part 1 of Attachment Q.

## Comments

| Source: | Submittal | Document Number: | 785 | Name: | Denver Mayor Michael B. Hancock and Department of Public Works |
|---|---|---|---|---|---|

| Volume | Chapter | Section | Page | Additional Reference |
|---|---|---|---|---|

**O4**

Design the cover to create a special neighborhood place and presence for Elyria and Swansea, uniting both sides of the neighborhood visually, physically and safely along Steele St./Vasquez Blvd, Cook St. and across the cover.  The community should have a seat at the table during the design discussions to ensure the cover and its surrounding area is an amenity  and represents the desires of the neighborhood.

Conduct a study to analyze development on top of the cover and its compliance with Federal Highway Administration (FHWA) airspace requirements.

CDOT should build a new north-south multimodal connection at Cook St. as mitigation for its proposed overall reduction in north-south connectivity.  Cook St. can then be integrated into the design of the second cover and increase the desirability to develop surrounding land.  Similar to the treatment of 46th Ave. south of the Swansea lid, good pedestrian and bus transportation links should connect this center, and pedestrian-oriented streetscapes with ample sidewalk space, tree lawns with amenity zones should be included in the CDOT project in this area.

| | 1 | 5 | 5. 4.10 | |
|---|---|---|---|---|

**P4**

Please clarify how build alternatives provide redevelopment opportunities and alternative transportation choices.

| | 1 | 5 | 5. 4.10 | 15 |
|---|---|---|---|---|

**Q4**

It states that the managed lanes option will require 14.7 additional acres of right-of-way. However, on page 19 in Section 3.7, CDOT states, "There are no additional impacts to the surrounding neighborhoods or environments between the two options except at the locations of direct connections." Please clarify where the 14.7 acres are needed and correct any inconsistencies in the document, particularly in Sections 3.7 and 5.4.

| | 1 | 5 | 5. 4.11 | |
|---|---|---|---|---|

**R4**

CDOT's discussion of mitigation for land use changes ignores the conversion of City streets to CDOT right-of-way. At present, CCOD owns the right-of-way to 46th Ave. under the viaduct, as well as other property that would potentially be impacted by the different alternatives. Acquisitions of CCOD-owned right-of-way should be considered in CDOT's analysis.

| | 1 | 5 | 5. 5 | 19 |
|---|---|---|---|---|

**S4**

Directly before the last sentence in the last paragraph on this page add "While it appears likely potential relocations sites/space may be available elsewhere within the neighborhood area or metro area, these alternative locations may be much higher in cost or cause disruptions to the business through employee accessibility/travel preferences, supply-chain or customer relationships, or other factors. Thus further analysis must be undertaken to understand the implications for business relocation."

FOR CITY SERVICES VISIT | CALL
DenverGov.org | 311

**Protecting the Present  Building the Future**
Accountability, Innovation, Empowerment, Performance, Integrity, Diversity, Teamwork, Respect, Excellence, Safety

Page 37 of 60

## Responses to Comments

**P4**  The Build Alternatives are not anticipated to induce development or cause unforeseen land use changes (beyond locations identified in the Blueprint Denver Areas of Change maps).

The concerns regarding transit have been adequately addressed in the Final EIS. For information on consideration of multi-modal forms of transportation, please see TRANS1 of the Frequently Received Comments and Responses on the Supplemental Draft EIS, located in Part 1 of Attachment Q.

**Q4**  There are no additional impacts to the surrounding neighborhoods or environments between the two options except at the locations of direct connections. The construction limits for the Managed Lanes Option increases where there are direct connections from the managed lanes to interchanges. Three proposed direct connections are planned from the managed lanes to I-270, I-225, and Peña Boulevard to accommodate regional and airport traffic. These direct connections result in a shift of eastbound I-70 to create room for the connections.

**R4**  The transfer of ownership from one existing transportation facility (City streets) to a different transportation facility (interstate) is not a conversion of land use. Acquisition of Denver-owned right-of-way will occur during final design and development of final right-of-way plans.

**S4**  No change. The process to purchase property that results in a relocation under the Uniform Act is a series of specific negotiations between CDOT and the relocatee.

## Comments

| | |
|---|---|
| Source: **Submittal** | Document Number: **785** |

Name: **Denver Mayor Michael B. Hancock and Department of Public Works**



| Volume | Chapter | Section | Page | Additional Reference |
|---|---|---|---|---|
| 1 | 5 | 5.5 | 19 | |

**T4** — Please cut "Considering these factors, it is...relocating warehouse occupants." Change to "While it appears likely potential relocations sites/space may be available elsewhere within the neighborhood area or metro area, these alternative locations may be much higher in cost or cause disruptions to the business through employee accessibility/travel preferences, supply-chain or customer relationships, or other factors. Thus further analysis must be undertaken to understand the implications for business relocation."

| Volume | Chapter | Section | Page | Additional Reference |
|---|---|---|---|---|
| 1 | 5 | 5.5 | 4, Exhibit 5.5-2 | |

**U4** — Please include one or two more columns focused on the sq-ft of the units being impacted (e.g., # of units more than 1,200sq-ft) and if the units are all single family (if so ignore).

| Volume | Chapter | Section | Page | Additional Reference |
|---|---|---|---|---|
| 1 | 5 | 5.5.1-5.5.4 | | |

**V4** — RELOCATIONS and DISPLACEMENTS:

SDEIS does not deal with relocation options for residents within the 500 feet (45-47th St) of the project who will be impacted 5by air quality, diminished property value, etc.; particularly those impacted as the highway moves towards them.

EIS should provide relocation services if desired, for residents living within 500 feet of the highway.

| Volume | Chapter | Section | Page | Additional Reference |
|---|---|---|---|---|
| 1 | 5 | 5.5.3 | 9 | |

**W4** — Text defines "tax value" of a property. Please clarify if you are referring to "assessed value" or "actual value".

| Volume | Chapter | Section | Page | Additional Reference |
|---|---|---|---|---|
| 1 | 5 | 5.8.5 | | |

**X4** — It would be helpful to incorporate a discussion which clarifies how noise walls will be handled for the PCL alternative, with respect to the areas where the highway is descending below grade prior to entering the covered portion and ascending back to grade level.

| Volume | Chapter | Section | Page | Additional Reference |
|---|---|---|---|---|
| 1 | 5 | 5.8.6 | | |

**Y4** — The FEIS should explain how the lighting, landscape, streetscape and other urban design elements associated with final alternatives are being incorporated to provide greatest benefit to all users of the facility.

| Volume | Chapter | Section | Page | Additional Reference |
|---|---|---|---|---|
| 1 | 5 | 5.8.6 | 5.8-11 | |

**Z4** — In the FEIS, vantage points should be included of the preferred alternative for the Steele/Vasquez Blvd. and for all gateways into and out of the neighborhood, such as from interchanges.

| Volume | Chapter | Section | Page | Additional Reference |
|---|---|---|---|---|
| 1 | 5 | 5.8.7 | | |

**A5** — This section states that community input will be sought to develop aesthetic requirements. It would be helpful to incorporate more detail clarifying what process will be used, within what timeframe.

FOR CITY SERVICES VISIT | CALL
DenverGov.org | 311

**Protecting the Present  Building the Future**
Accountability, Innovation, Empowerment, Performance, Integrity,
Diversity, Teamwork, Respect, Excellence, Safety

## Responses to Comments

**T4** No change. The process to purchase property that results in a relocation under the Uniform Act is a series of specific negotiations between CDOT and the relocatee.

**U4** More details of properties potentially being acquired as part of the I-70 project are provided in Attachment G, Conceptual Stage Relocation Technical Report in the Final EIS.

**V4** CDOT follows the Uniform Act for relocating businesses and residents impacted by the project. For information on relocation of residences that will not be acquired by the project, please see PROP4 of the Frequently Received Comments and Responses on the Supplemental Draft EIS, located in Part 1 of Attachment Q.

**W4** Tax Value is equivalent to the term "Actual Value" as promulgated by Colorado assessors. "Actual" has been added to the text box in Section 5.5, Relocations and Displacements in the Final EIS.

**X4** Highway and frontage roads were modeled at the same approximate elevation as their design. Noise walls were placed within the construction limits for each alternative. They were commonly placed on the highway side of frontage roads in order to provide a reasonable wall length for analysis. When placed on the highway side of frontage roads, the wall's base elevation matches that of the frontage road.

**Y4** CDOT will coordinate with Denver regarding the design of local streets. Attachment O, Aesthetic and Design Guidelines developed during the EIS process with Denver and the community, will be used during final design to help CDOT identify appropriate aesthetic design elements to ensure compatibility within the community and each viewshed. CDOT is committed to following the guidelines and continued community involvement during final design and construction.

**Z4** The project team believes that the selected vantage points are representative of the study area character, therefore additional simulations will not be prepared. A computer simulated model has been created for the length of the corridor which can be viewed at www.i-70east.com.

**A5** More information regarding aesthetic requirements was added.

## Comments

| Source: | Submittal | Document Number: | 785 | Name: | Denver Mayor Michael B. Hancock and Department of Public Works |
|---|---|---|---|---|---|

| Volume | Chapter | Section | Page | Additional Reference |
|---|---|---|---|---|
| 1 | 5 | 5. 9.1-5.9.7 | | |

**B5**

PARKS & RECREATION:

Swansea Recreation Center and Colorado Miners provide limited functionality; proposed options impact Swansea playground; and there are air quality impacts for physical activity close to highway.

See more on this subject in the Health Impact Assessment (HIA) for Globeville, Elyria and Swansea.

Work with Denver Parks and Recreation and community to create a regional recreation center. A new regional recreation center should be built in Elyria-Swansea to provide a space indoors with clean air for physical activity. The price of the Regional Rec Center should be affordable for all residents, and the opening of the center should not result in the closing of centers in nearby neighborhoods.

| 1 | 5 | 5. 9.2 | | |
|---|---|---|---|---|

**C5**

Speaks about a permanent easement on the property on the South Platte River Greenway Trails and Globeville Landing Park. The third paragraph speaks about construction of a spillway for the offsite outfall system and requires permanent acquisition of a portion of the park. Denver Parks and Recreation would like clarification on the reimbursement and steps for acquisition for the affected properties. Denver recommends as design moves forward that you follow the City's Aesthetically Enhanced Detention and Water Quality Ponds guide.

| 1 | 5 | 5. 9.5 | | |
|---|---|---|---|---|

**D5**

Please coordinate with City and County of Denver South Platte River Trail planning efforts.

| 1 | 5 | 5.10 | | |
|---|---|---|---|---|

**E5**

Please identify air quality impact caused by congestion from I-25 and I-225 Interchanges and mitigate accordingly.

| 1 | 5 | 5.10.1 | 5.10-1 | |
|---|---|---|---|---|

**F5**

The statement that particulate matter is not a major component of emissions from gasoline-powered vehicles minimizes the significant negative impacts particulate matter, and especially ultrafine particulates have on human health. Recent air quality studies show that people who reside within 500 feet bear the greatest health impact.

Motor vehicles, especially those powered by diesel engines have often been cited as a leading source of ambient UFP emissions and of human exposure. (Understanding the Health Effects of Ambient Ultrafine Particles, HEI Perspectives 3, January 2013). The same report concludes that in urban areas, particularly in proximity to major roads, motor vehicle exhaust can be identified as the major contributor to UFP concentrations. Diesel vehicles have been found to contribute substantially, sometimes in disproportionate to their numbers in the vehicle fleet.

A program should be developed for education in the community about best practices for minimizing exposures to construction related air quality. Please present the suite of local mitigation options that CDOT will undertake in the Final EIS.

FOR CITY SERVICES VISIT | CALL
DenverGov.org | 311

**Protecting the Present Building the Future**
Accountability, Innovation, Empowerment, Performance, Integrity, Diversity, Teamwork, Respect, Excellence, Safety

Page 39 of 60

## Responses to Comments

**B5** CDOT is not planning to include a regional recreation center as mitigation to the I-70 East project. The cover as part of the Partial Cover Lowered Alternative will provide recreational space for the nearby residents.

The Preferred Alternative's cover provides a shared space for the community and the school. For information on the features of the Preferred Alternative highway cover, please see PA4 of the Frequently Received Comments and Responses on the Supplemental Draft EIS, located in Part 1 of Attachment Q.

**C5** Future design efforts will reference the City's Aesthetically Enhanced Detention and Water Quality Ponds guide

Acquisition from this park will require coordination between, CDOT, the National Park Service, Colorado Parks and Wildlife, and Denver Parks and Recreation as this property is protected by Section 6(f) of the Land and Water Conservation Fund Grant program.

**D5** The updated design does not include any impacts to South Platte River Trail, CDOT continues to coordinate with Denver regarding any impacts to parks and recreational facilities.

**E5** Air quality analysis was conducted around the two interchanges for the PM10 hotspot analysis and emission reduction measures are included for the construction and post-construction phases of the project. There are no air quality impacts as a result of the project, so there is no mitigation required.

For more information regarding the air quality analysis see Section 5.10, Air Quality and Attachment J, Air Quality Technical Report in the Final EIS.

**F5** The hotspot analyses for CO and PM10 presented in the Supplemental Draft EIS and updated for the Final EIS showed that for the Partial Cover Lowered Alternative the NAAQS would not be exceeded for either pollutant, despite the proximity of the roadway to the school. As for the ultrafine particles cited in the comment, the MOVES2010b model used to generate emissions factors for the hotspot analyses does not include the ability to model this contaminant. Additionally, there are no established standards against which to compare modeled results if they could be produced. For these reasons, ultrafine particles were not analyzed in the Supplemental Draft EIS or Final EIS. Gasoline particulate is part of the MOVES2010b emissions rates used in the hotspot modeling and emissions inventories.

Air Quality BMPs are included in Section 5.10, Air Quality in the Final EIS.

EAR_0153

## Comments

| Source: | Submittal | Document Number: | 785 | Name: | Denver Mayor Michael B. Hancock and Department of Public Works |
|---|---|---|---|---|---|

| Volume | Chapter | Section | Page | Additional Reference |
|---|---|---|---|---|
| 1 | 5 | 5.10.5 | | |

**G5** The text should mention that all hot-spot analyses are at-grade since CAL3QHC and AERMOD cannot/do not account for elevated/depressed roadway geometries.

| 1 | 5 | 5.10.6 | | |

**H5** CDOT indicates that the forecasted PM10 concentrations for No-Action and Partial Cover Lowered Alternative, Basic Option are both right at the NAAQS compliance limit. Given the proximity to the upper threshold for compliance CDOT should conduct additional air monitoring pre-construction, during construction, and post-construction to ensure that air quality does not exceed the NAAQS limits. CDOT should also indicate confidence intervals for its forecasted values.

| 1 | 5 | 5.10.6 - 5.10.8 | 5.10-29 to 5.10-45 | Attachment J, 7.2.1, p. 66 |

**I5** PM10 hotspot analysis demonstrates design values for two alternatives to be right at the 24-hr PM10 NAAQS for 2035 and all other alternatives examined would not be in compliance (i.e., exceed) at the I-70/I-25 hotspot location. CDOT indicates that "[a]dditional innovative air quality mitigation measures will be developed later in the process if the selected alternative exceeds air quality standards." (5.10.8, p. 5-10-42) In the final EIS, CDOT should specify what air quality mitigation measures it intends to utilize. EIS should document how compliance with the 24-hr PM10 NAAQS will be maintained for the chosen alternative; address more fully the difference in PCL design values for PM10 between basic and modified options; and resolve the unexplained differences in VMT and explain if this factor related to the different design values among PCL –managed lane alternatives in SDEIS.

| 1 | 5 | 5.10.8 | | |

**J5** It would be helpful to include a brief description of if/how/when the public has a chance to comment on the air control plan submitted to CDPHE.

| 1 | 5 | 5.10.8 | | |

**K5** It should also be mentioned that City of Denver has an air pollution control ordinance (DRMC Chapter 4) that also has fugitive dust provisions that can be applied to construction projects.

| 1 | 5 | 5.10.8 | | |

**L5** CDOT claims that for the No Action Alternative and for the PCL Partial Cover Lowered Alternative, "no specific mitigation measures are necessary for the project to proceed."  While air quality may improve over time due to the fuel changes noted, it has been shown that populations, and in particular children, living in close proximity (<150-300 m) to highways have more problems with asthma than populations that do not live close to major highways.  Please present options to mitigate the impacts on the local air quality.

| 1 | 5 | 5.11.4 | | |

**M5** To facilitate better decision-making regarding the operational energy consumption of the project, the study area for the operation energy consumption should include the study area as currently presented and the sub-area for the DynusT Model discussed in detail in Attachment E.

FOR CITY SERVICES VISIT
DenverGov.org | CALL
311

Protecting the Present  Building the Future
Accountability, Innovation, Empowerment, Performance, Integrity,
Diversity, Teamwork, Respect, Excellence, Safety

## Responses to Comments

**G5** For the Final EIS, at the direction of the EPA, the depressed roadway was accounted for in AERMOD using the OPENPIT function. CAL3QHC does not need to account for elevation changes in producing the hot-spot results.

**H5** Construction monitoring of PM10 will be required for the project.

The concerns regarding air quality have been adequately addressed in the Final EIS. For information on air quality monitoring, please see AQ7 of the Frequently Received Comments and Responses on the Supplemental Draft EIS, located in Part 1 of Attachment Q.

**I5** The results of the PM10 hotspot analysis included in the Final EIS demonstrate that all of the alternatives, including the No-Action Alternative, will be in compliance with the applicable 24-hour NAAQS standard for PM10. The design values for all alternatives at the I-25 and I-225 hotspot locations are less than the 24-hour PM10 NAAQS of 150 µg/m3. These design values vary from those modeled in the Supplemental Draft EIS. It is worth noting that the difference in results does not stem from any design changes made to the alternatives modeled, but instead, reflects decisions made during the Interagency Consultation process.

All design values presented in the Final EIS simulate worst-case conditions because they represent the highest PM10 concentrations at the highest traffic volume locations in the corridor and in the year of peak emissions (2035).

Because there is no violation in air quality as a result of this project, no mitigation is required; therefore, none has been identified.

Emission reduction measures are included for the construction and post-construction phases of the project. For more discussion about the air quality analysis and emission reduction measures, please see Section 5.10 Air Quality in the Final EIS.

**J5** APCD will determine whether a public comment period is required for the dust control plan, depending on the total acreage of the construction project and/or the total air emissions.

**K5** Language was added in the Final EIS to address the City air pollution control ordinance and will also be included in the RFP for contractor compliance.

**L5** The concerns regarding air quality have been adequately addressed in the Final EIS. For information on air quality with the Preferred Alternative and health, please see AQ6 and AQ4 of the Frequently Received Comments and Responses on the Supplemental Draft EIS, located in Part 1 of Attachment Q. Because there is no violation in air quality as a result of this project, no mitigation is required; therefore, none has been identified.

Air Quality emission reduction measures are provided in Section 5.10, Air Quality in the Final EIS.

**M5** Operational energy was calculated using the VMT volumes from the air quality analysis. The energy study area was revised to be consistent with the study area for air quality analysis, which is large enough in size to assess high traffic volume areas and facilitate operational energy consumption decision-making.

## Comments



**Source:** Submittal   **Document Number:** 785   **Name:** Denver Mayor Michael B. Hancock and Department of Public Works

| Volume | Chapter | Section | Page | Additional Reference |
|--------|---------|---------|------|----------------------|
| 1 | 5 | 5.11.6 | | |

**N5** CDOT indicates that it will "encourage" the use of cleaner and more fuel efficient construction vehicles to mitigate the negative effects from energy consumption associated with the project. Rather than simply "encouraging" the use of these vehicles, CDOT should set aggressive but achievable thresholds for use of cleaner and more fuel efficient vehicles. CCOD believes that a minimum 33 percent requirement for clean-fuel (i.e. EPA Nonroad Tier 4) vehicles is achievable and reasonable to reduce energy use, emissions and odor from construction equipment.

| 1 | 5 | 5.12 | | |

**O5** This section should briefly discuss existing noise surveys as documented in the tech report.

| 1 | 5 | 5.12 | | |

**P5** The Garden Place and Swansea elementary schools are key landmarks in the affected communities, and appear to be directly adjacent or impacted by highway noise. Please clarify and describe explicitly noise impacts on the two elementary schools.

| 1 | 5 | 5.12 | | |

**Q5** There are several scenarios presented in which noise walls have not been recommended for advancement on cost-benefit grounds. In these scenarios, some residents will be left to bear the impacts of high levels of noise. CDOT should offer these residents the choice of relocation or the provision of sound proofing measures to mitigate the noise impacts, and clarify how such measures would affect the cost-benefit of a sound wall.

| 1 | 5 | 5.12 | | |

**R5** Please provide information clarifying whether the cost-benefit index as employed in this chapter was in effect for the I-25/TREX project.

| 1 | 5 | 5.12 | | |

**S5** In the main body of the report, it would be helpful to explain whether the Traffic Noise Model includes the various geometries, with or without soundwalls. For example, it is not clear whether the PCL TNM modeling factor is in a 20-30 ft. below grade "canyon" with some minimum sound wall structure for safety, or whether all of these are assumed to be at a similar grade.  Please clarify.

| 1 | 5 | 5.12 | | |

**T5** All cost benefits that are shown as zero should really be infinite. $0 is less than $6,500 criteria, so please restate in all tables where this exists.

| 1 | 5 | 5.12 | | |

**U5** Additional clarification regarding ambient noise conditions and expected noise levels is needed in order to evaluate noise. Existing and projected noise levels as they relate to time of day and night, and the duration of high noise levels are needed to better understand when noise increases are expected to occur. It is not clear whether the larger expected increased noise levels will occur at residences that are already experiencing extremely high levels, or at less impacted residences, or whether these high levels will occur continuously. This information is needed in order to evaluate the reasonableness of noise mitigation.

FOR CITY SERVICES VISIT | CALL
DenverGov.org | 311

**Protecting the Present  Building the Future**
Accountability, Innovation, Empowerment, Performance, Integrity, Diversity, Teamwork, Respect, Excellence, Safety

Page 41 of 60

## Responses to Comments

**N5** Comment noted. CDOT will consider this in the development of the RFP and future phases of the project.

**O5** The Final EIS was revised to include more detailed information about noise surveys. A Benefitted Receptor's Survey must be performed, and more than 50 percent of the responding owners and residents must support the construction of the noise wall. The required initial survey will be deferred until the final design stage. The final survey is required prior to construction.

**P5** Garden Place is outside of the project limits and will not experience an increase in noise due to the highway project. Specific noise level results for Swansea Elementary School can be found in Appendix A of Attachment K, Noise Technical Report in the Final EIS.

**Q5** Under federal regulation, insulation mitigation or soundproofing is only considered for NAC D land use which includes especially identified noise-sensitive buildings but not residential land use: 23 CFR772.15(c)(5) "Noise insulation of Activity Category D land use facilities listed in Table 1. Post-installation maintenance and operational costs for noise insulation are not eligible for Federal-aid funding.

CDOT follows the Uniform Act for relocating businesses and residents impacted by the project. For information on relocation of residences that will not be acquired by the project, please see PROP4 of the Frequently Received Comments and Responses on the Supplemental Draft EIS, located in Part 1 of Attachment Q.

**R5** Noise impacts and mitigations were analyzed in accordance with CDOT's Noise Analysis and Abatement Guidelines (2015). Current cost-benefit criteria would not be the same as 2001-2003 analyses due to multiple regulatory and technical modeling changes; all affecting the cost-benefit calculations between the two project eras.

**S5** Highway and frontage roads were modeled at the same approximate elevation as their design. Noise walls were placed within the construction limits for each alternative. They were commonly placed on the highway side of frontage roads in order to provide a reasonable wall length for analysis. When placed on the highway side of frontage roads, the wall's base elevation matches that of the frontage road.

**T5** The text was revised to reflect this.

**U5** As per CDOT's Noise Analysis and Abatement Guidelines the loudest hour traffic volumes are used in the TNM models, this provides a look at the worst case scenario for all alternatives.

