## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-1661-WJM-MEH
*Consolidated with* 17-cv-1679-WJM-MEH

KYLE ZEPPELIN; BRAD EVANS; CHRISTINE O'CONNOR; KIMBERLY MORSE; JACQUELINE LANSING; JANET FEDER;

*and*

SIERRA CLUB; ELYRIA AND SWANSEA NEIGHBORHOOD ASSOCIATION; CHAFFEE PARK NEIGHBORHOOD ASSOCIATION; and COLORADO LATINO FORUM,

Plaintiffs,

v.

FEDERAL HIGHWAY ADMINISTRATION, ELAINE CHAO, in her official capacity as Secretary of Transportation; and JOHN M. CARTER, in his official capacity as Division Administrator, Defendants,

v.

COLORADO DEPARTMENT OF TRANSPORTATION, and SHAILEN P. BHATT, in his official capacity as Executive Director of the Colorado Department of Transportation,

Defendant-Intervenors.

## NOTICE OF FILING IN CASE NO. 17-CV-1661 TO COMPLY WITH COURT'S ORDER OF CONSOLIDATION

Counsel for the Petitioners, Sierra Club, Elyria and Swansea Neighborhood Association, Chaffee Park Neighborhood Association, and Colorado Latino Forum ("Sierra Club Petitioners"), hereby submits this notice that the Sierra Club Petitioners' Motion for Stay of Agency Action Pending Review on the Merits has been filed in the consolidated docket for these cases.

On September 11, 2017, the Court ordered that No. 17-cv-01661 (the "Zeppelin Matter") and No. 17-cv-1679 (the "Sierra Club Matter") be consolidated for the purposes of filing the

administrative record and case management only. The Court further ordered that all papers be filed in docket No. 17-cv-1661.

On November 6, 2017, Counsel mistakenly filed Sierra Club Petitioners' Motion for Stay of Agency Action Pending Review on the Merits in the original docket assigned to the Sierra Club Matter. *See* No. 17-cv-01679, Doc. No. 23. To comply with the order of consolidation, Sierra Club Petitioners also filed the Motion for Stay of Agency Action Pending Review on the Merits in docket No. 17-cv-1661 as docket entry No. 88.[1]

Respectfully submitted,

/s/Gregory N. Corbin

**GREGORY N. CORBIN**  (CO Bar No. 48468)
Milligan Rona Duran & King LLC
1627 Vine St.
Denver, CO 80206
Tel. (720) 414-2000
gnc@mrdklaw.com

ROBERT E. YUHNKE  (CO Bar No. 12686)
4050 SE Hosner Terrace
Gresham, OR 97080
Tel. (303) 499-0425
bob.yuhnke@prodigy.net

ANDREA S. GELFUSO  (CO Bar No. 19773)
2402 S. Holland Street
Lakewood Co 80227
Tel. (303) 955-1910
agelfuso6@gmail.com

*Counsel for the Petitioners Sierra Club, Elyria and Swansea Neighborhood Association, Chaffee Park Neighborhood Association, and Colorado Latino Forum*

---

[1] The Motion for Stay differs only by revising the signature block to comply with the Local Rules.

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of November, 2017, I filed a true and accurate copy of the foregoing with the Clerk of Court via the CM/ECF system, which provided immediate electronic notice of the same to all counsel of record, as indicated below.

/s/ Gregory N. Corbin
Gregory N. Corbin

Carter F. Thurman, Esq.
Mayte Santacruz, Esq.
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, DC 20044-7611
Carter.thurman@usdoj.gov
Mayte.santacruz@usdoj.gov

David A. Carson
U.S. Department of Justice-Denver-ENRS
Environment & Natural Resources Section
999 17th Street
South Terrace, Suite 370
Denver, CO 80212
David.a.carson@usdoj.gov

*Attorneys for Federal Defendants*

John E. Putnam, Esq.
Nicholas A. DiMascio, Esq.
Kaplan Kirsch & Rockwell, LLP
1675 Broadway, Suite 2300
Denver, CO 80202
jputnam@kaplankirsch.com
ndimascio@kaplankirsch.com

Brent E. Butzin, Esq.
Assistant Attorney General
1300 Broadway, Tenth Floor
Denver, Colorado 80203
Brent.butzin@coag.gov

*Attorneys for Defendant-Intervenors*

Melissa A. Hailey
Aaron D. Goldhamer
1290 Broadway, Suite 600
Denver, CO 80203
mah@keatingwagner.com
agoldhamer@keatingwagner.com

James Jay Tutchton
Tutchton Law Office
6439 East Maplewood Avenue
Centennial, CO 80111
jtutchtonlo@gmail.com

*Attorneys for Zeppelin Plaintiffs*