# Exhibit 2:

Attachment C6 to I-70 East ROD 1: Phase 1 (Central 70 Project): Air Quality NEPA Comparison Technical , January 2017



# I-70 East ROD 1:
# Phase 1 (Central 70 Project)

# Air Quality NEPA Comparison Technical Report

# January 2017



# TABLE OF CONTENTS

**Chapter**                                                                                                          **Page**

1   PURPOSE OF THIS REPORT ................................................................................... 1
2   CHANGES SINCE THE FINAL EIS ............................................................................ 1
    2.1   Design Changes ................................................................................... 2
    2.2   Release of the 2040 Focus travel demand model by DRCOG and update
          of year of peak emissions ..................................................................... 2
    2.3   Change in the $PM_{10}$ Study Area ...................................................... 2
3   NEPA COMPARATIVE ANALYSIS ............................................................................ 3
    3.1   Carbon Monoxide Analysis Methodology ............................................ 3
    3.2   $PM_{10}$ Analysis Methodology ........................................................ 5
    3.3   Modeled Results .................................................................................. 7
4   CONCLUSIONS ..................................................................................................... 12
5   REFERENCES ........................................................................................................ 13


**Figures**

Figure 1   Locations for Comparative Air Quality Analysis .................................................. 6
Figure 2   Maximum Concentration Receptor Location for Carbon Monoxide ...................... 8
Figure 3   Maximum Concentration Receptor Locations for $PM_{10}$ at I-70/I-25 ...................... 10
Figure 4   Maximum Concentration Receptor Locations for $PM_{10}$ at I-70/I-225 .................... 11


**Tables**

Table 1   Carbon Monoxide Comparative Analysis Maximum Concentrations ...................... 8
Table 2   $PM_{10}$ Comparative Analysis Maximum Concentrations ........................................ 9

# LIST OF ACRONYMS

| | |
|---|---|
| AM | Morning |
| APCD | Air Pollution Control Division |
| CDOT | Colorado Department of Transportation |
| CDPHE | Colorado Department of Health and Environment |
| CFR | Code of Federal Regulations |
| DRCOG | Denver Regional Council of Governments |
| EIS | Environmental Impact Statement |
| EPA | U.S. Environmental Protection Agency |
| FHWA | Federal Highway Administration |
| GHG | Greenhouse gas |
| I-25 | Interstate 25 |
| I-70 | Interstate 70 |
| I-225 | Interstate 225 |
| I-270 | Interstate 270 |
| LOS | Level of service |
| MOVES2010b | Motor Vehicle Emission Simulator version 2010b |
| MSAT | Mobile source air toxic |
| NAAQS | National ambient air quality standards |
| NEPA | National Environmental Policy Act |
| PM | Afternoon |
| PM10 | Particulate matter of 10 microns or less in diameter |
| ppm | Parts per million |
| ROD | Record of Decision |
| RTP | Regional Transportation Plan |
| SIP | State Implementation Plan |
| TIP | Transportation Improvement Program |
| VMT | Vehicle miles traveled |
| µg/m$^3$ | Micrograms per cubic meter |

# 1   PURPOSE OF THIS REPORT

This document has been prepared to provide updates to the analyses that predict potential impacts to air quality in the designated air quality study area for the Interstate 70 (I-70) East Project as defined in the Final Environmental Impact Statement (Final EIS). Updates included in this report are for the air quality analyses considered for National Environmental Policy Act (NEPA) purposes and to compare the reasonable alternatives discussed in the Final EIS. A separate document has been prepared to detail the draft transportation conformity analysis and the conformity determination for the project.

As outlined in the Final EIS, it is the intent of the Federal Highway Administration (FHWA) and the Colorado Department of Transportation (CDOT) to implement the Preferred Alternative of the I-70 East Project in its entirety. However, due to current funding limitations, there is only enough money to implement Phase 1 of the Preferred Alternative, which is herein referred to as the Central 70 Project. The Record of Decision (ROD) for the Central 70 Project allows it to move forward into construction. The Central 70 Project incorporates portions of the identified Preferred Alternative, the Partial Cover Lowered Alternative with Managed Lanes Option. It includes all construction and mitigation commitments included in the Preferred Alternative from Brighton Boulevard to Chambers Road. It also includes several minor design changes that occurred in consideration of comments received on the Final EIS.

