Exhibit 4:

Excerpts from I-70 East Final Environmental Impact Statement
and Section 4(f) Evaluation, January 2016




COLORADO
Department of
Transportation

# I-70 East Final Environmental Impact Statement
## and Section 4(f) Evaluation

**JANUARY 2016**

**VOLUME 1 OF 3**

# 5.8 Visual Resources and Aesthetic Qualities

*This section discusses the visual resources and aesthetic qualities in the study area and explains why they are important to the project. The impacts of the project alternatives on these resources also are evaluated and proposed mitigation measures are discussed to offset any potential adverse effects.*

Since the Supplemental Draft EIS was published in August 2014, additional analyses and content review have been performed for many of the resources discussed in this document. These updates, along with changes resulting from the comments received on the Supplemental Draft EIS, have been incorporated into this Final EIS. In this section, the updates include the following items:

- An *Aesthetic and Design Guidelines* plan for the corridor was developed. This document is included as Attachment O to the Final EIS.

- Section was reorganized to better describe impacts from the alternatives.

## 5.8.1 What are visual resources and why are they important to this project?

FHWA defines visual resources in the memorandum, "Esthetics and Visual Quality Guidance Information" as, "those physical features that make up the visible landscape, including land, water, and vegetative and man-made elements. These elements are the stimuli upon which actual visual experience is based." (FHWA, 1986, page 5)

NEPA and CEQ regulations identify aesthetics as one of the elements in the human environment that must be considered in determining the effects of a proposed project. Visual resources make up the aesthetic qualities of an area. They are important to this project, especially between Brighton Boulevard and Colorado Boulevard, because the existing viaduct has a dominant visual presence in the area and any changes to it will result in changes in the surrounding environment.

## 5.8.2 What study area and evaluation process were used to analyze visual resources?

The study area for visual resources is composed of two parts: (1) the view from the highway, and (2) the view of the highway from surrounding neighborhoods.

An inventory of visual resources seen from key observation points (vantage points) within the study area was developed through field survey and public scoping meetings. These resources were evaluated to determine their aesthetic quality—either positive or negative—and then reviewed to identify potential impacts from the project alternatives. Computer simulations, photos, aerial imagery, site visits, and draft engineering drawings assisted in this evaluation.

In compliance with FHWA visual impact assessment guidance (FHWA, 1986, page 136), the visual quality or aesthetic quality of each resource is noted, rated, and compared to the existing conditions based on the following terms from FHWA guidelines:

- **Vividness.** How memorable and distinctive the landscape component is.

- **Intactness.** How much visual integrity the natural and human-built landscape has, and its freedom from encroaching elements.

- **Unity.** How much visual coherence and compositional harmony the landscape has, considered as a whole.

Potential impacts are noted when the view of a visual resource is blocked or impeded, the view is changed, and if light and glare would adversely affect the day or night view.

Following this assessment, each of the project alternatives was assessed for potential impacts from light and glare to visual resources.

## 5.8.3 What are the existing visual resources along I-70?

The general visual character along I-70 is urban, dominated by commercial and industrial warehouses, transportation facilities, and residential structures. Visual resources are those that are visible to travelers on I-70 and those that are visible from the surrounding neighborhoods. Due to the visual character of the corridor being urban, the number of visual resources is too numerous to identify every resource.

As a result, the locations of some of these resources are shown in **Exhibit 5.8-1** and are explained in detail in this section. These resources have been identified through public involvement and include views from the highway and views of the highway, depending on their location.

**Exhibit 5.8-1       Visual Resources along I-70**



## I-70 East highway

The highway has a large footprint and is a dominant landscape feature. Concrete traffic lanes, overpasses, barriers, and moving vehicles dominate the visual character of I-70, which is typical of urban highways. Throughout the project corridor, I-70 is either elevated on a bridge structure (the viaduct) or at grade. The viaduct portion begins at the I-25 interchange and extends eastward to just west of the Colorado Boulevard interchange. The at-grade portion of the highway extends from just west of the Colorado Boulevard interchange to the eastern edge of the project corridor at Tower Road.



*I-70 at Colorado Boulevard looking west*

The visual presence of the roadway is greater where it is elevated because it is more noticeable from afar and more dominant from nearby as compared to the at-grade section. The presence of the highway also is distinctly greater to nearby residential neighborhoods. Most nearby residents dislike the viaduct visually because it dominates views. This is considered an aesthetic disadvantage to the neighborhood.

### Rocky Mountains

Travelers going west on I-70, and some residents in the surrounding neighborhoods, can view the Front Range of the Rocky Mountains. The mountains are visible at the far west on a clear day and are considered a desirable visual resource in the area.



*I-70 east of Brighton Boulevard looking west*

### Downtown skyline

Downtown Denver is located approximately five miles southwest of the I-70 viaduct. The downtown skyline is visible only to the travelers on I-70 near or on the viaduct. The viaduct and the larger industrial buildings block this view from the residential neighborhoods in the area. The view of the downtown skyline is a desirable resource that should be preserved and enhanced.



*I-70 looking southwest*

### I-25 interchange

The I-25 and I-70 interchange is located at the western edge of the project corridor. This interchange also is known locally as the "mousetrap" due to sharp turns of the original design. The visual characteristic of this resource is that of a typical highway-to-highway interchange, so it is not considered a negative or positive visual resource.



*Westbound I-70 east of the I-25 interchange looking west*

### Nestlé Purina PetCare Company

The Nestlé Purina PetCare Company operates a large manufacturing facility in the center of the Elyria and Swansea Neighborhood. This facility is located to the south, adjacent to the existing I-70 viaduct, and dominates the skyline of the area with its large white concrete façade.



*Nestlé Purina PetCare Company tower south of I-70 at York Street*

This building has been a major landmark in the area for decades. Due to its shape and condition, however, it is not considered a desirable visual resource. Other commercial facilities along the corridor have a similar visual quality, including Manna Pro Corporation, Univar, Safeway Distribution Center, and numerous other warehouses anddistribution buildings.

### Swansea Elementary School

Swansea Elementary School serves grades pre-kindergarten through fifth in the Denver Public Schools District and is located in the Elyria and Swansea Neighborhood just north of the I-70 viaduct. The school is one of the few public facilities in this neighborhood and is highly valued by the residents. The school also is only visible from surrounding residences north and south of I-70. The school's playground provides a view of mature trees and playground facilities for residents.



*Swansea Elementary School playground from Elizabeth Street*

### I-70 viaduct

The construction of the I-70 viaduct in 1964 bisected the Elyria and Swansea Neighborhood. This aging viaduct is considered structurally deficient and functionally obsolete by CDOT and FHWA standards. The viaduct is a dominant visual feature in Elyria and Swansea. The viaduct is considered undesirable by residents, as it visually divides the neighborhood.



*Elizabeth Street at 46th Avenue intersection looking southwest*

### Sand Creek Greenway corridor

The existing I-70 alignment, immediately east of Quebec Street, crosses over the Sand Creek Greenway corridor. The Sand Creek Greenway corridor is a natural area and open space that includes an urban greenway trail. The corridor has an aesthetically high value, though it is difficult to see from the highway.



*Sand Creek Drive and East 49th Avenue looking south*

### Central Park Boulevard interchange

The Central Park Boulevard and I-70 interchange is located in the eastern portion of the project corridor. The visual characteristic of this resource is that of a typical highway-to-major street interchange, so it is considered a neutral visual resource.



*I-70 east of the Central Park Boulevard interchange looking west*

### I-225 interchange

The I-225 and I-70 interchange is located in the eastern portion of the project corridor. The visual characteristic of this resource is that of a typical highway-to-highway interchange, so it is not considered a negative or positive visual resource.



*Eastbound I-70 at the I-225 interchange looking east*

### 5.8.4 What are the potential impacts to visual resources and aesthetic qualities and how are they assessed?

Impacts to aesthetic qualities were assessed for views of the highway from the surrounding area and views from the highway that drivers will experience. Various tools were used for this assessment, including visual simulations, vantage point views, and aesthetic quality rating criteria. The conclusions made through this assessment are the basis for identifying the impacts from alternatives.

#### Changes to views from the highway

For the No-Action Alternative and the Revised Viaduct Alternative, vehicles traveling eastbound on I-70 between Brighton Boulevard and Colorado Boulevard will experience a view similar to the existing conditions. Traveling westbound on I-70, the views will be slightly different depending on the north or south options.

Vehicles traveling west on the highway with the North Option of each alternative will experience a view similar to existing conditions, with the Nestlé Purina PetCare Company's building remaining on the south side of the highway and a view of the mountains to the far west. The new noise walls on the viaduct, however, will obstruct views of the downtown skyline.

Vehicles traveling west on the highway with the South Option of each alternative will have a different view compared to existing conditions due to removal of the Nestlé Purina PetCare Company facility. The new viaduct's noise walls also will obstruct views of the downtown skyline.

The views for vehicles traveling eastbound and westbound with the Partial Cover Lowered Alternative will be entirely different from the existing conditions. Between the UPRR tracks and Colorado Boulevard, vehicles traveling on I-70 in either direction will be below the existing ground level with retaining walls on each side, resulting in completely different views for drivers on the highway as compared to the existing conditions. The view under the covered area is constrained by the cover

> **What are visual simulations?**
>
> Visual simulations are computer-generated images that illustrate proposed visual changes and relative scale of the proposed structures compared to the existing facilities from a pedestrian's point of view.

> **What is a vantage point?**
>
> A vantage point is a place from which something can be viewed. In this case, the selected vantage points are locations in Elyria and Swansea where the I-70 viaduct is visible from the neighborhood.



*Driver's view visual simulation of Partial Cover Lowered Alternative (Managed Lanes Option)*

and the height of the walls separating eastbound and westbound traffic.

Other features that will be part of the I-70 East project include new or rebuilt water quality ponds, detention basins, retaining walls, and so on. These features will change the terrain and, therefore, the visual environment along the project corridor that people on or off the highway are accustomed to seeing. These other features will be designed in accordance with the *Aesthetic and Design Guidelines,* as seen in Attachment O of this document.

With the Managed Lanes Option, vehicles traveling on I-70 experience slightly different views from the General-Purpose Lanes Option because of the direct connections from the managed lanes to other facilities at I-270, I-225, and Peña Boulevard.

In addition, the Managed Lanes Option for the Revised Viaduct Alternative and Partial Cover Lowered Alternative will require construction and installation of new infrastructure on the highway in the form of overhead gantries and new signage. This addition will create new visual impacts along the project corridor. Since no specific features have been designed at this time, it is not possible to estimate how many gantries or signs will be needed or where they will be located exactly. Because there are other similar managed lanes facilities already in use in the Denver metro area, e.g., along US 36 and I-25, it is reasonable to assume that the new managed lanes infrastructure along I-70 would be very similar in appearance. Despite the lack of specifics, it is important to acknowledge that managed lanes infrastructure will create a different visual image than people on or off the highway are accustomed to seeing, but these facilities will be designed in accordance with the *Aesthetic and Design Guidelines,* as seen in Attachment O of this document.

### Changes to views toward the highway

As part of the analysis, vantage points were selected between Brighton Boulevard and Colorado Boulevard to prepare visual simulations for the project alternatives. The vantage points were selected in this area because the major changes to the visual resources occur between Brighton Boulevard and Colorado Boulevard. The field of view of the visual simulations is limited to match the human-eye view, but the overall visual analysis considers the entire view. **Exhibit 5.8-2** shows the location and direction of the vantage points for which visual simulations have been prepared. Although the exhibits simulate the potential future view, they do not show the specific final aesthetic treatments, styles, and colors that may be used.

**Exhibit 5.8-2       Vantage Points**



## Vantage Point 1—Elyria and Swansea Neighborhood north of I-70

The first vantage point is identified on the west side of the UPRR tracks on Vine Street in the residential area of the Elyria and Swansea Neighborhood. The Vantage Point 1 visual simulations are pointed southeast toward one of the tallest buildings and a major landmark in the area, the Nestlé Purina PetCare Company facility.

The Revised Viaduct, North Option will not substantially change the visual character of this vantage point. A new bridge structure with larger column spacing—as envisioned in preliminary designs—will slightly improve the aesthetic quality of this area compared to the existing conditions.

The Revised Viaduct, South Option also replaces the bridge structure but removes the Nestlé Purina PetCare Company facility, resulting in a greater visual change in the area. Removing this building potentially opens up some views to the downtown Denver skyline; however, it will be limited from this vantage point because of the viaduct structure.

With the Partial Cover Lowered Alternative, the area will be less visually dominated by the highway structure. Safety barriers will introduce a new, though smaller, visual obstacle to the area.

The Managed Lanes Option for the Revised Viaduct Alternative and Partial Cover Lowered Alternative will require construction and installation of new infrastructure on the highway in the form of overhead gantries and new signage. This addition will create new visual impacts along the project corridor.

**Exhibit 5.8-3** shows the visual simulations of Vantage Point 1 for Build Alternatives compared to the existing conditions.

**Exhibit 5.8-3        Vantage Point 1: Elyria and Swansea Neighborhood North of I-70**



*Existing conditions*



*Revised Viaduct Alternative, North Option*



*Revised Viaduct Alternative, South Option*



*Partial Cover Lowered Alternative*

## Vantage Point 2—Swansea Elementary School

The second vantage point is on Elizabeth Street, adjacent to Swansea Elementary School, on the north side of the highway. The Vantage Point 2 visual simulations are pointed southwest toward Swansea Elementary School, which is one of the major landmarks in the neighborhood.

The Revised Viaduct Alternative, North Option and Partial Cover Lowered Alternative propose changes and updates to the school property because they move the highway closer to the school and require acquisition of a portion of the school property. **Exhibit 5.8-4** shows the changes in the visual character for Build Alternatives compared to the existing conditions. The new space under the viaduct would be designed in context with input from the community and Denver and will follow the *Aesthetic and Design Guidelines* prepared for the corridor, provided in Attachment O of this document.

The Managed Lanes Option for the Revised Viaduct Alternative and Partial Cover Lowered Alternative will require construction and installation of new infrastructure on the highway in the form of overhead gantries and new signage. This addition will create new visual impacts along the project corridor.

The overall visual character and aesthetic quality of this area will improve as a result of the new facility with all of the alternatives as envisioned in the preliminary designs. Although the visible mass of the structure increases with the Revised Viaduct Alternative, this alternative improves the aesthetic quality by replacing the old viaduct with new infrastructure. The Partial Cover Lowered Alternative improves the aesthetic quality of the area more than the No-Action and Revised Viaduct Alternatives because it reduces the roadway's visual dominance in the area by removing the existing viaduct and introducing a new public space.

**Exhibit 5.8-4        Vantage Point 2: Swansea Elementary School**



*Existing conditions*



*Revised Viaduct Alternative, North Option*



*Revised Viaduct Alternative, South Option*



*Partial Cover Lowered Alternative*

## Vantage Point 3—Elyria and Swansea Neighborhood south of I-70

The third vantage point is south of the existing highway on Fillmore Street in the Elyria and Swansea Neighborhood. The Vantage Point 3 visual simulations point north toward the highway.

The Managed Lanes Option for the Revised Viaduct Alternative and Partial Cover Lowered Alternative will require construction and installation of new infrastructure on the highway in the form of overhead gantries and new signage. This addition will create new visual impacts along the project corridor.

The overall visual character and aesthetic quality of this area will improve as a result of the new facility with all of the alternatives. Although the visible mass of the structure increases with the Revised Viaduct Alternative, this alternative improves the aesthetic quality by replacing the old viaduct with new infrastructure. With the Partial Cover Lowered Alternative, similar to the first and second vantage points, the highway will be below the existing ground level, making it less visible in this area. Safety barriers will introduce a new, though smaller, visual obstacle to the area.

**Exhibit 5.8-5** shows the visual simulation of the Build Alternatives compared to the existing conditions.

**Exhibit 5.8-5        Vantage Point 3: Elyria and Swansea Neighborhood South of I-70**



*Existing conditions*



*Revised Viaduct Alternative, North Option*



*Revised Viaduct Alternative, South Option*



*Partial Cover Lowered Alternative*

### *Aesthetic quality assessment*

The effects to the aesthetic quality caused by impacts to visual resources were assessed by comparing the existing conditions to the project alternatives. The comparison reviewed each alternative for vividness, intactness, and unity of the visual character of the area. Each of the project alternative would provide visual continuity for the corridor and compliment aesthetic treatments through the use of wall colors, textures, and forms to unite the corridor.

**Exhibit 5.8-6** summarizes the aesthetic quality effects of each alternative compared to the existing conditions. The following criteria were used to rate the aesthetic quality of alternatives:

- Vividness
    - o Low: Mundane or nondescript landscape
    - o Moderate: Some features with striking attributes
    - o High: Presence of dominant feature
- Intactness
    - o Low: Built features placed without sensitivity to or in conflict with existing setting
    - o Moderate: Built features placed somewhat in response to existing setting
    - o High: Natural and built components in balance and harmony with each other and their relationship to the landscape
- Unity
    - o Low: Reduced integrity due to prevalence of incompatible structures including conflicting scales, colors, or purposes
    - o Moderate: Presence of some features not compatible with the existing landscape
    - o High: The visual elements of the environment join together to form a harmonious visual pattern

Visually successful projects generally have a high balance of this criteria.

**Exhibit 5.8-6        Aesthetic Quality Effects Summary**

| Alternative/Option | Vividness | Intactness | Unity |
|---|---|---|---|
| Existing Conditions | High | Low | Low |
| No-Action Alternative, North Option | High | Low | Low |
| No-Action Alternative, South Option | Moderate | Low | Low |
| Revised Viaduct Alternative, North Option | High | Low | Moderate |
| Revised Viaduct Alternative, South Option | Moderate | Low | Low |
| Partial Cover Lowered Alternative | High | High | High |

The existing conditions between Brighton Boulevard and Colorado Boulevard have a high vividness rating. The highway structure and several large industrial buildings on the south side of the highway are dominant and memorable features for the viewers. The existing condition is rated low for intactness because the presence of the highway and industrial buildings conflict with the residential setting. Unity is rated low because the visual elements of the area do not form a harmonious pattern.

The visual character for the No-Action Alternative, North Option is similar to the existing visual character because the structure will be rebuilt similarly to the existing viaduct, but only slightly modified to comply with the current safety and engineering standards. Intactness is rated low because the presence of the highway and industrial buildings conflict with the residential setting. Unity is rated low because there will be no improvements to the community with this alternative and the visual elements of the area do not form a harmonious pattern.

