# Exhibit 8:

## Attachment C to I-70 East Supplemental Environmental Impact Statement and Section 4(f) Evaluation: Alternative Analysis Technical Report, August 2014



# I-70 EAST

SUPPLEMENTAL DRAFT ENVIRONMENTAL IMPACT STATEMENT
AND SECTION 4(F) EVALUATION

## ALTERNATIVE ANALYSIS
## TECHNICAL REPORT

ATTACHMENT C

AUGUST 2014

# Table of contents

## Chapters

| | | Page |
|---|---|---|
| **1.** | **Introduction** | 1 |
| 1.1. | Project limits | 1 |
| 1.2. | Project background | 1 |
| 1.3. | Report overview | 2 |
| 1.4. | History of Project Alternatives | 2 |
| **2.** | **Analysis after the 2008 Draft EIS public release** | 4 |
| 2.1. | PACT process | 4 |
| 2.2. | Post PACT activities | 6 |
| **3.** | **CDOT and FHWA's actions based on the public input** | 6 |
| 3.1. | Changes to the 2008 Draft EIS alternatives | 6 |
| 3.2. | Elimination of the Realignment Alternatives (Alternative 4 and Alternative 6) | 9 |
| 3.3. | Introducing a new alternative | 13 |
| **4.** | **Alternatives that are no longer under consideration** | 14 |
| 4.1. | I-270/I-76 reroute | 14 |
| 4.2. | Citizen-proposed tunnel concept through Elyria and Swansea | 18 |
| **5.** | **Description of alternatives** | 19 |
| 5.1. | No-Action Alternative | 19 |
| 5.2. | Build Alternatives | 22 |
| 5.3. | Alternative Options | 30 |
| 5.4. | Other design variations | 41 |
| **6.** | **Capital and maintenance costs** | 45 |
| 6.1. | Capital costs | 45 |
| 6.2. | Maintenance costs | 46 |
| **7.** | **Project financing** | 48 |
| **8.** | **Preliminary identification of the Preferred Alternative** | 51 |
| **9.** | **Construction phasing of the Preferred Alternative** | 54 |
| 9.1. | Brighton Boulevard to Colorado Boulevard construction phasing | 55 |
| 9.2. | Colorado Boulevard to Tower Road construction phasing | 57 |
| **10.** | **References** | 59 |

## Figures

| Figure 1. | Project area | 1 |
|---|---|---|
| Figure 2. | Alternative screening process | 3 |
| Figure 3. | PACT process | 5 |
| Figure 4. | Revised Viaduct Alternative typical section, Brighton Blvd. to Colorado Blvd. | 7 |
| Figure 5. | Managed Lanes Option typical section between Colorado Boulevard and I-270 | 9 |
| Figure 6. | Realignment Alternatives | 9 |
| Figure 7. | I-270/I-76 reroute alternative | 14 |
| Figure 8. | Change in daily traffic with 46th Avenue as a four-lane arterial | 15 |
| Figure 9. | Change in daily traffic with 46th Avenue as a six-lane principal arterial | 16 |
| Figure 10. | Citizen-proposed tunnel concept through Elyria and Swansea | 19 |
| Figure 11. | No-Action Alternative | 20 |
| Figure 12. | No-Action Alternative typical section (looking east) | 21 |

I-70 East Environmental Impact Statement
Alternative Analysis Technical Report

Figure 13.   Revised Viaduct Alternative lane configuration and interchange reconstruction ................... 23
Figure 14.   Revised Viaduct Alternative.................................................................................................. 24
Figure 15.   Typical section for the Revised Viaduct Alternative, General-Purpose Lanes Option
             (Between Brighton Boulevard and Colorado Boulevard)...................................................... 24
Figure 16.   Typical section for the Revised Viaduct Alternative, Managed Lanes Option (between
             Brighton Boulevard and Colorado Boulevard)..................................................................... 25
Figure 17.   Revised Viaduct Alternative north-south connectivity ............................................................ 25
Figure 18.   Revised Viaduct Alternative perspective .............................................................................. 26
Figure 19.   Conceptual design of the activities under the viaduct ........................................................... 27
Figure 20.   Swansea Elementary School options for the Revised Viaduct Alternative, North Option....... 28
Figure 21.   Partial Cover Lowered Alternative......................................................................................... 29
Figure 22.   Profile view of the Partial Cover Lowered Alternative from Brighton Boulevard to Colorado
             Boulevard........................................................................................................................... 30
Figure 23.   Partial Cover Lowered Alternative, Basic Option lane configuration and interchange
             reconstruction..................................................................................................................... 31
Figure 24.   Typical section of the Partial Cover Lowered Alternative, Basic Option with
             general-purpose lanes (between Brighton Boulevard and Colorado Boulevard) .................. 32
Figure 25    Typical section of the Partial Cover Lowered Alternative, Basic Option with managed
             lanes (between Brighton Boulevard and Colorado Boulevard)............................................ 32
Figure 26.   Partial Cover Lowered Alternative north-south connectivity.................................................... 33
Figure 27.   Oblique view of the highway.................................................................................................. 34
Figure 28.   Swansea Elementary School options for the Partial Cover Lowered Alternative.................... 36
Figure 29.   Conceptual design of the activities on the highway cover...................................................... 37
Figure 30.   Partial Cover Lowered Alternative, Modified Option lane configuration and interchange
             reconstruction..................................................................................................................... 38
Figure 31.   Typical section of the Partial Cover Lowered Alternative, Modified Option with general
             purpose lanes (between Brighton Boulevard and Colorado Boulevard)................................ 39
Figure 32.   Typical section of the Partial Cover Lowered Alternative, Modified Option with managed
             lanes (between Brighton Boulevard and Colorado Boulevard)............................................. 39
Figure 33.   Typical section of Managed Lanes Option between I-225 and I-270 ...................................... 40
Figure 34.   Steele Street/Vasquez Boulevard and Colorado Boulevard split diamond interchange ......... 42
Figure 35.   Full diamond interchange at Colorado Boulevard .................................................................. 42
Figure 36.   Steele Street/Vasquez Boulevard design variation with roundabouts..................................... 43
Figure 37.   Steele Street/Vasquez Boulevard design variation with signalized intersections .................. 43
Figure 38.   Relationship between DRCOG and CDOT planning documents ............................................. 50
Figure 39.   Brighton Boulevard to Colorado Boulevard construction phasing........................................... 56
Figure 40.   Colorado Boulevard to Tower Road phasing summary ........................................................ 58

## Tables

Table 1.   Existing and projected average daily traffic............................................................................ 12
Table 2.   46th/48th Avenue 2035 traffic volumes ................................................................................. 16
Table 3.   Alternatives and options ....................................................................................................... 19
Table 4.   Capital cost estimate ........................................................................................................... 45
Table 5.   Economic impact of I-70 East Corridor (millions of 2013 dollars) ........................................... 46
Table 6.   Supplemental Draft EIS alternatives maintenance cost summary ........................................... 47
Table 7.   Build alternatives property acquisitions ................................................................................. 53
Table 8.   Summary of proposed construction phasing elements ........................................................... 55

## Appendices

Appendix A.       PACT Process Evaluation Matrix

# List of acronyms

| | |
|---|---|
| BNSF | Burlington Northern Santa Fe |
| CDOT | Colorado Department of Transportation |
| CFR | Code of Federal Regulations |
| Denver | City and County of Denver |
| DRCOG | Denver Regional Council of Governments |
| EIS | Environmental Impact Statement |
| FHWA | Federal Highway Administration |
| FTA | Federal Transit Administration |
| PACT | Preferred Alternative Collaborative Team |
| ROD | Record of Decision |
| ROW | Right of way |
| RTD | Regional Transportation District |
| TOD | Transit-oriented development |

I-70 East Environmental Impact Statement
Alternative Analysis Technical Report

**This page intentionally left blank.**

# 1.   Introduction

The I-70 East Environmental Impact Statement (EIS) is a joint effort between the Federal Highway Administration (FHWA) and the Colorado Department of Transportation (CDOT). The intent of the EIS is to identify potential highway improvements along I-70 in the Denver metropolitan area between I-25 and Tower Road and to assess their potential effects on the human and natural environment.

## 1.1.   Project limits

As shown in Figure 1, the project limits extend along I-70 between I-25 and Tower Road. The project area covers portions of Denver, Commerce City, Aurora, and Adams County. This area includes the neighborhoods of Globeville, Elyria and Swansea, Northeast Park Hill, Stapleton, Montbello, and Gateway. The portion of Aurora in the project area is referred to as the Aurora Neighborhood in this report. Each resource has a specific study area based on the resource.

**Figure 1.**      **Project area**



## 1.2.   Project background

Analysis of I-70 began in June 2003 as part of the I-70 East Corridor EIS, a joint effort conducted by CDOT, FHWA, the Regional Transportation District (RTD), the Federal Transit Administration (FTA), and the City and County of Denver (Denver). In June 2006, CDOT and RTD determined that the highway and transit elements of the I-70 East Corridor EIS process serve different travel markets, are located in different corridors, and have different funding sources. Therefore, the highway and transit components of the analysis were separated.

After the project separation, the highway alternatives that made it through the screening process by addressing the purpose and need of the project were fully evaluated in the Draft EIS, published in November 2008. With the release of the 2008 Draft EIS, the public and agencies had an opportunity to review and

I-70 East Environmental Impact Statement
Alternative Analysis Technical Report

comment on it. Public hearings were held to present the information and encourage formal comments. Due to the complexity of the project and the extensive amount of public comments received during the formal comment period, the project team decided to form the Preferred Alternative Collaborative Team (PACT) as part of a collaborative process with project stakeholders to recommend a preferred alternative. Through this collaborative process, additional analysis was performed, which resulted in the elimination of two previous alternatives and the addition of a new alternative option.

Because more than four years has passed since the 2008 Draft EIS was first published, many federal and state regulations and requirements have changed. Additional analysis and public involvement efforts were performed to determine the validity of the alternatives that were considered reasonable alternatives in the 2008 Draft EIS. Based on the public comments, the additional analysis, and the PACT collaborative process, the project team determined that the Realignment Alternatives are no longer reasonable. Consequently, a new alternative option was designed to address the public concerns and incorporate their comments. Due to the changes in the alternatives, outdated census data, and new federal and state laws and regulations, the analysis in the 2008 Draft EIS was revisited, and this Supplemental Draft EIS was written.

## 1.3.    Report overview

This report is focused on the alternatives analysis after the 2008 Draft EIS was published. It outlines the changes since the 2008 Draft EIS and the efforts made to revise the alternatives and design a new alternative option to address the public concerns. The process used to preliminarily identify the Preferred Alternative also is discussed in this report. All the efforts and analysis made before the public release of the 2008 Draft EIS are available in the *Alternatives Analysis and Screening Process Technical Report,* dated November 2008.

## 1.4.    History of Project Alternatives

The project purpose, need, goals, and objectives were used to develop screening criteria to evaluate the alternatives in the 2008 Draft EIS. Due to the complexity of the project and a large number of initial alternatives, a four-level screening process, shown in Figure 2, was used to filter the full range of alternatives considered to the set of reasonable alternatives that were fully evaluated in the 2008 Draft EIS.

This four-level screening process resulted in the following reasonable Build Alternatives, which were fully evaluated in the 2008 Draft EIS:

- No-Action

- Alternative 1—Existing Alignment

- Alternative 3—Existing Alignment with tolled-express lanes

- Alternative 4—Realignment

- Alternative 6—Realignment with tolled-express lanes

The screening process eliminated Alternatives 2 and 5 (adding high-occupancy vehicle lanes), so they were not fully evaluated in the 2008 Draft EIS. Additional details about the alternatives evaluated and the screening process are in the *Alternatives Analysis and Screening Process Technical Report* (2008 Draft EIS).

**Figure 2.**     **Alternative screening process**



# 2. Analysis after the 2008 Draft EIS public release

The Draft EIS was released for public review in November 2008. During the public hearings on the 2008 Draft EIS, CDOT committed to select the Preferred Alternative in partnership with the corridor communities and stakeholders.

When the public comment period ended, the document had received more than 300 comments. The comments made it clear that none of the evaluated alternatives received major support. This prompted CDOT and FHWA to undertake a more aggressive public involvement process to identify the needs of the public in greater detail. The lead agencies then decided to revisit and review the reasonable alternatives in more detail. To address the concerns and develop an alternative that meets the project's purpose, need, goals, and objectives and satisfies the public and agencies' expectations, the project team worked with the community and interested stakeholders along the corridor to develop a preferred alternative.

After going through a collaborative process that involved public, businesses, and agency stakeholders and conducting many one-on-one meetings, CDOT and FHWA reexamined the 2008 Draft EIS analysis to modify and enhance the alternatives and to satisfy the public comments while meeting the project's purpose and need. As a result, the Supplemental Draft EIS alternatives and options were developed, which are discussed in more detail in subsequent sections.

The first step in this extensive outreach to identify the preferred alternative was forming the PACT.

## 2.1. PACT process

The PACT included stakeholders from CDOT, FHWA, Adams County, City of Aurora, City of Commerce City, Denver, impacted communities, and business associations. The intent of this process was to come to a consensus and identify a preferred alternative through a collaborative process including the public and agency stakeholders.

The group convened once a month to discuss different subjects related to the Build Alternatives in the 2008 Draft EIS to identify which would address the project purpose and need the best while benefiting the communities and businesses in the area. In addition to PACT members, the community was invited to the PACT meetings and was given the opportunity to review and comment on the screening and criteria that were developed. More details regarding the PACT are available in Attachment D, *Community Outreach and Agency Involvement Technical Report,* of the Supplemental Draft EIS. Figure 3 outlines the activities during the PACT process.

**Figure 3.        PACT process**



The following set of screening parameters was developed to evaluate the 2008 Draft EIS Build Alternatives:

- **Neighborhood quality:** maintaining quality of life and protecting community values

- **Transportation:** providing mobility, access, and safety improvements to the corridor

- **Economic:** providing economic activity in the corridor

- **Environmental:** minimizing impacts to human and natural environments

Several evaluation objectives were derived from the screening criteria to evaluate the Current Alignment and the Realignment Alternatives. Different assessment metrics were allocated to each criterion to evaluate the alternatives. The evaluation table in Appendix A of this report shows the evaluation criteria and how each alternative was assessed based on the metrics.

PACT members did not reach a consensus on a preferred alternative; however, there was significant PACT and public support for the Current Alignment North Shift during this outreach process. The public supported the Current Alignment North Shift because it keeps a considerable number of jobs and more revenue, provides opportunity for improvements to the Swansea Elementary School, and includes an agreement from the Nestlé Purina PetCare Company ("Purina") with Denver to reduce odor in the neighborhood (Purina would agree to implement measures for a major odor reduction).

Per the PACT protocols approved July 2010, "If consensus is not possible, then the level of support and dissent will be noted and all deliberations and products of the PACT will be considered by the lead agencies in their decision making." In this case, CDOT and FHWA, as the lead agencies, will make the final alignment decision, taking into consideration all of the comments received on the 2008 Draft EIS, subsequent outreach activities, and all the work the PACT performed throughout the process.

