**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**Judge William J. Martinez**

Civil Action Nos.   17-cv-01661-WJM-MEH
                    17-cv-01679-WJM-MEH

KYLE ZEPPELIN; BRAD EVANS; CHRISTINE O'CONNOR; KIMBERLY MORSE; JACQUELINE LANSING; JANET FEDER

SIERRA CLUB; ELYRIA AND SWANSEA NEIGHBORHOOD ASSOCIATION; CHAFEE PARK NEIGHBORHOOD ASSOCIATION; AND COLORADO LATINO FORUM,

    Plaintiffs,

v.

FEDERAL HIGHWAY ADMINISTRATION, ELAINE CHAO, in her official capacity as Secretary of Transportation; and JOHN M. CARTER, in his official capacity as Division Administrator,

    Defendants,

and

COLORADO DEPARTMENT OF TRANSPORTATION, and SHAILEN P. BHATT, in his official capacity as Executive Director of the Colorado Department of Transportation,

    Defendant-Intervenors.

---

**FEDERAL DEFENDANTS' NOTICE OF LODGING OF THE FEDERAL HIGHWAY ADMINISTRATION'S ADMINISTRATIVE RECORD**

---

Federal Defendants Federal Highway Administration ("FHWA"), Elaine Chao, in her official capacity as Secretary of Transportation, and John Carter, in his official capacity as Division Administrator (collectively, "Federal Defendants"), hereby provide notice that they are lodging with the Court the FHWA's Administrative Record for the Record of Decision approving the Central 70 Project. Along with this Notice, Federal Defendants are also

1

electronically filing the Declaration of Chris Horn certifying the FHWA's Administrative Record for the Central 70 Project (Ex. 1), and an Index to the Administrative Record (Ex. 2).

On this date, Federal Defendants are delivering in person to the Clerk of Court's Office two copies of a hard drive containing the FHWA's Administrative Record and the Index to the Administrative Record. One hard drive is for the Clerk's Office in the United States District Court for the District of Colorado (Room A105), and the second hard drive is for the Chambers of the United States District Judge William J. Martinez (Courtroom A801).

In addition to the electronically-filed documents listed above that ECF serves upon Plaintiffs' counsel directly, Federal Defendants are sending one copy of the hard drive containing the Administrative Record, via courier, to the following Plaintiffs' counsel:

| | |
|---|---|
| Melissa A. Hailey | Andrea S. Gelfuso |
| Keating Wagner Polidori Free, P.C. | Andrea S. Gelfuso, Attorney at Law |
| 1290 Broadway, Suite 600 | 2402 South Holland Street |
| Denver, CO 80203 | Lakewood, CO 80227 |
| (303) 534-0401 | (303) 955-1910 |
| (303) 534-8333 | agelfuso6@gmail.com |
| mah@keatingwagner.com | |
| *Counsel for Zeppelin Plaintiffs* | *Counsel for Sierra Club Plaintiffs* |

FHWA is also sending a copy of the hard drive to counsel for Defendant-Intervenors, Nicholas A. DiMascio at Kaplan Kirsch Rockwell, 1675 Broadway, Suite 2300, Denver, Colorado, 80202, (303) 825-7000.

Respectfully submitted this 14th day of December, 2017.

                                              JEFFREY H. WOOD
                                              Acting Assistant Attorney General
                                              Environment and Natural Resources Division

                                              */s/ Mayte Santacruz*
                                              Mayte Santacruz
                                              Carter F. Thurman

                United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
601 D Street, NW
Washington, D.C. 20004
(202) 305-0465 (Santacruz)
(202) 305-0444 (Thurman)
mayte.santacruz@usdoj.gov
carter.thurman@usdoj.gov

*Attorneys for Federal Highway Administration*

<u>Of Counsel:</u>
Brent Allen
Federal Highway Administration
Office of the Chief Counsel
Lakewood, Colorado
(720) 963-3692
brent.allen@dot.gov

3

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of December, 2017, I electronically filed Federal Defendants' Notice of Lodging of the Federal Highway Administration's Administrative Record with the Clerk of the United States District Court for the District of Colorado using the CM/ECF System, which will send notification of such filing to the attorneys of record in these consolidated cases.

*/s/ Mayte Santacruz*
MAYTE SANTACRUZ