# Exhibit 1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

**Judge William J. Martinez**

Civil Actions Nos.   17-cv-01661-WYD-MEH
                    17-cv-01679-EB

KYLE ZEPPELIN; BRAD EVANS; CHRISTINE O'CONNOR; KIMBERLY MORSE; JACQUELINE LANSING; JANET FEDER; SIERRA CLUB; ELYRIA AND SWANSEA NEIGHBORHOOD ASSOCIATION; CHAFEE PARK NEIGHBORHOOD ASSOCIATION; and COLORADO LATINO FORUM,

    Plaintiffs,

v.

FEDERAL HIGHWAY ADMINISTRATION, ELAINE CHAO, in her official capacity as Secretary of Transportation; and JOHN M. CARTER; in his official capacity as Division Administration,

    Defendants,

v.

COLORADO DEPARTMENT OF TRANSPORTATION, et al.,

    Defendant-Intervenors.

---

**DECLARATION OF CHRIS HORN CERTIFYING THE FEDERAL HIGHWAY ADMINISTRATION'S ADMINISTRATIVE RECORD FOR THE CENTRAL 70 PROJECT**

---

I, Chris Horn, being competent to make this statement, do swear and affirm the following:

1. I am employed by the Federal Highway Administration ("FHWA") as a Senior Area Engineer in the Colorado Division Office. Since 2004, I have been in charge of federal oversight of and participation in the I-70 East / Central 70 Project NEPA process.

2. This Declaration is based on my personal knowledge and information from business records which are maintained in the ordinary course of business and from entries made

therein at or near the time of the events so recorded. I am authorized to testify to the matters herein. If called as a witness, I could competently testify regarding the facts in this Declaration.

3. As part of my duties, I was responsible for overseeing the production of the Administrative Record for FHWA's Record of Decision (ROD) for the Central 70 Project.

4. FHWA worked with the project sponsor, the Colorado Department of Transportation (CDOT), to prepare the FHWA's Administrative Record for the ROD. FHWA requested records from CDOT files that were used to develop the environmental documents presented to and adopted by FHWA during the NEPA process. FHWA added to that relevant records from its own files. Together, these records constitute all the materials that FHWA Colorado Division Administrator John Cater considered directly or indirectly in reaching the decision set forth in the ROD.

5. The FHWA's Administrative Record contains approximately 80,735 files representing approximately 183,318 pages in PDF format (bates-stamped) and 1 terabyte of native-format and data files (not bates-stamped). FHWA is producing its Administrative Record on a portable hard drive that includes a fully searchable index with hyperlinks to the individual materials.

6. To the best of my knowledge, the FHWA's Administrative Record contains all the documents Division Administrator Cater considered directly or indirectly in issuing the ROD, except for those records protected by attorney-client, attorney-work product, or deliberative process privileges in compliance with agency policy. Further, to the best of my knowledge, each record is a true and correct copy of the original record located in the files of the agency that produced the document.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

*signature*

Chris Horn
**Senior Area Engineer**

Executed this 14th day of December 2017, at Lakewood, Colorado.