# APPENDIX II

# Additional Excerpts From The Agency Record

# <u>Table of Contents</u>

**Additional Excerpts From the Final Environmental Impact Statement**    EAR-0340

    Section 5.10 – Air Quality    EAR-0342

    Exhibit 5.10-16    EAR-0343

    Exhibit 5.10-25    EAR-0345

    Attach. J – Air Quality Technical Report    EAR-0348

    Table 28 – Benzene    EAR-0349

    Table 29 – Formaldehyde    EAR-0350

    Table 30 – Butadiene    EAR-0351

    Table 31 – Acrolein    EAR-0352

    Table 32 – Naphthalene    EAR-0353

    Table 33 – Polycyclic organic matter    EAR-0354

**Additional Excerpts from the Record of Decision**    EAR-0355

    Air Quality and Health    EAR-0357

# Additional Excerpts From The Final Environmental Impact Statement





# I-70 East Final Environmental Impact Statement
## and Section 4(f) Evaluation

**JANUARY 2016**

**VOLUME 1 OF 3**

EAR - 0341

**5.10** Air Quality

**Exhibit 5.10-15    PM$_{2.5}$ Emission Inventories (tons per day)**



*APCD (2015)*

**Exhibit 5.10-16    PM$_{10}$ Emission Inventories (tons per day)**



*APCD (2015)*

The 2010, 2015, and 2020 emissions are the same for all alternatives. Future build conditions begin after opening day and are reflected in the 2025, 2030, and 2035 emissions in **Exhibit 5.10-15** and **Exhibit 5.10-16**.

## Road dust emissions inventory

Estimates for road dust include all particulate debris that is made airborne through the movement of traffic, including residual material from road sanding along with soils and minerals blown on to the road. Estimates for road dust show an increase of 43 percent between 2010 and the 2035 No-Action Alternative, a direct result in the increase in VMT estimated along the corridor. As shown in **Exhibit 5.10-24**, there is only a slight difference between the 2035 No-Action Alternative and Build Alternatives; the Preferred Alternative has 1.6 percent more road dust in tons per day than the No-Action Alternative.

**Exhibit 5.10-24      Fugitive Dust Emissions Inventory**

| Alternative | Total Fugitive Dust Emissions (tons/day) | Percent Difference from No-Action Alternative |
|---|---|---|
| No-Action Alternative | 4.9 | N/A |
| Revised Viaduct Alternative (General-Purpose Lanes) | 5.0 | 2.7 |
| Revised Viaduct Alternative (Managed Lanes) | 5.0 | 1.6 |
| Partial Cover Lowered Alternative (General-Purpose Lanes) | 5.0 | 2.8 |
| Partial Cover Lowered Alternative (Managed Lanes) | 5.0 | 1.6 |

Source: APCD (2015)

## Fugitive emissions during construction

As discussed previously, the estimation of fugitive emissions during construction is not possible until specific construction methods and sequencing are developed for the selected preferred alternative. It is possible, however, to use the amount of material handled to provide an indication of the relative construction emissions for each alternative as a result of the movement of dirt, but emissions from construction vehicles is not included in this estimate.

**Exhibit 5.10-25** presents the volume of material estimated to be handled for each project alternative. These numbers represent the amount of material brought to the project area to serve as embankment material. This quantification assumes that the Partial Cover Lowered Alternative will use excavation material derived from Brighton Boulevard to Colorado Boulevard as embankment material elsewhere within the project, requiring less new material to be handled. Excluding the No-Action Alternative, the Revised Viaduct Alternative is projected to have the highest volume of material to be handled, and will, therefore, likely generate the greatest

amount of fugitive emissions and equipment-related exhaust particulate emissions during construction.

The difference between the highest and lowest volumes of material is 97 percent.

**Exhibit 5.10-25     Excavation and Fill Material Handled by Alternative**

| Alternative | Total Material Handled (Cubic Yards) |
|---|---|
| No-Action Alternative | 117,200 |
| Revised Viaduct Alternative | 4,200,000 |
| Partial Cover Lowered Alternative | 3,900,000 |

*Note: These numbers are rough estimates based on the best data available at present, and may change during final design, quantities included are for Managed Lanes Option (except for the No-Action Alternative).*

## 5.10.7    What are the summary points of this air quality analysis?

Following guidelines established by EPA for conducting an analysis of air quality impacts, and through interagency consultation, the air quality effects of the No-Action Alternative and Build Alternatives for I-70 East have been evaluated. The I-70 East project is in a nonattainment or maintenance area for ozone, $PM_{10}$, and carbon monoxide and therefore must comply with transportation conformity requirements for these NAAQS. The project has been determined to be a project of local air quality concern for $PM_{10}$ and requires a localized hotspot analysis. Carbon monoxide hotspot analysis is also required, per the transportation conformity rule.

Locations for the hotspot analysis have been selected based on their ability to represent worst-case conditions for the I-70 East project and modeling. With regard to both carbon monoxide and $PM_{10}$ for all project alternatives, the project is not expected to cause any new violations of any standard, increase frequency or severity of any existing violation, or delay timely attainment of the NAAQS or required interim milestones. The modeled values are below the NAAQS and suggest that there is no exceedance or impact from the project based on the standards.

