# EXHIBIT 1

| Project | Contract Amount | Funding Source | % of Contract | % Spent |
|---|---|---|---|---|
| Globeville Landing Outfall | | | | |
| (Does not include phase 1B) | $57,218,956 | CDOT IGA | 4.4% | 0% |
| | | DDPHE | 7.0% | 100% |
| | | 2016 WW Bond | 81.4% | 6.20% |
| | | UDFCD Reimbursement | 7.3% | 0% |
| | | | | |
| City Park Golf Course | $44,990,000 | Denver Water Reimbursement | 11.2% | 0% |
| | | WW CIP | 24.0% | 2% |
| | | 2016 WW Bond | 64.7% | 6% |
| | | | | |
| 39th Avenue Greenway - | | | | |
| Park Hill (Pending Approval) | $78,214,454 | CIP | 15.7% | 0% |
| | | 2018 WW Bond | 74.0% | 0% |
| | | 2016 WW Bond | 10.2% | 0% |
| | | | | |
| Program Management | $6,000,000 | 2018 WW Bond | 66.7% | 0% |
| | | 2016 WW Bond | 41.7% | 0% |
| | | | | |
| Park Hill Phase 5 | 7,638,648 | 2016 WW Bonds | 68.7% | 16% |
| | | WW CIP | 31.3% | 0% |
| | | | | |
| Real Estate | $60,500,000 | CDOT IGA | 100.0% | 47% |