# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action Nos:   17-cv-01661-WYD
                    17-cv-01679-WYD

KYLE ZEPPELIN; BRAD EVANS; CHRISTINE O'CONNOR; KIMBERLY MORSE; JACQUELINE LANSING; JANET FEDER; SIERRA CLUB; ELYRIA AND SWANSEA NEIGHBORHOOD ASSOCIATION; CHAFFEE PARK NEIGHBORHOOD ASSOCIATION; and COLORADO LATINO FORUM,

   Plaintiffs,

v.

FEDERAL HIGHWAY ADMINISTRATION; ELAINE CHAO, in her official capacity as Secretary of transportation; and JOHN M. CARTER, in his official capacity as Division Administrator,

   Defendants,

v.

COLORADO DEPARTMENT OF TRANSPORTATION; and SHAILEN P. BHATT, in his official capacity as Executive Director of the Colorado Department of Transportation,

   Defendant-Intervenors.

## SECOND DECLARATION OF KIMBERLY SUE MORSE

I, KIMBERLY SUE MORSE, hereby declare:

1. The facts set forth in this Declaration are based upon my personal knowledge. If called as a witness, I could and would testify competently to these facts. As to those matters that reflect an opinion, they reflect my personal opinion and judgment on the matter.

1

2. I am a citizen of the United States and resident of Denver, Colorado. I am a named Plaintiff in Civil Action No. 17-cv-10661-WYD. This is the Second Declaration I have filed in this action.

3. On January 2, 2018, I received a budget document on P2PH from Susan Aldretti, Council Aide to Councilwoman At-Large Debbie Ortega. This document shows that the City and County of Denver is funding 4.4% of the Globeville Landing Outfall with CDOT dollars, and funding 100% of property acquisitions for P2PH (mostly along 39th Avenue) with CDOT dollars.

4. I understand that the P2PH budget document I received on January 2, 2018, is attached as Exhibit 1 to Plaintiffs' Supplemental Brief responding to the Court's Order, Dkt. 97. I have reviewed Exhibit 1, and state it is a true and correct copy of the document I received from Susan Aldretti, Council Aide to Councilwoman At-Large Debbie Ortega, on January 2, 2018.

5. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States, that to the best of my knowledge, the foregoing is true and correct.

DATED: January 5, 2018.

_____
Kimberly Sue Morse

2