# EXHIBIT 4



Corporate Headquarters
9100 West Jewell Avenue Lakewood, CO 80232
TEL 303 980 5200  FAX 303 980 0089
www.pinyon-env.com

July 30, 2015

# Evaluation of Historical Uses and Potential Recognized Environmental Conditions

## Montclair Outfall
Portions of the Cole, Clayton, and Swansea Neighborhoods
City and County of Denver, Colorado

**Prepared For:**

David Evans and Associates
1331 17th Street, Suite 900
Denver, Colorado 80202

**Pinyon Project No.:**

1/15-665-01.8000





CCD007856



July 30, 2015

# Evaluation of Historical Uses and Potential Recognized Environmental Conditions

## Montclair Outfall
## Portions of the Cole, Clayton, and Swansea Neighborhoods
## City and County of Denver, Colorado

**Prepared For:**

David Evans and Associates
1331 17th Street, Suite 900
Denver, Colorado 80202

**Pinyon Project No.:**

1/15-665-01.8000

**Prepared by:**

Amanda Cushing
Environmental Scientist

**Reviewed by:**

Brian Partington
Manager – Water Resources Group

CCD007857



## Table of Contents

1.0      Introduction ............................................................................................................................. 1

2.0      Methodology ............................................................................................................................ 2

3.0      Results ....................................................................................................................................... 4

     3.1    Topography, Geology and Hydrogeology ...................................................................... 4

     3.2    Reconnaissance Survey ...................................................................................................... 4

     3.3    Regulatory Files ................................................................................................................... 4

     3.4    Previous Reports ............................................................................................................. 10

     3.5    Historic Land Uses .......................................................................................................... 11

4.0      Conclusions ........................................................................................................................... 20

5.0      Recommendations ............................................................................................................... 22

## Tables

Table 3-1    Summary of Findings ................................................................................................ 12

## Figures

Figure 1         Site Location

Figure 2A        Site Map – Western Portion

Figure 2B        Site Map – West Central Portion

Figure 2C        Site Map – Northern Portion

Figure 2D        Site Map – East Central Portion

Figure 2E        Site Map – Eastern Portion

## Appendices

Appendix A    Records Researched in Agency Database Report

Appendix B    Agency Database Report

Appendix C    References

Appendix D    Photographic Log

CCD007858



# 1.0   Introduction

Pinyon Environmental, Inc. (Pinyon), has completed this summary of historical uses and potential Recognized Environmental Conditions (RECs) within portions of the Cole, Clayton, and Swansea Neighborhoods of the City and County of Denver, Colorado (Figures 1 and 2).  Pinyon understands that the City and County of Denver (CCD) Department of Public Works is exploring design and location decisions for new stormwater outfalls within specific areas of these neighborhoods ("the Site").  This area has a legacy of industrial uses, and there is a potential for contaminated media to be present.  The purpose of this evaluation is to assess the potential for RECs in this area so that a targeted Phase II Environmental Site Assessment (ESA) may be accurately scoped.  Additionally, if new property acquisitions are needed for the project, the data collected for this project can support targeted Phase I ESAs.

RECs, as defined by the ASTM Standard 1527-13, are defined as the presence or likely presence of any hazardous substances or petroleum products in, on, or at a property: (1) due to release to the environment; (2) under conditions indicative of a release to the environment; or (3) under conditions that pose a material threat of a future release to the environment.  A controlled recognized environmental condition (CREC) is defined by ASTM as a REC resulting from a past release of hazardous substances or petroleum products that has been addressed to the satisfaction of the applicable regulatory authority, with hazardous substances or petroleum products allowed to remain in place subject to the implementation of required controls.  The terms REC and CREC do not include *de minimis* conditions that do not present a threat to human health or the environment and that would not be the subject of an enforcement action if brought to the attention of appropriate environmental agencies.  An historical recognized environmental condition (HREC) is defined as a past release of any hazardous substances or petroleum products that has occurred in connection with the property and has been addressed to the satisfaction of the applicable regulatory authority or meeting unrestricted use criteria established by a regulatory authority without subjecting the property to any required controls (for example, property use restrictions, activity and use limitations, institutional controls, or engineering controls).  For the purposes of this report, hazardous substances and/or petroleum products are also referred to as regulated materials.

**Evaluation of Historical Uses and Potential Recognized Environmental Conditions**
Montclair Outfall
Portions of the Cole, Clayton, and Swansea Neighborhoods
City and County of Denver, Colorado
Page 1
CCD007859



## 2.0    Methodology

The ASTM Standard 1527-13 was used as a basis for the methodology for this report, but this report does not fulfill all the requirements of the ASTM Standard.  Pinyon only evaluated the properties within or adjacent to the Site (Figures 1 through 2E).  The following presents a summary of the methodology used to complete this assessment.

- The physical setting of the Site was reviewed to evaluate potential regulated material transport mechanisms, including topographic and hydrogeologic conditions.

- A review of the compliance history of facilities within and in proximity to the Site, as identified by a regulatory database search and other reports (if available) was completed (Appendix A).  This search included a review of publically available local, state and federal records (Appendix B).

- A review of historical uses in and around the Site was completed, using multiple sources (Appendix C). This review focused on uses that could potentially impact the Site, such as commercial and industrial use, and the storage and use of regulated materials.

- A reconnaissance survey of Site and project vicinity was completed on June 30, 2015, by Ms. Amanda Cushing, to evaluate the potential presence of regulated materials sources; a photographic log is included as Appendix D.

Pinyon has completed this investigation of the history and use of the Site to evaluate the potential for regulated materials that could impact the Site.  The magnitude of the project impact from a regulated material is dependent on different factors, including (but not limited to):

- The distance between a potential source of a regulated material and the project

- Status of regulated facilities (e.g., active or inactive)

- Known or suspected releases into soil, soil vapor, surface water or groundwater

- The hydrogeologic relationship of the source of a regulated material to the project

- The depth and/or duration of construction

These factors have been considered in this report as part of the evaluation of whether a regulated material has the potential to impact the project.  Facilities were categorized as either being a High or Low liability in regards to project completion as well as in regards to ownership.  The following describes the categories:

**Low Potential Liability:**  Facilities that fit this criteria include:

- Facilities with minimal indications of an existing release, past release, or material threat of a release of regulated materials into the ground (soil), groundwater, or surface water that could impact the Site

- Facilities located hydraulically down-gradient of the Site

- Those facilities where contamination has impacted the Site; however, there is a low potential for known or suspected contamination to be exposed during construction of the project (e.g., contamination is located deeper than the maximum extent of proposed disturbances)

**Evaluation of Historical Uses and Potential Recognized Environmental Conditions**
Montclair Outfall
Portions of the Cole, Clayton, and Swansea Neighborhoods
City and County of Denver, Colorado
Page 2
CCD007860



**High Potential Liability**: Facilities that fit this criteria include:

- Facilities with indications of an existing release, past release, or material threat of a release of regulated materials into the ground (soil), groundwater, or surface water, and the possibility of migration from the contaminant source into the Site; this is particularly important with regard to ownership liability and fee acquisition of property and/or right of way

- Those same facilities that have caused a migration of the contaminants into the Site, and where construction would likely result in exposure of media impacted by those contaminants (e.g., contaminated media would be encountered during proposed disturbances)

Pinyon has utilized these criteria throughout this report in evaluating impact potential from regulated materials to the project. Based on information received from David Evans and Associates, disturbance depth for this project will be approximately 30 feet below ground surface.

