# EXHIBIT 5



**Corporate Headquarters**
9100 West Jewell Avenue Lakewood, CO 80232
TEL 303 980 5200  FAX 303 980 0089
www.pinyon-env.com

November 17, 2016

Revision 1

# Final Soil Investigation Report

## Platte to Park Hill Drainage Project - Montclair and Park Hill Segments East 39th Avenue, East 40th Avenue, and Clayton Street City and County of Denver, Colorado

**Prepared for:**
City and County of Denver, Department of Environmental Health
200 West 14th Avenue, Suite 310
Denver, CO 80204

**Pinyon Project No.:**

1/16-007-05.2106







Corporate Headquarters
9100 West Jewell Avenue, Suite 200   Lakewood, CO  80232
TEL  303 980 5200   FAX  303 980 0089
www.pinyon-env.com

November 17, 2016

Revision 1

# Final Soil Investigation Report

## Platte to Park Hill Drainage Project - Montclair and Park Hill Segments
## East 39th Avenue, East 40th Avenue, and Clayton Street
## City and County of Denver, Colorado

**Prepared for:**

City and County of Denver, Department of Environmental Health
200 West 14th Avenue, Suite 310
Denver, CO 80204

**Pinyon Project No.:**

1/16-007-05.2106

**Prepared by:**

Lindsey Freytag, E.I.T.
Environmental Engineer

**Reviewed by:**

Brian Partington
Principal

## Table of Contents

1.  Introduction and Purpose ............................................................................................................1
    1.1  Development Risks ..............................................................................................................1
    1.2  Study Goals ........................................................................................................................2
2.  Previous Studies and Known Conditions ...................................................................................3
    2.1  Montclair Outfall .................................................................................................................3
    2.2  Park Hill Outfall ..................................................................................................................5
    2.3  Constituents of Concern .....................................................................................................6
3.  Methods .....................................................................................................................................7
    3.1  Drilling ................................................................................................................................7
    3.2  Soil Sampling ......................................................................................................................8
    3.3  Decision Rules ....................................................................................................................9
        3.3.1  Arsenic .......................................................................................................................10
    3.4  Sample Volumes, Container Types, and Preservation ......................................................11
4.  Results .....................................................................................................................................12
    4.1  Site Geology .....................................................................................................................12
    4.2  Soil Results .......................................................................................................................14
        4.2.1  Field Screen Results ..................................................................................................14
        4.2.2  Soil Analytical Results ...............................................................................................16
            4.2.2.1  Composite .........................................................................................................16
            4.2.2.2  Surface Samples ...............................................................................................17
5.  Conclusions .............................................................................................................................25
6.  Recommendations ...................................................................................................................27
7.  Limitations ...............................................................................................................................28
8.  References ...............................................................................................................................29

## Tables

Table 3-1  Sample Volumes, Container Types, and Preservation .......................................................11
Table 4-1  Summary of Site Geology .................................................................................................12
Table 4-2  Field Screening Summary .................................................................................................14
Table 4-3  Summary of Landfill Gas Measurements ..........................................................................16
Table 4-4  Soil Analytical Results Summary ......................................................................................18
Table 4-5  Summary of Soil Exceedances .........................................................................................22

## Exhibits

Exhibit 1  Soil Exceedances, Montclair Outfall ..................................................................................23
Exhibit 2  Soil Exceedances, Park Hill Outfall ...................................................................................24

## Table of Contents (continued)

### Figures

Figure 1a                Project Location- Montclair Outfall

Figure 1b                Project Location- Park Hill Outfall

Figure 2a                Project Area Details- Montclair Outfall

Figure 2b                Project Area Details- Park Hill Outfall

### Appendices

Appendix A      Soil Boring Logs

Appendix B      Soil Analytical Results Tables (Composite, Discrete, and Surface Samples)

    Appendix B-1      Composite samples compared to the 20% decision rule
    Appendix B-2      Composite samples compared to the 25% decision rule
    Appendix B-3      Composite samples compared to the 33% decision rule
    Appendix B-4      Discrete subsurface samples
    Appendix B-5      Discrete subsurface samples for arsenic only
    Appendix B-6      Discrete targeted surface samples

Appendix C      Laboratory Analytical Results



# 1.   Introduction and Purpose

Pinyon Environmental, Inc. (Pinyon), has completed a soil investigation to identify potential environmental concerns in support of the City and County of Denver (CCOD) Platte to Park Hill (P2P) Drainage Project (the project).  The project design consists of new stormwater conveyance structures (buried pipes, culverts, or open channels) and new detention facilities for three discrete areas: The Montclair outfall, Park Hill outfall, and City Park outfall.  This report addresses activities completed for the Montclair and Park Hill outfalls; the City Park outfall will be investigated, reported, and constructed independently of the two other locations, and thus has been reported under separate cover.

The purpose of the drainage improvements is to alleviate flooding issues that currently plague the Project area. The Montclair outfall is located within sections of East 39th Avenue, East 40th Avenue, and Clayton Street Right of Ways (ROW) (Figure 1a); the Park Hill outfall is located within sections of the Dahlia Street, East 39th Avenue, and Forest Street ROW (Figure 1b).  This Soil Investigation Report includes information and details regarding the subsurface drilling and soil sampling that has been completed within the Montclair and Park Hill portions of the Project area; no groundwater monitoring was completed as part of this investigation as planned construction depths are anticipated to be a minimum of 10 feet above the groundwater table.

Pinyon understands that a majority of the Project is to occur within publicly owned ROW; however, portions may exist where property acquisitions or easement may be required.  This report is not designed to aid in the property transaction process; the conclusions contained herein are targeted at managing contractor risk during the design and bid process within ROW.  Property acquisitions will be investigated independently from this investigation, including portions of the project that will occur on private properties (e.g., Coca Cola property).

Throughout the progression of this project, Pinyon has participated in team meetings and public meetings to keep stakeholders informed on the data as it was collected and how it may potentially impact the project goals, schedule, and design. This report supersedes an Interim report that was provided to CCOD stakeholders, and may be considered Final.

## 1.1   Development Risks

The existence of contaminated soil within the P2P project area could present significant risk, including:

- **Ownership liability**: Should the CCOD acquire land that is contaminated, the CCOD could also inherit associated environmental liability and remediation responsibility.

- **Project liability**: Contaminated media may require special management on a short-term basis (e.g., during construction activities), and possibly on a long-term basis (e.g., vapor intrusion, groundwater dewatering and treatment, remediation).  The management of these materials is often based on regulatory and/or exposure pathways for workers or property users. The nature and magnitude of impacts should be carefully evaluated and planned for in order to inform the project design, budget and schedule.  Initiating a project without understanding the environmental liabilities can lead to costly cleanups, contractor change orders, project delays, and exposures to workers, the public and the environment.

Groundwater is not anticipated to be encountered during the construction of this project; the maximum disturbance depths for this project will be approximately 20 feet below ground surface (bgs) and groundwater occurs at depths often greater than 35 feet bgs within the Montclair and Park Hill outfalls project area. Therefore, groundwater is not expected to be a project liability and was not evaluated in this investigation.



## 1.2    Study Goals

The construction of the P2P project is an important project for the CCOD and involves numerous key stakeholders and community leaders.  Advancement of the *Platte to Park Hill: Stormwater Systems* master plan is the fundamental goal of the services presented in this investigation, with an emphasis placed on providing information that can be easily and seamlessly incorporated into the project planning efforts, particularly as they relate to the potential liabilities noted above.  The following is a summary of the study goals of this investigation:

• Evaluate historical land use information to identify potentially contaminated media to help the CCOD identify ownership and project liabilities.

• Provide information to better inform proposers and bidding contractors of the potential environmental risks involved with the construction of the project to facilitate concise bids, assignment of responsibility, and to allow contractors and project personnel to make informed decisions that are protective of human health and the environment.

• Provide data that can help streamline and enhance the planning and design in regards to the need for future environmental studies (e.g., Phase I Environmental Site Assessment [ESA] reports for discrete acquisitions).

• Provide analytical data to evaluate whether impacts to soil occurred as a result of historical or current land uses and activities that occurred within or adjacent to the project area.  These data will be compared to state and federal promulgated standards as part of this evaluation (see Section 3.3).



## 2.    Previous Studies and Known Conditions

As part of the preliminary investigation for this project, Pinyon completed an evaluation of historical and current uses to identify potential recognized environmental conditions (RECs)[1] for the Montclair and Park Hill project areas; the results of the evaluation were compiled into separate reports for each area (Pinyon, 2016a; Pinyon, 2016b).  Given the historical and current uses throughout the corridor, a number of RECs were identified for the Montclair and Park Hill Outfalls.  This subsurface investigation was completed to evaluate the presence and extent of impacts resulting from the identified RECs, and to provide information on the potential for these RECs to impact project and contractor liability during the construction phase of the project.  The previously completed assessments were not meant to provide liability protection during property transactions; it is anticipated that additional environmental assessment work would be required where the CCOD identifies a need for property acquisitions.

