# EXHIBIT 6



Corporate Headquarters
9100 West Jewell Avenue Lakewood, CO 80232
TEL 303 980 5200  FAX 303 980 0089
www.pinyon-env.com

July 31, 2017

# Shallow Interval Soil Metal Sampling

Platte to Park Hill
39th Avenue Channel Project Area
City and County of Denver, Colorado

**Prepared for:**
City and County of Denver, Department of Environmental Health
200 West 14th Avenue, Suite 310
Denver, CO 80204

**Pinyon Project No.:**

1/16-007-05.2108







Corporate Headquarters
9100 West Jewell Avenue, Suite 200   Lakewood, CO  80232
TEL  303 980 5200   FAX  303 980 0089
www.pinyon-env.com

July 31, 2017

# Shallow Interval Soil Metal Sampling

Platte to Park Hill
39th Avenue Channel Project Area
City and County of Denver, Colorado

**Prepared for:**

City and County of Denver, Department of Environmental Health
200 West 14th Avenue, Suite 310
Denver, CO 80204

**Pinyon Project No.:**

1/16-007-05.2108

**Prepared by:**

_____
Timothy R. Grenier, P.E.
Environmental Engineer

**Reviewed by:**

_____
Brian R. Partington
Principal

# Table of Contents

1. Introduction and Purpose ........................................................................................................................1
    1.1  Study Goals ........................................................................................................................................1
    1.2  Previous Studies and Known Conditions.....................................................................................1
2. Methods......................................................................................................................................................3
3. Results.........................................................................................................................................................4
    3.1  Soil Guidance, Cleanup, and Screening Values ..........................................................................4
        3.1.1  Arsenic Risk Management Guidance Values...................................................................4
        3.1.2  VB/I-70 Arsenic and Lead Cleanup Values......................................................................4
        3.1.3  Lead Regional Screening Levels .........................................................................................4
        3.1.4  Lead and Arsenic 20 Times Rule........................................................................................4
    3.2  Soil Results ........................................................................................................................................5
4. Conclusions ...............................................................................................................................................7
5. Recommendations....................................................................................................................................8
6. Limitations.................................................................................................................................................9
7. References................................................................................................................................................10

## Tables

Table 3-1  VB/I-70 Cleanup Value, EPA Regional Screening Value, or 20 Times Rule Exceedances ......................5

## Figures

Figure 1       Site Location

Figure 2       Boring Locations and Screening/Cleanup Level Exceedances

## Appendices

Appendix A    Soil Analytical Results Table
Appendix B    Laboratory Analytical Results
Appendix C    EPA Regional Screening Levels
              EPA Toxicity Characteristic – Maximum Concentration of Contaminants



## 1. Introduction and Purpose

Pinyon Environmental, Inc. (Pinyon), has completed shallow interval soil metal sampling to identify potential environmental concerns to support the 39th Avenue Channel area (Project Area) of the City and County of Denver (CCOD) Platte to Park Hill (P2P) Drainage Project.  The P2P Drainage Project design consists of new stormwater conveyance structures (buried pipes, culverts, or open channels) and new detention facilities for three discrete areas: The 39th Avenue Greenway and Open Channel, Park Hill outfall, and City Park outfall.  The purpose of the drainage improvements is to alleviate flooding issues that currently plague the area.  This investigation targeted the 39th Avenue Channel area, which is part of the 39th Avenue Greenway and Open Channel.  The 39th Avenue Channel is located within sections of East 39th Avenue, East 40th Avenue, and Clayton Street Right of Ways (Figure 1).

The Project Area is located within the boundaries of Operable Unit 1 (OU1) of the Vasquez Boulevard/Interstate 70 (VB/I-70) Superfund Site; OU1 is limited to residential areas where surface impacts were predominantly related to private application of arsenic containing crabgrass herbicides.  A historical railroad alignment also extends along East 39th Avenue and curves north north just east of Madison Street.

### 1.1  Study Goals

The construction of the P2P project is an important project for the CCOD and involves numerous key stakeholders and community leaders.  Advancement of the *Platte to Park Hill: Stormwater Systems* master plan is the fundamental goal of the services presented in this investigation, with an emphasis placed on providing information that can be easily and seamlessly incorporated into the project planning efforts, particularly as they relate to material handling and disposal decisions at the Project Area.  The following is a summary of the goals of this investigation:

- Provide information to better inform proposers and bidding contractors of potential environmental risks involved with the construction of the project to facilitate concise bids, assignment of responsibility, and to allow contractors and project personnel to make informed decisions that are protective of human health and the environment.

