# EXHIBIT 7

Dear President Brooks and Council Members:

On Jan. 2nd, when Council is asked to take yet another "bite of the apple" on the CDOT/Denver drainage plan – a project fraught with financial, environmental & human health risks -- I urge you to vote no on 17-1395 and 17-1396.

**Council should err on the side of caution to protect residents**
City Council's duty to protect the health and safety of Denver residents suggest that it evaluate whether the $78M contract with SEMA protects or potentially endangers the health/safety of Denver residents. Council has been made aware of several red flags that should cause Council to give pause prior to approving this work: 1) residents have alerted Council to the surprises at GLO such as unexpected volumes of groundwater for removal – problems that emerged despite a lengthy Final Design Plan completed prior to GLO work; (2) residents have asked about risk assessment and pointed to a Pinyon report (on environmental conditions, not a risk assessment) that refers to potential gaps in data collected on 39th Ave.; and (3) residents on the Community Advisory Group for the Vasquez Blvd./I70 Superfund Site have requested that work in 39th Ave. (and other non-remediated land w/in VB/I70) be subject to the highest level of scrutiny for Superfund Sites.

The original IGA committed Denver to "provide 100 year protection for the 'PCL." (IGA Ordinance Request from 6.3.2015) and Council may believe it is obligated to move each P2PH segment forward so that the City meets deadlines in the IGA without incurring $5,000/day penalties. But the City has already missed its Dec. 2017 deadline to deliver the Early Action Drainage Project for CDOT.  (If the IGA was amended, the public is not aware of any amendments.) Denver's obligation to evaluate the health and safety risks potentially involved in the work of this $78M contract should trump deadlines in the IGA.

**Minor Point Re 17-1396: 39th Avenue Greenway never encompassed Park Hill Golf Course**
It is misleading for the Council Agenda to refers to PHGC acquisition *"as part of the Platte to Park Hill 39th Avenue Greenway Stormwater Systems Project."* (Ordinance Request 17-1396)

This is simply not the case. Yes, entire 2 ½ mile P2PH system of pipes, culverts, channels, vaults, and detention is designed as part of one CDOT/Denver diversion project, but the City itself chose to define the 39th Ave. Channel as the work along 39th beginning west of Colorado at approximately Jackson St. (also collecting water at that point that will be piped south from 42/Monroe ditch) and running west to Franklin thru pipes, culverts, and a channel.  It is unclear why officials are now describing detention at Park Hill Golf Course as part of the 39th Ave. channel, unless the scope of work has changed and new work I am unaware of will channel water from PHGC under Colorado Blvd. over to Jackson St.  The two segments of work lie in different basins and have always been presented as distinct hydraulically.

The 39th Avenue Channel" is designed to catch water currently flowing N/NW towards the South Platte, and turn this flow <u>west to the South Platte River</u>.  The PHGC segment and associated pipe systems are being designed to move water <u>north in large pipes to Sand Creek</u>. (If there is some recent change that contradicts this, I am unaware of that change.)

<u>39th Avenue has not undergone satisfactory environmental assessment</u>
A group of residents have been meeting with EPA/CDPHE/Denver staff for the past 18 months questioning Denver's approach to excavation of these lands that lie in proximity to Cole residents and within the unremediated portions of VB/I70.  Residents have requested thorough environmental and health analysis/risk assessment be performed *prior* to constructing this diversion/dam through a Superfund Site and near residential homes.

Recall that all P2PH work (except the two golf courses) is located in the Vasquez Blvd./I70 Superfund Site. Full remediation was not performed, as it was determined many years ago that analysis under federal superfund statutes did not need to be applied to areas such as 39th Avenue and I70 and other industrial sites in VB/I70 **because these sites were paved or built over, and provided no pathway to human exposure.**

But things have changed, and Denver's acknowledgement of Recognized Environmental Contaminants (RECs) suggests <u>potential</u> exposure upon change of land use. Disruption of two miles of I70's PCL through the Superfund Site, and (relevant to Jan. 2's vote) disruption for the 39th Avenue Channel indicate the need for a new risk assessment. Accordingly, residents of Cole have repeatedly asked the City to postpone this 39th Avenue portion of work– given its proximity to residences -- until additional environmental risk analysis provides new assurances that this portion of the Superfund Site does not pose a threat to human and ecological health.

 The responses -- that Denver will use due diligence, will increase air monitoring, will have "visual" inspectors available at construction sites, and will respond if anything is discovered -- are not satisfactory.  **CDOT and the City are knowingly proposing to open up miles of potentially contaminated land excluded from remediation precisely because of the existence of protections (paving etc.) that are now being altered.**  No new risk analysis to has been proposed for the vast majority of this Superfund Site. It is also just a bit ironic that the City suggests these soils under 39th Ave. will be cleaning stormwater in the Channel when it has not yet been determined whether the problematic conditions identified in these soils still exist, or what risk they pose.

The GLO work in the Superfund Site has shown that initial final design plans on which GLO moved forward were way off, requiring substantial and costly changes and delays related to groundwater pumping, and that the completion date (Dec. 2017) has been pushed off to July 2018.  On 39th Avenue, the City proposes moving forward with excavation and soil/groundwater disruption for pipes, culverts, forebays, vaults, channels etc. in the entire "39th Ave" channel, and experience at GLO should (where much more stringent protections

under CERCLA are purportedly in place) suggests careful consideration of risks and costs before we move forward.

