# EXHIBIT 8

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action Nos:   17-cv-01661-WYD
                    17-cv-01679-WYD

KYLE ZEPPELIN; BRAD EVANS; CHRISTINE O'CONNOR; KIMBERLY MORSE; JACQUELINE LANSING; JANET FEDER; SIERRA CLUB; ELYRIA AND SWANSEA NEIGHBORHOOD ASSOCIATION; CHAFFEE PARK NEIGHBORHOOD ASSOCIATION; and COLORADO LATINO FORUM,

    Plaintiffs,

v.

FEDERAL HIGHWAY ADMINISTRATION; ELAINE CHAO, in her official capacity as Secretary of transportation; and JOHN M. CARTER, in his official capacity as Division Administrator,

    Defendants,

v.

COLORADO DEPARTMENT OF TRANSPORTATION; and SHAILEN P. BHATT, in his official capacity as Executive Director of the Colorado Department of Transportation,

    Defendant-Intervenors.

---

## THIRD DECLARATION OF CHRISTINE O'CONNOR

---

I, CHRISTINE O'CONNOR, hereby declare:

1. The facts set forth in this Declaration are based upon my personal knowledge. If called as a witness, I could and would testify competently to these facts. As to those matters that reflect an opinion, they reflect my personal opinion and judgment on the matter.

1

2. I am a citizen of the United States and resident of Denver, Colorado. I am a named Plaintiff in Civil Action No. 17-cv-10661-WYD. This is the Third Declaration I have filed in this action.

3. On January 2, 2018, I sent to the Denver City Council via email the letter that is attached as Exhibit 7 to Plaintiffs' Supplemental Brief responding to the Court's Order, Dkt. 97. Exhibit 7 is a true and accurate copy of my letter to the Denver City Council.

4. This letter was sent in advance of a Denver City Council hearing, which took place on the evening of January 2, 2018, regarding Denver's request for Council approval of a construction contract with SEMA for the 39th Avenue open channel. I, along with dozens of other concerned citizens, attended that hearing and oppose the City moving forward with construction along 39th Avenue until a full environmental review and risk assessment is completed. While I did not formally address Council with oral comments at the hearing, 26 speakers were heard on January 2, 2018, many of them voicing opposition and fear regarding what is widely seen as a rushed and unwise decision to disrupt the Vasquez Boulevard / I-70 Superfund site without a full understanding of what contaminants will be disturbed and spread and how to mitigate the human health and environmental effects during construction.

5. Representatives of the City present at the hearing did not represent that a risk assessment had been done for construction along 39th Avenue or that any environmental review process was at this point complete. To my knowledge, the only "studies" done on excavation in the Superfund site along 39th Avenue are reports by Pinyon Environmental, Inc. I have looked at these reports and understand them to be baseline studies providing guidance on Recognized Environmental Conditions. They are not risk assessments. They do not include analysis of

approximately 36 additional properties the City is currently in the process of acquiring for the project.

6. When asked by Council about the effect on the City of any delay in approving the contract with SEMA, Denver's project representatives never raised concerns (voiced by Lesley Thomas at this Court's previous evidentiary hearing) about "stranded assets," but replied only that delays in contracting could bring added costs. Certainly, the City has long been proceeding with P2PH with the understanding that its activities could very well be interrupted or otherwise complicated by court decisions. For instance, Denver began construction at Globeville Landing Park even before the Record of Decision on Central 70 was issues. Denver then moved forward with entering into a contract on City Park Golf Course while the MacFarlane case was pending and before it went to trial.

7. I believe CDOT and Denver accepted the risk that any early work on Central 70, P2PH, or both could be jeopardized. While it is possible that work at Globeville Landing Park could be completed prior to resolution of the merits of this case, no construction has begun along 39th Avenue or at City Park or Park Hill Golf Courses.

8. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States, that to the best of my knowledge, the foregoing is true and correct.

DATED:   January 5, 2018.

_Christine O'Connor_
Christine O'Connor

2