**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**Judge William J. Martinez**

Civil Action Nos.  17-cv-01661-WJM-MEH
 17-cv-01679-WJM-MEH

KYLE ZEPPELIN; BRAD EVANS; CHRISTINE O'CONNOR; KIMBERLY MORSE; JACQUELINE LANSING; JANET FEDER

SIERRA CLUB; ELYRIA AND SWANSEA NEIGHBORHOOD ASSOCIATION; CHAFEE PARK NEIGHBORHOOD ASSOCIATION; AND COLORADO LATINO FORUM,

    Plaintiffs,

  v.

FEDERAL HIGHWAY ADMINISTRATION, ELAINE CHAO, in her official capacity as Secretary of Transportation; and JOHN M. CARTER, in his official capacity as Division Administrator,

    Defendants,

  and

COLORADO DEPARTMENT OF TRANSPORTATION, and SHAILEN P. BHATT, in his official capacity as Executive Director of the Colorado Department of Transportation,

    Defendant-Intervenors.

**FEDERAL DEFENDANTS' NOTICE OF PRODUCTION OF CORRECTED ADMINISTRATIVE RECORD TO THE PARTIES**

Federal Defendants Federal Highway Administration ("FHWA"), Elaine Chao, in her official capacity as Secretary of Transportation, and John Carter, in his official capacity as Division Administrator (collectively, "Federal Defendants"), hereby provide notice that they are producing to the parties in these consolidated cases a corrected Administrative Record for the Record of Decision approving the Central 70 Project.

On December 14, 2017, Federal Defendants lodged the Administrative with the Court and produced copies of the hard drives containing the Administrative Record to the parties, the

1

Court, and the Clerk of Court's Office.  On January 19, 2018, the Sierra Club Plaintiffs informed Federal Defendants of technical deficiencies in the Administrative Record, including technical errors with the hyperlinks in the Index of the Administrative Record.  The Federal Defendants have corrected the technical deficiencies, and on this date, as agreed by the parties, are delivering in person copies of the hard drives with the corrected Administrative Record and the Index to the Administrative Record to the parties.  Specifically, Federal Defendants are delivering one copy of the hard drive with the corrected Administrative Record to the following Plaintiffs' counsel:

| | |
|---|---|
| Melissa A. Hailey | Gregory N. Corbin |
| Keating Wagner Polidori Free, P.C. | Milligan Rona Duran & King LLC |
| 1290 Broadway, Suite 600 | 1627 Vine Street |
| Denver, CO 80203 | Denver, CO 80206 |
| (303) 534-0401 | (720) 414-2000 |
| (303) 534-8333 | gnc@mrdklaw.com |
| mah@keatingwagner.com | |
| *Counsel for Zeppelin Plaintiffs* | *Counsel for Sierra Club Plaintiffs* |

Federal Defendants also sending a copy of the hard drive with the corrected Administrative Record to counsel for Defendant-Intervenors, Nicholas A. DiMascio at Kaplan Kirsch Rockwell, 1675 Broadway, Suite 2300, Denver, Colorado, 80202, (303) 825-7000.

To avoid burdening the Court and the Clerk with copies of additional hard drives and avoid confusion with multiple iterations of the Administrative Record, Federal Defendants will not deliver copies of this corrected Administrative Record at this time.  Instead, Federal Defendants will deliver final copies of the Administrative Record once the Court rules on the motions to supplement the Administrative Record.  If the Court and the Clerk of Court's Office would like copies of the corrected Administrative Record, Federal Defendants will promptly deliver them to the Court and the Clerk of Court's Office at the Court's request.

Respectfully submitted this 26th day of January, 2018.

JEFFREY H. WOOD
Acting Assistant Attorney General
Environment and Natural Resources Division

<u>/s/ Mayte Santacruz</u>
Mayte Santacruz
Carter F. Thurman
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
601 D Street, NW
Washington, D.C. 20004
(202) 305-0465 (Santacruz)
(202) 305-0444 (Thurman)
mayte.santacruz@usdoj.gov
carter.thurman@usdoj.gov

*Attorneys for Federal Highway Administration*

<u>Of Counsel:</u>
Brent Allen
Federal Highway Administration
Office of the Chief Counsel
Lakewood, Colorado
(720) 963-3692
brent.allen@dot.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of January, 2018, I electronically filed Federal Defendants' Notice of Production of Corrected Administrative Record to the Parties with the Clerk of the United States District Court for the District of Colorado using the CM/ECF System, which will send notification of such filing to the attorneys of record in these consolidated cases.

*/s/ Mayte Santacruz*
MAYTE SANTACRUZ