**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action Nos. 17-cv-01661-WJM-MEH
17-cv-01679-WJM-MEH

KYLE ZEPPELIN; BRAD EVANS; CHRISTINE O'CONNOR; KIMBERLY MORSE; JACQUELINE LANSING; JANET FEDER; SIERRA CLUB; ELYRIA AND SWANSEA NEIGHBORHOOD ASSOCIATION; CHAFEE PARK NEIGHBORHOOD ASSOCIATION; and COLORADO LATINO FORUM,

    Plaintiffs,

v.

FEDERAL HIGHWAY ADMINISTRATION, ELAINE CHAO, in her official capacity as Secretary of Transportation; and JOHN M. CATER, in his official capacity as Division Administrator,

    Defendants,

v.

COLORADO DEPARTMENT OF TRANSPORTATION, and MICHAEL LEWIS, in his official capacity as Executive Director of the Colorado Department of Transportation,

    Defendant-Intervenors.

---

**STIPULATION FOR DISMISSAL WITH PREJUDICE RE:
ZEPPELIN PLAINTIFFS' CLAIMS FOR RELIEF**

---

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Zeppelin Plaintiffs hereby voluntarily dismiss with prejudice all claims asserted against Defendant Federal Highway Administration ("FHWA"), and Defendant-Intervenors the Colorado Department of Transportation and Michael Lewis, in his official capacity as Executive Director of the Colorado Department of Transportation ("CDOT Intervenors"), in Case No. 17-cv-01661-WJM-MEH.  Such dismissal is premised on the condition, as agreed to by FHWA and the CDOT Intervenors, that each is

responsible for their own costs and fees incurred in defending against the Zeppelin Plaintiffs' claims to date. This Stipulation for Dismissal with Prejudice in no way affects Case No. 17-cv-01679-WJM-MEH, which was consolidated with Case No. 17-cv-01661-WJM-MEH "for purposes of filing the administrative record and case management only." Order on Motion to Consolidate, Dkt. 22.

Respectfully submitted this 6th day of February, 2018.

          KEATING WAGNER POLIDORI FREE, P.C.

By:   *s/ Melissa A. Hailey*
       Melissa A. Hailey
       Aaron D. Goldhamer
       1290 Broadway, Suite 600
       Denver, CO 80203
       Tel: (303) 534-0401
       Fax: (303) 534-8333
       mah@keatingwagner.com
       agoldhamer@keatingwagner.com

~ and ~

James Jay Tutchton, CO Reg. #21138
Tutchton Law Office
6439 East Maplewood Avenue
Centennial, CO 80111
Tel: (720) 301-3843
jtutchtontlo@gmail.com

*Attorneys for the Zeppelin Plaintiffs*


*s/ Mayte Santacruz*
Carter Fleeth Thurman
Mayte Santacruz
United States Department of Justice
Environmental Natural Resources Division
Natural Resources Section

2

601 D Street, N.W.
Washington, DC 20004
(202) 305-0444 (Thurman)
(202) 305-0465 (Santacruz)
carter.thurman@usdoj.gov
mayte.santacruz@usdoj.gov

*Attorneys for Defendant FHWA*


*s/ John E. Putnam*
John E. Putnam
Nicholas A. DiMascio
Kaplan Kirsch & Rockwell LLP
1675 Broadway, Suite 2300
Denver, CO  80202
(303) 825-7000
jputnam@kaplankirsch.com
ndimascio@kaplankirsch.com

*Attorneys for the CDOT Intervenors*

# CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of February, 2018, I filed a true and accurate copy of the foregoing with the Clerk of Court via the CM/ECF system, which provided immediate electronic notice of the same to all counsel of record as follows:

Carter F. Thurman, Esq.
Mayte Santacruz, Esq.
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, DC 20044-7611
Carter.thurman@usdoj.gov
Mayte.santacruz@usdoj.gov

David A. Carson
U.S. Department of Justice-Denver-ENRS
Environment & Natural Resources Section
999 17th Street
South Terrace, Suite 370
Denver, CO 80212
David.a.carson@usdoj.gov

*Attorneys for Federal Defendants*

John E. Putnam, Esq.
Nicholas A. DiMascio, Esq.
Kaplan Kirsch & Rockwell, LLP
1675 Broadway, Suite 2300
Denver, CO 80202
jputnam@kaplankirsch.com
ndimascio@kaplankirsch.com

*Attorneys for the CDOT Intervenors*

Robert E. Yuhnke, Esq.
Robert E. Yuhnke & Associates
4050 SE Hosner Terrace
Gresham, OR 97080
Bob.yuhnke@prodigy.net

Andrea S. Gelfuso, Esq.
Andrea Gelfuso, Attorney at Law

2402 South Holland Street
Lakewood, CO 80227
Agelfuso6@gmail.com

Gregory Nicholas Corbin
Milligan Rona Duran & King, LLC-Denver
1627 Vine Street
Denver, CO 80206
gnc@mrdklaw.com

*Attorneys for the Sierra Club Plaintiffs*

                                          *s/ Melissa A. Hailey*

2