IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-01661-WJM-MEH
17-cv-01679-WJM-MEH

SIERRA CLUB,
ELYRIA AND SWANSEA NEIGHBORHOOD ASSOCIATION,
CHAFEE PARK NEIGHBORHOOD ASSOCIATION, and
COLORADO LATINO FORUM,

    Plaintiffs,

v.

FEDERAL HIGHWAY ADMINISTRATION,
ELAINE CHAO, and
JOHN M. CARTER,

    Defendants.

v.

COLORADO DEPARTMENT OF TRANSPORTATION, and
SHAILEN P. BHATT,

    Defendants-Intervenors.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 7, 2018.**

    For good cause shown, Petitioner's Unopposed Expedited Motion for Modification of Joint Case Management Plan [filed February 5, 2018; ECF No. 106] is **granted**. Paragraph 6 of the governing Case Management Plan is modified as follows:

| | |
|---|---|
| Deadline for motions regarding the scope of the record: | March 9, 2018 |
| Deadline for responses to motions regarding the scope of the record: | March 19, 2018 |
| Deadline for reply briefs regarding the scope of the record: | March 21, 2018 |
| Deadline for Plaintiffs' opening brief: | April 30, 2018 |
| Deadline for Defendants' response brief: | June 29, 2018 |
| Deadline for Plaintiffs' reply brief: | July 30, 2018 |

    In addition, the Motion Hearing currently scheduled for February 26, 2018 is **vacated and rescheduled** to **March 26, 2018** at **1:30 p.m.** in Courtroom A-501, on the fifth floor of the Alfred A. Arraj United States Courthouse located at 901 19th Street, Denver, Colorado.