# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Actions No.   17-cv-01661-WJM-MEH
*Consolidated with*   17-cv-01679-WJM-MEH

SIERRA CLUB; ELYRIA AND SWANSEA NEIGHBORHOOD ASSOCIATION; CHAFEE PARK NEIGHBORHOOD ASSOCIATION; and COLORADO LATINO FORUM,

    Plaintiffs,

v.

FEDERAL HIGHWAY ADMINISTRATION, ELAINE CHAO, in her official capacity as Secretary of Transportation; and JOHN M. CATER, in his official capacity as Division Administrator,

    Defendants,

      *and*

COLORADO DEPARTMENT OF TRANSPORTATION,

    Defendant-Intervenor.

---

## DEFENDANT-INTERVENOR'S NOTICE OF FIRST AMENDED ANSWER TO SIERRA CLUB'S PETITION FOR REVIEW

---

| | |
|---|---|
| HARRY SCOTT MORROW | JOHN E. PUTNAM |
| Colorado Attorney General's Office | NICHOLAS A. DIMASCIO |
| Ralph L. Carr Colorado Judicial Center | KAPLAN KIRSCH & ROCKWELL LLP |
| 1300 Broadway | Special Assistant Attorneys General |
| Denver, CO  80203 | 1675 Broadway, Suite 2300 |
| (720) 508-6000 | Denver, CO  80202 |
| harry.morrow@coag.gov | (303) 825-7000 |
| | jputnam@kaplankirsch.com |
| | ndimascio@kaplankirsch.com |
| | |
| | *Attorneys for Defendant-Intervenor* |

Pursuant to Fed. R. Civ. P. 15(a)(2) and D.C.Colo.LCivR 15.1(a), the Colorado Department of Transportation ("CDOT") hereby gives notice of its First Amended Answer to Plaintiffs' (collectively, "Sierra Club") Petition for Review.  CDOT is amending its Answer to include the affirmative defenses of estoppel and res judicata, which were unavailable to CDOT when it filed its original Answer.  As explained below, Sierra Club has consented in writing to CDOT's First Amended Answer, which therefore is filed by notice under LCivR 15.1(a).

The reasons for this notice are as follows:

1. Sierra Club contended in its Notice of Related Cases (No. 17-cv-1679, ECF 2) and the Joint Case Management Plan ("JCMP", No. 17-cv-1661, ECF 68 ¶ 4) that several of the Clean Air Act ("CAA") claims in this case are related to claims that it raised in a separate case filed in the U.S. Court of Appeals for the D.C. Circuit (No. 16-1097).

2. The D.C. Circuit recently issued an opinion in that case, which is attached hereto as Exhibit 1.  The court held that the Environmental Protection Agency's ("EPA") 2015 hot-spot guidance is not a legislative rule and therefore EPA did not have to follow notice-and-comment rulemaking procedures to promulgate that guidance.  *Sierra Club v. EPA*, 873 F.3d 946, 951-53 (D.C. Cir. 2017).

3. The D.C. Circuit subsequently denied Sierra Club's petition for panel or en banc rehearing.  *See Sierra Club v. EPA*, No. 16-1097, 2018 U.S. App. LEXIS 1367, at *1 (D.C. Cir. Jan. 19, 2018); 2018 U.S. App. LEXIS 1368, at *1 (D.C. Cir. Jan. 19, 2018).

4. As contemplated by ¶ 4 of the JCMP, counsel for CDOT conferred with counsel for Sierra Club regarding the impact of the D.C. Circuit's decision on the related CAA claims in

this case. Counsel for Sierra Club stated that Sierra Club still intends to assert the related CAA claims in this Court.

      5. Counsel for CDOT therefore conveyed CDOT's intention to amend its Answer to include the affirmative defenses of estoppel and res judicata, which were previously unavailable to CDOT. Sierra Club consented in writing to CDOT's amendment of its Answer.[1]

      6. Sierra Club asked CDOT to inform the Court that Sierra Club will request a 1,000-word increase to the length of Sierra Club's reply brief due to the amendment of CDOT's Answer. CDOT opposes any such an increase, as CDOT is not seeking by this notice to increase the word limit for its own response brief.

      7. Attached as Exhibit 2 is CDOT's First Amended Answer to the Petition.

For the reasons explained above, CDOT respectfully requests the Court to accept for filing CDOT's First Amended Answer to Sierra Club's petition.

                                           Respectfully submitted,

| | |
|---|---|
| HARRY SCOTT MORROW | JOHN E. PUTNAM |
| Colorado Attorney General's Office | NICHOLAS A. DIMASCIO |
| Ralph L. Carr Colorado Judicial Center | KAPLAN KIRSCH & ROCKWELL LLP |
| 1300 Broadway | Special Assistant Attorneys General |
| Denver, CO  80203 | 1675 Broadway, Suite 2300 |
| (720) 508-6000 | Denver, CO  80202 |
| harry.morrow@coag.gov | (303) 825-7000 |
| | jputnam@kaplankirsch.com |
| | ndimascio@kaplankirsch.com |

FEB. 27, 2018                                         *s/ Nicholas A. DiMascio*
                                                          NICHOLAS A. DIMASCIO

---

[1] Sierra Club also consented in writing to the Federal Highway Administration's ("FHWA) similar amendment of its answer, which CDOT understands FHWA will file on this same date.

2

# CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2018, I electronically filed the foregoing document and all of its attachments with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following email addresses:

Robert E. Yuhnke
4050 Se Hosner Terrace
Gresham, OR  97080
(303) 499-0425
bob.yuhnke@prodigy.net

Andrea S. Gelfuso
Andrea Gelfuso, Attorney at Law
2402 South Holland Street
Lakewood, CO  80227
(303) 955-1910
agelfuso6@gmail.com

Gregory Nicholas Corbin
Milligan Rona Duran & King, LLC
1627 Vine Street
Denver, CO  80206
(720) 414-2000
gnc@mrdklaw.com

Carter F. Thurman
Mayte Santacruz
U.S. Department of Justice
Env't & Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, DC 20044-7611
(202) 305-0465 (phone)
(202) 305-0506 (fax)
carter.thurman@usdoj.gov
mayte.santacruz@usdoj.gov

David A. Carson
United States Department of Justice
Env't & Natural Resources Division
Environmental Defense Section
Denver Place Building
999 18th Street
South Terrace, Suite 370
Denver, CO 80202
(303) 844-1349
david.a.carson@usdoj.gov

s/ *Nicholas A. DiMascio*
Nicholas A. DiMascio