**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Actions Nos.     17-cv-01661-MJW
                       17-cv-01679-MJW


SIERRA CLUB; ELYRIA AND SWANSEA NEIGHBORHOOD ASSOCIATION; CHAFEE PARK NEIGHBORHOOD ASSOCIATION; and COLORADO LATINO FORUM;

             Plaintiffs,

      v.

FEDERAL HIGHWAY ADMINISTRATION, ELAINE CHAO, in her official capacity as Secretary of Transportation; and JOHN M. CARTER; in his official capacity as Division Administration,

             Defendants,

      v.

COLORADO DEPARTMENT OF TRANSPORTATION,

             Defendant-Intervenor.
_____

**FEDERAL DEFENDANTS' NOTICE OF FIRST AMENDED ANSWER
TO PETITION FOR REVIEW**

Defendants Elain Chao, in her official capacity as Secretary of Transportation, Federal

Highway Administration ("FHWA") and John M. Cater, in his official capacity as Division

Administrator for FHWA's Colorado Division (collectively "Federal Defendants"), hereby

provide notice of their First Amended Answer in accordance with Fed. R. Civ. P. 15(a)(2), and

D.C.Colo.LCivR 15.1(a).  Federal Defendants are amending their Answer to include the

affirmative defenses of estoppel and res judicata, which were unavailable to Federal Defendants

when they filed their original Answer.  As explained in Paragraphs 5 and 6 below, Plaintiffs

1

Sierra Club, Elyria and Swansea Neighborhood Association, Chafee Park Neighborhood Association, and Colorado Latino Forum (collectively "Sierra Club" or "Plaintiffs") do not oppose this amendment, and it therefore may be made by notice under D.C.Colo.LCivR 15.1(a). The reasons for this notice are as follows:

1.   Sierra Club contended in its Notice of Related Cases (No. 17-cv-1679, ECF 2) and the Joint Case Management Plan ("JCMP," No. 17-cv-1661, ECF 68 ¶ 4) that several of the Clean Air Act ("CAA") claims in this case are related to claims that it raised in a separate case filed in the U.S. Court of Appeals for the D.C. Circuit (No. 16-1097).

2.   The D.C. Circuit recently issued an opinion in that case. (Attachment 1).  The court, among other things, held that the Environmental Protection Agency's ("EPA") 2015 hot-spot guidance is not a legislative rule and therefore EPA did not have to follow notice and comment rulemaking procedures to promulgate that guidance.  *Sierra Club v. EPA*, 873 F.3d 946, 951-53 (D.C. Cir. 2017).

3.   The D.C. Circuit subsequently denied Sierra Club's petition for panel or en banc rehearing.  *See Sierra Club v. EPA*, No. 16-1097, 2018 U.S. App. LEXIS 1367, at *1 (D.C. Cir. Jan. 19, 2018); 2018 U.S. App. LEXIS 1368, at *1 (D.C. Cir. Jan. 19, 2018).

4.   Pursuant to ¶ 4 of the JCMP, counsel for Intervenor-Defendant Colorado Department of Transportation ("CDOT") conferred with counsel for Sierra Club regarding the impact of the D.C. Circuit's decision on the related CAA claims in this case.  Counsel for Sierra Club indicated that Sierra Club still intends to assert the related CAA claims in this Court.  While we do not know what arguments Sierra Club will actually press on the merits, it asserts in its Petition for Review that Federal Defendants' reliance on the 2015 hot-spot guidance is unlawful

for the same reasons that EPA's 2015 hot-spot guidance is allegedly unlawful, including that it was issued without notice and comment rulemaking procedures that Sierra Club alleges are required by the Administrative Procedure Act.  Petition for Review at ¶¶ 237-238.

5.    Counsel for both CDOT and Federal Defendants therefore conveyed their intention to amend their respective Answers to include the affirmative defenses of estoppel and res judicata, which were unavailable to CDOT and Federal Defendants when they filed their respective Answers.  Counsel for Sierra Club indicated in writing that it does not oppose either Federal Defendants' or CDOT's amendment of their respective Answers.[1]

6.    While the Sierra Club does not oppose the filing of these amended answers, counsel for Sierra Club asked Federal Defendants to inform the Court that Sierra Club will request a 1,000-word increase to the length of Sierra Club's reply brief due to the filing of the amended answers.  Federal Defendants do not consent to such an increase.  Federal Defendants are not seeking any increase to the word limit for its own response brief due to filing its First Amended Answer, and Federal Defendants understand that CDOT is likewise not seeking any such increase for its response brief.  Federal Defendants are merely preserving previously unavailable affirmative defenses.

7.    Federal Defendants' First Amended Answer to Petition for Review contains the additional defenses set forth in redline on page 60 as required by D.C.Colo.LCivR 15.1(a). (Attachment 2).  Federal Defendants also correct a typographical error in Paragraph 372, and a minor formatting issue in Paragraph 373 (both on page 59), which are also shown in redline. (Attachment 2).

---

[1]  Federal Defendants understand that CDOT has or will file a similar notice on this same date.

For the reasons explained above, Federal Defendants respectfully request the Court to accept for filing Federal Defendants' First Amended Answer to Petition for Review.

Respectfully submitted this 27th day of February 2018.

JEFFREY H. WOOD
Acting Assistant Attorney General
Environment & Natural Resources Division

*/s/ David A. Carson*
DAVID A. CARSON
United States Department of Justice
Environment and Natural Resources
Division
South Terrace – Suite 370
999 18th Street
Denver, Colorado 80202
(303) 844-1349
david.a.carson@usdoj.gov

CARTER F. THURMAN (GA Bar No. 691275)
MAYTE SANTACRUZ (CA Bar No. 259820)
U.S. Department of Justice
Environment and Natural Resources Division
P.O. Box 7611
Washington, DC 20044-7611
(202) 305-0444 (Thurman)
(202) 305-0465 (Santacruz)
(202) 305-0506 (fax)
carter.thurman@usdoj.gov
mayte.santacruz@usdoj.gov

*Attorneys for Federal Defendants*

4

Of Counsel:
Brent Allen (CO Bar No. 42922)
Federal Highway Administration
Office of the Chief Counsel, Western Legal Services Division
Lakewood, Colorado
(720) 963-3692
brent.allen@dot.gov

**CERTIFICATE OF SERVICE**

I do hereby certify that on 27th day of February 2018, the foregoing Federal Defendants'

Notice of Filing First Amended Answer to Plaintiffs' Petition for Review was electronically filed

with the Clerk of Court using the CM/ECF system which will send notification of such filing to

the following:

Andrea S. Gelfuso
Andrea Gelfuso, Attorney at Law
2402 South Holland Street
Lakewood, CO  80227
303-955-1910
Agelfuso6@gmail.Com

Robert E. Yuhnke
Robert E. Yuhnke & Associates
4050 Se Hosner Terrace
Gresham, OR  97080
303-499-0425
Bob.Yuhnke@prodigy.Net

Gregory Nicholas Corbin
Milligan Rona Duran & King, LLC-Denver
1627 Vine Street
Denver , CO  80206
720-414-2000
Gnc@mrdklaw.Com

/s/ David A. Carson
DAVID A. CARSON
United States Department of Justice
Environment and Natural Resources
Division
South Terrace – Suite 370
999 18th Street
Denver, Colorado 80202
(303) 844-1349
david.a.carson@usdoj.gov