# Exhibit 43

## *Sierra Club v. Chao et al.*
## Revised Responses to Plaintiffs' February 16, 2018 Request re: Motion to Complete the Record

| | Description | Response |
|---|---|---|
| **I** | **Documents Related to Air Quality Modeling for the CAA Conformity Determination** | |
| 1 | Output results from any model run(s) that include all receptor locations in the I-25/I-70 modeling domain, and that use consistent input parameters for all emission source segments. Single modeling runs that produce results for all receptor locations must have been performed. The input and output files for all modeling runs performed should be included in the AR. | This item does not identify any specific document missing from the administrative record that was directly or indirectly considered by the agency in taking any final action regarding the Central 70 Project.<br><br>Without waiving any objection, FHWA responds that it did not locate additional documents in the agency project fitting this description. All output results that were considered by the agency in taking any final decision regarding the Central 70 Project are already included in the administrative record. |
| 2 | Documents explaining the differences in the inputs used to model all but seven receptor locations, and the inputs used to model the seven receptor locations missing from the general model run. | This item does not identify any specific document missing from the administrative record that was directly or indirectly considered by the agency in taking any final action regarding the Central 70 Project.<br><br>Without waiving any objection, FHWA responds that it did not locate documents in the agency project file fitting this description. |
| 3 | Any communication between FHWA Division staff and its modeling staff and/or contractor requesting separate modeling runs for the seven receptor locations omitted from the general modeling run. | This item does not identify any specific document missing from the administrative record that was directly or indirectly considered by the agency in taking any final action regarding the Central 70 Project.<br><br>Without waiving any objection, FHWA responds that it did not locate documents in the agency project file fitting this description. |
| 4 | Any communication within FHWA between the Division staff and the Air Quality office explaining why separate modeling runs were being performed for seven receptor locations, what differences in modeling inputs would be used, and the rationale for using different modeling inputs for modeling different receptors. | This item does not identify any specific document missing from the administrative record that was directly or indirectly considered by the agency in taking any final action regarding the Central 70 Project.<br><br>Without waiving any objection, FHWA responds that it did not locate documents in the agency project file fitting this description. |

|   | **Description** | **Response** |
|---|---|---|
| 5 | Any interagency consultation or communication between FHWA and U.S. EPA, and/or Colorado DOT, and/or Colorado Department of Public Health and Environment explaining why separate modeling runs were being performed for seven receptor locations, what differences in modeling inputs would be used, and the rationale for using different modeling inputs for different receptors. | This item does not identify any specific document missing from the administrative record that was directly or indirectly considered by the agency in taking any final action regarding the Central 70 Project.<br><br>Without waiving any objection, FHWA responds that it did not locate documents in the agency project file fitting this description. |
| 6 | Any communication from U.S. EPA authorizing FHWA to:<br><br>(a) perform separate modeling for the seven receptor locations omitted from the general modeling that used different input parameters from the inputs used for the general modeling run; and/or<br><br>(b) depart from specific criteria for modeling assumptions or other criteria specified in EPA's modeling guidance. | These items do not identify any specific document missing from the administrative record that was directly or indirectly considered by the agency in taking any final action regarding the Central 70 Project.<br><br>Without waiving any objection, FHWA responds that it did not locate documents in the agency project file fitting this description. |
| II | **Disclosure of Data Inputs, Assumptions and Procedures Used to Model Project Emissions for Interagency Consultation and Public Involvement** | |
| 1 | Meeting notes of the EPA/FHWA call on 1/17/17. | FHWA was unable to locate a record fitting this description in the agency project file. Any such record was not directly or indirectly considered by the agency in taking any final action regarding the Central 70 Project. |
| 2 | The "technical information" received by EPA from FHWA on 1/17/17. | Included in the administrative record under DRCOG Traffic Forecasts and PM10 GIS Files ((Internal Records > Air Quality > Air Quality Modeling Files > ROD AQModeling >...). |
| 3 | Email dated 12/22/16 from EPA to FHWA that clarified EPA's request for additional PM10 hot-spot modeling information. EPA's 1/12/17 letter to FHWA (00512.pdf, AR 29614). | This item was inadvertently omitted and will be added to the administrative record. |
| 4 | FHWA's 12/23/16 response to 12/22/16 email request described above. See EPA's 1/12/17 letter (00512.pdf, AR 29614). | This item was inadvertently omitted and will be added to the administrative record. |

