# Exhibit 35

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 17-cv-1661-WJM-MEH
*Consolidated with* 17-cv-1679-WJM-MEH

SIERRA CLUB; ELYRIA AND SWANSEA NEIGHBORHOOD ASSOCIATION; CHAFFEE PARK NEIGHBORHOOD ASSOCIATION; and COLORADO LATINO FORUM,

Plaintiffs,

v.

FEDERAL HIGHWAY ADMINISTRATION, ELAINE CHAO, in her official capacity as Secretary of Transportation; and JOHN M. CARTER, in his official capacity as Division Administrator, Defendants,

v.

COLORADO DEPARTMENT OF TRANSPORTATION, and SHAILEN P. BHATT, in his official capacity as Executive Director of the Colorado Department of Transportation,

Defendant-Intervenors.

---

EXHIBIT 35
DECLARATION OF JOHN BRINK
(Case No. 17-cv-1679-WJM-MEH)

---

| | |
|---|---|
| ROBERT E. YUHNKE  (CO Bar No. 12686) <br> 4050 SE Hosner Terrace <br> Gresham, OR 97080 <br> (303) 499-0425 <br> bob.yuhnke@prodigy.net | GREGORY N. CORBIN  (CO Bar No. 48468) <br> Milligan Rona Duran & King LLC <br> 1627 Vine St. <br> Denver, CO 80206 <br> Tel. 720-414-2000 <br> gnc@mrdklaw.com |
| ANDREA S. GELFUSO  (CO Bar No. 19773) <br> 2402 S. Holland Street <br> Lakewood Co 80227 <br> (303) 955-1910 <br> agelfuso6@gmail.com | COUNSEL FOR PETITIONERS |

## DECLARATION OF JOHN M. BRINK

1. My name is John M. Brink. I reside at 1901 Bellaire Street, Denver CO 80220.

2. I earned a Master Degree in Forest Science with focus on Aquatic & Terrestrial Ecology, Soil Science, Hydrology & Biometeorology, and Environmental Planning from the Yale School of Forestry and Environmental Studies, New Haven, CT (1972).

3. I was employed by the U.S. Environmental Protection Agency, Region 8, beginning in 1975 until 2012. During that period I most recently served as Chief, Pollution Prevention and Toxics Unit, Office of Partnerships and Regulatory Assistance (2005-12). Previously I had served as Section 404 Enforcement Program Manager in the Office of Enforcement, Compliance and Environmental Justice (1990-2002). In that capacity I led a team of EPA technical staff and contractors responsible for civil enforcement of the Clean Water Act's prohibitions against unauthorized discharges of dredged or fill material (§404). In that program I investigated §404 violations, determined appropriate legal and technical remedies, initiated and carried out enforcement actions, and testified at administrative hearings and Federal District Court trials as a fact witness and as an expert on applicable regulations and policies.

4. I prepared the attached Report of fugitive emissions of particulate matter (PM10) expected to be released into the atmosphere by construction activities associated with the I-70 East Phase 1 Project.

5. The Report was prepared on behalf of the Sierra Club to determine whether construction emissions would likely have a significant impact on concentrations of PM10 during the construction phase of the Project.

6. The Report is based on calculations of the area to be disturbed during construction derived from information provided in the NEPA documents for the Project, the construction schedule for the Project posted on the Project website, and guidance published by the U.S. EPA for estimating emissions of fugitive dust as PM10 from highway construction projects.

I declare pursuant to 28 U.S.C. § 1746, subject to the penalty of perjury under the laws of the United States, that the above stated facts, and the facts stated in the report "Estimates of Fugitive Dust Emissions from Construction Activities for the I-70 East Phase 1 Expansion Project," attached hereto, incorporated herein and identified as Attachment 1, are true and correct to the best of my knowledge and belief.

Executed at Denver, Colorado, this 1st day of March, 2018.

John M. Brink

# Estimates of Fugitive Dust Emissions from Construction Activities for the I-70 East Phase 1 Expansion Project

by
John M. Brink

The following analysis estimates the PM10 emitted as fugitive dust due to construction activities for the I-70 East Phase 1 (Central) Project from Colorado Boulevard to Brighton Boulevard. These estimates are limited to emissions that will result from excavation, earth moving, demolition of the viaduct and removal of demolition debris. They do not include exhaust emissions from heavy duty construction equipment, trucks transporting soil and demolition debris from the I-70 site to disposal sites, or emissions from personal and contractor vehicles providing access to the site for workers, supervisors and service providers.

The estimates are based on EPA guidance, which provides emission factors for estimating fugitive dust emissions for construction activities, and estimates of the effectiveness of emission controls to reduce fugitive dust. EPA's guidance provides an estimate of emissions per disturbed acre for each month that construction activities are underway, assuming that construction work continues 30 days/month. The emissions computations in this report are based on the estimated area of construction disturbance for each construction phase of the highway segment in question and assume that CDOT will work on the project 30 days per month.

