**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 17-cv-1661-WJM-MEH
*Consolidated with* 17-cv-1679-WJM-MEH

    SIERRA CLUB; ELYRIA AND SWANSEA NEIGHBORHOOD ASSOCIATION; CHAFFEE PARK NEIGHBORHOOD ASSOCIATION; and COLORADO LATINO FORUM,

Plaintiffs,

v.

FEDERAL HIGHWAY ADMINISTRATION, ELAINE CHAO, in her official capacity as Secretary of Transportation; and JOHN CATER, in his official capacity as Division Administrator, Defendants,

v.

COLORADO DEPARTMENT OF TRANSPORTATION, and MICHAEL P. LEWIS, in his official capacity as Executive Director of the Colorado Department of Transportation,

Defendant-Intervenors.

---

PETITIONERS' UNOPPOSED AND **EXPEDITED** MOTION FOR LEAVE TO FILE CORRECTED DOCUMENTS
(Case No. 17-cv-1679-WJM-MEH)

---

ROBERT E. YUHNKE  (CO Bar No. 12686)
4050 SE Hosner Terrace
Gresham, OR 97080
(303) 499-0425
bob.yuhnke@prodigy.net

ANDREA S. GELFUSO  (CO Bar No. 19773)
2402 S. Holland Street
Lakewood Co 80227
(303) 955-1910
agelfuso6@gmail.com

GREGORY N. CORBIN  (CO Bar No. 48468)
Milligan Rona Duran & King LLC
1627 Vine St.
Denver, CO 80206
Tel. 720-414-2000
gnc@mrdklaw.com

COUNSEL FOR PETITIONERS

Petitioners Sierra Club, Elyria and Swansea Neighborhood Association, the Colorado Latino Forum, and the Chaffee Park Neighborhood association seek leave to file corrected versions of two documents. The grounds for the motion are as follows:

1. Despite Petitioners' best efforts during the course of the motion briefing, upon review, Petitioners have discovered that certain errors were made in the production of two motions: Petitioners' Motion to Conduct Limited Discovery, Complete the Record, and Take Judicial Notice (Doc. No. 115) and Petitioners' Motion to Supplement the Administrative Record (Doc. No. 116).

2. Namely, certain footnotes contained formatting problems and omitted full references to certain citations.

3. Additionally, a heading left in a drafting notation on page 14 of Petitioner's Motion to Supplement the Administrative Record (Doc. No. 116). The phrase "[INSERT TITLE OF ATTCHMENT]" has been removed in the corrected motion.

4. Petitioners believe it may be helpful to the Court, as it prepares for a hearing on the Petitioners' motions, to have corrected versions of each motion.

5. Accordingly, Petitioners request leave to re-file Petitioners' Motion to Conduct Limited Discovery, Complete the Record, and Take Judicial Notice (Doc. No. 115) and Petitioners' Motion to Supplement the Administrative Record (Doc. No. 116). Attached hereto as Exhibit A is the proposed corrected Motion to Conduct Limited Discovery, Complete the Record, and Take Judicial Notice. Attached hereto as Exhibit B is the proposed corrected Petitioners' Motion to Supplement the Administrative Record.

6. Currently, a hearing on this matter is scheduled for March 28, 2018. To ensure that the Court has the corrected documents before it, Petitioners move on an expedited basis.

7. After conferral, Defendants Federal Highway Administration, Elaine Chao, and John Cater and Defendant-Intervenors Colorado Department of Transportation and Michael P. Lewis indicated that they do not oppose this motion.

Dated: March 16, 2018

Respectfully submitted,

 /s/Gregory N. Corbin
ROBERT E. YUHNKE  (CO Bar No. 12686)
4050 SE Hosner Terrace
Gresham, OR 97080
(303) 499-0425
bob.yuhnke@prodigy.net

ANDREA S. GELFUSO  (CO Bar No. 19773)
2402 S. Holland Street
Lakewood Co 80227
(303) 955-1910
agelfuso6@gmail.com

GREGORY N. CORBIN  (CO Bar No. 48468)
Milligan Rona Duran & King LLC
1627 Vine St.
Denver, CO 80206
Tel. 720-414-2000
gnc@mrdklaw.com

## CERTIFICATE OF COMPLIANCE WITH D.COLO.LCivR 7.1(a)

Pursuant to D.COLO.LCivR 7.1(a), counsel for the Petitioners has conferred with counsel for Defendants and Defendant-Intervenors regarding the substance of this motion. The Defendants and Defendant-Intervenors do not oppose the relief requested herein.

/s/ Gregory N. Corbin
Gregory N. Corbin

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of March, 2018, I filed a true and accurate copy of the foregoing with the Clerk of Court via the CM/ECF system, which provided immediate electronic notice of the same to all counsel of record, as indicated below.

/s/ Gregory N. Corbin
Gregory N. Corbin

Carter F. Thurman, Esq.
Mayte Santacruz, Esq.
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, DC 20044-7611
Carter.thurman@usdoj.gov
Mayte.santacruz@usdoj.gov

David A. Carson
U.S. Department of Justice-Denver-ENRS
Environment & Natural Resources Section
999 17th Street
South Terrace, Suite 370
Denver, CO 80212
David.a.carson@usdoj.gov

*Attorneys for Federal Defendants*

John E. Putnam, Esq.
Nicholas A. DiMascio, Esq.
Kaplan Kirsch & Rockwell, LLP
1675 Broadway, Suite 2300
Denver, CO 80202
jputnam@kaplankirsch.com
ndimascio@kaplankirsch.com

Brent E. Butzin, Esq.
Assistant Attorney General
1300 Broadway, Tenth Floor
Denver, Colorado 80203
Brent.butzin@coag.gov

*Attorneys for Defendant-Intervenors*