IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-01661-WJM-MEH
17-cv-01679-WJM-MEH

SIERRA CLUB,
ELYRIA AND SWANSEA NEIGHBORHOOD ASSOCIATION,
CHAFEE PARK NEIGHBORHOOD ASSOCIATION, and
COLORADO LATINO FORUM,

   Plaintiffs,

v.

FEDERAL HIGHWAY ADMINISTRATION,
ELAINE CHAO, and
JOHN M. CARTER,

   Defendants.

v.

COLORADO DEPARTMENT OF TRANSPORTATION, and
SHAILEN P. BHATT,

   Defendants-Intervenors.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 19, 2018.**

   Plaintiffs' Unopposed and Expedited Motion for Leave to File Corrected Documents [filed March 16, 2018; ECF No. 120] is **granted**. On or before March 20, 2018, Plaintiffs may file their corrected briefs. The Court will consider Plaintiffs' briefs as filed on March 9, 2018.