# Exhibit 1

# Thurman, Carter (ENRD)

| | |
|---|---|
| **From:** | Santacruz, Mayte (ENRD) |
| **Sent:** | Friday, January 12, 2018 9:14 AM |
| **To:** | Melissa Hailey; Robert Yuhnke |
| **Cc:** | 'Nicholas A. DiMascio'; John Putnam; Andrea Gelfuso; Gregory Corbin; schneider.susan45@gmail.com; Thurman, Carter (ENRD); Carson, David A (ENRD); Marvin, Barbara (ENRD) |
| **Subject:** | RE: Administrative Record: Requested Corrections |

Good morning Bob and Melissa,

Thank you for your email. We appreciate your willingness to work with us to correct the Administrative Record. Unfortunately, I am not available for a conference call today, but my schedule next week is pretty flexible. I am available any time on Tuesday, Wednesday (except from 2-3pm ET), and Thursday. I will confer with my co-counsel about their availability. In the meantime, can you please let me know what date/time works best for you next week? Thank you.

~Mayte



**Santacruz**
’ARTMENT OF JUSTICE
ment & Natural Resources Division | Natural Resources Section | Trial Attorney
treet NW | Washington, D.C. 20004 | Ph:  (202) 305-0465  | Fax: (202) 305-0506

**CONFIDENTIALITY NOTICE**: This communication may contain sensitive, privileged attorney/client communications or work product, and is not subject to disclosure. It is solely for the use of the intended recipients. Unauthorized review, use or disclosure is prohibited.  If you believe that you have received this e-mail in error, please notify the sender immediately, and permanently delete the email, any attachments, and all copies from your computer.

**From:** Melissa Hailey [mailto:MAH@keatingwagner.com]
**Sent:** Friday, January 12, 2018 8:27 AM
**To:** Robert Yuhnke <bob.yuhnke@prodigy.net>; Santacruz, Mayte (ENRD) <MSantacruz@ENRD.USDOJ.GOV>; Thurman, Carter (ENRD) <CThurman@ENRD.USDOJ.GOV>
**Cc:** 'Nicholas A. DiMascio' <ndimascio@kaplankirsch.com>; John Putnam <jputnam@kaplankirsch.com>; Andrea Gelfuso <agelfuso6@gmail.com>; Gregory Corbin <gnc@milliganrona.com>; schneider.susan45@gmail.com
**Subject:** Re: Administrative Record: Requested Corrections

Mayte and Carter,

As you would imagine, the Zeppelin plaintiffs' hard drive suffers from the same issues laid out in the table attached to Bob's email. We would appreciate being included in any upcoming discussion of how to approach these issues.

Melissa

Get Outlook for iOS

**From:** Robert Yuhnke <bob.yuhnke@prodigy.net>
**Sent:** Friday, January 12, 2018 12:44:28 AM
**To:** 'Santacruz, Mayte (ENRD)'; 'Thurman, Carter (ENRD)'

**Cc:** 'Nicholas A. DiMascio'; John Putnam; Melissa Hailey; Andrea Gelfuso; Gregory Corbin; schneider.susan45@gmail.com
**Subject:** Administrative Record: Requested Corrections

Mayte and Carter,
 The legal team representing the Sierra Club et al. have encountered serious obstacles in  attempting to work with the administrative record that you served on the parties on December 15. We attempted to find documents related to our stay motion for reference in our reply brief due December 22, but found it nearly impossible to quickly find relevant materials because search functions are not operable or the index is dysfunctional. We have continued to attempt to search for materials related to our merits claims, but have encountered further obstacles. We therefore are sending you this request to correct the record so as to make it functional with the objective of avoiding the need to request lengthy extensions in the schedule approved for record motions.
The problems with the Administrative Record as loaded onto the hard drives we provided includes the following serious obstacles that must be corrected in order to make the record reasonably useable. We have described the major obstacles in the attached table, which includes explanations of each major problem that we have identified to date, and the documents to which each problem applies. This list was compiled from partial reviews of some sections of the Administrative Record. It is not an exhaustive review of the record, which has been impossible to make.

	For example, the hyperlinks for over 17,000 pages of pdfs in the section of the record containing internal documents not previously available are inoperable, 897 pages of the Environmental Impact Statement files are mislabeled, documents that reference attachments do not include the attachments, large numbers of documents (most of them lengthy) are not searchable, and for other documents the format precludes copying text. In addition, you have not provided a privilege log, so Petitioners have no idea whether documents have been withheld, and if so, for what reason. We believe the overarching problem with the Administrative Record is that it cannot be searched as a whole. This record, with over 80,700 files, consisting of over 183,300 pages, not including a terabyte of native file and data that is not bates-stamped, is extraordinarily large. Any meaningful review of the record using the document-by-document review we have been forced to undertake will require many months. To avoid this kind of delay, the record must be searchable as a whole by subject, date, agency and author/recipients.

The result of these obstacles is that relevant materials cannot be identified by search tools. Each document must be opened and read page by page to determine its contents and relevance to our claims. We have concluded that these and other significant problems impose an impossible burden on counsel. The effect of these obstacles is to preclude an effective review of the record within the time we have been allowed to file motions to supplement or correct the record. In addition, these obstacles interfere with our ability to prepare for a hearing on our motion for a stay. The impossibility of completing a document by document review within the time limits assigned has the effect of denying our clients their right to due process.

To avoid any further delay in undertaking our review of the record, we request a telephone call with you tomorrow, Friday, January 12 to discuss our request for corrections to this record. The purpose of the call is to explore your willingness to provide a functionally reviewable record and agreement to extend the schedule for this case to accommodate a reasonable time for us to review the record after the identified obstacles have been removed. We hope to avoid the need for motions to seek a functionally reviewable record and revise the schedule. Our goal is a joint notice to the Court of our efforts to correct these obstacles to alert the court to the problem, and negotiated revisions to the Joint Case Management Plan to include additional time for you to revise the Administrative Record and for us to review it before any hearing on the stay motion or a deadline for record motions.
I can be available any time after 8 am PT (11 am ET). Greg Corbin will be available earlier if you need to contact someone on our team to make arrangements for a call.
Thank you,

Bob Yuhnke
303-499-0425