# Exhibit 2

| | |
|---|---|
| **From:** | Allen, Brent (FHWA) |
| **To:** | Santacruz, Mayte (ENRD); Andrea Gelfuso; Nicholas A. DiMascio; Robert Yuhnke; "Melissa Hailey" |
| **Cc:** | John Putnam; Gregory Corbin; Thurman, Carter (ENRD); Carson, David A (ENRD); Marvin, Barbara (ENRD) |
| **Subject:** | RE: For Conference Call 1/17/18 |
| **Date:** | Wednesday, January 17, 2018 5:38:43 PM |
| **Attachments:** | I-70 East Admin Record TOC 12-9-17.xlsm |

Hello Everyone:

The attached index spreadsheet should provide a temporary fix to the hyperlink issues you've encountered. To activate it, simply drag and drop the file into the root directory of the AR hard drive where the existing index file is now. Do not save it elsewhere or rename it first. If it asks you to overwrite the existing index file, say okay, although you may want to first save a copy of that version separately if you have made notes or other alterations in your research because they will be lost when it is overwritten.

If the hyperlinks still do not work with the new index file, the full names and locations of the record files (paths) have been added in a new column. This will enable you to easily locate the corresponding file in the file folders on the hard drive until we are able to create a more permanent solution in the next version of the AR.

If you have any questions or encounter any issues with this process, please feel free to contact me directly to troubleshoot.

**Brent Allen**
**Attorney Advisor**
Federal Highway Administration
Office of Chief Counsel, Western Legal Services Division
Lakewood, Colorado
720.963.3692 (o)  /  202.763.6231 (m)

---

**From:** Santacruz, Mayte (ENRD) [mailto:Mayte.Santacruz@usdoj.gov]
**Sent:** Tuesday, January 16, 2018 4:54 PM
**To:** Andrea Gelfuso <agelfuso6@gmail.com>; Nicholas A. DiMascio <ndimascio@kaplankirsch.com>; Robert Yuhnke <bob.yuhnke@prodigy.net>; 'Melissa Hailey' <MAH@keatingwagner.com>
**Cc:** John Putnam <jputnam@kaplankirsch.com>; Gregory Corbin <gnc@milliganrona.com>; Thurman, Carter (ENRD) <Carter.Thurman@usdoj.gov>; Carson, David A (ENRD) <David.A.Carson@usdoj.gov>; Marvin, Barbara (ENRD) <Barbara.Marvin@usdoj.gov>
**Subject:** RE: For Conference Call 1/17/18

Hello everyone,

Thank you for your willingness to discuss your concerns about the Administrative Record.  I think this

afternoon's call was very productive.  As discussed during our call, per FHWA's applicable guidance, we are not providing a privilege log.  Attached please find a copy of FHWA's 2015 Guidance Memorandum regarding preparation of administrative records for litigation, which addresses Sierra Club Plaintiff's privilege log request.  Also, as discussed, we have been working diligently with client counsel and the contractor to address and respond to the issues raised in Bob Yuhnke's January 12, 2018 email, and are planning to provide written responses to the issues raised in that email by the end of this week.  In the meantime, please find attached a revised Index with corrected hyperlinks.  Once you replace the attached Index in the current version of the Administrative Record that you have, this should correct the problem of the 17,000 pages of PDFs that Sierra Club Plaintiffs said were not working.  This is a temporary fix that will allow the parties to review the Administrative Record while we produce a corrected version.  Please review this revised Index and let us know if there are any additional problems that should be corrected before we produce a revised Administrative Record.

We look forward to continue discussing your concerns, as well as the possibility of extending the briefing schedule by a reasonable amount of time agreeable by all parties.  We are available **tomorrow, January 17, at 1:00pm ET**.  Please let us if this time works for you so I can circulate an Outlook invite.

Thanks,
Mayte