# Exhibit 3

| | |
|---|---|
| **From:** | Santacruz, Mayte (ENRD) |
| **To:** | "Robert Yuhnke" |
| **Cc:** | "John Putnam"; "Nicholas A. DiMascio"; Carson, David A (ENRD); "Gregory Corbin"; "Andrea Gelfuso"; Thurman, Carter (ENRD); "Allen, Brent (FHWA)" |
| **Subject:** | RE: Conferral Regarding Motion to Complete the record |
| **Date:** | Tuesday, February 27, 2018 5:52:00 PM |
| **Attachments:** | Sierra Club -- Response to February 16 Request re Motion to Complete AR.....docx |

Hi Bob,

Attached please find FHWA's responses to your February 16, 2018 document request in connection with Petitioner's Motion to Complete the Administrative Record.  Please let us know if you have any questions.

Thank you,
Mayte

**Mayte Santacruz**
U.S. DEPARTMENT OF JUSTICE
Environment & Natural Resources Division | Natural Resources Section | Trial Attorney
601 D Street NW | Washington, D.C. 20004 | Ph: (202) 305-0465  | Fax: (202) 305-0506

**CONFIDENTIALITY NOTICE**: This communication may contain sensitive, privileged attorney/client communications or work product, and is not subject to disclosure. It is solely for the use of the intended recipients. Unauthorized review, use or disclosure is prohibited. If you believe that you have received this e-mail in error, please notify the sender immediately, and permanently delete the email, any attachments, and all copies from your computer.

**From:** Robert Yuhnke [mailto:bob.yuhnke@prodigy.net]
**Sent:** Thursday, February 22, 2018 6:08 PM
**To:** Santacruz, Mayte (ENRD) <MSantacruz@ENRD.USDOJ.GOV>
**Cc:** 'John Putnam' <jputnam@kaplankirsch.com>; 'Nicholas A. DiMascio' <ndimascio@kaplankirsch.com>; Carson, David A (ENRD) <DCarson@ENRD.USDOJ.GOV>; 'Gregory Corbin' <gnc@mrdklaw.com>; 'Andrea Gelfuso' <agelfuso6@gmail.com>; Thurman, Carter (ENRD) <CThurman@ENRD.USDOJ.GOV>
**Subject:** RE: Conferral Regarding Motion to Complete the record

Mayte, thank you for the status report. We look forward to your response.

Bob Yuhnke
303-499-0425

**From:** Santacruz, Mayte (ENRD) [mailto:Mayte.Santacruz@usdoj.gov]
**Sent:** Thursday, February 22, 2018 2:18 PM
**To:** Robert Yuhnke <bob.yuhnke@prodigy.net>
**Cc:** John Putnam <jputnam@kaplankirsch.com>; 'Nicholas A. DiMascio' <ndimascio@kaplankirsch.com>; Carson, David A (ENRD) <David.A.Carson@usdoj.gov>; 'Gregory

Corbin' <gnc@mrdklaw.com>; Andrea Gelfuso <agelfuso6@gmail.com>; Thurman, Carter (ENRD) <Carter.Thurman@usdoj.gov>
**Subject:** RE: Conferral Regarding Motion to Complete the record

Hi Bob,

Thanks for sending us the list and beginning the conferral process.  FHWA has been working diligently this week on the document request, and we anticipate sending you a response by early next week.  We were hoping to be done by the end of this week, but some of the team members with knowledge and access to the documents you identify in the request are out of the office this week.  We expect to send you a response by no later than next Tuesday, February 27.  Please let us know if you have additional questions in the meantime.

Thank you,
Mayte

Mayte Santacruz
U.S. DEPARTMENT OF JUSTICE
Environment & Natural Resources Division | Natural Resources Section | Trial Attorney
601 D Street NW | Washington, D.C. 20004 | Ph: (202) 305-0465  | Fax: (202) 305-0506

**CONFIDENTIALITY NOTICE**: This communication may contain sensitive, privileged attorney/client communications or work product, and is not subject to disclosure. It is solely for the use of the intended recipients Unauthorized review, use or disclosure is prohibited. If you believe that you have received this e-mail in error, please notify the sender immediately, and permanently delete the email, any attachments, and all copies from your computer.

---

**From:** Robert Yuhnke [mailto:bob.yuhnke@prodigy.net]
**Sent:** Friday, February 16, 2018 8:19 PM
**To:** Santacruz, Mayte (ENRD) <MSantacruz@ENRD.USDOJ.GOV>; Thurman, Carter (ENRD) <CThurman@ENRD.USDOJ.GOV>; Carson, David A (ENRD) <DCarson@ENRD.USDOJ.GOV>
**Cc:** John Putnam <jputnam@kaplankirsch.com>; 'Nicholas A. DiMascio' <ndimascio@kaplankirsch.com>; 'Gregory Corbin' <gnc@mrdklaw.com>; Andrea Gelfuso <agelfuso6@gmail.com>
**Subject:** Conferral Regarding Motion to Complete the record

Greetings, Attached is a list describing documents, emails, data files and other materials that are referenced in the record or are inferred from materials in the record. The Sierra Club petitioners ask that you review this list and inform counsel whether the described item exists, and your intention to include each of these items in the record. If there is ambiguity regarding any of the items listed that needs clarification, we suggest that a call be scheduled to resolve the ambiguity.

We look forward to your response during the week of February 19. Thank you for your cooperation.

Bob Yuhnke
303-499-0425