# Exhibit 4

# Thurman, Carter (ENRD)

| | |
|---|---|
| **From:** | Santacruz, Mayte (ENRD) |
| **Sent:** | Wednesday, March 7, 2018 9:50 AM |
| **To:** | Andrea Gelfuso |
| **Cc:** | John Putnam; Nicholas A. DiMascio; Carson, David A (ENRD); Thurman, Carter (ENRD); Robert Yuhnke; Gregory Corbin; Allen, Brent (FHWA) |
| **Subject:** | RE: Additional Questions re: Revised Responses to Plaintiffs' 2/16/18 Request re: Motion to Complete the Record |

Good morning Andrea,

Below are FHWA responses to your questions regarding Plaintiffs' Motion to Complete the Administrative Record.  Please let us know if you have additional questions.

Thank you,
Mayte

- **Item II.2** – All of the files in the "DRCOG Traffic Forecasts" folder and the "GIS" subfolder of the "PM10" folder were sent to EPA on 1/17/17. Due to the size of the files, they were not emailed, faxed, etc.; instead, the files were uploaded to a file sharing service and downloaded by EPA. Accordingly, there is no "transmittal communication."

- **Item II.6** – As stated in the 12/16/16 email that will be added to the record and was emailed to Plaintiffs last Thursday (3/1/2018), the "information" provided to EPA on that date consists of the two attachments included in the 12/16/16 email. Additional truck data (spreadsheet) and AERMOD files were also provided subsequently, and are located at …\04 - ROD AQModeling\04 - Other Inputs and ….\04 - ROD AQModeling\02 - PM10\03 - AERMOD Input & Output Files, respectively. Because the files were uploaded to a file sharing service and downloaded by EPA, there is no "transmittal communication."

- **Item II.7(c)** – The records identified here were provided to Plaintiffs last Thursday (3/1/2018); they contain the prefix "07c" in the file names.



**Santacruz**
*ARTMENT OF JUSTICE
ment & Natural Resources Division | Natural Resources Section | Trial Attorney
treet NW | Washington, D.C. 20004 | Ph: (202) 305-0465  | Fax: (202) 305-0506

**CONFIDENTIALITY NOTICE**: This communication may contain sensitive, privileged attorney/client communications or work product, and is not subject to disclosure. It is solely for the use of the intended recipients. Unauthorized review, use or disclosure is prohibited. If you believe that you have received this e-mail in error, please notify the sender immediately, and permanently delete the email, any attachments, and all copies from your computer.

**From:** Andrea Gelfuso [mailto:agelfuso6@gmail.com]
**Sent:** Friday, March 2, 2018 6:53 PM
**To:** Santacruz, Mayte (ENRD) <MSantacruz@ENRD.USDOJ.GOV>
**Cc:** John Putnam <jputnam@kaplankirsch.com>; Nicholas A. DiMascio <ndimascio@kaplankirsch.com>; Carson, David A (ENRD) <DCarson@ENRD.USDOJ.GOV>; Thurman, Carter (ENRD) <CThurman@ENRD.USDOJ.GOV>; Robert Yuhnke <bob.yuhnke@prodigy.net>; Gregory Corbin <gnc@milliganrona.com>; Allen, Brent (FHWA) <brent.allen@dot.gov>
**Subject:** Additional Questions re: Revised Responses to Plaintiffs' 2/16/18 Request re: Motion to Complete the Record

Hi Mayte,

We have a few questions regarding your response to our February 16, 2018 document request; they are attached.

Thank you,

Andrea