**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Actions No.     17-cv-01661-WJM-MEH
*Consolidated with*    17-cv-01679-WJM-MEH

SIERRA CLUB; ELYRIA AND SWANSEA NEIGHBORHOOD ASSOCIATION; CHAFEE PARK NEIGHBORHOOD ASSOCIATION; and COLORADO LATINO FORUM,

    Plaintiffs,

v.

FEDERAL HIGHWAY ADMINISTRATION, ELAINE CHAO, in her official capacity as Secretary of Transportation; and JOHN M. CATER, in his official capacity as Division Administrator,

    Defendants,

     *and*

COLORADO DEPARTMENT OF TRANSPORTATION,

    Defendant-Intervenor.

---

**DEFENDANT-INTERVENOR'S JOINDER IN FEDERAL DEFENDANTS'
OPPOSITION TO PLAINTIFFS' MOTION TO SUPPLEMENT THE RECORD**

---

Defendant-Intervenor the Colorado Department of Transportation hereby joins Federal Defendants' opposition to Plaintiffs' motion to supplement the record. (ECF No. 124.) For the reasons stated in Federal Defendants' opposition, this Court should deny Plaintiffs' motion.

|  | Respectfully submitted, |
|---|---|
| HARRY SCOTT MORROW | JOHN E. PUTNAM |
| Colorado Attorney General's Office | NICHOLAS A. DIMASCIO |
| Ralph L. Carr Colorado Judicial Center | KAPLAN KIRSCH & ROCKWELL LLP |
| 1300 Broadway | Special Assistant Attorneys General |
| Denver, CO  80203 | 1675 Broadway, Suite 2300 |
| (720) 508-6000 | Denver, CO  80202 |
| harry.morrow@coag.gov | (303) 825-7000 |
|  | jputnam@kaplankirsch.com |
|  | ndimascio@kaplankirsch.com |
|  |  |
| MAR. 19, 2018 | *s/ Nicholas A. DiMascio* |
|  | NICHOLAS A. DIMASCIO |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 19, 2018, I electronically filed the foregoing document and all of its attachments with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following email addresses:

<div style="columns:2">

Robert E. Yuhnke
4050 Se Hosner Terrace
Gresham, OR 97080
(303) 499-0425
bob.yuhnke@prodigy.net

Andrea S. Gelfuso
Andrea Gelfuso, Attorney at Law
2402 South Holland Street
Lakewood, CO 80227
(303) 955-1910
agelfuso6@gmail.com

Gregory Nicholas Corbin
Milligan Rona Duran & King, LLC
1627 Vine Street
Denver, CO 80206
(720) 414-2000
gnc@mrdklaw.com

Carter F. Thurman
Mayte Santacruz
U.S. Department of Justice
Env't & Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, DC 20044-7611
(202) 305-0465 (phone)
(202) 305-0506 (fax)
carter.thurman@usdoj.gov
mayte.santacruz@usdoj.gov

David A. Carson
United States Department of Justice
Env't & Natural Resources Division
Environmental Defense Section
Denver Place Building
999 18th Street
South Terrace, Suite 370
Denver, CO 80202
(303) 844-1349
david.a.carson@usdoj.gov

</div>

s/ *Nicholas A. DiMascio*
Nicholas A. DiMascio