# Exhibit 32

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 17-cv-1661-WJM-MEH
*Consolidated with* 17-cv-1679-WJM-MEH

SIERRA CLUB; ELYRIA AND SWANSEA NEIGHBORHOOD ASSOCIATION; CHAFFEE PARK NEIGHBORHOOD ASSOCIATION; and COLORADO LATINO FORUM,

Plaintiffs,

v.

FEDERAL HIGHWAY ADMINISTRATION, ELAINE CHAO, in her official capacity as Secretary of Transportation; and JOHN M. CARTER, in his official capacity as Division Administrator, Defendants,

v.

COLORADO DEPARTMENT OF TRANSPORTATION, and SHAILEN P. BHATT, in his official capacity as Executive Director of the Colorado Department of Transportation,

Defendant-Intervenors.

---

**EXHIBIT 32**
**FIRST DECLARATION OF DR. GREGORY ROWANGOULD**
(Case No. 17-cv-1679-WJM-MEH)

---

ROBERT E. YUHNKE  (CO Bar No. 12686)
4050 SE Hosner Terrace
Gresham, OR 97080
(303) 499-0425
bob.yuhnke@prodigy.net

ANDREA S. GELFUSO  (CO Bar No. 19773)
2402 S. Holland Street
Lakewood Co 80227
(303) 955-1910
agelfuso6@gmail.com

GREGORY N. CORBIN  (CO Bar No. 48468)
Milligan Rona Duran & King LLC
1627 Vine St.
Denver, CO 80206
Tel. 720-414-2000
gnc@mrdklaw.com

COUNSEL FOR PETITIONERS

## DECLARATION OF GREGORY ROWANGOULD

## REGARDING RECEPTORS USED FOR MODELING PM10

I, Gregory Rowangould, declare that the following is true and correct and within my personal knowledge.

1.     If called as a witness, I could and would testify competently to the facts stated herein. As to those matters that reflect an opinion, they reflect my personal opinion and judgment on the matter based on the years of educational and professional experience shown in my curriculum vitae ("CV").

2.     My CV is appended hereto as Attachment I.

3.     I am a citizen of the United States, and reside in Albuquerque, New Mexico.

4.     I am an Assistant Professor at the University of New Mexico in the Department of Civil Engineering. I specialize in the environmental and air quality impacts of transportation systems and facilities, including emissions from mobile sources and modeling their air quality impacts.

5.     I am a Principle of Sustainable Systems Research, L.L.C., an environmental consulting firm in Davis, California.

6.     I hold a Bachelor's of Science in chemical engineering from the University of Maine, a Master of Science in resource economics and policy from the University of Maine, and a Ph.D. in Civil and Environmental Engineering with concentration in Transportation from the University of California, Davis.

7.     I have more than ten years experience in environmental research, teaching, and consulting.  A substantial part of my work has related to air quality modeling and analysis of

1

urban transportation networks, transportation projects, including proposed highway projects.

8. I have performed consulting services for the U.S. Environmental Protection Agency with regard to research activities involving the modeling of air pollution from highways.

9. I have experience using both U.S. EPA's models for estimating emissions from motor vehicles (MOVES) and for estimating the concentrations of mobile sources emissions when they are released into the ambient air (AERMOD).

10. I have published reports of research projects in which I modeled emissions from highway traffic. These prior studies included entire urban roadway networks. The purpose of the modeling in these studies was to look at the air quality and health impacts of regional transportation plans, land-use policies, and most recently a port clean trucks program. All of the studies modeled $PM_{2.5}$. The studies using AERMOD and MOVES (or EMFAC in California) include the following:

- Dana, R., **G. Rowangould**, and D. Niemeier. (*in press*). *Evaluation of the Health Impacts of Rolling Back a Port Clean Trucks Program*. Transportation Research Record: Journal of the Transportation Research Board of the National Academies.
- Poorfakhraei, A., M. Tayarani, and **G. Rowangould**. (2017). *Evaluating Health Outcomes from Vehicle Emissions Exposure in the Long Range Regional Transportation Planning Process*. Journal of Transport & Health. 6: 501-515.
- Tayarani, M., A. Poorfakhraei, R. Nadafianshahamabadi, and **G. Rowangould**. (2016). *Evaluating unintended outcomes of regional smart-growth strategies: Environmental justice and public health concerns*. Transportation Research Part D: Transport and Environment 49, 280–290. doi:10.1016/j.trd.2016.10.011
- **Rowangould, G.** (2015). *A New Approach for Evaluating Regional Exposure to Particulate Matter Emissions from Motor Vehicles.* Transportation Research Part D: Transport and Environment. 34: 307-317.

11. My current research, funded by U.S. EPA, uses travel demand modeling, MOVES and AERMOD to evaluate exposure to $PM_{2.5}$ from vehicle traffic in Albuquerque, NM and Atlanta, GA.

12. I prepared the report entitled "Report of Investigation of Receptor Locations Selected for Modeling Emissions of $PM_{10}$ from the I-70 Project," incorporated herein and attached hereto as Attachment B.

13. I prepared this report in response to the request from the Colorado Latino Forum that I review the receptor locations used in the air quality modeling of emissions from the I-70 Project, Phase 1, to demonstrate conformity with the National Ambient Air Quality Standard for $PM_{10}$.

14. The report explains the results of my investigation to understand the extent to which changes in receptor locations contributed to the large difference in predicted concentrations of $PM_{10}$ in the ambient air between the two hot-spot emissions analyses performed for the Project: one reported in the Final Environmental Impact Statement (FEIS), Air Quality Technical Report (2016), and a separate hot-spot analysis reported in the Record of Decision, Air Quality Conformity Technical Report (2017).

15. This request for an investigation was prompted by agency statements in documents filed with the Record of Decision acknowledging that changes in receptor locations contributed to the difference between modeling results. However, the changes in receptor locations were not disclosed and the extent to which these changes contributed to different results was not discussed or explained by the agencies.

