# Exhibit 28

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-1661-WJM-MEH
*Consolidated with* 17-cv-1679-WJM-MEH

SIERRA CLUB; ELYRIA AND SWANSEA NEIGHBORHOOD ASSOCIATION; CHAFFEE PARK NEIGHBORHOOD ASSOCIATION; and COLORADO LATINO FORUM,

Plaintiffs,

v.

FEDERAL HIGHWAY ADMINISTRATION, ELAINE CHAO, in her official capacity as Secretary of Transportation; and JOHN M. CARTER, in his official capacity as Division Administrator, Defendants,

v.

COLORADO DEPARTMENT OF TRANSPORTATION, and SHAILEN P. BHATT, in his official capacity as Executive Director of the Colorado Department of Transportation,

Defendant-Intervenors.

| EXHIBIT 28 |
| :---: |
| DECLARATION OF DR. GEORGE R. THURSTON |
| (Case No. 17-cv-1679-WJM-MEH) |

ROBERT E. YUHNKE  (CO Bar No. 12686)
4050 SE Hosner Terrace
Gresham, OR 97080
(303) 499-0425
bob.yuhnke@prodigy.net

ANDREA S. GELFUSO  (CO Bar No. 19773)
2402 S. Holland Street
Lakewood Co 80227
(303) 955-1910
agelfuso6@gmail.com

GREGORY N. CORBIN  (CO Bar No. 48468)
Milligan Rona Duran & King LLC
1627 Vine St.
Denver, CO 80206
Tel. 720-414-2000
gnc@mrdklaw.com

COUNSEL FOR PETITIONERS

## <u>The Adverse Human Health Effects of Traffic-Related Air Pollution</u>

SUBMITTED ON BEHALF OF
**THE SIERRA CLUB
COLORADO LATINO FORUM
ELYRIA SWANSEA NEIGHBORHOOD ASSOCIATION
CLAYTON NEIGHBORHOOD ASSOCIATION**

**November 6, 2017**

I declare, subject to the penalty of perjury under the laws of the United States, that the following assessment of the health effects literature, and my conclusions based thereon, is true and correct to the best of my knowledge, understanding and belief.

Executed at Chester, New York, this 3rd day of November, 2017:

**George D. Thurston, Sc. D.
3 Catherine Court
Chester, NY  10918**

*Background & Qualifications*

I am a full Professor at the New York University (NYU) School of Medicine in the Department of Environmental Medicine.  I have also served as the Deputy Director of the NYU Particulate Matter Health Research Center, and am presently the Director of the Program in Exposure Assessment and Health Effects in my department at the School of Medicine.

I received my undergraduate degree in Environmental Engineering from Brown University in 1974, and my Doctorate of Science (Sc.D.) in Environmental Health Sciences from the Harvard University School of Public Health in 1983.  I served on the New York State Department of Environmental Conservation's Air Management Advisory Committee from 1991 to 1996, and was Chairman of the Health and Environment Panel of the Canadian Joint Industry/Government Study of Sulfur in Gasoline and Diesel Fuels in 1997.

I have published extensively regarding the human health effects of inhaled air pollutants, particularly in relation to asthma attacks, hospital admissions, and human mortality.  I have been called upon by both the U.S. House of Representatives and the U.S. Senate multiple times in recent years to provide testimony before them regarding the human health effects of air pollution.

I have served as an advisor to the U.S. EPA regarding the human health effects of air pollution as a member of the Clean Air Scientific Advisory Committee (CASAC) panel on Sulfur Oxides and Nitrogen Oxides, and as a contributing author of various EPA Integrated Science Assessments (ISAs), which are relied upon by the EPA to set air pollution air quality standards in the US.  A copy of my professional curriculum vitae is attached to this letter, and it accurately represents my relevant education, training, and experience.

*Introduction*

Traffic is an increasingly dominant contributor to air pollution in Denver, and elsewhere in the United States.   Cars, buses, trucks and other motorized vehicles are amongst the largest sources of air pollution that have been clearly linked to adverse health effects (e.g., see HEI, 2010).  These adverse effects of traffic related air pollution have been documented in cities around the world, across the nation, including in around cities like Denver, CO.  Most people are exposed to air pollution from road traffic on a daily basis, whether as a result of residing at homes located near highways, or driving, walking, or standing along busy streets.  Vehicle engines are known to produce a number of air pollutants that pose risks to public health.  When engines burn fuel (gasoline or diesel), chemicals such as fine particulate matter (regulated as $PM_{2.5}$), ultrafine particles (UFP),

2

nitrogen oxides, carbon monoxide, volatile organic compounds (VOCs), elemental carbon (EC) black carbon soot and many other different toxic air pollutants are emitted from tailpipes. Nearby populations are exposed to all of these pollutants simultaneously. Those living in residences or attending schools along I-70 in Denver have been exposed to this complex mixture of pollutants for more than 50 years, since the interstate was built in the 1960s.

Emissions from vehicles have diminished since the implementation of emission controls on motor vehicles under the Clean Air Act, and Denver has met air quality standards for these pollutants in recent years.  However, compliance with national air quality standards established for six individual pollutants emitted from motor vehicles does not assure protection against all public health effects of daily exposure to the complex mixture of multiple pollutants emitted from cars, trucks, and buses (see discussion of health effects at levels meeting the standards below).

*Multi-pollutant Effects Are Critically Important to Understand Health Effects in the Near-Highway Environment.*

The usual approach to assessing health risks of environmental chemicals, such as air pollutants, has been to evaluate them one at a time.  In reality, however, residents living or children attending schools near highways are routinely exposed to a wide variety of chemicals, and scientists and regulators are increasingly aware of potential health implications from the cumulative effects of these multiple air pollutants (Macdonell et al., 2013). In the case of traffic air pollution, people living beside or travelling on roadways are exposed to an array of air pollutant mixtures that include gaseous (e.g., nitrogen dioxide, sulfur oxides, and carbon monoxide) and vapor (e.g., volatile organic compounds, such as benzene) air pollutants that can be breathed along with the particulate matter exposures, adding to the toxicity of breathing traffic-related air pollution.  These include the EPA designated Mobile Source Air Toxic (MSAT) pollutants: Acrolein, Benzene, 1,3-butadiene, Diesel Particulate Matter, Formaldehyde, Naphthalene, and Polycyclic Organic Matter (POM) (US EPA, 2006).   Indeed, research has confirmed the negative cumulative impact of residence in high traffic counties on long-term human population survival (Lipfert et al, 2009).

### THE HEALTH EFFECTS OF AIR POLLUTION FROM ROAD TRAFFIC

 The epidemiological literature on the health effects of traffic related air pollution is growing rapidly. The findings of recent scientific studies indicate that traffic is a significant contributor to the adverse effects of air pollution on public health.  Studies of air pollution near roadways have provided insights into the spatially and temporally dynamic nature of traffic related pollution. The epidemiological studies on traffic and health have largely focused on the consequences of exposures incurred by living near large roadways, such as freeways in southern California.  Air pollution from road traffic has been linked to a variety of negative health effects. To date, the findings indicate associations of traffic indicators with increased risk for multiple adverse health effects that include asthma and allergic diseases, cardiac effects, respiratory symptoms, reduced lung function, inhibited lung function growth and development, premature mortality, adverse reproductive outcomes, and lung cancer, as elaborated below.

• *Asthma and allergic disease*

Numerous studies have documented the role of traffic related pollution in respiratory health. Scientific studies in North America and Europe show that children living in areas with high road traffic volumes have more respiratory-related illness symptoms than other children.  More specifically, a significant number of studies conclude that exposure to traffic pollution can aggravate asthma in children (HEI, 2010).  Brauer et al. (2002, 2007) found associations by elevated concentrations of $NO_2$ and diesel soot at children's homes with increased risk of wheezing in children in the Dutch PIAMA cohort.  Symptom associations were also reported in two separate analyses of the GINI and LISA cohort study in Munich (Gehring et al. 2002; Morgenstern et al. 2007), in which dry cough at night had an association with traffic-related pollution in boys at ages 1 and 2 years.  In a subsequent study (Morgenstern et al., 2008), children ages 4 and 6 years exhibited associations by distances from a busy street (50 m, 250 m, 1000 m, or > 1000 m) in Munich with symptoms of asthma, hay fever, and eczema. At the nearest (50-m) distance category, the roadway proximity association reached statistical significance for asthma symptoms (OR = 1.24; 95% CI, 1.01−1.52), indicating a 24% increase in asthma symptoms in those children vs. children living more than 1 km away from the roadway.

Venn et al. (2001) investigated the relation between proximity of the family home to the nearest main road, estimated objectively using geographical information system software, and the

4

risk of wheeze in the past year in a case-control sample of 6,147 primary schoolchildren (age 4 to 11 yr.) and a random cross-sectional sample of 3,709 secondary schoolchildren (age 11 to 16 yr.) in Nottingham, United Kingdom. Among children living within 150 m of a main road, the risk of wheeze increased with increasing proximity by an odds ratio (OR) of 1.08 (95% confidence interval [CI] 1.00 to 1.16) per 30-m increment in primary schoolchildren, and 1.16 (1.02 to 1.32) in secondary schoolchildren (See Figure 1).



Figure 1.   Living Near a Main Road Increases the Risk of Wheezing Illness in Primary (left) and Secondary (right) School Children (Venn et al., 2001)

Recent evidence indicates that these adverse traffic-associated health effects are contributed to by the traffic particles in the $PM_{10}$ size range.  For example, Somoli et al. (2016) used air particle composition and number networks in London between 2011 and 2012 to derive six source-related factors for $PM_{10}$ and four factors for size distributions of ultrafine particles (NSD). They assessed the associations of these factors, at pre-specified lags, with daily total, cardiovascular (CVD) and respiratory mortality and hospitalizations using Poisson regression. Traffic-related $PM_{10}$ displayed an association with CVD admissions aged 15-64 years (1.01% ,95% CI: 0.03%-2.00%), as well as a positive association with pediatric (0-14years) respiratory hospitalizations (0.92%, 95%CI: − 0.40%, 2.26%), per interquartile range (IQR).

Esposito and co-authors (2014) evaluated the effects of traffic-related pollution on the exacerbation of asthma and development of respiratory infections in Italian children suffering from asthma or wheezing, compared with healthy subjects, and estimated the association between incremental increases in principal pollutants and the incidence of respiratory symptoms.  Among the 329 children with recurrent wheezing or asthma and 364 healthy subjects who completed follow-up, living close to the street with a high traffic density was a risk factor for asthma exacerbations (odds ratio [OR]=1.79; 95% confidence interval [CI], 1.13-2.84), whereas living near green areas was

found to be protective (OR=0.50; 95% CI, 0.31 -0.80). An increase of 10 µg/m3 of particulates less than 10 microns in diameter ($PM_{10}$) increased the onset of pneumonia in wheezing/asthmatic children (continuous rate ratio [RR]=1.08, 95% CI: 1.00-1.17).  The authors concluded that there is a significant association between traffic-related pollution and the development of asthma exacerbations and respiratory infections in children born to atopic parents and in those suffering from recurrent wheezing or asthma, supporting the need for reducing exposure to $PM_{10}$ as crucial for protecting respiratory health in children with underlying respiratory disease.

Overall, the 2010 Health Effects Institute (HEI) Publication 17 found (on page xv.) that: "the Panel concluded that the evidence is sufficient to support a causal relationship between exposure to traffic-related air pollution and exacerbation of asthma."   I agree with this HEI Publication 17 conclusion.

While the HEI Publication 17 Review of the health effects of traffic air pollution concluded that the evidence showing associations between exposure to traffic air pollution and the onset of new asthma in healthy children was only suggestive at that time (i.e. not enough to conclude causality), that report was published in January 2010, before more definitive evidence of this relationship was published.  Notably, McConnell et al (2010) later published a study of the relationship of new-onset asthma with traffic-related pollution near homes and schools of children participating in the California Children's Health Study. This study is highly-regarded in epidemiology science because it is a long term study of a large cohort, making its conclusions statistically robust. Physician diagnosis of new-onset asthma ($n$ = 120) was identified during 3 years of follow-up of a cohort of 2,497 kindergarten and first-grade children who were asthma- and wheezing-free at study entry into the Southern California Children's Health Study. The researchers assessed traffic-related pollution exposure based on a line source dispersion model of traffic volume, distance from home and school, and local meteorology.   They found that asthma risk increased with modeled traffic-related pollution exposure from roadways near homes [HR 1.51; 95% confidence interval (CI), 1.25–1.82] and near schools (HR 1.45; 95% CI, 1.06–1.98).   Thus, these findings more definitively indicate that the risk of new asthma was increased by approximately 50% among children exposed to roadway pollution, vs. children who went to school and/or lived further away from the roadways. It is now clear that living and/or going to school near a major roadway is a significant risk to healthy children, not only for worsening their asthma if they have it, but also of developing asthma disease among those who previously did not have that disease.

• *Reduced lung function*

Research by Svendsen et al. (2012) has found both long-term and short-term reductions in lung function (i.e., ability to inhale and exhale air) as a result of traffic-related air pollution exposure.  For example, investigators examined 5,654 children enrolled in the El Paso, Texas, public school district by questionnaire in 2001.  School-level and residence-level exposures to traffic-related air pollutants were estimated using a land use regression model. For 1,529 children with spirometry, residential levels of traffic-related ambient air pollution were associated with a 2.4% decrement in forced vital capacity (95% confidence interval (CI): -4.0, -0.7) after adjustment for demographic, anthropomorphic, and socioeconomic factors and spirometer/technician effects.

In my own work in the South Bronx, NY, I have found reduced lung function among elementary school children occurs on days of elevated traffic-related pollution concentrations (Spira-Cohen et al, 2011).  As shown in the plots below, the impact of diesel traffic related elemental carbon particles (a marker for diesel pollution in urban areas) was larger and more significant than fine particles in general ($PM_{2.5}$).



Figure 2.  Lung Function in Children Decreases with Increasing Exposure to Traffic Related EC.

• *Reduced Lung Development and Growth*

Traffic-related air pollution has also been indicated to inhibit the growth of young lungs among children over the long-term of exposure.  Schultz et al (2012) followed more than 1,900 children in the Swedish birth cohort BAMSE with repeated questionnaires, dynamic spirometry, and IgE measurements until 8 years of age. Outdoor concentrations of particulate matter with an aerodynamic diameter less than 10 μm ($PM_{10}$) from road traffic were estimated for residential, day care, and school addresses from birth and onward using dispersion modeling. The relationship between time-weighted average exposure during different time windows and FEV at 8 years was analyzed by linear regression, adjusting for potential confounding factors, including short-term

exposure to air pollution.  The authors found that a 5th to 95th percentile difference in traffic-related average $PM_{10}$ exposure during the first year of life was associated with a reduced FEV1 of 259.3 ml (95% confidence interval, 2113 to 25.6) at 8 years of age. Clearly, exposure to traffic-related air pollution reduces the ability for children to properly grow and develop their full lung capacity. Reduced lung capacity is likely to have lifelong consequences, reducing quality of life.

In addition, a total of 2,278 children from the Swedish birth cohort BAMSE (Children, Allergy, Milieu, Stockholm, Epidemiological Survey) performed spirometry at age 16 years. Levels of outdoor air pollution from local road traffic were estimated (nitrogen oxides [NOx] and particulate matter with an aerodynamic diameter of <10 μm [PM10]) for residential, daycare, and school addresses during the lifetime using dispersion modeling (Schultz et al., 2016). Exposure to traffic-related air pollution during the first year of life was associated with FEV1 at age 16 years of -15.8 ml (95% confidence interval [CI], -33.6 to 2.0 for a 10 μg/m$^3$ difference in NOx), predominately in males     (-30.4 ml; 95% CI, -59.1 to -1.7), and in subjects not exposed to maternal smoking during pregnancy or infancy. Later exposures appeared to have had an additional negative effect.  The results for PM10 were concluded by the authors to be similar to those for NOx.

• *Cardiac effects*

Exposure to air pollution from road traffic has also been linked to a number of other adverse health outcomes including heart attack, coronary artery disease and increased risk of death from cardiac conditions in adults.  Indeed, the 2010 American Heart Association scientific statement on ambient particles noted that near-roadway air pollution (NRAP) "as a whole appears to be a specific source associated with cardiovascular risk" (Brook et al. 2010). For example, Peters et al. (2000) compared patient implanted defibrillator discharge interventions among 100 patients with such devices in eastern Massachusetts, according to variations in concentrations of particulate matter, black carbon, and gaseous air pollutants that were measured daily for the years 1995 through 1997. Patients with ten or more interventions experienced increased arrhythmias in association with nitrogen dioxide, carbon monoxide, black carbon, and fine particle mass.  A stronger association was found for $NO_2$ and black carbon (a component of $PM_{2.5}$ emitted primarily in diesel exhaust in urban areas) than for total $PM_{2.5}$.  Consistent positive associations were observed with black carbon, CO, and $NO_2$ (pollutants emitted from the tailpipes of traffic vehicles), with the strongest associations observed for $NO_2$.  A 26-ppb increase in nitrogen dioxide was associated with nearly a doubling of defibrillator interventions (odds ratio = 1.8; 95% confidence interval = 1.1–2.9). These results

indicate that exposure to elevated levels of these traffic-related air pollutants are associated with life-threatening arrhythmias.

