# Exhibit 34

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 17-cv-1661-WJM-MEH
*Consolidated with* 17-cv-1679-WJM-MEH

SIERRA CLUB; ELYRIA AND SWANSEA NEIGHBORHOOD ASSOCIATION; CHAFFEE PARK NEIGHBORHOOD ASSOCIATION; and COLORADO LATINO FORUM,

Plaintiffs,

v.

FEDERAL HIGHWAY ADMINISTRATION, ELAINE CHAO, in her official capacity as Secretary of Transportation; and JOHN M. CARTER, in his official capacity as Division Administrator, Defendants,

v.

COLORADO DEPARTMENT OF TRANSPORTATION, and SHAILEN P. BHATT, in his official capacity as Executive Director of the Colorado Department of Transportation,

Defendant-Intervenors.

| EXHIBIT 34 |
|---|
| DECLARATION OF JONATHAN HELLER |
| (Case No. 17-cv-1679-WJM-MEH) |

ROBERT E. YUHNKE  (CO Bar No. 12686)
4050 SE Hosner Terrace
Gresham, OR 97080
(303) 499-0425
bob.yuhnke@prodigy.net

ANDREA S. GELFUSO  (CO Bar No. 19773)
2402 S. Holland Street
Lakewood Co 80227
(303) 955-1910
agelfuso6@gmail.com

GREGORY N. CORBIN  (CO Bar No. 48468)
Milligan Rona Duran & King LLC
1627 Vine St.
Denver, CO 80206
Tel. 720-414-2000
gnc@mrdklaw.com

COUNSEL FOR PETITIONERS

## DECLARATION OF JONATHAN HELLER

I, Jonathan Heller, declare that the following facts are true and correct, and are within my personal knowledge.

1. If called as a witness, I could and would testify competently to the facts stated herein. As to those matters that reflect an opinion, they reflect my personal opinion and judgment on the matter based on the years of educational and professional experience shown in my curriculum vitae ("CV"), and explained further in the qualifications presented in the attached report.

2. A current version of my CV is appended hereto as Attachment I.

3. I am a citizen of the United States and resident of Berkeley, California.

4. I currently am employed as Co-Director of Human Impact Partners (HIP), a non-profit company working to provide resources and tools to inform public decisionmaking regarding the opportunities for designing public policies and programs to enhance community health, and to empower communities to understand how health can be integrated into public decisionmaking to enhance community well-being.

5. I earned a B.A., *cum laude,* degree in applied mathematics from Harvard University (1989), and a Ph.D. in biophysics from the University of California, Berkeley (1997).

6. I have played a leading role in the development of Health Impact Assessment ("HIA") as a decisionmaking tool in the United States.

7. I have participated in the application of HIA methodologies and procedures on behalf of government agencies and community organizations who have an interest in understanding the implications that public decisions will have on community health.

8. I have participated in the preparation of HIAs for numerous assessments of policies, programs and projects, including transportation projects. I am the co-author of a HIA prepared for the expansion of the I-710 expressway linking the ports of Los Angeles and Long Beach to intermodal transportation hubs throughout the Los Angeles basin.

9. I have co-authored widely cited guidance for HIA practioners, including: *Minimum Elements and Practice Standards for Health Impact Assessment*[12] and *Promoting Equity through the Practice of Health Impact Assessment.*[3]

---

[1] Bhatia R, Farhang L, Heller J, Lee M, Orenstein M, Richardson M and Wernham A. (2014). *Minimum Elements and Practice Standards for Health Impact Assessment, Version 3.* Retreived from: https://hiasociety.org/resources/Documents/HIA-Practice-Standards-September-2014.pdf
[2] Stakeholder Participation Working Group of the 2010 HIA in the Americas Workshop. (2011). *Best Practices for Stakeholder Participation in Health Impact Assessment.* Oakland, CA, October 2011. Retreived from: https://hiasociety.org/resources/Documents/guide-for-stakeholder-participation.pdf

10. I co-founded and served as the first President of the Society of Practitioners of Health Impact Assessment (SOPHIA). SOPHIA is an association of individuals and organizations providing leadership and promoting excellence in the practice of health impact assessment with world-wide membership. In that capacity I helped advance the principles and methodologies that are now applied in the practice of HIA.

11. At the request of the Sierra Club, I prepared the report: *Health Impact Assessment: A Tool To Support Decision Making For Transportation Projects* (March 1, 2018). A true and correct copy of the report is attached hereto as Attachment A, and incorporated herein by reference.

12. This report has been prepared at the request of the Petitioners to assist the Court in understanding what analytical principles and procedures are implemented when a HIA is performed, and the role that HIA can play in helping decision makers understand the health status of communities, how that health status may be affected, for the better or the worse, by programs, projects or actions proposed by agencies or private actors, and how to assess alternatives or mitigation strategies with respect to minimizing adverse impacts or restoring and enhancing community health.

---

[3] Heller J, Malekafzali S, Todman LC, and Wier M. (2013). *Promoting Equity through the Practice of Health Impact Assessment.* Retreived from: https://hiasociety.org/resources/Documents/HIA-Promoting-Equity.pdf

I declare pursuant to 28 U.S.C. § 1746, subject to the penalty of perjury under the laws of the United States, that the above stated facts, and the facts stated in the report attached hereto, incorporated herein and identified as Attachment A, are true and correct to the best of my knowledge and belief.

Executed at Oakland, California, this 6TH day of March, 2018.

_____

**Jonathan C. Heller**

# Exhibit 34
# Attachment – 1

**Jonathan C. Heller**
304 12th Street, Suite 2B
Oakland, CA 94607
(510) 452 9442 (o)
jch@humanimpact.org

## Education

**University of California**                                     Berkeley, CA
*1993 - 1997*. Ph.D., Biophysics.

**Harvard University**                                     Cambridge, MA
*1985 - 1989*.  B.A., *Cum Laude*, Applied Mathematics.

## Experience

**Human Impact Partners**                              Co-Director & Co-Founder
*2006 – Present*. HIP, a non-profit, is working to transform the policies and places people need to live healthy lives by increasing the consideration of health and equity in decision making. Through research, advocacy, and capacity building, HIP brings the power of public health science to campaigns and movements for a just society.

Responsibilities
- Oversee and guide the organization and its strategic direction;
- Build relationships with partnering organizations including community organizations and public agencies;
- Built awareness among elected officials and the general public regarding the connections between health and policy;
- Guide HIP's Health Impact Assessments (HIAs) and other public health research projects;
- Conduct HIA training and mentoring;
- Grant writing and other fundraising;
- Overseeing day-to-day operations of HIP and organizational development;
- Personnel management.

