IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-01661-WJM-MEH
17-cv-01679-WJM-MEH

SIERRA CLUB,
ELYRIA AND SWANSEA NEIGHBORHOOD ASSOCIATION,
CHAFEE PARK NEIGHBORHOOD ASSOCIATION, and
COLORADO LATINO FORUM,

    Plaintiffs,

v.

FEDERAL HIGHWAY ADMINISTRATION,
ELAINE CHAO, and
JOHN M. CARTER,

    Defendants.

v.

COLORADO DEPARTMENT OF TRANSPORTATION, and
SHAILEN P. BHATT,

    Defendants-Intervenors.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 21, 2018.**

Pursuant to the Court's March 19, 2018 Minute Order, Plaintiffs filed a corrected Motion for Discovery (ECF No. 127) and Motion to Supplement the Administrative Record (ECF No. 128). In light of these filings, Plaintiffs' Motion to Conduct Limited Discovery, Complete the Record, and Take Judicial Notice [filed March 9, 2018; ECF No. 115] and Plaintiffs' Motion to Supplement the Administrative Record [filed March 9, 2018; ECF No. 116] are **denied as moot**.

If Defendants wish to amend their responses to Plaintiffs' motions in light of the new filings, they may do so on or before March 23, 2018. Otherwise, the Court will consider Defendants' responses to Plaintiffs' motions as filed in response to Plaintiffs' corrected motions.