IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | | | |
|---|---|---|---|
| Civil Action No: | 1:17-cv-01661-WJM-MEH | Date: | March 28, 2018 |
| Courtroom Deputy: | Molly Davenport | FTR: | Courtroom A 501 |

*Parties:*  *Counsel:*

SIERRA CLUB,   Andrea Gelfuso
ELYRIA AND SWANSEA NEIGHBORHOOD   Gregory Corbin
ASSOCIATION,   Robert Yuhnke
CHAFEE PARK NEIGHBORHOOD ASSOCIATION,
COLORADO LATINO FORUM,

    Plaintiffs,

v.

FEDERAL HIGHWAY ADMINISTRATION,   Carter Thurman
    Brent Allen
ELAINE CHAO,   David Carson
JOHN M. CATER,   Mayte Santacruz

    Defendants,

COLORADO DEPARTMENT OF   John Putnam
TRANSPORTATION, and   Nicholas DiMascio
SHAILEN P. BHATT,   Harry Morrow

    Intervenor Defendants.

---

**AMENDED COURTROOM MINUTES/MINUTE ORDER**
**SCHEDULING CONFERENCE**

---

**Court in session:**  1:35 p.m.

Court calls case.   Appearances of counsel.

Oral argument

Recess:   3:07 p.m.
Court in Session:   3:24 p.m.

Following oral argument was held regarding the [127] Motion for Discovery, to Complete the Record and to Take Judicial Notice by Plaintiffs, and the [128] Motion to Supplement the

Administrative Record by Plaintiffs, both motions were taken UNDER ADVISEMENT.

**Court in recess:       4:56 p.m.      (Hearing concluded)**
**Total time in Court: 3:04**

*To obtain a transcript of this proceeding, please contact Patterson Transcription Company at (303) 755-4536 **or** AB Court Reporting & Video, Inc.