## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action Nos.      17-cv-01661-MJW
                       17-cv-01679-MJW

SIERRA CLUB; ELYRIA AND SWANSEA NEIGHBORHOOD ASSOCIATION; CHAFEE PARK NEIGHBORHOOD ASSOCIATION; AND COLORADO LATINO FORUM,

        Plaintiffs,

     v.

FEDERAL HIGHWAY ADMINISTRATION, ELAINE CHAO, in her official capacity as Secretary of Transportation; and JOHN M. CATER, in his official capacity as Division Administrator,

        Defendants,

     and

COLORADO DEPARTMENT OF TRANSPORTATION,

        Defendant-Intervenor.

---

### FEDERAL DEFENDANTS' JOINDER IN DEFENDANT-INTERVENORS' MOTION TO STRIKE RULE 72 OBJECTIONS AND STAY BRIEFING ON THOSE OBJECTIONS PENDING DISPOSITION OF THIS MOTION

---

Federal Defendants hereby join Defendant-Intervenor's Motion to Strike Rule 72 Objections and Stay Briefing on Those Objections Pending Disposition of This Motion.  ECF No. 139.  For the reasons stated in Defendant-Intervenor's motion, this Court should strike Petitioners' Objection/Appeal of Magistrate Judge Decision to District Court on the Scope of the Administrative Record (ECF Nos. 137 and 138) and stay further briefing until the Court rules on this motion.

Respectfully submitted this 25th day of April 2018.

JEFFREY H. WOOD
Acting Assistant Attorney General
Environment & Natural Resources Division


BY:  */s/ Carter F. Thurman*
CARTER F. THURMAN (GA Bar No. 691275)
MAYTE SANTACRUZ (CA Bar No. 259820)
U.S. Department of Justice
Environment and Natural Resources Division
P.O. Box 7611
Washington, DC 20044-7611
(202) 305-0444 (Thurman)
(202) 305-0465 (Santacruz)
(202) 305-0506 (fax)
carter.thurman@usdoj.gov
mayte.santacruz@usdoj.gov


*/s/ David A. Carson*
DAVID A. CARSON
United States Department of Justice
Environment and Natural Resources
Division
South Terrace – Suite 370
999 18th Street
Denver, Colorado 80202
(303) 844-1349
david.a.carson@usdoj.gov

**Attorneys for Federal Defendants**


<u>Of Counsel:</u>
Brent Allen (CO Bar No. 42922)
Federal Highway Administration
Office of the Chief Counsel
Western Legal Services Division
Lakewood, Colorado
(720) 963-3692
brent.allen@dot.gov

<u>**CERTIFICATE OF SERVICE**</u>

I do hereby certify that on 25th day of April 2018, the foregoing Federal Defendants'

Joinder in Defendant-Intervenor's Motion to Strike was electronically filed with the Clerk of

Court using the CM/ECF system which will send notification of such filing to the following:

Andrea S. Gelfuso
Andrea Gelfuso, Attorney at Law
2402 South Holland Street
Lakewood, CO  80227
303-955-1910
Agelfuso6@gmail.Com

Robert E. Yuhnke
Robert E. Yuhnke & Associates
4050 Se Hosner Terrace
Gresham, OR  97080
303-499-0425
Bob.Yuhnke@prodigy.Net

Gregory Nicholas Corbin
Milligan Rona Duran & King, LLC-Denver
1627 Vine Street
Denver , CO  80206
720-414-2000
Gnc@mrdklaw.com

BY:  <u>/s/ *Carter F. Thurman*</u>
CARTER F. THURMAN