# Exhibit A

| Run Date: | 02/06/2018 | **U.S. DEPARTMENT OF TRANSPORTATION** | Report: FMISD05A |
|---|---|---|---|
| Run Time: | 15:08:53 | **FEDERAL HIGHWAY ADMINISTRATION** | Page 1 of 1 |
| | | **FEDERAL-AID PROJECT AGREEMENT** | |

**RECIPIENT:**   8-Colorado                                       **FEDERAL PROJECT NO:**   0704241

**RECIPIENT PROJ. NO(S):**   21430

1. The State through its department of transportation, or other recipient, has complied, or hereby agrees to comply, with the applicable terms and conditions set forth in (a) Title 23, U.S. Code, highways;          (b) The regulations issued pursuant thereto, and the policies and procedures promulgated by the Federal Highway Administration; and          (c) All other applicable federal laws and regulations.2. The State, or other recipient, stipulates that as a condition to payment of the Federal funds obligated, it accepts and will comply with the provisions set forth in 23 CFR 630.112.  These provisions incorporate by reference all other federal laws and regulations pertaining to the project or the activity for which the funds are obligated.  Solely for the purposes of emphasis, such applicable provisions include, but are not limited to, the requirements of Appendix A to 2 CFR 170—Award terms for Reporting subaward and executive compensation information, and 2 CFR 200, including for those funds for which such amount will be subawarded to a subrecipient, 2 CFR 200.331.3. Relative to the above designated project, the FHWA has authorized certain work to proceed as evidenced by the date entered opposite the specific item of work.  For such authorized work, the federal funds obligated or advance-construction authorized, are not to exceed the amount shown herein.  The balance of the estimated total project cost is an obligation of the State or other direct recipient.4. Such authorization of Federal funds extends only to project costs incurred by the State, or other recipient, following Federal Highway Administration's authorization to proceed with the project.

| **PROJECT TITLE:** | I-70 FROM I-25 TO CHAMBERS ROAD-RECONST.I70 ADD ONE EXPRESS LANE IN EACH DIRECTION,REMOVE VIADUCT |
|---|---|
| **PROJECT DESCRIPTION:** | ~ |
| **DUNS#:** | 960738771 |

| **CLASSIFICATION OF PHASE OF WORK TO BE PUT UNDER AGREEMENT** | **EFFECTIVE DATE OF AUTHORIZATION** |
|---|---|
| HIGHWAY PLANNING & RESEARCH | |
| PRELIMINARY ENGINEERING | |
| RIGHT-OF-WAY | |
| CONSTRUCTION | 02/01/2018 |
| OTHER | |

| PROGRAM CODE | FAIN | URBAN/ WITH | TOTAL COST | FEDERAL SHARE | FEDERAL FUNDS UNDER AGREEMENT | ADVANCED CONST. FUNDS |
|---|---|---|---|---|---|---|
| Z400 | 080704241Z 400 | | $901,904,551.00 | 82.79% | $0.00 | $50,000,000.00 |
| TOTAL | | | $901,904,551.00 | | $0.00 | $50,000,000.00 |

|  | **ESTIMATED TOTAL COST:** | $901,904,551.00 |
|---|---|---|
|  | **TOTAL AUTHORIZED FOR PROJECT:** | $0.00 |

**TRANSPORTATION, COLORADO DEPARTMENT OF**

| AVAILABLE FUNDS CERTIFIED BY: | Eric Ehrbar | DATE: | 02/01/2018 |
|---|---|---|---|
| APPROVED AND REQUESTED BY: | Eric Ehrbar | DATE: | 02/01/2018 |
| AGRMT/MODIFY REQUESTED BY: | Eric Ehrbar | DATE: | 02/01/2018 |

**FEDERAL HIGHWAY ADMINISTRATION**

| PROJECT INFORMATION REVIEWED BY: | Monica Pavlik | DATE: | 02/01/2018 |
|---|---|---|---|
| APPROVAL RECOMMENDED BY: | Monica Pavlik | DATE: | 02/01/2018 |
| APPROVED AND AUTHORIZED BY: | Cindra Thompson | DATE: | 02/01/2018 |

| **RECIPIENT REMARKS:** | request construction authorization  CFDA#20 205. This agreement is subject to the following award terms: http://edocket.access.gpo.gov/2010/pdf/2010-22705.pdf and http://edocket.access.gpo.gov/2010/pdf/2010-22706.pdf |
|---|---|

**DIVISION REMARKS:**