# Nicholas A. DiMascio

| | |
|---|---|
| **From:** | Santacruz, Mayte (ENRD) <Mayte.Santacruz@usdoj.gov> |
| **Sent:** | Thursday, February 8, 2018 7:36 AM |
| **To:** | Robert Yuhnke |
| **Cc:** | Thurman, Carter (ENRD); Carson, David A (ENRD); Andrea Gelfuso; Gregory Corbin; Nicholas A. DiMascio; John E. Putnam |
| **Subject:** | RE: Project Agreement |
| **Attachments:** | Central 70 Project Agreement.pdf; Obstacles to Review AR + FHWA Responses.docx |

Good morning Bob,

Attached please find a copy of the Project Agreement.  As Nick explained in his email below, the timeline for construction remains the same as we stated in our opposition to your preliminary injunction motion.  Actual construction is not expected to begin until the summer.

Also attached is FHWA's responses addressing the issues you raised a couple weeks ago with respect to the Administrative Record.  Please let us know if you have any questions or if you would like to discuss further.

Thanks,
Mayte



**Santacruz**
>ARTMENT OF JUSTICE
ment & Natural Resources Division | Natural Resources Section | Trial Attorney
treet NW | Washington, D.C. 20004 | Ph: (202) 305-0465  | Fax: (202) 305-0506

**CONFIDENTIALITY NOTICE**: This communication may contain sensitive, privileged attorney/client communications or work product, and is not subject to disclosure. It is solely for the use of the intended recipients. Unauthorized review, use or disclosure is prohibited.  If you believe that you have received this e-mail in error, please notify the sender immediately, and permanently delete the email, any attachments, and all copies from your computer.

**From:** Robert Yuhnke [mailto:bob.yuhnke@prodigy.net]
**Sent:** Monday, February 5, 2018 7:03 AM
**To:** Santacruz, Mayte (ENRD) <MSantacruz@ENRD.USDOJ.GOV>; Thurman, Carter (ENRD) <CThurman@ENRD.USDOJ.GOV>; Carson, David A (ENRD) <DCarson@ENRD.USDOJ.GOV>
**Subject:** FW: Project Agreement

Mayte, Carter and David, We would appreciate receiving a copy of the Project agreement since it may be relevant to our stay motion. Please forward a copy.
Thank you,

Bob Yuhnke
303-499-0425

**From:** Nicholas A. DiMascio [mailto:ndimascio@kaplankirsch.com]
**Sent:** Friday, February 2, 2018 3:58 PM
**To:** Robert Yuhnke <bob.yuhnke@prodigy.net>
**Cc:** Gregory Corbin <gnc@mrdklaw.com>; Andrea Gelfuso <agelfuso6@gmail.com>; John E. Putnam

<jputnam@kaplankirsch.com>
**Subject:** Re: Project Agreement

Bob,

I do not have a copy and I'm not sure if this is within CDOT's purview to release. We'll have to check on this with FHWA and get back to you next week.

Nick



**Nicholas A. DiMascio** | bio

O  303.825.7000   F   303.825.7005
ndimascio@kaplankirsch.com    www.kaplankirsch.com
1675 Broadway, Suite 2300, Denver, CO  80202

**Confidentiality Notice:** The information contained in this e-mail message is intended only for the personal and confidential use of the recipient named above. Any metadata contained in this message or attachments is not intended for disclosure to the recipient or anyone else. This message may be an attorney-client communication and/or confidential work product. If the reader of this message is not the intended recipient, you have received this document in error. Any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message. Please consider our environment before printing this email.

On Feb 2, 2018, at 4:55 PM, Robert Yuhnke <bob.yuhnke@prodigy.net> wrote:

> Nick, Please forward a copy of the executed Project agreement for our information and review.
> Thank you,
> Bob Yuhnke
> 303-499-0425

**From:** Nicholas A. DiMascio [mailto:ndimascio@kaplankirsch.com]
**Sent:** Friday, February 2, 2018 3:40 PM
**To:** Robert Yuhnke <bob.yuhnke@prodigy.net>; Gregory Corbin <gnc@mrdklaw.com>; 'Andrea Gelfuso' <agelfuso6@gmail.com>
**Cc:** John E. Putnam <jputnam@kaplankirsch.com>
**Subject:** Project Agreement

Bob –

As we explained in our opposition to your preliminary injunction motion (ECF 96 at 19; ECF 96-9 ¶ 4), CDOT and FHWA have been planning to execute a Project Agreement in early 2018. As expected, on February 1, 2018, CDOT and FHWA executed the Project Agreement.

The timeline for construction remains the same as we stated in our opposition to your preliminary injunction motion. (ECF 96 at 19; ECF 96-9 ¶ 4.) Apart from continuing preparatory work, such as utility relocations and demolition of acquired structures, actual construction of the redesigned highway is not expected to begin until summer 2018.

Thank you,
Nick

> **Nicholas A. DiMascio** | bio
>
> O  303.825.7000  F  303.825.7005
> ndimascio@kaplankirsch.com    www.kaplankirsch.com
> 1675 Broadway, Suite 2300, Denver, CO  80202

**Confidentiality Notice:**  The information contained in this e-mail message is intended only for the personal and confidential use of the recipient named above. Any metadata contained in this message or attachments is not intended for disclosure to the recipient or anyone else.  This message may be an attorney-client communication and/or confidential work product. If the reader of this message is not the intended recipient, you have received this document in error. Any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.   Please consider our environment before printing this email.