**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 17-cv-1661-WJM-MEH
*Consolidated with* 17-cv-1679-WJM-MEH

SIERRA CLUB; ELYRIA AND SWANSEA NEIGHBORHOOD ASSOCIATION; CHAFFEE
PARK NEIGHBORHOOD ASSOCIATION; and COLORADO LATINO FORUM,

Plaintiffs,

v.

FEDERAL HIGHWAY ADMINISTRATION, ELAINE CHAO, in her official capacity as
Secretary of Transportation; and JOHN M. CATER, in his official capacity as Division
Administrator, Defendants,

v.

COLORADO DEPARTMENT OF TRANSPORTATION, and MICHAEL LEWIS, in his
official capacity as Executive Director of the Colorado Department of Transportation,

Defendant-Intervenors.

---

PETITIONER'S UNOPPOSED AND **EXPEDITED** MOTION FOR MODIFICATION
OF JOINT CASE MANAGEMENT PLAN
(Case No. 17-cv-1679-WJM-MEH)

---

ROBERT E. YUHNKE  (CO Bar No. 12686)
4050 SE Hosner Terrace
Gresham, OR 97080
(303) 499-0425
bob.yuhnke@prodigy.net

ANDREA S. GELFUSO  (CO Bar No. 19773)
2402 S. Holland Street
Lakewood Co 80227
(303) 955-1910
agelfuso6@gmail.com

GREGORY N. CORBIN  (CO Bar No. 48468)
Milligan Rona Duran & King LLC
1627 Vine St.
Denver, CO 80206
Tel. 720-414-2000
gnc@mrdklaw.com

COUNSEL FOR PETITIONERS

Petitioners Sierra Club, Elyria-Swansea Neighborhood Association, Colorado Latino Forum, and Chafee Park Registered Neighborhood Organization move for modification of the dates for filing merits briefs in the Joint Case Management Plan (JCMP) for good cause shown. After conferral, Petitioners propose two alternatives for the Court to consider: 1) a revised schedule based on the assumption that pending motions to complete and supplement the administrative record are decided by the Court on or before July 6, 2018; or 2) a procedure requiring the parties confer and submit a proposed schedule following a decision on the pending record motions.

The alternatives proposed in this motion were negotiated with Defendants. Defendants inform Petitioners' counsel that they do not oppose this motion.

## I.        Proposed Alternative Schedule

Currently the Court Order implementing the JCMP requires that Petitioners file their opening merits brief on July 6, 2018, based on the expectation that pending motions to complete and supplement the administrative record would be decided no later than June 6, 2018.

Petitioners move to revise the schedule as follows:

If the Court issues a decision with respect to Petitioners' Objections to the Order Regarding Scope of the Administrative Record on or before July 6, 2018,

- Petitioners shall file their opening brief on August 30, 2018;

- Defendants and Defendant-Intervenors shall file response briefs October 29, 2018;

- Petitioners file reply brief November 30, 2018.

In the alternative, Petitioners propose that the Court modify the JCMO to vacate the current filing dates for merits briefs, require that the parties confer within 3 business days

following entry of a decision regarding the Scope of the AR, and file a proposed schedule to govern briefing on the merits within 7 business days following entry of such decision.

**II.    Good Cause for Modification of Schedule**

Good cause for moving the Court to modify the schedule is based upon the following:

1.      Issues raised in Petitioners' Motions to Complete and to Supplement the Administrative Record have yet to be determined by the Court.

2.      Timely Motions to Complete and to Supplement the Administrative Record were filed on March 9, 2018.

3.      Magistrate Judge Hegarty conducted a hearing on the motions on March 26, 2018 and issued a decision on the Scope of the Administrative Record April 6, 2018.

