IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-01661-WJM-MEH
17-cv-01679-WJM-MEH

SIERRA CLUB,
ELYRIA AND SWANSEA NEIGHBORHOOD ASSOCIATION,
CHAFEE PARK NEIGHBORHOOD ASSOCIATION, and
COLORADO LATINO FORUM,

    Plaintiffs,

v.

FEDERAL HIGHWAY ADMINISTRATION,
ELAINE CHAO, and
JOHN M. CARTER,

    Defendants.

v.

COLORADO DEPARTMENT OF TRANSPORTATION, and
SHAILEN P. BHATT,

    Defendants-Intervenors.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 26, 2018.**

    Plaintiffs' Unopposed and Expedited Motion for Modification of Joint Case Management Plan [filed June 22, 2018; ECF No. 155] is **granted in part and denied in part**. The Court will not reset the deadlines to uncertain dates. However, for good cause shown, Paragraph 6 of the governing Case Management Plan is modified as follows:

| | |
|---|---|
| Deadline for Plaintiffs' opening brief: | August 30, 2018 |
| Deadline for Defendants' response brief: | October 29, 2018 |
| Deadline for Plaintiffs' reply brief: | November 30, 2018 |

    The Court notes that the parties may request additional extensions of these deadlines should they become necessary due to awaiting a decision on Plaintiffs' motions to supplement and complete the administrative record.