**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 17-cv-1661-WJM-MEH
*Consolidated with* 17-cv-1679-WJM-MEH

SIERRA CLUB; ELYRIA AND SWANSEA NEIGHBORHOOD ASSOCIATION; CHAFFEE PARK NEIGHBORHOOD ASSOCIATION; and COLORADO LATINO FORUM,

Plaintiffs,

v.

FEDERAL HIGHWAY ADMINISTRATION, ELAINE CHAO, in her official capacity as Secretary of Transportation; and JOHN M. CATER, in his official capacity as Division Administrator, Defendants,

v.

COLORADO DEPARTMENT OF TRANSPORTATION, and MICHAEL LEWIS, in his official capacity as Executive Director of the Colorado Department of Transportation,

Defendant-Intervenors.

---

PETITIONER'S UNOPPOSED AND **EXPEDITED** MOTION FOR MODIFICATION
OF JOINT CASE MANAGEMENT PLAN
(Case No. 17-cv-1679-WJM-MEH)

---

| | |
|---|---|
| ROBERT E. YUHNKE  (CO Bar No. 12686)<br>4050 SE Hosner Terrace<br>Gresham, OR 97080<br>(303) 499-0425<br>bob.yuhnke@prodigy.net | GREGORY N. CORBIN  (CO Bar No. 48468)<br>Milligan Rona Duran & King LLC<br>1627 Vine St.<br>Denver, CO 80206<br>Tel. 720-414-2000<br>gnc@mrdklaw.com |
| ANDREA S. GELFUSO  (CO Bar No. 19773)<br>2402 S. Holland Street<br>Lakewood Co 80227<br>(303) 955-1910<br>agelfuso6@gmail.com | COUNSEL FOR PETITIONERS |

Petitioners Sierra Club, Elyria-Swansea Neighborhood Association, Colorado Latino Forum, and Chafee Park Registered Neighborhood Organization move for modification of the dates for filing merits briefs in the Joint Case Management Plan (JCMP) for good cause shown. After conferral, Petitioners move the Court to revise the schedule based on the assumption that pending objections to denial by the Magistrate Judge of motions to complete and supplement the administrative record are decided by the Court on or before August 24, 2018.

The schedule proposed in this motion were negotiated with Defendants. Defendants inform Petitioners' counsel that they do not oppose this motion.

I.     Proposed Revised Schedule.

Currently the Court Order implementing the JCMP requires that Petitioners file their opening merits brief on August 30, 2018, based on the expectation that pending objections to the denial of motions to complete and supplement the administrative record would be decided no later than July 6, 2018.

Petitioners move to revise the schedule as follows:

If the Court issues a decision with respect to Petitioners' Objections to the Order Regarding Scope of the Administrative Record on or before August 24, 2018,

Petitioners shall file their opening brief on October 8, 2018;
Defendants and Defendant-Intervenors shall file response briefs December 14, 2018;
Petitioners file reply brief January 21, 2019.
**Good Cause for Modification of Schedule.**

Good cause for modifying the schedule is based upon the following facts:

2

1. Issues raised in Petitioners' Motions to Complete and to Supplement the Administrative Record have yet to be determined by the Court.

2. Timely Motions to Complete and to Supplement the Administrative Record were filed on March 9, 2018.

3. Magistrate Judge Hegarty conducted a hearing on the motions on March 26, 2018, and issued a decision on the Scope of the Administrative Record April 6, 2018.

4. Petitioners filed separate timely Objections (ECF #137, 138) to the denial of each motion on April 20, 2018.

5. On April 25, 2018, Defendants and Intervenor-Defendants filed Motions to Strike Petitioners' Objections (ECF #139, 140) arguing that the separate Motions had been merged by the Court as a result of their having been decided in a single Order, and that the local rule allowed only a single set of Objections.

6. On April 25, 2018, the Court granted the Motions to Strike and ordered (ECF#141) Petitioners to refile a single set of Objections no later than May 2, 2018.

7. Petitioners filed a single set of Objections (ECF#146) on May 2, 2018.

8. Defendants and Intervenor-Defendants each filed Responses in Opposition to Petitioners' Objections (ECF#149, #150) on May 16, 2018.

9. As of this filing, the issues raised in Petitioners' Motions to Complete and Supplement the AR, and their Objections to the Magistrate Judge's Order remain unresolved. Until the scope of the AR is finally determined, Petitioners cannot effectively prepare merits briefs.

10. Petitioners' counsel will be traveling during August to attend a family funeral and bat mitzvah. Counsel will not be available to work on briefs before the end of August.

11. The proposed schedule accommodates federal vacation days (Veteran's Day and Thanksgiving) during the time for filing defendants' response briefs, and a vacation week between Christmas and New Year) during the time for filing petitioners' reply brief.

WHEREFORE, Petitioners move the Court to find good cause for modifying the schedule in the Joint Case Management Order, and to adopt the modified schedule negotiated by the parties.

Dated: August 7, 2018                     Respectfully submitted,

                                          /s/Robert E. Yuhnke
ROBERT E. YUHNKE  (CO Bar No. 12686)
4050 SE Hosner Terrace
Gresham, OR 97080
(303) 499-0425
bob.yuhnke@prodigy.net

                                          /s/Andrea S. Gelfuso
ANDREA S. GELFUSO  (CO Bar No. 19773)
2402 S. Holland Street
Lakewood Co 80227
(303) 955-1910
agelfuso6@gmail.com

                                          /s/Gregory N. Corbin
GREGORY N. CORBIN  (CO Bar No. 48468)
Milligan Rona Duran & King LLC
1627 Vine St.
Denver, CO 80206
Tel. 720-414-2000
gnc@mrdklaw.com

4

## CERTIFICATE OF COMPLIANCE WITH D.COLO.LCivR 7.1(a)

Pursuant to D.COLO.LCivR 7.1(a), counsel for the Petitioners has conferred with counsel for FHWA and CDOT regarding the this motion. FHWA and CDOT do not oppose the relief requested herein.

/s/ Gregory N. Corbin
Gregory N. Corbin

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of August, 2018, I filed a true and accurate copy of the foregoing with the Clerk of Court via the CM/ECF system, which provided immediate electronic notice of the same to all counsel of record, as indicated below.

/s/ Gregory N. Corbin
Gregory N. Corbin

Carter F. Thurman, Esq.
Mayte Santacruz, Esq.
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, DC 20044-7611
Carter.thurman@usdoj.gov
Mayte.santacruz@usdoj.gov

David A. Carson
U.S. Department of Justice-Denver-ENRS
999 17th Street
South Terrace, Suite 370
Denver, CO 80212
David.a.carson@usdoj.gov

*Attorneys for Federal Defendants*

Brent Allen
Federal Highway Administration
Office of the Chief Counsel
Western Legal Services Division
Lakewood, Colorado
Brent.allen@dot.gov

*Of Counsel for Federal Defendants*

John E. Putnam, Esq.
Nicholas A. DiMascio, Esq.
Kaplan Kirsch & Rockwell, LLP
1675 Broadway, Suite 2300
Denver, CO 80202
jputnam@kaplankirsch.com
ndimascio@kaplankirsch.com

Harry Scott Morrow
Colorado Attorney General's Office
Ralph L. Carr Colorado Judicial Center
1300 Broadway
Denver, CO  80203
(720) 508-6000
harry.morrow@coag.gov

*Attorneys for Defendant-Intervenors*