IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-01661-WJM-MEH
17-cv-01679-WJM-MEH

SIERRA CLUB,
ELYRIA AND SWANSEA NEIGHBORHOOD ASSOCIATION,
CHAFEE PARK NEIGHBORHOOD ASSOCIATION, and
COLORADO LATINO FORUM,

    Plaintiffs,

v.

FEDERAL HIGHWAY ADMINISTRATION,
ELAINE CHAO, and
JOHN M. CARTER,

    Defendants.

v.

COLORADO DEPARTMENT OF TRANSPORTATION, and
SHAILEN P. BHATT,

    Defendants-Intervenors.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 31, 2018.**

    For good cause shown, the Motion for Withdrawal of Counsel [filed August 30, 2018; ECF No. 161] is **granted**. Andrea S. Gelfuso's representation of Plaintiffs in this case is terminated. Gregory Corbin and Robert Yuhnke will continue to represent Plaintiffs.