IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-01661-WJM-MEH
17-cv-01679-WJM-MEH

SIERRA CLUB,
ELYRIA AND SWANSEA NEIGHBORHOOD ASSOCIATION,
CHAFEE PARK NEIGHBORHOOD ASSOCIATION, and
COLORADO LATINO FORUM,

  Plaintiffs,

v.

FEDERAL HIGHWAY ADMINISTRATION,
ELAINE CHAO, and
JOHN M. CARTER,

  Defendants.

v.

COLORADO DEPARTMENT OF TRANSPORTATION, and
SHAILEN P. BHATT,

  Defendants-Intervenors.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 5, 2018.**

  Plaintiffs' Unopposed and Expedited Motion for Modification of Joint Case Management Plan [filed October 4, 2018; ECF No. 164] is **granted**. For good cause shown, Paragraph 6 of the governing Case Management Plan is modified as follows:

| | |
|---|---|
| Deadline for Plaintiffs' opening brief: | December 10, 2018 |
| Deadline for Defendants' response brief: | February 22, 2019 |
| Deadline for Plaintiffs' reply brief: | March 25, 2019 |

  The Court notes that the parties may request additional extensions of these deadlines should they become necessary due to awaiting a decision on Plaintiffs' motions to supplement and complete the administrative record.