**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 17-cv-1661-WJM-MEH
*Consolidated with* 17-cv-1679-WJM-MEH

SIERRA CLUB, *et al.*,

    Plaintiffs,

v.

FEDERAL HIGHWAY ADMINISTRATION, *et al.*,

    Defendants,

and

COLORADO DEPARTMENT OF TRANSPORTATION, *et al.*,

    Defendant-Intervenors.

_____

**NOTICE OF APPEARANCE OF HEIDI MCINTOSH**
_____

    I, Heidi McIntosh, hereby certify that I am a member in good standing of the bar of this court. I am entering an appearance on behalf of Plaintiffs Sierra Club, Colorado Latino Forum, Chafee Park Neighborhood Organization, and Elyria and Swansea Neighborhood Association in this case.

    From now on, Earthjustice will serve as lead counsel for the Plaintiffs in this case. Current counsel for the Plaintiffs, Robert E. Yuhnke and Gregory N. Corbin, will also continue to represent the Plaintiffs in an Of Counsel capacity.

Respectfully submitted October 25, 2018.

    */s/ Heidi McIntosh*
Heidi McIntosh, Colo. Bar. No. 48230
Earthjustice
633 17th Street, Suite 1600
Denver, CO 80202
Tel: (303) 623-9466
hmcintosh@earthjustice.org

*Attorney for Plaintiffs Sierra Club, et al.*

## CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2018, I filed the foregoing **Notice of Appearance of Heidi McIntosh** with the Court's electronic filing system, thereby generating service upon the following parties of record:

Carter F. Thurman
Mayte Santacruz
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, DC 20044-7611
Carter.thurman@usdoj.gov
Mayte.santacruz@usdoj.gov

*Attorneys for Federal Defendants*

Brent Allen
Federal Highway Administration
Office of the Chief Counsel
Western Legal Services Division
Lakewood, CO
Brent.allen@dot.gov

*Of Counsel for Federal Defendants*

John E. Putnam
Nicholas A. DiMascio
Kaplan Kirsch & Rockwell, LLP
1675 Broadway, Suite 2300
Denver, CO 80202
jputnam@kaplankirsch.com
ndimaschio@kaplankirsch.com

*Attorneys for Defendant-Intervenors*

David A. Carson
U.S. Department of Justice-Denver-ENRS
999 17th Street
South Terrace, Suite 370
Denver, CO 80212
David.a.carson@usdoj.gov

*Attorney for Federal Defendants*

Robert E. Yuhnke
4050 SE Hosner Terrace
Gresham, OR 97080
Bob.yuhnke@prodigy.net

Gregory N. Corbin
Milligan Rona Duran & King LLC
1627 Vine St.
Denver, CO 80206
gnc@mrdklaw.com

*Of Counsel for Plaintiffs Sierra Club, et al.*

Harry Scott Morrow
Colorado Attorney General's Office
Ralph L. Carr Colorado Judicial Center
1300 Broadway
Denver, CO 80203
Harry.morrow@coag.gov

*Attorney for Defendant-Intervenors*

*/s/ Heidi McIntosh*