# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-1661-WJM-MEH
*Consolidated with* 17-cv-1679-WJM-MEH

SIERRA CLUB, *et al.*,

    Plaintiffs,

v.

FEDERAL HIGHWAY ADMINISTRATION, *et al.*,

    Defendants,

and

COLORADO DEPARTMENT OF TRANSPORTATION, *et al.*,

    Defendant-Intervenors.

___

## PLAINTIFFS' UNOPPOSED AND EXPEDITED MOTION
## TO MODIFY JOINT CASE MANAGEMENT PLAN
___

Plaintiffs Sierra Club, Colorado Latino Forum, Chafee Park Neighborhood Organization, and Elyria and Swansea Neighborhood Association respectfully move the court to modify the merits briefing deadlines. Pursuant to D.C. Colo. L. Civ. R. 7.1(a), Plaintiffs' Counsel has conferred with counsel for Defendants Federal Highway Administration, *et al.* (Federal Defendants) and counsel for Defendant-Intervenors Colorado Department of Transportation, *et al.* (collectively, CDOT). Neither Federal Defendants nor CDOT oppose this motion. The schedule proposed in this motion was negotiated with the Federal Defendants and CDOT.

1

## I.  Proposed Revised Schedule

The Court's Minute Order modifying the Joint Case Management Plan (JCMP) (Oct. 5, 2018), ECF No. 166, requires Plaintiffs to file their opening merits brief on December 10, 2018. The Court noted "that the parties may request additional extensions of these deadlines should they become necessary due to awaiting a decision on Plaintiffs' motions to supplement and complete the administrative record." *Id.* at 1.

Because the administrative record issues have not yet been resolved, and for further good cause specified below, Plaintiffs move to revise the schedule as follows:

> Plaintiffs shall file their opening brief by <u>February 8, 2019</u>;
> Defendants and Defendant-Intervenors shall file response briefs by <u>April 12, 2019</u>;
> Plaintiffs shall file their reply brief by <u>May 14, 2019</u>.

If the Court resolves the administrative record issues later than January 1, 2019, Plaintiffs reserve the right to file further motions to modify the JCMP in order to provide adequate time to prepare their merits brief.

## II.  Good Cause to Modify Joint Case Management Plan

Pursuant to Federal Rule of Civil Procedure 16(b)(4), good cause exists to modify the merits briefing deadlines in the JCMP because:

1. On April 6, 2018, the Hon. Michael E. Hegarty issued an Order on the Scope of the Administrative Record.  ECF No. 136.

2. On May 2, 2018, Plaintiffs filed an Objection to Judge Hegarty's Order.  ECF No. 146.

3. On May 16, 2018, Federal Defendants and CDOT filed Responses to Plaintiffs' Objection.  ECF Nos. 149 & 150.

4. As of the date of this filing, the district court has not yet ruled on Plaintiffs' Objection to Judge Hegarty's Order on the Scope of the Administrative Record. Plaintiffs cannot effectively brief the merits until the scope of the administrative record is determined.

5. Plaintiffs also require additional time to file their merits brief due to their recent transition of counsel. On October 25, 2018, Joel Minor and Heidi McIntosh of Earthjustice entered appearances, and notified the court that Earthjustice has become lead counsel for Plaintiffs in this case. Prior Plaintiffs' counsel, Robert E. Yuhnke and Gregory N. Corbin, continue to serve in an of counsel capacity. Plaintiffs' other prior counsel, Andrea Gelfuso, withdrew as a result of accepting other employment on August 30, 2018. ECF No. 161. Plaintiffs' new lead counsel require additional time to familiarize themselves with the voluminous record and lengthy procedural history of this case prior to filing their merits brief.

Plaintiffs therefore respectfully move the Court to find good cause to modify the schedule in the JCMP, and to adopt the modified schedule negotiated by the parties.

3

Respectfully submitted December 3, 2018.

    */s/ Joel Minor*
Joel Minor, CO Bar No. 47822
Heidi McIntosh, CO Bar No. 48230
Earthjustice
633 17th Street, Suite 1600
Denver, CO 80202
Phone: 303-996-9628
jminor@earthjustice.org
hmcintosh@earthjustice.org

*Attorneys for Plaintiffs Sierra Club, et al.*

Robert E. Yuhnke, CO Bar. No. 12686
4050 SE Hosner Terrace
Gresham, OR 97080
Phone: 303-499-0425
bob.yuhnke@outlook.com

Gregory N. Corbin, CO Bar No. 48468
Milligan Rona Duran & King LLC
1627 Vine St.
Denver, CO 80206
Phone: 720-414-2000
gnc@mrdklaw.com

*Of Counsel for Plaintiffs Sierra Club, et al.*

4

## CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2018, I filed the foregoing **Plaintiffs' Unopposed and Expedited Motion to Modify Joint Case Management Plan** with the Court's electronic filing system, thereby generating service upon the following parties of record:

Carter F. Thurman
Mayte Santacruz
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, DC 20044-7611
Carter.thurman@usdoj.gov
Mayte.santacruz@usdoj.gov

*Attorneys for Federal Defendants*

Brent Allen
Federal Highway Administration
Office of the Chief Counsel
Western Legal Services Division
Lakewood, CO
Brent.allen@dot.gov

*Of Counsel for Federal Defendants*

John E. Putnam
Nicholas A. DiMascio
Kaplan Kirsch & Rockwell, LLP
1675 Broadway, Suite 2300
Denver, CO 80202
jputnam@kaplankirsch.com
ndimaschio@kaplankirsch.com

*Attorneys for Defendant-Intervenors*

David A. Carson
U.S. Department of Justice-Denver-ENRS
999 17th Street
South Terrace, Suite 370
Denver, CO 80212
David.a.carson@usdoj.gov

*Attorney for Federal Defendants*

Harry Scott Morrow
Colorado Attorney General's Office
Ralph L. Carr Colorado Judicial Center
1300 Broadway
Denver, CO 80203
Harry.morrow@coag.gov

*Attorney for Defendant-Intervenors*

*/s/ Joel Minor*