# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-1661-WJM-MEH
*Consolidated with* 17-cv-1679-WJM-MEH

SIERRA CLUB, *et al.*,

    Plaintiffs,

v.

FEDERAL HIGHWAY ADMINISTRATION, *et al.*,

    Defendants,

and

COLORADO DEPARTMENT OF TRANSPORTATION, *et al.*,

    Defendant-Intervenors.

___

**JOINT STATUS REPORT REGARDING SETTLEMENT**
___

Plaintiffs Sierra Club, Colorado Latino Forum, Chafee Park Neighborhood Organization, and Elyria and Swansea Neighborhood Association and Defendant-Intervenors the Colorado Department of Transportation ("CDOT") and Executive Director Michael Lewis respectfully provide the Court this status report regarding settlement of this matter.

As the Court's December 31, 2018, minute order correctly noted, local press reported on December 20, 2018, that a settlement had been reached in this case between the Petitioners and Defendant-Intervenor CDOT. On that afternoon, the Colorado Transportation Commission authorized CDOT Executive Director Michael Lewis to enter into such agreement. Since that

1

time, the Petitioners and CDOT have been collecting the signatures necessary to make the Settlement Agreement effective. The Settlement Agreement provides that it "shall take effect (the "Effective Date") upon the date when copies of counterparts are delivered to all Parties demonstrating that the Agreement has been executed by the last of each of the signatories identified on the signature page and approved by the Colorado State Controller." The Federal Highway Administration and other federal Defendants are not parties to the Settlement Agreement, but have been part of the discussions among the other parties.

Petitioners supplied signatures for all of the Petitioners on Wednesday, December 26. The Office of the State Controller – the last formal approval necessary – signed the Settlement Agreement today, making it effective today. The Settlement Agreement provides that "[w]ithin five (5) days of the Effective Date, Petitioners shall file a motion with the Court to dismiss with prejudice all of Petitioners' claims in the Legal Action and specifying that all Parties shall bear their own attorneys' fees and costs." The Petitioners plan to file a motion to dismiss their lawsuit by the end of the week.

Respectfully submitted December 31, 2018.

/s/ John E. Putnam

John E. Putnam
Nicholas A. DiMascio
Kaplan Kirsch & Rockwell, LLP
1675 Broadway, Suite 2300
Denver, CO 80202
jputnam@kaplankirsch.com
ndimaschio@kaplankirsch.com

*Attorneys for Defendant-Intervenors*

2

Joel Minor, CO Bar No. 47822
Heidi McIntosh, CO Bar No. 48230
Earthjustice
633 17th Street, Suite 1600
Denver, CO 80202
Phone: 303-996-9628
jminor@earthjustice.org
hmcintosh@earthjustice.org

*Attorneys for Plaintiffs Sierra Club, et al.*

Robert E. Yuhnke, CO Bar. No. 12686
4050 SE Hosner Terrace
Gresham, OR 97080
Phone: 303-499-0425
bob.yuhnke@outlook.com

Gregory N. Corbin, CO Bar No. 48468
Milligan Rona Duran & King LLC
1627 Vine St.
Denver, CO 80206
Phone: 720-414-2000
gnc@mrdklaw.com

*Of Counsel for Plaintiffs Sierra Club, et al.*

3

# CERTIFICATE OF SERVICE

I hereby certify that on December 31, 2018, I filed the foregoing **Joint Status Report Regarding Settlement** with the Court's electronic filing system, thereby generating service upon the following parties of record:

Carter F. Thurman
Mayte Santacruz
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, DC 20044-7611
Carter.thurman@usdoj.gov
Mayte.santacruz@usdoj.gov

*Attorneys for Federal Defendants*

Brent Allen
Federal Highway Administration
Office of the Chief Counsel
Western Legal Services Division
Lakewood, CO
Brent.allen@dot.gov

*Of Counsel for Federal Defendants*

Joel Minor, CO Bar No. 47822
Heidi McIntosh, CO Bar No. 48230
Earthjustice
633 17th Street, Suite 1600
Denver, CO 80202
Phone: 303-996-9628
jminor@earthjustice.org
hmcintosh@earthjustice.org

*Attorneys for Plaintiffs Sierra Club, et al.*

Robert E. Yuhnke, CO Bar. No. 12686
4050 SE Hosner Terrace
Gresham, OR 97080
Phone: 303-499-0425

David A. Carson
U.S. Department of Justice-Denver-ENRS
999 17th Street
South Terrace, Suite 370
Denver, CO 80212
David.a.carson@usdoj.gov

*Attorney for Federal Defendants*

Harry Scott Morrow
Colorado Attorney General's Office
Ralph L. Carr Colorado Judicial Center
1300 Broadway
Denver, CO 80203
Harry.morrow@coag.gov

*Attorney for Defendant-Intervenors*

4

bob.yuhnke@outlook.com

Gregory N. Corbin, CO Bar No. 48468
Milligan Rona Duran & King LLC
1627 Vine St.
Denver, CO 80206
Phone: 720-414-2000
gnc@mrdklaw.com

*Of Counsel for Plaintiffs Sierra Club, et al.*

                                                                                                 */s/ John E. Putnam*