**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 17-cv-1661-WJM-MEH
*Consolidated with* 17-cv-1679-WJM-MEH

SIERRA CLUB, *et al.*,

    Plaintiffs,

v.

FEDERAL HIGHWAY ADMINISTRATION, *et al.*,

    Defendants,

and

COLORADO DEPARTMENT OF TRANSPORTATION, *et al.*,

    Defendant-Intervenors.

---

**STIPULATION TO DISMISS PLAINTIFFS' CLAIMS WITH PREJUDICE**

---

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Sierra Club, Colorado Latino Forum, Chaffee Park Neighborhood Association, and Elyria and Swansea Neighborhood Association hereby voluntarily dismiss, with prejudice, all claims asserted against Defendants Federal Highway Administration, Elaine Chao, and John M. Carter, and the Colorado Department of Transportation and Michael P. Lewis in Cases No. 17-cv-1679-WJM-MEH and 17-cv-1661-WJM-MEH.  All Parties shall bear their own attorneys' fees and costs.  All parties who have appeared in this case consent to dismissal.  *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

1

Respectfully submitted January 2, 2019.  /s/ Joel Minor
Joel Minor, CO Bar No. 47822
Heidi McIntosh, CO Bar No. 48230
Earthjustice
633 17th Street, Suite 1600
Denver, CO 80202
Phone: 303-996-9628
jminor@earthjustice.org
hmcintosh@earthjustice.org

*Attorneys for Plaintiffs Sierra Club, et al.*

Robert E. Yuhnke, CO Bar. No. 12686
4050 SE Hosner Terrace
Gresham, OR 97080
Phone: 303-499-0425
bob.yuhnke@outlook.com

Gregory N. Corbin, CO Bar No. 48468
Milligan Rona Duran & King LLC
1627 Vine St.
Denver, CO 80206
Phone: 720-414-2000
gnc@mrdklaw.com

*Of Counsel for Plaintiffs Sierra Club, et al.*

/s/ Mayte Santacruz
Mayte Santacruz
Carter Fleeth Thurman
U.S. Department of Justice-DC-601 D Street
601 D Street, N.W.
Washington, DC 20530
202-305-0444 (Mr. Thurman)
202-305-0465 (Ms. Santacruz)
Fax: 202-305-0506
carter.thurman@usdoj.gov
mayte.santacruz@usdoj.gov

David A. Carson
U.S. Department of Justice-Denver-ENRS
Environment & Natural Resources Section
999 18th Street
South Terrace, Suite 370

2

Denver, CO 80212
303-844-1349
Fax: 303-844-1350
david.a.carson@usdoj.gov

*Attorneys for Defendants Federal Highway Administration, et al.*

/s/ John Edward Putnam
John Edward Putnam
Nicholas A. DiMascio
Kaplan Kirsch & Rockwell, LLP-Denver
1675 Broadway
Suite 2300
Denver, CO 80202
303-825-7000
Fax: 303-825-7005
jputnam@kaplankirsch.com
ndimascio@kaplankirsch.com

Brent E. Butzin
Harry Scott Morrow
Colorado Attorney General's Office
Ralph L. Carr Colorado Judicial Center
1300 Broadway
Denver, CO 80203
720-508-6638 (Mr. Butzin)
720-508-6000 (Mr. Morrow)
brent.butzin@coag.gov
harry.morrow@coag.gov

*Attorneys for Intervenor-Defendants Colorado Department of Transportation, et al.*

# CERTIFICATE OF SERVICE

I hereby certify that on January 2, 2019, I filed the foregoing **Stipulation to Dismiss Plaintiffs' Claims with Prejudice** with the Court's electronic filing system, thereby generating service upon the following parties of record:

Carter F. Thurman
Mayte Santacruz
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, DC 20044-7611
Carter.thurman@usdoj.gov
Mayte.santacruz@usdoj.gov

*Attorneys for Federal Defendants*

Brent Allen
Federal Highway Administration
Office of the Chief Counsel
Western Legal Services Division
Lakewood, CO
Brent.allen@dot.gov

*Of Counsel for Federal Defendants*

John E. Putnam
Nicholas A. DiMascio
Kaplan Kirsch & Rockwell, LLP
1675 Broadway, Suite 2300
Denver, CO 80202
jputnam@kaplankirsch.com
ndimaschio@kaplankirsch.com

*Attorneys for Defendant-Intervenors*

David A. Carson
U.S. Department of Justice-Denver-ENRS
999 17th Street
South Terrace, Suite 370
Denver, CO 80212
David.a.carson@usdoj.gov

*Attorney for Federal Defendants*

Harry Scott Morrow
Colorado Attorney General's Office
Ralph L. Carr Colorado Judicial Center
1300 Broadway
Denver, CO 80203
Harry.morrow@coag.gov

*Attorney for Defendant-Intervenors*

                                        */s/ Joel Minor*