IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Civil Action No. 17-cv-1661-WJM-MEH
*Consolidated with* 17-cv-1679-WJM-MEH

SIERRA CLUB, *et al.*,

    Plaintiffs,

v.

FEDERAL HIGHWAY ADMINISTRATION, *et al.*,

    Defendants,

and

COLORADO DEPARTMENT OF TRANSPORTATION, *et al.*,

    Defendant-Intervenors.

---

## UNSWORN DECLARATION PURSUANT TO 28 U.S.C. § 1746

I, **Kathleen Joy Gosnell** from **DOJ-ENRD-EDS**, located at **Denver, Colorado**, hereby acknowledge receipt of the following:

    Two (2) portable storage drives

I declare under penalty of perjury that the foregoing is true and correct.

_Kathleen Joy Gosnell_
Signature

1/29/2019
Date