EAR_0155

| Comments | Responses to Comments |
|---|---|

**Comments**

| Source: | Submittal | Document Number: | 785 | Name: | Denver Mayor Michael B. Hancock and Department of Public Works |
|---|---|---|---|---|---|

| Volume | Chapter | Section | Page | Additional Reference |
|---|---|---|---|---|
| 1 | 5 | 5.12.3 | | |

**V5**

Please provide the reference for determining that a noise increase is not "substantial" unless it exceeds noise by 10 dBA or greater. CDOT's web page includes a fact sheet that describes a substantial noise reduction as that providing noise reduction of 5 dBA or more. FHWA allows states to define "substantial" as between 5 and 15 dBA increases. Other states define "substantial" as a smaller increase, such as 5 dBA. It is unreasonable to set criteria for noise reduction that may subject nearby residents, already experiencing extremely high road traffic noise, to an effective doubling of highway noise.

| 1 | 5 | 5.12.6 | | |

**W5**

The descriptions of expected noise impacts associated with the Partial Covered Lowered Alternative describes noise increases of up to 15.4 DBA to impacted homes, greater than that of other alternatives. This seems counter-intuitive given that the sidewalls of the lowered highway should act as noise walls in and of themselves. Additional clarity is needed to understand why noise increases are more substantial associated with the Partial Covered Lowered Alternative.

| 1 | 5 | 5.12.10 | | |

**X5**

The cost/benefit analysis of the barriers should also incorporate households that exceed Noise Abatement Criteria. As an example, in Swansea south of I-70, there are 35 households that will exceed Noise Abatement Criteria. However, only 27 households are considered in the reasonableness evaluation.

| 1 | 5 | 5.12.11 | | |

**Y5**

The Partial Cover Lowered Alternative Basic Option discussion concludes that "The walls in Swansea south of I-70 were not found to be reasonable because the highway cover between Clayton St. and Columbine St. provides enough noise reduction to the surrounding dwelling units." Yet, the associated table shows an optimal wall height of 16, 18, and 19 feet and Exhibit 5.12-17 shows 35 households exceeding NAC with a maximum predicted noise level of 75 dBA. It is unclear whether this noise analysis applies to the area where the cover exists, the area where the highway descends and ascends below grade yet is not covered, or where. It is unclear whether how noise levels of 75 dBA will exist for the residents located between Clayton and Columbine. Please clarify and provide analysis for Swansea residents not located between Clayton and Columbine.

| 1 | 5 | 5.12.11 | | |

**Z5**

The mitigation tables and figures do not show numbers of homes that will experience noise increases, nor the severity of those increases, so it is difficult to evaluate and compare the severity of the noise burden as compared to the potential mitigation. The tables should be updated to compare noise increases experienced with mitigation that may be available, in order to assist in evaluation of reasonableness of mitigation.

| 1 | 5 | 5.12.13 | | |

**A6**

The section states that public outreach efforts such as providing a 24-hour telephone contact line for questions and concerns regarding noise. This will be necessary in order that residents' concerns can be timely communicated and response provided.

FOR CITY SERVICES VISIT | CALL
DenverGov.org | 311

*Protecting the Present  Building the Future*
*Accountability, Innovation, Empowerment, Performance, Integrity, Diversity, Teamwork, Respect, Excellence, Safety*

**Responses to Comments**

**V5**  Substantial increase of 10 dBA is determined from CDOT's Noise Analysis and Abatement Guidelines. An "impact of substantial increase" is bracketed by FHWA regulation between 5 and 15 decibels. CDOT uses a 10 decibel increase to meet this impact definition. A "substantial noise reduction" defines the acoustic feasibility of a noise abatement measure under the noise mitigation feasibility requirement of federal regulation.

**W5**  This 15.4 dBA increase is due to the proximity of the receptor to new highway construction limits (highway, ramps and frontage roads are all included in the cross-section) and the wider footprint. Though the highway is lowered, frontage roads and ramps are closer to the receptor and have similar elevations in this location. Additionally, a no wall scenario is being compared to existing noise levels where there are existing noise walls.

**X5**  There were 35 impacted receptors in Swansea south of I-70 under the Partial Cover Lowered Alternative, Basic Option. In order for a noise wall to be considered feasible it must create a 5 dBA benefit to at least one receptor. In order to be considered reasonable, the noise wall must create a 7 dBA benefit for at least one receptor. In the mitigation analysis for Swansea south of I-70 for the Partial Cover Lowered, Basic Option, 3 receptors are benefitted by at least 5 dBA and 24 receptors are benefitted by at least 7 dBA. All modeled receptor locations are considered in the mitigation analysis. Mitigation analysis (including feasible and reasonable criteria and cost benefit calculations) follow CDOT's Noise Analysis and Abatement Guidelines (January 2015).

The Partial Cover Lowered Alternative, Basic Option has been combined with the Modified Option to form a revised Partial Cover Lowered Alternative in the Final EIS. As a result, the cost/benefit analysis in Section 5.12, Noise of the Final EIS has been updated, as necessary.

**Y5**  The 75-dBA example mentioned is east of Clayton where there is no highway cover. There are a few locations where the highway footprint for Partial Cover Lowered Alternative, Basic Option moves closer to homes, resulting in increased noise levels for the first-row receivers. However, the mitigation analysis concluded that even a 20-ft wall could not provide enough benefit to meet the CDOT cost-benefit index. So these optimal wall heights of 16, 18 and 19 feet provide the maximum benefit, but they do not meet the cost-benefit index criteria of $6,800 (the table shows a cost benefit index of $11,010). This analysis was done not only between Clayton and Columbine, but for the entire project area. The sentence mentioned in the comment was meant to explain why noise walls do not provide enough benefit to be recommended. Because the cover does provide noise benefits to the neighborhood, additional noise walls could not provide enough extra benefit to meet the cost benefit index. The Supplemental Draft EIS document displayed walls that provided the maximum possible benefit for each alternative even if those noise walls were not feasible and reasonable. To avoid confusion, the Final EIS calls out ranges of wall heights that are feasible and reasonable. More specifically, if an analyzed wall proved to be feasible and reasonable, the Final EIS called out the wall height that benefitted the average number of benefitted receptors.

**Z5**  The number of substantial noise impacts are shown in the impact tables of the Supplemental Draft EIS and Final EIS. Additional details for the existing and proposed noise levels (with and without potential noise mitigation) for each modeled location can be found in Appendix A of Attachment K, Noise Technical Report in the Final EIS.

*Responses continue on the following page.*

## Comments

| Source: | Submittal | Document Number: | 785 | Name: | Denver Mayor Michael B. Hancock and Department of Public Works |

| Volume | Chapter | Section | Page | Additional Reference |
|---|---|---|---|---|
| 1 | 5 | 5.13.4 | | |

**B6** Please consider adding prairie dog colonies that were not included in the original survey. There is a large colony that is located on the west side of Westerly Creek near the confluence with Sand Creek. This is within the Project Area boundaries.

| 1 | 5 | 5.13.4 | | |

**C6** The section states ". . . A substantial population of Burrowing Owls migrates to and nests in the prairie dog complexes found on the Rocky Mountain Arsenal National Wildlife Refuge" Discussion: What is a "substantial population"? When the Stapleton Reclamation project was in process, we found a few - probably ten burrowing owls during the entire process. If there are not metrics that define a 'substantial number', I would recommend changing the verbiage to "...Burrowing Owls have been observed migrating to and nesting in the prairie dog complexes found..." The existing language implies a large population of Burrowing Owls, which may artificially affect perceptions of the project.

| 1 | 5 | 5.13.5 | | |

**D6** In regards to this section on Page 11 concerning the common garter snake and northern leopard frog:

The northern leopard frog has been recently (2013) found to inhabit the Parkfield Lake/Natural Area located at 54th and Chambers (which appears to be within the biological resource study area (Exhibit 5.13-1). It is recommended that either (1) a survey be conducted again to determine if populations do exist in the project area; or (2) it be assumed that their presence within the study area indicates they are likely to exist, or potentially inhabit other suitable habitats throughout the study area (barring areas where landuse would make their presence unlikely). Garter snakes are also quite common throughout the metro area, often noted by city employees working in and around natural areas in close proximity to water.

| 1 | 5 | 5.13.5 | | |

**E6** For this section in regards to noxious weeds on Page 12 - the EIS indicates that the overall risk of noxious weed infestation is relatively low. This may be true for more urbanized areas, however, Sand Creek (within the boundaries of the project area) has dense infestations of a wide variety of noxious weed species. Please provide a vegetation survey and noxious weed management plan.  For issues within the City and County of Denver, the DPR - Natural Resources staff (City Naturalist) should be included in the plan development and kept appraised of management activities.

| 1 | 5 | 5.13.5 | 13, last paragraph | |

**F6** Concerning the CDOT Impacted Black-Tailed Prairie Dog Policy Discussion: Recommend that CDOT reexamine their policy regarding the lethal removal of prairie dogs. The City has revised their "Prairie Dog Removal Matrix" to place a carbon monoxide injection system, at a higher priority than trapping and donating, as it causes a lower level of stress to the animals – as the cooled carbon monoxide is injected into the burrows, they simply lose consciousness and die. The pressurized injection method is the most humane alternative for lethal removal, and is very effective.  There are currently no locations within the City and County of Denver where prairie dogs may be relocated, and there are no counties within the state that are allowing import of prairie dogs into their jurisdictions.

FOR CITY SERVICES VISIT DenverGov.org | CALL 311

**Protecting the Present  Building the Future**
Accountability, Innovation, Empowerment, Performance, Integrity, Diversity, Teamwork, Respect, Excellence, Safety

Page 43 of 60

## Responses to Comments

**A6** Comment noted.

**B6** Prairie Dog surveys were not updated for the Final EIS. The colony of concern is well outside the construction limits for the project and are not anticipated to be impacted.

**C6** The Final EIS reflects the suggested verbiage provided by this comment.

**D6** The status has been changed to "could potentially occur in the study area." It is assumed that both species would seek other parts of Sand Creek that exhibit more suitable habitat during construction. Furthermore, the areas near Sand Creek that will be impacted during construction are rather degraded and offer little value to these species.

**E6** The development of an Integrated Noxious Weed Management Plan will be a requirement of the construction project to be completed during future phases of the project.

**F6** The comment has been passed on to CDOT's Wildlife Program Manager for consideration because CDOT's guidelines are outside of this project's control.

EAR_0157

## Comments

| Source: | Submittal | Document Number: | 785 | Name: | Denver Mayor Michael B. Hancock and Department of Public Works |
|---|---|---|---|---|---|

| Volume | Chapter | Section | Page | Additional Reference |
|---|---|---|---|---|
| 1 | 5 | 5.13.5 | 5.13-10, paragraph 3 | |

**G6** The comparison of black-tailed prairie dogs (which are in the Order Sciuridae – the same as squirrels) to "any small rodent population" is not an effective comparison. I would recommend a language change to "...and that the size and distribution of active black-tailed prairie dogs may reduce dramatically if there is an outbreak of disease, such as Plague, in the community. Other factors, such as predation and drought, may cause negligible fluctuations in prairie dog community growth and expansion."

| 1 | 5 | 5.13.6 | 13 | |
|---|---|---|---|---|

**H6** Under the section for burrowing owl mitigation: "If a nesting pair is discovered, no construction activity will occur within 75 yards of the nest." Construction activity should include prairie dog removal. According to Colorado Parks and Wildlife, no disturbance can occur within 150' of an active nest.

| 1 | 5 | 5.13.6 | 5.13-15 | |
|---|---|---|---|---|

**I6** Bullets under 2nd paragraph: Recommend adding a bullet stating: "Colorado Parks and Wildlife (CPW) must be contacted if any nests must be moved, or are inadvertently destroyed".

| 1 | 5 | 5.14 | | |
|---|---|---|---|---|

**J6** There is a potential conflict with the Onsite Drainage system that is outlined in Exhibit 5.14-3 and the Burlington Ditch that is on the east side of the Platte River. You will need to coordinate this effort with the Burlington Ditch company at final design.

| 1 | 5 | 5.14 | | |
|---|---|---|---|---|

**K6** It appears the on-site detention system will function as flood control and water quality treatment for the project construction area with a possible EDB design. Please note all the flood control and water quality design shall also meet the City and County of Denver (CCOD)  and UDFCD design criteria as well as water right requirement from State Engineer Office.

The detention and water quality pond that is shown in Exhibit 5.14-3 could potentially be very large and very deep. A rough design of this pond should be considered to fully understand the scope of this pond.

Note that the normal EDB design may not able to handle the required water quality capture volume from the 60 acre construction site without large surface area due to some limitations, such as gravity outlet elevation, forebay and trickle channel slope, micro pool, water table elevation, pond slope, maintenance access, and other constraints if the storm conveying pipe too deep. Please note all the flood control and water quality design shall also meet CCOD, UDFCD design criteria as well as water right requirements from State Engineer Office.

## Responses to Comments

**G6** Text was updated as requested.

**H6** The Final EIS has been updated based on new standards.

**I6** The Final EIS includes this text.

**J6** Coordination has been conducted and future coordination will be done as design progresses.

**K6** Comment noted.

FOR CITY SERVICES VISIT | CALL
DenverGov.org | 311

**Protecting the Present  Building the Future**
Accountability, Innovation, Empowerment, Performance, Integrity, Diversity, Teamwork, Respect, Excellence, Safety

Page 44 of 60

January  2016

EAR  0158

A-73

| Comments | Responses to Comments |
|---|---|

| Source: | Submittal | Document Number: | 785 | Name: | Denver Mayor Michael B. Hancock and Department of Public Works |
|---|---|---|---|---|---|

| Volume | Chapter | Section | Page | Additional Reference |
|---|---|---|---|---|
| 1 | 5 | 5.14 | | Attachment M, Sec. 4.3.4 |

**L6** Use the following language: "A pre-construction Conditional Letter of Map Revision (CLOMR) process must be undertaken with FEMA if the proposed construction raises the regulatory base flood elevation of any floodplain, or if requested by the Floodplain Administrator of the affected jurisdiction. A post-construction Letter of Map Revision (LOMR) process must be undertaken with FEMA if a CLOMR was obtained, if the proposed construction lowers the regulatory base flood elevation in excess of 0.3' of any floodplain, or if requested by the Floodplain Administrator of the affected jurisdiction. "

| 1 | 5 | 5.14 | | |
|---|---|---|---|---|

**M6** It is believed that the valuation shown on pages 45-47 may only reflect the real property value, not the BPP value also.  Please ensure that this is a full market value (including any equipment).

| 1 | 5 | 5.14 | | |
|---|---|---|---|---|

**N6** This section does not address drainage needs should permanent dewatering be necessary for the Partial Cover Lowered Alternative. The EIS should consider the need for permanent dewatering systems and should determine the additional capacity necessary for drainage and detention as a result of permanent dewatering. Text addressing that need should be included in Section 5.14.

| 1 | 5 | 5.14 | 46 | |
|---|---|---|---|---|

**O6** Please Cut the section that reads "In addition many residents, ...displacement of the factory as a positive effect."

| 1 | 5 | 5.14 | 5.14-2, paragraph 3 | |
|---|---|---|---|---|

**P6** The text mentions the 2005 Denver Storm Drainage Master Plan. Since then the 2009 Storm Drainage Master Plan (and 2010 errata) has been published and Denver is currently in the process of adopting the 2014 Storm Drainage Master Plan. Consider revising to reference the 2014 Storm Drainage Master Plan, or reference the 2009 Master Plan and make note that the latest master plan must be considered during design for identification of any other potential ponding areas.

| 1 | 5 | 5.14 | 5.15-4 | |
|---|---|---|---|---|

**Q6** South Platte River paragraph, the channel in Globeville Landing Park does not serve as a detention pond.

| 1 | 5 | 5.14 | Exhibit 5.14-5 | |
|---|---|---|---|---|

**R6** For the Revised Viaduct Alternative the table indicates impacts to the Sand Creek floodplain, but the table does not address a mitigation for this impact. Revise the table to indicate how this floodplain impact is going to be mitigated.

| 1 | 5 | 5.14.1 | | |
|---|---|---|---|---|

**S6** Since some of proposed options may impact the existing south drainage sub-basins along with the I-70 roadway system. More hydraulic analysis/modeling will be needed to address the local street and storm sewer capacity including the overflows from the proposed series detention ponds. The re-constructed local street shall meet the CCOD drainage design criteria in both depth and spread for minor and major storm events. The improvement of the drainage system shall be not posted any worse situation on any adjacent properties in comparing to the existing condition.

**L6** Similar text is provided in Attachment M, Hydrology and Hydraulics Technical Report. No change made.

**M6** The tax data references to what is called "assessor's actual value" of the real estate, which is similar to market value. The reference to data from the REcolorado.com website are references to listing prices for homes on the market. None of these references to home values or listing prices include any component post business or personal property which the project team believes the acronym "BPP" is referring to.

**N6** This has been included in the Final EIS.

**O6** No change, because the referenced section could not be found.

**P6** Reference was updated and additional note added for future design to consider 2014 plan.

**Q6** The text doesn't discuss a channel in Globeville Landing Park serving as a detention pond.

**R6** Mitigation for this impact has been added to the table.

**S6** Future design will adhere to design requirements and shall show no adverse impacts.

FOR CITY SERVICES VISIT | CALL
DenverGov.org | 311

*Protecting the Present  Building the Future*
*Accountability, Innovation, Empowerment, Performance, Integrity,*
*Diversity, Teamwork, Respect, Excellence, Safety*



## Comments

| Source: | Submittal | Document Number: | 785 | Name: | Denver Mayor Michael B. Hancock and Department of Public Works |

| Volume | Chapter | Section | Page | Additional Reference |
|--------|---------|---------|------|---------------------|

**T6**

| 1 | 5 | 5.14.1 | 3 | |

Exhibit 5.14-2 does not depict any ponding crossing I-70 between Brighton and York.

**U6**

| 1 | 5 | 5.14.1 | 5.14-5, Exhibit 5.14-3 | |

The storm drain pipe is proposed in Claude Ct. not Claude St.

**V6**

| 1 | 5 | 5.14.2 | | |

Revise second sentence to say "Due to the new smaller study area Westerly Creek is no longer impacted by this project.

**W6**

| 1 | 5 | 5.14.6 | | |

Drainage improvements at the  Brighton/I-70 interchange:

As part of the City of Denver Corridor of Opportunity, the interchange of I-70 and Brighton Blvd. is a major gateway to downtown Denver. The drainage basins/detention ponds at this intersection need to address the visual importance of this interchange as a major gateway. NDCC would like to work with you to identify quality materials and a high level quality design to meet the goals of the City of Denver.

**X6**

| 1 | 5 | 5.14.6 | 5.14-6 | |

LOWERED ALTERNATIVES, DRAINAGE:

Details of all potential drainage solutions to the south of I-70 must engage residents and directly affected property owners.

Please clarify if this project requires a separate UDFCD Environmental Impact Study/Statement and provide cost and timing information.

**Y6**

| 1 | 5 | 5.15.4 | | |

Another primary source of stream flow in the South Platte River is releases from upstream reservoirs including Chatfield and Cherry Creek Reservoirs. Although waters in the reservoirs originate as groundwater, snowmelt, precipitation, effluent discharge, and stormwater runoff, instream flows are strongly influenced by releases from the reservoirs and, as a result, may not always reflect the timing of precipitation. CDOT should address the impact of releases from reservoirs on instream flows.

**Z6**

| 1 | 5 | 5.15.6 | | |

For noxious weed management: has a noxious weed management plan been created and approved? Who will coordinate noxious weed management activities? For issues within the CCOD, the DPR - Natural Resources staff (City Naturalist) should be included in the plan development and kept appraised of management activities.

**A7**

| 1 | 5 | 5.15.6 | | |

"Herbicides will be applied by use of wicks or sponges to avoid off-target injury." The noxious weeds are too numerous to effectively treat with a wick or sponge. Spot spraying can be performed and off-target injury to desirable vegetation can be avoided with this method of application.

FOR CITY SERVICES VISIT DenverGov.org | CALL 311

**Protecting the Present  Building the Future**
Accountability, Innovation, Empowerment, Performance, Integrity, Diversity, Teamwork, Respect, Excellence, Safety

## Responses to Comments

**T6**  The figure has been updated.

**U6**  Street name has been revised.

**V6**  Text was updated to reflect the comment.

**W6**  CDOT will continue to coordinate with Denver throughout the design process.

**X6**  The south drainage is associated with the Partial Cover Lowered Alternative only. The drainage solutions included for the alternatives evaluated have been presented at project public meetings. All affected property owners will be coordinated with prior to construction. There will be no separate EIS required for the I-70 East project's drainage systems.

**Y6**  CDOT does not have any control over those releases or the stream flows. All CDOT can do is avoid floodplain impacts and not cause adverse impacts, which is happening through mitigation actions already identified.

**Z6**  The development of an Integrated Noxious Weed Management Plan will be a requirement of the construction project to be completed during future phases of the project.

**A7**  Text revised as recommended.

## Comments

| Source: | Submittal | Document Number: | 785 | Name: | Denver Mayor Michael B. Hancock and Department of Public Works |
| --- | --- | --- | --- | --- | --- |

| Volume | Chapter | Section | Page | Additional Reference |
| --- | --- | --- | --- | --- |
| 1 | 5 | 5.15.7 | | |

**B7** It is stated that "At this time . . . .unavoidable [wetland] impacts will be mitigated at a wetland bank . . ." CDOT should work with nearby jurisdictions to find opportunities in the vicinity of the impacts to provide mitigation opportunities.

| 1 | 5 | 5.16 | | |
| --- | --- | --- | --- | --- |

**C7** The project meets the CDOT New Development Redevelopment classification for a priority project based on the conceptual project information exhibited. The additional expanded impervious depicted in the EIS appears to meet the minimum threshold justifying the project designation. The final drainage study should include a permanent Water Quality Control Measures for the northern off site outfall as outline in following CDOT MS4 Program: Dated: April 22, 2014 Titled: New Development and Redevelopment Program Description Modification-Conditional Approval CDPS Permit No.:COS000005 Program Specific reference: Attachment A: Requirements for CDOT's Interim New Development and Redevelopment Program Description Section a. ii (A) (ii) (New Control Measure Design Standard).

| 1 | 5 | 5.16 | | |
| --- | --- | --- | --- | --- |

**D7** This section does not address impacts to water quality that might occur should permanent dewatering systems be necessary for the Partial Cover Lowered Alternative. Section 5.18 of the EIS and Section 6 of the Hazardous Materials Technical Memorandum both indicate that the project goes through areas known to be impacted by hazardous waste sites and that ground water underlying the stretch of I-70 between the UPRR to Columbine contains elevated metals levels. CDOT's experience related to treatment of metals at I-25 and Alameda included higher than expected costs and difficulty reaching permit effluent limits. At a minimum, Section 5.16 should address the potential need for permanent dewatering systems, the likelihood that ground water extracted by permanent dewatering systems will contain pollutants, and the types of BMPs that would be necessary to address those pollutants.

| 1 | 5 | 5.16.1 | | |
| --- | --- | --- | --- | --- |

**E7** The surface runoff water quality should be discussed more in the SDEIS. Possible water quality measurements, EDB, Bioretention (PLD), wetland, green infrastructures (LID), and others should be included in the storm runoff treatment for the construction area and possible related offsite runoff. Water quality treatment basin map with imperious percentage shall be provided in the related section or in the attachment to show the entire project will satisfy the MS4 programs.

**Protecting the Present  Building the Future**
Accountability, Innovation, Empowerment, Performance, Integrity,
Diversity, Teamwork, Respect, Excellence, Safety

## Responses to Comments

**B7** Onsite wetland mitigation may be considered during the construction process, but it is assumed that suitable sites may not be available and banking credits will need to be purchased.

**C7** The project will comply with CDOT permanent water quality control and MS4 permit requirements.

**D7** The necessary design and infrastructure needed for temporary construction groundwater dewatering and for permanent groundwater dewatering will be developed in the final design and coordinated with the geotechnical design/analysis. Below are three options for groundwater dewatering.
• Horizontal drains
• Drainage gallery with radial drain holes
• Staged well locations and pump system

The groundwater dewatering design will be designed according to the Groundwater discharge permit and the water will be treated as necessary. It is not anticipated that discharge due to groundwater dewatering will be conveyed in the surface water storm water drainage system.

**E7** Additional detail has been added including the preliminary location of water quality ponds. The project will meet the requirements of CDOT's MS4 Permit with CDPHE.

Design of the project has not been completed to a level that an accurate description of individual BMPs can be provided at this time. This document describes the commitments future design will provide to meet permanent water quality requirements.