# 2   CHANGES SINCE THE FINAL EIS

Changes or updates to the air quality analysis are documented within the following topical categories:

- Minor adjustments and refinements to the design of the Preferred Alternative resulting from public and agency comments on the Final EIS and continued evaluation of the Build Alternatives

- Release of the 2040 Focus travel demand model by the Denver Regional Council of Governments (DRCOG) and subsequent update of the Regional Transportation Plan (RTP) planning horizon year and year of peak emissions from 2035 to 2040

- A change to locations modeled in the $PM_{10}$ analysis, focusing on maximum receptor areas for $PM_{10}$, as identified in the Final EIS

Through Interagency Consultation, it was confirmed that some of the content of the Final EIS need not be revised based on the updates noted above. Items not updated in this document include the emissions inventory of health-based National Ambient Air Quality Standards (NAAQS), mobile source air toxics (MSATs), and greenhouse gases (GHGs). In the Final EIS, the project examined regional emissions of these pollutants on a broad scale and followed FHWA guidance in *Interim Guidance Update on Mobile Source Air Toxic Analysis in NEPA (December 6, 2012)*.

The Final EIS included an emissions inventory of atmospheric carbon dioxide for all alternatives discussed. Though there is new GHG guidance, Interagency Consultation with FHWA, EPA, and APCD confirmed that it is not necessary to repeat this analysis because of the following reasons:

- Changes to the project design are minimal, so changes to results of analysis at the air quality study area level—which includes the entire project, as well as the surrounding local road network—would not be noticeable

- The regional air quality inventory analysis is primarily a trend-line comparison between project alternatives. The Final EIS adequately discusses these trends for the use of a NEPA comparison and updates to the analysis for the ROD would not alter previously shown regional air quality trends

- The new GHG guidance states that projects that have published a Final EIS are not required to update their analysis

## 2.1 Design Changes

There have been minor adjustments and refinements to the design of the Preferred Alternative. The changes to the design resulted from public and agency comments on the Final EIS and continued evaluation of the Build Alternatives. These design refinements include, but are not limited to, revising some intersection configurations, installing ramp meters at entrance ramps, adding turn lanes on frontage roads and other surface streets, and revising on- and off-ramps and managed lane ingress/egress locations. These design refinements do not change the overall result of the analysis performed for any of the alternatives.

Because the design modification will cause a change, albeit a minor one, to traffic patterns in the project area and within the comparative areas, traffic analysis was updated and air quality analysis was replicated using new traffic inputs to validate the comparison of reasonable alternatives in the Final EIS. The decision to update air quality results in this manner was confirmed through the Interagency Consultation process.

## 2.2 Release of the 2040 Focus travel demand model by DRCOG and update of year of peak emissions

Since the Final EIS, DRCOG released its updated 2040 RTP, which utilizes the Focus travel demand model. Although the trip-based Compass travel demand model used for the Final EIS continues to be an approved resource for quantifying traffic in the region, CDOT decided in consultation with the interagency partners to revise the traffic volumes used for the NEPA comparative analysis should be developed from the Focus travel demand model.

As of March 16, 2016, the Central 70 Project has been incorporated into the 2015 Cycle 2 Amendments to the 2040 Fiscally Constrained RTP. The carbon monoxide and $PM_{10}$ analyses have been updated since the Final EIS reflecting the 2040 timeframe of DRCOG 2040 RTP. Additionally, 2040 has been identified as the year of peak emissions based on regional transportation and air quality analysis that show 2040 to be the year of the highest traffic volume and highest regional emissions of $PM_{10}$ and carbon monoxide (DRCOG, 2016a; DRCOG, 2015a).

## 2.3 Change in the $PM_{10}$ Study Area

The air quality comparative analysis was conducted at locations that are expected to have the highest concentrations of $PM_{10}$ across the study area. Changes to the study area are described in Section 3.2 of this document.

# 3   NEPA COMPARATIVE ANALYSIS

This section discusses the updates to the results of the air quality comparative analysis and the effects of the alternatives on carbon monoxide and $PM_{10}$ emissions. This analysis is not meant to meet the requirements for the project-level conformity determination for I-70 East, but as an update to the comparison of effects between the alternatives discussed in the Final EIS for NEPA purposes.

## 3.1   Carbon Monoxide Analysis Methodology

As described above, design changes made since the release of the Final EIS resulted in minor modifications to traffic patterns. To reflect these changes, all of the alternatives were updated using the 2040 travel demand model with links revised to reflect the design changes. The new traffic data were used to update the carbon monoxide comparative models, as agreed to through Interagency Consultation.