Vividness for the No-Action Alternative, South Option is moderate because this option will remove the tallest structure in the area (Nestlé Purina PetCare Company), eliminating one of the dominant features. Intactness is rated low because the presence of the highway and industrial buildings conflict with the residential setting. Unity is rated low because the highway still will be visible from the surrounding neighborhoods and there will be no changes or beautification to the school and the neighborhoods north of the highway and visual elements of the area do not form a harmonious pattern.

The Revised Viaduct Alternative, North Option has a high vividness rating. The highway structure and several large industrial buildings on the south side of the highway are dominant and memorable features for the viewers.

Intactness is rated low because the presence of the highway and industrial buildings conflict with the residential setting. Unity is rated as moderate because of the modifications to the Swansea Elementary School site and additional amenities under the viaduct. The new structure also could incorporate more creative and visually pleasant design elements. These will help to create a somewhat harmonious visual pattern. Because the viaduct will still be visible from the community, though, and the expansion to the north brings the highway closer to the school, it results in a visual feature that is not compatible with the rest of the landscape.

The aesthetic quality for the Revised Viaduct Alternative, South Option is similar to the No-Action Alternative, South Option, discussed earlier in this subsection.

The Partial Cover Lowered Alternative offers high vividness, intactness, and unity. The lowered highway will have noise walls or safety barriers that can incorporate artistic designs which are meaningful to the neighborhood, and the proposed cover will introduce a new urban gathering or park space in the neighborhood, which results in creating a memorable feature for the viewer and, therefore, high vividness for this alternative.

Unity and intactness also are rated high because the presence of the highway will no longer be visible from the surrounding neighborhoods. A new park in the area that covers the highway and proposed modifications to the school property also will contribute to the high unity and intactness of this alternative because the natural and built components will be in balance and harmony with their surroundings and with each other.

### Summary of impacts to visual resources and aesthetic qualities

Impacts to visual resources caused by the project alternatives result in changes to the aesthetic quality of the corridor. **Exhibit 5.8-7** describes the general type of improvement by the project alternatives and visual resources that will be affected.

The majority of impacts to visual resources occur from Brighton Boulevard to Colorado Boulevard in the Elyria and Swansea Neighborhood; therefore, the visual assessment focuses on this area. The following discussions identify effects to visual resources in this area by the project alternative and option and discuss the minor visual impacts associated with the Managed Lanes Option.

**Exhibit 5.8-7      Effects to Visual Resources by Type of Improvement**

| Description of Improvements | Positive and Negative Visual Effects |
|---|---|
| **Widening:** Widening the highway to accommodate additional traffic | Highway widening increases visible mass, which is considered a negative effect. The South Expansion Option for the Revised Viaduct Alternative and the No-Action Alternative will result in removal of the Nestlé Purina PetCare Company structure, which is considered a positive visual effect. |
| **Lowering the highway below grade:** Moving the highway below existing grade between Brighton Boulevard and Colorado Boulevard | Lowering I-70 removes the existing viaduct between Brighton Boulevard and Colorado Boulevard and eliminates a dominant skyline obstruction. The visual presence of the highway will be decreased in this area, which is considered a positive effect. |
| **Walls:** The project alternatives may include noise walls measuring 10 feet to 20 feet tall or safety barriers adjacent to the roadway<br>Lowering the highway below existing grade between Brighton Boulevard and Colorado Boulevard will require retaining walls adjacent to the roadway | Noise walls block views from surrounding land uses and increase the highway's visible mass, which is considered a negative effect. Noise walls or safety barriers also present opportunities for context-sensitive mitigation and artistic treatments, which is considered a positive effect.<br>Retaining walls present opportunities for context-sensitive mitigation and artistic treatments, which is considered a positive effect. |
| **Interchange and structures:** Bridges average 25 to 40 feet in height. Proposed improvements at interchanges may increase the existing vertical profile of interchange structures by as much as 12 feet. | Bridges and interchanges have the potential to block views from surrounding land uses, which could be considered a negative effect. Bridges and interchanges offer opportunities for context-sensitive mitigation and architecturally pleasing treatments, which could be considered a positive effect. |
| **Light and glare:** Additional lighting will be added for safety and to avoid the "black hole effect" of lowering the highway below grade | Adding a new light source in the area could change the visual appearance of the area. However, since the project corridor is an urban setting, the additional lighting from the highway will not cause major negative impacts to aesthetic qualities. |

There are minor impacts to visual resources between Colorado Boulevard and Tower Road. The only changes to the visual resources in this area resulting from the Build Alternatives are the increase in highway width, which results in a wider paved area and removal of vegetation adjacent to the existing highway. However, clearing and grubbing in this area will be a minimal change and will not result in a substantive impact to the visual character of the area. Direct connections at I-270, I-225, and Peña Boulevard with the Managed Lanes Option pose new visual barriers in these sections, but this is not considered a substantive impact since they do not block a valuable visual resource.

## No-Action Alternative

The No-Action Alternative will not dramatically change the overall aesthetic quality of the corridor or study area. Due to the condition of the aging viaduct, the No-Action Alternative includes replacement of the existing viaduct between Brighton Boulevard and Colorado Boulevard without adding capacity. The highway footprint will be wider to meet current design standards, causing a few buildings to be acquired with either the North or South Options. The potential acquisition of taller buildings adjacent to the highway—such as the Nestlé Purina PetCare Company building that currently blocks views—will provide unobstructed views of the highway and the mountains from the surrounding neighborhood. This is not an adverse effect on the existing visual characteristics of the area because it does not change any of the visual elements or the overall visual character of the area.



*Bird's-eye view of existing I-70 looking west from above Fillmore Street*

## Build Alternatives

The greatest visual resource impacts of the project alternatives occur where a physical widening of the highway occurs within the established residential neighborhoods.

The Build Alternatives include the Revised Viaduct Alternative and the Partial Cover Lowered Alternative. The effects on the visual resources and aesthetic quality between Brighton Boulevard and Colorado Boulevard vary based on the alternative.

### Revised Viaduct Alternative

This alternative replaces the viaduct with a new structure that includes additional capacity and conforms to the new highway and bridge standards. The proposed replacement structure includes a wider footprint and structure, and will require business and residential property acquisition. The proposed structure is approximately 200 feet wide, while the existing structure is only approximately 90 feet wide.



*Bird's-eye view simulation of Revised Viaduct Alternative looking west from above Fillmore Street (North Option)*

Proposed noise walls range between 12 feet and 18 feet in height and will be located on the north edge of the highway, roughly between Brighton Boulevard and Vasquez Boulevard, and on the south edge of the highway between York Street and Madison Street. The noise walls will further contribute to the highway visual mass.

The replaced structure will be located along the existing highway alignment with either Expansion Option. Since the new structure has a larger footprint, the highway will have a more visible presence in the Elyria and Swansea Neighborhood in contrast to the existing structure.

### Partial Cover Lowered Alternative

This alternative removes the viaduct and reconstructs the highway between Brighton Boulevard and Colorado Boulevard to a maximum depth of 40 feet below the existing ground level while also adding capacity to the existing facility. Although this alternative increases the highway's total concrete surface similar to the Revised Viaduct Alternative, it does not increase the highway's visible mass because a large portion of the highway in this area is below ground level and out of sight from surrounding areas.



*Bird's-eye view simulation of Partial Cover Lowered Alternative looking west from above Fillmore Street (Note: Preliminary design, will be revised during the public input process.)*

This alternative includes noise walls at ground level that are approximately 16 feet tall. These noise walls will be located on the north edge of the highway between Brighton Boulevard and the UPRR. Safety barriers

will be located along the edge of the lowered highway. As part of this alternative, a cover will be placed on the lowered section of the highway in front of the Swansea Elementary School. The cover will include an urban landscape on top. The length of this cover is proposed to be less than 1,000 feet and its placement on the highway eliminates the need for noise walls or safety barriers in this area.

### Managed Lanes Option

The Managed Lanes Option has direct connections to I-270, I-225, and Peña Boulevard. The direct connection structures from the managed lanes to the adjacent highways pose permanent visual barriers. These barriers are not considered to have substantive impacts to the aesthetic qualities of the area, because the area where these direct connections are located in within an existing transportation corridor and are mostly industrial land use and are not considered sensitive neighborhood views.



Additionally, the Managed Lanes Option for the Revised Viaduct Alternative and Partial Cover Lowered Alternative will require construction and installation of new infrastructure on the highway in the form of overhead gantries and new signage. This addition will create new visual impacts along the project corridor. Since no specific features have been designed at this time, it is not possible to estimate how many gantries or signs will be needed or where they will be located exactly. Because there are other similar managed lanes facilities already in use in the Denver metro area, e.g., along US 36 and I-25, it is reasonable to assume that the new managed lanes infrastructure along I-70 would be very similar in appearance. Despite the lack of specifics, it is important to acknowledge that managed lanes infrastructure will create a different visual image than people on or off the highway are accustomed to seeing, but these facilities will be designed in accordance with the *Aesthetic and Design Guidelines,* as seen in Attachment O of this document.





*Managed lanes infrastructure along I-25 and US 36*

### *Light and glare*

Increased ambient light levels have the potential to impact visual resources. Adding a new light source in the area could change the visual appearance of the area. However, since the project corridor is an urban setting, the additional lighting from the newly constructed highway will not cause major negative impacts to the aesthetic qualities.

Lighting for the Revised Viaduct Alternative and the No-Action Alternative are similar to the existing conditions. For most of the viewers in the area, noise walls block light and glare from the highway. The presence of a lighted structure above ground emphasizes the structure cutting across the surface streets for nighttime views and the visibility of the viaduct. This is considered an intrusive element in the residential area of the Elyria and Swansea Neighborhood.

Elevated light source also is an additional disruptive source of glare for upper windows of buildings that will not be directly affected by lighting of surface streets; however, the taller buildings in the area are industrial, so an elevated light source will not impact them as much as it would impact a residential unit. The residential houses in the area are shorter than the viaduct, so there will be minimal glare impact on them with the No-Action Alternative and Revised Viaduct Alternative.

The lighting of the Partial Cover Lowered Alternative also will be in compliance with the lighting standards. The lighting of the covered section will be designed to avoid the "black hole effect" by using the latest lighting technologies and evaluating factors affecting the performance of the lighting system.

The glare effect for the Partial Cover Lowered Alternative will be different from the Revised Viaduct Alternative. The lighting of the highway will not be as intrusive as the Revised Viaduct Alternative because the highway is not located on an elevated structure and the light sources are below grade and blocked by safety barriers or noise walls. Depending on future plans for the highway cover, additional lighting sources may be introduced by the planned activities on the cover. The future lighting of the highway cover will be designed not to conflict with the lighting of the surrounding area and will blend in with the neighborhood's existing lighting.

> **What is the black hole effect?**
>
> The black hole effect is the substantial light contrast between outside and inside of a tunnel, causing motorists to slow down. This phenomenon can be minimized by providing adequate lighting at the tunnel entrance or the threshold zone to allow time for the eyes to adapt.

### 5.8.5    How are negative effects from the project alternatives to visual resources mitigated?

There are minor impacts to visual resources and aesthetic qualities in the study area. The project alternatives will improve the aesthetic quality of the area either by replacing the viaduct with a newer structure that can be designed to complement neighborhood architecture or by removing the viaduct and locating the highway below grade with a landscaped cover between Clayton and Columbine Streets. Any additional improvements to enhance the visual effects of the proposed highway alternatives will be developed through a collaborative process to reflect the needs of individual neighborhoods and local aesthetic context.

Community input is sought from neighborhoods impacted by the Preferred Alternative to retain and develop aesthetic qualities of the corridor. Local communities and participating agencies provided input during the development of a vision for urban design and aesthetics in the corridor. The *Aesthetic and Design Guidelines*, included as Attachment O, discusses the existing aesthetic characteristics for the corridor and provides a strategy for how to reach the vision established by the community.

The purpose of the *Aesthetic and Design Guidelines* is to ensure that the project will not result in a disjointed visual setting. Using the guidelines, future engineering and construction efforts can design noise walls, signing, bridges, sidewalks, and landscapes that will lessen the visual impact and allow the design structures associated with the proposed project to blend with the surrounding built environment to complement the visual landscape. The *Aesthetic and Design Guidelines* describe how the overall corridor will look while embracing the unique qualities of the surrounding neighborhood and communities. **Exhibit 5.8-8** lists the impacts and mitigations associated with visual resources and aesthetic qualities.

**Exhibit 5.8-8        Summary of Visual Resources and Aesthetic Qualities Impacts and Mitigations**

| Alternative/Option | Impacts and/or Benefits | Mitigation Measures Applicable to All Alternatives |
|---|---|---|
| No-Action Alternative | • Replacing the existing viaduct with new infrastructure will improve the visual quality<br>• New noise walls on the viaduct can obstruct views of the downtown Denver skyline<br>• Relocating the Nestlé Purina PetCare Company and removing the facility will open up some views to the downtown Denver skyline (South Option only)<br>• New features of the project (e.g., detention ponds, retaining walls) will change the visual environment along the project corridor | Use the *Aesthetic and Design Guidelines* (see Attachment O) developed during the EIS process with Denver and the community during final design to help CDOT identify appropriate aesthetic design elements to ensure compatibility within the community and each viewshed; CDOT is committed to following the guidelines and continued community involvement during final design and construction. |
| Revised Viaduct Alternative | • Replacing the existing viaduct with new infrastructure will improve the visual quality<br>• New noise walls on the viaduct can obstruct views of the downtown Denver skyline<br>• Relocating the Nestlé Purina PetCare Company and removing the facility will open up some views to the downtown Denver skyline (South Option only)<br>• New features of the project (e.g., detention ponds, retaining walls) will change the visual environment along the project corridor | |
| Partial Cover Lowered Alternative | • Introducing public space to the area and reducing the roadway's visual dominance by removing the existing viaduct will greatly improve the visual quality<br>• Ground-level noise walls or safety barriers are less intrusive to viewers' eyes compared to the No-Action and Revised Viaduct Alternatives, but they also introduce a new visual impact by blocking the view across the highway<br>• Views for drivers traveling eastbound and westbound will be entirely different from the existing conditions<br>• New features of the project (e.g., detention ponds, retaining walls) will change the visual environment along the project corridor | |
| Managed Lanes Option (option to Build Alternatives) | • Additional visual barriers will be created with the direct connections at I-270, I-225, and Peña Boulevard<br>• Managed lanes infrastructure will create new visual impacts along the project corridor | |

This page intentionally left blank.

## 5.10    Air Quality

*This section presents the air quality analysis for the study area. The discussion includes air quality concerns, emissions of interest, evaluation methodology, air quality impact analyses, and mitigation evaluations. Additionally, hotspot analysis for carbon monoxide and PM$_{10}$ is included for Transportation Conformity. All other analyses and evaluations included in this section are not intended for conformity purposes.*

**Federal and state regulations**

- NEPA
- CEQ Regulations
- Clean Air Act
- Transportation Conformity Rule
- Colorado Air Pollution Prevention and Control Act

Since the Supplemental Draft EIS was published in August 2014, additional analyses and content review have been performed for many of the resources discussed in this document. These updates, along with changes resulting from the comments received on the Supplemental Draft EIS, have been incorporated into this Final EIS. In this section, the updates include the following items:

- Updated traffic data from the DRCOG Compass model (Version 5.0) was used in the analysis.

- Only the Preferred Alternative (Partial Cover Lowered Alternative) was modeled in the carbon monoxide hotspot analysis, since all of the alternatives were modeled previously and showed low values, and there were only minor changes to the traffic data. This alternative resulted in the highest carbon monoxide concentrations in the previous modeling, so it is assumed that if the modeled values are in conformity with air quality standards, all of the other alternatives would be as well.

- An updated/corrected inspection and maintenance file was used for the carbon monoxide hotspot analysis.

- Dispersion modeling for the PM$_{10}$ hotspot analysis used meteorological data from the Stapleton meteorological station to better represent the weather conditions at the project location.

- The PM$_{10}$ background concentration for the hotspot analysis was determined using new guidance from EPA.

- On the recommendation of the EPA, changes were made to how the below-grade section of highway in the Preferred Alternative was modeled for the PM$_{10}$ hotspot analysis, and the receptor network was expanded to include all locations outside the project right of way.

- An updated emissions inventory for NAAQS pollutants/precursors and Mobile Source Air Toxics (MSAT) pollutants is included.

- An updated discussion on greenhouse gases is included.

- Objectives and requirements for an air quality monitoring plan that will be utilized during the construction phase of the project to monitor for PM$_{10}$ emissions are included.

- An update on the transportation conformity determination is included.

## 5.10.1   What are air quality concerns and why are they important to this project?

Air pollution comes from many different sources: stationary sources, such as factories, power plants, and dry cleaners; on- and off-road mobile sources, such as cars, buses, planes, trucks, and trains; and naturally occurring sources, such as windblown dust and emissions from vegetation.

The primary air quality concerns about the I-70 East highway improvements focus on local population exposure to criteria pollutants—specifically, particulate matter, carbon monoxide, and ozone; MSATs; and fugitive dust from construction activities—because this project is proposing to add capacity. Although stationary sources exist in this project area the air quality impact analysis is focusing on analysis from mobile sources. Greenhouse gases, while not an exposure issue, also are of interest due to climate change concerns.

### Criteria pollutants

The Clean Air Act of 1970, as amended, identifies six commonly found air pollutants, also known as criteria pollutants. Each of the criteria pollutants has been proven through scientific study to have adverse effects on human health and the environment and/or property (see Attachment J, *Air Quality Technical Report,* for health effects of the criteria pollutants).

The criteria pollutants for which NAAQS have been set by the EPA are ozone, carbon monoxide, particulate matter ($PM_{10}$ and $PM_{2.5}$), nitrogen dioxide, sulfur dioxide, and lead. The EPA and state and local air quality agencies track these criteria pollutants through actual measurements of pollutant concentrations in the air at monitoring sites across the nation, including in the Denver region.

Of the NAAQS criteria pollutants, only ozone, particulate matter ($PM_{10}$), and carbon monoxide have been of concern in the Denver region, since current and/or historical monitoring data have shown exceedances of the standards. Of these three, ozone is the only pollutant for which the region is currently in nonattainment. The Denver region was re-designated to attainment/ maintenance status for carbon monoxide (2001) and $PM_{10}$ (2002).

**Criteria pollutants**

- Ozone ($O_3$)
- Carbon monoxide (CO)
- Particulate matter 10 microns or less ($PM_{10}$)
- Particulate matter 2.5 microns or less ($PM_{2.5}$)
- Nitrogen dioxide ($NO_2$)
- Sulfur dioxide ($SO_2$)
- Lead (Pb)

**What is a nonattainment area?**

A "nonattainment area" is a locality where air pollution levels persistently exceed NAAQS.