## 2.2.     Post PACT activities

The PACT process conclusion was published on October 12, 2011. The report indicated that a consensus was reached on the Current Alignment Alternative, but no consensus was achieved on the North Shift or South Shift. Denver conducted another follow-up neighborhood meeting on November 9, 2011, with the purpose of listening to the public's concerns and initiating a series of community work groups that focused on different areas of public concern. Denver's main focus for these workshops was to develop options and enhancements to get the community on board with the Current Alignment North Shift. Five community work groups were formed to target the main areas of community concerns:

- School and recreation center
- Housing impacts and relocation
- Future enhancements
- Business interests and redevelopment
- Neighborhood communications

The goal for these community work groups was to involve the neighborhoods in discussion and recommendations regarding the various impacts and mitigations of the Current Alignment North Shift and to recommend a preferred alternative.

# 3.     CDOT and FHWA's actions based on the public input

Additional outreach activities were performed by Denver after the conclusion of the PACT process to gain more public support for the Current Alignment North Shift. Based on the outcomes of the Denver outreach activities and the PACT process, CDOT and FHWA revisited the previously eliminated alternatives to confirm the validity of their elimination. This exercise resulted in development of a new alternative, which is an enhanced version of the combination of two previously eliminated alternatives (tunnel and below grade).

## 3.1.     Changes to the 2008 Draft EIS alternatives

Based on the comments received during the 2008 Draft EIS public review period and the analysis during the PACT process, changes were made to the 2008 Draft EIS alternatives to fulfill the public's requests while meeting the project's purpose and need. As a result, the No-Action Alternative and the Existing Alignment Alternatives were modified to reduce impacts, the Realignment Alternatives were eliminated, and an alternative version to the Current Alignment Alternative was introduced.

### 3.1.1.     No-Action Alternative

There are no major changes to the No-Action Alternative since the release of the 2008 Draft EIS. The design for the No-Action Alternative has been adjusted to use the same criteria as the Revised Viaduct Alternative. As a result, the construction limits for the No-Action Alternative are reduced by approximately 30 feet compared to the limits presented in the 2008 Draft EIS.

### 3.1.2.     Existing Alignment Alternative (Alternative 1)- Revised Viaduct Alternative

Several comments on the 2008 Draft EIS involved concerns regarding the project's large footprint and the impacts to the residential and business properties, specifically between Brighton Boulevard and Colorado Boulevard. The 2008 Draft EIS Existing Alignment Alternative was designed to place 46th Avenue adjacent to the highway and place the highway on fill rather than on a viaduct structure. To reduce the footprint and

minimize impact to the surrounding build environment, the designs were modified to place 46th Avenue under the viaduct from Brighton Boulevard to Colorado Boulevard (typical section is shown in Figure 4). As a result of the design modifications, the footprint was reduced approximately 200 feet. Additional north-south connectivity also was provided to address the public concerns regarding the community connectivity. The Existing Alignment Alternative moved forward for further analysis in the Supplemental Draft EIS is identified as the Revised Viaduct Alternative, North Option and the Revised Viaduct Alternative, South Option. A detailed map of the revised alternatives is available in Attachment A, *Alternative Maps*, of the Supplemental Draft EIS.

Additional design refinements have been completed for the Revised Viaduct Alternative between Colorado Boulevard and Tower Road. As a result, impacts were minimized—including required property acquisitions.

**Figure 4.        Revised Viaduct Alternative typical section, Brighton Blvd. to Colorado Blvd.**



## Colorado Boulevard to Quebec Street

In the 2008 Draft EIS, the Revised Viaduct Alternative (previously called the Existing Alignment Alternative) included a north and south option between Colorado Boulevard and Quebec Street that resulted in substantial property impacts. The design revisions completed since 2008 eliminated these north and south options. Instead, the Revised Viaduct Alternative generally matches the existing I-70 alignment, but includes widening on both sides. Slip ramps and associated acceleration/deceleration lanes at Monaco Street and Dahlia Street were moved closer to Holly Street, providing full access at this location. In addition, sidewalks were added to Stapleton Drive. Property impacts are reduced within the section because of these modifications.

## Quebec Street to I-225

In the 2008 Draft EIS, the design included modification of the Quebec Street and I-270 southbound interchange ramps. The highway modifications completed since 2008 eliminated the need for these improvements, and the construction limits were adjusted accordingly.

Since the completion of the 2008 Draft EIS, CDOT reconstructed the I-70 bridge over Sand Creek and Denver built a new interchange at I-70 and Central Park Boulevard. Both projects were planned and completed to not preclude the I-70 project alternatives. Design revisions account for these changes in the existing conditions.

## I-225 to Tower Road

Since the completion of the 2008 Draft EIS, the revised design between I-225 and Tower Road has changed. With elimination of the Tower Road widening, the design uses existing infrastructure wherever possible to

avoid unnecessary reconstruction. A more detailed design layout was completed to determine the work required, with the design focusing on reducing impacts and costs.

There are no changes to the interchange ramp junctions or the proposed ramp and crossing street intersection laneage. A summary of the proposed interchange improvements within this section as a result of additional design refinement is as follows:

- Chambers Road

  - The Chambers Road bridge over I-70 is sufficiently wide (268 feet) to accommodate nine lanes (six through-lanes, two northbound left turn lanes, one southbound left).I-70 maximum proposed widening is 15 feet southerly and 20 feet northerly under the Chambers Road bridge. The widening can be accomplished through removal of the slope paving and construction of a wall.

  - Add a southbound right-turn lane from Chambers Road to westbound I-70.

  - Restripe the northbound right-turn lane from Chambers Road to eastbound I-70 to a combination through-lane and right-turn lane.

  - Add two lanes on the eastbound I-70 exit ramp to Chambers Road.

- Airport Road

  - The Airport Road bridge over I-70 already includes enough travel lanes and does not require widening.

  - The Airport Road and I-70 ramp intersections have adequate required geometrics, so no improvements are required.

  - I-70 widening does not impact the Airport Road bridge, so no modification is required.

- Tower Road

  - Widen the I-70 eastbound exit ramp to Tower Road by one lane for an additional left-turn lane.

### 3.1.3.   Tolled-express lane alternative (Alternative 3) – Managed Lanes Option

Managed lanes, identified as tolled-express lanes in the 2008 Draft EIS, vary from general-purpose lanes and other traditionally funded lanes because they usually incorporate operational strategies as a way to manage the level of congestion on the highway. In December of 2012, the Colorado Transportation Commission adopted Policy Directive 1603.0, which requires that managed lanes be strongly considered during the planning and development of capacity improvements on any state highway facilities (CDOT Office of Policy & Government Relations, 2013). The Supplemental Draft EIS, therefore, must consider managed lanes because of the additional capacity provided by the Build Alternatives.

The Tolled-Express Lanes Alternative evaluated in the 2008 Draft EIS included barriers to separate the managed lanes from the general-purpose lanes. The Managed Lanes Option introduced by this document uses a striped buffer to separate the proposed managed lanes from the general-purpose lanes. The new buffer-separated Managed Lanes Option reduces the footprint from the previous barrier-separated alternative by 28 feet. It also extends from I-25 to Tower Road, while the previous Tolled-Express Lanes Alternative was from Colorado Boulevard to I-225. In comparison with the General-Purpose Lanes Option, the Managed Lanes Option does not require larger construction limits and also does not require acquisition of additional private property. However, a larger impact area occurs where direct connections are designed from the managed lanes to I-270, I-225, and Peña Boulevard. Figure 5 shows a typical section of the Managed Lanes Option between Colorado Boulevard and I-270.

**Figure 5.        Managed Lanes Option typical section between Colorado Boulevard and I-270**



## 3.2.    Elimination of the Realignment Alternatives (Alternative 4 and Alternative 6)

Alternative 4, referred to in the 2008 Draft EIS as "Realignment," and Alternative 6, referred to in the 2008 Draft EIS as "Realignment, Tolled," were the Realignment Alternatives that would have realigned I-70 to the north through north Denver and South Commerce City between Brighton Boulevard and Quebec Street. Based on lack of support for these alternatives from the public and stakeholders and the new screening parameters that were developed during the PACT process (see Appendix A), the project team re-examined the Realignment Alternatives shown in Figure 6 (both general-purpose and tolled-express lanes). Several parameters were set to identify if the Realignment Alternatives should continue to be evaluated as reasonable alternatives in the Supplemental Draft EIS. Analysis using these parameters showed that the Realignment Alternatives do not meet the project's purpose and need and should not be considered reasonable alternatives. The result of the analysis is documented in this section.

**Figure 6.        Realignment Alternatives**



## 3.2.1.   Reasons to eliminate the Realignment Alternatives

The following subsections explain in detail the main reasons the Realignment Alternatives are not reasonable and were eliminated.

### They do not meet the project's purpose and need.

The main reason for the elimination of this alternative is that it does not meet the project's purpose and need, which is to implement a transportation solution that improves safety, access, and mobility and addresses congestion on I-70 in the project area. Although the Realignment Alternatives improved mobility on the highway, they diverted some of the highway traffic onto local streets, introducing safety, access, and mobility issues at the local street level, and therefore failing to meet the mobility purpose of the project. The Realignment Alternatives diverted a high volume of vehicles from the highway to 46th Avenue, increasing the forecasted daily traffic to 50,000 vehicles per day, which is 10 to 20 times higher than the current volume. Adding more traffic on 46th Avenue will cause congestion concerns in the surrounding neighborhoods.

Safety would not be improved with the Realignment Alternatives. Delivery trucks and other large vehicles would need to use local streets frequently to reach the future highway location from the industrial and warehousing businesses located near the existing highway. The high traffic volumes on 46th Avenue and the truck traffic could degrade the quality of the area neighborhoods and cause safety concerns for neighborhoods, pedestrians, bicyclists, and motorists.

### They do not maintain the current location/plan for the FasTracks National Western Complex station on the North Metro Line, nor reserve the potential for a larger transit-oriented development (TOD) area.

In the 2008 Draft EIS, there was acknowledgement of the North Metro Corridor in Chapter 4, Transportation Impacts and Mitigation Measures (page 4-36). There was no analysis completed on the potential for conflicts between this transit line and the Realignment Alternatives because the plans for the station location near the National Western Stock Show complex had not been finalized. In the time between the publication of the 2008 Draft EIS and the formation of the PACT, RTD developed more detailed plans for this station location.

Based on Denver's Transit Oriented Development Strategic Plan, published in August 2006, this area offers a great opportunity for TOD as an urban center in the long term. While there is little immediate demand for housing or even higher density employment uses in this area, Denver has performed some preliminary planning around the station area. Denver's main focus in the area is to prevent interim development uses in the surrounding area that sub-optimize the future transit-oriented development potential. These plans were shown to the public and PACT members at the December 2010 meeting. The Realignment Alternatives conflicted with these plans because the highway would be located over the top of the station, which would limit the available space for TOD and create issues for station access at 48th Avenue. The highway will be acting as a barrier between the proposed station and neighborhoods, blocking users from accessing the station easily.

### They do not preserve the National Western Complex so that it can continue to operate in its current location with its current programs.

The negative and positive aspects of preserving the National Western Complex at its current location were discussed in the 2008 Draft EIS (page 5.2-50). This facility is located at the western edge of the Elyria and Swansea Neighborhood and contributes to the community character. It also contributes to the neighborhood economics by creating temporary jobs during the Stock Show season in January.

The National Western Stock Show has been held in Denver for 106 years in its current location. Its mission is to serve producers and consumers throughout the world with a premier stock show, rodeo, and horse show in January of each year. The National Western Stock Show facility, which also includes the Denver Coliseum, hosts other events during the rest of the year, including concerts, circuses, sports events, tradeshows, and other large gatherings. The 16-day stock show is a major entertainment venue in Denver during January, hosting professional rodeos, horse shows, and Colorado's largest tradeshow, with more than 350 participating vendors. The overall attendance in 2011 at the Stock Show events was recorded at 644,818, while the highest attendance was recorded in 2006 at 726,972. This facility is also identified as a

major historic resource in the community, as discussed on page 5.6-14 and page 7.1-61 of the 2008 Draft EIS.

Because of these reasons, it is important to keep the National Western Stock Show complex in the same location. Based on discussions with the complex management, the Realignment Alternatives make it difficult for the National Western Stock Show complex to operate at its current location. In November of 2012, Denver published a press release committing to keep the National Western Stock Show in Denver. Per the November 13, 2012, press release, "The National Western's intention is to remain at its current location in Denver's Elyria-Swansea neighborhood and explore forging stronger partnerships and greater coordination with Art & Venues Denver and VISIT DENVER."

### They do not maintain two major highways in the area (I-70 and I-270) for safety, multiple route choices, and emergency access.

The 2008 Draft EIS did not fully describe the importance of I-270 serving as the alternate route to I-70 for emergency access during major incidents or extreme congestion. I-70 and I-270 serve as reliever routes when one highway or the other becomes congested or closed due to accidents. With the Realignment Alternatives, the redundancy of the highway network, which is important for emergency response in the area, is limited. If I-70 was realigned to combine with I-270, there would be no alternate highway connecting the Denver neighborhoods to the rest of the region.

### The Realignment Alternatives cause negative traffic impacts on the project area neighborhoods.

The existing and future traffic volumes are disclosed in the 2008 Draft EIS; however, this information was presented and analyzed in more detail during the PACT process. The existing and future traffic volumes are included in Chapter 4, Transportation Impacts and Mitigation Measures (pages 4-6 and 4-27) of the Draft EIS, but are separated in the document and there is no direct comparison of the traffic volume.

Table 1 compares the existing (2012) traffic volumes on 46th Avenue with the projected (2030) traffic volumes for the Current Alignment and Realignment Alternatives. As shown in the table, there is a noticeable difference between the existing daily volumes and the Current Alignment and Realignment projected volumes. The additional volume on 46th Avenue with the Realignment Alternatives is caused by diverting the traffic that is going to access the areas between Brighton Boulevard and Colorado Boulevard to 46th Avenue instead of I-70. This increased volume would be a barrier to the community, a safety hazard to the adjacent elementary school, and would make it difficult for vehicles and bikes/pedestrians to move easily through the neighborhoods.

**Table 1.        Existing and projected average daily traffic**

| 46th Avenue Roadway Section | Daily Traffic Volumes (vehicles per day) | | |
|---|---|---|---|
| | Existing* 2012 | Current Alignment 2030 | Realignment 2030 |
| Washington Street to Brighton Boulevard | 3,800 | 1,000 | 10,000 |
| Brighton Boulevard to York Street | 2,900 | 10,600 | 49,600 |
| York Street to Josephine Street | 5,900* | 10,200 | 40,900 |
| Josephine Street to Steele Street | 7,000 | 3,700 | 36,900 |
| Steele Street to Colorado Boulevard | 2,800 | N/A | 28,800 |
| Colorado Boulevard to Dahlia Street | N/A | N/A | 27,700 |
| Dahlia Street to Holly Street | N/A | N/A | 20,800 |
| Holly Street to Monaco Street | N/A | N/A | 23,200 |
| Monaco Street to Quebec Street | N/A | N/A | 51,700 |
| Quebec Street to I-70 | N/A | N/A | 59,500 |

*\* The existing condition daily traffic volumes were estimated based on the available 2012 peak traffic counts.*
*Note: 46th Avenue terminates west of Steele Street in the Current Alignment. For the Realignment, the I-70 viaduct between Brighton Boulevard and Colorado Boulevard would be removed and 46th Avenue would be improved to a four-lane arterial between Brighton Boulevard and Quebec Street/I-70.*

By adding more traffic on 46th Avenue, the surrounding neighborhoods will have more safety concerns. The sense of neighborhood and community cohesion will be impacted by vehicles using 46th Avenue to avoid the extra miles of travel with the Realignment Alternatives. The high traffic volumes on 46th Avenue could degrade the quality of the neighborhoods in the area and cause safety concerns for pedestrians, bicyclists, and motorists.