The DRCOG Board is expected to vote on the 2040 Fiscally Constrained RTP 2015 Cycle 2 Amendment Application in October 2015, with regional air quality modeling complete in time for a public hearing in January 2016, and a final Board vote in February 2016. The final conformity determination will





# I-70 East Final Environmental Impact Statement
## and Section 4(f) Evaluation

**JANUARY 2016**

**VOLUME 2 OF 3**
**ATTACHMENTS**

EAR - 0346

ATTACHMENT J: Air Quality



# Air Quality Technical Report

**January**

**2016**

**I-70 East Final Environmental Impact Statement**

## 7.4.1    Benzene

Table 28 and Figure 26 show the benzene emission inventories. July emissions are higher than January emissions in all cases because of benzene's evaporative properties. In all cases, emissions estimate a downward trend from 2010 through 2035. There are no discernible differences in emissions among alternatives in any given year, so benzene is not a discriminating factor in the selection of a preferred alternative.

**Table 28.  Benzene emission inventories (pounds per day)**

| Year | No-Action | Revised Viaduct—GP | Revised Viaduct—ML | Partial Cover Lowered—GP | Partial Cover Lowered—ML | Phase 1 |
|------|-----------|--------------------|--------------------|--------------------------|--------------------------|---------|
| January | | | | | | |
| 2010 | 133 | 133 | 133 | 133 | 133 | 133 |
| 2015 | 85 | 85 | 85 | 85 | 85 | 85 |
| 2020 | 72 | 72 | 72 | 72 | 72 | 72 |
| 2025 | 57 | 58 | 58 | 59 | 58 | 57 |
| 2030 | 42 | 43 | 43 | 44 | 43 | 43 |
| 2035 | 26 | 27 | 27 | 27 | 27 | 26 |
| July | | | | | | |
| 2010 | 186 | 186 | 186 | 186 | 186 | 186 |
| 2015 | 119 | 119 | 119 | 119 | 119 | 119 |
| 2020 | 102 | 102 | 102 | 102 | 102 | 102 |
| 2025 | 78 | 80 | 79 | 80 | 79 | 79 |
| 2030 | 56 | 58 | 57 | 58 | 57 | 57 |
| 2035 | 43 | 44 | 43 | 44 | 44 | 43 |

## 7.4.2     Formaldehyde

Figure 27 and Table 29 show the formaldehyde emission inventories. July emissions are higher than January emissions in all cases because of formaldehyde's evaporative properties. In all cases, emissions estimate a downward trend from 2010 through 2035. There are no discernible differences in emissions among alternatives in any given year, so formaldehyde is not a discriminating factor in the selection of a preferred alternative.

**Table 29.  Formaldehyde emission inventories (pounds per day)**

| Year | No-Action | Revised Viaduct— GP | Revised Viaduct— ML | Partial Cover Lowered— GP | Partial Cover Lowered— ML | Phase 1 |
|---|---|---|---|---|---|---|
| January | | | | | | |
| 2010 | 100 | 100 | 100 | 100 | 100 | 100 |
| 2015 | 61 | 61 | 61 | 61 | 61 | 61 |
| 2020 | 44 | 44 | 44 | 44 | 44 | 44 |
| 2025 | 34 | 35 | 35 | 35 | 35 | 34 |
| 2030 | 29 | 30 | 29 | 30 | 30 | 29 |
| 2035 | 24 | 25 | 25 | 25 | 25 | 24 |
| July | | | | | | |
| 2010 | 106 | 106 | 106 | 106 | 106 | 106 |
| 2015 | 65 | 65 | 65 | 65 | 65 | 65 |
| 2020 | 49 | 49 | 49 | 49 | 49 | 49 |
| 2025 | 36 | 37 | 36 | 37 | 36 | 36 |
| 2030 | 29 | 29 | 29 | 30 | 29 | 29 |
| 2035 | 27 | 28 | 28 | 28 | 28 | 27 |

## 7.4.3    Butadiene

Figure 28 and Table 30 show the 1,3 Butadiene emission inventories. July emissions are higher than January emissions in all cases because of 1,3 Butadiene's evaporative properties. In all cases, emissions estimate a downward trend from 2010 through 2035. There are no discernible differences in emissions among alternatives in any given year, so 1,3 Butadiene is not a discriminating factor in the selection of a preferred alternative.

**Table 30.   1,3 Butadiene emission inventories (pounds per day)**

| Year | No-Action | Revised Viaduct— GP | Revised Viaduct— ML | Partial Cover Lowered— GP | Partial Cover Lowered— ML | Phase 1 |
|------|-----------|---------------------|---------------------|---------------------------|---------------------------|---------|
| January | | | | | | |
| 2010 | 18.3 | 18.3 | 18.3 | 18.3 | 18.3 | 18.3 |
| 2015 | 11.6 | 11.6 | 11.6 | 11.6 | 11.6 | 11.6 |
| 2020 | 9.4 | 9.4 | 9.4 | 9.4 | 9.4 | 9.4 |
| 2025 | 7.4 | 7.7 | 7.6 | 7.7 | 7.6 | 7.5 |
| 2030 | 5.7 | 5.9 | 5.8 | 5.9 | 5.9 | 5.8 |
| 2035 | 3.8 | 3.9 | 3.9 | 3.9 | 3.9 | 3.8 |
| July | | | | | | |
| 2010 | 23.0 | 23.0 | 23.0 | 23.0 | 23.0 | 23.0 |
| 2015 | 14.6 | 14.6 | 14.6 | 14.6 | 14.6 | 14.6 |
| 2020 | 12.2 | 12.2 | 12.2 | 12.2 | 12.2 | 12.2 |
| 2025 | 9.3 | 9.6 | 9.5 | 9.6 | 9.5 | 9.4 |
| 2030 | 6.9 | 7.2 | 7.1 | 7.2 | 7.1 | 7.0 |
| 2035 | 5.5 | 5.7 | 5.7 | 5.7 | 5.7 | 5.6 |