**Evaluation of Historical Uses and Potential Recognized Environmental Conditions**
Montclair Outfall
Portions of the Cole, Clayton, and Swansea Neighborhoods
City and County of Denver, Colorado

Page 3
CCD007861



# 3.0  Results

The following sections present the results of this evaluation.  A detailed summary of the results is presented in Table 3-1, where information regarding individual parcels has been developed.

## 3.1  Topography, Geology and Hydrogeology

The Site elevation ranges from 5,205 feet above mean sea level (msl) at the intersection of 40th Street and Blake Road near the western boundary, 5,215 feet above msl at the intersection of Clayton Street and East 42nd Avenue near the northern boundary, and 5,260 feet above msl on the eastern boundary near the intersection of East 39th Avenue and Jackson Street.  The South Platte River (which flows toward the northwest) is located approximately one-half mile to the west of the Site.  The elevation of this feature is 5,148 feet above msl.

In general, groundwater flow mimics topography.  Based on a review of the topographic maps depicting the Site and observations during the reconnaissance survey, the groundwater flow direction is expected to be to the northwest (USGS, 2010).  Soils are assumed to be a composed of sandy clay, based on review of underground storage tank (UST) removal reports.  Groundwater has been measured at depths between 33.5 and 37.0 feet below the ground surface (bgs) during subsurface investigation activities (Section 3.3) for an on-Site property investigation (Talus, 2009).  Based on measurements collected during subsurface investigation activities, groundwater flow direction is to the northwest (Talus, 2009).  This property is located at the southeast corner of East 40th Avenue and York Street (2300 East 40th Avenue).  The property is currently vacant and appears to be storing rail line equipment.

## 3.2  Reconnaissance Survey

A reconnaissance survey of Site and project vicinity was completed on June 30, 2015, by Ms. Cushing, to evaluate the potential presence of regulated materials sources.  Ms. Cushing visually surveyed the Site by walking areas with public access and driving the internal, perimeter and surrounding areas of the project vicinity via access roads.  Following the reconnaissance survey, any areas that could not be visually assessed were evaluated more closely on current aerial photographs provided by public sources (e.g., Google Earth).

During the reconnaissance survey, a wide variety of commercial and industrial businesses as well as a residential property within the Site was noted.  Based on the criteria described, numerous facilities were identified during the Reconnaissance Survey with a high potential to impact the Site (Table 3-1).

## 3.3  Regulatory Files

A review of the compliance history of facilities within and in proximity to the Site, as identified by a regulatory database search, was completed.  This search included a review of publically available local, state and federal records.

A total of 132 facilities were identified in the regulatory database report; some facilities are listed multiple times.  A glossary of the records researched in the regulatory database report are summarized in Appendix A; the regulatory database report (GeoSearch, 2015) is attached as Appendix B.  Sites identified in the agency database were categorized as either having a low or high potential to impact the Site using the criteria described; facilities with a high potential are presented in Table 3-1.

Pinyon reviewed files provided by the Colorado Department of Public Health and Environment (CDPHE), Hazardous Materials and Waste Management Division for the following facility:

**Evaluation of Historical Uses and Potential Recognized Environmental Conditions**
Montclair Outfall
Portions of the Cole, Clayton, and Swansea Neighborhoods
City and County of Denver, Colorado
Page 4
CCD007862



- *Vitro America, 2300 East 40th Avenue:*  This property, located at the southwest corner of East 40th Avenue and York Street, is listed as a facility under the Voluntary Cleanup Program (GeoSearch, 2015).

  This property was originally developed in the 1940s and had a variety of commercial and industrial occupants including a truck and trailer body manufacturer, automotive and truck repair, and most recently, a glass manufacturer.  In addition, the northwest corner of the property (corner of East 40th Avenue and York Street) had been occupied by an automotive fueling station until approximately 1989 (see discussion under Raymond F Visintin).  It was also reported that the area had been previously utilized as an urban fill site.  Furthermore, the eastern adjacent property was occupied by an automotive salvage yard (Talus, 2009).  At the time of the Site visit, the property was no longer developed with structures, had been graded, and it appeared that it was being utilized for staging of railroad materials.

  Based on the records reviewed by Pinyon, a subsurface investigation was completed for the property in which tetrachloroethene (PCE) contamination, as well as several Resource Conservation and Recovery Act (RCRA) metals, were identified within the groundwater.  The PCE contamination was assumed to be from an off-Site source.  The files indicated that since the groundwater samples were not filtered during their collection, the RCRA metals contamination was likely associated with metals found in the soils (Talus, 2009).

  Based on this information, four groundwater monitoring wells were installed on the property for the collection of soil and groundwater samples.  Two of the four wells were installed on the northwest corner of the property, one well was placed near the eastern boundary of the property, and the fourth well was positioned on the southwest corner of the property.  The soil and groundwater samples were analyzed for volatile organic compounds (VOCs) and metals.  Additionally, two soil samples were analyzed for total petroleum hydrocarbons (TPH).  Groundwater was encountered at a depth ranging between 33.5 and 37.0 feet bgs.  Groundwater was assumed to flow to the northwest.

  Metals and VOCs did not exceed the regulatory standards in the soil samples.  Metals and VOCs detected within the groundwater included barium, chromium, lead, chloroform, and PCE; however, barium, chromium, lead, and chloroform were detected below the CDPHE regulatory standard.  PCE was detected in the groundwater in all four wells at concentrations between 4.2 micrograms per liter (µg/L) and 5.0 µg/L.  The regulatory standard for PCE was 5.0 µg/L; however, the current standard is 17 µg/L.  The report suggested that, based on the low levels of PCE in the groundwater, as well as the uniform distribution, the contamination is likely from an off-Site source.  In addition, it was suggested that the metals detected are most likely attributable to typical background levels in the Denver area (Talus, 2009).