The results of these previous evaluations were used to inform the locations of soil borings (Figures 2a and 2b).  Summaries of the identified RECs for each outfall are provided below.

## 2.1    Montclair Outfall

Based on the evaluation of reasonably attainable information regarding the Montclair Outfall project area, the following RECs were identified and are considered to have a high potential to impact the Project area:

- The presence of the Vazquez and I-70 NPL site is considered a REC in association with the Montclair project area.  The operation of three smelting plants, Omaha-Grant, Argo, and Globe Smelting, from at least the 1870s through the 1950s resulted in elevated levels of metals in soils in the areas surrounding the plants.  Portions of the Project area are located within the recognized boundaries of the impacted area and soil within the Project area, particularly near the surface, may have been impacted.

- The presence of two historical urban fills within the Montclair Outfall project area are considered a REC.  As the composition of filling is unknown, it is possible that there are chemically impacted soil and/or groundwater, landfill gases (i.e., methane), and Regulated Asbestos-Contaminated Soils (RACS) present at those locations.  Excavation is planned to occur within the boundaries of both urban fill areas and could uncover fill debris and impacted soil.

- The presence of a historical railroad within the Montclair Outfall project area is considered a REC in association with the Project area.  The historical uses of the Site as a railroad indicates that the surface soils at the Site may be impacted by metals and Polycyclic aromatic hydrocarbons (PAHs).

The following properties are considered RECs in regards to ownership liability but are considered to have a low potential to impact the Project area due to the discrete location of potentially impacted media (e.g. soil) and low potential for impacted media to migrate into the Project area.

- The properties located at 4003 Walnut Street, 3900 Williams Street, 3926 Race Street, 3900 York Street, and 3600 East 40th Avenue are currently or were formerly occupied by automotive repair facilities that utilize petroleum products, such as hydraulic oil and other petroleum-based lubricants, and/or solvents, on

---

[1] Recognized environmental conditions (RECs) are defined conditions by ASTM as the presence or likely presence of any hazardous substances or petroleum products in, on or at a property: (1) due to release to the environment; (2) under conditions indicative of a release to the environment; or (3) under conditions that pose a material threat of a future release to the environment.  This definition does not include *de minimis* conditions that do not present a threat to human health or the environment and that would not be the subject to an enforcement action if brought to the attention of appropriate environmental agencies.



a routine basis.  It is possible that soils near the surface and subsurface have been impacted by these current uses.

- The property located at 2300 East 40th Avenue was identified as a former automotive fueling station.

- The property located at 2424 East 40th Avenue was identified as a former transformer production or handling facility and a power generator plant; this property is potentially associated with the use of electrical transformers, Polychlorinated biphenyls (PCBs), solvents, or lubricants.

- The properties located at 1300 40th Street, 2300 East 40th Avenue, and 1705 East 39th Avenue are currently occupied by product manufacturing businesses that may potentially utilize petroleum products, such as hydraulic oil and other petroleum-based compounds and lubricants, and/or solvents, in conjunction with the various tooling machines on a routine basis.  It is possible that soils near the surface and subsurface have been impacted by these current uses.

- Based on Pinyon's review of city directories, the Acme Foundry was present at 3954 Williams Street from 1957 through 2012.  This property was not listed within the regulatory database and no information was identified for review.   Additionally, the property at 1806 East 40th Avenue was identified as a steel fabrication facility.  Activities associated with foundries typically include the use of furnaces and metal-making; therefore, these types of properties can be the source of heavy metals, PCBs, and PAHs in soil and groundwater.  It is possible that soils near the surface and subsurface have been impacted by these past uses.

- Based on Pinyon's review of city directories and Site reconnaissance, the properties located at 2424 East 40th Avenue, 3883 Monroe Street, and the lot located on the southwest corner of the intersection of Steele Street and East 39th Avenue are occupied by automotive salvage yards.  A known PCE plume is present in the area of the 2424 East 40th Avenue property. PCE concentrations are within groundwater standards and the offsite source was not identified.  Based on the amount of time that these properties have been present within these locations (18, 13 years, and unknown, respectively), it is possible that soils near the surface and subsurface have been impacted by this past use.

The following properties were identified as Historical RECs (HRECs)[2] in association with the Project area: 3930 Blake Street, 1335 40th Street, 2000 East 40th Avenue, 3825 York Street, 3840 York Street, 2551 East 40th Avenue, 4200 Garfield Street, 3755 East 40th Avenue, 3601 East 39th Avenue, 3600 East 40th Avenue, 3770 East 40th Avenue, 3601 East 39th Avenue, 3899 Jackson Street, and 4200 Garfield Street.  These facilities are all upgradient or adjacent to the Project area with a history of leaking underground storage tank (LUST) events that have received a No Further Action (NFA) designation from the Division of Oil and Public Safety (OPS). Impacts to soil would likely be contained within the property boundaries and would not likely be encountered during Project work.  Additionally, groundwater is unlikely to be encountered during the Montclair Outfall Project work.  The potential for these facilities to impact the Project area is considered low.

---

[2] A historical recognized environmental condition (HREC) is defined by ASTM as a past release of any hazardous substance or petroleum products that has occurred in connection with the property and has been addressed to the satisfaction of the applicable regulatory authority or meeting unrestricted use criteria established by a regulatory authority, without subjecting the property to any required controls.  This definition does not include *de minimis* conditions that do not present a threat to human health or the environment and that would not be the subject to an enforcement action if brought to the attention of appropriate environmental agencies.



## 2.2    Park Hill Outfall

Based on the evaluation of reasonably attainable information regarding the Project area, the following RECs were identified and are considered to have a high potential to impact the Project area:

- The presence of a historical railroad within the Project area is considered a REC in association with the Project area.  The historical uses of the Project area as a railroad indicates that the surface soils at the Project area may be impacted by metals and PAHs.  There are two discrete areas where the railroad crossed through the study area; the railroad did not occupy a large portion of the study area (Figure 2).

- The presence of the Park Hill Golf Course within the Grading and Detention area located to the west of Dahlia Street is considered a REC in association with the Project area.  This property has been operated as a golf course for at least 78 years and potentially utilized pesticides and herbicides for maintenance and upkeep of the golf course grounds during its operation.

The following properties are considered RECs in regards to ownership liability but are considered to have a low potential to impact the Project area due to the discrete location of potentially impacted media (e.g. soil) and low potential for impacted media to migrate into the Project area.

- The following properties were identified as former dry cleaners or associated with uses including commercial fabric cleaning: 5200 East Smith Road and 4001 Holly Street.  Properties identified as former dry cleaners or fabric cleaners often utilize chlorinated solvents in the cleaning process and therefore generate hazardous solvent wastes.

- The following properties were identified as former or current facilities where commercial printings processes may have been utilized: 4040 Dahlia Street, 4000 Dahlia Street, 3885 Forest Street, 5180 East Smith Road, 5200 East Smith Road, 5355 East 39th Avenue, 5138 East 39th Avenue, 4940 East 39th Avenue, and 5105 East 41st Avenue.  Commercial printing facilities may have utilized chlorinated and non-chlorinated solvents in conjunction with various machinery and presses utilized in the lithographic printing processes.  Former printing facilities that were identified during the historical city directory review lack a regulatory history to indicate what site activities and housekeeping practices were in place while these facilities were operating.  It is possible that soils near the surface and subsurface may have been impacted by this past use and contamination exists within the groundwater beneath the property; however, groundwater is unlikely to be encountered.

- The following facilities were identified as repair shops, former shipping or transportation facilities, former manufacturing facilities and other facilities where heavy, automated machinery could have been used: 3890 Dahlia Street, 4000 Forest Street, 3885 Forest Street, 5155 East 39th Avenue, 5138 East 39th Avenue, 5035 East 39th Avenue, and Grape Street and East 39th Street Intersection.  These are types of property uses that potentially utilized petroleum products, such as hydraulic oil and other petroleum-based compounds and lubricants, and/or solvents, in conjunction with the various machine, vehicle, or aircraft maintenance and fueling.  Facilities identified where aircraft may have been staged, stored, and/ or maintained were especially prominent within the Project vicinity, this type of facility use may have involved storage and use jet fuel.  These facilities may also have resulted in PAH and petroleum impacted surficial and shallow sub-surficial soils associated with the use of heavy machinery (e.g. automotive vehicles and automated equipment).

- The following properties were identified as former manufacturing or production facilities: 4155 Forest Street, 5055 East 39th Avenue, 5005 East 39th Avenue, 3888 Forest Street, 5035 East 39th Avenue, and 4941 East 39th Avenue.  Activities associated with manufacturing processes often include heavy machinery operation and the use of petroleum-based compounds and lubricants, and/or solvents.  Types of

**Final Soil Investigation Report**
Platte to Park Hill Drainage Project
East 39th Avenue, East 40th Avenue, and Clayton Street

Page 5



manufacturing processes identified within the Project area included furniture manufacturing, leather fabrication, steel manufacturing, and various chemical manufacturing (i.e. paints and varnishes, household cleaning chemicals, and commercial cleaning chemicals).