- Provide analytical data to evaluate whether impacts to soil occurred as a result of historical or current land uses and activities that occurred within or adjacent to the Project Area.  These data will be compared to state and federal promulgated standards as part of this evaluation (see Section 3.2 and Appendix A).

### 1.2  Previous Studies and Known Conditions

Prior to the completion of this shallow interval soil metal sampling investigation, Pinyon completed an evaluation of historical and current uses to identify potential recognized environmental conditions (RECs) for the 39th Avenue Greenway and Open Channel project area.  Several RECs were identified for the 39th Avenue Greenway and Open Channel, the details can be found in *Evaluation of Historical Uses and Potential Recognized Environmental Conditions- Platte to Park Hill Drainage Project- Montclair Outfall* (REC Report), completed by Pinyon, dated September 16, 2016 (Pinyon, 2016a).  Because of the RECs identified in the REC report, a subsurface investigation was completed to evaluate potential impacts resulting from the identified RECs, and to provide information on the potential for the RECs to impact project and contractor liability during the construction phase of the project (Pinyon, 2016b).

Complete details regarding the subsurface investigation can be found in the *Final Soil Investigation Report* completed by Pinyon, dated November 17, 2016 (Pinyon, 2016b).  The subsurface investigation identified several locations with arsenic concentrations above the Colorado Department of Public Health and Environment (CDPHE) guidance value of 11 milligrams per kilogram (mg/kg).  Based on the findings of the



subsurface investigation, CCOD requested the collection of additional shallow interval soil samples to further investigate potential impacts from historical uses at the Project Area.



subsurface investigation, CCOD requested the collection of additional shallow interval soil samples to further investigate potential impacts from historical uses at the Project Area.



subsurface investigation, CCOD requested the collection of additional shallow interval soil samples to further investigate potential impacts from historical uses at the Project Area.



## 2. Methods

The scope of services to evaluate the potential environmental impacts of shallow interval soil included the following:

- Pinyon completed 38 shallow soil borings (to 24-inches below ground surface [bgs]); the boring locations were selected so that the sampling density was greatest in residential areas (Figure 2).

- Borings were completed using a hand-auger.

- The hand-auger was decontaminated between each boring. Decontamination procedures consisted of scrubbing equipment with a brush and soapy (Liquinox®) water, followed by rinsing equipment with clean tap water, and a final distilled water rinse.

- Two samples were collected from each boring; a composite of the 0 to 6-inch interval and a composite of the 6 to 24-inch interval. Each sample was placed in a "zip-lock" bag and mixed thoroughly. The sample was then transferred to a laboratory-supplied container, labeled, placed on ice in a cooler, and submitted to Origins Laboratory, Inc. (Origins), under chain-of-custody for analysis of arsenic and lead by Environmental Protection Agency (EPA) method SW6010C.

- Borings were backfilled with the soil cuttings, and the surfaces returned to existing conditions.

- The locations of each boring were recorded using a hand-held global position system (GPS).



## 3. Results

### 3.1 Soil Guidance, Cleanup, and Screening Values

#### 3.1.1 Arsenic Risk Management Guidance Values

In Colorado, arsenic occurs naturally, and often at concentrations greater than the EPA Regional Screening Levels (RSLs). Due to this, the CDPHE released guidance related to evaluating arsenic concentrations in soil (CDPHE, 2014). The guidance is based on the collection of over 2,700 samples from 44 counties in Colorado. The average concentration of arsenic in soils based on this sampling was 11 mg/kg. Arsenic values were compared to these CDPHE guidance values.

#### 3.1.2 VB/I-70 Arsenic and Lead Cleanup Values

The Project Area is located within OU1 of the VB/I-70 Superfund Site which is defined as residential yards with concentrations of lead or arsenic in soil that present an unacceptable risk to human health. OU1 constituted the highest priority for the EPA, as it had the highest potential for human exposure to contaminants of concern located in residential yards.