Missing – True Costs of all work on the drainage project (EADP and rest of P2PH) and potential cost overruns
Continuing to advance contracts without adequate studies also potentially increases the burden on Denver taxpayers. We all watched the P2PH "budget" jacked up from the $138M estimated in the IGA to $298M of wastewater fees. And it should be clear that $298M does not reflect the *true costs* of this enormous project.  Other taxpayer contributions to this enormous project are coming from Denver's Hazardous Substance Response Fund (to which huge transfers were made in both 2015 and 2016) and will not show up in an accounting of the $298M.  There has been no accounting of costs expended on this work (consultant, staff, modeling, engineering) prior to the approval of the Wastewater Fee Increase in 2016 or since that vote. Discussion of the $298M in wastewater funds will naturally omit mention of the $140Million to Kiewit ICC which was for work on the Early Action Drainage Project but not included (unless transfers were made) in the $298M from drainage fees.  Everyone is aware that the project scope changed from five year protection to 100 year protection, and of the tremendous financial burden being borne by ratepayers and taxpayers to deal with this extraordinary highway construction support project. Yet no accounting has been released to the public as of Jan. 1, 2018 despite several requests. And even if Council receives some accounting on Jan. 2nd, the public will not be able to absorb or question the information prior to speaking tonight.

**The Green benefits of 12 acres of the 39th Ave. Channel**
On Jan. 2, the landscape architect will likely share his excitement with the flyover video of the engineered channel, with green infrastructure and amenities featured prominently as at the Committee hearing.  Counting the number of times the word "green" is used might be instructive.  It will be tempting to forget that (1) the diversion project Council was designed to reduce flow before it hits the I70 area and (2) that this is a Superfund Site.  While I understand Denver's desire to incorporate Best Management Practices in all city projects, and have seen many of these BMPs incorporated throughout the City, I caution that images of this diversion ditch should not obscure the serious environmental and health questions raised by residents.

 Additionally, I have several questions unanswered in the video:
- How deep is channel at 39th & Franklin? It was shown for a brief second in the very first frame in the video.  This westernmost end of the channel is closest to Cole residences and potentially will look very different than the remainder of the (more shallow) channel.
- How many forebays (and how large) are located at the western end (39th/Franklin) of the Greenway? What is the cost of the infrastructure at 39th/Franklin?

- Can you quantify the reduction in e.coli anticipated from this 12 acres of "parklike" channel? Where will the effects of the BMPs be measured? Does Denver anticipate meeting water quality standards as a result of the channel itself? What water quality treatment will be needed beyond the natural work of the channel and what is its cost?
- Please explain why the channel need retaining walls to make it "work hydraulically"?
- Does the $78M cover:
  - costs for work on the "collection point" at $40^{th}/40^{th}$ that will   takes 3600 cfs water from four new pipes under the railyards to join the Brighton Blvd. culvert built as part of the Kiewit ICC and the Early Action Drainage Project,
  - the connection between the forebay(s) at 39th/Franklin to this $40^{th}/40^{th}$ structure?
  - Water Quality treatment?
- What costs are anticipated for maintenance of a mile of channel and forebays and slopes etc.? Who will cover those costs?

Recall that this "channel" does not mimic the "buried" creek cited numerous times by DPW staff, and does not "restore" the natural Montclair watershed.  It cuts <u>perpendicular to</u> the "buried" creek found running through this watershed. In fact, the engineered channel (which functions with extensive pipes that are rarely mentioned but comprise a great deal of this work) **further diverts the N/NW overland flow.**  It carries that flow in five huge pipes/culverts to be carried west under the railyards to Brighton Blvd culverts and the GLO outfall.  The careful emphasis on design, amenities and "green" elements will mask this fact, but it is my hope that Council keeps in mind that the Channel is first and foremost a diversion project that parallels I70's ditch, and that it cuts through the heart of a Superfund Site.

Councilman Brooks raised some important questions regarding maintenance issues at the committee hearing, and I am also going to <u>try</u> to send via separate email a collection of images I have taken since the beginning of this P2PH outreach began in very late 2015.  I do not have the skills to create professional images or powerpoints, but simply want to illustrate that detention and channels and gulches <u>are not always as pretty</u> as depicted in City promotional materials, and require extensive maintenance.   There are all sorts of issues ranging from odors at detention spots, sediment and garbage in forebays, algae out of control, etc. and it is not always desirable to live in proximity to detention and drainage ditches. Some of them are captured in the images I will send.  (If my exact citations to locations are not complete, please bear in mind that P2PH presenters included maps w/o legends and images of flooding that were unlabeled.)

These images are not the primary reason I ask that you vote against the contract before you.  Most important is that Council focus on what lies beneath, and potentially may increase risk to residents.

But it is important to take off our rose colored glasses when discussing green infrastructure. Whatever best management practices are incorporated in this location, it is likely that they will contribute only slightly to cleaning the stormwater travelling through the channel and bringing Denver into compliance with its MS4 permit.  It is likely that it will take at least a decade or more for the landscape to take root. And explained above, it is not clear the underlying soils are clean enough to do the job with our stormwater.

I hope that Council takes into account information that has come from residents regarding substantive issues, and not simply listen to the broad strokes painted tonight as members of the <u>design team</u> praise the public outreach process. Sure, the input from design team picked by Denver to work on amenities and "park like" features might be of interest.  But I fear it does not reflect the work done by countless others on the environmental and health aspects of this project.

Thank you for your consideration of my comments.

Christine O'Connor
144 S. Ulster St.
Denver CO 80230
303 906-6627