| | **Description** | **Response** |
|---|---|---|
| 5 | 1/4/17 FHWA email "that provided additional PM10 hot-spot modeling information." See EPA's 1/12/17 letter (00512.pdf, AR 29614). | This item was inadvertently omitted and will be added to the administrative record. |
| 6 | Information released to the EPA [by FHWA] on December 16, 2016 including but not limited to a "spreadsheet that illustrated the link-by-link truck information that was used." See EPA's 1/12/17 letter (AR at 512.pdf, 29616). | Included in the administrative record under Internal Records > Air Quality > Air Quality Modeling Files > ROD AQModeling > Other Inputs … |
| 7 | EPA's 1/12/17 letter (AR at 512.pdf, 29615) specifies that information EPA needed for review of the PM10 hot-spot analysis was missing. Provide all documentation and communications related to the following:<br><br>(a) Modeling protocol used for the Draft Air Quality Conformity Determination.<br><br>(b) Link by link traffic volumes used for the Draft Air Quality Conformity Determination.<br><br>(c) Scripts and intermediate tables used to calculate the grams/second rates for volume sources for the Draft Air Quality Conformity Determination.<br><br>(d) How emissions factors from MOVES modeling were applied to the AERMOD input files used for the Draft Air Quality Conformity Determination. | (a) Included in the administrative record at File No. 5241 (Bates Nos. 89743-89746). No additional records were directly or indirectly considered by the agency in taking any final action regarding the Central 70 Project.<br><br>(b) Included in the administrative record under DRCOG Traffic Forecasts ((Internal Records > Air Quality > Air Quality Modeling Files > ROD AQModeling >...). No additional records were directly or indirectly considered by the agency in taking any final action regarding the Central 70 Project.<br><br>(c) Two records further explaining the method used to calculate the grams/second rates were omitted and will be added to the record. No additional records were directly or indirectly considered by the agency in taking any final action regarding the Central 70 Project.<br><br>(d) Included in the administrative record at File No. 426 (Bates Nos. 29032-29044). No additional records were directly or indirectly considered by the agency in taking any final action regarding the Central 70 Project. |

| | **Description** | **Response** |
|---|---|---|
| 8 | Any communications or documents containing, describing or referring to EPA's request for "outstanding modeling information for the PM10 hot-spot analysis" and "additional PM10 sensitivity analysis" referenced in the timeline under the entry for December 1, 2016. | This item does not identify any specific document missing from the administrative record that was directly or indirectly considered by the agency in taking any final action regarding the Central 70 Project.<br><br>Without waiving any objection, FHWA responds that it located one record in the agency project file fitting this description that was inadvertently omitted and will be added to the administrative record. No additional records were directly or indirectly considered by the agency in taking any final action regarding the Central 70 Project. |
| 9 | Any communications or documents containing, describing, discussing or referring to FHWA's response to EPA's request for "outstanding modeling information for the PM10 hot-spot analysis" and "additional PM10 sensitivity analysis" referenced in the timeline under the entry for December 1, 2016. | This item does not identify any specific document missing from the administrative record that was directly or indirectly considered by the agency in taking any final action regarding the Central 70 Project.<br><br>Without waiving any objection, FHWA responds that it located one record in the agency project file fitting this description that was inadvertently omitted and will be added to the administrative record. No additional records were directly or indirectly considered by the agency in taking any final action regarding the Central 70 Project. |
| 10 | Any communications, documents or data files FHWA provided to EPA regarding the Draft Air Quality Update document and information available for EPA's review referenced in the timeline under the entry for December 16, 2016. | This item does not identify any specific document missing from the administrative record that was directly or indirectly considered by the agency in taking any final action regarding the Central 70 Project.<br><br>Without waiving any objection, FHWA responds that records fitting this description are already included in the administrative record in the following files: AERMOD Input & Output Files; DRCOG Traffic Forecasts; PM10 GIS (Internal Records > Air Quality > Air Quality Modeling Files > ROD AQModeling >...). No additional records were directly or indirectly considered by the agency in taking any final action regarding the Central 70 Project. |

| | Description | Response |
|---|---|---|
| 11 | Any communications or documents containing, describing or referring to EPA's request for "additional AERMOD files for the PM10 hot-spot modeling" referenced in the timeline under the entry for December 18, 2016. | This item does not identify any specific document missing from the administrative record that was directly or indirectly considered by the agency in taking any final action regarding the Central 70 Project.<br><br>Without waiving any objection, FHWA responds that it did not locate documents in the agency project file fitting this description. |
| 12 | Any communications or documents containing, describing, discussing or referring to FHWA's response to EPA's request referenced in the timeline under the entry for December 18, 2016, including but not limited to any data files and "AERMOD files for the PM10 hot-spot modeling". | This item does not identify any specific document missing from the administrative record that was directly or indirectly considered by the agency in taking any final action regarding the Central 70 Project.<br><br>Without waiving any objection, FHWA responds that it did not locate documents in the agency project file fitting this description. |
| 13 | The DRCOG model data used for the traffic modeling to generate link data. | This item is already included in the administrative record under DRCOG Traffic Forecasts ((Internal Records > Air Quality > Air Quality Modeling Files > ROD AQModeling >...). No additional records were directly or indirectly considered by the agency in taking any final action regarding the Central 70 Project. |
| 14 | Any documentation explaining the methodology applied to generate link data from DRCOG modeling data. | This item does not identify any specific document missing from the administrative record that was directly or indirectly considered by the agency in taking any final action regarding the Central 70 Project.<br><br>Without waiving any objection, FHWA responds that records fitting this description are already included in the administrative record at File No. 5330 (Bates: 90244-90246) and File No. 5224 (Bates: 89533-89535). No additional records were directly or indirectly considered by the agency in taking any final action regarding the Central 70 Project. |