The following emissions computations are based on 1) the estimated area of construction disturbance for each construction phase and segment of the highway, 2) the published I-70 Project schedule which provides the start and end dates for each phase of the Project, and 3) the assumption based on CDOT's T-REX and US 36 projects that construction will be continuous (i.e., 30 days/month).

**Project Disturbed Area and Duration of Construction Activities**

The NEPA documents describe the location of the I-70 Project, but they do not quantify the area of the footprint on which construction activities will be conducted. Therefore an estimate of the area to be disturbed was obtained from schematic drawings, cross-sections and other information provided in the NEPA documents. The following schematic from the Record of Decision for the project shows an overview of the project and the highway segments encompassed within the project.

1



Exhibit 8   Central 70 Project Overview

Kiewit Meridiam Partners (KMP), the entity that CDOT has contracted with to build and operate the project, produced another schematic, shown below, reflecting further refinement of the segments and the schedules for staging phases of the project's construction activities. (https://www.codot.gov/projects/i70east/assets/c70_es_publicstatement_rev-v4-8-24-17.pdf).



The dates for completion of the four milestones included in the master contract[1] for the project, shown above, are as follows:

- Milestone 1 – November 18, 2019
- Milestone 2 – October 20, 2020
- Milestone 3 – September 26, 2020
- Milestone 4 – September 4, 2021.

## Segment 1 (West Area) Fugitive Emissions PM10 Analysis

KMP's Construction Traffic Management and Milestone Schedule shows activities to be undertaken in Segment 1, the 1.8 mile west area of the project. The estimates in this analysis are based on the four phases used by KPM for this segment.

### Phase 1

The Segment 1 Phase 1 work is scheduled to begin in early 2018 and continue until Milestone 3, September 26, 2020. It includes construction of the lanes of 46th Avenue on the north side of the I-70 trench and bridges for the Union Pacific railroad tracks and bridges for cross streets from The Union Pacific to Colorado Boulevard.[2] The table on the following page shows the acreage of Phase 1 construction activity for each of the identified components of Segment 1.

| Project Feature | Width X Length = sq. ft. | Acres |
|---|---|---|
| WB 46th Avenue | 38.5' X 9500' = 365,750 sq. ft[3] | 8.4 |
| Union Pacific Bridge | 42' X 822' = 34,524[4] | 0.8 |
| York Street Interchange | 96' X 822' = 78,912[5] | 1.8 |
| Josephine Street Bridge | 53' X 342.5' = 18,182[6] | 0.4 |

---

[1] Project Agreement for the Central 70 Project, Annex A-58.
[2] http://www.i-70east.com/viz_pa-p1_PartialCoverPark_stills.html
[3] Width from typical cross section between Brighton Boulevard and Colorado Boulevard; length from Google Earth Pro dimension measurement.
[4] Width estimated at equal to three street lanes, plus 8' sidewalks on either side of the tracks; length estimated at 3 times the width of typical cross section between Brighton Boulevard and Colorado Boulevard.
[5] Width estimated at about equal to 8 street lanes; length estimated at 3 times the width of typical cross section between Brighton Boulevard and Colorado Boulevard.
[6] Width estimated at about equal to 3 street lanes, plus 8.5' wide sidewalks on either side; length estimated at 1.25 times the width of typical cross section between Brighton Boulevard and Colorado Boulevard.

3

| Project Feature | Width X Length = sq. ft. | Acres |
|---|---|---|
| Columbine Street Bridge | 71' X 342.5' = 24,318[7] | 0.6 |
| Partial Cover Park | | 4.0[8] |
| Clayton Street Bridge | 114' X 342.5' = 39,045[9] | 0.9 |
| Fillmore Street Bridge | 53' X 342.5' = 18,182[10] | 0.4 |
| Vasquez/Steele Bridge | 119' X 822 = 97,818[11] | 2.2 |
| Cook Street Bridge | 41' X 342.5 = 14,042[12] | 0.3 |
| Market Lead RR Bridge | 18' X 274' = 4,932[13] | 0.1 |
| Monroe Street Bridge | 41' X 342.5 = 14,042[14] | 0.3 |
| Monroe/Jackson Land Clearing | | 5.9[15] |
| Colorado Boulevard Interchange | | 17.2[16] |
| TOTAL | | 39.7 |

The Phase 1 area of disturbance could be even greater if it includes some of the trench exaction and building the retaining wall for construction of the westbound

---

[7] Width estimated at 1.25 times width of two 12' traffic lanes, two 8' parking lanes and two 8.5' sidewalks. Length estimated at 1.25 times the width of typical cross section between Brighton Boulevard and Colorado Boulevard.