16. In response to a public comment requesting an explanation of the impact that such changes in receptor locations had on the results, the Colorado Department of Transportation only provided the electronic files containing the inputs and outputs for the modeling performed for the Record of Decision. No explanation was provided of the modeling procedures performed or the

differences between the modeling inputs and procedures used for the FEIS and the Clean Air Act conformity determination.

17. An expert review of the modeling files was essential because these files and the information and numeric values contained in them were not explained, and would be incomprehensible to any lay person not familiar with emission and air quality models who attempted to open the files.

18. No comparison could be made between the modeling inputs and procedures used for the FEIS and the Clean Air Act conformity determination during the comment period because files for the FEIS modeling were not provided in response to the request for documentation. Only the files created for the conformity determination were disclosed to the public in response to the request for documentation.

19. The results of my investigation are contained in the attached report (Attachment B).

I declare pursuant to 28 U.S.C. § 1746, subject to the penalty of perjury under the laws of the United States, that the above stated facts, and the facts stated in the report attached hereto, incorporated herein and identified as Attachment B, are true and correct to the best of my knowledge and belief.

**Executed at Albuquerque, New Mexico, this _8_ day of March, 2018.**

**Dr. Gregory Rowangould**

# Exhibit 32
# Attachment – 1

# DR. GREGORY ROWANGOULD, PHD

Civil Engineering, MSC01 1070 • 1 University of New Mexico • Albuquerque, NM  87131
Ph. (505) 277-1973 • rowangould@unm.edu • www.unm.edu/~rowangould

## EDUCATION

PhD **University of California**, Davis (2010)
*Civil and Environmental Engineering: concentration in Transportation*
Dissertation: "A Spatially Detailed Locomotive Emission Model and Goods Movement Data Constraints on Public Policy and Planning"

MS **University of Maine**, Orono (2006)
*Resource Economics and Policy: concentration in Environmental Economics*
Thesis: "A Spatial Analysis of Passenger Vehicle Attributes, Environmental Impact and Policy"

BS **University of Maine**, Orono (2003)
*Chemical Engineering*

## PROFESSIONAL EXPERIENCE

**University of New Mexico**, Albuquerque, NM                                    (8/2012 – current)
*Assistant Professor,* Department of Civil Engineering
*Director of the New Mexico Local Technical Assistance Program*

**Sustainable Systems Research, LLC**, Davis, CA                              (5/2017 – current)
*Principle*

**Natural Resources Defense Council**, Santa Monica, CA                  (7/2010 – 7/2012)
*Transportation and Air Quality Science Fellow*

**University of California**, Davis, CA                                               (9/2006 – 7/2010)
*Research Assistant,* Department of Civil & Environmental Engineering

**University of California**, Davis, CA                                               (3/2009 – 6/2009)
*Teaching Assistant,* Department of Civil & Environmental Engineering     (3/2010 – 6/2010)

**University of Maine**, Orono, ME                                                    (9/2004 – 8/2006)
*Research Assistant,* Department of Resource Economics & Policy and the Margaret Chase Smith Policy Center

## CONSULTING EXPERIENCE

**Freedman Boyd Hollander Goldberg Urias & Ward P.A.,** Albuquerque, NM     (5/2016 – 8/2016)

**ICF Incorporated, LLC**, Fairfax, VA                                               (5/2014 – 12/2014)
Provided consulting services to ICF for a Federal Highway Administration and Centers for Disease Control project to develop a community health risk tool. Project website and tool available at http://www.transportation.gov/transportation-health-tool/indicators

**United States Environmental Protection Agency**, Anne Arbor, MI.         (11/2013 – 12/2013)
Provided a scientific review of a US EPA sponsored air quality research project

**Communities for a Better Environment**, Huntington Park, CA.             (11/2011 – 8/2012)
Provided transportation planning and air quality consulting services to Communities for a Better Environment

**The Ride for Roswell**, Buffalo, NY                                                (4/2011 – 6/2011)
Pro bono consulting, bicycle traffic modeling and planning for a charitable community bicycle ride

**Pew Center on Global Climate Change**, Washington, D.C.                   (12/2008 – 8/2009)
*Consultant,* developed a research report investigating the GHG mitigation potential for domestic and international marine shipping and aviation

## NATIONAL/REGIONAL/LOCAL SERVICE

**2017 International Cycling Safety Conference**, University of California, Davis, CA
*Member of the Scientific Committee and Session Chair*                    (9/20/2017-9/23/2017)

**Transportation and Air Quality Committee (ADC20)**, Transportation Research Board of the National Academies, Washington, D.C.
*Committee Member & Research Subcommittee Vice Chair*                    (5/2017 – current)
*Committee Member & Paper Review Co-Chair*                    (4/2014 – 4/2017)

**Transportation Research Part D: Transport and Environment (TRD)**, Elsevier Ltd.
*Member of the Editorial Board*                    (1/2017 – current)

**Transportation Research Board Annual Meeting Workshop,** Integrated Land-use, Travel Demand, Air Quality & Exposure Modeling: The Future of Regional Transportation Planning?
*Organizer, Co-Chair and Moderator*                    (1/11/2015)

**National Cooperative Highway Research Program**, Transportation Research Board of the National Academies, NCHRP Project 08-102 – Bicycle Facility Preferences and Effects on Increasing Bicycle Trips
*Panel Member*                    (10/2014 – current)

**Sustainable Cities and Society (SCS)**, Elsevier Ltd.
*Member of the Editorial Board*                    (10/2014 – 2/2018)
*Editor of Special Edition on Transportation*                    (2/1/2016 – 8/2017)

**Central New Mexico Climate Change Scenario Planning Project,** US Department of Transportation & Mid-Region Council of Governments
*Member, Mitigation Technical Committee*                    (11/2013 – 6/2014)

**Statewide Public Health, Safety, and Security Working Group**, New Mexico Department of Transportation
*Working Group Member*                    (11/2013 – 10/2015)

**Land-Use Transportation Integration Committee**, Mid-Region Council of Governments, Albuquerque, NM
*Committee Member*                    (12/2012 – 6/2014)

## AWARDS AND RECOGNITION

**Young Professional Runner-Up Best Paper Award**, Environmental Management Group, Air & Waste Management Association 108th Annual Conference, Raleigh, NC, June 25, 2015

**Best Paper Award**, Civil Engineering Department, University of New Mexico, Spring 2015 & Fall 2017

**Young Professional Best Paper Award**, Environmental Management Group, Air & Waste Management Association 107th Annual Conference, Long Beach, CA, June 25, 2014

## PEER REVIEWED JOURNAL PAPERS

**Rowangould, G.**, R. Nadafianshahamabadi*, and A. Poorfakhraei*.*(in press)*. *Programming Flexible Congestion Mitigation and Air Quality Program Funds: Best Practices for State DOTs*. Transportation Research Record: Journal of the Transportation Research Board of the National Academies.