In January 2010, the HEI Publication 17 Report (HEI, 2010) concluded that the evidence supporting the effects of traffic-related air pollution on cardiac morbidity and mortality were suggestive, but that was also concluded before newer, more definitive evidence was published.  In my own work (Lall et al, 2010) in New York City, daily $PM_{2.5}$ speciation measurements collected in Mid-town Manhattan were analyzed via Positive Matrix Factorization source apportionment to determine the original source of different components of air pollution. Daily and distributed-lag Generalized Linear Models of Medicare respiratory and cardiovascular hospital admissions during 2001-2002 considered $PM_{2.5}$ mass and $PM_{2.5}$ from five sources: transported sulfate (sulfur particles predominantly formed in the atmosphere from sulfur oxide emissions), residual oil (emitted primarily from residential and commercial space heating), traffic, steel/construction and soil. Traffic-related particulate matter was the source most significantly associated with an increase in the risk of cardiovascular hospital admissions.

Other more recent evidence also supports a causal link between near-roadway air pollution (NRAP) and coronary heart disease (CHD) mortality and morbidity (e.g., Gan et al. 2010; Gan et al. 2011; Ostro et al., 2015). Gan et al. (2011) conducted a population-based cohort study that included a 5-year exposure period and a 4-year follow-up period. All residents 45-85 years of age who resided in Metropolitan Vancouver during the exposure period and without known CHD at baseline were included in this study (n=452,735). Individual exposures to traffic-related air pollutants including black carbon, fine particles [aerodynamic diameter $\leq 2.5$ μm ($PM_{2.5}$)], nitrogen dioxide (NO(2)), and nitric oxide were estimated at residences of the subjects.  An interquartile range elevation in the average concentration of traffic-related black carbon ($0.94 \times 10(-5)$/m filter absorbance, equivalent to approximately 0.8 μg/m$^3$ elemental carbon) was associated with a 3% increase in CHD hospitalization (95% confidence interval, 1-5%) and a 6% increase in CHD mortality (3-9%), after adjusting for age, sex, preexisting comorbidity, neighborhood socioeconomic status, and copollutants ($PM_{2.5}$ and $NO_2$). There were clear linear exposure-response relationships between black carbon and coronary events in this study.

Ostro et al. (2015) analyzed a statewide cohort of > 100,000 women from the California Teachers Study who were followed from 2001 through 2007 with respect to their air pollution exposures and their health impacts. They used a Cox proportional hazards model to estimate the association between the pollutants and all-cause, cardiovascular, ischemic heart disease (IHD), and

respiratory mortality.  They observed statistically significant (p < 0.05) associations of IHD with $PM_{2.5}$ mass, nitrate, elemental carbon (EC), copper (Cu), and secondary organics and the sources gas- and diesel-fueled vehicles, meat cooking, and high-sulfur fuel combustion. The authors also observed significant positive associations between IHD and several ultrafine components including EC, Cu, metals, and mobile sources.

Furthermore, based on the Gans and colleagues studies, Ghosh et al. (2016) have estimated the CHD burden from NRAP, finding it to be a significant contributor to this health burden.  They estimated the population attributable fraction and number of CHD events attributable to residential traffic density, proximity to a major road, elemental carbon (EC), and $PM_{2.5}$, as compared with the expected disease. In 2008, for example, an estimated 1,300 CHD deaths (6.8% of the total) were attributed to traffic density, 430 deaths (2.4%) to residential proximity to a major road, and 690 (3.7%) to EC. These results confirm the large adverse cardiovascular health impacts that exposures to near-roadway air pollution can have on a population living near major roadways.

In addition to the population health evidence, investigations have also found biological markers of cardiac effects by traffic-related air pollution.  Hoffmann et al. (2007) conducted a cross-sectional analysis of data collected at baseline for 4,494 residents of Germany followed from 2000 to 2003. The age of participants ranged from 45-74 yrs. of age. The authors estimated 1-yr avg. exposure to $PM_{2.5}$ in 2002 (the midpoint of the baseline exam).  They found a 43% (95% CI: -15 to 115) increase in coronary-artery calcification (CAC) per 10 µg/m$^3$ increase in $PM_{2.5}$. The strength of association was similar across demographic and clinical characteristics subgroups. The authors reported a more consistent association of CAC with traffic exposure (i.e., distance from a major roadway) than with $PM_{2.5}$ mass in general, indicating a stronger role by traffic particles. In a subsequent analysis of these data, Hoffmann et al. (2009) examined the association between Ankle-Brachial Index (ABI, an index of Peripheral Arterial Disease, PAD) and $PM_{2.5}$ in this population.  In both studies, residing near a major roadway was the strongest predictor of atherosclerotic disease (build-up of arterial plaque) progression.

• *Premature mortality*

Premature mortality, especially for cardiac causes, has been widely found to be associated with traffic-related air pollution.  In my own research in New York City concluded after the HEI 2010 traffic report, we analyzed daily deaths and emergency hospitalizations for cardio-vascular diseases ("CVD") among persons ≥ 40 years of age for associations with $PM_{2.5}$, its chemical components,

nitrogen dioxide ($NO_2$), carbon monoxide (CO), and sulfur dioxide for the years 2000-2006 using a Poisson time-series model adjusting for temporal and seasonal trends, temperature effects, and day of the week (Ito et al, 2011). We estimated excess risks per interquartile-range increases at lags 0 through 3 days for warm (April through September) and cold (October through March) seasons.  We found that increased CVD mortality and increased CVD hospitalizations were both associated with increased exposure to traffic–related elemental carbon and $NO_2$ throughout the year in New York City, NY.

Similarly, Beckerman et al. (2012) assessed the association between the occurrence of Ischemic Heart Disease (IHD) and air pollutants in Toronto, Ontario, Canada. Confounding was controlled with individual and neighborhood-level covariates. After adjusting for multiple covariates, nitrogen dioxide($NO_2$) (a pollutant derived from traffic) was significantly associated with increased IHD risk, relative risk (RR) = 1.33 (95% confidence interval [CI]: 1.2, 1.47). Subjects living near major roads and highways had a trend toward an elevated risk of IHD, RR = 1.08 (95% CI: 0.99, 1.18).

In Phoenix, research by Mar et al (2000) evaluated the association between mortality outcomes in elderly individuals and particulate matter (PM) of varying aerodynamic diameters (in micrometers) [$PM_{10}$, $PM_{2.5}$, and PMCF ($PM_{10}$ minus $PM_{2.5}$)], and selected particulate and gaseous phase pollutants in Phoenix, Arizona, using 3 years of daily data (1995–1997). Although source apportionment and epidemiologic methods have been previously combined to investigate the effects of air pollution on mortality, this was the first study to use detailed PM composition data in a time–series analysis of mortality. These authors found that total and cardiovascular disease mortality was significantly associated with air pollutants emitted from motor vehicles. Total mortality was significantly associated with CO and $NO_2$ ($p < 0.05$). Increased cardiovascular mortality was significantly associated with CO, $NO_2$, $SO_2$, $PM_{2.5}$, $PM_{10}$, PMCF ($p < 0.05$), and EC soot (emitted primarily in diesel exhaust in urban environments).

Thus, the evidence indicating that the risk of cardiac illness and mortality from exposure to traffic-related air pollution has widely expanded since the HEI Publication 17 report in 2010, and I conclude that adults are at increased risk of cardiac illness and/or mortality from increased exposure to the complex mix of pollutants emitted from traffic and heavy duty diesel construction equipment.

*Lung Cancer Risk*

There are a host of other adverse health effects that could result from human exposures from

living proximal to the air pollution emitted from highways.  These other potential adverse effects of air pollution exposure from traffic-related air pollution exposure may include increased risk of lung cancer, especially from increased exposure to diesel particulate matter, and adverse birth outcomes (e.g., low birth weight, small for gestational age, and perinatal mortality).  In my own research in the largest cohort studied to date, we have found an increased risk of lung cancer to be associated with increased exposure to $PM_{2.5}$ air pollution (Pope et al, 2002).  As a result of this research, as well as other studies, the evidence for the association of particulate matter and lung cancer has strengthened. The International Agency for Research on Cancer (IARC) has recently declared particulate matter air pollution carcinogenic to humans. Furthermore, recent evidence has implicated traffic particulate matter in this association. Hart and colleagues (2015) studied the long-term ambient residential traffic-related exposures and their relationship to risk of incident lung cancer in the Netherlands Cohort Study on Diet and Cancer.  They observed elevated risks of incident lung cancer with exposure to measures of traffic exposure.  Thus, recent research indicates that exposure to traffic-related particulate matter early in life may lead to increased risk of lung cancer later in life.

*Adverse Health Effects of Air Pollution Exposure During Ambient Standard Compliance.*

Regarding the ambient exposure levels at which the above described adverse health effects may be seen, it is important to note that there is no known safe level of exposure of particulate matter such as those from traffic emissions in question here. The various serious adverse effects of long-term exposure to particulate matter extends well below the prevailing US air quality standards as set by the US EPA, or on days above the level of those standards, but not classified as violations (e.g. during those days exceeding the standard limits, but not exceeding the number of allowable exceedance days). As shown in the Figure 3 below, my research has shown that increases in long-term exposure to $PM_{2.5}$ particulate matter air pollution are associated with increases in the risk of cardiovascular death among those exposed, even well below the present 12 $\mu g/m^3$ annual $PM_{2.5}$ air quality standard.  In addition, a recent nationwide analysis of the U.S. Medicare population confirmed that increases in significant health effects, including mortality, are associated with exposures below the present national ambient air quality standards (Di et al, 2017)

It should be noted that the U.S. EPA stated that meeting an air quality standard does not prevent significant adverse health effects from occurring in the exposed population. Indeed, in its 2013 rulemaking, adopting the revised annual particulate matter National Ambient Air Quality Standard (NAAQS) for $PM_{2.5}$, EPA explained that "evidence- and risk-based approaches using information

from epidemiological studies to inform decisions on $PM_{2.5}$ standards are complicated by the recognition that *no population threshold, below which it can be concluded with confidence that $PM_{2.5}$-related effects do not occur, can be discerned from the available evidence.*" [78 Fed. Reg. pg. 3098 (January 15, 2013)] (emphasis added).  The same conclusion also applies to $PM_{10}$, as no threshold has been found to exist below which there are no $PM_{10}$ adverse health effects.



Figure 3. Mortality Risk from Cardiovascular Disease Increases with Rising $PM_{2.5}$ Exposure, Even Well Below the Present US Ambient Air Quality Standard annual limit for $PM_{2.5}$ (12 $\mu g/m^3$). Thurston et al, 2015.

Furthermore, in its calculations of the benefits of reducing exposures to $PM_{2.5}$ as justification for making the NAAQS more protective, EPA implicitly acknowledged that significant adverse health risks occur at exposures allowed by the NAAQS.  For example, in a recent EPA Regulatory Impact Analysis for reducing the annual $PM_{2.5}$ standard from 15 $\mu g/m^3$ to 12 $\mu g/m^3$ (U.S. EPA, 2012), EPA included a figure summarizing the best, most current science regarding $PM_{2.5}$ health effects. These data clearly illustrate that air pollution deaths occur below the existing $PM_{2.5}$ NAAQS (35 $\mu g/m^3$ for the daily standard, and 12 $\mu g/m^3$ for the annual standard).  This figure, shown below, provides EPA's best estimate of the deaths that would be avoided by implementing the proposed more stringent standard, with roughly half of the avoided deaths occurring in places where air pollution would be reduced to levels below (i.e., with air quality better than) the proposed air quality standard. While this particular EPA analysis is for the annual average concentrations, the same

principle of effects occurring below the standard applies to the 24-hour $PM_{2.5}$ standard as well, and, in my opinion, to other particulate matter measures, such as PM10.

Thus, just as cleaning the air below the standards would avoid more of those deaths, any increase in pollution will increase the risk of adverse effects at all levels of prevailing air pollution, even when the NAAQS standards are not violated.



Figure 4.  U.S. EPA Regulatory Impact Assessment of the Number of Premature $PM_{2.5}$-Related Deaths Avoided for 12/35 vs. 13/35 Ambient $PM_{2.5}$ Air Quality Standards. (LML = Lowest Measured Level of $PM_{2.5}$ in the study population) (U.S. EPA 2012, Fig. 5-7)

This U.S. EPA 2009 analysis of mortality associated with exposure to $PM_{2.5}$ is now outdated because it does not account for the more recent data discussed above establishing even stronger evidence of associations between exposure to $PM_{2.5}$ and pre-mature mortality at even lower exposure levels. However, it remains instructive for understanding the effects of $PM_{2.5}$ exposures now being reported in the Denver metropolitan area. Regional monitors in the metro area not next to major highways have reported annual (mean) concentrations of about 7 to 8 $\mu g/m^3$, while the monitor located near I-70 highways (Globeville) reported mean concentrations in excess of 9 $\mu g/m^3$. EPA's analysis of the mortality risk associated with these exposures demonstrates that residents living or

children spending their days in school near an interstate experience greater risk of mortality from cardiovascular disease, compared to residents living in other neighborhoods of Denver where they are not exposed to elevated levels of traffic pollution. The increased mortality risk that EPA reports between increasing exposure ranging from 8 to 10 μg/m$^3$ are consistent with traffic pollution contributions to mortality from cardiovascular disease being higher in city council districts where the interstates are located, as compared to other neighborhoods in Denver (DEH, 2014).[1]

It is important to recognize that the mortality risk reported by EPA in the RIA for PM$_{2.5}$ is based on health effects research data that assiduously attempts to exclude, rather than account for, the contribution of other (non-particulate matter) traffic-related pollutants to increased mortality. Thus, the increased risk associated with elevated exposure to PM$_{2.5}$ along I-70 may only explain a portion of the total increased risk that results from exposure to all of the pollutants emitted from a heavily traveled interstate highway.

EPA does not provide a similar risk graphic demonstrating the effect of exposure to PM$_{2.5}$ below the level of the NAAQS for other health outcomes, such as childhood asthma, but in my opinion the increased exposure to highway pollution demonstrated by the PM concentrations reported from monitoring stations near the interstates in Denver can similarly increase risk to hospitalization of children for asthma in the council districts where the interstates are located compared to other neighborhoods in Denver. As discussed above, the evidence demonstrates that exposure to highway pollutants contributes to the increased risk of both the incidence of asthma onset during childhood, and the frequency of asthma episodes requiring urgent or emergency care. Increased risk of hospitalization from air pollution would therefore be expected among children born into and raised in the more polluted near-highway environment whether the NAAQS is attained or not.

---

Finally, it is important to note that the World Health Organization has also determined that there are adverse health effects that occur below the levels established in the current national ambient air standards and guidelines.  As stated in the WHO fact sheet on Ambient (outdoor) Air Quality and Health[2], "The lower the levels of air pollution, the better the cardiovascular and respiratory health of the population will be, both long- and short-term."... "There is a close, quantitative relationship between exposure to high concentrations of small particulates ($PM_{10}$ and $PM_{2.5}$) and increased mortality or morbidity, both daily and over time. Conversely, when concentrations of small and fine particulates are reduced, related mortality will also go down – presuming other factors remain the same."...."Small particulate pollution have health impacts even at very low concentrations – indeed no threshold has been identified below which no damage to health is observed."

*Adverse Health Effects of Road Dust Exposure.*

The air quality analysis for the I-70 Project acknowledges that 87% of future particle pollution emitted from traffic will be road dust, and that road dust emissions will increase as a result of increased traffic on the widened highway by 43% from 3.5 tons/day during the baseline year (2010) to 5 tons/day during the analysis year (2040).  *See* Final EIS, Attachment J, "Air Quality Technical Report," ¶ 7.4.9, p. 109. The Air Quality Technical Report, ¶ 7.4.10, acknowledges that "fugitive emissions and equipment-related exhaust particulate emissions during construction" will also increase as a result of construction activities before the new lanes are open to traffic, but does not quantify the increase.