Accomplishments
- Human Impact Partners has established itself as a nationally recognized authority in the field of Health Impact Assessment and has become known for our focus on equity and community empowerment;
- Built relationships and secured funding for carrying out HIAs and similar projects across the country and at the federal level;
- Built HIP to a staff of 13 FTEs;
- Completed over twenty HIA and Health in All Policies projects on a variety of policies, including those related to criminal justice, economic security, education, and built environment;
- Influenced project, planning, and policy decisions in ways that will improve health and reduce inequities;
- Conducted over 20 HIA trainings and provided technical assistance to over 15 organizations, nation-wide, conducting HIAs.

**Society of Practitioners of Health Impact Assessment (SOPHIA)**          President
*2011 – 2015*. SOPHIA is an association of individuals and organizations providing leadership and promoting excellence in the practice of health impact assessment with world-wide membership. I helped found SOPHIA and served as its first President. SOPHIA currently has over 500 members and offers a variety of services to those members.

**Predicant Biosciences**                 Vice President, Information and Project Planning
*2002 – 2005*.

**SurroMed**
*2000 – 2002*.                                                             Director, Informatics

**Exelixis**
*1999 – 2000*.                                                           Research Scientist II
*1998 – 1999*.                                                            Research Scientist I
*1997 – 1998*.                                                Associate Research Scientist II

**Peace Corps**, Papua New Guinea                                                    Volunteer
*1990 – 1992*.  Taught high school science and mathematics.  Chaired science department.
Supervised dormitories for 150 boarding students.  Raised funds and initiated construction of school
water supply.  Had chloroquine-resistant malaria twice.

**Awards**
*1993 – 1997*.  Howard Hughes Medical Institute Predoctoral Fellow
*1993*.  National Science Foundation Fellowship (declined)
*1987 and 1989*.  Harvard College Scholarship

**Selected Publications**
**J. Heller**, R. Larsen, A.C. Kolbert, M. Ernst, M. Baldwin, S.B. Prusiner, D.E. Wemmer, A. Pines.
(1996)  Application of rotational resonance to inhomogenously broadened systems. *Chem. Phys.
Lett*., **251**, 223.

**J. Heller**, A.C. Kolbert, R. Larsen, M. Ernst, T. Bekker, M. Baldwin, S.B. Prusiner, A. Pines, D.E.
Wemmer. (1996) Solid-state NMR studies of the prion protein H1 fragment. *Protein Science*, **5**, 1655.

**J. Heller**, D.D. Laws, M. Tomaselli, D.S. King, D.E. Wemmer, A. Pines, R.H. Havlin, E. Oldfield.
(1997) Determination of dihedral angles in peptides through experimental and theoretical studies of $\alpha$-
carbon chemical shielding tensors. *JACS*, **119**, 7827.

**J. Heller**, A. Heller.  (1998) On the loss of activity or gain in stability of oxidases upon their
immobilization in hydrated silica: significance of the electrostatic interactions of surface arginine
residues at the entrances of the reaction channels. *JACS*, **120**, 4586.

A.P. Sassi, F. Andel, H.M. Bitter, M.P. Brown, R.G. Chapman, J. Espiritu, A.C. Greenquist, I. Guyon,
M Horchi-Alegre, K.L. Stults, A. Wainright, **J.C. Heller**, J.T. Stults.  (2005) An automated, sheathless
capillary electrophoresis-mass spectrometry platform for the discovery of biomarkers in human
serum.  *Electrophoresis*, **16**, 1500.

P. de Valpine, H.M. Bitter, M.P. Brown, **J.C. Heller**. (2009) A simulation-approximation approach to
sample size planning for high-dimensional classification studies.  Biostatistics. **10**, 424.

E.C. Harris, A. Lindsey, **J.C. Heller**, K. Gilhuly, M. Williams, B. Cox, J. Rice. (2009) Humboldt County
General Plan Update Health Impact Assessment: A Case Study.  *Environmental Justice*, **2**, 127.

**J.C. Heller**, S. Satinsky, J. Lucky, B. Dennison. (2014) Where Health, Planning, and Community
Empowerment Meet: A Rapid Health Impact Assessment Model and its Application in Los Angeles.
*Critical Planning*, 21, 65.

**J.C. Heller**, M.L. Givens, T.K. Yuen, S. Gould, M. Benkhalti Jandu, E. Bourcier, T Choi. (2014)
Advancing Efforts to Achieve Health Equity: Equity Metrics for Health Impact Assessment Practice.
*Int. J. Environ. Res. Public Health*, **11**(11), 11054-11064.

# Exhibit 34
# Attachment – A

**Health Impact Assessment:**
**A Tool To Support Decision Making For Transportation Projects**
**March 1, 2018**


**By:**
**Jonathan Heller, Ph.D.**


**Introduction**

This report has been prepared at the request of the Petitioners to assist the Court in understanding what analytical principles and procedures are implemented when a Health Impact Assessment (HIA) is performed, and the role that HIA can play in helping decision makers understand the health status of communities, how that health status may be affected, for the better or the worse, by programs, projects or actions proposed by agencies or private actors, and how to assess alternatives or mitigation strategies with respect to minimizing adverse impacts or restoring and enhancing community health. This testimony reviews the development of HIA as a decision-making tool during the last decade, and its applicability to transportation decision making. Notably this development includes the adoption by the Federal Highway Administration and the U.S. Department of Transportation of policies and guidelines that recognize the value of this methodology as a decision-making tool, and encourage application of the analytical approaches used in HIA for decision making in the transportation context. These analytical approaches are highly appropriate for assessing health impacts in the I-70 context, but despite public comments requesting that HIA be included in the review of I-70 Project impacts and the evaluation of alternatives and mitigation, the analytical approaches inherent in HIA have not been applied in this case.