4.      Petitioners filed separate timely Objections (ECF #137, 138) to the denial of each motion on April 20, 2018.

5.      On April 25, 2018, Defendants and Intervenor-Defendants filed Motions to Strike Petitioners' Objections (ECF #139, 140) arguing that the separate Motions had been merged by the Court as a result of their having been decided in a single Order, and that the local rule allowed only a single set of Objections.

6.      On April 25, 2018, the Court granted the Motions to Strike and ordered (ECF#141) Petitioners to refile a single set of Objections no later than May 2, 2018.

7.      Petitioners filed a single set of Objections (ECF#146) on May 2, 2018.

8.      Defendants and Intervenor-Defendants each filed Responses in Opposition to Petitioners' Objections (ECF#149, #150) on May 16, 2018.

9.    Presently, the issues raised in Petitioners' Motions to Complete and Supplement the AR, and their Objections to the Magistrate Judge's Order remain unresolved. Until the scope of the AR is finally determined, Petitioners cannot effectively prepare merits briefs.

10.    Petitioners' counsel planned vacation time after July 6, based on the current schedule which requires merits briefs to be filed on July 6.

WHEREFORE, Petitioners move the Court to find good cause for modifying the schedule in the Joint Case Management Order, and to either adopt the modified schedule negotiated by the parties, or establish a procedure to govern submission of a briefing schedule after entry of a decision resoling the pending record motions.

Dated: June 22, 2018                          Respectfully submitted,

                                         /s/Robert E. Yuhnke
                                        ROBERT E. YUHNKE  (CO Bar No. 12686)
                                        4050 SE Hosner Terrace
                                        Gresham, OR 97080
                                        (303) 499-0425
                                        bob.yuhnke@prodigy.net

                                         /s/Andrea S. Gelfuso
                                        ANDREA S. GELFUSO  (CO Bar No. 19773)
                                        2402 S. Holland Street
                                        Lakewood Co 80227
                                        (303) 955-1910
                                        agelfuso6@gmail.com

                                         /s/Gregory N. Corbin
                                        GREGORY N. CORBIN  (CO Bar No. 48468)
                                        Milligan Rona Duran & King LLC
                                        1627 Vine St.
                                        Denver, CO 80206
                                        Tel. 720-414-2000
                                        gnc@mrdklaw.com

## CERTIFICATE OF COMPLIANCE WITH D.COLO.LCivR 7.1(a)

Pursuant to D.COLO.LCivR 7.1(a), counsel for the Petitioners has conferred with counsel for FHWA and CDOT regarding the this motion. FHWA and CDOT do not oppose the relief requested herein.

/s/ Gregory N. Corbin
Gregory N. Corbin

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of June, 2018, I filed a true and accurate copy of the foregoing with the Clerk of Court via the CM/ECF system, which provided immediate electronic notice of the same to all counsel of record, as indicated below.

/s/ Gregory N. Corbin
Gregory N. Corbin

Carter F. Thurman, Esq.
Mayte Santacruz, Esq.
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, DC 20044-7611
Carter.thurman@usdoj.gov
Mayte.santacruz@usdoj.gov

David A. Carson
U.S. Department of Justice-Denver-ENRS
999 17th Street
South Terrace, Suite 370
Denver, CO 80212
David.a.carson@usdoj.gov

*Attorneys for Federal Defendants*

Brent Allen
Federal Highway Administration
Office of the Chief Counsel
Western Legal Services Division
Lakewood, Colorado
Brent.allen@dot.gov

*Of Counsel for Federal Defendants*

John E. Putnam, Esq.
Nicholas A. DiMascio, Esq.
Kaplan Kirsch & Rockwell, LLP
1675 Broadway, Suite 2300
Denver, CO 80202
jputnam@kaplankirsch.com
ndimascio@kaplankirsch.com

Harry Scott Morrow
Colorado Attorney General's Office
Ralph L. Carr Colorado Judicial Center
1300 Broadway
Denver, CO  80203
(720) 508-6000
harry.morrow@coag.gov

*Attorneys for Defendant-Intervenors*