EAR_0161

## Comments

| Source: | Submittal | Document Number: | 785 | Name: | Denver Mayor Michael B. Hancock and Department of Public Works |
|---|---|---|---|---|---|

| Volume | Chapter | Section | Page | Additional Reference |
|---|---|---|---|---|
| 1 | 5 | 5.16.2 | | |

**F7**

For completeness, Section 5.16.2 should include a list of all of the impaired waterways impacted by the I-70 East project. The 2012 section 303(d) list of impaired waters (CDPHE, 2013 available at https://www.colorado.gov/pacific/sites/default/files/Regulation-93.pdf) identifies the following segments of the South Platte River and their impairments: Segment 14 (South Platte River through Denver) for arsenic; Segment 15 (South Platte River and Burlington Ditch downstream of Denver) for E. coli, and; Segment 16a (Sand Creek) for selenium and E. coli. In addition, Segment 14 is also considered to be 4a for E. coli (see other comment on this section for explanation of 4a designation). The proposed drainage system and detention pond on the north side of I-70 will discharge into Segment 15 of the South Platte River. The boundary between Segment 14 and 15 of the South Platte River is the Burlington Ditch Headgate which is located about 25 yards upstream of the Denver – Adams County line.  It would be helpful to clarify the location of the Burlington Ditch within the text, such that the reader might know where this stretch of the river is as compared to the study area.

| 1 | 5 | 5.16.2 | | |
|---|---|---|---|---|

**G7**

Section 5.16.2 of the EIS states that E. coli is no longer a problem in Segment 14 of the South Platte River, but that arsenic is. This statement is not completely correct. Segment 14 of the South Platte River actually falls under EPA's category 4a for E. coli. EPA's Category 4a is defined as "impaired water bodies for which TMDLs have been completed, but uses are not yet attained" (definition from CDPHE's Section 303(D) Listing Methodology, 2012 Listing Cycle available at https://docs.google.com/file/d/0B4_2BkAMBRe8TWpsUnJFYXphQ0k/edit?pli=1). Please correct the text to reflect this distinction.

| 1 | 5 | 5.16.5 | | |
|---|---|---|---|---|

**H7**

Since both Sand Creek and the South Platte River are impaired for their uses by E. coli, CDOT should implement measures to address E. coli in urban waterways by eliminating bird roosting areas on the undersides of bridges and other infrastructure that will be part of the I-70 east project. USGS studies on Fountain Creek in Colorado Springs (see USGS Fact Sheet FS 2011-3095 available at http://pubs.usgs.gov/fs/2011/3095/fs2011-3095.pdf) concluded that the source of elevated levels of E. coli in Fountain Creek was birds roosting on bridges over the creek. Preventing birds from roosting on bridges and other infrastructure will address sources of E. coli in the receiving waters.

| 1 | 5 | 5.16.5 | | |
|---|---|---|---|---|

**I7**

Because storm water and water from construction and permanent dewatering will be discharged into waterways that are identified on the 303(d) list as impaired for their uses, we encourage CDOT to incorporate BMPs to address water quality from existing impervious surfaces in addition to those that address new impervious surfaces. Unpublished CCOD studies have directly linked the percentage of impervious surfaces in storm drainage basins to impacts to water quality in receiving waters. Both Sand Creek and the South Platte River are in exceedance of water quality standards for a number of pollutants and retrofitting existing infrastructure for water quality can help to remove those streams from the State's 303(d) list.

FOR CITY SERVICES **VISIT** | **CALL**
DenverGov.org | 311

**Protecting the Present  Building the Future**
Accountability, Innovation, Empowerment, Performance, Integrity,
Diversity, Teamwork, Respect, Excellence, Safety

Page 48 of 60

## Responses to Comments

**F7**  Exhibit 5.16-4 in Section 5.16, Water Quality in the Final EIS summarizes the impaired waters identified on EPA Section 303(d) List. Also, Exhibit 5.16-5 in Section 5.16, Water Quality in the Final EIS shows the locations of the impaired waters.

**G7**  Text has been updated.

**H7**  Comment noted.

**I7**  This project will include permanent water quality measures as required by CDOT's MS4 permit.

## Comments

| Source: | Submittal | Document Number: | 785 | Name: | Denver Mayor Michael B. Hancock and Department of Public Works |

| Volume | Chapter | Section | Page | Additional Reference |
|--------|---------|---------|------|----------------------|
| 1 | 5 | 5.16.5 | | |

**J7**

It is our understanding that CDOT had committed and the Colorado Department of Public Health and Environment has required that CDOT will use green infrastructure techniques to provide water quality treatment. Additional discussion of this use of green infrastructure should be incorporated in this section. Green infrastructure has numerous co-benefits beyond flood control and water quality improvement for the affected communities that can provide some assistance in mitigating other adverse effects of the project, including providing air quality benefits, noise reduction, reduction in heat island effects, and providing community amenities.

## Responses to Comments

**J7** CDOT will adhere to the requirements of its MS4 permit.

FOR CITY SERVICES VISIT | CALL
DenverGov.org | 311

**Protecting the Present  Building the Future**
Accountability, Innovation, Empowerment, Performance, Integrity,
Diversity, Teamwork, Respect, Excellence, Safety

## Comments

| Source: | Submittal | Document Number: | 785 | Name: | Denver Mayor Michael B. Hancock and Department of Public Works |
|---|---|---|---|---|---|

| Volume | Chapter | Section | Page | Additional Reference |
|---|---|---|---|---|
| 1 | 5 | 5.18, 5.1 | 5.18-15 to 16, Exhibit 5.18-12, 5.1-24 | |

HAZARDOUS WASTE-MATERIALS, AIR QUALITY:

SDEIS has limited references to air monitoring during construction and these seem to focus on worker safety. No provisions are made for monitoring at project boundary and/or in the community for exposure to disturbed hazardous materials during construction, such as toxic metals transported by air-borne dust. Such monitoring would assist to validate effectiveness of control measures and promote worker and community/public safety.

Importance of this issue is recognized in: Volume 1, Exhibit 5.10-24, Potential Emissions Reduction Strategies, indicating potential monitoring for PM10; Volume 3, Attachment J, Air Quality Technical Report, 2.4, p.7 describes potential toxic materials in fugitive construction dust; Volume 3, Draft Air Quality Analysis Protocol at 4.7, p. 9 describes that monitoring plans for PM10 from construction dust are anticipated; Volume 2, Attachment H, Hazardous Materials Technical Report, 7, Mitigation, p. 36, describes a HASP/Health and Safety Plan for workers is needed as to methane and VOCs, indicates the presence of unknown contaminated media and that measures are needed for worker protection and public health; Volume 2, Attachment H, Hazardous Materials Technical Report, 8, Conclusions, p. 37 as to primary concerns to protect workers, indicates the MMP/materials management plan and HASP should outline procedures to monitor and identify contaminants of concern and stop work requirements if contamination is encountered.

EIS should specify that suitable air monitoring will be installed at an appropriate boundary or community location, such as Swansea School if appropriate, to measure contaminants of concern. This should include particulate matter with speciation for toxic metals encountered during construction. Specify how appropriate action will be taken to protect public health if critical thresholds are exceeded.

(See in-community air monitoring proposed change from Council District 13, Chapter 5, 5.10).

Sample air for lead, cadmium and arsenic in the construction zone. If the daily average air samples exceed 1.5 microgram/m3 for lead, work stops and work practices should be altered to minimize dust. An action level for arsenic should be defined as well.

Test window sills and window troughs for lead dust of homes nearest to construction site (1st and 2nd row of homes) where dust is being disturbed. If lead dust levels are above HUD residential standards, test next row of homes to identify how far the lead dust travelled. Homes that have been contaminated with lead dust should be cleaned to below lead dust clearance standards as per state regulation.

**K7**

| 1 | 5 | 5.18.4 | 5.18-11 |
|---|---|---|---|

The first paragraph provides a brief summary of Colorado's asbestos in soil regulation. Please add to the end of second sentence "...requirements that may add additional cost."

**L7**



FOR CITY SERVICES VISIT | CALL
DenverGov.org | 311

Protecting the Present  Building the Future
Accountability, Innovation, Empowerment, Performance, Integrity,
Diversity, Teamwork, Respect, Excellence, Safety

Page 50 of 60

## Responses to Comments

**K7** The concerns presented in this comment have been adequately addressed in the Final EIS.

For information on CDOT's plans for encountering hazardous materials within the project area, please see IMP6 of the Frequently Received Comments and Responses on the Supplemental Draft EIS, located in Part 1 of Attachment Q.

For information on air quality monitoring, please see AQ7 of the Frequently Received Comments and Responses on the Supplemental Draft EIS, located in Part 1 of Attachment Q.

For information on transportation-related pollutants, including PM2.5, NO2, CO, and PM10, please see AQ2 of the Frequently Received Comments and Responses on the Supplemental Draft EIS, located in Part 1 of Attachment Q.

For information on mitigating fugitive dust during construction, please see IMP7 of the Frequently Received Comments and Responses on the Supplemental Draft EIS, located in Part 1 of Attachment Q.

**L7** CDOT recognizes that many of the potential impacts that could be caused by the project may incur additional costs. Project costs have included these items.

| Comments | | | | Responses to Comments |
|---|---|---|---|---|

**Source:** Submittal   **Document Number:** 785   **Name:** Denver Mayor Michael B. Hancock and Department of Public Works

| Volume | Chapter | Section | Page | Additional Reference |
|---|---|---|---|---|

**M7**
| 1 | 5 | 5.19 | | |

Please provide clarity for the identified utility relocations and improvements to Brighton Blvd. and potential impacts to the service of the National Western Center (NWC).

**N7**
| 1 | 5 | 5.19.4 | | |

Need to coordinate relocation of the 12-inch and 20-inch pipes, respectively, running north south along 44th St. in front of the Coliseum with the NWC Master Plan

**O7**
| 1 | 6 | 6.5 | | |

Denver acknowledges that the lowered highway and PCL are preferred over the previously considered viaduct options.  At the same time the PCL alternative will also adversely affect neighborhood cohesion and concentrates adverse impacts in an already impacted community (air, noise, mobility, etc.) We respectfully disagree that all impacts are fully mitigated. CDOT should consider the proposed mitigation as reflected in CCOD's comments and should continually work with the community to identify mitigation measures throughout the project.

**P7**
| 1 | 6 | 6.5.5 | 6-15 | |

Chapter six does not mention climate change with the exception of a call-out box. Denver and the State have both spent considerable effort on identifying, quantifying and mitigating sources of greenhouse gasses. Given the accelerated pace of global GHG emissions Chapter 6 should include more information regarding GHG emissions. The following excerpt from Attachment J is an example of the information that could be added to Chapter 6: Under NEPA, detailed environmental analysis should be focused on issues that are significant and meaningful to decision-making. FHWA has concluded, based on the nature of GHG emissions and the exceedingly small potential of GHG impacts from the proposed action, that the GHG emissions will not result in "reasonably foreseeable significant adverse impacts on the human environment" (40 CFR 1502.22(b)). The GHG emissions from the project Build Alternatives will be insignificant, and will not play a meaningful role in a determination of the environmentally preferable alternative or the selection of the preferred alternative.

**Q7**
| 1 | 8 | 5.9.1 | | |

Reference should be made at end of paragraph in section 5.9.1 to the Metro Denver Urban Forest Assessment and can be found at http://www.denvergov.org/Portals/7471documents/forestry/Denver_FinalReport.pdf

**R7**
| 1 | 8 | 8.12.6 | 115 | |

References to exhibits 8-63 and 8-64 appear to be flipped. 8-63 exhibits appear to be the partial covered lid options and should be the opposite. Also, the last paragraph should call for school use in addition to community and neighborhood activities in order to be consistent with other sections within this chapter.

**S7**
| 1 | 8 | 8.12.6 | 120 | |

Language should be added to include investigation of improved indoor recreational opportunities to be consistent with community desires.

---

**M7**   Utility improvements have been identified to the appropriate level within the EIS. Future phases of the project will further identify utility impacts and will be coordinated with the appropriate parties.

**N7**   CDOT will continue to coordinate with the appropriate parties throughout the design process.

**O7**   Comment noted.

**P7**   Analysis of greenhouse gases is included in Section 5.10, Air Quality and Attachment J, Air Quality Technical Report in the Final EIS.

**Q7**   Document was reviewed and added to the references section of the Final EIS.

**R7**   The Final EIS clarifies the shared use of the cover between the school and the community. Exhibits have been removed from the Final EIS.

**S7**   Indoor recreational opportunities are provided in close proximity at the Swansea Recreation Center. No change.

FOR CITY SERVICES VISIT | CALL
DenverGov.org | 311

*Protecting the Present  Building the Future*
*Accountability, Innovation, Empowerment, Performance, Integrity,*
*Diversity, Teamwork, Respect, Excellence, Safety*

Page 51 of 60

A-80                                                              EAR  0165                                          January 2016



## Comments

| Source: | Submittal | Document Number: | 785 | Name: | Denver Mayor Michael B. Hancock and Department of Public Works |

| | Volume | Chapter | Section | Page | Additional Reference |
|---|---|---|---|---|---|

**T7**
2 — Attachment A
The limits for Brighton Blvd. improvements and cross sections needs to be coordinated to ensure transitions and capacity needs are being met.

**U7**
2 — Attachment A
The Brighton Blvd. westbound I-70 on ramp should be realigned as close to I-70 (mainline) as reasonably possible to minimize impact to the National Western Center.

**V7**
2 — Attachment A
Based on our review, the all Build Alternatives have deficient traffic capacities at all the interchanges, such as Brighton and I-70, and need to be re-evaluated to provide additional capacities to avoid impacting local street networks.

**W7**
2 — Attachment A
In all the Build Alternatives, the consolidation of the Dahlia and Monaco accesses to Holly will create operational issues at Holly. Therefore, consider showing the reconstruction of Holly to the north of I-70 to 48th Ave. and also the reconstruction of 48th Ave. from Holly to Colorado to relieve to Stapleton Drive North and South. In addition, the Holly and 48th Ave. reconstruction would provide alternative access to Colorado and the East Rail Line crossing at Holly and Smith/42nd. Also include design of the interchanges at Quebec and Peoria to not preclude Denver's ability to rebuild these roadways at the interchanges to a 10-lanes cross section.

**X7**
2 — Attachment A
Connections from the Elyria-Swansea neighborhood east to the 40th and Colorado Station are essential. 46th underpass at UPRR tracks should not preclude connection for regional/local connectivity from 47th.

**Y7**
2 — Attachment A — 71
The removal of the York St. connection to I-70 increases traffic circulation on the local roadway. Additional connections and improvements on the local streets are required. Some examples are the 47th Ave. crossing at the UPRR, York St. needs to be revised to add left turn lanes between EB and WB 46th Ave, and York St. needs to transition from a five lane section over I-70 to tie into the existing two-lane, two-way section north of the 47th Ave. The current map does not indicate this Transition.

**Z7**
2 — Attachment A — 71
In all the Build Alternatives, the removal of the York St. access to I-70 created undesirable traffic congestion on the local roadways. The introduction of a two-way approach on York St. from the south to the railroad crossing facilitated a need for a grade separation of York St. over the UPRR or a traffic signal to be installed at 47th and York St. with an associated pre-signal to the north of the tracks. Either the grade separated crossing or the signal will help to ensure safety at the railroad crossing, allow for the introduction a two-way York St. south of 47th and enhance the pedestrian indications at this crossing. Additional evaluation with the City and County of Denver review will be needed to determine which is the preferred alternative.

## Responses to Comments

**T7** CDOT will continue to coordinate with Denver throughout the design process.

**U7** The Brighton Boulevard westbound I-70 on-ramp will remain approximately in its current location.

**V7** Brighton Boulevard and other local roads were included in the models and were considered in the analysis. However, these roads are outside of the scope of this project and are not included in analysis results in the Final EIS. For additional information specific to these facilities, please contact CDOT. Traffic analysis that has been completed to date indicates that I-70 operations near the Brighton Boulevard interchange will likely improve with the Preferred Alternative compared to the No-Action. See Chapter 4 and Attachment E of the Final EIS for further information on the traffic analysis.

**W7** The design has been modified to not preclude Denver's ability to rebuild wider local streets at interchanges.

Improvements to Holly Street north and south of I-70 are understood to be part of future City improvement projects.

**X7** Proposed connectivity will meet or exceed current connectivity.

**Y7** For the Final EIS, the decision has been made for York Street to remain a one-way street. Traffic analysis including this decision has been completed for the Final EIS.

**Z7** For the Final EIS, the decision has been made for York Street to remain a one-way street. Traffic analysis including this decision has been completed for the Final EIS. The project does not propose any improvements to the 47th Avenue and York Street intersection.

FOR CITY SERVICES VISIT | CALL
DenverGov.org | 311

**Protecting the Present  Building the Future**
Accountability, Innovation, Empowerment, Performance, Integrity,
Diversity, Teamwork, Respect, Excellence, Safety

Page 52 of 60

## Comments

| Source: | Submittal | Document Number: | 785 | Name: | Denver Mayor Michael B. Hancock and Department of Public Works |

| Volume | Chapter | Section | Page | Additional Reference |
|--------|---------|---------|------|----------------------|
| 2 | Attachment A | | 82 & 92 | Vol., Ch. 3., Sec 3.3, Pg. 3-5 & 3-6 |

**A8** The existing traffic operation on Peoria St. is at or near capacity, especially with the newly constructed Peoria St. crossing bridge at UPRR/RTD CRT and the Peoria Station. Peoria St. at I-70 should be a 10-lanes cross section which includes a continuous double turn lanes in for both NB and SB and adding additional capacity thru this constrained section of Peoria St. Therefore, the I-70 Bridge over Peoria will need to be lengthened to accommodate the ultimate cross-section of Peoria St. to not preclude Denver's ability to rebuild this section of the roadway.

| 2 | Attachment A | | 89 | Vol., Ch. 3, Sec 3.3, Pg. 3-5 & 3-6 |

**B8** These maps indicate significant improvements to the ramp system west of Quebec St. These improvements EB will increase the ability for traffic to enter and exit I-70 at Quebec St. and there are not current improvements shown on Quebec St. Improvements including providing continuous double turn lanes in for both NB and SB Quebec and adding additional capacity (10 lanes total) thru this constrained section of Quebec St. is needed to provide adequate traffic operations in this area with the proposed I-70 improvements. The I-70 Bridge will need to be lengthened to accommodate the ultimate cross-section of Quebec St.

| 2 | Attachment A | | 89 | |

**C8** The crossing at Monaco under I-70 only shows one lane per direction. Based on projected traffic volumes on Monaco and the existing 4 lane section to the south of I-70 a five lane section should be preserved under I-70.

| 2 | Attachment C | | 51-54 | |

**D8** A discussion of how traffic operations were considered in the selection of the Preliminary Preferred Alternative must be include in the Study.  The document mentions matching the purpose and need which specifically identifies SAFETY, ACCESS, MOBILITY and CONGESTION. Of these four aspects, only mobility is discussed and that's in the context of ML or GP lanes.

| 2 | Attachment C | | 54 | |

**E8** The study must include a discussion on construction impacts to the local street network. In the discussion, it should be clear that the project will need to coordinate all local street and I-70 ramp/full closures with CCOD staff and neighborhood groups prior to implementation.

| 2 | Attachment C | | 55, Table 8 | |

**F8** Include "Preferred Alternative" to the title of this table.

FOR CITY SERVICES VISIT | CALL
DenverGov.org | 311

Protecting the Present  Building the Future
Accountability, Innovation, Empowerment, Performance, Integrity,
Diversity, Teamwork, Respect, Excellence, Safety

Page 53 of 60

## Responses to Comments

**A8** The Peoria Street crossing has been increased to accommodate this.

**B8** The Quebec Street crossing has been increased to accommodate this.

**C8** The Monaco Street crossing has been increased to accommodate this.

**D8** Additional information on the identification of the Preferred Alternative can be found in Chapter 3, Summary of Project Alternatives of the Final EIS.

**E8** These traffic control requirements will be handled in the next phases of the project. CDOT will coordinate with Denver for development of the requirements.

**F8** The Alternatives Analysis Technical Report will remain the same. Any changes to this technical report will be included as an addendum. No change.

## Comments

| Source: | Submittal | Document Number: | 785 | Name: | Denver Mayor Michael B. Hancock and Department of Public Works |
|---------|-----------|------------------|-----|-------|---------------------------------------------------------------|

| Volume | Chapter | Section | Page | Additional Reference |
|--------|---------|---------|------|---------------------|
| 2 | Attachment C | 9.1 | | |

**G8**

East-west and north-south connectivity during construction needs to be provided. Alternate vehicle and truck access to I-70 and I-25 from the neighborhoods via Brighton, York, 48th Ave, 52nd Ave, and other major arterials is needed for residents and businesses to survive the construction period. Alternate routes for trucks are also needed to reduce neighborhood cut-through traffic. With limited access to I-70 and the frontage roads during construction, neighborhoods will be cut off. Additionally, safety and emergency response during construction is also critical. With only limited information available about construction phasing, detours, and road closures, it is difficult to assess the severity of impacts to residents, businesses, and emergency responders during construction. Additional roadway improvements appear to be needed. Consideration should be given to improvements that will provide permanent improvements after construction. The Project Team should work directly with Denver on access and closure issues in a timely manner (bi-weekly planned schedules, weekly updates, and 48 hour advance notice on closures/rerouting).

| Volume | Chapter | Section | Page | Additional Reference |
|--------|---------|---------|------|---------------------|
| 2 | Attachment E | 6.1 | 75, Figure 67 | |

**H8**

Please add the street names Garfield, Elizabeth, Race and Baldwin as they are referenced on page 74 and it would help the reader not familiar with the area to follow the narrative.

| Volume | Chapter | Section | Page | Additional Reference |
|--------|---------|---------|------|---------------------|
| 2 | Attachment E | 6.1.2 | Fig. 129 | |

**I8**

The text shows that the following should be considered: (1). York St. will need additional connections to the local network to help relieve added congestions resulting from the removal of this interchange. There are approximately 350% increase in traffic from existing traffic (screenline) as shown in Figure 129; (2). Steele St./Vasquez Blvd. will need a partial access to I-70 (WB on to WB I-70, and EB off from EB I-70). Again Figure 129 showed an increase of traffic over 300% from existing; (3). Full access to I-70 at Colorado Blvd.; (4). Consider roadway improvement on Holly north of I-70 and 48th Ave. between Holly St. to Colorado Blvd. to provide alternative access; (5). Consider interchange design at Quebec St., Peoria St. and Havana St. to not preclude Denver's ability to reconstruct these roadways to 10 lanes, 8 lanes and 8 lanes cross section respectively.

| Volume | Chapter | Section | Page | Additional Reference |
|--------|---------|---------|------|---------------------|
| 2 | Attachment F | 3. 1 | | |

**J8**

For minority populations the text uses the term "the appropriate unit of geographic analysis" for comparison value. However, the text does not clarify what values were utilized for comparison. E.g., If Denver neighborhoods were compared to the population of Denver County and Aurora was compared to Adams County, then the text should specify this so the methodology is clear. The same comment applies to the process for determining low-income neighborhoods.

FOR CITY SERVICES VISIT | CALL
DenverGov.org | 311

**Protecting the Present  Building the Future**
Accountability, Innovation, Empowerment, Performance, Integrity,
Diversity, Teamwork, Respect, Excellence, Safety

Page 54 of 60

## Responses to Comments

**G8**  These traffic control requirements will be handled in the next phases of the project. CDOT will coordinate with Denver for development of the requirements.

**H8**  These street names were added to Figure 67 in Attachment E.

**I8**  1. The current project does provide connectivity between York Street and the adjacent interchanges at Brighton Boulevard and Steele Street through the addition of frontage roads. This will continue to provide drivers on York Street with the ability to access to/from I-70 at these adjacent interchanges. All of the Build Alternatives will accommodate higher volumes of traffic on I-70 compared to existing conditions. In addition, compared to the No-Action Alternative conditions, all of the Build Alternatives will result in lower traffic volumes on the local roadway network, including the roads near York Street.
2. The Preferred Alternative includes a westbound entrance ramp and eastbound exit ramp at the Steel Street/Vasquez Boulevard interchange.
3. The Preferred Alternative includes a full interchange at Colorado Boulevard.
4. This is outside of the scope of the I-70 East EIS project area.
5. The I-70 bridges over Quebec Street and Peoria Street have been designed to not preclude cross street expansion per the request of Denver. The I-70 bridge over Havana Street is being designed and constructed under a different project.

**J8**  This has been explained in Section 5.2, Socioeconomics in the Final EIS. The purpose of this technical report is to show the raw data for the analysis. Each neighborhood is compared to its corresponding county.

EAR  0168

## Comments

| Source: | Submittal | Document Number: | 785 | Name: | Denver Mayor Michael B. Hancock and Department of Public Works |

| Volume | Chapter | Section | Page | Additional Reference |
|--------|---------|---------|------|---------------------|
| 2 | Attachment H | | 25-26, paragraph 4 | |

**K8**

In the Effects Analysis please include additional information regarding construction dewatering. The second complete sentence starts with "If dewatering of contaminated groundwater is required during construction, treatment may be required before the water is disposed or used." Section 5.17.6 notes that "Extensive dewatering during the construction is anticipated for the Partial Cover Lowered Alternative". Dewatering is likely for the stretch of I-70 between the UPRR to Columbine. Groundwater under this stretch of I-70 contains elevated concentrations of metals. Table 1, within Attachment H, Appendix H shows groundwater data for monitoring well YA-MW-03. Monitoring well YA-MW-03 is in a location near where excavation for roadway construction will extend into groundwater. The groundwater data for Monitoring Well YA-MW-03 show that most of the metals tested for were detected at concentrations that exceed expected groundwater discharge permit levels. Additionally, the laboratory reporting limits for three of the metals are greater than expected groundwater discharge permit levels. Experience from CDOT's I-25 and Alameda project demonstrated the technical and financial challenges associated with construction dewatering. Accordingly, it is appropriate that the additional information should acknowledge possibility that:
• It may not be technically feasible to treat extracted groundwater sufficiently to meet permit levels for some metals such as arsenic, mercury, selenium and silver.
• Removal of uranium from groundwater may result in generating a source of radioactivity that could then require additional permitting and disposal activities for the recovered uranium.
• Present-day analytical capabilities may not be sufficient to demonstrate that adequate treatment can be achieved for mercury, selenium and silver.
• Land may be required for construction of temporary groundwater treatment ponds.
• Treated groundwater may need to be transported to an alternate segment of the South Platte River where less stringent permit discharge limits would be in effect. The text should be adjusted to clarify and acknowledge the likelihood for groundwater treatment and difficulties this may pose.

| Volume | Chapter | Section | Page | Additional Reference |
|--------|---------|---------|------|---------------------|
| 2 | Attachment H | | 9, Table 1 | |

**L8**

The ASTM E 1527-05 identifies several standard environmental record sources that shall be reviewed but are not identified in Table 1 including:
• Federal Delisted NPL site list
• Federal Institutional control/engineering control registries
• State/Tribal IC/EC
• State/Tribal VCUP Sites
• State/tribal Brownfield sites
A review of Attachment H – Appendix I Environmental Database Report, revealed that most of these missing environmental record sources were surveyed. Please add text summarizing these environmental record source reviews and/or explaining why information from these additional environmental record sources appear to not have been summarized in Attachment H.

| Volume | Chapter | Section | Page | Additional Reference |
|--------|---------|---------|------|---------------------|
| 2 | Attachment H | | 4.1 | |

**M8**

This paragraph references ASTM Standard 1527-05). ASTM 1527-13 has been available for use since January 2014. Please add an explanation regarding the timing issue as to why the current ASTM 1527-13 was not used and verify changes do not cause substantial omissions, or use the most current version.