During Interagency Consultation, the EPA Administrator for Region 8 approved a process decision to streamline the comparative intersection analysis of numerous years by creating a worst-case scenario using the worst-case emissions factors combined with the worst traffic volume. As agreed to by the EPA Administrator and reported in the Final EIS, the carbon monoxide analysis for the I-70 East Project used the highest vehicle miles traveled (VMT) activity in the year 2035, combined with the Motor Vehicle Emissions Simulator (MOVES) emissions factors in the opening year 2010.

For the update of the carbon monoxide NEPA comparative analysis, the methodology remained primarily the same as the Final EIS. The highest emission factors (2022) were combined with the highest traffic volumes (2040). Because the improvements will not be built for several more years, 2022 was judged to be more representative of opening-day conditions than 2010. This method overstates carbon monoxide concentrations, but ensures the maximum potential carbon monoxide concentrations are considered. Other modeling parameters, such as meteorology, were consistent with those used during Final EIS carbon monoxide hotspot analysis.

### Model selection

An emissions model and an air quality dispersion model were selected through the Interagency Consultation process. The analysis for the ROD used the same models as with the Final EIS, and continued to use EPA's MOVES2010b model at the project level to estimate emissions for each roadway link in the carbon monoxide study area. The update to the analysis started in May 2016 during the MOVES2014 grace period

As with the Final EIS, EPA's CAL3QHC software was used to conduct carbon monoxide dispersion modeling.

### Model year

The worst traffic year was updated following the Final EIS, from 2035 to 2040. As discussed above, this update is consistent with regional air quality modeling and with the choice to represent the worst-case scenario. CDOT agreed with APCD's request to use 2022 for the updated modeling to represent the project opening year. The project analysis is required to account for the year of peak emissions within the time frame of the long range plan, and 2010 is not within that timeframe.

## Locations to model

As with the Final EIS, the Colorado Boulevard interchange was identified as the location to represent the worst traffic conditions on the corridor. For the Final EIS, a sensitivity analysis was performed using the DynusT traffic model to validate the choice of the I-70 interchange at Colorado Boulevard as the worst-case location for the carbon monoxide NEPA comparative analysis. The analysis found that the I-70 interchanges at Quebec Street and Colorado Boulevard are the two worst interchanges in 2035, with the model predicting slightly higher carbon monoxide emissions at the Quebec Street interchange due to higher traffic volumes and longer delays.

While updating the traffic data to the most recent 2040 Focus model released since publication of the Final EIS, the traffic volumes at Colorado Boulevard and Quebec Street were reviewed again. The predicted 2040 traffic Level of Service (LOS) at Colorado Boulevard in the morning (AM) and afternoon (PM) peak hours is LOS D. The same relatively small differences in traffic and congestion between the two intersections exist in the new 2040 model as was reported in the Final EIS. The predicted results from modeling carbon monoxide emissions would vary only by 0.2 parts per million (ppm) to 0.4 ppm, as disclosed in the Final EIS Air Quality Technical Report. Given the minimal differences, continued use of the I-70 and Colorado Boulevard interchange as the location for the carbon monoxide analysis is appropriate.

## Emission factors

Carbon monoxide emission factors were developed using MOVES2010b for 2040. Carbon monoxide emission factors were developed for various vehicle types, road slopes, road types, and vehicle speeds. From these data, composite carbon monoxide emission factors were developed for each road segment by referencing emission factors for DRCOG traffic links, depending on the traffic and geographic characteristics of those links.

## Background concentrations

To estimate maximum carbon monoxide concentrations, modeled results were added to background values provided by APCD. Values for background concentrations in the year 2040 related to measured concentrations in the NAAQS are as follows:

- One-hour background concentration = 5.5 ppm
- Eight-hour background concentration = 3.6 ppm

These values show a 14-percent reduction from the one-hour background concentration estimates used in the Final EIS and a 21-percent reduction for eight-hour background concentrations.

## Alternatives analyzed

As discussed previously, the primary purpose of the comparative analysis is to update results documented in the Final EIS based on minor design changes and traffic forecasts for the year 2040. As agreed to by the EPA Region 8 Administrator and reported in the Final EIS, the carbon monoxide analysis for the I-70 East Project used the highest VMT activity in 2040 combined with the MOVES emissions factors in the opening year. This method produces artificial modeling conditions that overstate carbon monoxide concentrations, but ensures the maximum potential carbon monoxide concentrations are considered.