### Ground-level ozone

Ozone is a pollutant created by the chemical reaction of volatile organic compounds and nitrogen oxides in the presence of sunlight. The ozone molecule is formed through this chemical transformation, which typically occurs downwind from the volatile organic compounds and nitrogen oxides emission sources. As a result, ozone is considered a regional issue rather than a localized street or intersection issue, and an individual highway project will typically have little or no effect on regional ozone concentrations. Ozone is evaluated using the volatile organic compounds and nitrogen oxides emission precursors in an emission inventory burden analysis instead of using a localized, or hotspot, analysis as is typical for particulate matter and carbon monoxide, because it is a regional air quality pollutant.

As of 2015, the Denver region is classified as nonattainment for the 8-hour 2008 ozone standard. The region was originally designated under the 1-hour standard, which has since been replaced with an 8-hour standard in 2008.

### Particulate matter

Particulate matter is a complex mixture of very small particles and liquid droplets classified as either inhalable coarse-sized particles ($PM_{10}$ refers to particles 10 microns or less) or fine particles ($PM_{2.5}$ refers to particles 2.5 microns or less and makes up a portion of $PM_{10}$). Diesel tailpipe emissions; road, brake, and tire dust; and dust from construction activities all contribute to particulate matter. Particulate matter is not a major component of emissions from gasoline-powered vehicles, which are the predominant source of traffic in this corridor.

$PM_{10}$ is a product of vehicle emissions, road sanding, and brake and tire wear. This includes some particles that are large enough to be visible. $PM_{2.5}$ is not visible to the naked eye and is mainly a product of vehicle emissions and other combustion sources.

The ratio of $PM_{2.5}$ to $PM_{10}$ varies. Based on the emissions inventory analysis presented in this chapter below, non-dust $PM_{2.5}$ accounts for approximately 57 percent of non-dust $PM_{10}$ emissions; for road dust, EPA has estimated the ratio of $PM_{2.5}$ to $PM_{10}$ emissions to be 25 percent (EPA, 2011a).

$PM_{10}$ has been a concern in the Denver region in the past, but the region is currently in attainment/maintenance for this pollutant. The Denver $PM_{10}$ nonattainment area was re-designated to attainment/maintenance status by the EPA

on September 16, 2002 (EPA, 2002) and has maintained the NAAQS since that time.

Denver is in attainment for both the 1997, 2006, and 2012 $PM_{2.5}$ standards. There has been one exceedance of the 24-hour $PM_{2.5}$ standard since 1999, which occurred at the Denver Continuous Air Monitoring Program (CAMP) monitoring station in 2001; however, $PM_{2.5}$ is not a pollutant of concern in the Denver area at the present time, or for the foreseeable future.

### Carbon monoxide

Carbon monoxide is a colorless, odorless gas emitted directly from vehicle tailpipes as a product of incomplete combustion. Because of this, carbon monoxide tends to concentrate at busy intersections with high vehicle delays and congestion.

Carbon monoxide has been a concern in the Denver region in the past, but the region was re-designated to an attainment/maintenance area for this pollutant in December 2001 (EPA, 2001).

### *Mobile source air toxics*

As part of the Hazardous Air Pollutants (HAP) Program of the Clean Air Act Amendments of 1990, EPA has identified approximately 188 pollutants that are known to cause health problems. Of the 188 HAP toxic air pollutants, 21 have been identified by the EPA as Mobile Source Air Toxics (MSATs; see box to the right). MSATs are compounds emitted from motor vehicles and motorized equipment that are known or suspected to cause cancer or other serious health and environmental effects.

Of the 21 MSATs, the EPA has indicated that the majority of adverse health effects come from seven pollutants, which FHWA has labeled as priority MSATs for NEPA studies. These pollutants are benzene, formaldehyde, naphthalene, diesel particulate matter/diesel exhaust organic gases, acrolein, 1,3-butadiene, and polycyclic organic matter (see Attachment J, *Air Quality Technical Report,* for health effects of the seven priority MSAT pollutants). Based on FHWA's analysis using the EPA's air quality models, diesel particulate matter is the dominant MSAT of concern.

The EPA has programs to reduce emissions of many MSATs through emission control technologies and other methods. Primary among these is EPA's *Control of Hazardous Air Pollutants from Mobile Sources: Final Rule to Reduce Mobile*

**Mobile source air toxics**

MSATs include seven pollutants designated by EPA as having serious health and/or environmental effects:

1. Benzene
2. Formaldehyde
3. Naphthalene
4. Diesel particulate matter/Diesel exhaust organic gases
5. Acrolein
6. 1,3-Butadiene
7. Polycyclic organic matter

Of these, diesel particulate matter has become the primary MSAT of concern. Diesel particulate matter refers to the particles emitted from heavy diesel vehicles, such as freight/delivery trucks and construction equipment.

*Source Air Toxics*, issued February 26, 2007, to lower emissions of benzene and other air toxics.

In response to concerns from Denver and residents about the effects of MSATs on the communities of north Denver and Commerce City, CDOT provided additional emissions modeling data to the Denver Department of Environmental Health to use in their independent air quality study for the area, which is called *Going One Step Beyond in North Denver: A Neighborhood Scale Air Pollution Modeling Assessment* (The Good Neighbor Project 2015). The study's results are available on the Denver Environmental Health website at www.denvergov.org/content/denvergov/en/environmental-health/environmental-quality/air-quality.html.

### Greenhouse gases

Greenhouse gases trap heat and make the planet warmer. The primary sources of greenhouse gas emissions in the United States are from electricity production, transportation, industry, commercial and residential activities, and agriculture. Most of the emissions are due to burning fossil fuels, such as petroleum, coal, and natural gas. Others are due to the handling and waste management of certain chemicals. Recent concerns with climate change (global warming) have prompted directives to reduce greenhouse gases, of which carbon dioxide is the primary component.

The full effects of global warming caused by greenhouse gases are largely unknown but potentially very serious, including changes in precipitation causing flooding and drought; heat waves; warming of the oceans with the associated melting of the ice caps and rising sea levels; and higher acidity in the oceans.

### Fugitive construction dust

Fugitive dust in the lower atmosphere is a type of particulate matter. It can be harmful to humans and the environment. Fugitive dust has been linked to asthma, emphysema, chronic obstructive pulmonary disease, bronchitis, and heart disease. It is also a component of haze, which causes visibility problems. It has both natural and man-made causes. Natural examples of fugitive dust include wind erosion and wildfires. Human activities that cause fugitive dust include agriculture, construction, commercial and industrial operations, burning materials, vehicle exhaust, and travel (for example, unpaved roads, tire wear,

and brake dust). The term "fugitive" refers to the widespread or open-area sources of the dust as compared to a single-point source, such as a smokestack.

Fugitive construction dust is only one component of lower atmospheric dust and particulate matter, but it is singled out for special consideration because of the potential effects on people within or near a major construction project such as I-70 East. Dust particles can be so small that they pass through the nasal cavity and into the lungs to cause damage. Also, toxic and cancer-causing chemicals can attach to dust and produce much more profound effects when inhaled. These situations may be worsened during construction projects requiring longer durations to complete.

## 5.10.2   What is required for Transportation Conformity?

All state governments are required to develop a State Implementation Plan (SIP), which explains how the State will comply with the requirements of the Clean Air Act. The Act requires that transportation plans, programs, and projects that are developed, funded, or approved by FHWA must demonstrate that such activities "conform" to the SIP. Transportation conformity requirements apply to any transportation-related criteria pollutants for which the project area has been designated a nonattainment or attainment/maintenance area (for the I-70 East project, these criteria pollutants are carbon monoxide, $PM_{10}$, and ozone).

Under Section 176(c) of the Clean Air Act, a transportation project is said to "conform" to the provisions and purposes of the SIP if the project, both alone and in combination with other planned projects, does not:

- Cause or contribute to new air quality violations of the NAAQS,

- Worsen existing violations of the NAAQS, or

- Delay timely attainment of the NAAQS or required interim milestones.

Conformity applies at both a regional and project level for transportation projects in air quality nonattainment and attainment/ maintenance areas. The regional conformity evaluations are not performed by CDOT, nor are they performed for individual CDOT projects. The regional evaluations are done by the Metropolitan Planning Organization (DRCOG, in this case) and the Colorado

Department of Public Health and Environment (CDPHE), Air Pollution Control Division (APCD) as part of the formal approval process for the RTP and TIP. The DRCOG Board voted on the 2040 Fiscally Constrained RTP 2015 Cycle 2 Amendment Application in October 2015 and will complete regional air quality modeling in time for a public hearing in January 2016, and a final Board vote in February 2016. The final conformity determination will be made before FHWA issues a ROD, in compliance with 40 CFR 93.

Furthermore, if the project changes in concept or design during the planning process, the regional emission analysis will need to be revisited and a conformity determination completed before the project can proceed (40 CFR 93.115).

Project-level or hotspot conformity analyses are performed by CDOT for individual projects. The analyses are needed to demonstrate that an individual project does not create new, increase the frequency of, or exacerbate the severity of air quality violations. A Memorandum of Agreement between APCD and CDOT provides local guidance for the hotspot evaluation process. Currently, these analyses apply only to carbon monoxide and particulate matter emissions.

A hotspot analysis for I-70 East is required for carbon monoxide because the Denver region is an attainment/maintenance area and because project screening criteria cited in 40 CFR 93.123 (a) were triggered. A $PM_{10}$ hotspot analysis is required for projects of local air quality concern in $PM_{10}$ nonattainment and attainment/ maintenance areas per 40 CFR § 93.123(b).

EPA regulations state that a project will be determined to be of local air quality concern if it meets any of five evaluation criteria. Two of the five criteria are related to transit projects and are not applicable to the I-70 East project. The remaining three criteria are all potentially applicable:

- New highway projects that have a significant number of diesel vehicles, and expanded highway projects that have a significant increase in the number of diesel vehicles.

- Projects affecting intersections that are at level of service (LOS) D, E, or F with a significant number of diesel vehicles, or those that will change to LOS D, E, or F because of increased traffic volumes from a significant number of diesel vehicles related to the project.

> **What is a hotspot analysis?**
>
> A hotspot analysis is an estimation of likely future localized pollutant concentrations and a comparison of those concentrations to the relevant NAAQS.
>
> The small scale of the analysis (at the level of a congested highway interchange, for example) allows for a detailed examination of portions of the project area with the worst air quality to determine whether it will meet the NAAQS.

> **Project of local air quality concern**
>
> Projects are evaluated against five criteria defined by the EPA for determining if a project is of local air quality concern for $PM_{10}$. These criteria are related to projects that cause a significant increase in the number of diesel vehicles.

- Projects in or affecting locations in areas, or categories of sites that are identified in the $PM_{2.5}$ or $PM_{10}$ applicable implementation plan or implementation plan submission, as appropriate, as sites of violation or possible violation.

The I-70 East project was determined to be a project of local air quality concern for reasons listed in the first two bullets on the previous page (significant increase in the number of diesel vehicles and intersections that are/will change to LOS D, E, or F with a significant number of diesel vehicles), through the Interagency Consultation process with CDOT, FHWA, EPA, and APCD. This determination confirmed the need for in-depth hotspot analysis to be completed for the Final EIS. Further detail of this interagency determination process is included in Attachment J, *Air Quality Technical Report*.

### 5.10.3    What study area was used to analyze air quality?

The air quality analyses for I-70 East are based on both a large geographic study area that encompasses the corridor and surrounding neighborhoods and localized hotspot areas that are focused on an intersection or interchange. These study areas are shown in **Exhibit 5.10-1**.

**Exhibit 5.10-1     Air Quality Study Area**



Sources of air pollution within the study area are mainly a result of traffic and industrial activity. Moderate to heavy traffic along north-south arterials, as well as the I-70 corridor itself, are major local contributors of traffic-related air pollution in the study area. The study area contains several locations of moderate- to high-intensity industrial activity, so it is prone to several point sources of air pollution, along with the commercial traffic and railroads associated with those activities.

## 5.10.4    What are the existing conditions for air quality?

The Denver metropolitan area is located in the South Platte River drainage area, with mountains located to the west and relatively high terrain to the south and north. Under certain meteorological conditions, the local topography has the tendency to trap pollutants, resulting in elevated ambient concentrations. The pollutants can be trapped under strong atmospheric temperature inversions that inhibit dispersion and cause poor air quality.

The areas directly adjacent to the I-70 corridor are primarily industrial with pockets of residential neighborhoods. In addition to the mobile source emissions analyzed in detail in this document, point-source pollution caused by nearby commercial sites is also a consideration for air quality. Pollution from large trucks is also a local consideration. Diesel vehicles travel the highway corridor, and use the local roadway network to reach commercial destinations throughout the study area.

Existing air quality conditions are described in this subsection in terms of the Denver region's attainment and nonattainment status for criteria pollutants, the status of the project as it relates to transportation conformity requirements, and the estimated 2010 emissions levels based on modeling of criteria pollutants, MSATs, and greenhouse gases.

### Existing conditions—criteria pollutant emissions

#### EPA air quality status

As of January 2015, ground-level ozone is the only NAAQS criteria pollutant for which areas of Colorado are designated as nonattainment. Seven counties in the Denver metropolitan area and portions of two counties in the Colorado North Front Range are currently designated as nonattainment for exceeding the 2008 8-hour ozone standards.

The Denver region was previously designated nonattainment for carbon monoxide and $PM_{10}$. The region was re-designated to attainment/maintenance status (see box to the right) for carbon monoxide by the EPA on January 14, 2002, and for $PM_{10}$ by the EPA on September 16, 2002 (EPA, 2002). Denver is in attainment for the 1997, 2006 and 2012 $PM_{2.5}$ standards. There have not been any exceedances of the carbon monoxide standard at any of the four monitoring stations in the study area since 1999. There has been one exceedance of the 24-hour $PM_{2.5}$ standard in 2001 at the CAMP station. Monitoring stations in the study area were shown previously in **Exhibit 5.10-1**.

Although there is currently no monitoring station located in close proximity to I-70, recently a near-road monitoring station was set up in the area to measure ambient air quality adjacent to a major interstate highway. Located along I-25 approximately 0.5 mile south of the Colfax Avenue interchange, this monitor collects data in close proximity to the busy I-25 corridor. In the first complete year of data collection (2014), the average 24-hour $PM_{10}$ concentration was found to be 28.1 µg/m³, and the maximum value for the year was 115.2 µg/m³. These values are substantially below the 24-hour NAAQS for $PM_{10}$ of 150 µg/m³

#### Emission inventories—criteria pollutants

Emission inventories were developed for the NAAQS criteria pollutants. The year 2010 is used to represent existing levels of emissions, since this year is consistent with the most recent regional conformity model available at the time of publication. Existing emissions of criteria pollutants (or their precursors, as defined in Section 5.10.1) in the I-70 air quality study area are shown in **Exhibit 5.10-2.**

> **Attainment/maintenance status**
>
> Any geographic region of the United States that was previously designated nonattainment pursuant to the Clean Air Act Amendments of 1990 can subsequently be re-designated to attainment subject to the requirement to develop a maintenance plan under section 175A of the Clean Air Act, as amended.

**Exhibit 5.10-2      Existing (2010) Criteria Pollutant Emissions (study area, tons per day)**

| Pollutant | January | July |
|---|---|---|
| Volatile organic compounds (Ozone precursor) | 3.34 | 3.38 |
| Nitrogen oxides (Ozone precursor) | 15.38 | 14.64 |
| Carbon monoxide | 53.10 | 55.58 |
| $PM_{10}$ | 0.91 | 0.66 |
| $PM_{2.5}$ | 0.74 | 0.51 |
| Sulfur dioxide[1] | 0.09 | 0.07 |

Note: Because lead has been eliminated from on-road vehicle fuels, it is no longer a pollutant of concern from roadway emissions, so it is not included in the analysis of criteria pollutants.

1.   Sulfur dioxide was analyzed because it is a pollutant of general air quality concern and contributes to the overall conditions of the study area. Sulfur dioxide is not considered a transportation-related criteria pollutant.

### Existing conditions—MSAT emissions

Although FHWA guidance recommends a quantitative analysis of MSATs, there are no national standards. Knowledge of MSATs is progressing and research continues. FHWA has issued interim guidance (Marchese, 2012) that addresses incomplete or unavailable information related to MSATs, and that language is included in Attachment J, *Air Quality Technical Report*. The technical report also contains information about national MSAT trends and ongoing MSAT research.

### Emission inventories—MSATs

Emission inventories were prepared for the seven MSATs. The year 2010 is used to represent existing levels of emissions, since this year is consistent with the base year of the DRCOG regional travel demand model and the conformity determination for the RTP and TIP. Existing MSAT emissions in the I-70 air quality study area are shown in **Exhibit 5.10-3**.

**Exhibit 5.10-3      Existing (2010) MSAT Emissions (study area, tons per day)**

| Pollutant | January | July |
|---|---|---|
| Benzene | 0.066 | 0.093 |
| Formaldehyde | 0.050 | 0.053 |
| 1,3-Butadiene | 0.009 | 0.011 |
| Acrolein | 0.003 | 0.004 |
| Naphthalene | 0.007 | 0.007 |
| Polycyclic organic matter | 0.003 | 0.003 |
| Diesel particulate matter | 0.374 | 0.377 |

### Existing conditions—Greenhouse gas emissions

Within the study area, the daily greenhouse gas emission inventories were estimated by APCD to be 3,939 tons per weekday in January 2010 and 4,184 tons per weekday in July 2010. There are no specific requirements for conducting a greenhouse gas analysis for a NEPA project. To date, no national standards have been established regarding greenhouse gases, nor has the EPA established criteria or public health and safety thresholds for ambient greenhouse gas emissions pursuant to its authority to establish motor vehicle emission standards for carbon dioxide under the Clean Air Act.

The Air Quality Protocol developed through the Interagency Consultation process used for this project calls for the reporting of global, national, statewide, and regional emissions of greenhouse gases to provide context for the study area emissions calculated for the I-70 alternatives. Greenhouse gases are different from other air pollutants evaluated in federal environmental reviews because their impacts are not localized or regional due to their rapid dispersion into the global atmosphere. The affected environment for carbon dioxide and other greenhouse gas emissions is the entire planet. In addition, from a quantitative perspective, global climate change is the cumulative result of numerous and varied emissions sources (in terms of both absolute numbers and types), each of which makes a relatively small addition to global atmospheric greenhouse gas concentrations. In contrast to broad scale actions such as actions involving an entire industry sector or very large geographic areas, it is difficult to isolate and understand the greenhouse gas emissions impacts from a particular transportation project. Furthermore, there is currently no scientific methodology for attributing specific climatological changes to a particular transportation project's emissions.