## They do not minimize the impacts to Sand Creek and the Sand Creek Regional Greenway.

Impacts of the alternatives on Sand Creek are fully documented in the DEIS, and no new information was developed for this screening. The Realignment adds an additional river crossing and moves I-270 closer to the creek. The Sand Creek Regional Greenway is one of the rare natural resources in that part of the city. The Realignment creates a loss of 1.06 acres of permanent wetlands compared to 0.31 acres for the Current Alignment. Because the greenway is an essential natural resource for the community, the Realignment was not reasonable due to greater impacts to the greenway.

## They add visual and access barriers to the South Platte River and Riverside Cemetery.

Visual impacts of the alternatives on the South Platte River and Riverside Cemetery were not documented in the Draft EIS. Riverside Cemetery is listed in the National Register of Historic Places. Although there will be no right of way needed from the Riverside Cemetery property, there would be noise, visual impacts, and historic setting changes in the area. The construction of the realigned, elevated freeway and noise barriers would introduce a major highway facility between the cemetery and community, approximately 150 feet southeast of the cemetery property, where none previously existed. As a result, the highway would be designed to be placed on fill on either side of the bridge that would go over the cemetery driveway and it would push the driveway under the bridge at existing grade. These changes were identified as an adverse effect under Section 106 of the National Historic Preservation Act in the Draft EIS because CDOT, the State Historic Preservation Officer, Section 106 consulting parties, PACT members, and the community believe there is a high value to this historic resource. The cemetery is an important part of the Elyria and Swansea community, since many residents have family members buried there. Residents from the nearby neighborhood and other parts of the metropolitan area support the Riverside Cemetery as volunteers and perform valuable services for the cemetery. The cemetery also has some of the last undeveloped land in this part of the metropolitan area, and supports a vibrant wetland along the South Platte River. If the highway is

constructed next to Riverside Cemetery, it would become a physical barrier to this important community resource.

The River South Greenway Master Plan was finalized in 2010 with a vision to continue valuable public investment along the South Platte River, allowing the city's "greatest natural resource" to realize many benefits of a healthy, connected, and attractive urban waterway. Cities across the nation have reinvested in public infrastructure along their urban waterways, understanding that the development of new parks, open spaces and greenway corridors can act as a central, unifying theme in their successful redevelopment. To that end, the purposeful redevelopment of Denver's greatest natural resource, the South Platte River, is a key component in Denver's effort to create a sustainable city where people want to live, work, and play in an urban environment. The Realignment Alternatives created too great of a barrier between the neighborhoods and the South Platte River.

**They create additional curves and lane miles.**

Although the figures of the alternatives were included in the document, this issue was not fully described in the 2008 Draft EIS. The Realignment Alternatives will require motorists to make additional maneuvers approaching the new curves, which may limit safety during hazardous conditions—especially in the winter months. The additional length of approximately one mile for trucks and delivery vehicles was disclosed in the Draft EIS, but discussed with the PACT and the public in much more detail. The truck and heavy vehicle traffic on I-70 was assumed to be 20 percent of the average daily traffic of approximately 250,000 cars, per the 2008 Draft EIS *Traffic Technical Report*. Based on this assumption, the additional mileage created by the Realignment Alternatives results in an additional $29,600 cost per day for the heavy vehicles industry. This amount was calculated based on the U.S. Energy Information Administration (EIA) diesel pricing in the Rocky Mountain region, which was listed as $3.70 per gallon. With an average speed of 55 miles per hour for heavy vehicles, the additional mile from the Realignment Alternatives will result in a one-minute delay in the travel time. Although not quantified, additional fuel consumption and travel time leads to additional air quality impacts. The extra mile from the Realignment Alternatives will result in unnecessary additional cost and travel time for the trucking industries.

## 3.2.2.    Summary of reasons for elimination of the Realignment Alternatives

Based on the best available data showing that the Realignment Alternatives do not meet the project's purpose and need, the Realignment Alternatives were eliminated from further analysis because they are no longer considered reasonable alternatives.

CDOT and FHWA presented the recommended elimination and the evaluation process used to the general public during corridor-wide meetings held on May 2 and 3, 2012, and November 16 and 17, 2012, to solicit comments on this recommendation. Over 650 individuals collectively attended these two meetings. The public did not object to eliminating the Realignment Alternatives. Since the conclusion of the PACT, the project team has focused on refining the alternatives located along the current alignment.

# 3.3.    Introducing a new alternative

After reviewing the public comments received during the 2008 Draft EIS public comment period and performing additional analysis, CDOT and FHWA re-examined the previously eliminated alternatives. The project team's additional analysis led to a new alternative which is a hybrid of the below-grade alternative and the tunnel alternative, both of which were eliminated in earlier stages of the screening process. The Partial Cover Lowered Alternative, addresses the project's purpose and need, responds to public and agency requests by providing an opportunity for Swansea Elementary School to remain at its current location, and improves neighborhood cohesion. Section 5.2.2 of this report discusses this alternative in more detail.

# 4. Alternatives that are no longer under consideration

After the publication of the 2008 Draft EIS, some residents and stakeholders questioned the previous elimination of two alternatives. As a result, additional analysis was performed on these alternatives to confirm the validity of their elimination. The I-270/I-76 reroute and the citizen-proposed tunnel concept from an active Elyria community member were eliminated in the early stages of the alternatives analysis process because they did not meet the project's purpose and need. This section explains the reasons why these alternatives have been eliminated.

## 4.1.   I-270/I-76 reroute

The I-270/I-76 reroute realigned I-70 around Denver using I-270 and I-76, as shown in Figure 7. This alternative was eliminated from consideration early in the project alternative analysis process, as documented in the 2008 Draft EIS.

**Figure 7.        I-270/I-76 reroute alternative**



## 4.1.1.   Reasons to eliminate the I-270/I-76 reroute alternative

The main reason for the elimination of this alternative is that it does not meet the project's purpose and need, which is to implement a transportation solution that improves safety, access, and mobility and addresses congestion on I-70. Specifically, CDOT examined the following issues to make this determination.

### Additional traffic on local streets

The I-270/I-76 reroute does not meet the project's purpose and need because it would add safety and congestion problems, rather than improving those that exist today. After the removal of I-70 from its current location, traffic volumes on local streets will increase and transfer the safety and mobility problems from I-70 to the local network.

A travel analysis was performed using the Denver Regional Council of Governments (DRCOG) 2035 Regional Travel Demand Model, which simulated the rerouting of I-70 between Wadsworth Boulevard and

Central Park Boulevard on the I-270 and I-76 corridors in conjunction with a new 46th Avenue/48th Avenue arterial. I-270 and I-76 would be widened to six lanes in each direction, and the new 46th/48th Avenue would be either four or six lanes.

Based on this analysis, traffic volumes on 46th Avenue are forecasted to be 10 to 20 times higher (more than 50,000 vehicles per day) than the traffic forecasted for 46th Avenue with the alternatives that leave the highway at its current location. Adding over 50,000 vehicles per day to 46th Avenue will create a barrier within the community, making it difficult for bicyclists and pedestrians to move through the neighborhood. Rerouting I-70 while leaving 46th Avenue at its current location encourages highway users to use 46th Avenue to reach their destinations rather than staying on I-70. Rerouting I-70 also will force delivery trucks and other large vehicles to use 46th Avenue frequently to reach the industrial areas and businesses that are located near the existing I-70. Currently, there are 684 businesses within a quarter-mile buffer on each side of I-70 between I-25 and I-270, with approximately 11,408 employees who would lose highway access by rerouting I-70 and would be forced to use surface streets. The high traffic volumes and the truck traffic on 46th Avenue could degrade the quality of the neighborhood and cause safety concerns for neighborhoods, pedestrians, bicyclists, and motorists.

Figure 8 shows the potential effect on daily traffic on arterial roadways (using a four-lane 46th/48th Avenue scenario). Roadways that are shown in green would attract lower traffic levels if I-70 was rerouted, while those in orange and red would carry higher levels of traffic. As shown in the figure, some arterials close to the I-70 alignment are relieved, while some arterials close to the expanded I-270/I-76 corridor realize increases in traffic. The arterial grid connecting downtown to the east corridor encounters high levels of traffic volumes. An additional scenario, with a six-lane principal arterial (Figure 9) for 46th Avenue, was also modeled for a comparison.

**Figure 8.      Change in daily traffic with 46th Avenue as a four-lane arterial**



I-70 East Environmental Impact Statement
Alternative Analysis Technical Report

**Figure 9.          Change in daily traffic with 46th Avenue as a six-lane principal arterial**



As seen in Figure 8 and Figure 9, the analysis shows that the traffic on the arterials west of I-25 is reduced with the I-270/I-76 reroute; however, this reduction results in major traffic increase in the arterials east of I-25. The local street networks east of I-25 do not have the capacity to hold the forecasted traffic volumes; therefore, the increase in the local street traffic will result in safety issues and major delays. The responsibility for improving these problems would then fall on the local jurisdictions.

Table 2 shows the increased traffic on 46th/48th Avenue. The average daily traffic for both scenarios (four-lane and six-lane 46th/48th Avenue), ranges from 30,000 to 60,000 (as four lane) and from 40,000 to 75,000 vehicles a day (as six lane) in 2035, resulting in congested conditions. These traffic volumes are approximately 10 to 20 times higher than the traffic volumes on 46th/48th Avenue if I-70 were to remain at its current location. The six-lane scenario reduces the amount of additional traffic on other arterials in the traffic impact analysis area in comparison to the four-lane scenario.

**Table 2.          46th/48th Avenue 2035 traffic volumes**

| 46th/48th Ave Section Between | 2035 Average Daily Traffic | | |
|---|---|---|---|
| | Partial Cover Lowered Alternative* | Reroute Alternative, four lanes for 46th Ave | Reroute Alternative, six lanes for 46th Ave |
| I-270 Ramps & Quebec St. | - | 50,300 | 65,200 |
| Quebec St. & Monaco St. | 24,100 | 58,900 | 75,500 |
| Monaco St. & Ivy St. | 8,100 | 39,900 | 52,000 |
| Ivy St. & Holly St. | 8,400 | 41,950 | 53,700 |
| Holly St. & Dahlia St. | 11,100 | 41,400 | 53,750 |
| Dahlia St. & Colorado Blvd. | 10,200 | 42,250 | 53,800 |
| Colorado Blvd. & Steele St. | 23,250 | 40,000 | 52,200 |
| Steele St. & Clayton St. | 7,050 | 46,850 | 61,150 |

| 46th/48th Ave Section Between | 2035 Average Daily Traffic | | |
|---|---|---|---|
| | Partial Cover Lowered Alternative* | Reroute Alternative, four lanes for 46th Ave | Reroute Alternative, six lanes for 46th Ave |
| Clayton St. & Josephine St. | 11,050 | 47,400 | 62,000 |
| Josephine St. & York St. | 13,800 | 47,850 | 62,500 |
| York St. & Brighton Blvd. | 13,200 | 45,850 | 61,050 |
| Brighton Blvd. & E 47th Ave. | 14,800 | 39,700 | 51,500 |
| E 47th Ave. & Washington St. | - | 37,700 | 49,000 |
| Washington St. & Lincoln St. | - | 58,700 | 74,000 |
| Lincoln St. & I-25 Ramps | - | 59,400 | 73,400 |
| Pecos St. & I-25 Ramps | - | 35,200 | 41,800 |
| Pecos St. & Zuni St. | - | 30,750 | 37,000 |
| Zuni St. & Federal Blvd. | - | 29,100 | 35,300 |
| Federal Blvd. & Lowell Blvd. | - | 35,300 | 42,800 |
| Lowell Blvd. & Tennyson St. | - | 32,500 | 39,850 |
| Tennyson St. & Sheridan Blvd. | - | 33,550 | 40,850 |
| Sheridan Blvd. & Harlan St. | - | 36,600 | 42,600 |
| Harlan St. & I-76 Ramps | - | 34,600 | 38,700 |

*46th Avenue volumes are forecasted with a split diamond interchange at Colorado Boulevard and Vasquez Boulevard/ Steele Street. 46th Avenue is configured as two-lane one-way frontage roads on either side of I-70. Note that there is no arterial similar to 46th/48th Avenues west of I-25.

The increase in 46th/48th Avenue traffic introduces safety, access, and mobility issues in the surrounding neighborhoods, conflicting with the project's purpose and need.

## Out-of-direction travel

The I-270/I-76 reroute increases out-of-direction travel, causing mobility issues. Even small increases in mileage can have large effects on fuel consumption, costs, and emissions. As shown in the diagram on the right, 60 percent of the traffic heading west on I-70 continues past I-25, staying on I-70. The reroute alternative adds two miles of out-of-direction travel for these vehicles. Twenty five to thirty percent of the traffic heading west on I-70 exits to southbound I-25. This alternative adds four miles of out-of-direction travel for these vehicles. The additional vehicle miles traveled results in increased delays, fuel costs, and air pollution in the area.

## Alternate highway route

The 2008 Draft EIS did not fully describe the importance of I-270 serving as the alternate route to I-70 for emergency access during major incidents or extreme congestion. I-70 and I-270 serve as reliever routes when one highway or the other becomes congested or closed due to accidents. With the reroute, the redundancy of the highway network, which is important for emergency response in the area, is limited. If I-70 was rerouted to combine with I-270, there would be no alternate highway connecting the Denver neighborhoods to the rest of the region.

## Public input

CDOT has invested nearly a decade seeking public input on this project, particularly from the adjacent neighborhoods and the communities most impacted by the project alternatives. The PACT process was initiated after the publication of the Draft EIS in 2008 to identify the preferred alternative for the project. Based on additional analysis and community input, the group reached a consensus to keep I-70 at its current location. The PACT determined that keeping I-70 at its current location rather than rerouting or realigning it is

the most beneficial to the surrounding communities, businesses, and transportation systems, because of the amount of traffic that would move to 46th Avenue if the highway was relocated or realigned.

In addition, CDOT continues to receive statements from Commerce City, the North Area Transportation Alliance, and Colorado Motor Carriers Association restating their opposition to rerouting I-70 from its current location. Commerce City has expressed continued opposition to any reroute of I-70, citing the decision of the PACT and concern with the impact to that city's planned economic development along I-270. In addition to Commerce City, the I-270/I-76 reroute would affect several additional communities, including Adams County, Jefferson County, and Arvada. A letter from Commissioner Eva Henry of Adams County; Mayor Michael Hancock of Denver; and Mayor Sean Ford of Commerce City was received on June 6, 2013 expressing Adams County, City and County of Denver, and Commerce City's opposition to move the highway from its current location. Based on input received to date, support for the I-270/I-76 reroute primarily comes from neighborhoods outside of the impacted area.