EAR - 0351

## 7.4.4    Acrolein

Table 31 and Figure 29 show the acrolein emission inventories. July emissions are slightly higher than January emissions in all cases because of acrolein's evaporative properties. In all cases, emissions estimate a downward trend from 2010 through 2035. There are no discernible differences in emissions among alternatives in any given year, so acrolein is not a discriminating factor in the selection of a preferred alternative.

**Table 31.  Acrolein emission inventories (pounds per day)**

| Year | No-Action | Revised Viaduct—GP | Revised Viaduct—ML | Partial Cover Lowered—GP | Partial Cover Lowered—ML | Partial Cover Lowered—Phase 1 ML |
|------|-----------|--------------------|--------------------|--------------------------|--------------------------|----------------------------------|
| **January** | | | | | | |
| 2010 | 6.91 | 6.91 | 6.91 | 6.91 | 6.91 | 6.91 |
| 2015 | 3.90 | 3.90 | 3.90 | 3.90 | 3.90 | 3.90 |
| 2020 | 2.51 | 2.51 | 2.51 | 2.51 | 2.51 | 2.51 |
| 2025 | 1.74 | 1.78 | 1.77 | 1.80 | 1.77 | 1.76 |
| 2030 | 1.43 | 1.46 | 1.45 | 1.47 | 1.45 | 1.44 |
| 2035 | 1.18 | 1.21 | 1.20 | 1.22 | 1.20 | 1.19 |
| **July** | | | | | | |
| 2010 | 7.04 | 7.04 | 7.04 | 7.04 | 7.04 | 7.04 |
| 2015 | 4.01 | 4.01 | 4.01 | 4.01 | 4.01 | 4.01 |
| 2020 | 2.62 | 2.62 | 2.62 | 2.62 | 2.62 | 2.62 |
| 2025 | 1.72 | 1.76 | 1.75 | 1.78 | 1.75 | 1.74 |
| 2030 | 1.33 | 1.35 | 1.35 | 1.37 | 1.35 | 1.34 |
| 2035 | 1.22 | 1.25 | 1.24 | 1.27 | 1.25 | 1.24 |

## 7.4.5    Naphthalene

Figure 30 and Table 32 show the naphthalene emission inventories. July emissions are slightly higher than January emissions in all cases because of naphthalene's evaporative properties. In all cases, emissions estimate a downward trend from 2010 through 2035. There are no discernible differences in emissions among alternatives in any given year, so naphthalene is not a discriminating factor in the selection of a preferred alternative.

Table 32.  Naphthalene emission inventories (pounds per day)

| Year | No-Action | Revised Viaduct—GP | Revised Viaduct—ML | Partial Cover Lowered—GP | Partial Cover Lowered—ML | Phase 1 |
|---|---|---|---|---|---|---|
| January | | | | | | |
| 2010 | 14.21 | 14.21 | 14.21 | 14.21 | 14.21 | 14.21 |
| 2015 | 8.14 | 8.14 | 8.14 | 8.14 | 8.14 | 8.14 |
| 2020 | 5.72 | 5.72 | 5.72 | 5.72 | 5.72 | 5.72 |
| 2025 | 4.36 | 4.47 | 4.44 | 4.51 | 4.45 | 4.42 |
| 2030 | 3.66 | 3.75 | 3.72 | 3.78 | 3.73 | 3.70 |
| 2035 | 3.04 | 3.12 | 3.10 | 3.15 | 3.10 | 3.08 |
| July | | | | | | |
| 2010 | 14.48 | 14.48 | 14.48 | 14.48 | 14.48 | 14.48 |
| 2015 | 8.42 | 8.42 | 8.42 | 8.42 | 8.42 | 8.42 |
| 2020 | 6.04 | 6.04 | 6.04 | 6.04 | 6.04 | 6.04 |
| 2025 | 4.35 | 4.47 | 4.44 | 4.51 | 4.45 | 4.41 |
| 2030 | 3.43 | 3.52 | 3.49 | 3.55 | 3.50 | 3.47 |
| 2035 | 3.19 | 3.27 | 3.25 | 3.30 | 3.25 | 3.23 |

|

## 7.4.6    Polycyclic organic matter

Table 33 and Figure 31 show the POM emission inventories. January emissions are shown to be higher than July emissions in all cases. In all cases, emissions estimate a downward trend from 2010 through 2030, then go back up slightly in 2035. There are no discernible differences in emissions among alternatives in any given year, so POM is not a discriminating factor in the selection of a preferred alternative.