  Based on this information, the CDPHE, Voluntary Cleanup Program granted a 'No Action Determination' status to the property on June 25, 2009.

Pinyon reviewed files online from the Colorado Department of Labor and Employment, Division of Oil and Public Safety (OPS) for the following facilities:

- *Raymond F Visintin, 2300 East 40th Avenue.*  This facility, located at the southwest corner of East 40th Avenue and York Street, is listed within the following databases: leaking underground storage tank (LST), UST, and aboveground storage tank (AST) (GeoSearch, 2015).  This property was part of the larger property previously discussed.

  Based on the files reviewed by Pinyon, one 560-gallon UST, one 2,000-gallon UST, two 3,000-gallon USTs, and one 4,000-gallon UST, were removed from the property in 1989.  The USTs were reportedly associated for a former automotive fueling station.  According to the files, soil samples were collected and submitted for laboratory analysis for TPH and benzene, toluene, ethylbenzene and xylenes (BTEX).

**Evaluation of Historical Uses and Potential Recognized Environmental Conditions**
Montclair Outfall
Portions of the Cole, Clayton, and Swansea Neighborhoods
City and County of Denver, Colorado

Page 5

CCD007863



TPH and BTEX were below laboratory detection limits (Tanks, 1989). No other information was available within the file.

- *Talent Enterprise Inc.., 3960 High Street.* This facility is listed within the following databases: LST, AST, and the Resource Conservation and Recovery Act, Non-Generator Facilities (RCRANGR08) (GeoSearch, 2015). At the time of the Site visit, the property was developed with a building; however, no signage or indication of use was apparent.

  Pinyon's review of the files obtained from OPS indicated a 'No Further Action' letter was issued for the address (OPS, 2005). The letter states that, according to the information submitted, contamination levels are below state cleanup levels and no further investigation or remedial action is required. The letter is in reference to the 2,000-gallon UST that was removed in March 2005. No other information, such as reports regarding UST removal activities and/or laboratory results, was included within the file. The regulatory database report also lists the facility as a non-generator of hazardous waste and no violations have been reported.

- *39th and Williams Limited Partnership, 3900 Williams Street.* This facility is listed within the following databases: LST, AST, and UST (GeoSearch, 2015). At the time of the Site visit, the property appeared to be developed as Churches Auto Body and Paint.

  Based on Pinyon's review of the files provided by OPS, one 1,000-gallon UST containing gasoline, two 12,000-gallon USTs containing diesel fuel, and two 10,000-gallon USTs containing heating oil, and the associated piping, were removed from this property in February 1990. Contamination was observed during the removal; however, the contamination appeared to be limited to the area surrounding the UST and was due to minor releases from the piping and overfills. The USTs were generally empty as they had not been utilized for approximately 10 years and were unknown to be present at the time that the owner purchased the property. Approximately 11 yards of diesel-fuel-contaminated soil was removed and disposed of offsite. Groundwater was not encountered during the excavation. Seven soil samples were collected following the excavation and submitted for laboratory analysis of BTEX and TPH. BTEX and TPH were detected above laboratory detection limits; however, no assessment was made regarding exceedances of the regulatory limits (McFall, 1990). Based on this information, the Colorado Department of Labor and Employment (CDLE), Oil Inspection Section (regulatory agency at that time, currently OPS) granted a 'No Further Action' status to the facility on February 20, 1997. According to city directories, this property was occupied by an automotive repair facility in 1947 and from 1951 to 1972.

- *Ideal Truck Lines Inc., 2000 East 40th Avenue.* This facility is listed within the following databases: LST, AST, UST (GeoSearch, 2015). At the time of the Site visit, the property was not observed to be in operation.

  Based on Pinyon's review of the files provided by OPS, one 10,000-gallon UST containing diesel fuel, and the associated piping, was removed from this property in June 2003. According to the files reviewed, the UST was in good condition and contamination was not suspected. Groundwater was not encountered during the excavation. Three soil samples beneath the UST and one soil sample from beneath the dispenser were collected following the excavation and analyzed for BTEX and Total Extractable Petroleum Hydrocarbons (TEPH). BTEX was not detected above laboratory detection limits. TEPH was detected in the soil samples; however, the results were below the OPS threshold limit of 500 milligrams per kilograms (mg/kg) (HWS, 2003). Based on this information, the OPS granted a 'No Further Action' status to the facility on August 12, 2003.

- *Union Pacific Rail Road Railyard/Denver Facility-TOFC, 1841 – 1851 East 40th Avenue.* This facility is listed within the following databases: LST, UST, Spills, and federal emergency response notification (ERNS)

Evaluation of Historical Uses and Potential Recognized Environmental Conditions
Montclair Outfall
Portions of the Cole, Clayton, and Swansea Neighborhoods
City and County of Denver, Colorado
Page 6
CCD007864



(GeoSearch, 2015). At the time of the Site visit, the property appeared to be in operation as an active rail yard.

Based on Pinyon's review of the files provided by OPS, one approximately 13,000-gallon UST was removed from this property in November 2012. The presence of the UST was unknown. Following excavation, the UST was in good condition and contamination was not suspected. Groundwater was not encountered during the excavation. Three soil samples beneath the UST were collected following the excavation and analyzed for BTEX, TEPH, and methyl tert-butyl ether (MTBE). BTEX, TEPH, and MTBE were not detected above laboratory detection limits (CH2M, 2012). Based on this information, the OPS granted a 'No Further Action' status to the facility on December 3, 2012.

The regulatory database report notes that in March 2012, 75 gallons of hydraulic fluid was spilled from a hose on a packer unit onto asphalt in the Denver Intermobile Facility. There was no impact to waterways or storm drains. Absorbent materials were put in place and a cleanup contractor was dispatched.

In June 2008, it was reported that 10 gallons of sodium hydroxide was released when a cargo container was breached. Sodium hydroxide mixed with rainwater and mobilized to the ground. No other information was available.

In October 2007, an unknown amount of ethylene glycol was discovered to be leaking from an unmarked railcar. Unmarked railcars typically do not contain hazardous materials. A remediation contractor was notified to secure the release and clean-up all impacted areas. No waterways were impacted.

- *Buehler Moving and Storage Co., 3899 Jackson Street.* This facility is listed within the following databases: LST, UST, and AST (GeoSearch, 2015). At the time of the Site visit, the property appeared to be in operation as Buehler Moving Company.