- The properties at 5155 East 39th Avenue and 5138 East 39th Avenue were identified as having former uses where metal production or manufacturing may have occurred; these operations may have included the use of furnaces and metal-making processes that could have been a source of heavy metals, PCBs, and PAHS impacts to soil and groundwater.

- The following properties were identified as former power or electric companies: 3955 Forest Street and 5390 East 39th Avenue.  These facilities may have potentially been associated with electricity production or distribution, the use of electrical transformers, PCBs, lubricants, or solvents.

Based on the information obtained and reviewed, the following facilities were identified as HRECs in regards to ownership liability due to the NFA status of a LUST event: 5200 East Smith Road; 5055 East 39th Avenue; 5260 East 39th Avenue; and 5395 East 39th Avenue.  However, groundwater is unlikely to be encountered during the Park Hill Outfall Project work and the potential for these properties to impact the Project are considered low.

## 2.3    Constituents of Concern

Constituents of concern were identified based on historical operations as previously described, which included a variety of heavy industrial uses.  The following constituents of concern were identified (appropriate analytical methods for each parameter are included in Section 3.2):

- Volatile organic compounds (VOCs)

- PAHs

- PCBs

- Heavy metals (total Resource Conservation and Recovery Act [RCRA] eight metals and lead by the Toxicity Characteristic Leaching Procedure [TCLP])

- Pesticides and Herbicides, at the location where a detention facility is proposed at the Park Hill Golf Course

As the purpose of this investigation is also to provide data to inform disposal and material management methods, the above parameters will also be useful for waste characterization purposes.  PCB analysis will be utilized for waste characterization purposes as this information is typically required for landfill disposal; therefore, only composite samples were submitted for PCB analysis unless the composite sample exceeds the decision rules as described in Section 3.3.



# 3.   Methods

## 3.1   Drilling

Geotechnical and environmental drilling were conducted concurrently as part of the preliminary design for this project in order to avoid duplicative drilling efforts.   Where geotechnical and environmental interests overlapped, Yeh and Associates (Yeh) coordinated the drilling efforts; these included a total of 24 borings. Pinyon also contracted some of the drilling, utilizing Vista GeoScience (Vista) to advance nine direct-push borings at various locations.  A total of 33 borings were drilled to support this investigation.

The methodology utilized in this investigation is summarized below:

- Prior to starting field activities, Pinyon prepared a site-specific Health and Safety Plan (HASP) which identified potential health and safety hazards as well as accident prevention methods.

- Where geotechnical and environmental borings overlapped, Yeh coordinated the drilling efforts.  Yeh contracted Dakota Drilling (Dakota) to advance borings utilizing the Hollow-Stem Auger method.  For environmental-only borings, Pinyon contracted Vista to advance borings utilizing direct-push methods. The split spoon sampling method was used for the hollow-stem augured borings, and continuous sampling from plastic sleeves was utilized for the direct-push borings.

- Upon the conclusion of this subsurface investigation, a total of 33 borings were completed within the Project area.  The location of these borings for environmental analysis were selected based on the RECs identified in the REC reports (Section 2) in order to evaluate how they might impact project/contractor liability and risk throughout the course of the project.

  o A total of 24 soil borings were completed by Dakota with the Hollow-Stem Auger method for the geotechnical and environmental combined borings. These borings were advanced to a depth of 30' bgs and are identified by a boring name that includes 'YA' in the beginning.

  o A total of nine borings (seven within the Montclair outfall and two within the Park Hill outfall) were completed by Vista using the Direct Push method for environmental only borings. These borings were advanced to total depths of 20' bgs and are identified with 'SB' followed by a two-digit numerical ID (e.g., SB01).

- Several borings completed within the roadway by Pinyon were hand augured to five feet below ground surface (bgs) to ensure shallow utility clearance at the discretion of the field personnel and the drilling team.  These borings include SB02, SB03, and SB04.  During field activities, an appropriate location for the potential boring SB08 could not be drilled based on traffic control issues and utilities within the subsurface; this anticipated boring location was excluded from the sampling program.

- The drilling subcontractors were responsible for acquiring the appropriate Street Cut Permits and securing traffic control plans.

- For the nine borings contracted to Vista, Pinyon contacted the Utility Notification Center of Colorado (UNCC) to mark public buried underground utilities in areas proposed for subsurface investigation activities. Yeh was responsible for coordinating all drilling efforts, including utility clearance, traffic control, and all appropriate permitting, for the 24 completed borings.

- After samples for geotechnical and environmental analysis were collected, all borings were backfilled with the original soil cuttings, therefore eliminating the generation of investigation-derived waste (IDW).



## 3.2    Soil Sampling

Soil sampling was completed in general conformance with Pinyon's Proposal and Work Plan dated April 16, 2016.

The following methodologies for soil sample collection were utilized:

- Soil samples for the direct-pushed borings were collected in plastic sleeves on a continuous basis. Soil samples, for the hollow-stem auger borings, were collected using a split spoon sampler. The soil cores were visually described according to the Unified Soil Classification System (USCS) and information regarding subsurface conditions were recorded on boring logs for each boring (Appendix A). The split spoon sampler was decontaminated between sampling intervals using a liquinox solution, followed by a tap-water rinse. Single-use plastic sleeves were used for continuous sampling in direct-push borings.

- Soil samples collected during drilling were field screened for non-specific VOCs using a photoionization detector (PID) and the headspace technique, in accordance with Pinyon's Standard Operating Procedures (SOPs). Pinyon utilized a PID equipped with a 10.6 eV lamp. In the headspace technique, a portion of the soil sample is placed in a "zip-lock" bag, which is sealed and placed in a warm area to promote volatilization. After a period of time, the PID is inserted into the headspace of the bag, and a reading is obtained. This reading was recorded on the boring log. A portion of those samples were field screened were also be placed in a zip-lock bag, with headspace removed, labeled, and placed on ice in a cooler for potential laboratory analysis.

- <u>Composite soil samples</u> were collected from each boring, beginning from the five-foot sample interval and included aliquots from every sample interval from between five feet and 20 feet bgs (e.g., shallow surface soils from zero to 1.5 were not included in the composite samples when they were required to be collected). The interval aliquots were mixed in a ziplock bag that was sealed without a headspace for several minutes to create a homogenous mixture of all the intervals. A total of 32 composite soil samples were submitted for the following analytes:

  o   VOCs by Environmental Protection Agency (EPA) Method 8260

  o   Total RCRA eight metals by EPA methods SW6010B and SW7471A

  o   Lead by the TCLP

  o   PAHs using EPA method SW8270SIM

  o   PCBs by EPA method 8082 for waste characterization purposes.

- <u>Discrete soil samples</u> were collected every five feet, starting at the five-foot depth. Duplicates of each "discrete" sample (e.g., samples collected at 5, 10, 15 and 20 feet) were placed in laboratory-supplied containers, submitted to the laboratory, and placed on "hold" for potential discrete analysis in the event that the composite samples indicate results that exceeded a relative percentage of the EPA Regional Screening Levels. A total of nine discrete samples were collected and analyzed for one or more of the above analytes, depending on the results of the composite samples.

- <u>Shallow surface samples</u> were collected from zero to 1.5-foot feet bgs (1.5 feet was the length of the split-spoon sampler) in every third boring; in borings with an asphalt layer, the sample was collected from beneath the asphalt (until an approximate depth of 2.5 feet bgs). Shallow surface samples were submitted to Origins for laboratory analysis of the following parameters noted above.



- Park Hill Golf course samples were collected from two borings (YA-B1 and YA-B2) from within the Park Hill Golf Course. Due to past uses, analysis of these samples for the analytes noted above, as well as herbicides (by EPA Method 8151A) and pesticides (by EPA Method 8081B) was completed.

- Soil samples were labeled with the boring name and the interval from which they were collected. No interval was designated for composite samples, as the entire vertical depth was included in these samples. As an example, sample "YA-ML-1(0-1.5)" indicates a surface sample was collected from zero to 1.5 feet below the ground surface from boring YA-ML-1; sample "YA-ML-1" indicates the composite sample collected from the boring of the same name.

- At the discretion of the Pinyon field personnel, the "Looks Bad, Smells Bad" rule was used to select discrete sample intervals for immediate analysis in lieu of a composite sample for the boring where elevated PID measurements were recorded or visual/olfactory conditions indicative of potential impacts were observed. In this event, the discrete sample was submitted for analysis from the adjacent sample intervals (i.e., the intervals above and below the interval with suspected impacts) on hold pending the results of the impacted discrete sample to assist in delineating the extent of impacts should impacts be identified.