On July 16, 1997, the CDPHE collected 25 soil samples from the residential yards in the Elyria and Swansea neighborhoods of Denver, situated to the north of the elevated portion of Interstate 70. The purpose of this sampling was to determine whether a threat to human health existed in the area due to historical smelting operations. Analysis of the 25 soil samples indicated that elevated levels of arsenic, cadmium, and lead were present. The discovery of these contaminants prompted further investigation to delineate the extent of arsenic, cadmium and lead present in soils of north Denver.

An extensive soil sampling program was conducted in April 1998 and included the collection of 3,550 samples from parks, schools, and residences in the area. Samples were screened for impacts in the field and approximately 10 percent were sent for confirmatory laboratory analyses. Very low levels of arsenic and lead were detected in the samples from the schools and parks sampled; removal and replacement of the soil at these properties were not required. Based on the results of the sampling programs, the EPA determined that residential properties within the VB/I-70 site had been impacted by concentrations of arsenic or lead at levels that could present unacceptable health risks to residents with long-term exposures. On this basis, the EPA proposed the VB/I-70 site for inclusion on the National Priorities List (NPL) in January 1999 and with cleanup levels of 70 mg/kg for arsenic and 400 mg/kg for lead.

#### 3.1.3 Lead Regional Screening Levels

Lead concentrations were compared to the VB/I-70 cleanup value of 400 mg/kg, which is identical to the EPA Regional Screening Levels for Residential Soil (RRSL). The lead values were also compared to the EPA Regional Screening Level for Industrial Soil (IRSL), which is 800 mg/kg (Appendix C).

#### 3.1.4 Lead and Arsenic 20 Times Rule

Waste Management (the operator of the Denver-Arapahoe Disposal Site [DADS]) will accept solid material where concentrations as determined by the toxicity characteristic leaching procedure (TCLP) method are less than 20 times the EPA Toxicity Maximum Concentrations of Contaminants (included as Appendix C); this is referred to as the "20 Times Rule". As an example, the regulatory level for lead provided by the EPA Toxicity Maximum Concentrations of Contaminants is 5.0 milligrams per liter (mg/L) when analyzed by TCLP. The Waste Management acceptable limit, when analyzed by totals analysis, would then be less than 100 mg/kg, using the 20 Times Rule. If concentrations of any contaminant exceeds the 20 Times Rule by totals analysis, then



analysis for TCLP is required.  If the TCLP results exceed the toxicity characteristic maximum concentration, then the material would require disposal at a hazardous waste disposal site in accordance with CDPHE requirements.

## 3.2   Soil Results

Pinyon completed 38 soil borings with one sample collected from the zero to six-inch bgs interval and one sample from the 6 to 24-inch bgs interval from each boring, for a total of 76 soil samples.  Each of these samples were analyzed for arsenic and lead, and the detected concentrations were compared to the values discussed in Section 3.1.  The CDPHE guidance value, VB/I-70 cleanup value, EPA RSL, and 20 Times Rule exceedances can be found in Table 3.1.  A complete laboratory analytical results table can be found in Appendix A.

Of the 76 total samples collected and analyzed, thirteen exceeded the CDPHE guidance value of 11 mg/kg for arsenic, with one of the samples also exceeding the VB/I-70 cleanup value of 70 mg/kg. Two samples exceeded the VB/I-70 cleanup value of 400 mg/kg for lead with no exceedances of the IRSL of 800 mg/kg.  Fourteen of the samples exceeded the 20 Times Rule for lead, and one sample exceeded the 20 Times Rule for arsenic. TCLP analysis for lead and arsenic were below the EPA toxicity characteristic values for hazardous waste.

Each of the guidance, screening, and/or cleanup value exceedances, except for sample MS09 (0-6), were detected along the historical railroad alignment that extend along East 39th Avenue and curves north just east of Madison Street.  Sample MS09(0-6) was collected from the northeast corner of the East 39th Avenue and High Street intersection.