|    | **Description** | **Response** |
|----|-----------------|--------------|
| 15 | Any communications or other documents that assess the reliability of the traffic modeling data for links on I-70 by comparing the modeled truck data with actual truck traffic counts. | This item does not identify any specific document missing from the administrative record that was directly or indirectly considered by the agency in taking any final action regarding the Central 70 Project.<br><br>Without waiving any objection, FHWA responds that it did not locate additional documents in the agency project file fitting this description. |
| 16 | Any communications or other documents that explain how the traffic modeling produced estimates of traffic counts by vehicle classification, how vehicle classes were defined, and which vehicle classes were estimated in the traffic modeling. | This item does not identify any specific document missing from the administrative record that was directly or indirectly considered by the agency in taking any final action regarding the Central 70 Project.<br><br>Without waiving any objection, FHWA responds that records fitting this description are already included in the administrative record at File No. 5224 (Bates: 89533-89535). No additional records were directly or indirectly considered by the agency in taking any final action regarding the Central 70 Project. |
| 17 | Any communications or other documents that explain how vehicles classified as "trucks" in the traffic modeling were allocated to vehicle classes required as input to EPA's MOVES for the purpose of determining total emissions. | This item does not identify any specific document missing from the administrative record that was directly or indirectly considered by the agency in taking any final action regarding the Central 70 Project.<br><br>Without waiving any objection, FHWA responds that it did not locate documents in the agency project file fitting this description. |
| 18 | "A one page summary of the air quality/toxics approach for the EIS" included in Executive Oversight Committee Meeting Notes from 9/15/2004 (AR 00907.pdf, 47069). | This item was inadvertently omitted and will be added to the administrative record. |
| III | **Documents Related to Health Impacts** | |
| 1 | Muller, Brian, Lynn Johnson, John Wyckoff, and Fred Nuszdorfer. "Areawide Coordinated Cumulative Effects Analysis – Phase I." July 2008, Report No. CDOT-2008-6, available at https://www.codot.gov/programs/research/pdfs/2008/accea.pdf (last accessed February 16, 2018). | This item was not directly or indirectly considered by the agency in taking any final action regarding the Central 70 Project. |

| | Description | Response |
|---|---|---|
| 2 | Thomas, Gregg, Debra Bain, and Sabrina Williams. "Technical Report - Going One Step Beyond: A Neighborhood Scale Air Toxics Assessment in North Denver (The Good Neighbor Project)." March 9, 2007. Available at https://www.codot.gov/programs/research/pdfs/2007/goodneighbor.pdf (last accessed February 16, 2018). | This item is already included in the administrative record at File No. 5953 (Bates Nos. 160795-160883). |
| 3 | Health in Transportation Corridor Planning Framework (FHWA): https://www.fhwadot.gov/planning/health_in_transportation/planning_framework/the_framework/fhwahep16014.pdf. | This item was not directly or indirectly considered by the agency in taking any final action regarding the Central 70 Project. |
| 4 | Frequently Asked Questions re Health and Transportation. https://www.fhwa.dot.gov/planning/health_in_transportation/faq/faq.pdf. | This item was not directly or indirectly considered by the agency in taking any final action regarding the Central 70 Project. |
| 5 | Transportation and Health Tool (THT) – Cleaner Air https://www.transportation.gov/mission/health/cleaner-air. | This item was not directly or indirectly considered by the agency in taking any final action regarding the Central 70 Project. |
| 6 | "Fine-Particulate Air Pollution and Life Expectancy in the United States," Pope, A. et al., New England J. of Medicine. http://www.nejm.org/doi/full/10.1056/NEJMsa0805646. | This item was not directly or indirectly considered by the agency in taking any final action regarding the Central 70 Project. |
| 7 | "Effects on respiratory health of a reduction in air pollution from vehicle exhaust emissions," Burr, M. et al., Journal of Occupational and Environmental Medicine. https://www.ncbi.nlm.nih.gov/pmc/articles/PMC1740733/. | This item was not directly or indirectly considered by the agency in taking any final action regarding the Central 70 Project. |