[8] From I-70 East ROD 1: Phase 1 (Central 70 Project), January 2017.

[9] Width estimated at 2 times width of two 12' traffic lanes, two 8' parking lanes and two 8.5' sidewalks. Length estimated at 1.25 times the width of typical cross section between Brighton Boulevard and Colorado Boulevard.

[10] Width estimated at about equal to 3 street lanes, plus 8.5' wide sidewalks on either side; length estimated at 1.25 times the width of typical cross section between Brighton Boulevard and Colorado Boulevard.

[11] Width estimated at about equal to 7 traffic lanes, three 6' buffers and two 8.5' sidewalks; length estimated at 3 times the width of typical cross section between Brighton Boulevard and Colorado Boulevard.

[12] Width estimated at about equal to 2 traffic lanes and two 8.5' wide sidewalks, length estimated at 1.25 times the width of typical cross section between Brighton Boulevard and Colorado Boulevard.

[13] Width estimated at 18' right of way and buffer; length estimated at equal to the width of typical cross section between Brighton Boulevard and Colorado Boulevard.

[14] Width estimated at being about equal to 2 traffic lanes and two 8.5' wide sidewalks, length estimated at 1.25 times the width of typical cross section between Brighton Boulevard and Colorado Boulevard.

[15] Measured Google Earth Pro polygon based on http://www.i-70east.com/viz_pa-p1_MarketLeadRR-Monroe_stills.html

[16] Measured Google Earth Pro polygon based on http://www.i-70east.com/viz_pa-p1_Colorado_stills.html

4

lanes of the highway in Phase 2. Thus, the 39.7 acres of disturbance estimated for this phase may underestimate the full extent of disturbance and may therefore underestimate the emissions from this phase of the project.

**Phase 2**

Phase 2 of the Segment 1 work, which is scheduled to begin in mid-2019 and last approximately 12 months, is the construction of the westbound lanes of I-70 between Brighton Boulevard and Colorado Boulevard. This segment is 1.8 miles long and about 100 feet wide, based on the typical cross section shown in the Central I-70 project ROD.

The estimated area of construction disturbance for this phase of the work is:

> Area Disturbed (acres) = (Length of Section X Width of Section) ÷ 43,560

Where Length = 1.8 miles = 1.8 miles X 5,280 feet/mile = 9,504 feet

> Width = 100 feet, and
>
> 43,560 = square feet/acre.
>
> Area Disturbed = (9,504 feet X 100 feet) ÷ 43,560 ft$^2$ = 22 acres.

**Phase 3**

Phase 3 of the Segment 1 work includes demolition of the present I-70 viaduct and construction of the eastbound lanes of I-70 between Brighton Boulevard and Colorado Boulevard. This work is expected to begin in late September 2020 and continue for about 11 months.

The area disturbed for construction of the eastbound lanes of I-70 is estimated to be the same as the area disturbed for the westbound lanes, or 22 acres.

**Phase 4**

Phase 4 of the Segment 1 work includes construction of the parts of 46th Avenue on the south side of I-70 between Brighton Boulevard and Colorado Boulevard, as well as drainage detention areas associated with the project. Phase 4 is scheduled to begin in early 2021 and to be completed by Milestone 4, which is September 4, 2021.

The areas of disturbance for Phase 4 are compiled in the following table.

5

| Project Feature | Width X Length = sq. ft. | Acres |
|---|---|---|
| EB 46th Avenue | 38.5' X 9500' = 365,750 sq. ft[17] | 8.4 |
| Brighton Boulevard Pond 1 | | 2.3[18] |
| Brighton Boulevard Pond 2 | | 1.7 |
| UPRR corner parcel | | 1.5 |
| Vasquez/Steele Pond 1 | | 1.8 |
| Vasquez/Steele Pond 2 | | 2.5 |
| Colorado Boulevard Pond 1 | | 2.3 |
| Colorado Boulevard Pond 2 | | 3.8 |
| TOTAL | | 24.3 |

**Construction Fugitive Dust Analysis**

The following estimates are based on EPA guidance, which provides emission factors for estimating fugitive dust emissions from construction activities. These factors make it possible to estimate daily PM10 dust emissions based on the acres disturbed during each month that highway construction activities are underway.[19]

The PM10 emissions estimates are based on an emission factor of 0.42 tons/acre-month, with a control efficiency of 0.5 based on the mitigation commitments in the ROD. (See footnote 19.) EPA guidance (AP-42) bases monthly emissions on 30 workdays per month, so the following formulas can be used to estimate daily PM10 emissions:

Acres Disturbed X 0.21 Tons PM10 Emissions per Acre–Month= PM10 Emissions per Month, and

PM10 Emissions per Day = PM10 Emissions per Month/30 Work Days per Month.