Dana, R., **G. Rowangould**, and D. Niemeier. *(in press)*. *Evaluation of the Health Impacts of Rolling Back a Port Clean Trucks Program*. Transportation Research Record: Journal of the Transportation Research Board of the National Academies.

Poorfakhraei, A*., M. Tayarani*, and **G. Rowangould**. (2017). *Evaluating Health Outcomes from Vehicle Emissions Exposure in the Long Range Regional Transportation Planning Process*. Journal of Transport & Health. 6: 501-515.

Nadafianshahamabadi, R*., M. Tayarani*, and **G. Rowangould.** (2017). *Differences in Expertise and Values: Comparing Community and Expert Assessments of a Transportation Project.* Sustainable Cities and Society. doi:10.1016/j.scs.2016.08.027

Tayarani, M*., A. Poorfakhraei*, R. Nadafianshahamabadi*, and **G. Rowangould.** (2016). Evaluating unintended outcomes of regional smart-growth strategies: Environmental justice and public health concerns. Transportation Research Part D: Transport and Environment 49, 280–290. doi:10.1016/j.trd.2016.10.011

**Rowangould, G.** and M. Tayarani* (2016). *The Effect of Bicycle Facilities on Travel Mode Choice Decisions.* ASCE Journal of Urban Planning and Development. doi: 10.1061/(ASCE)UP.1943-5444.0000341

Poorfakhraei, A.* and **G. Rowangould** (2015). *Estimating Welfare Change Associated with Improvements in Urban Bicycling Facilities.* ASCE Journal of Transportation Engineering. 141(11): 04015025.

**Rowangould, G.** (2015). *A New Approach for Evaluating Regional Exposure to Particulate Matter Emissions from Motor Vehicles.* Transportation Research Part D: Transport and Environment. 34: 307-317.

**Rowangould, G.** (2013). *Public Financing of Private Freight Rail Infrastructure to Reduce Highway Congestion: A Case Study of Public Policy and Decision Making in the United States.* Transportation Research Part A: Policy and Practice. 57: 25-36.

**Rowangould, G.** (2013). *A Census of the United States Near-Roadway Population: Public Health and Environmental Justice Considerations.* Transportation Research Part D: Transport and Environment. 2: 59-67.

**Gould, G.** and D. Niemeier (2011). *Assignment of Emissions Using a New Locomotive Emissions Model.* Environmental Science and Technology. 45(13): 5846- 5852.

**Gould,  G.** and A. Karner (2009). *Modeling Bicycle Facility Operation: a Cellular Automaton Approach.* Transportation Research Record:  Journal of the Transportation Research Board of National Academies. 2140: 157-164.

**Gould, G.** and D. Niemeier (2009). *Review of Regional Locomotive Emission Modeling and the Constraints Posed by Activity Data.* Transportation Research Record: Journal of the Transportation Research Board of the National Academies. 2117: 24-32.

Niemeier, D., **G. Gould,** A. Karner, M. Hixson, B. Bachmann, C. Okma, Z. Lang and D. Heres Del Valle (2008). *Rethinking downstream regulation: California's opportunity to engage households in reducing greenhouse gases.* Energy Policy, 36(9)

**\*Students advised by Dr. Rowangould**

## PEER REVIEWED CONFERENCE PAPERS

Montano, S*. and **G. Rowangould**. (January 9th, 2018). *Evaluating the Role of Federal Transportation Funding Flexibility and Investments in Bicycle and Pedestrian Infrastructure.* Presentation at the Transportation Research Board 97th Annual Meeting, Washington, D.C.

Mohammad, T*., R. Nadafianshahamabadi*, A. Poorfakhraei* and **G. Rowangould.** (January 9th, 2018). *Evaluating the Cumulative Air Quality Impacts of a Long Range Regional Transportation Plan.* Presentation at the Transportation Research Board 97th Annual Meeting, Washington, D.C.

**Rowangould, G.**, R. Nadafianshahamabadi, and A. Poorfakhraei*. (January 9th, 2018). *Programming Flexible Congestion Mitigation and Air Quality Program Funds: Best Practices for State DOTs.* Presentation at the Transportation Research Board 97th Annual Meeting, Washington, D.C.

Dana, R., **G. Rowangould**, and D. Niemeier. (January 8th, 2018). *Evaluation of the Health Impacts of Rolling Back a Port Clean Trucks Program.* Presentation at the Transportation Research Board 97th Annual Meeting, Washington, D.C.

Nadafianshahamabadi, R.* and **G. Rowangould** (January 10, 2017). *Evaluating Sustainability in Transportation Plans: Review of Long-Range Transportation Plans in the United States.* Presentation at the Transportation Research Board 96th Annual Meeting, Washington, D.C.

Tayarani. M*, A. Poorfakhraei* and **G. Rowangould** (January 10, 2017). *Can Regional Transportation and Land-Use Planning Reduce GHG Emissions?* Presentation at the Transportation Research Board 96th Annual Meeting, Washington, D.C.

Rodriguez, M.* and **G. Rowangould** (January 11, 2017). *The Current State of Sidewalk ADA Compliance and Alternative Funding Methods for Albuquerque, NM.* Presentation at the Transportation Research Board 96th Annual Meeting, Washington, D.C.