Increased human exposure to this particle pollution (which can include particles from road surface erosion, tire and brake wear, and soil particles tracked, splashed or blown onto the highway) increases the risk of suffering the adverse health outcomes associated with exposure to the various sizes of PM, including fine particles ($PM_{2.5}$), thoracic particles ($PM_{10}$), and coarse particles ($PM_{10} - PM_{2.5}$). I previously discussed the evidence showing that exposures below the levels of the NAAQS for $PM_{2.5}$ and $PM_{10}$ continue to allow adverse health effects. Because most fugitive dust from road surfaces fall into the coarse particle range between $PM_{2.5}$ and $PM_{10}$, it is important to consider whether that particle range itself causes or contributes to significant adverse health out comes to

---

[2]   http://www.who.int/mediacentre/factsheets/fs313/en/

avoid the possible confounding of results for $PM_{10}$ that might be attributed to the fraction of $PM_{10}$ concentrations that are fine particles, i.e., smaller than 2.5 μm in size.

While EPA in 2009 confirmed the health impacts of fine particulate matter ($PM_{2.5}$) and inhalable particulate matter ($PM_{10}$), and those findings have been widely confirmed since 2009, the effects of exposure to coarse portion of $PM_{10}$ (i.e., $PM_{10-2.5}$), which can make up the largest component of the particulate mass generated by traffic (e.g., primarily as road dust), was not specifically addressed by EPA.

The body of studies evaluating the toxicity of the coarse particle size range is more limited, but is sufficient to draw conclusions. Available studies show that coarse PM can produce effects even larger than found with smaller particulate matter (Becker et al. 2005; Hetland et al. 2005; Gilmour et al. 2007). Lippmann et al also concluded that "Coarse PM, fine PM, and ultrafine PM are each capable of producing acute health effects of public health concern." For example, Lippmann and colleagues reported that "Our results using PM collected at five sites in three particle-size ranges in cells in vitro and in mice treated in vivo by aspiration clearly showed that each size range was capable of producing acute effects. Importantly, the effects were often greater for coarse and ultrafine PM than for fine PM……Coarse PM elicited the greatest PMN (Polymorphonuclear Leukocyte) response in vivo, regardless of site."

The epidemiological evidence supports these findings. Adar et al (2014) conducted a systematic review and meta-analysis of past associations for short- and long-term $PM_{10-2.5}$ concentrations with mortality and hospital admissions. Using 23 mortality and 10 hospital admissions studies, they documented suggestive evidence of increased morbidity and mortality in relation to higher short-term $PM_{10-2.5}$ concentrations, with stronger relationships for respiratory than cardiovascular endpoints. In Adar et al (2014), the strongest $PM_{10-2.5}$ associations with cardiovascular mortality associations were found for concentrations greater than 10 μg/m$^3$. [By comparison, the difference between the annual average coarse mass ($PM_{10-2.5}$) concentrations during 2015 and 2016 in Globeville was approximately 15 μg/m$^3$. (See EPA data summaries in Appendix A] More recently, D'Souza and colleagues used baseline cardiac magnetic resonance images from 1,490 participants (45-84 y old) from the Multi-Ethnic Study of Atherosclerosis (MESA), and assigned 5-y residential concentrations of $PM_{10-2.5}$ mass, copper, zinc, phosphorus, silicon, and endotoxin. They quantified associations with cardiac right ventricular (RV) mass, end-diastolic volume, and ejection fraction, after control for risk factors and co-pollutants. They found positive associations of RV mass and, to a lesser extent, end diastolic volume with $PM_{10-2.5}$ mass among

susceptible populations including smokers and persons with emphysema. The authors concluded that alterations to RV structure may represent a mechanism by which long-term $PM_{10-2.5}$ exposure increases risks for adverse respiratory and cardiovascular outcomes.

These data are consistent with the conclusion that increased exposure to $PM_{10-2.5}$ coarse particles, such as are emitted during construction activities, also increases the risk of suffering adverse health effects for both cardiovascular and respiratory health outcomes.

**Conclusions**

Based upon my review of the existing published scientific and medical literature, including my own relevant research, I conclude that the increased air pollution exposure to residents living or going to school near to traffic (such as along I-70 in Denver) and its related exposures to particulate matter air pollution, including $PM_{10}$, will be at significantly increased risk of both short- and long-term adverse health effects. In particular:

1) children with asthma are at much greater risk of experiencing asthma exacerbations (e.g., asthma attacks, wheezing, cough, etc.) if they have asthma, and healthy children will be at significantly higher risk of getting new-onset asthma. All children living near the traffic are at greater risk of have their lung growth and development inhibited from what it would have been without such exposure, and at greater risk of developing asthma.

2) in adults, the primary health threat from increased exposure to highway air pollution will be increased risks of chronic cardiovascular illness (e.g., PAD), acute myocardial infarctions (MIs), lung cancer, and premature mortality.

3) adverse health effects can be expected not only from fine particulate matter ($PM_{2.5}$), but also from $PM_{10}$, and the coarse portion of $PM_{10}$ (i.e., $PM_{10-2.5}$), as well as from the mixture of gaseous and vapor co-pollutants from traffic-related sources.

4) adverse health risks caused by exposure to PM and the mixture of gaseous and vapor co-pollutants from traffic-related sources will increase if exposures to these pollutants are increased, and will decrease if exposures are reduced even if the changes in expected air pollution concentration exposures occur at levels that do not violate the ambient air quality standards. For example, increasing exposures to $PM_{10}$ and $PM_{2.5}$ at levels below the NAAQS will increase both the incidence of asthma attacks and asthma on-set in the community, increase personal risk for those already diagnosed with asthma, and increase risk of suffering acute effects and mortality from cardio-vascular disease. Conversely, if traffic and emissions from traffic are reduced, community exposures

to these pollutants will be reduced and the incidence of asthma attacks, asthma on-set and acute effects and mortality from cardio-vascular disease will be reduced.

5) exposure to single 24-hour concentrations of $PM_{10}$ above the level of the NAAQS (150 µg/m$^3$) present a significant increased risk of triggering an acute health effect for persons in sensitive groups, including children, older adults, and persons with existing respiratory or cardiovascular diseases.

REFERENCES

Adar SD, Filigrana PA, Clements N, Peel JL. (2014) Ambient Coarse Particulate Matter and Human Health: A Systematic Review and Meta-Analysis.Curr Environ Health Rep. 2014 Aug 8;1:258-274. Becker SL, Dailey LA, Soukup JM, Grambow SC, Devlin RB, Huang YC. 2005. Seasonal variations in air pollution particle-induced inflammatory mediator release and oxidative stress. Environ Health Perspect 113:1032–1038.

Beckerman BS, Jerrett M, Finkelstein M, Kanaroglou P, Brook JR, Arain MA, Sears MR, Stieb D, Balmes J, Chapman K. (2012). The association between chronic exposure to traffic-related air pollution and ischemic heart disease. J Toxicol Environ Health A. 2012;75(7):402-11.

Brauer M, Hoek G, van Vliet P, Meliefste K, Fischer PH, Wijga A, Koopman LP, Neijens HJ, Gerritsen J, Kerkhof M, Heinrich J, Bellander T, Brunekreef B. (2002). Air pollution from traffic and the development of respiratory infections and asthmatic and allergic symptoms in children. Am J Respir Crit Care Med 166:1092–1098.

Brauer M, Hoek G, Smit HA, de Jongste JC, Gerritsen J, Postma DS, Kerkhof M, Brunekreef B. (2007). Air pollution and development of asthma, allergy and infections in a birth cohort. Eur Respir J 29:879–888.

Denver Environmental Health (DEH) (2014). *"How Neighborhood Planning Affects Health in Globeville and Elyria Swansea,"* (September 2014).

Di Q, Wang Y, Zanobetti A, Wang Y, Koutrakis P, Choirat C, Dominici F, Schwartz JD. Air Pollution and Mortality in the Medicare Population. N Engl J Med. 2017 Jun 29;376(26):2513-2522.

D'Souza JC, Kawut SM, Elkayam LR, Sheppard L, Thorne PS, Jacobs DR Jr, Bluemke DA, Lima JAC, Kaufman JD, Larson TV, Adar SD. (2017) Ambient Coarse Particulate Matter and the Right Ventricle: The Multi-Ethnic Study of Atherosclerosis. Environ Health Perspect. 2017 Jul 27;125(7):077019.

Esposito S, Galeone C, Lelii M, Longhi B, Ascolese B, Senatore L, Prada E, Montinaro V, Malerba S, Patria MF, Principi N.. Impact of air pollution on respiratory diseases in children with recurrent wheezing or asthma. BMC Pulm Med. 2014 Aug 7;14:130. doi: 10.1186/1471-2466-14-130.

Gan WQ, Tamburic L, Davies HW, Demers PA, Koehoorn M, Brauer M. 2010. Changes in residential proximity to road traffic and the risk of death from coronary heart disease. Epidemiology 21:642-649.

Gan WQ, Koehoorn M, Davies HW, Demers PA, Tamburic L, Brauer M. 2011. Long-term exposure to traffic related air pollution and the risk of coronary heart disease hospitalization and mortality. Environ Health Perspect 119:501-507.

Gehring U, Cyrys J, Sedlmeir G, Brunekreef B, Bellander T, Fischer P, Bauer CP, Reinhardt D, Wichmann HE, Heinrich J. 2002. Traffic-related air pollution and respiratory health during the first 2 yrs of life. Eur Respir J 19:690–698.

Ghosh R, Lurmann F, Perez L, Penfold B, Brandt S, Wilson J, Milet M, Künzli N, McConnell R. 2016. Near-Roadway Air Pollution and Coronary Heart Disease: Burden of Disease and Potential Impact of a Greenhouse Gas Reduction Strategy in Southern California. Environ Health Perspect. 2016 Feb;124(2):193-200.

Gilmour M, McGee J, Duvall RM, Dailey L, Daniels M, Boykin E, Cho SH, Doerfler D, Gordon T, Devlin RB. 2007. Comparative toxicity of size-fractionated airborne particulate matter obtained from different cities in the United States. Inhal Toxicol 19:7–16.

Grineski SE, Staniswalis JG, Peng Y, Atkinson-Palombo C.  Children's asthma hospitalizations and relative risk due to nitrogen dioxide (NO2): effect modification by race, ethnicity, and insurance status. Environ Res. 2010 Feb;110(2):178-88. doi: 10.1016/j.envres.2009.10.012. Epub 2009 Nov 26.

Hart JE, Spiegelman D, Beelen R, Hoek G, Brunekreef B, Schouten LJ, van den Brandt P. Long-Term Ambient Residential Traffic-Related Exposures and Measurement Error-Adjusted Risk of Incident Lung Cancer in the Netherlands Cohort Study on Diet and Cancer. Environ Health Perspect. 2015 Sep;123(9):860-6. doi: 10.1289/ehp.1408762. Epub 2015 Mar 27.

Health Effects Institute (HEI) (2010). Traffic-Related Air Pollution: A Critical Review of the Literature on Emissions, Exposure, and Health Effects. Special Report 17. January, 2010. Boston, MA

Hetland RB, Cassee FR, Lag M, Refsnes M, Dybing E, Schwarze PE. 2005. Cytokine release from alveolar macrophages exposed to ambient particulate matter: Heterogeneity in relation to size, city and season. Part Fibre Toxicol 2:4.

Hoffmann B; Moebus S; Kroger K; Stang A; Mohlenkamp S; Dragano N; Schermund A; Memmesheimer M; Erbel R; Jockel K-H (2009). Residential exposure to urban pollution, ankle-brachial index, and peripheral arterial disease. Epidemiology, 20: 280-288.

Hoffmann B, Moebus S, Möhlenkamp S, Stang A, Lehmann N, Dragano N, Schmermund A, Memmesheimer M, Mann K, Erbel R, Jöckel K-H. 2007. Residential exposure to traffic is associated with coronary atherosclerosis. Circulation 116:489–496.

Hoffmann B; Moebus S; Kroger K; Stang A; Mohlenkamp S; Dragano N; Schermund A; Memmesheimer M; Erbel R; Jockel K-H (2009). Residential exposure to urban pollution, ankle-brachial index, and peripheral arterial disease. Epidemiology, 20: 280-288.

Ito K, Mathes R, Ross Z, Nádas A, Thurston G, Matte T. (2011). Fine particulate matter constituents associated with cardiovascular hospitalizations and mortality in New York City.  Environ Health Perspect. 2011 Apr;119(4):467-73. doi: 10.1289.ehp.1002667.

Lipfert FW, Wyzga RE, Baty JD, Miller JP. (2009). Air pollution and survival within the Washington University-EPRI Veterans cohort: risks based on modeled estimates of ambient levels of hazardous and criteria air pollutants. J Air Waste Manag Assoc. 2009 Apr;59(4):473-89.

Lippmann M, Chen LC, Gordon T, Ito K, Thurston GD. (2013). National Particle Component Toxicity (NPACT) Initiative: integrated epidemiologic and toxicologic studies of the health effects of particulate matter components. Res Rep Health Eff Inst. 2013 Oct;(177):5-13.

Macdonell MM, Haroun LA, Teuschler LK, Rice GE, Hertzberg RC, Butler JP, Chang YS, Clark SL, Johns AP, Perry CS, Garcia SS, Jacobi JH, Scofield MA.(2013). Cumulative risk assessment toolbox: methods and approaches for the practitioner. J Toxicol. 2013;2013:310904.

Mar TF, Norris GA, Koenig JQ, Larson TV. Associations between air pollution and mortality in Phoenix, 1995-1997. Environ Health Perspect. 2000 Apr;108(4):347-53.

McConnell R, Islam T, Shankardass K, Jerrett M, Lurmann F, Gilliland F, Gauderman J, Avol E, Künzli N, Yao L, Peters J, Berhane K. (2010). Childhood incident asthma and traffic-related air pollution at home and school.  Environ Health Perspect. 2010 Jul;118(7):1021-6.

Morgenstern V, Zutavern A, Cyrys J, Brockow I, Gehring U, Koletzko S, Bauer CP, Reinhardt D, Wichmann HE, Heinrich J. 2007. Respiratory health and individual estimated exposure to traffic-related air pollutants in a cohort of young children. Occup Environ Med 64:8–16.

Morgenstern V, Zutavern A, Cyrys J, Brockow I, Koletzko S, Krämer U, Behrendt H, Herbarth O, von Berg A, Bauer CP, Wichmann HE, Heinrich J; GINI Study Group; LISA Study Group. Atopic diseases, allergic sensitization, and exposure to traffic-related air pollution in children. Am J Respir Crit Care Med. 2008 Jun 15;177(12):1331-7. doi: 10.1164/rccm.200701-036OC. Epub 2008 Mar 12. PMID: 18337595

Ostro B, Hu J, Goldberg D, Reynolds P, Hertz A, Bernstein L, Kleeman MJ.. (2015). Associations of mortality with long-term exposures to fine and ultrafine particles, species and sources: results from the California Teachers Study Cohort. Environ Health Perspect. 2015 Jun;123(6):549-56.

Peters, A.; Liu, E.; Verrier, R. L.; Schwartz, J.; Gold, D. R.; Mittleman, M.; Baliff, J.; Oh, J. A.; Allen, G.; Monahan, K.; Dockery, D. W. (2000) Air pollution and incidence of cardiac arrhythmia. Epidemiology 11: 11-17.

Schultz ES, Gruzieva O, Bellander T, Bottai M, Hallberg J, Kull I, Svartengren M, Melén E, Pershagen G. (2012). Traffic-related air pollution and lung function in children at 8 years of age: a birth cohort study. Am J Respir Crit Care Med. 2012 Dec 15;186(12):1286-91. doi: 10.1164/rccm.201206-1045OC. Epub 2012 Oct 26.

Schultz ES, Hallberg J, Bellander T, Bergström A, Bottai M, Chiesa F, Gustafsson PM, Gruzieva O, Thunqvist P, Pershagen G, Melén E.. Early-Life Exposure to Traffic-related Air Pollution and Lung Function in Adolescence. Am J Respir Crit Care Med. 2016 Jan 15;193(2):171-7.

Svendsen ER, Gonzales M, Mukerjee S, Smith L, Ross M, Walsh D, Rhoney S, Andrews G, Ozkaynak H, Neas LM. GIS-modeled indicators of traffic-related air pollutants and adverse pulmonary health among children in El Paso, Texas. Am J Epidemiol. 2012 Oct 1;176 Suppl 7:S131-41. doi: 10.1093/aje/kws274.

Samoli E, Atkinson RW, Analitis A, Fuller GW, Beddows D, Green DC, Mudway IS, Harrison RM,

Anderson HR, Kelly FJ.**Differential health effects of short-term exposure to source-specific particles in London, U.K.** Environ Int. 2016
http://www.sciencedirect.com/science/article/pii/S0160412016304512

Spira-Cohen A, Chen LC, Kendall M, Lall R, Thurston GD. Personal Exposures to Traffic-Related Air Pollution and Acute Respiratory Health Among Bronx School Children with Asthma. Environ Health Perspect. 2011 Apr;119(4):559-65 (Epub. Dec. 2010 ahead of print)

National Ambient Air Quality Standards for Particulate Matter, 78 Fed. Reg. 3086 (Jan. 15, 2013) (Pg 3098).