**Background and Qualifications**

I am Co-Founder of Human Impact Partners (HIP). HIP is a recognized national leader in the field of Health Impact Assessment. We co-founded and have led the Society of Practitioners of Health Impact Assessment and have co-authored widely cited guidance for the field, including: *Minimum Elements and Practice Standards for Health Impact Assessment*;[1] *Guidance and Best Practices for Stakeholder Participation in Health*

---

[1] Bhatia R, Farhang L, Heller J, Lee M, Orenstein M, Richardson M and Wernham A. (2014). *Minimum Elements and Practice Standards for Health Impact Assessment, Version 3*. Retreived from: https://hiasociety.org/resources/Documents/HIA-Practice-Standards-September-2014.pdf

*Impact Assessments*;[2] and *Promoting Equity through the Practice of Health Impact Assessment*.[3]

I served as HIP's first Executive Director from 2006 to 2012, and since have served as one of its two Co-Directors. Under my leadership, HIP has become a national leader in research and capacity building focused on policies that enhance the social and environmental determinants of health. Our work is commited to empowering communities by helping them access the data, analytical tools and capacity to advance policies and measures that will enhance community health and well-being. Since co-founding HIP, I have worked with government agencies, community groups, and others to use a public health lens to advance policy change in criminal justice, economic security, education, immigration, housing and transportation. I provide training and technical assistance on Health Impact Assessment and Health in All Policies, and support public health departments to develop leadership and capacity to advance community health.

I served as President of the Society of Practitioners of Health Impact Assessment (SOPHIA) from 2011 to 2015.

Human Impact Partners provides tools that empower communities to transform the places people live and play to support healthy living by increasing community awareness of social and environmental factors that diminish or impair health, and identifying policies and practices that are available to enhance and promote health in decision making. We have conducted public health research projects, including HIA and Health in All Policies projects, on the local, state and federal levels – with experience supporting communities across the country from Hawaii to Maine. Findings from our research and our recommendations have been applied by decision makers to integrate health benefits into policymaking, planning, and project design and implementation. To date, HIP has conducted over 50 HIA projects in many domains, including transportation and land use. We have also provided training and technical assistance to government agencies and non-governmental organizations in over 30 states as they conduct their first HIAs. HIP has successfully assisted these partners as they apply the HIA process to identify potential health benefits, and develop policies to improve health and reduce health inequities.

---

[2] Stakeholder Participation Working Group of the 2010 HIA in the Americas Workshop. (2011). *Best Practices for Stakeholder Participation in Health Impact Assessment*. Oakland, CA, October 2011. Retreived from: https://hiasociety.org/resources/Documents/guide-for-stakeholder-participation.pdf
[3] Heller J, Malekafzali S, Todman LC, and Wier M. (2013). *Promoting Equity through the Practice of Health Impact Assessment*. Retreived from: https://hiasociety.org/resources/Documents/HIA-Promoting-Equity.pdf

**Definition and Background of Health Impact Assessment**

HIA is a decision support tool that provides a methodology for factoring evidence-based health considerations into a decision-making process. It provides evidence of adverse health outcomes and the factors present in a community that contribute to adverse health outcomes that can be used by decision makers to identify actions and policies that will protect and promote health and reduce adverse health outcomes. HIA is defined by the National Research Council as a "systematic process that uses an array of data sources and analytic methods, and considers input from stakeholders to determine the potential effects of a proposed policy, plan, program, or project on the health of a population and the distribution of those effects within the population. HIA provides recommendations on monitoring and managing those effects."[4]

HIA promotes a broad definition of health in line with the World Health Organization's understanding of health as achieving a state of complete physical, mental, and social well-being that is greater than the absence of disease or infirmity.[5] The HIA process provides evidence-based recommendations to eliminate or minimize disproportionate health effects, avoid or mitigate potential adverse effects, and amplify potential health benefits of a proposed decision.

HIA is a decision-making procedure designed to integrate five internationally recognized principles: democracy, equity, sustainable development, the ethical use of evidence, and a comprehensive approach to health.[6] These principles are accomplished through procedures that are either required by the National Environmental Policy Act (NEPA), or consistent with the policies and procedures embedded in NEPA. Quigley, et al. define these principles as follows:[7]

> Democracy - emphasizing the right of people to participate in the formulation making of proposals and making decisions that affect their life, both directly and through elected decision makers. In adhering to this value, the HIA should involve and engage the public by making available and comprehensible relevant information about health, and by informing decision makers of the health consequences of available policies and programs and project alternatives.

---

[4] National Research Council. (2011). *Improving Health in the United States: The Role of Health Impact Assessment.* Washington, D.C.: The National Academies Press.
[5] World Health Organization. (1946). Constitution Of The World Health Organization. Retrieved from: http://apps.who.int/gb/bd/PDF/bd47/EN/constitution-en.pdf?ua=1
[6] Quigley, R., den Broeder, L., Furu, P., Bond, A., Cave, B. & Bos, R. (2006). Health Impact Assessment. International Best Practice Principles. Special Publication Series Number 5, International Association for Impact Assessment: Fargo USA.
[7] Ibid.

Equity - emphasizing the desire to reduce inequity that results from avoidable differences in the health determinants and/or health status within and between different population groups. In adhering to this value, HIA should consider the distribution of health impacts across populations, paying specific attention to vulnerable groups and recommend ways to improve the proposed development for affected groups.

Sustainable development - emphasizing that development meets the needs of the present generation without compromising the ability of future generations to meet their own needs. In adhering to this value, the HIA method should judge short- and long-term impacts of a proposal and provide those judgments within a time frame to inform decision makers.

Ethical use of evidence - emphasizing that transparent and rigorous processes are used to synthesize and interpret the evidence, that the best available evidence from different disciplines and methodologies is utilized, that all evidence is valued, and that recommendations are developed impartially. In adhering to this value, the HIA method should use evidence to judge impacts and inform recommendations; it should not set out to support or refute any proposal, and it should be rigorous and transparent.

Comprehensive approach to health - emphasizing that physical, mental and social well-being is determined by a broad range of factors from all sectors of society (known as the wider determinants of health). In adhering to this value, the HIA method should be guided by the wider determinants of health.

**Milestones of HIA in the United States and Colorado**

HIA has been used worldwide. Long established in Europe, Australia, and New Zealand, in more recent decades it has gained momentum in the U.S., including in Colorado. The first HIA in the U.S. was completed in 1999. As of 2017, there were 422 HIAs completed or in progress in the U.S.

Major steps in setting the stage for HIA in the U.S. and in Colorado include:
- In 1969, NEPA required that environmental effects be evaluated in any "major federal action significantly affecting the quality of the human environment".[8]
- In 1999, a regional office of the World Health Organization released a consensus paper identifying core principles of HIA and creating common understanding of HIA practice.[9] That same year the San Francisco Department of Public Health conducted the first HIA in the U.S.