## Responses to Comments

**K8** Additional language was added to Attachment H, Hazardous Materials Technical Memorandum Addendum and Section 5.18, Hazardous Materials of the Final EIS to provide more detail regarding dewatering activities.

**L8** No NPL Delisted, State/Tribal IC/EC or State/Tribal Brownfield sites were identified in the database report. One Federal IC/EC site was identified in the report (Vasquez Boulevard and I-70) which was also listed as an NPL site and discussed in detail within the tech report (Attachment H). State/Tribal VCUP sites were also discussed within the technical report (Attachment H - sections 3.5 and 4).

**M8** At the time the environmental records search database was ordered for the project area (2012), ASTM 1527-13 was not available. An explanation of the use of ASTM 1527-5 standard was added to the Hazardous Materials Technical Report Addendum.

FOR CITY SERVICES VISIT | CALL
DenverGov.org | 311

**Protecting the Present  Building the Future**
Accountability, Innovation, Empowerment, Performance, Integrity,
Diversity, Teamwork, Respect, Excellence, Safety

## Comments

| Source: | Submittal | Document Number: | 785 | Name: | Denver Mayor Michael B. Hancock and Department of Public Works |
|---|---|---|---|---|---|

| | Volume | Chapter | Section | Page | Additional Reference |
|---|---|---|---|---|---|
| | 2 | Attachment J | | | |

**N8** For met data section referenced above, the transport wind speed of 10 mph (5 m/s) is very generous for a winter morning. In addition, a mixing height of 1000m is quite high during the morning inversion. If these are model guidance values, please state that, but they are not worst case.

| | 2 | Attachment J | | | |

**O8** For the meteorological data description on pages 19-20, please clarify that Cal3QHC is typically run with a stability class of 4. If the model guidance suggests using Stability class 4, please clarify in the text. Stability class 4 is not worst case. DIA and Stapleton met. data clearly indicate that the worst stability class is 6 or 7 (F or G), depending on the scale.

| | 2 | Attachment J | | | |

**P8** For Table 1 footnotes, please correct effective date language to past tense.

| | 2 | Attachment J | | | |

**Q8** In figure 2, please add the La Casa and I-25 (near road) monitoring stations, which did not exist at the time of the first draft EIS. The final EIS will also need to add the second near road station near 49th Ave. and I-25. See APCD website for stations.

| | 2 | Attachment J | | | |

**R8** Table 1 and associated footnotes do not match. Please clarify.

| | 2 | Attachment J | Table 18 | | |

**S8** The footnotes do not seem to belong with this table.

| | 2 | Attachment J | Table 19 & 20 | | |

**T8** It is recommended replacing the design value with the PM10 NAAQS.

| | 2 | Attachment J | Table 25 | | |

**U8** The units should be corrected to pounds per day

| | 2 | Attachment J | Table 35 | | |

**V8** It is not clear whether the 2017+MY CAFE standards have been factored into these estimates. Please clarify.

| | 2 | Attachment J | Table 4 | | |

**W8** Please confirm whether upper air data is from the Denver International Airport or from the old Stapleton Airport location (23062).

| | 2 | Attachment J | Table 6 | | |

**X8** Table should clarify that concentrations are 24-hour averages.

| | 2 | Attachment K | | | |

**Y8** Appendix A should be retitled Data and Modeling Results. No monitored data seem to be included here.

## Responses to Comments

**N8** 1000 meters is the suggested value for mixing height, per the EPA user's manual for CAL3QHC. Text to this effect was added to the discussion in Attachment J, Air Quality Technical Report in the Final EIS. With regard to the wind speed, 1 m/s was used in the Final EIS to evaluate a worst-case scenario.

**O8** Stability class 4 was used per the EPA user's manual for CAL3QHC. Text to this effect was added to the discussion in Attachment J, Air Quality Technical Report in the Final EIS.

**P8** Language has been revised as suggested.

**Q8** Figure was updated with CASA station. According to APCD's site at time of production, there is no site located at 49th Ave. and I-25.

**R8** Discrepancy has been addressed.

**S8** Table values were updated, which clarifies the footnote.

**T8** Although the design value may equal the PM10 NAAQS in some cases, these are two different values. The text accompanying the tables notes whether a given alternative meets or exceeds the NAAQS value.

**U8** Units were updated as noted.

**V8** Analysis was conducted with the MOVES 2010b model, which does not factor in CAFE standards. Discussion was added to Attachment J, Air Quality Technical Report in the Final EIS.

**W8** CAL3QHC does not use upper air data (nor "real" surface meteorological data). Text was clarified in Attachment J, Air Quality Technical Report in the Final EIS.

**X8** Text was clarified in Attachment J, Air Quality Technical Report in the Final EIS.

**Y8** Appendix A was retitled "Data and Modeling Results."

FOR CITY SERVICES VISIT | CALL
DenverGov.org | 311

*Protecting the Present  Building the Future*
Accountability, Innovation, Empowerment, Performance, Integrity,
Diversity, Teamwork, Respect, Excellence, Safety

Page 56 of 60

January  2016

EAR  0170

A-85



## Comments

| Source: | Submittal | Document Number: | 785 | Name: | Denver Mayor Michael B. Hancock and Department of Public Works |
|---|---|---|---|---|---|

| | Volume | Chapter | Section | Page | Additional Reference |
|---|---|---|---|---|---|

**Z8**

2    Attachment M

On the York St. crosses, the SDEIS shows that both 66" storm sewer and 48" sanitary sewer will remain in the same location. Please be aware of that the storm sewer is located about 8 feet depth and sanitary sewer with about 9 feet depth that may affect the ramp design for meeting the required roadway clearance.

**A9**

2    Attachment M

Throughout document please ensure you are using the final I-70 PCL Montclair Drainage Basin Hydrologic Analysis from Enginuity. The date of that memo is August 2014. The memo modified the 100-year flow from 2,691 cfs. up to 2,852 cfs.

There is also a I-70 PCL Park Hill Drainage Basin Hydrologic Analysis Memo from Enginuity, dated August 2014.  That memo needs to be included in Appendix B.

**B9**

2    Attachment M

The second paragraph of Section 6.1 describes the South Platte and Sand Creek drainage basins. In the context of the previous sentences, the last sentence is confusing. Suggested reword: "Discharges in the South Platte River are moderated by Chatfield Reservoir, located south of Denver, which serves as a flood retarding structure, as well as a recreational and water supply facility."

**C9**

2    Attachment M    Page 19

With regards to the 5 pond proposal at Colorado Blvd, during the Multi Agency Technical Team (MATT) meetings, CDOT and there consultant Atkins proposed this system and put together a brief summary and study. Please include that in the attachments of Appendix B.

**D9**

3    Attachment J    4.4.2

The text uses an assumption of an infinite silt/sand reservoir on I-70 that is proportional to VMT.  This assumption is extremely conservative, which should be pointed out.  CDOT is assuming an infinite silt reservoir, i.e. more VMT = more silt.  If EPA guidance on determining background PM10 is expected to change for the final EIS, this should be pointed out.  The high background and unlimited silt loading combined are very conservative approaches.  For an example of recent I-710 handling on future year PM10, see http://media.metro.net/projects_studies/I710/images/tech_study/AQ_HRA_ENVIRON_Final_020312.pdf (page 26).

**E9**

3    Attachment J    4.4.3

Text should clarify that AERMOD uses a grams per second or pounds per hour emission factor.

**F9**

3    Attachment J    4.4.6

The text should list the name of the actual Commerce City PM10 station. It appears the text is referring to Alsop Elementary.

**G9**

3    Attachment J    4.4.6

Text should clarify that concentration is a 24-hour average.

FOR CITY SERVICES VISIT | CALL
DenverGov.org | 311

**Protecting the Present  Building the Future**
Accountability, Innovation, Empowerment, Performance, Integrity,
Diversity, Teamwork, Respect, Excellence, Safety

## Responses to Comments

**Z8**   Existing utility location and relocation will be included in future design.

**A9**   The modification was included in Attachment M, Hydrology and Hydraulics Technical Report in the Final EIS. Also, the memorandum is included as an appendix.

**B9**   The tech reports will remain as they are. An addendum explaining the updated information since the Supplemental Draft EIS is included as an attachment to the Final EIS. An errata sheet has been added to this addendum to address this comment.

**C9**   This design has been revised and currently there are only two ponds located at Colorado Boulevard. This design change is shown in the addendum to Attachment M, Hydrology and Hydraulics Technical Report in the Final EIS.

**D9**   Clarification on the "infinite silt/sand reservoir" and its relationship to VMT is discussed in Attachment J, Air Quality Technical Report in the Final EIS. The new EPA guidance on background concentrations was used for the Final EIS and also noted in the text.

**E9**   Text was clarified in the Final EIS.

**F9**   The Commerce City/Alsup Elementary monitoring site is the only monitoring site in Commerce City and thus is referred to here simply as "Commerce City." The APCD code for the site ("COMM") supports this.

**G9**   Text was clarified in the Final EIS.

## Comments

| Source: | Submittal | Document Number: | 785 | Name: | Denver Mayor Michael B. Hancock and Department of Public Works |



| Volume | Chapter | Section | Page | Additional Reference |
|--------|---------|---------|------|----------------------|
| 3 | Attachment J | 5.2.3 | | |

**H9** — The data presented in Exhibit 5.10-20 (Chapter 5.10) should be included in Attachment J. Exhibit 5.10-20 should be shown in Attachment J as a supplement to the national MSAT trends chart.

| 3 | Attachment J | 5.2.4 | 50 | |

**I9** — Text includes the following characterization, which is incorrect: "modeled mean annual concentrations from highways were well below estimated Integrated Risk Information System (IRIS) cancer and noncancer risk values for all six MSAT" Benzene is clearly above the 1 in a million cancer risk level, if not 10-in-a-million. This entire statement (#1) should be deleted as it is misleading. In addition, a number of states, such as California, have developed comparison risk values, which may be more conservative than EPA. Denver regularly compares to other states' comparison risk values as well.

| 3 | Attachment J | 7.2 | Tables 19 & 20 | |

**J9** — It would be helpful to use color shaded boxes (green and yellow) to indicate whether the design value meets the NAAQS.

| 3 | Attachment K | 4.1.2 | | |

**K9** — The 24 hour noise monitoring data in Attachment C are not representative of the I-70 communities with residential premises. While Colorado at Smith Rd is the most representative, it is over 500 ft. away from I-70, and is not truly representative of residential locations very close to I-70. The 10 min readings from 2012 are not adequate. Per the FHWA guidance, "Existing Highway Traffic Noise Measurements are made to represent an hourly equivalent sound level, Leq(h). Statistical accuracy requires minimum measurements of approximately eight minutes. Most highway agencies have automated measurement equipment and typically measure 15-minute time periods to represent the Leq(h). This is acceptable if unusual events do not occur during the noisiest hour.... If information is not available to identify the noisiest hour of the day or if there is public controversy at a specific location, 24-hour measurements may be necessary." Based on the sensitivity of residences and schools in GES, 24-hour data are needed north and south of I-70 for the Final EIS. Existing ambient conditions must be monitored to determine actual noise levels occurring in the affected communities, the frequency and time variability of those noise levels, and to better determine the actual impact of the various alternatives. In addition, we recommend noise monitoring data be collected along the lowered portion of I-25 at a point most representative of that expected for the lowered portion of I-70. These data would be informative of actual conditions expected once the lowered portion of I-70 is constructed.

| 3 | Attachment K | 6.1.5 | | |

**L9** — Input Data: please clarify whether the TNM model accounts for depressed versus elevated roadways. The section implies that it does. Whether this factor is accounted for should be made explicit.

| 3 | Attachment M | 10 | | |

**M9** — Text does not address drainage needs should permanent dewatering be necessary for the Partial Cover Lowered Alternative. The EIS should consider the need for permanent dewatering systems and should determine the additional capacity necessary for drainage and detention as a result of permanent dewatering. Text addressing that need should be included in Section 10 of Attachment M.

FOR CITY SERVICES VISIT | CALL
DenverGov.org | 311

**Protecting the Present  Building the Future**
Accountability, Innovation, Empowerment, Performance, Integrity,
Diversity, Teamwork, Respect, Excellence, Safety

## Responses to Comments

**H9** — This summary is presented in the Section 5.10, Air Quality in the Final EIS as a way of simplifying the data. The more in-depth presentation in Attachment J, Air Quality Technical Report is intended to supplement the Section.

**I9** — The current health status of the affected communities was thoroughly discussed in the DEH study cited by several commenters. Potential impacts from the I-70 redevelopment project, including effects of each alternative on the ability to meet the health-based NAAQS, and on levels of MSATs are discussed in detail in the Supplemental Draft EIS and the Final EIS. With regard to MSATs, it is noted that under all alternatives studied MSAT levels are projected to decrease substantially from current levels by 2035, and that the difference between the build and no-build alternatives for all MSATs is less than 3.5 percent.

The text is based on the study's estimates of contributions from highways, not the total concentrations modeled in the study area. Table ES-2 of the study estimates the benzene concentration from Denver highways at 0.27 ug/m3. The EPA Integrated Risk Information System 1 in a million cancer risk level for benzene is a range from 0.13 to 0.45 ug/m3; the Denver highways concentration modeled in the study is less than the midpoint of that range (0.29 ug/m3). Of the six pollutants listed, two do not have cancer risk values in IRIS, three are at or below the 1 in a million risk level, and one is in fact above that level (formaldehyde). The text has been corrected for the Final EIS.

**J9** — The tables are formatted to be as reader friendly as possible for the Final EIS

**K9** — The noisiest hour maximum traffic volumes were used to populate all roadway volumes in TNM impact and mitigation analysis. The field measured readings were only used to validate the TNM modeling, please see the Modeling Validation in Attachment K, Noise Technical Report in the Final EIS.

Noise impacts and mitigations were analyzed in accordance with CDOT's Noise Analysis and Abatement Guidelines (2015). Thorough analysis was conducted for each neighborhood and each alternative. Mitigation analyzed optimal noise wall placement and height for all impacted receptors. Analysis then determined if the optimal noise walls were feasible and reasonable per CDOT's standards. Aesthetic design was not included in the analysis for reasonability and feasibility.

**L9** — Accurate vertical and horizontal data for roadways, receptors, existing noise walls, existing berms, building rows, and jersey barriers were needed for noise modeling. Microstation, GIS, and field reviews were used to provide vertical/horizontal data for all features. These resources provided approximate elevations of the interstate, frontage roads, and receptors. Elevations are used to differentiate where the highway is lower or higher than frontage roads and receptors. For example, in the Partial Cover Lowered Alternative TNM model, I-70 is accurately depicted at a lower elevation than the frontage roads between Columbine Street and Clayton Street (where the cover is proposed).

**M9** — Attachment M, Hydrology and Hydraulics Technical Report in the Final EIS has been revised to include a discussion on dewatering.



## Comments

| Source: Submittal | Document Number: 785 | Name: Denver Mayor Michael B. Hancock and Department of Public Works |

| Volume | Chapter | Section | Page | Additional Reference |
|---|---|---|---|---|

**N9** — 3 / Attachment M / 4.2

This section needs to be revised to reflect all the current dates for various agency criteria manuals. For example, Denver and UDFCD criteria are more current than the dates given in the document. Consider revising the language to indicate that the drainage design must be "performed in compliance with the following technical criteria, or as amended." Also, in the subtitle and text of this section, replace the word "guidance" with "criteria."

**O9** — 3 / Attachment M / 5.2.1

Third paragraph, last sentence should read " In cases where the BFE is increased, a CLOMR—followed by a LOMR—must be obtained from FEMA."

**P9** — 3 / Attachment M / 5.2.1

Add a bullet for the 1965 flood on the South Platte River. The following description is directly from Denver's Storm Drainage Master Plan: "June 16, 1965 - Black Wednesday, the day Denver was hit by the worst natural disaster in the City's history. After a cloudburst that dumped 15 inches of water on mountain slopes southwest of Denver, a devastating flood struck 20 counties, including Denver along the South Platte River. Twenty-five people were killed, and property damage was estimated at more than $500 million. Since that time, Chatfield and Bear Creek Dams have been constructed greatly reducing the flood threat to Denver from precipitation over major sub-drainage basins."

**Q9** — 3 / Attachment M / 5.2.1

First Bullet - The Sept 2013 flood was not the most costly in Denver, remove that sentence.

**R9** — 3 / Attachment M / 5.2.1

Add language regarding the State's Rules & Regulations for Regulatory Floodplains in Colorado (Nov. 17, 2010), specifically Rule 12.J. that requires a LOMR where there are BFE increases or decreases in excess of 0.3', regardless of whether a CLOMR (CLOMR is required by NFIP regulations for any BFE increase) has been applied for.

**S9** — 3 / Attachment M / 5.2.1

In the fourth paragraph, replace the last sentence with the following language: " If there is no increase in the BFE, then the hydraulic analysis shall be submitted to the governing agencies for floodplain permit and to determine if the CLOMR and/or LOMR process is necessary.

**T9** — 3 / Attachment M / 5.2.2 / 7

Change the "The DSDMP provides preliminary recommendations for ...." "CCOD Storm Drainage Design & Technical Criteria requires, at minimum,...

**U9** — 3 / Attachment M / 7.6

The text indicates peak flows are not shown but the table does include peak flows. It is unclear if the tabulated peak flows are pipe flows only or if these are pipe plus overland flows.

**V9** — 3 / Attachment M / Appendix A / 10, Table 4.a

Denver criteria specifies a minimum street grade of 0.7%. A variance is required for street grades less than 0.5%.

FOR CITY SERVICES VISIT | CALL
DenverGov.org | 311

Protecting the Present  Building the Future
Accountability, Innovation, Empowerment, Performance, Integrity,
Diversity, Teamwork, Respect, Excellence, Safety

## Responses to Comments

**N9**  Section 4.2 is revised to reflect the current date of the reference material.

**O9**  Requested text has been added to the addendum of Attachment M, Hydrology and Hydraulics Technical Report in the Final EIS.

**P9**  The bullet has been added to the addendum of Attachment M, Hydrology and Hydraulics Technical Report in the Final EIS.

**Q9**  Section 5.2.1 has been revised to remove the statement.

**R9**  Section 5.2.1 has been revised.

**S9**  Section 5.2.1 has been revised to include the statement.

**T9**  CDOT is not reissuing any of the Technical Reports that were included as part of the Supplemental Draft EIS. A Technical Report addendum is provided to outline the substantive changes since the Supplemental Draft EIS. Because this comment does not change the result of any of the analysis, this recommended change will not be made.

**U9**  The flows  shown in the table include the total of overland and pipe flows.

**V9**  Table 4a has been revised to include the statement.

EAR  0173

## Comments

| Source: | Submittal | Document Number: | 785 | Name: | Denver Mayor Michael B. Hancock and Department of Public Works |

## Responses to Comments

**W9** The references have been revised.

| Volume | Chapter | Section | Page | Additional Reference |
|---|---|---|---|---|
| 3 | Attachment M | References | | |

**W9** Add the following references: a. Department of Natural Resources Colorado Water Conservation Board (CWCB) Rules and Regulations for Regulatory Floodplains in Colorado (Nov. 17, 2010); b. City & County of Denver, 2009 Storm Drainage Master Plan (revised 2010); c. City & County of Denver, 2014 Storm Drainage Master Plan; d. City & County of Denver, Storm Drainage Design and Technical Criteria Manual (Nov. 2013); e. FEMA Flood Insurance Study, Vol. 1 & 2 (Nov. 17, 2005); f. FEMA Flood Insurance Study, Vol. 1 & 2 (Nov. 20, 2013); g. Urban Drainage and Flood Control District, Urban Storm Drainage Criteria Manual, Vols. 1 & 2 (2008); and, h. Urban Drainage and Flood Control District, Urban Storm Drainage Criteria Manual, Vol. 3 (2013).

FOR CITY SERVICES VISIT DenverGov.org | CALL 311

**Protecting the Present  Building the Future**
Accountability, Innovation, Empowerment, Performance, Integrity, Diversity, Teamwork, Respect, Excellence, Safety

Page 60 of 60

January  2016

EAR  0174

A-89

| Comments | Responses to Comments |
|---|---|

| Source: Submittal | Document Number: 818 | Name: Denver Auditor, Dennis Gallagher |
|---|---|---|

## I-70 EAST
### ENVIRONMENTAL IMPACT STATEMENT

**I-70 EAST SUPPLEMENTAL DRAFT ENVIRONMENTAL IMPACT STATEMENT**
Please submit comments to the address below
or via the I-70 East website (www.i-70east.com) by October 31, 2014.

Public comments are reques     pursuan  to the National Environmental Policy Act, 42 United States Code 4321, et seq. All written com     is recei  ed during the comment period will be considered during Final EIS preparation. Your provision of     ivate ad  ress information with your comment is voluntary and protected in accordance with the Privacy  . Your pr  ate address information will not be released in the Final EIS or for any other purpose, unless re  ired by la  . However, your private address information will be used to compile the mailing list for any furthe   p oject not  es

Date: 10/31/14          Would you like to be included on the mailing list? ● Yes  ○ No

Name (required): Dennis Gallagher

Organization: Auditors Office/City and County of Denver

Address (required):

City/State/Zip:

Email:   i .  l

**The information in the cover letter is noted. Responses to specific comments are included on the following pages.**

Does your comment apply to any of the topics listed below? Please circle/select all that apply:

- ● Air quality
- ● Environmental justice
- ● Financing
- ● Hazardous materials
- ● Historic
- ● Managed lanes
- ● Noise
- ● Property impacts
- ● Swansea Elementary
- ● Visual
- ● Preliminary identified preferred alternative
- ● Truck traffic
- ● Other

**Please print your comment on the Supplemental Draft EIS legibly below**

As the elected Auditor of the City and County of Denver, and having represented the citizens of North Denver for 45 years, my interest and concern

about this project is well-known and has been well-documented. In this role I have had numerous individuals and organizations express their concerns

and asked me to help ensure their issues are heard. I have kept track of these issues and concerns and this document is a compilation of other

people's work and concerns as well as my own. I hope that CDOT will give each of these comments, as well as all the others they receive, the

consideration and focus they deserve.

****Continue on back for more space****

Please turn in this form in to a project team member or mail/email by October 31, 2014, to:
I-70 East EIS Team
Colorado Department of Transportation
2000 S. Holly Street, Denver, CO 80222
Email: contactus@i-70east.com

| Comments | Responses to Comments |
|---|---|

| Source: Submittal | Document Number: 818 | Name: Denver Auditor, Dennis Gallagher |
|---|---|---|



**Dennis Gallagher Comments**

*I-70 East SDEIS | September-October 2014*

### General comments

**A** — Comment # 1: CDOT is requested to provide an alternative that does what is best for Elyria and Swansea, as well as for improved mobility in the neighborhood, the city, and the region.

Comment # 2: CDOT is requested to develop an alternative that recognizes Elyria and Swansea as "settled urban environments" – that is, an outcome that adapts the roadway to this fragile existing urban environment. The process as developed and implemented by CDOT is backwards: The neighborhoods shouldn't have to adapt to an expanded highway, CDOT needs to adapt to the neighborhoods.

**B** — Comment #3: CDOT and its partners are requested to put resources on the table for the environmental justice neighborhoods of Elyria and Swansea to (a) correct historic injustices, (b) modernize facilities within the neighborhoods, and (c) restore the integrity of these neighborhoods.

**C** — Comment # 4: Federal transportation authorization legislation places a renewed emphasis on system preservation/improvement, economic growth, safety and innovative approaches. CDOT's purpose and need statement refers to these principles but does not adequately deal with them. Please develop an alternative that improves mobility in Elyria and Swansea, provides for economic growth at the neighborhood level in those communities, increases safety for all modes of travel in the neighborhoods, including grade separations at railroad crossings, moving truck traffic around the neighborhoods and not through them, and completing sidewalks and trails.