## 3.2  PM$_{10}$ Analysis Methodology

As described above, design changes made since the release of the Final EIS resulted in minor modifications to traffic patterns. The new traffic data were used to update the PM$_{10}$ comparative models for each reasonable alternative in the Final EIS, as agreed to by Interagency Consultation.

Methodology for conducting the PM$_{10}$ comparative analysis, as well as for calculating a design value, are consistent with processes documented in the Final EIS. EPA's guidance (EPA-420-B-15-084) for calculating design values was applied to the PM$_{10}$ comparative analysis; and the design values estimated through the comparative analysis were assessed for each alternative and compared against the NAAQS for PM$_{10}$.

### Model selection

Continued from the Final EIS, EPA's MOVES2010b model was used at the project scale to estimate emissions for each roadway link. EPA's AERMOD model (version 15181) was selected through Interagency Consultation for the air dispersion analysis and estimation of pollutant concentrations at receptors in the local near-road land areas. AERMOD can model lowered sections of roadway, as in the Partial Cover Lowered Alternative, as well as the outflow from the proposed covered portion of I-70.

### Model year

As discussed previously, for consistency with regional air quality modeling and based on assumptions developed from regional PM$_{10}$ modeling results, 2040 has been identified as the year of peak emissions, and is, therefore, the most indicative of the worst air quality conditions for a comparative analysis.

### Locations to model

The air quality comparative analysis was conducted at locations that are expected to have the highest concentrations of PM$_{10}$ across the study area. Considerations for locations with the highest concentrations include areas with the highest traffic volumes and congestion, nearby land uses with public access, high numbers of diesel vehicles, and other factors.

Based on the locations of maximum receptors and results presented in the Final EIS, the interchange of I-70 and I-25 and the interchange of I-70 and Interstate 225 (I-225) have been maintained as the primary focus areas for the NEPA comparative analysis (see Figure 1). Previous modeling indicated that the highest concentrations were predicted along the I-25 corridor and along I-70 at the I-225 interchange.

**Figure 1    Locations for Comparative Air Quality Analysis**



For the project analysis, traffic links were included in the air quality model if there was a design or operational change to the roadway network or if the project had a negative impact on roadway operations. This included local roads and intersection operations where there are designs that add capacity.

## Emission factors

Emission factors for $PM_{10}$ were developed using MOVES2010b. $PM_{10}$ emission factors were developed for various vehicle types, road slopes, road types, and vehicle speeds. From these data, composite particulate emission factors were developed for each road segment by referencing emission factors for DRCOG traffic links, depending on the traffic and geographic characteristics of those links.

Road dust from mobile sources is the major contributor of particulate emissions from the project. MOVES does not calculate particulate matter emissions from road dust. To estimate road dust and sanding emissions for this analysis, emissions factors from the most recent $PM_{10}$ conformity modeling were used, accounting for dust mitigation controls committed to by CDOT in consultation with APCD.

## Background concentrations

Updated EPA guidance (see Attachment B, Updates to Agency Consultation Addendum) requires use of the third highest $PM_{10}$ value over a three-year period, excluding exceptional events, to represent background concentrations. For the NEPA comparative analysis, the background concentrations were estimated using 2012 to 2014 data, resulting in a background $PM_{10}$ value of 113 micrograms per cubic meter ($\mu g/m^3$)

**Alternatives analyzed**

As discussed previously, the primary purpose of the comparative analysis is to update results documented in the Final EIS based on minor design changes and traffic forecasts for the year 2040. To accomplish this, the following alternatives were analyzed:

- No-Action Alternative
- Revised Viaduct Alternative, General-Purpose Lanes
- Revised Viaduct Alternative, Managed Lanes
- Partial Cover Lowered Alternative, General-Purpose Lanes
- Partial Cover Lowered Alternative, Managed Lanes (Preferred Alternative)
- Central 70 (Phase 1)

**Receptor grid**

The methodology to determine the receptor placement remained the same for the air quality update as described in the Final EIS. However, the design changes described above required minor changes to the location of the receptors in the comparative model. The project limits are different with the design modifications, and because the receptor grid is required to be a certain distance from the roadway, the placement of receptors changed.