FHWA has concluded, based on the nature of greenhouse gas emissions and the exceedingly small potential greenhouse gas impacts of the proposed action, that the greenhouse gas emissions from the proposed action will not result in "reasonably foreseeable adverse impacts on the human environment" (40 CFR 1502.22(b)).

The transportation sector—defined as all vehicles whose primary purpose is transporting people and/or goods from one physical location to another—is the second largest source of total greenhouse gas emissions in the U.S., behind

electricity generation. According to data from the Inventory of Greenhouse Gas Emissions and Sinks, 1990-2010 (EPA, 2012), the transportation sector was responsible for approximately 27 percent of all anthropogenic (human caused) greenhouse gas emissions in the U.S. in 2010. Carbon dioxide makes up the largest component of these greenhouse gas emissions. The U.S. Energy Information Administration calculates that U.S. transportation carbon dioxide emissions currently account for about 6 percent of worldwide carbon dioxide emissions.

While the contribution of greenhouse gases from transportation in the U.S. as a whole is a large component of U.S. greenhouse gas emissions, as the scale of analysis is reduced, the greenhouse gas contributions become quite small. **Exhibit 5.10-4** presents the relationship between current and projected state and global motor vehicle carbon dioxide emissions, as well as information on the scale of the project relative to statewide travel activity.

**Exhibit 5.10-4      Existing (2010) Greenhouse Gas Emissions**

| Carbon dioxide emissions[1] (million metric tons) | | Colorado motor vehicle emissions, % of global total | Project study area VMT, % of statewide VMT[2] |
| --- | --- | --- | --- |
| Global | Colorado motor vehicles | | |
| 29,670 | 24.1 | 0.0813% | 5.6% |

1.   These estimates are from the Energy Information Administration's International Energy Outlook 2010, and are considered the best-available projections of emissions from fossil fuel combustion. These totals do not include other sources of emissions, such as cement production, deforestation, or natural sources; however, reliable future projections for these emissions sources are not available.
2.   Statewide annual VMT in 2010 (46,940 million) provided by U.S. DOT, FHWA, Highway Statistics, April 26, 2012

Based on emissions estimates from EPA's MOVES model and global carbon dioxide estimates and projections from the Energy Information Administration, carbon dioxide emissions from motor vehicles in the entire state of Colorado contributed less than one tenth of one percent of global emissions in 2010 (0.0813 percent).

The daily VMT in the project study area in 2010 was about 5.6 percent of total VMT in the state. While there is not an exact correlation between VMT and emissions, there is a very strong relationship between the two, so it could reasonably be stated that the greenhouse gas emissions in the study area are roughly 5.6 percent of total statewide emissions from motor vehicles in 2010.

## 5.10.5   What process was used to analyze air quality?

The air quality analysis procedures for this document build upon the air quality analysis conducted for the 2014 Supplemental Draft EIS. For some pollutants, new guidance from EPA and/or APCD affected the analysis methodology.

There are many pollutants being considered as part of the air quality analysis for I-70 East. While similarities exist, the methodology for estimating pollution concentrations is specific to each pollutant. There also are separate requirements and procedures for conducting analyses for transportation conformity and NEPA. For this document, project-related effects on local ambient concentrations of carbon monoxide and $PM_{10}$ were investigated using hotspot analyses, as described below. $PM_{2.5}$, nitrogen oxides, and other pollutants described above were examined more broadly with emission inventories for the study area as they are not considered to be pollutants of concern in the Denver area, based on the fact that the Denver area is not designated as nonattainment for these NAAQS.

Traffic data from the 2035 DRCOG regional travel demand model are used to conduct the air quality analysis for the Final EIS. The DRCOG model data comes from the Compass (Version 5.0) model, including minor updates to the socio-economic data set used in the Supplemental Draft EIS, and not from the newer Focus regional travel demand model. The Compass model is still the official model for use on project-level studies in the region, and is immediately available. For the Supplemental Draft EIS, traffic data from the FHWA approved DynusT model were compared to the DRCOG model traffic data through a series of sensitivity tests. Data from the two sources were found to be reasonably close, and thus the Final EIS continues to use the DRCOG model data.

The following subsections summarize the air quality study area and the methodologies used for the carbon monoxide and $PM_{10}$ hotspot analyses and the emissions inventory burden analysis for NAAQS criteria pollutants, MSATs, and greenhouse gases. Additional details of the analysis are provided in Attachment J, *Air Quality Technical Report*.

### *Carbon monoxide hotspot methodology*

The Denver region is an attainment/maintenance area for the pollutant carbon monoxide. Because of this, a quantitative project-level hotspot analysis was conducted for

this document. The Transportation Conformity Rule requires that emissions from a proposed FHWA or FTA project—when considered with existing background concentrations—will not cause or contribute to any new violations, worsen existing violations, or delay timely attainment of the NAAQS or any required interim emissions reductions or other milestones. These criteria are satisfied for projects in carbon monoxide attainment/ maintenance areas using a hotspot analysis.

The Denver region originally received a nonattainment designation because of carbon monoxide levels in 1978, when it exceeded both the 1-hour and 8-hour NAAQS limits for carbon monoxide. The trends through the 1980s and mid-1990s, however, primarily exceeded only the 8-hour standard. The last time Denver exceeded the 1-hour standard occurred prior to 1990, according to the *Carbon Monoxide Maintenance Plan for the Denver Metropolitan Area* (Colorado Air Quality Control Commission, 2005). Because of this, the 8-hour standard is used as the basis for the carbon monoxide hotspot analysis. As long as the estimated concentrations for the relevant pollutants in these areas of interest are equal to or lower than the NAAQS, the project will demonstrate that Clean Air Act conformity requirements are met.

The carbon monoxide hotspot analysis for conformity purposes also serves as the analysis for NEPA. Results of the Supplemental Draft EIS analysis showed carbon monoxide concentrations below the NAAQS for all project alternatives. The Interagency Consultation process determined that for this document, only the Preferred Alternative would be initially modeled to be consistent with conformity determination. If results of the Preferred Alternative were shown to be in violation of the NAAQS, the No-Action Alternative would be modeled in addition to the Preferred Alternative. This decision is documented in the Air Quality Protocol, Appendix A of Attachment J, *Air Quality Technical Report*.

Traffic data in the form of future traffic volumes, vehicle miles of travel, and travel speeds simulates the activities that generate emissions from on-road motor vehicles.

The No-Action Alternative and Revised Viaduct Alternative both have options that shift I-70 south or north. These shifts have no impact on traffic circulation and are each considered a single alternative for the purpose of generating emissions from on-road motor vehicles.

Local meteorological conditions, fuel specifications, and emissions control programs are input into EPA's MOVES2010b model, in addition to the travel demand model results. The MOVES model uses this information to estimate on-road mobile-source (i.e., vehicle) emissions.

Emissions rates produced by MOVES then are fed into the CAL3QHC air quality dispersion model. CAL3QHC takes the carbon monoxide emissions rates and travel information from vehicles operating on the local roads and highways and models a single hour for two time periods (AM peak and PM peak), which generates a one-hour maximum predicted concentration. A persistence factor then is applied to generate an eight-hour maximum predicted concentration. To be consistent with local conformity processes, modeled background concentrations were provided by APCD as inputs for CAL3QHC analysis for this evaluation. **Exhibit 5.10-5** shows the modeling process used for the quantitative carbon monoxide hotspot analysis.

**Exhibit 5.10-5       Modeling Process for the Carbon Monoxide Hotspot Analysis**



## Model selection

As required by the Transportation Conformity Rule, an emissions model and an air quality dispersion model were selected through the Interagency Consultation process. EPA's MOVES model was selected for use at the project scale to estimate emissions for each roadway link in the carbon monoxide hotspot study area. MOVES is the

approved and recommended emissions model for carbon monoxide hotspot analyses for conformity determinations (EPA-420-B-12-010).

EPA's CAL3QHC model was selected for the air dispersion analysis and estimation of pollutant concentrations at receptors in and around the carbon monoxide hotspot study area. CAL3QHC combines a steady-state dispersion model with a traffic model to calculate delays and queues at signalized intersections. CAL3QHC is one of the approved and recommended air dispersion models for analyzing carbon monoxide impacts at intersections.

## Locations to model

The intersection location(s) for the carbon monoxide hotspot analysis were determined through the Interagency Consultation process. The Transportation Conformity Rule requires modeling of intersection locations that are or will be at LOS D or worse (see box to the right). In the case of the I-70 project, this would be dozens of intersections. The 2008 Draft EIS included carbon monoxide hotspot modeling for four worst-case intersections. For the 2014 Supplemental Draft EIS, the modeling effort was scaled back to one intersection.

The 2008 Draft EIS found that the interchange at I-70 and Colorado Boulevard will have the highest carbon monoxide concentrations in the study area for the build scenarios previously considered. The alternatives evaluated in this document are expected to have similar impacts on speeds and traffic volumes to those in the 2008 Draft EIS and the 2014 Supplemental Draft EIS. Thus, this location still is considered to represent the worst case for emissions within the study area and is the only location modeled as part of the carbon monoxide hotspot analysis.

With EPA Regional Administrator approval, the modeling of only one location is an alternative methodology allowed under Section 93.123(a)(1) of the Transportation Conformity Rule. The alternative approach was proposed through the Interagency Consultation process and approved by the EPA Regional Administrator in a letter to CDOT dated June 12, 2013, as required by the rule. This letter states that the carbon monoxide hotspot location must be re-evaluated for the Final EIS using revised traffic data which was completed for this document. The EPA's letter as well as details about the re-selection of Colorado Boulevard as the carbon

**Level of service**

Roadway level of service (LOS) is a measure of congestion delay. It can be thought of as a grading scale, where LOS A is excellent and implies high levels of mobility and ease of maneuverability. LOS F represents failure and indicates that the road is experiencing heavy traffic volumes, congestion, and stop-and-go traffic. LOS D indicates congesting traffic conditions.

monoxide hotspot location is contained in Appendix B of Attachment J, *Air Quality Technical Report.*

### Analysis years/year of peak emissions

Section 93.116(a) of the Transportation Conformity Rule requires that carbon monoxide hotspot analyses consider the full time frame of an area's transportation plan. If the carbon monoxide concentrations in the year of peak emissions are lower than the NAAQS, then it can be assumed that no adverse impacts will occur in any years within the time frame of the plan.

Rather than perform traffic modeling and hotspot analyses for numerous years to determine the year of peak emissions, the effort was streamlined through the Interagency Consultation process and approved by the EPA Regional Administrator. In the streamlined approach, CDOT used the highest carbon monoxide emissions factors—in this case, for the year 2010—and the highest VMT (2035) to represent a worst-case condition. (Air quality trending analysis shows vehicle emissions decreasing over time due to fleet turnover and improving efficiency in vehicle technologies.) With this approach, it is not necessary to analyze several years to determine the year of peak emissions.

If the worst traffic conditions (e.g., highest traffic volumes, most congestion delay, highest travel times, etc.) and highest emission rates are modeled, then the resulting carbon monoxide concentration is the highest that potentially could be experienced between 2010 and 2035. If the worst resulting concentration is less than the NAAQS, then all other less congested locations in the corridor could be expected to be lower than the NAAQS as well.

### Project-specific data

The Transportation Conformity Rule requires that the carbon monoxide hotspot analysis assumptions be consistent with the regional emissions analysis for conformity of the RTP and TIP, and it requires that project-specific data be used that are consistent with the major design features of the project. The data applied in this carbon monoxide hotspot analysis are consistent with the assumptions used in the conformity determination for the RTP and TIP. In addition, project-specific data—such as traffic volumes and site geometry—are consistent with the major design features of the project. The hotspot analysis uses background concentrations of 4.55 ppm for 8-hour and 6.73 ppm for 1-hour averaging times, derived from ambient monitoring

data as provided by APCD. Data sources and assumptions used in the carbon monoxide hotspot analysis are included in Attachment J, *Air Quality Technical Report*, for the MOVES and CAL3QHC models.

### $PM_{10}$ hotspot methodology

I-70 East was determined, through the Interagency Consultation process, to be a project of local air quality concern for $PM_{10}$; therefore, a formal conformity determination must be performed. This hotspot analysis follows the requirements in the Transportation Conformity Rule and EPA's conformity guidance for quantitative particulate matter hotspot analyses (EPA-420-B-13-053), as described in **Exhibit 5.10-6**.

**Exhibit 5.10-6      Modeling Process for the $PM_{10}$ Hotspot Analysis**



A hotspot analysis is conducted for specific locations, such as congested roadway intersections. It uses an on-road mobile emissions model in combination with an air quality dispersion model to determine design values that represent local $PM_{10}$ pollutant concentrations at near-road receptor locations. The modeled pollutant concentrations then are compared to the NAAQS. $PM_{10}$ concentrations, or design values, must be equal to or lower than the NAAQS to meet Clean Air Act conformity requirements.

In addition to the conformity rule, an EPA memorandum (*Using MOVES and EMFAC Emissions Models in NEPA Evaluations*, Bromm, February 8, 2011b) provides guidance

for the $PM_{10}$ hotspot analysis by recommending that the same model be used in NEPA documents as is used for determining transportation conformity to maximize coordination and minimize confusion. For this project, the $PM_{10}$ hotspot analysis for conformity purposes also serves as the analysis for NEPA.

Emissions rates produced by MOVES then were entered into the AERMOD air quality dispersion model. AERMOD uses the $PM_{10}$ emissions rates from vehicles operating on the local roads and highways, truck idling activity at the off-network truck stop, and the emission factors from the covered highway (as applicable). AERMOD performs all ambient air impact calculations on an hourly basis at each receptor. These hourly concentrations for all receptors then are post-processed by different algorithms to calculate the corresponding averaging periods (e.g., 8-hour, 24-hour, etc.) and design concentrations according to the statistical form of each NAAQS.

Details about specifications for using AERMOD are included in Attachment J, *Air Quality Technical Report*.

### Model selection

An emissions model and an air quality dispersion model were selected through the Interagency Consultation process. EPA's MOVES2010b model was selected for use at the project scale to estimate emissions for each roadway link in the $PM_{10}$ hotspot locations. EPA's AERMOD model (version AERMOD14134) was selected through Interagency Consultation for the air dispersion analysis and estimation of pollutant concentrations at receptors in the local near-road land areas. AERMOD can model closure of the truck stop in the corridor affected by some of the alternatives, and it also can model the outflow from the proposed covered portion of I-70. Depressed sections of the roadway were modeled using AERMOD's OPENPIT source type.

### Locations to model

The geographic area to be covered by the $PM_{10}$ hotspot analysis was determined through the Interagency Consultation process. As per EPA conformity guidance, it was agreed that rather than analyzing all interchange locations across the entire study area, it would be appropriate to focus the $PM_{10}$ hotspot analysis at two locations that were expected to have the highest concentrations. Considerations for locations with the highest concentrations include areas with the highest traffic volumes

and congestion, nearby land uses with public access, high numbers of diesel vehicles, and other factors. The highest volume locations in the study area are associated with major interchanges. The major interchanges and their 2035 traffic forecasts from the DRCOG regional travel demand model run are listed in **Exhibit 5.10-7**. The forecasted volumes for the other alternatives are similar.

**Exhibit 5.10-7       Interchange Traffic Volumes (2035)**

| Interchange | 2035 Annual Average Daily Traffic |
|---|---|
| I-70/I-25 | ~495,000 |
| I-70/I-270 | ~260,000 |
| I-70/I-225 | ~355,000 |
| I-70/Peña Boulevard | ~235,000 |

*Source: 2035 DRCOG regional travel demand model, Compass Version 5.0*

The I-70/I-25 interchange is just outside of the project limits, but upwind of the study area under some conditions. As the numbers in **Exhibit 5.10-7** indicate, the interchanges of I-70 with I-25 and I-225 have higher traffic volumes than the other two locations. Furthermore, background concentrations are expected to be very similar at the four locations based on the proximity of nearby $PM_{10}$ monitors.

Considering these factors, two interchange locations were selected for the analysis:

- I-70/I-25 interchange area from I-25 to the Steele Street/Vasquez Boulevard interchange

- Area around the I-70/I-225 interchange

Decisions about what seasons to model and the analysis year/year of peak emissions were determined through the Interagency Consultation process. Data sources and assumptions about the $PM_{10}$ hotspot analysis are included in Attachment J, *Air Quality Technical Report*.

Estimating emissions from road dust, construction, and additional sources

Through the Interagency Consultation process, the agencies agreed that a quantitative $PM_{10}$ hotspot analysis will be conducted to calculate design values at more than 16,000 receptors in the areas around the locations of interest for the No-Action and Build Alternatives. The $PM_{10}$ hotspot analysis includes $PM_{10}$ emissions from on-road mobile sources and from an off-highway truck stop located at the northeast

corner of I-70/46th Avenue and Steele Street/Vasquez Boulevard.

The following list summarizes the emissions included and not included in this $PM_{10}$ hotspot analysis:

- Exhaust, brake wear, and tire wear emissions from on-road vehicles were included in this analysis.

- Re-entrained road dust kicked up into the air by passing vehicles was included in this $PM_{10}$ hotspot analysis. Road dust is a significant component of $PM_{10}$ emissions from mobile sources (see below).

- Emissions from construction-related activities were not required and, therefore, not included in this $PM_{10}$ hotspot analysis since these emissions are considered temporary, as defined in 40 CFR 93.123(c)(5). Temporary increases in $PM_{10}$ emissions due to construction-related activities are defined in the regulation as those occurring only during construction that last five years or less at any given site.

### Road dust emissions

Dust from erosion, deposition and winter sanding is a significant factor of particulate emissions within the project area. Road dust emissions are estimated to contribute approximately 70 percent of the total daily $PM_{10}$ emissions at the two hotspot locations. MOVES does not calculate PM emissions from road dust. To estimate road dust and sanding emissions for this analysis, emissions factors from the most recent $PM_{10}$ maintenance conformity modeling were compared with control factors currently achieved by CDOT.

CDOT currently uses increased sweeping and sanding control measures to reduce road dust emissions. In some places, emissions factors are reduced beyond factors reported in the SIP by as much as 60 percent. The results of the $PM_{10}$ analysis include maintenance program benefits and values to include the existing sweeping program for all alternatives.

### Background concentrations

After reviewing locations of three monitors on aerial photographs, the Commerce City site was selected through Interagency Consultation as the background monitor since it is most representative of the industrial $PM_{10}$ contributions in the study area and is a reasonable distance from the I-70 corridor. For this document, the background concentrations were estimated using 2011 to 2013 data, resulting in a background $PM_{10}$ value of 89 $\mu g/m^3$.