### Additional cost

This alternative requires more than 12 miles of major highway widening (5.5 miles of which are west of I-25) along I-270 and I-76 to accommodate the relocated traffic and is estimated to cost approximately $4 billion. This would increase the project construction cost to twice as much as the alternatives on the current alignment, removing the chances of near-term funding for the project. This estimate was prepared by the project team and verified by City and County of Denver staff for accuracy.

This estimate is a high-level cost analysis based on typical construction costs for bridge and highway construction per lane mile and average right-of-way costs. However, it is likely to be a conservative estimate because it does not include the cost of converting the current I-70 and 46th Avenue to major arterials. Estimates also do not include improvements to I-25 between I-76/I-270 and existing I-70 to accommodate traffic travelling south on I-25 toward downtown Denver. Further, this estimate does not account for possible contaminants in this heavy manufacturing and warehousing area, or the cost of mitigating impacts to other important environmental resources and communities.

## 4.1.2.   Summary of reasons for elimination of the I-270/I-76 reroute

Based on the reasons discussed earlier, the project team eliminated the I-270/I-76 reroute in early stages of the alternatives screening process. The I-270/I-76 reroute alternative was re-examined and re-evaluated based on the most recent available data during the Supplemental Draft EIS analysis process. The additional analysis confirmed that this alternative does not address the project's purpose and need (safety, mobility, access) and, therefore, is not considered a reasonable and viable alternative.

## 4.2.   Citizen-proposed tunnel concept through Elyria and Swansea

A community-developed alternative was provided to the project team and was evaluated. This involves an I-70 business or local roadway located on an elevated structure with 46th Avenue removed. The location and configuration of this would be similar to the existing I-70. Additionally, there will be an express lowered part of I-70 for through-traffic with no local access that is located to the north. The local business I-70 will consist of two lanes in each direction and provide local access with acceleration and deceleration lanes. This elevated viaduct structure will be wider than the existing viaduct structure. The express I-70 will consist of three travel lanes in each direction. Figure 10 shows a conceptual drawing prepared by a resident of Elyria and Swansea.

This alternative was eliminated for the following reasons:

- There is substantial additional cost to construct both a lowered expressway and an elevated viaduct for I-70 due to extensive engineering, right-of-way acquisition, and construction expenses

- The existing elevated portion of I-70 requires replacement due to its deteriorated condition and cannot be used for local access without improvement

- Removal of 46th Avenue hampers local and neighborhood east-west connectivity

It also was requested to consider extending the lowered I-70 to the west of Brighton Boulevard. This would affect a National Western Complex building on the north side or the Denver Coliseum on the south side because of the need to construct the proposed improvements north or south of existing I-70 so that traffic is maintained.

Although this alternative was eliminated from further consideration, elements of this concept were used to design the new Partial Cover Lowered Alternative, which is discussed later in this report.

**Figure 10.**　　**Citizen-proposed tunnel concept through Elyria and Swansea**



*A resident of the Elyria and Swansea Neighborhood provided this exhibit to the project team.*

# 5.　　Description of alternatives

The I-70 East Supplemental Draft EIS examines potential effects to social, environmental, and economic resources resulting from proposed improvements to I-70 between I-25 and Tower Road. Consistent with federal regulations, the Supplemental Draft EIS fully evaluates potential effects that might result from the No-Action Alternative and the Build Alternatives (Revised Viaduct Alternative and Partial Cover Lowered Alternative). The alternatives and options are presented in Table 3.

**Table 3.**　　**Alternatives and options**

| Alternative | | Expansion Options | Connectivity Options | Operational Options |
|---|---|---|---|---|
| No-Action | | • North<br>• South | N/A | N/A |
| Build Alternatives | Revised Viaduct | • North<br>• South | N/A | • General-Purpose Lanes<br>• Managed Lanes |
| | Partial Cover Lowered | N/A | • Basic<br>• Modified | • General-Purpose Lanes<br>• Managed Lanes |

## 5.1.　　No-Action Alternative

The No-Action Alternative includes existing, planned, and programmed roadway and transit improvements in the project area. These improvements also are part of all Build Alternatives considered and are defined by

the *DRCOG 2035 Metro Vision Regional Transportation Plan (MVRTP)* (2011). Chapter 4, Transportation Impacts and Mitigation Measures, lists and explains existing and programmed roadway and transit improvements in more detail.

The No-Action Alternative does not meet the project's purpose and need, but it provides a baseline for the Build Alternatives comparison, so it is analyzed in this document.

A no-action alternative for highway projects normally includes short-term safety and maintenance improvements that continue the operation of the roadway while avoiding substantial capital investment. Because of the deteriorating condition of the existing I-70 viaduct between Brighton Boulevard and Colorado Boulevard, the No-Action Alternative for this project includes a total replacement of the viaduct. This replacement is necessary to maintain safe operations of I-70. The No-Action Alternative does not include additional travel lanes, so the lane configuration is the same as the existing conditions and I-70 would remain three lanes in each direction. Figure 11 illustrates the number of lanes for this alternative and shows which interchanges will be reconstructed or remain the same.

**Figure 11.    No-Action Alternative**



If nothing is done, I-70 would likely have to be closed between I-25 and I-270 when the viaduct becomes unsafe. Closure of I-70 will greatly increase traffic on I-270 and will increase overall area congestion, delay, crashes, and operating costs to business on local streets.

There are two options for reconstructing the viaduct: (1) No-Action Alternative, North Option, and (2) No-Action Alternative, South Option. The No-Action Alternative, North Option pushes the north edge of the highway approximately 70 feet north of the existing viaduct, while the No-Action Alternative, South Option pushes the south edge of the highway 60 feet south. A 22-foot inside shoulder is included in the design for westbound I-70 for No-Action North and on the eastbound for No-Action South to accommodate traffic during construction. As part of this alternative, 46th Avenue will be reconstructed under the viaduct.

The existing width of the highway bridge from Brighton Boulevard to Colorado Boulevard (three lanes in each direction, six lanes total) is approximately 85 feet. The reconstructed bridge increases the width by more than 50 feet to 140 feet, as shown in Figure 12. This increase in width is due to construction phasing, which would be required to maintain the traffic flow during construction, and the standard shoulder and lane widths, which are larger than the existing widths.

**Figure 12.       No-Action Alternative typical section (looking east)**





I-70 East Environmental Impact Statement
Alternative Analysis Technical Report

This alternative includes a drainage system north of I-70 to capture onsite water runoff from the viaduct via an underground storm drain pipe. The alignment for this drainage system is shown in Section 5.14, Floodplains and Drainage/Hydrology.

The No-Action Alternative also reconstructs 46th Avenue to existing conditions under the viaduct with no additional changes.

## 5.2.    Build Alternatives

In addition to the No-Action Alternative, two Build Alternatives with options are evaluated.

**Revised Viaduct Alternative**

- Expansion Options:
  North or South

- Operational Options:
  General-Purpose Lanes or Managed Lanes

**Partial Cover Lowered Alternative**

- Connectivity Options:
  Basic or Modified

- Operational Options:
  General-Purpose Lanes or Managed Lanes

The Build Alternatives add capacity to I-70 from I-25 to Tower Road. Capacity is increased by restriping from I-25 to Brighton Boulevard and widening I-70 from Brighton Boulevard to Tower Road to accommodate additional lanes. The Build Alternatives range from six lanes to 12 lanes, depending on the capacity needs along the corridor. To follow the current standards, lanes and shoulders are designed to be 12 feet wide. Ramp shoulders range from 4 to 8 feet, depending on their location.

To address safety issues associated with the aging viaduct between Brighton Boulevard and Colorado Boulevard, the Build Alternatives would replace the existing viaduct or remove it completely (as discussed in the following Revised Viaduct Alternative and Partial Cover Lowered Alternative subsections). The Build Alternatives would also modify all bridges and interchanges along the corridor between Brighton Boulevard and Tower Road, with the exception of Central Park Boulevard, the I-70 bridge over Sand Creek, and the Airport Road interchange. Because of safety issues related to existing substandard conditions, the Build Alternatives eliminate the York Street interchange. If this interchange were to be rebuilt to current highway standards, there would be adverse impacts to neighboring communities.

Access continues to be provided at Brighton Boulevard through a full interchange, while access at Steele Street/Vasquez Boulevard and Colorado Boulevard is provided by either a split-diamond interchange or a full interchange at Colorado Boulevard only. There would be no new interchanges within the project limits with any of the Build Alternatives. Between Colorado Boulevard and Tower Road, the north-south connectivity across the highway would remain the same.

As part of the Build Alternative, 46th Avenue is redesigned and continues to serve the local traffic in the area. More details on 46th Avenue and local and regional connectivity are discussed in the following subsections for each alternative.

The proposed highway ranges from approximately 25 to 105 feet wider than the existing highway between Colorado Boulevard and Tower Road. Widening occurs equally north and south of this section.

The alternatives' design terminates Stapleton Drive at Quebec Street and includes collector-distributor roads from Quebec Street to Havana Street. None of the full interchanges between Colorado Boulevard and Tower Road would be eliminated. However, the existing slip ramps at Dahlia Street and Monaco Street would be consolidated closer to Holly Street to avoid conflicts with the geometry of proposed ramp locations at Colorado Boulevard and Quebec Street, as well as traffic weaving issues.

## 5.2.1.    Revised Viaduct Alternative

The Revised Viaduct Alternative replaces the existing I-70 viaduct between Brighton Boulevard and Colorado Boulevard. It adds additional lane(s) in each direction from Brighton Boulevard to Tower Road. It also adds capacity from I-25 to Brighton Boulevard by restriping.

The Revised Viaduct Alternative does not provide direct access from westbound I-70 to Steele Street/Vasquez Boulevard or from Steele Street/Vasquez Boulevard to eastbound I-70. Access at Steele Street/Vasquez Boulevard and Colorado Boulevard is provided by a split-diamond interchange.

An acceleration/deceleration lane is provided in each direction at ramp junctions between Brighton Boulevard and Steele Street/Vasquez Boulevard to make it easier for vehicles to safely enter or exit between two facilities with different operation speeds (i.e., between a freeway and a ramp to a local street). These additional lanes result in a viaduct width of 197 feet for the General-Purpose Lanes Option and 197 feet for the Managed Lanes Option, more than two times wider than the existing width.

Figure 13 illustrates the number of lanes for this alternative and shows which interchanges will be reconstructed or remain the same.

**Figure 13.        Revised Viaduct Alternative lane configuration and interchange reconstruction**



The Revised Viaduct Alternative includes two Expansion Options from Brighton Boulevard to Colorado Boulevard: North or South, and two Operational Options from I-25 to Tower Road: General-Purpose Lanes

or Managed Lanes (shown in Figure 14). Each expansion option of this alternative moves the centerline of the highway approximately 70 feet north or south of the existing centerline. The North Option pushes the north edge of the highway up to 160 feet north from the existing highway edge in some areas. The South Option pushes the south edge of the highway up to 140 feet south of the existing highway edge.

**Figure 14.**      **Revised Viaduct Alternative**



Figure 15 shows a typical section for the Revised Viaduct Alternative, General-Purpose Lanes Option. Figure 16 shows a typical section for the Revised Viaduct Alternative, Managed Lanes Option.

**Figure 15.**      **Typical section for the Revised Viaduct Alternative, General-Purpose Lanes Option (Between Brighton Boulevard and Colorado Boulevard)**



**Figure 16.    Typical section for the Revised Viaduct Alternative, Managed Lanes Option (between Brighton Boulevard and Colorado Boulevard)**



The Revised Viaduct Alternative provides local north-south connectivity across I-70 via York Street, Josephine Street, Columbine Street, Clayton Street, Fillmore Street, Milwaukee Street, Steele Street/Vasquez Boulevard, and Monroe Street, as shown in Figure 17. Access to Elizabeth Street would be available via 46th Avenue; however, Elizabeth Street would not connect across I-70.

**Figure 17.    Revised Viaduct Alternative north-south connectivity**



As part of this alternative, 46th Avenue would run underneath the highway as a two-lane road with turn lanes to provide east-west connectivity. The minimum height under the viaduct is 16.5 feet, which provides sufficient clearance for large vehicles. The lane width for 46th Avenue is 11 feet with no shoulders. There are

five-foot sidewalks located 10 feet from the north and south edges of the viaduct to move pedestrians away from the viaduct structure.

To keep 46th Avenue farther away from the Swansea Elementary School property, it is located under the viaduct below the eastbound direction of I-70. The additional space under the viaduct below the westbound lanes of I-70 adjacent to 46th Avenue could be used as a space for community and neighborhood activities. Figure 18 shows a different perspective of this proposed design.

**Figure 18.        Revised Viaduct Alternative perspective**



This alternative includes two potential offsite storm drainage outfall alignments through Globeville Landing Park to capture offsite water runoff. Both the northern and southern outfall options include underground storm drain pipe; however, the southern outfall option also includes the reconstruction of the existing spillway to accommodate the increased flow as a result of the new storm drain pipe.

Figure 19 shows three different concept designs for the uses under the viaduct.

The Revised Viaduct Alternative, North Option moves the edge of the highway 125 feet closer to Swansea Elementary School. Because of this encroachment, the site plan of the school was redesigned to use adjacent parcels and the open space under the viaduct, and includes closing Elizabeth Street from 47th Avenue to 46th Avenue. The redesign of the school lot increases the school property size from 4.1 acres to approximately 6.8 acres, including the space under the viaduct. Denver Public Schools is not in support of this arrangement due to the closeness of the elevated highway to the school site. Figure 20 shows two conceptual site plan design options for reconfiguring the school lot with the Revised Viaduct Alternative, North Option.

There would be no changes to the existing site plan of the school with the Revised Viaduct Alternative, South Option because the edge of the structure would be located 18 feet farther away from the school when compared to the location of the existing viaduct.

This alternative includes a drainage system north of I-70 to capture on-site water runoff from the viaduct via an underground storm drain pipe. The alignment for this drainage system is shown in Section 5.14, Floodplains and Drainage/Hydrology. The offsite area that drains across I-70 from south to north would continue to flow as in existing conditions. More information on drainage is available in Section 5.14, Floodplains and Drainage/Hydrology, of the Supplemental Draft EIS.

**Figure 19.** Conceptual design of the activities under the viaduct



I-70 East Environmental Impact Statement
Alternative Analysis Technical Report

**Figure 20.    Swansea Elementary School options for the Revised Viaduct Alternative, North Option**



## 5.2.2.    Partial Cover Lowered Alternative

The Partial Cover Lowered Alternative is shown in Figure 21. This alternative removes the existing I-70 viaduct between Brighton Boulevard and Colorado Boulevard, lowering the highway below grade in this area, while adding two additional lanes in each direction. The Partial Cover Lowered Alternative includes a highway cover over I-70 between Clayton Street and Columbine Street, adjacent to Swansea Elementary School. Options for this alternative include an additional cover in the vicinity of Steele Street/Vasquez Boulevard. Urban landscape is proposed on the cover, with the potential to include playgrounds, plazas, outdoor classrooms, and community gardens.

**Figure 21.    Partial Cover Lowered Alternative**



The highway would start descending west of Brighton Boulevard to reach the maximum depth of approximately 40 feet below grade just east of the Union Pacific Railroad yard, allowing the railroad to cross above the highway. The remaining portion of the lowered section has a depth of approximately 25 feet below grade. The lowered highway ascends just east of the Burlington Northern Santa Fe (BNSF) Denver Market Lead Railroad yard to reach the existing grade east of the Colorado Boulevard interchange.