**Table 33.  Polycyclic organic matter emission inventories (pounds per day)**

| Year | No-Action | Revised Viaduct—GPct | Revised Viaduct—ML | Partial Cover Lowered—GP | Partial Cover Lowered—ML | Phase 1 |
|---|---|---|---|---|---|---|
| January | | | | | | |
| 2010 | 6.65 | 6.65 | 6.65 | 6.65 | 6.65 | 6.65 |
| 2015 | 3.44 | 3.44 | 3.44 | 3.44 | 3.44 | 3.44 |
| 2020 | 2.24 | 2.24 | 2.24 | 2.24 | 2.24 | 2.24 |
| 2025 | 1.60 | 1.68 | 1.65 | 1.68 | 1.66 | 1.63 |
| 2030 | 1.53 | 1.61 | 1.58 | 1.61 | 1.59 | 1.57 |
| 2035 | 1.58 | 1.66 | 1.63 | 1.66 | 1.64 | 1.61 |
| July | | | | | | |
| 2010 | 5.98 | 5.98 | 5.98 | 5.98 | 5.98 | 5.98 |
| 2015 | 3.24 | 3.24 | 3.24 | 3.24 | 3.24 | 3.24 |
| 2020 | 2.04 | 2.04 | 2.04 | 2.04 | 2.04 | 2.04 |
| 2025 | 1.28 | 1.34 | 1.32 | 1.35 | 1.33 | 1.31 |
| 2030 | 1.02 | 1.06 | 1.05 | 1.07 | 1.05 | 1.04 |
| 2035 | 1.02 | 1.07 | 1.05 | 1.07 | 1.05 | 1.04 |

|

# Additional
# Excerpts From The Record of
# Decision





# I-70 EAST ROD 1:
## Phase 1 (Central 70 Project)

**January 2017**

EAR - 0356



The cover will not exceed 1,000 feet in length due to ventilation requirements mandated in fire and safety standards. The lighting inside of the covered section will be designed to meet safety requirements, as well as to avoid the "black hole effect," which was a major issue with the old I-70 Stapleton tunnels. The covered area of the highway will be well lit by using the latest lighting technologies to enhance drivers' safety and operations on the highway.



This photo from the Twin Tunnels on I-70 outside of Idaho Springs, Colorado, is an example of latest lighting technologies (on left) versus old standards of lighting.

The estimated cost to complete the Central 70 Project includes the cost to build the cover. Because the cover provides mitigation, it must be built as part of the Central 70 Project and not deferred. CDOT will be responsible for the maintenance of the structure of the cover. Denver is responsible for the maintenance of the features and landscaping on the cover.

## Air Quality and Health

### AQ1. Health impact assessment

Based on public comments, much of the public concern for health relates to the air quality surrounding the highway. A health study (health impact assessment or health risk assessment) is not required by NEPA or the CAA and, therefore, it has not been performed for this project. The current health status of the affected communities has been thoroughly discussed in the Denver Department of Environmental Health's *Health Impact Assessment* (September 2014). The Final EIS added to the information discussed in the *Health Impact Assessment* by showing how air quality is likely to change in the future under different project alternatives. The analyses conducted for the Final EIS show that EPA's air quality standards for carbon monoxide and $PM_{10}$ will be met and MSATs will drop by 70 percent to 90 percent regardless of which alternative is chosen. The updated analyses for carbon monoxide and $PM_{10}$ in the ROD (see below) also show that these NAAQS will be met. Potential impacts from the I-70 East Project, including effects of each alternative on the ability to meet the health-based NAAQS, and on levels of MSATs, are discussed in detail in *Section 5.10, Air Quality* and *Section 5.20, Human Health Conditions*, in the Final EIS and in Section 9.9, Air Quality, in this ROD.

The MSAT analysis performed for the Final EIS showed that overall emissions will decrease in the future because of improved mobility, reduced congestion, and cleaner vehicle emission standards. For MSATs, the analysis showed that the I-70 East Project will have a minimal effect on annual emissions within the study area (see Exhibit 5.10-21 of the Final EIS), with the various alternatives showing a range of annual MSAT emissions from 2.1 percent to 3.8 percent above the No-Action Alternative in the design year of 2035. The overall trend in MSAT emissions is clearly downward, with all alternatives showing an

approximately eight- to nine-fold decrease from current rates by 2035 (Exhibit 5.10-21 of the Final EIS). (See *Attachment J, Air Quality Technical Report* of the Final EIS.*)

The Health Effects Institute Special Report #16, *Mobile-Source Air Toxics: A Critical Review of the Literature on Exposure and Health Effects (2008)*, states that the cancer health effects attributable to MSATs are difficult to discern because the majority of quantitative assessments are derived from study groups of workers with high-concentration exposures and because some cancer potency estimates are derived from animal models. The report found that exposure to many MSATs comes from sources other than vehicles, and identifying effects in community studies is challenging because of low ambient concentrations, exposures to multiple possible toxicants, and other confounding factors.

In January 2010, the Health Effects Institute released Special Report #17, investigating the health effects of traffic-related air pollution. The researchers felt that there was "sufficient" evidence for linking asthma to traffic-related pollution. Evidence was "suggestive but not sufficient" for other detrimental health outcomes such as cardiovascular mortality. Study authors also noted that past epidemiological studies may not provide an appropriate assessment of future health associations because vehicle emissions are decreasing over time.

Finally, in 2011, three studies were published by the Health Effects Institute evaluating the potential for MSAT hot spots. In general, the authors confirmed that while highways are a source of air toxics, they were unable to find that highways were the only source of these pollutants. They determined that near-road exposures often were no different or no higher than background (or ambient) levels of exposure and, hence, no true hot spots were identified. These reports (Report Numbers 156, 158, and 160) are available from the Health Effects Institute's website: http://pubs.healtheffects.org/index.php.