Based on Pinyon's review of the files provided by OPS, two 8,000-gallon USTs and one 2,000-gallon UST, each containing gasoline, and associated piping, were removed from this property in December 1992. The USTs were installed on the property in the late 1970s to early 1980s and were previously utilized for fueling gasoline-powered vehicles. The USTs were in good condition with no holes and only slight surface corrosion. Groundwater was not encountered during the excavation. A total of eight soil samples from beneath the USTs, the sidewalls of the USTs, and from the soil stockpile, were collected following the excavation and analyzed for BTEX, total volatile petroleum hydrocarbons (TVPH), and TEPH. BTEX, TVPH, and TEPH were not detected above the regulatory limits (Recom, 1993). Based on this information, the Colorado Department of Health granted a 'No Further Action' status to the facility on June 28, 1993.

- *Marshall Leasing/Empire Express, 3930 Blake Street.* This facility is listed within the following databases: LST, UST, and RCRANGR08 (GeoSearch, 2015).

At the time of the Site visit, the property was developed with a building; however, no signage or indication of use was apparent.

Based on Pinyon's review of the files provided by OPS, a subsurface remediation system was operating at the property due to the presence of contaminated groundwater from a former UST. The remediation system consisted of a soil vapor extraction and air sparge system. Groundwater flow was to the northwest and the contamination plume did not extend off of the property. Quarterly groundwater monitoring was completed and concluded in May 1997. At the last monitoring event, BTEX and TVPH were below the Colorado Basic Standards for Groundwater (Western, 1998). Based on this

**Evaluation of Historical Uses and Potential Recognized Environmental Conditions**
Montclair Outfall
Portions of the Cole, Clayton, and Swansea Neighborhoods
City and County of Denver, Colorado

Page 7

CCD007865



information, the CDLE, Oil Inspection Section granted a 'No Further Action' status to the facility on January 6, 1999.

The regulatory database report states that the property is not a generator of hazardous waste. An inspection was completed at the facility in 1989 and a written information violation was issued.

- *Mile High Express, 1335 40th Street.* This facility is listed within the following databases: LST, UST, and AST (GeoSearch, 2015). At the time of the Site visit, the property appeared to be in operation as Mile High Express.

  Based on Pinyon's review of the files provided by OPS, one 1,117-gallon UST containing gasoline, and one 1,762-gallon UST containing diesel fuel, and associated piping, were removed from this property in September 1999. At the time of removal, the USTs were in good condition with no contamination suspected. Groundwater was not encountered during the excavation. Five soil samples beneath the UST were collected following the excavation and analyzed for BTEX, TEPH, TVPH, and TPH (Wassenaar, 1999). BTEX, TEPH, were not detected above laboratory detection limits. TVPH and TPH were detected within the soil samples collected; however, the results were below the regulatory limits. Based on this information, the CDLE, Oil Inspection Section granted a 'No Further Action' status to the facility on October 22, 1999.

- *Wallace Tyler Dawson/Carroll Quellan, 3601 East 39th Avenue.* This facility is listed within the following databases: LST, UST, AST, and Spills (GeoSearch, 2015). At the time of the Site visit, the property appeared to be in operation as Ryan Herco.

  Based on Pinyon's review of the files provided by OPS, one 2,000-gallon UST containing gasoline and associated piping were removed from this property in August 1994. The UST appeared to be in good condition with no visible holes. Groundwater was not encountered during the excavation. A total of four soil samples from beneath the UST and from the soil stockpile were collected following the excavation and analyzed for BTEX and total recoverable petroleum hydrocarbons (TRPH). BTEX and TRPH were not detected above laboratory detection limits (Harner, 1994). Based on this information, the CDLE, Oil Inspection Section granted a 'No Further Action' status to the facility on February 3, 1995.

  In August 1997, it was reported that 55 gallons of lubricating oil was released through human error. The fire department responded and placed berms around the storm drain and laid down absorbents. No other information was available.

- *Shamrock Foods, 3770 East 40th Avenue.* This facility is listed within the following databases: LST, UST, and AST (GeoSearch, 2015). At the time of the Site visit, the property appeared to be in operation as A Food Services Wholesale Cash and Carry.

  Based on Pinyon's review of the files provided by OPS, two USTS containing diesel fuel were removed from the property in December 1988. However, no documentation was on file regarding UST capacity, UST removal procedures, UST condition, or soil sampling. Therefore, 22 soil borings were advanced in the area of the former UST basin and dispenser island. Soil samples were collected and submitted for laboratory analysis; the samples were analyzed for BTEX, TEPH, and TVPH. BTEX was not detected above laboratory detection limits. TEPH was detected above the OPS regulatory threshold of 500 mg/kg in some of the soil samples submitted; therefore, samples were also analyzed for polycyclic aromatic hydrocarbons (PAHs). The samples did not contain PAH compounds above the applicable Tier 1 Risk-Based Screening Levels. TVPH was detected in the borings near the former UST basin; however, TVPH did not exceed the OPS regulatory threshold. Based on field observations, indications of petroleum impacts terminated at approximately 20 feet bgs. Groundwater was estimated to be 40 feet bgs and there did not appear to be a potential for groundwater to be impacted; thus, groundwater monitoring

**Evaluation of Historical Uses and Potential Recognized Environmental Conditions**
Montclair Outfall
Portions of the Cole, Clayton, and Swansea Neighborhoods
City and County of Denver, Colorado

Page 8
CCD007866



wells were not installed (E-21, 2009). Based on this information, the OPS granted a 'No Further Action' status to the facility on March 5, 2009.

- *Coca-Cola Company, 3825 York Street.*  This property is listed within the following databases: LST, Spills, UST, Comprehensive Environmental Response, Compensation and Liability Information System (CERCLIS, also No Further Remedial Action Planned [NFRAP]), ERNS, and RCRAGR08 (GeoSearch, 2015).  At the time of the Site visit, the property was in operation as the Coca Cola Bottling Company.

  Based on the files reviewed by Pinyon as provided by OPS, two 12,000-gallon USTs containing diesel fuel, one 12,000-gallon UST containing gasoline, associated piping and four dispensers were removed from the property in November 2013.  In November 2013, the USTs, associated piping and dispensers were removed from the property.  The USTs appeared to be in good condition as indicators of corrosion or breaches were not noted.  Groundwater was not encountered during the excavation.  A total of 18 soil samples were collected from the UST excavations, along the product piping trench, and from below each of the dispenser islands.  The soil samples were analyzed for BTEX, TEPH, TVPH, and MBTE.  Analytical results indicated that all of the soil samples were below OPS Risk Based Screening Levels with the exception of one soil sample beneath a dispenser.  TVPH was detected at 558 mg/kg; therefore, additional samples were collected to define the areal extents of the impacts.  One additional soil sample was also submitted for PAH analysis.  PAHs were detected; however, they were below their respective screening levels.  The impacted soil extended to a depth of 17 feet bgs but was confined to the area directly beneath the dispenser.  Based on this information, the OPS granted a 'No Further Action' status to the facility on January 27, 2014.