For discrete sample interval where insufficient soil volumes to fill the required sample containers were recovered, the laboratory was directed to prioritize analyses in the following order:

1. VOCs

2. RCRA eight metals

3. PAHs

4. Lead by TCLP

## 3.3    Decision Rules

EPA Regional Screening Levels (RSLs) for residential and industrial soil were used to evaluate soil concentrations. EPA Residential RSLs (RRSLs) are typical soil concentrations that would be considered appropriate for reuse in residential areas and are more stringent than the EPA Industrial RSLs (IRSLs), which are soil concentrations that would be considered appropriate for reuse in commercial and industrial areas. As the purpose of this analysis is to evaluate the risk to contractors that may result from any displaced media, these screening levels can help guide material management and disposal decisions.

Composite and discrete samples were collected from every boring. The composite samples were submitted to Origins for immediate analysis, while the discrete samples from every five-foot interval were placed on hold pending the results of the analysis of the composite samples. This section outlines the decision criteria used to evaluate whether additional analysis of the discrete samples was warranted.

Borings advanced using the Hollow Stem Auger method (Yeh borings): Each composite sample was comprised of four aliquots collected from each discrete sample interval (e.g. approximately 5 feet bgs, 10 feet bgs, 15 feet, bgs, and 20 feet bgs). Therefore, results from the composite sample analyses were evaluated against 25% of the applicable EPA RSLs or other screening criteria. In the event that the composite results exceeded this 25% action level, the remaining discrete samples from that boring were submitted for analysis of the analytes that exceeded the action level.

Borings advanced using the Hollow Stem Auger method (Yeh borings): Each composite sample was comprised of four aliquots collected from each discrete sample interval (e.g. approximately 5 feet bgs, 10 feet bgs, 15 feet, bgs, and 20 feet bgs). Therefore, results from the composite sample analyses were evaluated against 25% of the applicable EPA RSLs or other screening criteria. In the event that the composite results exceeded this 25%



action level, the remaining discrete samples from that boring were submitted for analysis of the analytes that exceeded the action level.

<u>Borings collected from the Park Hill Golf Course</u>: Each composite sample was comprised of five aliquots collected from each discrete sample interval (e.g. approximately 1 foot bgs, 5 feet bgs, 10 feet, 15 feet, bgs, and 20 feet bgs). Therefore, results from the composite sample analyses were evaluated against 20% of the applicable EPA RSLs or other screening criteria. In the event that the composite results exceeded this 20% action level, the remaining discrete samples from that boring were submitted for analysis of the analytes that exceeded the action level.

<u>Borings advanced using the Direct Push method (Pinyon borings)</u>: Each composite sample was comprised of three aliquots collected from continuous, five-foot sample sleeve beginning at five feet bgs (e.g. approximately the five to 10-foot interval, 10 to 15-foot interval, and 15 to 20-foot interval). Therefore, results from the composite sample analyses were evaluated against 33% of the applicable EPA RSLs or other screening criteria. In the event that the composite results exceeded this 33% action level, the remaining discrete samples from that boring were submitted for analysis of the analytes that exceeded the action level. SB01 is an exception to this and was evaluated against the 25% decision rule, as soils from the surface sample were included in the composite thus creating a four-point composite sample.

### 3.3.1   Arsenic

In Colorado, arsenic occurs naturally, and often at concentrations greater than the RSLs. Due to this, the Colorado Department of Public Health and Environment (CDPHE) released guidance related to evaluating arsenic concentrations in soil (CDPHE, 2011a). The guidance is based on the collection of over 2,700 samples from 44 counties in Colorado. The average concentration of arsenic in soils based on this sampling was 11 milligrams per kilogram (mg/kg). This value was generally used for screening arsenic, particularly for the Park Hill Outfall.

The Montclair Outfall is located within the impacted area of the former I-70 Vasquez Boulevard Smelting Plant, referred to as the I70/VB Site. This listing is part of a larger Superfund Site comprising approximately four and one-half square miles, due to metals contamination associated with historic smelting operations. For the purposes of the remedial investigations and remedy development, the I70/VB site was separated into three operable units (OUs). The Montclair Outfall is located within operable unit 1 (OU1), defined as residential yards with concentrations of lead or arsenic in soil that present an unacceptable risk to human health. OU1 constituted the highest priority for the EPA, as it had the highest potential for human exposure to contaminants of concern located in residential yards.

On July 16, 1997, the CDPHE collected 25 soil samples from the residential yards in the Elyria and Swansea neighborhoods of Denver, situated to the north of the elevated portion of Interstate 70. The purpose of this sampling was to determine whether a threat to human health existed in the area due to historical smelting operations. Analysis of the 25 soil samples indicated elevated levels of arsenic, cadmium, and lead were present. The discovery of these contaminants prompted further investigation to delineate the extent of arsenic, cadmium and lead present in soils of north Denver.

An extensive soil sampling program was conducted in April 1998 and included the collection of 3,550 samples from parks, schools, and residences in the area. All samples were screened for contamination in the field and approximately 10 percent were sent for confirmatory laboratory analyses. Very low levels of arsenic and lead were detected in the samples from the schools and parks sampled, and removal and replacement of the soil at these properties was not required. Based on the results of the Phase I and Phase II sampling programs, the United States Environmental Protection Agency (EPA) determined that residential properties within the I70/VB site had been impacted by concentrations of arsenic or lead at levels that could present unacceptable health risks to residents with long-term exposures. On this basis, the EPA proposed the I70/VB site for inclusion on



the NPL in January 1999 and with cleanup levels of 400 mg/kg lead and 70 mg/kg arsenic. The EPA's lead cleanup level is currently the same as the RRSL for lead.

As there are potential near-surface impacts related to arsenic within the Montclair Outfall project area, a hybrid arsenic value of 11/70 mg/kg has been incorporated into this report.

## 3.4    Sample Volumes, Container Types, and Preservation

Sample volumes, container types, and preservation are addressed in Table 3-1 below.  Per conversation with Origins, four – 4-ounce glass jars would provide sufficient sample volume to perform all five analyses. Therefore, only four glass jars were collected for the composite samples.  The same sample volume (four – 4-ounce glass jars) was also collected for discrete sample which only required four analysis parameters (VOCs, RCRA 8, PAHs, and TCLP-lead).

**Table 3-1    Sample Volumes, Container Types, and Preservation**

| Parameter | Analytical Method/Sample Medium | Number – Sample Volume and Container Type | Preservation | Holding Time* |
|---|---|---|---|---|
| **Soil** | | | | |
| VOCs | 8260B | One - 4-ounce glass jars | ≤4°C | 14 days |
| RCRA 8 Metals | 6010/7471 | One - 4-ounce glass jar | ≤4°C | 6 months |
| PAHs | 8270SIM | One - 4-ounce glass jar | ≤4°C | 14 days |
| Lead | TCLP | One - 4-ounce glass jar | ≤4°C | 6 months |
| PCBs | 8015 | One - 4-ounce glass jar | ≤4°C | 14 days |

\*   *Holding times begin from the time of sample collection in the field.*
\*\* *Sample volume determined by laboratory standards.*
*L – Liter*
*mL – milliliter*



# 4.    Results

## 4.1    Site Geology

Soil boring locations are presented on Figures 2a and 2b; the following table provides a summary of the observed materials. Detailed boring logs are provided in Appendix A. As the investigation is only concerned with characterizing material that will be encountered during construction, environmental samples for laboratory analysis were only collected from depths 20 feet bgs or shallower; however, soil samples collected beyond 20 feet were still field screened with the PID using the headspace technique.

**Table 4-1      Summary of Site Geology**

| Street Name | Boring ID (Figures 2a and 2b) | Total Depth of Boring (feet bgs) | Soil Description | Depth to Groundwater* |
|---|---|---|---|---|
| **Montclair Outfall** | | | | |
| 40th and 39th Streets between Blake and about High Streets | SB01 | 20.0 | Silty sand with intermittent clay, sand and gravel | NA |
| | SB02 | 20.0 | Intermittent silty sand, sand, and clay | NA |
| | YA-40F-1 | 30.5 | Silty sand with interbedded clay | NA |
| | SB03 | 20.0 | Silty sand with clayey sand and well-graded sand | NA |
| | SB04 | 20.0 | Silty sand with limited well-graded sand and sandy clay | NA |
| | SB05 | 20.0 | Silty sand and well-graded sand and gravel | NA |
| Greenway along East 39th Avenue between York Street and Steele Street | YA-39G-1 | 35.5 | Lean to fat clays with intermittent layers of silt and sand | 33.0 |
| | YA-39G-2 | 30.0 | Layers of silty sand with gravel and sandy clay with gravel | NA |
| | YA-39G-3 | 30.5 | Silty sand with gravel | NA |
| | YA-39G-5 | 30.5 | Layers of silty sand with gravel, sandy clay, and clayey sand with gravel | NA |
| | YA-39G-7 | 45.5 | Layers of silty sand with gravel and sandy clay, with intermittent clay lenses | 38.0 |
| | YA-39G-9 | 30.5 | Layers of silty sand with gravel and clayey sand with clay lenses, | NA |
| "Market Lead" Section | YA-ML-1 | 35.5 | Layers of silty sand, clayey sand, and sandy clay | 35.0 |
| | YA-ML-2 | 30.5 | Layers of clayey sand, sandy clay, and silty sand | NA |
| | YA-ML-4 | 45.5 | Layers of silty sand and sandy clay | 45.0 |
| | YA-ML-5 | 30.5 | Layers of silty sand, sandy clay, and poorly graded sand | NA |
| | SB06 | 20.0 | (Note: boring located on E. 39th Ave. proximate to Market Lead.) Silty sand grading into sandy clay | NA |
| East 40th Avenue | YA-40-3 | 29.0 | Layers of silty sand fill, silty sand with gravel, and sandy clay with gravel | NA |
| | SB07 | 20.0 | Silty sand with some cobble grading into sandy clay | NA |