**Table 3-1  VB/I-70 Cleanup Value, EPA Regional Screening Value, or 20 Times Rule Exceedances**

| Sample ID | Sample Date | Matrix | Chem Name | Arsenic | Lead | TCLP Arsenic | TCLP Lead |
|---|---|---|---|---|---|---|---|
| | | | Units | mg/kg | mg/kg | mg/L | mg/L |
| | | | Colorado Specific CDPHE Arsenic * | 11 | NV | NV | NV |
| | | | I70/VB Arsenic Value ** | 70 | NV | NV | NV |
| | | | 40 CFR Part 261 rule of 20 | 100 | 100 | 5 | 5 |
| | | | EPA IRSLs | NV | 800 | NV | NV |
| | | | EPA RRSLs | NV | 400 | NV | NV |
| MS02(0-6) | 5/15/2017 | Soil | | 4.47 | **144** | NA | 0.082 |
| MS02(6-24) | 5/15/2017 | Soil | | 7.41 | **107** | NA | <0.033 |
| MS03(0-6) | 5/15/2017 | Soil | | 6.15 | **143** | NA | 0.112 |
| MS07(0-6) | 5/17/2017 | Soil | | 4.20 | **132** | NA | 0.0495J |
| MS08(0-6) | 5/15/2017 | Soil | | 6.21 | **126** | NA | 0.0452 |
| MS09(0-6) | 5/15/2017 | Soil | | 12.4 | **426** | NA | 0.360 |
| MS10(0-6) | 5/15/2017 | Soil | | 29.5 | 50.4 | NA | NA |
| MS11(0-6) | 5/15/2017 | Soil | | 4.94 | **116** | NA | 0.125 |
| MS11(6-24) | 5/15/2017 | Soil | | 42.6 | 22.2 | NA | NA |
| MS12(0-6) | 5/15/2017 | Soil | | 14.6 | 68.6 | NA | NA |
| MS12(6-24) | 5/15/2017 | Soil | | 16.1 | 14.6 | NA | NA |
| MS13(0-6) | 5/15/17 | Soil | | 5.04 | **122** | NA | 0.0989 |
| MS14(0-6) | 5/15/2017 | Soil | | 46.1 | **101** | NA | 0.0557J |
| MS14(6-24) | 5/15/2017 | Soil | | 25.2 | 29.7 | NA | NA |



| Sample ID | Sample Date | Matrix | Chem Name | Arsenic | Lead | TCLP Arsenic | TCLP Lead |
|---|---|---|---|---|---|---|---|
| | | | Units | mg/kg | mg/kg | mg/L | mg/L |
| | | | Colorado Specific CDPHE Arsenic * | 11 | NV | NV | NV |
| | | | I70/VB Arsenic Value ** | 70 | NV | NV | NV |
| | | | **40 CFR Part 261 rule of 20** | **100** | **100** | **5** | **5** |
| | | | EPA IRSLs | NV | 800 | NV | NV |
| | | | EPA RRSLs | NV | 400 | NV | NV |
| MS15(0-6) | 5/15/2017 | Soil | | 4.36 | **435** | NA | 0.600 |
| MS20(6-24) | 5/15/2017 | Soil | | 19.8 | 46.2 | NA | NA |
| MS22(0-6) | 5/17/2017 | Soil | | 47.1 | 82.4 | NA | NA |
| MS22(6-24) | 5/17/2017 | Soil | | **114** | **107** | 0.318 | <0.033 |
| MS23(6-24) | 5/17/2017 | Soil | | 12.3 | 27.6 | NA | NA |
| MS24(6-24) | 5/17/2017 | Soil | | 12.4 | 53.2 | NA | NA |
| MS25(6-24) | 5/17/2017 | Soil | | 18.5 | 30.7 | NA | NA |
| MS27(0-6) | 5/15/2017 | Soil | | 7.45 | **195** | NA | 0.0546J |
| MS29(0-6) | 5/17/2017 | Soil | | 5.47 | **104** | NA | 0.0861J |
| MS30(0-6) | 5/17/2017 | Soil | | 3.68 | **253** | NA | 0.824 |

*Notes:*
NA – Not Applicable
NV – No regulatory value
mg/kg – milligrams per kilogram
mg/L – milligrams per liter
J – Greater than the detection limit but less than the reporting limit

* - Colorado has a state specific CDPHE screening value for arsenic, 11 mg/kg,
** - Sampling was completed within OU1 of the I70/VB site and subject to the 70 mg/kg cleanup value.
EPA IRSL – U.S. Environmental Protection Agency Regional Screening Level for Industrial Soil (Target Cancer Risk of 1E-06, Hazard Quotient=0.1), June 2017.
EPA RRSL – U.S. Environmental Protection Agency Regional Screening Level for Residential Soil (Target Cancer Risk of 1E-06, Hazard Quotient=0.1), June 2017.
40 CFR Part 261 Rule of 20 – 20 times the EPA Toxicity Characteristic – Maximum Concentration of Contaminants
Orange highlights for concentrations exceeding CDPHE arsenic screening level
Red highlights for concentrations exceeding the I70/VB cleanup value
Green highlights for concentrations exceeding the EPA RRSL
**Bold** – Values exceed the EPA Toxicity Characteristic – Maximum Concentration of Contaminants, 20 Times Rule. Values exceeding this were further analyzed by the Toxicity Characteristic Leaching Procedure.