The following table shows the estimated PM10 fugitive dust emissions *for each Phase* of the Segment 1 part of the project.

---

[17] Width from typical cross section between Brighton Boulevard and Colorado Boulevard; length from Google Earth Pro dimension measurement.
[18] This detention pond area, as well as all the other polygons in this table were measured in Google Maps Pro using overlays from http://www.i-70east.com/viz_pa-p1_PartialCoverPark_stills.html
[19] See pages 4 and 5 in https://www.fema.gov/media-library-data/20130726-1711-25045-6430/appendix_d.pdf, which is a convenient reference because it compiles relevant EPA emission factors and adjustments in one place.

6

| Construction Phase | Acres Disturbed | Controlled PM10 Emissions (Tons/Ac. month) | Controlled PM10 Emissions (Tons/Day) |
|---|---|---|---|
| 1 | 39.7 | 8.34 | 0.28 |
| 2 | 22 | 4.62 | 0.15 |
| 3 | 22 | 4.62 | 0.15 |
| 4 | 24.3 | 5.10 | 0.17 |

Because the individual phases of the work overlap one another at certain times, a full consideration of their emissions is incomplete without recognizing the combined emissions of construction activities going on concurrently within Segment 1 of the project. For example, Phase 1 work is scheduled to be ongoing throughout the duration of construction activities in Phase 2. Thus, it is appropriate to add the daily emissions estimated for Phase 1 to the daily emissions estimated for Phase 2.

The following table reflects the combined emissions from construction where the construction phases overlap.

| | Estimated Period of Overlap | Combined Daily PM10 Emissions |
|---|---|---|
| Phases 1 & 2 | June 2019 – September 2020 | 0.43 Tons/Day |
| Phases 3 & 4 | January 2021 – August 2021 | 0.32 Tons/Day |

**Comparisons of Construction Fugitive Emissions With Highway Fugitive Dust Emissions**

An approximate value for total project particulate emissions during peak construction can be calculated by adding the preceding figures for construction emissions to the highway traffic fugitive dust emissions reported in the FEIS.

The FEIS modeled fugitive dust emissions for the years 2010 and 2035.[20] Although not reported directly in the text, the 2010 fugitive dust emissions can easily be computed because the FEIS states that the modeling results showed a 43 percent

---

[20] See 7.4.9 Road dust emissions inventory http://www.i-70east.com/FinalEIS/chapters/I-70EastFEIS_Vol2AttJ_Air-Quality.pdf

increase between the 2010 emissions and emissions from the 2035 no-action alternative:

$$1.43 \times 2010 \text{ fugitive dust emissions} = 2035 \text{ fugitive dust emissions}$$

Where: 2035 fugitive dust emissions = 4.9 Tons/day, so

$$2010 \text{ fugitive dust emissions} = 2035 \text{ fugitive dust emissions} \div 1.43, \text{ or}$$

$$4.9 \text{ Tons/day} \div 1.43 = 3.43 \text{ Tons/day}$$

The FEIS emissions estimates for all of the project build alternatives are 5 tons/day.[21] The 1.8-mile length of Segment 1 accounts for about 18% of the 10-mile long project, so the project's modeled daily roadway fugitive dust emissions for 2010 and 2035 can be stated as 0.62 tons per day and 0.94 tons per day, respectively for Segment 1. (18% of 3.43tons/day = 0.62 tons/day and 18% of 5 tons/day = 0.94 tons/day, respectively)

Thus, total emissions of fugitive PM10 during the peak periods of construction while work is occurring concurrently in Phases 1 and 2 (i.e., June 2019 – September 2020) would increase by at least 0.43 tons/day in addition to the 0.62 tons/day of fugitive emissions caused by traffic in 2010. Community exposures to fugitive dust will increase by 69%. (1.05 tons/day ÷ 0.62 tons/day = 1.69 or 169 percent of the baseline 2010 emissions)

Total fugitive emissions during construction phases 1 and 2 will be at least 1.05 tons per day. Thus total fugitive emissions during construction phases 1 and 2 (i.e., traffic + construction) will exceed the fugitive emissions expected from traffic on the same segment of the Project in 2035 (0.94 tons/day).

During construction Phases 3 and 4 (i.e., January – August 2021), total PM10 fugitive emissions (i.e., traffic + construction) will raise emissions above the 2010 modeled baseline of 0.62 tons/day by 0.32 tons/day to 0.94 tons per day, contributing to a 50% increase in community exposure to fugitive dust. Total fugitive dust emissions during this phase will nearly equal the projected fugitive dust emissions from traffic in 2035.

---

[21] See 7.4.9 Road dust emissions inventory http://www.i-70east.com/FinalEIS/chapters/I-70EastFEIS_Vol2AttJ_Air-Quality.pdf

8