Tayarani. M*, A. Poorfakhraei*, and **Rowangould, G.** (August 4, 2016). *Can Regional Transportation and Land-Use Planning Reduce GHG Emissions?* Presented at the Transportation Research Board Summer Conference on Transportation Planning and Air Quality, Minneapolis, MN.

Tayarani. M*, A. Poorfakhraei*, and **Rowangould, G.** (August 5, 2016). *Quantifying the Air Quality & Congestion Benefits of Bicycle Facilities.* Presented at the Transportation Research Board Summer Conference on Transportation Planning and Air Quality, Minneapolis, MN.

Nadafianshahamabadi, R.*, M. Tayarani*, and **G. Rowangould** (January 12, 2016). *Differences in Expertise and Values: Comparing Community and Expert Assessments of a Transportation Project.* Presentation at the Transportation Research Board 95th Annual Meeting, Washington, D.C.

Moreno, S. A.*, R. R. Gade*, and **G. Rowangould** (January 13, 2016). *Investigating Pedestrian Crash Risk in Albuquerque, New Mexico.* Presentation at the Transportation Research Board 95th Annual Meeting, Washington, D.C.

Tayarani, M.*, A. Poorfakhraei*, R. Nadafianshahamabadi*, and **G. Rowangould** (January13, 2016). *Large-Scale, High-Resolution Air Quality Modeling Framework to Evaluate Environmental Justice in Long-Range Transportation Planning.* Presentation at the Transportation Research Board 95th Annual Meeting, Washington, D.C.

Poorfakhraei, A.*, and **G. Rowangould** (January 11, 2016) Evaluating Mobile-Source Air Pollution *Exposure, Equity, and Health Risks in Long-Range Regional Transportation Plans.* Presentation at the Transportation Research Board 95th Annual Meeting, Washington, D.C.

**Rowangould, G.**, A. Poorfakhraei*, and M. Tayarani* (June 24, 2015). *A New Approach for Evaluating Regional Exposure to Particulate Matter Emissions from Motor Vehicles.* Presented at the Air & Waste Management Association Annual Conference, Raleigh, NC

Poorfakhraei, A.* and **G. Rowangould** (January 14, 2015). *Economic Valuation of Improvements in Urban Cycling Facilities.* Presented at the Transportation Research Board 94th Annual Meeting, Washington, D.C.

**Rowangould, G.** and M. Tayarani* (January 12, 2015). *The Effect of Bicycle Paths on the Decision to Commute by Bicycle.* Presented at the Transportation Research Board 94th Annual Meeting, Washington, D.C.

Tayarani, M.* and **G. Rowangould** (January 12, 2015). *Quantifying the Air Quality and CongestionBenefits of Bicycle Facilities: A Case Study from Albuquerque New Mexico.* Presented at the Transportation Research Board 94th Annual Meeting, Washington, D.C.

**Rowangould, G.** (March 3, 2014). *Using AERMOD for Regional Transportation Planning: Exposure Analysis, Environmental Justice, and Pro-Active Hot-spot Analysis.* Presented at the Transportation, Land Use Planning, and Air Quality Conference, Charlotte, NC

**Rowangould, G.** (June 25, 2014). *Regional Long Range Transportation Plan Air Quality and Exposure Analysis.* Presented at the Air & Waste Management Association 107th Annual Conference, Long Beach, CA

Curriculum Vitae ▪ Dr. Gregory Rowangould

**Rowangould, G.** and J. Luna (January 2014). *Does Dedicated Bicycle Infrastructure Reduce Motorized Vehicle Trips? Results from the Albuquerque Bicycle Travel Study.* Presented at the Transportation Research Board 93rd Annual Meeting, Washington, D.C.

**Gould, G.** and S. Contreras* (January 15, 2013). *Regional Scale Dispersion Modeling and Analysis of Directly Emitted Fine Particulate Matter from Highway Vehicles Using AERMOD.* Presented at the Transportation Research Board 92nd Annual Meeting, Washington, D.C.

**Gould, G.** (January 15, 2013). *A Census of the U.S. Near Roadway Population: Particulate Matter Exposure, Environmental Justice, and Coverage of the Air Quality Monitoring Network.* Presented at the transportation Research Board 92nd Annual Meeting, Washington, D.C.

**Gould, G**. and D. Niemeier (January 12, 2010). *A Geographically Detailed Locomotive Emission Model.* Presented at the Transportation Research Board 89th Annual Meeting, Washington, D.C.

**Gould, G**. and A. Karner (January 14, 2009). *Modeling Bicycle Facility Operation: a Cellular Automaton Approach.* Presented at the Transportation Research Board 88th Annual Meeting, Washington, D.C.

**Gould, G**. and D. Niemeier (January 12, 2009). *Review of Regional Locomotive Emission Modeling and the Constraints Posed by Activity Data.* Presented at the Transportation Research Board 88th Annual Meeting, Washington, D.C.

**\*Students advised by Dr. Rowangould**

## PEER REVIEWED REPORTS AND OTHER PUBLICATIONS

McCollum, D., **G. Gould,** and D. Greene (2009). *Greenhouse Gas Emissions from Aviation and Marine Transportation: Mitigation Potential and Policies.* Report prepared for the Pew Center on Global Climate Change, Washington D.C.

## OTHER REPORTS AND PUBLICATIONS

**Rowangould**, G., R. Nadafianshahamabadi*, A. Poorfakhraei*, S. Bogus Halter (May 2017) *Congestion Mitigation and Air Quality Program Best Practices Scan, Final Report.* Report prepared by the University of New Mexico for the New Mexico Department of Transportation, Santa Fe, New Mexico.

*Futures 2040: Metropolitan Transportation Plan,* Mid Region Council of Governments, Albuquerque, NM. (**G. Rowangould** was one of many contributors and co-authors, provided technical assistance for travel demand modeling and vehicle emission modeling)

**Rowangould, G.**, M. Tayarani*, and A. Poorafakhraei* (April, 2015). *Futures 2040: Metropolitan Transportation Plan - Appendix F: GHG Emissions Reduction Strategies,* Mid Region Council of Governments, Albuquerque, NM.