Thurston GD, Ahn J, Cromar KR, Shao Y, Reynolds HR, Jerrett M, Lim CC, Shanley R, Park Y, Hayes RB. Ambient Particulate Matter Air Pollution Exposure and Mortality in the NIH-AARP Diet and Health Cohort. Environ Health Perspect. 2015 Sep 15. [Epub ahead of print].  PMID: 26370657. http://dx.doi.org/10.1289/ehp.1509676

U.S. EPA. (2006). Control of Hazardous Air Pollutants from Mobile Sources. Federal Register, Vol. 71, No. 60, March 29, 2006

U.S. EPA (2009).  Integrated Science Assessment for Particulate Matter. EPA/600/R-08/139F. National Center for Environmental Assessment-RTP Division. Office of Research and Development. U.S. Environmental Protection Agency.  Research Triangle Park, NC.  December, 2009.

U.S. Environmental Protection Agency (2012). Regulatory Impact Analysis for the Proposed Revisions to the National Ambient Air Quality Standards for Particulate Matter,  OAQPS, EPA-452/R-12-003. RTP, NC

Venn AJ, Lewis SA, Cooper M, Hubbard R, and Fritton J. (2001) Living Near a Main Road and the Risk of Wheezing Illness in Children.  Am J Respir Crit Care Med. 2001 Dec 15;164(12):2177-80.

# Attachment A

**PM2.5 (Local Conditions) and PM 10 (Local Conditions or Total 0-10um STP)**
**Annual Average Concentration Data as Reported to EPA (ug/m$^3$)**

| Site | 2014 | | 2015 | | 2016 | | 2017* | |
|---|---|---|---|---|---|---|---|---|
| | PM2.5 | PM10 | PM2.5 | PM10 | PM2.5 | PM10 | PM2.5 | PM10 |
| Alsup | 9.5[a] | 28.6[a] | 7.9[a] | 24.6[a] | | | | |
| CAMP | 8.5[a] | 31.1[a] | 7.4[a] | 50.2[c] | 7.3[c] | 29.2[a] | 8.3[c] | 29.5[a] |
| Denver Visitor Center | | 23.6[a] | | 24.1[a] | | 25.7[a] | | |
| Globeville | | | 14.2[d] | 28.1[c] | 9.6[c] | 28.4[c] | 9.4[d] | 27.6[c] |
| I-25 | 10.1[c] | | 10.0[c] | 25.6[c] | 8.3[a] | 19.6[c] | 8.9[a] | 16.9[c] |
| La CASA | 8.0[a] | 27.3[d] | 7.4[d] | 23.6[d] | 6.8[a] | 21.6[a] | 7.1[d] | 21.2[a] |
| Tri-County Health | | | | | 10.8[d] | 42.0[c] | 9.9[c] | 34.5[c] |
| Welby | | 29.8[a] | | 27.1[a] | | 34.7[a] | | 37.7[a] |

Source: https://aqsdr1.epa.gov/aqsweb/aqstmp/airdata/download_files.html *
Annual averages for 2017 include data collected through May 26, 2017.

Data downloaded 11-5-17.

PM2.5 Duration, Standard, and Metric
a: 24-hour; PM25 Annual 2006; Quarterly Means of Daily Means
b: 24-hour; PM25 24-hour 2006; Daily Mean
c: 1-hour; Observed Values
d: 24-hour Block; PM25 Annual 2006; Quarterly Means of Daily Means

PM10 Parameter, Duration, Standard, and Metric
a: PM10 Total 0-10um STP; 24 hour; PM10 24-hour 2006; Daily Mean
b: PM10-LC; 24 hour; Observed Values
c: PM10-LC; 1 hour; Observed Values
d: PM10 Total 0-10um STP; 1 hour; Observed Values

# Attachment B

August, 2017

## Curriculum Vitae

### GEORGE D. THURSTON

3 Catherine Court
Chester, NY 10918
Hm: (845) 783-1978
Wk: (845) 731-3564
Fax: (845) 351-5472
Email: george.thurston@nyu.edu
http://www.med.nyu.edu/biosketch/gdt1

**Education**

| Degree | Field | Institution |
|---|---|---|
| Diploma | Academic | Barrington High School, RI |
| Sc.B. (Honors) | Environmental Engineering | Brown University |
| A.B. | Environmental Studies | Brown University |
| S.M. | Environmental Health Sciences | Harvard Univ. Schl. of Public Health |
| Sc.D. | Environmental Health Sciences | Harvard Univ. Schl. of Public Health |

**Postdoctoral Training**

| Specialty | Mentor | Place of Training |
|---|---|---|
| Environ. Epidemiology | Dr. H. Ozkaynak | Harvard Univ., Kennedy Schl. of Gov., Camb., MA |

**Internships and Residencies** N/A

**Clinical and Research Fellowships** N/A

**Licensure and Certification**: Environmental Benefits Mapping and Analysis Program - Community Edition (BenMAP-CE) Training Certification (August 2014).

**Academic Appointments**

| | |
|---|---|
| 1987-1993 | Assistant Professor, Dept. of Environmental Medicine, New York University School of Medicine, New York City, NY. |
| 1993-2006 | Associate Professor (Tenured), Dept. of Environmental Medicine, New York University School of Medicine, New York City, NY. |
| 2007-present | Professor (Tenured), Dept. of Environmental Medicine, New York University School of Medicine, New York City, NY. |
| 2007-present | Affiliated Faculty, Environmental Studies Program, College of Arts and Sciences, New York University, New York City, NY. |
| 2012-present | Affiliated Faculty, Marron Institute on Cities and the Urban Environment, New York University, New York City, NY |
| 2012-present | Faculty Mentoring Champion, Dept. of Environmental Medicine, New York University School of Medicine, New York City, NY. |

**Hospital Appointments:** N/A

**Other Professional Positions and Visiting Appointments:**
Oak Ridge Institute for Science and Education (ORISE) Fellow (2008-2010)

**Major Administrative Responsibilities**

| Year | Title, Place of Responsibility |
|---|---|
| 1995-2004 | Director, Community Outreach and Environmental Education Program, NYU-NIEHS Center of Excellence, Nelson Inst. of Environ. Med., NYU School of Medicine, Tuxedo, NY |
| 2002-2012 | Deputy Director, NYU Particulate Matter Research Center, Nelson Inst. of Environmental Medicine, NYU School of Medicine, Tuxedo, NY |
| 2007-2008 | Director, Environmental Epidemiology Core, NYU-NIEHS Center of Excellence, Department of Environmental Medicine, Tuxedo, NY |
| 2010-2015 | Co-Leader, Metals Research Focus Group, NYU-NIEHS Center of Excellence, Department of Environmental Medicine, Tuxedo, NY. |
| 2012-2016 | Chair, Appointments and Promotions Committee, Department of Environmental Medicine, NYU School of Medicine. |
| 2014-2016 | Co-Chair, Environmental Health Research Affinity Group, NYU Global Institute of Public Health (GIPH), New York University, Washington Square. |
| 2012-present | Director, Program in Exposure Assessment and Human Health Effects, Department of Environmental Medicine, NYU School of Medicine. |

**Teaching Experience**

| Year | Name of course | | Type of Teaching |
|---|---|---|---|
| 1984-1994 | Air Poll. Transport Modeling | (G48.2048) | Course Director |
| 2006-present | Climate, Air Pollution, & Health | (G48.1010) | Course Director |
| 1986-present | Aerosol Science | (G48.2033) | Course Director |
| 1984-2010 | Environmental Contamination | (G48.2305) | Lecturer |
| 1984-present | Environ. Hygiene Measurements | (G48.2035) | Lecturer/Lab |
| 1990-1998 | Environmental Toxicology | (G48.1006) | Lecturer |
| 1993-1995 | Environmental Epidemiology I | (G48.2039) | Lecturer |
| 2001-2003 | NYU Summer Institute, Wagner School | | Lecturer |
| 2006-present | Environmental Epidemiology I | (G48.2039) | Lecturer |
| 2006-present | Science, Health & Envir. Journalism | (G54.1017.0) | Lecturer |
| 2009-2011 | Global Environmental Health | (U10.2153.1) | Course Director |
| 2009-2012 | Global Issues in Environ. Health | (G48.1011) | Course Director |
| 2009-present | Earth Systems Science (undergrad) | (V36.0200) | Lecturer |
| 2011-present | Principles of Environmental Health | (G48.1004) | Course Director |
| 2013-present | Environ. Hygiene Measurements | (G48.2035) | Course Co-Director |

**Awards and Honors**

| November 1999 | Orange Environment Citizens Action Group, OE Award for Excellence in Translating Science to the Public |
|---|---|
| December 2000 | NYU School of Medicine Dean's Research Incentive Award |
| October 2012 | Recipient of the "Haagen Smit Prize" for Best Paper, Atmospheric Environment. http://geo.arc.nasa.gov/sgg/singh/winners12.html |
| March 2013 | Recipient of the "Best Paper of the Year – Science" Award from ES&T http://pubs.acs.org/doi/full/10.1021/es400924t |

**Major Committee Assignments**

New York University Committees

2007-present:  University Sustainability Task Force
2010-2012:     University Faculty Senate Alternate
2012-present:  University Faculty Senator

NYU School of Medicine Departmental Committees

1992-1998:     Sterling Forest Library Committee, Member, NYU SOM Dept of Environ. Medicine
1991-1994      Health & Safety Committee, Member, NYU SOM Dept. of Environ.. Medicine
1992-2004      Community Outreach and Education Comm., Chairman, NYSOM Dept. of Environ. Med.
1999-2004      Dept. Chairman's Internal Advisory Comm., Member, NYUSOM Dept. of Environ. Med.
2005-present   Dept. Academic Steering Committee, Member, NYUSOM Dept. of Environ. Medicine
2007-2012      Dept. Appointments & Promotions Comm., Member, NYUSOM, Dept. of Environ. Medicine
2012-present   Dept. Appointments & Promotions Comm., Chair, NYUSOM, Dept. of Environ. Medicine

Advisory Committees

### Regional

1983-1984      Massachusetts Acid Rain Advisory Board, Member, Mass. Dept. of Env. Protection
1984-1986      Committee on Environ. And Occup. Health. , NY State American Lung Association
1991-1996      Air Management Advisory Comm., Member of Health Effects Subcom., NY State DEC
1995-1999      Engineering Advisory Board, Member, Tuxedo, NY
1997-1998      Advisory Committee to the Mayor on the Port of Newburgh, Member, Newburgh, NY
1996-1999      CUES Asthma Working Group, Member, New York Academy of Medicine
2008-2010      New York City Community Air Study (NYCCAS) Advisory Panel

### National

1995-1999      Comm. on Health Effects of Waste Incineration, Member, National Academy of Sciences
1995-1999      National Air Conservation Commission, Member, American Lung Association
2000-2004      National Action Panel on Environment, Member, American Lung Association
2005-present   National Clean Air Committee, Member, American Lung Association
2007-2010      U.S. EPA Clean Air Science Advisory Committee (CASAC) for SOx and NOx
Mar. 2012      EPA Panelist for "Kickoff Workshop to Inform EPA's Review of the Primary $NO_2$ NAAQS"

### International

1996-1997      Sulfur in Gasoline Health and Environment Panel, Chairperson, Health Canada
Sept. 2007     Illness Cost of Air Pollution Expert Committee, Canadian Medical Association
2008-2012      Global Burden of Disease (GBD), Committee on the Human Health Effects of Outdoor Air Pollution, World Health Organization (WHO)

Grant Review Committees (National)

March 1989     EPA Air Chemistry and Physics Extramural Grants Review Panel (*ad hoc member*)
Oct. 1989      NIEHS P30 Center Special Review Panel (*ad hoc member*)
July 1992      NIH R01 Epidemiology & Disease Control Study Section (*ad hoc member*)
Nov. 1992      NIEHS P20 Center Development Grant Special Section, (*ad hoc member*)
June 1996      EPA Special Review Panel of the Health Effects Institute (HEI) (*ad hoc member*)
March 1997     EPA Office of Res. and Development External Grant Review Panel (*ad hoc member*)
April 1997     NIEHS Community-Based Participatory Res. R01 Special Study Sect. (*ad hoc member*)
July 1997      EPA National Environ. Research Lab Intramural Research Review Panel (*ad hoc member*)
June 1998      EPA Office of Res. and Development External Grant Review Panel (*ad hoc member*)
July 1998      EPA Climate Policy and Programs Division Grant Application Review (*ad hoc member*)
Oct. 1998      Mickey Leland Center for Air Toxics Grant Review Panel (*ad hoc member*)
April 2000     NIEHS P30 Center Special Review Panel (*ad hoc member*)
July 2001      NIEHS Community-Based Participatory Res. R01 Special Study Sect. (*ad hoc member*)
Dec. 2001      NIEHS Program Project P01 Site Visit Review Panel (*ad hoc member*)
April 2003     NIH R21 Fogarty Health, Env. and Economic Development Study Sect. (*ad hoc member*)
Nov. 2003      U.S. EPA STAR Grant Panel (Epidemiologic Research on Health Effects of Long-Term Exposure to Ambient Particulate Matter and Other Air Pollutants) (*member*)
October 2004   NIEHS Program Project P01 Review Panel (*ad hoc member*)
June 2005      NIH Special Emphasis Panel (ZRG1 HOP Q 90 S) (*ad hoc member*)
Nov. 2005      NIH Infectious Disease, Reproductive Health, Asthma/Allergy, and Pulmonary (IRAP) Conditions Study Section Review Panel (*ad hoc member*)

| | |
|---|---|
| Feb. 2006 | NIH Infectious Disease, Reproductive Health, Asthma/Allergy, and Pulmonary (IRAP) Conditions Study Section Review Panel (*ad hoc member*) |
| June 2006 | NIH Infectious Disease, Reproductive Health, Asthma/Allergy, and Pulmonary (IRAP) Conditions Study Section Review Panel (*ad hoc member*) |
| Dec. 2006 | NIEHS Special Emphasis Panel on Genetics, Air Pollution, and Respiratory Effects (ZES1 TN-E FG P) (*member*) |
| Nov. 2007 | NIH Special Emphasis Panel on Community Participation in Research (ZRG1 HOP-S) (*member*) |
| June 2009 | NIH Study Section Review Panel on Challenge Grants in Health & Science Research |
| March 2011 | U.S. EPA Science to Achieve Results (STAR) Graduate Fellowship Review Panel – Clean Air Panel (*chair*) |
| Sept. 2011 | NIH Special Epidemiology Study Section (ZRG1 PSE K 02 M) (*member*) |
| Oct. 2012 | NIH Cardiac and Sleep Epidemiology (CASE) Study Section (*ad hoc member*) |
| June 2013 | NIH Special NHLBI Dataset Study Section (ZRG1 PSEQ 56) (*member*) |
| July 2013 | NIH "Career Awards" Study Section (ZES1 LWJ-D, K9) (*member*) |
| Sept. 2013-15 | Permanent Member, NIH Cardiac and Sleep Epidemiology Study Section (CASE) Study Section |
| Sept. 2015-17 | Permanent Member, NIH Cancer, Heart, and Sleep Epidemiology Study Section (CHSE) Study Section |
| Nov. 2016 | NIEHS R13 Study Section (*member*) |

Memberships, Offices, And Committee Assignments in Professional Societies

| Year | Society/Committees |
|---|---|
| 1980-1996 | Air and Waste Management Association (Comm. on Health Effects and Exposure,) |
| 1992-Present | American Thoracic Society (ATS): Environmental and Occup. Health (EOH) Assembly, 1995-1999, 2012-present: ATS EOH Long Range Planning Committee; 1993-1994, 2002-2004: ATS Program Committee 2006-2007 Chairman of the ATS-EOH Nominating Committee 2010-present: ATS Environmental Health Policy Committee, member 2012-2014: ATS Environmental Health Policy Committee, Vice-Chairman 2015-2018: ATS Environmental Health Policy Committee, Chairman |
| 1990-present | International Society of Exposure Science |
| 1992-present | International Society for Environmental Epidemiology  (Annual Meeting Program Committee: 1998, 2000, 2003, 2004, 2006) (ISEE Conference Planning Committee: 2006-present) |
| 2007-2009 | New York Academy of Sciences (membership given in appreciation for a 1/23/07 NYAS forum presentation) |
| 2017-present | American Public Health Association (APHA) |

**Editorial Positions**

Journal Board Membership

| Year | Name of Board |
|---|---|
| 1993-2008 | International Society of Exposure Analysis  (J. of Exp. Anal. and Environ. Epid.) |
| 2017-present | Environmental Health Perspectives (EHP) |