---

[8] Dannenberg, AL. (October 2016). A brief history of health impact assessment in the United States. *Chronicles of Health Impact Assessment*;1(1). Retrieved from: https://journals.iupui.edu/index.php/chia/article/view/21348/20635

[9] European Centre for Health Policy. Health impact assessment: main concepts and suggested approach. Gothenburg consensus paper. Brussels: WHO European Centre for Health Policy. 1999. Retrieved from: http://www.impactsante.ch/pdf/HIA_Gothenburg_consensus_paper_1999

- In 2007, the first HIA in Colorado was completed, examining the proposed redevelopment of the Derby District in Colorado's Commerce City commercial core.
- In 2008, a working group released the first version of HIA practice standards specifically for the U.S. That same year, the Washington State legislature required an HIA for a bridge replacement -- the first required HIA in the U.S.
- In 2009, the Massachusetts legislature required HIA specifically for certain kinds of transportation projects.
- In 2014, Denver City Council called for making HIAs a standard component of all neighborhood plans, and to budget accordingly for them.

**Federal Agency Support for HIA as Decision-making Tool**

The U.S. Department of Transportation (U.S. DOT) and U.S. Environmental Protection Agency (EPA) are among the federal agencies that call for including a robust, systematic approach to assessing impacts on public health and that identify HIA or the principles and analytical methods embedded in HIA as an appropriate tool to support decision making.

The U.S. DOT has undertaken an extended investigation of methods and tools for integrating health into transportation decision making. Beginning with an inter-administration working group first assembled in 2012, U.S. DOT acknowledged that "Transportation can affect human health, either positively or negatively….", and that "Air Quality" is a critical factor: "Transportation planning that reduces vehicle emissions improves air quality for everyone. The populations that benefit most from cleaner air are children, older adults, and individuals with respiratory diseases."[10] FHWA explained that "[s]everal public health considerations, like air quality and safety, are routinely addressed through the planning and NEPA project development process, and these are important considerations that guide project design."[11]

In its 2014 FAQ, FHWA announces the development of a "Framework for Health in Corridor Transportation Planning." "The goal for this framework is to provide information that transportation professionals need to incorporate health into their corridor planning process."[12] The Framework provides guidance specifically aimed at addressing health in the context of corridor projects.[13] The Framework directs decision makers "to

---

[10] U.S. Department of Transportation website. Retrieved from:
https://www.fhwa.dot.gov/planning/health_in_transportation/faq/faq.pdf
[11] *Id.,* p.2.
[12] *See* FAQ 9, p.5.
[13] U.S. Department of Transportation website. Retrieved from:
https://www.fhwa.dot.gov/planning/health_in_transportation/planning_framework/the_framework/fhwahep16014.pdf

understand how incorporating health will impact the transportation priorities and investments. Goal setting can formalize the intent to incorporate health."[14]

To understand how incorporating health will impact transportation decisions, the Framework poses questions for decision makers to answer:

> What is the full range of strategies to address the needs and priorities identified for the corridor? Which strategies are most relevant to the transportation needs? Which strategies support desirable health outcomes? Which strategies address both the transportation needs and the desired health outcomes? Which strategies will be evaluated? What is potential impact of the desired health outcome on the community/target population? Can the health outcome be measured quantitatively? If not, how will it be evaluated? Is the desired health outcome needed by the corridor population? Do they care about this outcome? Does the desired health outcome address health disparities among the population in this corridor? How long will it take transportation interventions to result in measurable health change? Can health impacts on individual population groups be measured? If so, who will be responsible measuring? How will the information collected be used?[15]

> How will health in the community change if this alternative is implemented? How much change is anticipated and over what timeframe? Do the alternatives meet the needs of specific population groups? Do the alternatives disproportionally affect (positively or negatively) the health of specific population groups?[16]

These questions establish a framework for assessing health impacts under NEPA. Answering these questions requires an investigation that HIA is designed to answer. U.S. DOT also developed a "Transportation and Health Tool (THT) – Cleaner Air."[17] The Health Tool[18] references HIA as an available methodology for transportation projects to pursue in an effort to improve health, and provides HIA resources and examples.[19]

In 2015 the EPA's Office of Federal Activities advised regions to urge the use of HIA as a tool to fulfill NEPA obligations to consider health. EPA stated:[20]

---

[14] *Id.,* p. 14.
[15] *Id.,* p. 25.
[16] *Id.,* p. 29.
[17] U.S. Department of Transportation website. Retrieved from:
https://www.transportation.gov/mission/health/cleaner-air
[18] U.S. Department of Transportation website. Retrieved from:
https://www.transportation.gov/mission/health/proximity-major-roadways
[19] U.S. Department of Transportation website. Retrieved from:
https://www.transportation.gov/mission/health/Health-Impact-Assessment
[20] Bromm, SE. (November 10, 2015). *Promoting the Use of Health Impact Assessment to Address Human Health in Reviews Conducted Pursuant to the National Environmental Policy Act and Section 309*

The practice of HIA has been seen as a way to not only enhance human health considerations in the NEPA process, but also ensure considerations of environmental justice and children's health (as called for in Executive Orders 12898 and 13045) due to its ability to:

- Provide the lead agencies and other stakeholders with information on the potential health effects of a proposed action and its alternatives, through the broad considerations of impacts to health and health determinants and deliberative engagement of community members and other stakeholders throughout the HIA process;
- Identify disproportionate human health and/or environmental health effects, including high and adverse impacts, of a proposed action and its alternatives on minor and tribal populations, low-income populations, and vulnerable populations, such as children and the elderly, and develop recommendations to address those effects; and
- Develop recommendations to promote the health benefits of a proposed action and its alternatives and/or mitigate against potential negative health impacts before the action is implemented.

In 2008, EPA Region 9 requested that the California Department of Transportation conduct an HIA in planning an expansion to Interstate 710 (1-710) Corridor Project in Los Angeles County, California. In its explanation, the EPA cited the value of HIA in considering more complex health impacts and those to low-income and minority communities, which may go unexamined in other assessment tools, stating:

> Low-income and minority communities are potentially experiencing more health impacts than would be predicted using traditional risk assessments. An HIA is a potential tool for examining this complex issue. HIAs look at health holistically, considering not only biophysical health effects, but also broader social, economic, and environmental influences. HIAs also explicitly focus on health benefits and the distribution of health impacts within a population. HIAs strive to anticipate potential impacts for decision-makers and to deliver a set of concrete recommendations targeted at minimizing health risks and maximizing benefits.