**D** — Comment # 6: CDOT is requested to test alternatives to the proposed "preferred alternative". These would include: 6-lanes along the current I-70 alignment; 6+2 lanes (i.e. 6 general purpose lanes and one high-occupancy vehicle lane in each direction); No frontage roads directly adjacent, but improved existing east-west avenues.

**E** — Comment # 7: Numerous interstate and highway projects across the country have been modified from what highway departments and engineers originally proposed. Projects have been downsized (or "rightsized") to smaller highways or boulevards, alignments have been modified, routes have changed, or projects have been canceled. CDOT is requested to address lessons from other urban regions across the US and provide alternatives which do not require adding lanes along the current I-70 alignment – i.e., the 118' wide segment in Elyria and Swansea.

****Attach more pages as needed****

Thank you for your input

Please turn in a form in to a project team member or mail/email by October 31, 2014, to:
I-70 East EIS Team
Colorado Department of Transportation
2000 S. Holly Street, Denver, CO 80222
Email: contactus@i-70east.com

**A** — FHWA and CDOT have identified the Partial Cover Lowered Alternative with Managed Lanes Option as the Preferred Alternative for the I-70 East project. This alternative and associated option is identified as the Preferred Alternative because it best meets the project purpose and need, addresses community and stakeholder concerns in the most comprehensive manner, has the most community and agency support as compared to the other alternatives under consideration, and—with the proposed mitigation measures—causes the least overall impact. For additional factors involved in the identification of the Preferred Alternative, please see Chapter 3, Summary of Project Alternatives in the Final EIS.

**B** — Environmental justice concerns have been adequately addressed in the Final EIS, and mitigation commitments have been included in the project. For information on impacts in general and to the Environmental Justice communities, please see IMP1, EJ1, and EJ3 of the Frequently Received Comments and Responses on the Supplemental Draft EIS, located in Part 1 of Attachment Q.

For information on efforts to reduce the past impacts, please see PA2 of the Frequently Received Comments and Responses on the Supplemental Draft EIS, located in Part 1 of Attachment Q.

**C** — The identified Preferred Alternative addresses the project purpose and need which is to implement a transportation solution that improves safety, access, and mobility and addresses congestion on I-70. The Partial Cover Lowered Alternative improves safety in the Elyria and Swansea Neighborhood by providing grade separated railroad crossings within the project's construction limits and accommodating the truck traffic to reduce cut-through truck traffic within the neighborhood. The Preferred Alternative is also consistent with Denver's bike plan and will improve the bicycle and pedestrian experience in the project area by providing safe crossings across the highway and improving lighting and sidewalks in the impacted areas. It will also support reduction in VMT by allowing HOV 3+ to use the tolled express lanes free of charge. It does not preclude others from moving forward with projects to address local mobility in the nearby neighborhoods or their development goals.

For information on moving truck traffic out of the area, please see TRANS8 of the Frequently Received Comments and Responses on the Supplemental Draft EIS, located in Part 1 of Attachment Q.

*Responses continue on the following page.*

| Comments | Responses to Comments |
|---|---|

**Comments**

Source: Submittal | Document Number: 818 | Name: Denver Auditor, Dennis Gallagher

This side intentionally left blank.

**Responses to Comments**

**D** The planned five-lane with auxiliary lane cross section in each direction is warranted to meet the forecasted capacity needs. Detailed traffic modeling confirms the proposed improvements. Additionally, the volumes and proposed number of lanes were compared to other freeways in metro Denver, further confirming the proposed cross sections. Detailed information on traffic volumes and forecasting is available in Chapter 4 of the Final EIS. Additionally, CDOT and FHWA also considered the need for the highway lanes based on very recently released DRCOG projections of traffic for 2040 that are slightly lower than the 2035 estimates. Based on the segment-by-segment assessment, the agencies concluded that the Phase I project lane configurations were still appropriate. See Attachment E, Traffic Technical Report for more information.

The proposed reconstruction of I-70 would result in a facility approximately 195 feet in cross section width. When the 46th Avenue frontage road is included, the total width is about 275 feet. CDOT recognizes the impact of widening an interstate in an urban area. The Department must balance these impacts with our goal to make this the very last widening project on this portion of I-70. Lowering the highway below grade makes this decision all the more imperative as it would be extremely cost prohibitive and nearly technically impossible to widen a lowered highway.

It is also important to point out that narrowing the highway to 8 lanes does not reduce the number of homes acquired. While CDOT has not designed an 8 lane template, we can predict with some confidence that this footprint (roughly 24 feet narrower than a 10 lane facility) would only reduce acquisitions by 3-5 homes. Removing the frontage roads from the facility would direct more traffic onto neighborhood streets, introducing new safety problems for bicyclists and pedestrians. Because the lots are narrow in this part of the city, moving the impact limit line may theoretically save more homes, but the result would be a home left very close to a wall or a local street, with no room for amenities such as sidewalks, tree lawns, or bike lanes.

**E** The planned five-lane with auxiliary lane cross section in each direction is warranted to meet the forecasted capacity needs. Detailed traffic modeling confirms the proposed improvements. Additionally, the volumes and proposed number of lanes were compared to other freeways in metro Denver, further confirming the proposed cross sections. Detailed information on traffic volumes and forecasting is available in Chapter 4 of the Final EIS. For more information on the need to widen the highway to 10 lanes, please see GEN3 of the Frequently Received Comments and Responses on the Supplemental Draft EIS, located in Part 1 of Attachment Q. CDOT continues to look for ways to reduce the width of the highway while safely maintaining the necessary 10 lanes.

## Comments

| Source: | Submittal | Document Number: | 818 | Name: | Denver Auditor, Dennis Gallagher |
|---|---|---|---|---|---|

**F**

**Comment # 8:** Key and crucial specifics around this project continue to be unstated, unknown and in negotiation with the City and County of Denver. While CDOT continues to create elaborate renderings and videos showing a "vision" of the project, the specifics of key elements, including: the size, number and placement of the "lids"; the size and placement of the "park(s)" on top of the "lids"; who is responsible (financially) for the construction of the "park(s)" and what will the final product look like; who is responsible for the ongoing upkeep (financial and maintenance) of the "park(s)"; the number of actual lanes to be built; as well as the size and placement of the frontage roads, continue to be unknown and in flux. CDOT is requiring the citizenry to comment on a project that no one knows the true and full scope of. Therefore, CDOT is requested to provide full and detailed plans for the project and thereafter provide the citizens an opportunity period to comment on the project as it "will be", not as it "might be" conceived.

**G**

**Comment # 9:** DRCOG's MetroVision 2035 does not specifically show the expansion of I-70 as envisioned in the "Preferred Alternative". This represents a major departure from how highway planning and subsequent funding is accomplished. CDOT is requested to go to DRCOG and seek approval for the Preferred Alternative expansion. At that point DRCOG can work this expanded highway into its own vision of the future which will then provide a basis for determining the viability and reasonability of CDOT's preferred choice. CDOT should come back to the community with its plans AFTER DRCOG has revised the MetroVision 2035.

### Transportation System Planning Comments

**Comment # 10:** CDOT is requested to provide a common understanding of the Denver region's transportation system as a whole, and the specific role of I-70 within that system.

**H**

**Comment # 11:** CDOT is requested to provide a system planning approach that is comprehensive and integrated. Please address the relationship to tandem and non-interstate parts of the network, such as (a) parallel and connecting roadway network (including I-270 and I-76 – i.e., I-70's tandem facility), (b) existing and emerging transit network (i.e., likely future phases of high-capacity transit, including RTD's high-speed rail and the service it will provide east-west through the metro area), (c) the local street network (including opportunities to move local traffic from I-70 to local streets), and (d) non-automobile transportation modes.

**I**

**Comment # 12:** CDOT is requested to develop an alternative that factors in transit (local, regional, and statewide) and other aspects of mobility and accessibility that would not require additional lanes – thus enabling a narrower interstate footprint in the environmental justice neighborhoods.

**J**

**Comment # 13:** CDOT is request to provide a system-wide and corridor level strategy for reducing vehicle miles traveled. CDOT is requested to set goals to create a better mode share to reduce driving alone, and again resulting in not needing to provide additional lanes.

**Comment # 14:** CDOT is requested to develop alternatives that apply transportation demand management programs (including ridesharing, shuttle circulators, and parking management) – to reduce vehicle miles traveled and the need to provide additional lanes.

## Responses to Comments

**F** The Preferred Alternative identified by FHWA and CDOT proposes to remove the existing viaduct and replace it with a lowered highway, complete with one highway cover near Swansea Elementary School. For information about the proposed highway cover and the maintenance responsibilities of the facility, please see PA1, PA2, PA3, PA4, and PA5 of the Frequently Received Comments and Responses on the Supplemental Draft EIS, located in Part 1 of Attachment Q. For information on the possibility of a second cover, please see PA8 of the Frequently Received Comments and Responses on the Supplemental Draft EIS, located in Part 1 of Attachment Q.

Chapter 3, Summary of Project Alternatives details the number of lanes, and the size and placement of the frontage roads in each of the alternatives under analysis in the Final EIS.

The project team continues to use an extensive public involvement approach to communicate important project updates and allow the public to provide input on the cover amenities and the alternatives under analysis in the EIS. For information on CDOT's public involvement approach, please see OUT1 and OUT2 of the Frequently Received Comments and Responses on the Supplemental Draft EIS, located in Part 1 of Attachment Q. Chapter 10, Community Outreach and Agency Involvement provides a more detailed description of the various opportunities the project team has provided for the public since the beginning of the project.

**G** It should be noted that, before FHWA selects a Preferred Alternative in the ROD, the alternative will be included in DRCOG's fiscally constrained regional transportation plan. In order to meet the conformity requirements of the Clean Air Act, the I-70 East Project will be included in the DRCOG 2040 Metro Vision plan, and will not reduce the ability to meet regional targets. For information on traffic forecasting for this project, please see TRANS5, TRANS6, and TRANS7 of the Frequently Received Comments and Responses on the Supplemental Draft EIS, located in Part 1 of Attachment Q.

**H** By using the DRCOG model as a base and developing microscale models to understand local traffic operations, CDOT has taken the regional transportation network, including local streets, into account. These models include all planned and programmed transportation projects in the region, including FastTrack's improvements. For information on traffic forecasting for this project, please see TRANS5 of the Frequently Received Comments and Responses on the Supplemental Draft EIS, located in Part 1 of Attachment Q.

**I** Improvements to transit and other modes of transportation have been adequately considered in the Final EIS. For information on consideration of multi-modal forms of transportation, please see TRANS1 and TRANS11 of the Frequently Received Comments and Responses on the Supplemental Draft EIS, located in Part 1 of Attachment Q.

For information on the need to widen the highway to 10 lanes, please see GEN3 of the Frequently Received Comments and Responses on the Supplemental Draft EIS, located in Part 1 of Attachment Q. CDOT will continue to look for opportunities to minimize the width through final design.

**J** TDM/TSM strategies have been developed for this project and are discussed in Chapter 3, Summary of Project Alternatives. HOV3+ will be able to travel in the managed lanes for free, which will encourage ridesharing.



| Comments | Responses to Comments |
|---|---|

Source: **Submittal**   Document Number: **818**   Name: **Denver Auditor, Dennis Gallagher**

**K** **Comment # 15**: CDOT is requested to develop alternatives based on an evaluation of evolving land uses over the next 30-years – that is, more compact urban development and transit-oriented development that is less reliant on automobile travel.

**L** **Comment # 16**: CDOT is requested to demonstrate whether the I-70 alternative is fully consistent with the DRCOG Regional Plan. CDOT is requested to develop an alternative for I-70 that is considered within the regional transportation system as a whole.

**M** **Comment # 17**: While CDOT shows the entire project as I-25 to Tower Road, for this specific length of the project (Vasquez to Colorado) there is no detail showing how the project will transition from 10 lanes back to 6 lanes on both the East and West ends of the project. An ongoing issue over the years has been the question of lane balance when merging two freeways into one. CDOT historically tries to take multi-lane merges and reduce them into a single lane. This results in congestion on the freeway section for sometimes miles. CDOT is requested to provide specific plans and detail showing how the increased number of vehicles of 10 lanes will be absorbed back into the smaller 6 lane profile at Colorado Blvd. and at the area around Brighton Blvd.

**Traffic Demand Modeling Comments**

**N** **Comment # 18**: It has been impossible to get a straight answer as to who has created the model being used to determine the appropriate future need of the expansion beyond the current six lanes of the highway. CDOT claims it comes from DRCOG while DRCOG disavows the model claiming CDOT has taken the DRCOG base numbers and modified it in ways that they do not fully understand or necessarily concur with. Atkins acknowledges that it has done "some" modification to the data and run it through a modeling program but has been unable to explain, in any understandable way, what assumptions have been applied to data over 10 years old. For these reasons CDOT, Atkins and DRCOG are requested, in the interest of transparency and accountability, to publicly state who has created the model that is being used; which public entity takes full responsibility for its accuracy and reasonableness; and exactly what data, software modeling and other specific information and/or tools were used to create the model.

**Comment # 19**: For the sake of transparency, CDOT is also asked to identify where it has modified DRCOG forecasts and for what reason. CDOT and Atkins have been using an old travel demand model and an old future land use forecast. CDOT is requested to provide this information in terms that the general public can easily understand and analyze.

**Comment # 20**: CDOT continues to use traffic forecasting that projects future growth based on historic numbers from 1997 and before. An analysis of miles driven per capita shows that growth has not only slowed but has begun a steady decline for almost a decade. Additionally, multiple studies have shown that the "Millennial" generation has a differing perception of transportation, life style and "quality of life" issues. This generation is driving less and studies show this trend is likely to continue. While population growth must be accounted for, CDOTs model continues to use false and inaccurate projections of traffic volumes. Moreover analysis has shown over the last twenty years that 'official' traffic projections are consistently significantly higher than actual outcomes. CDOT is requested to provide a modeling scenario that specifically shows projections based on the last ten years of a decline

**K** The traffic modeling performed for the project includes the most up-to-date socioeconomic forecasts and land use scenarios for the DRCOG region. For information on traffic forecasting, please see TRANS5 and TRANS6 of the Frequently Received Comments and Responses on the Supplemental Draft EIS, located in Part 1 of Attachment Q.

**L** CDOT has fully analyzed the I-70 East Project in the context of the regional transportation plan. During project scoping the project team identified the DRCOG regional transportation plan as the basis for future travel forecasts within the study area. This has been confirmed throughout the project as the appropriate model, and is required by federal air quality conformity rules. This plan, and associated travel demand model, includes anticipated population and employment growth for every municipality within DRCOG as well as fiscally-constrained improvements. The model also accounts for planned and programmed transit improvements in the region. In 2014, the Final EIS analysis included an update to use the most recent accepted 2035 travel demand model, including the most up-to-date socioeconomic forecasts and land use scenarios for the 2035 Compass Model, also known as the Year 2013 Cycle 2 updates.

During the development of this Final EIS document, DRCOG released the 2040 Focus model. Because the traffic modeling was already underway at the time of this release, a sensitivity analysis was performed to determine the changes in traffic volume in the design year. The sensitivity analysis concluded that although the traffic volumes projected by the 2040 Focus model were slightly lower than the 2035 Compass model, the Focus model volumes would not impact the capacity needed for the corridor, and, therefore, would not significantly change the design nor the environmental impacts of the project. Thus, the modeling was completed using the 2035 Compass model.

It should be noted that, before FHWA selects a Preferred Alternative in the ROD, the alternative will be included in DRCOG's fiscally constrained regional transportation plan.

For more information on traffic forecasting, please see TRANS5 and TRANS6 of the Frequently Received Comments and Responses on the Supplemental Draft EIS, located in Part 1 of Attachment Q.

**M** The managed lane traffic must merge right into a general purpose lane at the termination point west of Brighton Boulevard. Two general-purpose lanes continue to I-25 and are not through lanes on I-70. Refer to Attachment A, Alternative Maps in the Final EIS for a detailed view of the lane transitions. Additionally, Chapter 3, Alternative Analysis in the Final EIS discusses the number of lanes proposed throughout the project area.

*Responses continue on the following page.*

| Comments | Responses to Comments |
|---|---|

**Source:** Submittal    **Document Number:** 818    **Name:** Denver Auditor, Dennis Gallagher

in traffic growth and a model that takes into account the changing perceptions of "Millennial" and later generations.

**O**

Comment # 21: CDOT is requested to use more up-to-date modeling available through DRCOG and keep pace with best modeling practices. DRCOG has a new state-of-the- art travel demand model called "Focus." DRCOG is also using a new UrbanSim model.

**P**

Comment # 22: CDOT is requested to test a full range of highway project alternatives. It is asked to test alternatives based on introducing improvements to I-70 that do not require the addition of any new lanes. It is asked to test an alternative going from the current 6-lanes to 8-lanes. It is asked to test an alternative with frontage roads not immediately adjacent. (8-lane alternative would have sufficient capacity and eliminate some of the severe impacts on the community.) Given location in environmental justice neighborhoods, the cross-section needs to aspire to achieve "minimum widths" to minimize impacts.

**Q**

Comment # 23: CDOT's current alternative is wider than a football field is long. As such, CDOT's alternative maximizes impacts on the environmental justice neighborhoods of Elyria and Swansea rather than minimizing impacts. CDOT is requested to develop an alternative that maintains a roadway within the existing 118' right-of-way. That is, an alternative that removes no homes and businesses and that minimizes the width of the project and mitigates impact on the neighborhood.

**R**

Comment # 24: It is unclear whether the modeling takes into account further expansion of the mass transit system. This leads to the conclusion that VMT and transit usage are not accurately inputted in the model, so all forecasts are over estimating vehicular volumes, particularly on freeways. CDOT is requested to provide specific and detailed data as to what mass transit plans or specific projects were used in the modeling and further provide the specifics on how each project, and how the combination of all considered plans, factor into the modeling.

**S**

Comment # 25: It is unclear if CDOT has figured "Induced Demand" projections into its modeling for this project. The reality of Induced Demand is obvious when you look at the TREX project: This area of highway was one of the lowest rated sections of highway in the state prior to the project, with bumper-to-bumper traffic on virtually every work day. After TREX the highway had open traffic flow with minimal jam-ups – for the first 2-3 years. Because of the ease of the commute the "induced demand" has returned I-25 to virtually its same level of congestion as before TREX. CDOT is requested to detail if/how "induced demand" was worked into its models and discuss, in layman's terms, what options have been explored to mitigate this phenomenon. iCompilation

*Manages Lanes Comments*

Comment # 26: CDOT is requested to analyze a range of user fee strategies for I-70 – including, but not limited to, managed lanes. CDOT is requested to advance pricing alternatives that would allow I-70 to remain within its current 118' right-of-way.

**T**

Comment # 27: The managed lanes aspect of CDOT's proposal is not well understood by elected-officials or members of the community. CDOT is requested to explain how its particular managed lanes concept, along with other user fee concepts, would function in the I-70 corridor.

**N** Before conducting the analysis of the No-Action or Build Alternatives, future (2035) transportation system characteristics were identified. All I-70 project alternatives assume implementation of the transportation improvements identified in the DRCOG 2035 MVRTP. This includes both programmed projects (those budgeted in the five-year Transportation Improvement Plan [TIP]) and planned projects (those not in the TIP, but included in the adopted DRCOG 2035 MVRTP). For a complete list of projects, refer to the DRCOG 2035 MVRTP.

Following the release of the Supplemental Draft EIS, DRCOG provided the most up-to-date socioeconomic forecasts and land use scenarios for the 2035 Compass Model, also known as the Year 2013 Cycle 2 updates. The traffic models were updated to reflect these changes. During the development of the Final EIS document, DRCOG released the 2040 Focus model. Because the traffic modeling was already underway at the time of this release, a sensitivity analysis was performed to determine the changes in traffic volume in the design year. The sensitivity analysis concluded that although the traffic volumes projected by the 2040 Focus model were slightly lower than the 2035 Compass model, the Focus model volumes would not impact the capacity needed for the corridor, and, therefore, the modeling was completed using the 2035 Compass model.

In addition to planned roadway improvements, the analysis assumed the implementation of major transit system improvements within the Denver region as part of RTD's FastTrack's program. Of most relevance in the study area is the East Corridor commuter rail project, which will run from downtown Denver to DIA.

Individual travel demand models and DynusT roadway networks consistent with future (2035) transportation system improvements were developed for the alternatives. A travel demand model estimates traffic demand based on where population and employment will grow in the region, and then predicts how the resulting travel demand distributes over the regional transportation network. The evaluation of the individual roadway networks within the travel demand models provided the future (2035) origin-destination data for the various alternatives. The origin-destination output from the travel demand models became the input to the individual roadway networks within DynusT.

The changes in the driving patterns have been considered in traffic modeling for the Final EIS. For information regarding consideration of changes in the driving pattern, please see TRANS11 of the Frequently Received Comments and Responses on the Supplemental Draft EIS, located in Part 1 of Attachment Q.

**O** CDOT has fully analyzed the I-70 East Project in the context of the regional transportation plan. During project scoping the project team identified the DRCOG regional transportation plan as the basis for future travel forecasts within the study area. This has been confirmed throughout the project as the appropriate model, and is required by federal air quality conformity rules. For information on the travel model used for this project, please see TRANS6 and TRANS7 of the Frequently Received Comments and Responses on the Supplemental Draft EIS, located in Part 1 of Attachment Q.

*Responses continue on the following page.*

| Comments | Responses to Comments |
|---|---|

| Source: Submittal | Document Number: 818 | Name: Denver Auditor, Dennis Gallagher |
|---|---|---|

This side intentionally left blank.

**P** CDOT has considered a wide range of alternatives (over 90) for improvements to I-70. All alternatives, including the No-Action Alternative, include expanding the footprint of the roadway in order to meet current design and safety standards. The planned 10-lane cross-section is warranted to meet the capacity needs. The detailed traffic modeling confirms the proposed improvements. Additionally, the volumes and proposed number of lanes were compared to other freeways in metro Denver, further confirming the proposed cross-sections. For more information on the need to widen the highway to 10 lanes, please see GEN3 of the Frequently Received Comments and Responses on the Supplemental Draft EIS, located in Part 1 of Attachment Q. CDOT will continue to look for opportunities to minimize the width through final design.

The concerns regarding the traffic forecasting have been adequately addressed in the Final EIS. For information on traffic forecasting for this project, please see TRANS5 of the Frequently Received Comments and Responses on the Supplemental Draft EIS, located in Part 1 of Attachment Q.

For information on the alternatives considered throughout the EIS process, please see Chapter 3, Summary of Project Alternatives, and Attachment C, Alternatives Analysis Technical Report of the Final EIS.

**Q** The I-70 viaduct needs to be replaced because of its deteriorating structural conditions. There are no alternatives that can address the purpose and need of the project while staying within current right-of-way, including the No-Action Alternative. All alternatives that are under consideration, including the No-Action Alternative, expand the footprint of the roadway to meet current design and safety standards, and have been minimized to avoid impacts to the greatest extent possible. For more information on the No-Action Alternative, please see ALT1 of the Frequently Received Comments and Responses on the Supplemental Draft EIS, located in Part 1 of Attachment Q. See Chapter 3, Summary of Project Alternatives, of the Final EIS for more information on the alternatives.

**R** The traffic model accounts for planned and programmed transit improvements in the region. See chapter 4, Transportation Impacts and Mitigation Measures for more information on what assumptions were included in the Traffic Demand Modeling for the project.

**S** Federal requirements require NEPA studies to use the current adopted regional travel demand model for analysis purposes, which for I-70 East was the DRCOG Compass model. All proposed alternatives are coded using the regional model to develop unique origin-destination data based on the improvements. In many cases, the improvements attract more vehicles to I-70 and this is accounted for in the traffic analysis. For more information on traffic forecasting and modeling, please see TRANS5 and TRANS6 of the Frequently Received Comments and Responses on the Supplemental Draft EIS, located in Part 1 of Attachment Q.

**T** Per existing regulations, CDOT can't convert general-purpose lanes to managed lanes; therefore, this is not an option to keep I-70 within its existing right-of-way. Pricing of the managed lanes will be decided in a future phase of project development and not through the EIS process. For information on identification of the Managed Lanes Option as the preferred option, please see PA7 of the Frequently Received Comments and Responses on the Supplemental Draft EIS, located in Part 1 of Attachment Q. Please refer to Chapter 3, Summary of Project Alternatives and Chapter 4, Transportation Impacts and Mitigations for more information regarding managed lanes.

| Comments | Responses to Comments |
|---|---|

Source: Submittal     Document Number: 818     Name: Denver Auditor, Dennis Gallagher

**U** **Comment # 28**: The SDEIS admits that further study and documentation will be forthcoming involving the managed lane concept in the Final EIS. It is premature to declare to the citizenry that the preferred alternative is managed lanes when further documentation is not available. The supporting data that is provided is inconclusive and based solely on the DynusT model results. The basic conclusion for the preferred alternative is that the lower capacity option of managed lanes will outperform the higher capacity alternative of general purpose lanes by forcing traffic of the freeway. CDOT is requested to provide specific modeling and scenarios that: identify this shift in volumes; determines where it shifts to; and, show what impact this will have on these other facilities as a result.