## 3.3  Modeled Results

### 3.3.1 Carbon Monoxide

Table 1 and Figure 2 show the modeled 1-hour and 8-hour carbon monoxide concentrations from CAL3QHC and the resulting total carbon monoxide concentrations for the Preferred Alternative and Central 70 Project for the AM and PM peak periods at I-70 and Colorado Boulevard. Concentrations in the table are shown for the receptors with the highest levels inside the study area for the carbon monoxide analysis. As the numbers indicate, the 8-hour design values resulting from the AM and PM analysis are both well below the 8-hour NAAQS limit of 9.0 ppm. Since the carbon monoxide comparative analysis is a worst-case scenario, it is reasonable to conclude that the carbon monoxide concentrations at any intersection affected by the Preferred Alternative also would be well below the NAAQS limit.

**Table 1    Carbon Monoxide Comparative Analysis Maximum Concentrations**

| Analysis Time Period | Time of Day | Carbon Monoxide Concentration in parts per million (ppm) | | |
| --- | --- | --- | --- | --- |
| | | Background* | Modeled | Total Background + Modeled |
| **Preferred Alternative (Partial Cover Lowered Alternative with Managed Lanes)** | | | | |
| 1-hour | AM | 5.5 | 1.4 | 6.9 |
| | PM | | 1.9 | 7.4 |
| 8-hour | AM | 3.6 | 0.9 | 4.5 |
| | PM | | 1.3 | 4.9 |
| **Central 70 Project (Phase 1 of the Preferred Alternative)** | | | | |
| 1-hour | AM | 5.5 | 1.4 | 6.9 |
| | PM | | 1.9 | 7.4 |
| 8-hour | AM | 3.6 | 0.9 | 4.5 |
| | PM | | 1.2 | 4.8 |

*Background concentrations provided by APCD.

**Maximum receptor locations**

The receptor with the maximum carbon monoxide concentrations is shown in Figure 2. The maximum receptor for both the AM and PM periods is located in the southwestern quadrant of the Colorado Boulevard interchange. This location differs from results presented in the Final EIS, which showed the maximum receptor in the northwestern quadrant in the AM period. Modeled concentrations make up such a small percentage of the total carbon monoxide concentrations that small variations in traffic input are exaggerated in the comparisons between modeling estimations for each receptor. This exaggeration would explain differences between the Final EIS and ROD modeling results.

**Figure 2    Maximum Concentration Receptor Location for Carbon Monoxide**



### 3.3.2 PM$_{10}$

Table 2 contains the comparative analysis results for the I-70/I-225 and I-70/I-25 locations, for the alternatives evaluated in the Final EIS. The modeled project emissions concentrations include exhaust, brake wear, and tire wear emissions from on-road vehicles and re-entrained road dust kicked up into the air by passing vehicles. Design values for PM$_{10}$ are reported using EPA's guidance (EPA-420-B-15-084). To develop these estimates, the 24-hour PM$_{10}$ design value is rounded per guidance to the nearest 10 µg/m$^3$. For example, 155.000 rounds to 160, and 154.999 rounds to 150.

**Table 2    PM$_{10}$ Comparative Analysis Maximum Concentrations**

| Alternative/Location | PM$_{10}$ Concentration in micrograms per cubic meter (µg/m$^3$) | | | |
| --- | --- | --- | --- | --- |
|  | Background | Modeled | Total Background + Modeled | Design Value |
| **No-Action Alternative** | | | | |
| I-70 and I-25 | 113 | 40.396 | 153.396 | 150 |
| I-70 and I-225 |  | 28.732 | 141.732 | 140 |
| **Preferred Alternative (Partial Cover Lowered Alternative with Managed Lanes)** | | | | |
| I-70 and I-25 | 113 | 41.196 | 154.196 | 150 |
| I-70 and I-225 |  | 32.285 | 145.285 | 150 |
| **Central 70 Project (Phase 1 of the Preferred Alternative)** | | | | |
| I-70 and I-25 | 113 | 41.136 | 154.136 | 150 |
| I-70 and I-225 |  | 32.220 | 145.220 | 150 |
| **Revised Viaduct Alternative, General-Purpose Lanes** | | | | |
| I-70 and I-25 | 113 | 41.554 | 154.554 | 150 |
| I-70 and I-225 |  | 30.564 | 143.564 | 140 |
| **Revised Viaduct Alternative, Managed Lanes** | | | | |
| I-70 and I-25 | 113 | 41.073 | 154.073 | 150 |
| I-70 and I-225 |  | 32.968 | 144.968 | 140 |
| **Partial Cover Lowered Alternative, General-Purpose Lanes** | | | | |
| I-70 and I-25 | 113 | 41.703 | 154.703 | 150 |
| I-70 and I-225 |  | 31.085 | 144.085 | 140 |