### Methodology for criteria pollutants, mobile source air toxics, and greenhouse gases

Emission inventories of NAAQS criteria pollutants, mobile source air toxics, and greenhouse gases were developed for the No-Action Alternative and the Build Alternatives. The inventories allow for the assessment of these pollutants and their potential impacts by alternative. The methodologies to prepare the inventories and assess impacts are common to each of these three categories of pollutants. The inventories were prepared for 2010 and 2035 by APCD using EPA's MOVES2010b model and interpolated for each interim five-year increment. **Exhibit 5.10-8** shows the modeling process used for this analysis.

**Exhibit 5.10-8        Modeling Process for the Criteria Pollutant, MSAT, and Greenhouse Gas Analyses**



For this analysis, the project alternatives were modeled to generate traffic information. The No-Action Alternative and Revised Viaduct Alternative both have options that shift I-70 south or north. These shifts have no impact on traffic circulation and are each considered a single alternative for the purpose of projecting traffic, congested speeds, and emissions for all of the alternatives.

Local meteorological conditions, fuel specifications, and emissions control programs are input into the MOVES model, in addition to the travel demand model results. The MOVES model uses this information to estimate on-road

mobile source emissions factors in units of grams per mile. The emissions factors are multiplied by the daily (24-hour weekday period) vehicle miles of travel for every roadway link in the study area based on the link's roadway functional classification and estimated congested speed. The emission inventories are the sum of the link emissions. The resulting inventories represent a weekday (24-hour period) for January and July in the respective analysis years.

### Air quality model selection

EPA's MOVES2010b model was selected through the Interagency Consultation process for use in preparing the criteria pollutant, MSAT, and greenhouse gas emission inventories. MOVES allows for the use of project-specific, local data where it is available, and it has the capability of modeling pollutant-origination processes that estimate exhaust and evaporative emissions, as well as brake and tire wear emissions, from all types of on-road vehicles.

### Pollutants to analyze

Analysis of NAAQS-related emissions addresses five criteria pollutants: carbon monoxide, nitrogen dioxide, particulate matter ($PM_{2.5}$ and $PM_{10}$), sulfur dioxide, and ozone. Sulfur dioxide was analyzed because it is a pollutant of general air quality concern and contributes to the overall conditions of the study area. Sulfur dioxide is not considered a transportation-related criteria pollutant. Because lead has been eliminated from on-road vehicle fuels, it is no longer a pollutant of concern from roadway emissions, so it is not included in the analysis of criteria pollutants. MSAT analyses cover the most recent list of seven priority MSATs in FHWA's 2012 guidance (Marchese, 2012). The MOVES emissions factors for greenhouse gases include adjustments for the most recent changes to the corporate average fuel economy (CAFE) standards. Identical travel and meteorological data were used for all pollutants.

### Geographic area

The emission inventories are based on a large geographic study area that encompasses the corridor study area and surrounding neighborhoods. The study area was determined based on the area in which forecasted traffic volumes change between the No-Action Alternative and the Build Alternatives.

### Analysis years

As defined in the Air Quality Protocol developed through the Interagency Consultation process, the emission inventories

were prepared for the 2010 base year and the regional transportation plan's horizon year of 2035 by APCD. To support the trends analysis, inventories were estimated for each intervening five-year increment: 2015, 2020, 2025, and 2030. A Phase 1 condition was also analyzed to show conditions at the first phase of project construction. More information on the results are included in Chapter 8, Phased Project Implementation.

The project is anticipated to be completed between 2020 and 2025, so 2025 is the first analysis year to contain a Build Alternative condition. Therefore, the 2010, 2015, and 2020 inventories are common to all alternatives for a given pollutant, whereas the 2025, 2030, and 2035 inventories are specific to each alternative.

### Temporal and seasonal conditions

The emission inventories for criteria pollutants, MSATs, and greenhouse gases represent a January weekday (24-hour period) and a July weekday (24-hour period) in the respective analysis years. The use of weekdays captures peak traffic conditions that occur in the morning and evening rush hours on weekdays. Both January and July are reported separately to indicate peaking characteristics of the various pollutants.

### Planning assumptions

In preparing the emission inventories, the most recent planning assumptions consistent with the most recent conformity determination for the RTP and TIP were used by APCD. Many of these planning assumptions, such as existing and future households and employment, are built into the DRCOG regional travel demand model.

### Traffic data

The traffic data (e.g., vehicle miles of travel, congested speeds) for this analysis were obtained from the 2010 base year model and the 2035 DRCOG regional travel demand model runs for the No-Action Alternative and Build Alternatives. The 2035 No-Action Alternative model is consistent with the model, network, and other assumptions used for the conformity determination of the RTP and TIP. The 2035 Build Alternatives were developed using the 2035 No-Action roadway network as a starting point.

### Overview of the MOVES modeling process

Emissions factors were generated using MOVES at the county scale. In MOVES, the county scale is one of three options for running the model. It facilitates the use of local

input data to develop emissions factors. It does not mean that county-level emissions totals are generated. Rather, the emissions factors from MOVES are multiplied by the VMT at the roadway link level based on the speed estimated for the link. This is done for all links in the air quality study area so that the resulting emission inventories represent the on-road mobile source emissions generated in the study area.

### Construction fugitive dust

The estimation of fugitive emissions from construction is not possible until specific construction methods and sequencing are developed for the selected Preferred Alternative. This is because the emissions factors used to estimate construction emissions require specific information regarding equipment type, (i.e., dozer, scraper, grader, etc.), operating hours, vehicle speed, project duration, and so forth.

In the absence of this detailed information, it is possible to provide a relative comparison among the alternatives based on the amount of material to be handled. In general, the more material moved, the greater the construction-related fugitive dust emissions. Therefore, the total amount of material handled is used as a surrogate measure for understanding the relative dust and equipment-related exhaust particulate emissions during construction.

## 5.10.6    How do the project alternatives potentially affect air quality?

This subsection discusses the results of the air quality analysis and the effects of the alternatives on air quality. It is arranged in the following order of pollutant analyses:

- Carbon monoxide hotspot analysis
- $PM_{10}$ hotspot analysis
- Criteria pollutant emission inventories
- MSAT emission inventories
- Greenhouse gas emission inventories
- Construction fugitive dust emissions

### *Carbon monoxide hotspot results and effects*

According to Section 4.7.3 of the 1992 Guideline for Modeling Carbon Monoxide from Roadway Intersections (EPA, 1992), the total carbon monoxide concentration at each receptor is calculated as the sum of the modeled concentration and the background concentration

attributable to other local emissions sources. Concentrations in **Exhibit 5.10-9** are shown for the receptors with the highest levels inside the carbon monoxide hotspot study area.

As shown in **Exhibit 5.10-9**, the 8-hour design values resulting from the carbon monoxide hotspot analysis are below the 8-hour NAAQS limit of 9 ppm, and the 1-hour design values are well below the 1-hour NAAQS limit of 35 ppm. Since the carbon monoxide hotspot analysis is a worst-case study, it is reasonable to conclude that the carbon monoxide emissions at any intersection affected by the project also will be below the NAAQS limit.

**Exhibit 5.10-9    Carbon Monoxide Hotspot Analysis at I-70 and Colorado Boulevard for the Partial Cover Lowered Alternative with Managed Lanes Option**

| Period | Averaging Time | Carbon Monoxide Concentration (ppm) | | |
|--------|----------------|-------------------------------------|------------|---------------------|
| | | Modeled Result from CAL3QHC | Background | Total Carbon Monoxide |
| AM | 1 hour | 3.61 | 6.73 | 10.34 |
| AM | 8 hour | 2.53 | 4.55 | 7.08 |
| PM | 1 hour | 3.53 | 6.73 | 10.26 |
| PM | 8 hour | 2.47 | 4.55 | 7.02 |

*Note: 8-hour design values resulting from the carbon monoxide hotspot analysis are below the 8-hour NAAQS limit of 9 ppm, and the 1-hour design values are well below the 1-hour NAAQS limit of 35 ppm.*

It is noteworthy to repeat that the carbon monoxide hotspot analysis used a worst-case scenario in which the 2035 VMT activity was multiplied by MOVES emissions factors that represent the year 2010. With regard to Section 93.116 of the Transportation Conformity Rule, based on the carbon monoxide hotspot analysis and resulting total carbon monoxide concentrations, the project will not cause new local violations of the NAAQS standards for carbon monoxide, nor will it increase the severity or number of existing violations or required interim emission reductions or other milestones. Although the Preferred Alternative meets the hotspot analysis requirements for project-level conformity, it also must be included in the regional emissions analysis of a conforming RTP and TIP before a conformity determination can be made.

### Maximum receptor locations

The receptors with the maximum carbon monoxide concentrations are shown by AM and PM traffic period (figure to the right). The maximum receptor in the AM period is located in the northwestern quadrant of the intersection, the maximum receptor in the PM period is located in the southeastern quadrant. These results are consistent with general traffic flow during those hours.

### Sensitive receptors

Sensitive receptors include locations in the vicinity of a roadway that are likely to contain populations who are most susceptible to the adverse effects of exposure to pollutants, such as hospitals, schools, child care facilities, and elder care facilities. Residential communities that are located in proximity to high-traffic freeways and roads also can be considered sensitive populations.



*Maximum receptors show the highest daily concentration for the Partial Cover Lowered Alternative under worst-case conditions. The locations of receptors are shown for illustrative purposes and are upon the relative location of the receptor in relation to the interchange.*

There are no sensitive receptors within the I-70/Colorado Boulevard hotspot study area, which represents the highest concentration of carbon monoxide in the study area. The hotspot study area consists of industrial and commercial facilities within the Elyria and Swansea Neighborhood.

Swansea Elementary School is the most notable concern for pollutant exposure because of its youth population, proximity to the highway, and frequency of outdoor activities. This school is located at Elizabeth Street between York Street and Steele Street/Vasquez Boulevard, just north of I-70 and outside of the carbon monoxide hotspot study area. Since the carbon monoxide emission concentrations for all alternatives at the worst-case interchange are below the NAAQS limit at all modeled receptor locations, it is reasonable to conclude that the carbon monoxide emissions at Swansea Elementary School also are below the NAAQS limit.

### $PM_{10}$ hotspot results and effects

EPA's guidance (EPA-420-B-13-053) for calculating design values was applied for the $PM_{10}$ hotspot analysis; and the design values estimated through the hotspot analysis were compared against the NAAQS for $PM_{10}$. Compliance with the 24-hour $PM_{10}$ NAAQS is based on the expected number of 24-hour exceedances of a particular level (currently 150 $\mu g/m^3$), averaged over three consecutive years. Currently,

the NAAQS is met when the expected number of exceedances is less than or equal to one. The 24-hour $PM_{10}$ design value is rounded to the nearest 10 µg/m³. For example, 155.000 rounds to 160, and 154.999 rounds to 150. These rounding conventions were followed when calculating design values for the hotspot analysis. The contributions from the project, nearby sources, and background concentrations from other sources are combined to estimate 2035 emission concentrations (i.e., design values) at receptor locations in the two hotspot study areas.

## Design values

Current direction from the EPA's Office of Transportation and Air Quality states that a design value for $PM_{10}$ is calculated at each receptor by directly adding the sixth highest modeled 24-hour concentrations to the fourth highest 24-hour background concentration recorded over the past three years of monitoring data. **Exhibit 5.10-10** and **Exhibit 5.10-11** show receptor locations and design value concentrations of $PM_{10}$ for the No-Action Alternative and the Partial Cover Lowered Alternative in 2035. Values shown include both background concentrations and modeled values. **Exhibit 5.10-12** contains the hotspot analysis results for the I-70/I-25 and I-70/I-225 locations. The modeled project emissions concentrations include exhaust, brake wear, and tire wear emissions from on-road vehicles and re-entrained road dust kicked up into the air by passing vehicles.

**Exhibit 5.10-10    I-70/I-25 $PM_{10}$ Hotspot Receptor Locations and Maximum Concentrations for No-Action Alternative (2035)**



- ● < 89.00 - 110.00 µg/m³     ● 110.01 - 130.00 µg/m³     ● 130.01 - 150.00 µg/m³

Approximate Scale
0          2,000 feet

■ No-Action Alternative roadway footprint

**Exhibit 5.10-11     I-70/I-25 PM$_{10}$ Hotspot Receptor Locations and Maximum
Concentrations for Partial Cover Lowered Alternative (2035)**



**Exhibit 5.10-12     PM$_{10}$ Hotspot Analysis**

| Alternative | Forecasted 2035 PM$_{10}$ Concentrations (µg/m³) | | | | | |
| | General-Purpose Lanes Option | | | Managed Lanes Option | | |
| | Modeled Project | Project + Background[1] | Design Value | Modeled Project | Project + Background[1] | Design Value |
|---|---|---|---|---|---|---|
| **I-70 at I-25** | | | | | | |
| No-Action Alternative | 62 | 151 | 150 | N/A | N/A | N/A |
| Revised Viaduct Alternative | 62 | 151 | 150 | 64 | 153 | 150 |
| Partial Cover Lowered Alternative | 63 | 152 | 150 | 57 | 146 | 150 |
| **I-70 at I-225** | | | | | | |
| No-Action Alternative | 26 | 115 | 120 | N/A | N/A | N/A |
| Revised Viaduct Alternative | 35 | 124 | 120 | 41 | 130 | 130 |
| Partial Cover Lowered Alternative | 46 | 135 | 140 | 40 | 129 | 130 |

*Note: Design values for all alternatives at the I-25 and I-225 hotspot locations are less than the 24-hour PM$_{10}$
NAAQS of 150 µg/m3.*
1.    *A background concentration of 89 µg/m³ was used to estimate total 24-hour concentrations*

As shown **Exhibit 5.10-12**, the results of the PM$_{10}$ hotspot
analysis demonstrate that all of the alternatives, including
the No-Action Alternative, will be in compliance with the
applicable 24-hour NAAQS standard for PM$_{10}$. The largest
variation in PM$_{10}$ results is reported at the I-225 hotspot
location where the design value for the Partial Covered

Lowered Alternative is higher than both the No-Action and Revised Viaduct Alternatives. These differences are mainly explained by variations in VMT between alternatives at that location. Because of the large dust component of particulate matter emissions, the design values are very sensitive to differences in VMT between alternatives.

The design values for all alternatives at the I-25 and I-225 hotspot locations are less than the 24-hour $PM_{10}$ NAAQS of 150 μg/m³.

These design values vary from those modeled in the Supplemental Draft EIS. It is worth noting that the difference in results does not stem from any design changes made to the alternatives modeled, but instead, reflects decisions made during the Interagency Consultation process. Methodology differences that had the greatest impact on modeling results include the following:

- As requested by APCD, meteorological data from the former Stapleton International Airport site was used rather than DIA, as used in the Supplemental Draft EIS. The data from Stapleton show a significantly lower atmospheric mixing height than at DIA, which can result in stronger inversions and changes to dispersion rates of pollutants from the highways.

- EPA guidance revised since the publishing of the Supplemental Draft EIS updated requirements for the placement of model receptors. This document includes modeling more receptors in the hotspot area than for the Supplemental Draft EIS. Changes to the EPA guidance for receptor placement also resulted in significantly more receptors in close proximity to the highway, and therefore, a thorough analysis of potential near-road conditions.

- Revised EPA guidance on background concentrations for $PM_{10}$ hotspot analyses resulted in a background concentration of 89 μg/m³, substantially lower than what was used for the previous analyses (113 μg/m³).

Again, the design values presented in **Exhibit 5.10-12** simulate worst-case conditions because they represent the highest $PM_{10}$ concentrations at the highest traffic volume locations in the corridor and in the year of peak emissions (2035). Therefore, it can be assumed that the $PM_{10}$ concentrations will be lower than these values at every possible receptor location throughout the corridor, including all schools, parks, open spaces, and other places.

### Sensitive receptors

As noted earlier, sensitive receptors are locations in the vicinity of a roadway that are likely to contain populations who are most susceptible to the adverse effects of exposure to pollutants. Sensitive receptors within the study area consist of schools, homes, and recreational facilities within the Elyria and Swansea Neighborhood. Swansea Elementary School is the most notable concern for pollutant exposure because of its youth population, proximity to the highway, and frequency of outdoor activities.

The school is located at Elizabeth Street between York Street and Steele Street/Vasquez Boulevard just north of I-70. It is within the I-70/I-25 $PM_{10}$ hotspot study area. Following the procedures described above in $PM_{10}$ Hotspot Methodology and in Attachment J, *Air Quality Technical Report*, receptors within the hotspot location have been highlighted to show effects to sensitive receptors. Modeled pollutant concentrations are available for 10 receptors located on the school property, as listed in **Exhibit 5.10-13** and shown in **Exhibit 5.10-14**.

**Exhibit 5.10-13    $PM_{10}$ Design Value Concentrations at Swansea Elementary School**

| Receptor Number and Location | Forecasted 2035 $PM_{10}$ Concentrations (µg/m³)[1] | | |
|---|---|---|---|
| | No Action Alternative | Revised Viaduct Alternative | Partial Cover Lowered Alternative |
| 1.  Playground Southwest | 110 | 120 | 100 |
| 2.  School Building Southwest Corner | 110 | 110 | 100 |
| 3.  Playground South | 110 | 120 | 100 |
| 4.  School Building South Edge | 110 | 110 | 100 |
| 5.  Playground Southeast | 110 | 120 | 100 |
| 6.  Playground Northeast | 110 | 110 | 100 |
| 7.  Columbine St—School Bus Loading Zone | 110 | 110 | 100 |
| 8.  Columbine St between 46th Ave and 47th Ave | 110 | 110 | 100 |
| 9.  Columbine St and 47th Ave | 100 | 100-110[2] | 100 |
| 10. Elizabeth St between 46th Ave and 47th Ave—unpaved parking lot across from school | 110 | 110 | 100 |

*Note: 24-hour NAAQS for $PM_{10}$ is 150 µg/m³*
*1.  Concentrations include project concentrations by alternative plus a background concentration of 89 µg/m³*
*2.  Range in values reflects the lower concentration with the Managed Lanes Option (100) compared to the General Purpose-Lanes Option of 110. There are no differences between the options for the other locations.*

**Exhibit 5.10-14      Sensitive Receptor Locations**



Receptors        Partial Cover Lowered  Alternative Roadway footprint

As shown in **Exhibit 5.10-13**, all of the modeled concentrations at the school are well below the 24-hour $PM_{10}$ standard of 150 µg/m$^3$. With regard to Section 93.116 of the Transportation Conformity Rule, based on the $PM_{10}$ hotspot analysis and resulting total $PM_{10}$ concentrations, the project will not cause new local violations of the NAAQS standards for $PM_{10}$, nor will it increase the severity or number of existing violations or required interim emission reductions or other milestones. Although the Preferred Alternative meets the hotspot analysis requirements for project-level conformity, it also must be included in the regional emissions analysis of a conforming RTP and TIP before a conformity determination can be made. It is also worth noting that these results are significantly lower than those modeled for the Supplemental Draft EIS, due to the revision to EPA guidance on background concentrations discussed above.