There are two Connectivity Options with this alternative between Brighton Boulevard and Colorado Boulevard:  the Basic Option and the Modified Option (shown in Figure 21).  The Partial Cover Lowered Alternative east of Colorado Boulevard includes the improvements discussed earlier in Section 3.7.

Figure 22 shows a profile view of the Partial Cover Lowered Alternative from Brighton Boulevard to Clayton Street.

I-70 East Environmental Impact Statement
Alternative Analysis Technical Report

**Figure 22.    Profile view of the Partial Cover Lowered Alternative from Brighton Boulevard to Colorado Boulevard**





Lowering I-70 requires capturing offsite surface runoff that currently flows south to north. The offsite drainage system included in this alternative is designed to prevent the lowered section of I-70 from flooding. This storm drain system would be conveyed south of I-70 and discharge to the South Platte River. An on-site drainage system is designed north of I-70 to capture runoff from the highway. Design of the Partial Cover Lowered Alternative includes the same lane configuration as the Revised Viaduct Alternative, which is shown in Attachment A, *Alternative Maps*.

The design of the Partial Cover Lowered Alternative includes the same lane configuration as the Revised Viaduct Alternative.

## 5.3.    Alternative Options

### 5.3.1.    Expansion options

Expansion Options, shown in Figure 24 and Figure 25, refer to moving the north edge of the highway north or the south edge of the highway south of the existing facility from Brighton Boulevard to Colorado Boulevard to accommodate the larger footprint resulting from standard width lanes, expanded shoulders, and construction phasing. These options apply to the No-Action Alternative and the Revised Viaduct Alternative. The Partial Cover Lowered Alternative does not include the Expansion Options because expansion of the

highway can occur only on the north side due to engineering restrictions and the location of the UPRR rail yard to the south.

## 5.3.2.   Connectivity options

Connectivity Options are shown in Figure 24 and apply only to the Partial Cover Lowered Alternative. There are two Connectivity Options with this alternative between Brighton Boulevard and Colorado Boulevard: the Basic Option and the Modified Option (Figure 21).

The Partial Cover Lowered Alternative east of Colorado Boulevard includes the improvements discussed earlier in Section 3.7.

### Partial Cover Lowered Alternative, Basic Option

With the Basic Option, local east-west connectivity is provided through 46th Avenue, which is designed as a one-way two-lane road in each direction. Eastbound 46th Avenue is located on the south side of the highway and westbound 46th Avenue is located on the north side. There are sidewalks adjacent to the roadway.

Highway access with the Basic Option is provided through a split-diamond interchange at Colorado Boulevard and Steele Street/Vasquez Boulevard. Figure 23 illustrates the number of lanes for this option and shows which interchanges will be reconstructed or remain the same.

Figure 23.   Partial Cover Lowered Alternative, Basic Option lane configuration and interchange reconstruction



I-70 East Environmental Impact Statement
Alternative Analysis Technical Report

The additional lanes on the highway, including the space needed for 46th Avenue, result in a footprint approximately three times greater than the existing footprint. The Basic Option of the Partial Cover Lowered Alternative pushes the north edge of the highway up to 160 feet north from the existing edge of the highway. Figure 24 shows a typical section of the highway with this option. Figure 25 shows a typical section for the Partial Cover Lowered Alternative, Basic and Managed Lanes Option.

**Figure 24.** **Typical section of the Partial Cover Lowered Alternative, Basic Option with general-purpose lanes (between Brighton Boulevard and Colorado Boulevard)**



**Figure 25** **Typical section of the Partial Cover Lowered Alternative, Basic Option with managed lanes (between Brighton Boulevard and Colorado Boulevard)**



The local connectivity north-south across I-70 between Brighton Boulevard and Colorado Boulevard is provided by overpasses above the highway at York Street, Josephine Street, Columbine Street, Clayton Street, Steele Street/Vasquez Boulevard, and Monroe Street, as shown in Figure 26. Elizabeth Street will be closed between 46th Avenue and 47th Avenue to accommodate the Swansea Elementary School expansion and reconfiguration.\

**Figure 26.      Partial Cover Lowered Alternative north-south connectivity**



The Basic Option extends the edge of I-70 155 feet and the outside edge of the 46h closer to the Swansea Elementary School building and the outside edge of the 46th Avenue sidewalk 200 feet closer. The front of the school is 65 feet from the edge of the 46th Avenue sidewalk.

## Highway cover concept

The Partial Cover Lowered Alternative includes an 900-foot deck or cover above the highway with two street bridges on either end, making the total enclosed area 900 feet (see Figure 27). Currently, the optimal placement of the cover has been located in the area between Clayton Street and Columbine Street, adjacent to Swansea Elementary School. This location accommodates the maximum length of the cover that can be placed on the highway without needing to include additional safety features that would modify the design of the highway. A ventilation system is included within the covered section of the highway to operate during periods of elevated carbon dioxide and fire events.

I-70 East Environmental Impact Statement
Alternative Analysis Technical Report

**Figure 27.    Oblique view of the highway**



*Existing*



*Partial Cover Lowered Alternative simulation*

The ventilation, fire, and life safety requirements have been developed in line with international best practices based upon the following key safety objectives:

- Permit the users of the covered and depressed sections of the I-70 East highway study area to evacuate in reasonable safety

- Reduce the life safety risk to as low as reasonably practicable

- Allow fire department personnel to operate in reasonable safety

Emergency exits may be replaced with cross-passageways as long as a minimum two-hour fire-rated construction between roadways is provided. Cross-passageways should be spaced no more than 655 feet apart. They offer a benefit in terms of risk reduction by reducing the travel distance, and therefore time, for people escaping from an incident to reach a place of temporary safety. The fire safety community knows and understands that providing facilities that promote and support self rescue during the early stage of an incident, prior to the arrival of emergency services, can have a positive outcome in terms of life safety. The covered section of the highway would be under closed-circuit television surveillance, which also has a significant and positive impact on reducing the detection time of any incident. Part of the overall design and construction of the highway cover is to provide redundancy for emergency services.

Figure 28 illustrates options for redesigning the Swansea Elementary School property with the Partial Cover Lowered Alternative. An urban landscape is proposed to be located on the highway cover with the potential to include playgrounds, outdoor classrooms, and community gardens. Strategically placed landscape elements, such as trees, are included only at designed locations to minimize the loadings on the structure. Figure 29 shows three different conceptual designs for the activities on the highway cover. These concepts were presented to the public for comment and received major public support. The design of the cover will be finalized through the Final EIS and Record of Decision (ROD) using charrettes to involve the community in the design. To design the amenities on the cover, structures limitations have to be considered. Some of the considerations include, but are not limited to:

- **Design life of the cover structure.** Consideration should be given to the level of complexity and expense of the amenities and features placed on the cover. Replacement of the cover structure, regardless of design life, would require replacement or reinstallation of all amenities constructed on the top of the cover.

- **Damage to one or more girders resulting from an over-height vehicle or fire.** Replacement of one or more girders may require replacement or reinstallation of amenities constructed above the damaged girder(s).

- **Wet utilities.** Any amenity requiring wet utility services, such as water and sewer, would require special design considerations to ensure long service life without failure or replacement.

- **Maintenance responsibilities.** Maintenance responsibilities of all potential amenities and structures considered for the top of the cover should be well defined, including their interface with maintenance of the overall cover structure.

I-70 East Environmental Impact Statement
Alternative Analysis Technical Report

**Figure 28.**      **Swansea Elementary School options for the Partial Cover Lowered Alternative**



**Figure 29.     Conceptual design of the activities on the highway cover**



I-70 East Environmental Impact Statement
Alternative Analysis Technical Report

## Partial Cover Lowered Alternative, Modified Option

The Modified Option of the Partial Cover Lowered Alternative removes the current highway access at Steele Street/Vasquez Boulevard. Instead, a full interchange is designed at Colorado Boulevard, allowing eastbound and westbound access at this location. Local east-west connectivity is provided by making 46th Avenue two-way on the north side and the south side of the highway. However, 46th Avenue is discontinued on the north side of the highway between Clayton Street and Columbine Street to allow for a seamless connection of Swansea Elementary School to the highway cover, which is located in that area.

Figure 30 illustrates the number of lanes for this option and shows which interchanges will be reconstructed or remain the same.

**Figure 30.**   **Partial Cover Lowered Alternative, Modified Option lane configuration and interchange reconstruction**



The removal of the interchange at Steele Street/Vasquez Boulevard results in elimination of auxiliary lanes. This will provide a smaller highway footprint from York Street to Steele Street/Vasquez Boulevard (Figure 29). ). Also, the centerline of I-70 is shifted 24 feet further south compared to the Basic Option, reducing the construction limits on the north side, while keeping the south construction limits the same as they are with the Basic Option.

Figure 31 shows a typical section for the Partial Cover Lowered Alternative, Basic and General Purpose Lanes Options. Figure 32 shows a typical section for the Partial Cover Lowered Alternative, Basic and Managed Lanes Option.

**Figure 31.** **Typical section of the Partial Cover Lowered Alternative, Modified Option with general purpose lanes (between Brighton Boulevard and Colorado Boulevard)**



**Figure 32.** **Typical section of the Partial Cover Lowered Alternative, Modified Option with managed lanes (between Brighton Boulevard and Colorado Boulevard)**



The additional lanes and space needed for 46th Avenue result in a highway footprint that is approximately three times greater than the existing footprint. The Partial Cover Lowered Alternative, Modified Option pushes the north edge of the highway up to approximately 150 feet north from the existing edge of the highway.

Local north-south connectivity across I-70 is similar to the Basic Option with additional connection provided at Milwaukee Street. A pedestrian bridge is designed at Josephine Street across the highway to create a safe crossing location for bicycles and pedestrians. York Street between 45th Avenue and 48th Avenue is converted from its current one-way configuration to one that is two-way, as shown in Exhibit 4-21 in Chapter 4, Transportation Impacts and Mitigation Measures.

The Modified Option allows for the possibility of constructing a second cover over I-70. The location of this cover would be in the vicinity of Milwaukee Street to the Denver Market Lead Railroad. This cover would be in addition to the cover between Clayton Street and Columbine Street, as discussed earlier. The exact

location and length will be determined in the future. Construction of the second cover is not anticipated to be part of this project. The work will provide accommodations to allow for the inclusion of this second cover in the future. Denver is investigating the potential of providing redevelopment opportunities with this additional cover.

### 5.3.3.    Operational options

Two Operational Options for the added capacity are considered for the Build Alternatives from I-25 to Tower Road: General-Purpose Lanes or Managed Lanes. Attachment A, *Alternatives Maps*, shows details on the lane configurations for the General-Purpose Lanes and Managed Lanes Options. Operational Options apply to the Revised Viaduct Alternative and the Partial Cover Lowered Alternative.

General-purpose lanes are traffic lanes that do not apply any restrictions to the vehicles using them. Managed lanes implement operational strategies that would be adjusted based on real-time traffic demand on the highway facility. This is accomplished by providing a specially managed travel lane for vehicles to avoid congestion and travel at a higher speed than the general-purpose lanes. The purpose is to provide a reliable, congestion-free option along the highway and provide a way to manage congestion over the long term to reduce the need for future expansion.

The Build Alternatives Managed Lanes Option only manages the added capacity and leaves the existing capacity as general-purpose lanes. The managed lanes for this option are separated from the general-purpose lanes by a four-foot striped buffer, as shown previously in Figure 32.

#### Managed Lanes Option
As an alternative to general-purpose lanes, managed lanes are under consideration from I-25 to Tower Road to manage the additional capacity. Managed lanes implement an operational strategy that would be adjusted based on real-time demand for vehicles that use these lanes to avoid congestion and travel at a higher speed than the general-purpose lanes. The operational strategy would provide a reliable, congestion-free option through the corridor, as well as a revenue stream to support highway maintenance. The managed lanes would be separated from the general-purpose lanes by a four-foot striped buffer, as shown in Figure 33. Figure 33 also shows the lane configuration of the Managed Lanes Option.

**Figure 33.      Typical section of Managed Lanes Option between I-225 and I-270**



The Managed Lanes Option increases the project footprint by eight feet compared to general-purpose lanes due to the four-foot buffer on each side, however the construction limits only increase where there are direct connections from the managed lanes to interchanges. This would not result in additional major impacts to the surrounding neighborhood and environment except at locations of direct connections. The construction limits for the Managed Lanes Option increases where there are direct connections from the managed lanes to interchanges.

There are three proposed direct connections from the managed lanes to accommodate regional and airport traffic: I-270, I-225, and Peña Boulevard. These direct connections result in a shift of eastbound I-70 to create room for the connections. The shift ranges from 50 to 200 feet from the existing edge of the highway to the proposed edge.

The pricing and policies for the managed lanes will be determined through a separate study and results will be included in the Final EIS, due for publication in 2015.

## 5.4.   Other design variations

Design variations are possible changes to the original design of a transportation facility element that do not pose major additional impacts to the environment and stay within the project's construction limits.

Design variations are considered for the Partial Cover Lowered Alternative. There are no design variations being considered for any of the other alternatives at this time. The Basic and Modified Connectivity Options for the Partial Cover Lowered Alternative are fully evaluated in this document. Other design variations to these options are being considered but not evaluated and remain as unresolved issues. As part of the public outreach process, CDOT and FHWA will continue to seek feedback from the community, stakeholders, and public agencies on these variations.

The variations under consideration relate to the following elements:

- Access to I-70 at Steele Street/Vasquez Boulevard

- Highway cover

- Frontage roads

- North-south connectivity

These variations were developed to respond to community concerns and to balance community, business, and transportation needs. The following goals helped to develop these variations:

- Maintain the Steele Street/Vasquez Boulevard access to I-70 as an important local and regional access point for businesses needing access to the interstate for commerce

- Maximize north-south and east-west connectivity across and adjacent to I-70 for all modes of transportation

- Minimize the impact of the Steele Street/Vasquez Boulevard interchange on adjoining properties and the neighborhoods

- Consider traffic operations, including access to potentially developable properties in and around the highway interchanges

- Explore the expansion of the Swansea cover to the east and west as far as technically and financially feasible; and understand the technical and financial feasibility of a cover east of Steele Street/Vasquez Boulevard

- Consider the possibility of shifting connectivity from Monroe Street to Jackson Street

These variations do not substantially change the impacts to most resources and do not increase the project's construction limits. Traffic, noise, and air quality analysis may change slightly if these variations are implemented. Additional analysis will be performed prior to completion of the Final EIS. The Partial Cover Lowered Alternative could include some or none of these variations.

## Access to I-70 at Steele Street/Vasquez Boulevard

Access to I-70 at Steele Street/Vasquez Boulevard is included in the Basic Option as part of a split diamond interchange with Colorado Boulevard, and is eliminated in the Modified Option with a full diamond interchange at Colorado Boulevard (see Figure 34 and Figure 35).