Additionally, while the incidence of some health effects (such as asthma, autism, and attention-deficit/hyperactivity disorder) in the U.S. population appears to have been increasing, motor vehicle emissions have declined. This decline in MSAT emissions is documented in Figure 13 of *Attachment J, Air Quality Technical Report,* of the Final EIS and for other pollutants at epa.gov/ttn/chief/trends/. This negative correlation between emissions trends and health effects trends illustrates the complexity of the issues. Health Risk Assessments that have been conducted for highways show health risks well below EPA's acceptable risk factors. For example, the conclusion from the Arizona Department of Transportation's *South Mountain Freeway Health Risk Contributions from Highway Projects* found: "if the MSAT risk estimates in the studies summarized above are correct, it means that the incremental risk of cancer from breathing air near a major roadway is several hundred times lower than the risk of a fatal accident from using a major roadway" (Arizona Department of Transportation, 2014).

Throughout the NEPA process, CDOT and FHWA have consulted extensively with the EPA and CDPHE-APCD on the approach and methods for the air quality analyses. This

consultation has resulted in agreement on the analysis methodologies and the results of these analyses.

As described in *Attachment C, Air Quality NEPA Comparison Technical Report* and *Air Quality Conformity Technical Report* of the ROD, the most recent carbon monoxide comparative analysis for the ROD shows that all alternatives will result in carbon monoxide levels below the NAAQS. The $PM_{10}$ analysis shows that all alternatives will result in levels at or below the NAAQS for this pollutant. It also is worth noting that both analyses were conducted at the worst-case scenario locations within the project study area, ensuring that air quality conditions in other areas will be less than those resulting from the hot spot analyses.

Thus, a health impacts assessment would, at most, show very minor differences between alternatives with much lower impacts than historic or current levels in terms of air quality impacts.

Additionally, modeling receptors for the updated $PM_{10}$ conformity analysis included areas that are occupied by Swansea Elementary School with the results presented in Table 2 of *Attachment C, Air Quality Conformity Technical Report* of this ROD to show that all of the locations modeled would not exceed the health-based NAAQS for $PM_{10}$. Air monitoring will be conducted continuously during construction activities to ensure that air quality does not reach dangerous levels.

## AQ2.   Air quality design values and background concentrations

How air quality design values and background concentrations were determined was another concern raised in the comments on the Final EIS and on the air quality documents.

The project team followed the most recent EPA guidance on hotspot analysis for calculating design values and background concentrations, *Transportation Conformity Guidance for Quantitative Hot-Spot Analyses in $PM_{2.5}$ and $PM_{10}$ Nonattainment and Maintenance Areas*, November 2015 (https://nepis.epa.gov/Exe/ZyPDF.cgi?Dockey=P100NMXM.pdf) and as recommended for the project by EPA and CDPHE-APCD through Interagency Consultation. As described in the guidance document, design values (modeled value plus background concentration) are compared to the relevant NAAQS after rounding has been done, which occurs in the final steps of design value calculations.

To determine whether a project, once constructed, will exceed the NAAQS, the transportation conformity regulations require a project to add together an estimate of the future background concentration of particulate matter with an estimate of the project's contribution of particulate matter (40 CFR. § 93.123(c)(1)). The particulate matter hotspot guidance refers to this combination of the estimated future background concentration and the estimated project contribution as the transportation project's "design value." The guidance on this topic recommends basing the estimated future background concentration on three years of observed ambient air quality data from an air quality monitor, and the

project contribution on five years of estimated ambient air quality data generated by computer modeling software (EPA, 2015b).

The use of historical data from a single monitor that is representative of the study area is allowed by the EPA guidance and supported by EPA and CDPHE-APCD in this process. The monitoring site used to calculate background concentrations has not changed since the Final EIS. Using the Commerce City monitor for the updated analyses for the I-70 East Project yields a background concentration for $PM_{10}$ of 113 μg/m³. This represents the third highest value from the data recorded between 2012-2014, versus the value of 89 μg/m³ from the data recorded between 2011-2013 used in the Final EIS air quality analysis. Both of these values were derived using EPA's 2015 guidance. The update to the air quality analysis did not use the previous three years of data at this location since the monitor was taken offline in 2015, so values from the last three years of full data were used (2012-2014) as recommended by EPA and CDPHE-APCD (see *Attachment B, Updates to Agency Consultation Addendum*).

The Commerce City monitor values provide the most conservative estimate of background concentrations. The Commerce City monitor has recorded the highest single value of $PM_{10}$ by any metro Denver monitor near the project area, as reported by CHPHE-APCD. The older data from the monitor does not capture the most recent improvements to air quality resulting from more stringent fuel, stationary, and vehicle emission controls and standards. If the conformity hotspot analysis had used any other nearby site to calculate background concentrations, the results of the analysis would have been much lower. Therefore these values represent a worst-case value for the project analyses' background concentrations.

Some comments questioned the use of historic data from a single monitor and suggested that the project use the modeled future concentrations from the $PM_{10}$ maintenance plan. EPA guidance allows the use of future predicted background concentrations only when such concentrations are developed using a chemical transport model. Modeled future concentrations from the $PM_{10}$ maintenance plan cannot be used in this analysis because they were not developed by CDPHE-APCD with a chemical transport model.