  Multiple releases of anahydrous ammonia have been released at the facility.  The vapor point of the chemical is such that the release likely dissipated to the atmosphere.  A CERCLIS listing was closed in 1984 with the decision that no further activity was planned at the property (GeoSearch, 2015).  The regulatory database report states that the facility is a conditionally exempt small quantity generator of hazardous waste and no violations have been reported.

- *Department of Defense Air Force Finance and Accounting Center, 3840 York Street.*  This property is listed within the following databases: LST, AST, UST (GeoSearch, 2015).  At the time of the Site visit, the property appeared to be in operation as the York Street Business Center.

  The Denver Amory associated with Lowry Air Force Base was located at this address in 1951, and was later converted to the United States Air Force Finance Center (USAF) (GeoSearch, 2015).  The UST listing associated with the USAF Finance Center shows six closed USTs (one 500-gallon UST containing waste oil; two 10,000-gallon USTs, and four 20,000-gallon USTs all containing diesel fuel) were removed in 1997.  During the removal, soil samples were collected from around and under each UST and analyzed for BTEX, TEPH, and polychlorinated biphenyls (PCBs).  Six inches of contaminated soil was removed from under USTs based on the soil sampling results, and re-sampling confirmed that the contaminated soil had been removed from those areas (Gonzales, 1995).  Based on the information provided, the State of Colorado issued a Closure Letter with a 'No Further Action' required in 1995 (CDPHE, 1995).

- *AT&T Facility, 2551 East 40th Avenue.*  This property is listed within the following databases: LST, AST, UST, Spills, CERCLIS, and NFRAP (GeoSearch, 2015).  At the time of the Site visit, the property appeared to be in operation as the AT&T facility.

  Based on the files reviewed by Pinyon as provided by OPS, one 300-gallon UST containing gasoline, and one 20,000-gallon UST containing fuel oil, were removed from the property in 1989.  In addition, two 15,000-gallon USTs containing fuel oil were filled with concrete slurry and closed in place at the same time.  The 15,000-gallon USTs were not removed due to their location adjacent to the foundation piers

**Evaluation of Historical Uses and Potential Recognized Environmental Conditions**
Montclair Outfall
Portions of the Cole, Clayton, and Swansea Neighborhoods
City and County of Denver, Colorado
Page 9
CCD007867



(Certified, 1991).  The 20,000-gallon UST and the 15,000-gallon USTs were previously utilized for the property boilers and the 300-gallon UST was previously used for fueling vehicles.

Following the removal of the 350-gallon UST, a composite soil sample was collected and analyzed for TPH.  Given a TPH level of 27.7 parts per million (ppm), additional soil was excavated and an additional soil sample was collected.  TPH was not detected above laboratory detection limits; therefore, the excavation pit was backfilled, compacted, and repaved with concrete (Chemical, 1990).

Prior to the closure of the two 15,000-gallon USTs, visual contamination was encountered; however, it seemed to be limited to the area directly beneath a leaking pipeline.  Contaminated soil was removed and disposed of offsite.

Following the removal of the 20,000-gallon USTs, soil samples were collected from the bottom, sides, and ends of the excavation pit.  TPH was detected in the soil samples collected; therefore, additional soil was excavated.  Following additional soil sample collection from the same approximate locations, TPH was not detected above laboratory detection limits.  Groundwater was not encountered during the excavation.  A new 18,000-gallon double-walled steel tank with cathodic and overfill protection and interstitial monitoring was installed within the excavation pit of the removed 20,000-gallon UST.  Based on this information, the CDLE, Oil Inspection Section granted a 'No Further Action' status to the facility on February 3, 1997.

A CERCLIS listing was closed in 1987 with the decision that no further activity was planned at the site (GeoSearch, 2015).

In August 1990, it was reported that 55 gallons of petroleum waste solvents were released through a 55-gallon drum located within the parking lot.  A remediation contractor responded and overpacked the drum and removed the contaminated soil.  No other information was available.

## 3.4    Previous Reports

Pinyon reviewed a Phase I ESA report previously completed within a portion of the Site.  This ESA was completed for the CCD prior to acquisition of specific parcels.  The following report was reviewed:

- "Phase I Environmental Site Assessment, Proposed Acquisition of BNSF Railway Parcels, Between York Street and 42nd Avenue, Denver, Colorado," Pinyon Environmental, Inc., December 5, 2014.

Pinyon completed a Phase I ESA for a portion of the Site that was previously utilized as a railway (Figures 2B and 2D).  The property was developed in 1911 as a railroad line that connected the freight yard near East 40th Avenue and York Street to industrial properties in Denver and Commerce City; the railroad was in service until 2012.  Since the completion of the report is December, most, if not all, of the railroad tracks have been removed.

Recognized environmental conditions of the report included the following:

- The historical uses of the property as a railroad indicates that the surface soils at the Site may be impacted by metals and PAHs.

- Three smelting plants, Omaha-Grant, Argo and Globe Smelting, operated near the Site from at least the 1870s through the 1950s, refining gold, silver, copper, lead, and zinc.  The areas impacted by these smelting plants are listed on the National Priorities List (i.e., Superfund).  The Site is located within these boundaries.  Elevated levels of metals were detected in the soils in the surrounding neighborhoods.  Soil at the Site has not been sampled, but has likely been impacted.

Evaluation of Historical Uses and Potential Recognized Environmental Conditions
Montclair Outfall
Portions of the Cole, Clayton, and Swansea Neighborhoods
City and County of Denver, Colorado
Page 10
CCD007868



- Two locations of historical urban fills are located within the Site boundaries. As the type of fill is unknown, it is possible that soil and/or groundwater have been impacted by a release of hazardous substances or petroleum products, and that landfill gases (i.e., methane) and regulated asbestos contaminated soils (RACS) present at those locations.

## 3.5   Historic Land Uses

A review of historic uses in and around the Site was completed, using multiple sources. This review focused on uses that could potentially impact the Site, such as commercial and industrial uses, and the storage and use of regulated materials.