**Final Soil Investigation Report**
Platte to Park Hill Drainage Project
East 39th Avenue, East 40th Avenue, and Clayton Street

Page 12



| Street Name | Boring ID (Figures 2a and 2b) | Total Depth of Boring (feet bgs) | Soil Description | Depth to Groundwater* |
|---|---|---|---|---|
| **Park Hill Outfall** | | | | |
| Forest Street | YA-F-1 | 40.5 | Layers of silty sand with clay lenses and gravel, poorly graded sand, silty sands with intermittent gravels and clay lenses | 40.0 |
| | YA-F-2 | 30.5 | Silty sand and clayey sand fill layer, with poorly graded sand with gravel and clayey sand with clay lenses | NA |
| | YA-F-4 | 40.5 | Layers of interbedded sand and clay fill, silty sand fill, poorly graded sand, and intermittent clay lenses | 39.0 |
| | YA-F-5 | 30.5 | Layers of sand and clay fill, poorly graded sand, and sandy clay | NA |
| Dahlia Street | YA-D-1A | 35.5 | Layers of silty sand fill, clayey sand with trace gravel, poorly graded sand with clay lenses, silty sand with trace gravel, and silty sand | 35.0 |
| | YA-D-2A | 30.5 | Layers of sand and clay fill, and poorly graded sand with clay lenses and gravel, | NA |
| East 39th Avenue | YA-39E-2 | 40.5 | Well graded sand with gravels, with layers of sandy clay | 40 |
| | YA-39E-3 | 30.5 | Layers of silty sand and clayey sand, with trace amounts of gravel. | NA |
| | YA-39E-4 | 30.5 | Silty sand with clay lenses and layers of sandy clay | NA |
| | YA-39E-5 | 30.5 | Layers of silty sand with trace gravels and clayey sand | NA |
| | SB09 | 20.0 | Silty sand with interbedded clayey sand and well-graded sand | NA |
| | SB10 | 20.0 | Silty sand, grading into sandy clay, grading into well-graded sand | NA |
| Park Hill Golf Course | YA-B1 | 40.0 | Silty sand grading into clay sand; possible fill to a depth of five feet as evidenced by presence of concrete fragments | NA |
| | YA-B2 | 30.0 | Silty sand grading to poorly graded sand with clay | NA |

Notes:
*bgs - below ground surface*
*\*Depth to Groundwater measurements were only obtained in borings that were specifically advanced until groundwater was encountered, this was done in five borings (as determined by Yeh solely for the purpose of evaluating the groundwater level, not for characterization purposes).*
*NA- indicates no measurement was obtained because the boring was not advanced past the 30 feet bgs and therefore, groundwater was not encountered.*

**Final Soil Investigation Report**
Platte to Park Hill Drainage Project
East 39th Avenue, East 40th Avenue, and Clayton Street

Page 13



## 4.2    Soil Results

### 4.2.1    Field Screen Results

Field observations are summarized in the following table (Table 4-2).  PID measurements were collected for each split spoon sample interval from the surface to 30 feet bgs (i.e. including the shallow surface interval, where applicable, and soil samples from the 20 to 30-foot interval).  The range measured for each soil boring is presented below.  Soil borings logs were provided by Yeh, which have more detailed field observations, and can be found in Appendix A.

**Table 4-2        Field Screening Summary**

| Street Name | Boring ID (Figures 2a and 2b) | Soil Boring PID Measurement Range (ppm) | Observed Condition |
|---|---|---|---|
| **Montclair Outfall** | | | |
| 40th and 39th Streets between Blake and about High Streets | SB01 | 0.5-0.9 | Possible coal/fill material observed at 1.5 feet bgs. |
| | SB02 | 0.5-0.9 | No odor or staining. |
| | YA-40F-1 | 1.3-2.0 | Slight odor at 14.5-15.5 feet bgs. |
| | SB03 | 1.9-2.0 | No odor or staining. |
| | SB04 | 2.7-2.8 | No odor or staining. |
| | SB05 | 2.1-2.2 | No odor or staining |
| Greenway along East 39th Avenue between York Street and Steele Street | YA-39G-1 | 8.6-13.3 | Trash and organic material from 0-0.5 feet bgs. No odor or staining. |
| | YA-39G-2 | 2.3-9.4 | No odor or staining. |
| | YA-39G-3 | 3.1-8.1 | No odor or staining. |
| | YA-39G-5 | 0-1.25 | No odor or staining. |
| | YA-39G-7 | 0-1.5 | No odor or staining. |
| | YA-39G-9 | 0-1.0 | No odor or staining. |
| "Market Lead" Section | YA-ML-1 | 0-0.1 | Rust colored staining from 22-30.5 feet bgs, no odor. |
| | YA-ML-2 | 0.1-1.1 | Rust colored staining from 22-29 feet bgs, no odor. |
| | YA-ML-4 | 1.1-13.3 | Rust colored staining from 10.0-10.5 and 45-45.5 feet bgs.  Strong odor was observed.  Soil from the 9.5 to 11-foot interval was submitted for laboratory analysis in lieu of a composite sample. |
| | YA-ML-5 | 0.2-2.8 | Trash and organic roots from 0-2.5 feet bgs, rust colored staining from 30-30.5 feet bgs. no odor. |
| | SB06 | 1.4-1.5 | No odor or staining. |
| East 40th Avenue | YA-40-3 | 1.0-3.2 | Silty sand fill from 0-12 feet bgs with some construction debris, rust colored staining from 24-29 feet bgs, no odor. |
| | SB07 | 1.4-3.2 | No odors or staining |
| **Park Hill Outfall** | | | |
| Forest Street | YA-F-1 | 0.6-2.0 | Rust colored staining from 30-40.5 feet bgs, no odor. |
| | YA-F-2 | 1.4-2.3 | Silty sand fill from 0.3-2.5 feet bgs, rust colored staining from 28.5- 30.5 feet bgs, no odor. |
| | YA-F-4 | 1.0-2.7 | Interbedded sand and clay fill from 0.4-5 feet bgs, black staining with no odor at 9.75 feet bgs, rust colored staining from 30.1-40.5 feet bgs. no odor. |



| Street Name | Boring ID (Figures 2a and 2b) | Soil Boring PID Measurement Range (ppm) | Observed Condition |
|---|---|---|---|
| | YA-F-5 | 0.3-1.5 | Interbedded sand and clay fill from 0.4-11 feet bgs, rust colored staining from 29.5-30.5 feet bgs. black staining with no odor at 10.0 feet |
| Dahlia Street | YA-D-1A | 2.1-25.1 | Silty sand fill from 0.4-4 feet bgs, rust colored staining from 30-35.5 feet bgs, no odor. |
| | YA-D-2A | 0.7-4.4 | Interbedded sand and clay fill from 0.4-10 feet bgs, no odor. |
| East 39th Avenue | YA-39E-2 | 1.8-4.1 | Interbedded sand and clay fill from 0.4-4 feet bgs, no odor. |
| | YA-39E-3 | 0.4-3.6 | Clayey sand fill and rust colored staining from 0.4-9.5 feet bgs, rust colored staining from 30-30.5 feet bgs, no odor. |
| | YA-39E-4 | 0.7-2.2 | Silty sand fill from 0.4-4 feet bgs, rust colored staining from 28-30.5 feet bgs, no odor. |
| | YA-39E-5 | 1.0-6.5 | Silty sand fill from 0.4-4 feet bgs, rust colored staining from 29-30.5 feet bgs, no odor. |
| | SB09 | 2.5-4.4 | No odors or staining. |
| | SB10 | 2.5-3.5 | No odors or staining. |
| Park Hill Golf Course | YA-B1 | 0.0 | No odors or staining; concrete pieces indicating presence of fill observed at 4.5 feet. |
| | YA-B2 | 0.0 | No odors or staining. |

*Notes:*
*bgs = below ground surface        PID = photoionization detector        ppm = parts per million*