## 4.  Conclusions

Pinyon has completed this shallow interval soil metal sampling investigation to support the 39th Avenue Channel Project Area, which is part of the larger P2P Drainage Project.  The purpose of this shallow interval soil metal sampling was to collect additional soil samples to investigate potential shallow soil impacts from historical activities along the Project Area.  This information will then be used to make necessary material handling and disposal decisions.  This investigation only addresses soils from the surface to 24-inches bgs, with only arsenic and lead analysis being completed.  Details regarding deeper interval soil samples and other compounds of concern can be found in the *Final Soil Investigation Report* (Pinyon, 2016b).

The screening and cleanup value exceedances were predominantly concentrated along the historical railroad alignment where there is no landscaping or paved surfaces.  One exceedance was also detected outside of the historical railroad alignment at the northeast corner of the East 39th Avenue and High Street intersection.



## 5. Recommendations

Based on the finding of this surface metal soil sampling investigation, Pinyon recommends the following:

- It is recommended that a project-specific Materials Management Plan (MMP) be developed for the entire P2P Drainage Project corridor, including the 39th Avenue Greenway and Open Channel, which the 39th Avenue Channel Project Area is a part of.  The MMP can be used to assist field operations, particularly construction, in preparing for identification and management of impacted soil and allow for informed decisions with regards to reuse options of excavated soil that results from construction.  The MMP should incorporate procedures that adhere to the guidance document for the reuse of excess soils from City projects at third party properties provided by the CCOD (CCOD, 2015), and the contract documents.

- The MMP should include guidance to be used to reduce dust emissions from the project area.  Methods that may be considered include adequate wetting of soils using water.

- The implementation of an MMP will also allow work activities to be completed in a manner that protects human health and the environment.  Further, an MMP could help minimize potential delays, and clarify standard procedures to be implemented as needed in the event that regulated materials are encountered during construction.

- Limited samples along the former railroad grades exhibited concentrations of arsenic and lead above the CDPHE guidance value and EPA screening and cleanup levels.  Much of the Project Area, where exceedances were identified, is proposed to be constructed as an open channel; therefore, soil is likely to be displaced by the construction of the project.  Shallow interval soils that do not exceed the VB/I-70 cleanup value and EPA RRSL may be reused along the P2P Drainage Project corridor or at an off-site location, although evaluations per the MMP may require additional evaluation.



## 6. Limitations

This report was prepared by Pinyon Environmental, Inc., at the request of and for the sole benefit of the City and County of Denver, or any entity controlling, controlled by, or under common control with the City and County of Denver. The conclusions and recommendations offered in this report are based on the data obtained from a limited number of samples. Soil conditions typically vary even over short distances. Thus, the nature and extent of variations outside the subsurface investigation may not become evident except through further investigation.

This report is the exclusive and present use of the City and County of Denver, or any entity controlling, controlled by, or under common control with the City and County of Denver. Laboratory analysis has been performed for specific constituents during the course of this investigation, as described in the text. This study makes no attempt to assess constituents not searched for in the laboratory analysis.

Conclusions stated herein refer only to the specific site at the time of the investigation.



## 7. References

CCOD, 2015. "Guidance for Third Party Reuse of Excess Soil from City Projects," City and County of Denver, Department of Environmental Health, April 29, 2015.

CDPHE, 2014. "Risk Management Guidance for Evaluating Arsenic Concentrations in Soil." Colorado Department of Public Health and Environment, Hazardous Materials and Waste Management Division, Revised July 2014.

Pinyon, 2016a. "Evaluation of Historical Uses and Potential Recognized Environmental Conditions- Platte to Park Hill Drainage Project- Montclair Outfall." Pinyon Environmental, Inc., September 16, 2016.

Pinyon, 2016b. "Final Soil Investigation Report," Pinyon Environmental, Inc., Project #1/16-007-05.2106, November, 17, 2016.