Lee, S., Tremble, M. Vaivai, J., **Rowangould, G.**, Tayarani, M.*, Poorfakhraei, A.* (March, 2015). *Central New Mexico climate change scenario planning project: final report.* Report prepared for the U.S. Department of Transportation, U.S. Federal Highway Administration and Mid Region Council of Governments.

Lee, S., M. Tremble, J. Vaivai, Herrington, C., R. Gonzalez-Pinzon, M. Stone, and **G. Rowangould** (December, 2014). *Climate Change Effects on Central New Mexico's Land Use, Transportation System and Key Natural Resources.* Report prepared by Ecosystem Management Inc. and the University of New Mexico for the U.S. Department of Transportation VOLPE Center, Cambridge, MA

**Rowangould, G.,** M. Tayarani*, and A. Poorafakhraei* (November, 2014) *Central New Mexico Climate Change Scenario Planning Project: Analysis of Additional Greenhouse Gas Mitigation Strategies.* Report prepared by the University of New Mexico for the U.S. Department of Transportation VOLPE Center, Cambridge, MA

Lee, S., M. Tremble, J. Vaivai, Herrington, C., R. Gonzalez-Pinzon, M. Stone, and **G. Rowangould** (May 2014) *Climate Change Resilience of Land Use, Transportation and Key Natural Resources in Central New Mexico.*

Curriculum Vitae ▪ Dr. Gregory Rowangould

Report prepared by Ecosystem Management Inc., Sustainable Systems Research LLC. and the University of New Mexico for the U.S. Department of Transportation VOLPE Center, Cambridge, MA

**Gould, G.** (2012) *Analysis of Greenhouse Gas Emission Estimates for the Interstate 710 Corridor Project*. Report Prepared for Communities for a Better Environment, Huntington Park, CA.

**Gould, G.** (2012) *Analysis of the Alternatives Selection Process for the Interstate 710 Corridor Project*. Report Prepared for Communities for a Better Environment, Huntington Park, CA.

**Gould, G.** (2012) *Physical Separation of the Chicago Area Waterway System: The Economic and Environmental Impact of Barge Traffic Disruption*.  NRDC Working Paper.

C. Noblet, **G. Gould**, J. Rubin, D. Innis, and C. Morris (2006).  *Sustainable Transportation Funding for Maine's Future*.  Report prepared for the Maine Department of Transportation, Augusta, ME.

**\*** Students advised by Dr. Rowangould

# Exhibit 32
# Attachment – B

**Report of Investigation of Receptor Locations Selected for Modeling**

**Emissions of $PM_{10}$ from the I-70 Project**

March 8, 2018

Prepared by:

Dr. Gregory Rowangould, PhD
Sustainable Systems Research, LLC

**EXECUTIVE SUMMARY**

This Report describes my findings obtained from an investigation of the publicly available documents provided by the Colorado Department of Transportation ("CDOT") related to the air quality modeling performed to determine the ambient air concentrations of particulate matter 10 micrometers in diameter or smaller ("$PM_{10}$") at identified receptor locations that are expected to result from traffic operations on the completed I-70 East (Central) Project – Phase 1 ("Project").

"Receptor locations" are the locations selected for outputs from air quality models that estimate concentrations of pollutants in the ambient air. The transportation conformity rule requires that –

> Estimated pollutant concentrations must be based on the total emissions burden which may result from the implementation of the project, summed together with future background concentrations. The total concentration must be estimated and analyzed at appropriate receptor locations in the area substantially affected by the project. [40 C.F.R. § 93.123(c)(1)]

EPA's Hot-spot Conformity Guidance –

> recommends that receptor sites be placed in sufficient detail to estimate the highest concentrations and possible violations of a NAAQS. Receptors should be placed in areas that are considered ambient air (i.e., where the public generally has access). Examples of areas where receptors should not be placed include a median strip of a highway, a right-of-way on a limited access highway, or an approach to a tunnel.

> Receptors should be sited as near as five meters from a source (e.g., the edge of a traffic lane or a source in a terminal), except possibly with projects involving urban street canyons where receptors may be appropriate within 2-10 meters of a project.[1]

**Conclusions**

Receptors were placed in very different arrangements in the FEIS compared to the Conformity Determination analyses. The differences are likely to explain a large portion of the difference in modeled $PM_{10}$ concentrations and design value estimates. A number of receptor locations used in the modeling performed for the FEIS were removed from the modeling completed for the Conformity Determination. Some of these receptors were properly removed because they were located where the public does not have access, but other receptors were removed from areas considered ambient air where the public has access. Critically, modeling for seven receptors located where the maximum concentration was depicted in the Conformity Determination Air Quality Technical Report[2] were missing from the primary AERMOD modeling files provided by CDOT. These missing receptors were found in seven separate modeling files. Each of the seven receptors was modeled as a "supplemental" modeling run. The "supplemental" modeling files contained different emission source parameters that caused AERMOD to produce lower $PM_{10}$ concentration estimates at the highest concentration receptors. The Conformity Determination Air Quality Technical Report and the additional files provided by CDOT do not indicate why these 7 receptors were modeled independently from the 3,525 other receptors considered in the primary modeling run. No explanation is provided discussing how or why the emission source parameters were altered.

SSR added the seven "supplemental" receptors to the primary modeling AERMOD input file and ran AERMOD  to determine how the altered emission source parameters affected concentrations at the seven "supplemental" receptors. This modeling run predicts $PM_{10}$ concentrations from Project emissions would

---

[1] "Transportation Conformity Guidance for Quantitative Hot-spot Analyses in PM2.5 and PM10 Nonattainment and Maintenance Areas," U.S. EPA, Office of Transportation Air Quality (EPA-420-B-15-084 November 2015), § 7.6.2, p. 116.

[2] Record of Decision, Attachment C7, Fig. 3, p. 11 (January 2017).

be 42 µg/m$^3$ or greater at the "supplemental" receptor locations. These higher concentrations would violate the NAAQS when added to the background concentration required by EPA's Hot-spot Guidance.