Ad Hoc Manuscript Reviewer

| Years | Journal |
|---|---|
| 1996-1998 | American Journal of Epidemiology |
| 1994 | Archives of Environmental Health |
| 1995-present | Atmospheric Environment |
| 1995-present | Environmental Health Perspectives |
| 1994-present | Environmental Research |

| 2004-present | Environmental Science and Technology |
|---|---|
| 2011-present | Epidemiology |
| 1993-present | Journal of Exposure Analysis and Environmental Epidemiology |
| 1994-present | Journal of the Air and Waste Management Association |
| 1996-present | Journal of the American Medical Association |
| 1997-present | Journal of Occupational and Environmental Medicine |
| 1997-present | Journal of Respiratory and Critical Care Medicine |
| 2006-present | Thorax |

Scientific Report Reviewer

| August, 1986 | Reviewer for the National Academy of Sciences, Board on Environmental Studies and Toxicology report "The Airliner Cabin Environment: Air Quality and Safety" |
|---|---|
| October, 2002 | Reviewer for the NAS, Board on Environmental Studies and Toxicology report "Estimating the Public Health Benefits of Proposed Air Pollution Regulations" |

**Mentoring of Graduate Students, Residents, Post-Doctoral Fellows in Research**

Under direct supervision:

| Student Name | Type of Position | Time Period | Present Position |
|---|---|---|---|
| Mark Ostapczuk | Masters | 1984-1986 | Industrial Hyg., Barr Labs, Pomona, NJ |
| Kazuhiko Ito | Masters/Doctoral | 1984-1990 | Scientist, NYC Dept. of Health, NYC, NY |
| Peter Jaques | Masters/Doctoral | 1988-1998 | Assoc. Prof., Clarkson Univ., Potsdam, NY |
| R. Charon Gwynn | Masters/Doctoral | 1992-1999 | Epidemiologist, Columbia Univ., NY |
| Ramona Lall | Masters/Doctoral | 2000-2007 | Research Sci. IV, NYC Dept. of Health, NY |
| Ariel Spira-Cohen | Masters/Doctoral | 2003-2009 | Research Sci. III, NYC Dept. of Health, NY |
| Kevin Cromar | Masters/Doctoral | 2008-2012 | Assistant Professor, NYU School Of Medicine |
| Lital Yinon | Doctoral | 2011-present | Doctoral Candidate, NYU School of Medicine |
| Chris Lim | Doctoral | 2012-present | Doctoral Candidate, NYU School of Medicine |

In advisory function (thesis committee):

| Student Name | Advisory Role | Time Period | Student's Supervisor |
|---|---|---|---|
| Shao-Keng Liang | Doctoral Committee member | 1990-1994 | Dr. J. Waldman, UMDNJ, Rutgers |
| Jerry Formisano | Doctoral Committee member | 1997-2000 | Dr. M. Lippmann, NYU SOM |
| Yair Hazi | Doctoral Committee member | 1993-2001 | Dr. B. Cohen, NYU SOM |
| Samantha Deleon | Doctoral Committee member | 1997-2003 | Dr. K Ito, NYU SOM |
| Chun Yi Wu | Doctoral Committee member | 2000-2004 | Dr. L.C. Chen, NYU SOM |
| Carlos Restrepo | Doctoral Committee member | 2002-2004 | Dr. R. Zimmerman, Wagner, NYU |
| Shaou-I Hsu | Doctoral Committee member | 2000-2009 | Dr. M. Lippmann, NYU-SOM |
| Steven Schauer | Doctoral Committee member | 2007-2009 | Dr. B. Cohen, NYU-SOM |
| Christine Ekenga | Doctoral Committee Chair | 2009-2011 | Dr. G. Friedman-Jimenez, NYU-SOM |
| Rebecca Gluskin | Doctoral Committee Chair | 2009-2012 | Dr. Kazuhiko Ito, NYU SOM |
| Jiang Zhou | Doctoral Committee Chair | 2008-2012 | Dr. Kazuhiko Ito, NYU SOM |
| Eric Saunders | Doctoral Committee Chair | 2012-present | Dr. Terry Gordon, NYU SOM |

**Teaching Awards Received**
N/A

**Major Research Interests**

1) Air Pollution Epidemiology: Real-world air pollution exposures and human health effects in the general population and study cohorts of suspected susceptible individuals (e.g., children).

2) <u>Aerosol Science</u>: Ambient particulate matter aerosol exposures, including designing and implementing air monitoring equipment to collect human exposures to air pollution.

3) <u>Environmental Exposure Assessment</u>: Methods to assess human exposures and health effects from air pollution, especially the development of source apportionment models to separate human effects on the basis of pollution source. Design of epidemiological models/methods that better incorporate potential air pollution confounders/effect modifiers (e.g. weather and genetic influences).

**Patents**
None

**Boards and Community Organizations**
1990-1995    St. Mary's Episcopal Church, Tuxedo, NY, Vestry member
1992-2008    Monroe-Woodbury Soccer Club, Coach (Board Member: 1999-2000)
1994-1999    Orange County Citizen's Foundation, Member
1999-2009    Y2CARE Monroe-Woodbury, NY School District Residents Action Group, Founder
2005-present  St. Mary's Episcopal Church, Tuxedo, NY, Community Outreach Committee, Member
2006-present  EPISCOBUILD-Newburgh, NY Habitat for Humanity Advisory Board, Member
2012-present  St. Mary's Episcopal Church, Tuxedo, NY, Vestry member

**Military Service**
None

**International Scientific Meetings Organized**
May 28-30, 2003   "Workshop on the Source Apportionment of PM Health Effects." U.S. EPA PM Centers, Harriman, NY.
Aug. 1-4, 2004    "Sixteenth Conference of the International Society for Environmental Epidemiology," Kimmel Conference Center, Washington Square, New York University, New York City, NY.

**Scientific Forums for the Public Organized**
June 2001     "Science and Community Interaction Forum on the Environment." Held at Hostos Community College, Bronx, , New York City, NY.
October 2001  "Forum on Environmental Health Issues Related to the World Trade Center Disaster." Held at NYU Law School, Washington Square, New York City, NY.
October 2002  "2nd Annual Forum on the Environmental Health Issues Related to the World Trade Center Disaster."  Held at Manhattan Borough Community College, New York City, NY.
October 2003  "3nd Annual Forum on the Environmental Health Issues Related to the World Trade Center Disaster." Held at NYU Lower Manhattan Campus, New York City, NY.

**Invited U.S. House and Senate Congressional Testimony**
Feb. 5, 1997   "<u>Human Health Effects of Ambient Ozone Exposures</u>" Statement before the Committee on Environment and Public Works, Subcommittee On Clean Air, Wetlands, Private Property, And Nuclear Safety, U.S. Senate, Washington, DC.
               http://epw.senate.gov/105th/thurston.htm
April 16, 1997   "<u>Human Health Effects of Ambient Ozone and Particulate Matter Exposures.</u>" Statement before the Government Reform and Oversight Committee of the U.S. House of Representatives, Washington, D.C.

| | |
|---|---|
| May 8, 1997 | "Human Health Effects of Ambient Ozone and Particulate Matter Exposures." Statement before the Subcommittee on Health and Environment, Committee on Commerce of U.S. House of Representatives, Washington,. D.C. |
| July 29, 1997, | "The Human Health Effects of Ambient Ozone and Particulate Matter Air Pollution."  Statement before the Subcommittee on Commercial and Administrative Law of the Judiciary Committee of the U.S. House of Representatives, Washington,. D.C. http://judiciary.house.gov/legacy/commercial.htm |
| October 22, 1997 | "Ozone and Particulate Matter Air Pollution Health Effects." Statement before the U.S. Senate Committee on Environment and Public Works Subcommittee on Clean Air, Wetlands, Private Property, and Nuclear Safety. Washington, DC. http://epw.senate.gov/105th/thursto2.htm |
| July 15, 1999: | "The Mandated Release of Government-Funded Research Data." Statement before the Committee On Government Reform, Subcommittee on Government Management, Information And Technology, U.S. House of Representatives |
| July 26, 2001 | "The Human Health Effects Of Air Pollution From Utility Power Plants." Statement before the Committee on Environment and Public Works, U.S. Senate, Washington, D.C. http://www.c-spanvideo.org/program/PlantE |
| Feb 11, 2002: | "The Air Pollution Effects of The World Trade Center Disaster." Statement before the Committee On Environment And Public Works, Subcommittee On Clean Air, Wetlands, And Climate Change. United States Senate, New York, NY. http://www.c-spanvideo.org/program/Qualitya |
| March 5, 2002 | "The Use of the Nationwide Registries to Assess Environmental Health Effects." Statement before the Committee On Health, Education, Labor, And Pensions, Subcommittee On Public Health, U.S. Senate, Washington, DC. |
| Sept. 3, 2002 | "The Clean Air Act and The Human Health Effects of Air Pollution from Utility Power Plants." Statement before the U.S. Senate Committee on Health, Education, Labor, and Pensions, Subcommittee on Public Health, Washington, D.C. http://www.c-spanvideo.org/program/AirStand |
| April 1, 2004 | "The Human Health Benefits Of Meeting the Ambient Ozone And Particulate Matter Air Quality Standards." Statement before the Committee on Environment and Public Works, Subcommittee on Clean Air, Climate Change, and Nuclear Safety, U.S. Senate, Washington, D.C. http://epw.senate.gov/epwmultimedia/epw040104.ram |
| July 19, 2006 | "The Science And Risk Assessment Of Particulate Matter (PM) Air Pollution Health Effects." Statement before the Committee on Environment and Public Works, U.S. Senate, Washington, D.C. *http://epw.senate.gov/hearingstatements.cfm?id=258766* |
| May 7, 2008 | "Science And Environmental Regulatory Decisions." Statement before the Committee On Environment And Public Works of The U.S. Senate, Subcommittee on Public Sector Solutions to Global Warming, Oversight, and Children's Health Protection, U.S. Senate, Washington, D.C. http://www.c-spanvideo.org/program/RegulatoryD http://epw.senate.gov/public/index.cfm?FuseAction=Hearings.Hearing&HearingID=a1954f70-802a-23ad-4192-fc2995dda7f4 |
| October 4, 2011 | "The Science of Air Pollution Health Effects and the Role of CASAC in EPA Standard Setting" Statement before the Subcommittee on Energy and the |

Environment, Committee on Science, Space and Technology, U.S. House Of Representatives, Washington, DC.
http://science.house.gov/hearing/energy-and-environment-subcommittee---hearing-quality-science-quality-air

**Other Invited Presentations**

*Regional Presentations*

| | |
|---|---|
| April 21, 1993 | "Summertime Smog and Hospital Admissions for Respiratory Illness", Environmental and Occupational Health Sciences Institute Seminar Series Lecture, UMDNJ-Robert Wood Johnson Medical School, Piscataway, NJ. |
| Dec .14, 1995 | "Health Effects of Acidic Aerosols", NY State Dept. of Health, Wadsworth Center Seminar, Albany, NY |
| Jan. 18, 1996 | "Outdoor Air Pollution and Asthma in Children " American Lung Association Press Briefing, New York, NY. |
| June 1, 1996 | "Asthma and Urban Air Pollution", WHEACT, Harlem Hospital, New York, NY. |
| July17, 1996 | "Asthma and Outdoor Air Pollution", Making the Connection: Urban Air Toxics & Public Health. Northeast States for Coordinated Air Use Management (NESCAUM), Roxbury, MA |
| Feb. 11, 1997 | "Outdoor Air Pollution and Asthma", Bellevue Hospital Asthma Clinic *Grand Rounds*. New York City, NY. |
| Feb. 26, 1998 | "Scientific Research for Ozone and Fine Particulate Standards ", Pace University School of Law, White Plains, NY |
| Nov. 30, 1998 | "Outdoor Air Pollution and Asthma", Center for Urban and Environmental Studies (CUES), NY Academy of Medicine,, New York, NY |
| Feb. 22, 1999 | "Asthma and Air Pollution", Cornell University, Ithaca, NY |
| April 28, 2001 | "Asthma and Air Pollution in New York City", NYC Council Environmental Candidate School, NY League of Conservation Voters, New York, NY. |
| Nov. 1, 2001 | "Air Quality and Environmental Impacts Due to the World Trade Center Disaster", Testimony before the Comm. on Environ. Protection, NYC Council, New York, NY. |
| Nov. 13, 2001 | "WTC Pollution Impacts in Lower Manhattan", Stuyvesant High School Parents Association General Meeting, Stuyvesant High School, New York, NY |
| Feb. 28, 2002 | "Lung Cancer Effects of Long-Term Exposure to Ambient Fine Particulate Matter", Mailman School of Public Health, Columbia University, New York, NY |
| April 5, 2002 | "Air Pollution Impacts of the WTC Disaster", 23rd  Annual Scientific Conference of the NY/NJ Education and Research Center: "Worker Health and Safety: Lessons Learned in the Aftermath of Sept. 11, 2001," Mt. Sinai School of Medicine, NYC, NY |
| April 21, 2002 | "Adverse Health Effects of Power Plant Air Pollution on Children" Earth Day 2002, 14th Street Y, New York City, NY. |
| May 23, 2002 | "Human Health Effects of Power Plant Pollution", Rockland County Conservation Association, Suffern, NY |
| May 31, 2002 | "Environmental Health Impacts of the World Trade Center Disaster", University of Rochester Medical School, Rochester, NY. |
| Sept. 19, 2002 | "Community Air Pollution Related to the World Trade Center Disaster". NYC Council Forum: The Environmental Health Consequences of 9/11: Where Do We Stand One Year Later?  Borough of Manhattan Community College, New York City, NY. |
| Oct. 3, 2002 | "Community Exposures to Particulate Matter Air Pollution from the World Trade Center Disaster", Mount Sinai School of Medicine *Grand Rounds*, New York City, NY. |

April 11, 2003    "Environmental Impacts of the World Trade Center Disaster", NIEHS Public Interest Liaison Group, New York City, NY.

April 21, 2003    "Asthma and Air Pollution", Airborne Threats to Human Health, NIEHS Town Hall Meeting, Syracuse, NY.

May 7, 2003    "Asthma and Air Pollution in NY City" Environmental Candidate School for New York City Council Candidates, Wagner School, NYU, New York City, NY.

July 21, 2003    "Health Effects of Particulate Matter Air Pollution", Ozone Transport Commission, Philadelphia, PA.

Nov. 18, 2004    "Ambient Air Pollution Particulate Matter (PM): Sources and Health Impacts". U.S. Environmental Protection Agency, Region 2, New York City, NY.

Feb. 17, 2005    "Community Air Pollution Aspects Of The Demolition Of 9-11 Contaminated Buildings".  Testimony before the Committee On Lower Manhattan Redevelopment, New York City Council, New York City, NY.

Oct. 19, 2005    Air Pollution Health Effects: Consideration of Mixtures. Fall Meeting of the Mid-Atlantic Chapter of the Society of Toxicology (MASOT), East Brunswick, NJ.

Dec.7, 2006    Asthma and Air Pollution Effects in the South Bronx.  New York City Child Health Forum, The Children's health Fund, Harlem, NYC, NY.

Jan. 18, 2007    Air Pollution Effects in New York City.  NYU Environmental Sciences Seminar Lecture, Washington Square, NYC, NY.

Jan. 23, 2007    The South Bronx Backpack Study: Asthma and Air Pollution in NYC. Presented at the forum "High Asthma Rates in the Bronx: What Science Now Knows and Needs to Learn." New York Academy of Sciences, 7 World Trade Center, NYC, NY.

Oct. 2, 2009    "Diesel Air Pollution and Asthma in New York City".   Brown Superfund Research Program, Brown University, Providence, RI.

June 19, 2012    "The Backpack Study of Asthma and Diesel Air Pollution in the South Bronx". Region 1 U.S. EPA, Citizen Science Workshop, New York City, NY.

*National Presentations*

Oct. 20, 1987.    NIEHS Symposium on the Health Effects of Acid Aerosols: "Re-examination of London, England, Mortality in Relation to Exposure to Acidic Aerosols During 1963-1972 Winters" RTP, NC.

Aug. 13, 1991    "Kuwait Mortality Risks from $SO_2$ and Particles: Insights from the London Fogs"' The Kuwait Oil Fires Conf., American Academy of Arts and Sciences, Cambridge, MA.

Jan. 24, 1994    "Air Pollution Epidemiology: Is the Model the Message?" The First Colloquium on Particulate Air Pollution and Human Morbidity and Mortality".  Beckman Center of the NAS, Irvine, CA.

May 23, 1994    " Ozone Epidemiological and Field Studies". American Thoracic Society Annual Meeting, Boston, MA.