> EPA recently recommended that the Ports of Los Angeles and Long Beach consider development of port-wide HIAs. Given the magnitude and complexity of potential health impacts related to Port projects and the critical role the 1-710 Corridor serves accommodating freight traffic to and from the Ports, EPA recommends that Caltrans partner with the Ports, the Army Corps

---

*of the Clean Air Act.* [Memorandum]. Washington, DC: U.S. Environmental Protection Agency. Retrieved from: https://www.epa.gov/sites/production/files/2016-03/documents/hia_memo_from_bromm.pdf

of Engineers, the local health department and the local community to conduct an HIA which encompasses this project and all upcoming Port expansion projects.

## HIA and NEPA

When enacting NEPA, Congress emphasized protecting and enhancing public health as one of its goals. To fulfill these health goals, agencies need a tool to assess and weigh the impacts that federal actions will have on health. HIA provides a tool for integrating health into the review of impacts on the human environment.

In "Public Health Analysis Under the National Environmental Policy Act", [21] Wernham and Bear discuss the statutory and regulatory context for assessing health impacts:

> The inclusion of a robust, systematic approach to public health is supported by several sources that include: NEPA, regulations issued by the Council on Environmental Quality (CEQ) – the agency in the Executive Office of the President charged with overseeing implementation of NEPA – Executive Orders 12898 and 13045, and available guidance on NEPA and environmental justice.

> *Congressional Intent of NEPA*
> In using the term "human environment," Congress signaled that protection of human communities was a fundamental purpose of the legislation. In the debates leading to NEPA's enactment, Senator Henry Jackson said, "When we speak of the environment, basically, we are talking about the relationship between man and these physical and biological and social forces that impact upon him. A public policy for the environment basically is not a public policy for those things out there. It is a policy for people."

> *Health in NEPA*
> NEPA mentions health a total of six times. These include the following:
> - Among NEPA's fundamental purposes is: "promote efforts which will prevent or eliminate damage to the environment and biosphere and stimulate the health and welfare of man." NEPA § 102 [42 USC § 4321]
> - NEPA is intended, furthermore, to: "assure for all Americans safe, healthful, productive, and aesthetically and culturally pleasing surroundings." [42 USC § 4331]
> - And finally to: "attain the widest range of beneficial uses of the environment without degradation, risk to health or safety, or other undesirable and unintended consequences." [42 USC § 4331]

> *Health in the CEQ Regulations*

---

[21] Wernham, A and Bear, D. (January 2010) "Public Health Analysis Under The National Environmental Policy Act."

Several general provisions of CEQ's NEPA regulations support the inclusion of health.

First, agencies respond to substantive public concerns in the Draft Environmental Impact Statement (DEIS) [40 CFR § 1503.4]. When, therefore, an agency can anticipate substantive health concerns based on scoping, it is sensible to include these issues for analysis in the DEIS.

Second, in determining whether an effect may qualify as "significant" (and therefore require analysis in an EIS) one of the factors that agencies should consider is "the degree to which the effects on the human environment are likely to be highly controversial" [40 CFR § 1508.27 (b) 4]. Commonly, health often figures among the strongest concerns expressed by affected communities.

The CEQ regulations also specifically define health as one of the effects that must be considered in an EIS or its preceding Environmental Assessment. In defining "effects," the regulations say, "Effects includes ecological, aesthetic, historic, cultural, economic, social, or health, whether direct, indirect, or cumulative." [40 C.F.R. § 1508.8] And, the regulations instruct agencies to consider "the degree to which the proposed action affects public health or safety" in determining significance. [40 C.F.R. § 1508.27]

*Health in Executive Orders*
Executive Order 12898 instructs agencies to: "make achieving environmental justice part of its mission by identifying and addressing, as appropriate, disproportionately high and adverse human health or environmental effects of its programs, policies, and activities on minority populations and low-income populations in the United States."

Similarly, Executive Order 13045 states that agencies must: "make it a high priority to identify and assess environmental health risks and safety risks that may disproportionately affect children; and ... shall ensure that its policies, programs, activities, and standards address disproportionate risks to children that result from environmental health risks or safety risks."

*Statements relevant to NEPA-based health analysis in Federal Guidance*
CEQ guidance on implementing Executive Order 12898 contains several suggestions relevant to public health analysis, including:
- Lead agencies should involve public health agencies and clinics
- Agencies should review relevant public health data (as with any resource)
- Agencies should consider how interrelated cultural, social, occupational, historical, or economic factors may contribute to health effects of the proposed action and alternatives.

## HIA Differs From Other Health Assessment Tools
HIA is different from other forms of stand-alone assessment and forecasting methods that may be used within a HIA.

HIA is designed to provide a comprehensive analysis of health, including baseline health status and likely causes of adverse health outcomes, identifying disparate outcomes among communities or groups, evaluating impacts of a proposed action, and assessing the impacts and benefits of alternatives and mitigation.

*Health Risk Assessment*

Health Risk Assessment (HRA), as practiced, is a quantitative analytic method used to characterize the nature and magnitude of health risks associated with exposures to chemical contaminants and other environmental substances and processes. HRA is limited to characterizing cause and effect relationships. HRAs typically analyze discrete relationships between exposure to a single environmental contaminant (e.g., diesel) and a single health outcome (e.g., lung cancer). Health risk assessment conclusions can be used within HIA to forecast effects of specific exposures, but do not provide sufficient information about health impacts to make well-informed decisions.

*Community Health Assessment*

According to the National Association of County and City Health Officials (NACCHO),[22] a "community health assessment is a process that uses quantitative and qualitative methods to systematically collect and analyze data to understand health within a specific community." Community Health Assessment (CHA) is not a forecasting tool that makes predictions about the impacts of a proposed project, plan, or policy. Data from a CHA can be used in the assessment phase of an HIA to describe baseline community health conditions. The disparate health outcomes reported by the Denver Department of Environmental Health (DEH) for the residents for Globeville, Elyria and Swansea bordering I-70[23] provides the data a community health assessment would provide. FHWA recognized its value when it acknowledged in the Final EIS for the I-70 Project that the DEH report adequately described the health status of the affected community. Health status provides baseline data that serves as the starting point for an HIA, but is not a substitute for assessing the changes in health status that will result from a proposed action.

---

[22] National Association of County and City Health Officials website. Retrieved from: http://archived.naccho.org/topics/infrastructure/community-health-assessment-and-improvement-planning/upload/Definitions.pdf

[23] City and County of Denver, Department of Public Health and Environment. (2018). Health Impact Assessment. Retrieved from: https://www.denvergov.org/content/denvergov/en/environmental-health/community-health/health-impact-assessment.html

**Overview of the HIA Process**

In addition to guidance from the World Health Organization, the field of HIA in the U.S. uses *the Minimum Elements & Practice Standards for Health Impact Assessment*,[24] (*Practice Standards*) guidelines developed by a workgroup of expert HIA practitioners in the U.S. The document, now in its third iteration, identifies the essential elements that constitute an HIA and sets benchmarks for how an HIA can best be conducted. It describes 8 overarching standards, including for the process overall and for each step of HIA.