**V** **Comment # 29**: CDOT and its partners are requested to address pricing for the entire transportation system in metro Denver, connected with regional and local transit, to enable better-informed decisions regarding lane configurations, termination points, and access along the I-70 East segment.

**W** **Comment # 30**: Polling of drivers using the existing Managed Lanes on I-25 show that almost 2/3 of Express Lane users make $75,000/year or more in income. This income level is twice the median income for the impacted neighborhoods of the I-70 project. CDOT is requested to explain what the impact of the Managed Lanes, by themselves, have on these neighborhoods and to explain any benefit that the neighborhoods might see.

**X** **Comment # 31**: There is no detail that shows how the Managed Lanes will be incorporated into the larger project. Drawings and visualization provided by CDOT show the managed lanes extending beyond Brighton Boulevard to the west but do not illustrate any termination. Do they connect to the managed lanes on I-25? If so, how much reconstruction is required at the Mouse Trap, and are these costs included in the overall cost estimate? The report states that additional widening does not occur west of Brighton, which would mean there is no interface with existing lanes which seems like a grand omission. However, the technical traffic report accompanying the report in Volume II provides a contradictory statement "--- an eastbound vehicle that enters at I-25 and continues all the way to Tower Road will be subject to a toll charge at the I-25 ingress, at the Holly Street egress ---"(page 129). It also mentions egress points at Holly and Peoria which are not identified in the report. CDOT is requested to provide detailed clarification on these points

**Y** **Comment # 32**: The analysis is incomplete and the case for managed lanes has not been made. Rather than going to the Final EIS, CDOT is requested that the SDEIS be re-issued when the complete information on managed lanes is made available. This will allow a proper comparison between the general purpose lanes and managed lanes can be made by the public. What drives this is the success of T-REX which has no managed lanes and is only eight lanes for nine miles in Denver. Comparisons will and should be made between the two projects in a re-issued SDEIS.

### Specific Contradictions Within the EIS Comments

**Z** **Comment # 33**: On page ES-5: Limited transportation capacity – "The forecast ranges from 117,000 to 285,000 vehicles per day (VPD) depending on the location in the corridor." However, CDOT diagrams show over 300,000 VPD between I-270 and I-225. CDOT is requested to clarify forecast ranges and provide modified plans based on the agreed upon numbers.

**U** Sections 3.3 and 8.5 of the Final EIS provide the reasons for including managed lanes in the Preferred Alternative. The managed lanes provide greater throughput on the highway by increasing speeds and travel times through the corridor for two of the five lanes, and therefore increasing the number of cars that pass through the corridor compared to the number of cars that congested general purpose lanes would pass through. The increased capacity on I-70 will keep traffic on I-70 compared to the local street network compared to the No-Action Alternative. Chapter 8, Phased Project Implementation, of the Final EIS includes more detailed information on the proposed managed lanes and additional traffic model discussions. For information on identification of the Managed Lanes Option as the preferred option, please see PA7 of the Frequently Received Comments and Responses on the Supplemental Draft EIS, located in Part 1 of Attachment Q.

Please see Chapter 3, Summary of Project Alternatives, Chapter 4, Transportation Impacts and Mitigations, and Chapter 8, Phased Project Implementation in the Final EIS for more information on the proposed managed lanes.

**V** Pricing the transportation system for the entire metro area is outside of this project's scope. Pricing strategies are considered and implemented by HPTE.

**W** Managed lanes reduce congestion in the transportation network, providing a benefit to all drivers. The managed lanes will provide reduced travel times for users at all income levels, and provide a reliable trip through the corridor when drivers consider it worth the toll. While the pricing on managed lanes will provide more reliable options, it will be implemented with thorough consideration of equity impacts. In addition, HOV 3+ will be allowed to use the managed lanes free of charge. Please see EJ2 of the Frequently Received Comments and Responses on the Supplemental Draft EIS, located in Part 1 of Attachment Q for more information on how managed lanes benefits all users of I-70.

The concerns presented in this comment have been adequately addressed in the Final EIS. For information on identification of the Managed Lanes Option as the preferred option and property impacts with the Managed Lanes Option please see PA7 and PROP1 of the Frequently Received Comments and Responses on the Supplemental Draft EIS, located in Part 1 of Attachment Q.

Chapter 8, Phased Project Implementation in the Final EIS includes more detailed information on the proposed managed lanes.

*Responses continue on the following page.*

| Comments | Responses to Comments |
|---|---|
| Source: **Submittal**   Document Number: **818**   Name: **Denver Auditor, Dennis Gallagher** | |

This side intentionally left blank.

**X** The project does not include any direct connection to the I-25 managed lanes. The following describes the proposed managed lane connections for the Phase 1 project. Eastbound traffic that is passing over I-25 will be able to move into a managed lane on the left side of the highway immediately east of I-25. This will be accomplished by restriping the existing left shoulder to accommodate the single managed lane. No widening will occur between I-25 and Brighton Boulevard. At Brighton Boulevard there will be an ingress location for eastbound traffic to enter into the managed lane. This ingress is primarily designed to accommodate traffic that has entered I-70 from I-25. Continuing east, at Holly Street there will be an ingress/egress location that will allow eastbound vehicles to enter the managed lane or exit the managed lane. This location is designed to accommodate traffic that has entered I-70 from Colorado Boulevard and to allow drivers to exit the managed lane and exit I-70 at Quebec Street or Central Park Boulevard. Further to the east there is a planned egress location at Peoria Street. This egress from the managed lane will allow drivers to exit I-70 at I-225, Chambers Road and Peña Boulevard. Finally, the managed lane will continue east and terminate just east of the Peña Boulevard exit ramp. All remaining managed lane traffic will merge left into a general-purpose lane and can exit I-70 at Airport Road or continue to other destination further east of the study area.

Westbound traffic that is entering the study area from locations east of Airport Boulevard and traffic that have entered I-70 from Peña Boulevard will be able to move into a managed lane on the left side of the highway near the I-25 interchange. This will be accomplished by widening of the highway to accommodate the single westbound managed lane. Minor widening of the highway will occur between I-225 and Quebec Street to allow the managed lane to continue along the left side of the highway up to the point where the Phase 1 full reconstruction is planned. At Peoria Street there will be an ingress location for westbound traffic to enter into the managed lane. This ingress is primarily designed to accommodate traffic that has entered I-70 from I-225. Continuing west, at Holly Street there will be an ingress/egress location that will allow westbound vehicles to enter the managed lane or exit the managed lane. This location is designed to accommodate traffic that has entered I-70 from Quebec Street and Central Park Boulevard and to allow drivers to exit the managed lane and exit I-70 at Colorado Boulevard. Further to the west there is a planned egress location at Brighton Boulevard. This egress from the managed lane will allow drivers to exit I-70 at I-25. Finally, the managed lane will continue west and terminate just west of the I-25 exit ramp. All remaining managed lane traffic will merge left into a general-purpose lane and can exit I-70 continue to other destination further west of the study area. Refer to Attachment A, Alternative Maps in the Final EIS for a detailed view of the lane transitions. Additionally, Chapter 3, Alternative Analysis in the Final EIS discusses the number of lanes proposed throughout the project area.

**Y** Chapter 4, Transportation Impacts and Mitigation Measures in the Final EIS provides a traffic volume comparison between all of the analyzed alternatives and the different operational options. The data for the Managed Lane Option represent the total volume serviced by all lanes of I-70 (general-purpose lanes plus managed lanes). In general, all segments of I-70 experience an increase of daily volumes between 20 percent and 50 percent compared to the No-Action Alternative. The peak-period volumes display similar growth trends as the daily volumes. Overall, all of the Build Alternatives process similar volumes throughout the day. Improving traffic on I-70 results in drivers choosing to use I-70 instead of the local roadways to travel through the study area. CDOT will not be reissuing the Supplemental Draft EIS; instead, updated analysis is provided in the Final EIS.

**Z** The traffic forecast ranges have been updated based on current data in the Final EIS.

| Comments | Responses to Comments |
|---|---|

Source: **Submittal**    Document Number: **818**    Name: **Denver Auditor, Dennis Gallagher**

**A1**

**Comment # 34**: On page ES-9: The report states: "—is the preliminary Preferred Alternative because it meets the project purpose and need , best addresses community concerns, has the most community and agency support, and - with the proposed mitigations - appears to cause the least overall impact." CDOT has not provided any proof of this. The report specifically states that the Basic and Modified Options are being evaluated in more detail. However, the next paragraph says "The recommended Preferred Alternative is evaluated fully in this document—-. " It seems to be contradictory saying "evaluated fully" and "is being evaluated in more detail". CDOT is requested to explain what is the projects preliminary identified Preferred Alternative and why. CDOT is further requested to provide an explanation of the seemingly contradictory statements.

**B1**

**Comment # 35**: On page ES-9 it states "---traffic volumes on I-70 will increase between 30 % and 50% in the Build Alternatives ---". However, from Exhibits ES-4 and ES-5 volumes are shown to increase between 23% and 97%. CDOT is requested to provide an explanation of the contradiction and clarify what number it is using for its modeling.

**C1**

**Comment # 36**: On page ES-14 it notes "--- as well as redevelopment opportunities in existing neighborhoods, such as Elyria and Swansea Neighborhood." In light of the loss of 20 businesses, 49 residences CDOT is requested to explain how the project will enhance social and economic conditions in the affected neighborhoods.

**D1**

**Comment # 37**: On page 4-4: 2nd paragraph it states "Colfax Avenue is the only roadway other than I-70 that provides continuous east-west connectivity through the study area from I-25 to Tower Road." This is a completely false statement based on Exhibit 4-1. The study area extends north-south between Martin Luther King Boulevard and 56th Avenue, approximately one mile on each side of the interstate. Colfax Avenue is two miles south of MLK and is not in the study area. It is in the modeling area. In the interest of transparency and honesty, CDOT is requested to rectify this falsehood.

**E1**

**Comment # 38**: On page 4-20, Exhibit 4-18 does not show any improvements on Brighton Boulevard though the Mayor has announced a $40+ Million upgrade to the corridor. CDOT is requested to explain: if this expansion and improvement of the Brighton Boulevard corridor was taken into account in the modeling; what affect the improvements have on traffic flow and demand; and, if the improvements were not included in the modeling it is requested that the model be redone to take into account this major project.

**Community and Economic Development** Comments

**F1**

**Comment # 39**: The neighborhoods of Elyria and Swansea have stated a need to establish and re-establish connectivity. CDOT and its partners are requested to decide and publicly commit to these investments in advance of any I-70 constructing.

**G1**

**Comment # 40**: To minimize disruption in Elyria and Swansea, CDOT is requested to invest in the I-270/I-76 project first, prior to construction any construction in the I-70 corridor.

**H1**

**Comment # 41**: It is requested that CDOT sign a "good-neighbor compact" with local businesses and trucking companies to clamp down on "cut-through" travel on residential streets.

**A1** In the Supplemental Draft EIS, all of the reasonable alternatives were analyzed in detail. The identified Preferred Alternative is evaluated fully in the Final EIS, along with the other reasonable alternatives, and is compared to the No-Action Alternative.

FHWA and CDOT had preliminarily identified the Partial Cover Lowered Alternative with Managed Lane Option as the Preferred Alternative in the Supplemental Draft EIS. This alternative had two Connectivity Options (Basic and Modified) that were evaluated. For more information on these two Connectivity Options, please see Chapter 3, Summary of Project Alternatives in the Supplemental Draft EIS.

FHWA and CDOT identified the Partial Cover Lowered Alternative with Managed Lanes Option as the Preferred Alternative for I-70 East Final EIS. This alternative, as refined since the Supplemental Draft EIS, is identified as the Preferred Alternative because it meets the project purpose and need, best addresses community concerns, has the most community and agency support, and—with the proposed mitigation measures—will cause the least overall impact. FHWA and CDOT considered feedback provided during the Supplemental Draft EIS public review process before identifying the Preferred Alternative in the Final EIS.

The identification of the Preferred Alternative is discussed in detail in Chapter 3, Summary of Project Alternatives in the Final EIS. Design variations that were listed in the Supplemental Draft EIS have been either included in the alternative, or eliminated as described in the chapter.

**B1** The traffic forecast ranges have been updated in the Final EIS.

**C1** The Preferred Alternative was developed in response to the community's concerns to reconnect the Elyria and Swansea Neighborhood by removing the viaduct and placing the highway below ground level. This removal will eliminate the visual barrier created by the viaduct and perpetuated during the past 50 years. The cover over the highway in the lowered section will have a park or urban landscape on it that can draw in residents from both the north side and the south side of the highway, creating a seamless connection across the highway and providing additional connectivity within the neighborhood. The Preferred Alternative does not decrease the connectivity north and south across the highway. For information on the benefits of the Preferred Alternative highway cover, please see PA1 of the Frequently Received Comments and Responses on the Supplemental Draft EIS, located in Part 1 of Attachment Q. For information on the plans to offset impacts from the project, please see IMP1 of the Frequently Received Comments and Responses on the Supplemental Draft EIS, located in Part 1 of Attachment Q. For information on social and economic conditions, please see Section 5.2 of the Final EIS.

**D1** The Final EIS document has been modified to clarify that Colfax Avenue is not in the study area, but is within the DynusT subarea.

*Responses continue on the following page.*

| Comments |
| --- |

| Source: | Submittal | Document Number: | 818 | Name: | Denver Auditor, Dennis Gallagher |
| --- | --- | --- | --- | --- | --- |

This side intentionally left blank.

| Responses to Comments |
| --- |

**E1** As stated in Chapter 4, Transportation Impacts and Mitigation Measures in the Final EIS, the improvements analyzed as part of this study includes projects that are planned or programmed in the adopted DRCOG 2035 MVRTP. At the time the Supplemental Draft EIS was written, Brighton Boulevard improvements had not been approved yet, but are included in this exhibit in the Final EIS. According to Denver's website, the I-70 East Project was taken in to consideration during the planning and study of the Brighton Boulevard Redevelopment Project, along with numerous other studies and planning efforts in the area.

**F1** The Preferred Alternative was developed in response to the community's concerns to reconnect the Elyria and Swansea Neighborhood by removing the viaduct and placing the highway below ground level. For information on the Preferred Alternative highway cover, please see PA2 of the Frequently Received Comments and Responses on the Supplemental Draft EIS, located in Part 1 of Attachment Q.

The concerns regarding the north-south connectivity was adequately addressed in the Final EIS. For information on north-south connectivity with the Preferred Alternative, please see PA9 of the Frequently Received Comments and Responses on the Supplemental Draft EIS, located in Part 1 of Attachment Q.

**G1** There are no current construction projects identified on I-270/I-76 other than routine maintenance. For information on the I-270/I-76 reroute alternative, please see ALT3 of the Frequently Received Comments and Responses on the Supplemental Draft EIS, located in Part 1 of Attachment Q.

**H1** While existing truck travel within the Elyria and Swansea Neighborhood is a concern of local residents, changes associated with the Build Alternatives should not significantly impact these streets. Any potential changes to the designated truck routes and delivery routes on local streets will be coordinated with Denver to ensure impacts are minimized.

| Comments | Responses to Comments |
|---|---|

| Source: Submittal | Document Number: 818 | Name: Denver Auditor, Dennis Gallagher |
|---|---|---|



**Constructability and Construction Impact** Comments

**Comment # 42:** Impacts during construction on the current alignment – regardless of final alternative – will include dust, noise, vibration, disruption of circulation, diversion of traffic. CDOT is requested to guarantee that residents of Elyria and Swansea will have fewer environmental and health impacts during construction than exists today without construction.

**I1**

**Comment # 43:** CDOT is requested to develop an alternative in which no families are removed or relocated.

**J1**

**Vasquez/Steele Street** Comments

**Comment # 44:** CDOT is requested to relocate the partial Vasquez interchange a half a mile to the east at Colorado Boulevard.

**K1**

**Comment # 45:** The property currently used for the interchange at Vasquez is a significant area for redevelopment – including mixed-income housing, neighborhood serving retail (perhaps the grocery store the neighborhood desires), and community and/or civic uses. The area may also accommodate a relocated elementary school. CDOT is requested to work with the City and County of Denver to transfer lands at Vasquez Boulevard and Steele Streets for redevelopment and construction of services, shops, and other facilities for citizens of Swansea.

**L1**

**Comment # 46:** CDOT is requested to work with partners to develop an integrated context-sensitive freight system plan – that would address routing of truck traffic out of adjacent residential areas (including Elyria and Swansea along the I-70 alignment). An area wide freight system plan would be the appropriate mechanism for addressing mobility and routing issues of neighboring jurisdictions, including Commerce City.

**M1**

**46ᵗʰ Avenue** Comments

**Comment # 47:** There are various and often conflicting descriptions OF 46ᵗʰ Avenue both as it exists today and in the future reconstruction. The typical cross sections and generalized discussions do not clearly describe 46ᵗʰ Avenue. From the presentation, an unfamiliar reader would get the impression that 46ᵗʰ Avenue is a two-way, four-lane, signalized roadway running from I-25 to Colorado Boulevard, which is nothing close to reality. The visualization and animation drawings on the I-70 East website show a one-way frontage road couplet on both sides of the interstate between Brighton and York Street. They do not illustrate any connection for 46ᵗʰ Avenue west of Brighton. It is misleading to present the wrong alternative for public review on the website. CDOT is requested to provide a detailed description of 46ᵗʰ Avenue which should clearly identify the various cross sections, not just show a typical cross section.

**N1**

**Comment # 48:** The business-case for frontage roads on both sides of the highway has not been made. For that reason CDOT is requested to eliminate the north frontage road in the preferred alternative. It is an additional intrusion into the neighborhood which is unnecessary. The 46ᵗʰ south frontage road can

**O1**

**I1**   CDOT will provide mitigation for impacts during construction. For information on project mitigation measures, please see IMP1 (general project mitigations), IMP4 (school mitigations), IMP6 (hazardous materials mitigation), IMP7 (fugitive dust mitigation during construction), and IMP8 (noise mitigation during construction) of the Frequently Received Comments and Responses on the Supplemental Draft EIS, located in Part 1 of Attachment Q.

**J1**   There are no alternatives that can address the purpose and need of the project while staying within current right-of-way, including the No-Action Alternative. For information on the No-Action Alternative, please see ALT1 of the Frequently Received Comments and Responses on the Supplemental Draft EIS, located in Part 1 of Attachment Q.

**K1**   CDOT has coordinated with Denver on the changes made to the Steele Street/Vasquez Boulevard interchange in the Final EIS. For information on the Steele Street/Vasquez Boulevard interchange, please see PA6 of the Frequently Received Comments and Responses on the Supplemental Draft EIS, located in Part 1 of Attachment Q.

**L1**   CDOT will continue to work with Denver on the disposal of excess right-of-way that remains after construction. At the end of the project, after all construction has been completed, CDOT will make a determination as to what excess right-of-way it may have along the I-70 East corridor that it does not need for transportation purposes. With the approval of FHWA and the CDOT Transportation Commission, such parcels can be declared excess right-of-way. CDOT has procedural requirements as to how to dispose of excess right-of-way. In addition, depending upon whether or not a parcel of excess right-of-way is usable as a standalone parcel will dictate which parties may have a right of first refusal. If multiple parties submit competitive bids for excess parcels, CDOT will typically select the highest bidder as the purchaser.

**M1**   While existing truck travel within the Elyria and Swansea Neighborhood is a concern of local residents, changes associated with the Build Alternatives should not significantly impact these streets. Any potential changes to the designated truck routes and delivery routes on local streets will be coordinated with Denver to ensure impacts are minimized. For information on truck traffic impacts on adjacent neighborhoods, please see TRANS8 and TRANS9 of the Frequently Received Comments and Responses on the Supplemental Draft EIS, located in Part 1 of Attachment Q.

**N1**   The text has been updated in the Final EIS to address the comment. The Preferred Alternative as presented in the Final EIS includes 46th Avenue on both sides of the highway as two-way in some areas, one-way in others, and non-continuous between the cover and Swansea Elementary School. Chapter 3, Summary of Project Alternatives in the Final EIS explains the configuration of the 46th Avenue and Attachment A, Alternatives Maps in the Final EIS includes conceptual drawings of the highway design including 46th Avenue.

**O1**   The project team worked collaboratively with Denver during the design process to determine the appropriate level of east-west and north-south connectivity for the local roadway network. The Preferred Alternative as presented in the Final EIS includes 46th Avenue on both sides of the highway as two-way in some areas, one-way in others, and non-continuous between the cover and Swansea Elementary School. The current design achieves the desired goals of the local agencies by maximizing connectivity of the local network, while keeping roadway widths to a minimum and providing a level of redundancy to assist in emergency vehicle response to the properties on both sides of I-70.

| Comments | Responses to Comments |
|---|---|

**Source:** Submittal   **Document Number:** 818   **Name:** Denver Auditor, Dennis Gallagher



handle the forecasted volumes as a single two way roadway and minimizes truck impacts for the majority of the neighborhood.

**P1**

Comment # 49: CDOT is requested to look into the possibility of terminating Stapleton Drive North at Colorado Boulevard to prevent unnecessary trips, primarily trucks, from entering the neighborhood.

### *Mobility During Construction* Comments

Comment # 50: CDOT is requested to develop an advance comprehensive package of mobility-related projects. Improvements to I-270 first make sense in advance of any construction on I-70. The package should include neighborhood circulation issues as well, including multimodal accessibility and connectivity enhancements within and between the environmental justice neighborhoods of Elyria and Swansea.

**Q1**

### *Project Cost* Comments

Comment # 51: The cost of the first phase of the project has risen to close to $1.2 Billion for a 1.8 mile section of road. The stated $1.2 Billion price tag is the cost without interest or load costs figured in. As recently as Mid-September, Don Hunt, Executive Director of CDOT, conceded in a public meeting that CDOT had not calculated the interest and loan costs associated with this project. In the absence of an accurate, inclusive cost for the project it is impossible for the general public to make the full extent of any concerns known. Therefore, CDOT is requested to provide a full and detailed analysis of the cost of the project. This analysis should include all loan and interest costs as well as identify potential opportunity costs for directing such a large sum of money to one project in the state.

**R1**

Comment # 52: As has been widely detailed, the project calls for $850 Million from the Road and Bridge Fund. This fund generates about $100 million/year and is intended to fund upkeep on roads and bridges across the state. This project would eat up every dollar from the fund for 8.5 years. By CDOT's own calculations the project will take half of the fund for at least 20 and possibly up to 30 years. CDOT is requested to provide analysis of the impact that such a large hit on the Road and Bridge Fund will make on the ability to do other projects within Colorado. Specific projects that may be postponed or cancelled should be included and, as possible, specific timelines for these other projects should be updated. This will allow the citizens of Colorado as a whole to determine the impact this project might have on them and what concerns they may wish to provide to CDOT.

**S1**

Comment # 53: The cost of the Preferred Alternative for this project is at least 10 times greater per lane/mile than any other project ever completed or even contemplated by CDOT.

For example:

**T1**

- The TREX project rebuilt 17 miles of highway with 209 new lane-miles for $795 million. That is $3.8 million per lane-mile;

**P1** The project team worked collaboratively with Denver during the design process to determine the appropriate level of east-west connectivity for the local roadway network, including Stapleton Drive. The current design achieves the desired goals of the local agencies by maximizing connectivity of the local network, while keeping roadway widths to a minimum and providing a level of redundancy to assist in emergency vehicle response to the properties on both sides of I-70.

**Q1** CDOT has been working with Denver and other stakeholders to design a comprehensive network where there is impact as a result of the I-70 East construction. If these facilities, such as I-270, will not be impacted by the project, they will not be addressed. CDOT will develop and implement a robust public communications plan during construction to ensure things such as advanced notifications of detours and will continue coordination with RTD and Denver on detours and access changes.

**R1** CDOT's Transportation Commission has decided to move forward with a DBFOM method for the finance and delivery of the I-70 East project from I-25 to Denver International Airport. The Commission's decision was based on being the best stewards of public money and trust; however it is important to note that this is just one step in a lengthy process that will include many more decision points. It is important that there is a feasible funding plan in place as the environmental study process is concluded and a final alternative is selected.

CDOT engaged the public and stakeholders to discuss how this project should be delivered. The Transportation Commission held a public workshop on the findings of the Value for Money analysis, which compares the risks and affordability of Design Build and DBFOM delivery models, on February 5, 2015. The main conclusions of the I-70 East Value for Money analysis are that the I-70 East Corridor project is not affordable under a Design Build model, but can be afforded under both the DBOM and DBFOM models. The Commission selected the DBFOM method of delivery because of its ability to transfer more risk to the private sector in several key areas including the long-term costs of maintaining the corridor. In this model, the concessionaire is given annual performance payments and must meet strict operations and maintenance standards. Updated cost information is included in the Final EIS.

CDOT will now begin engaging industry and develop a financing plan for the first phase of the project as required to complete the Record of Decision, which completes the environmental study process.

**S1** Due to the concern of the funding impact of the I-70 viaduct replacement on long-term revenues available for rehabilitating other Colorado bridges, CDOT set out a goal to shape viaduct financing in a way that will retain 50 percent of bridge revenues for other needed projects across the state.