**Maximum receptor locations**

Similarly to the Final EIS, PM$_{10}$ concentration levels vary throughout the I-25 and I-225 PM$_{10}$ comparative analysis areas depending on the alternative modeled. Figure 3 and Figure 4 show receptor locations and maximum receptor values for the I-70/I-25 and I-70/I-225 PM$_{10}$ comparative areas for all alternatives analyzed. As shown, the maximum receptor for all alternatives is located in the southeast quadrant of the I-25/I-70 interchange.

| Air Quality NEPA Comparison Technical Report | I-70 East ROD 1:<br>Phase 1 (Central 70 Project) |
|---|---|

**Figure 3  Maximum Concentration Receptor Locations for $PM_{10}$ at I-70/I-25**



**Figure 4    Maximum Concentration Receptor Locations for $PM_{10}$ at I-70/I-225**



Based on the values reported in Table 2, the results of the $PM_{10}$ comparative analysis demonstrate that all of the alternatives are within a 7-percent difference and many values are estimated to have the same design value. The No Action and Revised Viaduct Alternatives are estimated to have a design value of 140 µg/m$^3$ while the other alternatives, including the Preferred Alternative and the Central I70 Project, have a design value of 150 µg/m$^3$. It should be noted that all alternatives including the Preferred Alternative, will be in compliance with the applicable 24-hour NAAQS standard for $PM_{10}$ (150 µg/m$^3$).

As with results presented in the Final EIS, the design values presented in Table 2 simulate worst-case conditions because they represent the highest $PM_{10}$ concentrations at the highest traffic volume locations in the corridor. Therefore, it can be assumed that the $PM_{10}$ concentrations would be lower than these values at every possible receptor location throughout the corridor, including all schools, parks, open spaces, and other places.

# 4   CONCLUSIONS

As stated previously, carbon monoxide concentrations for the Preferred Alternative and Central 70 Project for the AM and PM peak periods at I-70 and Colorado Boulevard are both well below the 8-hour NAAQS limit of 9.0 ppm. Since the carbon monoxide comparative analysis is a worst-case scenario, it is reasonable to conclude that the carbon monoxide concentrations at any intersection affected by the Preferred Alternative also would be well below the NAAQS limit.

The results of the $PM_{10}$ comparative analysis demonstrate that all of the alternatives are within a 7-percent difference and many values are estimated to have the same design value. All alternatives including the Preferred Alternative, will be in compliance with the applicable 24-hour NAAQS standard for $PM_{10}$ (150 µg/m$^3$).

# 5   REFERENCES

Clean Air Act of 1990, Pub. L. No.101-549, 42 USC) §7401–7661. (1990).

Colorado Department of Transportation. (2015). *2016–2019 State Transportation Improvement Program.* Denver: Author.

Denver Regional Council of Governments. (2015a). *DRCOG 2040 Metro Vision Regional Transportation Plan*. Denver: Author.

Denver Regional Council of Governments. (2015b). *2016–2021 Transportation Improvement Program*. Denver: Author.

Denver Regional Council of Governments. (2016a). *2015 Cycle 2 Amendments, CO and PM$_{10}$ Conformity Determination for the DRCOG Fiscally Constrained Regional Transportation Plan*. Denver: Author.

Denver Regional Council of Governments. (2016b). *2015 Cycle 2 Amendments, Denver Southern Subarea 8-hour Ozone Conformity Determination for the DRCOG Fiscally Constrained Regional Transportation Plan*. Denver: Author.

U.S. Environmental Protection Agency. (2012). Transportation Conformity Regulations, as amended, 40 CFR §51.390 and §93. Washington, D.C.: U.S. Government Printing Office.

U.S. Environmental Protection Agency. (2015). *Transportation Conformity Guidance for Quantitative Hot-Spot Analyses in PM$_{2.5}$ and PM$_{10}$ Nonattainment and Maintenance Areas.* EPA-420-B-15-084. Washington, D.C.: U.S. Government Printing Office.

| Air Quality NEPA Comparison Technical Report | I-70 East ROD 1: Phase 1 (Central 70 Project) |
|---|---|

This page intentionally left blank.