### *Criteria pollutant emission inventories and effects*

An emission inventory, also referred to as an emission burden analysis, is a generalized study of emission trends in the study area, and separate from the required hotspot analysis discussed above. The emission inventories for the criteria pollutants were developed based on the previously described process and input data. The emission inventories are based on vehicle traffic for the roadway segments included in DRCOG's regional travel demand model and in the air quality study area shown in **Exhibit 5.10-1**. This includes all roadway segments directly affected by the project, and additional roadway segments where traffic volumes will change as a result of the project alternatives. Because the analyses are designed to encompass the project study area, they also reflect traffic on some roadway segments that would not be affected by the project.

As a result, the emissions *totals* reported in this section should be interpreted as representing motor vehicle emissions projected to occur within the study area, including both the roadways that are affected by the project and those that are not. Since all the highway segments and most of the major streets in the study area do experience traffic volume changes as a result of the project alternatives, the majority of the emissions reported in this section do occur on roadways affected by the project. Also note that the *differences* in emissions between alternatives reported in the various exhibits are solely due to the project's differences between the alternatives.

Each of the Build Alternatives as well as the No-Action Alternative have been analyzed to determine if any of the alternatives result in a pollutant to become a discriminating factor, or outlier, in this analysis. Any variations in the general emission inventory trends are noted.

The criteria emissions information that is provided in this section appears in pounds per day and only as bar graphs. Table format (i.e., numeric) data also are available in Attachment J, *Air Quality Technical Report*.

Ozone-related emissions are documented with inventories of its two primary precursor pollutants: volatile organic compounds and nitrogen oxides. Lead has been completely phased out of motor vehicle fuels in the United States and is no longer a vehicle emissions concern, so no inventories were prepared for that pollutant.

### Particulate matter

**Exhibit 5.10-15** and **Exhibit 5.10-16** show the values for the $PM_{2.5}$ and $PM_{10}$ emission inventories. From 2010 forward, both pollutants trend downward, due primarily to the cleaner standards for diesel engines, until about 2025 or 2030, when they trend higher as vehicular travel growth overtakes the technology-based emission reductions. Although there are minor differences in emissions among the No-Action Alternative and Build Alternatives, there is no real discernible difference since they are all very close in any given year. Therefore, the particulate matter emissions are not a discriminating factor in the identification of a Preferred Alternative. Note that road dust is not included in these estimates, but is presented in **Exhibit 5.10-24**.

**Exhibit 5.10-15    PM₂.₅ Emission Inventories**
**(tons per day)**



*APCD (2015)*

**Exhibit 5.10-16    PM₁₀ Emission Inventories**
**(tons per day)**



*APCD (2015)*

The 2010, 2015, and 2020 emissions are the same for all alternatives. Future build conditions begin after opening day and are reflected in the 2025, 2030, and 2035 emissions in **Exhibit 5.10-15** and **Exhibit 5.10-16**.

## Carbon monoxide

**Exhibit 5.10-17** shows the carbon monoxide emission inventories. In almost all cases, the January emissions are shown to be higher than July emissions because of cold weather driving and cold engine starts. The July emissions trend down from 2010 to 2035 largely because of fuel economy standards and engine technology. However, the January emissions show a different trend as they begin to increase after 2020. This is explained by an increasing number of cold starts as vehicle counts increase within the study area. There are minor differences in emissions among the alternatives in any given year. The No-Action Alternative and Partial Cover Lowered Alternative, Managed Lanes Option have slightly lower carbon monoxide emissions than the General-Purpose Lanes Option, but the differences are small, so carbon monoxide is not a discriminating factor in the identification of a preferred alternative.

**Exhibit 5.10-17    Carbon Monoxide Emission Inventories (tons per day)**



APCD (2015)

## Sulfur dioxide

**Exhibit 5.10-18** shows the sulfur dioxide emission inventories. In all years except 2035, the January emissions are higher than the July results. The July emissions display a slight upward trend from 2010 through 2035, whereas the January emissions peak in 2020, then begin a downward trend. There are minor differences in emissions among the alternatives in any given year. The No-Action Alternative and Partial Cover Lowered Alternative, Managed Lanes Option have slightly lower sulfur dioxide emissions than the General-Purpose Lanes Option, but the differences are small, so sulfur dioxide is not a discriminating factor in the identification of a preferred alternative.

**Exhibit 5.10-18    Sulfur Dioxide Emission Inventories (tons per day)**



APCD (2015)

## Ozone

Emission inventories for the ozone precursors, nitrogen oxides and volatile organic compounds, are shown in **Exhibit 5.10-19** and **Exhibit 5.10-20**. Since the ozone molecule is formed in the presence of sunlight through a chemical reaction of these two precursors, it is only possible to report trends for the two precursor pollutants and infer what effect these may have on ozone levels.

**Exhibit 5.10-19    Nitrogen Oxides Emission Inventories (tons per day)**



*APCD (2015)*

**Exhibit 5.10-20    Volatile Organic Compounds Emission Inventories (tons per day)**



*APCD (2015)*

Emissions of both nitrogen oxides and volatile organic compounds trend downward from 2010 through 2035. Therefore, the on-road motor vehicle contribution to the ozone problem is decreasing over time, which will likely result in lower ozone levels, but that depends on the precursor emission trends from other non-road, stationary, and industrial sources.

### MSAT emission inventories and effects

The emission inventories for the MSAT pollutants were developed based on the previously described process and input data. Of the 21 MSATs, EPA has indicated that the majority of adverse health effects arise from seven pollutants, which FHWA has labeled as priority MSATs for NEPA studies. **Exhibit 5.10-21** and **Exhibit 5.10-22** show the combined MSAT emission inventories, in tons per day, for months of January and July during the No-Action Alternative and Build Alternatives. Although, in some cases, other project alternatives have higher emissions, none of the alternatives affect the overall decreasing trend in MSATs and, in general, there are only minor differences between the No-Action Alternative and Build Alternatives. For detailed results of each MSAT pollutant analysis, see Appendix J, *Air Quality Technical Report*.

**Exhibit 5.10-21    Combined MSAT Emission Inventories (tons per day)**



APCD (2015)

**Exhibit 5.10-22    Design Year (2035) MSAT Emission Inventories Comparison**

| Alternative | Combined MSAT Emissions (tons) | | Difference from No-Action Alternative | | Percent Difference | |
|---|---|---|---|---|---|---|
| | Jan | July | Jan | July | Jan | July |
| No-Action Alternative (2035) | 0.054 | 0.064 | N/A | N/A | N/A | N/A |
| Revised Viaduct Alternative (General-Purpose Lanes) | 0.055 | 0.066 | 0.001 | 0.002 | 2.6% | 2.7% |
| Revised Viaduct Alternative (Managed Lanes) | 0.055 | 0.066 | 0.001 | 0.002 | 2.1% | 2.1% |
| Partial Cover Lowered Alternative (General-Purpose Lanes) | 0.056 | 0.067 | 0.002 | 0.003 | 3.8% | 3.8% |
| Partial Cover Lowered Alternative (Managed Lanes) | 0.055 | 0.066 | 0.001 | 0.001 | 2.3% | 2.3% |

## Greenhouse gas emission inventories and effects

The greenhouse gas (i.e., atmospheric carbon dioxide) emission inventories are shown in **Exhibit 5.10-23**. Summer (July) emissions are greater than winter (January) in all years and alternatives because of the additional energy consumption related to air conditioning use. The two alternatives with general-purpose lanes that were modeled show almost identical greenhouse gas emissions, which will be expected because the freeway capacity is the same for both. The Partial Cover Lowered Alternative, Managed Lanes Option results in lower greenhouse gas emissions than the modeled Build Alternatives with general-purpose lanes only, but the difference is minor.

**Exhibit 5.10-23    Greenhouse Gas Emission Inventory (atmospheric carbon dioxide, tons per day)**



*APCD (2015)*

### Road dust emissions inventory

Estimates for road dust include all particulate debris that is made airborne through the movement of traffic, including residual material from road sanding along with soils and minerals blown on to the road. Estimates for road dust show an increase of 43 percent between 2010 and the 2035 No-Action Alternative, a direct result in the increase in VMT estimated along the corridor. As shown in **Exhibit 5.10-24**, there is only a slight difference between the 2035 No-Action Alternative and Build Alternatives; the Preferred Alternative has 1.6 percent more road dust in tons per day than the No-Action Alternative.

**Exhibit 5.10-24    Fugitive Dust Emissions Inventory**

| Alternative | Total Fugitive Dust Emissions (tons/day) | Percent Difference from No-Action Alternative |
|---|---|---|
| No-Action Alternative | 4.9 | N/A |
| Revised Viaduct Alternative (General-Purpose Lanes) | 5.0 | 2.7 |
| Revised Viaduct Alternative (Managed Lanes) | 5.0 | 1.6 |
| Partial Cover Lowered Alternative (General-Purpose Lanes) | 5.0 | 2.8 |
| Partial Cover Lowered Alternative (Managed Lanes) | 5.0 | 1.6 |

Source: APCD (2015)

### Fugitive emissions during construction

As discussed previously, the estimation of fugitive emissions during construction is not possible until specific construction methods and sequencing are developed for the selected preferred alternative. It is possible, however, to use the amount of material handled to provide an indication of the relative construction emissions for each alternative as a result of the movement of dirt, but emissions from construction vehicles is not included in this estimate.

**Exhibit 5.10-25** presents the volume of material estimated to be handled for each project alternative. These numbers represent the amount of material brought to the project area to serve as embankment material. This quantification assumes that the Partial Cover Lowered Alternative will use excavation material derived from Brighton Boulevard to Colorado Boulevard as embankment material elsewhere within the project, requiring less new material to be handled. Excluding the No-Action Alternative, the Revised Viaduct Alternative is projected to have the highest volume of material to be handled, and will, therefore, likely generate the greatest

amount of fugitive emissions and equipment-related exhaust particulate emissions during construction.

The difference between the highest and lowest volumes of material is 97 percent.

**Exhibit 5.10-25   Excavation and Fill Material Handled by Alternative**

| Alternative | Total Material Handled (Cubic Yards) |
|---|---|
| No-Action Alternative | 117,200 |
| Revised Viaduct Alternative | 4,200,000 |
| Partial Cover Lowered Alternative | 3,900,000 |

*Note: These numbers are rough estimates based on the best data available at present, and may change during final design, quantities included are for Managed Lanes Option (except for the No-Action Alternative).*

## 5.10.7   What are the summary points of this air quality analysis?

Following guidelines established by EPA for conducting an analysis of air quality impacts, and through interagency consultation, the air quality effects of the No-Action Alternative and Build Alternatives for I-70 East have been evaluated. The I-70 East project is in a nonattainment or maintenance area for ozone, $PM_{10}$, and carbon monoxide and therefore must comply with transportation conformity requirements for these NAAQS. The project has been determined to be a project of local air quality concern for $PM_{10}$ and requires a localized hotspot analysis. Carbon monoxide hotspot analysis is also required, per the transportation conformity rule.

Locations for the hotspot analysis have been selected based on their ability to represent worst-case conditions for the I-70 East project and modeling. With regard to both carbon monoxide and $PM_{10}$ for all project alternatives, the project is not expected to cause any new violations of any standard, increase frequency or severity of any existing violation, or delay timely attainment of the NAAQS or required interim milestones. The modeled values are below the NAAQS and suggest that there is no exceedance or impact from the project based on the standards.

The DRCOG Board is expected to vote on the 2040 Fiscally Constrained RTP 2015 Cycle 2 Amendment Application in October 2015, with regional air quality modeling complete in time for a public hearing in January 2016, and a final Board vote in February 2016. The final conformity determination will

be made before FHWA issues a ROD, in compliance with 40 CFR 93.

Results of the carbon monoxide hotspot analysis indicate that both the 1- and 8-hour concentrations at the worst-case location, Colorado Boulevard are below the NAAQS. Results of $PM_{10}$ analysis indicate 24-hour $PM_{10}$ concentrations do not exceed the NAAQS for any of the project alternatives, including the Preferred Alternative. Note that the modeled values for the Preferred Alternative are the same as those for the No-Action Alternative at the I-70/I-25 hotspot location. Results of the emission inventory indicate that none of the alternatives change the general downward trend of most pollutants, and when an upward trend is displayed, no alternatives appear to exacerbate or minimize those tendencies in emissions.

A comparison of air quality conditions for all pollutants demonstrates the effects of minor differences in traffic volume and roadway configuration between the alternatives, such as variations at the I-225 hotspot. Minor variations aside, air pollution impacts for all design alternatives are similar.

Several factors are evident at the conclusion of this analysis:

- Air quality conditions under the No-Action Alternative are similar to all alternatives analyzed

- Traffic volume and traffic speed are the primary drivers of project-level air quality impacts

- Road dust emissions are the primary indicators of future particulate matter emissions

- The cover provides benefits to sensitive receptors located at Swansea Elementary School. $PM_{10}$ concentrations are lower in this area (well-below the NAAQS) in close proximity to the roadway.

Significant changes in any of these factors could impact pollutant emissions at the project level.

## 5.10.8   Will mitigation efforts be required to offset any negative effects on air quality from the project alternatives?

Motor vehicle emissions from the implementation of the No-Action Alternative and all of the Build Alternatives (including the Preferred Alternative) will not cause or contribute to any new localized carbon monoxide or particulate matter violations, nor will they increase the frequency or

severity of any existing violations based on the hotspot analysis. Therefore, no specific mitigation measures are required for the project to proceed. Although mitigation is not required, one or more of the potential emission reduction measures described below will be utilized to minimize impacts to air quality.

Any transportation-related measures or baseline emission reduction strategies already required as part of carbon monoxide or particulate matter maintenance plans that relate to I-70 East will continue to be implemented with any of the alternatives. An example of this is street sanding/sweeping, which CDOT has committed to continue as part of its standard maintenance practices as a way to reduce dust on roads that becomes air pollution. Additionally, during construction, dust in the air should be minimized by following best management practices (BMPs) to control fugitive dust. See **Exhibit 5.10-26** for a summary of these activities and practices.

Several ongoing and planned strategies are used in the Denver/North Front Range ozone nonattainment area to reduce precursor emissions of volatile organic compounds and nitrogen oxides, including multimodal transportation options, rideshare programs, vehicle emissions testing, and intersection improvements. Likewise, several strategies have been, and continue to be, implemented to maintain carbon monoxide and $PM_{10}$ attainment. For details of these strategies to manage criteria pollutant emissions, see Attachment J, *Air Quality Technical Report.*

### Reduction of global greenhouse gas emissions

To help address the global issue of climate change, USDOT is committed to reducing greenhouse gas emissions from vehicles traveling on our nation's highways. USDOT and EPA are working together to reduce these emissions by substantially improving vehicle efficiency and shifting toward lower carbon-intensive fuels.

At the state level, there also are several programs underway to address transportation greenhouse gases. The Governor's Climate Action Plan, adopted in November 2007, includes measures to adopt vehicle carbon dioxide emissions standards and to reduce vehicle travel through transit, flex time, telecommuting, ridesharing, and broadband communications. CDOT also issued a Policy Directive on Air Quality in May 2009. This Policy Directive and implementation document— the CDOT Air Quality Action Plan—address unregulated

MSATs and greenhouse gases produced from Colorado's state highways, interstates, and construction activities.

For details on state and federal programs to reduce greenhouse gases from transportation projects, see Attachment J, *Air Quality Technical Report.*

### Reduction of fugitive particle emissions during construction

Construction-related fugitive particle emissions will be minimized by implementing dust control practices in accordance with requirements in CDPHE Air Quality Control Commission Regulation No. 1, Emission Control for Particulate Matter, Smoke, Carbon Monoxide, and Sulfur Oxides. Additionally, for any road construction project, a written control plan must be submitted for approval by CDPHE. The control plan includes all available practical methods that are technologically feasible and economically reasonable to reduce, prevent, and control fugitive particulate emissions from the source into the atmosphere. When a plan is approved, CDPHE may take enforcement action if the owner or operator fails to comply with the provisions.

An Air Quality Monitoring, Maintenance, and Mitigation Plan will be prepared prior to construction and will include the following commitments:

- Documentation of daily visual inspections of active work sites by State and Federally certified personnel

- Daily opacity readings from stationary sources subject to Section II.A of Air Quality Control Commission Regulation No. 1 (5 CCR 1001-3) and applicable permit conditions

- Continuous $PM_{10}$ monitoring during construction

- Presentation of continuous $PM_{10}$ monitoring data to the public after quality review of the data, anticipated to be within one week of collection

### Permitting

All alternatives will require demolition permits and an Air Pollutant Emission Notice (APEN). An APEN form is used to record general project information, including the project description, location, size, and duration. In addition, the APEN form includes detailed information on the Fugitive Dust Control Plan (FDCP). The FDCP addresses how dust will be kept to a minimum at the project site. Control measures listed in the plan should be specific to the land development site.

Fugitive dust control techniques commonly included in the plan are shown in **Exhibit 5.10-26**.

**Exhibit 5.10-26      Summary of Air Quality Commitments and Strategies**

| Air Quality Consideration (all alternatives) | Commitments and Strategies Applicable to All Alternatives |
|---|---|
| • MSAT emissions could increase temporarily during construction<br><br>• Construction fugitive dust could cause temporary impacts<br><br>• No violation of the NAAQS for the No-Action Alternative or the Build Alternatives | Before and during construction:<br>• Monitor for $PM_{10}$, which will allow for the real-time modification or implementation of various dust control measures during construction<br><br>During construction, BMPs could include the following measures and others, if applicable, as identified during project development (per the FDCP):<br>• Cover, wet, compact, or use chemical stabilization binding agents to control dust and excavated materials at construction sites<br>• Use wind barriers and wind screens to prevent spreading of dust from the site<br>• Have a wheel wash station and/or crushed stone apron at egress/ingress areas to prevent dirt being tracked onto public streets<br>• Use vacuum-powered street sweepers to remove dirt tracked onto streets<br>• Cover all dump trucks leaving sites to prevent dirt from spilling onto streets<br>• Minimize disturbed areas, particularly in winter<br>• Prohibit unnecessary idling of construction equipment<br>• Locate construction diesel engines as far away as possible from residential areas<br>• Locate construction staging areas close to work sites, while situating them as far away as possible from residential uses<br>• Require heavy construction equipment to use the cleanest available engines or be retrofitted with diesel particulate control technology<br>• Use alternatives to diesel engines and/or diesel fuels, such as biodiesel, liquefied natural gas, compressed natural gas, fuel cells, and electric engines, if applicable<br>• Install engine pre-heater devices to eliminate unnecessary idling for winter-time construction<br>• Prohibit tampering with equipment to increase horsepower or to defeat an emission control device's effectiveness<br>• Require construction vehicle engines to be properly tuned and maintained<br>• Use construction vehicles and equipment with the minimum practical engine size for the intended job<br><br>Post construction:<br>• Continue the "sweepbox" program on the highway to achieve the current level of fugitive dust reduction; and enhance street sweeping after snow events to reduce the particulate matter accumulation during operations<br><br>BMPs could also include the following measures and others as identified during project development:<br>• Optimize signal timing at intersections and along arterial streets near the highway to reduce vehicle delay and tailpipe emissions<br>• Implement congestion pricing and commuter incentive programs that reduce peak-period highway congestion and emissions<br>• Encourage TDM options, such as high-occupancy vehicle lanes and agreements with major employers to promote and implement flexible work programs |

This page intentionally left blank.