**Figure 34.        Steele Street/Vasquez Boulevard and Colorado Boulevard split diamond interchange**



**Figure 35.        Full diamond interchange at Colorado Boulevard**



The elimination of highway access at Steele Street/Vasquez Boulevard allows for incorporation of a cover over the highway at this location. It also provides an opportunity for redevelopment in this area. However, the majority of community members did not support the loss of highway access at Steele Street/Vasquez Boulevard. Business owners, Commerce City officials, Adams County officials, and the Colorado Motor Carriers Association also expressed their concerns regarding removing access at Steele Street/Vasquez Boulevard and limited mobility with the full diamond interchange at Colorado Boulevard.

To address stakeholders concerns, design variations were developed to allow for access at Steele Street/Vasquez Boulevard while providing opportunities for development in the area. These design variations include a split diamond configuration with Colorado Boulevard that incorporates roundabouts or a signalized intersection at the ramp junction, as well as differences in ramp and frontage road locations and connections. The variations are shown in Figure 36 and Figure 37.

**Figure 36.     Steele Street/Vasquez Boulevard design variation with roundabouts**



**Figure 37.     Steele Street/Vasquez Boulevard design variation with signalized intersections**



The roundabouts result in additional connectivity from eastbound I-70 to the westbound 46th Avenue two-way frontage road that will reduce traffic exiting at Brighton Boulevard and improve vehicle operations at the I-70 and Brighton Boulevard interchange. Another key benefit of the roundabouts is that they provide improved operations for ramp traffic and Steele Street/Vasquez Boulevard traffic entering I-70. The design variation with traffic signals will result in more vehicles stacking up both southbound and northbound on Steele Street/Vasquez Boulevard compared to the roundabouts.

The benefits of the design variation with traffic signals are that it can be constructed in a slightly smaller footprint than the roundabouts. Also, pedestrian movements at signalized intersections are controlled with crossing signals, while roundabout pedestrians cross the streets without crossing signals.

## Highway cover

The Basic Option includes a 900-foot-long highway cover between Clayton Street and Columbine Street in front of Swansea Elementary School, but separated by a one-way frontage road. The Modified Option removes the frontage road between the highway cover and Swansea Elementary School and proposes an additional cover at St. Paul Street and Cook Street.

Variations to the highway cover in front of Swansea Elementary School include differences in length. The cover can be substantially extended eastward to Fillmore Street, or minimally extended beyond Clayton Street and Columbine Street. Although the extended cover improves the north-south community connectivity and provides additional public space in the neighborhood, it may create air quality impacts. Additional impacts to air quality may result in violation of regional air quality standards. Also, a longer cover requires additional ventilation and emergency equipment, which will result in added design complication and cost.

Design variations to the second cover include the location of the cover, the length of it, and its use. The cover can be located anywhere between Fillmore Street and Monroe Street and can be created in various lengths. The area on top of the cover can include different uses, built by others, or it can become additional community space. Although the additional cover between Fillmore Street and Monroe Street improves the north-south community connectivity and may provide additional public space in the neighborhood, it also may pose air quality impacts. Additional impacts to air quality may result in violation of regional air quality standards. Any development on the additional cover also has to comply with federal airspace requirements and requires greater coordination than typical development.

## Frontage roads

With the Basic Option, 46th Avenue is designed as one-way frontage roads on the north and south sides of the highway, including running between the school and the highway cover. The Modified Option creates two-way frontage roads on the north and south sides of the highway, but removes 46th Avenue next to the school.

Design variations include more opportunities for two-way frontage roads in different places alongside the highway.

Two-way frontage roads improve community cohesion by improving local access and east-west mobility through the neighborhood. Vehicular movement on two-way roads is slower in comparison to one-way roads, so pedestrian safety is improved with two-way roads. However, one-way frontage roads make it easier for pedestrians to cross.

## Neighborhood connections

Both Basic and Modified Options of the Partial Cover Lowered Alternative maintain the north-south neighborhood connections across the highway. The Basic Option was developed to provide better east-west connectivity. The Modified Option was developed to better connect the community north-south across the highway through changes to traffic circulation.

Design variations include additional connections across the highway for all transportation modes, including vehicles, bicycles, and pedestrians. The locations of these crossings are dependent on the type of intersection at Steele Street/Vasquez Boulevard, as previously discussed. Design variations for north-south crossings include a new multimodal crossing at Fillmore Street, a new pedestrian/bike crossing at Milwaukee Street, and moving the Monroe Street crossing to Jackson Street. Other crossing locations also can be considered.

# 6.    Capital and maintenance costs

The cost to construct and maintain the project is an important factor in identifying the best alternative for the project. The capital cost is a fixed, one-time expense incurred for purchase of ROW, construction materials, and labor to construct a project. The maintenance cost is the ongoing cost incurred to keep the road in good condition and operational. This section discusses capital and maintenance costs of the project alternatives.

## 6.1.    Capital costs

Capital cost estimates for alternatives evaluated in the Supplemental Draft EIS are based on conceptual design engineering and are reported in 2013 dollars. Because of price increases in the highway construction industry, these costs should be updated annually to reflect actual expected costs. Major elements of the estimates include earthwork, utility relocation, roadway and structure construction, and ROW acquisition. Table 4 shows the preliminary capital cost breakdown of each alternative and option from Brighton Boulevard to Colorado Boulevard and Colorado Boulevard to Tower Road.

Between Brighton Boulevard and Colorado Boulevard, the cost for general-purpose and managed lanes options has been estimated to be the same. For the remainder of the corridor between Colorado Boulevard and Tower Road, the cost difference between options is the cost to construct three direct connections from the managed lanes to I-270, I-225, and Peña Boulevard that is not needed under the general-purpose option.

**Table 4.        Capital cost estimate**

| Alternatives/Options | Capital Cost, I-25 to Tower (in millions of 2013 dollars) | |
|---|---|---|
| | General-Purpose Lanes Option | Managed Lanes Option[1] |
| No-Action Alternative, North Option | $550 | N/A |
| No-Action Alternative, South Option | $540 | N/A |
| Revised Viaduct Alternative, North Option | $1,490 | $1,640 |
| Revised Viaduct Alternative, South Option | $1,500 | $1,660 |
| Partial Cover Lowered Alternative, Basic Option | $1,680 | $1,810 |
| Partial Cover Lowered Alternative, Modified Option | $1,760 | $1,890 |

[1] The Managed Lanes Option does not include costs associated with tolling infrastructure and implementation.

## 6.1.1.    Construction jobs

The job creation and economic stimulus estimates for the I-70 East Corridor EIS are based on the Regional Economic Impact Model for Highway Systems (REIMHS), a sketch planning input/output model of highway construction activity developed by the Federal Highway Administration (Politano & Roadifer, 1989). The economic output includes the multiplier effect of direct construction dollars being respent in service or other sectors of the economy, as well as the ongoing efficiency gains from improved highway travel. Economic activity generated by the proposed project would benefit the Denver area as well as the regional labor and material markets for highway-related construction. From the model, the total number of jobs (full-time person years of employment positions) created would be about 9.6 jobs for each $1 million of highway investment in urban interstate-type construction, adjusting for inflation.

For the range of project alternatives, the total construction jobs range from about 4,500 for the No-Action Alternative to 16,000 based on the alternative options, as shown in Table 5. Regional economic output would roughly increase by $2 billion with the expenditure of the construction funds. The job increases and most of the economic output increases would take place in the year of the construction expenditures.

**Table 5.       Economic impact of I-70 East Corridor (millions of 2013 dollars)**

| Alternative/Option | Construction Value including Engineering (millions of 2013 dollars)[1] | Regional Economic Output (millions of 2013 dollars) | Total Earnings (millions of 2013 dollars) | Total Jobs (Person Years of Employment) |
|---|---|---|---|---|
| No Action Alternative, North Option | 536 | 943 | 247 | 5,100 |
| No Action Alternative, South Option | 518 | 912 | 238 | 4,900 |
| Revised Viaduct Alternative, North Option with General-Purpose Lanes | 1,447 | 2,547 | 666 | 13,800 |
| Revised Viaduct Alternative, South Option with General-Purpose Lanes | 1,453 | 2,557 | 668 | 13,900 |
| Partial Cover Lowered Alternative, Basic Option with General-Purpose Lanes | 1,615 | 2,842 | 743 | 15,400 |
| Partial Cover Lowered Alternative, Modified Option with General-Purpose Lanes | 1,604 | 2,823 | 738 | 15,300 |
| Revised Viaduct Alternative, North Option with Managed Lanes | 1,575 | 2,772 | 725 | 15,000 |
| Revised Viaduct Alternative, South Option with Managed Lanes | 1,593 | 2,804 | 733 | 15,200 |
| Partial Cover Lowered Alternative, Basic Option with Managed Lanes | 1,735 | 3,054 | 798 | 16,600 |
| Partial Cover Lowered Alternative, Modified Option with Managed Lanes | 1,723 | 3,032 | 793 | 16,500 |

*Sources: A.L. Politano and Carol J. Roadifer, Regional Economic Impact Model for Highway Systems, Transportational Research Record 1229, Transportation Research Board, Washington D.C., 1989. (Model adjusted to reflect inflation.) Atkins, 2014*
*Note: Construction value does not include right of way costs.*

## 6.2.     Maintenance costs

Four major elements were used to evaluate the differences between alternatives with regard to maintenance considerations. These items are bridges, retaining walls, pavement, and the highway cover maintenance. Table 6 shows the total anticipated maintenance cost for the alternatives and options. The maintenance of

the cover is anticipated to be conducted by parties other than CDOT, who are not identified at this time. CDOT is working with Denver to identify the cost of maintaining the amenities on the cover.

Drainage, water quality treatments, traffic barriers, and other incidental items are similar between options and do not have a large cost difference between alternatives and options. These are not included in the maintenance cost comparison. The construction of the traffic lanes, bridges, and walls is equal between all the options.

**Table 6.        Supplemental Draft EIS alternatives maintenance cost summary**

| Alternatives/Options | Annual Maintenance Cost (in millions of 2013 dollars per year) |
|---|---|
| No-Action Alternative | $10.3 |
| Revised Viaduct Alternative | $16.3 |
| Partial Cover Lowered Alternative, Basic Option | $11.7 |
| Partial Cover Lowered Alternative, Modified Option | $11.6 |

*Note: There is no maintenance cost difference shown between general-purpose lanes and managed lanes. The costs do not reflect the maintenance of the tolling infrastructure. These costs are calculated based on the widest footprint and will be refined in the Final EIS.*

Maintenance costs for existing infrastructure is not available for the No-Action Alternative other than the cost of the new viaduct structure.

The yearly cost for the maintenance of Brighton Boulevard to Colorado Boulevard is based on the following:

- **Bridge maintenance.** Bridge maintenance is $5 per square foot of deck, which includes the deck repair, (estimated to be required every 15 to 20 years), expansion joint replacement every 10 years, waterproofing of the piers and girders on a regular basis, traffic control for the repair work, sound wall and guardrail repair. This also was the cost established for the 2008 Draft EIS operation and maintenance, which was reviewed and found to be reasonable.

- **Retaining wall.** For maintenance and repair, $1 per square foot was estimated. The cost for this work is reasonable based on experience. This cost also was used for the 2008 Draft EIS operation and maintenance cost, which was reviewed and found to be reasonable.

- **Guardrail.** Guardrail was removed from the analysis and comparison because it is assumed to be similar between alternatives. Operation and maintenance is based on experience with Vail Pass guardrail that has been in place 35 years. It is estimated that about 50 percent needs to be replaced: $100 per linear foot x 0.5/35 = $1.43. Yearly minor repairs are estimated at $0.50 per linear foot. In agreement with the 2008 Draft EIS maintenance estimate, $2.00 per linear foot was used.

- **Tunnel costs.** Tunnel cost was determined at $1,100,000 per year based on the yearly operating cost of the Wolf Creek Tunnels for the width ($420,000). The upgrade, replacement, and maintenance costs of the additional physical systems, such as fans, water stand pipes, lighting, etc., is based on 12 percent of the estimated construction costs of these items. The Wolf Creek Tunnels' maintenance plan has not yet had to address these items and does not have program costs over an extended time period.

- **Managed lane costs.** Tolling costs are not included in the estimate.

- **General pavement maintenance.** The lane mile maintenance cost is from the costs supplied by CDOT maintenance and based on the region's historic records.

# 7.    Project financing

The proposed Managed Lanes will not produce sufficient revenues to pay for the Project, and are primarily being proposed as a traffic management tool.  The revenues from the proposed Managed Lanes will help offset the cost of operating and maintaining the improvements. Policymakers will need to demonstrate a reasonable likelihood of funding from other sources to implement the entire project, or a logical phasing of the project, before inclusion in the fiscally constrained section of the DRCOG 2035 MVRTP.

CDOT is currently evaluating the potential revenue that might be generated from the Managed Lanes Option. This document does not include detailed finance plans for the alternatives under consideration. Finance plans will be developed as part of the Final EIS and will reflect anticipated funding, as well as financing strategies.

Financing options for I-70 East have been under active consideration by CDOT. To date, approximately $1.17 billion has been identified from the following potential funding sources for the I-70 East project.

- Bridge Enterprise Revenues ($850 million)

- DRCOG/STP Metro/CMAQ funds ($50 million)

- SB09-228 funds ($271 million)

The I-70 East project is part of a coordinated regional transportation planning process intended to ensure regional air quality conformity and to identify project funding. The transportation planning process in the Denver region is guided by DRCOG, which serves as the region's metropolitan planning organization and develops both short-term and long-term transportation plans.

The planning documents developed by DRCOG and currently used by various state and local agencies to prioritize improvements and identify transportation projects are the 2035 MVRTP (2011) and the *2012–2017 Transportation Improvement Program*(TIP) (2012a).

In addition to the documents developed by DRCOG, CDOT also produces transportation plans for the state. These have recently included Colorado's *2035 Statewide Transportation Plan* (STP) (CDOT, 2007a) and the *2012–2017 Statewide Transportation Improvement Program* (STIP) (CDOT, 2012b). Exhibit 3-28 shows the relationship between the planning documents developed by DRCOG and CDOT. The 2008 Draft EIS describes these planning documents in more detail.

CDOT is currently evaluating the potential revenue that might be generated from the Managed Lanes Option. This analysis will reflect forecasts of traffic using the managed lanes and the cost of operating the managed lane facilities. It is unlikely that revenue generated by the Managed Lanes Option will fund the construction of the entire project. It will, however, help in funding the operation and maintenance costs of the highway. This document does not include detailed finance plans for the alternatives under consideration. Finance plans will be developed as part of the Final EIS and will reflect anticipated funding, as well as financing strategies.

In addition to defining overall transportation system needs, the 2035 MVRTP includes the Fiscally Constrained Regional Transportation Plan (RTP). The Fiscally Constrained RTP includes only those transportation projects from the 2035 MVRTP that can be built by 2035 based on current forecasts for transportation funding. Regionally significant projects like the highway improvements that are being considered as part of this EIS must be part of the Fiscally Constrained RTP and TIP to be eligible for federal funding.

The I-70 East EIS project is part of a coordinated regional transportation planning process intended to ensure regional air quality conformity and to identify project funding. The transportation planning process in

the Denver region is guided by DRCOG, which serves as the region's metropolitan planning organization and develops both short-term and long-term transportation plans.

The planning documents developed by DRCOG and currently used by various state and local agencies to prioritize improvements and identify transportation projects are the *Metro Vision 2035 Plan* (2007), *2035 MVRTP*, and the *2012–2017 Transportation Improvement Program* (TIP) (2012a).