As reported in the Final EIS, the monitor near the I-25/I-70 interchange (4905 Acoma Street) has been operating for less than one year and thus does not have the required three years of data.

## AQ3.    Air quality analysis updates and changes in results

Many comments received on the air quality documents raised concerns with the analysis results in comparison to the results from the Final EIS, including the resulting modeled values from the updated analysis. Updated air quality modeling for the project was conducted according to current EPA guidance (EPA, 2015b). Changes in the results can be attributed to a variety of reasons, as discussed below.

In 2016, during the development of the ROD documentation and based on comments received on the Final EIS, the air quality analysis was updated to reflect the year of peak

emissions. Traffic data from the 2040 DRCOG Focus travel demand model was used to address the conformity requirement for the hotspot analysis to consider the year of peak emissions over the time frame of the transportation plan. The worst traffic year is considered to be 2040 and is therefore considered the year of peak emissions. As discussed above, this update is consistent with regional air quality modeling and with the desire to represent the worst-case scenario.

For carbon monoxide hotspot modeling, MOVES2010b emissions rates from 2022 (representing opening year) were used along with 2040 traffic volumes to represent a worst-case condition over the life of the project. CDOT agreed with CDPHE-APCD's request to use 2022 for the updated modeling to represent the opening year. The project analysis is required to account for the year of peak emissions over the time frame of the transportation plan, and 2010 is not within that time frame or that of the project.

Since the release of the I-70 East Final EIS, there have been minor adjustments and refinements to the design of the Preferred Alternative as described in Section 2.5 of the ROD. The changes to the design resulted from public and agency comments on the Final EIS and continued evaluation of the Build Alternatives.

Updated information for the revised modeling included the latest traffic forecasts (link specific car and truck volumes from the 2040 DRCOG Focus model), updated emission reductions commitments from Denver and CDOT, omitting receptor locations within the project right of way that should not have been included in the Final EIS modeling (receptor maps for the Final EIS are shown on pages 76 and 77 of the *Final EIS Air Quality Technical Report* (Attachment J to the Final EIS) and are available on pages 11 and 12 of *Attachment C, Air Quality Conformity Technical Report*, and pages 10 and 11 of *Attachment C, Air Quality NEPA Comparison Technical Report*), revised meteorology data from CDPHE-APCD (which corrected an artifact in the data file), and recent background concentrations.

The dust mitigation controls committed to by CDOT are different than those accounted for in the Final EIS, but consistent with the most recent DRCOG conformity determination. Compared to the Final EIS, the emissions reduction commitment by Denver is more stringent (60 percent, compared to a 40 percent reduction used for the Final EIS), and the emissions reduction commitment for CDOT tolled express lanes is slightly lower (75 percent, compared to 83 percent in the Final EIS). However, the underlying emissions factors to which these emissions reductions are applied have not changed, are consistent with the SIP, and were verified by CDPHE-APCD prior to use in the PM hotspot analysis. The emissions reductions commitments are included as part of the DRCOG conformity determination process for the RTP and TIP.

Air quality modeling in the Final EIS relied on data coordinates provided by DRCOG to locate highway links and receptors. The accuracy and precision of highway link and receptor locations was significantly improved in the current analysis by making the

transition to Geographic Information System derived coordinates using high resolution maps of project design alternatives.

The analysis in the Final EIS relied on assumptions intended to simplify the assessment, which led to conservatively high predictions of ambient $PM_{10}$ concentrations in the vicinity of the project corridor. One such assumption made in the previous assessment was to assume that all highway links are located at ground-level when, in reality, this is not the case because portions of the highway are elevated or below ground depending on the alternative. The current assessment incorporated refined methodologies, consistent with EPA guidance, to account for the true release height of emissions at selected receptor locations, which produces more representative, albeit lower, concentration predictions than the prior, simplified at-grade assumption. The analysis was also revised to use AERMOD in its more refined volume source mode rather than area source mode. The combination of all these changes reduced the calculated project emissions.

Lastly, background concentrations changed as previously described in AQ2, Air quality design values and background concentrations.

### AQ4.    Transportation conformity

Some comments asked if transportation conformity requirements of the CAA have been met. The Final EIS did not make a conformity determination since the Central 70 Project was not yet included in the RTP. Since the release of the Final EIS, DRCOG adopted an amendment to the 2040 Fiscally Constrained RTP (March 16, 2016), which includes the Central 70 Project (Phase 1 of the Preferred Alternative). This extends the hotspot analysis to the DRCOG planning horizon year of 2040, as required by the EPA in 40 CFR §93.116(a). This regulation requires a demonstration that during the time frame of the transportation plan no new local violations will be created and the severity or number of existing violations will not be increased as a result of the project.

CDOT released a Draft Air Quality Conformity Technical Report of which included the conformity analysis and determination on December 16, 2016, for agency and public review and comment in advance of the final conformity determination that would appear in ROD. As described in Section 8.2, 151 comments were received. None of the comments received led to changes in the analysis or conclusions presented in the review documents. The finalized version of that document is included as *Attachment C, Air Quality Conformity Technical Report,* of the ROD. Comments received during the review period for air quality are included in this document in *Attachment F, Comments on the Air Quality Documents.*

The air quality analysis in the ROD was updated to 2040 to meet the conformity requirements. The 2040 conformity analysis accounts for: (1) VMT growth, (2) emissions factors, (3) congestion and speeds, (4) total project emissions, and (5) a background concentration as described above.