The Site and surrounding properties have been developed with a mix of industrial, residential and commercial uses and vacant land from prior to 1938 to the present. According to the earliest topographic maps, the Site vicinity was depicted as a 'shaded' area on the 1938 and 1940 topographic maps which indicated development; however, there were no specific details. However, the railyard that is currently present to the north of the eastern portion of the Site was present as early as 1938, with railroad spurs traveling through the Site. Structures were not depicted adjacent to the rail spur until 1957. Two historical urban fill sites were located along York Street and East 39th Avenue for an unknown period of time. The Site and vicinity has been a mix of light industrial, residential and commercial uses, and vacant land, from at least 1938 to the present day. Based on Pinyon's review of city directories, the Site has been developed with various types of commercial and light industrial properties including automotive fueling and service stations, construction companies, a foundry, metal fabricators as well as other industrial uses. Specific uses that may have impacted the Site are listed in Table 3-1.

**Evaluation of Historical Uses and Potential Recognized Environmental Conditions**
Montclair Outfall
Portions of the Cole, Clayton, and Swansea Neighborhoods
City and County of Denver, Colorado
Page 11
CCD007869



**Table 3-1        Summary of Findings**

| Current Address (Historical Address) | Historical Use (Approximate Dates of Operation) | Current Use (Site Visit) | Database Report | Resource Source | Rational |
|---|---|---|---|---|---|
| Vasquez Boulevard and I-70 | Between 1870s through the 1950s | Various commercial, light industrial and residential properties | *CERCLIS, Federal Engineering Control/Institutional Control (EC), National Priority List (NPL), RCRANGR08, Record of Decision System (RODS), Superfund* See discussion below. | Pinyon BNSF Railway Parcel Phase I (Pinyon, 2014) Regulatory Database | See discussion below. |
| Historical urban fill site (3S-68W-24Sw) | Unknown | Various commercial, light industrial and residential properties | *Historical Solid Waste Landfills (HISTSWLF), Denver County Historic Landfills (DCHISTLF)* This historical urban fill site is located on the adjacent property at the intersection of East 40th Avenue and York Street (Figure 2B), and is reported to have been used for disposal of household refuse and construction debris (GeoSearch, 2015). | Pinyon Landfill Database Regulatory Database | As the disposition of filling is unknown, it is possible that there are chemically impacted soil and/or groundwater, landfill gases (i.e., methane), and RACS present at those locations. |

**Evaluation of Historical Uses and Potential Recognized Environmental Conditions**
Montclair Outfall
Portions of the Cole, Clayton, and Swansea Neighborhoods
City and County of Denver, Colorado

Page 12

CCD007870



**Table 3-1**      **Summary of Findings**

| Current Address (Historical Address) | Historical Use (Approximate Dates of Operation) | Current Use (Site Visit) | Database Report | Resource Source | Rational |
|---|---|---|---|---|---|
| Historical urban fill site (3S-68W-24Se2) | Unknown | Various commercial, light industrial and residential properties | *HISTSWLF, DCHISTLF* This historical urban fill site is located near the intersection of East 39th Avenue and Madison Street (Figure 2E).  This historical urban fill site reportedly contained household refuse and construction debris (GeoSearch, 2015). | Pinyon Landfill Database  Regulatory Database | As the disposition of filling is unknown, it is possible that there are chemically impacted soil and/or groundwater, landfill gases (i.e., methane), and RACS present at those locations. |
| Former Burlington Northern Santa Fe (BNSF) Railway | 1911-2012 | Vacant property | Not Listed | Pinyon BNSF Railway Parcel Phase I (Pinyon, 2014) | The historical uses of a portion of the Site as a railway indicates that the surface soils within this area may be impacted by metals and PAHs. |
| 4003 Walnut Street | Brother's Transmissions (2002-2012) J Cs Forty Forty Lounge (1972-1982) | Raul's Transmissions | Not Listed | City Directories | This property is currently occupied by a business that utilizes petroleum products, such as hydraulic oil and other petroleum-based lubricants, and/or solvents, on a routine basis. |

**Evaluation of Historical Uses and Potential Recognized Environmental Conditions**
Montclair Outfall
Portions of the Cole, Clayton, and Swansea Neighborhoods
City and County of Denver, Colorado

Page 13

CCD007871



**Table 3-1        Summary of Findings**

| Current Address (Historical Address) | Historical Use (Approximate Dates of Operation) | Current Use (Site Visit) | Database Report | Resource Source | Rational |
|---|---|---|---|---|---|
| 1300 40th Street | New Tech Machinery (1997-2002) (2012-present) Highland Warehouse Inc./LACO Construction Corp. (2002-2007) | New Tech Machinery | *RCRANGR08, No Longer Regulated RCRA Generator Facilities (NLRRCRAG)* The regulatory database report states that the property is not a generator of hazardous waste.  An inspection was completed at the facility in 1996 and a written information violation was issued. | City Directories Regulatory Database | This property is currently occupied by a business that manufactures farm equipment and potentially utilizes petroleum products, such as hydraulic oil and other petroleum-based lubricants, and/or solvents, on a routine basis. |
| 3900 Williams/39th and Williams Street | Spiritual Masters Club (1997-2007 Boyds Auto Serv (1951-1972) Olsen's Garage (1947) | Churches Auto Body and Paint | *LST/UST/AST* Five closed USTs.  Pinyon reviewed online files for this facility from OPS.  See Section 3.3 for additional information. | City Directories Regulatory Database | This property is currently occupied by a business that routinely utilizes paint and potentially solvents.  In addition, the property was previously occupied by a business that potentially utilized petroleum products, such as hydraulic oil and other petroleum-based lubricants, and/or solvents, on a routine basis. |

**Evaluation of Historical Uses and Potential Recognized Environmental Conditions**
Montclair Outfall
Portions of the Cole, Clayton, and Swansea Neighborhoods
City and County of Denver, Colorado

Page 14

CCD007872



**Table 3-1**        **Summary of Findings**

| Current Address (Historical Address) | Historical Use (Approximate Dates of Operation) | Current Use (Site Visit) | Database Report | Resource Source | Rational |
|---|---|---|---|---|---|
| 3954 Williams Street | Acme Foundry (1957-2012) | No signage was observed on the building at this location. | Not listed | City Directories | This property previously operated as a foundry in which activities typically include the use of furnaces and metal-making; therefore, these types of properties can be the source of heavy metals, PCBs, and PAHs in soil and groundwater. |
| 1705 East 39th Avenue | Hybrid Bus Technologies/Transportation Techniques LLC/Water Purification International Inc. (2007) Auto Express Inc., Card Equipment Co, Harbert Mach & Weld, Ntnl Conslnt Co, S L Mach & Weld, Water Prfctn (1997) Card Equipment Co, Harding Steel Inc, Natl Engnr & Cnslt (1987-1992) | SL Harbert Machine and Welding | Not Listed | City Directories | This property has been occupied by businesses that potentially utilize petroleum products, such as hydraulic oil and other petroleum-based lubricants, and/or solvents, on a routine basis. |