Downhole landfill gases (Table 4-3) were measured for borings that were located in proximity to or within the boundaries of suspected urban fill areas. The following landfill gas parameters were collected using a Landtech Gem 5000: methane ($CH_4$); oxygen ($O_2$); carbon dioxide ($CO_2$) in % volume; and hydrogen sulfide ($H_2S$) and carbon monoxide (CO) in parts per million (ppm). The following landfill gas parameters were collected using a QRAE Four-gas Meter: Oxygen (% by volume), Hydrogen Sulfide (% by volume), Carbon Monoxide (ppm), and Methane (as % LEL). The Landtech Gem 5000 was used for borings in the "Market Lead" Segment and a QRAE Four-gas Meter was used for the borings within the East 39th Avenue Greenway. The methane concentrations were less than action levels typically used for landfill projects; 0.5%. Three of the borings had downhole concentrations of oxygen less than atmospheric concentrations (generally 20.9 % by volume); these were the two borings within the boundaries of the historical urban fill area identified at the intersection of Madison Street and East 39th Avenue (YA-ML-1 and YA-ML-2) and the boring closest to the known boundaries of the York Street urban fill area (YA-39G-1). Downhole methane concentrations were not detected in the borings that were monitored for landfill gases; although, carbon monoxide was detected at concentrations greater than 200 ppm in the two borings closest to the historical urban fill area identified southeast of the York Street and East 40th Intersection. Based on the landfill gas measurements landfill gases are not a likely concern during future excavation activities.

**Final Soil Investigation Report**
Platte to Park Hill Drainage Project
East 39th Avenue, East 40th Avenue, and Clayton Street

Page 15



**Table 4-3     Summary of Landfill Gas Measurements**

| Boring ID (Figures 2a and 2b) | Methane (CH₄, % by volume) | Oxygen (O₂, % by volume) | Carbon Dioxide (CO₂) in % volume | hydrogen sulfide (H₂S) (ppm) | Carbon Monoxide (CO) (ppm) | Balance (%) | LEL (%) |
|---|---|---|---|---|---|---|---|
| YA-39G-1 | 0* | 17.5 | - | 0 | 250 | - | 0 |
| YA-39G-2 | 0* | 20.9 | - | 0 | 291 | - | 0 |
| YA-39G-3 | 0* | 20.9 | - | 0 | 27 | - | 0 |
| YA-ML-1 | 0 | 16.6 | 2.1 | 1 | 3 | 81.4 | 0* |
| YA-ML-2 | 0 | 18.3 | 0.3 | 1 | 2 | 81.3 | 0* |

Notes:
*A linear relationship exists between methane (% by volume) and methane (as % LEL); results for each were back-calculated when the opposite parameter was collected in the field.*

### 4.2.2   Soil Analytical Results

A Summary of soil analytical results is presented in Table 4-4, and a summary of soil exceedances is presented in Table 4-5.   Details regarding the locations where exceedances were observed are presented in Exhibits 1 and 2.   Details regarding individual results by analyte is included in Appendix B, as follows:

- Appendix B-1: Composite Samples compared to the 20% decision rule

- Appendix B-2: Composite samples compared to the 25% decision rule

- Appendix B-3: Composite samples compared to the 33% decision rule

- Appendix B-4: Discrete subsurface samples

- Appendix B-5: Discrete subsurface samples for arsenic only

- Appendix B-6: Discrete targeted surface samples

#### 4.2.2.1   Composite

Soil concentrations detected in the composite samples, except for arsenic, were compared to either 20%, 25%, or 33%, of EPA RRSLs and IRSLs (EPA, 2016) as described in Section 3.3.  Laboratory results for discrete samples that were submitted for subsequent analysis were evaluated against the full screening value; discrete samples were only submitted for analysis of the analytes that exceeded the 25% decision rule in a composite sample, or if field observations warranted. Arsenic results were compared to the CDPHE risk management guidance value (at the Park Hill Outfall; 11 mg/kg) and EPA I-70/VB value (at the Montclair Outfall; 70 mg/kg).  A summary of the soil analytical results is presented in Table 4-4; a summary of soil analysis with exceedances is presented in Table 4-5; locations where final results exceeded RSLs are presented on Figures 2a and 2b.  Complete tables for composite and discrete sample results are presented in Appendix B; laboratory analytical reports are included as Appendix C.

Several instances arose where the laboratory detection limit for certain PAHs was greater than the respective 20%, 25%, or 33% of the RSL against which they were being evaluated. While this scenario would normally be



an exceedance of the decision rule and require subsequent analysis of the remaining discrete samples from that boring, Pinyon received direction from DEH that analysis of the corresponding discrete sample was not warranted for samples with a non-detect at the laboratory detection limit and where no observed physical evidence of environmental contamination was present.

As discussed in Section 3.3.1, arsenic concentrations in soil were evaluated against the CDPHE's guidance value (11 mg/kg) or the EPA's I70/VB threshold (70 mg/kg); the RSLs were not used to evaluate arsenic concentrations as Colorado has naturally high concentrations of arsenic.

During initiation of this investigation, arsenic was detected in eight of the composite samples at concentrations exceeding 25% of the CDPHE guidance value (11 mg/kg). All eight of these samples were collected within the Montclair Outfall and are therefore subject to the I70/VB threshold of 70 mg/kg. None of the eight samples exceeded 25% of the 70 mg/kg level. Due to arsenic concentrations exceeding 25% of the CDPHE guidance value, discrete samples from the borings sampled in the first sampling event conducted on June 6th, 2016 (borings YA-ML-1, YA-ML-2, and YA-ML-3) were submitted for arsenic analysis. Laboratory results from this subsequent analysis indicated that arsenic in each discrete sample was present at concentrations that were similar to the original composite sample, indicating that arsenic detected in the composite sample was present in similar concentrations throughout the soil profile, and thus likely naturally occurring.

Based on the observation that discrete analysis of arsenic did not yield exceedances of the CDPHE screening value, discrete samples from borings where composite samples exceeded the decision rule for arsenic were not run for additional analysis, as those results are likely from naturally occurring and background arsenic.

*4.2.2.2   Surface Samples*

Targeted surface samples were collected from every third boring, and from every boring within the "Market Lead" segment, for a total of 10 surface samples (Table 4-4). Low-level arsenic concentrations were observed across the project area, and concentrations of arsenic exceeded the CDPHE guidance value in three of the nine surface samples. Benzo(a)pyrene exceeded its RRSL in four of the 10 samples; two of those samples also had concentrations of benzo(b)fluoranthene, and one had concentrations of dibenz(a,h)anthracene exceeding the RRSLs.



**Table 4-4     Soil Analytical Results Summary**

| Street Name | Boring ID (Figures 2a and 2b) | Composite Sample Soil Analytical Summary (Appendix B Reference) | Discrete Subsurface Sample Analytical Summary | Surface Sample Analytical Summary |
|---|---|---|---|---|
| | | **Montclair Outfall** | | |
| 40th and 39th Streets between Blake and about High Streets | SB01 | PAH impacts detected exceeding 33% of the RRSL (B-3) | PAHs benzo(a)pyrene, benzo(b)fluoranthene, and dibenzo(a,h)anthrocene impacts detected from near surface to 20 feet bgs (B-4) | |
| | SB02 | No exceedances were detected (B-3) | NA | NA |
| | YA-40F-1 | No exceedances were detected (B-2) | NA | NA |
| | SB03 | No exceedances were detected (B-3) | NA | NA |
| | SB04 | No exceedances were detected (B-3) | NA | NA |
| | SB05 | No exceedances were detected (B-3) | NA | NA |
| Greenway along East 39th Avenue between York Street and Steele Street | YA-39G-1 | Arsenic was detected at concentrations exceeding 25% of the CDPHE guidance value but within the I70/VB cleanup level (B-2)<br><br>Benzo(a)pyrene was detected at concentrations exceeding 25% of the RRSL (B-2) | Results for arsenic did not exceed the CDPHE guidance value (B-5) | Benzo(a)pyrene was detected at concentrations exceeding its RRSL (B-5) |
| | YA-39G-2 | Only arsenic was detected at concentrations exceeding 25% of the CDPHE guidance value but within the I70/VB cleanup level (B-2) | Results for arsenic did not exceed the CDPHE guidance value (B-5) | NA |
| | YA-39G-3 | Only arsenic was detected at concentrations exceeding 25% of the CDPHE guidance value but within the I70/VB cleanup level (B-2) | Results for arsenic did not exceed the CDPHE guidance value (B-5) | NA |

**Final Soil Investigation Report**
Platte to Park Hill Drainage Project
East 39th Avenue, East 40th Avenue, and Clayton Street