## I.   BACKGROUND

The Colorado Latino Forum (CLF) requested this investigation to determine how changes in receptor locations used in the air quality modeling for the Project may have affected the results between the air quality modeling performed for the Final Environmental Impact Statement ("FEIS"), published as the Air Quality Technical Report, Attachment J to the FEIS, in January 2016, and the Air Quality Conformity Technical Report, published as Attachment C7 to the "I-70 East 1: Phase 1 (Central 70 Project) Record of Decision" ("ROD") in January 2017.

The modeling results for Project emissions of PM$_{10}$ reported in the Air Quality Technical Report for the FEIS ("AQ Technical Report (January 2016)") showed that Project emissions from Phase 1 of the alternative identified in the FEIS as the preferred alternative (lowered covered alternative with managed lanes) were expected to add 61 µg/m$^3$ (micrograms of particles per cubic meter of air) to the background concentration of PM$_{10}$.[3] The modeling results for Project emissions reported in the Air Quality Technical Report for the Conformity Determination("Air Quality Conformity Technical Report (January 2017)") required by the Clean Air Act showed that Project emissions from Phase 1 were expected to add 41.136 µg/m$^3$ to the background concentration of PM$_{10}$.[4]

CLF was concerned about this 32% reduction in the impact that Project emissions were expected to have on ambient air quality because the difference between the two modeling results is the difference between a large violation of the national ambient air quality standard ("NAAQS") for PM$_{10}$ and compliance with the NAAQS. The Clean Air Act conformity regulation requires that the concentration of PM$_{10}$ contributed by the Project be added to the background concentration of PM$_{10}$ to determine if the Project emissions will cause or contribute to a future violation of the NAAQS. 40 C.F.R. §93.123(c)(1). If the combined concentrations are below the level of the NAAQS, the project "conforms."

For the I-70 Project, U.S. EPA informed the transportation agencies that the monitored background concentration of PM$_{10}$ is 113 µg/m$^3$. When the Project emissions modeled for the FEIS are added, the total (113 µg/m$^3$ + 61 µg/m$^3$) equals 174 µg/m$^3$. When emissions modeled for the Conformity Determination are added, the total (113 µg/m$^3$ + 41.136 µg/m$^3$) equals 154.136. EPA interprets the NAAQS as allowing concentrations not to exceed 154.99 µg/m$^3$.

CLF requested an investigation of receptor locations because:

1) the large difference between the emissions modeled for the FEIS and the modeling for the Conformity Determination was not acknowledged or explained in the Conformity Determination or the Record of Decision; and

2) changed receptor locations was identified as apparently the most significant of three differences between the modeling analyses for the FEIS and the Conformity Determination acknowledged by FHWA in the "Air Quality NEPA Comparison."[5]

---

[3] *See* "Air Quality Technical Report (January 2016)," p.78, **Table 20. Forecasted PM10 concentrations for the I-70/I-25 hotspot analysis (µg/m3): Managed Lanes Option -** Partial Cover Lowered Alternative, Phase 1. [Attachment 1].

[4] *See* "Air Quality Conformity Technical Report (January 2017)," p. 10, **Table 2 PM10 Concentrations.** [Attachment 2].

[5] ROD, Attachment C6, pp. 1-2.

One of the three differences identified in the NEPA Comparison was changes in Project design. This change was described as "[c]hanges to the project design are minimal, so changes to results of analysis at the air quality study area level … would not be noticeable."[6]

A second acknowledged difference between the modeling analyses was the change in traffic projections that resulted from "[r]elease of the 2040 Focus travel demand model by the Denver Regional Council of Governments (DRCOG) and subsequent update of the Regional Transportation Plan (RTP) planning horizon year and year of peak emissions from 2035 to 2040."[7]

DRCOG changed the travel demand models, replacing the COMPASS model used to estimate traffic in 2035, with the FOCUS model used to estimate traffic in 2040. [8] The FOCUS model predicted an overall reduction in expected future traffic in 2040 compared to 2035. A comparison of traffic volumes for I-70 showed a 13.5% reduction in daily traffic volumes on I-70 between I-25 ("Mousetrap") and the Washington Blvd exit,[9] which is the highway segment where every modeling run predicts the highest $PM_{10}$ concentrations will occur. This 13.5% reduction in expected traffic volumes does not explain the 32% reduction in predicted $PM_{10}$ concentrations contributed by Project emissions between the air quality model run in the FEIS using the 2035 traffic volumes and the model run for the Conformity Determination using the 2040 traffic volumes.

Of the three acknowledged changes between the emissions modeling for the FEIS and the Conformity Determination, it appeared that changes in receptor locations must account for a large portion of the change in modeled Project concentrations. But unlike the changes in traffic modeling, the specific changes in receptor locations were not disclosed, analyzed or explained. For this reason, CLF requested that Sustainable Systems Research ("SSR") investigate the changes in receptor locations to determine which receptors were changed, and whether the changes were consistent with EPA Guidance for modeling highway project emissions. This investigation could not have been performed by a lay person who lacked experience with the application of air quality models, data used as inputs to air quality models, and accessing the data contained in air quality modeling data input and output files.

## II.   DATA SOURCES AND ANALYSIS PROCEDURES

SSR began its analysis by evaluating the $PM_{10}$ modeling methods and results reported in the AQ Technical Report (January 2016) and the Air Quality Conformity Technical Report (January 2017). These reports state that they followed the same US EPA guidance for receptor placement; however, figures in each report indicate different receptor placement patterns (see Figures 1 and 2 below). The figures in each report do not have sufficient resolution to determine the exact location of the differences and if they are likely to explain a significant portion of the differences in the FEIS and Conformity Determination $PM_{10}$ modeling results. Therefore, SSR also reviewed files provided by CDOT to the Sierra Club on January 5th in response to their request for more information on air quality modeling changes.

---

[6] ROD, Attachment C6, p. 2.