May 25, 1994    "Epidemiological Evidence Linking Outdoor Air Pollution and Increased Hospital Admissions for Respiratory Ailments" American Thoracic Society Annual Meeting, Boston, MA.

May 6, 1996    "Associations Between $PM_{10}$ & Mortality in Multiple US Cities".  Second Colloquium on Particulate Air Pollution and Health. Park City, Utah.

Sept. 5, 1996    "Particulate Matter Exposure Issues for Epidemiology" U.S. EPA Particulate Matter Workshop, RTP, NC

April 3, 1997    "Health Effects of Ambient Ozone & Particulate Matter" Air and Waste Assoc. Regional Conference On Impacts of EPA's Proposed Changes to Ozone and PM Standards, Oak Brook, IL

April 22, 1998    "The New EPA Standards for Ambient PM and Ozone" American Lung Association Annual Meeting, Chicago, IL.

Attachment B - Thurston Declaration - 0009          9

| | |
|---|---|
| Dec. 21, 1999 | "Global Overview of Human Death and Illness due to Air Pollution".  California Air Resources, Sacramento, CA. |
| March 24, 2000 | "Estimating Ancillary Impacts, Benefits and Costs Of Proposed GHG Mitigation Policies For Public Health" Resources for the Future, Wash., DC. |
| June 24, 2002 | "Investigations Into the Environmental Health Impacts Related to the WTC Disaster" Air And Waste Management Annual Meeting, Baltimore, MD. |
| July 15, 2002 | "Air Pollution and Human Health"  NIEHS Built Environment Conference, RTP, NC |
| July 26, 2002 | "The Human Health Effects of Power Plant Emissions and Associated Air Pollution", The Environment & Health Forum, Physicians for Social Responsibility, Washington, DC. |
| October 7, 2002 | "Community Exposures to Particulate Matter Air Pollution from the World Trade Center Disaster" Plenary Speaker at the American Association for Aerosol Research, Charlottesville, North Carolina. |
| Nov. 11, 2002 | "Characterization of Community Exposures to World Trade Center Disaster Airborne and Settled Dust Particulate Matter Air Pollution", American Public Health Association Annual Meeting, Philadelphia, PA. |
| Dec. 5, 2002 | "Susceptibility of Older Adults to Air Pollution", EPA Workshop on Differential Susceptibility of Older People to Environmental Hazards. National Academy of Sciences, Washington, DC. |
| Feb. 3, 2003 | "Health Effects of Particulate Matter Air Pollution", National Air Quality Conference, U.S. EPA, San Antonio, Texas |
| May 17, 2003 | "Assessing the Influence of Particle Sources and Characteristics on Adverse Health Effects of PM", PG18 - New Tools to Evaluate the Health Effects of Air Pollution in Epidemiologic Studies. American Thoracic Society Annual Meeting, Seattle, WA. |
| Sep. 10, 2003 | "Nature and impact of World Trade Center Disaster fine particulate matter air pollution at a site in Lower Manhattan after September 11."  Annual Meeting of the American Chemical Society, New York, NY. |
| October 20, 2003 | "Translating Air Pollution Risks to the Community" Annual Meeting of the NIEHS Center Directors, Baltimore, MD. |
| May 18, 2004 | "The Health Imperative for Implementation of the Clean Air Act" State and Territorial Air Pollution Program Administrators/ Association of Local Air Pollution Control Officials (STAPPA/ALAPCO) National Conference, Point Clear, Alabama. |
| Oct. 18, 2004 | "NIEHS Centers' Investigations of the World Trade Center Collapse Pollution Exposures and Effects: A Public Health Collaboration" National Institute of Environmental Health Sciences Center Directors' Meeting, Research Triangle Park, NC. |
| May 25, 2005 | "Human Health Effects Associated with Sulfate Aerosols", American Thoracic Society Annual Meeting, San Diego, CA |
| Oct. 24, 2005 | "The Science Behind the Particulate Matter (PM) Standards" State and Territorial Air Pollution Program Administrators/ Association of Local Air Pollution Control Officials (STAPPA/ALAPCO) National Conference, Alexandria, Virginia. |
| Oct. 14, 2008 | "Diesel Air Pollution and Asthma Exacerbations in a Group of Children with Asthma" Annual Meeting of the International Society for Environmental Epidemiology (ISEE). Pasadena, California. |
| Feb. 26, 2010 | "What studies are appropriate to use to estimate health impacts from specific sources such as diesel PM?"  CARB Symposium: "*Estimating Premature Deaths from Long-term Exposure to PM$_{2.5}$".  Sacramento, CA. |
| May 6, 2011 | "Lung Cancer Risks from Exposure to Fine Particle Air Pollution" NYU Cancer Institute Symposium: "Cancer and the Environment", NYC, NY. |
| May 16, 2012 | "The Human Health Effects of Air Pollution" The Air We Breathe: Regional Summit on Asthma and Environment at Allegheny General Hospital, Pittsburgh, PA. |

| | |
|---|---|
| June 20, 2013 | "Particles in our Air: A Global Health Risk", Northeastern University, Research Seminar. Boston, MA. |
| Mar 5, 2015 | "Air Pollution, Climate Change and Health". Stegner Institute Air Quality Symposium, Salt Lake City, Utah. |

*International Presentations*

| | |
|---|---|
| May 1, 1987 | "Acid Aerosols: Their Origins, Occurrence, and Possible Health Effects", Canadian Environmental Health Directorate Seminar, Health and Welfare Canada, Ottawa, Canada |
| July 2, 1987 | "Health Effects of Air Pollution in the US", University of Sao Paulo, Sao Paulo, Brasil |
| Feb. 5, 1991 | "Results from the Analysis of Toronto Summer Sulfate and Aerosol and Acidity Data", Workshop on Current Use and Future Directions of Hospital-Based Data in the Assessment of the Effects of Ambient Air Pollution on Human Health.  Health and Welfare Canada, Ottawa, Canada. |
| April 23, 1997 | "An Evaluation of the Role of Acid Aerosols in Particulate Matter Health Effects", Conference on the Health Effects of Particulate Matter in Ambient Air.  Air & Waste Management Association, Prague, Czech Republic. |
| May 12, 1998 | "The Health Effects of PM and Ozone Air Pollution", Air Pollution: Effects on Ontario's Health and Environment. Ontario Medical Association, Toronto, Canada |
| Nov. 1, 1999 | "Climate Change and the Health Impacts of Air Pollution". The Public Health Opportunities and Hazards of Global Warming Workshop at the U.N. Framework Convention on Climate Change, Conference of Parties (COP5), Bonn, Germany. |
| August 31, 2000 | "Particulate Matter Air Pollution and Health in three Northeastern Cities", World Congress on Lung Health, Florence, Italy |
| January 29, 2001 | "PM Exposure Assessment and Epidemiology", NERAM International Colloquia: Health and Air Quality: Interpreting Science for Decision Makers. Ottawa, Canada. |
| Feb. 4-5, 2002: | "Air Pollution Exposure Assessment Approaches in U.S. Long-Term Health Studies", Workshop on Exposure Assessment in Studies on the Chronic Effects of Long-term Exposure to Air Pollution, World Health Organization, Bonn, Germany |
| May 2, 2002 | "Health Effects of Sulfate Air Pollution" Air Pollution as a Climate Forcing Workshop, East-West Center, Honolulu, Hawaii |
| Sept. 24, 2003 | "Identification and Characterization of World Trade Center Disaster Fine Particulate Matter Air Pollution at a Site in Lower Manhattan Following September 11." Annual Meeting of the International Society for Environmental Epidemiology (ISEE). Perth, Australia. |
| Dec. 1, 2003 | "Terrorism and the Pulmonary Effects of the World Trade Center Disaster Particulate Matter Air Pollution", British Thoracic Society, London, England. |
| Sept 14, 2005 | "Results And Implications of The Workshop on the Source Apportionment of PM Health Effects", Annual Meeting of the International Society for Environmental Epidemiology (ISEE). Johannesburg, South Africa. |
| Sept. 4, 2006 | "A Source Apportionment of U.S. Fine Particulate Matter Pollution for Health Effects Analysis", Annual Meeting of the International Society for Environmental Epidemiology (ISEE).  Paris, France. |
| Sept. 4, 2007 | "Applying Attributable Risk Methods to Identify Susceptible Subpopulations", Annual Meeting of the International Society for Environmental Epidemiology (ISEE).  Mexico City, Mexico. |
| Aug. 27, 2009 | "Ischemic Heart Disease Mortality Associations with Long-Term Exposure to $PM_{2.5}$ Components", Annual Meeting of the International Society for Environmental Epidemiology (ISEE).  Dublin, Ireland. |
| Dec. 1, 2010 | "The Hidden Air Quality Health Benefits of Climate Change Mitigation". The Energy and Resources Institute (TERI), Lodhi Road, New Delhi, India. |

| July 17, 2012 | "Recent Findings on the Mechanisms and Health Risks of Particulate Matter Air Pollution", European Centre for Environment & Human Health, Truro, England. |
| Aug. 29, 2012 | "Health Effects of PM Components: NYU NPACT Epidemiology Results and their Integration with Toxicology Results", Annual Meeting of the International Society for Environmental Epidemiology (ISEE). Columbia, SC. |
| May 20, 2013 | "Long-term $PM_{2.5}$ Exposure and Mortality in the NIH-AARP Cohort", Annual Meeting of the American Thoracic Society (ATS). Philadelphia, PA. |
| Oct. 27, 2013 | "Human Health Effects and Global Implications of Particle Air Pollution", Center of Excellence in Exposure Science and Environ. Health, Technion University, Haifa, Israel. |
| May 17, 2015 | "Human Health Co-Benefits of Climate Change Mitigation Measures" in the <u>Environment, Global Climate Change And Cardiopulmonary Health</u> session of the American Thoracic Society (ATS) Annual Meeting in Denver, CO, USA. |
| Jan. 21, 2016 | "Particle Air Pollution: Its Adverse Human Health Effects and Potential Climate Mitigation Health Co-Benefits". Imperial College. London, England. |
| Sep. 1, 2016 | "Air Quality Health Co-benefits from Climate Change Mitigation Measures". 2016 Annual Meeting of the International Society for Environmental Epidemiology (ISEE). Rome, Italy. |
| Feb. 12, 2017 | "Human Health Effects and Global Implications of Particle Air Pollution". MASDAR Institute.  Abu Dhabi, United Arab Republic. |
| Apr. 22, 2017 | "Clean Air Health Benefits from Climate Change Mitigation Action".  Global Health & Innovation Conference. Yale University, New Haven, CT. |

**Scientific Meeting Sessions Chaired**

| May 1, 1996 | "<u>Epidemiological Findings</u>",  2nd Colloquium on Particulate Air Pollution & Health. Park City, UT. |
| May 14, 1996 | "<u>Particulate Toxicity</u>", American Thoracic Society Annual Meeting, New Orleans, LA. |
| Jan. 30, 1998 | "<u>Evaluation of PM Measurement Methods</u>". $PM_{2.5}$: A Fine Particulate Standard Specialty Conference. Los Angeles, CA. |
| August 18, 1998 | "<u>Communities and Airports: How to Co-Exist</u>?", Annual Meeting of the International Society for Environmental Epidemiology (ISEE). Boston, MA. |
| April 28, 1998 | "<u>Clean Air Act Update</u>", American Thoracic Society Annual Meeting, Chicago, IL. |
| Oct. 21, 1998 | "<u>Health Effects and Regulatory Issues in PM</u>", Particulate Methodology Workshop,. U.S. EPA Center, for Statistics and the Env., Univ. of Washington, Seattle, WA. |
| April 26, 1999 | "<u>Pulmonary Smoking and Air Pollution Epidemiology.</u>" American Thoracic Society Annual Meeting, San Diego, CA |
| Sept. 6, 1999 | "<u>Personal exposures to Gases and Particles</u>", Annual Conference of the International Society for Environmental Epidemiology (ISEE), Athens, Greece. |
| March 31, 2000 | "<u>Epidemiology: Particles, Co-pollutants & Morbidity and Mortality</u>",  Workshop on Inhaled Environmental/Occupational Irritants and Allergens: Mechanisms of Cardiovascular Responses, American Thoracic Society, Scottsdale, AZ |
| Jan. 26, 2000 | "<u>Epidemiology of Particulate Matter Air Pollution</u>", PM2000 Specialty Conference, Air & Waste Management Assoc., Charleston, SC |
| May 8, 2000 | "<u>Outdoor Air Pollution: Epidemiologic Studies</u>", American Thoracic Society Annual Meeting, Toronto, Canada |
| Sept. 5, 2001 | "<u>Mortality Epidemiology Studies</u>", Annual Meeting of the International Society for Environmental Epidemiology (ISEE). Garmisch, Germany. |
| May 20, 2002 | "<u>After September 11: Bio-terrorism and The Environmental Health Aftermath of The World Trade Center Disaster</u>", Plenary Session.  American Thoracic Society Annual Meeting, Atlanta, GA. |

| | |
|---|---|
| April 1, 2003 | "Epidemiology: Short-Term and Long-Term Health Effects", Conference on Particulate Matter: Atmospheric Sciences, Exposure, and the Fourth Colloquium on PM and Human Health, Pittsburgh, PA |
| May 19, 2003 | "Particulate Air Pollution and Diseases in Adults", American Thoracic Society Annual Meeting, Seattle, WA. |
| May 21, 2003 | "Air Pollution as a Cause of Childhood Asthma and Chronic Airway Disease", American Thoracic Society Annual Meeting, Seattle, WA. |
| Sept. 2003 | "Unexplained Medical Symptoms",  Annual Meeting of the International Society for Environmental Epidemiology (ISEE).  Perth, Australia. |
| Sept. 25, 2005 | "Technology and Health", Annual Meeting of the International Society for Environmental Epidemiology (ISEE).  Johannesburg, South Africa. |
| June 22, 2006 | "Characteristics of PM and Related Considerations", Annual Meeting of the Air and Waste Management Association, New Orleans, LA. |
| Sept. 3, 2006 | "Air Pollution Mechanisms", Annual Meeting of the International Society for Environmental Epidemiology (ISEE).  Paris, France. |
| Sept. 20, 2006 | "Linkage and Analysis of Air Quality and Health Data", EPA & CDC Symposium on Air Pollution Exposure and Health, RTP, NC |
| Sept. 5, 2007 | "Radiation Exposures and Health Risks", 2007 Annual Meeting of the International Society for Environmental Epidemiology (ISEE).  Mexico City, Mexico |
| Aug. 26, 2009 | "Exploring the Range of Methodological Approaches Available for Environmental Epidemiology." 2009 Annual Meeting of the International Society for Environmental Epidemiology (ISEE).  Dublin, Ireland |
| March 23, 2010 | "Exposure to and Health Effects of Traffic Pollution", 2010 American Association for Aerosol Research Conference on Air Pollution and Health, San Diego, CA. |
| Sept. 16, 2011 | "Susceptibility to Air Pollution", 2011 Annual Meeting of the International Society for Environmental Epidemiology (ISEE). Barcelona, Spain. |
| Aug. 27, 2012 | "Source Apportionment Of Outdoor Air Pollution: Searching For Culprits". 2012 Annual Meeting of the International Society for Environmental Epidemiology (ISEE).  Columbia, SC. |
| Aug. 21, 2013 | "Source-specific health effects of air pollution". 2013 Annual Meeting of the International Society for Environmental Epidemiology (ISEE).  Basel, Switzerland. |
| May 19, 2015 | "Indoor and outdoor pollution: epidemiology and mechanisms". 2015 Annual Meeting of the American Thoracic Society (ATS). Denver, CO, USA. |
| Sep. 1, 2016 | "Climate Change, Mitigation Measures and Co-Benefits". 2016 Annual Meeting of the International Society for Environmental Epidemiology (ISEE).  Rome, Italy. |

## Bibliography

*Invited Journal Editorials*

Thurston GD and Bates DM.  (2003). Air Pollution as an Underappreciated Cause of Asthma Symptoms, 2003. JAMA, 290:14, pp. 1915-1916.

Thurston G.D. (2006). Hospital admissions and fine particulate air pollution. JAMA.  Oct 25; 296(16):1966.

Thurston G.  (2007). Air pollution, human health, climate change and you.  Thorax. 2007 Sep; 62 (9): 748-9.

Thurston GD, Balmes JR. (2012 ). Particulate matter and the environmental protection agency: setting the right standard. Environmental Health Policy Committee of the American Thoracic Society. Am J Respir Cell Mol Biol. Dec;47(6):727-8. doi: 10.1165/rcmb.2012-0414ED.

Thurston GD. (2013). Mitigation Policy: Health Co-Benefits. Nature Climate Change. Oct. (3) 863-864.