A typical HIA has the following 6 steps:

1. Screening – Determine the value and need for HIA
2. Scoping – Clarify and prioritize issues to focus on in the HIA, methods for analysis, and a work plan
3. Assessment – Two parts that include: a) Conducting research on existing (i.e., baseline) conditions; b) Identifying the effects of the project, plan, or policy on health
4. Recommendations – Identify actions to address any harms identified
5. Reporting – Write a report and communicate its findings and recommendations
6. Monitoring & Evaluation – Track how the HIA affected decision-making processes, the actual decision, and effects of the project on health

**The Assessment Step of HIA**

In the Assessment step, the *Practice Standards* call for a summary of current conditions and an assessment of how those conditions would change if the project were implemented as planned:

> 4.1 Assessment should include, at a minimum, a summary of existing (baseline) conditions and an assessment of health impacts.
> 4.2 Existing conditions should present a profile of relevant health status and health determinants among the affected communities. The existing conditions should also document known population health vulnerabilities including evidence of poor health status among affected communities.

HIAs identify baseline adverse health outcomes relevant to the proposal being analyzed, and distinguish proposal-related health outcomes from outcomes related to other factors that may shape health.

---

[24] Bhatia R, Farhang L, Heller J, Lee M, Orenstein M, Richardson M and Wernham A. Minimum Elements and Practice Standards for Health Impact Assessment, Version 3. September, 2014. Retrieved from: https://hiasociety.org/resources/Documents/HIA-Practice-Standards-September-2014.pdf

The *Practice Standards* also call for practitioners to use the best available evidence to fulfill the existing conditions and prediction aspects of Assessment, which may include both qualitative and quantitative methods. Specifically, the Practice Standards say:

> 4.3 Assessment of health impacts should be based on a synthesis of the best available evidence. This means:
>> 4.3.1 Evidence considered may include existing data, empirical research, professional expertise and local knowledge, and the products of original investigations.
>> 4.3.2 When available, practitioners should utilize evidence from well-designed and peer-reviewed systematic reviews.
>> 4.3.3 HIA practitioners should consider evidence both supporting and refuting particular health impacts.
>> 4.3.4 The expertise and experience of affected members of the public (local knowledge), whether obtained via the use of participatory methods, collected via formal qualitative research methods, or reflected in public testimony, comprise a legitimate source of evidence.

When making quantitative assessments in HIA, exposure data is combined with risk data to estimate health outcomes. The ability to make quantitative assessments depends on whether the health effects literature is sufficiently well-developed to allow risks to be quantified. HIA does not generate the risk data; instead, it applies risk data that already exists.

In the case of a highway project, for example, the changes in exposure can be reasonably well quantified using the EPA models used by FHWA to estimate the impact of Project emissions on compliance with the ambient air quality standards: i.e., the MOVES model for estimating emissions from traffic, and AERMOD to quantify expected concentrations in the community surrounding an existing facility and the proposed facility. The baseline exposure and expected future exposure can be compared to determine the likely change in exposure. For most pollutants regulated under the Clean Air Act, a large body of research has been published that EPA relies upon to set air quality standards,[25] or to determine health risks.[26]

When health impacts have not yet been related to quantitative risks, the inability to quantify impacts does not indicate that there will be no impacts, only that they cannot be

---

[25] As the scientific basis for setting National Ambient Air Quality Standards (NAAQS), the Clean Air Act requires that EPA periodically review the science and publish its findings. 42 U.S.C. § 7408. EPA publishes an *Integrated Science Assessment* that comprehensively reviews the scientific research related to the health effects of the regulated pollutant published since the prior *ISA*.
[26] For pollutants not governed by a NAAQS, EPA maintains the Integrated Risk Information System database that makes available information regarding the human health risks associated with exposure to toxic pollutants. Retrieved from: https://www.epa.gov/iris

quantified using currently available risk data or with available methods. Qualitative assessment is used under these circumstances so that these impacts can be taken into account by decision makers, rather than having potentially significant impacts ignored for lack of quantification.

For data gathered through quantitative or qualitative methods, the *Practice Standards* describe that the strength of the evidence should be rated:

> 4.3.5 In summarizing the quality of evidence for each pathway, the HIA should rate the strength of evidence based on best practices for the relevant field (i.e., standards for meta-analysis, epidemiologic studies, qualitative methods, or others as appropriate).
>
> 4.3.6 Practitioners should acknowledge where evidence is insufficient to evaluate or judge health effects identified as priority issues in the screening and scoping stage of HIA.

> 4.4 To support determinations of impact significance, the HIA should characterize health impacts using parameters such as (but not limited to) direction, severity, magnitude, likelihood, and distribution within the population. These can be understood as follows:
> Direction: Whether the potential change would be beneficial or adverse
> Severity: More severe effects include those that are disabling, life-threatening, and permanent
> Magnitude: How widely the effects would be spread within a population or across a geographical area
> Likelihood: How likely it is that a given exposure or effect will occur.

The *Practice Standards* also describe that HIA should be explicit in identifying assumptions, strengths, and limitations of data and methods used:

> 4.5 Assessment of health impacts should explicitly acknowledge methodological assumptions as well as the strengths and limitations of all data and methods used.
> 4.5.1 The HIA should identify data gaps that prevent an adequate or complete assessment of potential impacts.
> 4.5.2 Assessors should describe the uncertainty in predictions.
> 4.5.3 Assumptions or inferences made in the context of modeling or predictions should be made explicit.
> 4.5.4 Justification for the selection or exclusion of particular methodologies and data sources should be made explicit (e.g., resource constraints).
> 4.5.5 The HIA should acknowledge when available methods were not utilized and why (e.g., resource constraints).
> 4.6 The lack of formal, scientific, quantitative, or published evidence should not preclude reasoned evaluation of health impacts.

A valuable feature of HIA relevant to the review of projects and programs under NEPA is that the health impacts of project alternatives, including a no-build option and any number of additional alternatives under consideration, can be compared. This allows decision makers to understand the health benefits and costs associated with each and relative to one another. This can extend to include evaluation of mitigation options under consideration for one or more alternative as well.