**T1** Cost estimates have been prepared using standard procedures and unit prices for the level of design completed. The cost estimates have been updated for the Final EIS and will continue to be refined through future phases of the project. The FHWA will conduct cost estimate reviews as appropriate at critical stages throughout the project to review the cost estimate. The cost of the Preferred Alternative is inclusive of all anticipated project costs, exclusive of future operations and maintenance. The cost to construct the lowered highway is higher than typical example projects due to the nature of the work involved, inclusion of the highway cover, and other extensive mitigation commitments. CDOT will continuously employ opportunities for innovation that would reduce the overall project costs.

| Comments | Responses to Comments |
|---|---|

| Source: Submittal | Document Number: 818 | Name: Denver Auditor, Dennis Gallagher |
|---|---|---|

**T1**

- The I-70 mountain proposal – Rebuilding 53 miles with approximately 550 lane-miles including multiple new tunnels in some of the most difficult conditions imaginable is priced at $3.5 billion. That is $6.4 million per lane-mile.
- The expansion of I-70 between Brighton Blvd and Colorado Blvd. is now estimated at $1.2 Billion. That is 10 lanes of highway for 1.8 miles or 18 new lane-miles of highway. That works out to $66.7 million per lane-mile. And if what is now being reported that they are only looking to build 8 lanes for the $1.2 billion than the price goes up 20% to $83.3 Million per lane-mile. That is more than 13 times more expensive than building the proposed highway through the mountains.

CDOT is requested to provide an example of why this project has become so much more expensive than any other project and detail ways to mitigate the costs.

### *Community Engagement* Comments

**U1**

Comment # 54: Community leaders criticize CDOT's community engagement process. CDOT is requested to retool its community participation process for I-70 East and move to a more robust process where everyone hears both questions and responses – in order to build consensus within the community.

Example: I-15/SR-15 (40ᵗʰ Street) in San Diego. A preferred option was selected that minimized community impacts, while improving function on that component of the regional transportation system. Specific community improvements were agreed to – including s covers at several key locations along the alignment. The project included linkages to regional transit (existing and planned)and access to transit stations within the highway at major boulevards.

### *Environmental Concerns* Comments

**V1**

Comment # 55: According to a report by Denver's Department of Environmental Health that was released in April of this year:

- People in the area live 3.5 years less than the rest of the city
- Over the population of this area, 50,000 years of life are lost in these neighborhoods every year
- Children with asthma are admitted to the Emergency Room over 70% more often than the rest of the city – 40 ER admission/1,000 children under 20 in this area vs. 28.5 ER admissions/1,000 for the city as a whole
- Cardiovascular deaths are up to 55% higher in these three neighborhoods. 2-13-275 deaths/100,000 in these neighborhoods vs. 160 deaths/100,000 for the city as a whole

Despite some attempts to shift the blame for the health issues raised in the DDEH report, no other socio-economic factors are attributable. Inside the DDEH report there are maps that show percentages across the city for: Poverty; Hispanic Population; Percentage of Population Speaking only English at Home; and, Percentage of Adults 25 or Older with Less than a High School Diploma. For each of these factors the Globeville, Elyria and Swansea neighborhoods are statistically comparable to a large number

**U1** CDOT continues to provide and modify public involvement for the project. Question and answer sessions are now provided for the audiences at most meetings. Input received has been incorporated into the project throughout the project development process. For information on CDOT's public involvement, please see OUT1 of the Frequently Received Comments and Responses on the Supplemental Draft EIS, located in Part 1 of Attachment Q.

**V1** Section 5.20 of the Final EIS contains an expanded discussion of environmental health issues in the Globeville and Swansea and Elyria neighborhoods, including the Health Impact Assessment conducted by DEH. It is important to consider that the neighborhoods in question also experience disproportionate levels of poverty, non-highway pollution from stationary sources, and many other factors that contribute to the health status of the communities. An additional health impact assessment study is not required by NEPA or the Clean Air Act, would be subject to very large uncertainties, and would not assist the decision makers in evaluating the choice among reasonable alternatives. For more information on a Health Impact Assessment, please see AQ1 of the Frequently Received Comments and Responses on the Supplemental Draft EIS, located in Part 1 of Attachment Q.



| Comments | Responses to Comments |
|---|---|

**Comments**

Source: Submittal   Document Number: 818   Name: Denver Auditor, Dennis Gallagher

V1 — of neighborhoods on the West side of Denver. In other words, the Socio-Economic factors are virtually the same. The only difference between neighborhoods on the West side and the GES area is that people die sooner and live with more disease during their lives in GES. That is specifically because they live next to a major highway.

Nothing in the CDOT proposal specifically addresses these health issues. CDOT is requested to develop a health impact assessment on the community's health and to produce a comprehensive plan – that does not put homeowners in the affected communities deeper into debt – for mitigating the environmental issues that have led to the health problems cited above. CDOT is further requested to provide a plan for mitigating the increased risks that the new project will create.

W1 — Comment # 56: The excavation for the 1.8 mile submerged roadway will require trucking at least 1.7M cubic yards of soil from the area. Because of the historic land use in this area it must be assumed that a large amount of this soil will be contaminated. Assuming the soil is removed by 'King Haulers' – each holding 20 cubic yards – and the soil being taken to hazardous receiving sites in Adams or Arapahoe counties, this equates to 85,000 round trips of 35+ miles each through Commerce City and/or Aurora, likely via I-70, Vasquez, Brighton Blvd and I-25. CDOT is requested to provide its plan for mitigating the environmental impact of this significant health risk.

X1 — Comment # 57: CDOT has failed to assess, by air quality modeling, the likelihood that the emissions from the final Preferred Alternative" will cause violations of the NAAQS for both PM2.5 and NO2. Given that these two pollutants have been identified by the EPA as the most likely to contribute to nonattainment, CDOT is requested to conduct comprehensive air quality modeling that specifically keys on these pollutants.

***Social Justice and Environmental Justice*** Comments

**LOAN + LID ≠ ENVIRONMENTAL JUSTICE**

Y1 — Comment # 58: In reviewing the [3-volume, 1000+ page] SDEIS documents for I-70 East, I find only two relevant items put forward by CDOT to address social and environmental justice: (1) the creation of a loan program for residents affected by I-70 pollution to pay for their own home improvements to insulate and filter their own homes, and (2) the so-called "lid" south of the Swansea School site.

Please clarify if there are other social justice or environmental justice aspects of the alternative.

Comment # 59: I request that CDOT explain how these two items satisfy the intent and directives of the Presidential Executive Order 12898 (1994) and related Presidential Memorandum (1994) addressing environmental justice.

Time and again, members of the community, including community organizations and their leadership, as well as elected representatives have asked for CDOT and its partners to directly address "fair treatment" and "meaningful" public contribution and identify meaningful environmental justice investments in the community.

**Responses to Comments**

W1 — Proper measures will be implemented during construction to ensure the minimization of fugitive dust during the transport of excavated soils. CDOT and the hired contractors will develop materials management plans prior to construction to control the movement of any hazardous materials that may be found from site to disposal during construction. For information on CDOT's plans for encountering hazardous materials within the project area, please see IMP6 of the Frequently Received Comments and Responses on the Supplemental Draft EIS, located in Part 1 of Attachment Q.

X1 — CDOT, FHWA, CDPHE, and EPA have all coordinated regarding analysis needs, specifically including the pollutants for which there is a local air quality concern. The identification of the need to model hotspots specifically excluded PM2.5 and NO2, because these pollutants have never been pollutants of local air quality concern in the Denver Metropolitan area and all monitoring for these pollutants show concentrations well below the NAAQS. For information on transportation-related pollutants, including PM2.5 and NO2, please see AQ2 of the Frequently Received Comments and Responses on the Supplemental Draft EIS, located in Part 1 of Attachment Q.

Y1 — The I-70 East Project includes many innovative mitigation measures to offset the impacts to the low-income and minority populations. Some of these mitigation measures include but are not limited to, providing residents close to the highway construction interior storm windows and two free portable or window-mounted air conditioning units with air filtration and assistance for the potential additional utility costs during construction, providing contributions to existing programs that facilitate access to fresh food, providing HVAC system and upgraded doors and windows for the Swansea Elementary School, and providing funding to CRHDC to assist residential and business displacees with financial counseling and procurement of financing for replacement property and securing business and residential loans. For more information on Environmental Justice, please see EJ1, EJ2, and EJ3 of the Frequently Received Comments and Responses on the Supplemental Draft EIS, located in Part 1 of Attachment Q. Also, Section 5.3, Environmental Justice in the Final EIS outlines mitigation measures as related to environmental justice issues. Additional mitigation measures related to these issues can be found in Section 5.2, Social and Economic Conditions in the Final EIS.



| Comments | | |
|---|---|---|
| Source: **Submittal** | Document Number: **818** | Name: **Denver Auditor, Dennis Gallagher** |

**LOAN PROGRAM FALLS SHORT FOR ENVIRONMENTAL JUSTICE**

**Z1** **Comment # 60:** Please explain how a loan program for residents themselves to take on the financial burden of insulating their own homes is considered "fair treatment" or the result of "public contribution" under environmental justice guidelines? How would such a program not result in putting a financial burden on the victim, that is, the impacted resident and their family?

**A2** **Comment # 61:** If CDOT were pursuing a project that would result in a pollution-exposure impact on a home or building in a community that was not an environmental justice community, what would be CDOT's action (or tools) in that instance to reduce pollution exposure in the home or building?

**PAST DAMAGE TO ENVIRONMENTAL JUSTICE NEIGHBORHOODS**

**B2** **Comment # 62:** Federal environmental justice expectations discuss damage from past decisions for projects in environmental justice communities. What steps is CDOT taking to address past damage to Elyria and Swansea (which are identified by EPA as environmental justice communities) as a result of siting and operating I-70 along its current alignment for more than 50 years? Please cite where CDOT's alternative corrects past damage inflicted on these environmental justice neighborhoods.

CDOT's management has stated the following in public meetings: "We acknowledge that we have impacted these neighborhoods in the past." "We want this project to be the last time we impact these neighborhoods."

Here is how that official messaging sounds to the communities: "Yes, we (CDOT) damaged your neighborhoods once; we're just going to go in and damage them again one more time." (And from the perspective of the neighborhoods, one could insert much more colorful language in place of the word "damage.")

**C2** **Comment # 63:** I request CDOT to explain how "impacting these communities one last time" advances environmental justice."

**D2** **Comment # 64:** I request CDOT to develop an alternative that does not result in additional environmental, physical, social or economic impacts in these environmental justice neighborhoods, and intentionally invests in repairing past damage in tangible and measurable ways.

**LID AT THE SCHOOL & ENVIRONMENTAL JUSTICE**

**E2** **Comment # 65:** Regarding the "lid" at the Swansea School site, CDOT has stated that is a unique aspect of the project to address justice. There has not been much observable enthusiasm or support from the residents. I request that CDOT provide more specific information on what exactly the lid is proposed to be.

If CDOT were dealing with a school or other public facility so close to a roadway project in a non-environmental justice neighborhood, wouldn't CDOT also provide for separation of the school and roadway in that setting as well? If the lid at Swansea School separates the highway from the school, it would seem that it is necessary for CDOT to pursue, not because of environmental justice, but because CDOT has chosen to rehabilitate I-70 along its current alignment so close to the school.

| Responses to Comments |
|---|

**Z1** Text has been updated in the Final EIS to better refine Environmental Justice mitigation measures. Loan programs will not be offered for home improvements; however, CDOT is proposing to mitigate for project impacts during construction by providing residents close to the highway construction—between 45th Avenue and 47th Avenue from Brighton Boulevard to Colorado Boulevard—interior storm windows and two free portable or window-mounted air conditioning units with air filtration and assistance for the potential additional utility costs during construction. Additional detail can be found in Section 5.3, Social and Economic Conditions of the Final EIS.

**A2** CDOT is going above and beyond the standard mitigation measures for this community as a result of this project. CDOT's standard mitigation consist only of traditional BMPs, such as covering loads, regular street sweeping, etc. If this project was not in an environmental justice community, items such as the cover with the associated urban landscaping, interior storm windows, air conditioning units with air filtration and utility assistance, funding some replacement low-income housing units, facilitation of local hiring preferences, providing funding towards fresh food access, and the extensive school mitigations would not be included.

For a full list of additional proposed mitigations, please see Section 5.3, Environmental Justice of the Final EIS. Standard mitigations are included in each of the resource sections in Chapter 5.

**B2** The Partial Cover Lowered Alternative was developed to reconnect the Elyria and Swansea Neighborhood by removing the viaduct and placing the highway below ground level with a cover that will include urban landscaping. For more information on Environmental Justice, please see EJ1, EJ2, and EJ3 of the Frequently Received Comments and Responses on the Supplemental Draft EIS, located in Part 1 of Attachment Q. Also, Section 5.3, Environmental Justice in the Final EIS outlines mitigation measures as related to environmental justice issues. Additional mitigation measures related to these issues can be found in Section 5.2, Social and Economic Conditions in the Final EIS.

**C2** This language has not been used in the Supplemental Draft EIS or Final EIS.

**D2** There are no alternatives that can address the purpose and need of the project while staying within current right of way, including the No-Action Alternative. The alternatives being evaluated were developed to avoid some impacts, minimize others, and mitigate all the remaining impacts that could not be avoided or minimized. Additionally, these alternatives provide benefits, as discussed Section 5.3, Environmental Justice in the Final EIS. For information on the No-Action Alternative, please see ALT1 of the Frequently Received Comments and Responses on the Supplemental Draft EIS, located in Part 1 of Attachment Q.

*Responses continue on the following page.*

| Comments | Responses to Comments |
|---|---|

Source: Submittal    Document Number: 818    Name: Denver Auditor, Dennis Gallagher

**E2** The lid should not be considered a specific environmental justice investment in the neighborhood. Rather it is necessary given the location and alignment CDOT has chosen for its project.

Comment # 66: I request CDOT to explain, if they had a school next to a roadway in a well-to-do neighborhood, would they not have to properly separate that school from the highway in that setting? If so, then how can providing the same type of solution in an environmental justice neighborhood be considered to be an environmental justice investment?

**VENTILATION, AIR POLLUTION AND HEALTH**

**F2** Comment # 67: I reject the resistance from CDOT to build the highway lid any longer than 900 feet. I understand that 900' is the distance beyond which a ventilation system becomes a necessary part of the project. While I understand the additional cost of ventilation to the overall project, I nevertheless request that CDOT intentionally invest in a solution to remove further air contaminants from the Elyria and Swansea environmental justice neighborhoods. These neighborhoods are already exposed to pollution and CDOT owes it to these neighborhoods to invest in a system that cleans transportation-related pollutants.

**G2** Comment # 68: I request that CDOT develop an alternative to the "partial cover" proposal, which includes a state-of-the-art ventilation system for the entire below-grade portion of a lowered I-70. I also reject CDOT's resistance to fully burying the entire stretch of I-70 through Elyria and Swansea from Adams Street to High Street. Again, the federal guidance on environmental justice would support that it is not only reasonable, but also highly ethical, for CDOT to deck the entire 16-block area below-grade portion of the highway, with state-of-the-art ventilation.

**DECK AT STEELE STREET – COMMUNITY BUILDING AND ENVIRONMENTAL JUSTICE**

**H2** Comment # 69: On the other hand, the full deck proposed at Vasquez and Steele under the 2013 so-called "Denver option" would be a very favorable environmental justice investment in these environmental justice neighborhoods. Separating the highway from the community at that location creates an extremely important opportunity to seam together the 700 families in Swansea north of I-70 and the 700 Swansea families south of I-70. The Steele Street deck is perhaps the most important catalyst the state and the city should invest in to provide these environmental justice communities a new foundation for rebuilding their damaged neighborhoods. The deck at Steele Street is critical for creating a new central place for Swansea – a place for redevelopment of services, homes, and businesses – a place to heal the community from damage inflicted 50 years ago.

Comment # 70: A deck at Steele Street would truly be an environmental justice investment – I believe the lid at the school is simply a necessity of location, and is questionable as environmental justice. I request CDOT to prioritize a deck at Steele Street as an environmental justice investment.

**E2** CDOT is participating in a "cover planning" process with Denver and DPS to identify more specific information about what might be placed on the cover. Additional information on the results of the cover planning can be found in Attachment P, Cover Planning in the Final EIS. Community members have been engaged in this process to help identify the needs of the neighborhood with regard to the cover. The cover was identified as an environmental justice mitigation measure because it alleviates the impacts to the environmental justice communities by providing additional community space and connectivity within the neighborhood.

Impacts to communities from highway projects are analyzed depending on the project. Providing the type of mitigation the cover provides, in this instance, isn't required by law. The cover is included as a mitigation measure to alleviate impacts to the environmental justice populations in the Swansea neighborhood. To clarify, the cover is not being implemented to separate the school and the highway; it is being implemented to provide mitigation for impacts to school recreation facilities and to promote a seamless, safe connection between the school and the cover while reconnecting the neighborhood. As an example of a recent project in close proximity to a school, the TREX project improved the highway near South High School and no cover was included in that area. Separation is typically provided by fencing to ensure safety.

**F2** Through coordination with Denver, the cover is now proposed to be just under 1,000 feet in length.

The concerns regarding air quality have been adequately addressed in the Final EIS. For information on air quality, please see AQ3, AQ5, and AQ6 of the Frequently Received Comments and Responses on the Supplemental Draft EIS, located in Part 1 of Attachment Q.

**G2** Putting a cover on the highway from Brighton Boulevard to Steele Street/Vasquez Boulevard interchange is not feasible. Including a cover west of York Street will result in vertical profile conflicts with 46th Avenue and Brighton interchange ramps. Also extending the highway cover beyond 1000 feet will require additional fire, safety, and ventilation facilities for tunnels which will cause additional impacts to the surrounding areas.

**H2** A second cover is not included as part of the Preferred Alternative. However, to accommodate Denver's interest in constructing a second cover in the future, the Preferred Alternative includes an overall approach to design and construction that would not preclude the construction of a second cover over the highway from west of the Steele Street/Vasquez Boulevard interchange to east of Cook Street. If a second cover is pursued by others in the future, air quality would need to be analyzed. For information on the Preferred Alternative's cover, please see PA1 and PA2 of the Frequently Received Comments and Responses on the Supplemental Draft EIS, located in Part 1 of Attachment Q.

| Comments | Responses to Comments |
|---|---|

| Source: Submittal | Document Number: 818 | Name: Denver Auditor, Dennis Gallagher |
|---|---|---|

**CDOTs VALUES ≠ COMMUNITY VALUES | IDENTIFYING A PATH FORWARD**

**Comment # 71:** There are two conflicting value systems in this process, and I request CDOT and its partners to work to understand these conflicting values – I offer that only when CDOT comes to understand those different values, will it be able to go forward with a solution that does not further damage these neighborhoods.

CDOT's value system, if I can summarize from the SDEIS, is focused on movement – i.e., movement of commuters, goods, tourists, etc. And I have heard CDOT leadership lift up reducing 'travel time' as a core value.

The value system of the neighborhoods is the following: "We are a cohesive and close-knit community of families and friends. We value being a neighborhood called Elyria and we value being a neighborhood called Swansea. We also value making our neighborhoods more complete – with services and retail right in the neighborhoods; healthier – with less exposure to pollution; and more sustainable – environmentally, economically, and socially."

I know many residents, officials, professionals, and community leaders have stated repeatedly that CDOT's project can only be successful if it starts with an understanding of these neighborhoods, is designed to fit the context of these neighborhoods, and results in these neighborhoods being more vibrant and healthier communities after the project is completed than today.

We are not TREX neighborhoods, we are not suburban neighborhoods, and we are not rural neighborhoods. Engineering solutions that may be appropriate in those settings are not necessarily appropriate in Elyria and Swansea. Instead, we are neighborhoods which pre-existed I-70. We are neighborhoods that are close-knit, cohesive, and proud. We are neighborhoods that see ourselves as one, even though we have poor connectivity. We are neighborhoods that have been seriously impacted by pollution, noise, and smell.

We are also neighborhoods that see a future as reemerging and more vibrant places. We value our existing residents – all of them – and look forward to welcoming new neighbors and friends as we take steps to re-knit our own streets and parks together, as well as re-knit ourselves to adjacent neighborhoods and communities in northeast metro Denver. That is the context in which I-70 exists.

**Comment # 72:** A solution that serves those values, along with CDOT's values of movement, has the best chance of being the "right" solution for neighborhoods, the City of Denver, and travelers. I request CDOT to expand its purpose and need for this project to reflect (a) neighborhood restoration and community rebuilding, (b) neighborhood improvement, including health and wellness, and (c) avoidance of neighborhood disruption in these environmental justice communities of Elyria and Swansea.

**HOUSING – RETAIN NOT REMOVAL**

**Comment # 73:** The housing stock in Elyria and Swansea serves a unique role city and the region and cannot be replaced. Homes in these neighborhoods are typically well-constructed, often serving multigenerational families, and have a higher-than-average ownership rate. Once again, this is an area where there is a conflict in values. CDOT's document refers to buy-out programs and opportunities for

**I2** The purpose of the project is to implement a transportation solution that improves safety, access, and mobility and addresses congestion on I-70. In addition to meeting the purpose of the project, CDOT has worked to minimize and mitigate the impacts caused by the project alternatives. The approach of the project, which is going on 12 years and counting, has not been solely focused on movement of goods, but finding a solution that serves the traveling public and benefits the nearby neighborhoods. Furthermore, CDOT has been coordinating with Denver and provided continuous public involvement opportunities to obtain input from local residents and agencies throughout the lifetime of the project.

The Partial Cover Lowered Alternative was developed to reconnect the Elyria and Swansea Neighborhood by removing the viaduct and placing the highway below ground level. It will eliminate the visual barrier created by the viaduct and perpetuated during the past 50 years. The cover over the highway in the lowered section will have a park or urban landscape that can draw in residents from both the north side and the south side of the highway, creating a seamless connection across the highway and providing additional connectivity within the neighborhood.

For information on the project's outreach, please see OUT1 of the Frequently Received Comments and Responses on the Supplemental Draft EIS, located in Part 1 of Attachment Q.

**J2** The purpose of the project is to implement a transportation solution that improves safety, access, mobility and addresses congestion on I-70. In addition to meeting the purpose of the project, CDOT has worked to minimize and mitigate the impacts as a result of the project to ensure the best solution possible. For information on offsetting the impacts of the project, please see IMP1 of the Frequently Received Comments and Responses on the Supplemental Draft EIS, located in Part 1 of Attachment Q.

**K2** Comment noted.

| Comments | Responses to Comments |
|---|---|

Source: Submittal    Document Number: 818    Name: Denver Auditor, Dennis Gallagher



**K2** relocation. That value system is based on viewing the project as requiring nothing more than a simple property transaction. I reject that proposal by CDOT.

From the neighborhood's perspective, Elyria cannot continue to be Elyria if more than 50 families – families that are inter-related, families that are multi-generational, families with decades-long attachments to the community – are displaced. The current Elyria neighborhood community is 150 families focused on a 14-block area. CDOT's current proposal goes beyond being damaging Elyria, it is outright destructive. It violates both social justice and environmental justice principles related to placemaking and neighborhood building.

**L2** Comment # 74: I request CDOT to provide an alternative that does not require the removal of any households or local neighborhood businesses in either Elyria or Swansea. To that end, I am requesting an alternative that stays within the current 118' alignment of I-70.

**MANAGED LANES, PRIVATIZATION, AND SOCIAL JUSTICE**

**M2** Comment # 75: The jury is still out on the use of P3s to finance roadways. There are concerning examples where expectations for use and income on 3P roadway projects have seriously fallen short. Particularly troubling is the type of P3 where the financial risk is assumed by the governmental entity and not the private partner. It is this type of P3 that is being proposed by CDOT.

And there is a colossal conflict with the current CDOT proposal, because the managed lane component as presented requires a massive removal of major portions of the Elyria neighborhood, as well as Swansea. The highway footprint would go from 118' to 315.'

**N2** Comment # 76: I totally reject CDOT's assumption that it can take numerous properties and destroy our environmental justice neighborhoods to pursue a managed lane concept in the I-70 alignment. Elyria and Swansea are absolutely the wrong locations for basically taking existing homes and business to construct a "freeway within a freeway."

I am not adverse to new solutions for improving mobility or financing transportation investments, however, managed lanes are entirely inappropriate for any roadway passing through Elyria and Swansea neighborhoods. The restricted access to the lanes by those who are able to pay or otherwise willing to pay, clearly results in social injustice concerns for the scheme, especially when factored into limited access to the managed lanes from the adjacent environmental justice neighborhoods. For residents of environmental justice communities, managed lanes also introduce additional financial burdens for low-income individuals who find themselves using managed lanes.

**O2** Comment # 77: I also reject privatization, when it results in state and local governments turning over services and operation to for-profit companies and contractors. This reduces accountability to the public, and puts allows for private boards and shareholders to make decision outside of the public eye. As a matter of justice and morality, I question whether privatization protects the vulnerable in society or adequately safeguards and serves society as a whole. With regard to I-70, I see this as introducing yet another value system that is even less accountable to impacted communities, and will likely not advance our commitment as residents of Elyria and Swansea to re-emerge as vibrant, healthy, and sustainable neighborhoods.