## 5.20      Human Health Conditions

*This section discusses what the existing concerns are about health issues in the project area (based on public comment), and relates these concerns to the analyses of air quality, noise, and hazardous materials performed for this project.*

*Additionally, at the request of the public commenters, it summarizes human health studies performed in the area in recent years by other parties that are not part of this project specifically.*

---

Since the Supplemental Draft EIS was published in August 2014, additional analyses and content review have been performed for many of the resources discussed in this document. These updates, along with changes resulting from the comments received on the Supplemental Draft EIS, have been incorporated into this Final EIS.

This Chapter is a new inclusion for the Final EIS and was not included in the Supplemental Draft EIS. Previously, the discussion summarizing health studies was included in Section 5.2, Social and Economic Conditions.

---

### 5.20.1     Why discuss human health conditions?

Human health conditions are important in the project area. Several of the analyses in the Final EIS are designed to determine if project activities create new health hazards that are not currently present, worsen existing health conditions, or contribute to a cumulative adverse impact to the health of residents or workers in the area.

During project scoping meetings for the proposed improvements to I-70, the public expressed concerns about various health issues within and near the project study area that they felt should be evaluated. In addition, the proximity of Swansea Elementary School to I-70 in the project area raised concerns about potential health impacts to children attending the school.

Following the release of the Draft EIS in 2008 and the Supplemental Draft EIS in 2014, many comments were received on health and how it relates to the project.

## 5.20.2    How are project impacts, benefits, and mitigation measures related to human health evaluated in this document?

The concerns to human health included in this section are organized by topics identified during project scoping and from public comments received on the 2008 Draft EIS and the 2014 Supplemental Draft EIS. Specific resource sections in this Final EIS listed below were reviewed to determine if there would be associated potential impacts to human health. The following discussions are not listed in order of importance, but in the order in which they appear in this Final EIS:

- Transportation facilities and choice
- Air quality
- Noise
- Water quality
- Hazardous materials

A full discussion of project impacts for each of the resources listed above can be found in Chapter 4 and Section 5.2 for transportation facilities and choice, Section 5.10 for air quality, Section 5.12 for noise, Section 5.16 for water quality, and Section 5.18 for hazardous materials. In the following subsections, a short summary of possible outcomes is included.

Each of these resources also includes a discussion of the benefits related to health and the highway cover included in the identified Preferred Alternative, the Partial Cover Lowered Alternative with Managed Lanes Option. Construction impacts and mitigations also are discussed.

### *Transportation facilities and choice*

As noted in Chapter 4, Transportation Impacts and Mitigation Measures, of this document, pedestrian and bicycle facility improvements associated with the Build Alternatives will enhance the safety of pedestrians and bicyclists within the study area. Intersections that are being improved will have countdown lights installed at signalized crosswalks to improve pedestrian safety. More opportunities to enhance the pedestrian environment include sidewalk connectivity, ADA improvements, greater sidewalk width, and improved lighting. These enhancements will potentially benefit human health by improving multi-modal connectivity in the project area. In addition, the Build Alternatives will

enhance the safety of the motorists using the facilities by utilizing the current highway design standards (such as shoulder widths, lane widths, grades, and curves).

## Benefits of the highway cover (Preferred Alternative only)

The proposed landscaped highway cover between Columbine Street and Clayton Street that is included as part of the Partial Cover Lowered Alternative will provide multiple benefits to human health in the Elyria and Swansea neighborhood. The proposed cover will reconnect the north and south sides of the neighborhood by providing a safe connection for pedestrians and bicyclists across I-70, allowing them to cross anywhere along the cover area and thereby improving non-motorized connectivity. The cover also will provide a place for activity and exercise. The Partial Cover Lowered Alternative also maintains the existing local north-south street network and it provides a greater sense of neighborhood cohesion by removing the dominant visual barrier created by the highway structure in this neighborhood.

## Construction Mitigation

As discussed in Section 5.2, Social and Economic Conditions, temporary construction impacts associated with project alternatives include construction-related travel disruptions (such as road closures, detours, and access and circulation disruptions), RTD service disruptions and/or delays, and traffic-related travel disruptions. These impacts will cause temporary quality-of-life disruptions to households near construction areas. People who work near construction areas or use affected roadways to travel to other activities (for example, health care) also will experience some temporary disruption during construction.

Proposed mitigation measures for these disruptions include:

- Provide safe and efficient connections through the neighborhood during construction for all modes of transportation, including bicycles and pedestrians.

- Coordinate with local municipal officials during construction to minimize effects on emergency service providers and response times.

- Coordinate with RTD more than 30 days in advance during construction to minimize disruptions to service areas and schedules and notify transit users in advance of any closures, delays, or modifications in bus or rail routes.

## *Air quality*

As summarized in Section 5.10, Air Quality, the air quality analysis follows guidelines established by EPA for conducting analysis of air quality impacts for project alternatives. With regard to carbon monoxide and $PM_{10}$ for all project alternatives, the project is not expected to cause any new violations of any standard, increase frequency or severity of any existing violation, or delay timely attainment of the NAAQS or required interim milestones. The modeled values are below the NAAQS and demonstrate that there is no exceedance or impact from the project based on EPA's health-based standards for these pollutants.

Results of the carbon monoxide hotspot analysis indicate that both the 1-hour and 8-hour concentrations at the worst-case location, Colorado Boulevard, are below the NAAQS. Results of $PM_{10}$ analysis indicate 24-hour $PM_{10}$ concentrations do not exceed the NAAQS for any of the project alternatives, including the identified Preferred Alternative, the Partial Cover Lowered Alternative with Managed Lanes Option.

A comparison of air quality conditions for all pollutants demonstrates the effects of minor differences in traffic volume and roadway configuration between the alternatives; air pollution impacts for all design alternatives are similar.

Several factors are evident at the conclusion of the analysis:

- Air quality conditions under the No-Action Alternative are similar to all alternatives analyzed.

- Traffic volume and traffic speed are the primary drivers of project-level air quality impacts.

- Fugitive dust emissions from road sanding, as well as road dust and brake and tire wear, are the primary indicators of future particulate matter emissions.

Motor vehicle emissions from the implementation of the No-Action Alternative and the Build Alternatives will not cause or contribute to any new localized carbon monoxide or particulate matter violations, nor will they increase the frequency or severity of any existing violations based on the hotspot analysis. Therefore, no specific mitigation measures are necessary for the project to proceed. Although mitigation is not required, one or more of the potential emission reduction measures described below will be utilized to minimize impacts to air quality. Each of these measures will result in a benefit to human health.

- Any transportation-related measures or voluntary baseline emission reduction strategies already included as part of carbon monoxide or particulate matter maintenance plans that relate to I-70 East, such as street sanding/sweeping activities, will continue to be implemented.

- During construction, dust emissions should be minimized by following BMPs to control fugitive dust (see **Exhibit 5.10-26** for a summary of these activities and practices).

- Ongoing and planned strategies to reduce precursor emissions of volatile organic compounds and nitrogen oxides in the Denver/North Front Range ozone nonattainment area—including multi-modal transportation options, rideshare programs, vehicle emissions testing, and intersection improvements— will be implemented. Likewise, several strategies have been, and continue to be, implemented to maintain carbon monoxide and $PM_{10}$ attainment. For details of these strategies to manage criteria pollutant emissions, see Attachment J, *Air Quality Technical Report*.

- Construction-related fugitive particle emissions will be minimized by implementing dust control practices in accordance with requirements in CDPHE Air Quality Control Commission Regulation No. 1, Emission Control for Particulate Matter, Smoke, Carbon Monoxide, and Sulfur Oxides.

In summary, the NAAQS limits set by the EPA protect human health. The modeled values for the I-70 East project are below the NAAQS and demonstrate that there is no exceedance or impact from the project based on the EPA's health-based standards for these pollutants. Therefore, there are no projected impacts from the project related to NAAQS.

In addition, CDOT conducted a mobile source air toxic emissions analysis for the area affected by the project, and the analysis estimates that emissions in the project design year will be roughly 80 percent lower than current emissions. Additionally, the emissions for all of the Build Alternatives vary from 2.1 percent to 3.8 percent higher than the No-Action Alternative.

## Benefits of the highway cover (Preferred Alternative only)

The cover included with the Partial Cover Lowered Alternative is an emissions reduction strategy for the area around Swansea Elementary School. The cover will redirect $PM_{10}$, carbon monoxide, and other emissions away from the school and the surrounding neighborhood. It also includes trees as an amenity on top of the highway cover, since trees provide incidental benefits to air quality.

## Construction Mitigation

Dust during construction could be particularly problematic for residents in the Elyria and Swansea Neighborhood who do not have air conditioners and ventilate their homes by opening windows. For households using window ventilation, construction dust could be an issue on windy days. Dust suppression measures (for example, stabilizing and covering loads of soil and debris during transport and storage, or stabilizing and revegetating exposed areas after construction) will be implemented to control dust impacts.

To mitigate additional dust concerns during construction for residents close to the highway, between 45th Avenue and 47th Avenue from Brighton Boulevard to Colorado Boulevard, CDOT will provide:

- Two free portable or window-mounted air conditioning units with air filtration and assistance for the potential additional utility costs
- Interior storm windows

Also, an Air Quality Monitoring, Maintenance, and Mitigation Plan will be prepared prior to construction and will include continuous $PM_{10}$ monitoring during construction, as described in Section 5.10, Air Quality.

### *Noise*

Section 5.12, Noise, of this chapter identifies existing noise conditions and potential noise impacts from the proposed improvements to I-70. Results of the analysis show that all of the alternatives will cause noise to exceed the NAC of 66 dBA at various locations, including Swansea Elementary School. The section includes a discussion on where noise mitigation is needed, what that noise mitigation will look like, and how much noise reduction the mitigation will achieve. **Exhibit 5.20-1** summarizes by alternative the number of noise receptors that exceed the NAC threshold both with and without mitigation.

**Exhibit 5.20-1      Noise Receptors Exceeding NAC Threshold by Alternative**

| Alternative/Option | Number of Noise Receptors | Number of Noise Receptors that Exceed NAC Threshold | | Number of Noise Receptors with a Substantial Noise Increase | |
|---|---|---|---|---|---|
| | | Without Mitigation | With Mitigation | Without Mitigation | With Mitigation |
| Existing | 940 | 91 | | N/A | |
| No-Action Alternative, North Option | 890 | 362 | 59 | 40 | 0 |
| No-Action Alternative, South Option | 857 | 360 | 54 | 34 | 0 |
| Revised Viaduct Alternative, North Option | 896 | 453 | 114 | 97 | 0 |
| Revised Viaduct Alternative, South Option | 873 | 432 | 83 | 68 | 2 |
| Partial Cover Lowered Alternative | 873 | 155 | 108 | 11 | 0 |

As discussed in Section 5.12, Noise, noise walls will be constructed, where feasible and reasonable, to mitigate the future traffic noise from the reconstructed I-70. In several locations, the proposed noise walls will reduce the number of noise receptors below existing conditions, resulting in a benefit to human health.

### Benefits of the highway cover (Preferred Alternative only)

The proposed landscaped highway cover between Columbine Street and Clayton Street that is included as part of the Partial Cover Lowered Alternative helps reduce noise pollution at Swansea Elementary School and in the surrounding neighborhood. The highway cover is a noise barrier that will assist in reducing the number of noise receptors below existing conditions, resulting in a benefit to human health.

### Construction Mitigation

Construction noise will present short-term effects to those receptors located along the corridor and along designated construction access routes. It is anticipated that a portion of the construction will occur at night to minimize traffic disruption. The primary source of construction noise is expected to be diesel-powered equipment, such as trucks and earth-moving equipment, and construction activities, such as demolition hammers on trackhoes, rubble load outs, and tailgate and bucket bang.

Ambient noise from construction is a concern among the residents around the construction zone—specifically in the Elyria and Swansea Neighborhood, since many residents do not have air conditioners and ventilate their homes by opening windows. As previously described under air quality

for construction impacts related to dust, to mitigate noise concerns during construction for residents close to the highway, between 45th Avenue and 47th Avenue from Brighton Boulevard to Colorado Boulevard, CDOT will provide:

- Two free portable or window-mounted air conditioning units with air filtration and assistance for the potential additional utility costs

- Interior storm windows

CDOT also will comply with Denver regulations on construction noise, as discussed in Section 5.12, Noise.

Pile driving and demolition are expected to be the loudest construction operations. Piles will be required at most major bridge installations. Bridge and road demolition also will be required at many locations.

Measures will be taken to minimize noise during construction. Mitigation actions specific to construction noise impacts are summarized in Section 5.12 and include limiting construction noise during school hours in the vicinity of Swansea Elementary School and idling equipment motors when the equipment is not in use.

### Water quality

As discussed in Section 5.16, Water Quality, both the South Platte River and Sand Creek cross the I-70 corridor and are listed on the Section 303(d) list for impaired waters. The primary reason both streams are listed for impairment is most likely due to polluted urban runoff in the highly urbanized watershed in which they are located. CDOT cannot prevent individuals from having contact with these impaired water bodies; however, efforts by CDOT to prevent polluting factors from impacting water quality in the study area will benefit human health.

The following is a list of polluting factors from roadway runoff during storm events and the reason why they are analyzed:

- Lead, copper, and zinc are a concern because they dissolve in water and can have toxic effects when they build up in water plants and aquatic life.

- Total Suspended Solids is a concern because it can increase the murkiness of water; as the floating particles in murky water settle, this can lead to loss of aquatic habitat and channel instability.

- Phosphorus is a concern because it can increase the production of algae in water, which can reduce oxygen levels in streams.

As noted in Section 5.16, Water Quality, runoff from I-70 will be captured and conveyed in a storm drain system that discharges to the South Platte River. Prior to discharging to the receiving streams, the onsite drainage system will discharge to a water quality pond to provide water quality treatment. The outlet of the pond is smaller than the inlet of the pond, so runoff is temporarily stored in the pond and releases over a period of a few days. During this time (CDOT requires a minimum drain time of 40 hours), sediment settles out of the runoff and is stored in the pond; then, the runoff, with reduced sediments, discharges to the receiving stream.

Additional permanent BMPs discussed in Section 5.16 also will be implemented to remove particulate pollutants from stormwater. This will provide further benefits to human health.

## Construction Mitigation

During construction, as soils are disturbed, storm runoff may create erosion and degradation of water quality if proper BMPs are not employed. Alternative implementation will be done in accordance with the programs established under CDOT's MS4 permit. Site-specific engineering design studies will be performed during final design, and care will be exercised during construction to prevent problems of stability and erosion during and after construction. To mitigate these effects, BMPs for erosion and sediment control, dust control, stormwater control, and expansive soils will be implemented during construction. BMPs for erosion and blowing dust during construction include the use of silt fences, erosion control blankets, sediment traps, sediment basins, soil stockpile management, temporary diversion structures, and spill prevention and control measures.

After construction, other BMPs will be followed for permanent erosion control. These include regrading as necessary, seeding and revegetating soils and slopes, mulch protection for new plantings, and stormwater control channels.

## *Hazardous materials*

During construction activities, hazardous materials may impact the health and safety of workers, as well as environmental resources and community residents located

### Common contaminants

Common contaminants identified in soil and/or groundwater include:

- Petroleum products (i.e., fuels, oils)
- Chlorinated solvents
- Metals
- Asbestos

within the project corridor and surrounding area. Also, encountering hazardous materials during construction can impact the cost of construction, as contaminated media generated during construction must be managed in accordance with federal and state regulations.

Section 5.18, Hazardous Materials, of this chapter provides a summary of the environmental records search conducted on the project study area. As noted in Section 5.18, the likelihood of impacting hazardous materials is dependent on the number of hazardous materials sites encountered during construction. In addition, the location and amount of contamination remaining at the site also will dictate impacts. The Partial Cover Lowered Alternative could affect up to 25 known hazardous materials sites since it will require a large amount of soil displacement to lower the highway below grade. This soil displacement has raised concerns from local residents since several extensive soil remediation projects have occurred in the project corridor.

Any contamination encountered during the construction of the project will be cleaned up in compliance with applicable state and federal regulations, which will benefit human health by removing contaminated soils. CDOT also is working with the EPA and will collect representative soil samples of recently cleaned-up residential properties pre-, during, and post-construction to test for lead and arsenic to ensure that the properties aren't re-contaminated due to construction activities; this will include identifying three or four properties from the EPA's database and contacting those property owners to ensure they will participate in this activity. Specific mitigation measures related to hazardous materials are detailed in Section 5.18 of this chapter.

### 5.20.3   What conclusions can be drawn about potential human health impacts?

As previously discussed, several impact categories could result in negative effects to human health in the project study area. However, with implementation of BMPs and mitigation measures, these potential negative effects will be avoided or minimized. BMPs and mitigation measures are listed in Chapter 9, Preferred Alternative Mitigation Commitments. **Exhibit 5.20-2** summarizes the impacts and mitigations highlighted in this section.