In addition to the documents developed by DRCOG, CDOT also produces transportation plans for the state. These have recently included Colorado's *2035 Statewide Transportation Plan* (STP) (CDOT, 2007a) and the *2012–2017 Statewide Transportation Improvement Program* (STIP) (CDOT, 2012b). Figure 38 shows the relationship between the planning documents developed by DRCOG and CDOT. The 2008 Draft EIS describes these planning documents in more detail.

Components of the I-70 East EIS are included in planning documents as discussed below.

### 2035 Metro Vision Regional Transportation Plan

The 2035 MVRTP provides the vision for the Denver metropolitan area's transportation system. The 2035 MVRTP includes a corridor vision and strategies specifically for I-70.

In addition to defining overall transportation system needs, the 2035 MVRTP includes the Fiscally Constrained Regional Transportation Plan (RTP). The Fiscally Constrained RTP includes only those transportation projects from the 2035 MVRTP that can be built by 2035 based on current forecasts for transportation funding. Regionally significant projects like the highway improvements that are being considered as part of this EIS must be part of the Fiscally Constrained RTP and TIP to be eligible for federal funding.

Currently, the only I-70 improvements within the project area that are listed in the Fiscally Constrained RTP are a new interchange at Central Park Boulevard (completed in 2012), future replacement of the viaduct from Brighton Boulevard to York Street ($256 million, 2008 dollars), and travel lanes to be added from I-270 to Havana Street ($166 million, 2008 dollars).

I-70 East Environmental Impact Statement
Alternative Analysis Technical Report

**Figure 38.       Relationship between DRCOG and CDOT planning documents**



## 2012–2017 Transportation Improvement Program

The 2012–2017 TIP is a six-year implementation program for the Fiscally Constrained RTP that is required by federal regulations. For projects to be included in the TIP, they must be identified in the Fiscally Constrained RTP. The TIP identifies all federally funded transportation projects anticipated for the Denver metropolitan area during fiscal years 2012 to 2017. Within the project area, the current TIP includes a new interchange on I-70 at Central Park Boulevard (completed in 2012). It also includes the funding for this environmental study.

## 2012–2017 Statewide Transportation Improvement Program

The STIP is the planning document that identifies the transportation projects CDOT intends to fund over a six-year period. Currently, projects through 2015 have been programmed to receive funding. The STIP is prepared in cooperation with local governments throughout the state and is developed concurrently with DRCOG's TIP. All state and federally funded transportation projects are included in the STIP. Projects included in the STIP are consistent with the STP and conform to the applicable state air quality implementation plan.

The 2012–2017 STIP includes funding for the development of the I-70 East EIS, repairing portions of the I-70 viaduct from Brighton Boulevard to Colorado Boulevard, and the construction of a new interchange at Central Park Boulevard (completed in 2012).

# 8.   Preliminary identification of the Preferred Alternative

After receiving numerous comments on the 2008 Draft EIS that was published, FHWA and CDOT decided to go through a PACT process to identify the Preferred Alternative via a consensus recommendation.

The PACT process failed to reach consensus on the Preferred Alternative; therefore, per the PACT protocols approved in July 2010, "If consensus is not possible, then the level of support and dissent will be noted and all deliberations and products of the PACT will be considered by the lead agencies in their decision making." In this case, CDOT and FHWA make the decision on what the Preferred Alternative will be, taking into consideration all of the work the PACT performed throughout the process and input from the community since that time.

FHWA and CDOT have preliminarily identified the Partial Cover Lowered Alternative with Managed Lanes Option as the Preferred Alternative for I-70 East because it meets the project purpose and need, best addresses community concerns, has community and agency support, and, with the proposed mitigations, appears to cause the least overall impact. The two Connectivity Options (Basic and Modified) for the Partial Cover Lowered Alternative are being evaluated in more detail and the selected Preferred Alternative may include elements of the Basic or Modified Options.

Preliminary identification of a preferred alternative in the Supplemental Draft EIS allows the project to move forward into early action items such as agency coordination, right-of-way acquisition, and hazardous material site assessments. This advanced work can help the project progress, and be ready for construction shortly after the ROD is completed.

FHWA and CDOT will consider feedback provided during the Supplemental Draft EIS public review process before identifying the Preferred Alternative in the Final EIS.

## 8.1.1. How was the Preferred Alternative preliminarily identified?

Many factors were considered in preliminarily identifying the Preferred Alternative. These factors included:

- Support from the community
- Environmental justice mitigation measures
- Neighborhood cohesion
- Support from local officials
- Swansea Elementary School location
- Visual and aesthetic qualities
- Drainage
- Comparison of potential impacts to the environment
- Cost effectiveness

Each of these factors is explained in the following subsections.

### Support from the community

The project team used an extensive public involvement approach leading up to and following the release of the 2008 Draft EIS. Throughout the many opportunities to provide input, the majority of the public who are

impacted by the project and live within the project area have consistently expressed a preference for the Partial Cover Lowered Alternative.

## Environmental justice mitigation measures

The Partial Cover Lowered Alternative allows for more mitigation measures to alleviate the highway impacts to the low-income and minority populations. It includes a cover on the highway from Columbine Street to Clayton Street. The 900-foot-long cover includes a four-acre open space/park with the potential to include playgrounds, plazas, outdoor classrooms, and community gardens.

While the initial impact to the Swansea Elementary School property would be considerable, the Partial Cover Lowered Alternative allows for the school site layout reconstruction to include an additional 0.4 acre for school facilities. It also places the school next to the four-acre park/open space on the highway cover that includes amenities that would benefit the school and students.

## Neighborhood cohesion

All evaluated alternatives would maintain connectivity in the study area in some sense. Although the Partial Cover Lowered Alternative eliminates some local north-south connectivity, it provides a greater sense of neighborhood cohesion by removing the dominant visual barrier created by the highway structure in this neighborhood, particularly near the proposed cover.

## Support from local officials

A letter supporting the Partial Cover Lowered Alternative was received on June 6, 2013, from Commissioner Eva Henry of Adams County, Mayor Michael Hancock of Denver, and Mayor Sean Ford of Commerce City. Their preference for this alternative is based on improved pedestrian connections and facilities assimilated with the highway cover, as well as overall improvement to north-south and east-west movement in the corridor. CDOT will continue to work with local jurisdictions after publishing the Supplemental Draft EIS to refine and improve the design of this alternative.

## Swansea Elementary School location

The Swansea Elementary School has been identified as a very important and valuable resource in the Elyria and Swansea Neighborhood. The Partial Cover Lowered Alternative provides the best solution compared to the other alternatives to keep the school in the neighborhood at its current location. The alternative also redesigns and expands the school grounds and provides upgrades to the school building.

## Visual and aesthetic qualities

The Partial Cover Lowered Alternative includes noise walls or safety barriers of 10 to 20 feet, which will provide an opportunity for inclusion of meaningful artwork in the neighborhood. Noise walls or safety barriers would not be required in the area where the cover is located, providing a clear north-south view across the highway. The dominating visual presence of the highway would greatly decrease with this alternative.

## Drainage

With the Partial Cover Lowered Alternative, an extensive drainage system is required on the north and south sides of I-70. Although the Revised Viaduct Alternative also improves the drainage system, the Partial Cover Lowered Alternative greatly improves drainage in the surrounding neighborhoods. The drainage system south of I-70 with the Partial Cover Lowered Alternative would capture the water flow and eliminate water from running into the proposed below-grade highway, while also alleviating flooding in the neighborhood north of it.

## Project impacts

Both Build Alternatives share the same impacts in the eastern end of the corridor (east of Colorado Boulevard). The only difference in impacts occurs in the Elyria and Swansea Neighborhood between Brighton Boulevard and Colorado Boulevard. These differences are summarized in the following subsections. For a more in-depth discussion of project impacts, refer to Chapter 5, Affected Environment, Environmental Consequences, and Mitigation.

**Property acquisitions.** More property acquisitions are required with the Partial Cover Lowered Alternative compared to the Revised Viaduct Alternative. Both alternatives would compensate these landowners in accordance with the U.S. Constitution and the Uniform Act. Table 7 shows the number of estimated property acquisitions (residential units and businesses) by alternative.

**Table 7.** Build alternatives property acquisitions

| Alternatives/Options | Property Acquisitions | |
| --- | --- | --- |
| | Housing Units | Business Relocations |
| Revised Viaduct Alternative | 38 to 44 | 15 to 24 |
| Partial Cover Lowered Alternative | 49 to 53 | 20 |

**Noise.** Noise analysis results show that there are fewer impacts with the Partial Cover Lowered Alternative due to the 900-foot cover placed in a primarily residential area that suppresses the highway noise in that location. Also, the lowered profile of the highway reduces the highway traffic noise impacts in the surrounding neighborhoods.

**Wetlands and other waters of the U.S.** Wetland impacts are the same for both Build Alternatives. Impacts to other waters of the U.S. (specifically, the South Platte River) differ by 0.005 acre. The drainages required under the Build Alternatives would cause minor impacts to the South Platte River. Both Build Alternatives would construct a drainage system north of I-70 and would have the same potential impacts (0.001 acre temporary) to the river as a result of this system. However, only the Partial Cover Lowered requires a drainage system south of I-70, which results in 0.005 acre of additional temporary impact to the South Platte River channel. The addition of bridge piers at Sand Creek also results in impacts to other waters of the U.S. by both Build Alternatives; however, the impacts would be the same (0.0001 acre permanent and 1.194 acre temporary).

**Railroads.** The Partial Cover Lowered Alternative may adversely affect the Union Pacific Railroad and BNSF Railway historic railroad bridges. The bridges will be replaced to maintain railroad operations with both of the Build Alternatives. There is a potential impact to the Union Pacific rail yard, as well, with the Partial Cover Lowered Alternative.

**Historic resources.** The Partial Cover Lowered Alternative, Basic Option has the potential to affect 72 eligible or listed historic properties and contributing properties, compared to 61 to 68 properties with the Revised Viaduct Alternative. Ultimately, the Partial Cover Lowered Alternative, Basic Option adversely affects eight to 16 additional historic properties not affected by the Revised Viaduct Alternative, including contributing properties to the Alfred R. Wessel Historic District.

**Hazardous materials.** The Revised Viaduct Alternative would potentially encounter the least amount of hazardous materials (21 to 22 sites versus 26 for the Partial Cover Lowered Alternative). The nature of the potential effects is better known because major subsurface excavation is not required. Disturbing greater volumes of soil and/or groundwater, as in the Partial Cover Lowered Alternative, increases the potential to affect hazardous materials.

**Other resources.** There is very little difference between the Revised Viaduct Alternative and Partial Cover Lowered Alternative in terms of impacts to other resources. With mitigation, most project impacts can be avoided or minimized.

## Cost Effectiveness

FHWA and CDOT considered the capital cost of each alternative. The Revised Viaduct Alternative with Managed Lanes Option costs approximately $1,640 to $1,660 million to construct and the Partial Cover Lowered Alternative with Managed Lanes Option costs approximately $1,800 to $1,810 million to construct. This difference of $150 to $160 million represents approximately 8 percent to 10 percent of the total construction cost.

## Managed Lanes Option consideration

The Managed Lanes Option was preliminarily identified as the Operational Option of the Preferred Alternative in response to the Colorado Transportation Commission Policy Directive 1603.0 (CDOT Office of Policy & Government Relations, 2013). This directive requires managed lanes to be strongly considered during the planning and development of capacity improvements on any state highway facilities (CDOT Office of Policy & Government Relations, 2013) for the following reasons:

**Operational flexibility and mobility.** Long-term operational flexibility and mobility is the major benefit of the Managed Lanes Option. The option allows adjustments to be made to traffic operations in real time. In addition, managed lanes provide drivers with flexibility by allowing them to pay a fee to bypass congestion on general-purpose lanes. This can improve reliability in travel times. It also allows CDOT to manage congestion over the long term, thereby reducing the need for future expansion. The Managed Lanes Option also has a higher throughput potential in terms of accommodating more people at a given time. This option accommodates express buses, vanpools, and other high-occupancy vehicles and, therefore, it can provide increased service to those riders. This also promotes use of the RTD buses and carpools to avoid congestion.

**Construction and operating costs.** The Managed Lanes Option would cost approximately $150 to $170 million more than the General-Purpose Lanes Option, primarily because of the cost to accommodate direct connections—including associated property impacts. However, the Managed Lanes Option would reduce CDOT's annual operating cost responsibility, assuming that a portion of the operation and maintenance cost for the managed lanes is covered by revenue.

**Financial flexibility.** While the Managed Lanes Option requires more capital investment and increases total operating and maintenance costs, it also brings another source of capital to the project that could be critical within the current financial environment.

Financial analysis is still underway to assess the financial feasibility of the Managed Lanes Option and whether net revenue after operations, maintenance, and debt service would be contributed to the project, thus reducing the need for traditional federal and state gas tax revenue. While it is unlikely that the Managed Lanes Option tolls would pay for the entire cost of the project, it seems far more likely that tolls would support reasonably allocated costs, which can be attributed to tolling (for example, additional right of way, tolling infrastructure, and tolls operations).

# 9. Construction phasing of the Preferred Alternative

This section describes, in general terms, the construction phasing and sequencing for the Preferred Alternative. Specific construction methods and detailed traffic control plans will be developed later when more detailed design plans are prepared. Conceptual phasing assumptions are evaluated, however, to determine the potential environmental effects. Construction mitigation measures and commitments are included in the separate resource sections in Chapter 5 of the Supplemental Draft EIS.

Without the inclusion of additional capacity on other roadway systems or use of other traffic management strategies; existing I-70 traffic flow will be maintained—meaning that the same number of traffic lanes that currently exist will remain during construction.

The construction work is substantial, involving new highway facilities, railroad bridges, local street bridges, storm drainage outfalls and collection system, utilities, pavement reconstruction, permanent traffic controls, and so on. Construction will result in impacts to the travelling public, businesses, and residents. Construction phasing strategies are based on minimizing these effects. During final plan development, specific detailed traffic control plans will be prepared. Trade-offs between larger effects to traffic but shorter duration of construction versus smaller effects to traffic but longer duration of construction will be considered. An example is a ramp closure that will accelerate construction versus maintaining access to the ramp, requiring additional phases and longer duration.

The construction phasing analysis identifies some of the issues involved with maintaining traffic and railroad operations during the work. The intent being to confirm that there is a construction phasing scenario that can be accomplished and the associated environmental effects are generally understood. The actual phasing and timing of the work will be determined during a later phase of the project.

The anticipated construction phasing is described for two sections: Brighton Boulevard to Colorado Boulevard and Colorado Boulevard to Tower Road. The Brighton Boulevard to Colorado Boulevard section involves unique phasing considerations because existing I-70 is located on a viaduct structure. The Colorado Boulevard to Tower Road section involves reconstruction and widening generally on the existing alignment of I-70. Table 8 summarizes the proposed construction elements for each construction phase.