As described in Section 6.1 of this ROD, Air Quality Transportation Conformity, regional emissions were found to conform to the carbon monoxide, $PM_{10}$, and ozone SIP. Based on

the carbon monoxide and $PM_{10}$ analyses at the project level, the Central 70 Project has been determined to not cause an exceedance of any NAAQS. The proposed project will not contribute to any new local violations, increase the frequency or severity of any existing violation, or delay timely attainment of the NAAQS or any required interim emissions reductions or other milestones. This project complies with the transportation conformity regulations in 40 CFR §93 and with the conformity provisions of Section 176(c) of the CAA.

Since the Denver Metro area is not in a non-attainment or maintenance area for $PM_{2.5}$ or $NO_2$, transportation conformity does not apply for these pollutants.

### AQ5.    Data and modeling files for air quality analysis

As described in GEN7, Air quality documents review period, some comments raised concerns about not having the information or technical data to provide meaningful comments. The air quality document included substantial information on the air quality analyses and results. Additional modeling data and input information was promptly provided to anyone who requested it from the beginning of the comment period from the contacts identified in the technical reports.

### AQ6.    Air quality and the highway cover

Concerns were raised in the comments about air quality around the highway cover. Air quality around the cover was examined in the I-70/Swansea $PM_{10}$ conformity analysis, utilizing state-of-the-art modeling software to estimate the pollutant concentrations in the area. This analysis showed that all of the areas around Swansea Elementary School and the cover were at or below the NAAQS for $PM_{10}$. See the results presented in Table 2 of *Attachment C, Air Quality Conformity Technical Report,* of this ROD.

With regard to air quality within the covered highway section, the cover was designed to be short enough not to require artificial ventilation during normal operation. As the two directions will be separated by a full-height wall, the action of vehicles moving through each side of the covered section will create a piston effect that keeps air moving through so that pollutants do not accumulate to unhealthy levels. According to a fire safety and ventilation report prepared for the project, traffic would have to be at a complete stand still for 27 minutes before the level of pollutants would rise to the point of requiring ventilation. In such a situation, or in case of a fire or other accident that could cause unhealthy air quality under the cover, an emergency ventilation system will be provided to clear the air and keep it safe for people inside. The design of the cover includes jet fans that will help move the air through the covered portion of the highway, when necessary. All of these things together (piston effect, full-height wall, jet fans, and the highway being below grade) overcome the effects of the natural meteorological conditions of the study area. With regard to air quality near the openings of the covered highway section, studies have shown that pollutant concentrations dissipate rapidly with distance from the tunnel openings. See the *Air Quality Technical Report*, *Attachment J* of the Final EIS, for more information.

## AQ7.     Air quality monitoring

Substantive comments raised concerns about air quality during and after construction and how CDOT plans to monitor the area. Prior to beginning the construction phase, the developer will be required to produce a Fugitive Dust Control Plan for the project, which must be approved by the CDPHE's APCD as part of the air permitting process. The plan will be reviewed by CDPHE-APCD staff to ensure that BMPs are stipulated for the control of airborne dust from construction activities. Adherence to the plan during construction activities will minimize the effects of dust on surrounding communities.

The construction project team also will establish a Construction Air Quality Monitoring Plan, which will outline the specific monitoring needs, equipment, and processes used to measure, maintain, and report $PM_{10}$ data. It will establish data capture and public data reporting protocols. The plan will include supporting documents that define concentration thresholds for alerting onsite construction management to rising dust levels. Then, construction management will need to implement extra dust suppression BMPs at the target site. A list of BMPs and construction activities will be included in this plan. The plan also will include quality control and action plan items required for EPA and CDPHE-APCD data reporting and equipment calibration and maintenance.

During construction, air monitoring will be conducted to ensure that dust control efforts are successful in preventing violations of air quality standards. The air quality monitoring conducted during construction of the Central 70 Project will focus on $PM_{10}$ monitors in active construction areas along the corridor, as practicable, to monitor hourly $PM_{10}$ concentrations. The purpose of this temporary monitoring will be to maintain awareness of dust generation from active ground-disturbing processes, such as demolition, excavation, rock crushing, etc.; to help in identifying localized rising dust levels; and to activate a responding BMP Implementation Plan if dust levels attain pre-determined thresholds.

Additionally, as noted in *Section 5.18, Hazardous Materials*, of the Final EIS, site-specific health and safety and materials management plans will be developed by CDOT to stipulate required response measures if hazardous materials are encountered during construction to ensure protection of worker and public health and safety.

## AQ8.     Air quality and truck emissions

Commenters raised concerns over how truck emissions were considered in the air quality analysis. Diesel particulate matter was analyzed through an emissions inventory, which was done by CDPHE-APCD using data on truck activity for the Denver Metro Area consistent with that used in the regional conformity modeling. A different methodology was used to represent trucks in the hot spot analysis; in that analysis, truck emissions were explicitly calculated for each link based on the DRCOG-estimated 2040 truck volumes for those links. This is more precise for purposes of a localized assessment. Although the total number of trucks is expected to increase significantly, in most cases the number of light-duty vehicles is increasing at an even faster rate. Thus, in 2040, trucks will make up a lower total percent of volume than in 2010.