**Evaluation of Historical Uses and Potential Recognized Environmental Conditions**
Montclair Outfall
Portions of the Cole, Clayton, and Swansea Neighborhoods
City and County of Denver, Colorado

Page 15
CCD007873



**Table 3-1** **Summary of Findings**

| Current Address (Historical Address) | Historical Use (Approximate Dates of Operation) | Current Use (Site Visit) | Database Report | Resource Source | Rational |
|---|---|---|---|---|---|
| 1806 East 40th Avenue | Cadet Steel Custom Metal Fabrications (1987-2012) | Cadet Steel Custom Metal Fabrications | Not Listed | City Directories | This property was occupied by businesses that potentially utilized petroleum products, such as hydraulic oil and other petroleum-based compounds and lubricants, and/or solvents, in conjunction with the various tooling machines on a routine basis. |
| 3926 Race Street | Munez Auto Repair (2002-present) | Munez Auto Repair | Not Listed | City Directories | This property was occupied by businesses that potentially utilized petroleum products, such as hydraulic oil and other petroleum-based compounds and lubricants, and/or solvents, in conjunction with the various tooling machines on a routine basis. |

**Evaluation of Historical Uses and Potential Recognized Environmental Conditions**
Montclair Outfall
Portions of the Cole, Clayton, and Swansea Neighborhoods
City and County of Denver, Colorado

Page 16

CCD007874



**Table 3-1        Summary of Findings**

| Current Address (Historical Address) | Historical Use (Approximate Dates of Operation) | Current Use (Site Visit) | Database Report | Resource Source | Rational |
|---|---|---|---|---|---|
| 3900 York Street | AA Automotive (2002-2012)<br>York Street Auto (1977-1997)<br>Lee & Clifford Service (1966)<br>York Chevron Serv Sta (1951-1957) | No signage was observed on the building at this location.  However, automotive repair services appeared to be underway. | *UST* | City Directories | Based on the site reconnaissance, this property is currently occupied by an automotive repair business that likely utilizes petroleum products, such as hydraulic oil and other petroleum-based lubricants, and/or solvents, in conjunction with the various tooling machines on a routine basis.  In addition, the property was previously occupied by an automotive fueling station. |

**Evaluation of Historical Uses and Potential Recognized Environmental Conditions**
Montclair Outfall
Portions of the Cole, Clayton, and Swansea Neighborhoods
City and County of Denver, Colorado

Page 17

CCD007875



**Table 3-1**     **Summary of Findings**

| Current Address (Historical Address) | Historical Use (Approximate Dates of Operation) | Current Use (Site Visit) | Database Report | Resource Source | Rational |
|---|---|---|---|---|---|
| 2424 East 40th Avenue | Foreign Domestic Auto Parts/Best Auto Sales (1997-present) Transformer Technology (1992) Allis Chalmers Svc (1977-1987) Baker Electric Co. (1972) | Foreign Domestic Auto Parts/Best Auto Sales | Not Listed | City Directories | This property is currently occupied by an automotive salvage yard in which automotive fluids (e.g., motor oil, gasoline) may have been released into the soils and leached into the groundwater. In addition, this property was previously occupied by businesses that utilized petroleum products, such as hydraulic oil and other petroleum-based compounds and lubricants, and/or solvents, on a routine basis. |
| 3883 Monroe Street | American Storage Co. Op Inc. (2002) Erctrs&Fbrctrs (1997) | Auto, RV, Boat, Trailer Storage | Not Listed | City Directories | This property is occupied by a storage yard for automotive and recreational vehicles. Housekeeping activities on the property area unknown and the potential exists for spillage of petroleum products into the surrounding soils. |
| Notes: See Appendix A for information regarding agency databases researched, and acronyms. | | | | | |

**Evaluation of Historical Uses and Potential Recognized Environmental Conditions**
Montclair Outfall
Portions of the Cole, Clayton, and Swansea Neighborhoods
City and County of Denver, Colorado

Page 18
CCD007876



*Vasquez Boulevard and I-70:*  The entire Site is located within the impacted area of the former Omaha-Grant, Argo, and Globe Smelting plants, referred to as the I-70/VB Site.  This listing is part of a larger Superfund Site comprising approximately 4.5 square miles, due to metals contamination associated with historical smelting operations.  The I-70/VB Site is listed on the following regulatory databases: CERCLIS, EC, NPL, Superfund Sites and RODS (Pinyon, 2014).

For the purposes of the remedial investigations and remedy development, the I-70/VB site was separated into three operable units (OUs).  The entire Site is located within operable unit 1 (OU1), defined as residential yards within the I-70/VB site with levels of lead or arsenic in soil that present an unacceptable risk to human health.  OU1 constituted the highest priority for the EPA, as it had the highest potential for human exposure to contaminants of concern located in residential yards (Pinyon, 2014).

On July 16, 1997, the CDPHE collected 25 soil samples from the residential yards in the Elyria and Swansea neighborhoods of Denver, situated to the north of the elevated portion of Interstate 70.  The purpose of this sampling was to determine whether a threat to human health existed in the area due to historical smelting operations.  Analysis of the 25 soil samples indicated elevated levels of arsenic, cadmium, and lead.  The discovery of these contaminants prompted further investigation to delineate the extent of arsenic, cadmium and lead present in soils of north Denver.

An extensive soil sampling program was conducted in April 1998 and included the collection of 3,550 samples from parks, schools, and residences in the area.  Vacant lots were not sampled.  All samples were screened for contamination in the field and approximately 10 percent were sent for confirmatory laboratory analyses.  Very low levels of arsenic and lead were detected in the samples from the schools and parks sampled, and removal and replacement of the soil at these properties was not required.  Based on the results of the Phase I and Phase II sampling programs, the United States Environmental Protection Agency (USEPA) determined that residential properties within the I-70/VB site had been impacted by concentrations of arsenic or lead at levels that could present unacceptable health risks to residents with long-term exposures.  On this basis, the USEPA proposed the I-70/VB site for inclusion on the NPL in January 1999, with cleanup levels of 400 parts per million (ppm) for lead and 70 ppm for arsenic.  Anticipating the need for long-term response, USEPA began Phase III remedial investigation activities in August 1998 as removal activities were underway.  Removal activities were completed in 2003 (Pinyon, 2014).