Page 18



| Street Name | Boring ID (Figures 2a and 2b) | Composite Sample Soil Analytical Summary (Appendix B Reference) | Discrete Subsurface Sample Analytical Summary | Surface Sample Analytical Summary |
|---|---|---|---|---|
| | YA-39G-5 | Only arsenic was detected at concentrations exceeding 25% of the CDPHE guidance value but within the I70/VB cleanup level (B-2) | NA | The arsenic concentration of 29.7 mg/kg exceeded the CDPHE guidance value but was within the I70/VB cleanup value (B-6)<br><br>Several PAH analytes (benzo(a)pyrene, benzo(b)fluoranthene, and dibenz(a,h)anthracene) were detected at concentrations exceeding the RRSLs (B-6) |
| | YA-39G-7 | Only arsenic was detected at concentrations exceeding 25% of the CDPHE guidance value but within the I70/VB cleanup level (B-2) | NA | NA |
| | YA-39G-9 | Only arsenic was detected at concentrations exceeding 25% of the CDPHE guidance value. but within the I70/VB cleanup level (B-2) | NA | NA |
| "Market Lead" Section | YA-ML-1 | Only arsenic was detected at concentrations exceeding 25% of the CDPHE guidance value but within the I70/VB cleanup level (B-2) | NA | No exceedances were detected (B-6) |
| | YA-ML-2 | Only arsenic was detected at concentrations exceeding 25% of the CDPHE guidance value but within the I70/VB cleanup level (B-2) | NA | No exceedances were detected (B-6) |
| | YA-ML-4 | No composite sample was submitted for laboratory analysis in lieu of targeted analysis based on field observations | A discrete sample from the 9.5-10 feet interval bgs was submitted based on visual and olfactory observations. No exceedances were detected (B-4) | The arsenic concentration of 12.4 mg/kg exceeded the CDPHE guidance value but was within the I70/VB cleanup value (B-6) |

**Final Soil Investigation Report**
Platte to Park Hill Drainage Project
East 39th Avenue, East 40th Avenue, and Clayton Street

Page 19



| Street Name | Boring ID (Figures 2a and 2b) | Composite Sample Soil Analytical Summary (Appendix B Reference) | Discrete Subsurface Sample Analytical Summary | Surface Sample Analytical Summary |
|---|---|---|---|---|
| | YA-ML-5 | No exceedances were detected (B-2) | NA | The arsenic concentration of 24.3 mg/kg exceeded the CDPHE guidance value but was within the I70/VB cleanup value (B-6).<br><br>Benzo(a)pyrene was detected at concentrations exceeding its RRSL (B-6). |
| | SB06 | No exceedances were detected (B-3) | NA | NA |
| East 40th Avenue | YA-40-3 | Only arsenic was detected at concentrations exceeding 25% of the CDPHE guidance value but within the I70/VB cleanup level (B-2)<br><br>Benzo(a)pyrene was detected at concentrations exceeding 25% of the RRSL (B-2) | Benzo(a)pyrene was detected at concentrations exceeding its RRSL between 4.5 and 6.0 feet below ground (B-4) | NA |
| | SB07 | No exceedances were detected (B-3) | No exceedances were detected, with exception of near-surface sample (B-4) | Benzo(a)pyrene and dibenzo(a,h)anthracene were detected at concentrations exceeding RRSLs (B-6) |
| Park Hill Outfall | | | | |
| Forest Street | YA-F-1 | No exceedances were detected (B-1) | NA | No exceedances were detected (B-6) |
| | YA-F-2 | No exceedances were detected (B-1) | NA | NA |
| | YA-F-4 | No exceedances were detected (B-1) | NA | No exceedances were detected (B-6) |
| | YA-F-5 | No exceedances were detected (B-1) | NA | NA |
| Dahlia Street | YA-D-1A | No exceedances were detected (B-1) | NA | NA |

**Final Soil Investigation Report**
Platte to Park Hill Drainage Project
East 39th Avenue, East 40th Avenue, and Clayton Street

Page 20



| Street Name | Boring ID (Figures 2a and 2b) | Composite Sample Soil Analytical Summary (Appendix B Reference) | Discrete Subsurface Sample Analytical Summary | Surface Sample Analytical Summary |
|---|---|---|---|---|
| | YA-D-2A | No exceedances were detected (B-1) | NA | No exceedances were detected (B-6) |
| East 39th Avenue | YA-39E-2 | No exceedances were detected (B-2) | NA | NA |
| | YA-39E-3 | Two PCB analytes (Arochlor 1254 and Arochlor 1260) were detected at concentrations exceeding 25% of their RRSLs (B-2) | No PCBs were detected above the laboratory detection limits (B-4) | NA |
| | YA-39E-4 | No exceedances were detected (B-2) | NA | NA |
| | YA-39E-5 | No exceedances were detected (B-2) | NA | NA |
| | SB09 | No exceedances were detected (B-2) | NA | NA |
| | SB10 | No exceedances were detected (B-2) | NA | NA |
| Park Hill Golf Course | YA-B1 | Benzo(a)pyrene result exceeded 20% of RRSL (B-3) | Benzo(a)pyrene exceeded RRSL, but not IRSL, in near-surface discrete sample only (B-4) | NA |
| | YA-B2 | No exceedances were detected (B-3) | NA | NA |

Notes

NA indicates that no discrete samples from that boring were submitted for subsequent analysis based on the results for the composite sample.

Arsenic exceedances of the IRSL and RRSL were not reported, arsenic concentrations were only evaluated against the CDPHE guidance value (11mg/kg) and the I70/VB cleanup level (70 mg/kg).

**Final Soil Investigation Report**
Platte to Park Hill Drainage Project
East 39th Avenue, East 40th Avenue, and Clayton Street

Page 21



## Table 4-5     Summary of Soil Exceedances

| Chemical Name | Soil Values | | | | Sample ID (sample interval in feet) | SB01 (0-5) | SB01 (15-20) | SB01 (5-10) | YA-40-3 (4.5-6) | SB07 (1-2.5) | YA-39G-1 (0-1.5) | YA-39G-5 (0-1.5) | YA-ML-4 (0-1.5) | YA-ML-5 (0-1.5) | YA-B1 (0-1) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | CDPHE Arsenic Value | I70/VB Arsenic Value** | USEPA IRSL | USEPA RRSL | Sample Date | 10/10/16 | 10/10/16 | 10/10/16 | 8/16/16 | 10/11/16 | 6/9/16 | 7/5/16 | 7/29/16 | 7/29/16 | 10/19/16 |
| **Total Metals by 6010C** | | | | | | | | | | | | | | | | |
| Arsenic* | 11 | 70 | - | - | | 4.4 | - | - | - | 6.48 | 6.42 | 29.7 | 12.4 | 24.3 | - |
| **PAH by 8270D SIM** | | | | | | | | | | | | | | | | |
| Benzo(a)pyrene (PAH) | - | - | 0.29 | 0.016 | | 0.0288 | 0.0248 | 0.0974 | 0.0373 | 0.0623 | 0.0241 | 0.142 | 0.0154 | 0.0287 | 0.0173J |
| Benzo(b)fluoranthene (PAH) | - | - | 2.9 | 0.16 | | 0.0465 | 0.0295 | 0.187 | 0.0398 | 0.099 | 0.0406 | 0.199 | 0.0316 | 0.0553 | 0.0242J |
| Dibenzo(a,h)anthracene (PAH) | - | - | 0.29 | 0.016 | | 0.00615 | 0.00427 | 0.0267 | 0.00687 | 0.033J | 0.00585J | 0.0312 | 0.00446 | 0.0112 | 0.00484J |

Notes:
mg/kg- milligrams per kilogram
mg/L- milligrams per liter
Ua- Sample is Non-Detect
U- Result not detected above the detection limit
J- Greater than the detection limit but less than the reporting limit
IRSL – Industrial Regional Screening Level
RRSL – Residential Regional Screening Level
*Colorado has a state-specific CDPHE screening value for arsenic, 11 mg/kg, and the I70/VB site has a site specific cleanup level for arsenic, 70 mg/kg. These values will be for evaluating arsenic in soil in lieu of the RRSLs and IRSLs.
**The Montclair Outfall is within OU1 of the I70/VB site and subject to the 70 mg/kg cleanup value.



**Exhibit 1      Soil Exceedances, Montclair Outfall**



**Final Soil Investigation Report**
Platte to Park Hill Drainage Project
East 39th Avenue, East 40th Avenue, and Clayton Street

Page 23



**Exhibit 2        Soil Exceedances, Park Hill Outfall**



**Final Soil Investigation Report**
Platte to Park Hill Drainage Project
East 39th Avenue, East 40th Avenue, and Clayton Street

Page 24



# 5.    Conclusions

Pinyon has completed this subsurface investigation to support the P2P drainage project during its design and construction and to provide a better understanding of the environmental conditions associated with properties within the project area. The sampling plan was designed to investigate the presence and extent of impacts from potential RECs identified in the previous environmental assessments completed for the project area (Pinyon, 2016a and 2016b), as well as to provide data for waste disposal characterization for displaced media resulting from construction.