[7] ROD, Attachment C6, p. 1.

[8] *See* ROD, Attachment C2, "Updates to Traffic Technical Report," Appendix A "*Comparison of 2035 to updated 2040 DRCOG model volumes on I-70.*"

[9] *Id.,* p. 5, **Table 1: Comparison of I-70 Daily Volumes.** Travel demand models predicted total (east and westbound) traffic volumes on I-70  between I-25 and Washington Boulevard in 2035 (COMPASS Model) as 123,750  trips, versus 107,000 trips in 2040 (FOCUS Model). Difference (16,750 trips) = 13.5% reduction between 2035 and 2040.



**Figure 1. Comparison of PM$_{10}$ receptor placement as shown in the AQ Technical Report (January 2016) "A" and the Air Quality Conformity Technical Report (January 2017) "B" for the I-25/I-70 interchange area.**



**Figure 2. Comparison of PM$_{10}$ receptor placement as shown in the AQ Technical Report (January 2016) "A" and the Air Quality Conformity Technical Report (January 2017) "B" for the I-225/I-70 interchange area.**

The files provided by CDOT in response to the Sierra Club request included various emission factor and air quality modeling input and output files used in the modeling for the Conformity Determination analysis. Included in the files provided by CDOT were output files for AERMOD, which is the US EPA air quality model that was used to estimate the Project's contribution to PM$_{10}$ concentrations at each receptor location. The AERMOD output files provide the geographical coordinates of each receptor along with the modeled concentrations. SSR requested and received from CDOT the corresponding AERMOD input and output

files for the FEIS analysis so that the locations and concentrations of each receptor from the FEIS and Conformity Determination modeling could be compared in more detail. A list of AERMOD files used in SSR's analysis is provided in Appendix A.

SSR plotted the location of each receptor from each analysis using ArcGIS geographical information software, which allows the receptors to be plotted over an aerial image of the project area. This allowed SSR to compare the relative locations of each receptor and their alignment to the segments of the current I-70, I-25, and I-225 rights of way included in the project area. SSR also plotted the location of the maximum receptors at the I-70/I-25 and I-70/I-225 hotspot areas for both the FEIS and Conformity Determination modeling. To determine the maximum receptor for the FEIS modeling, SSR aggregated the results of all modeling outputs provided by CDOT because separate modeling runs were conducted for the truck stop, covered portion of the highway, and the remaining travel lanes for each year of the five year analysis.

## III.  RECEPTOR COMPARISON RESULTS

The comparison shows that placement of receptors varied substantially between the Conformity Determination and FEIS modeling.  In general, the receptors in the Conformity Determination analysis were closer to the roadway than the receptors in the FEIS analysis (Figures 3 and 4), with some exceptions. For example, along the entrance ramp from northbound I-25 onto I-70 eastbound and south and west of the I-70/I-225 interchange. The FEIS modeling also contained dense receptor networks along several arterial roads while the Conformity Determination modeling did not. The FEIS modeling also excluded receptors along I-25, I-225, and I-70 where some arterial roadways intersected with these highways, which results in significant gaps in the receptor network along these highways in areas that are accessible to the public. Furthermore, the locations of the maximum receptors are in very different locations (indicated by yellow circles with plus signs in Figures 3 and 4).



**Figure 3. Conformity Determination and FEIS PM$_{10}$ Receptor Location Comparison at the I-70/I-25 interchange.**



I-70 & I-225 Receptor Comparison, Phase 1, Managed Lanes, Lowered Alt
- 2035 Receptors (FEIS)
- 2040 Receptors (Conformity Determination)
- 2035 Maximum Receptor (FEIS)
- 2040 Maximum Receptor (Conformity Determination)

**Figure 4. Conformity Determination and FEIS PM$_{10}$ Receptor Location Comparison at the I-70/I-225 interchange.**

The Conformity Determination analysis receptor placement appears to have been performed much more carefully than that for the FEIS. For example, the first row of receptors along the project were placed exactly at the highway right-of-way fence line while the FEIS receptors were in some places located within the fence line or on the roadway (they were also placed in other odd arrangements). The Conformity Determination analysis receptor placement appears to follow US EPA guidelines, with the exceptions noted below, while the FEIS receptor placement does not. Since concentrations along roadways decline rapidly with increasing distance from the edge of the roadway, the relatively large differences in receptor placement is likely to result in significant differences in modeled PM$_{10}$ concentrations and the calculation of design values for the Project.

While completing the above comparison, SSR also identified seven receptors that were modeled with seven separate AERMOD input files – one file for each of the seven receptors. These separate input files were labeled as "supplemental" modeling runs in the AERMOD input and output files provide by CDOT to the citizens who requested the files. In Figure 5, the red dots are the receptors from the "primary" AERMOD input file that contained most of the receptors and the yellow dots are the receptors from the "supplemental" modeling files. The supplemental receptors and modeling results are included in the Conformity Determination analysis but are not identified as being "supplemental" or in any way different than the other receptors that were considered in the analysis. However, an inspection by SSR of the "supplemental" AERMOD input files finds that AERMOD emission source parameters have been changed from those in the "primary" AERMOD input file. The "supplemental" AERMOD input files include higher emission

release heights for some highway segments near the "supplemental" receptors[10]. The same highway segments in the "primary" and "supplemental" AERMOD modeling runs have different release heights. Higher release heights will reduce the modeled concentration at receptors near the highway because a higher emission source provides more time for emissions to disperse before they reach receptors. No explanation for the "supplemental" modeling runs or alteration to release heights is provided in the modeling files provided by CDOT to the Sierra Club or in the Conformity Determination analysis.