Thurston GD, Balmes JR. (2017). "We need to "Think Different" about PM. Am. J Resp. & Crit. Care Med. 2017 Jul 01; 196(1):6-7.

*Book Chapters*

Thurston, G.D. and Leber, M. The relationship between asthma and air pollution.  In: *Emergency Asthma* (ed.: B. Brenner), pp. 127-144.  Marcel-Dekker, New York, NY (1999).

Thurston, G.D. and Ito, K.  Epidemiological studies of ozone exposure effects.  In: *Air Pollution and Health* (ed.: S. Holgate and H. Koren).  Academic Press. London. pp. 485-510 (1999).

Chen, LC, Thurston, G, and Schlesinger, RB.  Acid Aerosols as a Health Hazard.  In: *Air Pollution and Health* (ed.: J. Ayres, R. Maynard, and R. Richards).  Air Pollution reviews: Vol. 3.  Imperial College Press.  London. pp. 111-161 (2006).

Thurston, G.D. and Wallace, L. Air Pollution: Outdoor and Indoor Sources.  In: *Environmental and Occupational Medicine*, 4th Edition (Eds.: W. Rom and S. Markowitz). Lippincott, Williams, and Wilkins, Philadelphia (2006).

Thurston, G.D.  Outdoor Air Pollution.  In: *Encyclopedia of Public Health* (ed. K. Heggenhougen) Elsevier Press. (2008).

Thurston, G.D and Bell, M.  Aerosols, global climate, and the human health co-benefits of climate change mitigation. In *Aerosol Handbook* (2nd edition) (eds.: Lev S. Ruzer and Naomi H. Harley). CRC Press (2012).

Thurston, G. and Bell, M. The Human Health Co-benefits of Air Quality Improvements Associated with Climate Change Mitigation.  In Global Climate Change and Public Health (eds. Kent E. Pinkerton and William N. Rom). Humana Press (2013).

Thurston, GD.  Outdoor Air Pollution: Sources, Atmospheric Transport, and Human Health Effects. International Encyclopedia of Public Health, 2nd Edition (Editor-in-Chief: S.R. Quah). Academic Press (2016).

*National Academy Committee Books Co-Authored*

National Research Council (NRC), *Waste Incineration & Public Health.*  Committee on Health Effects of Waste Incineration.  Board on Environmental Studies and Toxicology.  National Academy Press, Washington, DC (2000).

*International Reports Co-Authored*

Health Canada, *Health and Environmental Impact Assessment Panel Report*, "Joint Industry/Government Study: Sulfur in Gasoline and Diesel Fuels". Ottawa, Canada.  (1997).

World Health Organization (WHO), *Exposure assessment in studies on the chronic effects of long-term exposure to air pollution.* Report EUR/03/5039759.  Geneva, Switzerland (2003).

*Peer Reviewed Journal Articles/Letters*

Thurston, G.D.  General Discussion:  Atmospheric dispersion modeling - A critical review.  J. Air Pollut. Control Assoc. 29: 939 (1979).

Thurston, G.D.  Discussion of multivariate analysis of particulate sulfate and other air quality variables by principal components - part I.  Annual data from Los Angeles and New York. Atmos. Environ. 15: 424-425 (1981).

Thurston, G.D., J.D. Spengler and P.J. Samson.  An assessment of the relationship between regional pollution transport and trace elements using wind trajectory analysis.  Receptor Models Applied to Contemporary Pollution Problems, Ed. E. Frederick, Air Pollution Control Association, Pittsburgh, PA (1982).

Spengler, J.D. and G.D. Thurston.  Mass and elemental composition of fine and coarse particles in six U.S. cities.  J. Air Poll. Control Assoc. 33: 1162-1171 (1983).

Currie, L., R. Gerlach, C. Lewis, W.D. Balfour, J. Cooper, S. Dattner, R. DeCesar, G. Gordon, S. Heisler, P. Hopke, J. Shah and G. Thurston.  Inter-laboratory comparison of source apportionment procedures:  Results for simulated data sets.  Atmos. Environ. 18: 1517-1537 (1984).

Thurston, G.D. and J.D. Spengler.  A quantitative assessment of source contributions to inhalable particulate matter in metropolitan Boston, Massachusetts.  Atmos. Environ. 19: 9-25 (1985).

Thurston, G.D. and N.M. Laird.  Letters: Tracing aerosol pollution.  Science 227: 1406-1407 (1985).

Thurston, G.D. and J.D. Spengler.  A multivariate assessment of meteorological influences on inhalable particle source impacts.  J. Clim. and Appl. Met. 24: 1245-1256 (1985).

Ozkaynak, H., J.D. Spengler, A. Garsd and G.D. Thurston.  Assessment of population health risks resulting from exposures to airborne particles.  Aerosols:  Second U.S.-Dutch International Symposium, Lewis Publishing Co., December 1985 (Peer Reviewed).

Ozkaynak, H., A.D. Schatz, G.D. Thurston, R.G. Isaacs and R.B. Husar.  Relationships between aerosol extinction coefficients derived from airport visual range observations and alternative measures of airborne particle mass.  J. Air Pollut. Control Assoc. 35: 1176-1185 (1985).

Thurston, G.D. and P.J. Lioy.  Receptor modeling and aerosol transport.  Atmos. Environ. 21: 687-698 (1987).

Ozkaynak, H., and G.D. Thurston.  Associations between 1980 U.S. mortality rates and alternative measures of airborne particle concentration.  Risk Analysis 7: 449-460 (1987).

Lioy, P.J., D. Spektor, G. Thurston, N. Bock, F. Speizer, C. Hayes and M. Lippmann.  The design considerations for ozone and acid aerosol exposure and health investigation:  The Fairview Lake Summer Camp-Photochemical Smog Case Study.  Environ. Int'l. 13: 27-83 (1987).

Spektor, D.M., M. Lippmann, P.J. Lioy, G.D. Thurston, K. Citak, D.J. James, N. Bock, F.E. Speizer and C. Hayes.  Effects of ambient ozone on respiratory function in active normal children.  Am. Rev. Resp. Dis. 137: 313-320 (1988).

Lippmann, M. and G.D. Thurston.  Exposure Assessment - Input into risk assessment.  Arch. Environ. Health 43: 113-123 (1988).

Spektor, D.M., M. Lippmann, G.D. Thurston, P.J. Lioy, J. Stecko, G. O'Connor, E. Garshick, F.E. Speizer, and C. Hayes.  Effects of ambient ozone on respiratory function in healthy adults exercising outdoors.  Am. Rev. Resp. Dis. 138: 821-828 (1988).

Ito, K. and G.D. Thurston.  Characterization and reconstruction of historical London England acidic aerosol concentrations.  Environ. Health Presp. 79: 35-42 (1989).

Thurston, G.D., K. Ito, M. Lippmann, and C. Hayes.  Re-examination of London mortality in relation to exposure to acidic aerosols during 1962-1973 winters.  Environ. Health Persp. 79: 73-82 (1989).

Waldman, J.M., P.J. Lioy, G.D. Thurston and M. Lippmann.  Spatial and temporal patterns in summertime sulfate aerosol acidity and neutralization within a metropolitan area.  Atmos. Environ. 24B: 115-126 (1990).

Echalar, E., P. Artaxo and G.D. Thurston.  Source apportionment of aerosols in the industrial area of Cubatao, Brazil. In:  Aerosols:  Science, Industry, Health and Environment (S. Masuda and K. Takahashi, Eds.), pp. 942-945, Pergamon Press (1990).

Spektor, D.M., V.A. Hofmeister, P. Artaxo, J. Brague, F. Echelar, D.P. Nogueria, C. Hayes, G.D. Thurston and M. Lippmann.  Effects of heavy industrial pollution on respiratory function in the children of Cubatao, Brazil:  A preliminary report.  Environ. Health Persp. 94: 51-54 (1991).

Waldman, J.M., S.K.C. Liang, P.J. Lioy, G.D. Thurston, and M. Lippmann.  Measurements of sulfate aerosol and its acidity in the $SO_2$ source region of Chestnut Ridge, PA.  Atmos. Environ. 25A: 1327-1333 (1991).

Spektor, D.M., G.D. Thurston, J. Mao, D. He, C. Hayes, and M. Lippmann.  Effects of single and multiday ozone exposures on respiratory function in active normal children.  Environ. Res. 55: 107-122 (1991).

Thurston, G.D. and H. Ozkaynak.  Letters:  Air pollution and mortality.  Science 225: 382-383 (1992).

Thurston, G.D., J.F. Gorczynski Jr., P. Jaques, J. Currie and D. He.  An automated sequential sampling system for particulate acid aerosols:  Description, characterization and field sampling results.  J. Exposure Anal. and Environ. Epidemiol. 2: 415-428 (1992).

Thurston, G.D., K. Ito, P. Kinney and M. Lippmann.  A multi-year study of air pollution and respiratory hospital admissions in three New York State metropolitan areas:  Results for 1988 and 1989 summers.  J. Exposure Anal. and Environ. Epidemiol. 2: 429-450 (1992).

Jaques, P.A., G.D. Thurston, P.L. Kinney, and J.E. Gorczynski, Jr.  Precision of an ambient sequential acid aerosol sampling system.  Appl. Occup. Environ. Hyg. 8: 313-316 (1993).

Kinney, P.L. and G.D. Thurston.  Field evaluation of instrument performance:  Statistical considerations.  Appl. Occup. Environ. Hyg. 8: 267-271 (1993).

Ito, K., G.D. Thurston, C. Hayes, and M. Lippmann.  Associations of London, England daily mortality with particulate matter, sulfur dioxide, and acidic aerosol pollution. Arch. Environ. Health 48: 213-220 (1993).

Thurston, G.D., K. Ito, M. Lippmann and D.V. Bates.  Respiratory hospital admissions and summertime haze air pollution in Toronto, Ontario:  Consideration of the role of acid aerosols. Environ. Res. 65: 271-290 (1994).

Thurston, G.D., J.E. Gorczynski, J.H. Currie, D. He, K. Ito, M. Lippmann, J. Waldman and P. Lioy. The nature and origins of acid aerosol pollution measured in Metropolitan Toronto, Ontario.  Environ. Res. 65:254-270 (1994).

Kinney, P.L., Ito, K., and Thurston, G.D.  A sensitivity analysis of mortality/PM10 associations in Los Angeles.  Inhal. Toxicol. 7:59-69 (1995).

Thurston, G.D. and Kinney, P.L.  Air pollution epidemiology: Considerations in time-series modeling. Inhal. Toxicol. 7:71-83 (1995).

Ito, K., Kinney, P., Christie, E., and Thurston, G.D.  Variations in PM10 concentrations within two metropolitan areas and their implications to health effects analyses.  Inhal. Toxicol. 7:735-745 (1995).

Waldman, J. M., Koutrakis, P., Allen, G.A., Thurston, G.D., Burton, R.M., and Wilson, W.E.  Human Exposures to Particle Strong Acidity.  Inhal. Toxicol. 7:657-670 (1995).

Thurston, G.  Measurement methods to determine compliance with ambient air quality standards for suspended particles: Discussant.  J. Air & Waste Manage. Assoc. 45:667-668 (1995).

Kinney, P.L., Thurston, G.D., and Raizenne, M. (1996) The effects of ambient ozone on lung function in children: a reanalysis of six summer camp studies. Environ. Health Perspect. 104:170-174.

Thurston, G.D.  A critical review of PM10-mortality time-series studies.  J. Exposure Anal. and Environ. Epidemiol. 6:3-22 (1996).

Ozkaynak, H., Xue, J., Zhou, H., Spengler, J.D., and Thurston, G.D.  Intercommunity Differences in Acid Aerosol ($H^+$)/Sulfate ($SO_4^+$) Ratios.  J. Exposure Anal. and Environ. Epidemiol. 6:57-78 (1996).

Ito, K. and Thurston, G.D.  Daily PM10/mortality associations: An investigation of at-risk subpopulations. J. Exposure Anal. and Environ. Epidemiol. 6:79-96 (1996).

Lippmann, M. and Thurston, G.D.  Sulfate concentrations as an indicator of ambient particulate matter air pollution for health risk evaluations.  J. Exposure Anal. and Environ. Epidemiol. 6:123-146 (1996).

Thurston, G. D., Lippmann, M., Scott, M.B., and; Fine, J.M.  Summertime haze air pollution and children with asthma. Am. J. Respir. and Crit. Care Med. 155:654-660 (1997).

Thurston, G.D.  Mandating the release of health research data: issues and implications. *Tulane Environmental Law Journal.*  11(2):331-354 (1998).

Thurston, G.D.  The health benefits of the U.S. EPA clean air standards.  *Pace Environmental Law Review.* 16:1 (1998)

Cassino, C., Ito, K., Bader, I., Ciotoli, C., Thurston, G., and Reibman, J.  Cigarette smoking and ozone-associated emergency department use for asthma by adults in New York City.  *Am. J. Respir. Crit. Care Med..* 159:1773-1779 (1999).

Gwynn, R.C., Burnett, R.T., and Thurston, G.D.  A time-series analysis of acidic particulate matter and daily mortality and morbidity in the Buffalo, New York, region.  Environ. Health Perspect. 108(2):125-133 (2000).

Cifuentes, L.,  Borja-Aburto, V., Gouveia, N., Thurston, G., and Davis, D.  Assessment of the urban air pollution benefits of global warming mitigation:  Santiago, São Paulo, Mexico City, and New York City.  Environ. Health Perspect.  109, Supplement 3:419-425 (2001).

Thurston, G.D. and Ito K.  Epidemiological studies of acute ozone exposures and mortality.  J. Expo. Anal. Environ. Epidemiol. 11(4):286-294 (2001).

Gwynn, R.C. and Thurston, G.D.  The burden of air pollution: Impacts in racial minorities.  Environ. Health Perspect. 109 Suppl 4:501-506 (2001).

Cifuentes, L., Borja-Aburto, V.H., Gouveia, N., Thurston, G., and Davis, D.L.  Climate change.  Hidden health benefits of greenhouse gas mitigation.  Science 293(5533):1257-1259 (2001).

Pope, C.A. III, Burnett, R.T., Thun, M.J., Calle, E.E., Krewski, D., Ito, K., and Thurston, G.D.  Lung cancer, cardiopulmonary mortality and long-term exposure to fine particulate air pollution.  J. Am. Med. Assoc. (JAMA) 287(9):1132-1141 (2002). PMID: 11879110.

Chen LC, Thurston G. World Trade Center Cough. Lancet. 2002 Dec;360 Suppl:s37-38.

Thurston GD, Chen LC.  Risk communication in the aftermath of the World Trade Center disaster.  Am J Ind. Med. Dec;42(6):543-4  (2002).

De Leon SF, Thurston GD, Ito K. Contribution of respiratory disease to nonrespiratory mortality associations with air pollution. Am J Respir Crit Care Med. Apr 15;167(8):1117-23 (2003).

Pope CA, Burnett R, Thurston, GD, Thun M, Calle E, Krewski, D, Godleski, J.  Cardiovascular Mortality and Long-Term Exposure to Particulate Air Pollution: Epidemiological Evidence of General Pathophysiological Pathways of Disease.  Circulation Jan 6;109 (1):71-7 (2004).

Landrigan PJ, Lioy PJ, Thurston G, Berkowitz G, Chen LC, Chillrud SN, Gavett SH, Georgopoulos PG, Geyh AS, Levin S, Perera F, Rappaport SM, Small C; NIEHS World Trade Center Working Group.  Health and environmental consequences of the World Trade Center disaster.  Environ Health Perspect. May;112(6):731-9 (2004).

Ito K, De Leon S, Thurston GD, Nadas A, Lippmann M. Monitor-to-monitor temporal correlation of air pollution in the contiguous US. J Expo Anal Environ Epidemiol. Jun:16 (2004).

Ito K , Xue N, Thurston G. (2004).  Spatial variation of $PM_{2.5}$ chemical species and source-apportioned mass concentrations in New York City. Atmos. Environ. 38: 5269–5282.

Lall R, Kendall M, Ito K, Thurston G. Estimation of historical annual $PM_{2.5}$ exposures for health effects assessment. Atmos. Environ.  V38:31, pp. 5217-5226 (2004).

Maciejczyk, PB, Offenberg, JH, Clemente J, Blaustein M, Thurston G., Chen LC.  Ambient pollutant concentrations measured by a mobile laboratory in South Bronx, NY.  Atmospheric Environment.  V38:31, pp. 5295-5304 (2004).

Restrepo C, Zimmerman R, Thurston G, Clemente J, Gorczynski J, Zhong M, Blaustein M, and Chen LC. A comparison of ground-level air quality data with New York State Department of Environmental Conservation monitoring stations data in South Bronx, New York.  Atmospheric Environment.  V38:31, pp. 5283-5294 (2004).