**HIAs on Transportation Projects**

More than 75 HIAs have been completed to date on transportation and transit projects in the US, across 22 states.[27] These have covered a broad range of proposed projects and plans including, for example:

- The I-710 Expansion Project in Los Angeles, CA
- The State Route 520 Bridge Replacement Project in Seattle, WA
- Transportation plans, including regional transportation plans, goods movement plans, and corridor plans
- Public transportation plans
- Pedestrian and biking plans and projects
- Transportation policies, such as congestion pricing.

The Gateway Cities Council of Governments and the Los Angeles County Metropolitan Transportation Authority, hired Human Impact Partners as a sub-consultant to conduct the HIA on the proposed I-710 Expansion Project, a project proposed by the California Department of Transportation.[28] The HIA was completed in 2011 and examined the potential health impacts of five alternatives (one no-build alternative and four expansion alternatives) being considered in the combined Environmental Impact Assessment/Environmental Impact Review (EIRs are required under the California Environmental Quality Act). The HIA considered health impacts that could be affected by changes in the following determinants of health:

- Mobility
- Air quality
- Noise
- Traffic safety
- Jobs and economic development
- Access to neighborhood resources

---

[27] Health Impact Project website. Retrieved from: http://www.pewtrusts.org/en/multimedia/data-visualizations/2015/hia-map
[28] Human Impact Partners website. Retrieved from: https://humanimpact.org/wp-content/uploads/2017/09/HIA-I710-Air-Quality-Plan.pdf

For each of these, during the Assessment phase of the HIA, HIP:

- Reviewed and summarized the public health and transportation literature
- Collected and/or summarized existing conditions data from many sources, including the EIS, other project-related documents, the U.S. Census, and county and state public agencies (e.g., public health departments and transportation departments)
- Conducted GIS mapping and analyses
- Analyzed several impacts quantitatively (e.g., excess mortality resulting from PM2.5 exposure; sleep disturbance resulting from noise)
- Analyzed a number of impacts qualitatively, including an analysis of the relative impacts of the various alternatives.

For air quality in particular the HIA analyzed the following pollutants:

- Six Criteria Air Pollutants (ozone, particulate matter, carbon monoxide, nitrogen dioxide, sulfur dioxide, and lead)
- Six Mobile Source Air Toxics (benzene, 1, 3-Butadine, formaldehyde, acrolein, acetaldehyde, and diesel particulate matter)
- Greenhouse gases

and the following health outcomes:

- Asthma and Other Respiratory Diseases
- Cardiovascular Disease
- Cancer
- Birth Outcomes (pre-term births, low-birth-weight births)
- Premature Death and Mortality
- Neurological Health Outcomes

The HIA analyzed impacts on vulnerable populations and the effects of living proximate to a freeway.

For each health outcome, the HIA summarized the:

- Impact = whether the alternative will improve, harm, or not impact health
- Magnitude = qualitative judgment of the size of the anticipated change in health effect (e.g., the increase in the number of cases of disease, injury, adverse events): Negligible, Minor, Moderate, Major.

- Severity = the nature of the effect on function and life-expectancy and its permanence: intense/severe; moderate; not intense or severe.
- Strength of Causal Evidence = strength of the research/evidence showing causal relationship between the determinant of health and the health outcome: plausible but insufficient evidence; likely but more evidence needed; high degree of confidence in causal relationship.
- Uncertainties in the analysis.

Based on those findings, the HIA made a set of recommendations for each determinant of health. These recommendations suggested actions that the transportation departments and other government agencies and elected bodies could take to improve health outcomes associated with the proposed project.

**An HIA on the I-70 Expansion Project**

In considering whether a project will benefit from an HIA, practitioners ask overarching questions at the outset of a potential project. Among those questions is whether there are data and research to do the Assessment step of HIA. There are clearly sufficient data available to conduct an HIA on the I-70 expansion proposal.

In preparing this statement, I found the following data that could be used in an HIA:

- The CO Department of Transportation has already started analyzing the baseline conditions specific to the I-70 corridor, as described in a Motion to Stay and related replies specific to this project.[29]
- Historical information available through previous HIAs conducted in Denver as part of community planning processes (such as in the Globeville and Elyria-Swansea neighborhoods in 2014 - among the neighborhoods the proposed expansion directly affects).[30]
- Since the time those HIAs were completed, the city launched the Denver Neighborhood Equity Index. It is a tool that considers socioeconomic, built environment, and health conditions at a finer geographic level than was available previously. It aims to help decision makers consider and quantify access to opportunity in all decisions – coming from the understanding that all populations do not start from the same place and may need different supports to realize their full health potential.[31]

---

[29] Zeppelin Plaintiffs' et al APA § 705 Motion for Stay (ECF No. 32). Case no: 17-cv-1679-WJM-MEH.

[30] City and County of Denver, Department of Public Health and Environment. (2018). Health Impact Assessment. Retrieved from: https://www.denvergov.org/content/denvergov/en/environmental-health/community-health/health-impact-assessment.html

[31] City and County of Denver, Department of Public Health and Environment. (2017). Denver Neighborhood Equity Index. Retrieved from:

- Data on particulate matter concentration and Census data about how many people the expansion would directly affect, including who lives in those neighborhoods.[32] This includes population exposure data previously submitted to the agencies in FEIS comments.[33]
- A robust literature in public health and related fields detailing how highways, related vehicle traffic and traffic density, and construction affect air quality and noise, and contribute to cumulative impacts that in turn alter physical, mental, and social aspects of health.

An HIA could identify baseline adverse health outcomes related specifically to the existing freeway, as opposed to other factors that may shape health for communities living in close proximity to the expansion. It also could consider how health would be affected by various alternatives, such as no-build, building the freeway as currently proposed, and alternative routes (e.g., that could decrease traffic in the neighborhoods affected by the current I-70).

**Conclusion**
Health Impact Assessment is a well established tool, both internationally and in the U.S. HIAs are a tool recommended by federal agencies and that have been used specifically in transportation projects across the U.S., and in projects in Denver. They embody a systematic process that is guided by best practice standards and guidelines, as well as a set of core principles, and have contributed important information to decision-making processes. HIAs identify current health issues in the community that a proposal may affect, and then predict how they are likely change as the result of a proposal. They include positive and negative health outcomes likely to result from proposed project alternatives, and describe findings qualitatively and, in some cases, through quantitative methods. HIAs can account for trade-offs and recommend ways to move forward that better protect and promote health.

Completing an HIA on the I-70 is feasible and would provide valuable information about impacts on community health not otherwise available to inform decision makers about the effects their decision will have on the human environment. HIAs have been done elsewhere on similar roadway expansion projects, expertise is available, and data exist.