**L2** There are no alternatives that can address the purpose and need of the project while staying within current right-of-way, including the No-Action Alternative. For information on the No-Action Alternative, please see ALT1 of the Frequently Received Comments and Responses on the Supplemental Draft EIS, located in Part 1 of Attachment Q.

**M2** Public-private partnerships transfer the funding risks to a private company while still allowing CDOT to maintain ownership of the highway so accountability to the public remains the same as it would for any other design-build project. The current state of transportation funding requires CDOT to investigate new approaches to funding and delivering large highway projects.

There are no additional impacts to the surrounding neighborhoods or environments between the two options except at the locations of direct connections, east of the Elyria/Swansea Neighborhood. Managed lanes provide the advantage of managing traffic over the long term and can further encourage carpooling and expanded transit.

The justification of the number of lanes needed for the highway in the future has been discussed in the Final EIS. For information on the need to widen the highway to 10 lanes, please see GEN3 of the Frequently Received Comments and Responses on the Supplemental Draft EIS, located in Part 1 of Attachment Q.

**N2** Managed lanes are proposed for this project to provide an alternate congestion-free choice on I-70. The managed lanes will pull volumes from the general-purpose lanes, providing a trip that requires less time for those vehicles required to use the general-purpose lanes in the future when compared to a No-Action condition. HOV 3+ will be allowed to use the managed lanes free of charge. Please see EJ2 of the Frequently Received Comments and Responses of the Supplemental Draft EIS, located in Part 1 of Attachment Q for more information on how managed lanes benefits all users of I-70. Additional information can be found in Chapter 4 of the Supplemental Draft EIS and Final EIS.

CDOT recognizes that the project passes through environmental justice neighborhoods, and it has identified mitigation measures above and beyond standard mitigation measures to alleviate the impact on these neighborhoods. See Section 5.3, Environmental Justice, of the Final EIS for more information.

**O2** Public-private partnerships transfer the funding risks to a private company while still allowing CDOT to maintain ownership of the highway so that accountability to the public remains the same as it would for any other design-build project. The current state of transportation funding requires CDOT to investigate new approaches to funding and delivering large highway projects.

| Comments | Responses to Comments |
|---|---|

**Source:** Submittal  **Document Number:** 818  **Name:** Denver Auditor, Dennis Gallagher

**P2**

**Comment # 78:** I request CDOT develop an alternative that includes no managed lanes through the environmental justice neighborhoods of Elyria and Swansea. I also request that CDOT initiate a conversation in the state for developing new ways of paying for infrastructure that is fair and equitable for all who use state facilities, with attention to those with lesser means in our state.

**IMPROVING MOBILITY AND ACCESSIBILITY OF RESIDENTS OF ELYRIA AND SWANSEA**

I know from the Federal Highway Administration's studies, that 1/3 of the population in urban regions of the US do not own or operate automobiles. Translating that into metro Denver's context, that means that of the 2.6 million metro area residents, approximately 850,000 do not drive. FHWA's information cites the following factors: (1) age, (2) income, (3) transportation dependency, and (4) choice.

**Q2**

Given that Elyria and Swansea are neighborhoods with residents fitting one or more of those FHWA factors, I know that more than a third of the residents in these neighborhoods do not drive cars.

**Comment # 79:** With that context, I request CDOT to address the mobility and accessibility benefits in its I-70 proposal for the residents of the environmental justice neighborhoods Elyria and Swansea.

**Comment # 80:** I request that the CDOT proposal include mobility and accessibility improvements to ensure that environmental justice residents of Elyria and Swansea have better and more reliable transit service – both local and regional – improved bicycle and pedestrian connections throughout the neighborhoods themselves – as well as to adjacent neighborhoods and other destinations in city and region. I recognize that the traditional entities that provide these types of improvements are RTD and the City and County of Denver, but they are critical and moral environmental justice investments that CDOT should ensure are realized.

**R2**

In the sections that follow, there are listings of environmental justice investments that will contribute to rebuilding these neighborhoods, including improving mobility and accessibility

**ENVIRONMENTAL JUSTICE COMMUNITY BUILDING – A NEIGHBORHOOD BASED APPROACH**

**Comment # 81:** In summary, I request a solution for rehabilitating I-70 in a manner that actually heals these communities, and makes them healthier than they are today.

**S2**

From a social justice and environmental justice perspective, I request CDOT to specifically address (a) designing its replacement infrastructure (i.e., the I-70 rehabilitation) and (b) investments in the communities to correct past harm, and (c) further benefits to these environmental justice neighborhoods to create a future that is less polluted, better connected, and more sustainable.

I request CDOT to provide an alternative with the following:

**T2**

    (a) **Comment # 82:** the removal of no existing homes or businesses, in other words, an alternative that stays within the current highway footprint (approximately 118')

**U2**

    (b) **Comment # 83:** the continuation of north-south connectivity on all 10 existing residential streets that cross 46th Avenue from York Street to Steele Street (i.e., York Street, Josephine Street, Columbine Street, Elizabeth Street, Thompson Court, Clayton Street, Fillmore Street, Milwaukee Street, Saint Paul Street, Steele Street)

**P2** As discussed in Chapter 3 of the Supplemental Draft EIS and Final EIS, there are two operational options considered for the added lanes on the highway - general-purpose lanes and managed lanes. These options were fully evaluated in the Supplemental Draft EIS and Final EIS. The Managed Lanes Option includes three general-purpose lanes for those who do not wish to use the managed lanes. Incorporation of managed lanes in this option alleviates traffic on the general-purpose lanes as well as providing an option for congestion free travel lanes. For information on the need for 10 lanes, please see GEN3 of the Frequently Received Comments and Responses on the Supplemental Draft EIS, located in Part 1 of Attachment Q.

Public-private partnerships transfer the funding risks to a private company while still allowing CDOT to maintain ownership of the highway so accountability to the public remains the same as it would for any other design-build project. The current state of transportation funding requires CDOT to investigate new approaches to funding and delivering large highway projects.

**Q2** CDOT has addressed mobility and access for all modes in the Final EIS, including in the Elyria/ Swansea neighborhood. CDOT is working with RTD to maintain bus route connectivity and access to bus and rail stations during and after construction. Safer bike and pedestrian connections will be provided throughout the Elyria and Swansea neighborhoods with the construction of I-70.

**R2** Transit in the project area is under the jurisdiction of RTD. CDOT has been coordinating with RTD to maintain bus route connectivity and access to its facilities during and after construction.

The concerns regarding alternate modes of transportation have been addressed in the Final EIS. For information on walkability and bicycle route improvements, please see TRANS2 of the Frequently Received Comments and Responses on the Supplemental Draft EIS, located in Part 1 of Attachment Q.

**S2** The Partial Cover Lowered Alternative was developed to reconnect the Elyria and Swansea Neighborhood by removing the viaduct and placing the highway below ground level with a cover that will include urban landscaping. For information on impacts to the Environmental Justice communities and mitigation, please see EJ1 and EJ3 of the Frequently Received Comments and Responses on the Supplemental Draft EIS, located in Part 1 of Attachment Q.

**T2** There are no alternatives that can address the purpose and need of the project while staying within current right of way, including the No-Action Alternative. For information on the No-Action Alternative please see ALT1 of the Frequently Received Comments and Responses on the Supplemental Draft EIS, located in Part 1 of Attachment Q.

**U2** The Preferred Alternative as it is identified in the Final EIS maintains all north-south street crossings as they exist. For information on north-south connectivity with the Preferred Alternative, please see PA9 of the Frequently Received Comments and Responses on the Supplemental Draft EIS, located in Part 1 of Attachment Q.

| Comments | Responses to Comments |
|---|---|

Source: Submittal   Document Number: 818   Name: Denver Auditor, Dennis Gallagher



(c) investments to improve connectivity throughout the neighborhood as environmental justice – including:

**V2** 1) Comment # 84: grade-separation from the railroad at 47th and York Street – using local standards with deviations and variations to avoid removing any homes or businesses

**W2** 2) Comment # 85: Continuous local street connectivity between Globeville, Elyria, and Swansea along 47th Avenue to facilitate mobility within and between these neighborhoods.

**X2** 3) Comment # 86: continuous local street connectivity to Park Hill, Stapleton, Montbello and DIA Gateway along 56th Avenue, 48th Avenue, and Smith Road.

**Y2** 4) Comment # 87: Directing truck traffic around the neighborhoods

**Z2** a. Comment # 88: A new loop road from 56th and Colorado Boulevard, west along 56th Avenue – then connecting to Brighton Boulevard with access south to the I-70 interchange at Brighton. (alternate – 52nd Avenue)

**A3** b. Comment # 89: Shifting the partial interchange at Vasquez Boulevard east to Colorado Boulevard to create a full interchange at Colorado

**B3** c. Comment # 90: Improvements to east-west avenues between Vasquez and Colorado (e.g., 48th and 50th avenues) – to route truck traffic in the Vasquez Industrial triangle east to the new complete interchange at I-70 and Colorado Boulevard.

**C3** (d) Comment # 91: Completion of curbs, gutters and sidewalks on all streets in Elyria and Swansea. Complete street and green street reconstruction of (1) Brighton Boulevard, (2) Steele Street/Vasquez, (3) York Street, (4) 44th Avenue, (5) 44th Avenue, and (6) 40th Avenue.

**D3** (e) Comment # 92: Invest in bicycle connectivity within environmental justice neighborhoods of Elyria and Swansea – with safe and direct connections to the South Platte River Greenway, the Denver bikeway network, City Park, and the Park Hill neighborhood.

**E3** (f) Comment # 93: Invest in improvements to the park and recreation system in the environmental justice neighborhoods of Elyria and Swansea – including investments to new facilities that are not necessarily directly adjacent to 46th Avenue (i.e., CDOT's I-70 alignment), but still within the official boundaries of the environmental justice neighborhoods of Elyria and Swansea. The outcome should be expansion of park facilities to meet the level-of-service standards for parks and open space to meet urban standards for the City of Denver. Green-space and green-streets connectivity between parks and open space facilities – as referred to in items "d" and "e" immediately above, are also requested investments.

**F3** (g) Comment # 94: The transfer of CDOT owned lands at Vasquez/Steele Street to the Denver Urban Renewal Authority for redevelopment as the Swansea town center. Invest in projects that result in Elyria and Swansea becoming more complete communities with new services and public facilities.

**G3** (h) Comment # 95: Investment in a housing reinvestment strategy to lead efforts to provide infill housing on vacant lots and redevelopment sites.

**V2** Changes to the 47th Street and York Street intersection are not included in the project; please see TRANS3 of the Frequently Received Comments and Responses on the Supplemental Draft EIS, located in Part 1 of Attachment Q.

**W2** Connectivity between Globeville, Elyria, and Swansea will be provided along 46th Avenue with the Partial Cover Lowered Alternative.

**X2** From Colorado Boulevard to the east, east-west connectivity remains through existing connections (Stapleton Drive). No impacts to local streets are anticipated south of 46th Avenue or along 56th Avenue, 48th Avenue, and Smith Road due to the highway improvements.

**Y2** While existing truck travel within the Elyria and Swansea Neighborhood is a concern of local residents, changes associated with the Build Alternatives should not significantly impact these streets. Any potential changes to the designated truck routes and delivery routes on local streets will be coordinated with Denver to ensure impacts are minimized. For information on truck traffic, please see TRANS8 and TRANS9 of the Frequently Received Comments and Responses on the Supplemental Draft EIS, located in Part 1 of Attachment Q.

**Z2** No improvements are proposed by the project at this location.

**A3** CDOT has coordinated with Denver on the changes made to the Steele Street/Vasquez Boulevard interchange in the Final EIS. For information on the Steele Street/Vasquez Boulevard interchange, please see PA6 of the Frequently Received Comments and Responses on the Supplemental Draft EIS, located in Part 1 of Attachment Q.

**B3** No improvements are proposed by the project at this location. For information on the Steel/Vasquez interchange, please see PA6 of the Frequently Received Comments and Responses on the Supplemental Draft EIS, located in Part 1 of Attachment Q.

**C3** Local streets that require "reconstruction" due to highway improvements will include curbs, gutters, and sidewalks. Streets that are not impacted by the highway improvements will not be modified.

**D3** CDOT is providing north-south connectivity for cyclists and pedestrians at all proposed crossings of I-70 to accommodate these movements. In addition, sidewalks along 46th Avenue will be improved to bring them up to current standards. CDOT will continue to work with Denver to accommodate existing and proposed bicycle routes as part of the Denver Bike Plan in the project area.

**E3** The Partial Cover Lowered Alternative was developed to reconnect the Elyria and Swansea Neighborhood by removing the viaduct and placing the highway below ground level. The cover over the highway in the lowered section will have a park or urban landscape that can draw in residents from both the north side and the south side of the highway, creating a seamless connection across the highway and providing additional connectivity within the neighborhood. The cover's design has been developed through a collaborative process with Denver and the community. CDOT will coordinate with Denver to mitigate impacts only to other local parks that may be impacted by the project.

*Responses continue on the following page.*

## Comments

| Source: | Submittal | Document Number: | 818 | Name: | Denver Auditor, Dennis Gallagher |
|---|---|---|---|---|---|

This side intentionally left blank.

## Responses to Comments

**F3** At the end of the project, after all construction has been completed, CDOT will make a determination as to what excess right of way it may have along the I-70 East corridor that it does not need for transportation purposes. With the approval of FHWA and the CDOT Transportation Commission, such parcels can be declared excess right-of-way. CDOT has procedural requirements as to how to dispose of excess right-of-way. In addition, depending upon whether or not a parcel of excess right of way is usable as a standalone parcel will dictate which parties may have a right of first refusal. If multiple parties submit competitive bids for excess parcels, CDOT will typically select the highest bidder as the purchaser.

**G3** CDOT has will provide funding for replacement housing using existing programs. For information on the replenishment of housing stock in the impacted neighborhood, please see PROP3 of the Frequently Received Comments and Responses on the Supplemental Draft EIS, located in Part 1 of Attachment Q.

## Comments

| Source: | Submittal | Document Number: | 818 | Name: | Denver Auditor, Dennis Gallagher |



**H3**

(i) Comment # 96: I request that CDOT and its partners establish a business start-up program for residents of these environmental justice neighborhoods. The program should also include scholarships for business training for the young people who call Elyria and Swansea home.

**I3**

I believe this can be accomplished in a number of ways that require CDOT's engineers to start and end with a commitment to develop a solution that introduces no new impacts (damage) into the neighborhoods and demonstrability rectifies past damage (impacts) in these environmental justice neighborhoods. To that end, the current CDOT "partial cover" proposal as currently presented fails.

**CDOT's ALTERNATIVE REQUIRES MAJOR REFINEMENT**

I request CDOT to refine its alternative by advancing the following:

**J3**

(a) Comment # 97: Keep any rehabilitation of I-70 within the current highway footprint. I believe that is very feasible by modifying the "partial cover" proposal using solutions designed to reduce current traffic through the environmental justice neighborhoods of Elyria and Swansea. Reducing traffic through these neighborhoods on I-70 can be accomplished by:

**K3**

1) Comment # 98: Developing a multi-facility comprehensive solution that includes improving local streets, to shift the very large percentage of local traffic currently using I-70 to local streets. (See comments 26 and following above for a listing of requested local street improvements.) Outcome: removes local traffic currently using I-70.

**L3**

2) Comment # 99: Integrating improvements to non-SOV modes of travel in the northeast metro Denver area into the solution – again, moving trips away from driving alone to transit, ride-sharing, and other programs to projects. Outcome: More balanced mode-split with fewer SOVs.

**M3**

3) Comment # 100: Develop a tandem solution that addresses how I-70 and I-270/I-76 function together – and how to manage traffic using I-70, as well as I-270/I-76, to lower the overall vehicle travel through Elyria and Swansea. Outcome: Trips shifted off of I-70 and better utilize the twin facilities I-270/I-76.

It is unfortunate that the "messaging" in the public debate on the future I-70 remained simplistic and reduced to an "either-or" argument – i.e., pitting I-70 against I-270. CDOT has an opportunity to show leadership and advance a "both-and" conversation on how I-70 and I-270/I-76 can better work together as tandem facilities in the future.

**N3**

4) Comment # 101: Route truck traffic on the I-270/I-76 inner-belt which passes through non-residential communities. Outcome: Fewer trucks on I-70.

Comment # 102: I then request that CDOT initiate the process to garner congressional approval.

**O3**

5) Comment # 103: Apply deviations and variance from AASHTO standards to reduce the footprint of I-70 through Elyria and Swansea.

CDOT's leadership has stated it is a "high bar" to pursue deviances and variations, yet CDOT also has indicated there are countless situations where such deviances and variations have been used in urban regions all across the country.

## Responses to Comments

**H3** CDOT currently provides resources for transportation-related small business through www.connect2dot.org, which is a partnership between CDOT and the CSBDC. Colorado SBDC has offices in Denver, Commerce City, and Aurora. They provide training and resources to small business and individuals seeking to start a small business. Connect2DOT provides introductory trainings, access to CDOT plans, one-on-one consulting, and the Leading Edge program tailored to the transportation industry. Most services are free or low cost.

Additionally, the CRBRC and the project staff will ensure that small businesses are provided opportunities to compete for participation on the project. The project request for proposals will include goals to achieve small business participation on the project, as well as required outreach, networking events and possible incentives. Since this project is expected to be a federally funded, CDOT may not make any local contractor preferences, but will ensure that the local community businesses are informed of all opportunities presented by the project.

Workforce Development

Projects that use US DOT funds are subject to the requirements of CDOT's OJT Program. The OJT Program requires that contractors provide training hours to meet or exceed a goal set for the project. The contractor must operate under a training program approved by FHWA. Though the program is open to all, trainees are to be recruited among women and minorities as available according to census data.

In addition to the requirements of the CDOT OJT program, the CRBRC is developing a strategic approach to preparing and creating opportunities for individuals in the local communities to obtain employment on the project. CDOT is committing to providing support services and other resources locally to maximize workforce development in anticipation of the project. The contractor will also be expected to comply with and develop innovative approaches to the development of the local workforce.

**I3** Comment noted.

**J3** There are no alternatives that can address the purpose and need of the project while staying within current right-of-way, including the No-Action Alternative. For information on the No-Action Alternative please see ALT1 of the Frequently Received Comments and Responses on the Supplemental Draft EIS, located in Part 1 of Attachment Q.

**K3** Even the removal of local traffic from the interstate would still require an expansion of the highway to include additional capacity to meet the regional demand.

**L3** HOV with 3+ passengers will be able to travel in the managed lanes for free, which will encourage ridesharing and reduces VMT. RTD's North Metro and East commuter rail lines that are under construction will provide stations within the communities.

**M3** The traffic modeling includes how I-70 and I-270/I-76 function together.

*Responses continue on the following page.*

| Comments |
|---|
| Source: Submittal | Document Number: 818 | Name: Denver Auditor, Dennis Gallagher |

**Responses to Comments**

**N3** The areas adjacent to I-70 East are highly industrial and rely heavily on trucks to move in and out of the area with ease. If truck access to I-70 were restricted, they would be forced to use local streets to access the local businesses in the area, negatively impacting safety and mobility in nearby neighborhoods. For more information on restricting truck traffic along I-70, please see TRANS8 of the Frequently Received Comments and Responses on the Supplemental Draft EIS, located in Part 1 of Attachment Q.

CDOT will not be initiating the process to garner congressional support to reroute truck traffic on to I-270; however, the I-70 East project does not preclude others from seeking Congress approval.

**O3** The highway design has included multiple measures to minimize impacts to the adjacent neighborhoods. Efforts moving forward will continue to look for opportunities to lessen impacts from the construction and will consider potential design variances as appropriate.

This side intentionally left blank.

| Comments | Responses to Comments |
|---|---|



Source: Submittal    Document Number: 818    Name: Denver Auditor, Dennis Gallagher

**P3**

**Comment # 104**: Again, I then request that CDOT immediately initiate the necessary processes to incorporate deviations and variances into the project so that achieves context-sensitive design- also advanced by FHWA – in these environmental justice neighborhoods.

**Q3**

6) **Comment # 105**: Summary: Implementing this integrated series of improvements results in less traffic on I-70 in the future. Along with other state-of-the-art tools and programs, the need for additional lanes on I-70 through the environmental justice neighborhoods of Elyria and Swansea can be eliminated.

**R3**

**Comment # 106**: I request that CDOT provide an alternative designed to significantly reduce traffic using I-70 below current use today. I request that model runs be provided that helps to identify which strategic components are needed to reduce overall travel on I-70.

**S3**

**Comment # 107**: With this information, I request CDOT to develop a solution for the alignment along I-70 that remains within the current right-of-way (118') and results in less traffic traveling through the environmental justice neighborhoods of Elyria and Swansea.

**T3**

(b) **Comment # 108**: Reduce, and not expand, the area of the neighborhoods exposed to unhealthy air. CDOT's solution should significantly reduce current levels of air pollution and greenhouse gases produced by transportation-related activities in these communities. The current proposal would actually expand the area of the neighborhoods exposed to harmful emissions and pollution. The solution should measurably result in healthier air than there is today in Elyria and Swansea.

**U3**

(c) **Comment # 109**: Restrict any 4-lane managed lane component to the area between DIA and the I-270 interchange near Quebec. I request that CDOT not move forward with any alternative that introduces managed lanes in the environmental justice neighborhoods of Elyria and Swansea.

Conclusion: These factors are necessary to ensure that final design and solution along the I-70 alignment results in benefits and positive outcomes for the environmental justice neighborhoods of Elyria and Swansea. As a result, CDOT will need to modify its "partial cover" option.

**WHAT'S BEST FOR ELYRIA AND SWANSEA?**

**V3**

**Comment # 110**: I demand that Elyria and Swansea be given the same consideration and respect – that they be given fair treatment as environmental justice communities – and that maintaining and enhancing community character, as well as improving the health and quality of life of residents in these neighborhoods are critical values. I believe these values should trump the CDOT current alternative which is so focused on "time savings" for vehicles. The SDEIS alternative results in further damaging these environmental justice neighborhoods, if not outright destroying them – especially Elyria. Doing right by the communities must be the primary guiding principle.

**MEANINGFUL PUBLIC ENGAGEMENT**

**W3**

According to the Environmental Protection Agency's website on Environmental Justice, meaningful public engagement requires an integrated approach that advances (1) improving the natural and built environment, (2) preserving and improving housing, (3) improving health and wellness, and (4) advance

**P3** The highway design has included multiple measures to minimize impacts to the adjacent neighborhoods. Efforts moving forward will continue to look for opportunities to lessen impacts from the construction and will consider potential design variances as appropriate.

**Q3** Even with the improvements noted, traffic demand on I-70 would still require an expansion of the highway to include additional capacity. For information on the need for 10 lanes, please see GEN3 of the Frequently Received Comments and Responses on the Supplemental Draft EIS, located in Part 1 of Attachment Q.

**R3** TDM/TSM strategies, which are programs designed to reduce travel demand and improve the use of the current transportation system, while reducing the need for major capital investment are included in Chapter 3, Summary of Project Alternatives in the Final EIS. For information on consideration of multi-modal forms of transportation, please see TRANS1 of the Frequently Received Comments and Responses on the Supplemental Draft EIS, located in Part 1 of Attachment Q.

**S3** There are no alternatives that can address the purpose and need of the project while staying within current right-of-way, including the No-Action Alternative. For information on the No-Action Alternative, please see ALT1 of the Frequently Received Comments and Responses on the Supplemental Draft EIS, located in Part 1 of Attachment Q.

**T3** As discussed in detail in the Final EIS, all of the alternatives evaluated will experience significant reductions in emissions for all health-related pollutants (except for road dust), even with increases in VMT. For information on air quality in the project area, please see AQ3 and AQ6 of the Frequently Received Comments and Responses on the Supplemental Draft EIS, located in Part 1 of Attachment Q.

**U3** As discussed in Chapter 3 of the Supplemental Draft EIS and Final EIS, there are two operational options considered for the added lanes on the highway - general-purpose lanes and managed lanes. These options were fully evaluated in the Supplemental Draft EIS and Final EIS.

The Managed Lanes Option includes three general-purpose lanes for those who do not wish to use the managed lanes. Incorporation of managed lanes in this option alleviates traffic on the general-purpose lanes as well as providing an option for a congestion free travel lanes.

Based on traffic projects from the DRCOG travel demand model, the 2035 traffic volumes on the portion of I-70 between I-25 and I-270 will require the addition of two new lanes in each direction of I-70 to accommodate the traffic demand for this highway. In an effort to preserve this new capacity for the long term and in order to provide motorist with choices where they can experience a more reliable trip travel time along the entire stretch of I-70 in the study area, the project is recommending that the new capacity be managed. The Preferred Alternative does include direct connections to I-270 in the future to allow for the extension of the manage lanes and to provide for more system to system connectivity. HOV with 3+ passengers will be able to travel in the managed lanes for free, which will encourage ridesharing and reduces VMTs.

*Responses continue on the following page.*