**Exhibit 5.20-2      Summary of Impacts and Mitigations**

| Resource | Impacts and/or Benefits and Mitigations |
|---|---|
| Transportation facilities and choices | • Pedestrian and bicycle facility improvements associated with the Build Alternatives will enhance the safety of pedestrians and bicyclists within the study area<br>• The proposed cover will reconnect the north and south sides of the neighborhood by providing a safe connection for pedestrians and bicyclists across I-70, the cover also will provide a place for activity and exercise |
| Air quality | • Air quality conditions under the No-Action Alternative are similar to all alternatives analyzed<br>• Motor vehicle emissions from the implementation of the No-Action Alternative and the Build Alternatives will not cause or contribute to any new localized carbon monoxide or particulate matter violations, nor will they increase the frequency or severity of any existing violations based on the hotspot analysis<br>• Modeled values for the I-70 East project are below the NAAQS and demonstrate that there is no exceedance or impact from the project based on EPA's health-based standards for these pollutants<br>• The cover included with the Preferred Alternative is an emissions reduction strategy for the area around Swansea Elementary School. The cover will redirect $PM_{10}$, carbon monoxide, and other emissions away from that stretch of highway and the surrounding neighborhood |
| Noise | • Noise walls will be constructed, where feasible and reasonable, to mitigate the future traffic noise from the reconstructed I-70<br>• In several locations, the proposed noise walls will reduce the number of noise receptors below existing conditions, resulting in a benefit to human health<br>• The highway cover included with the Preferred Alternative is a noise barrier that will assist in reducing the number of noise receptors below existing conditions, resulting in a benefit to human health |
| Water quality | • Prior to discharging to the receiving streams, the onsite drainage system will discharge to a water quality pond to provide water quality treatment<br>• Additional permanent BMPs discussed in Section 5.16 also will be implemented to remove particulate pollutants from stormwater which will provide further benefits to human health |
| Hazardous materials | • Any contamination encountered during the construction of the project will be cleaned up in compliance with applicable state and federal regulations, which will benefit human health by removing contaminated soils<br>• Collect representative soil samples of three or four recently cleaned-up residential properties pre-, during, and post-construction to test for lead and arsenic to ensure that the properties aren't re-contaminated due to construction activities |

Additionally, the landscaped cover over the highway in the identified Preferred Alternative will potentially provide improved health outcomes. When combined with project BMPs and mitigation measures, opportunities to improve existing human health conditions may be even greater.

<div style="background-color:#c9d8ed;">

### 5.20.4   What additional studies were conducted by others on human health conditions within or near the study area?

</div>

In addition to the project impacts, benefits, and mitigation measures (discussed in the previous subsection) that could have an impact on human health due to the project alternatives, a review of recent studies of human health conditions within and near the project area was conducted. Studies conducted by major agencies responsible for public health—including CDPHE, the Denver Department of Environmental Health, and the USDA—were identified that included information about the study corridor.

Although not a study, the EPA announced in December 2014 that residential soil sampling and cleanup is complete at the Vasquez Boulevard and I-70 Superfund site. However, EPA was not able to gain access from the owners of a few properties. Reviewing these properties will be part of the state of Colorado's operation and maintenance responsibilities and these properties will be reviewed as part of future Vasquez Boulevard and I-70 five-year reviews.

Some of the reports summarized below have been brought to the attention of the project team by members of the public. The listing of these studies does not infer any endorsement, nor does it include any conclusions regarding the accuracy or applicability of these studies. Six relevant studies were identified to review:

- Health Impact Assessment: *How Neighborhood Planning Affects Health in Globeville and Elyria Swansea* (Denver, 2014)

- *Good Neighbor Project* (Denver Department of Environmental Health, 2007)

- CDPHE cancer study: Urban Air Toxics Concentration in Denver, May 2002 through April 2003 (CDPHE, 2006)

- CDPHE cancer study: *Analysis of Diagnosed Versus Expected Cancer Cases in Residents of the Vasquez*

*Boulevard / I-70 Superfund Site Study Area* (CDPHE, 2003a)

- CDPHE cancer study: *Cancer in North Denver: 1998-2000* (CDPHE, 2002)

- CDPHE cancer study: *Analysis of Diagnosed Versus Expected Cancer Cases for the Northeast Denver Metropolitan Area in the Vicinity of the Rocky Mountain Arsenal, 1979-1996 and 1997-2000* (CDPHE, 2003a and 2003b)

A summary of each study is discussed below and the study areas for three of these studies are shown in **Exhibit 5.20-3**. Boundaries are not shown for the other three studies as they are too small or are consistent with neighborhood boundaries.

**Exhibit 5.20-3      Areas of Analysis for Studies Conducted by Others Within or Near the Study Area**



Cancer occurrence studies were conducted by the CDPHE in response to concerns about exposure to environmental contaminants associated with hazardous waste sites located within and near the project study area. The studies provide an index of cancer occurrence in some of the communities in

and near the study area. Based on CDPHE's cancer study results, the occurrence of certain types of cancer is higher in the EIS study area than in the Denver MSA as a whole. CDPHE noted that other factors—such as exposure to carcinogens in the occupational, indoor, and ambient air— and behavioral risk factors—such as smoking, dietary habits, and alcohol consumption—also may contribute to the overall individual and population risk (CDPHE 2002, 2003a, 2003b, 2003c). The most recent update of this information does not indicate a change in the previously reported trends (CDPHE, 2010).

This discussion is not a comprehensive assessment of the current health status in the study area. The studies summarized here do not provide indicators of human health as it relates to the proposed project and are being provided only to establish that many studies of this area have been done over the past 15 to 35 years.

### How Neighborhood Planning Affects Health in Globeville and Elyria Swansea

The Health Impact Assessment (HIA), *How Neighborhood Planning Affects Health in Globeville and Elyria Swansea* was completed in September 2014 by the Denver Department of Environmental Health. The HIA focuses solely on the Globeville and Elyria Swansea Neighborhood Plans and does not examine specific development projects, including I-70 East. This HIA is described as a "process to incorporate health considerations into a plan, project, or policy." Through resident participation in the neighborhood planning and HIA processes, five major health factors were identified and analyzed in the HIA. These included:

- Environmental quality

- Connectivity and mobility

- Access to goods and services

- Community safety

- Mental wellbeing

Key findings of the HIA reflect the public's concerns for the population groups and resources identified in Sections 5.2.4 and 5.2.5 of the Final EIS, and the findings of studies previously discussed in this section. The key findings of the HIA are discussed in the following subsections.

## Environmental quality

- Highway traffic is the main source of air pollution in the communities

-  There are noticeable spikes in poor air quality depending on location, time of day, and weather. Annual average air pollution is not higher than in other areas of Denver.

- Odors emitted from industrial operations sometimes cause short-term health effects, such as watering eyes or throat irritation.

- Highway traffic, freight trains, and industrial plants generate noise at levels that sometimes exceed recommended federal thresholds.

- Two large soil cleanup projects have mostly been completed over the last several decades, yet residents continue to express concerns about hazardous materials in the soil and a distrust of government intentions in the cleanup efforts.

- A lack of trees and green infrastructure in the Globeville and Elyria and Swansea neighborhoods does not help to improve air and water quality.

## Connectivity and mobility

- Physical barriers, such as railroad tracks and disconnected roads, isolate residents and limit opportunities for physical activity, including walking.

- Residents are concerned with the number of freight trucks on residential streets.

- Many streets lack sidewalks, bus stops lack benches or safe places to stand, and there is minimal bicycle infrastructure.

- Many residents do not own a vehicle and therefore, must rely on public transportation. Pedestrian, bicycle, and bus connections to four new transit rail stations in the neighborhoods are unclear to residents.

## Access to goods and services

- There is no grocery store in the community and convenience stores do not offer affordable, nutritious, or fresh produce.

- Residents must travel outside of the neighborhoods since there are few retail stores or local services.

- Residents reported concerns about safety and amenities in the neighborhoods. Residents also identified a lack of programming at neighborhood recreation centers that meets their needs.

## Community safety

- Vehicle crashes at some intersections has raised concerns about unsafe conditions for pedestrians and bicyclists.

- Resident perception of crime is higher than reported crime rates. There is some concern that crime may go unreported due to resident unwillingness to interact with law enforcement.

- Street lighting is inadequate and less than in other Denver neighborhoods.

- Residents raised safety concerns due to the presence of graffiti, illegal activities, and stray animals.

## Mental wellbeing

- Odor and noise impacts add stress to residents in their lives.

- Trains cause lengthy delays for vehicles and pedestrians.

- Concerns about safety limit resident use of parks and the South Platte River Greenway trail.

- Resident perception of and fear of pollution continue despite the substantial environmental cleanup activities. Lack of outreach in Spanish regarding this issue has led to continued misperceptions among residents who only speak Spanish.

- Unknown impacts associated with the construction activities of the I-70 project and other large redevelopment projects in the neighborhoods add to residents' stress.

### Good Neighbor Project

*Going One Step Beyond in North Denver: A Neighborhood Scale Air Toxics Assessment* (Denver Department of Environmental Health, 2007), otherwise known as the Good Neighbor Project, was a detailed air pollution modeling assessment that evaluated known sources of emissions in the Globeville and Elyria and Swansea neighborhoods, as well as in Commerce City. It built upon previous

assessments conducted by the Denver Department of Environmental Health.

The primary goal of the Good Neighbor Project was to evaluate concentration gradients of air pollutants near major roadways like I-70, I-25, I-270, and Colorado Boulevard. Earlier Denver Department of Environmental Health assessments apportioned county-level emissions to census block groups using a variety of surrogate data, such as VMT and population density. Earlier assessments tended to spread the emissions across the entire block group, whereas the Good Neighbor Project allocated on-road mobile source emissions to actual roadways.

Key findings of this study include:

- Modeled mean annual concentrations from highways were well below estimated Integrated Risk Information System (IRIS) cancer (1/100,000) and non-cancer risk values for all six MSAT;

- Modeled concentrations dropped off sharply within 150 feet of roadways;

- Modeled MSAT concentrations tended to be higher along highways near the Denver Central Business District (CBD) than along the I-70 East corridor (in some cases, they were higher within the CBD itself, as were the monitored values); and

- Dispersion model results were generally lower than monitored concentrations but within a factor of two at all locations.

These findings match with air pollution monitoring data collected along freeways in California (Zhu et al, 2002). The Good Neighbor Project study provided a much improved level of detail over earlier Denver Department of Environmental Health assessments, though it required a significantly higher level of resources across a limited geographic area.

### CDPHE cancer studies: Urban Air Toxics Concentration in Denver, May 2002 through April 2003

In this 2006 report, CDPHE discusses occurrences of cancer, from May 2002 to April 2003, and airborne pollutants exhibited at air monitoring stations near I-70 East (CDPHE, 2006). Although none of the pollutants or the pollutant concentrations were unique to Denver, total cancer risks were found to range from 100 to 200 excess cancers per one

million people. This range slightly exceeds the EPA's proposed "acceptable" health risk for carcinogens which is one in one million to 100 per million. The report also concluded that there were little to no known non-cancer health risks associated with the pollutants exhibited in the area.

### CDPHE cancer studies: Analysis of Diagnosed Versus Expected Cancer Cases in Residents of the Vasquez Boulevard/I-70 Superfund Site Study Area

The *Analysis of Diagnosed Versus Expected Cancer Cases in Residents of the Vasquez Boulevard/I-70 Superfund Site Study Area* (CDPHE, 2003a) investigated cancer occurrence for neighborhoods in the Vasquez Boulevard/I-70 Superfund Site in north-central Denver. Previous studies conducted by the U.S. EPA have indicated high levels of arsenic and lead in soil at some homes in the Elyria and Swansea, Clayton, Cole, and southwest Globeville neighborhoods. The study was conducted at the request of citizen representatives of Colorado People's Environmental and Economic Network and the Cole, Elyria and Swansea, and Clayton Neighborhood Coalition to conduct a review of cancer rates in their community. The study area for this report is shown in **Exhibit 5.20-3**.

CDPHE found an elevated incidence of cancer in the Superfund Site Study Area. Additional statistical analyses did not detect an association between the occurrence of lung cancer and high levels of arsenic in the soil of homes where individuals with lung cancer lived. CDPHE notes that many or most of the lung and laryngeal cancers reported from these neighborhoods are likely related to smoking.

### CDPHE cancer studies: Cancer in North Denver: 1998-2000

The primary focus of *Cancer in North Denver: 1998-2000* (CDPHE, 2002) was to analyze cancer rates in North Denver compared to those in the Denver MSA, and to identify behavioral and other risk factors that could be contributing to observed elevated rates. The study area for this report is shown in **Exhibit 5.20-3**.

The principal findings of the comparisons between North Denver and the remainder of the Denver MSA include:

- For all cancer types combined, cancer rates in North Denver were statistically higher for men of all racial/ethnic backgrounds combined, and for non-

Latino White men and women considered as subgroups.

- For some specific cancer types, cancer rates in North Denver were statistically higher for men and women of all racial/ethnic backgrounds combined, and for non-Latino White men and women considered as subgroups, but not for Latino men or women, nor for non-Latino African-American men or women.

- Cancer rates in North Denver were not statistically higher for Latino or non-Latino African-American men and women, either considering all cancer types together or for individual types of cancer.

### CDPHE cancer studies: Analysis of Diagnosed Versus Expected Cancer Cases for the Northeast Denver Metropolitan Area in the Vicinity of the Rocky Mountain Arsenal, 1979-1996 and 1997-2000

These two reports (CDPHE, 2003a and 2003b), covering the periods 1979 through 1996 and 1997 through 2000, report the initial and follow-up findings of previous cancer surveillance for communities in the northeast Denver metropolitan area—specifically, the area surrounding the Rocky Mountain Arsenal National Wildlife Refuge in Adams County (north of 56th Avenue), and the Stapleton and Montbello neighborhoods. Both reports have the same study area shown in **Exhibit 5.20-3**.

As indicated in both the 1979 to 1996 and 1997 to 2000 analyses, when all cancers were combined together within a study area, there were not statistically significant differences between the study area populations and the Denver metropolitan area population. However, when the data were disaggregated and examined to show different types of cancer, statistically significant differences between the populations of each study area and the Denver metropolitan area population were identified.

## 5.20.5   What additional studies conducted by others on human health conditions outside of the study area were reviewed?

As previously noted, air quality in the project area or the Denver region is not anticipated to worsen over existing conditions. However, public concern regarding air quality continues. An additional review of literature on air pollution health effects was conducted, including the following reports:

- Health Risk Contributions from Highway Projects

- Status of Research on Potential Mitigation Concepts to Reduce Exposure to Nearby Traffic Pollution (Air Resources Board of California Environmental Protection, 2012)

- Air Quality in Southern California—Time for a Paradigm Shift (Winer, 2004)

- Near-Roadway Air Pollution and Coronary Heart Disease: Burden of Disease and Potential Impact of a Greenhouse Gas Reduction Strategy in Southern California (Environmental Health Perspectives, July 2015)

- Associations of Mortality with Long-Term Exposures to Fine and Ultrafine Particles, Species and Sources: Results from the California Teachers Study Cohort (Environmental Health Perspectives, June 2015)

The last four reports were cited by members of the public, identifying correlations between human health effects to roadway proximity. FHWA's listing of the last four studies does not infer any endorsement, nor does it include any conclusions regarding the accuracy or applicability of these studies. The following are summaries of the additional literature review.

### *Health Risk Contributions from Highway Projects*

At the request of EPA, FHWA conducted a review of four separate health risk assessments from around the country for the South Mountain Freeway (Loop 202) EIS in Arizona. FHWA's review focused on the methodologies used in the studies and the findings related to incremental health risks. All four studies reported a very low risk of estimated incremental cancer risk from vehicle traffic at each studies' worst-case location. The following is the conclusion from the South Mountain Freeway EIS review of these reports.

"To help put these low health risks from roadway emissions into perspective, FHWA compared them with health risks from traffic fatalities. In 2010, there were 2.47 million deaths in the United States, and 32,728 of these were due to traffic fatalities, meaning that the risk of dying in a traffic accident in 2010 was 0.0106 percent. Converted to terms of risk per million people, this represents a risk of 106 in a million per year, or 7,420 in a million as a 70-year lifetime risk, consistent with cancer risk estimation. While this risk is very high, and while FHWA is actively working to improve highway safety, most people seem to consider this risk "acceptable" in the sense that they do not avoid vehicle trips to reduce it. Also, if the MSAT risk estimates in the studies summarized above are correct, it means that the incremental risk of cancer from breathing air near a major roadway is several hundred times lower than the risk of a fatal accident from using a major roadway.

EPA must make decisions regarding acceptable risk when it develops regulations to control hazardous air pollutants (air toxics) under Titles II and III of the Clean Air Act. EPA's National Emission Standards for Hazardous Air Pollutants for benzene emissions is based on attaining a risk level of no more than 100 cases of cancer per million people. EPA's 2007 MSATs rule, covering vehicles, fuels, and fuel containers, is designed to result in a remaining risk of approximately 5 in a million. Both of these risk levels, considered acceptable by EPA as an outcome of its rulemaking processes, are much higher than the estimated risk from the highway projects that FHWA reviewed." (pg 4-81, AZDOT FEIS 2014)

### *Status of Research on Potential Mitigation Concepts to Reduce Exposure to Nearby Traffic Pollution (Air Resources Board of California Environmental Protection, 2012)*

In the *Status of Research on Potential Mitigation Concepts to Reduce Exposure to Nearby Traffic Pollution*, the Air Resources Board of California Environmental Protection reports that populations living within 500 feet of busy roadways are highly prone to pollutants associated with vehicular traffic. They also reported that among residents living near roadways, children are more vulnerable to adverse health effects of traffic emissions because they tend

to spend a larger amount of time outside and have higher breathing rates per unit of body mass relative to adults.

### Air Quality in Southern California—Time for a Paradigm Shift (Winer, 2004)

The *Air Quality in Southern California – Time for a Paradigm Shift*, reports that poor health conditions exist in close proximity to heavy traffic corridors, especially at locations were the traffic make-up consists of diesel fuel vehicles. Pollution from these vehicles has been linked with declines in lung function and increased respiratory symptoms. The study concludes that pollution is both a regional and localized issue for people living near to major roadways.

### Near-Roadway Air Pollution and Coronary Heart Disease: Burden of Disease and Potential Impact of a Greenhouse Gas Reduction Strategy in Southern California (Environmental Health Perspectives, July 2015)

The study investigated the burden of coronary heart disease from near-roadway air pollution and compared it with the $PM_{2.5}$ burden in the California South Coast Air Basin for 2008 and under a compact urban growth greenhouse gas reduction scenario for 2035. The study results suggest that a large burden of preventable coronary heart disease mortality is attributable to near-roadway air pollution and is likely to increase even with decreasing exposure by 2035 due to the vulnerability of an aging population. The study also notes that greenhouse gas reduction strategies developed to mitigate climate change offer unexploited opportunities for air pollution health co-benefits.

### Associations of Mortality with Long-Term Exposures to Fine and Ultrafine Particles, Species and Sources: Results from the California Teachers Study Cohort (Environmental Health Perspectives, June 2015)

The study researched the effectiveness of near-road vehicle emissions modeling to assess human effects. Using an emissions-based model, the research team observed significant positive associations between ischemic heart disease mortality and both fine and ultrafine particle species and sources. The results of this research project suggest that the exposure model effectively measured local exposures and facilitated the examination of the relative toxicity of particle species.