**Table 8.**      **Summary of proposed construction phasing elements**

| Phase | Proposed Construction | I-70 Traffic | Local Traffic |
|---|---|---|---|
| Pre-Construction | • ROW acquisition and building demolition | No change | No change |
| Phase I | • Build storm drainage outfall<br>• Build I-70 westbound lowered section<br>• Build westbound 46th Avenue<br>• Build Union Pacific railroad bridge | Remains in current condition on existing viaduct structure | Closures of 46th Avenue and north-south streets |
| Phase II | • Remove existing viaduct structure<br>• Build I-70 eastbound lowered section<br>• Build eastbound 46th Avenue | Both eastbound and westbound traffic detoured to new lowered section (three lanes in each direction) | Closures of 46th Avenue and north-south streets |

# 9.1.    Brighton Boulevard to Colorado Boulevard construction phasing

The proposed geometric layout for the Partial Cover Lowered Alternative allows I-70 traffic to remain on the existing viaduct during phase I construction. Under the Basic Option, the distance between the centerline of proposed I-70 and the north edge of the existing I-70 is 60 feet at York Street, 54 feet at Swansea Elementary School, and 61 feet east of Steele Street. Under the Modified Option, the centerline of proposed I-70 is shifted 24 feet closer to the existing edge of the viaduct, increasing the phasing complexities. Under both options, the construction of proposed westbound I-70 can be completed while maintaining traffic on the existing viaduct. This significantly reduces impacts to existing traffic operations and reduces the time

required for construction. Following completion of phase I construction, all I-70 traffic will be detoured to the newly constructed I-70 westbound. Also, 46th Avenue will be constructed on the north side and can be used for local access during the phase II work.

During phase I construction, the existing westbound interchange ramps will be affected, requiring special phasing or temporary structures to maintain accesses. During phase II, the eastbound interchange ramps will be affected, requiring special phasing and modification to present entrance and exit locations.

The major elements of the proposed construction phasing are shown in Figure 39.

**Figure 39.        Brighton Boulevard to Colorado Boulevard construction phasing**



The work involves reconstruction of the Brighton Boulevard, Steele Street/Vasquez Boulevard, and Colorado Boulevard interchanges. The York Street interchange is proposed to be removed for the final improvement. The timing for removal is unknown; however, local access served by the York Street interchange will remain accommodated during the construction.

### 9.1.1.    Brighton Boulevard interchange

The work involves replacing the I-70 bridge superstructure over Brighton Boulevard with expansion to the north and reconstructing the east side ramps. The work will be completed in two phases. During phase I, all traffic will be detoured to the eastbound side while the westbound side is reconstructed and widened. During phase II, all traffic will be detoured to the westbound side while the eastbound side is reconstructed.

### 9.1.2.    Steele Street/Vasquez Boulevard interchange

The work involves complete reconstruction and replacement. The proposed Steele Street/Vasquez Boulevard crossing will be over the lowered part of I-70. North and south connectivity will be maintained throughout construction.

### 9.1.3.    Colorado Boulevard interchange

The work involves complete reconstruction and replacement. The new I-70 grade below Colorado Boulevard and the new Colorado Boulevard bridge over I-70 will be lower than the existing. The phasing will account for the lowering and anticipates shifting the bridge to replace it in two phases.

A major element of the work is the construction of a Union Pacific railroad bridge over the lowered I-70. Current rail traffic must be maintained, which will likely require the bridge to be constructed in multiple phases. Meeting Union Pacific Railroad standards affects the phasing and duration of the construction. Union Pacific Railroad will require approval of the track design for their facilities.

A key consideration is maintaining access to businesses, safe pedestrian crossing and providing north-south connectivity across I-70 during the construction. At a minimum, one north-south local street will remain open at all times between the Union Pacific Railroad and Steele Street/Vasquez Boulevard, including a safe pedestrian crossing. Between the BNSF Denver Market Lead and Colorado Boulevard, access to the south of I-70 must be maintained, similarly to the present-day 46th Avenue access. No other access to this area exists.

Access for Swansea Elementary School and National Western Stock Show is required during periods of activity and events.

The total duration of construction for the Brighton Boulevard to Colorado Boulevard segment is uncertain, but is anticipated to last a minimum of four years to a maximum of six years.

## 9.2.    Colorado Boulevard to Tower Road construction phasing

The reconstruction generally maintains the existing alignment of I-70 and widening would occur along both sides of I-70. In general, the work would be completed in two phases by detouring I-70 traffic to one side while reconstructing the opposite side. A summary of the construction phasing is shown in Figure 40. Without the inclusion of additional capacity on other roadway systems or use of other traffic management strategies; the existing I-70 laneage will be maintained during the construction.

I-70 East Environmental Impact Statement
Alternative Analysis Technical Report

**Figure 40.        Colorado Boulevard to Tower Road phasing summary**

**Phase I**



Existing I-70 laneage will be maintained during construction.
Six lanes west of I-270 and east of Peña Boulevard
and eight from I-270 to Peña Boulevard

**Phase II**



# 10.   References

City and County of Denver. (2012). National Western Stock Show commits to stay in Denver [Press Release]. Retrieved from http://www.denvergov.org/MayorsOffice/Newsroom/tabid/442244/newsid504977/7070/mid/504977/National-Western-Stock-Show-Commits-to-Stay-in-Denver/Default.aspx

City and County of Denver Community Planning and Development Office. (2006). *Transit-Oriented Development Strategic Plan.* Denver: Author.

Colorado Department of Transportation, Office of Policy & Government Relations. (2013). Managed lanes policy directive. Retrieved March 21, 2013, from http://www.coloradodot.info/about/governmentrelations/news-publications/policy-briefs/cdot-s-managed-lanes-policy-directive/view

Denver Regional Council of Governments. (2011). *DRCOG 2035 Metro Vision Regional Transportation Plan.* Denver: Author.

I-70 East Environmental Impact Statement
Alternative Analysis Technical Report

**This page intentionally left blank.**

# Attachment C – Appendix A
# PACT Process Evaluation Matrix



I-70 East PACT
DRAFT EVALUATION DATA

| Interest | Suggested Metrics | Future Current Alignment | | Future Realignment | | Justification for evaluation |
|---|---|---|---|---|---|---|
| | | North | South | West | East | |
| **NEIGHORHOOD QUALITY: Maintain quality of life and protect community values.** | | | | | | |
| Improve or maintain neighborhood connectivity | Assess neighborhood cohesion and barriers within community | Increased barrier effect in residential and other portions of Elyria Swansea due to wider I-70. | | Increased barrier from traffic from Brighton Blvd diverting to 48th and Race on south in Elyria and Swansea.  I-70 aligns with existing barrier of Brighton Bl., NWSS, industrial land uses and creek. | | |
| Avoid/minimize impacts to neighborhood education facilities | Number of local schools relocated | 1 | 0 | 0 | | |
| Minimize impact on neighborhoods from highway infrastructure | Acres of ROW | 204 | 198 | 415 | 336 | |
| | Number of residential units displaced | 93 | 64 | 18 | 53 | |
| | Number of partial residential property acquisitions | 7 | 7 | 12 | 9 | |
| | Number of local community resources lost; markets, school, P.O., rescue mission. | 4 | 2 | 2 | | |
| Maintain Neighborhood connection to the South Platte River | Assess I-70 as barrier | Maintains existing connection | | I-70 aligns with existing barrier of Brighton Bl., NWSS, industrial land uses. | Increased barrier effect along Brighton Bl., NWSS, industrial land uses. | |

| Interest | Suggested Metrics | Future Current Alignment | | Future Realignment | | Justification for evaluation |
|---|---|---|---|---|---|---|
| | | North | South | West | East | |
| **TRANSPORTATION:**<br>**Provide mobility, access and safety improvements to the corridor** | | | | | | |
| **A) Mobility: Provide for the seamless movement of goods and people through all modes of transportation.** | | | | | | |
| Increase mobility for highway through traffic | Improve travel time between I-25 and Tower Rd. | Westbound - 17.6 minutes<br>Eastbound - 22.8 minutes | | Westbound - 17.1 Minutes<br>Eastbound 21.6 minutes | | |
| Improve local traffic operation | Changes to local street networks | Heavier traffic on Brighton between I-70 and 44th Ave.; on Colorado Bl. Between I-70 and Smith Rd.; and on Quebec St. between I-70 and Sandown Rd.; changes to 46th Ave. result in changes to circulation and connectivity of numerous roadways. | | Brighton St. becomes more circuitous; changes to 46th Ave. result in changes to circulation and connectivity of numerous roadways | | Improvements in some locations may be offset by impacts at other locations. All alternatives decrease cut-through traffic on neighborhood streets. |
| Improve freight movement by truck | | York St. interchange removal marginally increase truck traffic on local streets, mainly through changing routes. | | Increase in truck traffic on 46th Ave. due to conversion from freeway. | | Improvements in some locations may be offset by impacts at other locations. |
| Improve bicycle and pedestrian facilities | I-70 crossings | Viaduct extended to maintain Columbine and/or Clayton Street crossings under I-70 | | Underpass crossings of I-70 become at grade crossings of 46th Ave. | | New crossings and facilities can be added to all alternatives. |
| Prepare for changing transportation needs | Alignment with local, regional and state planning | Aligns with NWSS Station Plan | | Aligns with Elyria Swansea plan. | | Analysis uses DRCOG's 2030 traffic model; Elyria Swansea plan features revitalized 46th Ave. with I-70 removed; NWSS Station Plan to be finalized December 2010; all alternatives align with Commerce City Comp plan. |

| Interest | Suggested Metrics | Future Current Alignment | | Future Realignment | | Justification for evaluation |
|---|---|---|---|---|---|---|
| | | North | South | West | East | |
| **B) Access: Provide convenient, direct,  and efficient access around neighborhoods.** | | | | | | |
| Improve neighborhood access from I-70. | Changes to key interchanges | Remove York St. interchange, | | Use of 46th Ave. instead of I-70 to access Elyria Swansea neighborhoods. | | All interchanges would be improved to operate at LOS D, regardless of alternative chosen. |
| Improve access to neighborhood recreation centers, schools | I-70 crossings | Viaduct extended to maintain Columbine and/or Clayton Street crossings under I-70 | | Underpass crossings of I-70 become at grade crossings of 46th Ave. | | All alternatives have improvement to local neighborhood mobility. |
| Improve Access to Transit | Consistency with proposed FASTRACKS station area plans | Consistent with NWSS Station Area Plan | Consistent with NWSS Station Area Plan | Requires additional coordination with RTD on station footprint | Requires additional coordination with RTD and Denver on access to station | Three stations in close proximity to project area |
| Improve freight rail facilities | Changes to grade separations or use of lines, leads and spurs | UPRR spur track relocation at Havana; all current grade-separated crossing retained | | | | |
| Maintain truck stops | Number of stops impacted | 1 | 0 | 0 | | Existing alignment north alternatives require acquisition of Pilot truck stop on Steele St. |
| Maintain access to manufacturers, warehouses and other local employers for truck and employee traffic | Distance to I-70 | No change | | | | 46th Ave. will be able to carry the traffic that was previously on I-70, so distance will be maintained. |
| Maintain access to Riverside Cemetery for visitors and neighbors | Changes to access | No change | | Brighton St. becomes more circuitous; I-70 becomes part of existing barrier of industrial uses. | | Access is maintained with all alternatives, realignment modifies access |

| Interest | Suggested Metrics | Future Current Alignment | | Future Realignment | | Justification for evaluation |
|---|---|---|---|---|---|---|
| | | North | South | West | East | |
| | | | | | | |
| **C) Safety: Provide a safe traveling and living environment** | | | | | | |
| Efficient emergency response times | Emergency response times are dependent on routes determined by local agencies once the facility is constructed. | Emergency response times could improve. | | | | Emergency response times on I-70 improvement is more dependent on managed lanes alternatives than on alignments. |
| Provide a safe travel environment (roadway, access ramps and other facilities) | | Facility rebuilt to current safety standards. | | | | Facility will be safe if rebuilt, and it will be rebuilt under all alternatives. |
| Maintain safe and effective hazardous materials routing | | Facility rebuilt to current safety standards for hazmat routing. | | | | Facility will be safe if rebuilt, and it will be rebuilt under all alternatives. |

| Interest | Suggested Metrics | Future Current Alignment | | Future Realignment | | Justification for evaluation |
| --- | --- | --- | --- | --- | --- | --- |
| | | North | South | West | East | |
| **ECONOMIC:** **Promote economic activity in the corridor** | | | | | | |
| Minimize economic impacts to individuals or businesses | Number of businesses displaced | 45 | 42 | 58 | 52 | In some cases, multiple properties may be needed for the operation of a single business, or multiple businesses may be on one property. |
| | Building square footage removed | 972,737, | 1,272,070 | 595,368 | 588,832 | |
| | Properties acquired | 48 | 46 | 142 | 101 | |
| Creative Economic Opportunities | | Consistent with Denver Station Area Plan Recommendations | | Allows for redevelopment of 46th Avenue | | All alternatives will increase safety, mobility and connectivity. All will accommodate for future growth and meet the projected traffic demands for 2035. |
| Avoids Total Acquisition of NWSS | | Yes | | No | Yes | |

| Interest | Suggested Metrics | Future Current Alignment | | Future Realignment | | Justification for evaluation |
|---|---|---|---|---|---|---|
| | | North | South | West | East | |
| | | | | | | |
| **ENVIRONMENTAL:** **Minimize impacts to human and natural environment** | | | | | | |
| Protect natural resources (e.g. South Platte River, Sand Creek, the Sand Creek Greenway) | Impacts associated with new piers and structures | Loss of wildlife habitat, riparian vegetation and 0.31 acres of permanent wetlands | | Loss of wildlife habitat, riparian vegetation and 1.06 acres of permanent wetlands | | Additional stream crossings impact wetlands, wildlife habitat and open space. Mitigation includes wetland and vegetation replacement |
| Air quality | % Change Tons/Year Between Existing Alignment and Realignment | Alignments Differ Less Than 1.2% Tons of Emissions/Year | | | | There are no significant differences between the alternatives, and none will cause violations of air quality standards. More people live near existing alignment, so more people would be exposed to emissions. |
| Protect health and safety of people living near the corridor | Number of residential units within 500 feet of the construction limits | 899 | 883 | 604 | 612 | More people live near existing alignment, so more people would be exposed to highway. There are no federal guidelines for health risks associated with proximity to a highway. |
| Minimize noise impacts | Approximate % of residential units impacted with no mitigation in place | 10% | 11% | 12% | 12% | Dense areas of impacted receivers are most likely to receive noise mitigation from the project |
| Minimize impacts to historic resources | Number of adverse effects to historic properties | 34 | 6 | 11 | 14 | |
| | Number of adverse effects to historic districts | 1 | 0 | 1 | 0 | Wessel district affected by existing alignment north, and NWSS affected by realignment west. |
| Environmental Justice | Impacted Resources that effect low income and minority populations | Acquisition of 93 residential, 45 commcercial properties, Swansea Elementary and the Denver Rescue Mission | Acquisition of 64 residential and 42 commercial properties (including Purina). Proximity impacts to Dunham Park | Acquisition of NWSS, post office, 18 residential and 52 commercial properties. Proximity impacts to Elyria Park and FASTRACKS station. | Acquisition of post office, 53 residential and 58 commercial properties. Proximity impacts to NWSS, Elyria Park and FASTRACKS station | The entire project area consists of low income and minority communities that are above the state and regional averages. There will be adverse effects to these communities under all four alternatives. |