## AQ9.    PM$_{2.5}$ and nitrogen dioxide

A concern raised in the comments revolved around why some additional transportation-related pollutants, such as fine particulates and nitrogen dioxide, were not examined like carbon monoxide or course particulates were.

PM$_{2.5}$ and nitrogen dioxide were not modeled for roadside concentrations in the Final EIS because they are not pollutants of concern in the Denver area or the project area at the present time or into the foreseeable future. Instead, PM$_{2.5}$ and nitrogen dioxide were examined through emissions inventories. The Denver area has never violated the NAAQS for PM$_{2.5}$. The value used to determine compliance is the 98th percentile of a three-year trend for PM$_{2.5}$. While the data record from this monitor is incomplete because there is not three full years of data, the readings from CDPHE's I-25/8th Avenue monitoring site (which has higher ADT than the current I-70 East project area) is 30 micrograms per cubic meter (μg/m$^3$), compared to the standard of 35 μg/m$^3$. Since Denver is an attainment area for PM$_{2.5}$, no hot spot modeling for PM$_{2.5}$ is required. With regard to nitrogen dioxide, the EPA conformity regulations do not require hot spot modeling for nitrogen dioxide. 40 CFR §93.116 clearly states that it only applies to non-attainment or maintenance areas, thereby exempting the Denver metro area from performing hot spot analyses for nitrogen dioxide.

The project used the best science and data available to make its determinations about NAAQS violations. The approved methods to determine air quality impacts, developed in consultation with EPA and CDPHE-APCD, show the project will not cause exceedances of the NAAQS.

## AQ10.   Greenhouse gases

Some comments questioned whether the greenhouse gas (GHG) analysis in the Final EIS was adequate. GHG emissions were examined in the Final EIS utilizing state-of-the-art modeling software to estimate the emissions regionally, and followed FHWA guidance in *Interim Guidance Update on Mobile Source Air Toxic Analysis in NEPA (December 6, 2012)*. The analysis used the Motor Vehicle Emissions Simulator (MOVES) model to calculate the carbon dioxide emissions in various years by each of the alternatives discussed in the Final EIS, and reported in *Section 7.4.8, Greenhouse Gas Emissions Inventories*, of *Attachment J, Air Quality Technical Report*.

The two alternatives with general-purpose lanes that were modeled show almost identical GHG emissions, which would be expected because the freeway capacity is the same for both. The Partial Cover Lowered Alternative with Managed Lanes Option results in lower GHG emissions than the modeled Build Alternatives with general-purpose lanes only.

On August 2, 2016, the CEQ issued *Final Guidance for Federal Departments and Agencies on Consideration of Greenhouse Gas Emissions and the Effects of Climate Change in National Environmental Policy Act Reviews*, which describes how agencies should address climate change in NEPA reviews. Though there is new CEQ guidance, Interagency Consultation with FHWA, EPA, and CDPHE-APCD confirmed that it is not necessary to repeat this analysis because of the following reasons:

- Changes to the project design are minimal, so changes to results of analysis at the air quality study area level—which includes the entire project, as well as the surrounding local road network—would not be noticeable

- The study area air quality inventory analysis is primarily a trend-line comparison between project alternatives. The Final EIS adequately discusses these trends for the use of a NEPA comparison and updates to the analysis for the ROD would not alter previously shown study area air quality trends

- The new CEQ guidance states that projects that have published a Final EIS are not required to address the guidance

Consistent with its view that broad-scale efforts hold the greatest promise for meaningfully addressing the global climate change problem, FHWA is engaged in developing strategies to reduce transportation's contribution to GHGs—particularly carbon dioxide emissions—and to assess the risks to transportation systems and services from climate change.

At the state level, there also are several programs underway in Colorado to address transportation GHGs. The CDOT Air Quality Action Plan addresses unregulated MSATs and GHGs produced from Colorado's state highways, interstates, and construction activities. As a part of CDOT's commitment to addressing MSATs and GHGs, CDOT has committed to program-wide activities. Even though project-level mitigation measures will not have a substantial impact on global GHG emissions because of the exceedingly small amount of GHG emissions involved, mitigation measures during construction will have the effect of reducing GHG emissions. These activities are part of a program-wide effort by FHWA and CDOT to adopt practical means to avoid and minimize environmental impacts in accordance with 40 CFR §1505.2(c).

## Property Impacts

### PROP1. Property acquisitions

Concerns raised in the comments include how many properties are being acquired due to the project, relocation assistance provided, and who is eligible. The Preferred Alternative will require the acquisition of property that will result in the relocation of 56 residential units and 17 businesses (including one non-profit organization). Of the 56 residential units, 33 are located in Elyria (9 percent of the available housing stock in Elyria) and 23 are located in Swansea (1.6 percent of the housing stock in Swansea). (These do not add to the 3 percent total reported in other sections of the document. This is because the number reported on this page represents the percentages within the individual Elyria area and Swansea area of the Elyria and Swansea Neighborhood. Statistics in the rest of the document calculate and report these as combined areas.)

CDOT will notify all impacted owners and renters of the intent to acquire an interest in their property, including providing a written offer of just compensation specifically describing those property interests. A right-of-way specialist and, if necessary, a translator, will be assigned to each property owner to help them understand and navigate this process.