In 2012 and 2013, the EPA embarked on a renewed outreach effort to gain access from property owners to sample the remaining properties within the Superfund boundaries.  All sampling and cleanup where new access agreements could be obtained was concluded by mid- to late- summer and the institutional controls at the remaining properties are now in place (Pinyon, 2014).

**Evaluation of Historical Uses and Potential Recognized Environmental Conditions**
Montclair Outfall
Portions of the Cole, Clayton, and Swansea Neighborhoods
City and County of Denver, Colorado

Page 19
CCD007877



## 4.0    Conclusions

Based on the information obtained and reviewed, the following were identified:

- The location of the Site is in an area historically used for a variety of industrial uses.  It is possible that soils near the surface and subsurface have been impacted by this past use.

- Three smelting plants, Omaha-Grant, Argo and Globe Smelting, operated near the Site from at least the 1870s through the 1950s, refining gold, silver, copper, lead, and zinc.  The areas impacted by these smelting plants are listed on the NPL (i.e., Superfund).  The Site is located within these boundaries. Elevated levels of metals were detected in the soils in the surrounding neighborhoods.  Soil at the Site has not been sampled, but has likely been impacted.

- Two locations of historical urban fills are located within the Site boundaries.  As the disposition of filling is unknown, it is possible that there are chemically impacted soil and/or groundwater, landfill gases (i.e., methane), and RACS present at those locations.

- The historical uses of the Site as a railroad indicates that the surface soils at the Site may be impacted by metals and PAHs.

- The properties located at 4003 Walnut Street, 3900 Williams Street, 3926 Race Street, and 3900 York Street are currently occupied by automotive repair facilities that utilize petroleum products, such as hydraulic oil and other petroleum-based lubricants, and/or solvents, on a routine basis.  It is possible that soils near the surface and subsurface have been impacted by these current uses.

- The properties located at 1300 40th Street, 1705 East 39th Avenue, and 1806 East 40th Avenue, are currently occupied by businesses that manufacture product and potentially utilize petroleum products, such as hydraulic oil and other petroleum-based compounds and lubricants, and/or solvents, in conjunction with the various tooling machines on a routine basis.  It is possible that soils near the surface and subsurface have been impacted by these current uses.

- Based on Pinyon's review of city directories, the Acme Foundry was present at 3954 Williams Street from 1957 through 2012.  This property was not listed within the regulatory database and no information was available for review.  Activities associated with foundries typically include the use of furnaces and metal-making; therefore, these types of properties can be the source of heavy metals, PCBs and PAHs in soil and groundwater.  It is possible that soils near the surface and subsurface have been impacted by these past uses.

- Based on Pinyon's review of city directories and Site reconnaissance, the properties located at 2424 East 40th Avenue and 3883 Monroe Street are occupied by an automotive salvage yard and an automotive and recreational storage yard, respectively.  A known PCE plume is present in the area of the 2424 East 40th Avenue property.  Since Pinyon did not walk these properties, housekeeping practices are unknown. Based on the amount of time that these properties have been present within these locations (18 and 13 years, respectively), it is possible that soils near the surface and subsurface have been impacted by this past use.

Additionally, other off-site facilities were identified that could have releases of regulated materials that impacted groundwater.  However, off-site impacts to groundwater are not likely a project concern, as the depth to construction is not likely to encounter the groundwater.

**Evaluation of Historical Uses and Potential Recognized Environmental Conditions**
Montclair Outfall
Portions of the Cole, Clayton, and Swansea Neighborhoods
City and County of Denver, Colorado
Page 20
CCD007878



In addition, as there may be open trenches to these depths, and soil and/or groundwater may be impacted, subsurface soil vapors may be impacted resulting in potential health and safety issues for workers in subterranean depths.

**Evaluation of Historical Uses and Potential Recognized Environmental Conditions**
Montclair Outfall
Portions of the Cole, Clayton, and Swansea Neighborhoods
City and County of Denver, Colorado

Page 21
CCD007879



## 5.0    Recommendations

Due to the Site history and other information collected during this investigation, liability concerns are present along the majority of the Site.  Depending on the final project alignment, right of way (ROW) development and acquisition plans, several types of additional investigations could be recommended.  These options may include conducting Phase I ESAs, and targeted Phase II ESAs.  Information collected during this assessment may be reutilized in the Phase I ESAs, and used to develop the scope of work for targeted Phase II ESAs in conjunction with advanced project design.

The CCD Executive Order No. 100 *City-Owned and Leased Real Estate:  Acquisition, Disposition, Leasing, and Facility Management, Space Planning and Programming*, provides environmental requirements for acquisition of properties and real estate; the purpose of this Order is to minimize liability to the CCD from the acquisition of contaminated or impaired property.  Based on the Order, the following should be considered as design of this project advances, and more is understood regarding the real estate acquisition needs in the future:

Phase I ESAs:  Should be completed where the CCD would acquire real estate.  A Phase I ESA provides more in-depth environmental review of individual properties, and also offers some liability protections under the Comprehensive Environmental Response, Compensation, and Liability Act (CERCLA).

Targeted Phase II ESAs:  Targeted Phase II ESAs should also be completed where potential impacted properties are proposed for acquisition.  These may be required under two scenarios, as follows:

- *Real Estate Acquisition*:  Should the CCD acquire a property (or portion of a property) with known or suspected environmental issues, a Phase II ESA is recommended.  Depending on the results of investigation, additional work or remediation may be required.

- *Construction Easements or Excavation Areas*:  If the CCD will not take title to the property, it may be necessary to perform limited sampling to address project risks, including worker health and safety, and materials management concerns.  The design of this investigation should consider the exposure pathways of contaminants during and after construction.  Often, the scope of work will be less than that needed to address a real estate acquisition.

If the CCD goals are to complete Phase II ESA work in the near-term (i.e., before the acquisition process is underway), it may be possible to complete some of this work from within existing ROW.  Consideration should be made to complete Phase II ESA field services concurrently during geotechnical evaluations, if anticipated.  Coordination of drilling activities is recommended to reduce project costs, as completing the drilling within the adjacent streets is likely to require coordination of traffic control, permits, utility clearances, etc., and coordination would avoid duplicate drill rig mobilizations.

Due to project liability concerns, a Materials Management Plan should also be prepared and implemented to support future contractors in identifying strategies to property identify and manage contaminated media, and to consider for worker health and safety exposure and mitigation.

**Evaluation of Historical Uses and Potential Recognized Environmental Conditions**
Montclair Outfall
Portions of the Cole, Clayton, and Swansea Neighborhoods
City and County of Denver, Colorado

Page 22
CCD007880