The following conclusions are presented:

- Low-level arsenic concentrations were observed across the project area; concentrations of arsenic exceeding the CDPHE guidance value of 11 mg/kg were detected in three near-surface samples: YA-39G-5; YA-ML-4; and YA-ML-5 (Figure 2a; Exhibit 1). Those results were below the EPA I70/VB residential value of 70 mg/kg, however. The exceedances were in the Montclair area along the historical railroad alignments where there is no landscaping or paved surfaces. It is possible that these arsenic concentrations near the surface are the result of historical smelting that occurred in the past, or possible weed spraying completed by the former railroad operators. Although the results were below the I70/VB residential values, the near-surface soils may not be suitable for reuse on other properties outside the I70/VB area.

- The low-level arsenic concentrations in the remaining areas are likely the result of natural processes and are typical of background concentrations in Colorado soil.

- PAHs, primarily benzo(a)pyrene, were detected near the surface in samples SB01, SB07, YA-39G-1, YA-39G-5, YA-ML-4, YA-ML-5, and YA-B1. Benzo(a)pyrene is a ubiquitous compound which is often found in Denver in historical fills that have contacted coal; it may also be produced in automobile exhausts, and often results from organic matter that has undergone incomplete combustion. It is also found in grilled meats, tobacco smoke and fireplaces. The results were above the RRSLs, but below the IRSLs.

  o The results at SB01 are possibly related to the placement of historical fill, which was present in that boring near the surface.

  o The results that exceeded the RRSLs along the former railroad grades are possibly related to historical railroad operations.

  o The results in borings YA-40-3 and SB07 are possibly related to the presence of historical fill (YA-40-3) and the presence of the asphalt roadway (SB07), respectively.

  o The results in boring YA-B1 are possibly related to the presence of historical fill.

- PAHs, primarily benzo(a)pyrene, were detected below the surface in samples SB01 and YA-40-3, possible related to the presence of historical fill at those locations.

- Urban fills were not identified at the York Street Fill area or the Madison Street Fill Area. Field screening results for downhole landfill gases detected no methane concentrations, although several borings had levels of oxygen less than standard atmospheric conditions and concentrations of carbon monoxide were observed in two of the borings closest to the York Street urban fill area. These readings are not unusual for the subsurface in Pinyon's experience. No debris was encountered during drilling within the suspected urban fill boundaries, although some near-surface debris/trash at YA-39G-2 is likely the result of recent dumping. Where fill/debris was encountered along the "Market Lead" segment, it was confined to shallow

**Final Soil Investigation Report**
Platte to Park Hill Drainage Project
East 39th Avenue, East 40th Avenue, and Clayton Street

Page 25



surface depths and is likely recently placed, as access is unrestricted and there are significant dumped materials at that location.

- In the evaluation of historical site uses for the Park Hill Outfall (Pinyon, 2016b), two locations were identified where a historical railroad alignment intersected this project area (Figure 2a).  Laboratory analytical results and field observations for the historical railroad alignment within the Montclair area had not provided significant evidence to indicate that impacts to soil occurred as a result of the railroad operation.  Due to this line of evidence, samples were only collected from where the railroad intersected Forest Street of the Park Hill Outfall.  Results from the samples collected at this location (YA-F4) did not identify environmental impacts; these results likely correlate with the second crossing at East 39th Avenue.

- No herbicides or pesticides were detected at the Park Hill Golf Course.

- No analyte exceedances were observed in the samples collected from the Park Hill street alignments.

Based on the results presented in this report, the majority of the soils within the project area are expected to meet the CDPHE reuse guidelines for residential areas, including CCOD-owned parks.  There are, however, discrete areas that may exhibit some chemical concentrations that are not suitable for unlimited uses (e.g., residential or parks), particularly soils near the surface along the former railroad grades, on the Park Hill Golf Course, and at depth near SB01 and YA-40-3.



# 6.    Recommendations

- It is recommended that a project-specific Materials Management Plan (MMP) be developed for the entire project corridor.  The MMP can be used to assist field operations, particularly construction, in preparing for identification and management of impacted soil and allow for informed decisions with regards to reuse options of excavated soil that results from construction.  The MMP should incorporate procedures that adhere to the guidance document for the reuse of excess soils from City projects at third party properties provided by the CCOD (CCOD, 2015), and the contract documents.

- The implementation of an MMP will also allow work activities to be completed in a manner that protects human health and the environment.  Further, an MMP could help minimize potential delays, and clarify standard procedures to be implemented as needed in the event that regulated materials are encountered during construction.

- Laboratory results and field observations to-date are not indicative of the presence of significant environmental concerns resulting from the suspect urban fill areas at York Street and Madison Street.  However, in the event that subsurface urban fill material is encountered that contains suspect material during construction, suspect material must be characterized and managed in accordance with the CCOD's Asbestos-Contaminated Soil Management Standard Operating Procedure (CCOD, 2010) and Section 5.5 of the Colorado Solid Waste Regulations.  The current wording in the SOP has been approved by CDPHE and complies with the substantive requirements of the regulation prior to amendment.  It shall remain in effect until amended and approved and may be used to comply with the amended 5.5 Management of Regulated Asbestos Containing Soils (RACS) regulation.  The contractor will ultimately be responsible for adhering to the most current version of the SOP and/or regulation.

- Limited samples along the former railroad grades exhibited low concentrations of arsenic and/or PAHs.  This area is proposed to be constructed as an open channel; therefore, this material is likely to be displaced by the construction of the project.  Most samples, however, did not exhibit concentrations that exceed the CDPHE arsenic values or RRSLs for PAHs.  Therefore, most soil is likely suitable for reuse on other properties or projects.  Pinyon recommends that the future MMP be developed to include additional screening and sampling of soils near the surface along the railroad grades, to confirm that its reuse is compatible with the intended use of the receiving property/facility.  If, through additional evaluation, portions of the near-surface soil is not suitable for reuse, it should be disposed at the Denver-Arapahoe Disposal Site.

- Historical fill could be of environmental concern, if identified during future construction activities.  The Contractor should pay special attention to those materials when making decisions about the reuse of that material, and strategies for evaluation and reuse should be incorporated into the MMP.

- A significant magnitude of soil is expected to be disturbed and displaced as result of the construction of this project.  Normal sampling requirements for waste characterization and disposal/reuse options indicate that samples should be collected for every 500 cubic yards of material; however, this requirement may not feasible for a project of this magnitude.  The number of samples collected as part of this investigation is representative of a small proportion of the material that will be included in the project and is a potential data gap; however, results to-date are not indicative of the presence of significant environmental concerns within the project area.  Evaluation of soils should be directed in the project-specific MMP to classify reuse criteria for soil that will be exported and reused off-site; careful oversight of this soil is recommended to verify that soil reuse is consistent with the property to which it will be exported to.  Regular reporting to DEH about the evaluation and destination of exported soils should be completed.

**Final Soil Investigation Report**
Platte to Park Hill Drainage Project
East 39th Avenue, East 40th Avenue, and Clayton Street

Page 27



## 7.   Limitations

This report was prepared by Pinyon Environmental, Inc., at the request of and for the sole benefit of the City and County of Denver, or any entity controlling, controlled by, or under common control with the City and County of Denver.  The conclusions and recommendations offered in this report are based on the data obtained from a limited number of samples.  Soil and groundwater conditions typically vary even over short distances.  Thus, the nature and extent of variations outside the subsurface investigation may not become evident except through further investigation.

This report is the exclusive and present use of the City and County of Denver, or any entity controlling, controlled by, or under common control with the City and County of Denver.  Laboratory analysis has been performed for specific constituents during the course of this investigation, as described in the text.  This study makes no attempt to assess constituents not searched for in the laboratory analysis.

Conclusions stated herein refer only to the specific site at the time of the investigation.



# 8. References

CCOD, 2010. "Asbestos-Contaminated Soil Management Standard Operating Procedure," City and County of Denver, Department of Environmental Health, December 3, 2010.

CCOD, 2015. "Guidance for Third Party Reuse of Excess Soil from City Projects," City and County of Denver, Department of Environmental Health, April 29, 2015.

CDPHE, 2014. "Risk Management Guidance for Evaluating Arsenic Concentrations in Soil." Colorado Department of Public Health and Environment, Hazardous Materials and Waste Management Division, Revised July 2014.

EPA, 2016. "Regional Screening Level (RSL) Summary Table May 2016." United States Environmental Protection Agency, May 2016.

Pinyon, 2016a. "Evaluation of Historical Uses and Potential Recognized Environmental Conditions- Platte to Park Hill Drainage Project- Montclair Outfall." Pinyon Environmental, Inc., September 16, 2016.

Pinyon, 2016b. "Evaluation of Historical Uses and Potential Recognized Environmental Conditions- Platte to Park Hill Drainage Project- Park Hill Outfall." Pinyon Environmental, Inc., September 16, 2016.