U.S. EPA's Hot-spot Guidance[11] includes instructions for estimating the release heights to be used in AERMOD when modeling traffic. The release heights used in the "primary" modeling run appear to be consistent with this Guidance. Because the changes in release heights between the "primary" modeling run and the "supplemental" runs are not described, SSR was only able to determine that the release heights were changed. No information is provided to allow a determination of how the release heights used in supplemental runs differ from EPA's guidance.



| | "Supplemental" receptors |
| | Receptors from the primary modeling run |

0   0.125   0.25   0.5 Miles

**Figure 5. Location of "Supplemental" receptors.**

## IV. AERMOD MODELING RESULTS AT MISSING RECEPTOR LOCATIONS

The "supplemental" receptors are located where the highest modeled $PM_{10}$ concentrations from the Conformity Determination analysis occur, including the maximum receptor that was used in the design

---

[10] Where release heights differ between the primary and supplemental modeling run, in almost all cases they are higher in the supplemental modeling runs. Very few release heights are lower in the supplemental runs.

[11] "Transportation Conformity Guidance for Quantitative Hot-spot Analyses in PM2.5 and PM10 Nonattainment and Maintenance Areas," U.S. EPA, Office of Transportation Air Quality, Appendix J, §3.3.

value calculations. The modeling results used to make the Conformity Determination finds that the design value marginally meets the 24-hour $PM_{10}$ NAAQS. If the maximum receptor concentration were just 0.864 µg/m³ higher the design value would exceed the 24-hour $PM_{10}$ NAAQS.

SSR performed additional modeling to evaluate how the change in release heights affected the concentrations at the "supplemental" receptors. SSR updated the "primary" AERMOD input file for the preferred alternative provided to the Sierra Club (AERMOD-V I-70 & I-25 Phase 1 ML.inp) to include the coordinates of the omitted seven "supplemental" receptors. The "primary" modeling input file contains the release heights that were used for all but the seven "supplemental" receptors (i.e., for the red dots in Figure 5). SSR then ran AERMOD with the updated input file to estimate the concentration required by EPA's Hot-spot Guidance to be used to calculate the design value for the Project (i.e., the 6th highest concentration over a 5-year period at each additional receptor). The concentrations from SSR's modeling for the seven "supplemental" receptors were then compared with those from the Conformity Determination analysis (Figure 6). The results find that the increase in release heights in the "supplemental" modeling runs decreased concentrations at the "supplemental" receptors by approximately 2 µg/m³. SSR's modeling produced concentrations at the "supplemental" receptors that ranged from 41.9 µg/m³ to 43.2 µg/m³. Concentrations greater than or equal to 42 µg/m³ would result in the Project violating the 24-hour $PM_{10}$ NAAQS conformity test. Had the "supplemental" receptors been modeled using the same parameter settings as the other 3,525 receptors, the design value would have exceeded the 24-hour $PM_{10}$ NAAQS.



**Figure 7 Missing receptor 6th highest $PM_{10}$ concentrations (µg/m³) modeled by SSR. Red crosshairs mark missing receptor locations.**

**APPENDIX A: FILES USED IN SSR'S RECEPTOR COMPARISON**

"Primary" AERMOD output files for the Conformity Determination provided to the Sierra Club by CDOT:

- AERMOD-V_I-70_I-25_Phase1ML2040_PM10_5yrAvg24hr.plt (file produced on 11/5/2016)
- AERMOD-V_I-70_I-225_Phase1ML2040_PM10_5yrAvg24hr.plt (file produced on 10/30/216)

"Supplemental" AERMOD output files for the Conformity Determination provided to the Sierra Club by CDOT:

- AERMOD-V_I-70_I-25_Phase1ML2040_PM10_5yrAvg24hr_SR1.plt (file produced on 11/1/2016)
- AERMOD-V_I-70_I-25_Phase1ML2040_PM10_5yrAvg24hr_SR2.plt (file produced on 11/1/2016)
- AERMOD-V_I-70_I-25_Phase1ML2040_PM10_5yrAvg24hr_SR3.plt (file produced on 11/1/2016)
- AERMOD-V_I-70_I-25_Phase1ML2040_PM10_5yrAvg24hr_SR4.plt (file produced on 11/1/2016)
- AERMOD-V_I-70_I-25_Phase1ML2040_PM10_5yrAvg24hr_SR5.plt (file produced on 11/1/2016)
- AERMOD-V_I-70_I-25_Phase1ML2040_PM10_5yrAvg24hr_SR6.plt (file produced on 11/1/2016)
- AERMOD-V_I-70_I-25_Phase1ML2040_PM10_5yrAvg24hr_SR7.plt (file produced on 11/1/2016)


AERMOD output files for the FEIS provided to SSR by CDOT:

- I70_I25_Phase1Cover_90.plt (file produced on 5/23/2015)
- I70_I25_Phase1Cover_91  (file produced on 5/23/2015, file extension missing)
- I70_I25_Phase1Cover_92.plt (file produced on 5/23/2015)
- I70_I25_Phase1Cover_93.plt (file produced on 5/23/2015)
- I70_I25_Phase1Cover_94.plt (file produced on 5/23/2015)
- I70_I25_Phase1B_Area_SB90v2.plt (file produced on 5/23/2015)
- I70_I25_Phase1B_Area_SB91v2.plt (file produced on 5/23/2015)
- I70_I25_Phase1B_Area_SB92v2.plt (file produced on 5/23/2015)
- I70_I25_Phase1B_Area_SB93v2.plt (file produced on 5/23/2015)
- I70_I25_Phase1B_Area_SB94v2.plt (file produced on 5/23/2015)
- I70_I25_Phase1B_Pit_SB90.plt (file produced on 5/23/2015)
- I70_I25_Phase1B_Pit_SB91.plt (file produced on 5/23/2015)
- I70_I25_Phase1B_Pit_SB92.plt (file produced on 5/23/2015)
- I70_I25_Phase1B_Pit_SB93.plt (file produced on 5/29/2015)
- I70_I25_Phase1B_Pit_SB94.plt (file produced on 5/23/2015)
- Phase1B_225_SB90.plt (file produced on 5/29/2015)
- Phase1B_225_SB91.plt (file produced on 5/29/2015)
- Phase1B_225_SB92v2.plt (file produced on 5/29/2015)
- Phase1B_225_SB93.plt (file produced on 5/29/2015)
- Phase1B_225_SB94.plt (file produced on 5/29/2015)