Trasande L, and Thurston, GD. The role of air pollution in asthma and other pediatric morbidity. J. of Allergy & Clinical Immunol. Apr;115(4):689-99 (2005).

Krewski D, Burnett R, Jerrett M, Pope CA, Rainham D, Calle E, Thurston G, Thun M. Mortality and long-term exposure to ambient air pollution: ongoing analyses based on the American Cancer Society cohort.  J Toxicol. Environ Health A. Jul 9-23;68(13-14):1093-109 (2005).

Jerrett M, Burnett RT, Ma R, Pope CA 3rd, Krewski D, Newbold KB, Thurston G, Shi Y, Finkelstein N, Calle EE, Thun MJ. Spatial analysis of air pollution and mortality in Los Angeles. Epidemiology. 2005 Nov;16(6):727-36.

Krewski D, Jerrett M, Burnett RT, Ma R, Hughes E, Shi Y, Turner MC, Pope CA 3rd, Thurston G, Calle EE, Thun MJ, Beckerman B, DeLuca P, Finkelstein N, Ito K, Moore DK, Newbold KB, Ramsay T, Ross Z, Shin H, Tempalski B. Extended follow-up and spatial analysis of the American Cancer Society study linking particulate air pollution and mortality.  Res Rep Health Eff Inst. 2009 May;(140):5-114

Thurston GD, Ito K, Mar T, Christensen WF, Eatough DJ, Henry RC, Kim E, Laden F, Lall R, Larson TV, Liu H, Neas L, Pinto J, Stolzel M, Suh H, Hopke PK.  Workgroup report: workshop on source apportionment of particulate matter health effects--intercomparison of results and implications.  Environ Health Perspect. 2005 Dec;113(12):1768-74.

Ito K, Christensen WF, Eatough DJ, Henry RC, Kim E, Laden F, Lall R, Larson TV, Neas L, Hopke PK, Thurston GD.  PM source apportionment and health effects: 2. An investigation of intermethod variability in associations between source-apportioned fine particle mass and daily mortality in Washington, DC.  J Expo Sci Environ Epidemiol. 2006 Jul;16(4):300-10.

Mar TF, Ito K, Koenig JQ, Larson TV, Eatough DJ, Henry RC, Kim E, Laden F, Lall R, Neas L, Stolzel M, Paatero P, Hopke PK, Thurston GD. PM source apportionment and health effects. 3. Investigation of inter-method variations in associations between estimated source contributions of PM(2.5) and daily mortality in Phoenix, AZ.  J Expo Sci Environ Epidemiol. 2006. Jul;16(4):311-20.

Hopke PK, Ito K, Mar T, Christensen WF, Eatough DJ, Henry RC, Kim E, Laden F, Lall R, Larson TV, Liu H, Neas L, Pinto J, Stolzel M, Suh H, Paatero P, Thurston GD., PM source apportionment and health effects: 1. Intercomparison of source apportionment results.  J Expo Sci Environ Epidemiol. 2006 May;16(3):275-86.

Lall R and Thurston G. (2006).  Identifying and quantifying transported vs. local sources of New York City PM$_{2.5}$ fine particulate matter air pollution.  Atmospheric Environment, 40: S333–S346.

Ito K, Thurston GD, Silverman RA. Characterization of PM2.5, gaseous pollutants, and meteorological interactions in the context of time-series health effects models.  J Expo Sci Environ Epidemiol. 2007 Dec;17 Suppl 2:S45-60.

Kim JY, Burnett RT, Neas L, Thurston, G.D., Schwartz J, Tolbert PE, Brunekreef B, Goldberg MS, Romieu I.  Panel discussion review: session two--interpretation of observed associations between multiple ambient air pollutants and health effects in epidemiologic analyses.  J Expo Sci Environ Epidemiol. 2007 Dec;17 Suppl 2:S83-9.

Ross Z, Jerrett M, Ito K, Tempalski, Thurston G. A land use regression for predicting fine particulate matter concentrations in the New York City region. 2007.  Atmospheric Environment. 41: 2255-2269.

Jerrett M, Newbold KB, Burnett RT, Thurston G., Lall R., Pope C. A.  III, Ma R, De Luca P,  Thun M., Calle J, Krewski D.  Stoch. Environ. Res. Risk Assess.  Geographies of uncertainty in the health benefits of air quality improvements. 2007. Volume 21, No. 5: 511-522.

Ito  K,  Thurston  GD,  Silverman  RA.  Characterization  of  PM$_{2.5}$,  gaseous  pollutants,  and meteorological interactions in the context of time-series health effects models.  J Expo Sci Environ Epidemiol. 2007 Dec;17 Suppl 2:S45-60.

Bell ML, Davis DL, Cifuentes LA, Krupnick AJ, Morgenstern RD, Thurston GD.  Ancillary human health benefits of improved air quality resulting from climate change mitigation.  Environ Health. 2008 Jul 31;7:41.

Thurston GD, Bekkedal MY, Roberts EM, Ito K, Arden Pope C 3rd, Glenn BS, Ozkaynak H, Utell MJ.  (2009).  Use of health information in air pollution health research: Past successes and emerging needs.  J Expo Sci Environ Epidemiol. 2009 Jan;19(1):45-58. Epub 2008 Sep 10.

Jerrett M, Burnett RT, Pope C. A.  III, Ito K, <u>Thurston G.</u>, Krewski D., Shi Y., Calle J, Thun M.,  The Contribution of Long-Term Ozone Exposure to Mortality.  NEJM.  360;11 March 12, 2009.  PMID: 19279340.

Ying Z, Kampfrath T, Thurston G, Farrar B, Lippmann M, Wang A, Sun Q, Chen LC, Rajagopalan S. Ambient particulates alter vascular function through induction of reactive oxygen and nitrogen species.  Toxicol Sci. 2009 Sep;111(1):80-8. Epub 2009 Jan 30.

McKean-Cowdin R, Calle EE, Peters JM, Henley J, Hannan L, <u>Thurston GD</u>, Thun MJ, Preston-Martin S. Ambient air pollution and brain cancer mortality.  Cancer Causes Control. 2009 Nov;20(9):1645-51. Epub 2009 Aug 15.

Smith KR, Jerrett M, Anderson HR, Burnett RT, Stone V, Derwent R, Atkinson RW, Cohen A, Shonkoff SB, Krewski D, Pope CA 3rd, Thun MJ, Thurston G. Public health benefits of strategies to reduce greenhouse-gas emissions: health implications of short-lived greenhouse pollutants. Lancet. 2009 Dec 19;374(9707):2091-103. PMID: 19942276.

Chen L; Hwang J; Lall, R; Thurston, G; Lippmann, M. Alteration of cardiac function in ApoE-/- mice by subchronic urban and regional inhalation exposure to concentrated ambient PM 2.5. Inhalation toxicology. 2010 Jun;22(7):580-92.

Spira-Cohen A, Chen LC, Kendall M, Sheesley R, Thurston GD. (2010). Personal exposures to traffic-related particle pollution among children with asthma in the South Bronx, NY.  J Expo Sci Environ Epidemiol. 2010 Jul;20(5):446-56. Epub 2009 Oct 28.

Ito K, Mathes R, Ross Z, NádasA, Thurston G, and Matte T. Fine Particulate Matter Constituents Associated with Cardiovascular Hospitalizations and Mortality in New York City Environmental Health Perspectives (EHP). 2011 Apr; 119(4):467-73. [Epub Dec. 2010 ahead of print]

Lall R, Ito K, Thurston G.  Distributed Lag Analyses of Daily Hospital Admissions and Source-Apportioned Fine Particle Air Pollution. Environmental Health Perspectives (EHP). 2011 Apr; 119(4):455-60. PMC3080925.

Zhou J, Ito K, Lall R, Lippmann M, Thurston G. Time-series Analysis of Mortality Effects of Fine Particulate Matter Components in Detroit and Seattle. Environ Health Perspect. 2011 Apr;119(4):461-6. PMCID: PMC3080926.

Spira-Cohen A, Chen LC, Kendall M, Lall R, Thurston GD. Personal Exposures to Traffic-Related Air Pollution and Acute Respiratory Health Among Bronx School Children with Asthma. Environ Health Perspect. 2011 Apr;119(4):559-65. PMCID: PMC3080941.

Thurston G., Ito K, and Lall R.  A Source Apportionment of U.S. Fine Particulate Matter Air Pollution. Atmospheric Environment. 2011Aug. 45(24): 3924-3936. PMCID: PMC3951912.

Brauer M, Amann M, Burnett RT, Cohen A, Dentener F, Ezzati M, Henderson SB, Krzyzanowski M, Martin RV, Van Dingenen R, van Donkelaar A, Thurston GD. (2012).  Exposure Assessment for Estimation of the Global Burden of Disease Attributable to Outdoor Air Pollution.  Environ. Sci. Technol. 2012 Jan 17;46(2):652-60. PMID: 22148428.

Restrepo CE, Simonoff JS, Thurston GD, Zimmerman R (2012) Asthma Hospital Admissions and Ambient Air Pollutant Concentrations in New York City. Journal of Environmental Protection, Vol. 3 No. 9, 2012, pp. 1102-1116.

Murray CJ, Vos T, Lozano R, et al. (2012) Disability-adjusted life years (DALYs) for 291 diseases and injuries in 21 regions, 1990-2010: a systematic analysis for the Global Burden of Disease Study 2010.  Lancet. Dec 15; 380(9859):2197-223.

Lim S, Vos T, Flaxman A, et al. (2012) A comparative risk assessment of burden of disease and injury attributable to 67 risk factors and risk factor clusters in 21 regions, 1990-2010: a systematic analysis for the Global Burden of Disease Study 2010.  Lancet.  Dec 15;380(9859):2224-60.

Vos T, Flaxman AD, Naghavi M, Lozano R et al. (2012) Years lived with disability (YLDs) for 1160 sequelae of 289 diseases and injuries 1990-2010: a systematic analysis for the Global Burden of Disease Study 2010. Lancet Dec 15; 380(9859): 2163-96.

Trasande L, Wong K, Roy A; Savitz D, and Thurston, G (2013) Exploring prenatal outdoor air pollution, birth outcomes and neonatal health care utilization in a nationally representative

sample". J Expo Sci Environ Epidemiol. 2013 May-Jun;23(3):315-21. doi: 10.1038/jes.2012.124. Epub 2013 Jan 23.

Jerrett M, Burnett RT, Beckerman BS, Turner MC, Krewski D, Thurston G, Martin R, von Donkelaar A, Hughes E, Shi Y, Gapstur SM, Thun MJ, Pope CA 3rd. (2013) Spatial Analysis of Air Pollution and Mortality in California. Am J Respir Crit Care Med. Sep 1;188(5):593-9. PMID: 23805824

Murray CJ, Abraham J, Ali MK, Alvarado M, et al. (2013) US Burden of Disease Collaborators. The State of US Health, 1990-2010: Burden of Diseases, Injuries, and Risk Factors. JAMA. 2013 Aug 14;310(6):591-608. PMID: 23842577.

Lippmann M, Chen LC, Gordon T, Ito K, Thurston GD. (2013) National Particle Component Toxicity (NPACT) Initiative: Integrated epidemiologic and toxicologic studies of the health effects of particulate matter components. Res Rep Health Eff Inst. 2013 Oct;(177): 5-13.

Rice MB, Thurston GD, Balmes JR, Pinkerton KE. Climate Change: A Global Threat to Cardiopulmonary Health. Am J Respir Crit Care Med. 2014 Mar 1;189(5):512-9.

Vilcassim MJ, Thurston GD, Peltier RE, Gordon T. Black Carbon and Particulate Matter (PM2.5) Concentrations in New York City's Subway Stations. Environ Sci Technol. 2014 Dec 16;48(24):14738-45.

Solenkova NV, Newman JD, Berger JS, Thurston G, Hochman JS, Lamas GA. Metal pollutants and cardiovascular disease: mechanisms and consequences of exposure. Am Heart J. 2014 Dec;168(6):812-22.

Sarfaty M, Bloodhart B, Ewart G, Thurston GD, Balmes JR, Guidotti TL, Maibach EW. American Thoracic Society Member Survey on Climate Change and Health. Ann Am Thorac Soc. 2014 Dec 23.

Newman JD, Thurston GD; Cromar K; Guo, Yu; Rockman, Caron B; Fisher, Edward A; Berger, Jeffrey S. Particulate Air Pollution and Carotid Artery Stenosis. Journal of the American College of Cardiology. 2015:1-5.

Naghavi M; Wang H; Lozano R, et al., Global, regional, and national age-sex specific all-cause and cause-specific mortality for 240 causes of death, 1990-2013: a systematic analysis for the Global Burden of Disease Study 2013. Lancet. 2015:385(9963):117-171.

Mirowsky J. E., Jin L; Thurston G, Lighthall D, Tyner T, Horton L, Galdanes K, Chillrud S, Ross J, Pinkerton K, Chen LC, Lippmann M, Gordon T. In vitro and in vivo toxicity of urban and rural particulate matter from California. 2015-04-10; 1352-2310, Atmospheric Environment (Oxford) - id: 1522182.

GBD 2013 Risk Factors Collaborators. Global, regional, and national comparative risk assessment of 79 behavioural, environmental and occupational, and metabolic risks or clusters of risks in 188 countries. 1990-2013: a systematic analysis for the Global Burden of Disease Study 2013. Lancet. 2015 Dec 5;386(10010):2287-323.

Thurston G, Lippmann M. Ambient particulate matter air pollution and cardiopulmonary diseases. Semin Respir Crit Care Med. 2015 Jun;36(3):422-32.

Thurston GD, Ahn J, Cromar K, Shao Y, Reynolds H, Jerrett M, Lim C, Shanley R, Park Y, Hayes RB, Ambient Particulate Matter Air Pollution Exposure and Mortality in the NIH-AARP Diet and Health Cohort. Env. Health Persp. 2016 Apr;124(4):484-90. doi: 10.1289/ehp.1509676. Epub 2015 Sep 15

Gany F, Bari S, Prasad L, Leng J, Lee T, Thurston GD, Gordon T, Acharya S, Zelikoff JT. Perception and reality of particulate matter exposure in New York City taxi drivers. J Expo Sci Environ Epidemiol. 2016 May 11. doi: 10.1038/jes.2016.23. [Epub ahead of print]

Thurston GD, Burnett RT, Turner MC, Shi Y, Krewski D, Lall R, Ito K, Jerrett M, Gapstur SM, Diver WR, Pope CA. Ischemic Heart Disease Mortality and Long-Term Exposure to Source-Related Components of U.S. Fine Particle Air Pollution. Environ Health Perspect. 2016 Jun;124(6):785-94. doi: 10.1289/ehp.1509777. Epub 2015 Dec 2.

Sarfaty M, Kreslake J, Ewart G, Guidotti TL, Thurston GD, Balmes JR, Maibach EW. Survey of International Members of the American Thoracic Society on Climate Change and Health. Ann Am Thorac Soc. 2016 Oct;13(10):1808-1813.

GBD 2015 Risk Factors Collaborators. Global, regional, and national comparative risk assessment of 79 behavioural, environmental and occupational, and metabolic risks or clusters of risks, 1990-2015: a systematic analysis for the Global Burden of Disease Study 2015. Lancet. 2016 Oct 8;388(10053):1659-1724.

Thurston GD, Kipen H, Annesi-Maesano I, Balmes J, Brook RD, Cromar K, De Matteis S, Forastiere F, Forsberg B, Frampton MW, Grigg J, Heederik D, Kelly FJ, Kuenzli N, Laumbach R, Peters A, Rajagopalan ST, Rich D, Ritz B, Samet JM, Sandstrom T, Sigsgaard T, Sunyer J, Brunekreef B. A Joint ERS/ATS Policy Statement: What Constitutes An Adverse Health Effect Of Air Pollution? An Analytical Framework. *European Respiratory Journal.* 2017 Jan 11; 49(1).

Yinon L, Thurston G. An evaluation of the health benefits achieved at the time of an air quality intervention in three Israeli cities.. Environ Int. 2017 May;102:66-73.

Bayram H; Bauer AK; Abdalati W; Carlsten C; Pinkerton KE; Thurston GD; Balmes JR; Takaro TK. Environment, Global Climate Change, and Cardiopulmonary Health. *American Journal of Respiratory & Critical Care Medicine.* 2017 Mar 15; 195(6):718-724.

Lim CC, Thurston GD, Shamy M, Alghamdi M, Khoder M, Mohorjy AM, Alkhalaf AK, Brocato J, Chen LC, Costa M. Temporal variation of fine and coarse particulate matter sources in Jeddah, Saudi Arabia. J Air Waste Manag Assoc. 2017 Jun 21. [Epub ahead of print] PMID: 28635552.