The I-70 planning process and community health would benefit substantially from a thorough analysis of potential health outcomes, and the health benefits that could be

---

http://geospatialdenver.maps.arcgis.com/apps/MapJournal/index.html?appid=2f30c73e83204e96824a14680a62a18e
[32] U.S. EPA Air Data. (2016). Retrieved from:
http://aqsdr1.epa.gov/aqsweb/aqstmp/airdata/download_files.html#Annual
[33] *See* Sierra Club FEIS comments, at I-70 East ROD 1: Phase 1 (Central 70), Attachment E, pp. 122-127.

achieved by alternatives that would divert traffic and pollution from neighborhoods adjacent to I-70, and/or mitigation measures that reduce human exposure to health hazards to fulfill the informed decision making objectives of NEPA and §109(h) of the Federal-Aid Highway Act.

**Appendix A**

*Curriculum Vitae*

**Jonathan C. Heller**
304 12th Street, Suite 2B
Oakland, CA 94607
(510)-452-9442
jch@humanimpact.org

**Education**

**University of California**                                                    Berkeley, CA
*1993 - 1997*. Ph.D., Biophysics.


**Harvard University**                                                    Cambridge, MA
*1985 - 1989.*  B.A., *Cum Laude*, Applied Mathematics.


**Experience**

**Human Impact Partners**                                    Co-Director & Co-Founder
*2006  – Present*. HIP, a non-profit, is working to transform the policies and places people need to live healthy lives by increasing the consideration of health and equity in decision making. Through research, advocacy, and capacity building, HIP brings the power of public health science to campaigns and movements for a just society.

Responsibilities
- Oversee and guide the organization and its strategic direction;
- Build relationships with partnering organizations including community organizations and public agencies;
- Built awareness among elected officials and the general public regarding the connections between health and policy;
- Guide HIP's Health Impact Assessments (HIAs) and other public health research projects;
- Conduct HIA training and mentoring;
- Grant writing and other fundraising;
- Overseeing day-to-day operations of HIP and organizational development;
- Personnel management.

Accomplishments
- Human Impact Partners has established itself as a nationally recognized authority in the field of Health Impact Assessment and has become known for our focus on equity and community empowerment;
- Built relationships and secured funding for carrying out HIAs and similar projects across the country and at the federal level;
- Built HIP to a staff of 13 FTEs;

- Completed over thirty HIA and Health in All Policies projects on a variety of policies, including those related to criminal justice, economic security, education, and built environment;
- Influenced project, planning, and policy decisions in ways that will improve health and reduce inequities;
- Conducted over 25 HIA trainings and provided technical assistance to over 20 organizations, nation-wide, conducting HIAs.

**Society of Practitioners of Health Impact Assessment (SOPHIA)**                    President
*2011 – 2015.* SOPHIA is an association of individuals and organizations providing leadership and promoting excellence in the practice of health impact assessment with world-wide membership. I helped found SOPHIA and served as its first President. SOPHIA currently has over 500 members and offers a variety of services to those members.

**Predicant Biosciences**                    Vice President, Information and Project Planning
*2002 – 2005.*

**SurroMed**                    Director, Informatics
*2000 – 2002.*

**Exelixis**
*1999 – 2000.*                    Research Scientist II
*1998 – 1999.*                    Research Scientist I
*1997 – 1998.*                    Associate Research Scientist II

**Peace Corps**, Papua New Guinea                    Volunteer
*1990 – 1992.*  Taught high school science and mathematics.  Chaired science department. Supervised dormitories for 150 boarding students.  Raised funds and initiated construction of school water supply.  Had chloroquine-resistant malaria twice.

**Awards**
*1993 – 1997.*  Howard Hughes Medical Institute Predoctoral Fellow
*1993.*  National Science Foundation Fellowship (declined)
*1987 and 1989.*  Harvard College Scholarship

**Selected Publications**
**J. Heller**, R. Larsen, A.C. Kolbert, M. Ernst, M. Baldwin, S.B. Prusiner, D.E. Wemmer, A. Pines. (1996)  Application of rotational resonance to inhomogenously broadened systems. *Chem. Phys. Lett.*, **251**, 223.

**J. Heller**, A.C. Kolbert, R. Larsen, M. Ernst, T. Bekker, M. Baldwin, S.B. Prusiner, A. Pines, D.E. Wemmer. (1996) Solid-state NMR studies of the prion protein H1 fragment. *Protein Science*, **5**, 1655.

**J. Heller**, D.D. Laws, M. Tomaselli, D.S. King, D.E. Wemmer, A. Pines, R.H. Havlin, E. Oldfield. (1997) Determination of dihedral angles in peptides through experimental and theoretical studies of a-carbon chemical shielding tensors. *JACS*, **119**, 7827.

**J. Heller**, A. Heller.  (1998) On the loss of activity or gain in stability of oxidases upon their immobilization in hydrated silica: significance of the electrostatic interactions of surface arginine residues at the entrances of the reaction channels. *JACS*, **120**, 4586.

A.P. Sassi, F. Andel, H.M. Bitter, M.P. Brown, R.G. Chapman, J. Espiritu, A.C. Greenquist, I. Guyon, M Horchi-Alegre, K.L. Stults, A. Wainright, **J.C. Heller**, J.T. Stults.  (2005) An automated, sheathless capillary electrophoresis-mass spectrometry platform for the discovery of biomarkers in human serum.  *Electrophoresis*, **16**, 1500.

P. de Valpine, H.M. Bitter, M.P. Brown, **J.C. Heller**. (2009) A simulation-approximation approach to sample size planning for high-dimensional classification studies.  Biostatistics. **10**, 424.

E.C. Harris, A. Lindsey, **J.C. Heller**, K. Gilhuly, M. Williams, B. Cox, J. Rice. (2009) Humboldt County General Plan Update Health Impact Assessment: A Case Study.  *Environmental Justice,* **2**, 127.

**J.C. Heller**, S. Satinsky, J. Lucky, B. Dennison. (2014) Where Health, Planning, and Community Empowerment Meet: A Rapid Health Impact Assessment Model and its Application in Los Angeles. *Critical Planning*, 21, 65.

**J.C. Heller**, M.L. Givens, T.K. Yuen, S. Gould, M. Benkhalti Jandu, E. Bourcier, T Choi. (2014) Advancing Efforts to Achieve Health Equity: Equity Metrics for Health Impact Assessment Practice. *Int. J. Environ. Res. Public Health,* **11**(11), 11054-11064.